Ricky-Dean Horton
751 Rosemary Court
Fairfield, CA 94533
707-386-9713 cell
RickyDHorton@gmail.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **Ricky-Dean Horton, a living man,** **Claimant** vs. PG&E CORPORATION, - and - PACIFIC GAS AND ELECTRIC COMPANY; **Debtors.** Affects Both Debtors *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | PG&E Bankruptcy Case No.: 19-30088 (DM) Chapter 11, Lead Case, Jointly Administered; **Re: Claim No. 87111, Electrocution to the Death of Claimant's Brother, Rory-Nelson Horton**; **VOID OF Order within Dkt. 11244 by operation of Law** and **MOTION TO IMPOSE SANCTIONS UPON E-ORDER filers as Stated HEREIN** **Deadline for Response: n/a** **HEARING DATE: 10:00am October 19, 2021** |

    **Claimant's FILING OF THIS ACTION IS TO <u>RECOGNIZE AND DECLARE AS VOID</u>** the order uploaded into the records of this PG&E case dated September 13, 2021 found on **Docket 11244** due to orders being **UNINTELLIGIBLE, FRIVOLOUS, ILLEGAL and UNLAWFUL,** and a **PREVIOUS and PENDING** court hearing has already been set and Calendared for all matters related to the orders within Dkt No. 11244 and all matters found within Claimant's Docket No. 11074, and found within Claimant's objections and Motions within Dkt 11174, <u>AND PURSUANT TO A PREVIOUS COURT ORDER on Dkt 11183 dated September 2, 2021;</u>
    AND
<u>MOTION TO IMPOSE Sanctions upon E-Filers</u> upon uploading <u>ANOTHER</u> E-Order in an

Attempt to remove Claimant's hearing from Calendar as found on the UNINTELLIBAGLE, ILLEGAL, UNLAWFUL ORDER within Dkt 11244, and many other inconsistencies within DKT 11244 as a <u>2nd Violation of The Bankruptcy Court and Judge Montali's Open Calendar procedures</u>, and among other findings as stated herein.

THIS DOCUMENT FILING <u>IS IN ADDITION TO</u> Claimant's Filing of Docket 11074;
   AND
IS A RESPONSE to an ORDER found within Dkt . 11244 dated September 13, 2021 <u>Recognizing the ORDER</u> as VOID by Operation of LAW.

# JURISDICTION

This **UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION** has jurisdiction over this matter and shall retain jurisdiction to resolve any disputes or controversies arising from any of the court's orders. *28 U.S.C. §§ 157*

**Fundamental self-evident truths, facts and assertion of Rights:**

**1.** People are born upon this world of life and creation and are living, breathing people because of creation. Therefore, it is known as a self-evident truth and fact that the living people are gifted by creation with fundamental natural and inherent rights.

**2.** As a fact found within **EXHIBIT 1 on sealed docket 11074**, Ricky-Dean Horton is a man found to be living and is one of the people of California. (Hereinafter Claimant, or I, or me, or any other identifier to me, the living man, Ricky-Dean Horton).

**3.** Claimant did file his Claim into this **UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION** on or before October 21, 2019 with the understanding that this is a **federal court,** is **a court of record**, is bound to and proceeds according to the **Laws of the Land and the laws of nature (aka common law),** and is mostly governed by the **Federal Rules of Civil Procedure (FRCivP). No rights are waived or in any way conceded that would diminish the inherent, unalienable, substantive, natural or any rights whatsoever of Ricky-Dean Horton, a living man**.

**4.** The Judges and/or Magistrates in this **UNITED STATES BANKRUPTCY COURT,** as bound by their oaths of office, are qualified to preside over these bankruptcy proceedings. The Judges and/or Magistrates in this **Federal Bankruptcy Court** have, at a minimum, taken the Oath of Office

to protect and defend the federal Constitution. Both federal and state Constitutions are ordained and established by the people to protect the inherent, unalienable and natural rights of the living people upon the natural world of Creation. Governments, government agencies and employees thereof are entrusted with limited duties, responsibilities and authority. **People who take the oath of office should recognize and maintain**, to the best of their ability, **the separation of the realm of the natural world** and the people found to be living upon it, **and the realm of the commercial world** of codes, statutes, and other man-made laws that regulate such commerce.

5. **Claimant is not an attorney** nor is Claimant represented by an attorney. Claimant understands that he is allowed leeway as a **living man** in a court that is conducted mostly of codes, statutes and other man-made rules that are foreign to natural law.

**PLEASE TAKE NOTICE**

that the **UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION,** will hold a hearing on **October 19, 2021, at 10:00 a.m. (Pacific Time)** to hear any opposition, support, or other witness testimony to Claimant's Motion to Reconsider Order Expunging and Disallowing Claim Number 87111 [Re: Dkt. Nos. 10808, 10809, 10810, 10960, 10980, et al.] and Claimant's INTENT TO REVERSE The Order Expunging and Disallowing Claim Number 87111 [Re: Dkt. No. 10980] **Filed with SEALED Docket 11074 dated August 18, 2021, and all related filings and responses** thereto,

AND IN ADDITION

THIS FILING IS RECOGNIZING THE **ORDER** Found on Dkt No. 11244 dated September 13, 2021 AS **VOID by operation of LAW.**

**CAUSE OF ACTION**

1. The previous orders that were filed in this PG&E Case No. 19-30088 (DM) under **Docket No. 11135 on August 20, 2021 and Docket no. 11154 dated August 25, 2021 were found to be Unlawful and Illegal by facts and evidence within Claimant's motions found within Docket 11174 filed August 31, 2021. A TENTATIVE ORDER OF THE COURT as found on Dkt 11183 filed on September 2nd, 2021 became a final order of the Court after September 10, 2021. The Order found within Dkt 11183 DID STRIKE The orders found within Dkts 11135 and 11154 from the records of this Case in their ENTIRETY.**

**The ORDER found within Dkt 11183 further upheld Claimant's HEARING Date for 10:00am on October 19, 2021**.

2. As found within the ORDER on Dkt 11183, The Court found and Declared, Pursuant to **B.L.R. 9021-1(a) Prior to a Hearing**, which states in part, *"no proposed forms of orders granting or denying motions shall be submitted with the moving or opposition papers prior to hearing."* Also within Docket 11183 is found The Court's Statement and Reasoning of The Court's Decision. The Tentative Order was effective immediately and became a FINAL ORDER after September 10, 2021 since Debtor's failed to provide a response which specified those principal issues or objections in the Order, or the Court's Statement of Decision, as found within Dkt 11183.

3. **As Stated previously by Claimant within Docket 11174,** THERE ARE NO KNOWN Provisions within the Bankruptcy Court's or Judge Montali's OPEN CALENDAR PROCEDURES that would allow **for a Hearing Date to be taken off Calendar by an opposing party** without following due process and/or in accordance with the Rules of the Bankruptcy Court's Open Calendar Procedures. **THAT FACT WAS MADE CLEAR** on Claimant's Motion found within Dkt 11174 and **the Order found within DKT 11183 upholding Claimant's Right to his hearing**, and among other things.

**CLAIMANT DOES NOT WAIVE HIS RIGHT TO THE HEARING AS SCHEDULED FOR 10:00am on October 19, 2021, NOR DO ANY E-FILERS HAVE ANY AUTHORTITY TO REMOVE OR CHANGE THE HEARING DATE.**

The order found on Docket 11244 is **AGAIN** attempting to disregard due process, the procedures found within the Bankruptcy Court's and Judge Montali's Open Calendar procedures, and is **AGAIN** in violation of Claimant's right to a hearing in front of an impartial judge.

Motions and Objections to PREVIOUS Orders and other filings by Claimant and Debtors are GUARANTEED to be heard as recognized on BOTH Debtor's and Claimant's Docket filings, summarized as follows:

*This UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION has jurisdiction over this matter and shall retain jurisdiction to resolve any disputes or controversies arising from any of the court's orders. 28 U.S.C. §§ 157*

**3. The order found within Dkt 11244 is AGAIN, FOR THE SECOND TIME, blatantly disregarding Due Process** found within the Bankruptcy Courts Local Rules **(B.L.R.)** which Specifically RESTRICTS any Orders or Attempts to remove a Hearing date set to hear Motions upon the Court. **The Order found within Dkt 11244 AGAIN threatens the Integrity of this UNITED STATES BANKRUPTCY COURT,** by the Filing of an ORDER that clearly violates the inherent rights and Due Process of a living man, Claimant. **Pursuant to B.L.R. 9021-1(a), The Order AGAIN has NO AUTHORITY to TAKE OFF CALENDAR Claimant's Hearing ALREADY pending** on the matters in regards to Claimant's Claim no. 87111, and all related Dockets, Including Dockets 10808, 10809, 10810, 10960, 10980, 11074, 11174, 11183 et al., **AND** Claimant's hearing has been **UPHELD BY COURT ORDER found on Dkt 11183 for the Hearing** set for 10:00am on October 19, 2021.

       **3. The NEW ORDER filed onto the SAN FRANCISCO BANKRUPTCY COURT'S website** as Dkts No. 11244 **is Not only Voidable, BUT AUTOMATICALLY VOID by operation of LAW.**

       4. The order found within Dkt 11244 **is yet another Violation** *of title 18 U.S. Code § 241 - Conspiracy against rights*; **The Author of the Order is AGAIN attempting to** injure, oppress, threaten, or intimidate **Claimant** in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States **by attempting to depriving Claimant of his right to a Court Hearing, and is attempting to scare or intimidate Claimant by Filing an E-Order in total disregard to Due Process, among other things.**

       **As Found in Docket 11174 filed by Claimant on August 31, 2021, DEBTORS HAVE BEEN WARNED AGAINST FURTHER FRIVOLOUS AND UNLAWFUL Orders and ANY FURTHER ATTEMPT to remove Claimant's hearing from Calendar,** such as the orders found in **Dkts 11135 and 11154. Debtors AGAIN Uploaded an ILLEGAL AND UNLAWFUL Order as found in the NEW ORDER on Dkt 11244 dated September 13, 2021.**

       Also found on Page 12, beginning around Line 20 within Claimant's Docket filing 11174 dated August 31, 2021, Claimant reserved the right to Defend the Sanctity AND Integrity of this **UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA SAN**

**FRANCISCO DIVISION** by whatever means are available, **Including, But Not Limited to** defensive actions such as proposing <u>**Sanctions Against the Filer(s) and/or Author(s)**</u> of any such orders that are **FOUND TO BE UNLAWFUL**, and/or **made Without Due Process,** and/or meets the definition of **Frivolous** and/or entered into the records of this case by anyone proven to have **Lack of Competence, Understanding or Candor to make such order(s)**, or have been filed upon this BANKRUPTCY COURT'S WEBSITE under PG&ECase 19-30088 by an **Anonymous Party or an apparent Malicious Act.**

<u>**SINCE THIS IS YET ANOTHER ORDER**</u> found within Docket 11244 dated September 13, 2021 **AND IS <u>UNINTELLIGABLE, ILLEGAL, UNLAWFUL</u>** and the order has NO **AUTHORITY** to attempt to remove Claimants Hearing date from Calendar, and the Order is <u>**AGAIN**</u> in Obvious Violation of *title 18 U.S. Code § 241 - Conspiracy against rights,* **and among other violations** of Law, Claimant now is exercising his **RIGHT AND DUTY** to Motion the Court to **IMPOSE IMMEDIATE SANCTIONS UPON ALL PARTIES WHO HAVE E-ORDER UPLOAD CAPABILITY TO CLAIMANT"S CLAIM No. 87111.** CLAIMANT HEREBY MOTIONS THE COURT TO IMPOSE THE FOLLOWING:

**IMPOSED SANCTION**

*ALL E-FILERS Capable of uploading an E-Order shall be **<u>PERMANENTLY</u> restricted from uploading ANY E-ORDERS** Upon Claimant and Claimant's filings that are related to or otherwise connected to Claimant's Claim No. 87111 using the CM/ECF San Francisco E-Orders procedures or any other procedure that bypasses the presiding Judge's approval and receiving a Wet-Ink signature of the same presiding Judge. The restriction shall be a <u>PERMANENT RESTRICTION</u> throughout the Duration of Claimant's Claim No. 87111 and all related filings thereto. ALL ORDERS must be made pursuant to due process, hearings, Motions, and other legal and lawful procedures followed within the Jurisdiction of This FEDERAL BANKRUPTCY COURT. ALL ORDERS REGARDING THIS CLAIM 87111 shall be signed using a Wet-ink Signature by the Judge presiding over Claimant's Claim No. 87111 to be recognized as a valid, legal and/or a lawful ORDER (currently to be signed by the Hon. Dennis Montali).*

**END OF IMPOSED SANCTION**

The Sanction(s) stated above shall be effective IMMEDIATELY and shall therefore be discussed at the Upcoming Hearing set to be held at 10:00am on October 19, 2021.

ANY ADDITIONAL ATTEMPTS to violate due process and/or the Inherent Rights, Substantive Rights, Natural Rights and any other rights secured to Claimant by Divine law, the laws of the land, and writings that Guarantee Claimant's Rights through the federal and state Constitutions, among other rights, will force Claimant to again defend himself and the Sanctity and Integrity of this Federal Bankruptcy Court by an unlimited number other means necessary to Protect the Integrity of the Federal Bankruptcy Court, and ALL of the protected rights of Claimant.

**DUE PROCESS SHALL BE PRESERVED AND UPHELD**

Responses and other filings shall continue to be accepted in regards to the matters and issues regarding Claimant's motion for Reconsideration and intent to reverse the Order made on Dkt No. 10980 as described and found in Claimant's Filing within Dkt 11074, INCLUDING any and all filings related to Claimant's Claim No. 87111, up to the **Response Deadline Date of 4:00pm on October 5, 2021**.

Both Claimant AND Debtors shall be afforded the opportunity to address the issues within their filings at the hearing at 10:00am on October 19, 2021.

### Reservation of Rights

It is known that Codes, Statutes, Rules and other man-made laws are **directed at Government agencies, courts, commercial activity, corporations, and others not proved to be living,** and such rules and man-made laws are foreign to Claimant, the laws of the land, and the laws of nature.

**As found in Claimant's Sealed Dkt No. 11074, Claimant is a man proven to be living,** has made claim to his estate and his certificate of live birth (title), and is under the Supreme Law of the land and the laws of nature. **Claimant DOES NOT CONSENT** to any Order, Commercial Law, Code, Statute, Rule or other legislation or man-made law or Order that would diminish, nullify, or attempt to take away any rights of Claimant.

As stated within Claimant's Claim No. 87111 and other related filings, **Claimant is seeking a remedy under the law** in this **UNITED STATES BANKRUPTCY COURT** for the unsafe conditions and/or the violations of the law, and among other reasons, that resulted in the electrocution to the death of

Claimant's brother Rory-Nelson Horton.

**DECLARATION**

     I, Ricky-Dean Horton, Claimant, and Rory's living natural brother, declare under penalty of perjury under the Supreme Law of the land, and in accordance with the natural laws of The United States of America and in accordance with the natural laws of California, that, to the best of my knowledge and understanding, the foregoing information is true and correct.

Signed and Sealed this 14th day of September, 2021 AD

*Ricky-Dean Horton*
Ricky-Dean Horton, a Living man, Californian, Claimant

                        Great Seal
                   For land and sea
                       House of Horton
                           SEAL