UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY;**<br>**Debtors.**<br>Affects Both Debtors<br>• *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No.: 19-30088 (DM)<br>Chapter 11, Lead Case, Jointly Administered;<br><br>Ricky-Dean Horton, Claim No. 87111<br><br>**CERTIFICATE OF SERVICE;**<br><br>Re: **VOID OF ORDER found on Dkt 11244 by OPERATION OF LAW**<br>And<br>**MOTION TO IMPOSE SANCTIONS UPON E-FILER E-ORDERs** |

## CERTIFICATE OF SERVICE

I, Ricky-Dean Horton, do declare and state as follows:

1. I am a creditor in the above-referenced chapter 11 cases.
2. On September 14, 2021 by CM/ECF filing on the Bankruptcy Court's Website, I electronically filed the following documents with the Clerk of the Court by using CM/ECF system (for Non-Registered ECF Filers):
3. 
    a. *PGE Case 19-30088 Void of Order on Dkt 11244 Motion to IMPOSE SANCTIONS.pdf*
4. I caused the same CM/ECF filing on the Bankruptcy Court's Website to be served upon the interested parties as shown below:

**SERVICE LIST**

1. **Attorneys for Debtors, WEIL, GOTSHAL & MANGES LLP**

    **Via Electronic Email:**

    Stephen Karotkin, Stephen.karotkin@weil.com;
    Jessica Liou, Jessica.liou@weil.com;
    Matthew Goren, Matthew.goren@weil.com;

2. **Attorneys for Debtors, KELLER BENVENUTTI KIM LLP**

    **Via Electronic Email:**

    PGETeam@primeclerk.com;
    Tobias S. Keller, tkeller@kbkllp.com;
    Jane Kim, jkim@kbkllp.com;
    Thomas Rupp, trupp@kbkllp.com
    Peter J. Benvenutti, pbenvenutti@kbkllp.com,

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Signed, Sealed and Executed this 14th day of September 2021, at Fairfield, California.

_____
Ricky-Dean Horton, Claimant                    SEAL