UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Victor Wong, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On September 9, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on (1) Office of the U.S. Trustee / SF, Phillip J. Burton Federal Building, 450 Golden Gate Ave., 5th Fl., #05-0153, San Francisco, CA 94102; (2) PricewaterhouseCoopers, LLP, c/o Kibler Fowler & Cave LLP, Michael D. Kibler, Matthew J. Cave, Kevin C. Kroll, 1100 Santa Monica Blvd., #360, Los Angeles, CA 90025; and (3) The Honorable John K. Trotter (Ret.) Trustee of the PG&E Fire Victim Trust, c/o Greenberg Gross LLP, Evan C. Borges, Sarah Kelly-Kilgore, 601 S. Figueroa St. 30th Fl., Los Angeles CA 90017:

- Notice of Appeal and Statement of Election [Docket No. 11199]

3. I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

5. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 14th day of September 2021, at New York, NY.

                                            */s/ Victor Wong*
                                            Victor Wong