ROLNICK KRAMER SADIGHI LLP
Lawrence M. Rolnick *(pro hac vice)*
lrolnick@rksllp.com
Marc B. Kramer *(pro hac vice)*
mkramer@rksllp.com
Michael J. Hampson *(pro hac vice)*
mhampson@rksllp.com
Richard A. Bodnar *(pro hac vice)*
rbodnar@rksllp.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 597-2800
Facsimile: (212) 597-2801

ST. JAMES LAW, P.C.
Michael St. James, CSB No. 95653
22 Battery Street, Suite 810
San Francisco, California 94111
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

*Attorneys for the AmeriTrust Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) (Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**THE AMERITRUST CLAIMANTS' JOINDER AND STATEMENT IN OPPOSITION TO REORGANIZED DEBTORS' THIRTEENTH SECURITIES CLAIMS OMNIBUS OBJECTION (CLAIMS BARRED BY THE STATUTE OF REPOSE)**<br><br>**Hearing Information:**<br>Date:    September 29, 2021<br>Time:    10:00 a.m. (Pacific Time)<br>Place:   (Telephone Appearances Only)<br>          United States Bankruptcy Court<br>          Courtroom 17, 16th Floor<br>          San Francisco, CA 94102 |

ROLNICK KRAMER SADIGHI LLP
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Individual Claimants Phyllis S. Prange Trust, Ramon L. Prange IRA, Ramon L. Prange IRA and Susan Singer ("**AmeriTrust Claimants**") hereby file this joinder and statement (the "**Joinder**") in opposition to Reorganized Debtors' Thirteenth Securities Claims Omnibus Objection (Claims Barred By the Statute of Repose) (the "**Thirteenth Objection**") [Docket No. 11085]. The Thirteenth Objection makes the same arguments and is based on the same incorrect premise as the Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred By the Statute of Repose) (the "**Eleventh Objection**") [Docket No. 11014]. The AmeriTrust Claimants therefore file this Joinder in support of the PGIM FI Claimants' Response and Opposition to Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (the "**PGIM Response and Opposition**") [Docket No. 11168] and Oregon's Opposition to Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred By the Statute of Repose) (the "**Oregon Opposition**") [Docket No. 11170] as their opposition to the Thirteenth Objection.

## JOINDER

The AmeriTrust Claimants hereby join the PGIM Response and Opposition and the Oregon Opposition. The AmeriTrust Claimants support, adopt and incorporate by reference the arguments made therein.[1] The AmeriTrist Claimants respectfully submit that the arguments against granting the Eleventh Omnibus Objection apply with equal force and weight in favor of denying the Thirteenth Omnibus Objection. Further, because the Thirteenth Omnibus Objection adds no new arguments to the Eleventh Omnibus Objection, it serves judicial efficiency and avoids a waste of resources by the parties for the AmeriTrust Claimants to file this simple joinder.

## JOINDER IS APPROPRIATE AND SERVES JUDICIAL EFFICIENCY

The AmeriTrust Claimants incorporation of arguments made in response to the Eleventh Omnibus Objection serves judicial efficiency. The Thirteenth Omnibus Objection is a near carbon copy of the Eleventh Omnibus Objection. Debtors acknowledge as much in their objection. *See* Thirteenth Omnibus Objection at 1 n. 1 ("[Debtors] have requested relief with respect to identically situated claims in [the Eleventh Omnibus Objection]. . ."). Further, a software generated

---

[1] In conformance with the ADR Procedures adopted by this Court, the AmeriTrust Claimants provide Appendix A, listing information relevant to their claims, including claim numbers.

comparison of the two objections shows them to be effectively identical. *See* Exhibit 1 (providing a redline of the Thirteenth Omnibus Objection to the Eleventh Omnibus Objection). Where, as here, a party makes the exact same arguments via two separate motions or sets of papers, the AmeriTrust Claimants respectfully submit it serves overall efficiency to incorporate and apply responses to one motion or set of arguments to the other without burdening the Court with additional, unnecessary, paper.

## RESERVATION OF RIGHTS

The AmeriTrust Claimants reserve all of their respective rights, claims, defenses, and remedies, including, without limitation, the right to amend, modify, or supplement this Joinder in accordance with applicable rules.

Dated: September 15, 2021

ROLNICK KRAMER SADIGHI LLP

By: _____

RICHARD A. BODNAR

*Attorneys for the AmeriTrust Claimants*

**APPENDIX A**

| Creditor | Claim No. | Date | Amount of Claim | Notice Address |
|---|---|---|---|---|
| Phyllis S Prange Trust | 107040 | 3/30/2021 | Unliquidated | Richard A. Bodnar<br>Rolnick Kramer Sadighi LLP<br>1251 Avenue of the Americas<br>New York, New York 10020<br>212.597.2800<br>rbodnar@rksllp.com |
| Ramon L Prange IRA | 107038 | 3/30/2021 | Unliquidated | Richard A. Bodnar<br>Rolnick Kramer Sadighi LLP<br>1251 Avenue of the Americas<br>New York, New York 10020<br>212.597.2800<br>rbodnar@rksllp.com |
| Ramon L Prange IRA | 107039 | 3/31/2021 | Unliquidated | Richard A. Bodnar<br>Rolnick Kramer Sadighi LLP<br>1251 Avenue of the Americas<br>New York, New York 10020<br>212.597.2800<br>rbodnar@rksllp.com |
| Susan Singer | 104331 | 5/11/2020 | Unliquidated | Richard A. Bodnar<br>Rolnick Kramer Sadighi LLP<br>1251 Avenue of the Americas<br>New York, New York 10020<br>212.597.2800<br>rbodnar@rksllp.com |