| | |
|---|---|
| KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller (#151445)<br>(tkeller@kbkllp.com)<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>David A. Taylor (#247433)<br>(dtaylor@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251 | GOUGH & HANCOCK LLP<br>Gayle L. Gough (#154398)<br>(gayle.gough@ghcounsel.com)<br>Laura L. Goodman (#142689)<br>(laura.goodman@ghcounsel.com)<br>50 California Street, Suite 1500<br>San Francisco, CA 94111<br>Tel: 415.848-8918 |

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF LAURA L. GOODMAN IN SUPPORT OF REORGANIZED DEBTORS' OPPOSITION TO MOTION FOR RELIEF FROM PLAN INJUNCTION, TO COMPEL ARBITRATION AND/OR FOR ABSTENTION**<br><br>[Relates to Docket Nos. 11066, 11263]<br><br>Date: September 29, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Tele/Videoconference Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

I, Laura L. Goodman, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am an attorney at law licensed to practice in the State of California and admitted to the bar of this Court. I am an attorney with Gough & Hancock LLP, counsel for PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors in the above-captioned chapter 11 cases. Unless stated otherwise, I have personal knowledge of the matters set forth herein. I submit this Declaration in support of the *Reorganized Debtors' Opposition to Motion for Relief from Plan Injunction, to Compel Arbitration and/or for Abstention* [Docket No. 11263] (the "**Opposition**").[1]

2. Attached for the Court's convenience as **Exhibit A** is a true and correct copy of the Proof of Claim filed by Tuscan Ridge Associates with Attachments 1-3.

3. Attached as **Exhibit B** is a true and correct copy of the November 20, 2018 Letter Agreement between Tuscan Ridge Associates, LLC and Pacific Gas & Electric Company as attached to the Proof of Claim.

4. Attached hereto as **Exhibit C** is a true and correct filed-stamped copy of a March 5, 2020 verified Complaint for Breach of Contract, For Breach of the Implied Covenant of Good Faith and Fair Dealing; Petition to Compel filed by Tuscan Ridge Associates, Inc. against ECC Constructors, LLC that I retrieved from the Butte County Superior Court online portal. The verification is signed by Scott Bates as Managing Member for Tuscan Ridge Associates, Inc.

5. Attached hereto as **Exhibit D** is a true and correct filed-stamped copy of a March 9, 2020 Errata to Complaint filed by Tuscan Ridge Associates Inc. against ECC Constructors, LLC with Exhibits A-D that I retrieved from the Butte County Superior Court online portal. The highlighting appearing on Exhibit C to the document is contained in the copy that I downloaded from the Butte County Superior Court online portal and not my own.

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Opposition.

Case: 19-30088    Doc# 11264    Filed: 09/15/21    Entered: 09/15/21 20:05:29    Page 2 of 3

6. Attached hereto as **Exhibit E** is a true and correct filed-stamped copy of a March 11, 2020 Declaration of Scott Bates in Support of Ex Parte Application for Writ of Attachment that I retrieved from the Butte County Superior Court online portal. The highlighting contained on the last page of the document is contained in the copy that I downloaded from the Butte County Superior Court online portal and not my own.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury and in accordance with laws of the United States of America that the foregoing is true and correct. Executed this fifteenth day of September, 2021, in San Francisco, California.

/s/ *Laura L. Goodman*
Laura L. Goodman