# Notice Recipients

District/Off: 0971−3    User: admin    Date Created: 9/16/2021
Case: 19−30088    Form ID: TRANSC    Total: 5

**Recipients submitted to the Claims Agent (Prime Clerk):**
db    PG&E Corporation    77 Beale Street    P.O. Box 770000    San Francisco, CA 94177
     DAVID TAYLOR, ESQ.    Keller Benvenutti Kim LLP    650 California Street Suite 1900    San Francisco, CA 94108
     MARK HANCOCK, ESQ.    Gough & Hancock LLP    50 California Street Suite 1500    San Francisco, CA 94111
     ERICA LEE, ESQ.    Attorney General of California    455 Golden Gate Avenue Suite 11000    San Francisco, CA 94102
     LISA R. CAMPBELL, ESQ.    California Department of Housing and Community Development    2020 West El Camino Avenue Suite 525    Sacramento, CA 95833

                                                                                                            TOTAL: 5