1  Rob Bonta
   Attorney General of California
2  Brian D. Wesley
   Supervising Deputy Attorney General
3  Matthew C. Heyn
   Deputy Attorney General
4  300 S. Spring Street, Suite 1702
   Los Angeles, California 90013
5  Telephone: (213) 269-6232
   Facsimile: (916) 731-2144
6  Email: Matthew.Heyn@doj.ca.gov

7  Paul J. Pascuzzi, SBN 148810
   FELDERSTEIN FITZGERALD
8  WILLOUGHBY PASCUZZI & RIOS LLP
   500 Capitol Mall, Suite 2250
9  Sacramento, CA 95814
   Telephone: (916) 329-7400
10 Fax: (916) 329-7435
   Email: ppascuzzi@ffwplaw.com

*Attorneys for California Department of Transportation*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| PG&E CORPORATION | Chapter 11 |
| - and – | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☑ Affects both Debtors | |

**CALIFORNIA DEPARTMENT OF TRANSPORTATION'S NOTICE OF WITHDRAWAL OF ITS OBJECTION TO SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE ASSUMED [DOCKET NO. 7276]**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on May 1, 2020, PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**") filed the *Schedule of Executory Contracts and Unexpired Leases to be Assumed Pursuant to the Plan and Proposed Cure Amounts* [Docket No. 7037], which listed certain agreements with, among others, the California Department of Transportation ("**Caltrans**") to be assumed pursuant to the Plan (the "**Caltrans Scheduled Contracts**") and the corresponding Cure Amounts (the "**Proposed Cure Amounts**"). In addition, under the Plan, the Debtors assumed non-scheduled contracts with Caltrans (collectively, with the Caltrans Scheduled Contracts, the "**Assumed Contracts**"). On May 15, 2021, Caltrans and other California agencies filed an objection to the Proposed Cure Amounts, styled as *California State Agencies' Objections to Schedule of Executory Contracts and Unexpired Leases to be Assumed Pursuant to the Plan and Proposed Cure Amounts* [Docket No. 7276] (the "**Cure Dispute**").

PLEASE TAKE FURTHER NOTICE that, on or about July 27, 2021, Caltrans and the Debtors entered into a Settlement Agreement under which the Debtors made payments in full and final satisfaction of cure amounts owed under the Assumed Contracts. Pursuant to the Settlement Agreement, Caltrans withdraws the Cure Dispute with respect to the Assumed Contracts. Nothing herein shall withdraw the Cure Dispute as to other state agencies. Caltrans' withdrawal from the Cure Dispute is without prejudice to the rights of other state agencies.

Dated: September 17, 2021        Respectfully submitted,

                                                ROB BONTA
                                                Attorney General of California
                                                MATTHEW C. HEYN
                                                Deputy Attorney General

                                                FELDERSTEIN FITZGERALD
                                                WILLOUGHBY PASCUZZI & RIOS LLP

                                                By: */s/ Paul J. Pascuzzi*
                                                    PAUL J. PASCUZZI, ESQ.
                                                *Attorneys for California Department of Transportation*

# PROOF OF SERVICE

I, Janelle C. Fluken, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 500 Capitol Mall, Suite 2250, Sacramento, CA 95814. On September 17, 2021, I served the within documents:

CALIFORNIA DEPARTMENT OF TRANSPORTATION'S NOTICE OF WITHDRAWAL OF ITS OBJECTION TO SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE ASSUMED [DOCKET NO. 7276]

By Electronic Service only via CM/ECF.

/s/ Janelle C. Fluken
Janelle C. Fluken