# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Nuno Cardoso, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On September 14, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on Arab Authority for Agricultural Investment and Development (AAAID) (MMLID#7907443), Mike Priestley, Nouf Tower, 4th Floor, Port Saeed Area, P.O. Box 51250, Deira, Dubai, United Arab Emirates:

- Reorganized Debtors' Eighth Securities Claims Omnibus Objection (No Basis for Claim - Failure to Provide Any Trading Information) [Docket No. 10922]

- Declaration of Edward J. Radetich, Jr. in Support of Reorganized Debtors' Eighth Securities Claims Omnibus Objection (No Basis for Claim - Failure to Provide Any Trading Information) [Docket No. 10923]

- Notice of Hearing on Reorganized Debtors' Eighth Securities Claims Omnibus Objection (No Basis for Claim - Failure to Provide Any Trading Information) [Docket No. 10924]

3. On September 14, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the 12th Securities Omnibus Service List attached hereto as **Exhibit A**:

- Reorganized Debtors' Twelfth Securities Claims Omnibus Objection (Unauthorized Bulk Claims) [Docket No. 11082]

- Declaration of Edward J. Radetich, Jr. In Support of Reorganized Debtors' Twelfth Securities Claims Omnibus Objection (Unauthorized Bulk Claims) [Docket No. 11083]

- Notice of Hearing on Reorganized Debtors' Twelfth Securities Claims Omnibus Objection (Unauthorized Bulk Claims) [Docket No. 11084]

4. I have reviewed the Notices of Electronic Filing for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

5. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 17th day of September 2021, at New York, NY.

*/s/ Nuno Cardoso*
Nuno Cardoso

**Exhibit A**

# Exhibit A
## 12th Securities Omnibus Service List
### Served via First Class Mail

| MMLID | NAME | ADDRESS |
|---|---|---|
| 7908078 | Diane H Curtis IRA | Address on file |
| 7981117 | Irene E Lafferty Trust | Address on file |
| 7910941 | Malcolm S Curtis IRA | Address on file |
| 7907705 | Orris H & Ann Flatten Rev Estate Tst UA Dec 11, 1987 Ann C Flatten Tr | Address on file |
| 7989685 | STANSGAR, GARY | Address on file |
| 7981344 | STEWART SIMMONS & ROBIN SIMMONS JT TEN | Address on file |
| 7991869 | STOREDAHL, RODNEY & HEATHER | Address on file |