# Exhibit A

Proposed Order

Case: 19-30088    Doc# 11275-1    Filed: 09/20/21    Entered: 09/20/21 14:26:16    Page 1 of 3
Case No. 19-30088 (DM)

PILLSBURY WINTHROP SHAW PITTMAN LLP
JONATHAN DOOLITTLE (SBN 290638)
jonathan.doolittle@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:    415.983.1000
Facsimile:    415.983.1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
HUGH M. MCDONALD (*admitted pro hac vice*)
hugh.mcdonald@pillsburylaw.com
31 West 52nd Street
New York, NY 10019-6131
Telephone:    212.858.1000
Facsimile:    212.858.1500

*Attorneys for Consolidated Edison Development, Inc.*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE:**<br><br>**PGE CORPORATION**<br><br>   -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY.**<br><br>                    **Debtors.** | Case No. 19-30088 (DM)<br><br>CHAPTER 11 (LEAD CASE)<br>(JOINTLY ADMINISTERED)<br><br>**ORDER GRANTING CONSOLIDATED EDISON DEVELOPMENT, INC.'S MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL** |

Upon consideration of the Motion,[1] pursuant to Bankruptcy Rules 8002(d) and 9006(b) for entry of an order extending the deadline to file a notice of appeal ("**Notice of Appeal**"); and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b)(A); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Motion as provided to the parties listed therein is reasonable and sufficient, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of CED; and after due deliberation and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** to the extent set forth herein.

2. The time to file a Notice of Appeal is extended to October ___ , 2021, without prejudice to requests for further extensions; and

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

** END OF ORDER **

---

[1] Capitalized terms used but not defined in this Order shall have the meanings ascribed to them in the Motion.