BLA SCHWARTZ, PC
Irwin B. Schwartz (SBN 141140)
515 S. Flower Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 785-3854
Facsimile: (213) 785-3684
ischwartz@blaschwartz.com

*Counsel for the Commonwealth Annuity and Life Insurance Company*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors<br><br>Affects both Debtors | **Bankruptcy Case No. 19-30088 (DM)**<br><br>MOTION FOR LEAVE TO FILE LATE AND OPPOSITION TO REORGANIZED DEBTORS' THIRTEENTH SECURITIES CLAIMS OMNIBUS OBJECTION (CLAIMS BARRED BY THE STATUTE OF REPOSE)<br><br>**Hearing Information:**<br>Date: September 29, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephone Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br><br>**Related to Dkt. Nos. 11085, 11086, 11087** |

The Commonwealth Annuity and Life Insurance Company (the "Commonwealth Annuity and Life") hereby respectfully submits this Motion to File Opposition Late and to

Oppose Reorganized Debtors' Thirteenth Securities Claims Omnibus Objection [Dkt. No. 11085].[1]

## MOTION FOR LEAVE TO FILE OPPOSITION LATE

As ground for this motion, Commonwealth Annuity and Life states that it did not receive effective notice of the Thirteenth Securities Claims Omnibus Objection and were unable to lodge their objection until today.  In addition, since other claimants lodged objections before the purported September 15, 2021 deadline to do so, there will be no prejudice to the parties or disruption of the Court's schedule by allowing Commonwealth Annuity and Life to appear and assert its opposition to the Debtors' Thirteenth Securities Claims Omnibus Objection.

## OPPOSITION

Commonwealth Annuity and Life respectfully joins in the substantive Oppositions already on file to the Debtors' Eleventh Securities Claims Omnibus Objection [Dkt. Nos. 11168 and 11170], which is identical in all material respects to the Thirteenth Securities Claims Omnibus Objection.  [See Dkt. Nos. 11085 n.1; 11260 Exh. A (redlined comparison of Eleventh and Thirteenth Securities Claims Omnibus Objections)].  In addition, and without limitation, Commonwealth Annuity and Life states, based on investigation of counsel, that there were numerous data import errors associated with claims filings received by Prime Clerk and therefore the information upon which the Radetich and Keable Declarations are based is not reliable.  Nor did Commonwealth Annuity and Life submit all its claims herein exclusively under Section 11 of

---

[1] The applicable claim number and other pertinent information for Commonwealth Annuity and Life is attached hereto as **Appendix A**.

the Securities Act and therefore the Statute of Repose does not bar the compensation to which Commonwealth Annuity and Life is entitled arising from any other basis.

## RESERVATION OF RIGHTS

Commonwealth Annuity and Life reserves all its respective rights, claims, defenses, and remedies, including, without limitation, the right to amend, modify or supplement this Opposition in accordance with applicable rules.

Dated: September 20, 2021  BLA SCHWARTZ, P.C.

By: /s/ *Irwin B. Schwartz*
      Irwin B. Schwartz

Counsel for Commonwealth Annuity and Life Insurance Company

## Verification

I, Brenda J. Page, on oath depose and say that I am counsel to Hartford Investment Management Company, which is Commonwealth Annuity and Life Insurance Company's investment adviser. To the best of my knowledge, the facts set forth in this Motion for Leave to File Late and Opposition are true and accurate based on my investigation thereof.

Signed under the penalties of perjury on this 20th day of September 2021.

*Brenda J. Page*
Brenda J. Page

# APPENDIX A

| CREDITOR | CLAIM NO. | DATE | AMOUNT OF CLAIM | NOTICE ADDRESS |
|---|---|---|---|---|
| Commonwealth Annuity and Life Insurance Company | 100939 | 4/16/2020 | $467,740.44 | Brenda J. Page<br>Managing Associate General Counsel, Head of Investment Law, The Hartford<br>One Hartford Plaza, NP5-B<br>Hartford, CT  06155<br>(860) 297-6444<br>Brenda.Page@thehartford.com<br><br>With a copy to:<br><br>Irwin B. Schwartz<br>BLA Schwartz P.C.<br>One University Ave., Suite 302B<br>Westwood, MA 02090<br>781-636-5032<br>ischwartz@blaschwartz.com |