EVAN C. BORGES, State Bar No. 128706
  EBorges@GGTrialLaw.com
SARAH KELLY-KILGORE, State Bar No. 284571
  SKellyKilgore@GGTrialLaw.com
GREENBERG GROSS LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone: (213) 334-7000
Facsimile: (213) 334-7001

*Attorneys for The Honorable John K. Trotter (Ret.), Trustee of the PG&E Fire Victim Trust*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DESIGNATION OF TRUSTEE OF FIRE VICTIM TRUST OF ADDITIONAL ITEMS FOR RECORD ON APPEAL** |

## I. DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD

Pursuant to Bankruptcy Rule 8009(a)(2), the Trustee hereby designates the following items to be included in the record on appeal in Case No. 21-cv-07118-HSG:

1. Dkt. No. 6473 (filed 3/24/2020): Order Granting the Ex Parte Application of the Official Committee Of Tort Claimants Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of an Order Authorizing Service of a Subpoena on PricewaterhouseCoopers LLP;
2. Dkt. No. 10913 (filed 7/13/2021): *Ex Parte* Application of the Fire Victim Trustee Pursuant to Federal Rule of Bankruptcy Procedure 2004 for an Order Authorizing Service of a Subpoena on PricewaterhouseCoopers LLP Employee Hugh Le;
3. Dkt. No. 10915 (filed 7/13/2021): Declaration of Sarah Kelly-Kilgore in Support of *Ex Parte* Application of the Fire Victim Trustee Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Order Authorizing Service of a Subpoena on PricewaterhouseCoopers LLP Employee Hugh Le;
4. Dkt. No. 10947 (filed 7/16/2021): Order Granting *Ex Parte* Application of the Fire Victim Trustee Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Order Authorizing Service of a Subpoena on PricewaterhouseCoopers LLP Employee Hugh Le.

DATED: September 21, 2021      GREENBERG GROSS LLP

By: /s/ Evan C. Borges
Evan C. Borges
Sarah Kelly-Kilgore

*Attorneys for The Honorable John K. Trotter (Ret.), Trustee of the PG&E Fire Victim Trust*