WANGER JONES HELSLEY
Riley C. Walter, #91839
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail: rwalter@wjhattorneys.com

Attorneys for Creditor, Aera Energy, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION,

And

PACIFIC GAS & ELECTRIC COMPANY

Debtors.

CASE NOS. 19-30088 (DM) (Lead case)
19-30089 (DM)

**REQUEST TO BE REMOVED FROM ELECTRONIC NOTIFICATION**

To the Clerk of the United States Bankruptcy Court, Northern District of California:

I am the attorney for Aera Energy, LLC. I request removal from the courtesy electronic notification because I no longer wish to receive Notices of Electronic Filings in the above referenced cases.

Dated: September 8, 2021

WANGER JONES HELSLEY

By: /s/ Riley C. Walter
Riley C. Walter, Attorneys for
Aera Energy, LLC

{9636/002/01316522.DOCX}.090321.gaa          -1-