| | |
|---|---|
| Lillian G. Stenfeldt (Cal Bar No. 104929) | |
| Phillip K. Wang (Cal Bar No. 186712) | |
| RIMON, P.C. | |
| 423 Washington Street, Suite 600 | |
| San Francisco, California 94111 | |
| Telephone: (415) 968-2002 | |
| Facsimile: (415) 968-2002 | |
| Email: lillian.stenfeldt@rimonlaw.com | |
|         phillip.wang@rimonlaw.com | |

Attorneys for Claimant
THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtor(s). | Case No. 19-30088 (DM)<br>(Lead Case)<br><br>Chapter 11<br>(Jointly Administered)<br><br>**PROOF OF SERVICE** |

I, <u>Esteban Garcia</u>, certify as follows:

I am employed in the County of San Diego, State of California. My business address is: 3579 4th Avenue, San Diego, CA 92103. I am over the age of eighteen years and not a party to this cause.

On September 22, 2021, true and correct copies of:

- **RESPONSE BY CLAIMANT THE REGENTS OF THE UNIVERSITY OF CALIFORNIA TO REORGANIZED DEBTORS' FORTY-FOURTH OMNIBUS OBJECTION TO CLAIMS [DN 9464]**

- **DECLARATION OF PATRICK MCGEE IN SUPPORT OF RESPONSE BY CLAIMANT THE REGENTS OF THE UNIVERSITY OF CALIFORNIA TO REORGANIZED DEBTORS' FORTY-FOURTH OMNIBUS OBJECTION TO CLAIMS WITH EXHIBITS 1-3**

were caused to be served, as indicated below, by the Court via NEF and hyperlink to the documents and/or by First Class United States Mail:

**DEBTOR**
**(via First Class U.S. Mail)**
PG&E Corporation
77 Beale Street
PO BOX 770000
San Francisco, CA 94177

Jason P. Wells
Senior Vice President
Chief Financial Officer PG&E Corporation
77 Beale St.
San Francisco, CA 94177

**DEBTORS' COUNSEL**
**(via ECF and U.S. Mail)**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, CA 94108
PGEclaims@kbkllp.com;
tkeller@kbkllp.com;
pbenvenutti@kbkllp.com;
jkim@kbkllp.com

| | |
|---|---|
| 1 | **U.S. TRUSTEE** |
| 2 | **(via ECF)** |
| | Office of the U.S. Trustee |
| 3 | 450 Golden Gate Ave., 5th Floor |
| 4 | Suite #05-0153 |
| | San Francisco, CA 94102 |
| 5 | USTPRegion17.SF.ECF@usdoj.gov |
| 6 | |
| | **ALL OTHER ECF REGISTERED PARTIES** |
| 7 | **(via ECF)** |
| 8 | |
| | I declare under penalty of perjury that the foregoing is true and correct. |
| 9 | |
| | Dated: September 22, 2021 |
| 10 | By: /s/ *Esteban Garcia* |
| | ESTEBAN GARCIA |
| 11 | |
| 12 | |
| ... | |
| 28 | |