KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

GOUGH & HANCOCK LLP
Gayle L. Gough (#154398)
(gayle.gough@ghcounsel.com)
Laura L. Goodman (#142689)
(laura.goodman@ghcounsel.com)
50 California Street, Suite 1500
San Francisco, CA 94111
Tel: 415.848-8918

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF ELOUISE JADHAV IN SUPPORT OF REORGANIZED DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 58562 FILED BY FULCRUM CREDIT PARTNERS LLC AS TRANSFEREE OF TUSCAN RIDGE ASSOCIATES, LLC**<br><br>**Response Deadline:**<br>**October 26, 2021, 4:00 p.m. (Pacific Time)**<br><br>**Hearing Information If Timely Response Made:**<br>Date: November 9, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Tele/Videoconference Appearances Only)<br>      United States Bankruptcy Court<br>      Courtroom 17, 16th Floor<br>      San Francisco, CA 94102 |

I, Elouise Jadhav, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am employed by Pacific Gas and Electric Company ("**PG&E**") as a Senior Right of Way Agent. I interned with PG&E in the summer of 2018 and was hired as a contract Land Rights Agent in October 2018 to work in PG&E's Emergency Management Advancement Program. In my job as a contract Land Rights Agent at PG&E, I supported the Accelerated Wildfire Risk Reduction ("**AWRR**") Program by obtaining land rights for sites to support AWRR operations. In August 2019, I became a PG&E employee and held the position of Right of Way Agent. I was promoted to Senior Right of Way Agent in March 2021. My job duties since October 2018 have included negotiating agreements for the use of property, responding to issues of concern raised by property owners, drafting temporary use agreements (including license agreements) and obtaining PG&E approval for such agreements, and reviewing invoices and administering the payments related to license fees and other charges. I make this declaration based on my personal knowledge and review of PG&E records kept in the ordinary course of business and relied on by me, and my review of the documents attached to this declaration.

2. Attached as **Exhibit A** are true and correct copies of the Letter Agreement signed September 13 and 14, 2018, and the Amendment to Letter Agreement signed October 16, 2018, by and between Tuscan Ridge Associates, LLC and Pacific Gas and Electric Company for use of the license area at 3100 Skyway Road, Chico, as a support site in connection with PG&E's Wildfire Risk Reduction efforts. By agreement, PG&E's use of the License Area commenced September 9, 2018 and ended December 10, 2018, or the date that PG&E demobilized and vacated the License Area.

3. On November 12, 2018, before the Letter Agreement signed September 13 and 14, 2018 terminated, PG&E proposed terms to Tuscan Ridge Associates, LLC for entering into a new agreement for use of a license area at 3100 Skyway Road as a support site and base camp in connection with Camp Fire restoration work. Attached as **Exhibit B** is a true and correct copy of the Letter Agreement signed November 20, 2018, by and between Tuscan Ridge Associates, LLC and Pacific Gas and Electric Company for use of the license area at 3100 Skyway Road as a support site and base camp

| | |
|---|---|
| 1 | commencing November 19, 2018 and expiring May 20, 2019.  I am informed and believe that PG&E |
| 2 | expanded its use of the property at 3100 Skyway Road with the consent of Tuscan Ridge Associates, |
| 3 | LLC. |

4.    Attached as **Exhibit C** is a true and correct copy of the excel spreadsheet that I prepared to list the payments made by PG&E to Tuscan Ridge Associates, LLC for use of the property at 3100 Skyway Road.  PG&E paid rent to Tuscan Ridge Associates, LLC for use of the property pursuant to the Letter Agreement signed September 13 and 14, 2018, from the commencement of that agreement through November 19, 2018.  PG&E paid Tuscan Ridge Associates LLC for use of the property pursuant to the Letter Agreement signed November 20, 2018, from the commencement of that agreement on November 19, 2018 through May 20, 2019.  In addition, PG&E paid the Independent Consideration to Tuscan Ridge Associates LLC as additional consideration on execution of the November 20, 2018 Letter Agreement and reimbursed Tuscan Ridge Associates LLC for the cost of all grading and winterization work at the property.

5.    On March 19, 2019, Courtney McAlister, attorney for Tuscan Ridge Associates LLC, notified PG&E that Tuscan Ridge Associates, LLC expected to reach an agreement with ECC for use of the property at 3100 Skyway Road.  Mr. McAlister informed PG&E that ECC would proceed to store portable base camp housing units on the property in March 2019 and asked PG&E to confirm that it did not object to ECC's use of the site pending a formal agreement.  Mr. McAlister told PG&E that it should continue to maintain security on the property until Tuscan Ridge Associates LLC had a formal agreement with ECC.

6.    On March 25, 2019, PG&E was informed by ECC that it had entered into a contract with Tuscan Ridge Associates, LLC for use of the property at 3100 Skyway Road.

7.    On March 27, 2019, I contacted Mr. McAlister, the attorney for Tuscan Ridge Associates, LLC, about the work at the site by ECC, and I forwarded photographs of the ECC grading work at the site to him.  I expressed PG&E's concern that ECC's substantial grading work exceeded the scope of permits for PG&E's base camp.  True and correct copies of the photographs that I sent to Tuscan Ridge Associates, LLC are attached hereto as **Exhibit D**.  Mr. McAlister informed me that ECC had a storm water pollution prevention plan in place for ECC's work at the premises.

| | |
|---|---|
| 1 | I declare under penalty of perjury under the laws of the United States of America that the |
| 2 | foregoing is true and correct. Executed this 20th day of September, 2021, in Castro Valley, California. |
| 3 | |
| 4 |                                          __/s/ *Elouise Jadhav*__ |
| 5 |                                          Elouise Jadhav |