1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

## (Payments)

| Invoice # | Invoice Received | Cashed Date | Project | EDRS | Salesforce | Total Check | Rent | Generator | Winterization | Water Service | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | n/a | 10/15/2018 | AWRR | 2018-74865 | BILL-0002265 | $ 5,845.00 | $ 3,250.00 | $ 2,595.00 | $ - | $ - | AWRR agreement and checks for Invoice 1-3. |
| 2 | n/a | 10/15/2018 | AWRR | 2018-74865 | BILL-0002265 | $ 5,860.00 | $ 3,250.00 | $ 2,610.00 | $ - | $ - | |
| 3 | n/a | 10/15/2018 | AWRR | 2018-76954 | BILL-0002367 | $ 6,010.00 | $ 3,250.00 | $ 2,760.00 | $ - | $ - | |
| 4 | 10/9/2018 | 10/23/2018 | AWRR | 2018-79615 | BILL-0002602 | $ 13,605.00 | $ 5,000.00 | $ 2,505.00 | $ - | $ 6,100.00 | |
| 5 | 10/15/2018 | 10/25/2018 | AWRR | 2018-80522 | BILL-0002803 | $ 14,833.00 | $ 5,000.00 | $ 2,512.50 | $ - | $ 7,320.00 | |
| 6 | 10/22/2018 | 11/2/2018 | AWRR | 2018-82526 | BILL-0003018 | $ 13,785.00 | $ 5,000.00 | $ 2,685.00 | $ - | $ 6,100.00 | |
| 7 | 10/29/2018 | 12/3/2018 | AWRR | 2018-84265 | BILL-0003151 | $ 13,680.00 | $ 5,000.00 | $ 2,580.00 | $ - | $ 6,100.00 | |
| 8 | 11/5/2018 | 11/21/2018 | AWRR | 2018-86425 | BILL-0003352 | $ 15,035.00 | $ 5,000.00 | $ 2,715.00 | $ - | $ 7,320.00 | 11/8/18 Camp Fire ignites |
| 9 | 11/13/2018 | 11/26/2018 | AWRR | 2018-88679 | BILL-0003510 | $ 12,328.00 | $ 5,000.00 | $ 2,448.00 | | $ 4,880.00 | 11/12/2018 Agreement negotiations begin for base camp site. |
| 10 | 11/19/2018 | 12/20/2018 | AWRR | 2018-91675 | BILL-0003669 | $ 14,533.00 | $ 5,000.00 | $ 2,212.00 | | $ 7,320.00 | Invoice #10 was for the term 11/13/18-11/19/18 |
| 11.1 | 12/6/2018 | 1/8/2019 | Base Camp | 2018-90485 | BILL-0003640 | $ 500,000.00 | $ - | $ - | $ - | $ - | Payment represents independent consideration paid to Tuscan Ridge for execution, delivery, and performance of License. |
| 11.2 | 12/6/2018 | 1/8/2019 | Base Camp | 2018-90505 | BILL-0003641 | $ 347,750.00 | $ 347,750.00 | $ - | $ - | $ - | Payment represents half the rent for the 6 months term that was paid at the beginning of the term of the agreement commencing on 11/19/2018. |
| 12 | 12/5/2018 | 12/17/2018 | Base Camp | 2018-94563 | BILL-0003956 | $ 510,091.00 | $ 53,500.00 | $ 5,578.00 | $ 451,012.00 | $ - | |
| 13 | 12/6/2018 | 1/16/2019 | Base Camp | 2018-97707 | BILL-0004551 | $ 433,579.00 | $ 53,500.00 | $ 4,349.00 | $ 375,730.00 | $ - | |
| 14 | 1/3/2019 | 1/16/2019 | Base Camp | 2019-00422 | BILL-0004547 | $ 225,224.00 | $ 53,500.00 | $ 4,277.00 | $ 167,447.00 | $ - | |
| 15 | 1/15/2019 | 1/28/2019 | Base Camp | 2019-03043 | BILL-0004714 | $ 174,627.00 | $ 53,500.00 | $ 5,039.00 | $ 116,088.00 | $ - | |
| 16 | 1/30/2019 | 3/29/2019 | Base Camp | 2019-06606 | BILL-0005721 | $ 140,638.00 | $ 53,500.00 | $ 5,750.00 | $ 81,389.00 | $ - | |
| 17.1 | n/a | 2/25/2019 | Base Camp | 2019-08324 | BILL-0005183 | $ 53,500.00 | $ 53,500.00 | $ - | $ - | $ - | Invoice #17 paid separately due to bankruptcy. |
| 17 | 2/13/2019 | 2/25/2019 | Base Camp | 2019-09699 | BILL-0005260 | $ 90,491.00 | $ - | $ 4,364.00 | $ 86,127.00 | $ - | |
| 18 | 2/25/2019 | 3/8/2019 | Base Camp | 2019-11740 | BILL-0005437 | $ 95,648.00 | $ 26,750.00 | $ 95.00 | $ 68,803.00 | $ - | Invoice #18 included the final week of rent payment. |
| 19 | 3/13/2019 | 4/2/2019 | Base Camp | 2019-15981 | BILL-0005737 | $ 46,507.00 | $ - | $ - | $ 46,507.00 | $ - | Invoice #19 was the last payment for winterization reimbursement. |

| | Total Check | Rent | Generator | Winterization | Water Service |
|---|---|---|---|---|---|
| TOTAL PAID: | $ 2,733,569.00 | $ 740,250.00 | $ 55,074.50 | $ 1,393,103.00 | $ 45,140.00 |
| AWRR TOTAL: | $ 115,514.00 | $ 44,750.00 | $ 25,622.50 | $ - | $ 45,140.00 |
| BASE CAMP TOTAL: | $ 2,618,055.00 | $ 695,500.00 | $ 29,452.00 | $ 1,393,103.00 | $ - |

Case: 19-30088    Doc# 11289-3    Filed: 09/22/21    Entered: 09/22/21 15:57:49    Page 2 of 2