1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT D

**(Photos)**



Paradise, CA 95969, United States

⚙ 225°SW (T)  ◉ 39°42'49"N, 121°42'25"W ±16.4ft  ▲ 781ft

Case: 19-30088   Doc# 11289-4   Filed: 09/22/21   Entered: 09/22/21 15:57:49   Page 2 of 16

27 Mar 2019, 10:26:10



Case: 19-30088   Doc# 11289-4   Filed: 09/22/21   Entered: 09/22/21 15:57:49   Page 3 of 16

27 Mar 2019, 10:26:43



Case: 19-30088    Doc# 11289-4    Filed: 09/22/21    Entered: 09/22/21 15:57:49    Page 4 of 16

27 Mar 2019, 10:27:12



27 Mar 2019, 10:23:14



Case: 19-30088   Doc# 11289-4   Filed: 09/22/21   Entered: 09/22/21 15:57:49   Page 6 of 16

27 Mar 2019, 10:24:36



Case: 19-30088   Doc# 11289-4   Filed: 09/22/21   Entered: 09/22/21 15:57:49   Page 7 of 16

27 Mar 2019, 10:25:40



Case: 19-30088   Doc# 11289-4   Filed: 09/22/21   Entered: 09/22/21 15:57:49   Page 8 of 16

27 Mar 2019, 10:26:10



Paradise, CA  95969, United States

⊛ 235°SW (T)  ◉ 39°42'48"N, 121°42'26"W ±16.4ft  ▲ 773ft

Case: 19-30088   Doc# 11289-4   Filed: 09/22/21   Entered: 09/22/21 15:57:49   Page 9 of 16

27 Mar 2019, 10:26:25



Case: 19-30088   Doc# 11289-4   Filed: 09/22/21   Entered: 09/22/21 15:57:49   Page
10 of 16

27 Mar 2019, 10:48:20



Case: 19-30088   Doc# 11289-4   Filed: 09/22/21   Entered: 09/22/21 15:57:49   Page 11 of 16

27 Mar 2019, 10:50:30



27 Mar 2019, 10:55:06



Case: 19-30088   Doc# 11289-4   Filed: 09/22/21   Entered: 09/22/21 15:57:49   Page 13 of 16

27 Mar 2019, 10:55:34

27 Mar 2019, 10:33:39



Case: 19-30088   Doc# 11289-4   Filed: 09/22/21   Entered: 09/22/21 15:57:49   Page
15 of 16

27 Mar 2019, 10:32:41



3100 Skyway, Paradise, CA 95969

⚙ 254°W (T)  ◉ 39°42'39"N, 121°42'38"W ±16.4ft  ▲ 733ft

Case: 19-30088   Doc# 11289-4   Filed: 09/22/21   Entered: 09/22/21 15:57:49   Page 16 of 16

27 Mar 2019, 10:32:36