KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

GOUGH & HANCOCK LLP
Gayle L. Gough (#154398)
(gayle.gough@ghcounsel.com)
Laura L. Goodman (#142689)
(laura.goodman@ghcounsel.com)
50 California Street, Suite 1500
San Francisco, CA 94111
Tel: 415.848-8918

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>   - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF LAURA L. GOODMAN IN SUPPORT OF REORGANIZED DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 58562 FILED BY FULCRUM CREDIT PARTNERS LLC AS TRANSFEREE OF TUSCAN RIDGE ASSOCIATES, LLC**<br><br>**Response Deadline:**<br>**October 26, 2021, 4:00 p.m. (Pacific Time)**<br><br>**Hearing Information If Timely Response Made:**<br>Date:  November 9, 2021<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  (Tele/Videoconference Appearances Only)<br>           United States Bankruptcy Court<br>           Courtroom 17, 16th Floor<br>           San Francisco, CA 94102 |

I, Laura L. Goodman hereby declare:

I am an attorney at law licensed to practice in the State of California and admitted to the bar of this Court. I am an attorney with Gough & Hancock LLP, counsel for Debtors herein. I make this Declaration in support of the *Reorganized Debtors' Objection to Proof of Claim No. 58562 filed by Fulcrum Credit Partners LLC as Transferee of Tuscan Ridge Associates, LLC*, filed contemporaneously herewith. Unless stated otherwise, I have personal knowledge of the matters set forth herein:

1. Attached for the Court's convenience as **Exhibit A** is a true and correct copy of the Proof of Claim filed by Tuscan Ridge Associates with Attachments 1-3.

2. Attached as **Exhibit B** is a true and correct copy of the November 20, 2018 Letter Agreement between Tuscan Ridge Associates, LLC and Pacific Gas & Electric Company as attached to the Proof of Claim.

3. Attached hereto as **Exhibit C** is a true and correct filed-stamped copy of a March 5, 2020 verified Complaint for Breach of Contract, For Breach of the Implied Covenant of Good Faith and Fair Dealing; Petition to Compel filed by Tuscan Ridge Associates, Inc. against ECC Constructors, LLC that I retrieved from the Butte County Superior Court online portal. The verification is signed by Scott Bates as Managing Member for Tuscan Ridge Associates, Inc.

4. Attached hereto as **Exhibit D** is a true and correct filed-stamped copy of a March 9, 2020 Errata to Complaint filed by Tuscan Ridge Associates Inc. against ECC Constructors, LLC with Exhibits A-D that I retrieved from the Butte County Superior Court online portal. The highlighting on Exhibit C is on the copy of this document as retrieved from the Butte County Superior Court online portal and not my own.

5. Attached hereto as **Exhibit E** is a true and correct filed-stamped copy of a March 11, 2020 Declaration of Scott Bates in Support of Ex Parte Application for Writ of Attachment that I retrieved from the Butte County Superior Court online portal.

///

| | |
|---|---|
| 1 | I declare under penalty of perjury and in accordance with laws of the United States of America |
| 2 | that the foregoing is true and correct. |
| 3 | Dated: September 22, 2021 /s/ *Laura L. Goodman* |
| 4 | Laura L. Goodman |