WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** Debtors. | **NOTICE OF CONTINUED HEARING WITH RESPECT TO SEVENTEEN CLAIMS IN THE REORGANIZED DEBTORS' EIGHTH SECURITIES CLAIMS OMNIBUS OBJECTION (NO BASIS FOR CLAIM – FAILURE TO PROVIDE ANY TRADING INFORMATION)** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | [Re: Dkt. Nos. 10922, 11091]<br><br>Date: November 9, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephonic Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (the "**Debtors**," or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** by order dated June 20, 2020, the Bankruptcy Court confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated June 19, 2020* [Docket No. 8048] (the "**Plan**"). The Plan became effective on July 1, 2020.

**PLEASE TAKE FURTHER NOTICE** that on January 25, 2021, the Bankruptcy Court entered the *Order Approving Securities ADR and Related Procedures for Resolving Subordinated Securities Claims* [Docket No. 10015] (the "**Securities Claims Procedures Order**"), pursuant to which the Bankruptcy Court established procedures by which the Debtors and Reorganized Debtors could file objections to multiple Subordinated Securities Claims (as defined therein).

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Securities Claims Procedures Order, the Reorganized Debtors filed the *Reorganized Debtors' Eighth Securities Claims Omnibus Objection (No Basis for Claim – Failure to Provide Any Trading Information)* [Docket No. 10922] (the "**Eighth Securities Claims Omnibus Objection**") and received seventeen responses identified below (the "**Eighth Securities Claims Omnibus Objection Responses**") requesting additional time to provide the requested trading information:

| Omnibus Objection | Objection Filed | Response Deadline | Response Received | Claim Number | Current Hearing Date | Continued Hearing Date |
|---|---|---|---|---|---|---|
| Eighth Securities Claims Omnibus Objection | July 14, 2021 | August 11, 2021, at 4:00 p.m. (Pacific Time) | Iowa Health System-Board Designated (informal) | 99590 | September 29, at 10:00 a.m. (Pacific Time) | November 9, at 10:00 a.m. (Pacific Time) |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Omnibus Objection | Objection Filed | Response Deadline | Response Received | Claim Number | Current Hearing Date | Continued Hearing Date |
|---|---|---|---|---|---|---|
| Eighth Securities Claims Omnibus Objection | July 14, 2021 | August 11, 2021, at 4:00 p.m. (Pacific Time) | Ford Motor Company Defined Benefit Master Trust (informal) | 99623 | September 29, at 10:00 a.m. (Pacific Time) | November 9, at 10:00 a.m. (Pacific Time) |
| Eighth Securities Claims Omnibus Objection | July 14, 2021 | August 11, 2021, at 4:00 p.m. (Pacific Time) | Iowa Health System-Insurance (informal) | 99677 | September 29, at 10:00 a.m. (Pacific Time) | November 9, at 10:00 a.m. (Pacific Time) |
| Eighth Securities Claims Omnibus Objection | July 14, 2021 | August 11, 2021, at 4:00 p.m. (Pacific Time) | Iowa Health Systems Pension Fund – Central Iowa Health System (informal) | 99685 | September 29, at 10:00 a.m. (Pacific Time) | November 9, at 10:00 a.m. (Pacific Time) |
| Eighth Securities Claims Omnibus Objection | July 14, 2021 | August 11, 2021, at 4:00 p.m. (Pacific Time) | Metropolitan Life Insurance Company (informal) | 99777 | September 29, at 10:00 a.m. (Pacific Time) | November 9, at 10:00 a.m. (Pacific Time) |
| Eighth Securities Claims Omnibus Objection | July 14, 2021 | August 11, 2021, at 4:00 p.m. (Pacific Time) | LIQ-Sheet Metal Workers' Local Union No. 80 Pension (informal) | 99971 | September 29, at 10:00 a.m. (Pacific Time) | November 9, at 10:00 a.m. (Pacific Time) |
| Eighth Securities Claims Omnibus Objection | July 14, 2021 | August 11, 2021, at 4:00 p.m. (Pacific Time) | Metwest Conservative Unconstrained Bond Fund (Cayman) (informal) | 100014 | September 29, at 10:00 a.m. (Pacific Time) | November 9, at 10:00 a.m. (Pacific Time) |
| Eighth Securities Claims Omnibus Objection | July 14, 2021 | August 11, 2021, at 4:00 p.m. (Pacific Time) | Lockheed Martin Corporation Master Retirement Trust (informal) | 100085 | September 29, at 10:00 a.m. (Pacific Time) | November 9, at 10:00 a.m. (Pacific Time) |
| Eighth Securities Claims Omnibus Objection | July 14, 2021 | August 11, 2021, at 4:00 p.m. (Pacific Time) | SEI CIT – TCW Long Duration Gov't/Credit Fund (informal) | 100333 | September 29, at 10:00 a.m. (Pacific Time) | November 9, at 10:00 a.m. (Pacific Time) |

| Omnibus Objection | Objection Filed | Response Deadline | Response Received | Claim Number | Current Hearing Date | Continued Hearing Date |
|---|---|---|---|---|---|---|
| Eighth Securities Claims Omnibus Objection | July 14, 2021 | August 11, 2021, at 4:00 p.m. (Pacific Time) | Uniform Retirement System for Judges and Justices (informal) | 100447 | September 29, at 10:00 a.m. (Pacific Time) | November 9, at 10:00 a.m. (Pacific Time) |
| Eighth Securities Claims Omnibus Objection | July 14, 2021 | August 11, 2021, at 4:00 p.m. (Pacific Time) | SIIT Long Duration Credit Fund (informal) | 100484 | September 29, at 10:00 a.m. (Pacific Time) | November 9, at 10:00 a.m. (Pacific Time) |
| Eighth Securities Claims Omnibus Objection | July 14, 2021 | August 11, 2021, at 4:00 p.m. (Pacific Time) | SEI CIT – TCW Long Duration Credit Fund (informal) | 100506 | September 29, at 10:00 a.m. (Pacific Time) | November 9, at 10:00 a.m. (Pacific Time) |
| Eighth Securities Claims Omnibus Objection | July 14, 2021 | August 11, 2021, at 4:00 p.m. (Pacific Time) | SDG&E Qualified Nuclear Decommissioning Trust Partnership (informal) | 100511 | September 29, at 10:00 a.m. (Pacific Time) | November 9, at 10:00 a.m. (Pacific Time) |
| Eighth Securities Claims Omnibus Objection | July 14, 2021 | August 11, 2021, at 4:00 p.m. (Pacific Time) | San Diego City Employees' Retirement System (informal) | 100573 | September 29, at 10:00 a.m. (Pacific Time) | November 9, at 10:00 a.m. (Pacific Time) |
| Eighth Securities Claims Omnibus Objection | July 14, 2021 | August 11, 2021, at 4:00 p.m. (Pacific Time) | USD-Unhedged Metwest Conservative Unconstrained Bond Fund (informal) | 100625 | September 29, at 10:00 a.m. (Pacific Time) | November 9, at 10:00 a.m. (Pacific Time) |
| Eighth Securities Claims Omnibus Objection | July 14, 2021 | August 11, 2021, at 4:00 p.m. (Pacific Time) | TCW US Credit Gold BM Fund (informal) | 100700 | September 29, at 10:00 a.m. (Pacific Time) | November 9, at 10:00 a.m. (Pacific Time) |
| Eighth Securities Claims Omnibus Objection | July 14, 2021 | August 11, 2021, at 4:00 p.m. (Pacific Time) | TCW US Credit Gold Fund (informal) | 100859 | September 29, at 10:00 a.m. (Pacific Time) | November 9, at 10:00 a.m. (Pacific Time) |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Eighth Securities Claims Omnibus Objection *solely with respect to the specific claims identified* will be **further continued** to the omnibus hearing on November 9, 2021, at 10:00 a.m. (Pacific Time). The response deadline is further continued to October 26, 2021.

**PLEASE TAKE FURTHER NOTICE** that copies of each document identified herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Reorganized Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: September 22, 2021

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: */s/ Richard W. Slack*

Richard W. Slack

*Attorneys for Debtors and Reorganized Debtors*