WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **REORGANIZED DEBTORS' REPORT ON STATUS AND RESOLUTION WITH RESPECT TO ONE CLAIM IN THE REORGANIZED DEBTORS TENTH SECURITIES CLAIMS OMNIBUS OBJECTION (SECURITIES ACQUIRED OUTSIDE SUBJECT PERIOD)** <br><br> [Re: Dkt. No. 10928] <br><br> **Resolving Objections Set for Hearing September 29, 2021 at 10:00 a.m. (Pacific Time)** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# REPORT ON RESOLUTION OF CERTAIN CLAIMS

In advance of the September 29, 2021, 10:00 a.m. omnibus hearing (the "**Hearing**"), PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby report on the status and resolution of one Claim in the following omnibus claims objection:

| Docket No. | Omnibus Objection |
|---|---|
| 10928 | *Reorganized Debtors' Tenth Securities Claims Omnibus Objection (Securities Acquired Outside Subject Period)* (the "**Tenth Securities Claims Omnibus Objection**") |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| **Tenth Securities Claims Omnibus Objection** | | | |
| Informal | F. Mike Cardenas and Julia I. Cardenas | 98839 | Claimants have acknowledged that their claim is rightfully DISALLOWED AND EXPUNGED pursuant to the Tenth Securities Claims Omnibus Objection and have chosen to forgo any further pursuit of their claim. |

Dated: September 22, 2021

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**

By: /s/ *Richard W. Slack*
      Richard W. Slack

*Attorneys for Debtors and Reorganized Debtors*