# EXHIBIT A

Lorraine F. Gonsalves
5747 21st Avenue
Sacramento, CA 95820

09/06/2021

Claimant/Creditor/Per se Pro,

RECEIVED
SEP 09 2021
PRIME CLERK LLC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
450 Goldon Gate Avenue, Courtroom 17, 16th Fl.
California, CA 94102

KELLER BENVENUTTI KIM LLP
Tobias S. Keller(#151445)
(tkeller@kbkllp.com)
Per J. Benvenutti(#60566)
(pbenvenutti@kbllp.com)
Jane Kim(#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
(415)496-6723
(650)636-9250

PG&E CorperaTION Claims
Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Ste. 412
Brooklyn, NY 11232
pgeinfo@primeclerk.com
(844)339-4217

| | |
|---|---|
| In Re: | Bankruptcy Case No. 19-30088(D |
| PG&E CORPORATION, | Chapter 11 |
| -and- | (lead)Case)(Jointly Administer |
| PACIFIC GAS AND ELECTRIC COMPANY, | BASES ON/FOR OBJECTION TO PROOF OF CLAIM IS **ON-POINT**-ON-TIME LAWSUIT ADR ALLOCATION FOR CLAIM CASED PROCEDURE FILING TIME OBSCURED DUE TO TIME ZONE/CALANDER DEFAULT A FILING NOTICE OF THE REORGANIZED DEBTORS" ONE HUNDRED THIRD OMNIMBUS ALLOWANCE BUT DISTRIBUTION AURG-UEMENT AFFECT ASTO GOOD CAUSE FILING AND SERVICE OF RESPONSE LIABILITY/CONCEALMENT/BAD FAITH ON IMPROPER MOTIVE OF MATTERS OF NAT-IONAL ECONOMICS KEY POINT |

I. Lorraine Gonsalves, general Claimant/Creditor/Per se Pro, am addressing a general filing regarding good cause due intent a matter of

fact significants in business processing fraud and education for structre docket status wieght of a case by case cased claim lawsuit filing and service of response pertaining to Identity Theft. The filing and response is emergent due discovery but order of cased claim applicability nature of suite concelment in mock-up of/for law promulgation on grounds toward reconciliation education or tressass privacy motive extant first class national economic key point. I never stopped working, even in business opportunity employ able advancement. This is rate for the English language and Information technology application toward an Art degree format design in hard ware, firmware-securities, software, and network platform aptitude on first response[1991] 1 AC 521 Key Point supercedeas Writ to an Ex. Again, there is multiply RELATED CASES and Courts structured to this claimed lawsuit. Again, the BASES ON/FOR OBJECTION TO PROOF OF CLAIM IS ON-PIONT-ON-TIME LAWSUIT ADR PROCEDURE FILING TIME OBSCURED DUE TIME ZONE/CALANDER DEFAULT A FILING NOTICE OF THE REORGANIZED DEBTERS' ONE HUNDRED THIRD OMNIBUS ALLOWANCE BUT DISTRIBUTION AURGUEMENT AFFECT ASTO GOOD CAUSE FILING AND SERVICE OF RESPONSE LIABILITY/CONCEALMENT/BADFAITH ON IMPROPER MOTIVE OF MATTERS OF NATIONAL ECONOmics KEY POINT.

Respectfully,
Lorraine F. Gonsalves

9505 5131 8873 1250 7222 62

L. Gonsalves
5747 21st Ave.
Sacramento, CA 95820

PG&E Corperation Claims
Processing center
c/o Prime Clerk LLC
850 3rd Avenue, Ste. 412
Brooklyn, NY 11232

RECEIVED
SEP 0 9 2021
PRIME CLERK LLC