# EXHIBIT B



**INFORMATION REQUEST FORM**

1. Contact Information

   The section below has fields relating to your contact information (name, address, email, etc.). If any part of that information is incorrect, please provide correct details below. The Reorganized Debtors will use this contact information for any further communications and correspondence regarding your proof of claim(s).

   Please reflect any updates below:

   Address: Gonsalves, Lorraine
   5747 21st Avenue
   Sacramento CA 95820-5506

   Phone:
   Email: gonsalveslorrain@gmail.com

   **RECEIVED**
   **DEC 31 2020**
   **PRIME CLERK LLC**

2. Claim-Related Information

   The section below relates to information relevant to your filed proof of claim(s). You must provide the following information.

   (a) incident date (if applicable):

   > 11/13/2018; 09/28/2020

   (b) a description of the general nature of the claim (e.g., contract, personal injury, cessation of service, etc.):

   > Theft; Hate Crime regarding Employment Summary 6-Pg. Abstract: 11/13/2018, along with pending SPD T20027775 Report date filed on 12/15/2020 of claim.

   (c) a statement of, and supporting documents indicating, the underlying basis for the claim;

   > 1 - Statement of Facts (Abstract to the Summary)
   > 1 - Show Good Cause ("
   > 1 - Pitition Change Venue ("
   > 1 - Declation of Readiness ("
   > 2 - Disclosure statements ("
   > 2 - DWC-CA form 10250.1 (MEMORANDUMS)

(d) a statement of the liquidated amount allegedly owing on the Claim, including documentation as available;

```
1 - Statement of Value
3 - Financial Billing Statement
```

(e) any additional information you believe is necessary or appropriate to allow the Reorganized Debtors to evaluate the claim.

```
7 - Bankruptcy Documents
  - Exhibits
  - Conveyor Request Authorization (Reciept)

2 - Dist. Court Endorsed Deniels Restraining Orders
    Multiple Law Enforement Reports sense 2013
```

Please note that providing a response to this letter does not mean that your claim will be allowed. PG&E will review the information you provide and reserves all its rights with respect thereto. If you have any questions about your proof of claim, you should consult an attorney.

☒ I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. I UNDERSTAND THAT A PERSON WHO FILES A FRAUDULENT CLAIM COULD BE FINED UP TO $500,000, IMPRISONED FOR UP TO 5 YEARS, OR BOTH. 18 U.S.C. §§ 152, 157, AND 3571.

*[Signature]*

If you have questions about this notice, please contact the Debtors' Claims and Noticing Agent, Prime Clerk LLC, at 844-339-4217 (toll-free), +1 929-333-8977 (international), or by email at pgeinfo@primeclerk.com.