# EXHIBIT 1

62-3111 (REV. 1-90)

RECORDING REQUESTED BY

AFTER RECORDING, RETURN TO:

PACIFIC GAS AND ELECTRIC COMPANY
Land Department
P.O. Box 592
San Luis Obispo, CA 93406-0592

Location: City/Uninc _San Luis Obispo_
Recording Fee _11.00_
Document Transfer Tax $ _∅_
[ ] Computed on Full Value of Property Conveyed, or
[ ] Computed on Full Value Less Liens & Encumbrances
    Remaining at Time of Sale. _Irene Garcia_

Signature of declarant or agent determining tax

DOC. NO. **23107**
OFFICIAL RECORDS
SAN LUIS OBISPO CO., CA

APR 0 7 1992

FRANCIS M. COONEY
County Clerk-Recorder
TIME 10 : 35 AM

(SPACE ABOVE FOR RECORDER'S USE ONLY)

EASEMENT

| FILED | FEE PAID | EXEMPT | OUT OF STATE |
|---|---|---|---|
| | | | |

CHESTER E. FINLEY and VIDA LEE FINLEY, husband and wife,

hereinafter called first party, hereby grants to PACIFIC GAS AND ELECTRIC COMPANY, a California corporation, hereinafter called second party, the right from time to time to construct, reconstruct, install, inspect, maintain, replace, remove, and use facilities of the type hereinafter specified, together with a right of way therefor, within a strip or parcel of land or along a route as hereinafter set forth, and also ingress thereto and egress therefrom, over and across the lands situate in the _____ County of San Luis Obispo, State of California, described as follows:

(APN 33-231-006 and 010)

That portion of Lot 135 of the Rancho Santa Ysabel described in the deed from Bertha W. Foxford to Chester E. Finley and Vida Lee Finley, husband and wife, dated September 17, 1987 and recorded in Volume 3049 of Official Records at page 412, San Luis Obispo County Records.

Said facilities shall consist of:

Such poles, aerial wires, cables, electrical conductors with associated crossarms, braces, transformers, anchors, guy wires and cables, fixtures, and appurtenances, as second party deems necessary located along the route described as follows:

Beginning at a point in the general westerly boundary line of said lands and running
    1) north 89° 45-1/2' east approximately 210 feet
to a point within said lands, which point bears south 12° 17-1/2' east 525.4 feet distant from the found 1/2 inch rebar with plastic cap stamped RCE 20244 marking the southeasterly corner of Lot ✗1 of the Resubdivision of the Rancho Paso de Robles as shown upon the Record of Survey Map filed for record in Book 43 of Licensed Surveys at page 20, San Luis Obispo County Records; thence
    2) south 84° 13-1/2' east approximately 520 feet

*Document is being rerecorded to correct a typographical error.*

to a point in the general westerly boundary line of the county road known as Vaquero Drive.

Such underground conduits, pipes, manholes, service boxes, wires, cables, and electrical conductors; aboveground marker posts, risers, and service pedestals; underground and aboveground switches, fuses, terminals, and transformers with associated concrete pads; and fixtures and appurtenances necessary to any and all thereof, as second party deems necessary located within the strip of land described as follows:

A strip of land of the uniform width of 6 feet, the terminii of which are formed by the general northerly boundary line of the county road known as El Pomar Drive and lying 3 feet on each side of the line described as follows:

Beginning at a point in said general northerly boundary line and running
    1) north 51° 50-1/2' west approximately 145 feet
to a point within said lands, which point bears north 14° 39-1/2' east 409.4 feet distant from the found 1/2 inch rebar with plastic cap stamped LS 3976 marking the northwesterly corner of Parcel B as shown upon Parcel Map CO 78-89 filed for record in Book 29 of Parcel Maps at page 39, San Luis Obispo County Records; thence
    2) north 52° 55-1/2' west 53.1 feet; thence
    3) north 57° 04-1/2' west 116.4 feet; thence
    4) north 79° 24' west approximately 68 feet
to a point in said general northerly boundary line; excepting therefrom those portions of said strip lying within said El Pomar Drive.

First party further grants to second party the right to assign to another public utility as defined in Section 216 of the California Public Utilities Code the right to install, inspect, maintain, replace, remove and use communication facilities slong said route (including ingress thereto and egress therefrom).

The legal description of this utility distribution easement was prepared by Pacific Gas & Electric Company under Section 8730 (c) of the Business and Professions Code.

---

62-4202 Notary (General) Rev. 8/91

| STATE OF California | CAPACITY CLAIMED BY SIGNER |
|---|---|
| COUNTY OF San Luis Obispo  SS. | [xx] Individual(s) Signing For Oneself/Themselves |
| On 03/16/92 before me, the undersigned, a Notary Public for said State, personally appeared ** Chester E. Finley and Vida Lee Finley** | [ ] Corporate Officer(s) of the Above Named Corporation(s) |
| | [ ] Guardian of the Above Named Individual(s) |
| | [ ] Partner(s) of the Above Named Partnership(s) |
| [ ] personally known to me -OR- [XX] proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. | [ ] Attorney(s)-in-Fact of the Above Named Principal(s) |
| | [ ] Trustee(s) of the Above Named Trust(s) |
| | [ ] Other |
| WITNESS my hand and official seal.  OFFICIAL NOTARY SEAL CYNTHIA L. WARREN Notary Public — California SAN LUIS OBISPO COUNTY My Comm. Expires OCT 08,1994  Signature | VOL 3863 PAGE 522 |

Second party shall also have the right from time to time to trim and to cut down and clear away or otherwise control any and all trees and brush now or hereafter on said strip or said parcel of land or along said route, as hereinbefore set forth, and shall have the further right from time to time to trim and to cut down and clear away any trees on either side of said strip or said parcel of land or along said route, as hereinbefore set forth, which now or hereafter in the opinion of second party may be a hazard to the facilities installed hereunder by reason of the danger of falling thereon, provided, however, that all trees which second party is hereby authorized to cut and remove, if valuable for timber or wood, shall continue to be the property of first party, but all branches and brush shall be burned or removed by second party.

First party shall not erect or construct any building or other structure or drill or operate any well under or within ___five___ feet of the center line of second party's electrical conductors or within said strip or said parcel of land.

The provisions hereof shall inure to the benefit of and bind the successors and assigns of the respective parties hereto.

Dated ___3-16___, 19_92_.

_____
Chester E. Finley

_____
Vida Lee Finley

Executed in the presence of:

_____
Witness

MISSION TRAIL REGION
Los Padres Division
Dwg. No. S-2712113
         S-2712114
WO 317708-H
LSD L-59277.1
T27S, R12E, MDB&M
Sec. 21, S 1/2 of SW 1/4
Plat No. GG-33-11 & 12
E 55929
6-12-91

Prepared: _MJM_

Checked: _CJM_

(Finley/pg 3)

END OF DOCUMENT

Case: 19-30088   Doc# 11299-1   Filed: 09/22/21   Entered: 09/22/21 19:12:37   Page 4 of 6



