# EXHIBIT 2

Previous | Next | Top | Paging Options | Filter Options | Main Menu



**Permit Number** PMTN2021-00387

**Type** Photovoltaic Ground-Mounted, Non-Residential

**Project Name** CANNABIS - 630 El Pomar

**Status** Finaled

**Main Parcel** 033-231-026

**Address** 630 EL POMAR DR TEMPLETON CA 93465

**Applied Date** 03/24/2021

**Issued Date** 05/14/2021

**Expiration Date** 05/16/2022

**Finalized Date** 06/29/2021

Case: 19-30088    Doc# 11299-2    Filed: 09/22/21    Entered: 09/22/21 19:12:37    Page 2 of 2