WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **REORGANIZED DEBTORS' REPORT ON RESPONSES TO TWELFTH SECURITIES CLAIMS OMNIBUS OBJECTION (UNAUTHORIZED BULK CLAIMS) AND REQUEST FOR ORDER BY DEFAULT AS TO UNOPPOSED OBJECTIONS** <br><br> **[Re: Dkt. No. 11082]** <br><br> **Resolving Objections Set for Hearing September 29, 2021 at 10:00 a.m. (Pacific Time)** |

## REQUEST FOR ENTRY OF ORDER BY DEFAULT

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby request, pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Docket No. 1996], that the Court enter an order by default on the *Reorganized Debtors' Twelfth Securities Claims Omnibus Objection (Unauthorized Bulk Claims)* [Docket No. 11082] (the "**Twelfth Securities Claims Omnibus Objection**").

## RELIEF REQUESTED IN THE TWELFTH SECURITIES CLAIMS OMNIBUS OBJECTION

The Twelfth Securities Claims Omnibus Objection seeks to disallow and expunge proofs of claim that were filed in "bulk," supposedly on behalf of PG&E security holders, by third parties who have not demonstrated that they were authorized to act as agents for those PG&E security holders and therefore lack standing to assert those "bulk" claims. These claims are listed in Exhibit 1 to the Twelfth Securities Claims Omnibus Objection.

## NOTICE AND SERVICE

The Reorganized Debtors filed the *Notice of Hearing on Reorganized Debtors' Twelfth Securities Claims Omnibus Objection (Unauthorized Bulk Claims)* [Docket No. 11084] (the "**Notice of Hearing**"). The Twelfth Securities Claims Omnibus Objection was supported by the *Declaration of Edward J. Radetich, Jr. in Support of Reorganized Debtors' Twelfth Securities Claims Omnibus Objection (Unauthorized Bulk Claims)* [Docket No. 11083] (the "**Radetich Declaration**"). The Twelfth Securities Claims Omnibus Objection, the Notice of Hearing, and the Radetich Declaration were served as described in the *Certificate of Service* of Victor Wong, filed on August 24, 2021 [Docket No. 11140] (the "**Certificate of Service**"). As further described in the Certificate of Service, on August 18, 2021, each holder of a claim listed on Exhibit 1 to the Twelfth Securities Claims Omnibus Objection received a notice including the claim number, debtor, claim amount and priority, and the basis for Reorganized Debtors' objection with respect to the applicable claim to be disallowed and expunged.

The deadline to file responses or oppositions to the Twelfth Securities Claims Omnibus Objection has passed. The Reorganized Debtors have received the following responses:

| Docket No. | Third Party Filer | Claim Nos. | Resolution |
|---|---|---|---|
| Informal | Dianna Harrison - CPA | 98742, 104029, 104644, 104651, 104653, 104715, 105060, 105224, 105226, 105227, 105228, 105229, 105230, 105290, 105291, 105293, 105295, 105296, 105288, 105289, 105292, 105294, 105297, 105299, 105300, 105474, 105476, 105481, 105484, 105491, 105492, 105429, 105511, 105517, 105461 | The Twelfth Securities Claims Omnibus Objection has been WITHDRAWN without prejudice with respect to these Claims, and these Claims have been removed from Exhibit A to this Request. The Reorganized Debtors reserve the right to object to these Claims in a future Omnibus Objection on any basis. |
| Informal | MN Services Vermogensbeheer | 102260, 102351, 102404 | The Twelfth Securities Claims Omnibus Objection has been WITHDRAWN without prejudice with respect to these Claims, and these Claims have been removed from Exhibit A to this Request. The Reorganized Debtors reserve the right to object to these Claims in a future Omnibus Objection on any basis. |

## **DECLARATION OF NO OPPOSITION RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am a partner with the law firm of Weil, Gotshal & Manges LLP ("**Weil**"), counsel for the Reorganized Debtors.

2. The Court's docket in the Chapter 11 Cases has been reviewed and Weil has determined that no responses have been filed with respect to the Twelfth Securities Claims Omnibus Objection except as described herein.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

WHEREFORE, the Reorganized Debtors hereby request entry of an order disallowing and expunging the proofs of claim listed in the column headed "Claims to be Disallowed/Expunged" in **Exhibit A** to this Request, which listed claims identical to those in Exhibit 1 to the Twelfth Securities Claims Omnibus Objection, except as otherwise discussed above.

Dated September 22, 2021

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**

By: /s/ Richard W. Slack

Richard W. Slack

*Attorneys for Debtors and Reorganized Debtors*