# Exhibit A

**Claims to be Disallowed/Expunged**

| No. | Third Party | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total [1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | GOAL GROUP | ACCIDENT COMPENSATION CORPORATION<br>5 HANOVER SQUARE, SUITE 2300<br>NEW YORK NY 10004 | 100165 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $1,107,900.00 | $1,107,900.00 | Unauthorized Bulk Claims |
| 2 | GALLIARD CAPITAL | AMERICAN BAR ASSOCIATION - MERCER TRUST COMPANY<br>GALLIARD CAPITAL MANAGEMENT<br>ATTN: CORPORATE ACTIONS<br>800 LASALLE AVENUE<br>SUITE 1400<br>MINNEAPOLIS MN 55402 | 101419 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Unauthorized Bulk Claims |
| 3 | LOGAN FINANCIAL | BAKER, DAVID J. & HILARY I<br>3369 GRANT ST.<br>COLUMBUS IN 47203 | 104461 | Pacific Gas and Electric Company | 5/11/2020 | $0.00 | $0.00 | $0.00 | $751.39 | $751.39 | Unauthorized Bulk Claims |
| 4 | INTELLIGENT INVESTMENT MANAGEMENT | BARBARA S HANCOCK ROLLOVER IRA<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99506 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,057.48 | $1,057.48 | Unauthorized Bulk Claims |
| 5 | OPPENHEIMER | BASU, DIPAK & RADHA<br>21777 VINTAGE LANE<br>SARATOGA CA 95070 | 97736 | PG&E Corporation | 3/12/2020 | $0.00 | $0.00 | $0.00 | $416.22 | $416.22 | Unauthorized Bulk Claims |
| 6 | GALLIARD CAPITAL | BEMIS COMPANY, INC. (DEFINED BENEFIT PLAN)<br>ATTN: CORPORATE ACTIONS<br>GALLIARD CAPITAL MANAGEMENT<br>800 LASALLE AVENUE<br>SUITE 1400<br>MINNEAPOLIS MN 55402 | 100325 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $53,433.19 | $53,433.19 | Unauthorized Bulk Claims |
| 7 | GOAL GROUP | BINCKBANK N.V.<br>CHRIS OLDHAM<br>GLOBAL RESEARCH MANAGER<br>GOAL GLOBAL RECOVERIES LIMITED<br>5 HANOVER SQUARE, SUITE 2300<br>NEW YORK NY 10004 | 101798 | PG&E Corporation | 4/17/2020 | $0.00 | $0.00 | $0.00 | $51,940.00 | $51,940.00 | Unauthorized Bulk Claims |
| 8 | REGENT ATLANTIC | BLANKOFF, SUSAN B.<br>405 EAST 54TH STREET APT 14N<br>NEW YORK NY 10022-5127 | 105000 | PG&E Corporation | 5/20/2020 | $0.00 | $0.00 | $0.00 | $4,648.21 | $4,648.21 | Unauthorized Bulk Claims |
| 9 | REGENT ATLANTIC | BROWN, MINTER<br>10 SPECTACLE LANE<br>WILTON CT 06897 | 103626 | PG&E Corporation | 5/1/2020 | $0.00 | $0.00 | $0.00 | $17,444.96 | $17,444.96 | Unauthorized Bulk Claims |
| 10 | RAYMOND JAMES | CADILLAC AREA COMMUNITY FOUNDATION<br>201 N MITCHELL ST<br>SUITE 101<br>CADILLAC MI 49601 | 103865 | Pacific Gas and Electric Company | 5/5/2020 | $0.00 | $0.00 | $0.00 | $8,639.37 | $8,639.37 | Unauthorized Bulk Claims |

[1] Claims listed as $0.00 seek an unliquidated amount.

| No. | Third Party | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | INTELLIGENT INVESTMENT MANAGEMENT | CAROL E WILEY REVOCABLE TRUST<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99261 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $2,072.23 | $2,072.23 | Unauthorized Bulk Claims |
| 12 | INTELLIGENT INVESTMENT MANAGEMENT | CAROL L JENNINGS IRA ROLLOVER<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99508 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,124.00 | $1,124.00 | Unauthorized Bulk Claims |
| 13 | INTELLIGENT INVESTMENT MANAGEMENT | CHARLES R MCCALLON ROLLOVER IRA<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 99963 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $931.29 | $931.29 | Unauthorized Bulk Claims |
| 14 | INTELLIGENT INVESTMENT MANAGEMENT | CHARLES W MCAFEE & MARY E MCAFEE JT TEN<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 99962 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,042.98 | $1,042.98 | Unauthorized Bulk Claims |
| 15 | INTELLIGENT INVESTMENT MANAGEMENT | CHRISTENSEN FINANCIAL RESOURCE ATTN STEVEN R CHRISTENSEN & KATHERINE L CHRISTENSEN<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 99949 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,169.65 | $1,169.65 | Unauthorized Bulk Claims |
| 16 | INTELLIGENT INVESTMENT MANAGEMENT | CHRISTENSEN, BRENNA E<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99507 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $618.01 | $618.01 | Unauthorized Bulk Claims |
| 17 | REGENT ATLANTIC | CINELLI, DENNIS<br>3 ROWLANDS ROAD<br>FLEMINGTON NJ 08822 | 103784 | PG&E Corporation | 5/5/2020 | $0.00 | $0.00 | $0.00 | $11,251.10 | $11,251.10 | Unauthorized Bulk Claims |
| 18 | REGENT ATLANTIC | CINELLI, DENNIS<br>3 ROWLANDS ROAD<br>FLEMINGTON NJ 08822 | 103908 | PG&E Corporation | 5/5/2020 | $0.00 | $0.00 | $0.00 | $3,706.79 | $3,706.79 | Unauthorized Bulk Claims |
| 19 | LOGAN FINANCIAL | COLE, JOYCE Q<br>425 HOMEWOOD DR SW<br>HUNTSVILLE AL 35801 | 104459 | Pacific Gas and Electric Company | 5/11/2020 | $0.00 | $0.00 | $0.00 | $1,810.54 | $1,810.54 | Unauthorized Bulk Claims |
| 20 | AMERIPRISE FINANCIAL | CUNNINGHAM, GINA<br>4 W. 101ST ST. APT. 2S<br>NEW YORK NY 10025 | 99878 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $20,128.00 | $20,128.00 | Unauthorized Bulk Claims |

| No. | Third Party | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | INTELLIGENT INVESTMENT MANAGEMENT | DARON E CLAY ROLLOVER IRA<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 99950 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $692.89 | $692.89 | Unauthorized Bulk Claims |
| 22 | INTELLIGENT INVESTMENT MANAGEMENT | DIANE H CURTIS IRA<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 99951 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,300.65 | $1,300.65 | Unauthorized Bulk Claims |
| 23 | GOAL GROUP | DNB ASSET MANAGEMENT<br>5 HANOVER SQUARE SUITE 2300<br>NEW YORK NY 10004 | 100406 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $2,582,540.00 | $2,582,540.00 | Unauthorized Bulk Claims |
| 24 | AEGIS CAPITAL | DUYMOVIC, ANDREW A.<br>A. LOBELLO<br>2 OAK TREE LANE<br>SANDS POINT NY 11650 | 103703 | PG&E Corporation | 5/1/2020 | $0.00 | $0.00 | $0.00 | $858.40 | $858.40 | Unauthorized Bulk Claims |
| 25 | AEGIS CAPITAL | DUYMOVIC, ANDREW E.<br>A. LOBELLO<br>2 OAK TREE LANE<br>SANDS POINT NY 11050 | 103701 | PG&E Corporation | 5/1/2020 | $0.00 | $0.00 | $0.00 | $3,449.10 | $3,449.10 | Unauthorized Bulk Claims |
| 26 | REGENT ATLANTIC | EASTCOM ASSOCIATES INC. PROFIT SHARING PLAN U/A DTD 11/01/1978<br>C/O DENNIS CINELLI<br>3 ROWLANDS ROAD<br>FLEMINGTON NJ 08822 | 103898 | PG&E Corporation | 5/5/2020 | $0.00 | $0.00 | $0.00 | $4,711.05 | $4,711.05 | Unauthorized Bulk Claims |
| 27 | INTELLIGENT INVESTMENT MANAGEMENT | ELLEN M TOMSIC SIMPLE IRA<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 99953 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $567.17 | $567.17 | Unauthorized Bulk Claims |
| 28 | INTELLIGENT INVESTMENT MANAGEMENT | ERNEST O'TOOLE IRA<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 99954 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,076.44 | $1,076.44 | Unauthorized Bulk Claims |
| 29 | INTELLIGENT INVESTMENT MANAGEMENT | ERNEST O'TOOLE TOD<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 100019 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $673.05 | $673.05 | Unauthorized Bulk Claims |
| 30 | GOAL GROUP | FIRST STATE SUPERANNUATION<br>5 HANOVER SQUARE, SUITE 2300<br>NEW YORK NY 10004 | 100751 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $791,313.00 | $791,313.00 | Unauthorized Bulk Claims |

| No. | Third Party | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | INTELLIGENT INVESTMENT MANAGEMENT | G STEPHEN WHEELDON ROTH IRA CONVERSION<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 100051 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $2,348.59 | $2,348.59 | Unauthorized Bulk Claims |
| 32 | INTELLIGENT INVESTMENT MANAGEMENT | G STEPHEN WHEELDON SIMPLE IRA<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 100052 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $2,505.79 | $2,505.79 | Unauthorized Bulk Claims |
| 33 | GOAL GROUP | GOVERNMENT SUPERANNUATION FUND OF NEW ZEALAND<br>5 HANOVER SQUARE, SUITE 2300<br>NEW YORK NY 10004 | 100175 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $298,000.00 | $298,000.00 | Unauthorized Bulk Claims |
| 34 | LOGAN FINANCIAL | HAND, ANITA Q<br>419 HOMEWOOD DR SW<br>HUNTSVILLE AL 35801 | 104455 | Pacific Gas and Electric Company | 5/11/2020 | $0.00 | $0.00 | $0.00 | $2,303.58 | $2,303.58 | Unauthorized Bulk Claims |
| 35 | AMERIPRISE FINANCIAL | HENDERSON, JULIE<br>120 E. 90TH ST. APT. 16D<br>NEW YORK NY 10128 | 99719 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $7,773.00 | $7,773.00 | Unauthorized Bulk Claims |
| 36 | OPPENHEIMER | HERSCHEL FAMILY INVESTMENTS LLC<br>99 MILLER LN<br>SAUSALITO CA 94965 | 97738 | PG&E Corporation | 3/12/2020 | $0.00 | $0.00 | $0.00 | $238.13 | $238.13 | Unauthorized Bulk Claims |
| 37 | INTELLIGENT INVESTMENT MANAGEMENT | HSA BANK AS CUSTODIAN SBO JEAN B WHEELDON<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 99319 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $2,355.62 | $2,355.62 | Unauthorized Bulk Claims |
| 38 | RAYMOND JAMES | HUNTSMAN, JAMES R.<br>5002 ABBIE LN<br>ALIQUIPPA PA 15001 | 97771 | PG&E Corporation | 3/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Unauthorized Bulk Claims |
| 39 | GALLIARD CAPITAL | INDIANA PUBLIC EMPLOYEES' RETIREMENT FUND<br>GALLIARD CAPITAL MANAGEMENT<br>ATTN: CORPORATE ACTIONS<br>800 LASALLE AVENUE, SUITE 1400<br>MINNEAPOLIS MN 55402 | 101302 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Unauthorized Bulk Claims |
| 40 | INTELLIGENT INVESTMENT MANAGEMENT | INGRID L IVERSEN SURV TRUST 4/30/92<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 99955 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $2,076.65 | $2,076.65 | Unauthorized Bulk Claims |

| No. | Third Party | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 | INTELLIGENT INVESTMENT MANAGEMENT | INGRID L IVERSEN SURV TRUST 4/30/92 INGRID L IVERSEN TR<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 99909 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,260.95 | $1,260.95 | Unauthorized Bulk Claims |
| 42 | INTELLIGENT INVESTMENT MANAGEMENT | JAMES R. FREEMAN ROLLOVER IRA<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 99933 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,031.20 | $1,031.20 | Unauthorized Bulk Claims |
| 43 | INTELLIGENT INVESTMENT MANAGEMENT | JEAN B WHEELDON ROTH IRA CONVERSION<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99936 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,134.61 | $1,134.61 | Unauthorized Bulk Claims |
| 44 | INTELLIGENT INVESTMENT MANAGEMENT | JEAN B WHEELDON SIMPLE IRA<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99935 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $2,484.99 | $2,484.99 | Unauthorized Bulk Claims |
| 45 | INTELLIGENT INVESTMENT MANAGEMENT | JENNINGS, CAROL L<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 99961 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,001.18 | $1,001.18 | Unauthorized Bulk Claims |
| 46 | OPPENHEIMER | JONES/HARDEN FAMILY REV TRUST<br>KEVIN & ROSA LEE HARDEN JONES<br>15 RIPARIAN WAY<br>SWANNANOA NC 28778 | 97735 | PG&E Corporation | 3/12/2020 | $0.00 | $0.00 | $0.00 | $508.51 | $508.51 | Unauthorized Bulk Claims |
| 47 | INTELLIGENT INVESTMENT MANAGEMENT | JOYCE B MATHIS IRA ROLLOVER<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99939 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,147.32 | $1,147.32 | Unauthorized Bulk Claims |
| 48 | INTELLIGENT INVESTMENT MANAGEMENT | KAREN M THOMPSON SIMPLE IRA<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99326 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $2,043.44 | $2,043.44 | Unauthorized Bulk Claims |
| 49 | INTELLIGENT INVESTMENT MANAGEMENT | KATHLEEN E MCGUIRE REV TRUST<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 99941 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $799.95 | $799.95 | Unauthorized Bulk Claims |
| 50 | INTEGRE ASSET MANAGEMENT | LISA L. ZAHREN AS TRUSTEE<br>624 WEST UPSAL STREET<br>PHILADELPHIA PA 19119 | 103083 | PG&E Corporation | 4/22/2020 | $0.00 | $0.00 | $0.00 | $232.00 | $232.00 | Unauthorized Bulk Claims |

| No. | Third Party | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | AEGIS CAPITAL | LOBELLO JR, ANTHONY J.<br>3605 HAMBY OAKS DRIVE<br>ALPHARETTA GA 30004 | 102799 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $1,362.53 | $1,362.53 | Unauthorized Bulk Claims |
| 52 | LOGAN FINANCIAL | LUDMER, MIRIAM RACHEL<br>1704 ANDROS ISLE APT A4<br>COCONUT CREEK FL 33066 | 104456 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $9,342.93 | $9,342.93 | Unauthorized Bulk Claims |
| 53 | RAYMOND JAMES | M. DAVID MACFARLANE & M. KAY MACFARLANE TTEE<br>STEVE HANNEY<br>BRANCH MGR/ REG. PRINCIPAL<br>RAYMOND JAMES FINANCIAL SERVICES BRANCH<br>5000 PLAZA ON THE LAKE #175<br>AUSTIN TX 78746 | 102207 | PG&E Corporation | 4/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Unauthorized Bulk Claims |
| 54 | RAYMOND JAMES | M. DAVID MACFARLANE IRA RAYMOND JAMES & ASSOC. INC. CSDN<br>RAYMOND JAMES FINANCIAL SERVICES BRANCH 815<br>5000 PLAZA ON THE LAKE #175<br>AUSTIN TX 78746 | 102095 | PG&E Corporation | 4/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Unauthorized Bulk Claims |
| 55 | INTELLIGENT INVESTMENT MANAGEMENT | MALCOLM S CURTIS IRA<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99924 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $324.06 | $324.06 | Unauthorized Bulk Claims |
| 56 | INTELLIGENT INVESTMENT MANAGEMENT | MARY E MCAFEE ROTH IRA<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99926 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $3,808.90 | $3,808.90 | Unauthorized Bulk Claims |
| 57 | INTELLIGENT INVESTMENT MANAGEMENT | MCAFEE CHARITABLE REM UNITRUST FBO CHARLES W MCAFEE W/MCAFEE UA 7/19/1999 CHARLES MCAFEE OR MARY MCAFEE TR<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99925 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,063.06 | $1,063.06 | Unauthorized Bulk Claims |
| 58 | GOAL GROUP | MEDIOLANUM INTERNATIONAL FUNDS LIMITED<br>5 HANOVER SQUARE SUITE 2300<br>NEW YORK NY 10004 | 101682 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,000,000.00 | Unauthorized Bulk Claims |
| 59 | INTELLIGENT INVESTMENT MANAGEMENT | MERRILL E BROWN FAM TST FBO BENEFICIARY IRA OF JUDITH BROWN IRA<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 99960 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $945.64 | $945.64 | Unauthorized Bulk Claims |
| 60 | INTELLIGENT INVESTMENT MANAGEMENT | MICHAEL J MATHESON ROLLOVER IRA<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 99929 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,122.00 | $1,122.00 | Unauthorized Bulk Claims |

| No. | Third Party | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | INTELLIGENT INVESTMENT MANAGEMENT | MICHAEL R GORMALLY & BARBARA J GORMALLY JT TEN<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99927 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $597.47 | $597.47 | Unauthorized Bulk Claims |
| 62 | AMERIPRISE FINANCIAL | MISHKIN, BRUCE<br>236 7TH ST.<br>JERSEY CITY NJ 07302 | 99642 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $8,000.00 | $8,000.00 | Unauthorized Bulk Claims |
| 63 | INTELLIGENT INVESTMENT MANAGEMENT | MITCHELL C BROWN ROLLOVER IRA<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 99928 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $529.50 | $529.50 | Unauthorized Bulk Claims |
| 64 | GOAL GROUP | NEW SOUTH WALES TREASURY CORP<br>5 HANOVER SQUARE SUITE 2300<br>NEW YORK NY 10004 | 100132 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $4,000,000.00 | $4,000,000.00 | Unauthorized Bulk Claims |
| 65 | GOAL GROUP | NEW ZEALAND SUPERANNUATION<br>5 HANOVER SQUARE, SUITE 2300<br>NEW YORK NY 10004 | 100270 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $16,311,000.00 | $16,311,000.00 | Unauthorized Bulk Claims |
| 66 | BATTEA | OLD MISSION CAPITAL LLC<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO CA 94104 | 104193 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $13,992.03 | $13,992.03 | Unauthorized Bulk Claims |
| 67 | GOAL GROUP | OLD MUTUAL GLOBAL INV SERIES PLC<br>GOAL GLOBAL RECOVERIES LIMITED<br>CHRIS OLDHAM<br>5 HANOVER SQUARE SUITE 2300<br>NEW YORK NY 10004 | 101580 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $1,800,000.00 | $1,800,000.00 | Unauthorized Bulk Claims |
| 68 | RAYMOND JAMES | ORLIE J UNDERWOOD & GLYNDA UNDERWOOD TTEE<br>C/O RAYMOND JAMES FINANCIAL SERVICES<br>STEVE HANNEY<br>5000 PLAZA ON THE LAKE #175<br>AUSTIN TX 78746 | 102155 | PG&E Corporation | 4/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Unauthorized Bulk Claims |
| 69 | INTELLIGENT INVESTMENT MANAGEMENT | ORRIS H & ANN C FLATTEN REV ESTATE TST UA DEC 11, 1987 ANN C FLATTEN TR<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 99958 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,848.77 | $1,848.77 | Unauthorized Bulk Claims |
| 70 | INTELLIGENT INVESTMENT MANAGEMENT | ORRIS H & ANN FLATTEN REV ESTATE TST UA DEC 11, 1987 ANN C FLATTEN TR<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99959 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $983.42 | $983.42 | Unauthorized Bulk Claims |

| No. | Third Party | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 71 | GOAL GROUP | PERPETUAL INVESTMENT MANAGEMENT<br>5 HANOVER SQUARE, SUITE 2300<br>NEW YORK NY 10004 | 99947 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $345,800.00 | $345,800.00 | Unauthorized Bulk Claims |
| 72 | INTELLIGENT INVESTMENT MANAGEMENT | PHILLIPS TOD, ROSALIE K<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99915 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $894.02 | $894.02 | Unauthorized Bulk Claims |
| 73 | REGENT ATLANTIC | PRESBYTERIAN CHURCH OF CHATHAM TOWNSHIP PASTORAL HOUSING FUND<br>240 SOUTHERN BOULEVARD<br>CHATHAM NJ 07928 | 103510 | PG&E Corporation | 4/30/2020 | $0.00 | $0.00 | $0.00 | $4,506.16 | $4,506.16 | Unauthorized Bulk Claims |
| 74 | CAPITAL RESEARCH AND MANAGEMENT | PRUDENTIA -LEBENSVERSICHERUNGS-AG<br>C/O CAPITAL RESEARCH AND MANAGEMENT COMPANY<br>ATTN: KRISTINE NISHIYAMA<br>333 SOUTH HOPE STREET, 55TH FLOOR<br>LOS ANGELES CA 90071 | 101928 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $428,405.00 | $428,405.00 | Unauthorized Bulk Claims |
| 75 | GOAL GROUP | QSUPER<br>5 HANOVER SQUARE SUITE 2300<br>NEW YORK NY 10004 | 100067 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | Unauthorized Bulk Claims |
| 76 | MERRILL LYNCH | RAE, MICHAELE<br>421 WILEY ST.<br>ASHLAND OR 97520-1557 | 100781 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $2,622.00 | $2,622.00 | Unauthorized Bulk Claims |
| 77 | GOAL GROUP | RARE INFRASTRUCTURE<br>5 HANOVER SQUARE<br>SUITE 2300<br>NEW YORK NY 10004 | 100604 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $97,275,000.00 | $97,275,000.00 | Unauthorized Bulk Claims |
| 78 | MERRILL LYNCH | RAUSCHER, DR. CLIFFORD<br>1693 STABLE ROCK ROAD<br>PRESCOTT AZ 86303 | 100903 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $262.00 | $262.00 | Unauthorized Bulk Claims |
| 79 | INTELLIGENT INVESTMENT MANAGEMENT | RHONDA R BROWN ROTH IRA<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99934 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $529.50 | $529.50 | Unauthorized Bulk Claims |
| 80 | RAYMOND JAMES | RILEY, MYRIAM J<br>FREDERICK J BROWN<br>RAYMOND JAMES<br>400 N HIGH STREET<br>MUNCIE IN 47305 | 98335 | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $440.00 | $440.00 | Unauthorized Bulk Claims |

| No. | Third Party | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 81 | REGENT ATLANTIC | ROBERT A MASUCCI TTEE ROBERT A MASUCCI TRUST AGREEMENT U/A DTD 01/23/2014<br>439 DEUCE DRIVE<br>WALL NJ 07719 | 103599 | PG&E Corporation | 4/30/2020 | $0.00 | $0.00 | $0.00 | $3,042.83 | $3,042.83 | Unauthorized Bulk Claims |
| 82 | INTELLIGENT INVESTMENT MANAGEMENT | ROBERT FARRINGTON BROWN ROLLOVER IRA<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99910 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $903.91 | $903.91 | Unauthorized Bulk Claims |
| 83 | INTELLIGENT INVESTMENT MANAGEMENT | ROBERT H LANDER & LINDA M BONNELL JT TEN<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99932 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $3,555.98 | $3,555.98 | Unauthorized Bulk Claims |
| 84 | INTELLIGENT INVESTMENT MANAGEMENT | ROBERTS, NEALE R<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 99314 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $905.38 | $905.38 | Unauthorized Bulk Claims |
| 85 | GOAL GROUP | SAS TRUSTEE CORP POOLED FUND - DEFINED CONTRIBUTIONS<br>5 HANOVER SQUARE SUITE 2300<br>NEW YORK NY 10004 | 101094 | PG&E Corporation | 4/17/2020 | $0.00 | $0.00 | $0.00 | $1,200,000.00 | $1,200,000.00 | Unauthorized Bulk Claims |
| 86 | BATTEA | SET TRADING PARTNERS<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO CA 94104 | 104077 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $321,600.00 | $321,600.00 | Unauthorized Bulk Claims |
| 87 | REGENT ATLANTIC | SHYNE, STEPHEN C.<br>5 RED OAK LN<br>KENNELON NJ 07405 | 105287 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $16,745.66 | $16,745.66 | Unauthorized Bulk Claims |
| 88 | AEGIS CAPITAL | SMILEY, THOMAS E.<br>9 MACAFEE ROAD<br>SOMERSET NJ 08873 | 102802 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $1,083.78 | $1,083.78 | Unauthorized Bulk Claims |
| 89 | INTELLIGENT INVESTMENT MANAGEMENT | STACY B DROST REVOCABLE TRUST<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99922 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,270.28 | $1,270.28 | Unauthorized Bulk Claims |
| 90 | INTELLIGENT INVESTMENT MANAGEMENT | THOMPSON, KAREN M.<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99776 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,181.25 | $1,181.25 | Unauthorized Bulk Claims |

| No. | Third Party | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 91 | INTELLIGENT INVESTMENT MANAGEMENT | THOMPSON, ROBERT P<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99911 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,214.19 | $1,214.19 | Unauthorized Bulk Claims |
| 92 | INTELLIGENT INVESTMENT MANAGEMENT | THOMPSON, ROBERT P<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99914 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,157.90 | $1,157.90 | Unauthorized Bulk Claims |
| 93 | INTELLIGENT INVESTMENT MANAGEMENT | TST FBO JOYCE B MATHIS U/ART 6(B) U/WARTHUR R BOTHERS 9/23/03 PATRICK BARRETT & JOYCE MATHIS & SHERI MACVEIGH TRS<br>INTELLIGENT INVESTMENT MANAGMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99940 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,031.90 | $1,031.90 | Unauthorized Bulk Claims |
| 94 | OPPENHEIMER | VANGORDEN, NOEL<br>2523 HOPEFIELD CT<br>CAPE CORAL FL 33991 | 103625 | PG&E Corporation | 5/1/2020 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Unauthorized Bulk Claims |
| 95 | OPPENHEIMER | VANGORDEN, NOEL<br>2523 HOPEFIELD CT<br>CAPE CORAL FL 33991 | 103658 | PG&E Corporation | 5/1/2020 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Unauthorized Bulk Claims |
| 96 | REGENT ATLANTIC | WAYNE A. ENDERLE AND CATHERINE B ENDERLE REVOCABLE TRUST<br>121 QUAPAW CIRCLE<br>LOUDON TN 37774-3150 | 105334 | PG&E Corporation | 5/27/2020 | $0.00 | $0.00 | $0.00 | $1,874.10 | $1,874.10 | Unauthorized Bulk Claims |
| 97 | GOAL GROUP | WEALTH, KIWI<br>5 HANOVER SQUARE SUITE 2300<br>NEW YORK NY 10004 | 99942 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Unauthorized Bulk Claims |
| 98 | WELLS FARGO | WELLS FARGO BANK NA IN ITS CAPACITY AS TRUSTEE AND AGENT ON FIDUCIARY CLIENT ACCOUNTS<br>MOUSTAFA SHOUMAN<br>550 SOUTH 4TH ST<br>MINNEAPOLIS MN 55415 | 100961 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $3,000,000.00 | $3,000,000.00 | Unauthorized Bulk Claims |
| 99 | WELLS FARGO | WELLS FARGO BANK NA IN ITS CAPACITY AS TRUSTEE AND AGENT ON FIDUCIARY CLIENT ACCOUNTS<br>MOUSTAFA SHOUMAN<br>550 SOUTH 4TH ST, 14TH FL<br>MINNEAPOLIS MN 55415 | 100572 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $1,700.00 | $1,700.00 | Unauthorized Bulk Claims |
| 100 | WELLS FARGO | WELLS FARGO BANK NA IN ITS CAPACITY AS TRUSTEE AND AGENT ON FIDUCIARY CLIENT ACCOUNTS<br>MOUSTAFA SHOUMAN<br>550 SOUTH 4TH ST, 14TH FL<br>MINNEAPOLIS MN 55415 | 100627 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $35,000.00 | $35,000.00 | Unauthorized Bulk Claims |

| No. | Third Party | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 101 | WELLS FARGO | WELLS FARGO BANK NA IN ITS CAPACITY AS TRUSTEE AND AGENT ON FIDUCIARY CLIENT ACCOUNTS<br>MOUSTAFA SHOUMAN<br>550 SOUTH 4TH ST, 14TH FL<br>MINNEAPOLIS MN 55415 | 100689 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $3,000,000.00 | $3,000,000.00 | Unauthorized Bulk Claims |
| 102 | GALLIARD CAPITAL | WELLS FARGO MANAGED FIXED INCOME FUND PORTFOLIO<br>GALLIARD CAPITAL MANAGEMENT<br>ATTN: CORPORATE ACTIONS<br>800 LASALLE AVENUE<br>SUITE 1400<br>MINNEAPOLIS MN 55402 | 99968 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $53,433.19 | $53,433.19 | Unauthorized Bulk Claims |
| 103 | GALLIARD CAPITAL | WELLS FARGO MASTER PENSION TRUST (CORE PORTFOLIO)<br>GALLIARD CAPITAL MANAGEMENT<br>ATTN: CORPORATE ACTIONS<br>800 LASALLE AVENUE<br>SUITE 1400<br>MINNEAPOLIS MN 55402 | 100017 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $128,239.66 | $128,239.66 | Unauthorized Bulk Claims |
| 104 | INTELLIGENT INVESTMENT MANAGEMENT | WILEY TOD, NANCY L<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99931 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $430.14 | $430.14 | Unauthorized Bulk Claims |
| 105 | REGENT ATLANTIC | ZIA, WILLIAM<br>339 RADEL TERRACE<br>SOUTH ORANGE NJ 07079 | 103565 | PG&E Corporation | 4/30/2020 | $0.00 | $0.00 | $0.00 | $1,874.63 | $1,874.63 | Unauthorized Bulk Claims |