WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>   - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF CONTINUED HEARING WITH RESPECT TO CERTAIN CLAIMS IN THE REORGANIZED DEBTORS' THIRTEENTH SECURITIES CLAIMS OMNIBUS OBJECTION (CLAIMS BARRED BY THE STATUTE OF REPOSE)**<br><br>[Re: Dkt. No. 11085]<br><br>Date: November 9, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephonic Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

PLEASE TAKE NOTICE that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (the "**Debtors**," or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

PLEASE TAKE FURTHER NOTICE by order dated June 20, 2020, the Bankruptcy Court confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated June 19, 2020* [Docket No. 8048] (the "**Plan**"). The Plan became effective on July 1, 2020.

PLEASE TAKE FURTHER NOTICE that on January 25, 2021, the Bankruptcy Court entered the *Order Approving Securities ADR and Related Procedures for Resolving Subordinated Securities Claims* [Docket No. 10015] (the "**Securities Claims Procedures Order**"), pursuant to which the Bankruptcy Court established procedures by which the Debtors and Reorganized Debtors could file objections to multiple Subordinated Securities Claims (as defined therein).

PLEASE TAKE FURTHER NOTICE that, in accordance with the Securities Claims Procedures Order, the Reorganized Debtors filed the *Reorganized Debtors' Thirteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose)* [Docket No. 11085] (the "**Thirteenth Securities Claims Omnibus Objection**") and received the responses identified below (the "**Thirteenth Securities Claims Omnibus Objection Responses**"):

| Omnibus Objection | Objection Filed | Objection Deadline | Response Received | Claim Number | Original Hearing Date | Continued Hearing Date |
|---|---|---|---|---|---|---|
| Thirteenth Securities Claims Omnibus Objection | September 15, 2021 | September 15, 2021, at 4:00 p.m. (Pacific Time) | AmeriTrust Claimants [Docket No. 11260] | 107040, 107038, 107039, 104331 | September 29, 2021, at 10:00 a.m. (Pacific Time) | November 9, at 10:00 a.m. (Pacific Time) |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

| Omnibus Objection | Objection Filed | Objection Deadline | Response Received | Claim Number | Original Hearing Date | Continued Hearing Date |
|---|---|---|---|---|---|---|
| Thirteenth Securities Claims Omnibus Objection | September 20, 2021 | September 15, 2021, at 4:00 p.m. (Pacific Time) | Commonwealth Annuity and Life Insurance Company [Docket No. 11277] | 100939 | September 29, 2021, at 10:00 a.m. (Pacific Time) | November 9, at 10:00 a.m. (Pacific Time) |
| Thirteenth Securities Claims Omnibus Objection | August 30, 2021 | September 15, 2021, at 4:00 p.m. (Pacific Time) | William Mayer [Informal] | 98261 | September 29, 2021, at 10:00 a.m. (Pacific Time) | November 9, at 10:00 a.m. (Pacific Time) |
| Thirteenth Securities Claims Omnibus Objection | September 13, 2021 | September 15, 2021, at 4:00 p.m. (Pacific Time) | Thomas A. Mullady [Docket No. 11246] | 97910 | September 29, 2021, at 10:00 a.m. (Pacific Time) | November 9, at 10:00 a.m. (Pacific Time) |
| Thirteenth Securities Claims Omnibus Objection | September 14, 2021 | September 15, 2021, at 4:00 p.m. (Pacific Time) | Larry and Paulette Siedow [Informal] | 97946 | September 29, 2021, at 10:00 a.m. (Pacific Time) | November 9, at 10:00 a.m. (Pacific Time) |
| Thirteenth Securities Claims Omnibus Objection | September 8, 2021 | September 15, 2021, at 4:00 p.m. (Pacific Time) | Donald S. Terra [Informal] | 98875 | September 29, 2021, at 10:00 a.m. (Pacific Time) | November 9, at 10:00 a.m. (Pacific Time) |

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Thirteenth Securities Claims Omnibus Objection *solely with respect to the specific claims identified* will be **further continued** to the omnibus hearing on November 9, 2021, at 10:00 a.m. (Pacific Time).  The reply deadline is further continued to November 2, 2021.

**PLEASE TAKE FURTHER NOTICE** that copies of each document identified herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Reorganized Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties;

or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com.  Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: September 22, 2021

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**

By:  /s/ *Richard W. Slack*

Richard W. Slack

*Attorneys for Debtors and Reorganized Debtors*