# EXHIBIT 1

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Hanson Bridgett LLP 425 Market St 26th FL San Francisco, CA 94105 | **107225** | PG&E Corporation | 6/9/2021 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $28,733.82 | $28,733.82 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Progress Lumber PO Box 3468 Santa Rosa, CA 95402-3468 | **5038** | Pacific Gas and Electric Company | 8/1/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $45,000.00 | $45,000.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Asserted Total** | **Count: 2** | | | | **$0.00** | **$0.00** | **$0.00** | **$73,733.82** | **$73,733.82** | |
| **Remaining Total** | | | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | |

# Exhibit 2

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Lost Hills Solar, LLC c/o Southern Power Company Attn: Elliott Spencer 30 Ivan Allen Jr. Blvd. BIN SC1104 600 Peachtree St. NE, Suite 3000 Atlanta, GA 30308 | | **70804** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,708,714.60 | $1,708,714.60 | Cure Payments and Other Satisfied |
| SMUD Attn: A255 PO Box 15830 Sacramento, CA 95852 | | **3134** | PG&E Corporation | 5/28/2019 | $0.00 | $0.00 | $0.00 | $19,758.80 | $19,758.80 | Other Satisfied |
| Stanford Real Estate Elizabeth Agustin Academy Hall, 415 Broadway, 3rd Floor, MC 8873 12255 El Camino Real, Suite 300 Redwood City, CA 94063 | | **77717** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $565,031.25 | $565,031.25 | Other Satisfied |
| **Claims To Be Expunged Totals** | | **Count:3** | | | **$0.00** | **$0.00** | **$0.00** | **$2,293,504.65** | **$2,293,504.65** | |

# Exhibit 3

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Lowenthal, Harold<br>2106 Harborview Ct<br>Santa Cruz, CA 95062 | | 67800 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $4,670.00 | $4,670.00 | Protective Claims |
| Valley Clean Energy Alliance<br>Mitch Sears 604 2nd Street 555<br>Capitol Mall Fifteenth Floor<br>Davis, CA 95616 | | 65788 | PG&E Corporation and Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| **Claims To Be Expunged Totals** | | **Count: 2** | | | **$0.00** | **$0.00** | **$0.00** | **$4,670.00** | **$4,670.00** | |

# Exhibit 4

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Fifer, Robert A<br>1977 Ponderosa Dr. Apt. 10<br>Oakdale, CA 95361 | | **1616** | PG&E Corporation | 3/8/2019 | $0.00 | $0.00 | $0.00 | $2,038.73 | $2,038.73 | Customer No Liability / Passthrough Claim |
| Santa Lucia Community Services District<br>SLCSD c/o Forrest Arthur 63<br>Rancho San Carlos Road<br>Carmel, CA 93923 | | **78818** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $54,881.42 | $54,881.42 | Post-Petition Claim |
| **Claims To Be Expunged Totals** | | **Count: 2** | | | **$0.00** | **$0.00** | **$0.00** | **$56,920.15** | **$56,920.15** | |

| Original Creditor | Claim/Schedule To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Gonsalves, Philip T 1796 Oriole Ave San Leandro, CA  94578-2042 | 7289 | PG&E Corporation | 8/16/2019 | Filed/Sched. Claim Amount: Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Reduced and Allowed |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | |
| NGANGA, MYRA P.O Box 997320 Sacramento, CA   95899-7320 | 4691 | PG&E Corporation | 7/23/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Asserted Total** | **Count: 2** | | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | |
| **Remaining Total** | | | | | **$0.00** | **$0.00** | **$0.00** | **$100.00** | **$100.00** | |

# Exhibit 2

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| RICE, MARY JO<br>192 LAUREL DRIVE<br>FAIRFAX, CA  94930 | | **73277** | Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $0.00 | $0.00 | $4,330.00 | $4,330.00 | Damage Not Caused by PG&E |
| Rutenburg, Maria<br>930 Far Creek Way<br>Redwood City, CA  94062 | | **3650** | Pacific Gas and Electric Company | 7/19/2019 | $0.00 | $0.00 | $2,850.00 | $2,150.00 | $5,000.00 | Damage not caused by PG&E |
| **Claims To Be Expunged Totals** | | **Count: 2** | | | **$0.00** | **$0.00** | **$2,850.00** | **$6,480.00** | **$9,330.00** | |

# Exhibit 3

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Matis, Howard<br>6824 Sherwick Drive<br>Berkeley, CA 94705 | | **7265** | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Post-Petition Claim |
| **Claims To Be Expunged Totals** | | **Count: 1** | | | **$0.00** | **$0.00** | **$0.00** | **$15,000.00** | **$15,000.00** | |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| City of San Pablo City of San Pablo Attn: Lynn Nerland, City Attorney City Hall, Building 2 San Pablo, CA 94806 | 80709 | PG&E Corporation | $0.00 (S) $0.00 (A) $0.00 (P) $98,553.00 (U) $98,553.00 (T) | Incorrect Debtor (Identical) | City of San Pablo City of San Pablo Attn: Lynn Nerland, City Attorney City Hall, Building 2 San Pablo, CA 94806 | 81373 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $98,553.00 (U) $98,553.00 (T) |
| County of Sonoma Tambra Curtis 575 Administration Drive Rm 105A Santa Rosa, CA 95403 | 59613 | PG&E Corporation | $0.00 (S) $0.00 (A) $0.00 (P) $566,703.33 (U) $566,703.33 (T) | Incorrect Debtor (Partially Identical) | County Of Sonoma Tambra Curtis 575 Administration Dr. Rm 105A Santa Rosa, CA 95403 | 79864 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $566,703.33 (U) $566,703.33 (T) |
| County of Sonoma Lamb & Kawakami Barry S. Glaser Thomas G. Kelch 333 South Grand Avenue, Suite 4200 Los Angeles, CA 90071 | 65670 | PG&E Corporation | $0.00 (S) $0.00 (A) $566,703.33 (P) $0.00 (U) $566,703.33 (T) | Incorrect Debtor (Identical) | County Of Sonoma Tambra Curtis 575 Administration Dr. Rm 105A Santa Rosa, CA 95403 | 79864 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $566,703.33 (U) $566,703.33 (T) |
| County of Sonoma Lamb & Kawakami Barry S. Glaser Thomas S. Glaser Los Angeles, CA 90071 | 67858 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $566,703.33 (U) $566,703.33 (T) | Duplicative Claims (Partially Identical) | County Of Sonoma Tambra Curtis 575 Administration Dr. Rm 105A Santa Rosa, CA 95403 | 79864 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $566,703.33 (U) $566,703.33 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified or otherwise cannot be determined, the amount listed is "0.00".

Page 1

Case: 19-30088    Doc# 11303-1    Filed: 09/22/21    Entered: 09/22/21 20:07:20    Page 9 of 11

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Adrianne Gomez Day Care-Gomez, Jose<br>1999 N Patterson Rd<br>Stockton, CA 95215 | | **7939** | PG&E Corporation | 8/27/2019 | $0.00 | $0.00 | $52,000.00 | $0.00 | $52,000.00 | Barred by Statute of Limitations |
| Deuschel, Laurie A.<br>5120 Second Street<br>Rocklin, CA 95677 | | **76809** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $300,000.00 | $300,000.00 | Barred by Court Order |
| Morrow, David<br>1050 W Griffith Way Apt 111<br>Fresno, CA 93705 | | **106732** | PG&E Corporation | 11/20/2020 | $0.00 | $0.00 | $0.00 | $300,000.00 | $300,000.00 | Barred by Statute of Limitations |
| **Claims To Be Expunged Totals** | | **Count: 3** | | | **$0.00** | **$0.00** | **$52,000.00** | **$600,000.00** | **$652,000.00** | |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | Redacted | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $10,000,000.00 | $10,000,000.00 | No Response to Offer Exchange |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $10,000,000.00 | $10,000,000.00 | No Response to Offer Exchange |
| Franks, Carmen 1800 Luxton Street Seaside, CA 93955 | | 67161 | Pacific Gas and Electric Company | 10/22/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | No Response to Information Request |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $5,832.00 | $0.00 | $5,832.00 | No Response to Information Request |
| **Claims To Be Expunged Totals** | | **Count: 4** | | | **$0.00** | **$0.00** | **$5,832.00** | **$20,010,000.00** | **$20,015,832.00** | |