

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**September 23, 2021**

Susan Y. Soong, Clerk of Court
United States District Court
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

District Court Appeal Number:

**21-cv-07118-HSG**

Re: Transmittal of Record on Appeal to District Court:

**PG&E Corporation and Pacific Gas and Electric Company; Case No. 19-30088-DM; Judge Dennis Montali**

Dear Clerk:

We are electronically transmitting the following documents to your court for the above referenced matter:

- ☑ Docket Report
- ☑ Certificate of Record
- ☑ Appellant's Designation of Items and Statement of Issues
- ☑ Appellee's Designation of Additional Items (if applicable)
- ☐ Cross-Appellant's Designation of Additional Items and Statement of Issues (if applicable)
- ☐ Cross-Appellee's Designation of Additional Items (if applicable)
- ☐ Certificate of No Transcript Requests (if applicable)
- ☐ Statement of Evidence When a Transcript is Unavailable (if applicable)
- ☐ Agreed Statement as the Record on Appeal (if applicable)
- ☐ Other

If you have any questions, please contact me at **(415) 268-2373** .

Edward Emmons, Clerk
United States Bankruptcy Court

By: */s/ DaWana Chambers*

DaWana Chambers, Deputy Clerk