# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br> PG&E CORPORATION, <br>    - and - <br> PACIFIC GAS AND ELECTRIC COMPANY, <br>                              Debtors. | Bankruptcy Case <br> No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Victor Wong, do declare and state as follows:

1.  I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2.  On September 20, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document, customized to include the name and address of the party to be served via Facsimile on McColm, Patricia A., Attn: Patricia A. McColm, 530-778-3000, and 530-778-9888:

    - Reorganized Debtors' One Hundred Seventh Omnibus Objection to Claims (McColm Claims) [Docket No. 11227] (the "***One Hundred Seventh Omnibus Objection***")

3.  On September 21, 2021, at my direction and under my supervision, employees of Prime Clerk caused the One Hundred Seventh Omnibus Objection, customized to include the name and address of the party to be served via Facsimile on McColm, Patricia A., Attn: Patricia A. McColm, 530-778-3000.

4.  I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

1 | Executed this 23rd day of September 2021, at New York, NY.
2 |
3 |                                                */s/ Victor Wong*
                                               Victor Wong