| Original Creditor | Claim/Schedule To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Gonsalves, Philip T<br>1796 Oriole Ave<br>San Leandro, CA 94578-2042 | 7289 | PG&E Corporation | 8/16/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Reduced and Allowed |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | |
| NGANGA, MYRA<br>P.O Box 997320<br>Sacramento, CA 95899-7320 | 4691 | PG&E Corporation | 7/23/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Asserted Total** | **Count: 2** | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Remaining Total** | | | | | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | |