# Exhibit 2

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| RICE, MARY JO 192 LAUREL DRIVE FAIRFAX, CA 94930 | | 73277 | Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $0.00 | $0.00 | $4,330.00 | $4,330.00 | Damage Not Caused by PG&E |
| Rutenburg, Maria 930 Far Creek Way Redwood City, CA 94062 | | 3650 | Pacific Gas and Electric Company | 7/19/2019 | $0.00 | $0.00 | $2,850.00 | $2,150.00 | $5,000.00 | Damage not caused by PG&E |
| **Claims To Be Expunged Totals** | | **Count: 2** | | | **$0.00** | **$0.00** | **$2,850.00** | **$6,480.00** | **$9,330.00** | |