```
 1 │ Gerald P. Kennedy (Bar No. 105887)
   │ E-mail: gerald.kennedy@procopio.com
 2 │ PROCOPIO, CORY, HARGRAVES &
   │     SAVITCH LLP
 3 │ 525 B Street, Suite 2200
   │ San Diego, CA  92101
 4 │ Telephone:  619.238.1900
   │ Facsimile:  619.235.0398
 5 │
   │ Marissa Parker (*Pro Hac Vice Pending*)
 6 │ E-mail:  mparker@stradley.com
   │ STRADLEY RONON STEVENS & YOUNG, LLP
 7 │ 2005 Market Street, Suite 2600
   │ Philadelphia, PA  19103
 8 │ Telephone:  215.564.8091
   │ Facsimile:  215.564.8120
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects Both Debtors<br><br>* *All Papers shall be filed in the Lead Case No. 19-30088 (DM)* | **BANKRUPTCY CASE**<br><br>NO. 19-30088 (DM)<br><br>Chapter 11<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Marissa Parker, an active member in good standing of the bar of the United States District Court of the Eastern District of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice*

TITLE OF DOCUMENT: <u>Application for Admission of Attorney *Pro Hac Vice*</u>
CASE NO. 19-30088 (DM)
PAGE NO. 1 OF 2

basis representing creditors Vanguard Institutional Short-Term Bond Fund and Vanguard Ultra-Short-Term Bond Fund in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court, or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number is:

> Gerald P. Kennedy
> PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
> 525 B Street, Suite 2200
> San Diego, CA 92101
> Telephone: 619-238-1900
> Email: gerald.kennedy@procopio.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 23, 2021

_/s/ Marissa Parker_
Marissa Parker

TITLE OF DOCUMENT: Application for Admission of Attorney *Pro Hac Vice*
CASE NO. 19-30088 (DM)
PAGE NO. 2 OF 2