# United States District Court



*Eastern District of New York*

*I, Douglas C. Palmer,*
*Clerk of the United States District Court,*
*for the Eastern District of New York*
*do hereby certify that*

## Marissa Rachel Parker

*was duly admitted and qualified to practice as an Attorney of said District Court on the* 28th *day of* May *,* 2021 *.*

*In testimony whereof, I hereunto set my hand and affix the seal of said Court, at my office in Brooklyn in the Eastern District of New York this* 28th *day of* May *,* 2021 *.*

*Douglas C. Palmer, Clerk*

*By:* Elizabeth Goddard
Digitally signed by Elizabeth Goddard
Date: 2021.06.03 07:50:37 -04'00'
Elizabeth Goddard *, Deputy Clerk*

Case: 19-30088   Doc# 11318-1   Filed: 09/24/21   Entered: 09/24/21 11:47:00   Page 1 of 1