

**Signed and Filed: September 24, 2021**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1 KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
2 (jkim@kbkllp.com)
David A. Taylor (#247433)
3 (dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
4 (trupp@kbkllp.com)
650 California Street, Suite 1900
5 San Francisco, CA 94108
Tel: 415 496 6723
6 Fax: 650 636 9251

7 *Attorneys for Debtors and Reorganized Debtors*

8

9 **UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**
10

11

12 **In re:**

13 **PG&E CORPORATION,**

14      **- and -**

15 **PACIFIC GAS AND ELECTRIC**
**COMPANY,**
16

                 **Debtors.**
17

18 ☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors
19

*All papers shall be filed in the Lead Case,*
20 *No. 19-30088 (DM).*

|  |
|---|
| Bankruptcy Case No. 19-30088 (DM) |
| Chapter 11 |
| (Lead Case) (Jointly Administered) |
| **ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' ONE HUNDRED FIRST OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE AND INCORRECT DEBTOR CLAIMS)** |
| **[Re: Dkt. Nos. 11117 and 11303]** |

21

22

23

24

25

26

27

28

Upon the *Reorganized Debtors' Report on Responses to Ninety-Ninth Through One Hundred Third Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections* [Docket No. 11303] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' One Hundred First Omnibus Objection to Claims (Duplicative and Incorrect Debtor Claims)* [Docket No. 11117] (the "**One Hundred First Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the One Hundred First Omnibus Objection as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the One Hundred First Omnibus Objection establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The below Proof of Claim shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Gonsalves, Lorraine | 87242 | The informal response received from the Claimant does not refer to this Claim. However, in an abundance |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
|  |  |  | of caution, the One Hundred First Omnibus Objection is going forward on a contested basis with respect to this Claim at the September 29, 2021, Omnibus Hearing. |

2.     The Claims listed in the column headed "Claims To Be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

3.     This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***