# Exhibit 1

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Adrianne Gomez Day Care-Gomez, Jose<br>1999 N Patterson Rd<br>Stockton, CA 95215 | | 7939 | PG&E Corporation | 8/27/2019 | $0.00 | $0.00 | $52,000.00 | $0.00 | $52,000.00 | Barred by Statute of Limitations |
| Deuschel, Laurie A.<br>5120 Second Street<br>Rocklin, CA 95677 | | 76809 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $300,000.00 | $300,000.00 | Barred by Court Order |
| Morrow, David<br>1050 W Griffith Way Apt 111<br>Fresno, CA 93705 | | 106732 | PG&E Corporation | 11/20/2020 | $0.00 | $0.00 | $0.00 | $300,000.00 | $300,000.00 | Barred by Statute of Limitations |
| **Claims To Be Expunged Totals** | | **Count: 3** | | | **$0.00** | **$0.00** | **$52,000.00** | **$600,000.00** | **$652,000.00** | |