# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
|   - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Rohany Tejada, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On September 16, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail and Email on Shona Milland (MMLID: 7472355) at 234 ½ Carrillo Street, Santa Rosa, CA 95403 [winb92@gmail.com]:

- Order Authorizing Withdrawal of Counsel [Docket No. 11267]

3. I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 21th day of September 2021, at New York, NY.

*/s/ Rohany Tejada*
Rohany Tejada