WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**SECOND SCHEDULING STIPULATION WITH RESPECT TO THE CITY OF SANTA CLARA DBA SILICON VALLEY POWER'S MOTION TO COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACT CONCERNING THE GRIZZLY DEVELOPMENT AND MOKELUMNE SETTLEMENT AGREEMENT**<br><br>**Related Docket No.: 10998, 11153** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**WHEREAS**, on January 29, 2019, PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**" and, together with PG&E Cop., the "**Debtors**" or "**Reorganized Debtors**", as applicable), commenced with the Court voluntary cases under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").  The *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated June 19, 2020* [Docket No. 8048] (the "**Plan**") was confirmed by Order of the Court dated June 20, 2020 [Docket No. 8053] (the "**Confirmation Order**"). The Plan became effective on July 1, 2020.

**WHEREAS**, on July 30, 2021, the City of Santa Clara dba Silicon Valley Power ("**Santa Clara**", and together with the Reorganized Debtors, the "**Parties**") filed the *City of Santa Clara DBA Silicon Valley Power's Motion to Compel Assumption or Rejection of Executory Contract Concerning the Grizzly Development and Mokelumne Settlement Agreement* [Docket No. 10998] (the "**Motion**") which noticed a response deadline of August 31, 2021, and a hearing date of September 14, 2021 (the "**Hearing Date**").

**WHEREAS**, on August 24, 2021, the Parties filed the *Scheduling Stipulation with Respect to the City Of Santa Clara DBA Silicon Valley Power's Motion to Compel Assumption or Rejection of Executory Contract Concerning the Grizzly Development and Mokelumne Settlement Agreement* [Docket No. 11144] (the "**First Scheduling Stipulation**"), pursuant to which the Parties agreed to an adjournment of the Hearing Date and a briefing schedule with respect to the Motion.  The First Scheduling Stipulation was approved by order of the Court, dated August 25, 2021 [Docket No. 11153].

**WHEREAS,** the Parties have conferred and agreed to a further revised briefing schedule for the Motion.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, THROUGH THE UNDERSIGNED, THE PARTIES JOINTLY REQUEST THE BANKRUPTCY COURT TO ORDER, THAT:**

1. The Hearing Date shall be continued to November 23, 2021, at 11:00 am (Prevailing Pacific Time).  The October 19, 2021 hearing on the Motion is taken off the Court's calendar.

2. Reorganized Debtors' response to the Motion must be filed with the Court by November 2, 2021.

3. Any reply by Santa Clara must be filed with the Court by November 16, 2021.

4. Nothing herein prevents the Parties from agreeing to a further adjustment of the above schedule, subject to Court approval.

5. This Second Scheduling Stipulation shall constitute the entire agreement and understanding of the Parties relating to the subject matter hereof.

6. This Second Scheduling Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same agreement.

7. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Second Scheduling Stipulation.

Dated: September 27, 2021

WEIL, GOTSHAL & MANGES LLP
KELLER BENVENUTTI KIM LLP

*/s/ Richard W. Slack*
Richard W. Slack

*Attorneys for the Debtors and Reorganized Debtors*

Dated: September 27, 2021

BOUTIN JONES, INC.

*/s/ Robert D. Swanson*
Robert D. Swanson

*Attorneys for the City of Santa Clara DBA Silicon Valley Power*