**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**,<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>\* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR SEPTEMBER 29, 2021, 10:00 A.M. OMNIBUS HEARING**<br><br>Date: September 14, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: AT&T Teleconference (10:00 a.m.)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

**PROPOSED AGENDA FOR
SEPTEMBER 29, 2021, 10:00 A.M. (PACIFIC TIME)
OMNIBUS HEARING**

**I:    MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*CONTESTED MATTERS GOING FORWARD*

1.    **One Hundred First Omnibus Objection (Duplicative and Incorrect Debtor Claims)** [**Dkt. 11117**].

Response Filed:

A.    Lorraine Gonsalves [**Informal**].

Related Document:

B.    Reply in Support of Reorganized Debtors' Omnibus Objections to Claims [**Dkt. 11298**].

Related Order:

C.    Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' One Hundred First Omnibus Objection to Claims (Duplicative and Incorrect Debtor Claims) [**Dkt. 11319**].

Status:  The Objection re Lorraine Gonsalves is going forward on a contested basis.

This Omnibus Objection was granted as to most claims by **Dkt. 11319**.

2.    **One Hundred Third Omnibus Objection (ADR No Liability Claims)** [**Dkt. 11123**].

Response Filed:

A.    Lorraine Gonsalves [**Informal**].

Related Document:

B.    Reply in Support of Reorganized Debtors' Omnibus Objections to Claims [**Dkt. 11298**].

Related Order:

C.    Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' One Hundred Third Omnibus Objection to Claims

(ADR No Liability Claims) [**Dkt. 11321**].

Status: The Objection re Lorraine Gonsalves is going forward on a contested basis.

This Omnibus Objection was granted as to most claims by **Dkt. 11321**.

3. **Seventy-Ninth Omnibus Objection (Books and Records Claims)** [**Dkt. 10673**].

Response Filed:

A. Finley, Robert [**Dkt. 11185**].

Related Documents:

B. Reply in Support of Reorganized Debtors' Omnibus Objections to Claims [**Dkt. 11298**].

C. Declaration of Grant Guerra in Support of Reply in Support of Reorganized Debtors' Omnibus Objections to Claims and in Further Support of Reorganized Debtors' Seventy-Ninth Omnibus Objection to Claims (Finley Claim) [**Dkt. 11299**].

Related Order:

D. Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Seventy-Ninth Omnibus Objection to Claims (Books and Records Claims) [**Dkt. 10858**].

Status: The Objection re Robert Finley is going forward on a contested basis.

This Omnibus Objection was granted as to most claims by **Dkt. 10858**. It has been continued to October 19, 2021, as to Marsh Landing, LLC [**Dkt. 11294**].

4. **One Hundred Second Omnibus Objection (No Legal Liability Claims)** [**Dkt. 11120**].

Response Filed:

A. Wm. F. Weidman, III [**Dkt. 11239**].

Related Document:

B. Reply in Support of Reorganized Debtors' Omnibus Objections to Claims [**Dkt. 11298**].

Related Order:

C. Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' One Hundred Second Omnibus Objection to Claims (No Legal Liability Claims) [**Dkt. 11320**].

Status: The Objection re Wm. F. Weidman, III is going forward on a contested basis.

This Omnibus Objection was granted as to most claims by **Dkt. 11320**.

*RESOLVED AND CONTINUED MATTERS*

5. **Fulcrum Credit Partners LLC's Motion for Relief from Plan Injunction, to Compel Arbitration and/or for Abstention:** *Motion for Relief from Plan Injunction, to Compel Arbitration and/or for Abstention* [**Dkt. 11066**].

Status: This matter has been continued to November 9, 2021, per September 24, 2021, Docket Text Order.

**Securities Omnibus Claims Objection:**

6. **Eighth (No Basis for Claim – Failure to Provide Any Trading Information)** [**Dkt. 10922**]. This Securities Omnibus Objection was granted as to all Claims (except those discussed below) by **Dkt. 11103**. This matter has been continued to October 19, 2021, as to the two Claims listed in **Dkt. 11092**, and November 9, 2021, as to the seventeen Claims listed in **Dkt. 11296**.

7. **Tenth (Securities Acquired Outside Subject Period)** [**Dkt. 10928**]. This Securities Omnibus Objection was granted as to all Claims by **Dkt. 11105** and **Dkt. 11312**. This matter has been taken off calendar per Order [**Dkt. 11312**].

8. **Twelfth (Unauthorized Bulk Claims)** [**Dkt. 11082**]. This Securities Omnibus Objection was granted as to all Claims (except those discussed below) by **Dkt. 11314**. This matter has been taken off calendar per Order [**Dkt. 11314**]. This Securities Omnibus Objection was withdrawn without prejudice as to the thirty-eight claims listed in **Dkt. 11300**.

9. **Thirteenth (Claims Barred by the Statute of Repose)** [**Dkt. 11085**]. This Securities Omnibus Objection was granted as to all Claims (except those discussed below) by **Dkt. 11315**. This matter has been continued to November 9, 2021, as to the nine Claims listed in **Dkt. 11302**.

**Omnibus Claim Objections:**

10. **Eighth (No Liability Claims)** [**Dkt. 8983**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9295**. This matter has been taken off calendar pursuant to Stipulation

[**Dkt. 11214**] and Order [**Dkt. 11241**] with respect to Mendocino County Inland Water Agency and Power Commission [**Dkt. 11293**].

11. **Forty-Fourth (No Liability / Passthrough Claims)** [**Dkt. 9464**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9873**. It has been continued to October 19, 2021, as to the University of California [**Dkt. 11294**].

12. **Forty-Fifth (Reduced and Allowed Claims)** [**Dkt. 9466**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9869**. It has been continued to November 9, 2021, as to The Travelers Indemnity Company [**Dkt. 11295**].

13. **Seventy-Sixth (No Liability / Passthrough Claims)** [**Dkt. 10537**]. This Omnibus Objection was granted as to most claims by **Dkt. 10705**. It has been continued to October 19, 2021, as to Willie & Ora Green [**Dkt. 11294**].

14. **Ninety-Third (No Legal Liability Claims) [Dkt. 10808]**. This Omnibus Objection was granted as to most Claims by **Dkt. 10980**. It has been continued to October 19, 2021, as to City of San Carlos [**Dkt. 11294**].

15. **Ninety-Ninth (Books and Records Claims / Satisfied Claims / No Liability Claims / Passthrough Claims) [Dkt. 11111]**. This Omnibus Objection was granted as to all Claims by **Dkt. 11316**.

16. **One Hundredth (Third-Party Claims) [Dkt. 11114]**. This Omnibus Objection was granted as to all Claims by **Dkt. 11317**.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (II) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: September 28, 2021

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: /s/ Thomas B. Rupp
Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*