

1 | Gerald P. Kennedy (Bar No. 105887)
2 | E-mail: gerald.kennedy@procopio.com
PROCOPIO, CORY, HARGREAVES
3 | & SAVITCH LLP
525 B Street, Suite 2200
4 | San Diego, CA 92101
Telephone: 619.238.1900
5 | Facsimile: 619.235.0398

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

6 | Marissa Parker (*Pro Hac Vice Pending*)
7 | Email: mparker@stradley.com
Julie M. Murphy (*Pro Hac Vice Forthcoming*)
8 | Email: Jmmurphy@stradley.com
Stradley Ronon Stevens & Young, LLP
9 | 2005 Market Street, Suite 2600
Philadelphia, PA 19103
10 | Telephone: 215.564.8091
Facsimile: 215.564.8120
11 |
12 | Attorneys for Creditors Vanguard Institutional
Short-Term Bond Fund and Vanguard Ultra-
13 | Short-Term Bond Fund

14 | **UNITED STATES DISTRICT COURT**

15 | **NORTHERN DISTRICT OF CALIFORNIA**

16 | **SAN FRANCISCO DIVISION**

| 17 | In Re: | ) | **BANKRUPTCY CASE** |
|---|---|---|---|
| 18 | PG&E CORPORATION | ) | NO. 19-30088 (DM) |
| 19 | - and - | ) | Chapter 11 |
| 20 | PACIFIC GAS AND ELECTRIC | ) | |
| 21 | COMPANY | ) | |
| 22 | Debtors | ) | |
| 23 | ☐ Affects PG&E Corporation | ) | |
| 24 | ☐ Affects Pacific Gas and Electric Company | ) | |
|    | ☒ Affects Both Debtors | ) | |
| 25 | *All Papers shall be filed in the Lead Case | ) | |
| 26 | No. 19-30088 (DM) | ) | |
| 27 | _____ | ) | |
| 28 | | | |

**ORDER GRANTING APPLICATION FOR**
**ADMISSION OF ATTORNEY *PRO HAC VICE***

Marissa Parker, whose business address and telephone number is: Stradley Ronon Stevens & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103; 215-564-8091 and who is an active member in good standing of the bar of United States District Court for the Eastern District of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing creditors Vanguard Institutional Short-Term Bond Fund and Vanguard Ultra-Short-Term Bond Fund.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

** END OF ORDER **