# **Exhibit 1**

## **Claims Barred by the Statute of Repose**

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

| No. | Original Creditor | Claim to be Disallowed/Expunged | CUSIP Number(s) Indicated in Claimant's Trading Data | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total[1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AETNA LIFE INSURANCE COMPANY (SEGMENT 10 LTC) AETNA LIFE INSURANCE COMPANY ATTN: MICHAEL GREENE RTAA 151 FARMINGTON AVENUE HARTFORD CT 06156 | 99224 | 694308HN0 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 2 | AETNA LIFE INSURANCE COMPANY (SEGMENT 2 SINGLE PREMIUM) ATTN: MICHAEL GREENE RTAA 151 FARMINGTON AVENUE HARTFORD CT 06156 | 99129 | 694308HN0, 694308HH3, 694308GE1, 694308GJ0, 694308HG5, 694308HL4 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 3 | AMERICAN EXPRESS RETIREMENT SAVINGS PLAN C/O BARBARA KONTJE 200 VESEY STREET MAILCODE: 01-35-01 NEW YORK NY 10285 | 100736 | 694308HM2, 694308HC4, 694308GE1 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $63,213.25 | $63,213.25 | Claims Barred by the Statute of Repose |
| 4 | BECKER, HELEN A 11698 CARACAS BLVD BOYNTON BEACH FL 33437 | 103811 | 694308GS0 | Pacific Gas and Electric Company | 5/4/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 5 | BLUE CROSS BLUE SHIELD OF NORTH CAROLINA C/O JULIE B. PAPE, ESQ. KILPATRICK TOWNSEND & STOCKTON LLP 1001 WEST FOURTH STREET WINSTON-SALEM NC 27101-2400 | 101319 | 694308HN0, 694308HL4 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $1,481,785.10 | $1,481,785.10 | Claims Barred by the Statute of Repose |
| 6 | BRAWFORD, DENNIS ANTHONY 2031 VERNON RD LAKE STEVENS WA 98258 | 105455 | 694308HM2 | PG&E Corporation | 5/26/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 7 | CARL S. SLOTNICK & LINDA J. SLOTNICK, JOINT TENANTS 7 PARKWAY DRIVE ROSLYN HEIGHTS NY 11577 | 103820 | 694308HA8 | Pacific Gas and Electric Company | 5/4/2020 | $0.00 | $0.00 | $0.00 | $218.29 | $218.29 | Claims Barred by the Statute of Repose |
| 8 | DRRT FBO CREDIT SUISSE FUNDS AG (3494) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 101098 | 694308GT8, 694308HB6, 694308HM2 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 9 | DRRT FBO CREDIT SUISSE FUNDS AG (3727) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 101174 | 694308HM2 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 10 | DRRT FBO CREDIT SUISSE FUNDS AG (4428) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 101134 | 694308GE1, 694308GJ0, 694308HG5, 694308GN1, 694308HH3, 694308GS0, 694308GT8 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $702,195.00 | $702,195.00 | Claims Barred by the Statute of Repose |

[1] Claims listed as $0.00 seek an unliquidated amount.

| No. | Original Creditor | Claim to be Disallowed/Expunged | CUSIP Number(s) Indicated in Claimant's Trading Data | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | DRRT FBO DEKA INVESTMENT GMBH (19174) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 101410 | 694308GE1, 694308GJ0 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 12 | DRRT FBO DEKA INVESTMENT GMBH (640) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 101167 | 694308HN0, 694308GN1, 694308HG5, 694308GJ0, 694308HK6, 694308GE1, 694308HH3 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 13 | DRRT FBO HELABA INVEST KAPITALANLAGEGESELLSCHAFT MBH 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 99288 | 694308HN0, 694308HA8, 694308GY7 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 14 | DRRT FBO HELABA INVEST KAPITALANLAGEGESELLSCHAFT MBH (7013) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 99393 | 694308HH3 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 15 | DRRT FBO HELABA INVEST KAPITALANLAGEGESELLSCHAFT MBH (7223) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 99395 | 694308HH3, 694308GE1 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 16 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (BVOE EE) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 99647 | 694308HL4, 694308GE1, 694308HM2 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 17 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (EPT CPSF4) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 99739 | 694308HL4 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 18 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (PLM C) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 99630 | 694308GE1, 694308GJ0, 694308HH3, 694308GS0 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $651,750.00 | $651,750.00 | Claims Barred by the Statute of Repose |
| 19 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (SSKD-ACB) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 100154 | 694308HM2 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |

| No. | Original Creditor | Claim to be Disallowed/Expunged | CUSIP Number(s) Indicated in Claimant's Trading Data | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | DRRT FBO METZLER ASSET MANAGEMENT GMBH (L16) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 100940 | 694308HH3, 694308HN0 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 21 | DRRT FBO SWISS REINSURANCE COMPANY LTD (ZF1Y13) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 100153 | 694308HH3 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 22 | DRRT FBO SWISSCANTO FONDSLEITUNG AG 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 98869 | 694308GE1, 694308HM2 | Pacific Gas and Electric Company | 4/8/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 23 | DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG (CH0547) 340 WEST FLAGER STREET SUITE 201 MIAMI FL 33130 | 100109 | 694308GQ4, 694308GJ0, 694308HC4, 694308HA8, 694308HK6 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $633,250.00 | $633,250.00 | Claims Barred by the Statute of Repose |
| 24 | DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG (CH0646_B) 340 WEST FLAGER STREET SUITE 201 MIAMI FL 33130 | 99997 | 694308HA8 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $339,000.00 | $339,000.00 | Claims Barred by the Statute of Repose |
| 25 | DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG(CH0809_K) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 100547 | 694308HN0 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $478,912.50 | $478,912.50 | Claims Barred by the Statute of Repose |
| 26 | DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG(CH1050_B) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 100430 | 694308GE1, 694308HD2, 694308HH3, 694308GS0, 694308GZ4 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 27 | DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG(CH1051_B) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 100589 | 694308HN0, 694308GE1, 694308GY7, 694308HD2, 694308HH3, 694308GS0 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $1,197,375.00 | $1,197,375.00 | Claims Barred by the Statute of Repose |
| 28 | DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. (LU6495) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 100178 | 694308HN0 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |

| No. | Original Creditor | Claim to be Disallowed/Expunged | CUSIP Number(s) Indicated in Claimant's Trading Data | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. (LU6582) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 100072 | 694308HM2, 694308HN0 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 30 | DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. (LU9076) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 100199 | 694308HN0, 694308HM2, 694308HG5, 694308HH3 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 31 | DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. (LU9322_G) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 100210 | 694308HM2 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 32 | DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. (LU9504) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 100633 | 694308HN0, 694308HM2, 694308HL4 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 33 | FINANCIAL GUARANTY INSURANCE COMPANY 463 SEVENTH AVENUE 16TH FLOOR NEW YORK NY 10018 | 100591 | 694308GE1, 694308HN0 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $388,014.75 | $388,014.75 | Claims Barred by the Statute of Repose |
| 34 | GOLDMAN SACHS INVESTMENT GRADE CREDIT FUND GSAM ASSET SERVICING 11TH FLOOR, 222 SOUTH MAIN STREET SALT LAKE CITY UT 84101 | 101301 | 694308HM2 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 35 | HORACE MANN INSURANCE COMPANY RACHAEL LUBER 1 HORACE MANN PLAZA, MC: C122 SPRINGFIELD IL 62715 | 100310 | 694308HK6 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $153,615.00 | $153,615.00 | Claims Barred by the Statute of Repose |
| 36 | HORACE MANN PROPERTY & CASUALTY INSURANCE COMPANY RACHAEL LUBER HORACE MANN 1 HORACE MANN PLAZA, MC: C122 SPRINGFIELD IL 62715 | 100293 | 694308HK6 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $87,780.00 | $87,780.00 | Claims Barred by the Statute of Repose |
| 37 | HORIZON BLUE CROSS AND BLUE SHIELD OF NEW JERSEY EMPLOYEES' RETIREMENT PLAN BECKER LLC ATTN: J. ALEX KRESS EISENHOWER PLAZA TWO, SUITE 1500 354 EISENHOWER PARKWAY LIVINGSTON NJ 07039 | 101082 | 694308HK6, 694308HN0, 694308HL4, 694308GM3, 694308HD2, 694308HH3, 694308GS0, 694308HA8, 694308HF7, 694308GT8 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $256,720.57 | $256,720.57 | Claims Barred by the Statute of Repose |

| No. | Original Creditor | Claim to be Disallowed/Expunged | CUSIP Number(s) Indicated in Claimant's Trading Data | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 38 | HORIZON BLUE CROSS AND BLUE SHIELD OF NEW JERSEY EMPLOYEES' RETIREMENT PLAN BECKER LLC ATTN: J. ALEX KRESS, ESQ. EISENHOWER PLAZA TWO, SUITE 1500 354 EISENHOWER PARKWAY LIVINGSTON NJ 07039 | 100981 | 694308GS0, 694308HF7, 694308HA8, 694308HL4, 694308GE1, 694308GM3, 694308HD2, 694308HH3, 694308HK6, 694308HN0, 694308GT8 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $256,720.57 | $256,720.57 | Claims Barred by the Statute of Repose |
| 39 | JONES, THOMAS A. 1002 BURR STREET DAVIS CA 95616 | 98566 | 694308GT8 | PG&E Corporation | 4/2/2020 | $0.00 | $0.00 | $0.00 | $17,711.70 | $17,711.70 | Claims Barred by the Statute of Repose |
| 40 | KERNAN, KEVIN M 465 LONG COVE DR. FAIRVIEW TX 75069-1957 | 98200 | 694308HE0 | Pacific Gas and Electric Company | 3/27/2020 | $0.00 | $0.00 | $0.00 | $11,938.80 | $11,938.80 | Claims Barred by the Statute of Repose |
| 41 | MANULIFE INVESTMENT MANAGEMENT ATTN: MR SINCLAIR JACINTO 200 BLOOR STREET EAST TORONTO ON M4W 1 E5 | 101020 | 694308HN0 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 42 | RICK A. YALE AND BARBARA G. YALE 31 HOBONNY PLACE HILTON HEAD ISLAND SC 29926 | 103250 | 694308GV3 | Pacific Gas and Electric Company | 4/27/2020 | $0.00 | $0.00 | $0.00 | $76,773.85 | $76,773.85 | Claims Barred by the Statute of Repose |
| 43 | SHEAFFER, ERIC 2009 HAVEMEYER LANE #2 REDONDO BEACH CA 90278 | 99023 | 694308HE0, 694308HM2 | Pacific Gas and Electric Company | 4/10/2020 | $0.00 | $0.00 | $0.00 | $65,000.00 | $65,000.00 | Claims Barred by the Statute of Repose |
| 44 | SIEBERT, JAYNE M 1411 LARKIN WILLIAMS RD FENTON MO 63026 | 98514 | 694308GT8 | Pacific Gas and Electric Company | 4/2/2020 | $0.00 | $0.00 | $0.00 | $7,000.00 | $7,000.00 | Claims Barred by the Statute of Repose |
| 45 | SMITH, GORDON J. 7475 PRESCOTT LANE LAKE WORTH FL 33467 | 100476 | 694308GE1 | PG&E Corporation | 4/16/2020 | $8,791.81 | $0.00 | $0.00 | $0.00 | $8,791.81 | Claims Barred by the Statute of Repose |

| No. | Original Creditor | Claim to be Disallowed/Expunged | CUSIP Number(s) Indicated in Claimant's Trading Data | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 46 | STATE STREET TRUST AND BANKING COMPANY A/C AES9 TORANOMON HILLS MORI TOWER 1-23-1 TORANOMON MINATO-KU TOKYO 105-6325 JAPAN | 100540 | 694308HB6 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 47 | TEACHERS INSURANCE COMPANY HORACE MANN RACHAEL LUBER 1 HORACE MANN PLAZA, MC: C122 SPRINGFIELD IL 62715 | 100273 | 694308HK6 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $131,670.00 | $131,670.00 | Claims Barred by the Statute of Repose |
| 48 | U.S. BANK, N.A. AS CUSTODIAN FOR ANIC PROTECTED CELL OF LTC RE U.S. BANK CLASS ACTIONS ATTN: CLASS ACTIONS BOX 078778 MILWAUKEE WI 53278-8778 | 100873 | 694308GE1, 694308HF7 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $375,000.00 | $375,000.00 | Claims Barred by the Statute of Repose |
| 49 | U.S. BANK, N.A. AS CUSTODIAN FOR PENN TREATY PROTECTED CELL OF LTC RE U.S. BANK CLASS ACTIONS ATTN: CLASS ACTIONS BOX 078778 MILWAUKEE WI 53278-8778 | 100826 | 694308HF7, 694308GQ4, 694308GE1 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $1,430,000.00 | $1,430,000.00 | Claims Barred by the Statute of Repose |
| 50 | WANG, GRACE 130 S CANAL ST APT 724 CHICAGO IL 60606 | 102630 | 694308GT8 | Pacific Gas and Electric Company | 4/20/2020 | $0.00 | $0.00 | $0.00 | $50,000.00 | $50,000.00 | Claims Barred by the Statute of Repose |