**Exhibit 1**

**Claims**

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total[1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ANN HOVSEPIAN TR UA SEP 12 90 THE HOVSEPIAN FAMILY TRUST 1065 W MESA AVENUE FRESNO CA 93711-2002 | 100021 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 2 | BESSIRE, ELIZABETH 8135 BEECHMONT AVE #303 CINCINNATI OH 45255 | 104352 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $1,115.11 | $1,115.11 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 3 | BORNSTEIN, ERNEST 783 MONTEZUMA DR SOUTH LAKE TAHOE CA 96150-3341 | 98738 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $5,392.00 | $5,392.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 4 | BRODARD, EMMANUELLE 800 PROSPECT ST. UNIT 5F LAJOLLA CA 92037 | 102938 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $11,616.00 | $11,616.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 5 | BULTMAN, CYNTHIA A. 6781 IRWIN-SIMPSON RD MASON OH 45040 | 102971 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 6 | CAZANIS, PAULINE 633 RIVERLAKE WAY SACRAMENTO CA 95831 | 99913 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 7 | CHEN, CHENCHENG PO BOX 612614 SAN JOSE CA 95161-2614 | 103328 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 8 | CHRISTMAS, JOHANNE E PO BOX 583 CARMICHAEL CA 95609-0583 | 102812 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 9 | CLAUDIA ARON ROSS TR UA JAN 18 05 THE CLAUDIA ARON ROSS LIVING TRUST 341 BLACK OAK DR PETALUMA CA 94952-6127 | 103065 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |

[1] Claims listed as $0.00 seek an unliquidated amount.

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | DOROTHY SAFT REVOCABLE TRUST<br>HOWARD SCHWARTZ ESQ.<br>7781 NW BEACON SQUARE BLVD.<br>SUITE 102<br>BOCA RATON FL 33487 | 103646 | PG&E Corporation | 4/30/2020 | $0.00 | $0.00 | $0.00 | $12,504.50 | $12,504.50 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 11 | ELLI SIKARAS TR UA FEB 22 06<br>HELENE SIKARAS TTEE<br>5704 S NEWCASTLE AVE<br>CHICAGO IL 60638-3211 | 98208 | PG&E Corporation | 3/25/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 12 | FRANKLIN F OLIVEROS & ZENAIDA C OLIVEROS JT TEN<br>2143 BLUE RIDGE DR<br>MILPITAS CA 95035-7803 | 102822 | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 13 | HAGEMAN, GREGORY S<br>4391 HIDDEN HOLLOW DR<br>BOUNTIFUL UT 84010-6075 | 98685 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 14 | MARGARET HARMEYER - RW BAIRD<br>227 E MAIN STREET<br>GREENSBURG IN 47240 | 102764 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $4,139.64 | $4,139.64 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 15 | MCCLELLAN, MYRNA J.<br>720 SW WINTERGARDEN DR.<br>LEE'S SUMMIT MO 64081 | 102287 | PG&E Corporation | 4/18/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 16 | OSWALD, BARBARA<br>106 STORM KING DRIVE<br>PORTSMOUTH RI 02871 | 105362 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 17 | RIEDENAUER, SHARON<br>433 FAIRWAY DRIVE<br>PALMDALE CA 93551-2972 | 104558 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $11,652.94 | $11,652.94 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 18 | VERZI, ANN<br>1188 MANCHESTER RD<br>CHICO CA 95926-7347 | 106576 | PG&E Corporation | 9/25/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |