| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Alameda-Contra Costa Transit District<br>Attn: Accounts Payable 1600 Franklin Street<br>Oakland, CA  94612-2806 | | **55773** | PG&E Corporation | 10/17/2019 | $0.00 | $0.00 | $0.00 | $342,922.00 | $342,922.00 | Satisfied Claims |
| Newby Island RNG, LLC (wholly owned subsidiary of Mavrix, LLC)<br>46280 Dylan Drive Suite 200<br>Novi, MI  48377 | | **89964** | Pacific Gas and Electric Company | 12/20/2019 | $0.00 | $0.00 | $0.00 | $80,688.33 | $80,688.33 | Satisfied Claims |
| **Claims To Be Expunged Totals** | | **Count: 2** | | | **$0.00** | **$0.00** | **$0.00** | **$423,610.33** | **$423,610.33** | |