Entered on Docket
September 29, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

SEP 23 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| THERESA ANN McDONALD, <br><br> Appellant, <br><br> v. <br><br> PG&E CORPORATION, PACIFIC GAS AND ELECTRIC COMPANY, <br><br> Appellees, <br><br> OFFICE OF THE U.S. TRUSTEE, <br><br> Trustee-Appellee, <br><br> OFFICIAL COMMITTEE OF TORT CLAIMANTS; OFFICIAL COMMITTEE OF UNSECURED CREDITORS, <br><br> Creditors-Appellees. | No.   20-17366 <br><br> D.C. No. 4:20-cv-04568-HSG <br> Northern District of California, Oakland <br><br> ORDER |

Proceedings in this case will be held in abeyance pending this court's resolution of *Adventist Health System/West v. Fire Victim Trust (In re Pacific Gas & Electric Company)*, No. 21-15447, or further order of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Michelle Kim-Szrom
Deputy Clerk
Ninth Circuit Rule 27-7

MKS/MOATT