# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Liliya Kulyk, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On September 24, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on F. Mike Cardenas and Julia I. Cardenas 1177 Theo Way, Sacramento, CA 95822-1651 and via Email at MJCardencas777@gmail.com:

- Order Disallowing and Expunging Claim No. 98839 (F. Mike Cardenas and Julia I. Cardenas) Pursuant to Reorganized Debtors' Tenth Securities Claims Omnibus Objection (Securities Acquired Outside Subject Period) [Docket No. 11312]

3. I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 29th day of September 2021, at New York, NY.

                                      */s/ Liliya Kulyk*
                                      Liliya Kulyk