PG&E Information
c/o Prime Clerk, LLC
One Grand Central Place
New York, NY 10165
pgeinfo@primeclerk.com

Robert T. Matsui
U. S. Courthouse
501 I Street 3-200
Sacramento, CA 95814

Courtroom 17, U. S. State Bankrup
U. S. State Bankruptcy Court
Northern Californai
San Francisco, CA 94102

Lor███████ Gonsalves

Sacramento, CA ████
gonsalveslorrain@gmail.com

## DISCLOSURE STATEMENT

&

General Discourse in Statement of Facts       (Pg. 4-7)

*Case No. 19-30088 (DM)[(Lead Case Injoinment (Administered.

of Accrediting Agencies; Subpart A-General], "a non-Federal Peer view and make decisions concerning the accredation and preaccredaion status of instsitutions, programs, or both."
    I, Lorraine Gonsalves, am in per se hereby give NOTICE TO THE COURT PITITION THE AUTHORITY OF CONGRESS UNDER ARTICLE ONE OF UNITED STATES CONSTITUTION, TO Act accordingly dele ated to is by Amendments subsequent to the Eleventh Amendemnt can Author ize lawsuit seeking monetary damages against individual U. S States.
I Pitition Congress to Let the accord of this educational court precedure to stand w/o hurt, harm, or indangerment.

I Pitition the State of California to Let a Lawsuit stand against a monetary Request Authorized by Congress.

    Now, I content to impress case law Shelby v. Hobler unconstittional Action of Proof to a non-equal access; Reciept of Acknowle_ment dated 10/25/20126"Land Education Obstruction" Code of Civil 527.6(p); "AB 1732 (CA)" Truth Act—       -Voter Empowerment Act Jurisdictional Radio Westlaw Research TAB CITATION FINDb.Case by Name TAB(all U. S. Federal and State Cases by Default)-West's key system2.(iv)
    (Amendment of section 102(b) of Public law.)
Request Authorization to Repeal 95 598, section 113 of Pub. 98 353 (1984); see, section 122(c) of Pub. L. 98 353NOTE131 Title 28; caseinwhich, Stands Mandate.

    Secondly, Request Authorizationand/or MOTION the court order for Evidence of Crime: [PDF] Federal Communcations Commission FCC 13-15 71 (ii) Distinctly... www.fr.com/files/Uploads/...?fcc/FCC_Part %205-Experimental-License-Rules.pdf Federal Communicsations Commission FCC 13-15. 71. (ii) Disstinctly different models of a product and seporate generations of ..... broadcast experimentalstations must be submitted on FCC Form 309. .....(v) the number of units to used; and. Third, Request Authorization and/or MOTION the court for Evidence of Crime. Federal Register   Allocations and Service Rules for the 71-76GHz... https://www.federalregister.gov/.../ allocations-and-service-rule-71-76-ghz-81...  Jan 23, 2004 - Mej @fcc.gov, "retrospectively", or via regular mail at federal communications .... and Firm Size (Including Legal FORM of Organization),