*6/20/20* (handwritten)

O Green <orgr53@gmail.com>

# Sewer Camera Inspection at 2845 Magnolia St, Oakland

3 messages

**Pouncey, Amanda** <A2PC@pge.com>      Tue, Jun 2, 2020 at 2:25 PM
To: "Orgr53@gmail.com" <Orgr53@gmail.com>

Dear Valued Customer:

At Pacific Gas and Electric Company (PG&E) our first priority is to keep you and your neighbors safe. As part of our continued commitment to ensure your safety, **a qualified PG&E contractor needs access to your property in order to perform a free camera inspection inside of the sewer line** to ensure that our natural gas pipeline work did not result in a conflict between your sewer line and gas service line.

### Please schedule an appointment

To schedule an appointment, please contact, **Amanda Pouncey, Solutions Specialist,** at **831-479-5875**. Please contact us **by 6/9/2020** so that we can schedule the inspection.

### What you can expect

A qualified PG&E contractor will determine your sewer access point, and use a video camera to inspect it. During these inspections, you will see contractor trucks and other equipment in your area. You may see markings on the ground on or near your property as utilities begin marking the approximate locations of their existing facilities. Please plan for minor delays, including slowed traffic in your area, if crews are working outside your home or business.

Thank you for your cooperation, and we look forward to hearing from you so we can set up an appointment to complete this required safety inspection.

Sincerely,

*Laura Wetmore* (signature)

Laura Wetmore

Mission Division Senior Manager

Pacific Gas and Electric Company

Thank you,

Amanda Pouncey
LCE Gas Outreach Specialist

*\* Airmax consultant inspected sewer?* (handwritten)

 Gmail     O Green <orgr53@gmail.com>

# PG&E Bankruptcy claim # 80673

**O Green** <orgr53@gmail.com>     Mon, Jun 14, 2021 at 8:44 AM
To: "Jensen, Kristin L (Law-Claims)" <KLJJ@pge.com>
Bcc: tkeller@kbkllp.com

I don't agree with your assessment that the garage floor damage is not to be included for compensation. The amount you have offered ($500 -600) is not realistic for the amount of damage caused to our property by PG&E. At no time did any worker speak to property owners regarding pre-existing cracks. I approached them when the cracks were discovered and was told after he looked at the cracks, to call PG&E to report the problem. PG&E did not properly investigate this issue at the time it happened, it was ignored. The workers who cut the 3X5 hole in my driveway never talked to the property owners at any time before coming on my property to cause actions not part of their job scope as is stated in PG&E's own documentation of PG&E's own policy and procedures for notifying property owners before intended work starts. The pictures showing the driveway also show dirt lawn to the left side of the driveway, If PG&E workers would have dug in the dirt along the side of the driveway, the driveway damage could have been avoided. This compensation is not just for cosmetic purposes, there is the possibility of structural damage to the house.
The cracks ran along the driveway because the garage floor is connected to the driveway. If you review descriptions of the damage it included the driveway and garage floor, when the PG&E worker came to the house he also viewed the damage to the driveway and the garage floor. I was also notified that the worker who viewed the driveway and garage floor died. No investigator from PG&E has ever contacted the property owners regarding the damage.. The structural engineering consultant also viewed damage and acknowledged that the damage was most likely caused by stress failure of heavy vibrating construction equipment, used on the driveway. The 3X5 hole cut in the driveway, the heavy vibrating equipment/ steam roller used to smooth the hole and the improper materials used to fill the 3x5 hole as well as using the driveway for heavy equipment to turn around caused the damage. Because you can not see the damage of cracks from outside because the garage door is down does not mean it does not exist or was not caused by PG&E, These cracks were not there before PG&E started work for the mandated pipeline replacement program. This damage happened as a result of the unauthorized negligent workmanship of PG&E workers. Therefore the driveway and garage floor should remain on the court calendar and continue to be claimed and not ignored to reduce or avoid payment to the claim for damages caused by PG&E workers negligence within a reasonable time frame.
[Quoted text hidden]

**6 attachments**



20170418_103525 (1).jpg
3918K

20170621_153537.jpg
2588K

Case: 19-30088    Doc# 11355    Filed: 09/25/21    Entered: 09/29/21 13:49:42    Page 2 of 5



**Pacific Gas and Electric Company**

Law - Claims

March 26, 2019

Willie & Ora Green
2845 Magnolia Street
Oakland, CA 94608

Re: PG&E Claim No.: 2019430302
     Date of Incident: November 2016

Dear Mr. & Mrs. Ms. Green:

Thank you for your patience while we investigated your claim.

Our investigation shows that the work you refer to in your claim was performed by our contractor ARB in 2016. You will need to follow up with them to discuss your concerns:

        ARB
        1875 Loveridge Rd
        Pittsburg, CA 94565
        (925) 432-3649

As we discussed in our phone conversation, on January 29, 2019, PG&E filed for Chapter 11 in the U.S. Bankruptcy Court for the Northern District of California. Under Bankruptcy Court rules, claims related to matters occurring prior to the Filing Date are required to be addressed as a part of the Company's Chapter 11 case. As a result, if your claim is related to matters occurring prior to the Filing Date, you will need to refile your claim directly with the Bankruptcy Court.

Information and documents related to the Company's Chapter 11 cases, including information regarding how to file a claim, will be available on a website administered by our claims agent, at https://restructuring.primeclerk.com/pge. In addition, you can call the Restructuring Hotline at 844-339-4217 (for calls originating outside of the U.S. please dial +1 929-333-8977) or you can send an email to pgeinfo@primeclerk.com.

Please note that based on information currently available, it is anticipated that any claims submitted for incidents occurring on or after January 29, 2019, will be handled in the normal course.

We regret any inconvenience this process may cause and we remain committed to working with you to address any issues you may have.

Sincerely,

Debbie Whisenhunt
PG&E Claims Investigator
(415) 695-3557



