**Entered on Docket**
**September 29, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: September 29, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br>Date: November 9, 2021<br>Time: 10:00 AM<br>Via AT&T Teleconference<br>www.canb.uscourts.gov/calendars |

<u>ORDER REGARDING FILING BY PATRICIA A. MCCOLM</u>

The Court has reviewed the objection and emergency request to re-set date for response and hearing (Dkt. 11330) filed by Patricia A. McColm ("Claimant") in response to Reorganized Debtors' *One Hundred Seventh Omnibus Objection to Claim (McColm Claim)* ("Objection") (Dkt. 11227).

IT IS HEREBY ORDERED THAT,

(1)   The hearing on the Objection scheduled on October 19,
              2021 is continued to November 9, 2021 at 10:00 AM, via
              AT&T Teleconference.[1]
        (2)   Claimant shall file a response to the Objection by
              October 20, 2021.
        (3)   Reorganized Debtors shall file a reply by November 1,
              2021.  The reply should include an explanation why
              Claim No. 7659, in major part, and Claim No. 104538 in
              its entirety, should not be treated as post-petition
              claim to be dealt other than in the Bankruptcy Court.
                            **END OF ORDER**

---

[1] Instructions for AT&T Teleconference will be available one week prior to the hearing.  Please review the specific calendar page (pdf) posted on the Bankruptcy Court's website www.canb.uscourts.gov/calendars.

COURT SERVICE LIST

Patricia A. McColm
P.O. Box 113
Lewiston, CA 96052