MORGAN, LEWIS & BOCKIUS LLP
Melissa Y. Boey (SBN 292276)
1400 Page Mill Road
Palo Alto, CA 94304
Tel: +1.650.843.4000
Fax: +1.650.843.4001
melissa.boey@morganlewis.com

Shannon B. Wolf (*pro hac vice*)
One State Street, 22nd Floor
Hartford, CT 06103-3178
Tel: (860) 240-2700
Fax: (860) 240-2701
shannon.wolf@morganlewis.com

*Attorneys for the State of Oregon by and through the Oregon Investment Council on behalf of each of the Oregon Public Employees Retirement Fund, Common School Fund, Oregon Short Term Fund and Industrial Accident Fund*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**WITHDRAWAL OF NOTICE OF APPEARANCE (SHANNON B. WOLF)** |

**PLEASE TAKE NOTICE THAT** the *pro hac vice* appearance of Shannon B. Wolf of Morgan, Lewis & Bockius LLP, One State Street, Hartford Connecticut 06103 on behalf of the State of Oregon by and through the Oregon Investment Council on behalf of each of the Oregon Public Employees Retirement Fund, Common School Fund, Oregon Short Term Fund and Industrial Accident Fund, a party-in-interest in the above-captioned cases, is hereby withdrawn, and all service of pleadings and notices to Shannon B. Wolf in these cases, including CM/ECF electronic notification, should be discontinued.

Dated: September 30, 2021
Palo Alto, California

Respectfully submitted,

By: */s/ Melissa Y. Boey*
Melissa Y. Boey (SBN 292276)
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, CA 94304
Tel: +1.650.843.4000
Fax: +1.650.843.4001
melissa.boey@morganlewis.com

*Attorneys for the State of Oregon by and through the Oregon Investment Council on behalf of each of the Oregon Public Employees Retirement Fund, Common School Fund, Oregon Short Term Fund and Industrial Accident Fund*

## CERTIFICATE OF SERVICE

I, Melissa Y. Boey, declare as follows:

I am over the age of eighteen (18) years and not a party to this bankruptcy case or adversary proceeding. My business address is at 1400 Page Mill Road, Palo Alto, CA 94304.

On **September 30, 2021**, a true and correct copy of the foregoing document entitled **WITHDRAWAL OF NOTICE OF APPEARANCE (SHANNON B. WOLF)** was served on the interested parties in this action as follows:

[ ] BY MAIL: Service was accomplished by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, addressed as set forth above.

[X] BY E-MAIL/NEF: Service was accomplished through the Notice of Electronic Filing ("NEF") for all parties and counsel who are registered ECF Users.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

This declaration was executed on September 30, 2021 in Palo Alto, California.

/s/ Melissa Y. Boey
Melissa Y. Boey