1    UNITED STATES BANKRUPTCY COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3    -oOo-

4    In Re:                          ) Case No. 19-30088
                                     ) Chapter 11
5    PG&E CORPORATION AND PACIFIC
     GAS AND ELECTRIC COMPANY        ) San Francisco, California
6                                    ) Wednesday, September 29, 2021
                          Debtors.   ) 10:00 AM
7    _____ )
                                     REORGANIZED DEBTORS' SEVENTY-
8                                    NINTH OMNIBUS OBJECTION TO
                                     CLAIMS (BOOKS AND RECORDS
9                                    CLAIMS) FILED BY PG&E
                                     CORPORATION [10673]
10
                                     REORGANIZED DEBTORS' ONE
11                                   HUNDRED FIRST OMNIBUS
                                     OBJECTION TO CLAIMS
12                                   (DUPLICATIVE AND INCORRECT
                                     DEBTOR CLAIMS) FILED BY PG&E
13                                   CORPORATION [11117]

14                                   REORGANIZED DEBTORS' ONE
                                     HUNDRED SECOND OMNIBUS
15                                   OBJECTION TO CLAIMS (NO LEGAL
                                     LIABILITY CLAIMS) FILED BY
16                                   PG&E CORPORATION [11120]

17                                   REORGANIZED DEBTORS' ONE
                                     HUNDRED THIRD OMNIBUS
18                                   OBJECTION TO CLAIMS (ADR NO
                                     LIABILITY CLAIMS) FILED BY
19                                   PG&E CORPORATION [11123]

20              TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE DENNIS MONTALI
21             UNITED STATES BANKRUPTCY JUDGE

22   APPEARANCES (All present by video or telephone):
     For the Reorganized        THOMAS B. RUPP, ESQ.
23   Debtors:                   Keller Benvenutti Kim LLP
                                650 California Street
24                              Suite 1900
                                San Francisco, CA 94108
25                              (415)636-9015

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

```
 1   Also Present:                Robert Finley
                                  Individual Claimant
 2
                                  Lorraine Gonsalves
 3                                Individual Claimant

 4                                William Weidman
                                  Individual Claimant
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18   Court Recorder:              LORENA PARADA/ANKEY THOMAS
                                  United States Bankruptcy Court
19                                450 Golden Gate Avenue
                                  San Francisco, CA 94102
20

21   Transcriber:                 MICHAEL DRAKE
                                  eScribers, LLC
22                                7227 N. 16th Street
                                  Suite #207
23                                Phoenix, AZ 85020
                                  (973)406-2250
24

25   Proceedings recorded by electronic sound recording;
     transcript provided by transcription service.
```

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1  SAN FRANCISCO, CALIFORNIA, WEDNESDAY, SEPTEMBER 29, 2021,

2  10:05 AM

3  -oOo-

4  (Call to order of the Court.)

5  THE CLERK:  Court is now in session, the Honorable

6  Dennis Montali presiding.  Calling the matter of PG&E

7  Corporation.

8  Judge Montali, can you hear me?

9  Mr. Rupp, can you hear me?

10  MR. RUPP:  Yes, I can hear you.

11  THE CLERK:  Thank you.  His Honor may be having some

12  trouble.

13  Judge Montali, can you hear me?  It appears Judge

14  Montali has dropped off.  I'll stop recording now.

15  (Whereupon a recess was taken)

16  THE COURT:  -- fine until the clerk called my case.

17  So I see that Mr. Weidman is on the call and Mr.

18  Finley.  I'll come to both of you in one moment

19  Is Ms. Lorraine Gonzales (sic) on the call?  Anyone on

20  the call on behalf of Lorraine Gonzales?

21  All right.  Mr. Rupp, are you appearing for PG&E

22  today?

23  MR. RUPP:  Good morning, Your Honor.  Thomas Rupp of

24  Keller Benvenutti Kim on behalf of the reorganized debtors.

25  THE COURT:  Okay.  Have you heard from Mr. Gonzales at

PG&E Corporation and Pacific Gas and Electric Company

1    all before today's hearing?

2          MR. RUPP:  Yes.  Last week I spoke with her by phone

3    briefly.  She had emailed the response that we attached as an

4    exhibit to our reply brief.  I advised her to try to file her

5    response on the docket herself.  She did not do so.

6          On Monday I sent her an email with the dial-in

7    instructions for the hearing.  And about 1 o'clock this morning

8    she emailed me asking -- I believe asking for the dial-in

9    instructions to be sent to her, which I did around, I think,

10   7:30 this morning.  And I have not heard from her since.

11         THE COURT:  All right.  One more time.  Has Ms.

12   Lorraine Gonzales or anyone on her behalf logged in on the

13   phone call?  All right.

14         Mr. Rupp, I will pass for the moment on Ms. Gonzales.

15   I'll hear the other matters.  And before we conclude, I'll

16   give -- wait to see if Mr. Gonzales has checked in.

17         Now we have Mr. Weidman and Mr. Finley.  They are

18   separate claims.  Mr. Rupp, do you have any preference on which

19   one we take up first?

20         MR. RUPP:  Your Honor, we had indicated we would take

21   Mr. Finley's claim first.

22         THE COURT:  All right.  Okay.  Mr. Finley, are you on

23   the call?

24         MR. FINLEY:  Yes, I am.

25         THE COURT:  Okay.  Well, just -- Mr. Finley, good

PG&E Corporation and Pacific Gas and Electric Company

1    morning.  Just please state your name and -- for the record,

2    and then I'll tell you what we're going to do here.

3         MR. FINLEY:  I'm Robert Finley.

4         THE COURT:  Okay, thank you, Mr. Finley.

5         So the company has filed an objection to your claim,

6    and you filed a brief response.  I'm going to give you ten

7    minutes to make whatever argument you wish to make, and then

8    I'll give PG&E's lawyers an opportunity to respond.  So if you

9    understand -- I think you've seen the opposition that PG&E has

10   filed.  And this is your opportunity to explain why I shouldn't

11   accept PG&E's explanation and act accordingly.  So I'll let you

12   speak.

13        MR. FINLEY:  Okay.  I would like to deal with the

14   letter from PG&E to me first.  This is a letter they -- that --

15   they contacted me in August '91 and asked for an easement.  Mr.

16   Cooper came out.  We drove over the property.  And he -- we

17   agreed on I would give them an easement and they would run

18   power to future irrigation well or water district well.

19        I did not know they were not -- that PG&E wasn't going

20   to honor this 1991 contract until three years ago when I called

21   for power.

22        THE COURT: Well, let me stop you for a minute, Mr.

23   Finley.  Hold on one second.  Did you do the negotiating or

24   someone -- or your parents?

25        MR. FINLEY:  I did it.  I did it.

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1       THE COURT:  You personally were involved --

2       MR. FINLEY:  Personally myself.

3       THE COURT:  -- in 1991.  All right.

4       MR. FINLEY:  Yes.

5       THE COURT:  Okay.  Thank you.

6       MR. FINLEY:  It was me.  And it's still confusing

7  because I truly -- I do not have the signed copy that we both

8  signed.  It went to my parents.  I don't know where it went

9  from '91.  I'm lucky to have the copies I have.  Anyway, we

10  agreed on this.  That was in August.  In September the easement

11  was signed, the next month.

12      The paragraph -- the second-to-the-last paragraph in

13  the easement states no well -- you can't operate any well

14  within five feet of the center line of the easement.  I have

15  other reasons for PG&E, and none of those mention any

16  irrigation wells.  So this had to be put in specifically for

17  that.

18      As to -- as to modifying the letter, I did not modify

19  the letter in any way.  It was stamped that the original copy

20  signed by Wayne Cooper.  There are some numbers written in --

21  written on the bottom of the copy that they have there, which

22  are the last four numbers of my Social Security number and my

23  date of birth.  I don't know how they got on there.  The

24  original copy I have does not have those on there.

25      THE COURT:  Okay.  I'm looking at -- hold on, Mr.

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1  Finley.  I'm looking at the document.  I want to just see what

2  you're referring to.  Oh, the date of birth down where your

3  name is.  I mean, oh, I can see, May --

4          MR. FINLEY:  Yes, sir.  That's the last four numbers

5  of my Social Security number and --

6          THE COURT:  Okay.  The Social plus the year of your

7  birth.  All right.  All right.

8          MR. FINLEY:  Yes, sir.  Okay.  Now, I don't know how

9  this got on there.  Maybe I wrote them on something and then

10  they transferred through.  I have no idea.  Three years ago

11  when I called to get -- to get this power, I was told, no,

12  we're not going to honor this.  I said, well, I don't get that.

13  And they said, well, we're not going to honor it.  And the guy

14  that you made the deal was dead, so he can't testify for you.

15          THE COURT:  And who was that?

16          MR. FINLEY:  Anyway, I -- then --

17          THE COURT:  Who did you --

18          MR. FINLEY:  That was Wayne --

19          THE COURT:  -- make the deal -- who did you make the

20  deal with?  Who did you negotiate with in --

21          MR. FINLEY:  Wayne Cooper.

22          THE COURT:  Okay.

23          MR. FINLEY:  The gentleman who signed a letter to --

24  he -- we drove around together.  He negotiated that with me.

25  And he sent me this.  I know we signed and sent back.  I don't

PG&E Corporation and Pacific Gas and Electric Company

1   know where the originals -- I mean, the signed copies are.

2          When I put in the claim, I called back and asked PG&E

3   for an estimate of the money.  They would not give that to me.

4   So I put in it for 100,000-plus because I had no idea what it

5   was.

6          My argument is, first of all, they put in the thing

7   for a water well in the easement.  The second one is they -- I

8   wouldn't give an easement over -- through the river, over all

9   my property underground for no money.  So I did not receive

10  anything.  What I was supposed to receive was power to the back

11  of my ranch.

12         Now, there's allegations that I ran the power for --

13  because there's a there's a cannabis permit on the same -- on

14  that same forty-acre piece.  And it only takes up five acres of

15  it.  And they put -- they had to put solar in to run the

16  security system.  And there's an allegation that we put solar

17  in to run the whole thing.  The solar would not run the well.

18  The well was not dug at the time that the minor-use permit was

19  requested.  So there's other -- there's another well referred

20  to in there that has nothing to do with this irrigation well.

21         The -- we're in -- we're in the process of building

22  five new greenhouses to grow in.  Plus we have twenty-five

23  acres to farm of other products.  We're going to farm some hay

24  probably.  So that's the future irrigation.  We are doing

25  future irrigation.  We did not know when we would need the

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    power or the cost of it.

2           I also -- let me see.  I also have -- I was not filing

3    the claims form -- excuse me, Your Honor.  I'm just struggling

4    in here because I don't know what's going on.  The deal was --

5    the deal was made.  I don't know why PG&E doesn't have a copy

6    of it.  All we have is this letter which says exactly what

7    the -- what the deal was.  The letter has not been changed in

8    any way.  And it's just all I have from '91.  The other

9    allegation --

10          THE COURT:  Okay.  You also filed -- you also filed --

11   excuse me, Mr. Finley.  You filed a one-page cover letter and

12   then several pages of invoices and expenses.  Have those been

13   incurred or those estimated expenses?

14          MR. FINLEY:  No, sir.  They have been incurred.  And

15   PG&E they couldn't find that.  They put a meter on that line.

16   So PG&E has a meter on the line that those costs are incurred.

17          THE COURT:  And that's not --

18          MR. FINLEY:  (Indiscernible) --

19          THE COURT:  That's not mentioned in your papers, is

20   it?

21          MR. FINLEY:  I didn't know that until two days ago.  I

22   called and I went out there and looked.  And there's a meter on

23   the pole.

24          THE COURT:  Okay.  So what do they do with the meter?

25   They run -- and help me understand, what does that mean to?

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    MR. FINLEY:  The meter runes --

2    THE COURT:  What does it mean?

3    MR. FINLEY:  The meter -- it runs to the irrigation

4  well.  And the --

5    THE COURT:  Yes.

6    MR. FINLEY:  The deal I made with the guys lease the

7  cannabis field was they would drill a well, they would -- they

8  would pay for the power since PG&E was not going to pay for it.

9  So they did that.  I did not know that they had the meter put

10  on.  I called and asked did you have a meter put on there, and

11  they said, yeah, they put it on right after we did it.  And --

12    THE COURT:  But what is your -- what's your

13  relationship with the cannabis growers?  Are they tenants of

14  yours?

15    MR. FINLEY:  Yes.  They're -- yes.

16    AUTOMATED VOICE:  There are twenty participants on the

17  call, including you.  You are joining your conference as a

18  participant.  For a menu of available commands, press *#.  This

19  conference is being recorded only the main conference is

20  recorded.

21    UNIDENTIFIED SPEAKER:  Your Honor --

22    THE COURT:  I don't know what that --

23    (Audio issues)

24    THE COURT:  Terminate the call.

25    (Whereupon a recess was taken)

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1        (Audio begins mid-sentence)

2        THE COURT:  -- who are running the cannabis operation,

3  they paid for the power, the line.  And have you -- do they pay

4  all the expenses that are a part of your letter, your --

5        MR. FINLEY:  Yes, sir.

6        THE COURT:  -- attachments to your letter?

7        MR. FINLEY:  They --

8        THE COURT:  Well, then --

9        MR. FINLEY:  They paid all of that.

10        THE COURT:  Well, then how do I measure if you're

11  entitled to anything?  What are you entitled to if they paid

12  for it?

13        MR. FINLEY:  They're entitled to it.

14        THE COURT:  But they haven't --

15        MR. FINLEY:  Of course, if they were --

16        THE COURT:  They haven't asserted a claim though.

17  Have they -- have they asserted a claim against you?

18        MR. FINLEY:  They asserted it -- they asserted it to

19  me.

20        THE COURT:  Well, how do I know that?

21        MR. FINLEY:  They were supposed to --

22        THE COURT:  I mean, you talking about --

23        MR. FINLEY:  They were supposed to drill a well; I was

24  supposed to furnish the power.  Since I couldn't furnish the

25  power, they furnished it.  So they're saying here's my bill.

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    THE COURT:  Okay.  You don't have that in the

2    documents that you filed, right?

3    MR. FINLEY:  No, sir.  I don't have that that

4    statement.  No, sir.

5    THE COURT:  Okay.  And what's the total of their

6    claim, round numbers?

7    MR. FINLEY:  55,300.

8    THE COURT:  And is it your view that that's what

9    you're entitled to?

10    MR. FINLEY:  Yes, sir.

11    THE COURT:  Okay.  Mr. Rupp, why don't you tell me

12    what your response here is?

13    MR. RUPP:  Good morning, Your Honor.

14    I just want to start with saying that that a lot of

15    new information that Mr. Finley provided, which I'm grateful to

16    learn it.  However, our reply was prepared off of a one-page

17    response to the claim objection.  But I'll go forward.  Just

18    looking --

19    THE COURT:  Well, let me let me interrupt you, Mr.

20    Rupp.  What I'm inclined to do is to instruct Mr. Finley to

21    file a declaration and some documentation and further

22    explanation, because much of what he said is what he said.  And

23    I don't imagine he's making it up, but it is not well

24    substantiated.  So I'm amenable to just putting this over and

25    not requiring the company, PG&E, to do anything at this point,

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    just to let Mr. Finley fill in the blanks here.

2            But if you want to say something or want to persuade

3    me to do otherwise, let me know.  But otherwise, I'll just take

4    that approach.

5            MR. RUPP:  Your Honor, I'm inclined to accept that

6    that approach.  We would just like to see what Mr. Finley has

7    to say on the record so we can talk it over with our clients

8    and respond in kind or perhaps reach out and try to reach a

9    consensual agreement.  But putting that information on the

10   record, I think, would be helpful so we can take some time to

11   review it and respond appropriately.

12           THE COURT:  So, Mr. Finley, that's what I'm going to

13   do.  And I'll give you some instructions here.

14           I assume you're not a lawyer and you don't have a

15   lawyer helping you, and I'm not going to hold that against you,

16   but you've got to fill in a few missing pieces here.  And so we

17   start with -- the documentation that I've looked at shows that

18   the grant of easement, of course, was executed, I gather, by

19   your parents.  But there's no affirmative statement by you of

20   what your role is.

21           And so what I need you to do is to write down in --

22   I'm going to tell you to prepare a declaration that, again,

23   that's a document under penalty of perjury that says here are

24   the facts.  And the facts that you need to show me are your --

25   what you were doing back there in 1991 or '2 when you were

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1   dealing with the gentleman who has since passed away.  And

2   again, I'm not asking you to write a novel.  I'm asking you to

3   say on about such-and-such a day you met with him, and he --

4   and you discuss the details and that -- and that's one fact.

5           And then the next fact is the details of how you came

6   to get this letter and why you think it was signed.  I'll

7   accept that you don't have a copy.  And PG&E says that it

8   doesn't have a copy.  But I need an explanation from you as to

9   those facts.

10          And then moving up to the more present time, you

11  establish the contractual relationship with the tenant that has

12  done the work, what the tenant's done, what's been installed,

13  and what you believe that you're entitled to because it's what

14  they believe they're entitled to.  You follow me?

15          MR. FINLEY:  Yes, sir.

16          THE COURT:  This doesn't have to be like you're on the

17  Supreme Court.  It needs to be your statement of the facts and

18  with the note that you're stating the facts under penalty of

19  perjury.  Again, I'm not trying to put you on the defensive or

20  suggest that I don't believe you.  I'm saying you have to say

21  what's true and known to you and what -- why you know it to be

22  so.  And you tell me when you think you can do that.  And I

23  will give you a deadline for that.

24          And Mr. Rupp or someone from the company may be in

25  touch with you directly.  They may propose something to you

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    privately that might be acceptable.  They may differ with you

2    and ask me to rule in their favor.  And all I'm doing this

3    morning is I'm not going to rule in anyone's favor.  I'm just

4    going to gather more information.

5          So what's a reasonable time period for you to do that?

6          MR. FINLEY:  Two weeks.

7          THE COURT:  Great, okay.

8          MR. FINLEY:  I could actually do it quicker.

9          THE COURT:  Well --

10         MR. FINLEY:  I'll just try and do it quicker than that

11   but --

12         THE COURT:  No.  Take your time.  No one's -- you're

13   not in a rush.  If you win this case and you get some money,

14   it's worth the time.  If you lose it, I don't want you to lose

15   it because you didn't have time to do your best shot.  I know

16   you probably don't want to go hire a lawyer, but if you want to

17   engage a lawyer to help you, that might be helpful.  But we'll

18   put it -- I'm just going to -- put it this way.  I'm going to

19   give you a little more than two weeks.  I'm going to say

20   October 18th is -- I'll get something from you.

21         Now, you know you file it with the Court, as you've

22   done other things, and mail a copy -- well, just filed with the

23   Court.  You don't have to make a copy to anybody.  When it goes

24   on the Court docket, Mr. Rupp and his colleagues will get it

25   and I will get it.  And I will take this matter off our

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1   calendar.

2          And Mr. Rupp is quite familiar with our procedures.

3   If the company accepts and they work something out, we don't --

4   you and I don't have to have any further discussion.  If the

5   company continues to oppose your claim, then Mr. Rupp, his

6   obligation to -- will be to file a response and to set this

7   matter on one of the regular PG&E calendars.  Okay?  You follow

8   me?

9          MR. FINLEY:  Thank you, Your Honor.  Yes, sir.

10         THE COURT:  Yeah.  And Mr. Finley, I'll make you

11  another suggestion, too.  If someone -- whether it's Mr. Rupp

12  or someone else, it doesn't matter -- if someone reaches out to

13  you directly and offers up some sort of a compromise, think

14  about -- think about whether that would be in your best

15  interest also.  I'm not trying to -- again, I'm not trying to

16  pressure you.  I'm not making this decision one way or the

17  other on whether you should win or lose.  But if somebody wants

18  to try to negotiate a reasonable compromise, that might be in

19  your best interest also.

20         MR. FINLEY:  Yes, sir.

21         THE COURT:  Okay.

22         MR. FINLEY:  Believe me, I know that.

23         THE COURT:  Okay.  Thank you for your time, Mr.

24  Finley.  You don't need to stay on the call.  You're welcome

25  to.  It's a public hearing.  But you might want to get on with

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1   your business.  And --

2          THE CLERK:  Excuse me, Your Honor.  This is Ms.

3   Parada.

4          THE COURT:  Yes.

5          MR. FINLEY:  Thank you, Your Honor.

6          THE CLERK:  Did you say the deadline is October 18th?

7          THE COURT:  Mr. Finley is going to file his response

8   by October 18th.  He has -- he said two weeks.

9          THE CLERK:  Thank you.

10          THE COURT:  And I gave him a little more than that.

11   That's all.

12          Okay, good luck, Mr. Finley.  Thank you for your time.

13          MR. FINLEY:  Thank you.  Thank you, Your Honor.

14          MS. GONSALVES:  Excuse me, Your Honor.  Just to let

15   you know I'm present.  I'm trying to continually log on.  I'm

16   having serious cyberattacks.

17          THE COURT:  And who are you speaking, please?

18          MS. GONSALVES:  I am Lorraine Gonsalves.

19          THE COURT:  Okay.

20          MS. GONSALVES:  And I've been reaching out with Mr.

21   Rupp.  He's been very kind in that manner and helping me get

22   there.

23          THE COURT:  Well, okay.

24          MS. GONSALVES:  Just to let you know --

25          THE COURT:  Hold on.

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    MS. GONSALVES:  -- I'm present.

2    THE COURT:  Ms. Gonzales, can you hear me now?

3    MS. GONSALVES:  It's Ms. Gonsalves.  Yes, I can hear

4    you, sir.

5    THE COURT:  Okay.  Well, I'm just having to take up

6    your matter now.

7    MS. GONSALVES:  Okay.

8    THE COURT:  So I had a -- okay.  And I'm going to give

9    you a few minutes to answer my questions and to tell me why you

10   believe you have a valid claim.

11   I must tell you, I found your claim very confusing.  I

12   don't know what the nature of your claim is, so you need to

13   explain to me what it is that makes you think you're entitled

14   to be paid under this proof of claim.  And I'm aware that you

15   filed two proofs of claim that appear to be duplicative.  So

16   I'm going to assume that there's one claim that is for, in

17   round numbers, 5,148,000 dollars.  And you made the claim --

18   MS. GONSALVES:  That's correct.

19   THE COURT:  You -- okay.  You need to explain to me

20   why --

21   MS. GONSALVES:  They said it was an amendment.  That's

22   how they expressed it to me.  I was being guided by the Prime

23   Clerk at that time and not knowing about Mr. Rupp or the

24   lawyers and how to actually do this.  I'm not a lawyer, of

25   course.  And so, you know, that per se, that could said.

PG&E Corporation and Pacific Gas and Electric Company

1    THE COURT:  Well, I -- Ms. Gonzales, it's not an

2    issue.  We're on the same page.  So there is one claim, not

3    two.  But the company has still taken issue with your

4    entitlement.  So you need to explain to me why you are entitled

5    to be paid anything on this claim.

6    MS. GONSALVES:  I understand, sir.  And I have

7    continually been trying to reach out as far as I submitted

8    documents and keeping up responses with Prime Clark

9    specifically -- because, like I said, I was not necessarily

10    aware to be addressing those lawyers.  And so at the time, I

11    picked up the request form.

12    Now, mind you, I am a high-end degree digital era kind

13    of gal.  I have a high-end degree meaning it's digital.  And I

14    went to school for something very specific and then learned

15    something very, very specific in my trade.  And so what I have

16    to offer is a great deal of creativity and innovation.

17    So when I actually sustained a business and got it up

18    and running at that time, I was being displaced at the same

19    time.  And I ended up in a residence that I shouldn't have been

20    in that residence of, from what I understand now -- of now,

21    period, when I moved away right away.  I end up moving in

22    there.  And it caused -- it just caused a lot of grief in

23    dealing with all the situation.  I lost a lot of friends,

24    networks, a lot of situation.  My whole entire life changed

25    from it.  And I've been being bombarded --

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1        THE COURT:  Why is PG&E -- why is PG&E liable for any

2    of these problems?

3        MS. GONSALVES:  Well, I have -- went to work -- I

4    worked all the time.  I've never stopped working.  Even when

5    you're disabled -- I've never stopped working.  This is what

6    I'm trying -- I'm an innovator.  I have product right now

7    waiting to be on the market that's worth value that's becoming

8    so misconstrued in dealing with this whole PG&E process because

9    they're not taking care of the right proper things when it

10   comes to the business.

11       So when I'm actually approaching the Secretary of

12   State and looking at the things that I need to pick up, I'm

13   following along on all the problems that are congested there.

14   I have a high-end degree and understanding the probabilities,

15   the mathematics for it.  So I understand what is going on and

16   how PG&E was developed and how our economics is set up right

17   now.

18       So my degree is being scrutinized.  It has to do with

19   where I'm at and who I am and what I know and how I came to be.

20   So I have I had a business.  I had to shut it down because of

21   all the scrutiny.  I -- I'm -- in dealing with identity theft,

22   fraud, dealing with it, I've been identifying huge markers of

23   things.  I just got off the phone with the Sacramento Police

24   Department that I have to finish up when I'm pretty much done

25   with dealing with this conference call.

PG&E Corporation and Pacific Gas and Electric Company

1          I have multiple law enforcement reports, both in

2   Sacramento Police Department and sheriff's department.  In

3   fact, I want to be transferred over to a different district

4   because this is not my district.

5          THE COURT:  Okay.  Ms. Gonzales --

6          MS. GONSALVES:  I am --

7          THE COURT:  Ms. Gonzales, wait.  Slow down for a

8   minute.

9          MS. GONSALVES:  I was invited --

10         THE COURT:  Slow down.  I --

11         MS. GONSALVES:  -- my proof of claim, sir.

12         THE COURT:  Ma'am, you'll have to wait a minute.  I

13   want to hear from Mr. Rupp now, so just let him speak up.

14         Mr. Rupp, do you wish to respond?

15         MR. RUPP:  Yes, Your Honor.  For the record, Tom

16   Keller Benvenutti Kim for the reorganized debtors.

17         Essentially we the company, in reviewing Ms.

18   Gonsalves's -- the proof of claim she filed, the information

19   request which was attached to our reply brief, and reply that

20   she submitted to the omnibus objections which we also attached,

21   we just -- on reviewing this, we just don't see any basis for

22   recovery against PG&E.  We don't see a basis for liability.

23   And we think the claim should be disallowed for that reason.

24         MS. GONSALVES:  May I interject, please?

25         THE COURT:  No.

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    MS. GONSALVES:  Please?

2    THE COURT:  You don't need to, Ms. Gonzales.  What I'm

3    going to -- this is the judge again.  What I'm going to tell

4    you is that I'm going to reflect on your comments and what

5    you've submitted and what Mr. Rupp has submitted.  And I'll

6    issue a written decision.

7    MS. GONSALVES:  I wasn't able to submit anything

8    because of all the cyberattacks.  I've been dealing with

9    multiple cyberattacks.  I have two teams that are helping me

10   right now keep my computer running smoothly as best as they

11   can.  And that's where I'm at.  So even the file that I

12   uploaded this morning, which was at 4:47, is now corrupted.

13   And I have to use the backlog file in order to sustain that

14   one.

15   THE COURT:  Where did you upload a file this morning?

16   MS. GONSALVES:  This morning, the Help Desk responded

17   and thanked me.  And I took a picture of it.  I've been taking

18   pictures of everything practically.

19   THE COURT:  I just want to know where it is.  Is it on

20   the PG&E docket now?  Was it uploaded this morning?

21   MS. GONSALVES:  It's uploaded to CANB.  Bankruptcy

22   court.

23   THE COURT:  Okay, yes, that's the court.

24   MS. GONSALVES:  Yes.

25   THE COURT:  That's the court.  All right.

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1          MS. GONSALVES:  It's uploaded there, sir.

2          THE COURT:  Okay.  So what I'm going to tell you is

3    that I will review what you've uploaded.  And I will --

4          MS. GONSALVES:  Thank you.

5          THE COURT:  -- take your written submission and your

6    comments and Mr. Rupp's comments under consideration.  And in

7    due course, I can't tell you exactly when, but sometime soon

8    you'll get a written decision from the Court.

9          MS. GONSALVES:  Yes.  It's been very trying to get

10   those documents in because of all of this.  I've lost a lot of

11   equipment.  I've lost a lot of money.  I've lost everything.

12   Everything is a loss pretty much to the point where I got here.

13         THE COURT:  I understand that, Ms. Gonzales.  I

14   understand that.  And I will review -- I will review what you

15   have submitted today.  And I will review what you've already

16   filed and take into account your comments.  And I will issue a

17   written decision shortly.  So thank you for your time.

18         MS. GONSALVES:  And right now, just to let you know,

19   that file is now corrupt.  It has been reduced visually.  I

20   can't see what the documents are except for the first page.

21         And in addition to that, I had multiple copies I make

22   because you have to do that when you're dealing with digital

23   stuff on the computer.  So I made multiple copies of it.  And

24   the other -- even the other second copy that was situated with

25   it nearer -- inside the folder was corrupted the same way.  So

PG&E Corporation and Pacific Gas and Electric Company

1    I had to even go with the back folder in that one which gives

2    me the profile of which I was originally trying to set up with.

3            So that's where I'm at.  And it reduced my filing.

4    And so when you look at the properties, it's misconfigured

5    even.  So I'm only --

6            THE COURT:  Okay.

7            MS. GONSALVES:  -- looking at one page that's telling

8    me that it's worth so-and-so many megabytes right now or

9    kilobytes or something.

10           THE COURT:  All right.  You're repeating yourself.  If

11   you have if you believe there's anything else that should be

12   considered, you should consider printing out hard copies and

13   sending it by mail to the Court.

14           MS. GONSALVES:  I will.

15           THE COURT:  If you --

16           MS. GONSALVES:  I'll follow up.

17           THE COURT:  Okay.

18           MS. GONSALVES:  No problem.  No problem.

19           MR. FINLEY:  Absolutely.

20           THE COURT:  All right.  The matter is submitted.

21   Thank you for your time.  You don't need to stay on the call

22   any longer.

23           MS. GONSALVES:  Okay, will do.  I appreciate you

24   listening.  And I will follow up on that measure.  Thank you so

25   much, sir.

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    THE COURT:  Thank you, ma'am.  All right.

2    We'll now go to Mr. Weidman's claims.  Mr. Weidman,

3  I'm sorry for the delay.  Are you still with us?

4    MR. WEIDMAN:  Yes, sir.  I'm still with you.  I'm

5  assuming --

6    THE COURT:  All right.

7    MR. WEIDMAN:  -- my consultant is with us as well.

8    THE COURT:  Well, if you have a consultant -- this is

9  a time for argument.  I don't mind someone who works with you

10  or your consult on listening, but you need to --

11    MR. WEIDMAN:  That's fine.

12    THE COURT:  -- make an argument.  Unless you have a

13  lawyer -- and you're consultant is not a lawyer, right?

14    MR. WEIDMAN:  No.

15    THE COURT:  Okay.  All right.  So, Mr. Weidman, I want

16  you to know that I understand the history and all the problems

17  you've been through, and you don't need to go into that.  The

18  issue that you need to tell me is why I should disregard PG&E's

19  defense that whatever claim you have is barred by the statute

20  of limitations.

21    And before you answer, I will tell you that I have

22  read the decision of the Worker's Comp Appeals Board.  And I

23  know what your argument is, but you need to tell me why PG&E's

24  response should be disregarded and why I should consider your

25  claim as timely, which means not barred by the statute of

PG&E Corporation and Pacific Gas and Electric Company

1   limitations.

2         So this has nothing to do with the injuries you've

3   suffered or what your prior employer did or what -- all of

4   that.  It has to do with whether whatever happened to you

5   happened so far in the past that it's no longer possible to

6   assert a claim against PG&E, leaving aside whether you can

7   assert your claim against Bechtel or anyone else.

8         So with that understanding, you need to go ahead and

9   make your whatever argument.  I'll give you ten or fifteen

10  minutes, Mr. Weidman.

11        MR. WEIDMAN:  I'm to understand -- when I first found

12  out that I had radiation illness was to a biopsy done by the

13  Armed Forces Institute of Pathology.  And I was told I was not

14  able to file a claim unless I can prove it.

15        And also, you know, I also worked in California.  And

16  I was told to come out there.  And I also got contaminated out

17  there as well while working underneath the reactor, making a

18  bracket.  And they never recorded it.  Again, their

19  recordkeeping is atrocious, has been with them.  They -- but

20  the thing of it is, until I was able to find a lawyer to

21  represent me which took seven, eight months, on a claim, I was

22  never able to file a claim.  Okay?  And then it got -- finally

23  got filed in April of 2001.  And it was all from the Armed

24  Forces Institute of Pathology that this claim was accepted.

25        And also, it took twelve years for PG&E to turn over

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    records that we had been asking for -- or I had been asking

2    for.  And they still denied they had this information.  And

3    even when I received the 300 some pages from them, they still

4    say, I was not on the record, okay?  And basically the statute

5    of limitations finds -- is so (indiscernible) from that

6    decision from the court that, you know, once I was confirmed by

7    medicals, then you could do it.

8            It was explained to me in a simple manner that you --

9    a doctor can assume you have (audio interference).  But you

10   don't know you have asbestosis until they get a biopsy from

11   you.  They cannot confirm that you have asbestosis.  And this

12   is the same with me.  Until I that confirmation in June of 2000

13   and then I filed my claim in April 2001, finally able to file

14   it, then that's how I finally knew that I had radiation

15   illness.  And --

16           THE COURT:  All right.  Mr. Weidman, who was the

17   claim, asserted against them?

18           MR. WEIDMAN:  It was -- the lawyer asserted against --

19   Bechtel was out there and Foley at the time.  And both of them

20   have been in bankruptcy.  It's hard to say.

21           THE COURT:  I understand.  But the action that was

22   dealt with by the workers comp board names Bechtel as a

23   defendant, does not name PG&E.  PG&E was not named as a

24   defendant in 2001; is that correct?

25           MR. WEIDMAN:  Not to my knowledge.  But I had --

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1      THE COURT:  Okay.

2      MR. WEIDMAN:  I had written to them and asked for

3  information that they denied I had.

4      THE COURT:  Okay, I understand.

5      MR. WEIDMAN:  Okay.

6      THE COURT:  I understand.  But the point is, you

7  didn't file a claim against them back in 2001 and not since

8  then until this current bankruptcy; is that right?

9      MR. WEIDMAN:  Well, yeah, because, you know, it's all

10  over the insurance issues.  It's what it's been dealing -- is

11  what's going on.  Radiation like this ultimately because the

12  party -- is because I've I got my damage at Diablo Canyon.

13      THE COURT:  No, I understand, sir.  Did you -- have

14  you since recovered anything from Bechtel?

15      MR. WEIDMAN:  No, I'm not recovering anything.  I've

16  been fighting this case for twenty-one years.

17      THE COURT:  Or how about from Bechtel's insurance

18  company?

19      MR. WEIDMAN:  They went -- bankruptcy.  And they're

20  battling me now.

21      THE COURT:  Okay.

22      MR. WEIDMAN:  But insurance companies, there's two

23  federal insurance companies that do they -- all these

24  powerhouses contribute to on -- because of the Price-Anderson

25  Act, okay?  I'm aware of that well.  And I don't understand why

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    nobody has ever filed anything for me except battle -- what's

2    going on in a Bankruptcy Court.  I mean this has been going on

3    forever.  They're hoping I die.

4          THE COURT:  Yes, I understand that.  I understand

5    that.  Well, I acknowledge that you've suffered a lot.

6          But the point is, I go back to my opening comment,

7    PG&E's defense here today is that you did not file a suit

8    against it ever.  And finally, in this bankruptcy, you filed

9    the proof of claim that you filed, and that's your claim,

10   number 10281.  And that's what we're here discussing.

11         So I'll give you any further time to respond, if you

12   wish, to that argument.  Do you want to add anything more?

13   Because I will review what you had to say and I'll review your

14   filings and make a ruling.

15         MR. WEIDMAN:  And I've been told -- okay.  Right, I

16   agree with you.

17         I've been told that I cannot file claim -- you know,

18   I've asked about the civil damage.  I've asked about other

19   things.  And every lawyer I've had -- because trust me, I've

20   had a lot of bad lawyers.  And not too many lawyers understand

21   radiation damage and illness.

22         So the bottom line of it is, I don't understand why

23   even the lawyers are -- they're handling for Sega and et

24   cetera, why they haven't filed the claims civilly against PG&E

25   or anybody else because they have to pay into these other

                    PG&E Corporation and Pacific Gas and Electric Company

1    insurance companies.  And I don't understand that.

2           I'm a layman, as you well know.  Okay?  So I -- you

3    know, I've done everything in my power.  I filed everything in

4    my power that I've been told to file.  And it doesn't make

5    sense to me why things are not being done.

6           And plus, a Silkwood case, my case is so similar it's

7    pathetic.  She was grinding and polishing; I'm welding and

8    grinding.  As a matter of fact, believe it or not, she was

9    actually using -- making up the palettes for the fuel rods that

10   went in Diablo Canyon.

11          THE COURT:  Okay.

12          MR. WEIDMAN:  Okay.  I know her history very well.

13   And, you know, so I don't understand why nobody is following

14   the Price-Anderson Act in this case.  That's what really

15   bothers me.  You know, everybody just blows it off like it

16   means nothing.  But the Price-Anderson Act was created for

17   situations like I'm in, but nobody wants to deal with it.  And

18   I don't --

19          THE COURT:  I understand, Mr. Weidman.  Okay.  I

20   understand your point.

21          MR. WEIDMAN:  You know, and I don't know what to do,

22   you know.  And then I find out about this.  And that's why I

23   filed my claim with the Bankruptcy Court, because they filed

24   bankruptcy to preserve my rights.

25          THE COURT:  Well, PG&E filed bankruptcy in January of

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1   2019.  And that's why I'm presiding over the case.  And you did

2   file your proof of claim.  And they filed its opposition based

3   upon the statute of limitations, which is what we're talking

4   about.  I appreciate your explanation, Mr. Weidman.  I'm going

5   to let Mr. Rupp add any argument he wants.  And I will consider

6   what you filed.  And I will -- after Mr. Rupp makes his

7   statements, I will take the matter under advisement and issue a

8   written decision here in the -- fairly soon.

9           MR. WEIDMAN:  And I -- not interrupt you, but can I

10  speak after he speaks?

11          THE COURT:  Yes, yes.  I'll give you an opportunity to

12  speak after Mr. Rupp speaks again.

13          So Mr. Rupp?

14          MR. RUPP:  Good morning, Your Honor.  For the record,

15  Thomas Rupp of Keller Benvenutti Kim for the reorganized

16  debtors.

17          We don't have anything -- too much to add to Mr.

18  Weidman's comments.  We have our reply brief.  And essentially

19  what this comes down to is, under the Price-Anderson Act, the

20  state law rules of decision in quotes, including statutes of

21  limitations applied to public liability actions such as the

22  claim that Mr. Weidman would have against PG&E and under

23  applicable California law, the statute of limitations has run.

24          Mr. Weidman's action against his employer, Bechtel, in

25  the workers compensation forum does not toll the statute of

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    limitations as to PG&E, which was not a party to that action

2    and was never sued by Mr. Weidman.

3            And only when Mr. Weidman filed his claim with PG&E in

4    its bankruptcy was that connection made to his asserted -- his

5    assertion that the PG&E's liability for his injury.

6            And just one more case to add to the brief, in

7    addition to cases such as Corcoran and (indiscernible) which

8    apply state law statute of limitations in Price-Anderson

9    actions.  There's also Pinares, P-I-N-A-R-E-S, v. United

10   Technologies Corporation. 973 F.3d 1254 (11th Cir. 2020),

11   applying the --

12           THE COURT:  Give me the -- okay.  I'm sorry.  973

13   F.3d -- what's the page?

14           MR. RUPP:  1254.

15           THE COURT:  And you said it's Eleventh Circuit?

16           MR. RUPP:  Yes, Your Honor.

17           THE COURT:  Okay.  All right.  Noted.

18           Okay, thank you, Rupp.

19           Mr. Weidman, any further comments?

20           MR. WEIDMAN:  Well, I've been told by the judges and

21   these decisions that -- until my claim civilly is -- if I can

22   file it, doesn't -- I cannot do it until the causation is

23   finished and completed by the reconsideration unit.  And they

24   keep -- the attorneys keep playing around and doing what

25   they're doing.  And this is what's going on.

PG&E Corporation and Pacific Gas and Electric Company

1    So this is what I've been told by the attorneys, the

2  judges.  And I -- you know, and I won the appeal.  And the

3  statute of limitation, I've been told -- this claim is back in

4  the year 2001 when this claim was originally filed.  That's

5  what I've been told.

6    THE COURT:  Mr. Weidman --

7    MR. WEIDMAN:  Also --

8    THE COURT:  Mr. Weidman, I told you at the outset, I

9  did read the decision of the court or the administrative

10  court --

11    MR. WEIDMAN:  Right.

12    THE COURT:  -- of the appeals board and that you are

13  correct.  But that it runs against Bechtel and Fremont.  It

14  does not mention PG&E.  So my point -- and the point that Mr.

15  Rupp is arguing and I'm giving you an opportunity to respond to

16  is, although the statute of limitations does not prevent your

17  action against those people, those companies, it does have --

18  that decision of the workers comp board doesn't impact PG&E's

19  defense.

20    And PG&E's response is they were not -- the company

21  was not named as a defendant ever before -- this bankruptcy was

22  not named in the matter before the worker's comp board.  And

23  Mr. Rupp makes the argument for his client that therefore the

24  statute of limitations prevents the claim, whether or not PG&E

25  might have been held liable for something that happened to you.

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1   And I have to make the decision on whether that is an

2   argument that should be -- prevail or disregarded.  And so I'm

3   giving you a final opportunity if there's anything you wish to

4   add further.  And I don't expect you to know the law.  I am

5   supposed to apply the law.  And I will review everything you've

6   submitted and make a decision.  But I'll give you an

7   opportunity to add anything further at this point if you wish.

8   MR. WEIDMAN:  I'd like to submit a brief.  And I'd

9   like to augment the record because withheld information from me

10  for twelve years and lied about it.  So that's fraud in my

11  opinion.  I'm not a lawyer.  I just --

12  THE COURT:  Okay.  I understand.  No, I'm not going to

13  take another brief at this point.  It's a pure legal question.

14  In other words, if you believe it was fraud, that's

15  unfortunate, and I'm sorry you -- I'm sorry that happened.  But

16  the issue was a pure legal argument.

17  So I'm going to -- Mr. Weidman, I'm going to -- thank

18  you for your time.  I'm going to take the matter under

19  advisement which means I'm not going to make a ruling today.

20  I'm going to issue a written decision that will be sent to you

21  in the fairly near future.

22  MR. WEIDMAN:  Right.

23  THE COURT:  And so for --

24  MR. WEIDMAN:  What you're saying is I -- you're going

25  to disallow me to augment the record and file a brief or

PG&E Corporation and Pacific Gas and Electric Company

1   whatever?

2          THE COURT:  It's not it's not necessary, Mr. Weidman.

3   My job is to apply the law.  And the law that you are arguing

4   is -- you've argued your case.  I have to decide whether PG&E

5   should be included in the outcome of the worker's comp board or

6   excluded based upon the controlling law that I've heard cited.

7          So what I'm saying is not that I don't care about your

8   view; it's that I don't need another legal argument on this

9   point.  So with that, I'm going to thank -- no, I'm going to

10  conclude the hearing and thank you for your time --

11         MR. WEIDMAN:  So --

12         THE COURT:  -- and indicate on the record the matter

13  stands submitted for a decision.

14         MR. WEIDMAN:  Okay.  Well, can I ask you one more

15  question?  We will you do this for --

16         THE COURT:  Yes.

17         MR. WEIDMAN:  -- consideration motion after what the

18  judge decides?

19         THE COURT:  I'm sorry, say that again.

20         MR. WEIDMAN:  Well, will you do this with

21  reconsideration motion after what the judge decides?  I'm in

22  the process --

23         THE COURT:  Well, I am -- Mr. Weidman, I am the judge.

24         MR. WEIDMAN:  Okay.  Well, I guess -- I'm talking

25  about the --

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    THE COURT:  Well, okay.  Mr. Weidman, I don't want to

2    act like you -- give you the impression I don't -- I'm not

3    interested.  What do you think that additional brief would

4    provide for me?  I read your prior brief.  I read your

5    opposition.  What do you think you can add to this discussion

6    if you -- if I give you an opportunity to do it?

7    MR. WEIDMAN:  Well, one simple word.  The fraud has

8    been committed in this case, the fraud --

9    THE COURT:  But that's -- but Mr. Weidman, that's not

10   for me.  In other words, I'm not in a position to deal with any

11   fraud that you think happened.  So that's why I'm not going to

12   do it.  Unfortunately, the statute of limitations are pretty

13   black and white.  If somebody believes something was done

14   wrongly and does not act within deadlines, generally, that's

15   the end of it.  Certain exceptions -- and perhaps the nuclear

16   incident type of thing that you described would be that

17   example.  But that's not what we're talking about.  So that's

18   my point.

19   The issue before me today is not about fraud.  So I am

20   not going to have a further briefing when I make my decision.

21   If I -- either side will have an opportunity to ask me to

22   reconsider if there's some basis to do so, but I'm not going to

23   do that now.

24   So I can -- all I can tell you is I will do my best to

25   apply the law here and make a ruling.  And one side will accept

PG&E Corporation and Pacific Gas and Electric Company

1  and prefer -- will appreciate the ruling, and one side will

2  not.  That's the way it is, unfortunately.

3           So, again, as I said before, I'll thank you for your

4  time.  I appreciate your participation.  And the matter will

5  stand submitted for a decision at this point.

6           And that's the last matter we have on the calendar

7  today.  And I'm going to conclude this hearing.

8           MR. WEIDMAN:  All right.  Thank you, Your Honor.

9           THE COURT:  Okay.  Thank you.  Thank you, everyone.

10         (Whereupon these proceedings were concluded at 10:53 AM)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          C E R T I F I C A T I O N

2

3    I, Michael Drake, certify that the foregoing transcript is a

4    true and accurate record of the proceedings.

5

6

7

8    _____

9    /s/ MICHAEL DRAKE, CER-513, CET-513

10

11   eScribers

12   7227 N. 16th Street, Suite #207

13   Phoenix, AZ 85020

14

15   Date:  October 1, 2021

16

17

18

19

20

21

22

23

24

25

(973) 406-2250 | operations@escribers.net | www.escribers.net

---

**\***

**\*# (1)**
10:18

---

**A**

**able (5)**
22:7;26:14,20,22;
27:13
**Absolutely (1)**
24:19
**accept (4)**
5:11;13:5;14:7;
36:25
**acceptable (1)**
15:1
**accepted (1)**
26:24
**accepts (1)**
16:3
**accordingly (1)**
5:11
**account (1)**
23:16
**acknowledge (1)**
29:5
**acres (2)**
8:14,23
**act (7)**
5:11;28:25;30:14,16;
31:19;36:2,14
**action (4)**
27:21;31:24;32:1;
33:17
**actions (2)**
31:21;32:9
**actually (5)**
15:8;18:24;19:17;
20:11;30:9
**add (7)**
29:12;31:5,17;32:6;
34:4,7;36:5
**addition (2)**
23:21;32:7
**additional (1)**
36:3
**addressing (1)**
19:10
**administrative (1)**
33:9
**advised (1)**
4:4
**advisement (2)**
31:7;34:19
**affirmative (1)**
13:19
**again (9)**
13:22;14:2,19;16:15;
22:3;26:18;31:12;
35:19;37:3
**against (14)**

11:17;13:15;21:22;
26:6,7;27:17,18;28:7;
29:8,24;31:22,24;
33:13,17
**ago (3)**
5:20;7:10;9:21
**agree (1)**
29:16
**agreed (2)**
5:17;6:10
**agreement (1)**
13:9
**ahead (1)**
26:8
**allegation (2)**
8:16;9:9
**allegations (1)**
8:12
**along (1)**
20:13
**although (1)**
33:16
**amenable (1)**
12:24
**amendment (1)**
18:21
**appeal (1)**
33:2
**Appeals (2)**
25:22;33:12
**appear (1)**
18:15
**appearing (1)**
3:21
**appears (1)**
3:13
**applicable (1)**
31:23
**applied (1)**
31:21
**apply (4)**
32:8;34:5;35:3;
36:25
**applying (1)**
32:11
**appreciate (4)**
24:23;31:4;37:1,4
**approach (2)**
13:4,6
**approaching (1)**
20:11
**appropriately (1)**
13:11
**April (2)**
26:23;27:13
**argued (1)**
35:4
**arguing (2)**
33:15;35:3
**argument (12)**
5:7;8:6;25:9,12,23;
26:9;29:12;31:5;33:23;
34:2,16;35:8

**Armed (2)**
26:13,23
**around (3)**
4:9;7:24;32:24
**asbestosis (2)**
27:10,11
**aside (1)**
26:6
**assert (2)**
26:6,7
**asserted (7)**
11:16,17,18,18;
27:17,18;32:4
**assertion (1)**
32:5
**assume (3)**
13:14;18:16;27:9
**assuming (1)**
25:5
**atrocious (1)**
26:19
**attached (3)**
4:3;21:19,20
**attachments (1)**
11:6
**attorneys (2)**
32:24;33:1
**Audio (3)**
10:23;11:1;27:9
**augment (2)**
34:9,25
**August (2)**
5:15;6:10
**AUTOMATED (1)**
10:16
**available (1)**
10:18
**aware (3)**
18:14;19:10;28:25
**away (3)**
14:1;19:21,21

---

**B**

**back (8)**
7:25;8:2,10;13:25;
24:1;28:7;29:6;33:3
**backlog (1)**
22:13
**bad (1)**
29:20
**Bankruptcy (11)**
22:21;27:20;28:8,19;
29:2,8;30:23,24,25;
32:4;33:21
**barred (2)**
25:19,25
**based (2)**
31:2;35:6
**basically (1)**
27:4
**basis (3)**
21:21,22;36:22

**battle (1)**
29:1
**battling (1)**
28:20
**Bechtel (6)**
26:7;27:19,22;28:14;
31:24;33:13
**Bechtel's (1)**
28:17
**becoming (1)**
20:7
**begins (1)**
11:1
**behalf (3)**
3:20,24;4:12
**believes (1)**
36:13
**Benvenutti (3)**
3:24;21:16;31:15
**best (5)**
15:15;16:14,19;
22:10;36:24
**bill (1)**
11:25
**biopsy (2)**
26:12;27:10
**birth (3)**
6:23;7:2,7
**black (1)**
36:13
**blanks (1)**
13:1
**blows (1)**
30:15
**Board (6)**
25:22;27:22;33:12,
18,22;35:5
**bombarded (1)**
19:25
**both (4)**
3:18;6:7;21:1;27:19
**bothers (1)**
30:15
**bottom (2)**
6:21;29:22
**bracket (1)**
26:18
**brief (10)**
4:4;5:6;21:19;31:18;
32:6;34:8,13,25;36:3,4
**briefing (1)**
36:20
**briefly (1)**
4:3
**building (1)**
8:21
**business (4)**
17:1;19:17;20:10,20

---

**C**

**calendar (2)**
16:1;37:6

**calendars (1)**
16:7
**CALIFORNIA (3)**
3:1;26:15;31:23
**Call (11)**
3:4,17,19,20;4:13,
23;10:17,24;16:24;
20:25;24:21
**called (6)**
3:16;5:20;7:11;8:2;
9:22;10:10
**Calling (1)**
3:6
**came (3)**
5:16;14:5;20:19
**can (20)**
3:8,9,10,13;7:3;13:7,
10;14:22;18:2,3;22:11;
26:6,14;27:9;31:9;
32:21;35:14;36:5,24,
24
**CANB (1)**
22:21
**cannabis (4)**
8:13;10:7,13;11:2
**Canyon (2)**
28:12;30:10
**care (2)**
20:9;35:7
**case (10)**
3:16;15:13;28:16;
30:6,6,14;31:1;32:6;
35:4;36:8
**cases (1)**
32:7
**causation (1)**
32:22
**caused (2)**
19:22,22
**center (1)**
6:14
**Certain (1)**
36:15
**cetera (1)**
29:24
**changed (2)**
9:7;19:24
**checked (1)**
4:16
**Cir (1)**
32:10
**Circuit (1)**
32:15
**cited (1)**
35:6
**civil (1)**
29:18
**civilly (2)**
29:24;32:21
**claim (42)**
4:21;5:5;8:2;11:16,
17;12:6,17;16:5;18:10,
11,12,14,15,16,17;

Case: 19-30088    Doc# 11364    Filed: 10/01/21    Entered: 10/01/21 08:53:53    Page 39
of 46

19:2,5;21:11,18,23;
25:19,25;26:6,7,14,21,
22,24;27:13,17;28:7;
29:9,9,17;30:23;31:2,
22;32:3,21;33:3,4,24
**claims (4)**
4:18;9:3;25:2;29:24
**Clark (1)**
19:8
**CLERK (7)**
3:5,11,16;17:2,6,9;
18:23
**client (1)**
33:23
**clients (1)**
13:7
**colleagues (1)**
15:24
**commands (1)**
10:18
**comment (1)**
29:6
**comments (6)**
22:4;23:6,6,16;
31:18;32:19
**committed (1)**
36:8
**Comp (5)**
25:22;27:22;33:18,
22;35:5
**companies (4)**
28:22,23;30:1;33:17
**company (9)**
5:5;12:25;14:24;
16:3,5;19:3;21:17;
28:18;33:20
**compensation (1)**
31:25
**completed (1)**
32:23
**compromise (2)**
16:13,18
**computer (2)**
22:10;23:23
**conclude (3)**
4:15;35:10;37:7
**concluded (1)**
37:10
**conference (4)**
10:17,19,19;20:25
**confirm (1)**
27:11
**confirmation (1)**
27:12
**confirmed (1)**
27:6
**confusing (2)**
6:6;18:11
**congested (1)**
20:13
**connection (1)**
32:4
**consensual (1)**

13:9
**consider (3)**
24:12;25:24;31:5
**consideration (2)**
23:6;35:17
**considered (1)**
24:12
**consult (1)**
25:10
**consultant (3)**
25:7,8,13
**contacted (1)**
5:15
**contaminated (1)**
26:16
**continually (2)**
17:15;19:7
**continues (1)**
16:5
**contract (1)**
5:20
**contractual (1)**
14:11
**contribute (1)**
28:24
**controlling (1)**
35:6
**Cooper (3)**
5:16;6:20;7:21
**copies (5)**
6:9;8:1;23:21,23;
24:12
**copy (10)**
6:7,19,21,24;9:5;
14:7,8;15:22,23;23:24
**Corcoran (1)**
32:7
**Corporation (2)**
3:7;32:10
**corrupt (1)**
23:19
**corrupted (2)**
22:12;23:25
**cost (1)**
9:1
**costs (1)**
9:16
**course (4)**
11:15;13:18;18:25;
23:7
**Court (127)**
3:4,5,16,25;4:11,22,
25;5:4,22;6:1,3,5,25;
7:6,15,17,19,22;9:10,
17,19,24;10:2,5,12,22,
24;11:2,6,8,10,14,16,
20,22;12:1,5,8,11,19;
13:12;14:16,17;15:7,9,
12,21,23,24;16:10,21,
23;17:4,7,10,17,19,23,
25;18:2,5,8,19;19:1;
20:1;21:5,7,10,12,25;
22:2,15,19,22,23,23,25,

25;23:2,5,8,13;24:6,10,
13,15,17,20;25:1,6,8,
12,15;27:6,16,21;28:1,
4,6,13,17,21;29:2,4;
30:11,19,23,25;31:11;
32:12,15,17;33:6,8,9,
10,12;34:12,23;35:2,
12,16,19,23;36:1,9;
37:9
**cover (1)**
9:11
**created (1)**
30:16
**creativity (1)**
19:16
**current (1)**
28:8
**cyberattacks (3)**
17:16;22:8,9

**D**

**damage (3)**
28:12;29:18,21
**date (2)**
6:23;7:2
**day (1)**
14:3
**days (1)**
9:21
**dead (1)**
7:14
**deadline (2)**
14:23;17:6
**deadlines (1)**
36:14
**deal (11)**
5:13;7:14,19,20;9:4,
5,7;10:6;19:16;30:17;
36:10
**dealing (9)**
14:1;19:23;20:8,21,
22,25;22:8;23:22;
28:10
**dealt (1)**
27:22
**debtors (3)**
3:24;21:16;31:16
**decide (1)**
35:4
**decides (2)**
35:18,21
**decision (16)**
16:16;22:6;23:8,17;
25:22;27:6;31:8,20;
33:9,18;34:1,6,20;
35:13;36:20;37:5
**decisions (1)**
32:21
**declaration (2)**
12:21;13:22
**defendant (3)**
27:23,24;33:21

**defense (3)**
25:19;29:7;33:19
**defensive (1)**
14:19
**degree (4)**
19:12,13;20:14,18
**delay (1)**
25:3
**denied (2)**
27:2;28:3
**Dennis (1)**
3:6
**Department (3)**
20:24;21:2,2
**described (1)**
36:16
**Desk (1)**
22:16
**details (2)**
14:4,5
**developed (1)**
20:16
**Diablo (2)**
28:12;30:10
**dial-in (2)**
4:6,8
**die (1)**
29:3
**differ (1)**
15:1
**different (1)**
21:3
**digital (3)**
19:12,13;23:22
**directly (2)**
14:25;16:13
**disabled (1)**
20:5
**disallow (1)**
34:25
**disallowed (1)**
21:23
**discuss (1)**
14:4
**discussing (1)**
29:10
**discussion (2)**
16:4;36:5
**displaced (1)**
19:18
**disregard (1)**
25:18
**disregarded (2)**
25:24;34:2
**district (3)**
5:18;21:3,4
**docket (3)**
4:5;15:24;22:20
**doctor (1)**
27:9
**document (2)**
7:1;13:23
**documentation (2)**

12:21;13:17
**documents (4)**
12:2;19:8;23:10,20
**dollars (1)**
18:17
**done (6)**
14:12,12;15:22;
20:24;26:12;30:3,5;
36:13
**down (6)**
7:2;13:21;20:20;
21:7,10;31:19
**drill (2)**
10:7;11:23
**dropped (1)**
3:14
**drove (2)**
5:16;7:24
**due (1)**
23:7
**dug (1)**
8:18
**duplicative (1)**
18:15

**E**

**easement (8)**
5:15,17;6:10,13,14;
8:7,8;13:18
**economics (1)**
20:16
**eight (1)**
26:21
**either (1)**
36:21
**Eleventh (1)**
32:15
**else (4)**
16:12;24:11;26:7;
29:25
**email (1)**
4:6
**emailed (2)**
4:3,8
**employer (2)**
26:3;31:24
**end (2)**
19:21;36:15
**ended (1)**
19:19
**enforcement (1)**
21:1
**engage (1)**
15:17
**entire (1)**
19:24
**entitled (8)**
11:11,11,13;12:9;
14:13,14;18:13;19:4
**entitlement (1)**
19:4
**equipment (1)**

Case: 19-30088    Doc# 11364    Filed: 10/01/21    Entered: 10/01/21 08:53:53    Page 40
of 46

23:11
**era (1)**
19:12
**Essentially (2)**
21:17;31:18
**establish (1)**
14:11
**estimate (1)**
8:3
**estimated (1)**
9:13
**et (1)**
29:23
**Even (7)**
20:4;22:11;23:24;
24:1,5;27:3;29:23
**everybody (1)**
30:15
**everyone (1)**
37:9
**exactly (2)**
9:6;23:7
**example (1)**
36:17
**except (2)**
23:20;29:1
**exceptions (1)**
36:15
**excluded (1)**
35:6
**excuse (4)**
9:3,11;17:2,14
**executed (1)**
13:18
**exhibit (1)**
4:4
**expect (1)**
34:4
**expenses (3)**
9:12,13;11:4
**explain (4)**
5:10;18:13,19;19:4
**explained (1)**
27:8
**explanation (4)**
5:11;12:22;14:8;
31:4
**expressed (1)**
18:22

**F**

**F3d (2)**
32:10,13
**fact (4)**
14:4,5;21:3;30:8
**facts (5)**
13:24,24;14:9,17,18
**fairly (2)**
31:8;34:21
**familiar (1)**
16:2
**far (2)**

19:7;26:5
**farm (2)**
8:23,23
**favor (2)**
15:2,3
**federal (1)**
28:23
**feet (1)**
6:14
**few (2)**
13:16;18:9
**field (1)**
10:7
**fifteen (1)**
26:9
**fighting (1)**
28:16
**file (19)**
4:4;12:21;15:21;
16:6;17:7;22:11,13,15;
23:19;26:14,22;27:13;
28:7;29:7,17;30:4;
31:2;32:22;34:25
**filed (25)**
5:5,6,10;9:10,10,11;
12:2;15:22;18:15;
21:18;23:16;26:23;
27:13;29:1,8,9,24;30:3,
23,23,25;31:2,6;32:3;
33:4
**filing (2)**
9:2;24:3
**filings (1)**
29:14
**fill (2)**
13:1,16
**final (1)**
34:3
**finally (4)**
26:22;27:13,14;29:8
**find (3)**
9:15;26:20;30:22
**finds (1)**
27:5
**fine (2)**
3:16;25:11
**finish (1)**
20:24
**finished (1)**
32:23
**Finley (59)**
3:18;4:17,22,24,25;
5:3,3,4,13,23,25;6:2,4,
6;7:1,4,8,16,18,21,23;
9:11,14,18,21;10:1,3,6,
15;11:5,7,9,13,15,18,
21,23;12:3,7,10,15,20;
13:1,6,12;14:15;15:6,8,
10;16:9,10,20,22,24;
17:5,7,12,13;24:19
**Finley's (1)**
4:21
**first (6)**

4:19,21;5:14;8:6;
23:20;26:11
**five (3)**
6:14;8:14,22
**folder (2)**
23:25;24:1
**Foley (1)**
27:19
**follow (4)**
14:14;16:7;24:16,24
**following (2)**
20:13;30:13
**Forces (2)**
26:13,24
**forever (1)**
29:3
**form (2)**
9:3;19:11
**forty-acre (1)**
8:14
**forum (1)**
31:25
**forward (1)**
12:17
**found (2)**
18:11;26:11
**four (2)**
6:22;7:4
**FRANCISCO (1)**
3:1
**fraud (7)**
20:22;34:10,14;36:7,
8,11,19
**Fremont (1)**
33:13
**friends (1)**
19:23
**fuel (1)**
30:9
**furnish (2)**
11:24,24
**furnished (1)**
11:25
**further (7)**
12:21;16:4;29:11;
32:19;34:4,7;36:20
**future (4)**
5:18;8:24,25;34:21

**G**

**gal (1)**
19:13
**gather (2)**
13:18;15:4
**gave (1)**
17:10
**generally (1)**
36:14
**gentleman (2)**
7:23;14:1
**gives (1)**
24:1

**giving (2)**
33:15;34:3
**goes (1)**
15:23
**GONSALVES (31)**
17:14,18,18,20,24;
18:1,3,3,7,18,21;19:6;
20:3;21:6,9,11,24;22:1,
7,16,21,24;23:1,4,9,18;
24:7,14,16,18,23
**Gonsalves's (1)**
21:18
**Gonzales (12)**
3:19,20,25;4:12,14,
16;18:2;19:1;21:5,7;
22:2;23:13
**Good (5)**
3:23;4:25;12:13;
17:12;31:14
**grant (1)**
13:18
**grateful (1)**
12:15
**Great (2)**
15:7;19:16
**greenhouses (1)**
8:22
**grief (1)**
19:22
**grinding (2)**
30:7,8
**grow (1)**
8:22
**growers (1)**
10:13
**guess (1)**
35:24
**guided (1)**
18:22
**guy (1)**
7:13
**guys (1)**
10:6

**H**

**handling (1)**
29:23
**happened (5)**
26:4,5;33:25;34:15;
36:11
**hard (2)**
24:12;27:20
**hay (1)**
8:23
**hear (8)**
3:8,9,10,13;4:15;
18:2,3;21:13
**heard (3)**
3:25;4:10;35:6
**hearing (5)**
4:1,7;16:25;35:10;
37:7

**held (1)**
33:25
**help (3)**
9:25;15:17;22:16
**helpful (2)**
13:10;15:17
**helping (3)**
13:15;17:21;22:9
**here's (1)**
11:25
**herself (1)**
4:5
**high-end (3)**
19:12,13;20:14
**hire (1)**
15:16
**history (2)**
25:16;30:12
**Hold (4)**
5:23;6:25;13:15;
17:25
**Honor (19)**
3:11,23;4:20;5:20;
7:12,13;9:3;10:21;
12:13;13:5;16:9;17:2,
5,13,14;21:15;31:14;
32:16;37:8
**Honorable (1)**
3:5
**hoping (1)**
29:3
**huge (1)**
20:22

**I**

**idea (2)**
7:10;8:4
**identifying (1)**
20:22
**identity (1)**
20:21
**illness (3)**
26:12;27:15;29:21
**imagine (1)**
12:23
**impact (1)**
33:18
**impression (1)**
36:2
**incident (1)**
36:16
**inclined (2)**
12:20;13:5
**included (1)**
35:5
**including (2)**
10:17;31:20
**incurred (3)**
9:13,14,16
**indicate (1)**
35:12
**indicated (1)**

4:20
**Indiscernible (3)**
9:18;27:5;32:7
**information (7)**
12:15;13:9;15:4;
21:18;27:2;28:3;34:9
**injuries (1)**
26:2
**injury (1)**
32:5
**innovation (1)**
19:16
**innovator (1)**
20:6
**inside (1)**
23:25
**installed (1)**
14:12
**Institute (2)**
26:13,24
**instruct (1)**
12:20
**instructions (3)**
4:7,9;13:13
**insurance (5)**
28:10,17,22,23;30:1
**interest (2)**
16:15,19
**interested (1)**
36:3
**interference (1)**
27:9
**interject (1)**
21:24
**interrupt (2)**
12:19;31:9
**into (3)**
23:16;25:17;29:25
**invited (1)**
21:9
**invoices (1)**
9:12
**involved (1)**
6:1
**irrigation (6)**
5:18;6:16;8:20,24,
25;10:3
**issue (9)**
19:2,3;22:6;23:16;
25:18;31:7;34:16,20;
36:19
**issues (2)**
10:23;28:10

**J**

**January (1)**
30:25
**job (1)**
35:3
**joining (1)**
10:17
**Judge (7)**

3:8,13,13;22:3;
35:18,21,23
**judges (2)**
32:20;33:2
**June (1)**
27:12

**K**

**keep (3)**
22:10;32:24,24
**keeping (1)**
19:8
**Keller (3)**
3:24;21:16;31:15
**kilobytes (1)**
24:9
**Kim (3)**
3:24;21:16;31:15
**kind (3)**
13:8;17:21;19:12
**knew (1)**
27:14
**knowing (1)**
18:23
**knowledge (1)**
27:25
**known (1)**
14:21

**L**

**Last (4)**
4:2;6:22;7:4;37:6
**law (10)**
21:1;31:20,23;32:8;
34:4,5;35:3,3,6;36:25
**lawyer (11)**
13:14,15;15:16,17;
18:24;25:13,13;26:20;
27:18;29:19;34:11
**lawyers (6)**
5:8;18:24;19:10;
29:20,20,23
**layman (1)**
30:2
**learn (1)**
12:16
**learned (1)**
19:14
**lease (1)**
10:6
**leaving (1)**
26:6
**legal (3)**
34:13,16;35:8
**letter (11)**
5:14,14;6:18,19;
7:23;9:6,7,11;11:4,6;
14:6
**liability (3)**
21:22;31:21;32:5
**liable (2)**

20:1;33:25
**lied (1)**
34:10
**life (1)**
19:24
**limitation (1)**
33:3
**limitations (11)**
25:20;26:1;27:5;
31:3,21,23;32:1,8;
33:16,24;36:12
**line (5)**
6:14;9:15,16;11:3;
29:22
**listening (2)**
24:24;25:10
**little (2)**
15:19;17:10
**log (1)**
17:15
**logged (1)**
4:12
**longer (2)**
24:22;26:5
**look (1)**
24:4
**looked (2)**
9:22;13:17
**looking (5)**
6:25;7:1;12:18;
20:12;24:7
**Lorraine (4)**
3:19,20;4:12;17:18
**lose (3)**
15:14,14;16:1
**loss (1)**
23:12
**lost (4)**
19:23;23:10,11,11
**lot (8)**
12:14;19:22,23,24;
23:10,11;29:5,20
**luck (1)**
17:12
**lucky (1)**
6:9

**M**

**Ma'am (2)**
21:12;25:1
**mail (2)**
15:22;24:13
**main (1)**
10:19
**makes (2)**
18:13;31:6;33:23
**making (4)**
12:23;16:16;26:17;
30:9
**manner (2)**
17:21;27:8
**many (2)**

24:8;29:20
**markers (1)**
20:22
**market (1)**
20:7
**mathematics (1)**
20:15
**matter (13)**
3:6;15:25;16:7,12;
18:6;24:20;30:8;31:7;
33:22;34:18;35:12;
37:4,6
**matters (1)**
4:15
**may (6)**
3:11;7:3;14:24,25;
15:1;21:24
**Maybe (1)**
7:9
**mean (6)**
7:3;8:1;9:25;10:2;
11:22;29:2
**meaning (1)**
19:13
**means (3)**
25:25;30:16;34:19
**measure (2)**
11:10;24:24
**medicals (1)**
27:7
**megabytes (1)**
24:8
**mention (2)**
6:15;33:14
**mentioned (1)**
9:19
**menu (1)**
10:18
**met (1)**
14:3
**meter (8)**
9:15,16,22,24;10:1,3,
9,10
**mid-sentence (1)**
11:1
**might (5)**
15:1,17;16:18,25;
33:25
**mind (1)**
19:12;25:9
**minor-use (1)**
8:18
**minute (3)**
5:22;21:8,12
**minutes (3)**
5:7;18:9;26:10
**misconfigured (1)**
24:4
**misconstrued (1)**
20:8
**missing (1)**
13:16
**modify (1)**

6:18
**modifying (1)**
6:18
**moment (2)**
3:18;4:14
**Monday (1)**
4:6
**money (2)**
8:3,9;15:13;23:11
**Montali (4)**
3:6,8,13,14
**month (1)**
6:11
**months (1)**
26:21
**more (8)**
4:11;14:10;15:4,19;
17:10;29:12;32:6;
35:14
**morning (11)**
3:23;4:7,10;5:1;
12:13;15:3;22:12,15,
16,20;31:14
**motion (2)**
35:17,21
**moved (1)**
19:21
**moving (2)**
14:10;19:21
**much (5)**
12:22;20:24;23:12;
24:25;31:17
**multiple (4)**
21:1;22:9;23:21,23
**must (1)**
18:11
**myself (1)**
6:2

**N**

**name (3)**
5:1;7:3;27:23
**named (3)**
27:23;33:21,22
**names (1)**
27:22
**nature (1)**
18:12
**near (1)**
34:21
**nearer (1)**
23:25
**necessarily (1)**
19:9
**necessary (1)**
35:2
**need (17)**
8:25;13:21,24;14:8;
16:24;18:12,19;19:4;
20:12;22:2;24:21;
25:10,17,18,23;26:8;
35:8

Case: 19-30088    Doc# 11364    Filed: 10/01/21    Entered: 10/01/21 08:53:53    Page 42
of 46

**needs (1)**
14:17
**negotiate (2)**
7:20;16:18
**negotiated (1)**
7:24
**negotiating (1)**
5:23
**networks (1)**
19:24
**new (2)**
8:22;12:15
**next (2)**
6:11;14:5
**nobody (3)**
29:1;30:13,17
**none (1)**
6:15
**note (1)**
14:18
**Noted (1)**
32:17
**novel (1)**
14:2
**nuclear (1)**
36:15
**number (3)**
6:22;7:5;29:10
**numbers (5)**
6:20,22;7:4;12:6;
18:17

**O**

**objection (2)**
5:5;12:17
**objections (1)**
21:20
**obligation (1)**
16:6
**o'clock (1)**
4:7
**October (3)**
15:20;17:6,8
**off (5)**
3:14;12:16;15:25;
20:23;30:15
**offer (1)**
19:16
**offers (1)**
16:13
**omnibus (1)**
21:20
**once (1)**
27:6
**one (18)**
3:18;4:11,19;5:23;
8:7;14:4;16:7,16;
18:16;19:2;22:14;24:1,
7;32:6;35:14;36:7,25;
37:1
**one-page (2)**
9:11;12:16

**one's (1)**
15:12
**only (4)**
8:14;10:19;24:5;
32:3
**oOo- (1)**
3:3
**opening (1)**
29:6
**operate (1)**
6:13
**operation (1)**
11:2
**opinion (1)**
34:11
**opportunity (8)**
5:8,10;31:11;33:15;
34:3,7;36:6,21
**oppose (1)**
16:5
**opposition (3)**
5:9;31:2;36:5
**order (2)**
3:4;22:13
**original (2)**
6:19,24
**originally (2)**
24:2;33:4
**originals (1)**
8:1
**otherwise (2)**
13:3,3
**out (13)**
5:16;9:22;13:8;16:3,
12;17:20;19:7;24:12;
26:12,16,16;27:19;
30:22
**outcome (1)**
35:5
**outset (1)**
33:8
**over (9)**
5:16;8:8,8;12:24;
13:7;21:3;26:25;28:10;
31:1

**P**

**page (4)**
19:2;23:20;24:7;
32:13
**pages (2)**
9:12;27:3
**paid (5)**
11:3,9,11;18:14;19:5
**palettes (1)**
30:9
**papers (1)**
9:19
**Parada (1)**
17:3
**paragraph (2)**
6:12,12

**parents (3)**
5:24;6:8;13:19
**part (1)**
11:4
**participant (1)**
10:18
**participants (1)**
10:16
**participation (1)**
37:4
**party (2)**
28:12;32:1
**pass (1)**
4:14
**passed (1)**
14:1
**past (1)**
26:5
**pathetic (1)**
30:7
**Pathology (1)**
26:13,24
**pay (4)**
10:8,8;11:3;29:25
**penalty (2)**
13:23;14:18
**people (1)**
33:17
**per (1)**
18:25
**perhaps (2)**
13:8;36:15
**period (2)**
15:5;19:21
**perjury (2)**
13:23;14:19
**permit (2)**
8:13,18
**personally (2)**
6:1,2
**persuade (1)**
13:2
**PG&E (32)**
3:6,21;5:9,14,19;
6:15;8:2;9:5,15,16;
10:8;12:25;14:7;16:7;
20:1,1,8,16;21:22;
22:20;26:6,25;27:23,
23;29:24;30:25;31:22;
32:1,3;33:14,24;35:4
**PG&E's (8)**
5:8,11;25:18,23;
29:7;32:5;33:18,20
**phone (3)**
4:2,13;20:23
**pick (1)**
20:12
**picked (1)**
19:11
**picture (1)**
22:17
**pictures (1)**
22:18

**piece (1)**
8:14
**pieces (1)**
13:16
**Pinares (1)**
32:9
**P-I-N-A-R-E-S (1)**
32:9
**playing (1)**
32:24
**please (4)**
5:1;17:17;21:24;
22:1
**plus (3)**
7:6;8:22;30:6
**point (12)**
12:25;23:12;28:6;
29:6;30:20;33:14,14;
34:7,13;35:9;36:18;
37:5
**pole (1)**
9:23
**Police (2)**
20:23;21:2
**polishing (1)**
30:7
**position (1)**
36:10
**possible (1)**
26:5
**power (12)**
5:18,21;7:11;8:10,
12;9:1;10:8;11:3,24,
25;30:3,4
**powerhouses (1)**
28:24
**practically (1)**
22:18
**prefer (1)**
37:1
**preference (1)**
4:18
**prepare (1)**
13:22
**prepared (1)**
12:16
**present (3)**
14:10;17:15;18:1
**preserve (1)**
30:24
**presiding (1)**
3:6;31:1
**press (1)**
10:18
**pressure (1)**
16:16
**pretty (3)**
20:24;23:12;36:12
**prevail (1)**
34:2
**prevent (1)**
33:16
**prevents (1)**

33:24
**Price-Anderson (5)**
28:24;30:14,16;
31:19;32:8
**Prime (2)**
18:22;19:8
**printing (1)**
24:12
**prior (2)**
26:3;36:4
**privately (1)**
15:1
**probabilities (1)**
20:14
**probably (2)**
8:24;15:16
**problem (2)**
24:18,18
**problems (3)**
20:2;13;25:16
**procedures (1)**
16:2
**proceedings (1)**
37:10
**process (3)**
8:21;20:8;35:22
**product (1)**
20:6
**products (1)**
8:23
**profile (1)**
24:2
**proof (5)**
18:14;21:11,18;29:9;
31:2
**proofs (1)**
18:15
**proper (1)**
20:9
**properties (1)**
24:4
**property (2)**
5:16;8:9
**propose (1)**
14:25
**prove (1)**
26:14
**provide (1)**
36:4
**provided (1)**
12:15
**public (2)**
16:25;31:21
**pure (2)**
34:13,16
**put (14)**
6:16;8:2,4,6,15,15,
16;9:15;10:9,10,11;
14:19;15:18,18
**putting (2)**
12:24;13:9

Case: 19-30088    Doc# 11364    Filed: 10/01/21    Entered: 10/01/21 08:53:53    Page 43
of 46

## Q

**quicker (2)**
15:8,10
**quite (1)**
16:2
**quotes (1)**
31:20

## R

**radiation (4)**
26:12;27:14;28:11;
29:21
**ran (1)**
8:12
**ranch (1)**
8:11
**reach (3)**
13:8,8;19:7
**reaches (1)**
16:12
**reaching (1)**
17:20
**reactor (1)**
26:17
**read (4)**
25:22;33:9;36:4,4
**really (1)**
30:14
**reason (1)**
21:23
**reasonable (2)**
15:5;16:18
**reasons (1)**
6:15
**receive (2)**
8:9,10
**received (1)**
27:3
**recess (2)**
3:15;10:25
**reconsider (1)**
36:22
**reconsideration (2)**
32:23;35:21
**record (9)**
5:1;13:7,10;21:15;
27:4;31:14;34:9,25;
35:12
**recorded (3)**
10:19,20;26:18
**recording (1)**
3:14
**recordkeeping (1)**
26:19
**records (1)**
27:1
**recovered (1)**
28:14
**recovering (1)**
28:15

**recovery (1)**
21:22
**reduced (2)**
23:19;24:3
**referred (1)**
8:19
**referring (1)**
7:2
**reflect (1)**
22:4
**regular (1)**
16:7
**relationship (2)**
10:13;14:11
**reorganized (3)**
3:24;21:16;31:15
**repeating (1)**
24:10
**reply (5)**
4:4;12:16;21:19,19;
31:18
**reports (1)**
21:1
**represent (1)**
26:21
**request (2)**
19:11;21:19
**requested (1)**
8:19
**requiring (1)**
12:25
**residence (2)**
19:19,20
**respond (6)**
5:8;13:8,11;21:14;
29:11;33:15
**responded (1)**
22:16
**response (9)**
4:3,5,5;6;12:12,17;
16:6;17:7;25:24;33:20
**responses (1)**
19:8
**review (8)**
13:11;23:3,14,14,15;
29:13,13;34:5
**reviewing (2)**
21:17,21
**right (30)**
3:21;4:11,13,22;6:3;
7:7,7;10:11;12:2;
19:21;20:6,9,16;22:10,
25;23:18;24:8,10,20;
25:1,6,13,15;27:16;
28:8;29:15;32:17;
33:11;34:22;37:8
**rights (1)**
30:24
**river (1)**
8:8
**Robert (1)**
5:3
**rods (1)**

30:9
**role (1)**
13:20
**round (2)**
12:6;18:17
**rule (2)**
15:2,3
**rules (1)**
31:20
**ruling (4)**
29:14;34:19;36:25;
37:1
**run (6)**
5:17;8:15,17,17;
9:25;31:23
**runes (1)**
10:1
**running (3)**
11:2;19:18;22:10
**runs (2)**
10:3;33:13
**Rupp (35)**
3:9,10,21,23,23;4:2,
14,18,20;12:11,13,20;
13:5;14:24;15:24;16:2,
5,11;17:21;18:23;
21:13,14,15;22:5;31:5,
6,12,13,14,15;32:14,
16,18;33:15,23
**Rupp's (1)**
23:6
**rush (1)**
15:13

## S

**Sacramento (2)**
20:23;21:2
**same (6)**
8:13,14;19:2,18;
23:25;27:12
**SAN (1)**
3:1
**saying (5)**
11:25;12:14;14:20;
34:24;35:7
**school (1)**
19:14
**scrutinized (1)**
20:18
**scrutiny (1)**
20:21
**se (1)**
18:25
**second (3)**
5:23;8:7;23:24
**second-to-the-last (1)**
6:12
**Secretary (1)**
20:11
**Security (3)**
6:22;7:5;8:16
**Sega (1)**

29:23
**sending (1)**
24:13
**sense (1)**
30:5
**sent (5)**
4:6,9;7:25,25;34:20
**separate (1)**
4:18
**SEPTEMBER (2)**
3:1;6:10
**serious (1)**
17:16
**session (1)**
3:5
**set (3)**
16:6;20:16;24:2
**seven (1)**
26:21
**several (1)**
9:12
**sheriff's (1)**
21:2
**shortly (1)**
23:17
**shot (1)**
15:15
**show (1)**
13:24
**shows (1)**
13:17
**shut (1)**
20:20
**sic (1)**
3:19
**side (3)**
36:21,25;37:1
**signed (8)**
6:7,8,11,20;7:23,25;
8:1;14:6
**Silkwood (1)**
30:6
**similar (1)**
30:6
**simple (2)**
27:8;36:7
**situated (1)**
23:24
**situation (2)**
19:23,24
**situations (1)**
30:17
**Slow (2)**
21:7,10
**smoothly (1)**
22:10
**so-and-so (1)**
24:8
**Social (3)**
6:22;7:5,6
**solar (3)**
8:15,16,17
**somebody (2)**

16:17;36:13
**someone (6)**
5:24;14:24;16:11,12,
12;25:9
**sometime (1)**
23:7
**soon (2)**
23:7;31:8
**sorry (5)**
25:3;32:12;34:15,15;
35:19
**sort (1)**
16:13
**speak (4)**
5:12;21:13;31:10,12
**SPEAKER (1)**
10:21
**speaking (1)**
17:17
**speaks (2)**
31:10,12
**specific (2)**
19:14,15
**specifically (2)**
6:16;19:9
**spoke (1)**
4:2
**stamped (1)**
6:19
**stand (1)**
37:5
**stands (1)**
35:13
**start (2)**
12:14;13:17
**state (4)**
5:1;20:12;31:20;
32:8
**statement (3)**
12:4;13:19;14:17
**statements (1)**
31:7
**states (1)**
6:13
**stating (1)**
14:18
**statute (11)**
25:19,25;27:4;31:3,
23,25;32:8;33:3,16,24;
36:12
**statutes (1)**
31:20
**stay (2)**
16:24;24:21
**still (6)**
6:6;19:3;25:3,4;27:2,
3
**stop (2)**
3:14;5:22
**stopped (2)**
20:4,5
**struggling (1)**
9:3

Min-U-Script®

Case: 19-30088    Doc# 11364    Filed: 10/01/21    Entered: 10/01/21 08:53:53    Page 44
of 46

eScribers, LLC | (973) 406-2250
operations@escribers.net | www.escribers.net

(6) quicker - struggling

**stuff (1)**
23:23
**submission (1)**
23:5
**submit (2)**
22:7;34:8
**submitted (9)**
19:7;21:20;22:5,5;
23:15;24:20;34:6;
35:13;37:5
**substantiated (1)**
12:24
**such-and-such (1)**
14:3
**sued (1)**
32:2
**suffered (2)**
26:3;29:5
**suggest (1)**
14:20
**suggestion (1)**
16:11
**suit (1)**
29:7
**supposed (5)**
8:10;11:21,23,24;
34:5
**Supreme (1)**
14:17
**sustain (1)**
22:13
**sustained (1)**
19:17
**system (1)**
8:16

**T**

**talk (1)**
13:7
**talking (4)**
11:22;31:3;35:24;
36:17
**teams (1)**
22:9
**Technologies (1)**
32:10
**telling (1)**
24:7
**ten (2)**
5:6;26:9
**tenant (1)**
14:11
**tenants (1)**
10:13
**tenant's (1)**
14:12
**Terminate (1)**
10:24
**testify (1)**
7:14
**thanked (1)**
22:17

**theft (1)**
20:21
**therefore (1)**
33:23
**Thomas (2)**
3:23;31:15
**though (1)**
11:16
**three (2)**
5:20;7:10
**timely (1)**
25:25
**today (6)**
3:22;23:15;29:7;
34:19;36:19;37:7
**today's (1)**
4:1
**together (1)**
7:24
**told (11)**
7:11;26:13,16;29:15,
17;30:4;32:20;33:1,3,
5,8
**toll (1)**
31:25
**Tom (1)**
21:15
**took (3)**
22:17;26:21,25
**total (1)**
12:5
**touch (1)**
14:25
**trade (1)**
19:15
**transferred (2)**
7:10;21:3
**trouble (1)**
3:12
**true (1)**
14:21
**truly (1)**
6:7
**trust (1)**
29:19
**try (4)**
4:4;13:8;15:10;
16:18
**trying (8)**
14:19;16:15,15;
17:15;19:7;20:6;23:9;
24:2
**turn (1)**
26:25
**twelve (2)**
26:25;34:10
**twenty (1)**
10:16
**twenty-five (1)**
8:22
**twenty-one (1)**
28:16
**two (8)**

9:21;15:6,19;17:8;
18:15;19:3;22:9;28:22
**type (1)**
36:16

**U**

**ultimately (1)**
28:11
**under (8)**
13:23;14:18;18:14;
23:6;31:7,19,22;34:18
**underground (1)**
8:9
**underneath (1)**
26:17
**unfortunate (1)**
34:15
**Unfortunately (2)**
36:12;37:2
**UNIDENTIFIED (1)**
10:21
**unit (1)**
32:23
**United (1)**
32:9
**Unless (2)**
25:12;26:14
**up (19)**
4:19;8:14;12:23;
14:10;16:13;18:5;19:8,
11,17,19,21;20:12,16,
24;21:13;24:2,16,24;
30:9
**upload (1)**
22:15
**uploaded (5)**
22:12,20,21;23:1,3
**upon (1)**
31:3;35:6
**use (1)**
22:13
**using (1)**
30:9

**V**

**valid (1)**
18:10
**value (1)**
20:7
**view (2)**
12:8;35:8
**visually (1)**
23:19
**VOICE (1)**
10:16

**W**

**wait (3)**
4:16;21:7,12
**waiting (1)**

20:7
**wants (3)**
16:17;30:17;31:5
**water (2)**
5:18;8:7
**way (6)**
6:19;9:8;15:18;
16:16;23:25;37:2
**Wayne (3)**
6:20;7:18,21
**WEDNESDAY (1)**
3:1
**week (1)**
4:2
**weeks (3)**
15:6,19;17:8
**Weidman (49)**
3:17;4:17;25:2,4,7,
11,14,15;26:10,11;
27:16,18,25;28:2,5,9,
15,19,22;29:15;30:12,
19,21;31:4,9,22;32:2,3,
19,20;33:6,7,8,11;34:8,
17,22,24;35:2,11,14,
17,20,23,24;36:1,7,9;
37:8
**Weidman's (3)**
25:2;31:18,24
**welcome (1)**
16:24
**welding (1)**
30:7
**wells (1)**
6:16
**what's (10)**
9:4;10:12;12:5;
14:12,21;15:5;28:11;
29:1;32:13,25
**Whereupon (3)**
3:15;10:25;37:10
**white (1)**
36:13
**whole (3)**
8:17;19:24;20:8
**win (2)**
15:13;16:17
**wish (5)**
5:7;21:14;29:12;
34:3,7
**withheld (1)**
34:9
**within (2)**
6:14;36:14
**won (1)**
33:2
**word (1)**
36:7
**words (2)**
34:14;36:10
**work (3)**
14:12;16:3;20:3
**worked (2)**
20:4;26:15

**workers (1)**
27:22;31:25;33:18
**Worker's (3)**
25:22;33:22;35:5
**working (3)**
20:4,5;26:17
**works (1)**
25:9
**worth (3)**
15:14;20:7;24:8
**write (2)**
13:21;14:2
**written (3)**
6:20,21;22:6;23:5,8,
17;28:2;31:8;34:20
**wrongly (1)**
36:14
**wrote (1)**
7:9

**Y**

**year (2)**
7:6;33:4
**years (5)**
5:20;7:10;26:25;
28:16;34:10

**1**

**1 (1)**
4:7
**10:53 (1)**
37:10
**100,000-plus (1)**
8:4
**10281 (1)**
29:10
**11th (1)**
32:10
**1254 (2)**
32:10,14
**18th (3)**
15:20;17:6,8
**1991 (3)**
5:20;6:3;13:25

**2**

**2 (1)**
13:25
**2000 (1)**
27:12
**2001 (5)**
26:23;27:13,24;28:7;
33:4
**2019 (1)**
31:1
**2020 (1)**
32:10
**2021 (1)**
3:1
**29 (1)**

3:1

**3**

**300 (1)**
27:3

**4**

**4:47 (1)**
22:12

**5**

**5,148,000 (1)**
18:17
**55,300 (1)**
12:7

**7**

**7:30 (1)**
4:10

**9**

**91 (3)**
5:15;6:9;9:8
**973 (2)**
32:10,12

Case: 19-30088    Doc# 11364    Filed: 10/01/21    Entered: 10/01/21 08:53:53    Page 46
of 46