# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: admin | Date Created: 10/1/2021 |
| Case: 19−30088 | Form ID: TRANSC | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty    Thomas B. Rupp    trupp@kbkllp.com

        TOTAL: 1

**Recipients submitted to the Claims Agent (Prime Clerk):**
cr    Lorraine F. Gonsalves    5747 21st Ave.    Sacramento, CA 95820
cr    Robert Finley    PO Box 549    Templeton, CA 93465−0549
cr    William F. Weidman, III    108 Connolly Rd., #136    P.O. Box 136    Benson, MD 21018

        TOTAL: 3