Signed and Filed: October 4, 2021



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>        Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

<u>ORDER DISALLOWING CLAIMS OF LORRAINE F. GONSALVES</u>

On September 29, 2021, the Court held a telephonic hearing on Debtors' *One Hundred First Omnibus Objection to Claims (Duplicative and Incorrect Debtor Claims)* (Dkt. 11117) and *One Hundred Third Omnibus Objection to Claims (ADR No Liability Claims)* (Dkt. 11123) (collectively, "Objections"), each of which pertains to proofs of claim filed by Ms. Lorraine F. Gonsalves (Claim # 81398 and # 87242). Ms. Gonsalves appeared *in pro se*;

Debtors appeared through counsel.

There is no doubt that Ms. Gonsalves' two proofs of claim are duplicative. Accordingly, the Court will address only the later filed claim, # 87242. Ms. Gonsalves appears to be asserting a claim of $5,148,879.00 against Debtor, PG&E Corporation, for "goods sold, money loaned, lease, services performed, personal injury, and identity theft fraud." The claim purports to be secured by a lien on property although the identification of that property is difficult to determine.

Elsewhere in the body of Ms. Gonsalves' proofs of claim she has checked a box indicating that $148,879.00 pertains to "created product obligation" and asserts priority under 11 U.S.C. S 507(a)(1)(A) or (a)(1)(B). The balance of the claim asserts the amount of $5,000,000.00 under "Other", with a box checked that specifies 11 U.S.C. S 507(a), with any specific subsection crossed out.

In response to these claims, Debtors filed their *Reply in Support of Reorganized Debtors' Omnibus Objections to Claims* (Dkt. 11298). In that document, Debtors addressed both of the claims filed by Ms. Gonsalves. See Dkt. 11298, at p. 6 of 11 and p. 10-11 of 11.

Debtors complain that Ms. Gonsalves did not comply with the Court's September 25, 2020 *Order Approving ADR and Related Procedures for Resolving General Claims* (the "ADR Order") (Dkt. 9148). She did respond with a document titled *Bases On/For Objection To Proof Of Claim Is On-Point-On-Time Lawsuit ADR Allocation For Claim Cased Procedure Filing Time Obscured Due To Time Zone/Calendar Default A Filing Notice Of The*

*Reorganized Debtors' One Hundred Third Omnibus Allowance But Distribution Auruement Affect As To Good Cause Filing And Service Of Response Liability/Concealment/Bad Faith On Improper Matters Of National Economics Key Point* (Dkt. 11298-1).

Thereafter, when Debtors requested information by way of Information Request in accordance with the ADR Order, Ms. Gonsalves responded with a document on the Information Request form that included reference to various documents, none of which provides a meaningful or substantive response to Debtors' objection.

At the hearing on September 29, 2021, the Court asked Ms. Gonsalves to explain the basis of the claim she asserts against Pacific Gas and Electric Company. Her response was rambling, disjointed, and generally incomprehensible. The same is the Court's evaluation of her proofs of claim and the two responses referred to above.

The Court is satisfied that, notwithstanding the substantial amount sought in the duplicate proofs of claim and Ms. Gonsalves' pro se status, she has not come close to asserting a cognizable theory of her claimed damages, nor a basis for determining or even guessing at any potential liability of Debtors from what she has submitted. Despite ample opportunity to do so, Ms. Gonsalves has not sustained her burden of establishing a *prima facie* basis for any allowable claim in either of these Chapter 11 cases.

Accordingly, the Court SUSTAINS Debtors' Objections and DISALLOWS proofs of claim # 81398 and # 87242 in their entirety.

**END OF ORDER**

COURT SERVICE LIST

Lorraine F. Gonsalves
5747 21st Avenue
Sacramento, CA 95820