MORGAN, LEWIS & BOCKIUS LLP
Melissa Y. Boey (SBN 292276)
1400 Page Mill Road
Palo Alto, CA 94304
Tel:　　+1.650.843.4000
Fax:　　+1.650.843.4001
melissa.boey@morganlewis.com

Susan F. DiCicco (*pro hac vice* admission pending)
101 Park Avenue
New York, NY 10178
Tel:　　+1.212.309.6000
Fax:　　+1.212.309.6001
susan.dicicco@morganlewis.com

*Attorneys for the State of Oregon by and through the Oregon Investment Council on behalf of each of the Oregon Public Employees Retirement Fund, Common School Fund, Oregon Short Term Fund and Industrial Accident Fund*

**FILED**
OCT − 4 2021
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (SUSAN F. DICICCO)** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Susan F. DiCicco, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac* basis representing the State of Oregon by and through the Oregon Investment Council on behalf of each of the Oregon Public Employees

Retirement Fund, Common School Fund, Oregon Short Term Fund and Industrial Accident Fund in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above entitled action. The name, address and telephone number of that attorney is:

> Melissa Y. Boey
> **MORGAN, LEWIS & BOCKIUS LLP**
> 1400 Page Mill Road
> Palo Alto, California 94304
> (650) 843-4000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 1, 2021

*Susan F. DiCicco* (signature)

———————————————
Susan F. DiCicco

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK



## Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Maria T. Fasulo, Acting Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Susan Felice Dicicco

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **November 3, 1993**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on September 29, 2021.

*Maria T. Fasulo*

Acting Clerk of the Court

CertID-00033687

Case: 19-30088    Doc# 11369    Filed: 10/04/21    Entered: 10/04/21 13:58:57    Page 3 of 6



**Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201**
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

MARIA T. FASULO
ACTING CLERK OF THE COURT

DARRELL M. JOSEPH
DEPUTY CLERKS

KENNETH BAND
MELISSA KRAKOWSKI
WENDY STYNES
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

*Maria T. Fasulo*

Maria T. Fasulo
Acting Clerk of the Court

Revised August 2021

```
UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30067202 - JB

October 04, 2021
    13:48:56

  PRO HAC VICE FEE
   19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Amount.:              $317.00 CH
Check#.: 1502389


Total-> $317.00


FROM: MORGAN, LEWIS & BOCKIUS LLP
```



ORIGIN ID:HGTA (650) 843-4000
RICHARD JACKSON III

1400 PAGE MILL ROAD

PALO ALTO, CA 94304
UNITED STATES US

SHIP DATE: 01OCT21
ACTWGT: 1.00 LB
CAD: 2711177/INET4400

BILL SENDER

TO **U.S. BANKRUPTCY COURT, NORTHERN**
U.S. BANKRUPTCY COURT, NORTHERN DIS
VENUE
94102



MON - 04 OCT 4:30P
STANDARD OVERNIGHT

TRK# 7748 6447 7543
0201

**WA APCA** 94102
CA-US SFO



 **RECEIVED**
OCT - 4 2021
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA