# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Liliya Kulyk, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On September 23, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via email on Robert Finley at an email address withheld in the interest of privacy:

- Reply in Support of Reorganized Debtors' Omnibus Objections to Claims [Docket No. 11298]

- Declaration of Grant Guerra in Support of Reply in Support of Reorganized Debtors' Omnibus Objections to Claims and in Further Support of Reorganized Debtors' Seventy-Ninth Omnibus Objection to Claims (Finley Claim) [Docket No. 11299]

3. I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 1st day of October 2021, at New York, NY.

                                      */s/ Liliya Kulyk*
                                      Liliya Kulyk