

Signed and Filed: October 5, 2021

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

MORGAN, LEWIS & BOCKIUS LLP
Melissa Y. Boey (SBN 292276)
1400 Page Mill Road
Palo Alto, CA 94304
Tel:  +1.650.843.4000
Fax:  +1.650.843.4001
melissa.boey@morganlewis.com

Susan F. DiCicco *(pro hac vice)*
101 Park Avenue
New York, NY 10178
Tel:  +1.212.309.6000
Fax:  +1.212.309.6001
susan.dicicco@morganlewis.com

*Attorneys for the State of Oregon by and through the Oregon Investment Council on behalf of each of the Oregon Public Employees Retirement Fund, Common School Fund, Oregon Short Term Fund and Industrial Accident Fund*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

Susan F. DiCicco, whose business address and telephone number is:

    Morgan, Lewis & Bockius, LLP
    101 Park Avenue
    New York, NY 10178-0060
    Telephone:  (212) 309-6000

///

1

1 | and who is an active member in good standing of the bar of the State of New York having applied
2 | in the above-entitled action for admission to practice in the Northern District of California on a
3 | *pro hac vice* basis, representing the State of Oregon by and through the Oregon Investment
4 | Council on behalf of each of the Oregon Public Employees Retirement Fund, Common School
5 | Fund, Oregon Short Term Fund and Industrial Accident Fund,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**