# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>- and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Rohany Tejada, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On October 1, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction [Docket No. 11364]

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 6th day of October 2021, at New York, NY.

                                        */s/ Rohany Tejada*
                                        Rohany Tejada

SRF 57031

# Exhibit A

# Exhibit A
Notice Parties Service List
Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|
| Lorraine F. Gonsalves | 5747 21st Ave. | | Sacramento | CA | 95820 | | First Class Mail |
| Robert Finley | PO Box 549 | | Templeton | CA | 93465−0549 | | First Class Mail |
| Thomas B. Rupp | | | | | | trupp@kbkllp.com | Email |
| William F. Weidman, III | 108 Connolly Rd., #136 | P.O. Box 136 | Benson | MD | 21018 | | First Class Mail |

In re: PG&E Corporation, *et al.*
Case No. 19-30088 (DM)

Page 1 of 1