| | |
|---|---|
| 1 | UNITED STATES BANKRUPTCY COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |
| 3 | SAN FRANCISCO DIVISION |

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Rohany Tejada, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On October 4, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Lorraine F. Gonsalves at 5747 21st Avenue, Sacramento, CA 95820:

- Order Disallowing Claims of Lorraine F. Gonsalves [Docket No. 11368]

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 7th day of October 2021, at New York, NY.

*/s/ Rohany Tejada*
Rohany Tejada