KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

LITTLER MENDELSON P.C.
Elisa Nadeau (#199000)
(enadeau@littler.com)
50 West San Fernando Street, 7th Floor
San Jose, CA 95113
Tel: 408 961 7119
Fax: 408 516 8313

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF KATHY LEDBETTER IN SUPPORT OF REORGANIZED DEBTORS' OBJECTION TO CLAIM (CLAIM NO. 58462, FILED OCTOBER 17, 2019, OF SPIRO JANNINGS)**<br><br>**Response Deadline:**<br>**October 26, 2021, 4:00 p.m. (PT)**<br><br>**Hearing Information If Timely Response Made:**<br>Date: November 9, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Tele/Videoconference Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

I, Kathy Ledbetter, hereby declare and state:

1. I am a Labor Relations Manager at Pacific Gas and Electric Company (the "**Utility**"), a position I have held since July 2006. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto. As a Labor Relations Manager, I am familiar with the collective bargaining agreements ("**CBAs**") between International Brotherhood of Electrical Workers, Local 1245 and the Utility, governing the employment of the Utility's fieldpersons, including former employee Spiro Jannings.

2. The CBAs are kept in the regular course of the Utility's business. Attached hereto as **Exhibit A** is a true and correct copy of the CBA with Local 1245 operative at the time of Mr. Jannings' termination on August 27, 2015.

3. The CBA requires just cause for the Utility to terminate employment in section 7.1. The CBA also requires all disputes under the CBA to be resolved through the grievance process and provides a five-step procedure for doing so in section 102.6.

4. As a Labor Relations Manager at the Utility, I have access to union members' grievance files, which are also kept in the regular course of the Utility's business. The grievance documents are created contemporaneously or close in time to the events described therein.

5. I recently reviewed Mr. Jannings' grievance file and determined that the grievance involving his termination on August 27, 2015, which is grievance file number 23334, advanced to Step 4 of the grievance process "Review Committee." The parties (the Union and the Utility) agreed to settle the case at the Review Committee Step. A true and correct copy of the letter containing that agreement is attached hereto as **Exhibit B**. Because the parties settled the grievance, grievance 23334 did not advance to Step 5, Arbitration.

I declare under penalty of perjury under the laws of the United States of America and California that the foregoing is true and correct.

Executed at _____San Jose_____, California, this __5th_ day of October, 2021.

*Kathy Ledbetter*
Kathy Ledbetter

4845-3452-1086.1 / 101443-1005