KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

LITTLER MENDELSON P.C.
Elisa Nadeau (#199000)
(enadeau@littler.com)
50 West San Fernando Street, 7th Floor
San Jose, CA 95113
Tel: 408 961 7119
Fax: 408 516 8313

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF JAMES LEONARD IN SUPPORT OF REORGANIZED DEBTORS' OBJECTION TO CLAIM (CLAIM NO. 58462, FILED OCTOBER 17, 2019, OF SPIRO JANNINGS)**<br><br>**Response Deadline:**<br>**October 26, 2021, 4:00 p.m. (PT)**<br><br>**Hearing Information If Timely Response Made:**<br>Date: November 9, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Tele/Videoconference Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

I, James Leonard, hereby declare and state:

1. I am an Investigator, Expert in the Corporate Security Department of Pacific Gas and Electric Company, a position I have held for ten years. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto.

2. On July 23, 2015, I began an investigation concerning an allegation of disrespectful conduct and a threat of sexual assault made by Fieldperson Spiro Jannings toward his supervisor, who I shall call "Jane Doe" in this declaration out of respect for her privacy and protection.

3. In the course of the investigation, I interviewed six witnesses, including Jane Doe and Mr. Jannings. The investigation substantiated the allegation and determined Mr. Jannings' actions violated the Employee Code of Conduct. Together with my Corporate Security team, I drafted a summary of investigative findings documenting the course of the investigation and our conclusions, a true and correct copy of which is attached hereto as Exhibit A. Exhibit A has been redacted to remove Jane Doe's name.

4. My investigation yielded the below evidence and conclusions:
   - Mr. Jannings had previously used inappropriate language regarding Ms. Doe, such as calling her a bitch and yelling obscenities at her;
   - Mr. Pierce, who hardly knew Mr. Jannings, had no reason to lie and, further, told Ms. Doe about the threat because he genuinely feared for her safety;
   - Other employees observed Mr. Jannings speaking with Mr. Pierce and Mr. Jannings made a statement "They are treating you surveyors like shit" and recalled that Mr. Jannings was "an angry guy" who had been "upset and aggressive" in previous encounters with them; and,
   - Ms. Doe also feared for her own safety and accordingly filed a police report to document the incident.

I declare under penalty of perjury under the laws of the United States of America and California that the foregoing is true and correct.

Executed at WALNUT CREEK, California, this 5 day of October, 2021.

_____
James Leonard

4841-0258-8924.2 / 101443-1005