KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

LITTLER MENDELSON P.C.
Elisa Nadeau (#199000)
(enadeau@littler.com)
50 West San Fernando Street, 7th Floor
San Jose, CA 95113
Tel: 408 961 7119
Fax: 408 516 8313

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **DECLARATION OF ELISA NADEAU IN SUPPORT OF REORGANIZED DEBTORS' OBJECTION TO CLAIM (CLAIM NO. 58462, FILED OCTOBER 17, 2019, OF SPIRO JANNINGS)** <br><br> **Response Deadline:** <br> **October 26, 2021, 4:00 p.m. (PT)** <br><br> **Hearing Information If Timely Response Made:** <br> Date: November 9, 2021 <br> Time: 10:00 a.m. (Pacific Time) <br> Place: (Tele/Videoconference Appearances Only) <br> United States Bankruptcy Court <br> Courtroom 17, 16th Floor <br> San Francisco, CA 94102 |

I, Elisa Nadeau, hereby declare and state:

1. I am the attorney of record for Defendant Pacific Gas & Electric Company in the civil case pending before the Santa Clara County Superior Court, *Jannings v. Pacific Gas and Electric Company*, *erroneously sued as "Pacific Gas & Electric"*, Case No. 17CV315033, and have represented Defendant since Defendant's first appearance in that matter. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto.[1]

2. On January 8, 2019, I took the deposition of Claimant Spiro Jannings. A true and correct copy of excerpts of Mr. Jannings' deposition is attached hereto as **Exhibit A**.

3. After Claimant's deposition on January 8, 2019, Defendant in the civil case was poised to file a summary judgment; however, the civil action was stayed before the motion could be filed, due to the Utility's bankruptcy petition filed on January 29, 2019. As such, Defendant/Utility has never brought the issues raised in this objection before any court at any other time.

4. To my knowledge, Claimant Jannings has never filed a Hybrid Section 301 claim.

5. Attached for the Court's convenience as **Exhibit B** is a true and correct copy of the Proof of Claim filed by Mr. Jannings.

6. During the litigation of the civil case, Mr. Jannings was sanctioned twice by the court in the total amount of $8,160.90, which he still has not paid.

I declare under the penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed at San Jose, California, this 6th day of October, 2021.

*/s/ Elisa Nadeau*
Elisa Nadeau

4851-2644-3262.1 / 101443-1005

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the *Reorganized Debtors' Objection to Claim (Claim No. 58462, Filed October 17, 2019, of Spiro Jannings)*, filed contemporaneously herewith.

LITTLER MENDELSON P.C.
50 W. San Fernando
7th Floor
San Jose, CA 95113.2431
408.998.4150