KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

LITTLER MENDELSON P.C.
Elisa Nadeau (#199000)
(enadeau@littler.com)
50 West San Fernando Street, 7th Floor
San Jose, CA 95113
Tel: 408 961 7119
Fax: 408 516 8313

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REORGANIZED DEBTORS' OBJECTION TO CLAIM (CLAIM NO. 58462, FILED OCTOBER 17, 2019, OF SPIRO JANNINGS)**<br><br>**Response Deadline:**<br>**October 26, 2021, 4:00 p.m. (PT)**<br><br>**Hearing Information If Timely Response Made:**<br>Date: November 9, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Tele/Videoconference Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

TO: (A) THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE; (B) THE OFFICE OF THE UNITED STATES TRUSTEE; (C) THE AFFECTED CLAIMANT[S]; AND (D) OTHER PARTIES ENTITLED TO NOTICE:

The Reorganized Debtors,[1] pursuant to Federal Rule of Evidence 201, hereby request the Court take judicial notice of the following document submitted as evidence in support of the Reorganized Debtors' Objection to the Claim of Spiro Jannings:

Complaint filed by Spiro Jannings in the case "*Jannings v. Pacific Gas and Electric,*" Santa Clara County Superior Court Case No. 17CV315033. *See United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980) (a court may take judicial notice of its own records, as well as the records of other courts in other cases); *Neilson v. Union Bank of Calif., N.A.*, 290 F. Supp. 2d 1101, 1113 (C.D. Cal. 2003) ("Court orders and filings are the type of documents that are properly noticed" under Federal Rule of Evidence 201). A true and correct copy of the Jannings' complaint, but with redactions to omit the name of Jane Doe, Mr. Jannings' supervisor, is attached hereto as **Exhibit A**.

Under Federal Rules of Evidence 201, the Court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(b). The Reorganized Debtors have satisfied this criteria by this Request for Judicial Notice. Accordingly, the Reorganized Debtors respectfully request that the Court take judicial notice of the above-described Complaint submitted as evidence in support of Reorganized Debtors' Objections to the Claim of Spiro Jannings.

Dated: October 6, 2021

**KELLER BENVENUTTI KIM LLP**
**LITTLER MENDELSON P.C.**

By: _____
Elisa Nadeau

*Attorneys for Debtors and Reorganized Debtors*

4833-6568-7550.1 / 101443-1005

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the *Reorganized Debtors' Objection to Claim (Claim No. 58462, Filed October 17, 2019, of Spiro Jannings)*, filed contemporaneously herewith.