Robert Finley
630 El Pomar Dr.
Templeton CA 93465
(805) 610-3885
farmer3922@yhoo.com

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISON

| | |
|---|---|
| PG&E CORPORATION<br><br>-AND-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>DEBTORS | Case No.: 19-30088<br><br>MR FINLEY'S RESPONSE TO<br><br>OMNIBUS OBJECTION<br><br>ROBERT FINLEY (CLAIM NO. 87149) |

.

MR FINLEY'S RESPONSE TO OMNIBUS OBJECTIONROBERT FINLEY (CLAIM NO. 87149) - 1