Early in 1991 Templeton Community Service District (TCSD) contacted me about water. Their geologist had located what he believed to be a different aquifer. This aquifer would different than the one all the wells are pumping.

They wanted to drill a test hole to prove the difference. The test hole was positive we entered negotiations for TCSD to purchase the water.

In August 1991 I was contacted by PG&E. Mr. Wayne Cooper and I met shortly after contact. Mr. Cooper wanted an easement that went across my property in the river ending in the middle of my property boarding El Pomar.

As PG&E had a rocky relationship with me, I said no. I have 250KW and 500KW power lines on towers running through the middle of my 40-acre field. 75KW running along two sides, I said enough. Mr. Cooper assured me that these lines were going to a new substation across El Pomar and should not be intrusive to my property. I explained the only deal I needed from PG&E would be power from El Pomar to a site where a well will be drilled to sell water to TCSD. If that fell through I could use the water to irrigate my best soil. I will not need the power until I drill a well. Mr. Cooper said, "I believe I can make that happen but will be overhead lines". I agreed. Mr. Cooper sent me August 19th letter to sign and return which my parents signed and returned.

In September 1991 the easement was signed and filed. In 2016 we started a minor use permit on the 40-acre field. Same one that has two towers running across. We came out of the permit process in 2020. It was such a painful ordeal we leased the field to another farming group. In the negotiations we came to if they drill the well, I will furnish the power as I have a contract with PG&E to run power to a well at that site.

PLEADING TITLE - 1

I called PG&E to get paperwork started. Their answer sends us $2,500 we will have the site engineered and tell you how much you will pay. I explained I have a contract for free power, answered we will not honor your contract, I went back and forth several times, same answer.

The tenant drilled the well. They asked if the power line would be in? I explained what had gone on. They could not wait they needed the water to irrigate their crop.

The tenant then made a deal with the vineyard owner next door to run from his power. They offered him $10,000.00 if he would do this. The tenant then put a pole on the vineyard property and ran overhead to hook up to well. The tenant called PG&E to put in meter, which they did. Meter # 1010091508 630 El Pomar Dr. The bill attached is their cost for putting in power. They have not given the neighbor the $10,000.00.

As I was to furnish power, they are looking to me for payment. I had not asked PG&E for power before this time as I had no need for power until I leased the entire field. As the permit is for approximately 5 acres. (Minor use permit) The tenant wants to farm the remainder of the field.

When PG&E sent me the BK form, I did not know the cost involved I asked PG&E they wouldn't say so I made claim for $100,000.00

As to the $10,000 for the neighbor I have, nor have they paid him any monies. The money is owed.

Robert Finley

_____

PLEADING TITLE - 2