WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **DECLARATION OF RICHARD W. SLACK IN FURTHER SUPPORT OF REORGANIZED DEBTORS' EIGHTH SECURITIES CLAIMS OMNIBUS OBJECTION (NO BASIS FOR CLAIM – FAILURE TO PROVIDE ANY TRADING INFORMATION)** <br><br> **[Related to Docket No. 10922, 11092]** <br><br> Date: October 19, 2021 <br> Time: 10:00 a.m. (Pacific Time) <br> Place: (Tele/Videoconference Appearances Only) <br> United States Bankruptcy Court <br> Courtroom 17, 16th Floor <br> San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

I, Richard W. Slack, hereby declare as follows:

1. I am a partner at the law firm Weil, Gotshal & Manges LLP, counsel for the debtors and reorganized debtors in the above-captioned action (collectively, the "**Reorganized Debtors**"). I am admitted to this Court *pro hac vice* and respectfully submit this declaration in further support of the *Reorganized Debtors' Eighth Securities Claims Omnibus Objection (No Basis for Claim – Failure to Provide Any Trading Information)*, dated July 14, 2021 [Docket No. 10922].

2. The matters set forth below are of my own personal knowledge or upon information and belief based upon materials, books, and records made available to me. If called upon to testify I could and would competently testify to those facts.

3. Attached as <u>**Exhibit A**</u> is a true and correct copy of Claim No. 105784, submitted by Erik and Rose von Buchau (the "**von Buchaus**") on May 1, 2020.

4. Attached as <u>**Exhibit B**</u> is a true and correct copy of the email exchanges between counsel of the Reorganized Debtors and the von Buchaus, dated between August 10, 2021 and October 4, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: October 12, 2021

    New York, New York

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: */s/ Richard W. Slack*
      Richard W. Slack

*Attorneys for Debtors and Reorganized Debtors*