**Exhibit B**

**Email Exchanges between Counsel of Reorganized Debtors and the von Buchaus**

# Zhang, John

**From:** Nolan, Jack
**Sent:** Monday, October 4, 2021 4:04 PM
**To:** 'rose'
**Cc:** Zhang, John; Friedman, Jon; Cotton-O'Brien, Roy
**Subject:** RE: Von Buchau, Erik & Rose (#105784 - 8th Sec Omni)

Mrs. von Buchau, following up again. Please let me know if you purchased any PG&E shares between April 29, 2015 and November 15, 2018.

Thanks,
Jack

**From:** Nolan, Jack
**Sent:** Tuesday, September 28, 2021 7:42 PM
**To:** rose <rosearmen@gmail.com>
**Cc:** Zhang, John <John.Zhang@weil.com>; Friedman, Jon <Jon.Friedman@weil.com>; Cotton-O'Brien, Roy <roy.cotton-obrien@weil.com>
**Subject:** RE: Von Buchau, Erik & Rose (#105784 - 8th Sec Omni)

Mrs. von Buchau,

Hello again. Please let me know if you purchased any PG&E shares between April 29, 2015 and November 15, 2018.

From your below email, it appears that your husband's grandparents purchased the shares sometime before your wedding in 1992. Please confirm.

Thanks,
Jack

**From:** Nolan, Jack
**Sent:** Wednesday, August 18, 2021 4:51 PM
**To:** 'rose' <rosearmen@gmail.com>
**Cc:** Zhang, John <John.Zhang@weil.com>; Friedman, Jon <Jon.Friedman@weil.com>; Cotton-O'Brien, Roy <roy.cotton-obrien@weil.com>
**Subject:** RE: Von Buchau, Erik & Rose (#105784 - 8th Sec Omni)

Mrs. von Buchau,

I'm not sure I can help you get information from Wells Fargo. But please let me know if you purchased any PG&E shares between April 29, 2015 and November 15, 2018.

Thanks,
Jack

**From:** rose <rosearmen@gmail.com>
**Sent:** Monday, August 16, 2021 9:55 PM

**To:** Nolan, Jack <Jack.Nolan@weil.com>
**Subject:** Re: Von Buchau, Erik & Rose (#105784 - 8th Sec Omni)

Jack,

Thanks for getting back to me. Yes, I need more time to research the Wells Fargo information - what did Wells do with our shares???

Thanks,

Rose

*... "Live by the Golden Rule ..."*

...

On Mon, Aug 16, 2021 at 3:47 PM Nolan, Jack <Jack.Nolan@weil.com> wrote:
> Mrs. von Buchau,
>
> We would like to help you resolve the below issue. Please let us know if there are any questions we can answer.
>
> To allow us more time to resolve this issue, we are going to adjourn the hearing date, which is currently set for August 25. We will mail and email you formal notice of the new hearing date once we have filed it with the Bankruptcy Court.
>
> Regards,
> Jack
>
> -----Original Message-----
> From: Nolan, Jack <Jack.Nolan@weil.com>
> Sent: Thursday, August 12, 2021 9:37 AM
> To: rose <rosearmen@gmail.com>
> Cc: Slack, Richard <richard.slack@weil.com>; Kramer, Kevin <Kevin.Kramer@weil.com>; Schinckel, Tom

<Tom.Schinckel@weil.com>; Green, A.J. <A.J.Green@weil.com>
Subject: Re: Von Buchau, Erik & Rose (#105784 - 8th Sec Omni)

Mrs. von Buchau,

Thank you for your email. Can you help me understand why my conclusion is in error?

I'm happy to answer any questions you have.

Regards,
Jack

> On Aug 12, 2021, at 1:02 AM, rose <rosearmen@gmail.com> wrote:
>
> Jack:
> Your assistance is greatly appreciated. However, your conclusion is in grave error.
> Rose von Buchau
>
>
>
>
> On Wed, Aug 11, 2021, 11:38 AM Nolan, Jack <Jack.Nolan@weil.com<mailto:Jack.Nolan@weil.com>> wrote:
> Mr. and Mrs. von Buchau,
>
> Thank you for your email.  Attached is Claim No. 105784, which you filed against PG&E and is subject to the Reorganized Debtors' Eighth Securities Claims Omnibus Objection (No Basis for Claim – Failure to Provide Any Trading Information) [Dkt. No. 10922] (the "Objection").  As you can see, the proof of claim does not contain any trading data.
>
> If you look on p. 1 of the attached proof of claim, it states that the form is for purchasers of PG&E securities "during the period from April 29, 2015 through November 15, 2018."  Based on your email, it appears that your husband's grandparents purchased the shares sometime before your wedding in 1992.  Therefore, it appears this claim form does not apply to you and you do not have a rescission or damage claim against PG&E.
>
> To be clear, the Objection will not impact your ownership of any shares of PG&E common stock you actually own, and you will not lose any such shares due to the Objection. Please confirm that this explanation resolves any issue you have. Please feel free to contact me with any questions.
>
> Regards,
> Jack
>
>
> From: rose <rosearmen@gmail.com<mailto:rosearmen@gmail.com>>
> Sent: Tuesday, August 10, 2021 2:17 PM
> To: Kulyk, Liliya <Liliya.Kulyk@primeclerk.com<mailto:Liliya.Kulyk@primeclerk.com>>; richard.slack@weil.com<mailto:richard.slack@weil.com>; matthew.goren@weil.com<mailto:matthew.goren@weil.com>; Tobias Keller <tkeller@kbkllp.com<mailto:tkeller@kbkllp.com>>
> Subject: Re: In re PG&E Corporation, et al., Case No. 19-30088-DM, United States Bankruptcy Court for

the Northern District of California (San Francisco Division)
>
> Dear Ms. Kulyk et al,
>
> I keep getting filings from the attorneys saying my claim  (claim No. Original Creditor 87), page 9 of 10, case 19-30088,  Doc# 10922-1, filed 7/14/21 and entered 7/14/21, has NO Basis for Claim.   This is not correct - this is INCORRECT - the basis for the objection is stated as "Failure to Provide Any Trading Information"???
>
> These PG and E shares were a wedding gift in 1992 to me and to my husband Erik D. von Buchau, from his grandparents,  Karl and Gwen von Buchau.  They are both deceased and have been deceased for over 10 years.   When they deeded the shares to us, they explained that the "trading information" was lost/destroyed when they moved to Montague, CA, from LochLomond Harbor in San Rafael, many years ago!
>
> This determination of NO BASIS FOR CLAIM should not be allowed to stand  by the Bankruptcy Court!   I will make a motion or file an affidavit  myself, attesting to the facts above, if I have to, pro per - AS USUAL, PG and E is trying to get away with wrongdoing: what else is new?
>
> Please respond to this email indicating receipt of this information as soon as possible.
>
> Sincerely,
> Rose von Buchau
> Erik von Buchau
> 415-320-5221 (mobile)
>
> CC:  Freitas Law Firm, San Rafael, CA
>
> ... "Live by the Golden Rule ..."
>
>
>
>
>
>
>
>
>
>
>
>
>
>
> ...
>
>
> On Thu, Jan 14, 2021 at 4:35 PM Kulyk, Liliya <Liliya.Kulyk@primeclerk.com<mailto:Liliya.Kulyk@primeclerk.com>> wrote:
>
> Please find below a link to the following important document recently filed in the bankruptcy proceedings of PG&E Corporation, Case No. 19-30088-DM, United States Bankruptcy Court for the Northern District of California (San Francisco Division):
>

4
Case: 19-30088    Doc# 11397-2    Filed: 10/12/21    Entered: 10/12/21 16:55:51    Page 5 of 6

> • Amended Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Eighth Omnibus Objection to Claims (No Liability Claims) (Related document: 8983)<https://restructuring.primeclerk.com/pge/Home-DownloadPDF?id1=MTA5NTczMw==&id2=0> [Docket No. 9295]
>
> For additional information, and to download all documents filed in the Debtors' chapter 11 cases free of charge, please visit https://restructuring.primeclerk.com/pge.
>
>
>
> Quality. Partnership. Expertise. Innovation.
> For more information click here: https://www.primeclerk.com/why-choose-us
>
> [Prime Clerk Twitter]<https://twitter.com/PrimeClerk>[Prime Clerk LinkedIn]<http://www.linkedin.com/company/prime-clerk>
>
> For Prime Clerk's email disclaimer, please click here: http://primeclerk.com/email-disclaimer/
>
> _____
>
> The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com<mailto:postmaster@weil.com>, and destroy the original message. Thank you.

_____

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.