WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **REORGANIZED DEBTORS' REPORT ON RESOLUTION OF EIGHTH SECURITIES CLAIMS OMNIBUS OBJECTION (NO BASIS FOR CLAIM – FAILURE TO PROVIDE ANY TRADING INFORMATION) WITH RESPECT TO CERTAIN CLAIMS** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | [Re: Dkt. Nos. 10922, 11091, 11296]<br>**Regarding Objection Set for Hearing November 9, 2021, at 10:00 a.m. (Pacific Time)** |

# REPORT ON RESOLUTION OF CERTAIN CLAIMS

In advance of the November 9, 2021, 10:00 a.m. omnibus hearing (the "**Hearing**"), PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby report on the resolution of certain Claims which had been subject to the *Reorganized Debtors' Eighth Securities Claims Omnibus Objection (No Basis For Claim – Failure to Provide Any Trading Information)* [Docket No. 10922] (the "**Eighth Securities Claims Omnibus Objection**"). In response to the Eighth Securities Claims Omnibus Objection, the holders of the below Claims have provided the Reorganized Debtors with trading information. Accordingly, the Reorganized Debtors have withdrawn the Eighth Securities Omnibus Objection, without prejudice, with respect to each of the following Claims:

| Docket No. | Claimant | Claim Nos. | Resolution |
|---|---|---|---|
| **Eighth Securities Claims Omnibus Objection** ||||
| Informal | Iowa Health System- Board Designated | 99590 | The Eighth Securities Claims Omnibus Objection has been WITHDRAWN without prejudice with respect to this Claim. The Reorganized Debtors reserve the right to object to this Claim in a future Omnibus Objection on any basis. |
| Informal | Ford Motor Company Defined Benefit Master Trust | 99623 | The Eighth Securities Claims Omnibus Objection has been WITHDRAWN without prejudice with respect to this Claim. The Reorganized Debtors reserve the right to object to this Claim in a future Omnibus Objection on any basis. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Docket No. | Claimant | Claim Nos. | Resolution |
|---|---|---|---|
| Informal | Iowa Health System-Insurance | 99677 | The Eighth Securities Claims Omnibus Objection has been WITHDRAWN without prejudice with respect to this Claim. The Reorganized Debtors reserve the right to object to this Claim in a future Omnibus Objection on any basis. |
| Informal | Iowa Health Systems Pension Fund – Central Iowa Health System | 99685 | The Eighth Securities Claims Omnibus Objection has been WITHDRAWN without prejudice with respect to this Claim. The Reorganized Debtors reserve the right to object to this Claim in a future Omnibus Objection on any basis. |
| Informal | Metropolitan Life Insurance Company | 99777 | The Eighth Securities Claims Omnibus Objection has been WITHDRAWN without prejudice with respect to this Claim. The Reorganized Debtors reserve the right to object to this Claim in a future Omnibus Objection on any basis. |
| Informal | LIQ-Sheet Metal Workers' Local Union No. 80 Pension | 99971 | The Eighth Securities Claims Omnibus Objection has been WITHDRAWN without prejudice with respect to this Claim. The Reorganized Debtors reserve the right to object to this Claim in a future Omnibus Objection on any basis. |

| Docket No. | Claimant | Claim Nos. | Resolution |
|---|---|---|---|
| Informal | Metwest Conservative Unconstrained Bond Fund (Cayman) | 100014 | The Eighth Securities Claims Omnibus Objection has been WITHDRAWN without prejudice with respect to this Claim. The Reorganized Debtors reserve the right to object to this Claim in a future Omnibus Objection on any basis. |
| Informal | Lockheed Martin Corporation Master Retirement Trust | 100085 | The Eighth Securities Claims Omnibus Objection has been WITHDRAWN without prejudice with respect to this Claim. The Reorganized Debtors reserve the right to object to this Claim in a future Omnibus Objection on any basis. |
| Informal | SEI CIT – TCW Long Duration Gov't/Credit Fund | 100333 | The Eighth Securities Claims Omnibus Objection has been WITHDRAWN without prejudice with respect to this Claim. The Reorganized Debtors reserve the right to object to this Claim in a future Omnibus Objection on any basis. |
| Informal | Uniform Retirement System for Judges and Justices | 100447 | The Eighth Securities Claims Omnibus Objection has been WITHDRAWN without prejudice with respect to this Claim. The Reorganized Debtors reserve the right to object to this Claim in a future Omnibus Objection on any basis. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Docket No. | Claimant | Claim Nos. | Resolution |
|---|---|---|---|
| Informal | SIIT Long Duration Credit Fund | 100484 | The Eighth Securities Claims Omnibus Objection has been WITHDRAWN without prejudice with respect to this Claim. The Reorganized Debtors reserve the right to object to this Claim in a future Omnibus Objection on any basis. |
| Informal | SEI CIT – TCW Long Duration Credit Fund | 100506 | The Eighth Securities Claims Omnibus Objection has been WITHDRAWN without prejudice with respect to this Claim. The Reorganized Debtors reserve the right to object to this Claim in a future Omnibus Objection on any basis. |
| Informal | SDG&E Qualified Nuclear Decommissioning Trust Partnership | 100511 | The Eighth Securities Claims Omnibus Objection has been WITHDRAWN without prejudice with respect to this Claim. The Reorganized Debtors reserve the right to object to this Claim in a future Omnibus Objection on any basis. |
| Informal | San Diego City Employees' Retirement System | 100573 | The Eighth Securities Claims Omnibus Objection has been WITHDRAWN without prejudice with respect to this Claim. The Reorganized Debtors reserve the right to object to this Claim in a future Omnibus Objection on any basis. |

| Docket No. | Claimant | Claim Nos. | Resolution |
|---|---|---|---|
| Informal | USD-Unhedged Metwest Conservative Unconstrained Bond Fund | 100625 | The Eighth Securities Claims Omnibus Objection has been WITHDRAWN without prejudice with respect to this Claim. The Reorganized Debtors reserve the right to object to this Claim in a future Omnibus Objection on any basis. |
| Informal | TCW US Credit Gold BM Fund | 100700 | The Eighth Securities Claims Omnibus Objection has been WITHDRAWN without prejudice with respect to this Claim. The Reorganized Debtors reserve the right to object to this Claim in a future Omnibus Objection on any basis. |
| Informal | TCW US Credit Gold Fund | 100859 | The Eighth Securities Claims Omnibus Objection has been WITHDRAWN without prejudice with respect to this Claim. The Reorganized Debtors reserve the right to object to this Claim in a future Omnibus Objection on any basis. |

Dated: October 12, 2021

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**

By: /s/ Richard W. Slack

Richard W. Slack

*Attorneys for Debtors and Reorganized Debtors*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119