WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **REORGANIZED DEBTORS' REPORT ON RESOLUTION OF THIRTEENTH SECURITIES CLAIMS OMNIBUS OBJECTION (CLAIMS BARRED BY THE STATUTE OF REPOSE) WITH RESPECT TO CERTAIN CLAIMS** |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | [Re: Dkt. Nos. 11085, 11302]<br><br>**Regarding Objection Set for Hearing November 9, 2021, at 10:00 a.m. (Pacific Time)** |

# REPORT ON RESOLUTION OF CERTAIN CLAIMS

In advance of the November 9, 2021, 10:00 a.m. omnibus hearing (the "**Hearing**"), PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby report on the resolution of certain Claims in the following securities claims omnibus objection:

| Docket No. | Omnibus Objection |
|---|---|
| 11085 | *Reorganized Debtors' Thirteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose)* (the "**Thirteenth Securities Claims Omnibus Objection**") |

| Docket No. | Claimant | Claim Nos. | Resolution |
|---|---|---|---|
| **Thirteenth Securities Claims Omnibus Objection** | | | |
| 11260 | AmeriTrust Claimants | 107040, 107038, 107039, 104331 | The Thirteenth Securities Claims Omnibus Objection has been WITHDRAWN without prejudice with respect to these Claims. |
| 11277 | Commonwealth Annuity and Life Insurance Company | 100939 | The Thirteenth Securities Claims Omnibus Objection has been WITHDRAWN without prejudice with respect to this Claim. |
| Informal | William Mayer | 98261 | The Thirteenth Securities Claims Omnibus Objection has been WITHDRAWN without prejudice with respect to this Claim. |

| Docket No. | Claimant | Claim Nos. | Resolution |
|---|---|---|---|
| Informal | Larry & Paulette Siedow | 97946 | The Thirteenth Securities Claims Omnibus Objection has been WITHDRAWN without prejudice with respect to this Claim. |
| Informal | Donald S. Terra | 98875 | The Thirteenth Securities Claims Omnibus Objection has been WITHDRAWN without prejudice with respect to this Claim. |

With respect to each of the proofs of claim set forth above (the "**Proofs of Claim**"), the Thirteenth Securities Claims Omnibus Objection objected thereto on the basis that the applicable statute of repose barred claims arising under Section 11 of the Securities Act of 1933 (the "**Securities Act Claims**"). Each of the above claimants responded to the Thirteenth Securities Claims Omnibus Objection, either formally or informally, and arguably purport to assert claims other than Securities Act Claims. They did not deny that the statute of repose was applicable to, and barred, their Securities Act Claims.

Rather than proceeding to seek to expunge only the Securities Act Claims and leave the Proofs of Claim partially denied and partially unresolved at this time, the Reorganized Debtors have withdrawn the Thirteenth Securities Claims Omnibus Objection, without prejudice, with respect to the Proofs of Claim. The Reorganized Debtors currently intend to object to each of the Proofs of Claim. The Reorganized Debtors reserve the right to object to the Proofs of Claim on any basis, including but not limited to that the applicable statute of repose bars some or all of the claims asserted in the Proofs of Claim.

Dated: October 12, 2021

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**

By: */s/ Richard W. Slack*

Richard W. Slack

*Attorneys for Debtors and Reorganized Debtors*