# Exhibit A



Case: 19-30088    Doc# 11408-1    Filed: 10/12/21    Entered: 10/12/21 21:04:00    Page 2 of 2