| | |
|---|---|
| KELLER BENVENUTTI KIM LLP<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>David A. Taylor (#247433)<br>(dtaylor@kbkllp.com)<br>Thomas B. Rupp (#278041)<br>(trupp@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251<br><br>*Attorneys for Debtors and Reorganized Debtors* | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>   - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                      **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF THOMAS B. RUPP IN SUPPORT OF REPLY IN SUPPORT OF REORGANIZED DEBTORS' SEVENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS**<br><br>**[Related to Docket No. 10537]**<br><br>Date: October 19, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Tele/Videoconference Appearances Only)<br>       United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102 |

I, Thomas B. Rupp, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am an attorney with Keller Benvenutti Kim LLP, co-counsel to the Reorganized Debtors in the above-captioned Chapter 11 Cases. I am licensed to practice law in the State of California and admitted to practice before the United States District Court for the Northern District of California. I submit this Declaration in support of the *Reply in Support of Reorganized Debtors' Seventy-Sixth Omnibus Objection to Claims* (the "**Reply**"), filed contemporaneously herewith, and in further support of the *Reorganized Debtors' Seventy-Sixth Omnibus Objection to Claims (No Liability / Passthrough Claims)* [Docket No. 10537] (the "**Omnibus Objection**").[1]

2. If called upon to testify, I would testify competently to the facts set forth in this Declaration. I am authorized to submit this declaration on behalf of the Reorganized Debtors.

3. Attached hereto as **Exhibit A** is a screenshot taken by me on October 11, 2021 of a discussion thread on Quora, located at https://www.quora.com/What-size-concrete-slab-can-hold-90-000-lbs. Certain marked posts in the thread on pages 3 and 4 of the exhibit include language nearly identical to portions of the Alleged Report included by the Greens in their First Response.

4. Attached hereto as **Exhibit B** is the cover page and first page of a paper titled Soil and Structure Vibrations from Construction and Industrial Sources, retrieved by me on October 11, 2021 from https://scholarsmine.mst.edu/cgi/viewcontent.cgi?article=2969&context=icchge. The highlighted section on the first page of the document includes language nearly identical to portions of the Alleged Report included by the Greens in their First Response.

/ / /

/ / /

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Omnibus Objection or the Reply, as applicable.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this 12th day of October, 2021.

                                          */s/ Thomas B. Rupp*
                                          Thomas B. Rupp