ANTONIO ORTIZ
Texas State Bar No. 24074839
SHELBY A. JORDAN
Texas State Bar No. 11016700
**JORDAN & ORTIZ, P.C.**
500 N. Shoreline Blvd., Suite 900
Corpus Christi, Texas 78401
Phone: (361) 884-5678
Fax: (361) 888-5555
Email: aortiz@jhwclaw.com
       sjordan@jhwclaw.com
**Attorneys for A&J Electric Cable Corporation**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E Corporation,<br><br>Debtor. | Case No. 19-30088<br><br>Chapter 11<br><br>**MOTION TO WITHDRAW APPEARANCE** |

A&J Electric Cable Corporation ("A&J"), by and through its undersigned counsel, hereby moved this Court for entry of an Order Withdrawing the Appearance of Antonio Ortiz and Shelby Jordan, as counsel of record for A&J Electric Cable Corporation and removal as counsel from the Court's CM/ECF system service list for the above-referenced action.

Dated: October 13, 2021

                                                       */S/ ANTONIO ORTIZ*
ANTONIO ORTIZ
Texas State Bar No. 24074839
SHELBY A. JORDAN
Texas State Bar No. 11016700
**JORDAN & ORTIZ, P.C.**
500 N. Shoreline Blvd., Suite 900
Corpus Christi, Texas 78401
Phone: (361) 884-5678
Fax: (361) 888-5555
Email: aortiz@jhwclaw.com
       sjordan@jhwclaw.com

**Attorneys for A&J Electric Cable Corporation**

1

Mtn to WD of Atty for A&J Electric.doc

**MOTION TO WITHDRAW APPEARANCE**