# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E Corporation,<br><br>Debtor. | Case No. 19-30088<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION TO WITHDRAW APPEARANCE** |

The Motion to Withdraw Appearance of Antonio Ortiz and Shelby A. Jordan of Jordan & Ortiz, P.C. as counsel of record for A&J Electric Cable Corporation ("A&J"), in the above captioned action, and for removal of Antonio Ortiz and Shelby A. Jordan from the CM/ECF service list for this matter, is hereby GRANTED.

## END OF ORDER ##

1

O Granting Mtn to WD of Atty for A&J Electric.doc

**MOTION TO WITHDRAW APPEARANCE**