Lorena Parada

| | |
|---|---|
| **From:** | Ricky D. Horton <rickydhorton@gmail.com> |
| **Sent:** | Tuesday, October 12, 2021 9:55 AM |
| **To:** | Lorena Parada |
| **Subject:** | PG&E Case No. 19-30088, Claim No. 87111, Confirmation of Court hearing as scheduled for 10:00am October 19, 2021 |

**CAUTION - EXTERNAL:**

To: Calendar Clerk for the Hon. Judge Montali

Please confirm that my hearing is still set on the Calendar to be heard by the Hon. Judge Montali at 10:00am on October 19, 2021.

I followed the guidelines set forth in the Court's and Judge Montali's open calendar procedures and I sent an email on September 7, 2021 to confirm the hearing date and to confirm that in fact I did follow the proper procedures to schedule my hearing.

After the notice of hearing was sent to the Calendar Clerk on September 7, 2021, there has been no response to reschedule.

I also sent a reminder of hearing to Debtor's Council (dkt 11377) on October 5, 2021.

As noted in several docket filings, the Federal Bankruptcy Court retains jurisdiction to resolve disputes regarding the court's orders. The motions I filed are exercising my right to have my motions and controversies regarding the court's orders to be heard at the hearing as properly scheduled for 10:00am on October 19, 2021.

I know there can be no orders granting or denying a motion once the matter is set for a hearing and any such order attempting to take this matter off calendar has no authority. I objected to any previous order attempting to take my hearing off the calendar and/or denying my motion to reconsider the court's order found on Docket 10808 as outlined in Dkt 11074 and related filings thereafter.

Thank you for confirming my guaranteed right to a hearing regarding a controversy regarding the court's order(s) is still set to be heard at 10:00am October 19, 2021.

Ricky-Dean Horton
PG&E Case No 19-30088
Claim No. 87111

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

Case: 19-30088    Doc# 11415    Filed: 10/12/21    Entered: 10/13/21 14:09:05    Page 1 of 2

Case: 19-30088    Doc# 11415    Filed: 10/12/21    Entered: 10/13/21 14:09:05    Page 2 of 2