| | |
|---|---|
| **From:** | Ricky D. Horton <rickydhorton@gmail.com> |
| **Sent:** | Tuesday, October 12, 2021 4:59 PM |
| **To:** | Lorena Parada |
| **Cc:** | Thomas Rupp; Stephen.karotkin@weil.com; Jessica.liou@weil.com; Matthew.goren@weil.com; tkeller@kbkllp.com; Jane Kim; pbenvenutti@kbkllp.com |
| **Subject:** | PG&E Case No 19-30088; LETTER TO THE COURT, form of order opposed, hearing as scheduled for 10:00am Oct 19, 2021 |

**CAUTION - EXTERNAL:**

To Calendar Clerk for Judge Montali, Lorena Parada,
CC to Debtor's Council as seen in the CC email addresses included in this LETTER TO THE COURT.

Please be advised that there has been an E-Order from an anonymous source uploaded to the Court's website which appears to be an illegal attempt to take my hearing off calendar that has been scheduled on Judge Montali's calendar for 10:00am October 19, 2021. Refer to Dkt 11386 dated October 7, 2021. There has been no motion by any party to remove my hearing from Calendar and I do not consent to my hearing being removed as scheduled.

According to file found on the Bankruptcy Court's Website called: *"Practices and Procedures 3-30-21.pdf"* of which file is Titled PRACTICES AND PROCEDURES IN JUDGE MONTALI'S COURT dated March 21, 2021, and on Page 11, Par 2 which states in part *". . . Individual cases may not be discussed with Judge Montali's law clerk or judicial assistant except to inform the court that an ex parte request or a form of order is opposed.*

The anonymous form of order uploaded and found in Dkt 11386 is opposed. It also appears that the docket linked to the illegal e-order is referring to Dkt 11031 which is not a valid docket. Dkt 11031 has been replaced in its entirety by Dkt No. 11074 dated August 18, 2021 and the hearing date corrected with the filing of dkt 11174 dated August 31, 2021.
I have not waived my right to the Court hearing as set for 10:00am on October 19, 2021 and there has been no request by Judge Montali's Calendar Clerk to change the hearing date as originally set for 10:00am on October 19th 2021.

All matters regarding my Motion filed within Dkt no. 11074 may be addressed at the hearing at 10:00am on October 19, 2021 and therefore there will be no violation of anyone's rights on the hearing date as scheduled since both parties will address the controversies regarding the court's orders at that time.

Sincerely,
Ricky-Dean Horton
PG&E Case No. 19-30088/19-30089
Claim No. 87111

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1