Form 410 (19-30088)
Proof of Claim 81398

FILED
OCT 13 2021
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

PG&E CORPORATION
Response Judge Request
Documents.
Orders by Default
ready for Redaction.
Notice of Intent to Request
Redaction.
In re Debtors DM 11
deadlines related to Restriction
SRF 57031
Form TRANSC
Dated 10/04/21
Honorable Dennis Montali