# Exhibit 1

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Greenberg, Todd<br>47 Bolinas Rd Unit B<br>Fairfax, CA 94930 | | **78381** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $209,694.09 | $209,694.09 | Greenberg Claims |
| Greenberg, Todd<br>47 Bolinas Rd Unit B<br>Fairfax, CA 94930 | | **76018** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $299,228.89 | $299,228.89 | Greenberg Claims |
| **Claims To Be Expunged Totals** | | **Count: 2** | | | **$0.00** | **$0.00** | **$0.00** | **$508,922.98** | **$508,922.98** | |