KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

Jennifer L. Dodge (#195321)
LAW OFFICES OF JENNIFER L. DODGE INC.
(jdodgelaw@jenniferdodgelaw.com)
2512 Artesia Blvd., Suite 300D
Redondo Beach, California 90278
Tel: (310) 372.3344
Fax: (310) 861.8044

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF MARK CONDON IN SUPPORT OF REORGANIZED DEBTORS' ONE HUNDRED TENTH OMNIBUS OBJECTION TO CLAIM NOS. 76018 AND 78381 (GREENBERG CLAIMS)**<br><br>**Response Deadline:**<br>**November 9, 2021, 4:00 p.m. (PT)**<br><br>**Hearing Information If Timely Response Made:**<br>Date: November 23, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Tele/Videoconference Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

I, Mark Condon, pursuant to Section 1746 of Title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I have been employed with Pacific Gas and Electric Company ("**PG&E**") since 2013. My current job title is Senior Engineering Estimator. I submit this Declaration in support of the *Reorganized Debtors' One Hundred Tenth Omnibus Objection to Claims (Greenberg Claims)* (the "**Objection**"), filed contemporaneously herewith.

2. Except as otherwise indicated herein, all facts set forth in this Declaration are based upon my personal knowledge and my review of relevant documents and information. If called upon to testify, I would testify competently to the facts set forth in this Declaration. I am authorized to submit this declaration on behalf of the Reorganized Debtors.

3. PG&E oversaw a gas service line retrofit and meter relocation project at 47 Bolinas Road, Fairfax, California (the "**Property**") in 2018 and 2019. The project involved deactivation of a gas line, installation of a new gas line and relocation of the gas meter. The original cost estimate for the project was $39,596. The Property consists of a front cement driveway visible from the street; behind the driveway is a wood deck, and a house is behind the deck, in the configuration set forth below:

|   |   |   |   |
|---|---|---|---|
| STREET | DRIVEWAY | DECK | HOUSE |
|   |   |   |   |

4. The original gas line on the Property was installed in 1935 and later a sewer line was installed above the gas line along the left side of the Property. The new gas service could not be installed in the same location because it would not allow the required three feet of clearance from the sewer line.

5. I discussed various proposals regarding the location of the new gas line with Todd Greenberg ("**Greenberg**"), who held himself out as the owner of the Property. I proposed running the gas service line down the middle of the driveway and then doglegging the line back to the left side of the house where the line was originally located. Greenberg refused to consent to

1 this design because he claimed that a commercial building was going to be constructed on the driveway site; however, no building to date has been constructed in this location.

6. Other options, including relocating the meter to a property line set next to the adjacent building before the redwood trees and the house line running above ground to the tie-in location (which would have avoided any potential conflict with the tree roots), were offered by PG&E but rejected by Greenberg. Finally, the only remaining feasible option was implemented, with the new gas line from the street to the meter installed in an approximately one-foot wide section to the right of the driveway, next to two redwood trees on the Property.

7. The gas line installation from the street to the meter was performed by Teichert Pipelines, a contractor of PG&E, via open hand-dug trenching and completed in August 2018. No portion of Greenberg's driveway was damaged during the trenching work performed by Teichert Pipelines.

8. Images and photographs of the Property prior to any work being performed show that the existing cement driveway was cracked and in poor condition. Attached collectively as **Exhibit A** are (1) a Google image dated May 2011 that I retrieved online and (2) true and correct copies of photographs that I took of the Property prior to any work being performed on the Property by PG&E and/or its contractors and/or subcontractors.

9. The next phase of the project involved installation of the gas house line from the meter to the tie-in location which would run underneath the deck on the Property. Teichert Pipelines was scheduled to perform this work; however, Greenberg refused access to the Property, claiming that PG&E and Teichert did not have permission to proceed because of alleged damage caused by the prior work and alleged failure to obtain required permits regarding survey monuments. Greenberg further threatened that Teichert would be responsible for $100,000 in damages to reconstruct the deck on the Property if it was touched. Teichert terminated its involvement with the project at this time.

10. PG&E spent $3,924 to conduct a monument survey, which was performed on November 21, 2018. Attached hereto as **Exhibit B** are true and correct copies of the Surveyor's Corner Record and Mark Thomas & Co. invoice dated January 3, 2019.

11. Although the original estimate for the gas line retrofit and meter relocation project was $39,596, the actual cost totaled $220,234.38, an increase of more than $180,000 directly attributable to Greenberg's additional demands described above. PG&E footed the bill for these increased costs.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this 12th day of October, 2021.

_____
Mark Condon