# Exhibit A



Case: 19-30088    Doc# 11421-1    Filed: 10/14/21    Entered: 10/14/21 18:18:18    Page 2 of 10















