# Exhibit B

# CORNER RECORD

**Agency Index**
**Document Number** DPW# 18-068
APN 002-122-32 ADJ

Town of __FAIRFAX__        County of __MARIN__, California

**Brief Legal Description**  LOT 41 AS SHOWN UPON THE MAP ENTITLED "MAP NO. 2 PACHECO TRACT" FILED FOR RECORD JUNE 4, 1914 IN BOOK 4 OF MAPS AT PAGE 72, MARIN COUNTY RECORDS.

| CANADA DE HERRERA RANCHO |

## CORNER TYPE

- Government Corner ☐
- Meander ☐
- Rancho ☐
- Control ☐
- Property ☐
- Other ☒

Date of Survey __11/21/2018__

## COORDINATES (Optional)
N. _____  E. _____
Elevation ☐
Units ☐  Metric ☐  U.S. Survey Foot ☒
Horizontal Datum _____
Zone _____  Epoch Date _____
Vertical Datum _____

☐ Complies with Public Resources Code §§8801-8819
☐ Complies with Public Resources Code §§8890-8902

**PLS Act Ref:** ☐ 8765(d)   ☒ 8771   ☐ 8773   ☐ Other: _____

**Corner/Monument:**
- ☒ Left as found
- ☐ Found and tagged
- ☐ Established
- ☐ Reestablished
- ☐ Rebuilt
- ☒ Referenced
- ☒ Pre-Construction
- ☐ Post-Construction

Narrative of corner identified and monument as found, set, reset, replaced, or removed:
☒ See sheet #2 for description(s):

FOUND MONUMENTS (NOT OF RECORD) THAT COULD BE DAMAGED OR DESTROYED BY A PROPOSED GAS LINE CONSTRUCTION PROJECT SPECIFIC TO THE PROPERTY AT 47 BOLINAS ROAD (APN 002-122-33). MONUMENTS WERE REFERENCED AS SHOWN ON PAGE 2 OF 2.

THE PURPOSE OF THIS CORNER RECORD IS TO PRESERVE THE LOCATION OF THE FOUND MONUMENTS (NOT OF RECORD) PRIOR TO TO CONSTRUCTION. NO ATTEMPT WAS OR WILL BE MADE TO DETERMINE THE RELATIONSHIP BETWEEN THE FOUND MONUMENTS AND ANY PROPERTY LINES, RIGHT-OF-WAY LINES, CENTERLINES OR OTHER MONUMENTS.

## SURVEYOR'S STATEMENT

This Corner Record was prepared by me or under my direction in conformance with the Professional Land Surveyors' Act on __DECEMBER 10, 2018__
Signed _____  P.L.S. or R.C.E. No. __8965__

(Seal: LICENSED LAND SURVEYOR — TRAVIS TIMOTHY BOHAN — No. 8965 — STATE OF CALIFORNIA)

## COUNTY SURVEYOR'S STATEMENT

This Corner Record was received __OCTOBER 29, 2018__
and examined and filed __JAN. 30, 2019__
Signed _____  P.L.S. or R.C.E. No. __9292__
Title __DEPUTY C.S.__

(Seal: LICENSED LAND SURVEYOR — JOHN R. SEMERAD — No. 9292 — STATE OF CALIFORNIA)

County Surveyor's Comment _____

Case 19-30088    Doc# 11421-2    Filed: 10/14/21    Entered: 10/14/21 18:18:18    Page 2 of 4





**Mark Thomas & Company, Inc.**
**2290 North First Street, Suite 304**
**San Jose, CA 95131**
**Phone (408) 453-5373 * Fax (408) 453-5390**

Brandon Glantz  January 3, 2019
Pacific Gas & Electric Company  Project No: FN-18104
Fresno Office  Invoice No: 32438
1455 East Shaw Avenue
Mail Code: Bag 23
Fresno, CA  93710

Project  FN-18104  PG&E Distribution Support 2700102166/4400008541
**Professional Services through December 2, 2018**

Phase  189  47 BOLINAS ROAD PM 35020433 - NC - MARIN (EK)

Task  001  Research / Prepare Field Package
**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Sr. Land Surveyor | | | | |
| Kiel, Erik | 12.00 | 162.00 | 1,944.00 | |
| Administrative | | | | |
| Peterson, Jazmina | 1.00 | 65.00 | 65.00 | |
| Totals | 13.00 | | 2,009.00 | |
| **Total Labor** | | | | **2,009.00** |
| | | **Total this Task** | | **$2,009.00** |

Task  002  Estabilish and Control Monument Reference Points
**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Administrative | | | | |
| Peterson, Jazmina | 1.00 | 65.00 | 65.00 | |
| 2 Person Field Crew/Vehicle | | | | |
| Phillips, Jeffery | 6.00 | 240.00 | 1,440.00 | |
| Party Chainman | | | | |
| Kingsley, Kory | 6.00 | | 0.00 | |
| Totals | 13.00 | | 1,505.00 | |
| **Total Labor** | | | | **1,505.00** |
| | | **Total this Task** | | **$1,505.00** |

Task  003  Prepare and Submit Corner Record
**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal Land Surveyor | | | | |
| Bohan, Travis | 2.00 | 205.00 | 410.00 | |
| Totals | 2.00 | | 410.00 | |
| **Total Labor** | | | | **410.00** |
| | | **Total this Task** | | **$410.00** |
| | | **Total this Phase** | | **$3,924.00** |