KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

Jennifer L. Dodge (#195321)
LAW OFFICES OF JENNIFER L. DODGE INC.
(jdodgelaw@jenniferdodgelaw.com)
2512 Artesia Blvd., Suite 300D
Redondo Beach, California 90278
Tel: (310) 372.3344
Fax: (310) 861.8044

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

- and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**DECLARATION OF KENNETH VILLARREAL IN SUPPORT OF REORGANIZED DEBTORS' ONE HUNDRED TENTH OMNIBUS OBJECTION TO CLAIM NOS. 76018 AND 78381 (GREENBERG CLAIMS)**

**Response Deadline:**
**November 9, 2021, 4:00 p.m. (PT)**

**Hearing Information If Timely Response Made:**
Date: November 23, 2021
Time: 10:00 a.m. (Pacific Time)
Place: (Tele/Videoconference Appearances Only)
    United States Bankruptcy Court
    Courtroom 17, 16th Floor
    San Francisco, CA 94102

I, Kenneth Villarreal, pursuant to Section 1746 of Title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I was employed with Gulf Interstate Field Services as a welding inspector in 2018. Gulf Interstate Field Services contracted with Pacific Gas and Electric Company ("**PG&E**") to ensure that work performed by PG&E contractors complied with the applicable rules and regulations. I submit this Declaration in support of the *Reorganized Debtors' One Hundred Tenth Omnibus Objection to Claims (Greenberg Claims)* (the "**Objection**"), filed contemporaneously herewith.

2. Except as otherwise indicated herein, all facts set forth in this Declaration are based upon my personal knowledge and my review of relevant documents and information. If called upon to testify, I would testify competently to the facts set forth in this Declaration. I am authorized to submit this declaration on behalf of the Reorganized Debtors.

3. In August 2018 I visited a job site located at 47 Bolinas Road, Fairfax, California (the "**Property**") to inspect gas line installation work being performed by Teichert Pipelines.

4. I took four photographs in August 2018 of the work being performed by Teichert Pipelines at the Property, true and correct copies of which are attached hereto as **Exhibit A**.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this 12th day of October, 2021.

*Kenneth Villarreal*
Kenneth Villarreal

LAW OFFICES OF
JENNIFER L. DODGE INC.