# Exhibit A





Case: 19-30088    Doc# 11422-1    Filed: 10/14/21    Entered: 10/14/21 18:21:08    Page 3 of 5



Case: 19-30088    Doc# 11422-1    Filed: 10/14/21    Entered: 10/14/21 18:21:08    Page 4 of 5

