# Exhibit A

# Google Maps   47 Bolinas Rd



Image capture: Mar 2020   © 2021 Google

Fairfax, California

 Google

Street View



Case: 19-30088   Doc# 11423-1   Filed: 10/14/21   Entered: 10/14/21 18:28:08   Page 2
of 3

# Google Maps  47 Bolinas Rd



Image capture: Mar 2020 © 2021 Google

Fairfax, California

 Google

Street View



Case: 19-30088    Doc# 11423-1    Filed: 10/14/21    Entered: 10/14/21 18:28:08    Page 3
of 3