# Exhibit B

## Google Maps  44 Bolinas Rd



Image capture: Mar 2021 © 2021 Google

Fairfax, California

 Google

Street View



Case: 19-30088    Doc# 11423-2    Filed: 10/14/21    Entered: 10/14/21 18:28:08    Page 2 of 4
https://www.google.com/maps/place/47+Bolinas+Rd,+Fairfax,+CA+94930/@37.9862714,-122.589331,3a,37.5y,147.49h,71.76t/data=!3m6!1e1!3m4!1sTrAM4zzLSa… 1/1

# 44 Bolinas Rd



Image capture: Mar 2021 © 2021 Google

Fairfax, California

 Google

Street View





Image capture: Mar 2021 © 2021 Google

Fairfax, California

 Google

Street View



Case: 19-30088    Doc# 11423-2    Filed: 10/14/21    Entered: 10/14/21 18:28:08    Page 4
of 4