# Exhibit C

**Pacific Gas and Electric Company®**
U 39    San Francisco, California

**ELECTRIC RULE NO. 16**                                        Sheet 1
SERVICE EXTENSIONS

APPLICABILITY:  This rule is applicable to both (1) PG&E Service Facilities* that extend from PG&E's Distribution Line facilities to the Service Delivery Point, and (2) service related equipment required of Applicant on Applicant's Premises to receive electric service.

A.   GENERAL

1.   DESIGN.  PG&E will be responsible for planning, designing, and engineering its Service Extensions using PG&E's standards for design, materials and construction.  Applicants may elect to use the Applicant Design Option provisions in Rule 15 to design that portion of the new Service Extension normally designed by PG&E.

2.   CONSTRUCTION AND DESIGN SPECIFICATIONS, STANDARDS, TERMS,                    (N)
AND CONDITIONS OF A NEW EXTENSION OF SERVICE PROJECT.

a.   In compliance with Section 783 of the Public Utilities Code, PG&E will apply only those construction and design specifications, standards, terms, and conditions that are applicable to a new extension of service project for the 18 months following the date the application for a new extension of service project is approved.

b.   PG&E may adopt modifications to those construction and design specifications, standards, terms, and conditions applicable to a new extension-of-service project only in accordance with any of the following:

1)   An order or decision of the California Public Utilities Commission (CPUC) or any other state or federal agency with jurisdiction.

2)   A work order issued by PG&E to implement construction or design changes necessitated by a customer-driven scope of work modification.

3)   A material-related design change identified by PG&E to remedy a construction material defect that could pose a risk to public safety.

c.   Approval date of a new extension of service application refers to the earlier of either the effective date of the contract for the extension of electric service or the date when PG&E first invoices the customer for the extension of electric service.  "Invoice" to mean when PG&E presents an offer to the customer for the extension of service in response to an application for an extension of service submitted pursuant to the regulations of the CPUC and applicable specifications of PG&E.                    (N)

(L)
(L)

(Continued)

| Advice | 6006-E | Issued by | Submitted | November 19, 2020 |
|---|---|---|---|---|
| Decision | | **Robert S. Kenney** | Effective | November 19, 2020 |
| | | Vice President, Regulatory Affairs | Resolution | |

Case: 19-30088    Doc# 11423-3    Filed: 10/14/21    Entered: 10/14/21 18:28:08    Page 2 of 25

**ELECTRIC RULE NO. 16**      Sheet 2
SERVICE EXTENSIONS

A.   GENERAL (Cont'd.)            (T)

3.   SERVICE FACILITIES. PG&E's Service Facilities shall consist of (a) primary or secondary underground or overhead service conductors, (b) poles to support overhead service conductors, (c) service transformers, (d) PG&E-owned metering equipment, and (e) other PG&E-owned service related equipment.    (T)/(L) (L) | (L)

4.   OWNERSHIP OF FACILITIES. Service Facilities installed under the provisions of this rule shall be owned, operated, and maintained by PG&E if they are (a) located in the street, road or Franchise Area of PG&E, (b) installed by PG&E under section D.2 below on Applicant's Premises for the purpose of the delivery of electric energy to Applicant, or (c) installed by Applicant under the provisions of this rule, and conveyed to PG&E.    (T)/(L) (L) | | | | (L)

5.   PRIVATE LINES. PG&E shall not be required to connect Service Facilities to or serve any Applicant from electric facilities that are not owned, operated, and maintained by PG&E.    (T)/(L) | (L)

6.   SPECIAL OR ADDED FACILITIES. Any special or added facilities PG&E installs at the request of Applicant, will be installed at Applicant's expense in accordance with Rule 2—Description of Service.    (T)/(L) | (L)

7.   TEMPORARY SERVICE FACILITIES. Service Facilities installed for temporary service or for operations of speculative character or questionable permanency shall be made in accordance with the fundamental installation and ownership provisions of this rule, except that all charges and refunds shall be made under the provisions of Rule 13—Temporary Service.    (T)/(L) (L) | | (L)

(Continued)

Case: 19-30088    Doc# 11423-3    Filed: 10/14/21    Entered: 10/14/21 18:28:08    Page 3 of 25

**Pacific Gas and Electric Company**
San Francisco, California
U 39

**ELECTRIC RULE NO. 16**                    Sheet 3
SERVICE EXTENSIONS

A.  GENERAL (Cont'd.)                                                      (L)

8.  STREET LIGHTS.  Street light services and appurtenant facilities shall be     (T)/(L)
    installed in accordance with the service provisions of the applicable street light    (L)
    schedule.                                                                       (L)

9.  CONTRACTS.  Each Applicant requesting service may be required to execute a     (T)/(L)
    written contract(s) prior to PG&E performing its work to establish service.  Such    (L)
    contract(s) shall be in the form on file with the California Public Utilities         |
    Commission (Commission).                                                        (L)

10. DISTRIBUTION LINE EXTENSIONS.  Whenever PG&E's distribution system is     (T)/(L)
    not complete to the point designated by PG&E where the Service Extension is to    (L)
    be connected to PG&E's distribution system, the extension of Distribution Line      |
    facilities will be installed in accordance with Rule 15—Distribution Line           |
    Extensions.                                                                     (L)

11. RIGHTS-OF-WAY.  Rights-of-way or easements maybe required by PG&E to     (T)/(L)
    install Service Facilities on Applicant's property to serve only Applicant.           (L)

    a.  SERVICE FACILITIES.  If the Service Facilities must cross property owned      |
        by a third party to serve Applicant, PG&E may, at its option, install such      |
        Service Facilities after appropriate rights-of-way or easements, satisfactory    |
        to PG&E, are obtained without cost to PG&E; or                               |

    b.  DISTRIBUTION LINE EXTENSIONS.  If PG&E's facilities installed on            |
        Applicant's property, or third-party property, will be or are designed to serve   |
        adjacent property, then PG&E may, at its option, install its facilities under      |
        Rule 15, after appropriate rights-of-way or easements, satisfactory to PG&E,     |
        are obtained without cost to PG&E.                                           |

    c.  CLEARANCES.  Any necessary rights-of-way or easements for PG&E's          |
        facilities shall have provisions to maintain legal clearances from adjacent        |
        structures.                                                                 (L)

(Continued)

| *Advice* | 6006-E | *Issued by* | *Submitted* | November 19, 2020 |
|---|---|---|---|---|
| *Decision* | | **Robert S. Kenney** | *Effective* | November 19, 2020 |
| | | *Vice President, Regulatory Affairs* | *Resolution* | |

Case: 19-30088    Doc# 11423-3    Filed: 10/14/21    Entered: 10/14/21 18:28:08    Page 4
of 25

| | | Revised | *Cal. P.U.C. Sheet No.* | 47822-E |
|---|---|---|---|---|
| | *Cancelling* Revised | *Cal. P.U.C. Sheet No.* | 31439-E |

PG&E
U 39    San Francisco, California

**ELECTRIC RULE NO. 16**                    Sheet 4
SERVICE EXTENSIONS

A.  GENERAL (Cont'd.)                                                (L)

12.  ACCESS TO APPLICANT'S PREMISES.  PG&E shall at all times have the right      (T)/(L)
to enter and leave Applicant's Premises for any purpose connected with the        (L)
furnishing of electric service (meter reading, inspection, testing, routine repairs,
replacement, maintenance, vegetation management, emergency work, etc.) and
the exercise of any and all rights secured to it by law, or under PG&E's tariff
schedules.  These rights include, but are not limited to,

a.  The use of a PG&E-approved locking device, if Applicant desires to prevent
unauthorized access to PG&E's facilities;

b.  Safe and ready access for PG&E personnel free from unrestrained animals;

c.  Unobstructed ready access for PG&E's vehicles and equipment to install,
remove, repair, or maintain its facilities; and

d.  Removal of any and all of its property installed on Applicant's Premises after
the termination of service.                                          (L)

13.  SERVICE CONNECTIONS.  Only personnel duly authorized by PG&E are        (T)/(L)
allowed to connect or disconnect service conductors to or from PG&E's         (L)
Distribution Lines, remove PG&E-owned service facilities and equipment, or
perform any work upon PG&E-owned existing facilities.

B.  METERING FACILITIES

1.  GENERAL

a.  METER ALL USAGE.  Delivery of all electric power and energy will be
metered, unless otherwise provided for by PG&E's tariff schedules or by
other applicable laws.

b.  METER LOCATION.  All meters and associated metering equipment shall be
located at some protected location on Applicant's Premises as approved by
PG&E.

c.  Meter ownership—If the customer elects direct access service, see Rule 22
for meter ownership option.                                          (L)

(Continued)

| *Advice* | 6006-E | *Issued by* | *Submitted* | November 19, 2020 |
|---|---|---|---|---|
| *Decision* | | **Robert S. Kenney** | *Effective* | November 19, 2020 |
| | | *Vice President, Regulatory Affairs* | *Resolution* | |

Case: 19-30088    Doc# 11423-3    Filed: 10/14/21    Entered: 10/14/21 18:28:08    Page 5
of 25

**Pacific Gas and Electric Company®**
U 39    San Francisco, California

**ELECTRIC RULE NO. 16**         Sheet 5
SERVICE EXTENSIONS

B.   METERING FACILITIES (Cont'd.)                (L)

   2.   NUMBER OF METERS. Normally only one meter will be installed for a single-family residence or a single non-residential enterprise on a single Premises, except:

      a.   When otherwise required or allowed under PG&E's tariff schedules;

      b.   At the option of and as determined by PG&E, for its operating convenience, consistent with its engineering design; or,

      c.   When required by law or local ordinance;

      d.   When additional services are granted by PG&E.

      A single meter is required for each single enterprise operating in one building or group of buildings or other development on a single Premises such as, but not limited to, a commercial business, school campus, industrial manufacturer or recreational vehicle park, unless otherwise approved by PG&E. See Rule 18—Supply to Separate Premises and Submetering of Electric Energy for more information.

   3.   MULTIPLE OCCUPANCY. In a building with two or more tenants, or where more than one meter is used on the same Premises, the meters normally shall be grouped at one central location, or as otherwise specified by PG&E, and each meter position or socket shall be clearly and permanently marked by Applicant, customer, or owner of the Premises to indicate the particular unit, occupancy, or load supplied by it.

      a.   RESIDENTIAL. For revenue billing, electric service shall be individually metered to every residential unit in a residential building or group of buildings or other development with multiple tenants such as, but not limited to, apartment buildings, mobile home parks, etc., except as may be specified in Rule 18 and applicable rate schedules.    (L)

(Continued)

| Advice | 6006-E | Issued by | Submitted | November 19, 2020 |
| Decision | | **Robert S. Kenney** | Effective | November 19, 2020 |
| | | Vice President, Regulatory Affairs | Resolution | |

Case: 19-30088   Doc# 11423-3   Filed: 10/14/21   Entered: 10/14/21 18:28:08   Page 6 of 25

**Pacific Gas and Electric Company®**

U 39    San Francisco, California

**ELECTRIC RULE NO. 16**                                        Sheet 6
SERVICE EXTENSIONS

B.   **METERING FACILITIES (Cont'd.)**                                                    (L)

   3.   **MULTIPLE OCCUPANCY (Cont'd.)**

      b.   **NON-RESIDENTIAL.**  For revenue billing electric service shall be individually
           metered to each tenant in a non-residential building or group of buildings or
           other development on a single Premises with multiple tenants or enterprises
           (such as, but not limited to, an office building or shopping center complex).
           Alternative metering arrangements as determined by PG&E may be allowed
           only as specified in Rule 18 and applicable rate schedules.

C.   **SERVICE EXTENSIONS**

   1.   **GENERAL LOCATION.**  The location of the Service Extension facilities shall
        extend:

      a.   **FRANCHISE AREA.**  From the point of connection at the Distribution Line to
           Applicant's nearest property line abutting upon any street, highway, road, or
           right-of-way, along which it already has, or will install distribution facilities;
           and,

      b.   **PRIVATE PROPERTY.**  On private property, along the shortest, most
           practical and available route (clear of obstructions) as necessary to reach a
           Service Delivery Point designated by PG&E.

   2.   **NUMBER OF SERVICE EXTENSIONS.**  PG&E will not normally provide more
        than one Service Extension, including associated facilities, either overhead or
        underground for any one building or group of buildings, for a single enterprise on
        a single Premises, except:

      a.   **TARIFF SCHEDULES.**  Where otherwise allowed or required under PG&E's
           tariff schedules; or,

      b.   **PG&E CONVENIENCE.**  At the option of and as determined by PG&E, for its
           operating convenience, consistent with its engineering design for different
           voltage and phase classification, or when replacing an existing service; or,     (L)

(Continued)

| *Advice* | 6006-E | *Issued by* | *Submitted* | November 19, 2020 |
|---|---|---|---|---|
| *Decision* | | **Robert S. Kenney** | *Effective* | November 19, 2020 |
| | | *Vice President, Regulatory Affairs* | *Resolution* | |

Case: 19-30088    Doc# 11423-3    Filed: 10/14/21    Entered: 10/14/21 18:28:08    Page 7
of 25

**Pacific Gas and Electric Company®**

U 39   San Francisco, California

**ELECTRIC RULE NO. 16**      Sheet 7
SERVICE EXTENSIONS

C.   SERVICE LATERAL FACILITIES (Cont'd.)      (L)

     2.   NUMBER OF SERVICE LATERALS (Cont'd.)

         c.   ORDINANCE. Where required by ordinance or other applicable law, for such things as fire pumps, fire alarm systems, etc.

         d.   OTHER. PG&E may charge for additional services provided under this paragraph, as special or added facilities.

     3.   UNDERGROUND INSTALLATIONS. Underground Service Extensions will be installed:

         a.   UNDERGROUND REQUIRED. Underground Service Extensions (1) shall be installed where required to comply with applicable tariff schedules, laws, ordinances, or similar requirements of governmental authorities having jurisdiction, and (2) may be necessary as determined by PG&E where Applicant's load requires a separate transformer installation of 75 kVa or greater.

         b.   UNDERGROUND OPTIONAL. An underground Service Extension may be installed in an area where it is not otherwise required and when requested by Applicant and agreed upon by PG&E.

         c.   Beginning January 1, 2021, PG&E will no longer accept requests under the Special Facilities provision of Rule 2, Section I, for underground distribution systems that call for specified pieces of electrical equipment to be installed in below-ground structures in circumstances where it is technically feasible to install the equipment above ground. Such requests will no longer be accepted for situations indicated in C.3.c.i, C.3.c.ii, and with certain exceptions C.3.c.iii, below. However, all requests which call for below ground installations that are received by PG&E prior to January 1, 2021 will be "grandfathered" and not subject to the provisions of this Rule section. These grandfathered requests must be approved by PG&E for construction by April 1, 2021 and installed by April 1, 2022.      (L)

(Continued)

| *Advice* | 6006-E | *Issued by* | *Submitted* | November 19, 2020 |
|---|---|---|---|---|
| *Decision* | | **Robert S. Kenney** | *Effective* | November 19, 2020 |
| | | *Vice President, Regulatory Affairs* | *Resolution* | |

Case: 19-30088    Doc# 11423-3    Filed: 10/14/21    Entered: 10/14/21 18:28:08    Page 8 of 25

| | Revised | *Cal. P.U.C. Sheet No.* | 47826-E |
|---|---|---|---|
| *Cancelling* Revised | | *Cal. P.U.C. Sheet No.* | 45453-E |

**Pacific Gas and Electric Company®**
U 39   San Francisco, California

**ELECTRIC RULE NO. 16**                    Sheet 8
SERVICE EXTENSIONS

C.   SERVICE LATERAL FACILITIES (Cont'd.)                                          (L)

   3.   UNDERGROUND INSTALLATIONS.  Underground Service Extensions will be installed:

      c.   (cont'd)

         i. New construction on any property except public property and public rights-of-way;

         ii. Circumstances in which capacity upgrades, conversions, and relocations are required due to customer-driven renovations of existing structures or other building activities on any property except public property and public rights of way resulting in a change of use or occupancy as defined in state or local law;

         iii. Except for situations on a case-by-case basis in which the local authority and PG&E agree to locate Equipment above ground because the above-ground location is technically feasible for the installation.

      For purposes of this provision, specified pieces of equipment include all primary voltage from 4 kV to 35 kV electrical distribution system equipment (Equipment), including, but not limited to, transformers, switches and fuses, capacitors, and junction bars.

      "Technically feasible" means that enough space is, or can be made, available above ground for the electrical distribution Equipment needed for PG&E to serve customers and that other requirements, such as obtaining the required permits, are met. The required space is defined by existing design standards within the operation and maintenance requirements that are in compliance with applicable safety codes and regulations such as CPUC General Order 128.

      Where PG&E has existing primary voltage distribution equipment installed in below ground structures, the equipment will continue to be operated and maintained below ground. However, in accordance with Section C.3.c.iii., above, where existing below-ground Equipment must be modified by PG&E, above-ground retrofits shall only occur in circumstances in which capacity upgrades, conversions, and relocations are required due to customer-driven renovations of existing structures or other building activities resulting in a change of use or occupancy as defined in state or local law; or when agreed to by the local authority and PG&E on a case-by-case basis.                           (L)

(Continued)

| *Advice* | 6006-E | *Issued by* | *Submitted* | November 19, 2020 |
|---|---|---|---|---|
| *Decision* | | **Robert S. Kenney** | *Effective* | November 19, 2020 |
| | | *Vice President, Regulatory Affairs* | *Resolution* | |

Case: 19-30088   Doc# 11423-3   Filed: 10/14/21   Entered: 10/14/21 18:28:08   Page 9 of 25

| | | Revised | Cal. P.U.C. Sheet No. | 47827-E |
|---|---|---|---|---|
| | *Cancelling* Revised | | Cal. P.U.C. Sheet No. | 45454-E |

**Pacific Gas and Electric Company**®
San Francisco, California
U 39

**ELECTRIC RULE NO. 16**          Sheet 9
SERVICE EXTENSIONS

C.  SERVICE LATERAL FACILITIES (Cont'd.)                                (L)

    3.  UNDERGROUND INSTALLATIONS (cont'd)

        c.  (cont'd)

Design and installation of any above-ground Equipment shall comply with the typical installations depicted in PG&E's Electric Design Manual, as well as land use laws, including local ordinances respecting matters of public health, safety and convenience, that are of general applicability to above-ground utility structures regardless of ownership, to the extent the same would not directly or effectively require the Equipment to be located underground.

When modifying existing Equipment installed in the above-ground public rights-of-way, PG&E shall comply with local ordinances respecting matters of public health and safety and convenience, to the extent that the same are of general applicability to other utility and public works structures or equipment, regardless of ownership, installed in the public rights-of-way do not directly or effectively require the Equipment to be located underground, or otherwise conflict with the design standards contained in PG&E's Electric Design Manual and similar documents.

    4.  OVERHEAD INSTALLATIONS.  Overhead Service Extensions are permitted except under the circumstances specified in section C.3.a above.

    5.  UNUSUAL SITE CONDITIONS.  In cases where Applicant's building is located a considerable distance from the available Distribution Line or where there is an obstruction or other deterrent obstacle or hazard such as plowed land, ditches, or inaccessible security areas between PG&E's Distribution Line and Applicant's building or facility to be served that would prevent PG&E from prudently installing, owning, and maintaining its Service Facilities, PG&E may at its discretion, waive the normal Service Delivery Point location.  In such cases, the Service Delivery Point will be at such other location on Applicant's property as may be mutually agreed upon; or, alternatively, the Service Delivery Point may be located at or near Applicant's property line as close as practical to the available Distribution Line.          (L)

(Continued)

| | | | |
|---|---|---|---|
| *Advice* | 6006-E | *Issued by* | *Submitted* November 19, 2020 |
| *Decision* | | **Robert S. Kenney** | *Effective* November 19, 2020 |
| | | *Vice President, Regulatory Affairs* | *Resolution* |

Case: 19-30088    Doc# 11423-3    Filed: 10/14/21    Entered: 10/14/21 18:28:08    Page
10 of 25

**Pacific Gas and Electric Company**®
San Francisco, California
U 39

| | Revised | Cal. P.U.C. Sheet No. | 47828-E |
|---|---|---|---|
| Cancelling | Revised | Cal. P.U.C. Sheet No. | 45455-E |

**ELECTRIC RULE NO. 16**                    Sheet 10
SERVICE EXTENSIONS

D. RESPONSIBILITIES FOR NEW SERVICE EXTENSIONS                    (L)

    1.    APPLICANT RESPONSIBILITY.  In accordance with PG&E's design, specifications, and requirements for the installation of Service Extensions, subject to PG&E's inspection and approval, Applicant is responsible for:

        a.    SERVICE LATERAL FACILITIES.

            1)    CLEAR ROUTE.  Providing (or paying for) a route on any private property that is clear of obstructions which would inhibit the construction of either underground or overhead Service Extensions.

            2)    EXCAVATION.  All necessary trenching, backfilling, and other digging as required including permit fees.

            3)    CONDUIT AND SUBSTRUCTURES.

                a)    Furnishing, installing, owning, and maintaining all Conduits (including pull wires) and Substructures on Applicant's Premises.

                b)    Installing (or paying for) any Conduits and Substructures in PG&E's Franchise Area (or rights-of-way, if applicable) as necessary to install the Service Extension.

                c)    Conveying ownership to PG&E upon its acceptance of those Conduits and Substructures not on Applicant's Premises.

            4)    PROTECTIVE STRUCTURES.  Furnishing, installing, owning, and maintaining all necessary Protective Structures as specified by PG&E for PG&E's facilities on Applicant's Premises.                    (L)

(Continued)

| Advice | 6006-E | Issued by | Submitted | November 19, 2020 |
|---|---|---|---|---|
| Decision | | **Robert S. Kenney** | Effective | November 19, 2020 |
| | | Vice President, Regulatory Affairs | Resolution | |

Case: 19-30088    Doc# 11423-3    Filed: 10/14/21    Entered: 10/14/21 18:28:08    Page 11 of 25

| | Revised | *Cal. P.U.C. Sheet No.* | 47829-E |
|---|---|---|---|
| *Cancelling* Revised | | *Cal. P.U.C. Sheet No.* | 45456-E |

**Pacific Gas and Electric Company®**

U 39   San Francisco, California

**ELECTRIC RULE NO. 16**                    Sheet 11
SERVICE EXTENSIONS

D.   RESPONSIBILITIES FOR NEW SERVICE EXTENSIONS (Cont'd.)                 (L)

　　1.   APPLICANT RESPONSIBILITY (Cont'd.)

　　　　b.   APPLICANT'S FACILITY DESIGN AND OPERATION.  Applicant shall be
　　　　　　 solely responsible to plan, design, install, own, maintain, and operate
　　　　　　 facilities and equipment beyond the Service Delivery Point (except for
　　　　　　 PG&E-owned metering facilities) in order to properly receive and utilize the
　　　　　　 type of electric service available from PG&E.  Refer to Rule 2 for a
　　　　　　 description, among other things, of:

　　　　　　 1)   Available service delivery voltages and the technical requirements and
　　　　　　　　　conditions to qualify for them,

　　　　　　 2)   Customer utilization voltages,

　　　　　　 3)   Load balancing requirements,

　　　　　　 4)   Requirements for installing electrical protective devices,

　　　　　　 5)   Loads that may cause service interference to others, and

　　　　　　 6)   Motor starting limitations.

　　　　c.   REQUIRED SERVICE EQUIPMENT.  Applicant shall, at its sole liability, risk,
　　　　　　 and expense, be responsible to furnish, install, own, maintain, inspect, and
　　　　　　 keep in good and safe condition, all facilities of any kind or character on
　　　　　　 Applicant's Premises that are not the responsibility of PG&E but are required
　　　　　　 by PG&E for Applicant to receive service.  Such facilities shall include but
　　　　　　 are not limited to the overhead or underground termination equipment,
　　　　　　 Conduits, service entrance conductors from the Service Delivery Point to the
　　　　　　 location of PG&E's metering facilities, connectors, meter sockets, meter and
　　　　　　 instrument transformer housing, service switches, circuit breakers, fuses,
　　　　　　 relays, wireways, metered conductors, machinery and apparatus of any kind
　　　　　　 or character.  Detailed information on PG&E's service equipment
　　　　　　 requirements will be furnished by PG&E.                                  (L)

(Continued)

| *Advice* | 6006-E | *Issued by* | *Submitted* | November 19, 2020 |
|---|---|---|---|---|
| *Decision* | | **Robert S. Kenney** | *Effective* | November 19, 2020 |
| | | *Vice President, Regulatory Affairs* | *Resolution* | |

Case: 19-30088   Doc# 11423-3   Filed: 10/14/21   Entered: 10/14/21 18:28:08   Page
12 of 25

| | | Revised | Cal. P.U.C. Sheet No. | 47830-E |
|---|---|---|---|---|
| | Cancelling | Revised | Cal. P.U.C. Sheet No. | 45457-E |

**Pacific Gas and Electric Company®**

U 39  San Francisco, California

**ELECTRIC RULE NO. 16**                           Sheet 12
SERVICE EXTENSIONS

D.  RESPONSIBILITIES FOR NEW SERVICE EXTENSIONS (Cont'd.)                    (L)

   1.  APPLICANT RESPONSIBILITY (Cont'd.)

      d.  COORDINATION OF ELECTRICAL PROTECTIVE DEVICES.  When, as
          determined by PG&E, Applicant's load is of sufficient size as to require
          coordination of response time characteristics between Applicant's electrical
          protective devices (circuit breakers, fuses, relays, etc.) and those of PG&E, it
          shall be Applicant's responsibility to provide such coordination in accordance
          with Rule 2.

      e.  LIABILITY.  PG&E shall incur no liability whatsoever, for any damage, loss or
          injury occasioned by:

          1)  Applicant-owned equipment or Applicant's transmission and delivery of
              energy; or,

          2)  The negligence, omission of proper protective devices, want of proper
              care, or wrongful act of Applicant, or any agents, employees, or
              licensees of Applicant, on the part of Applicant in installing, maintaining,
              using, operating, or interfering with any such conductors, lines,
              machinery, or apparatus.

      f.  FACILITY TAMPERING.  Applicant shall provide a suitable means
          acceptable to PG&E for placing its seals on meter rings and covers of
          service enclosures and instrument transformer enclosures which protect
          unmetered energized conductors installed by Applicant.  All PG&E-owned
          meters and enclosure covers will be sealed only by PG&E's authorized
          employees and such seals shall be broken only by PG&E's authorized
          employees.  However, in an emergency, PG&E may allow a public authority
          or other appropriate party to break the seal.  Any unauthorized tampering
          with PG&E-owned seals or connection of Applicant-owned facilities to
          unmetered conductors at any time is prohibited and is subject to the
          provisions of Rule 11—Discontinuance and Restoration of Service for
          unauthorized use.                                                  (L)

                                                                    (Continued)

| Advice | 6006-E | Issued by | Submitted | November 19, 2020 |
|---|---|---|---|---|
| Decision | | **Robert S. Kenney** | Effective | November 19, 2020 |
| | | Vice President, Regulatory Affairs | Resolution | |

Case: 19-30088    Doc# 11423-3    Filed: 10/14/21    Entered: 10/14/21 18:28:08    Page
13 of 25

| | Revised | Cal. P.U.C. Sheet No. | 47831-E |
|---|---|---|---|
| *Cancelling* | Revised | Cal. P.U.C. Sheet No. | 45458-E |

**Pacific Gas and Electric Company®**
U 39    San Francisco, California

**ELECTRIC RULE NO. 16**                                    Sheet 13
SERVICE EXTENSIONS

D.  RESPONSIBILITIES FOR NEW SERVICE EXTENSIONS (Cont'd.)                    (L)

   1.  APPLICANT RESPONSIBILITY (Cont'd.)

      g.  TRANSFORMER INSTALLATIONS ON APPLICANT'S PREMISES.
         Transformer installations on Applicant's Premises shall be as specified by
         PG&E and in accordance with the following applicable provisions:

         1)  SPACE FOR TRANSFORMERS.  Applicant shall provide space on
            Applicant's Premises at a location approved by PG&E for a standard
            transformer installation including any necessary switches, capacitors,
            and electric protective equipment where required if (a) in an overhead
            area, PG&E determines that the load to be served is such that a
            separate transformer installation, or (b) if PG&E determines that the
            installation of a padmounted or subsurface transformer of any size is
            required on Applicant's Premises to serve only Applicant.

         2)  PADMOUNTED EQUIPMENT.  In PG&E's standard installation,
            Applicant shall furnish, install, own, and maintain, at its expense,
            Substructures and any required Protective Structures as specified by
            PG&E for the proper installation of the transformer, switches, capacitors,
            etc. as determined by PG&E.

         3)  SINGLE UTILITY-OWNED CUSTOMER SUBSTATION.  When PG&E
            elects for its operating convenience to supply Applicant from a
            transmission line and install a PG&E-owned substation on Applicant's
            Premises, Applicant shall furnish, install, own and maintain at its
            expense the necessary site improvements as specified by PG&E for the
            proper installation of the transformer.  Such improvements shall include
            but are not limited to a concrete pad or foundation, grounding system,
            fences and gates, access road, grading, and paving as required, etc.
            Detailed information on PG&E's requirements for a single customer
            substation will be furnished by PG&E.                               (L)

(Continued)

| *Advice* | 6006-E | *Issued by* | *Submitted* | November 19, 2020 |
|---|---|---|---|---|
| *Decision* | | **Robert S. Kenney** | *Effective* | November 19, 2020 |
| | | *Vice President, Regulatory Affairs* | *Resolution* | |

Case: 19-30088    Doc# 11423-3    Filed: 10/14/21    Entered: 10/14/21 18:28:08    Page
14 of 25

**ELECTRIC RULE NO. 16**          Sheet 14
SERVICE EXTENSIONS

D.  RESPONSIBILITIES FOR NEW SERVICE EXTENSIONS (Cont'd.)          (L)

    1.  APPLICANT RESPONSIBILITY (Cont'd.)

        g.  TRANSFORMER INSTALLATIONS ON APPLICANT'S PREMISES (Cont'd.)

            4)  TRANSFORMER ROOM OR VAULT.  Where Applicant requests and PG&E approves the installation of the transformer(s) in a vault or room on Applicant's Premises, rather than PG&E's standard padmounted installation,

                a)  The room or vault on Applicant's Premises shall be furnished, installed, owned, and maintained by Applicant and shall meet PG&E's specifications for such things as access, ventilation, drainage, grounding system, etc.

                b)  If space cannot be provided on Applicant's Premises for the installation of a transformer on either a pad or in a room or vault, a vault will be installed at Applicant's expense in the street near the property line.  It shall be Applicant's responsibility to install (or pay for) such vault if not restricted by governmental authority having jurisdiction and Applicant shall convey ownership of the vault to PG&E upon its acceptance.  The additional facilities shall be treated as special or added  facilities under the provisions of Rule 2.

                c)  If PG&E's installed cost for the transformer in the room or vault is more costly than the standard padmounted transformer installation, the additional costs shall be paid by Applicant as special or added facilities.          (L)

(Continued)

| *Advice* | 6006-E | *Issued by* | *Submitted* | November 19, 2020 |
| *Decision* | | **Robert S. Kenney** | *Effective* | November 19, 2020 |
| | | *Vice President, Regulatory Affairs* | *Resolution* | |

**Pacific Gas and Electric Company®**
U 39  *San Francisco, California*

**ELECTRIC RULE NO. 16**                    Sheet 15
SERVICE EXTENSIONS

D.  RESPONSIBILITIES FOR NEW SERVICE EXTENSIONS (Cont'd.)                    (L)

1.  APPLICANT RESPONSIBILITY (Cont'd.)

   g.  TRANSFORMER INSTALLATIONS ON APPLICANT'S PREMISES (Cont'd.)

      5)  TRANSFORMER LIFTING REQUIREMENTS.  Where PG&E has installed or agrees to install, transformers at locations where PG&E cannot use its standard transformer lifting equipment and special lifting facilities are required to install or remove the transformers on Applicant's Premises, Applicant shall, at its expense, (a) furnish, install, own, and maintain permanent lifting facilities and be responsible for lifting the transformer to and from its permanent position, or (b) provide (or pay for) portable lifting facilities acceptable to PG&E for installing or removing the transformers.  Rights-of-way and space provisions shall be provided by Applicant such that access and required clearances from adjacent structures can be maintained.  PG&E may require a separate contract for transformer lifting requirements.

      6)  OVERHEAD TRANSFORMERS.  In remote areas or in areas not zoned for residential or commercial use or for underground services, padmounted transformers are preferred for installation on Applicant's Premises however, where PG&E determines that it is not practical to install a transformer on a pad, in a room or vault, PG&E may furnish a pole-type structure for an installation not exceeding 500 kVA.

   h.  BUILDING CODE REQUIREMENTS.  Any service equipment and other related equipment owned by Applicant, as well as any vault, room, enclosure, or lifting facilities for the installation of transformers shall conform with applicable laws, codes, and ordinances of all governmental authorities having jurisdiction.                    (L)

(Continued)

| *Advice* | 6006-E | *Issued by* | *Submitted* | November 19, 2020 |
|---|---|---|---|---|
| *Decision* | | **Robert S. Kenney** | *Effective* | November 19, 2020 |
| | | *Vice President, Regulatory Affairs* | *Resolution* | |

Case: 19-30088   Doc# 11423-3   Filed: 10/14/21   Entered: 10/14/21 18:28:08   Page 16 of 25

**ELECTRIC RULE NO. 16**                                    Sheet 16
SERVICE EXTENSIONS

D.   RESPONSIBILITIES FOR NEW SERVICE EXTENSIONS (Cont'd.)                    (L)

    1.   APPLICANT RESPONSIBILITY (Cont'd.)

        i.   REASONABLE CARE.  Applicant shall exercise reasonable care to prevent PG&E's Service Extensions, other PG&E facilities, and meters owned by PG&E or others, on the Applicant's Premises from being damaged or destroyed, and shall refrain from interfering with PG&E's operation of the facilities and shall notify PG&E of any obvious defect.  Applicant may be required to provide and install suitable mechanical protection (barrier posts, etc.) as required by PG&E.

    2.   PG&E RESPONSIBILITY

        a.   SERVICE, METER, AND TRANSFORMER.  PG&E will furnish, install, own, and maintain the following Service Facilities as applicable after Applicant meets all requirements to receive service:

            1)   UNDERGROUND SERVICE.  A set of service conductors to supply permanent service from the Distribution Line source to the Service Delivery Point approved by PG&E.

            2)   RISER MATERIALS.  Any necessary pole riser material for connecting underground services to an overhead Distribution Line.

            3)   OVERHEAD SERVICE.  A set of overhead service conductors and support poles to supply permanent service from a Distribution Line source to a suitable support at the Service Delivery Point approved by PG&E.  Such support shall be of a type and located such that service wires may be installed in accordance with good engineering practice and in compliance with all applicable laws, ordinances, rules, and regulations including those governing clearances and points of attachment.                    (L)

(Continued)

Case: 19-30088    Doc# 11423-3    Filed: 10/14/21    Entered: 10/14/21 18:28:08    Page 17 of 25

| | | Revised | Cal. P.U.C. Sheet No. | 47835-E |
|---|---|---|---|---|
| | Cancelling | Revised | Cal. P.U.C. Sheet No. | 45462-E |

**Pacific Gas and Electric Company**®
San Francisco, California
U 39

D.  RESPONSIBILITIES FOR NEW SERVICE EXTENSIONS (Cont'd.)                     (L)

   2.  PG&E RESPONSIBILITY (Cont'd.)

      a.  SERVICE, METER, AND TRANSFORMER (Cont'd.)

         4)  METERING.  When the meter is owned by PG&E, PG&E will be responsible for the necessary instrument transformers where required, test facilities, meters, associated metering equipment, and the metering enclosures when PG&E elects to locate metering equipment at a point that is not accessible to Applicant.

         5)  TRANSFORMER.  The transformer where required, including any necessary switches, capacitors, electrical protective equipment, etc. When either a padmounted or overhead transformer is installed on Applicant's Premises, the Service Extension shall include the primary conductors from the connection point at the distribution supply line to the transformer and the secondary conductors, if any, from the transformer to the Service Delivery Point.

      b.  SPECIAL CONDUIT INSTALLATIONS.  PG&E shall own and maintain service conduits only if: (1) they are located in the same trench with distribution facilities, and (2) when it is necessary to locate Conduits on property other than that owned by Applicant, as determined by PG&E, or as may be required by local authorities.

      c.  CABLE-IN-CONDUIT.  In those cases where PG&E elects to install its service conductors using pre-assembled cable-in-conduit (CIC), the conduit portion will be considered a part of the conductor installation provided by PG&E.

      d.  GOVERNMENT INSPECTION.  PG&E will establish electric service to Applicant following notice from the governmental authority having jurisdiction that the Applicant-owned facilities have been installed and inspected in accordance with any applicable laws, codes, ordinances, rules, or regulations, and are safe to energize.                     (L)

(Continued)

| Advice | 6006-E | Issued by | Submitted | November 19, 2020 |
|---|---|---|---|---|
| Decision | | **Robert S. Kenney** | Effective | November 19, 2020 |
| | | Vice President, Regulatory Affairs | Resolution | |

Case: 19-30088    Doc# 11423-3    Filed: 10/14/21    Entered: 10/14/21 18:28:08    Page 18 of 25

**ELECTRIC RULE NO. 16**                    Sheet 18
SERVICE EXTENSIONS

D.  RESPONSIBILITIES FOR NEW SERVICE EXTENSIONS (Cont'd.)                    (L)

  3.  INSTALLATION OPTIONS

    a.  PG&E-PERFORMED WORK.  Where requested by Applicant and mutually agreed upon, PG&E may perform that portion of the new Service Extension work normally the responsibility of Applicant according to Section D.1 above provided Applicant pays PG&E its estimated installed cost.

    b.  APPLICANT-PERFORMED WORK.  Applicant may elect to use competitive bidding to install that portion of the new Service Extensions normally installed and owned by PG&E in accordance with the same provisions outlined in Rule 15.

E.  ALLOWANCES AND PAYMENTS BY APPLICANT

  1.  RESIDENTIAL ALLOWANCES.  The allowance for Distribution Line Extensions, Service Extensions, or a combination thereof, for Permanent Residential Service is determined by PG&E in accordance with the provisions of Rule 15, Section C. The allowance will first be applied to the Service Facilities.  Any excess allowance will be applied to the Distribution Line Extension, to which the service is connected in accordance with Rule 15.

  2.  NON-RESIDENTIAL ALLOWANCES.  For non-residential Service Extension Applicants, the value of such items as conductors, service transformers, PG&E-owned metering equipment, (but not including such items as listed in Section D) will be treated in accordance with the allowance and refund provisions of Rule 15.

  3.  SEASONAL, INTERMITTENT, EMERGENCY, AND INSIGNIFICANT LOADS. When Applicant requests service that requires an extension to serve loads that are seasonal or intermittent, the allowance for such loads shall be determined by using the formula in Section C of Rule 15.  No allowance will be provided where service is used only for emergency purposes or for Insignificant Loads.

  4.  PAYMENTS.  Applicant is responsible to pay PG&E the following non-refundable costs as applicable under this rule and in advance of PG&E commencing its work:

    a.  POLE RISER.  PG&E's estimated installed costs of any riser materials on its poles.

    b.  EXCESS SERVICE.  PG&E's total estimated installed cost (including appurtenant facilities, such as connectors, service conductor, service transformers, metering equipment, and the conduit portion of CIC cable) in excess of the allowance.                    (L)

(Continued)

| Advice | 6006-E | Issued by | Submitted | November 19, 2020 |
| Decision | | **Robert S. Kenney** | Effective | November 19, 2020 |
| | | Vice President, Regulatory Affairs | Resolution | |

| | | Revised | Cal. P.U.C. Sheet No. | 48046-E |
|---|---|---|---|---|
| | Cancelling | Revised | Cal. P.U.C. Sheet No. | 47837-E |

**Pacific Gas and Electric Company®**
U 39   San Francisco, California

**ELECTRIC RULE NO. 16**                                    Sheet 19
SERVICE EXTENSIONS

E.   ALLOWANCES AND PAYMENTS BY APPLICANT (Cont'd.)

    4.   PAYMENTS (Cont'd.)

        c.   TAX.  Any payments or contribution of facilities by Applicant are taxable Contributions in Aid of Construction (CIAC) and shall include an Income Tax Component of Contribution (ITCC) for state and federal tax at the rate provided in PG&E's Preliminary Statement.

        d.   OTHER.  PG&E's total estimated installed cost for any work it performs that is Applicant's responsibility or performs for the convenience of Applicant.

    5.   REFUNDS.  No refunds apply to the installation of Residential Service Facilities under this Rule.

    5.   INTERIM POLICY ON EXCESS PEV CHARGING COSTS.  Any costs for a                 (N)
Distribution Line Extension, Service Extension, or any combination thereof, for          I
plug-in electric vehicle charging that are in excess of the residential allowance        I
shall be treated as common facility costs and paid for by PG&E until December            (N)
31, 2021.[1]

F.  EXISTING SERVICE FACILITIES

    1.   SERVICE REINFORCEMENT

        a.   PG&E-OWNED.  When PG&E determines that its existing Service Facilities require replacement, the existing Service Facilities shall be replaced as a new Service Extension under the provisions of this rule.

        b.   APPLICANT-OWNED.  When PG&E determines that existing Applicant-owned service facilities (installed under a prior rule) require replacement, such replacement or reinforcement shall be accomplished under the provisions for a new Service Extension installation, except that if PG&E determines that any portion of Applicant's existing service conductors can be utilized by PG&E, Applicant will convey any such usable part to PG&E and an appropriate credit by PG&E may be allowed to Applicant.

        Applicant will replace or reinforce that portion of the Service Extension which Applicant will continue to own, under the provisions of this rule for new services.

        (N)

_____                                                                 I
[1] The interim policy of Common Treatment for Excess PEV Charing Costs was set forth in   I
Commission Decision (D.)11-07-029, and extended in D.13-06-014, D.16-06-011, Rulemaking   I
(R.) 18-12-006 Scoping Memo and Ruling, and most recently the Administrative Law Judge's   I
Ruling Extending Interim Policy on Common Facility Costs Related to Electric Rules 15 and 16
issued in R.18-12-006 on November 23, 2020.                                               (N)

(Continued)

| Advice | 6025-E | Issued by | Submitted | December 18, 2020 |
|---|---|---|---|---|
| Decision | | **Robert S. Kenney** | Effective | December 18, 2020 |
| | | Vice President, Regulatory Affairs | Resolution | |

## Pacific Gas and Electric Company®
U 39   *San Francisco, California*

**ELECTRIC RULE NO. 16**                    Sheet 20
SERVICE EXTENSIONS

F.  EXISTING SERVICE FACILITIES (Cont'd.)                    (L)

   2.   SERVICE RELOCATION OR REARRANGEMENT

      a.   PG&E CONVENIENCE.  When, in the judgement of PG&E, the relocation or
            rearrangement of a service, including PG&E-owned transformers, is
            necessary for the maintenance of adequate service or for the operating
            convenience of PG&E, PG&E normally will perform such work at its own
            expense, except as provided Sections F.2.b. and F.5.

      b.   APPLICANT CONVENIENCE.  Any relocation or rearrangement of PG&E's
            existing Service Facilities at the request of Applicant (aesthetics, building
            additions, remodeling, etc.) and agreed upon by PG&E shall be performed in
            accordance with Section D above except that Applicant shall pay PG&E its
            total estimated costs.

            In all instances, PG&E shall abandon or remove its existing facilities at the
            option of PG&E rendered idle by the relocation or rearrangement.

   3.   IMPAIRED ACCESS AND CLEARANCES.  Whenever PG&E determines that:

      a.   ACCESS.  Its existing Service Facilities have become inaccessible for
            inspecting, operating, maintenance, meter reading, or testing; or,

      b.   CLEARANCES.  A hazardous condition exists or any of the required
            clearances between the existing Service Facilities and any object becomes
            impaired under any applicable laws, ordinances, rules, or regulations of
            PG&E or public authorities, then the following applies:                    (L)

(Continued)

| | | | |
|---|---|---|---|
| *Advice* | 6006-E | *Issued by* | *Submitted* November 19, 2020 |
| *Decision* | | **Robert S. Kenney** | *Effective* November 19, 2020 |
| | | *Vice President, Regulatory Affairs* | *Resolution* |

**Pacific Gas and Electric Company®**

U 39   San Francisco, California

**ELECTRIC RULE NO. 16**                    Sheet 21
SERVICE EXTENSIONS

F.   EXISTING SERVICE FACILITIES (Cont'd.)                    (L)

    3.   IMPAIRED ACCESS AND CLEARANCES (Cont'd.)

        c.   CORRECTIVE ACTION.  Applicant or owner shall, at Applicant's or owner's expense, either correct the access or clearance infractions or pay PG&E its total estimated cost to relocate its facilities to a new location which is acceptable to PG&E.  Applicant or owner shall also be responsible for the expense to relocate any equipment which Applicant owns and maintains. Failure to comply with corrective measures within a reasonable time may result in discontinuance of service.

    4.   OVERHEAD TO UNDERGROUND SERVICE CONVERSIONS

        a.   RULE 20.  Where an existing overhead Distribution Line is replaced by an underground distribution system in accordance with Rule 20--Replacement of Overhead With Underground Electric Facilities, new underground services will be installed under Rule 16.

        b.   APPLICANT'S CONVENIENCE.  Where overhead services are replaced by underground services for Applicant's convenience, Applicant shall perform all Excavation, furnish and install all Substructures, and pay PG&E its total estimated installed cost to complete the new service and remove the overhead facilities.

    5.   DAMAGED FACILITIES.  When PG&E's facilities are damaged by others, the repair will be made by PG&E at the expense of the party responsible for the damage.  Applicants are responsible for repairing their own facilities.    (L)

(Continued)

| Advice | 6006-E | Issued by | Submitted | November 19, 2020 |
| Decision | | **Robert S. Kenney** | Effective | November 19, 2020 |
| | | Vice President, Regulatory Affairs | Resolution | |

Case: 19-30088   Doc# 11423-3   Filed: 10/14/21   Entered: 10/14/21 18:28:08   Page 22 of 25

**Pacific Gas and Electric Company**
U 39   San Francisco, California

**ELECTRIC RULE NO. 16**                    Sheet 22
SERVICE EXTENSIONS

F.  EXISTING SERVICE FACILITIES (Cont'd.)                    (L)

6.   SUBDIVISION OF PREMISES.  When PG&E's Service Facilities are located on private property and such private property is subsequently subdivided into separate Premises with ownership divested to other than Applicant or customer, the subdivider is required to provide PG&E with adequate rights-of-way satisfactory to PG&E for its existing facilities and to notify property owners of the subdivided Premises of the existence of the rights-of-way.

When adequate rights-of-way are not granted as a result of the property subdivision, PG&E shall have the right, upon written notice to Applicant, to discontinue service without obligation or liability.  The existing owner, Applicant, or customer shall pay to PG&E the total estimated cost of any required relocation or removal of PG&E's facilities.  A new electric service will be re-established in accordance with the provisions of Section D above for new service and the provisions of any other applicable PG&E rules.

G.  EXCEPTIONAL CASES

When the application of this rule appears impractical or unjust to either party, or ratepayers, PG&E or Applicant may refer the matter to the Commission for a special ruling or for approval of special conditions which may be mutually agreed upon.                    (L)

(Continued)

| Advice | 6006-E | Issued by | Submitted | November 19, 2020 |
| Decision | | **Robert S. Kenney** | Effective | November 19, 2020 |
| | | Vice President, Regulatory Affairs | Resolution | |

Case: 19-30088   Doc# 11423-3   Filed: 10/14/21   Entered: 10/14/21 18:28:08   Page
23 of 25

**Pacific Gas and Electric Company®**
U 39    San Francisco, California

**ELECTRIC RULE NO. 16**                    Sheet 23
SERVICE EXTENSIONS

H.   DEFINITIONS FOR RULE 16                                    (L)

APPLICANT:  A person or agency requesting PG&E to supply electric service.

CONDUIT:  Ducts, pipes, or tubes of certain metals, plastics or other materials acceptable to PG&E (including pull wires and concrete encasement where required) for the installation and protection of electric wires and cables.

DISTRIBUTION LINES:  PG&E's overhead and underground facilities which are operated at distribution voltages as set forth in PG&E's Rule 2 and which are designed to supply two or more services.

EXCAVATION:  All necessary trenching, backfilling, and other digging as required to install Service Extensions including furnishing of any imported backfill material, concrete encasement to protect conduit, and disposal of spoil, as required, surface repair and replacement, landscape repair and replacement.

FRANCHISE AREA:  Public streets, roads, highways, and other public ways and places where PG&E has a legal right to occupy under franchise agreements with governmental bodies having jurisdiction.

INSIGNIFICANT LOADS:  Small operating loads, such as gate openers, valve controls, clocks, timing devices, fire protection equipment, alarm devices, etc.

INTERMITTENT LOADS:  Loads which, in the opinion of PG&E, are subject to discontinuance for a time or at intervals.                                    (L)

(Continued)

| Advice | 6006-E | Issued by | Submitted | November 19, 2020 |
| Decision | | Robert S. Kenney | Effective | November 19, 2020 |
| | | Vice President, Regulatory Affairs | Resolution | |

Case: 19-30088    Doc# 11423-3    Filed: 10/14/21    Entered: 10/14/21 18:28:08    Page
24 of 25

**Pacific Gas and Electric Company**®
San Francisco, California
U 39

**ELECTRIC RULE NO. 16**                    Sheet 24
SERVICE EXTENSIONS

H.  DEFINITIONS FOR RULE 16 (Cont'd.)                    (L)

PREMISES:  All of the real property and apparatus employed in a single enterprise on an integral parcel of land undivided, excepting in the case of industrial, agricultural, oil field, resort enterprises, and public or quasi-public institutions, by a dedicated street, highway or public thoroughfare or a railway.  Automobile parking lots constituting a part of and adjacent to a single enterprise may be separated by an alley from the remainder of the Premises served.

PROTECTIVE STRUCTURES:  Fences, retaining walls (in lieu of grading), sound barriers, posts, barricades and other structures as required by PG&E.

SEASONAL SERVICE:  Electric service to establishments which are occupied seasonally or intermittently, such as seasonal resorts, cottages, or other part-time establishments.

SERVICE DELIVERY POINT:  Where PG&E's Service Facilities are connected to either Applicant's conductors or other service termination facility designated and approved by PG&E.

SERVICE EXTENSIONS:  The overhead and underground primary or secondary facilities (including but not limited to PG&E-owned Service Facilities and Applicant-owned service facilities) extending from the point of connection at the Distribution Line to the Service Delivery Point.  When an underground Service Extension is supplied from a PG&E-designated overhead pole, the beginning point of connection to PG&E's Distribution Line shall be where the Service Extension is connected to PG&E's overhead Distribution Line conductors.

SUBSTRUCTURES:  The surface and subsurface structures which are necessary to contain or support PG&E's electric facilities.  This includes, but is not limited to, splice boxes, pull boxes, equipment vaults and enclosures, foundations or pads for surface-mounted equipment.                    (L)

| *Advice* | 6006-E | *Issued by* | *Submitted* | November 19, 2020 |
| *Decision* | | **Robert S. Kenney** | *Effective* | November 19, 2020 |
| | | *Vice President, Regulatory Affairs* | *Resolution* | |

Case: 19-30088   Doc# 11423-3   Filed: 10/14/21   Entered: 10/14/21 18:28:08   Page
25 of 25