| KELLER BENVENUTTI KIM LLP | Jennifer L. Dodge (#195321) |
| Jane Kim (#298192) | LAW OFFICES OF JENNIFER L. DODGE INC. |
| (jkim@kbkllp.com) | (jdodgelaw@jenniferdodgelaw.com) |
| David A. Taylor (#247433) | 2512 Artesia Blvd., Suite 300D |
| (dtaylor@kbkllp.com) | Redondo Beach, California 90278 |
| Thomas B. Rupp (#278041) | Tel: (310) 372.3344 |
| (trupp@kbkllp.com) | Fax: (310) 861.8044 |
| 650 California Street, Suite 1900 | |
| San Francisco, CA 94108 | |
| Tel: 415 496 6723 | |
| Fax: 650 636 9251 | |

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| In re: | Case No. 19-30088 (DM) |
| --- | --- |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **DECLARATION OF ROBERT BERNASCONI IN SUPPORT OF REORGANIZED DEBTORS' ONE HUNDRED TENTH OMNIBUS OBJECTION TO CLAIM NOS. 76018 AND 78381 (GREENBERG CLAIMS)** |
| ☐ Affects PG&E Corporation ☐ Affects Pacific Gas and Electric Company ☒ Affects both Debtors | |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Response Deadline:** November 9, 2021, 4:00 p.m. (PT) |
| | **Hearing Information If Timely Response Made:** Date: November 23, 2021 Time: 10:00 a.m. (Pacific Time) Place: (Tele/Videoconference Appearances Only) United States Bankruptcy Court Courtroom 17, 16th Floor San Francisco, CA 94102 |

I, Robert Bernasconi, pursuant to Section 1746 of Title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I have been employed with ARB as a field engineer since 2009. I submit this Declaration in support of the *Reorganized Debtors' One Hundred Tenth Omnibus Objection to Claims (Greenberg Claims)* (the "**Objection**"), filed contemporaneously herewith.

2. Except as otherwise indicated herein, all facts set forth in this Declaration are based upon my personal knowledge and my review of relevant documents and information. If called upon to testify, I would testify competently to the facts set forth in this Declaration. I am authorized to submit this declaration on behalf of the Reorganized Debtors.

3. In October 2019 I was involved with ARB's work at 47 Bolinas Road, Fairfax, California (the "**Property**") to install gas lines from the meter to the house underneath the deck. Before beginning work, I noticed that the existing deck was in poor condition and showed evidence of damage from tree roots.

4. In lieu of open trenching, we utilized a method called "dry bore" to install the gas lines on the Property. This method involved digging a hole 40 inches deep (rather than the required 18-24 inches) behind the gate at the rear of the driveway and in front of the deck in order to avoid any contact with the deck and/or tree roots underneath the deck.

5. We dug another 40-inch deep hole near the right side of the house, and a "piercing tool" (similar to a pneumatic missile) was then deployed at the 40-inch depth in order to install the gas lines.

6. The gas lines were installed successfully and the deck on the Property was neither contacted nor damaged during the course of this work.

7. Greenberg praised the work that was performed by myself and other ARB employees, telling us that we had done a "great job."

8. I took five photographs in October 2019 during the work performed by ARB as described above, true and correct copies of which are attached collectively as **Exhibit A** hereto.

LAW OFFICES OF
JENNIFER L. DODGE INC.

1      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true
2 and correct to the best of my knowledge, information, and belief. Executed this 13TH day of
3 October, 2021.

                                     */s/ Robert Bernasconi*
                                         Robert Bernasconi

LAW OFFICES OF
JENNIFER L. DODGE INC.