# Exhibit A



Case: 19-30088 Doc# 11424-1 Filed: 10/14/21 Entered: 10/14/21 18:30:49 Page 2 of 6



Case: 19-30088    Doc# 11424-1    Filed: 10/14/21    Entered: 10/14/21 18:30:49    Page 3 of 6





