KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

Jennifer L. Dodge (#195321)
LAW OFFICES OF JENNIFER L. DODGE INC.
(jdodgelaw@jenniferdodgelaw.com)
2512 Artesia Blvd., Suite 300D
Redondo Beach, California 90278
Tel: (310) 372.3344
Fax: (310) 861.8044

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF DENDRO M. CORVID IN SUPPORT OF REORGANIZED DEBTORS' ONE HUNDRED TENTH OMNIBUS OBJECTION TO CLAIM NOS. 76018 AND 78381 (GREENBERG CLAIMS)**<br><br>**Response Deadline:**<br>**November 9, 2021, 4:00 p.m. (PT)**<br><br>**Hearing Information If Timely Response Made:**<br>Date: November 23, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Tele/Videoconference Appearances Only)<br>    United States Bankruptcy Court<br>    Courtroom 17, 16th Floor<br>    San Francisco, CA 94102 |

I, Dendro M. Corvid, pursuant to Section 1746 of Title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am an ISA Board Certified Master Arborist currently employed by Clear Path Utility Solutions, LLC. I submit this Declaration in support of the *Reorganized Debtors' One Hundred Tenth Omnibus Objection to Claims (Greenberg Claims)* (the "**Objection**"), filed contemporaneously herewith.

2. Except as otherwise indicated herein, all facts set forth in this Declaration are based upon my personal knowledge and my review of relevant documents and information. If called upon to testify, I would testify competently to the facts set forth in this Declaration. I am authorized to submit this declaration on behalf of the Reorganized Debtors.

3. In July 2021 I was engaged by PG&E to evaluate the condition of two redwood trees located on a property at 47 Bolinas Road, Fairfax, California (the "**Property**").

4. I spoke to Richard Lapping, counsel for Todd Greenberg in this matter, prior to visiting the Property and asked if I had permission to enter onto the driveway of the Property in order to evaluate the condition of the trees. Mr. Lapping advised that I did not have permission to enter onto the Property.

5. I visited the Property on July 20, 2021, and observed the two redwood trees located on the Property from the sidewalk. I took photographs of the trees. Based upon my visual inspection, I issued a 10-page report concluding that the trees are in overall good health, with near average crown growth in an exceptionally drought-ridden year. A true and correct copy of the report I prepared that sets forth my findings and the photographs I took is attached hereto as **Exhibit A**.

/ / /

LAW OFFICES OF
JENNIFER L. DODGE INC.

| | |
|---|---|
| 1 | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true |
| 2 | and correct to the best of my knowledge, information, and belief. Executed this <u>13</u><u>th</u> day of |
| 3 | October, 2021. |

*/s/ Dendro Corvid*
_____
Dendro M. Corvid