# Exhibit A

# Arborist Report
## *Sequoia sempervirens* (2)
### Claim #78371
### 47 Bolinas Rd. Unit B
### Fairfax, California 94930

**Prepared For Pacific Gas & Electric**

**Prepared By Dendro M. Corvid**
**ISA Board Certified Master Arborist**
**Clear Path Utility Solutions, LLC**

**July 20, 2021**

**Inspection Date**: July 20, 2021
**Time of Day**: 0830
**Weather**: Sunny

**Type of Inspection**: Limited Visual General Health Assessment

**Arborist**: Dendro M. Corvid

**Arborist Pertinent Credentials**: ISA Board Certified Master Arborist, Municipal Specialist, Utility Specialist, Qualified Tree Risk Assessor; TCIA Plant Health Care Technician, Tree Care Specialist

**Number of Trees**: 2

**Species**: *Sequoia sempervirens,* Coast Redwood

**Background**
A report prepared by Urban Forestry Associates, Inc., dated October 15, 2018 exhibited the site of the alleged impact to the root zones of the two subject Coast Redwoods.

**Inspection Summarized**

Due to access restriction the inspection was performed visually from the street and sidewalk. For reference in this report the larger Redwood closest to the street will be Tree 1 and the further tree located 5' East of Tree 1 will be Tree 2. Approximately one third of Tree 1 and half of Tree 2 was not inspected due to the visual impediments of parked vehicles in the driveway and buildings. The overall health of both trees is good with near average crown growth in an exceptionally dry year. No defects were observed on the trunk or in the crown.

**Site Description**
Two Coast Redwoods are located within 1' of the North wall of a building. A raised bed of soil with the approximate dimensions of 6' width by 10' length by 6" depth surrounds the base of the trees. There is no evidence of fill around the trunk. The majority of the drip line of the trees is paved over with impervious concrete. The proximity of the building on the South side of the trees contributes to shading of the root zone. The location of the trench photographed in the original arborist report is highlighted in photograph 1 below.

## Tree Measurements

**Tree 1**
**Diameter at Breast Height:** 18" (estimate)
**Height:** 76'

**Tree 2**
**Diameter at Breast Height:** 24" (estimate)
**Height:** 71'


**Roots:**
The top of the root crowns are at the grade of the raised planter bed with no apparent defects or signs of decay.

**Trunk:**
The visible portions of both trunks on the West and Northwest sides appear healthy and free of defects.

**Crown:**
The Live Crown Ratio for both trees is 85%. The crowns are mostly green with approximately 6% chlorotic needles. The cone crop appears average on both trees. This season's growth in the lower crowns is 4" and 9" near the top of the crown and approximately 11" at the apical meristems (top bud).


## Conclusion

The overall health of the subject trees from root to the top of the crown is good. Growth is near average in an exceptionally dry year in Marin County. A prolonged drought that persists into subsequent years can slow the growth of the Coast Redwoods, a species that thrives with perennial water availability.

The placement of the subject trees and some of the site characteristics can be advantageous to the vitality of the trees. Shade cast onto the root zone by the adjacent building on the South side, and to some extent shade from the pavement, can aide in soil moisture retention throughout the year. One of the major limiting factors for growth of Coast Redwoods in urban areas is moisture retention in the soil.

Another site characteristic that can influence the growth of the subject trees is the footing of the adjacent building. Depending on the depth of the footing, root growth on the South side of the trees can either be impeded or deflected. Only an advanced assessment of the trees, beyond the scope of this report, can determine the extent of the roots.

# Photographs

Location of trench (highlighted in red) on North side of building, West of subject trees, based on photographs in 2018 report



Claim 78371. 47 Bolinas Rd. Unit B Fairfax, California Arborist Report for Pacific Gas & Electric

Tree 1 in foreground with tree 2 behind and 5' East



Claim 78371. 47 Bolinas Rd. Unit B Fairfax, California Arborist Report for Pacific Gas & Electric

Northwest side of crowns



Claim 78371. 47 Bolinas Rd. Unit B Fairfax, California Arborist Report for Pacific Gas & Electric

Northwest side of crowns, closer view



Southeast side of crowns



# Appendix A

Marin County is in Exceptional Drought



Claim 78371. 47 Bolinas Rd. Unit B Fairfax, California Arborist Report for Pacific Gas & Electric

## Appendix B

Precipitation Record from nearest weather station
Source: UC Davis Agriculture and Natural Resources Weather
https://cemarin.ucanr.edu/Resources/weather/?weather=station&station=157

### Point San Pedro, San Rafael - Monthly Totals

Return to Weather

|     | 2021 | | 2020 | | 2019 | | 2018 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|     | Avg. Temps | Rain Total | Avg. Temps | Rain Total | Avg. Temps | Rain Total | Avg. Temps | Rain Total |
| Jan | 57/40 | 1.42000 | 56/40 | 0.00000 | 57/43 | 5.65000 | 57/44 | 5.00000 |
| Feb | 61/40 | 0.00000 | 64/39 | 0.00000 | 54/40 | 13.69000 * | 63/38 | 0.10000 |
| Mar | 61/39 | 1.14000 | 60/42 | 0.91000 | 60/42 | 4.30000 | 61/41 | 1.45000 |
| Apr | 65/41 | 0.08000 | 66/45 | 0.81000 | 66/48 | 0.45000 | 65/44 | 0.00000 |
| May | 70/46 | 0.00000 | 71/48 | 0.40000 | 64/48 | 2.54000 | 68/49 | 0.03000 |
| Jun | 72/53 | 0.01000 | 75/53 | 0.00000 | 73/52 | 0.02000 | 72/50 | 0.00000 |
| Jul | 70/52 | 0.00000 | 71/52 | 0.00000 | 72/53 | 0.01000 | 74/53 | 0.01000 |
| Aug | n/a | n/a | 77/56 | 0.00000 | 76/56 | 0.02000 | 71/52 | 0.00000 |
| Sep | n/a | n/a | 78/54 | 0.00000 | 78/53 | 0.01000 | 72/49 | 0.04000 |
| Oct | n/a | n/a | 72/45 | 0.01000 | 74/43 | 0.01000 | 72/48 | 0.50000 |
| Nov | n/a | n/a | 63/39 | 0.55000 | 64/41 | 1.96000 | 65/41 | 0.53000 |
| Dec | n/a | n/a | 58/38 | 1.92000 | 56/44 | 5.05000 | 57/42 | 2.35000 |

Rainfall measured in inches. Temperatures in Fahrenheit. Click on any month to see daily totals.

* Data accuracy is not guaranteed. Months marked with * are suspect. Click on the month to view daily data and review numbers further.