| Original Creditor | Claims To Be Reduced, Expunged or Disallowed | Debtor | Applicable Basis for Objection | Reduced Claim Amount |
|---|---|---|---|---|
| City of San Luis Obispo | 78491 | PG&E Corporation | PSPS Claims, Books and Records Claims | $0.00 |
| County of Alameda | 68444 | Pacific Gas and Electric Company | Plan Passthrough Environmental Claims, Rule 20A Claims, PSPS Claims, Books and Records Claims | $0.00 |
| County of Sacramento - Dept of Revenue Recovery | 3034 | Pacific Gas and Electric Company | Books and Records Claims | $11,335.69 |
| County of San Luis Obispo | 61288 | Pacific Gas and Electric Company | Post-Petition Claims, PSPS Claims, Books and Records Claims | $0.00 |
| County Of Sonoma | 79864 | Pacific Gas and Electric Company | Plan Passthrough Environmental Claims, Rule 20A Claims, Post-Petition Claims, PSPS Claims, Tax Base Reduction Claim, Books and Records Claims | $99,516.13 |
| **Remaining Totals** | | | | $110,851.82 |