

Case: 19-30088    Doc# 11429-1    Filed: 10/14/21    Entered: 10/15/21 10:21:47    Page 1 of 2

