
Case: 19-30088   Doc# 11429-2   Filed: 10/14/21   Entered: 10/15/21 10:21:47   Page 1 of 2

