| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | Redacted | PG&E Corporation | 10/19/2019 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | No Response to Information Request |
| Redacted | | Redacted | PG&E Corporation | 10/19/2019 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | No Response to Information Request |
| **Claims To Be Expunged Totals** | | **Count: 2** | | | $0.00 | $0.00 | $0.00 | $1,000,000.00 | $1,000,000.00 | |