| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Bestwall LLC<br>Jones Day Attn: Jeffrey B. Ellman<br>Atlanta, GA 30309 | | **65587** | PG&E Corporation | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Bestwall Claims |
| Bestwall LLC<br>Jones Day Attn: Jeffrey B. Ellman<br>Atlanta, GA 30309 | | **65524** | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Bestwall Claims |
| **Claims To Be Expunged Totals** | | **Count: 2** | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |