| | | |
|---|---|---|
| **From:** | Ricky D. Horton | |
| **To:** | Lorena Parada | |
| **Cc:** | Thomas Rupp; Stephen.karotkin@weil.com; Jessica.liou@weil.com; Matthew.goren@weil.com; tkeller@kbkllp.com; Jane Kim; pbenvenutti@kbkllp.com | |
| **Subject:** | Re: PG&E Case No 19-30088; LETTER TO THE COURT, form of order opposed, hearing as scheduled for 10:00am Oct 19, 2021 | |
| **Date:** | Thursday, October 14, 2021 1:26:24 PM | |

**CAUTION - EXTERNAL:**

Good afternoon **Lorena Parada,** Courtroom Deputy and Calendar Clerk to the Honorable Dennis Montali, United States Bankruptcy Court

Northern District of California - San Francisco Division

There appears to be some confusion among the Docket filings regarding my scheduled hearing for 10:00am next Tuesday October 19th. I'd like to help you avoid making a mistake and taking my hearing off calendar without the authority to do so since the order you are referring to found on Dkt 11386 has been objected to, is opposed by me and is in violation of sanctions imposed upon any e-order filers. Sanctions restricting E-Orders to be filed upon my Claim and Motions were imposed as found on Dkt 11251 dated September 14, 2021.

I understand that there is no communications allowed with the courtroom Calendar Clerks except to inform you of my objection to, and opposition to, a form of order that is attempting to take my hearing off calendar without due process as found in *"Practices and Procedures 3-30-21.pdf"* of which file is Titled PRACTICES AND PROCEDURES IN JUDGE MONTALI'S COURT dated March 21, 2021. I did in fact send an email objecting to the form of order found on Dkt 11386 filed into the record on October 7, 2021. The filing of the illegal order was also two days after the deadline response date of October 5, 2021. My objection to the E-order was sent to you on Tuesday, October 12, 2021 4:59 PM and appears to be the same email you responded to attempting to take my hearing off calendar. There is an error by assuming the opposed order in Dkt 11386 is giving the authority to remove my hearing off calendar, which the order found on Dkt No. 11386 does not have any authority to remove my hearing off calendar and in no way conformed to due process as described within Dkt 11251 dated September 14, 2021.

My Hearing date did appear to follow the proper procedures of the Open Calendar Dates of the Bankruptcy Court and Judge Montali's procedures as scheduled on my **Dkt No 11174 dated August 8, 2021** and upheld by Court Order on September 2, 2021 found in Dkt 11183, and other related filings thereof.

Further details on this matter can be found by a previous filing of another illegal E-Order by an anonymous party attempting to take my hearing off Calendar found on Dkt 11244 filed on September 13, 2021. The illegal e-order was voided by Dkt 11251 dated September 14, 2021. Since the illegal and anonymous E-Order was a second attempt to take my hearing off calendar (*previous attempts found on Dkts 11135 and 11154)*, the same filing of Docket 11251 imposed restrictions and sanction against anyone attempting to file an E-Order upon my Claim 87111. Once my matter has been scheduled for Calendar, any attempt to make any e-orders denying my Motions found within Dkt 11074 and subsequent filings related thereof, is against the Bankruptcy Local Rules 9021-1(a).

The sanctions imposed upon the e-order filers restricted and disallowed any e-order to be uploaded on my Claim and motions without the wet-ink signature of Judge Dennis Montali. The E-order found within Dkt 11386 is in fact in violation of the sanctions imposed upon e-order filers put in place by Dkt 11251, and furthermore, the order does not bear a wet-ink signature of Judge Dennis Montali.

Therefore, The e-order on Dkt No. 11386 that is being referenced as the authority to take my hearing off the calendar as set for 10:00am on October 19, 2021 is not valid, has been objected to, opposed to, and has violated the sanctions imposed upon E-Order filers.

I have given notice according to due process and the rules of this court that the form of order is opposed and has no authority, and therefore, the hearing as set for 10:00am on October 19, 2021 should remain on Calendar as scheduled.

Ricky-Dean Horton

Claim No. 87111