Ricky-Dean Horton
751 Rosemary Court
Fairfield, CA 94533
707-386-9713 cell
RickyDHorton@gmail.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **Ricky-Dean Horton, a living man,** **Claimant** vs. PG&E CORPORATION, - and - PACIFIC GAS AND ELECTRIC COMPANY; **Debtors.** Affects Both Debtors *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | PG&E Bankruptcy Case No.: 19-30088 (DM) Chapter 11, Lead Case, Jointly Administered; **Re: Claim No. 87111, Electrocution to the Death of Claimant's Brother, Rory-Nelson Horton**; VOID OF Order within Dkt. 11386 by operation of Law **HEARING DATE REMAINS AS SCHEDULED FOR: 10:00am October 19, 2021** |

    **Claimant's FILING OF THIS ACTION IS TO <u>RECOGNIZE AND DECLARE AS VOID</u>** the order uploaded into the records of this PG&E case dated October 7, 2021 found on **Docket 11386** due to the order being **ILLEGAL and UNLAWFUL,** and a **PREVIOUS and PENDING court hearing has already been set and Calendared for all matters related to the orders within Dkt No. 11386 and other relevant matters to the order as found within Claimant's Docket No. 11074, and Claimant's correction of hearing Date within Dkt 11174, <u>AND PURSUANT TO A PREVIOUS COURT ORDER on Dkt 11183 dated September 2, 2021 UPHOLDING CLAIMANT"S RIGHT TO THE HEARING AS SCHEDULED;</u>**

**THIS DOCUMENT FILING IS IN ADDITION TO Claimant's Filing of Docket 11074 and all related filings thereof;**
   AND
**IS A RESPONSE to an ORDER found within Dkt . 11386 dated October 7, 2021.**

## JURISDICTION

This **UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION** has jurisdiction over this matter and shall retain jurisdiction to resolve any disputes or controversies arising from any of the court's orders. *28 U.S.C. §§ 157*

**Fundamental self-evident truths, facts and assertion of Rights:**

**1.** People are born upon this world of life and creation and are living, breathing people because of creation. Therefore, it is known as a self-evident truth and fact that the living people are gifted by creation with fundamental natural and inherent rights.

**2.** As a fact found within **EXHIBIT 1 on sealed docket 11074**, Ricky-Dean Horton is a man found to be living and is one of the people of California. (Hereinafter Claimant, or I, or me, or any other identifier to me, the living man, Ricky-Dean Horton).

**3.** Claimant did file his Claim into this **UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION** on or before October 21, 2019 with the understanding that this is a **federal court,** is **a court of record**, is bound to and proceeds according to the **Laws of the Land and the laws of nature (aka common law)**, and is mostly governed by the **Federal Rules of Civil Procedure (FRCivP). No rights are waived or in any way conceded that would diminish the inherent, unalienable, substantive, natural or any rights whatsoever of Ricky-Dean Horton, a living man**.

**4. The Judges and/or Magistrates in this UNITED STATES BANKRUPTCY COURT,** as bound by their oaths of office, are qualified to preside over these bankruptcy proceedings. The Judges and/or Magistrates in this **Federal Bankruptcy Court** have, at a minimum, taken the Oath of Office to protect and defend the federal Constitution. Both federal and state Constitutions are ordained and established by the people to protect the inherent, unalienable and natural rights of the living people upon the natural world of Creation. Governments, government agencies and employees thereof are entrusted with limited duties, responsibilities and authority. **People who take the oath of office**

**should recognize and maintain**, to the best of their ability, **the separation of the realm of the natural world** and the people found to be living upon it, **and the realm of the commercial world** of codes, statutes, and other man-made laws that regulate such commerce.

5. **Claimant is not an attorney** nor is Claimant represented by an attorney. Claimant understands that he is allowed leeway as a **living man** in a court that is conducted mostly of codes, statutes and other man-made rules that are foreign to natural law.

# PLEASE TAKE NOTICE

that the **UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION,** will hold a hearing on <u>**October 19, 2021, at 10:00 a.m. (Pacific Time)**</u> to hear any opposition, support, or other witness testimony to Claimant's Motion to Reconsider Order Expunging and Disallowing Claim Number 87111 [Re: Dkt. Nos. 10808, 10809, 10810, 10960, 10980, et al.] and Claimant's INTENT TO REVERSE The Order Expunging and Disallowing Claim Number 87111 [Re: Dkt. No. 10980] <u>**Filed with SEALED Docket 11074 dated August 18, 2021, and all related filings and responses**</u> thereto,

        AND IN ADDITION

        THIS FILING IS RECOGNIZING THE <u>ORDER </u>Found on Dkt No. 11386 dated October 7, 2021 AS <u>AUTOMATICALLY VOID by operation of LAW</u>.

# CAUSE OF ACTION

1. The previous orders that were filed in this PG&E Case No. 19-30088 (DM) under **Docket No. 11135 on August 20, 2021 and Docket no. 11154 dated August 25, 2021 were found to be Unlawful and Illegal by facts and evidence within Claimant's motions found within Docket 11174 filed August 31, 2021. A TENTATIVE ORDER OF THE COURT as found on Dkt 11183 filed on September 2nd, 2021 became a final order of the Court after September 10, 2021. The Order found within Dkt 11183 DID STRIKE The orders found within Dkts 11135 and 11154 from the records of this Case in their ENTIRETY. The ORDER found within Dkt 11183 further upheld Claimant's HEARING Date for 10:00am on October 19, 2021**.
2. As found within the ORDER on Dkt 11183, The Court found and Declared, Pursuant to **B.L.R. 9021-1(a) Prior to a Hearing**, which states in part, ***"no proposed forms of orders***

***granting or denying motions shall be submitted with the moving or opposition papers prior to hearing."*** Also within Docket 11183 is found The Court's Statement and Reasoning of The Court's Decision. The Tentative Order was effective immediately and became a FINAL ORDER after September 10, 2021 since Debtor's failed to provide a response which specified those principal issues or objections in the Order, or the Court's Statement of Decision, as found within Dkt 11183.

3. **As Stated previously by Claimant within Docket 11174,** THERE ARE NO KNOWN Provisions within the Bankruptcy Court's or Judge Montali's OPEN CALENDAR PROCEDURES that would allow **for a Hearing Date to be taken off Calendar** without following due process and/or in accordance with the Rules of the Bankruptcy Court's Open Calendar Procedures. **THAT FACT WAS MADE CLEAR** on Claimant's Motion found within Dkt 11174 and **the Order found within DKT 11183 upholding Claimant's Right to his hearing**, and among other things.

4. **The order within Dkt 11386 has been objected to** per proper procedures of the Court. I sent an email to Judge Montali's Calendar Clerk Lorena Parada, of which letters were subsequently filed as **LETTERS TO THE COURT found within Dkts No. 11415 and 11416 Dated 10/12/2021 and 10/13, 2021.**

5. I understand that there is no communications allowed with the courtroom Calendar Clerks except to inform the Calendar Clerk of my objection to, and opposition to, a form of order that is attempting to take my hearing off calendar without due process as found in *"Practices and Procedures 3-30-21.pdf"* of which file is Titled PRACTICES AND PROCEDURES IN JUDGE MONTALI'S COURT dated March 21, 2021. **I did in fact send an email objecting to the form of order** found on Dkt 11386 filed into the record on October 7, 2021. The filing of the illegal order was also **two days after the deadline response date of October 5, 2021**. As found in the LETTER TO THE COURT Dkt 11416 dated 10/13/2021, my objection to the Order was sent on Tuesday, October 12, 2021 4:59 PM.

      A RESPONSE WAS RECEIVED via email by the Calendar Clerk, Lorena Parada on October 13, 2021 at approx. 5:15pm stating that, *"Pursuant to the Order Denying Motion To Reconsider Filed By Ricky-Dean Horton and Disallowing Proof of Claim #107857, Dkt number 11386, issued by Judge Montali on October 7, 2021, no hearing will be held on October 19 regarding your matter."*

6. There is an error by the Calendar Clerk assuming the opposed order in Dkt 11386 is giving any authority to remove my hearing off calendar, which **the order found on Dkt No. 11386 does not have any authority to remove my hearing off calendar** and in no way conformed to due process as described within Dkt 11251 dated September 14, 2021.

7. My Hearing date did appear to follow the proper procedures of the Open Calendar Dates of the Bankruptcy Court and Judge Montali's procedures as scheduled on my **Dkt No 11174 dated August 8, 2021** and upheld by Court Order on September 2, 2021 found in Dkt 11183, and other related filings thereof.

8. Further details on this matter can be found by a previous filing of another illegal attempting to take my hearing off Calendar found on Dkt 11244 filed on September 13, 2021. The illegal order was voided by Dkt 11251 dated September 14, 2021. Since the illegal and anonymous Order was a second attempt to take my hearing off calendar (*previous attempts found on Dkts 11135 and 11154)*, the same filing of Docket 11251 imposed restrictions and sanction against anyone attempting to file any Order upon my Claim 87111. **Once my Motions has been scheduled for Calendar, any orders attempting to rule on or deny my Motions found within Dkt 11074 and subsequent filings related thereof, is against the Bankruptcy Local Rules 9021-1(a).**

9. The sanctions imposed upon order filers as found in Dkt 11251 restricted and disallowed any order to be made upon my Claim and motions without the wet-ink signature of Judge Dennis Montali. The order found within Dkt 11386 is in fact in violation of the sanctions imposed upon order filers put in place by Dkt 11251, and furthermore, **the order does not bear a wet-ink signature of Judge Dennis Montali**.

10. Therefore, The order on Dkt No. 11386 that is being referenced by the Calendar Clerk Lorena Parada as the authority to take my hearing off the calendar as set for 10:00am on October 19, 2021 is not valid, has been objected to, opposed to, and has violated the sanctions imposed upon Order filers. **The ORDER FOUND IN DKT 11386 IS THEREFORE VOID By Operation of LAW.**

11. I have given notice to the Calendar Clkerk of Judge Montali, Lorena Parada, according to due process and the rules of this court that the form of order is opposed and has no authority, and **therefore, the hearing as set for 10:00am on October 19, 2021 should remain on Calendar as scheduled (Dkts 11415, 11416).**

**THE HEARING REQUESTED BY Dkt 11074, and the hearing date corrected by Dkt 11174 and other related Filings SHALL REMAIN ON CALENDAR FOR 10:00am October 19, 2021.**

**CLAIMANT DOES NOT WAIVE HIS RIGHT TO THE HEARING AS SCHEDULED FOR 10:00am on October 19, 2021, NOR DO ANY ORDERS OF THE COURT HAVE ANY AUTHORTITY TO REMOVE OR CHANGE THE HEARING DATE.**

The order found within Dkt 11386 **is yet another Violation** *of title 18 U.S. Code § 241 - Conspiracy against rights*; **The Author of the Order is <u>AGAIN</u> attempting to** injure, oppress, threaten, or intimidate **Claimant** in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States **by attempting to depriving Claimant of his right to a Court Hearing, and is attempting to scare or intimidate Claimant by Filing an Order in total disregard to Due Process, among other things.**

**DUE PROCESS SHALL BE PRESERVED AND UPHELD**

Both Claimant AND Debtors shall be afforded the opportunity to address the issues Regarding my Motions found within Dkt 11074 at the hearing at 10:00am on October 19, 2021.

### Reservation of Rights

It is known that Codes, Statutes, Rules and other man-made laws are **directed at Government agencies, courts, commercial activity, corporations, and others not proved to be living,** and such rules and man-made laws are foreign to Claimant, the laws of the land, and the laws of nature.

**As found in Claimant's Sealed Dkt No. 11074, <u>Claimant is a man proven to be living,</u>** has made claim to his estate and his certificate of live birth (title), and is under the Supreme Law of the land and the laws of nature. **Claimant <u>DOES NOT CONSENT</u>** to any Order, Commercial Law, Code, Statute, Rule or other legislation or man-made law or Order that would diminish, nullify, or attempt to take away any rights of Claimant.

As stated within Claimant's Claim No. 87111 and other related filings, **Claimant is seeking a remedy under the law** in this **UNITED STATES BANKRUPTCY COURT** for the unsafe conditions and/or the violations of the law, and among other reasons, that resulted in the electrocution to the death of

Claimant's brother Rory-Nelson Horton.

## **DECLARATION**

     I, Ricky-Dean Horton, Claimant, and Rory's living natural brother, declare under penalty of perjury under the Supreme Law of the land, and in accordance with the natural laws of The United States of America and in accordance with the natural laws of California, that, to the best of my knowledge and understanding, the foregoing information is true and correct.

Signed and Sealed this 15th day of October, 2021 AD

*[signature: Ricky-Dean Horton]*

Ricky-Dean Horton, a Living man, Californian, Claimant

*[Seal: Great Seal / For land and sea / House of Horton / SEAL]*