WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **REORGANIZED DEBTORS' REPORT ON STATUS WITH RESPECT TO ONE CLAIM SUBJECT TO THE EIGHTH SECURITIES CLAIMS OMNIBUS OBJECTION (NO BASIS FOR CLAIM – FAILURE TO PROVIDE ANY TRADING INFORMATION)** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | [Re: Dkt. Nos. 10922, 11092, 11396]<br><br>**Regarding Objection Set for Hearing October 19, 2021, at 10:00 a.m. (Pacific Time)** |

# REPORT ON STATUS OF ONE CLAIM

In advance of the October 19, 2021, 10:00 a.m. omnibus hearing (the "**Hearing**"), PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby report on the status of a claim in the following securities claims omnibus objection:

| Docket No. | Omnibus Objection |
|---|---|
| 10922 | *Reorganized Debtors' Eighth Securities Claims Omnibus Objection (No Basis for Claim – Failure to Provide Any Trading Information)*, dated July 14, 2021 [Docket No. 10922] (the "**Objection**") |

| Docket No. | Claimants | Claim No. | Status |
|---|---|---|---|
| Informal | Erik and Rose von Buchau (the "**Claimants**") | 105784 (the "**Claim**") | The Reorganized Debtors are attempting to resolve this matter consensually. This matter has been continued indefinitely and will be reset for hearing if necessary. |

One of the Claimants contacted counsel for the Reorganized Debtors on October 14 and 15, 2021, and informed the Reorganized Debtors that, among other things, based on a call the Claimant had with the transfer agent, some or all of the Claimants' shares had been diverted to the State of California sometime in 2016. In order to allow the parties to investigate this matter further and determine if the Objection can be resolved consensually, the parties have agreed that the Hearing on the Objection solely with respect to the Claim should be further continued without date. The Reorganized Debtors will file a further notice setting a new hearing date if and when necessary.

Dated: October 15, 2021

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**

By: */s/ Richard W. Slack*

Richard W. Slack

*Attorneys for Debtors and Reorganized Debtors*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119