UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>- and -<br>PACIFIC GAS AND ELECTRIC COMPANY;<br>　　　　　　　　Debtors.<br>Affects Both Debtors<br>　• *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No.: 19-30088 (DM)<br>Chapter 11, Lead Case, Jointly Administered;<br><br>Ricky-Dean Horton, Claim No. 87111<br><br>CERTIFICATE OF SERVICE;<br><br>VOID OF ORDER 11386 Dated October 7, 2021;<br><br>HEARING SET FOR: 10:00am October 19, 2021 <u>IS UPHELD</u> |

## CERTIFICATE OF SERVICE

I, Ricky-Dean Horton, do declare and state as follows:

1. I am a creditor in the above-referenced chapter 11 cases.

2. On October 15, 2021 by CM/ECF filing on the Bankruptcy Court's Website, I electronically filed the following documents with the Clerk of the Court by using CM/ECF system (for Non-Registered ECF Filers):

    *PG&E Case 19-30088 VOID OF ORDER 11386 HEARING DATE 10am October 19, 2021 Remains on Schedule.pdf*

3. I caused the same CM/ECF filing on the Bankruptcy Court's Website to be served upon the interested parties as shown below:

**SERVICE LIST**

1. **Attorneys for Debtors, WEIL, GOTSHAL & MANGES LLP**

   **Via Electronic Email:**

   Stephen Karotkin, Stephen.karotkin@weil.com;
   Jessica Liou, Jessica.liou@weil.com;
   Matthew Goren, Matthew.goren@weil.com;

2. **Attorneys for Debtors, KELLER BENVENUTTI KIM LLP**

   **Via Electronic Email:**

   PGETeam@primeclerk.com;
   Tobias S. Keller, tkeller@kbkllp.com;
   Jane Kim, jkim@kbkllp.com;
   Thomas Rupp, trupp@kbkllp.com
   Peter J. Benvenutti, pbenvenutti@kbkllp.com,

3. **Calendar Clerk for the Hon. Judge Dennis Montali**

   **VIA Electronic Email:**

   **Lorena_Parada;** Lorena_Parada@canb.uscourts.gov

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Signed, Sealed and Executed this 15th day of October 2021, at Fairfield, California.

_____
Ricky-Dean Horton, Claimant

SEAL