**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:     (212) 310-8000
Fax:    (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:     (415) 496-6723
Fax:    (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>         - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    **Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR OCTOBER 19, 2021, 10:00 A.M. OMNIBUS HEARING**<br><br>Date:   October 19, 2021<br>Time:   10:00 a.m. (Pacific Time)<br>Place:  Zoom Videoconference<br>           United States Bankruptcy Court<br>           Courtroom 17, 16th Floor<br>           San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR
OCTOBER 19, 2021, 10:00 A.M. (PACIFIC TIME)
OMNIBUS HEARING**

I: **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*CONTESTED MATTERS GOING FORWARD*

1. **Seventy-Sixth Omnibus Objection (No Liability / Passthrough Claims)** [**Dkt. 10537**].

   Response Filed:

   A. Willie and Ora Green [**Dkts. 11278, 11355, 11429, and 11438**].

   Related Documents:

   B. Corrected Reply in Support of Reorganized Debtors' Seventy-Sixth Omnibus Objection to Claims [**Dkt. 11410**].

   C. Declaration of Thomas B. Rupp in Support of Reply in Support of Reorganized Debtors' Seventy-Sixth Omnibus Objection to Claims [**Dkt. 11409**].

   D. Declaration of Kristin Jensen in Support of Reply in Support of Reorganized Debtors' Seventy-Sixth Omnibus Objection to Claims [**Dkt. 11408**].

   Related Order:

   E. Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Seventy-Sixth Omnibus Objection to Claims (No Liability / Passthrough Claims) [**Dkt. 10705**].

   Status: The Objection re Willie and Ora Green is going forward on a contested basis.

   This Omnibus Objection was granted as to most claims by **Dkt. 10705**.

*RESOLVED AND CONTINUED MATTERS*

**Securities Omnibus Claims Objection:**

2. **Eighth (No Basis for Claim – Failure to Provide Any Trading Information)** [**Dkt. 10922**]. This Securities Omnibus Objection was granted as to all Claims (except those discussed below) by **Dkt. 11103**. This matter has been continued to November 23, 2021, as to

Michael Dewan and Dennis Madden [**Dkt. 11399**]. It has been continued indefinitely as to Erik and Rose von Buchau [**Dkt. 11436**]. This Securities Omnibus Objection has been withdrawn without prejudice as to the Claims listed in **Dkt. 11398**.

    3.    **Eleventh (Claims Barred by the Statute of Repose)** [**Dkt. 11014**]. This Securities Omnibus Objection was granted as to all Claims (except those discussed below) by **Dkt. 11216**. This Securities Omnibus Objection has been withdrawn without prejudice as to the Claims listed in **Dkt. 11439**.

**Omnibus Claim Objections:**

    4.    **Forty-Fourth (No Liability / Passthrough Claims)** [**Dkt. 9464**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9873**. It has been taken off calendar and continued indefinitely as to the University of California; the Reorganized Debtors will seek to resolve the Claim through the Court-approved ADR procedures [**Dkt. 11404**].

    5.    **Seventy-Ninth (Books and Records Claims)** [**Dkt. 10673**]. This Omnibus Objection was granted as to most claims by **Dkt. 10858**. It has been continued to November 9, 2021, as to Marsh Landing, LLC [**Dkt. 11402**].

    6.    **Ninety-Third (No Legal Liability Claims)** [**Dkt. 10808**]. This Omnibus Objection was granted as to most Claims by **Dkt. 10980**. It has been continued to November 23, 2021, as to City of San Carlos [**Dkt. 11403**].

    7.    **One Hundred Fourth (ADR No Liability Claims)** [**Dkt. 11218**]. This Omnibus Objection was granted as to most Claims by **Dkt. 11431**. It has been taken off calendar and continued indefinitely as to Wayne Russo; the Reorganized Debtors will seek to resolve the Claim through the Court-approved ADR procedures [**Dkt. 11405**].

    8.    **One Hundred Fifth (Bestwall Claims)** [**Dkt. 11221**]. This Omnibus Objection was granted as to all Claims by **Dkt. 11432**.

    9.    **One Hundred Sixth (No Legal Liability Claims)** [**Dkt. 11224**]. This Omnibus Objection was granted as to all Claims by **Dkt. 11433**.

    10.    **One Hundred Seventh (McColm Claims)** [**Dkt. 11227**]. This Omnibus Objection was continued to November 9, 2021, as to all Claims by Court Order [**Dkt. 11405**].

    11.    **One Hundred Eighth (PURPA Claims)** [**Dkt. 11230**]. This Omnibus Objection was continued to November 9, 2021, as to all Claims by **Dkt. 11323**.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (II) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: October 18, 2021

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: */s/ Thomas B. Rupp*
  Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*