KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

GOUGH & HANCOCK LLP
Mark Hancock (#160662)
(mark.hancock@ghcounsel.com)
50 California Street, Suite 1500
San Francisco, CA 94111
Tel: 415 848 8916
Fax: 888 808 6471

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF APPEAL AND STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**<br><br>**[Related to Dkt. Nos. 10808 and 11253]** |

NOTICE IS HEREBY GIVEN that PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**," or as reorganized pursuant to the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020*, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), hereby appeal, pursuant to 28 U.S.C. § 158(a)(1), from the *Order Overruling Objection to Claim No. 56868* (the "**Order**") entered on September 14, 2021 [Docket No. 11253]. A copy of the Order is attached hereto as **Exhibit A**.

On September 28, 2021, the Court entered the *Order Granting Reorganized Debtors' Motion for Enlargement of Time to File Notice of Appeal of Order on Claim of California Department of Housing and Community Development* [Dkt. No. 11338], extending the time to appeal the Order to October 19, 2021.

Pursuant to 28 U.S.C. § 158(c)(1), the Reorganized Debtors elect to have the appeal heard by the United States District Court for the Northern District of California rather than by the Bankruptcy Appellate Panel for the Ninth Circuit.

The name of the only party to the Order other than Reorganized Debtors, and the name, address, and telephone number of its attorney, is:

/ / /

/ / /

/ / /

/ / /

| Party | Counsel |
|---|---|
| California Department of Housing and Community Development | ROBERT BONTA<br>Attorney General of California<br>DANETTE VALDEZ, SBN 141780<br>ANNADEL ALMENDRAS, SBN 192064<br>JAMEE JORDAN PATTERSON, SBN 100967<br>Supervising Deputy Attorneys General<br>ERICA LEE, SBN 288151<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 510-3367<br>Fax: (415) 703-5480<br>Danette.Valdez@doj.ca.gov<br>Annadel.Almendras@doj.ca.gov<br>Jamee.Patterson@doj.ca.gov<br>Erica.Lee@doj.ca.gov<br><br>PAUL J. PASCUZZI, SBN 148810<br>FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP<br>500 Capitol Mall, Suite 2250<br>Sacramento, CA 95814<br>Telephone: (916) 329-7400<br>Fax: (916) 329-7435<br>ppascuzzi@ffwplaw.com |

Dated: October 18, 2021

**KELLER BENVENUTTI KIM LLP**
**GOUGH & HANCOCK LLP**


By: /s/ *Thomas B. Rupp*
Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*