**EXHIBIT A**

**(Order)**

Signed and Filed: September 14, 2021

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

ORDER OVERRULING OBJECTION TO CLAIM NO. 56868

For the reasons stated on the record at a hearing on September 14, 2021, the Reorganized Debtors' Objection to the Claim of the California Department of Housing and Community Development (Claim No. 56868) is OVERRULED. The allowance of that claim is not barred by California Code of Civil Procedure sections 338 or 340(b). California Health and Safety Code

-1-

1  section 18116.1 and other related provisions apply.  The
2  Department's Claim No. 56868 is ALLOWED as filed.
3  **END OF ORDER**

COURT SERVICE LIST

ECF Recipients