| | |
|---|---|
| 1 | Anthony P. Condotti, City Attorney, SBN 149886<br>acondotti@abc-law.com |
| 2 | Barbara H. Choi, Senior Deputy City Attorney, SBN 156088 |
| 3 | bchoi@abc-law.com<br>Alexander Geise, Deputy City Attorney, SBN 334312 |
| 4 | ageise@abc-law.com |
| 5 | ATCHISON, BARISONE & CONDOTTI<br>A Professional Corporation |
| 6 | PO Box 481<br>Santa Cruz, CA 95061 |
| 7 | Telephone: (831) 423-8383<br>Facsimile: (831) 576-2269 |
| 8 | |
| 9 | Attorneys for Creditor<br>CITY OF SANTA CRUZ |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>  - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>        Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO BE REMOVED FROM ELECTRONIC NOTICE AND SERVICE OF PAPERS**<br><br>[No Hearing Required] |

   **PLEASE TAKE NOTICE** that the appearance of Barbara H. Choi and Alexander Geise of Atchison, Barisone & Condotti, APC, PO Box 481, Santa Cruz, California 95061, on behalf of the City of Santa Cruz, a creditor in the above-entitled actions, is hereby withdrawn, and service of all notices

and pleadings to Barbara H. Choi and Alexander Geise in these actions, including CM/ECF electronic notification, should be discontinued.

ATCHISON, BARISONE & CONDOTTI, APC

Dated: October 19, 2021  By: */s/ Barbara H. Choi*
BARBARA H. CHOI, Deputy City Attorney (SBN 156088)
ATCHISON, BARISONE & CONDOTTI
A Professional Corporation
PO Box 481
Santa Cruz, CA 95061
Telephone: (831) 423-8383
Facsimile: (831) 576-2269
bchoi@abc-law.com

*Attorneys for Creditor City of Santa Cruz*

Dated: October 19, 2021  By: */s/ Alexander Geise*
ALEXANDER GEISE, Deputy City Attorney (SBN 334312)
ATCHISON, BARISONE & CONDOTTI
A Professional Corporation
PO Box 481
Santa Cruz, CA 95061
Telephone: (831) 423-8383
Facsimile: (831) 576-2269
ageise@abc-law.com

*Attorneys for Creditor City of Santa Cruz*

*In re: PG&E Corporation and Pacific Gas and Electric Company*
*USBC, Northern District of California, Lead Case No. 19-30088*

### CERTIFICATE OF SERVICE

I am employed in the County of Santa Cruz, State of California. I am over the age of eighteen years and not a party to the within action. My business address is Atchison, Barisone & Condotti, PO Box 481, Santa Cruz, California 95061.

On the date set forth below, I served the following document(s):

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO BE REMOVED FROM ELECTRONIC NOTICE AND SERVICE OF PAPERS**

on the interested party(ies) to said action by the following means:

[X] **(BY ELECTRONIC TRANSMISSION)** By electronically filing the document(s) listed above with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel and/or parties by operation of the court's electronic filing system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 19, 2021, at Santa Cruz, California.

_____
JENNIFER PASQUINI