Wm F. Weidman, III
108 Connolly Road, #136
Benson, MD 21018-0136

October 18, 2021

Honorable Dennis Montali
United States Bankruptcy Court
Northern District of California - San Francisco Division
450 Golden Gate Avenue, Mail Box 36099
San Francisco, CA 94102

In Re: PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY, Debtors
Bankruptcy Case No. 19-30088 (DM), Chapter 11
Creditor: Wm. F. Weidman, III's Proof of Claim (Assigned No. 10281)

Honorable Dennis Montali:

Creditor intends to file a Motion for Reconsideration pursuant to the Order Disallowing Proof of Claim #10281 Filed by William F. Weidman, III entered October 6, 2021.

Creditor respectfully requests a brief extension of time (7-10 days) to file the Motion for Reconsideration in order to compile all documentation necessary to prepare said Motion.

Sincerely,

Wm F. Weidman, III

CC:

Lorena Parada
Courtroom Deputy to Hon. Dennis Montali
Lorena_parada@canb.uscourts.gov

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
Jane Kim (#298192)
650 California Street, Suite 1900
San Francisco, CA 94108

1

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin
Jessica Liou
767 Fifth Avenue
New York, NY 10153-0119

CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro
George E. Zobitz
825 Eighth Avenue
New York NY 10019

Benjamin Zvenia
Zvenia & Associates
5940 South Rainbow Blvd., #1000
Las Vegas, NV 89118