

Entered on Docket
October 19, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: October 19, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

ORDER GRANTING EXTENSION OF TIME FOR WILLIAM F. WEIDMAN, III
TO FILE A MOTION FOR RECONSIDERATION

    The Court has reviewed the request for extension of time to file a motion for reconsideration (Dkt. 11444) filed by William F. Weidman, III ("Claimant") to the October 6, 2021 *Order Disallowing Proof of Claim # 10281* ("Order").

    IT IS HEREBY ORDERED THAT the request is GRANTED and the time for Claimant to file a motion for reconsideration of the

-1-

Order is extended to November 3, 2021.

**END OF ORDER**

COURT SERVICE LIST

William F. Weidman, III
108 Connolly Road, No. 136
P.O. Box 136
Benson, Maryland 21018