UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re: PG& E Corporation  
        and  
Pacific Gas and Electric Company

Bankruptcy Case No. 19-30088-DM  
Chapter 11

## COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

**Notice of Appeal and Statement of Election- by PG& E Corporation and Pacific Gas and Electric Company- Dkt #11442**

**Order Overruling Objection to Claim No. 56868- Dkt. #11253**

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) on the date shown below:

**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

KELLER BENVENUTTI KIM, LLP      for **PG& E Corporation and**
Jane Kim                                              **Pacific Gas & Electric Company**
David A. Taylor
Thomas B. Rupp
650 California St., #1900
San Francisco, CA 94108
**-and-**
GOUGH & HANCOCK LLP
Mark Hancock
50 California St., #1500
San Francisco, CA 94111

Robert Bonta
ATTORNEY GENERAL OF CALIFORIA
Danette Valdez
Annadel Almendras
Jamee Jordan Patterson
SUPERVISING DEPUTY ATTORNEYS GENERAL
Erica Lee
DEPUTY ATTORNEY GENERAL
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
**-and-**
FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP
Paul J. Pascuzzi
500 Capitol Mall, Suite 2250
Sacramento, CA 95814

for **California Department of Housing and Community Development**

Date: October 20, 2021

<u>DaWana L. Chambers</u>
Deputy Clerk