

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**October 20, 2021**

Susan Y. Soong, Clerk of Court
United States District Court
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re: Transmittal of Notice of Appeal to District Court:

**PG&E Corporation and Pacific Gas and Electric Company, Case No. 19-30088-DM, Judge Dennis Montali**

Dear Clerk:

The following documents are electronically transmitted to your court for the above referenced matter:

Docket Report

Notice of Appeal and Statement of Election- by PG& E Corporation and Pacific Gas and Electric Company- Dkt #11442

Order Overruling Objection to Claim No. 56868- Dkt. #11253

Court Certificate of Mailing- Dkt. #11454

**Filing Fee**: ☒ Paid $ 298.00   ☐ Not Paid   ☐ Fee Waived   ☐ Fee Waiver Pending

If you have any questions, please contact me at 415-268-2373   .

Edward Emmons, Clerk
United States Bankruptcy Court

By: *DaWana Chambers*
DaWana Chambers  Deputy Clerk

Case: 19-30088    Doc# 11455    Filed: 10/20/21    Entered: 10/20/21 08:41:46    Page 1 of 1