# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: admin | Date Created: 10/21/2021 |
| Case: 19−30088 | Form ID: TRANSC | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty    Thomas B. Rupp    trupp@kbkllp.com

    TOTAL: 1

**Recipients submitted to the Claims Agent (Prime Clerk):**
intp    Willie & Ora Green    2845 Magnolia Street    Oakland, CA 97608

    TOTAL: 1