# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
|     **- and -** | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
|           **Reorganized Debtors.** | **(Jointly Administered)** |

## <u>CERTIFICATE OF SERVICE</u>

I, Rohany Tejada, do declare and state as follows:

1.     I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2.     On October 19, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on William F. Weidman, III (MMLID: 7072796) at 108 Connolly Road, No. 136, P.O. Box 136, Benson, MD 21018.

- Order Granting Extension of Time for William F. Weidman, III to File a Motion for Reconsideration [Docket No. 11446]

3.     I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 21st day of October 2021, at New York, NY.

/s/ Rohany Tejada
_____
Rohany Tejada

SRF 57392