

Signed and Filed: October 21, 2021

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>   Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

## ORDER AFTER HEARING

On October 19, 2021, the Court held a hearing on the Reorganized Debtors' objection to Proof of Claim #80673 of Willie and Ora Green (see dkts. 10537, 11278, 11355, 11408, 11409, 11410, 11429, 11438). For the reasons stated on the record, the Court continued the hearing to November 9, 2021. The Court enters this Order to clarify that prior to the continued hearing, Claimants Willie and Ora Green are to obtain a signed declaration and/or report from

Matthew T. Kisak, P.E. and/or a representative of R Sinclair Group, LLC which, under penalty of perjury, verifies that the author of the Investigative Report previously submitted by the Greens: (1) visited the subject property at least once; (2) confirmed that Willie or Ora Green verified to him that the cracks were not present before PG&E's work but were present after the work; (3) that in his opinion the cracks and other damage inside the Green's garage was caused by the work; and (4) what qualifications and experience he has to reach his professional opinion. Such documentation may be filed by Willie and Ora Green any time prior to the hearing.

**\*\*\* END OF ORDER \*\*\***

**COURT SERVICE LIST**

Willie & Ora Green
2845 Magnolia Street
Oakland, CA 94608