Northern California Law Group, PC.
Joseph Feist, SBN 249447
2611 Esplanade
Chico, CA 95973
Tel: 530-433-0233 | Fax: 916-426-7848
info@norcallawgroup.net

Attorney for Claimant
Jane Elizabeth Tyler

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | ) Case No. 19-30088-DM |
| | ) |
| PG&E Corporation, | ) Chapter 11 |
| | ) Lead Case, Jointly Administered |
| and | ) |
| | ) **DECLARATION OF MOVANT IN** |
| PACIFIC GAS AND ELECTRIC COMPANY, | ) **SUPPORT OF MOTION PURSUANT TO** |
| | ) **FED. R. BANKR. PROC. 7015 AND 7017 TO** |
| | ) **ENLARGE TIME TO FILE PROOF OF** |
| Debtors. | ) **CLAIM PURSUANT TO FED. R. BANKR.** |
| | ) **PROC. 9006(b)(1)** |
| [x] Affects both Debtors | ) |
| | ) Date: December 3, 2021 |
| *All paper shall be filed in the Lead Case, No. 19-30088-DM | ) Time: 10:00 a.m. (Pacific Time) |
| | ) Place: Telephonic/Video Appearances Only |
| | )         United States Bankruptcy Court |
| | )         Courtroom 17, |
| | )         450 Golden Gate Ave., 16th Floor |
| | )         San Francisco, CA |
| | ) Judge: Hon. Dennis Montali |
| | ) |
| | )     Objection Date: November 19, 2021 |

I, Jane Elizabeth Tyler, hereby declare:

1. I am the movant in this matter and had a 50% ownership interest at the property commonly known as 13926 Cascade Dr Magalia CA 95954 on November 8, 2018.

2. My Proof of Claim filing for damages sustained in the Camp Fire of November 8, 2018, was delayed due to my reasonable belief that I did not have a claim associated with the fire as I did not reside at the loss location or within the affected community.

3. My ex-husband, Edward Delongfield and I co-owned the real property commonly known as 13926 Cascade Dr Magalia CA 95954 and said property was completely destroyed in the Camp Fire.

4. My ex-husband and I finalized our divorce on February 7, 2015.

5. I have not lived at the affected property since my divorce.

6. I transferred my interest in the real property to my ex-husband on November 12, 2019.

7. I have been informed by counsel that Mr. Delongfield is unable to be fully compensated for his losses to real property, personal property and additional living expenses because I still had a 50% interest in the property on the day of the fire.

8. On October 21, 2021, I retained Northern California Law Group, PC to file this motion, file my Proof of Claim and represent me in the Fire Victims Trust process.

9. It is my intention to provide proceeds recovered from the FVT to my Ex-husband.

10. All statements in this declaration are based on my own personal knowledge and observation. If called to testify on this matter, I can and would competently testify to the matters set forth in this Declaration.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of October 2021, in Bermuda Dunes, CA.

/s/ *Jane Elizabeth Tyler*

Jane Elizabeth Tyler
Movant