Northern California Law Group, PC.
Joseph Feist, SBN 249447
2611 Esplanade
Chico, CA 95973
Tel: 530-433-0233 | Fax: 916-426-7848
info@norcallawgroup.net

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re** | Case No. 19-30088-DM |
| **PG&E Corporation,** | Chapter 11 |
| | Lead Case, Jointly Administered |
| **and** | |
| | **PROOF OF SERVICE** |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| | Date: December 3, 2021 |
| | Time: 10:00 a.m. (Pacific Time) |
| **Debtors.** | Place: Telephonic/Video Appearances Only |
| | United States Bankruptcy Court |
| | Courtroom 17, |
| | 450 Golden Gate Ave., 16th Floor |
| | San Francisco, CA |
| | Judge: Hon. Dennis Montali |
| | |
| | Objection Date: November 19, 2021 |

### CERTIFICATE OF SERVICE

I, Joanna Melena, do declare and state as follows:

1. I am employed at Northern California Law Group, the firm that represents the Movant, Jane Tyler in the above referenced chapter 11 bankruptcy case and am not a party to the action.

2. On October 21st, 2021, I served the following documents by the method set forth on the Master Service List attached hereto as Exhibit "B":

- 1 -

Case: 19-30088    Doc# 11464    Filed: 10/21/21    Entered: 10/21/21 15:41:23    Page 1 of 3

| | |
|---|---|
| 1 | • MOTION PURSUANT TO FED. R. BANKR. PROC. 7015 AND 7017 TO |
| 2 | ENLARGE TIME TO FILE PROOF OF CLAIM PURSUANT TO FED. R. BANKR. PROC. |
| 3 | 9006(b)(1) (the "*Motion*") |
| 4 | • NOTICE OF HEARING PURSUANT TO FED. R. BANKR. PROC. 7015 AND 7017 TO |
| 5 | ENLARGE TIME TO FILE PROOF OF CLAIM PURSUANT TO FED. R. BANKR. PROC. |
| 6 | 9006(b)(1) (the "*Notice of Hearing*") |
| 7 | • DECLARATION OF MOVANT IN SUPPORT OF MOTION PURSUANT TO FED. R. |
| 8 | BANKR. PROC. 7015 AND 7017 TO ENLARGE TIME TO FILE PROOF OF CLAIM |
| 9 | PURSUANT TO FED. R. BANKR. PROC. 9006(b)(1) (the "*Declaration of Movant*") |
| 10 | • DECLARATION OF JOSEPH FEIST IN SUPPORT OF MOTION PURSUANT TO FED. R. |
| 11 | BANKR. PROC. 7015 AND 7017 TO ENLARGE TIME TO FILE PROOF OF CLAIM |
| 12 | PURSUANT TO FED. R. BANKR. PROC. 9006(b)(1) (the "*Declaration of Joseph Feist*") |
| 13 | • PROOF OF CLAIM FILED BY THE MOVANT'S ATTORNEY (the "*Proof of Claim Exhibit* |
| 14 | "*A*"") |
| 15 | 3. On October 22, 2021, at the direction of Joseph K. Feist a partner at Northern California Law |
| 16 | Group, PC. caused the Motion, Notice of Motion, Declaration of Movant, the Declaration of |
| 17 | Joseph Feist and Exhibits "A" & "B", to be served via first class mail and email on Abbey, |
| 18 | Weitzenberg, Warren & Emery, P.C., Attn: Brendan M. Kunkle, Michael D. Green, 100 Stony |
| 19 | Point Road, Suite 200, Santa Rosa, CA 95401, bkunkle@abbeylaw.com; |
| 20 | mgreen@abbeylaw.com., Corey, Luzaich De Ghetaldi & Riddle LLP, Attn. Dario De Ghetaldi, |
| 21 | Amanda L. Riddle, 700 El Camino Real PO BOX 669, Millbrae, CA 94030, |
| 22 | deg@coreylaw.com, alr@coreylaw.com, Danko Meredith Attn: Kristine K. Meredith, 333 Twin |
| 23 | Dolphin Dr. Ste. 145, Redwood Shores, CA 94605, kmeredith@dankolaw.com, Gibbs Law |
| 24 | |

Group LLP, Attn: Eric Gibbs, Dylan Hughes, 505 14th St. Ste 1110 Oakland, CA 94612, ehg@classlawgroup.com, dsh@classlawgroup.com.

4. I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

5. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 21st day of October 2021, at Sacramento, CA.

*/s/ Joanna Melena*

Joanna Melena