| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Destiny N. Almogue (SBN 316495)<br>300 South Grand Avenue<br>Suite 3400<br>Los Angeles, California 90071<br>Telephone: (213) 687-5000<br>Fax: (213) 687-5600 | James J. Mazza, Jr. (admitted *pro hac vice*)<br>155 N. Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 407-0700<br>Fax: (312) 407-0411 |

-and-

SKADDEN, ARPS, SLATE, MEAGHER & FLOM (UK) LLP
Kathlene M. Burke
40 Bank Street, Canary Wharf
London E14 5DS
United Kingdom

*Former Counsel to Atlantica Yield plc and Mojave Solar LLC*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>　　- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>　　　　　　　　　　**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088-DM<br><br>Chapter 11<br>(Lead Case)<br><br>(Jointly Administered)<br><br>**WITHDRAWAL OF APPEARANCE OF COUNSEL** |

PLEASE TAKE NOTICE that James J. Mazza, Jr., Kathlene M. Burke, and Destiny N. Almogue ("Skadden") are hereby withdrawn as counsel of record for Atlantica Yield plc and Mojave Solar LLC in the above-captioned matter. Please remove Skadden from all email notifications and service of any documents filed in this action.

1

**WITHDRAWAL OF APPEARANCE OF COUNSEL**　　　　　　　　　　　　　　**CASE NO. 19-30088-DM**

| | |
|---|---|
| Dated: October 19, 2021 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | */s/ Destiny N. Almogue*<br>Destiny N. Almogue (SBN 316495)<br>300 South Grand Avenue<br>Suite 3400<br>Los Angeles, California 90071<br>Telephone: (213) 687-5000<br>Fax: (213) 687-5600 |
| | - and - |
| | James J. Mazza, Jr. (admitted *pro hac vice*)<br>155 N. Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 407-0700<br>Fax: (312) 407-0411 |
| | - and - |
| | SKADDEN, ARPS, SLATE, MEAGHER & FLOM (UK) LLP<br>Kathlene M. Burke<br>40 Bank Street, Canary Wharf<br>London E14 5DS<br>United Kingdom |
| | *Former Counsel to Atlantica Yield plc and Mojave Solar LLC* |