UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: PG & E CORPORATION,

        Appellant

Case No. 21-cv-08235-HSG

RE: PG & E Corporation

        Bankruptcy Case: 19-30088 DM

        Adversary No.:

        BAP No.:

        Appellant: PG & E Corporation

    The appeal has been assigned the following case number, 21-cv-08235-HSG before the Honorable Haywood S. Gilliam, Jr. .

    When the parties have perfected the record on appeal in accordance with the federal and local bankruptcy rules, the Bankruptcy Court will transmit to this court either the record or a notice that the record is available electronically.

    Pursuant to the federal and local bankruptcy rules, unless the assigned District Judge orders otherwise, briefs in this matter shall be due in accordance with the following schedule:

    <u>Appellant's principal brief</u>: no more than 30 days after docketing of notice that the record has been transmitted or is available electronically on the District Court's docket.

    <u>Appellee's principal and response brief</u>: no more than 30 days after service of appellant's brief. If the appellee has filed a cross-appeal, the brief of appellee shall contain both the issues and arguments pertinent to the cross-appeal and the response to the appellant's brief.

    <u>Appellant's response and reply brief</u>: no more than 30 days after service of appellee's brief.

    <u>Appellee's reply brief</u>: no more than14 days after service of the appellant's response and reply brief, but also no more than 7 days before scheduled argument.

    Briefs shall be in compliance with Bankruptcy Rules 8014-8018, as applicable.

| | |
|---|---|
| 1 | Pursuant to B.L.R 8019-1, upon completion of the briefing, the assigned District Judge will set a date for oral argument, unless the judge determines that oral argument is unnecessary under the Bankruptcy Local Rules; in that case, the matter will be deemed submitted for decision. |

Dated: 10/22/2021                                         For the Court

Kathleen M Shambaugh (Acting), Clerk

*[signature]*

By: Anna Sprinkles
Deputy Clerk



Office of the Clerk
United States Bankruptcy Court, Northern District of California

C21-8235 HSG

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**FILED**

Oct 22 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**October 20, 2021**

Susan Y. Soong, Clerk of Court
United States District Court
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re:   Transmittal of Notice of Appeal to District Court:

**PG&E Corporation and Pacific Gas and Electric Company, Case No. 19-30088-DM, Judge Dennis Montali**

Dear Clerk:

The following documents are electronically transmitted to your court for the above referenced matter:

Docket Report

Notice of Appeal and Statement of Election- by PG& E Corporation and Pacific Gas and Electric Company- Dkt #11442

Order Overruling Objection to Claim No. 56868- Dkt. #11253

Court Certificate of Mailing- Dkt. #11454

**Filing Fee**:   ☒ Paid $ 298.00      ☐ Not Paid      ☐ Fee Waived      ☐ Fee Waiver Pending

If you have any questions, please contact me at  415-268-2373 .

Edward Emmons, Clerk
United States Bankruptcy Court

By: *DaWana Chambers*
DaWana Chambers  Deputy Clerk