# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Reorganized Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Nuno Cardoso, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the reorganized debtors in the above-referenced chapter 11 bankruptcy cases.

2. On October 20, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on Storedahl, Rodney & Heather (MMLID#7991869), PMB 207, 901 N. Brutscher St., Ste. D, Newberg, OR, 97132-6096:

- Reorganized Debtors' Report on Responses to Twelfth Securities Claims Omnibus Objection (Unauthorized Bulk Claims) and Request for Order by Default as to Unopposed Objections [Docket No. 11300]

- Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Twelfth Securities Claims Omnibus Objections (Unauthorized Bulk Claims) [Docket No. 11314]

3. I have reviewed the Notices of Electronic Filing for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 25th day of October 2021, at New York, NY.

                                            */s/ Nuno Cardoso*
                                            Nuno Cardoso