CAIRNCROSS & HEMPELMANN
JOHN RIZZARDI (*pro hac vice*)
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Telephone: (206) 254-4444
Facsimile: (206) 587-2308
JRizzardi@cairncross.com
*Attorneys for Claimants*

THOMAS MELONE (*pro hac vice*)
ALLCO RENEWABLE ENERGY LIMITED
157 Church St., 19th Floor
New Haven, CT 06510
Telephone: (212) 681-1120
Facsimile: (801) 858-8818
Thomas.Melone@AllcoUS.com
*Attorneys for Claimants*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Reorganized Debtors, | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF THOMAS MELONE IN SUPPORT OF OPPOSITION TO REORGANIZED DEBTORS' ONE HUNDRED EIGHTH OBJECTION TO CLAIMS (PURPA CLAIMS) BY WINDING CREEK SOLAR LLC, FOOTHILL SOLAR LLC, HOLLISTER SOLAR LLC, KETTLEMAN SOLAR LLC, VINTNER SOLAR LLC, BEAR CREEK SOLAR LLC, and ALLCO RENEWABLE ENERGY LIMITED**<br><br>**Date: November 9, 2021**<br>**Time: 10:00 a.m. (Pacific Time)**<br>**Place: United States Bankruptcy Court**<br>**Courtroom 17, 16th Floor**<br>**San Francisco, CA 94102** |

I, Thomas Melone, declare as follows:

1. I am President of Allco Renewable Energy Limited ("Allco"). I represent the Claimants Winding Creek Solar LLC, Foothill Solar LLC, Hollister Solar LLC, Kettleman Solar LLC, Vintner Solar LLC, Bear Creek Solar LLC, and Allco (collectively, the "Claimants"). The facts set forth herein are based on my personal knowledge and if called as a witness I could competently testify thereto. This declaration is being provided in support of the Claimants' Memorandum of Points and Authorities in Opposition to Reorganized Debtors' One Hundred Eighth Objection to Claims (PURPA Claims) (Dkt. No. 11230).

2. I am an attorney in good standing licensed to practice law in the states of New Jersey and New York for approximately thirty-seven years. I am also an attorney in good standing licensed to practice law in the states of Massachusetts, Florida, Connecticut, Pennsylvania and Vermont. I have extensive experience as outside counsel in tax, energy and finance, including seven years practicing law with Cravath, Swaine & Moore in New York. I am currently a member of the litigation committee of the Board of Advisors of the Institute for Policy Integrity at New York University School of Law. I received my Juris Doctor with high honors from Rutgers Law School - Newark in 1983, my Master of Laws (LLM in taxation) from New York University School of Law in 1989 and my Certified Public Accountant certificate in 1980. I was a Revenue Agent for the Internal Revenue Service from 1978 to 1982.

3. I also have extensive experience with the business side of finance, specifically, financing utility assets that sell the energy produced to utilities under power purchase agreements. For the past twenty-five years, as President of Allco and its affiliates, I personally have been involved in arranging and structuring the financing for assets ranging from railcars, commercial aircraft, electric generation facilities, water and wastewater treatment systems, and air traffic control systems.

4. I have also testified in utility and power purchase agreement matters as an expert witness before the Massachusetts Department of Public Utilities ("DPU").

5. Attached hereto as <u>Exhibit A</u> is a list of Power Purchase Agreements (including Small Renewable Generator PPAs and a Section 399.20 PPAs) executed and transmitted by Claimants to PG&E between June 7, 2013 and July 22, 2013, pursuant to PG&E's AB1969 FIT applications.

6. Attached hereto as <u>Exhibit B</u>, is an example PPA (including a Small Renewable Generator PPA and a Section 399.20 PPA), dated June 5, 2013, pursuant to PG&E's AB1969 FIT applications, for the facility known as "Hollister 2."

7. Copies of the PPAs listed on Exhibit 1 are in the possession of Claimant, but voluminous. Accordingly, Claimants are prepared to submit all true and correct copies of such PPAs in connection with an evidentiary hearing or a state court proceeding, as this Court so directs.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF NEW JERSEY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED this 26th day of October, 2021, at Ho-Ho-Kus, New Jersey.

_____
THOMAS MELONE