# Exhibit A
## Index of Power Purchase Agreements

| Applicant | Name of Facility | Application Date |
|---|---|---|
| Kettleman Solar LLC | Chowchilla Solar 1 | July 22, 2013 |
| Kettleman Solar LLC | Chowchilla Solar 2 | July 22, 2013 |
| Hollister Solar LLC | Chowchilla Solar 3 | July 22, 2013 |
| Hollister Solar LLC | Chowchilla Solar 4 | July 22, 2013 |
| Vintner Solar LLC | Chowchilla Solar 5 | July 22, 2013 |
| Vintner Solar LLC | Chowchilla Solar 6 | July 22, 2013 |
| Bear Creek Solar LLC | Chowchilla Solar 7 | July 22, 2013 |
| Bear Creek Solar LLC | Chowchilla Solar 8 | July 22, 2013 |
| Spencer Meadow Solar LLC | Chowchilla Solar 9 | July 22, 2013 |
| Spencer Meadow Solar LLC | Chowchilla Solar 10 | July 22, 2013 |
| Allco Renewable Energy Limited | Chowchilla Solar 11 | July 22, 2013 |
| Allco Renewable Energy Limited | Chowchilla Solar 12 | July 22, 2013 |
| Allco Renewable Energy Limited | Chowchilla Solar 13 | July 22, 2013 |
| Kettleman Solar LLC | Corning Solar 1 | July 22, 2013 |
| Kettleman Solar LLC | Corning Solar 2 | July 22, 2013 |
| Hollister Solar LLC | Corning Solar 3 | July 22, 2013 |
| Hollister Solar LLC | Corning Solar 4 | July 22, 2013 |
| Vintner Solar LLC | Corning Solar 5 | July 22, 2013 |
| Vintner Solar LLC | Corning Solar 6 | July 22, 2013 |
| Bear Creek Solar LLC | Corning Solar 7 | July 22, 2013 |
| Bear Creek Solar LLC | Corning Solar 8 | July 22, 2013 |
| Spencer Meadow Solar LLC | Corning Solar 9 | July 22, 2013 |
| Spencer Meadow Solar LLC | Corning Solar 10 | July 22, 2013 |
| Allco Renewable Energy Limited | Corning Solar 11 | July 22, 2013 |
| Allco Renewable Energy Limited | Corning Solar 12 | July 22, 2013 |
| Allco Renewable Energy Limited | Corning Solar 13 | July 22, 2013 |
| Kettleman Solar LLC | Madera County Solar 1 | July 22, 2013 |
| Kettleman Solar LLC | Madera County Solar 2 | July 22, 2013 |
| Hollister Solar LLC | Madera County Solar 3 | July 22, 2013 |
| Hollister Solar LLC | Madera County Solar 4 | July 22, 2013 |
| Vintner Solar LLC | Madera County Solar 5 | July 22, 2013 |
| Vintner Solar LLC | Madera County Solar 6 | July 22, 2013 |
| Bear Creek Solar LLC | Madera County Solar 7 | July 22, 2013 |
| Bear Creek Solar LLC | Madera County Solar 8 | July 22, 2013 |
| Spencer Meadow Solar LLC | Madera County Solar 9 | July 22, 2013 |
| Spencer Meadow Solar LLC | Madera County Solar 10 | July 22, 2013 |
| Allco Renewable Energy Limited | Madera County Solar 11 | July 22, 2013 |
| Allco Renewable Energy Limited | Madera County Solar 12 | July 22, 2013 |
| Allco Renewable Energy Limited | Madera County Solar 13 | July 22, 2013 |
| Kettleman Solar LLC | Tracy Solar 1 | July 22, 2013 |

| Applicant | Name of Facility | Application Date |
|---|---|---|
| Kettleman Solar LLC | Tracy Solar 2 | July 22, 2013 |
| Hollister Solar LLC | Tracy Solar 3 | July 22, 2013 |
| Hollister Solar LLC | Tracy Solar 4 | July 22, 2013 |
| Vintner Solar LLC | Tracy Solar 5 | July 22, 2013 |
| Vintner Solar LLC | Tracy Solar 6 | July 22, 2013 |
| Bear Creek Solar LLC | Tracy Solar 7 | July 22, 2013 |
| Bear Creek Solar LLC | Tracy Solar 8 | July 22, 2013 |
| Spencer Meadow Solar LLC | Tracy Solar 9 | July 22, 2013 |
| Spencer Meadow Solar LLC | Tracy Solar 10 | July 22, 2013 |
| Allco Renewable Energy Limited | Tracy Solar 11 | July 22, 2013 |
| Allco Renewable Energy Limited | Tracy Solar 12 | July 22, 2013 |
| Allco Renewable Energy Limited | Tracy Solar 13 | July 22, 2013 |
| Bear Creek Solar Interconnection LLC | Hollister 2 Solar | June 7, 2013 |
| Bear Creek Solar (NV) LLC | Kettleman 2 Solar | June 7, 2013 |
| Winding Creek Solar LLC | Winding Creek Solar | June 7, 2013 |
| Bear Creek Solar (NV) LLC | Vintner 2 Solar | June 7, 2013 |
| Bear Creek Solar Interconnection LLC | Vintner 3 Solar | June 7, 2013 |