M. Elizabeth Graham, (SBN 143085)
**Grant & Eisenhofer P.A.**
One Market Street
Spear Tower, 36th Floor
San Francisco, CA 94105
Phone: 415-293-8210
Fax: 415-789-4367
egraham@gelaw.com

Deborah A. Elman
**Grant & Eisenhofer P.A.**
485 Lexington Avenue, 29th Floor
New York, NY 10017
Phone: 646-722-8500
delman@gelaw.com

*Attorneys for Manulife Investment Management and The Manufacturers Life Insurance Co.*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

|  |  |
|---|---|
| In re PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors<br><br>Affects both Debtors | **Bankruptcy Case No. 19-30088 (DM)**<br><br>**OPPOSITION TO REORGANIZED DEBTORS' FOURTEENTH SECURITIES CLAIMS OMNIBUS OBJECTION (CLAIMS BARRED BY THE STATUTE OF REPOSE)**<br><br>**Hearing Information:**<br>Date: November 9, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Tele/Videoconference Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br><br>**Related to Dkt. Nos. 11339, 11340, 11341** |

Manulife Investment Management and The Manufacturers Life Insurance Co. (together, "Manulife") hereby respectfully submit this Opposition to Reorganized Debtors' Fourteenth Securities Claims Omnibus Objection [Dkt. No. 11339].[1]

**OPPOSITION**

Manulife respectfully joins in the substantive Oppositions already on file to the Debtors' Eleventh Securities Claims Omnibus Objection [including Dkt. Nos. 11168 and 11170]. The Eleventh Securities Claims Omnibus Objection is identical in all material respects to the Fourteenth Securities Claims Omnibus Objection. [See Exhibit 1 attached (redlined comparison of Eleventh and Fourteenth Securities Claims Omnibus Objections)]. In addition, Manulife states that it did not submit all its claims herein exclusively under Section 11 of the Securities Act and therefore the Statute of Repose does not bar the compensation to which Manulife is entitled arising from any other basis.

**RESERVATION OF RIGHTS**

Manulife reserves all its respective rights, claims, defenses, and remedies, including, without limitation, the right to amend, modify or supplement this Opposition in accordance with applicable rules.

Date: October 26, 2021

*/s/ Elizabeth Graham*
M. Elizabeth Graham, (SBN 143085)
**Grant & Eisenhofer P.A.**
One Market Street
Spear Tower, 36th Floor
San Francisco, CA 94105
Phone: 415-293-8210
Fax: 415-789-4367
egraham@gelaw.com

Deborah A. Elman
**Grant & Eisenhofer P.A.**
485 Lexington Avenue, 29th Floor
New York, NY 10017
Phone: 646-722-8500
delman@gelaw.com

---

[1] The applicable claim number and other information for Manulife is attached hereto as **Appendix A**.

# CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2021, the foregoing Objection and related documents were filed electronically and a notice of this filing will be sent by operation of the ECF system to all parties on the electronic filing receipt.

*Elizabeth Graham*
_____
M. Elizabeth Graham

# APPENDIX A

| CREDITOR | CLAIM NO. | DATE | AMOUNT OF CLAIM | NOTICE ADDRESS |
|---|---|---|---|---|
| Manulife Investment Management | 101020 | 4/16/2020 | Unliquidated | Manulife Investment Management<br>Attn: Mr Sinclair Jacinto<br>200 Bloor Street East,<br>Toronto, ON, M4W 1 E5 |