ALSTON & BIRD, LLP
DIANE C. STANFIELD (CA Bar No. 106366)
DOUGLAS J. HARRIS (CA Bar No. 329946)
diane.stanfield@alston.com
douglas.harris@alston.com
333 S. Hope Street 16th Floor
Los Angeles, California 90071
Telephone:     213.576.1000
Facsimile:     213.576.1100

Attorneys for
Fulcrum Credit Partners LLC

DOWNEY BRAND LLP
JAMIE P. DREHER (CA Bar No. 209380)
Email: jdreher@downeybrand.com
TYLER J. HORN (CA Bar No. 323982)
Email: thorn@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:     916.444.1000
Facsimile:     916.444.2100

Attorneys for
Tuscan Ridge Associates, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>             Debtors.<br><hr>[ ] Affects PG&E Corporation<br>[] Affects Pacific Gas and Electric Company<br>[ x ] Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM, | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**DECLARATION OF COURTNEY MCALISTER IN SUPPORT OF RESPONSE TO REORGANIZED DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 58562**<br><br>Date:     November 9, 2021<br>Time:    10:00 a.m.<br>Place:   (Tele/Videoconference<br>          Appearances Only)<br>          Courtroom 17<br>          450 Golden Gate Avenue<br>          San Francisco, CA 94102<br>Judge:   Hon. Dennis Montali |

1759967v1 LEGAL02/41152059v2

I, Courtney McAlister, declare:

1. I am over the age of eighteen (18), provide this declaration in support of Fulcrum Credit Partners, LLC's Response to Reorganized Debtors' Objection to Proof of Claim No. 58562 Filed by Fulcrum Credit Partners LLC as Transferee of Tuscan Ridge Associates, LLC, and provide this testimony based on my personal knowledge, and would testify consistently herewith if called to do so.

2. I am an attorney authorized to practice law in the state of California. I am also a member of Tuscan Ridge Associates, LLC ("Tuscan"). Tuscan is the owner of parcels of real property located in Paradise, California commonly identified as Assessor's Parcel Nos. 040-520-103 and 040-520-100 (collectively the "Property").

3. In September 2018, Tuscan entered into a License Agreement with Pacific Gas & Electric ("PG&E") which allowed PG&E to use portions (i.e. the driving range and parking lot) of the Property to store its vegetation management and fire prevention equipment.

4. On November 6, 2018, I received an email from PG&E informing Tuscan that PG&E no longer needed the Property to store its vegetation management and fire prevention equipment and thus planned to vacate the Property.

5. On or about November 20, 2018, Tuscan and PG&E entered into the Letter Agreement ("Agreement"). The Agreement permitted PG&E to use the Property as a basecamp for PG&E's efforts to restore utilities to those affected by the devastating Camp Fire. Additionally, the Agreement memorialized PG&E's restoration obligations relative to its use of the Property.

6. On February 5, 2019, I spoke with Mr. Grant Guerra from PG&E's Law Department via telephone to confirm rumors that PG&E may be leaving the Property. Mr. Guerra stated that he did not know when PG&E would be leaving the Property, but promised to follow up and get back to me. Mr. Guerra also invited Tuscan to provide PG&E with an estimate of the costs to restore the Property as soon as possible so we could engage with PG&E on that topic. Finally, Mr. Guerra expressed PG&E's likely desire to satisfy its restoration obligations by

175996741
LEGAL02/41152059v2

making a monetary payment rather than performing the actual restoration work. This was the beginning of the Parties' efforts to meet and confer concerning PG&E's restoration obligation, as specified in the Agreement. A true and correct copy of my contemporary email to the other Tuscan partners, memorializing this phone conversation is attached hereto as **Exhibit A**.

7. On or about February 6, 2019, I emailed PG&E and informed them that Tuscan members and Algie Pulley, the golf course architect, would be visiting the Property to begin work on preparing a cost estimate relating to PG&E's restoration obligation. A true and correct copy of this email is attached hereto as **Exhibit B**.

8. Later that morning in response to my email, I received an email from Ms. Elouise Del Rosario with PG&E's Land Acquisition Department. In this email, Ms. Del Rosario stated "PG&E expects to vacate the [Property] by the end of February if not earlier." A true and correct copy of this email is attached hereto as **Exhibit C**.

9. Later in the afternoon of February 6, 2019, I received an email from Mr. Guerra. In this email, Mr. Guerra affirmed that PG&E would no longer be using the Property as a basecamp. Although Mr. Guerra stated that PG&E would not be vacating the Property <u>if</u> it decided to complete its restoration obligation with its in-house contractors. A true and correct copy of Mr. Guerra's February 6, 2019 email is attached hereto as **Exhibit D**.

10. The possibility that PG&E would perform the restoration work itself never came to fruition; on the contrary, during multiple phone conversations, Mr. Guerra reiterated to me that PG&E intended to satisfy its restoration obligations by making a monetary payment rather than performing the work.

11. After PG&E informed me that it would be vacating the Property, PG&E began to remove equipment, workers, and other infrastructure from the Property. PG&E vacated the Property at or about the end of February 2019.

12. After these initial discussions and the completion of Mr. Pulley's initial cost estimate, on or about March 7, 2019, Tuscan provided PG&E a copy of Mr. Pulley's cost estimate relating to PG&E's restoration obligation. Thereafter, PG&E met with Tuscan members at the Property to discuss Mr. Pulley's cost estimate.

13.     On or about March 20, 2019, I informed PG&E that Tuscan was intending to enter an agreement with ECC Constructors, LLC ("ECC") for use of the Property as a base camp for its operations.  PG&E did not object to that use and did not express any concern about the use making any restoration efforts impossible; on the contrary, we continued to discuss the cost of the restoration and PG&E's desire to make a monetary payment to Tuscan.  A true and correct copy of my March 20, 2019 email to Ms. Del Rosario of PG&E (with a "cc" to Mr. Guerra) confirming this information is attached hereto as **<u>Exhibit E</u>**.

14.     On or about March 21, 2019, I continued to discuss PG&E's restoration obligation with Mr. Guerra and he affirmed PG&E's intention to make a monetary payment to Tuscan as opposed to completing the restoration work itself.  PG&E's intention was confirmed in subsequent telephone calls with Mr. Tom Crowley, a Senior Manager with PG&E's Portfolio Department.  A true and correct copy of my March 21, 2019 email is attached hereto as **<u>Exhibit F</u>**.

15.     On or about March 22, 2019, Mr. Crowley responded to my email and thank me for the updated cost estimate.  Mr. Crowley further explained that the would review the updated cost estimate "and work to quantify the extent of damage and/or required restoration… After that we will work on agreeing to value."  A true and correct copy of Mr. Crowley's March 22, 2019 email is attached hereto as **<u>Exhibit G</u>**.

16.     Although I was a principal point of contact for Tuscan, at no point in time did Mr. Guerra or any other PG&E representative contact me and object to ECC's presence on the Property or request access to perform its restoration obligation.

17.     During my discussions with PG&E before and after the execution of the lease agreement with ECC, we never discussed Tuscan terminating the License Agreement.  Tuscan did not give notice of such termination, in writing or otherwise, at any time.

18.     At the time Tuscan entered into the lease agreement with ECC concerning the Property, PG&E had vacated the Property and had expressed a clear intent to make a monetary payment to Tuscan as opposed to actually performing the restoration work.

Tuscan has submitted preliminary site plan materials to Butte County for a proposed tentative subdivision map.  Tuscan's current application is not yet complete as the tentative map is still

1759967v1
LEGAL02/41152059v2

1  being drafted. Currently, the General Plan requires that Tuscan Ridge maintain a golf course on
2  the property to move forward with development of the planned residential community. Because of
3  PG&E's refusal to perform its restoration obligations and the resulting delays, however, Tuscan
4  Ridge has lacked the financial ability to restore the golf course; for that reason, it hopes to be able
5  to obtain modifications to the General Plan which would permit it to build a smaller golf course,
6  but those modifications are not yet in place and are not assured.

7         I declare under penalty of perjury under the laws of the United States of America that the
8  foregoing statements are true and correct.

9
10  October 2̲5̲, 2021
11                              By:  _____
                                          COURTNEY MCALISTER
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

# EXHIBIT A

# PG&E

From:   Courtney McAlister (comcalister@yahoo.com)

To:      scottbates1@live.com; emowesthill@gmail.com; westm15@gmail.com

Date:   Wednesday, February 6, 2019, 11:47 AM MST


Scott, Mo, Mark,

I spoke to Grant Guerra at PG&E yesterday evening. He was not aware of PG&E's plans regarding when they might vacate the property, but he promised to follow up and get back to me. I also questioned him about how PG&E will view our license agreement in the bankruptcy and he didn't know the answer to that either. He did, however, invite us to provide PG&E with an estimate of the costs to restore asap so we can start those discussions. He expressed PG&E's likely desire to write us a check rather than do the work themselves.

I received an email from Elouise a few minutes ago, letting me know that PG&E will likely vacate the site by the end of February. She said she would get me a firm date next week.

Courtney McAlister
Law Offices of Courtney L. McAlister
1510 Poole Blvd, Suite 105
Yuba City, CA 95993
(916) 496-2581 (mobile)
(530) 755-2607 (office)
comcalister@yahoo.com

# EXHIBIT B

# EXHIBIT B

Elouise Del Rosario

Land Acquisition | Pacific Gas and Electric Company

245 Market Street, N10A, San Francisco, CA 94105

M: 628-219-8228 | Elouise.DelRosario@pge.com

**From:** Courtney McAlister <corncalister@yahoo.com>
**Sent:** Wednesday, February 6, 2019 9:55 AM
**To:** Norvell, Steven <S1NQ@pge.com>; Del Rosario, Elouise <E1DQ@pge.com>
**Subject:** Site Visit on Thur

\*\*\*\*\*CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.\*\*\*\*\*

Steven, Elouise,

Tomorrow (Thur) at around 9:30, Mo and Mark West will be at the site with Gail Pulley and Algie Pulley of Pulley Development. The purpose of the visit is to start the work of estimating restoration costs. Pulley Development was the original golf course developer/architect for Tuscan Ridge.

It's possible that Scott Bates and I will attend as well. Thank you.

Courtney McAlister

Law Offices of Courtney L. McAlister

1510 Poole Blvd, Suite 105

Yuba City, CA 95993

(916) 496-2581 (mobile)

(530) 755-2607 (office)

comcalister@yahoo.com

# EXHIBIT C

# EXHIBIT C

## FW: Site Visit on Thur

From: Guerra, Grant (Law) (gxgw@pge.com)

To: comcalister@yahoo.com

Date: Wednesday, February 6, 2019, 04:11 PM PST

Courtney, I spoke with Elouise today and she updated me on her earlier message to you about PG&E's plans to surrender use of the Property. Although Eloise's message was describing PG&E's plans for use of the Property of the basecamp, we recognize there is an restoration obligation in the License. I understand your client is preparing a cost estimate for this restoration work, which we will consider once received. We are also independently evaluating performing the restoration work using our own contractors, in which case we would not be vacating the Property by the end of February. We can't identify a date certain for the return of the Property to your clients until we determine how we will complete the restoration work. So please keep this in mind, the date to vacate will be influenced by the restoration work. We have not yet evaluated the full scope of the work, and there is a possibility PG&E will need to continue to occupy the Property through the Expiration Date specified in the License, May 20.

**Grant Guerra** | Senior Counsel, Law Department
Pacific Gas and Electric Company
415.973.3728 office | Grant.Guerra@pge.com
Together, Building a Better California

**From:** Del Rosario, Elouise
**Sent:** Wednesday, February 6, 2019 10:05 AM
**To:** 'Courtney McAlister' <comcalister@yahoo.com>
**Subject:** RE: Site Visit on Thur

Hi Courtney,

I have forwarded your email to the security team and onsite lead.

Also, I confirmed with the team yesterday that PG&E expects to vacate the property by the end of February if not earlier. I should have a more solid date by next week, we can continue discussions on how to proceed with restoration.

Thank you,

# EXHIBIT D

EXHIBIT D

# FW: Site Visit on Thur

From:  Guerra, Grant (Law) (gxgw@pge.com)

To:    comcalister@yahoo.com

Date:  Wednesday, February 6, 2019, 04:11 PM PST

Courtney, I spoke with Elouise today and she updated me on her earlier message to you about PG&E's plans to surrender use of the Property. Although Eloise's message was describing PG&E's plans for use of the Property of the basecamp, we recognize there is an restoration obligation in the License. I understand your client is preparing a cost estimate for this restoration work, which we will consider once received. We are also independently evaluating performing the restoration work using our own contractors, in which case we would not be vacating the Property by the end of February. We can't identify a date certain for the return of the Property to your clients until we determine how we will complete the restoration work. So please keep this in mind, the date to vacate will be influenced by the restoration work. We have not yet evaluated the full scope of the work, and there is a possibility PG&E will need to continue to occupy the Property through the Expiration Date specified in the License, May 20.

**Grant Guerra**| Senior Counsel, Law Department
Pacific Gas and Electric Company
415.973.3728 office | Grant.Guerra@pge.com
Together, Building a Better California

**From:** Del Rosario, Elouise
**Sent:** Wednesday, February 6, 2019 10:05 AM
**To:** 'Courtney McAlister' <comcalister@yahoo.com>
**Subject:** RE: Site Visit on Thur

Hi Courtney,

I have forwarded your email to the security team and onsite lead.

Also, I confirmed with the team yesterday that PG&E expects to vacate the property by the end of February if not earlier. I should have a more solid date by next week, we can continue discussions on how to proceed with restoration.

Thank you,

# EXHIBIT E

# EXHIBIT E

# RE: Tuscan Ridge / PG&E

From: Guerra, Grant (Law) (gxgw@pge.com)

To: comcalister@yahoo.com

Date: Wednesday, March 20, 2019, 03:41 PM PDT

**Grant Guerra** Senior Counsel, Law Department
Pacific Gas and Electric Company
415.973.3728 office | Grant.Guerra@pge.com
Together, Building a Better California

**From:** Courtney L Mcalister <comcalister@yahoo.com>
**Sent:** Wednesday, March 20, 2019 11:07 AM
**To:** Del Rosario, Elouise <E1DQ@pge.com>
**Cc:** Guerra, Grant (Law) <GxGw@pge.com>; Mark West <westm15@gmail.com>
**Subject:** Re: Tuscan Ridge / PG&E

\*\*\*\*\*CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.\*\*\*\*\*

Elouise,

I just spoke with Mark who spoke to Jess. Jess asked that I email you to confirm that ECC's use of the site for now is temporary just for staging. Until we have a formal agreement with them, PG&E would maintain its security. Please confirm with Jess. Thanks.

Courtney

Sent from my iPhone

On Mar 20, 2019, at 10:47 AM, Del Rosario, Elouise <E1DQ@pge.com> wrote:

1/4

# EXHIBIT F

# EXHIBIT F

## RE: Tuscan Ridge Restoration

From: Crowley, Tom (tfc8@pge.com)

To: comcalister@yahoo.com; westm15@gmail.com; emowesthill@gmail.com; scottbates1@live.com; E1DQ@pge.com; GxGw@pge.com

Date: Friday, March 22, 2019, 07:52 AM PDT

Courtney,

Thanks for the message and the attached estimate. I understand you are working with Grant to determine the form of our agreement. In the meantime, I will review the estimate and also work to quantify the extent of damage and/or required restoration so we can agree on extent. After that we will work on agreeing to a value. In the meantime, I am working the internal process I outlined during our call. Feel free to contact me with any questions.

Tom

**Thomas Crowley | Senior Manager, Portfolio Management**

Corporate Real Estate Strategy & Services

Pacific Gas & Electric | 245 Market St, MC N15G | San Francisco, CA 94105

415.271.7100

Thomas.Crowley@pge.com

Contact us for assistance:

CRESS Intranet | Building Service Requests | PGE.com

Facilities Management Office | Ext: 223.9000, Opt. 2

**From:** Courtney McAlister <comcalister@yahoo.com>
**Sent:** Thursday, March 21, 2019 1:07 PM
**To:** Mark West <westm15@gmail.com>; Pat <emowesthill@gmail.com>; Scott Bates <scottbates1@live.com>; Crowley, Tom <TFC8@pge.com>; Del Rosario, Elouise <E1DQ@pge.com>; Guerra, Grant (Law) <GxGw@pge.com>; tom.crowley@pge.com
**Subject:** Re: Tuscan Ridge Restoration

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Tom,

I spoke with Grant Guerra today about a way to resolve the restoration issues. As I think you know, we're going to work on a short agreement that obligates PG&E to make a payment to Tuscan Ridge in exchange for termination of the license agreement and release of remaining obligations under the license agreement. ▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮ As you know from our meeting on Tuesday, those figures were subject to change based on the damages to the two additional golf course holes. Greg Melton's revised estimate is attached. ▮▮▮▮▮▮▮▮▮▮▮▮

Please let us know if you have any questions or comments. We're looking forward to resolving this soon. Thank you.

Courtney McAlister

Law Offices of Courtney L. McAlister

1510 Poole Blvd, Suite 105

Yuba City, CA 95993

(916) 496-2581 (mobile)

(530) 755-2607 (office)

comcalister@yahoo.com

On Monday, March 18, 2019, 3:46:06 PM PDT, Crowley, Tom <TFC8@pge.com> wrote:

Hello,

Please see the meeting invite information below to discuss restoration scope.

Thank you,

Elouise Del Rosario

Land Acquisition | Pacific Gas and Electric Company

245 Market Street, N10A, San Francisco, CA 94105

# EXHIBIT G

# EXHIBIT G

## RE: Tuscan Ridge Restoration

From:   Crowley, Tom (tfc8@pge.com)

To:     comcalister@yahoo.com; westm15@gmail.com; emowesthill@gmail.com; scottbates1@live.com;
        E1DQ@pge.com; GxGw@pge.com

Date:   Friday, March 22, 2019, 07:52 AM PDT

Courtney,


Thanks for the message and the attached estimate.  I understand you are working with Grant to determine
the form of our agreement.  In the meantime, I will review the estimate and also work to quantify the extent
of damage and/or required restoration so we can agree on extent.  After that we will work on agreeing to a
value.  In the meantime, I am working the internal process I outlined during our call.  Feel free to contact
me with any questions.


Tom


**Thomas Crowley | Senior Manager, Portfolio Management**

Corporate Real Estate Strategy & Services

Pacific Gas & Electric | 245 Market St, MC N15G | San Francisco, CA 94105

415.271.7100

Thomas.Crowley@pge.com


Contact us for assistance:

CRESS Intranet | Building Service Requests | PGE.com

Facilities Management Office | Ext: 223.9000, Opt. 2


**From:** Courtney McAlister <comcalister@yahoo.com>
**Sent:** Thursday, March 21, 2019 1:07 PM
**To:** Mark West <westm15@gmail.com>; Pat <emowesthill@gmail.com>; Scott Bates <scottbates1@live.com>;
Crowley, Tom <TFC8@pge.com>; Del Rosario, Elouise <E1DQ@pge.com>; Guerra, Grant (Law)
<GxGw@pge.com>; tom.crowley@pge.com
**Subject:** Re: Tuscan Ridge Restoration


*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking
links or opening attachments.*****

Tom,