ALSTON & BIRD, LLP
DIANE C. STANFIELD (CA Bar No. 106366)
DOUGLAS J. HARRIS (CA Bar No. 329946)
Email: diane.stanfield@alston.com
Email douglas.harris@alston.com
333 S. Hope Street 16th Floor
Los Angeles, California 90071
Telephone:     213.576.1000
Facsimile:     213.576.1100

Attorneys for
Fulcrum Credit Partners LLC

DOWNEY BRAND LLP
JAMIE P. DREHER (CA Bar No. 209380)
Email: jdreher@downeybrand.com
TYLER J. HORN (CA Bar No. 323982)
Email: thorn@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:     916.444.1000
Facsimile:     916.444.2100

Attorneys for
Tuscan Ridge Associates, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>[ ] Affects PG&E Corporation<br>[] Affects Pacific Gas and Electric Company<br>[x] Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM, | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**DECLARATION OF JOHN MORENO IN SUPPORT OF RESPONSE TO REORGANIZED DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 58562**<br><br>Date:     November 9, 2021<br>Time:     10:00 a.m.<br>Crtrm.:    Courtroom 17<br>             450 Golden Gate Avenue<br>             San Francisco, CA 94102 |

I, John Moreno, declare:

1. I provide this declaration in support of the Response to Reorganized Debtor's Objection to Proof of Claim No. 58562, and provide this testimony based on my personal knowledge, and would testify consistently herewith if called to do so.

2. I am the Vice President and Chief Estimator for Sierra West Group ("Sierra"). Sierra is a leader in the construction cost estimating industry and has been working on projects across the United States for over 25 years. Sierra specializes in the preparation of construction cost estimates, budget preparation, and claims analysis. Sierra is also the publisher of multiple nationally recognized construction cost estimating manuals that provide a widely utilized and respected resource for current construction costs (the "Pricing Guides"). These publications have been published for 53 consecutive years.

3. Personally, I have over 25 years of construction cost estimating experience. During my tenure as a cost estimator with Sierra, I have worked on a wide array of projects in both the private and public sectors. In total, I have prepared and worked on hundreds of cost estimates on a wide variety of projects.

4. In early September 2020, Tuscan Ridges Associates, LLC ("Tuscan") hired Sierra to prepare an Opinion of Probable Cost ("OPC") to restore the real property in Paradise California commonly identified as Assessor's Parcel Nos. 040-520-103 and 040-520-100 (collectively the "Property") to its "Baseline Condition." It is my understanding that the "Baseline Condition" is defined to mean that Pacific Gas & Electric Company ("PG&E") is required to restore the Property, "including the roads and parking lot(s) [and] any areas of ingress and egress" to "as good of a condition as it was prior to PG&E's use of the area…"

5. I further understand that the Baseline Condition does not include the restoration of "sod, turf and grass… bunkers, ponds, sprinkler systems and related improvements." As such, I excluded such restoration costs from my analysis.

6. To prepare the OPC and establish the "baseline condition" of the Property, I reviewed conceptual models and site plans, which were provided to me on September 2, 2020. The

conceptual models and site plans I reviewed as the basis for the OPC, true and correct copies of which are attached as **Exhibit A** to this Declaration, were prepared as of February 17, 2019 and depict the condition of the Property as of that date. I also reviewed the Cost Estimate prepared by Algie Pulley, the golf course's original architect, and Melton Design Group ("Melton Estimate") dated March 20, 2019.

7. In addition to reviewing the above-referenced documents, I discussed the proposed project with the engineers and the owners, and confirmed measurements using Google Earth and CAD/ OST software.

8. After obtaining the necessary factual information, I performed a quantitative and qualitative analysis to prepare the OPC setting forth the project's estimated costs. For pricing information, I used Sierra's nationally recognized Pricing Guides discussed above. A true and correct copy of the OPC I prepared for Tuscan Ridge Associates, LLC is attached hereto as **Exhibit B**.

9. Since my preparation of the OPC, the cost for construction materials and labor has increased significantly. To account for this increased cost, Sierra uses a pricing index, which is published and recognized throughout out the state of California. As of October 25, 2021, the price index for the OPC has increased (15.7% Building Materials, 2.4% Labor) with an overall 2.2% (project specific) percent, from the time I prepared the OPC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

October 26 2021

By: _____
JOHN MORENO

# EXHIBIT A

# EXHIBIT A



EXHIBIT 1 BASE ROCK AND DISTURBED AREAS
AERIAL DATE: 17 February 2019

OVERALL AREA USED: 2,884,285 SF / 60.21 AC
ACCESS ROAD: 2,034 LF
GOLF PARKING AREA: 25,172 SF / 0.58 AC

PG&E USE AREA Item 1b.
FENCE DAMAGE
LEACH SEWER SYSTEM
WELL SYSTEM/GENERATORS
ACCESS ROAD-24' WIDE
SEPTIC DAMAGE
CART SHED DAMAGE

TUSCAN RIDGE
EXHIBIT 1 - BASE ROCK AND DISTURBED AREA

SCALE: 1" = 500'

Case: 19-30088    Doc# 11479-3    Filed: 10/26/21    Entered: 10/26/21 15:58:42    Page 5 of 16



EXHIBIT 2 ROAD PARKING PATH
AERIAL DATE: 17 February 2019

OVERALL AREA USED: 2,884,285 SF/60.21 AC
ACCESS ROAD: 2,034 LF
GOLF PARKING AREA: 25,172 SF/0.59 AC

SEE SEPARATE EXHIBIT FOR GOLF CART PATH

ACCESS ROAD-24' WIDE
Item 2a.

BISTRO PARKING LOT
Item 2b.

SEPTIC DAMAGE
CART SHED DAMAGE

TUSCAN RIDGE
EXHIBIT 2 - ACCESS ROAD, PARKING, CART PATH DAMAGE

SCALE: 1" = 500'
0   500   1000

MDG
MELTONDESIGNGROUP inc
PROJECT #: 2147.7
DATE:
EXHIBIT G

Case: 19-30088    Doc# 11479-3    Filed: 10/26/21    Entered: 10/26/21 15:58:42    Page 6 of 16









# EXHIBIT B

# EXHIBIT B

# PREFACE TO OPINION OF PROBABLE COST

The Opinion of Probable Cost hereunder has been compiled from drawings and specifications believed to be an accurate portrayal of the project as drawn and indicated by the architect and/or engineers on drawings. If said drawings and specifications are incomplete, the project cost engineer has included those items which would usually appear in final drawings and specifications for a complete project in a manner ordinarily prudent under the circumstances. Specialty items unknown to the cost engineer will not normally be included unless communicated through the architect and/or engineers.

The user is cautioned that changes in the scope of the project or the drawings and specifications after the Opinion of Probably Cost has been submitted can cause cost changes and the cost engineer should be notified for appropriate addenda to be issued to the Onion of Probable Cost.

Escalation has been added to the Opinion of Probable Cost to the anticipated NTP of construction on the whole project. The escalation is based on a starting date believed to be accurate; however, unwarranted delays should be cause for added escalation at the current rate.

The Opinion of Probable Cost has also been adjusted for geographical location based on local material and labor rates as well as local construction practice in a non prevailing wage environment.

In the current Seller's market for construction, our experience show the following results on competitive bids, as a differential from final Opinion of Probable Cost.

| | |
|---|---|
| 1 Bid, (Sole Sourced or Negotiated) | + 15% to +38% |
| 2 - 3 Bids | + 8% to +12% |
| 4 - 5 Bids | + 4% to - 4% |
| 6 - 7 Bids | - 5% to - 7% |
| 8 or more bids | - 8% to - 20% |

***Accordingly, it is extremely important that the owner maintain continuous contact with the bidders during the bid period to assure a minimum of 4 - 5 Bids***

**Opinion of Probable Cost**
An Opinion of Probable Cost of cost shall be construed as an indefinite evaluation of cost based on similar structures, produced from plans and/or criteria during early stages of design commonly indicated as schematic or concept level. The cost engineer will add items which are not on the plans and use judgment but cannot know in total what the architect/engineer will later include.

In providing Opinion of Probable Costs, the Client understands that the consultant has no control over the cost or availability of labor, equipment or materials, or over market conditions or the Contractor's method of pricing, and that the Consultant's Opinion of Probable Costs are made on the on the basis of the Consultant's professional judgment and experience and historical costs and data as the basis of pricing. The Consultant makes no warranty, express or implied than the bids or the negotiated cost of the work will not vary from the Consultant's Opinion of Probable Cost.

The Opinion of Probable Cost is comprised of a survey of the quantities measured from the plans and specifications beyond the schematic stage commonly known as design development or working drawings. The estimator will add those items which may not appear on the plans but which he deems may latter be included by the Architect & Engineers.
The total cost is based on the work being performed by a single prime contractor in a continuous phase with construction.

The Opinion of Probable Cost will make the assumption that the following will be covered separately or not required for this project, unless specifically noted.
1. Hazardous abatement
2. Offsite work
3. Utility company fees, unless otherwise noted.
4. Any unforeseen subterranean conditions or objects

**CONTINGENCY**
The Owner and the Consultant agree that certain costs and changes may be required, and therefore, the final construction cost of the Project may exceed the Opinion of Probable Cost.

**BID**
An offer to enter into a contract at a fixed price good for a limited length of time.

**SOFT COSTS**
These costs are related to those items in a project that are necessary to prepare and complete the non-construction needs of the project. Soft costs include the architect's fees, the construction management services, the engineering reports and fees, the appraisal fee, the toxic report fee, owner contingencies, inspections, bidding/ award costs, any government fees - including the plan check fee, the cost of the building permit, any assessments, any sewer and water hook-up fees. These costs are related to those items in a project that are necessary to prepare and complete the non-construction needs of the project. Soft costs do not include construction, telecommunications, furnishings, fixed equipment, and expenditures for any other permanent components of the project.

**Tuscan Ridge Golf Course**
**Tuscan Ridge Associates, LLC**
**Remediation Cost Report**



## SITE SUMMARY

GROSS ACRES: 60.2

ARCHITECT: Melton Design Group

DATE: 21-Sep-20

| DIVISION | DESCRIPTION | TRADE COST | COST PER ACRE | SYSTEM QUANTITY | UNIT | COST PER SYSTEM | SYSTEM/ ACRE |
|---|---|---|---|---|---|---|---|
| 1.0 | SUBTOTAL-GENERAL REQUIREMENTS | $789,048 | $13,105 | 60.2 | AC | $13,105 | 1.000 |
| 2.0 | SUBTOTAL-EXISTING CONDITIONS | $116,871 | $1,941 | 60.2 | AC | $1,941 | 1.000 |
| 31.0 | SUBTOTAL-EARTHWORK | $7,527,783 | $125,025 | 60.2 | AC | $125,025 | 1.000 |
| 32.0 | SUBTOTAL-EXTERIOR IMPROVEMENTS | $744,488 | $12,365 | 60.2 | AC | $12,365 | 1.000 |
| 33.0 | SUBTOTAL- SITE UTILITIES | $64,890 | $1,078 | 60.2 | AC | $1,078 | 1.000 |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL SUBCONTRACT COST** | | | $9,243,080 | $153,514 | |
| | GENERAL CONDITIONS - STAFFING ONLY | | $372,000 | | |
| | CONTINGENCY - UN DOCUMENTED NEEDS | 5.0% | $480,754 | | |
| | ESCALATION | | $706,708 | | |
| | **SUBTOTAL** | | **$10,802,542** | **$179,414** | **AC** |
| | BONDS AND INSURANCE | 2.0% | $216,051 | | |
| | OVERHEAD AND PROFIT | 4.0% | $440,744 | | |

NOTE: ESTIMATED AS A TRADITIONAL DESIGN/ BID/ BUILD DELIVERY UTILIZING OPEN SHOP WAGES

**SUBTOTAL MARK UPS** — **$11,459,337**

**SUBTOTAL CONSTRUCTION**

| | Months | Monthly Escalation | | | |
|---|---|---|---|---|---|
| Escalation From Estimate to Midpoint of Construction - 6/2022 | 21 | 0.33% | | | |

| **TOTAL HARD CONSTRUCTION ON BID DAY** | | **$11,459,337** | **$190,323** | **AC** |
|---|---|---|---|---|

**SOFT COSTS**

| | | | | |
|---|---|---|---|---|
| CONTINGENCY - UNFORESEEN CONDITIONS DURING CONSTRUCTION (CHANGE ORDERS) | 2.5% | $286,483 | | |
| DESIGN AND ENGINEERING FEES | 8.0% | $916,747 | | |
| TECHNICAL REPORTS (CEQA, GEO TECH, ARBORIST) | LS | $25,000 | | |
| CONSTRUCTION MANAGER FEE | 3.0% | $343,780 | | |
| TESTING AND INSPECTIONS | 1.0% | $114,593 | | |
| BID AND AWARD | 0.5% | $57,297 | | |
| PERMITS/ PLAN CHECK | 0.75% | $85,945 | | |
| **TOTAL PROJECT COST** | | **$13,289,182** | **$220,714** | **AC** |

**Tuscan Ridge Golf Course**
**Tuscan Ridge Associates, LLC**
**Remediation Cost Report**



**ARCHITECT:** Melton Design Group

ACRES: 60.2
DATE: 21-Sep-20
BY: J. Moreno

## SITE WORK

| DIVISION | | DESCRIPTION | QUAN. | UNIT | UNIT COST | TOTAL | COST/ PER ACRE |
|---|---|---|---|---|---|---|---|
| | | MOBILIZATION/ DEMOBILIZATION | 1 | LOT | $15,000.00 | $15,000 | $249 |
| | | PERMITS | | | | BY OTHERS | |
| | | LAYOUT SITE - 4 MAN CREW | 4 | WKS | $28,800.00 | $115,200 | $1,913 |
| | | LAYOUT UTILITIES | 24 | HRS | $180.00 | $4,320 | $72 |
| | | STAKING DAMAGE/ RE-SET | 40 | HRS | $180.00 | $7,200 | $120 |
| | | WATER TRUCK W. OPERATOR | 12 | MOS | $11,460.00 | $137,520 | $2,284 |
| | | CONSTRUCTION FENCING - STAGING/ PED. ACCESS | 2,000 | LF | $8.00 | $16,000 | $266 |
| | | MATERIALS TESTING | | | | SEE SOFT COSTS ON SUMMARY | |
| | | JOB TRAILER | 12 | MOS | $1,750.00 | $21,000 | $349 |
| | | SET UP AND REMOVE JOB TRAILER | 1 | LOT | $5,000.00 | $5,000 | $83 |
| | | CONSUMABLES | 12 | MOS | $100.00 | $1,200 | $20 |
| | | TEMPORARY TOILETS | 40 | T/MOS | $250.00 | $10,000 | $166 |
| | | SMALL TOOLS | 12 | MOS | $200.00 | $2,400 | $40 |
| | | DEBRIS BINS | 10 | EA | $650.00 | $6,500 | $108 |
| | | GAS, OIL, TRUCK | 12 | MOS | $1,500.00 | $18,000 | $299 |
| | | CELL PHONE | 12 | MOS | $200.00 | $2,400 | $40 |
| | | FIRST AID/ TRAINING/ SAFETY SUPPLIES | 12 | MOS | $500.00 | $6,000 | $100 |
| | | PROJECT SIGN | 2 | EA | $500.00 | $1,000 | $17 |
| | | FINAL PUNCH LIST/ CLOSEOUT | 80 | HRS | $180.00 | $14,400 | $239 |
| | | TEMPORARY POWER - SET UP | 1 | LOT | $1,500.00 | $1,500 | $25 |
| | | TEMPORARY POWER - MONTHLY USEAGE | 12 | MOS | $300.00 | $3,600 | $60 |
| | | WATER USAGE (PROPANE GAS GENERATORS @ 25GAL @ $2.75/GAL PER HOUR/ 20HRS PER DAY) - DUST CONTROL/ LANDSCAPE MAINTENANCE | 240 | DAYS | $1,375.00 | $330,000 | $5,481 |
| | | POT HOLE AND VIDEO SURVEY (E) UNDERGROUND INFRASTRUCTURE | 1 | LOT | $2,500.00 | $2,500 | $42 |
| | NOTE: | FLUSH AS NECESSARY | 1 | LOT | TBD | | |
| | | STAGING AREA CLEAN UP/ REMEDIATION | 5,000 | SF | $5.00 | $25,000 | $415 |
| | | UNDISTRIBUTABLE LABOR - SWPPP MAINTENCE, ETC | 768 | HRS | $56.39 | $43,308 | $719 |
| | 1.0 | SUBTOTAL-GENERAL REQUIREMENTS | 60.2 | AC | | $789,048 | $13,105 |
| | | REMOVE AC PAVING - ACCESS ROAD | 48,816 | SF | $1.26 | $61,508 | $1,022 |
| | | REMOVE AC PAVING - PARKING LOT | 25,172 | SF | $1.26 | $31,717 | $527 |
| | | REMOVE PCC PAVING AT DRIVING RANGE | 1,902 | SF | $2.65 | $5,040 | $84 |
| | | OFF HAUL AC PAVING - TRUCKING ONLY | 1,518 | TONS | $4.14 | $6,284 | $104 |
| | | SAWCUTTING ALLOWANCE | 1 | LOT | $5,000.00 | $5,000 | $83 |
| | | TRAFFIC SAFETY/ ROADWAY CLEAN UP | 48,816 | SF | $0.15 | $7,322 | $122 |
| | 1.0 | SUBTOTAL-EXISTING CONDITIONS | 60.2 | AC | | $116,871 | $1,941 |

**Tuscan Ridge Golf Course**
**Tuscan Ridge Associates, LLC**
**Remediation Cost Report**



**ARCHITECT:** Melton Design Group

ACRES: 60.2
DATE: 21-Sep-20
BY: J. Moreno

## SITE WORK

| DIVISION | | DESCRIPTION | QUAN. | UNIT | UNIT COST | TOTAL | COST/ PER ACRE |
|---|---|---|---|---|---|---|---|
| | | REMOVE BASE ROCK - LOADER WITH OPERATOR | 2 | MOS | $22,351.20 | $44,702 | $742 |
| | | TRUCKING - 12 MILE HAUL, 30 MPH, 1 CYCLE PER HR - 40TNS PER CYCLE | 2,875 | HR | $150.00 | $431,250 | $7,162 |
| | NOTE: | 3000LBS PER CYD/ 1.5TONS | PER | TON | $4.14 | ACUTAL UNIT COST TO DISPOSE | |
| | | CLEAR AND GRUB/ STOCK PILE | 2,884,285 | SF | $0.08 | $230,743 | $3,832 |
| | | OFF HAUL DEBRIS - 3" AVG. | 43,264 | TON | $4.14 | $179,114 | $2,975 |
| | | DISPOAL FEE FOR DEBRIS | 43,264 | TON | TBD | | |
| | | ROUGH GRADING | 2,884,285 | SF | $0.31 | $894,128 | $14,850 |
| | | IMPORT SOILS OUTSIDE OF GOLF AREAS - 6" | 20,399 | CYDS | $15.00 | $305,979 | $5,082 |
| | | IMPORT SOILS AT FAIRWAYS, TEES, GREENS - 12" | 73,646 | CYDS | $15.00 | $1,104,690 | $18,347 |
| | | IMPORT TOP/ LOAM SOILS AT FAIRWAYS, TEES, GREENS - 6" | 36,823 | CYDS | $35.00 | $1,288,805 | $21,405 |
| | | IMPORT SAND TO BUNKERS/ GREENS - 12" | 5,897 | CYDS | $95.00 | $560,211 | $9,304 |
| | | IMPORT SOILS FOR COUNTORING/ MOUNDS | 14,400 | CYDS | $15.00 | $216,000 | $3,587 |
| | | SOIL AMENDMENTS | 2,884,285 | SF | $0.15 | $432,643 | $7,186 |
| | | COMPACTION TO IMPORTED SOILS | 145,268 | CYDS | $2.65 | $384,959 | $6,394 |
| | | FINE GRADING/ CONTOURING TO IMPORT SOILS | 2,884,285 | SF | $0.39 | $1,124,871 | $18,682 |
| | | FINE GRADING TO BUNKERS/ GREENS/ TEES - HAND | 159,527 | SF | $0.75 | $119,645 | $1,987 |
| | | SCARIFY AND COMPACT NATIVE SOILS TO PAVING/ CART PATHS | 173,588 | SF | $0.47 | $81,586 | $1,355 |
| | | FINE GRADING TO PAVING/ CART PATHS | 173,588 | SF | $0.39 | $67,699 | $1,124 |
| | | STORM WATER POLLUTION PREVENTION PLAN | 173,588 | SF | $0.35 | $60,756 | $1,009 |
| 2.0 | | **SUBTOTAL-EARTHWORK** | 60.2 | AC | | **$7,527,783** | **$125,025** |
| | | AC PAVING TO ACCESS ROAD | 48,816 | SF | $5.97 | $291,432 | $4,840 |
| | | AC PAVING TO PARKING | 25,172 | SF | $4.70 | $118,308 | $1,965 |
| | | STRIPING | 73,988 | SF | $0.25 | $18,497 | $307 |
| | | AC PAVING TO CART PATHS | 99,600 | SF | $2.70 | $268,920 | $4,466 |
| | | PCC PAVING TO DRIVING RANGE | 1,902 | SF | $14.13 | $26,875 | $446 |
| | | RETAINING WALL | 319 | SF | $40.00 | $12,740 | $212 |
| | | COBBLE STONE TO TEE BOXES/ HAND PLACE | 51 | TONS | $150.00 | $7,716 | $128 |
| | | TREE DAMAGES - PER ARBORIST | 5 | EA | $2,500.00 | $12,500 | $208 |
| 32.0 | | **SUBTOTAL-EXTERIOR IMPROVEMENTS** | 60.2 | AC | | **$744,488** | **$12,365** |
| | | **STORM DRAIN** | | | | | |
| | | REMOVE (E) SD PIPING | 236 | LF | $20.00 | $4,720 | $78 |
| | | EXCAVATE, BACKFILL, COMPACT - SD LINE- 24" - 29'D | 638 | CYDS | $41.44 | $26,439 | $439 |
| | | EXCAVATE, BACKFILL, COMPACT - SD LINE- 24" - 5'D | 330 | CYDS | $41.44 | $13,675 | $227 |
| | | SD LINE- 24" - MATERIALS | 236 | LF | $21.00 | $4,956 | $82 |
| | | SD LINE- 24" - PLACE/ LABOR - 2MAN CREW | 8 | DAYS | $1,887.52 | $15,100 | $251 |
| | NOTE: | SHORING NOT ANTICIPATED | | | | | |
| 33.0 | | **SUBTOTAL- SITE UTILITIES** | 60.2 | AC | | **$64,890** | **$1,078** |

**Tuscan Ridge Golf Course**
**Tuscan Ridge Associates, LLC**
**Remediation Cost Report**

**ARCHITECT:** Melton Design Group

ACRES: 60.2
DATE: 21-Sep-20
BY: J. Moreno

## SITE WORK

| DIVISION | DESCRIPTION | QUAN. | UNIT | UNIT COST | TOTAL | COST/ PER ACRE |
|---|---|---|---|---|---|---|
| | BLDG SUBTOTAL | | | | $9,249,330 | $153,618 |
| | **GENERAL CONDITIONS** | | | $372,000.00 | | |
| | PROJECT MANAGER | 12 | MOS | $13,000.00 | $156,000 | $2,591 |
| | SUPERINTENDENT | 6 | MOS | $16,000.00 | $96,000 | $1,594 |
| | PROJECT ENGINEER | 12 | MOS | $10,000.00 | $120,000 | $1,993 |
| | CONTINGENCY - UNDOCUMENTED NEEDS | | | 5.0% | $481,066 | $7,990 |
| | ESCALATION | | | | $706,708 | |
| | **TOTAL ON BID DAY PER BUILDING** | | | | **$10,809,105** | |
| | BONDS AND INSURANCE | | | 2.00% | $216,182 | $3,590 |
| | OVERHEAD AND PROFIT | | | 4.0% | $441,011 | $7,325 |
| | | | | | | COST PER ACRE |
| | **TOTAL HARD CONSTRUCTION ON BID DAY** | | | | **$11,466,298** | **$190,438** |