**Exhibit 1**

**Claims**

**Sixteenth Securities Claims Omnibus Objection**  
**(No Loss Causation – Securities Sold Prior To**  
**The First Purported "Corrective Disclosure")**

Exhibit 1

**PG&E Corporation and Pacific Gas and Electric Company**  
**Case No. 19-30088 (DM), Jointly Administered**

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total[1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Brungo, Joseph P.<br>832 Village Drive<br>Pittsburgh, PA 15237 | 103196 | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 2 | Centre De La Petite Enfrance 00910084/3.2<br>Fiducie Desjardins Inc.<br>Attn : Reorg MTL1-34e-B<br>1 Complexe Desjardins<br>C.P. 34 Succursale Desjardins<br>Montréal, QC H5B 1E4 | 102927 | PG&E Corporation | 4/22/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 3 | City and County of Swansea Pension Fund<br>Barrack, Rodos & Bacine<br>c/o Leslie Bornstein Molder<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103 | 99551 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $8,266.00 | $8,266.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 4 | City of Daytona Beach Police and Fire Pension Fund<br>c/o Kessler Topaz Meltzer & Check, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087 | 99204 | PG&E Corporation | 4/10/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 5 | Deicken, Donald Leigh<br>10550 West Alexander Rd #2018<br>Las Vegas, NV 89129 | 105193 | PG&E Corporation | 5/22/2020 | $0.00 | $0.00 | $0.00 | $5,765.59 | $5,765.59 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 6 | Employees' Retirement Fund of the City of Fort Worth dba Fort Worth Employees' Retirement Fund<br>Attn: Benita Falls Harper, Executive Director<br>3801 Hulen Street, Suite 101<br>Fort Worth, TX 76107 | 99425 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 7 | FA MSTAR US Value ETF<br>c/o Battea Class Action Services<br>231 Sansome Street, 4th Floor<br>San Francisco, CA 94104 | 104126 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $35,228.73 | $35,228.73 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 8 | Invesco Premier Portfolio of AIM Treasurer's Series Trust (Invesco Treasurer's Series Trust)<br>Attn: Legal Department<br>11 Greenway Plaza, Suite 1000<br>Houston, TX 77046 | 101931 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 9 | Invesco Tax-Free Cash Reserve Portfolio of Short-Term Investments Trust (Delaware Statutory Trust)<br>Attn: Legal Department<br>11 Greenway Plaza, Suite 1000<br>Houston, TX 77046 | 102133 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

[1] Claims listed as $0.00 seek an unliquidated amount.

**Sixteenth Securities Claims Omnibus Objection**
**(No Loss Causation – Securities Sold Prior To**
**The First Purported "Corrective Disclosure")**

Exhibit 1

**PG&E Corporation and Pacific Gas and Electric Company**
**Case No. 19-30088 (DM), Jointly Administered**

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | Ironshore Indemnity Inc<br>Battea FBO<br>231 Sansome Street, 4th Floor<br>San Francisco, CA 94104 | **104176** | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 11 | Ironshore Specialty Insurance Company<br>231 Sansome Street<br>4th Floor<br>San Francisco, CA 94104 | **104137** | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 12 | Kapitalforeningen PensionDanmark Stabile Aktier<br>c/o Kessler Topaz Meltzer & Check, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087 | **99221** | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 13 | KPA Etisk Blandfond 2<br>c/o Kessler Topaz Meltzer & Check, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087 | **99597** | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 14 | Kurtzman, Audrey<br>320 Central Park West<br>New York, NY 10025 | **99896** | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 15 | Logica Diversified Capital AdV<br>231 Sansome Street, 4th Floor<br>San Francisco, CA 94104 | **104130** | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $4,316.06 | $4,316.06 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 16 | Ohio Casualty Insurance Company<br>Battea FBO<br>231 Sansome Street, 4th Floor<br>San Francisco, CA 94104 | **104175** | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 17 | PATRICK HEALY IV TTEE<br>PO BOX 144<br>CARMEL, CA 93921 | **98797** | PG&E Corporation | 4/7/2020 | $0.00 | $0.00 | $0.00 | $57.93 | $57.93 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 18 | Peerless Insurance Company<br>Battea FBO<br>231 Sansome Street, 4th Floor<br>San Francisco, CA 94104 | **104178** | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $6.79 | $6.79 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

**Sixteenth Securities Claims Omnibus Objection**
**(No Loss Causation – Securities Sold Prior To**
**The First Purported "Corrective Disclosure")**

Exhibit 1

**PG&E Corporation and Pacific Gas and Electric Company**
**Case No. 19-30088 (DM), Jointly Administered**

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | Retirement Plan of Marathon Oil Company Bonds Ellis Eppich Schafer Jones LLP Attn: Clay Taylor, Esq. 420 Throckmorton St. Ste. 1000 Fort Worth, TX 76102 | 100763 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $119,006.09 | $119,006.09 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 20 | Scher, Janet 1035 Stillwater Dr. Miami Beach, FL 33141 | 99710 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $15,915.29 | $15,915.29 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 21 | Teodorovic, Dusan 125 Redsage Ridge Atlanta, GA 30349 | 99779 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $1,010.11 | $1,010.11 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 22 | Yeck, Dixie 28201 Ridgepoint Ct RPV, CA 90275 | 103802 | PG&E Corporation | 5/5/2020 | $0.00 | $0.00 | $0.00 | $53.89 | $53.89 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |