1 WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
2 (richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
3 (jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
4 (matthew.goren@weil.com)
767 Fifth Avenue
5 New York, NY 10153-0119
Tel: 212 310 8000
6 Fax: 212 310 8007

attn: Tom Schmiebel
-7003

7 KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
8 David A. Taylor (#247433)
(dtaylor@kbkllp.com)
9 Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
65 [...]fornia Street, Suite 1900
San F[...]sco, CA 94108
11 Tel: 41[...] 6723
Fax: 650 636 9251
12

*Attorneys for Debtors and Reorganized Debtors*

13

14

15

16

17 **In re:**

18 **PG&E CORPORATION,**

19 - and -

20 **PACIFIC GAS AND ELECTRIC COMPANY,**

21 **Debtors.**

22 ☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
23 ☒ Affects both Debtors

24 *All papers shall be filed in the Lead Case, No.*
25 *19-30088 (DM).*

26

27

28

---

THE OBJECTION DESCRIBED IN THIS NOTICE ASKS THE BANKRUPTCY COURT TO DISALLOW AND/OR EXPUNGE THE CLAIMS LISTED IN EXHIBIT 1 OF THE OBJECTION.

CLAIMANTS RECEIVING THIS NOTICE SHOULD READ THIS NOTICE AND THE OBJECTION CAREFULLY BECAUSE THE OBJECTION MAY AFFECT YOUR RIGHTS, INCLUDING ANY RIGHT TO RECEIVE A DISTRIBUTION ON YOUR CLAIM IN THIS CASE.

IF YOU HAVE QUESTIONS, PLEASE CONTACT PRIME CLERK, LLC AT (844) 339-4217.

**FILED**

OCT 2 6 2021

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

Bankruptcy Case No. 19-30088 (DM)

Chapter 11

(Lead Case) (Jointly Administered)

**NOTICE OF HEARING ON REORGANIZED DEBTORS' FOURTEENTH SECURITIES CLAIMS OMNIBUS OBJECTION (CLAIMS BARRED BY THE STATUTE OF REPOSE)**

**Response Deadline:**
**October 26, 2021, 4:00 p.m. (PT)**

**Hearing Information If Timely Response Made:**
Date:  November 9, 2021
Time:  10:00 a.m. (Pacific Time)
Place:  (Tele/Videoconference Appearances Only)
United States Bankruptcy Court
Courtroom 17, 16th Floor
San Francisco, CA 94102

---

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (the "**Debtors**," or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will hold a hearing on **November 9, 2021, at 10:00 a.m. (Pacific Time)** (the "**Omnibus Hearing**") before the Honorable Dennis Montali, United States Bankruptcy Judge. Pursuant to the Bankruptcy Court's *Seventh Amended General Order No. 38 – COVID-19 Public Health Emergency*, the Omnibus Hearing will not be conducted in person but will instead be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about Court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a Court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that, in addition to any other matters to be heard at the Omnibus Hearing, the Bankruptcy Court is scheduled to hear the *Reorganized Debtors' Fourteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose)*, filed on September 28, 2021 [Docket No. 11339] (the "**Omnibus Objection**").

**PLEASE TAKE FURTHER NOTICE** that by the Omnibus Objection, the Reorganized Debtors seek to disallow and/or expunge the proofs of claim listed in **Exhibit 1** of the Omnibus Objection. The basis of the objection to these proofs of claim is that they were barred by the three-year statute of repose for claims arising under Section 11 of the Securities Act of 1933.

**If you are receiving this notice and have filed a proof of claim in the Chapter 11 Cases, you should read the Omnibus Objection carefully, including reviewing Exhibit 1 thereto to confirm that your claim is subject to the Omnibus Objection, as it may affect any right you have to receive a distribution in these Chapter 11 Cases on your claim.**

**PLEASE TAKE FURTHER NOTICE** that any oppositions or responses to the Omnibus Objection must be in writing and filed with the Bankruptcy Court so as to be received by no later than the Response Deadline, **4:00 p.m. (Pacific Time) on October 26, 2021.** Any oppositions or responses must comply with the requirements set forth in and be filed and served as described in Exhibit A-3 to the *Order Approving Securities ADR and Related Procedures for Resolving Subordinated Securities Claims* dated January 25, 2021 [Docket No. 10015-1] (the "**Securities Omnibus Objection Procedures**"). Any service by email should be made on counsel for the Reorganized Debtors by emailing your response or opposition to PGEsecuritiesclaims@weil.com. A copy of the Securities Omnibus Objection Procedures is attached to this Notice. **Any relief requested in the Omnibus Objection may be granted without a hearing if no opposition or response is timely filed and served in accordance with the Securities Omnibus Objection Procedures. If you fail to file an opposition or response, the Bankruptcy Court may sustain the objection to your Claim and drop the matter from the scheduled hearing without further notice to you.** In deciding the Omnibus Objection, the Bankruptcy Court may consider any other document filed in these Chapter 11 Cases and related adversary proceedings.

Individual Retirement Account of
**DENNIS ANTHONY BRAWFORD**
**CHARLES SCHWAB & CO INC CUST**
**IRA ROLLOVER**

Account Number
**4144-8186**

Cut paper clutter. Switch to eConfirms at schwab.com/paperless.

FAX; 212-310-8007

ATTN: MR. TONE SCHNICKEL
Bankruptcy Case 19-3008(D.K.)

Si Re; 10,000 P&E Bond

ARE WITHIN THESE

TRANSACTIONS,

Thank you, Sincerely

Dennis Brawford

206-979-0101

DENNIS ANTHONY BRAWFORD
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
2031 VERNON RD
LAKE STEVENS WA
98258-8889

Charles Schwab & Co., Inc., 211 Main Street, San Francisco, CA 94105, Telephone: 1-800-435-4000.     www.schwab.com.
©2014 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Custodial and brokerage services provided by Charles Schwab & Co., Inc.  CSA 04728 (0314-0082)

11/11-67511-DC50A052


charles
SCHWAB

Individual Retirement Account of
DENNIS ANTHONY BRAWFORD
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER

If you have questions about this report, please contact Schwab at 1-800-435-4000.

**Terms and Conditions**

It is agreed between Charles Schwab & Co., Inc. ("Schwab") and the customer:

**(1)** If you find any errors or omissions on this trade confirmation, please call Schwab immediately using any of the appropriate phone numbers listed above. To protect your rights, you must also notify us in writing. You should notify us immediately upon discovery of the error, but in any event no later than 10 days after you receive the confirmation. This confirmation will be deemed conclusive after 10 days. Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error.

**(2)** All transactions are subject to the rules, regulations, requirements and customs of the Federal Reserve Board, the exchange or market (and its clearing agency, if any) where executed, any association whose rules and regulations govern transactions in said market, and your account agreement(s) with Schwab. We will furnish, upon written request, the date and time when this transaction took place and the name of the other party to the transaction. Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA, corporate or trustee account.

**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers.

**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date. We reserve the right to liquidate securities or otherwise cover a position without notice at any time, including prior to settlement date, when in our judgment the value of the collateral is in jeopardy or that account poses a risk to the firm. You will be held responsible for any resulting loss.

**(5)** Mutual Fund Transaction Fees shown on this confirmation, if applicable, are charged by Schwab. You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab's transaction fees. Please consult the prospectus for information about any other fees which a fund might charge.

**(6)** If the symbol (*) appears on the item description on your confirmation, the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you.

**(7)** Call features, in addition to any identified on the face hereof, may exist for certain common stocks, preferred stocks and bonds that could affect yield. For additional information or questions, contact Schwab using any of the appropriate numbers listed above. Securities held for you at Schwab or at a central clearing facility, but not registered in your name, are commingled with identical securities held for other customers. In the event securities to be called are called by the issuer, the securities to be called will be determined by an impartial and random selection system. Should your security be so selected, it will be presented for redemption and your account credited with the proceeds. Clients have the right to withdraw uncalled, fully paid securities at any time prior to a partial call, and also to withdraw excess margin securities not subject to restrictions.

**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place. The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated. For additional information or questions, contact Schwab using any of the appropriate numbers listed above.

**(9)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed. The nature and source of which such remuneration may vary and will be disclosed to you upon written request.

**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ("CSC") or an entity controlled by CSC, we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC.

**(11)** Additional Load Fund Breakpoint Information: You may be eligible for breakpoint discounts based on the size of your purchase, current holdings or future purchases. The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations. Please refer to the prospectus or Statement of Additional Information. If you need additional assistance please contact your Schwab investment professional or financial advisor.

**(12)** Transaction Fee - includes either fees charged for purchases and sales of certain mutual fund shares or fees charged for purchasing U.S. Treasury obligations via the auction process.

**(13)** To obtain electronic copies of notices, offering documents, and documents incorporated by reference pertaining to Government Sponsored Enterprises ("GSE") and Federal Agency securities, visit the following web sites: Federal Farm Credit Bank (FFCB): http://www.farmcredit-ffcb.com ; Federal Home Loan Bank (FHLB): http://www.fhlb-of.com ; Federal Home Loan Mortgage Corporation (FHLMC): for debt securities: http://www.freddiemac.com/debt, for mortgage securities: http://www.freddiemac.com/mbs ; Federal National Mortgage Association (FNMA): http://www.fanniemae.com ; Government National Mortgage Association (GNMA): http://www.ginniemae.gov.

**(14)** If the security is a TBA (To Be Announced) status, further pool information is available by contacting the issuer as follows: 1-800-237-8627 for Fannie Mae and 1-800-336-3672 for Freddie Mac and 1-800-234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae.com or Freddie Mac at investor_inquiry@FreddieMac.com.

**(15)** To request a paper copy of an offering document, official statement, or final prospectus, call 888-835-8846.

**(16)** For asset-backed securities, which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment, the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life and the prepayment assumptions underlying yield) will be furnished upon written request.

**(17)** If this transaction involves a zero-coupon security, no periodic interest payments will be made and, if the security is callable, it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder, unless registered.

**(18)** In the case of a bond transaction that had a factor, the principal amount will reflect the modified amount resulting from the bond factor. Additional information will be furnished upon request.

Case: 19-30088    Doc# 11495    Filed: 10/26/21    Entered: 10/27/21 07:19:15    Page 4
of 23

**Fourteenth Securities Claims Omnibus Objection**
(Claims Barred by the Statute of Repose)

| No. | Original Creditor | Claim to be Disallowed/Expunged | CUSIP Number(s) Included in Claimant's Timing Date | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total[1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AETNA LIFE INSURANCE COMPANY (SEGMENT 10 LTC) AETNA LIFE INSURANCE COMPANY ATTN: MICHAEL GREENE RTAA 151 FARMINGTON AVENUE HARTFORD CT 06156 | 99224 | 69439BN0 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 2 | AETNA LIFE INSURANCE COMPANY (SEGMENT 2 SINGLE PREMIUM) ATTN: MICHAEL GREENE RTAA 151 FARMINGTON AVENUE HARTFORD CT 06156 | 99129 | 69439BN0, 69439BH1, 69439BG11, 69439BU5, 69439BL4 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 3 | AMERICAN EXPRESS RETIREMENT SAVINGS PLAN C/O BARBARA KONITZ 200 VESEY STREET MAILCODE: 01-35-01 NEW YORK, NY 10285 | 100756 | 69439BN2, 69439BC6, 69439B3J1 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $63,213.25 | $63,213.25 | Claims Barred by the Statute of Repose |
| 4 | BECKER, HELEN A 11098 CARACAS BLVD BOYNTON BEACH FL 33437 | 103811 | 69438SG30 | Pacific Gas and Electric Company | 5/4/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 5 | BLUE CROSS BLUE SHIELD OF NORTH CAROLINA C/O JULIE B. PAPE, ESQ. KILPATRICK TOWNSEND & STOCKTON LLP 1001 WEST FOURTH STREET WINSTON-SALEM NC 27101-2400 | 101339 | 69439BN0, 69439BL4 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $1,481,785.10 | $1,481,785.10 | Claims Barred by the Statute of Repose |
| 6 | BRAVYFORD, DENNIS ANTHONY 2051 VEDDAN RD LAKE STEVENS WA 98258 | 100455 | 69439BM2 | PG&E Corporation | 5/26/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 7 | CARL S. SLOTNICK & LINDA J. SLOTNICK, JOINT TENANTS 7 FAIRWAY DRIVE ROSLYN HEIGHTS NY 11577 | 103820 | 69439BM8 | Pacific Gas and Electric Company | 5/4/2020 | $0.00 | $0.00 | $0.00 | $218.29 | $218.29 | Claims Barred by the Statute of Repose |
| 8 | DRKT PRO CREDIT SUISSE FUNDS AG (3494) 349 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 101898 | 69438GT8, 69438SBB6, 69438DM2 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 9 | DRKT PRO CREDIT SUISSE FUNDS AG (3727) 349 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 101174 | 69438BM2 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 10 | DRKT PRO CREDIT SUISSE FUNDS AG (4428) 349 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 101134 | 69438BJ21, 69439BG30, 69439BR55, 69438GM1, 69438GBF5, 69438GB0, 69438GST8 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $792,195.00 | $792,195.00 | Claims Barred by the Statute of Repose |

[1] Claim filed at $0.00 seek an unliquidated amount.

**Exhibit 1**

**Claims Barred by the Statute of Repose**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**Trade Confirmation**

Individual Retirement Account of
**DENNIS ANTHONY BRAWFORD**
**CHARLES SCHWAB & CO INC CUST**
**IRA ROLLOVER**

Account Number
**4144-8186**

**BOUGHT** AMERICAN CENTURY GINNIE MAE INV Cash Divs/Cash Cap Gains (Symbol: BGNMX)

Security No./CUSIP: 025081-60-5

| | | Type: Cash | Trade: 05/27/16 | Settle: 05/31/16 |
|---|---|---|---|---|
| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
| 4,642.526 | 10.77 | 50,000.00 | N/A | 50,000.00 |

Internal Use Only: 1.1

**For this security:**
- Executed by fund
- Unsolicited trade
- A short term redemption fee is charged for selling shares of this fund held 90 days or less. Other rules may apply to Schwab Institutional and Retirement Plan Services accounts.
- Schwab acted as your agent.
- Schwab may receive remuneration from the registered investment company or other collective investment vehicle ("investment company"), its affiliate and/or its unaffiliated service provider for services rendered to, or in connection with certain shares of, the investment company. The remuneration may be based on the value of the aggregate net assets of such shares held in Schwab customer accounts. Further information can be furnished on written request.
- Prospectus prev. sent

**BOUGHT** METROPOLITAN WEST TOTAL RETURN BOND M Cash Divs/Cash Cap Gains (Symbol: MWTRX)

Security No./CUSIP: 592905-10-3

| | | Type: Cash | Trade: 05/27/16 | Settle: 05/31/16 |
|---|---|---|---|---|
| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
| 4,612.546 | 10.84 | 50,000.00 | N/A | 50,000.00 |

Internal Use Only: 1.1

*Disclosures Continued on Next Page*

**For this security:**
- Executed by fund
- Unsolicited trade
- A short term redemption fee is charged for selling shares of this fund held 90 days or less. Other rules may apply to Schwab Institutional and Retirement Plan Services accounts.
- Schwab acted as your agent.

Please see "Terms and Conditions" for more information.

Case: 19-30088    Doc# 11495    Filed: 10/26/21    Entered: 10/27/21 07:19:15    Page 8
of 23

charles
SCHWAB

Individual Retirement Account of
DENNIS ANTHONY BRAWFORD
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER

Account Number
4144-8186

**Trade Confirmation**

**BOUGHT**    METROPOLITAN WEST TOTAL RETURN BOND M Cash Divs/Cash Cap Gains    (Symbol: MWTRX)    *Continued*

Security No./CUSIP: 592905-10-3

Type: Cash        Trade: 05/27/16        Settle: 05/31/16

*Disclosures Continued*

- Schwab may receive remuneration from the registered investment company or other collective investment vehicle ("investment company"), its affiliate and/or its unaffiliated service provider for services rendered to, or in connection with certain shares of, the investment company. The remuneration may be based on the value of the aggregate net assets of such shares held in Schwab customer accounts. Further information can be furnished on written request.
- Prospectus prev. sent

Please see "Terms and Conditions" for more information.

Individual Retirement Account of
**DENNIS ANTHONY BRAWFORD**
**CHARLES SCHWAB & CO INC CUST**
**IRA ROLLOVER**

Account Number
4144-8186

## SOLD  AMERICAN CENTURY GINNIE MAE INV Cash Divs/Cash Cap Gains  (Symbol: BGNMX)

Security No./CUSIP: 025081-60-5

Type: Cash      Trade: 11/11/16      Settle: 11/14/16

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
|---|---|---|---|---|
| 4,642.526 | 10.69 | 49,628.60 | N/A | 49,628.60 |

Internal Use Only: 1, 1

**For this security:**
- The cost basis method requested was Average. Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.
- Executed by fund
- Unsolicited trade
- Schwab acted as your agent.
- Schwab may receive remuneration from the registered investment company or other collective investment vehicle ("investment company"), its affiliate and/or its unaffiliated service provider for services rendered to, or in connection with certain shares of, the investment company. The remuneration may be based on the value of the aggregate net assets of such shares held in Schwab customer accounts. Further information can be furnished on written request.

## SOLD  METROPOLITAN WEST TOTAL RETURN BOND M Cash Divs/Cash Cap Gains  (Symbol: MWTRX)

Security No./CUSIP: 592905-10-3

Type: Cash      Trade: 11/11/16      Settle: 11/14/16

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
|---|---|---|---|---|
| 4,612.546 | 10.79 | 49,769.37 | N/A | 49,769.37 |

Internal Use Only: 1, 1

**For this security:**
- The cost basis method requested was Average. Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.
- Executed by fund
- Unsolicited trade

*Disclosures Continued on Next Page*

Case: 19-30088    Doc# 11495    Filed: 10/26/21    Entered: 10/27/21 07:19:15    Page 9
of 23

**charles SCHWAB**

Individual Retirement Account of
**DENNIS ANTHONY BRAWFORD**
**CHARLES SCHWAB & CO INC CUST**
**IRA ROLLOVER**

Account Number
**4144-8186**

# Trade Confirmation

## BOUGHT   SPDR S&P 500 ETF (Symbol: SPY)

Security No./CUSIP: 78462F-10-3

| | | Type: Cash | Trade: 11/11/16 | Settle: 11/16/16 |
|---|---|---|---|---|

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
|---|---|---|---|---|
| 936 | 216.13 | 202,297.68 | Commission          8.95 | 202,306.63 |

Internal Use Only: 1, E

**For this security:**
- Unless you have already instructed us differently, we will: hold this security in your account.
- Unsolicited trade
- Schwab acted as your agent.
- Prospectus prev. sent

## BOUGHT   VANGUARD S&P SMALL CAP 600 VALUE ETF (Symbol: VIOV)

Security No./CUSIP: 921932-77-8

| | | Type: Cash | Trade: 11/11/16 | Settle: 11/16/16 |
|---|---|---|---|---|

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
|---|---|---|---|---|
| 620 | 110.37 | 68,429.40 | Commission          8.95 | 68,438.35 |

Internal Use Only: 1, E

**For this security:**
- Unless you have already instructed us differently, we will: hold this security in your account.
- Unsolicited trade
- Schwab acted as your agent.
- Prospectus prev. sent

Case: 19-30028    Doc# 11495    Filed: 10/26/21    Entered: 10/27/21 07:19:15    Page 10 of 23

Individual Retirement Account of
**DENNIS ANTHONY BRAWFORD**
**CHARLES SCHWAB & CO INC CUST**
**IRA ROLLOVER**

Account Number
4144-8186

**SOLD**    METROPOLITAN WEST TOTAL RETURN BOND M Cash Divs/Cash Cap Gains   (Symbol: MWTRX)   *Continued*

Security No./CUSIP: 592905-10-3

| | Type: Cash | Trade: 11/11/16 | Settle: 11/14/16 |
|---|---|---|---|

*Disclosures Continued*

- Schwab acted as your agent.
- Schwab may receive remuneration from the registered investment company or other collective investment vehicle ("investment company"), its affiliate and/or its unaffiliated service provider for services rendered to, or in connection with certain shares of, the investment company. The remuneration may be based on the value of the aggregate net assets of such shares held in Schwab customer accounts. Further information can be furnished on written request.

**BOUGHT**    VANGUARD BALANCED INDEX FD INV CL SHRS Reinv Divs/Reinv Cap Gns   (Symbol: VBINX)

Security No./CUSIP: 921931-10-1

| | Type: Cash | Trade: 11/11/16 | Settle: 11/14/16 |
|---|---|---|---|

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 1,106.819 | 30.65 | 33,924.00 | Transaction Fee | 76.00 | 34,000.00 |

**For this security:**
- Executed by fund
- Unsolicited trade
- Schwab acted as your agent.
- Schwab may receive remuneration from the registered investment company or other collective investment vehicle ("investment company"), its affiliate and/or its unaffiliated service provider for services rendered to, or in connection with certain shares of, the investment company. The remuneration may be based on the value of the aggregate net assets of such shares held in Schwab customer accounts. Further information can be furnished on written request.
- Prospectus prev. sent

Internal Use Only: 1,1

Case: 19-300●●  Doc# 11495  Filed: 10/26/21  Entered: 10/27/21 07:19:15  Page 11
of 23



Individual Retirement Account of
**DENNIS ANTHONY BRAWFORD**
**CHARLES SCHWAB & CO INC CUST**
**IRA ROLLOVER**

Account Number
**4144-8186**

**SOLD    METROPOLITAN WEST TOTAL RETURN BOND M Cash Divs/Cash Cap Gains    (Symbol: MWTRX)** *Continued*

Security No./CUSIP: 592905-10-3

| | Type: Cash | Trade: 11/11/16 | Settle: 11/14/16 |

| Quantity | Price ($) | Principal ($) |
| --- | --- | --- |
| 1,106.819 | 30.65 | 33,924.00 |

*Disclosures Continued*

- Schwab acted as your agent.
- Schwab may receive remuneration from the registered investment company or other collective investment vehicle ("investment company"), its affiliate and/or its unaffiliated service provider for services rendered to, or in connection with certain shares of, the investment company. The remuneration may be based on the value of the aggregate net assets of such shares held in Schwab customer accounts. Further information can be furnished on written request.

**BOUGHT    VANGUARD BALANCED INDEX FD INV CL SHRS Reinv Divs/Reinv Cap Gns    (Symbol: VBINX)**

Security No./CUSIP: 921931-10-1

| | Type: Cash | Trade: 11/11/16 | Settle: 11/14/16 |

| | Charges and/or Interest ($) | Total Amount ($) |
| --- | --- | --- |
| Transaction Fee | 76.00 | 34,000.00 |

**For this security:**
- Executed by fund
- Unsolicited trade
- Schwab acted as your agent.
- Schwab may receive remuneration from the registered investment company or other collective investment vehicle ("investment company"), its affiliate and/or its unaffiliated service provider for services rendered to, or in connection with certain shares of, the investment company. The remuneration may be based on the value of the aggregate net assets of such shares held in Schwab customer accounts. Further information can be furnished on written request.
- Prospectus prev. sent

Internal Use Only: 1, 1

Case: 19-30088    Doc# 11495    Filed: 10/26/21    Entered: 10/27/21 07:19:15    Page 13 of 23



Case: 19-30088    Doc# 11495    Filed: 10/26/21    Entered: 10/27/21 07:19:15    Page 14
of 23



**SCHWAB**
*charles*

Trade Confirmation

Individual Retirement Account of
**DENNIS ANTHONY BRAWFORD**
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER

Account Number
**4144-8186**

Cut paper clutter. Switch to eConfirms at schwab.com/paperless.

DENNIS ANTHONY BRAWFORD
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
2031 VERNON RD
LAKE STEVENS WA          98258-8889

05/27-67511-DC81A051

Charles Schwab & Co., Inc., 211 Main Street, San Francisco, CA 94105. Telephone: 1-800-435-4000.          www.schwab.com.
©2014 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Custodial and brokerage services provided by Charles Schwab & Co., Inc.  CSA 04726 (0314-0682)



Individual Retirement Account of
**DENNIS ANTHONY BRAWFORD**
**CHARLES SCHWAB & CO INC CUST**
**IRA ROLLOVER**

Account Number
**4144-8186**

If you have questions about this report, please contact Schwab at 1-800-435-4000.

*Retain for your records*

## Terms and Conditions

It is agreed between Charles Schwab & Co., Inc. ("Schwab") and the customer:

**(1)** If you find any errors or omissions on this trade confirmation, please call Schwab immediately using any of the appropriate phone numbers listed above. To protect your rights, you must also notify us in writing. You should notify us immediately upon discovery of the error, but in any event no later than 10 days after you receive the confirmation. This confirmation will be deemed conclusive after 10 days. Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error.

**(2)** All transactions are subject to the rules, regulations, requirements and customs of the Federal Reserve Board, the exchange or market (and its clearing agency, if any) where executed, any association whose rules and regulations govern transactions in said market, and your account agreement(s) with Schwab. We will furnish, upon written request, the date and time when this transaction took place and the name of the other party to the transaction. Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA, corporate or trustee account.

**(3)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers.

**(4)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date. We reserve the right to liquidate securities or otherwise cover a position without notice at any time, including prior to settlement date, when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm. You will be held responsible for any resulting loss.

**(5)** Mutual Fund Transaction Fees shown on this confirmation, if applicable, are charged by Schwab. You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab's transaction fee. Please consult the prospectus for information about any other fees which a fund might charge.

**(6)** If the symbol (*) appears on the item description on your confirmation, the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been delivered to you.

**(7)** Certain features, in addition to any identified on the face hereof, may exist for certain common stocks, preferred stocks and bonds that could affect yield. For additional information or questions, contact Schwab using any of the appropriate numbers listed above. Securities held for you at Schwab or at a central clearing facility, but not registered in your name, are commingled with identical securities held for other customers. In the event securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. Should your security be so selected, it will be presented for redemption and your account credited with the proceeds. Clients have the right to withdraw uncalled, fully paid securities at any time prior to a partial call, and also to withdraw excess margin securities not subject to restrictions.

**(8)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place. The credit ratings for this security could have changed between the time of your transaction and the time

this confirmation was generated. For additional information or questions, contact Schwab using any of the appropriate numbers listed above.

**(9)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed. The nature and source of which such remuneration may vary and will be disclosed to you upon written request.

**(10)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ("CSC") or an entity controlled by CSC, we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC.

**(11)** Additional Load Fund Breakpoint Information: You may be eligible for breakpoint discounts based on the size of your purchase, current holdings or future purchases. The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations. Please refer to the prospectus or Statement of Additional Information. If you need additional assistance please contact your Schwab investment professional or financial advisor.

**(12)** Transaction Fee - includes either fees charged for purchases and sales of certain mutual fund shares or fees charged for purchasing U.S. Treasury obligations via the auction process.

**(13)** To obtain electronic copies of notices, offering documents, and documents incorporated by reference pertaining to Government Sponsored Enterprises ("GSE") and Federal Agency securities, visit the following web sites: Federal Farm Credit Bank (FFCB): http://www.farmcredit-ffcb.com ; Federal Home Loan Bank (FHLB): http://www.fhlb-of.com ; Federal Home Loan Mortgage Corporation (FHLMC); for debt securities: http://www.freddiemac.com/debt, for mortgage securities: http://www.freddiemac.com/mbs ; Federal National Mortgage Association (FNMA): http://www.fanniemae.com ; Government National Mortgage Association (GNMA): http://www.ginniemae.gov.

**(14)** If the security is a TBA (To Be Announced) status, further pool information is available by contacting the issuer as follows: 1-800-237-8627 for Fannie Mae and 1-800-336-3672 for Freddie Mac and 1-800-234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae.com or Freddie Mac at Investor_Inquiry@FreddieMac.com.

**(15)** To request a paper copy of an offering document, official statement, or final prospectus, call 888-835-8846.

**(16)** For asset-backed securities, which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment, the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life and the prepayment assumptions underlying yield) will be furnished upon written request.

**(17)** If this transaction involves a zero-coupon security, no periodic interest payments will be made and, if the security is callable, it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder, unless registered.

**(18)** In the case of a bond transaction that had a factor, the principal amount will reflect the modified amount resulting from the bond factor. Additional information will be furnished upon request.

Case: 19-30088   Doc# 11495   Filed: 10/26/21   Entered: 10/27/21 07:19:15   Page 16
of 23

**charles SCHWAB**

Individual Retirement Account of
**DENNIS ANTHONY BRAWFORD**
**CHARLES SCHWAB & CO INC CUST**
**IRA ROLLOVER**

Account Number
**4144-8186**

**Trade Confirmation**

*BOUGHT*  **AMERICAN CENTURY GINNIE MAE INV Cash Divs/Cash Cap Gains**  (Symbol: BGNMX)

Security No./CUSIP: 025081-60-5                  Type: Cash      Trade: 05/27/16      Settle: 05/31/16

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
|---|---|---|---|---|
| 4,642.526 | 10.77 | 50,000.00 | N/A | 50,000.00 |

For this security:
- Executed by fund
- Unsolicited trade
- A short term redemption fee is charged for selling shares of this fund held 90 days or less. Other rules may apply to Schwab Institutional and Retirement Plan Services accounts.
- Schwab acted as your agent.
- Schwab may receive remuneration from the registered investment company or other collective investment vehicle ("investment company"), its affiliate and/or its unaffiliated service provider for services rendered to, or in connection with certain shares of, the investment company. The remuneration may be based on the value of the aggregate net assets of such shares held in Schwab customer accounts. Further information can be furnished on written request.
- Prospectus prev. sent

Internal Use Only: 1.1

*BOUGHT*  **METROPOLITAN WEST TOTAL RETURN BOND M Cash Divs/Cash Cap Gains**  (Symbol: MWTRX)

Security No./CUSIP: 592905-10-3                  Type: Cash      Trade: 05/27/16      Settle: 05/31/16

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
|---|---|---|---|---|
| 4,612.546 | 10.84 | 50,000.00 | N/A | 50,000.00 |

For this security:
- Executed by fund
- Unsolicited trade
- A short term redemption fee is charged for selling shares of this fund held 90 days or less. Other rules may apply to Schwab Institutional and Retirement Plan Services accounts.
- Schwab acted as your agent.

Internal Use Only: 1.1

*Disclosures Continued on Next Page*

Case: 19-30088    Doc# 11495    Filed: 10/26/21    Entered: 10/27/21 07:19:15    Page 17 of 23



Individual Retirement Account of
**DENNIS ANTHONY BRAWFORD**
**CHARLES SCHWAB & CO INC CUST**
**IRA ROLLOVER**

Account Number
**4144-8186**

*BOUGHT*   **METROPOLITAN WEST TOTAL RETURN BOND M Cash Divs/Cash Cap Gains** (Symbol: MWTRX) *Continued*

Security No./CUSIP: 592905-10-3

Type: Cash     Trade: 05/27/16     Settle: 05/31/16

*Disclosures Continued*

- Schwab may receive remuneration from the registered investment company or other collective investment vehicle ("Investment company"), its affiliate and/or its unaffiliated service provider for services rendered to, or in connection with certain shares of, the investment company. The remuneration may be based on the value of the aggregate net assets of such shares held in Schwab customer accounts. Further information can be furnished on written request.
- Prospectus prev. sent

Please see "Terms and Conditions" for more information.

Case: 19-30088    Doc# 11495    Filed: 10/26/21    Entered: 10/27/21 07:19:15    Page 18
of 23

WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**THE OBJECTION DESCRIBED IN THIS NOTICE ASKS THE BANKRUPTCY COURT TO DISALLOW AND/OR EXPUNGE THE CLAIMS LISTED IN EXHIBIT 1 OF THE OBJECTION.**

**CLAIMANTS RECEIVING THIS NOTICE SHOULD READ THIS NOTICE AND THE OBJECTION CAREFULLY BECAUSE THE OBJECTION MAY AFFECT YOUR RIGHTS, INCLUDING ANY RIGHT TO RECEIVE A DISTRIBUTION ON YOUR CLAIM IN THIS CASE.**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT PRIME CLERK, LLC AT (844) 339-4217.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

In re:

**PG&E CORPORATION,**

   - and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

   **Debtors.**

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Bankruptcy Case No. 19-30088 (DM)

Chapter 11

(Lead Case) (Jointly Administered)

**NOTICE OF HEARING ON REORGANIZED DEBTORS' FOURTEENTH SECURITIES CLAIMS OMNIBUS OBJECTION (CLAIMS BARRED BY THE STATUTE OF REPOSE)**

**Response Deadline:**
**October 26, 2021, 4:00 p.m. (PT)**

**Hearing Information If Timely Response Made:**
Date:  November 9, 2021
Time:  10:00 a.m. (Pacific Time)
Place:  (Tele/Videoconference Appearances Only)
   United States Bankruptcy Court
   Courtroom 17, 16th Floor
   San Francisco, CA 94102

*(margin, rotated)* Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (the "**Debtors**," or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will hold a hearing on **November 9, 2021, at 10:00 a.m. (Pacific Time)** (the "**Omnibus Hearing**") before the Honorable Dennis Montali, United States Bankruptcy Judge. Pursuant to the Bankruptcy Court's *Seventh Amended General Order No. 38 – COVID-19 Public Health Emergency*, the Omnibus Hearing will not be conducted in person but will instead be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about Court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a Court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that, in addition to any other matters to be heard at the Omnibus Hearing, the Bankruptcy Court is scheduled to hear the *Reorganized Debtors' Fourteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose)*, filed on September 28, 2021 [Docket No. 11339] (the "**Omnibus Objection**").

**PLEASE TAKE FURTHER NOTICE** that by the Omnibus Objection, the Reorganized Debtors seek to disallow and/or expunge the proofs of claim listed in **Exhibit 1** of the Omnibus Objection. The basis of the objection to these proofs of claim is that they were barred by the three-year statute of repose for claims arising under Section 11 of the Securities Act of 1933.

**If you are receiving this notice and have filed a proof of claim in the Chapter 11 Cases, you should read the Omnibus Objection carefully, including reviewing Exhibit 1 thereto to confirm that your claim is subject to the Omnibus Objection, as it may affect any right you have to receive a distribution in these Chapter 11 Cases on your claim.**

**PLEASE TAKE FURTHER NOTICE** that any oppositions or responses to the Omnibus Objection must be in writing and filed with the Bankruptcy Court so as to be received by no later than the Response Deadline, **4:00 p.m. (Pacific Time) on October 26, 2021.** Any oppositions or responses must comply with the requirements set forth in and be filed and served as described in Exhibit A-3 to the *Order Approving Securities ADR and Related Procedures for Resolving Subordinated Securities Claims* dated January 25, 2021 [Docket No. 10015-1] (the "**Securities Omnibus Objection Procedures**"). Any service by email should be made on counsel for the Reorganized Debtors by emailing your response or opposition to PGEsecuritiesclaims@weil.com. A copy of the Securities Omnibus Objection Procedures is attached to this Notice. **Any relief requested in the Omnibus Objection may be granted without a hearing if no opposition or response is timely filed and served in accordance with the Securities Omnibus Objection Procedures. If you fail to file an opposition or response, the Bankruptcy Court may sustain the objection to your Claim and drop the matter from the scheduled hearing without further notice to you.** In deciding the Omnibus Objection, the Bankruptcy Court may consider any other document filed in these Chapter 11 Cases and related adversary proceedings.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Individual Retirement Account of
**DENNIS ANTHONY BRAWFORD**
**CHARLES SCHWAB & CO INC CUST**
**IRA ROLLOVER**

Account Number
**4144-8186**

**Trade Confirmation**

**SOLD    AMERICAN CENTURY GINNIE MAE INV Cash Divs/Cash Cap Gains    (Symbol: BGNMX)**

Security No./CUSIP: 025081-60-5

Type: Cash    Trade: 11/11/16    Settle: 11/14/16

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
|---|---|---|---|---|
| 4,642.526 | 10.69 | 49,628.60 | N/A | 49,628.60 |

Internal Use Only: 1.1

**For this security:**
- The cost basis method requested was Average. Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.
- Executed by fund
- Unsolicited trade
- Schwab acted as your agent.
- Schwab may receive remuneration from the registered investment company or other collective investment vehicle ("investment company"), its affiliate and/or its unaffiliated service provider for services rendered to, or in connection with certain shares of, the investment company. The remuneration may be based on the value of the aggregate net assets of such shares held in Schwab customer accounts. Further information can be furnished on written request.

**SOLD    METROPOLITAN WEST TOTAL RETURN BOND M Cash Divs/Cash Cap Gains    (Symbol: MWTRX)**

Security No./CUSIP: 592905-10-3

Type: Cash    Trade: 11/11/16    Settle: 11/14/16

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
|---|---|---|---|---|
| 4,612.546 | 10.79 | 49,769.37 | N/A | 49,769.37 |

Internal Use Only: 1.1

*Disclosures Continued on Next Page*

**For this security:**
- The cost basis method requested was Average. Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.
- Executed by fund
- Unsolicited trade

Please see "Terms and Conditions" for more information.

**charles SCHWAB**

Individual Retirement Account of
**DENNIS ANTHONY BRAWFORD**
**CHARLES SCHWAB & CO INC CUST**
**IRA ROLLOVER**

Account Number
**4144-8186**

**Trade Confirmation**

---

**BOUGHT** SPDR S&P 500 ETF (Symbol: SPY)

Security No./CUSIP: 78462F-10-3

Type: Cash    Trade: 11/11/16    Settle: 11/16/16

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 936 | 216.13 | 202,297.68 | Commission | 8.95 | 202,306.63 |

Internal Use Only: 1, E

For this security:
- Unless you have already instructed us differently, we will: hold this security in your account.
- Unsolicited trade
- Schwab acted as your agent.
- Prospectus prev. sent

---

**BOUGHT** VANGUARD S&P SMALL CAP 600 VALUE ETF (Symbol: VIOV)

Security No./CUSIP: 921932-77-8

Type: Cash    Trade: 11/11/16    Settle: 11/16/16

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 620 | 110.37 | 68,429.40 | Commission | 8.95 | 68,438.35 |

Internal Use Only: 1, E

For this security:
- Unless you have already instructed us differently, we will: hold this security in your account.
- Unsolicited trade
- Schwab acted as your agent.
- Prospectus prev. sent

Please see "Terms and Conditions" for more information.

ORIGIN ID:LBXA (425) 394-5930
DENNIS BRADFORD
2031 VERNON RD BLDG HOUSE

LAKE STEVENS, WA 98258
UNITED STATES US

SHIP DATE: 25OCT21
ACTWGT: 0.20 LB
CAD: 6990448/SSF02220

BILL CREDIT CARD

Part # 156297-435 RRDB2 EXP 09/22

TO BANKRUPTCY CASE #19-3008 (DM)
UNITED STATES BANKRUPTCY COURT
450 GOLDEN GATE AVENUE
COURTROOM 17, 16TH FLOOR
SAN FRANCISCO CA 94102
(415) 268-2800

REF:
INV:
PO:
DEPT:

FedEx
Express

E

TUE – 26 OCT 10:30A
PRIORITY OVERNIGHT

94102
CA-US SFO

TRK# 2853 3945 9484
0201

WA APCA

**This envelope is only for FedEx Express® shipments.**

You can help us get your package safely to its destinat
packing your items securely. Need help? Go to **fedex.c**
packing tips.

Check your FedEx Express shipping document, the cui
FedEx Service Guide or the conditions of carriage for c
terms, conditions and limits of liability.

© 2020 FedEx 155475/155476 REV 11/20



Please recycle. See how we're connecting the world in
responsible and resourceful ways at **sustainability.fe**

RECEIVED
OCT 26 2021

