# Exhibit A
# Summary of Scheduled Claims and Filed Proofs of Claim

| Creditor ID | Claim # | Claimant | Claim Type | Debtor Entity | C | U | D | Asserted or Scheduled Amounts | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Secured | Administrative | Priority | Unsecured | Total |
| 1000998 | 106175 | Franchise Tax Board | Filed/Asserted | PG&E Corporation | ☐ | ☐ | ☐ | $0.00 | $0.00 | $501,123,223.98 | $87,840,954.34 | $588,964,178.32 |
| 1000998 | 106177 | Franchise Tax Board | Filed/Asserted | Pacific Gas and Electric Company | ☐ | ☐ | ☐ | $0.00 | $0.00 | $500,625,512.18 | $87,750,809.79 | $588,376,321.97 |

Where C = contingent, U = unliquidated, D = disputed

1000998