DRRT
Jared Lay, FL Bar No. 120351 (pro hac vice pending)
340 West Flagler St.
2nd Floor
Miami, FL 33130
(305) 760- 8025 Telephone
(786) 235-5005 Facsimile
jlay@drrt.com


ST. JAMES LAW, P.C.
Michael St. James, CSB No. 95653
22 Battery Street, Suite 888
San Francisco, California 94111
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

Counsel for the DRRT Claimants

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>  - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) (Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**MOTION FOR LEAVE TO FILE LATE AND OPPOSITION TO REORGANIZED DEBTORS' ELEVENTH, THIRTEENTH, AND FOURTEENTH SECURITIES CLAIMS OMNIBUS OBJECTIONS (CLAIMS BARRED BY THE STATUTE OF REPOSE)**<br><br>**Hearing Information:**<br>Date: November 9, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephone Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Individual Claimants DRRT FBO BAYERNINVEST KAPITALVERWALTUNGSGESELLSCHAFT MBH, DRRT FBO CREDIT SUISSE FUNDS AG, DRRT FBO DEKA INVESTMENT GMBH, DRRT FBO GIAM GENERALI INSURANCE ASSET MANAGEMENT, DRRT FBO HELABA INVEST KAPITALANLAGEGESELLSCHAFT MBH, DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH, DRRT FBO KAISER PERMANENTE, DRRT FBO MEAG MUNICH ERGO KAPITALANLAGEGESELLSCHAFT MBH, DRRT FBO METZLER ASSET MANAGEMENT GMBH, DRRT FBO SWISS REINSURANCE COMPANY LTD, DRRT FBO SWISSCANTO FONDSLEITUNG AG, DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG and DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. (**"DRRT Claimants"**) as creditors in the chapter 11 bankruptcy cases (the **"Chapter 11 Cases"**) of the above-captioned debtors (as reorganized pursuant to the Plan, the **"Reorganized Debtors"**), respectfully submit this Motion to File Opposition Late and to Oppose Reorganized Debtors' Eleventh, Thirteenth, and Fourteenth Securities Claims Omnibus Objections [Docket Nos. 11014, 11085, 11339] seeking to expunge certain debt-based securities proofs of claim as barred by the statute of repose under Section 11 of the Securities Act of 1933 (the **"Securities Act"**).

## MOTION FOR LEAVE TO FILE OPPOSITION LATE

As grounds for this motion, the DRRT Claimants state that they did not receive effective notice of the Eleventh, Thirteenth, or Fourteenth Securities Claims Omnibus Objections and were unable to lodge their objections until this time. In addition, since other claimants lodged objections before and after the purported August 31, 2021 and September 15, 2021 deadlines to do so for the Eleventh and Thirteen Securities Claims Omnibus Objections, there will be no prejudice to the parties or disruption of the Court's schedule by allowing the DRRT Claimants to appear and assert their opposition to the Debtors' identical Eleventh, Thirteenth, and Fourteenth Securities Claims Omnibus Objections.

## OPPOSITION

The Fourteenth Objection makes the same arguments and is based on the same incorrect premise as the Reorganized Debtors' Eleventh and Thirteenth Securities Claims Omnibus Objections (Claims Barred By the Statute of Repose). The DRRT Claimants therefore file this Joinder in support of the PGIM FI Claimants' Response and Opposition to Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (the "**PGIM Response and Opposition**") [Docket No. 11168] and Oregon's Opposition to Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred By the Statute of Repose) (the "**Oregon Opposition**") [Docket No. 11170] as their opposition to the Eleventh, Thirteenth, and Fourteenth Objections.

The DRRT Claimants hereby join the PGIM Response and Opposition and the Oregon Opposition. The DRRT Claimants support, adopt and incorporate by reference the arguments made therein.[1] The DRRT Claimants respectfully submit that the arguments against granting the Eleventh Omnibus Objection apply with equal force and weight in favor of denying the Thirteenth and Fourteenth Omnibus Objections as well.

## JOINDER IS APPROPRIATE AND SERVES JUDICIAL EFFICIENCY

Because the Thirteenth and Fourteenth Omnibus Objections add no new arguments to the Eleventh Omnibus Objection, it serves judicial efficiency and avoids a waste of resources by the parties for the DRRT Claimants to file this simple joinder and incorporate arguments made in response to the Eleventh Omnibus Objection. The Fourteenth Omnibus Objection is a near copy of the Eleventh and Thirteenth Omnibus Objections. Debtors acknowledge as much in their objection, referencing "identically situated

---

[1] In conformance with the ADR Procedures adopted by this Court, the DRRT Claimants provide Appendix A, listing information relevant to their claims, including claim numbers.

claims in the eleventh and thirteenth securities claims omnibus objections, each of which also sought to disallow and expunge claims based on debt securities where the offerings took place more than three years before the Petition Date." See Fourteenth Omnibus Objection Pg. 2 Lines 26-27; Pg. 3 Line 1. Where, as here, a party makes the exact same arguments via separate motions or sets of papers, the DRRT Claimants respectfully submit it serves overall efficiency to incorporate and apply responses to one motion or set of arguments to the other without burdening the Court with additional and unnecessary submissions.

**RESERVATION OF RIGHTS**

The DRRT Claimants reserve all of their respective rights, claims, defenses, and remedies, including, without limitation, the right to amend, modify, or supplement this request in accordance with applicable rules.

Dated: October 27, 2021            DRRT

                                   By: _____
                                        JARED LAY
                                   *Attorney for the DRRT Claimants*

| Creditor | Claim No. | Date | Amount of Claim | NOTICE ADDRESS |
|---|---|---|---|---|
| DRRT FBO BAYERNINVEST KAPITALVERWALTUNGS GESELLSCHAFT MBH | 98950 | 4/10/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5000 |
| DRRT FBO CREDIT SUISSE FUNDS AG | 101098 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5001 |
| DRRT FBO CREDIT SUISSE FUNDS AG | 101174 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5002 |
| DRRT FBO CREDIT SUISSE FUNDS AG | 101102 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5003 |
| DRRT FBO CREDIT SUISSE FUNDS AG | 101134 | 4/16/2020 | $ 702,195.00 | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5004 |
| DRRT FBO CREDIT SUISSE FUNDS AG | 101205 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5005 |

| Creditor | Claim No. | Date | Amount of Claim | NOTICE ADDRESS |
|---|---|---|---|---|
| DRRT FBO DEKA INVESTMENT GMBH | 101167 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5006 |
| DRRT FBO DEKA INVESTMENT GMBH | 101410 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5007 |
| DRRT FBO DEKA INVESTMENT GMBH | 101465 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5008 |
| DRRT FBO GIAM GENERALI INSURANCE ASSET MANAGEMENT | 100042 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5009 |
| DRRT FBO HELABA INVEST KAPITALANLAGEGESELLSCHAFT MBH | 99393 | 4/14/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5010 |
| DRRT FBO HELABA INVEST KAPITALANLAGEGESELLSCHAFT MBH | 99395 | 4/14/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5011 |

APPENDIX A

| Creditor | Claim No. | Date | Amount of Claim | NOTICE ADDRESS |
|---|---|---|---|---|
| DRRT FBO HELABA INVEST KAPITALANLAGEGESELLSCHAFT MBH | 99288 | 4/14/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5012 |
| DRRT FBO HELABA INVEST KAPITALANLAGEGESELLSCHAFT MBH | 99550 | 4/14/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5013 |
| DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH | 99604 | 4/15/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5014 |
| DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH | 99647 | 4/15/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5015 |
| DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH | 99630 | 4/15/2020 | $ 651,750.00 | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5016 |
| DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH | 99607 | 4/15/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5017 |

Case: 19-30088    Doc# 11498    Filed: 10/27/21    Entered: 10/27/21 14:05:02    Page 7 of 14

APPENDIX A

| Creditor | Claim No. | Date | Amount of Claim | NOTICE ADDRESS |
|---|---|---|---|---|
| DRRT FBO INTERNATIONALE KAPITALANLAGEGESELL SCHAFT MBH | 100137 | 4/15/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5018 |
| DRRT FBO INTERNATIONALE KAPITALANLAGEGESELL SCHAFT MBH | 99714 | 4/15/2020 | $ 415,950.00 | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5019 |
| DRRT FBO INTERNATIONALE KAPITALANLAGEGESELL SCHAFT MBH | 99739 | 4/15/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5020 |
| DRRT FBO INTERNATIONALE KAPITALANLAGEGESELL SCHAFT MBH | 100154 | 4/15/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5021 |
| DRRT FBO KAISER PERMANENTE | 98964 | 4/9/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5022 |
| DRRT FBO KAISER PERMANENTE | 98968 | 4/9/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5023 |

| Creditor | Claim No. | Date | Amount of Claim | NOTICE ADDRESS |
|---|---|---|---|---|
| DRRT FBO KAISER PERMANENTE | 98995 | 4/10/2020 | $ 641,250.00 | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5024 |
| DRRT FBO KAISER PERMANENTE | 99006 | 4/10/2020 | $ 235,337.50 | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5025 |
| DRRT FBO KAISER PERMANENTE | 99002 | 4/10/2020 | $ 322,437.50 | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5026 |
| DRRT FBO MEAG MUNICH ERGO KAPITALANLAGEGESELL SCHAFT MBH | 100717 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5027 |
| DRRT FBO METZLER ASSET MANAGEMENT GMBH | 100338 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5028 |
| DRRT FBO METZLER ASSET MANAGEMENT GMBH | 100940 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5029 |

APPENDIX A

| Creditor | Claim No. | Date | Amount of Claim | NOTICE ADDRESS |
|---|---|---|---|---|
| DRRT FBO SWISS REINSURANCE COMPANY LTD | 99707 | 4/15/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5030 |
| DRRT FBO SWISS REINSURANCE COMPANY LTD | 99816 | 4/15/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5031 |
| DRRT FBO SWISS REINSURANCE COMPANY LTD | 100153 | 4/15/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5032 |
| DRRT FBO SWISS REINSURANCE COMPANY LTD | 99829 | 4/15/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5033 |
| DRRT FBO SWISS REINSURANCE COMPANY LTD | 99841 | 4/15/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5034 |
| DRRT FBO SWISSCANTO FONDSLEITUNG AG | 98869 | 4/8/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5035 |

Case: 19-30088   Doc# 11498   Filed: 10/27/21   Entered: 10/27/21 14:05:02   Page 10 of 14

APPENDIX A

| Creditor | Claim No. | Date | Amount of Claim | NOTICE ADDRESS |
|---|---|---|---|---|
| DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG | 100514 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5036 |
| DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG | 100541 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5037 |
| DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG | 100109 | 4/16/2020 | $ 633,250.00 | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5038 |
| DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG | 99997 | 4/16/2020 | $ 339,000.00 | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5039 |
| DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG | 100547 | 4/16/2020 | $ 478,912.50 | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5040 |
| DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG | 100585 | 4/16/2020 | $ 593,525.00 | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5041 |

APPENDIX A

| Creditor | Claim No. | Date | Amount of Claim | NOTICE ADDRESS |
|---|---|---|---|---|
| DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG | 100543 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5042 |
| DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG | 100560 | 4/16/2020 | $ 308,875.00 | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5043 |
| DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG | 100430 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5044 |
| DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG | 100589 | 4/16/2020 | $ 1,197,375.00 | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5045 |
| DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. | 100606 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5046 |
| DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. | 100178 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5047 |

| Creditor | Claim No. | Date | Amount of Claim | NOTICE ADDRESS |
|---|---|---|---|---|
| DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. | 100072 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5048 |
| DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. | 100199 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5049 |
| DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. | 100210 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5050 |
| DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. | 100118 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5051 |
| DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. | 100107 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5052 |
| DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. | 100633 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5053 |

APPENDIX A

| Creditor | Claim No. | Date | Amount of Claim | NOTICE ADDRESS |
|---|---|---|---|---|
| DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. | 100670 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5054 |
| DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. | 100334 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 WEST FLAGLER ST, SUITE 201<br>MIAMI FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5055 |