UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>- and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Exmelihn Reyes, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On October 25, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Ari Nieh, (MMLID 7990427), at an address that is being redacted in the interest of privacy:

- Reorganized Debtors' Report on Responses to Twelfth Securities Claims Omnibus Objection (Unauthorized Bulk Claims) and Request for Order by Default as to Unopposed Objections [Docket No. 11300]

Executed this 27th day of October 2021, at New York, NY.

/s/ Exmelihn Reyes
Exmelihn Reyes

/s/ JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022