UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Bankruptcy Case |
|---|---|
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Liliya Kulyk, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On October 21, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Appeal and Statement of Election to Have Appeal Heard by United States District Court for the Northern District of California [Docket No. 11442]

3. I have reviewed the Notices of Electronic Filing for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

1 | Executed this 27th day of October 2021, at New York, NY.
2 |
3 | /s/ Liliya Kulyk
  | Liliya Kulyk

**Exhibit A**

# Exhibit A
Notice Parties Service List
Served via first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| California Department of Housing and Community Development | Attn: R. Bonta, D. Valdez, A. Almendras, J. Patterson, E. Lee | 455 Golden Gate Ave., Suite 11000 | San Francisco | CA | 94102-7004 |
| FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP | Attn: Paul J. Pascuzzi | 500 Capitol Mall, Suite 2250 | Sacramento | CA | 95814 |
| GOUGH & HANCOCK LLP | Attn: Mark Hancock | 50 California St., #1500 | San Francisco | CA | 94111 |
| KELLER BENVENUTTI KIM, LLP | Attn: J. Kim, D. Taylor, T. Rupp | 650 California St., #1900 | San Francisco | CA | 94108 |
| Office of the U.S. Trustee / SF | Attn: Phillip J. Burton Federal Building | 450 Golden Gate Ave., 5th Fl., #05-0153 | San Francisco | CA | 94102 |