# Exhibit A
# Summary of Scheduled Claims and Filed Proofs of Claim

| Creditor ID | Claim # | Claimant | Claim Type | Debtor Entity | C | U | D | Asserted or Scheduled Amounts | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Secured | Administrative | Priority | Unsecured | Total |
| 1002167 | 3287 | California Department of Tax and Fee Administration (functional successor to Board of Equalization 7/1/17) | Filed/Asserted | Pacific Gas and Electric Company | ✔ | ✔ | ☐ | $0.00 | $0.00 | $3,360,000.00 | $0.00 | $3,360,000.00 |

Where C = contingent, U = unliquidated, D = disputed

1002167