

Signed and Filed: October 28, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

| | |
|---|---|
| 1 | WEIL, GOTSHAL & MANGES LLP |
| 2 | Theodore Tsekerides (*pro hac vice*) (theodore.tsekerides@weil.com) |
| 3 | Jessica Liou (*pro hac vice*) (jessica.liou@weil.com) |
| 4 | Matthew Goren (*pro hac vice*) (matthew.goren@weil.com) |
| 5 | 767 Fifth Avenue New York, NY 10153-0119 |
| 6 | Tel: 212 310 8000 Fax: 212 310 8007 |

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (650) 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

    - and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

    **Debtors.**

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**ORDER APPROVING FOURTH STIPULATION BY AND BETWEEN REORGANIZED DEBTORS AND THE UNITED STATES OF AMERICA REGARDING DEADLINE FOR REORGANIZED DEBTORS TO OBJECT TO CLAIMS**

The Court having considered the *Fourth Stipulation by and Between Reorganized Debtors and the United States of America Regarding Deadline for Reorganized Debtors to Object to Claims*, dated October 27, 2021 [Dkt. No. 11497] (the "**Stipulation**"),[1] entered into by PG&E Corporation ("**PG&E Corp**.") and Pacific Gas and Electric Company (the "**Utility**"), as reorganized debtors (collectively, the "**Debtors**" and as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), on the one hand, and the United States of America, on behalf of various federal agencies ("**United States**," and together with the Debtors and the Reorganized Debtors, the "**Parties**"), on the other hand; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The objection deadline for the following United States Claims shall be November 16, 2021:

| Agency | Claim No. | Amount |
| --- | --- | --- |
| U.S. Forest Service | 59493 | $1,973,925.39 |
| National Park Service | 63748 | $14,170.15 |
| Bureau of Land Management | 62632 | $81,167.00 |

3. The objection deadline for the following United States Claims shall remain December 1, 2021:

| Agency | Claim No. | Amount |
| --- | --- | --- |
| U.S. Forest Service | 59662 | $9,895,433.65 |
| U.S. Forest Service | 59712 | $19,466,029.49 |
| National Park Service | 63092 | $3,763,144.49 |

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

4. The objection deadline for the following United States Claims shall remain December 31, 2021:

| Agency | Claim No. | Amount |
| --- | --- | --- |
| U.S. Forest Service | 59664 | $21,029,700.59 |
| U.S. Forest Service | 63837 | $76,554,779.95 |
| National Park Service | 63756 | $90,415.07 |

5. The Stipulation constitutes the entire agreement and understanding of the Parties relating to the subject matter thereof and supersedes all prior agreements and understandings relating to the subject matter thereof.

6. This Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

*** END OF ORDER ***

Dated: October 27, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

/s/ *Matthew J. Troy*
RUTH A. HARVEY
Director
KIRK MANHARDT
Deputy Director
MATTHEW J. TROY
Senior Trial Counsel
Attorneys for the United States