Wm F. Weidman, III
108 Connolly Road, #136
Benson, MD 21018-0136

October 29, 2021

Honorable Dennis Montali
United States Bankruptcy Court
Northern District of California - San Francisco Division
450 Golden Gate Avenue, Mail Box 36099
San Francisco, CA 94102

In Re: PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY, Debtors
Bankruptcy Case No. 19-30088 (DM), Chapter 11
Creditor: Wm. F. Weidman, III's Proof of Claim (Assigned No. 10281)

Honorable Dennis Montali:

This Court graciously granted me an extension until November 3, 2021 to file my Motion for Reconsideration pursuant to the Order Disallowing Proof of Claim #10281 filed by William F. Weidman, III and entered October 6, 2021.

I have been diligently working on that Motion but shortly after receiving notice of the requested extension, my computer malfunctioned and I have been unable to do what is needed or use my computer (see copy of email received from HP Service Support). This issue with my computer has been going on for over a week and I have been working with HP Service Support on a daily basis to resolve the problem.

In light of this computer malfunction, I respectfully request a second seven day extension of time to file my Motion for Reconsideration in order to finish compiling all documentation necessary to prepare said Motion.

Sincerely,

*/s/ Wm F. Weidman, III*

Wm F. Weidman, III

CC:

Lorena Parada
Courtroom Deputy to Hon. Dennis Montali
Lorena_parada@canb.uscourts.gov

1

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
Jane Kim (#298192)
650 California Street, Suite 1900
San Francisco, CA 94108

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin
Jessica Liou
767 Fifth Avenue
New York, NY 10153-0119

CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro
George E. Zobitz
825 Eighth Avenue
New York NY 10019

Benjamin Zvenia
Zvenia & Associates
5940 South Rainbow Blvd., #1000
Las Vegas, NV 89118

2

- - - - Fw: Printer issue - Case No : 5074780069 CRM:0059756000653
Yahoo/Inbox

-

Wm Weidman iii <wmfweidmaniii@yahoo.com>
To:Linda Simmon,Hon. Benjamin Zvenia
Wed, Oct 27 at 3:33 PM

Regards & Thank You   Wm F Weidman III 410 877 3444 Home 410 893 6555 Fax 410 917 6822 Cell wmfweidmaniii@yahoo.com

----- Forwarded Message -----
**From:** HP Service Support AMS <hpservicesupport_ams@hp.com>
**To:** WILLIAM WEIDMAN III <wmfweidmaniii@yahoo.com>
**Sent:** Wednesday, October 27, 2021, 12:42:48 PM EDT
**Subject:** Printer issue - Case No : 5074780069 CRM:0059756000653

Hi William,

My name is Subhash with HP Customer Care and I am glad to work with you on 5074780069.
We're working with this issue since Friday with three different teams due to Windows updates.
We do apologize for the inconvenience and we'll make sure that it won't happen again.
At any time, if you need our further assistance, feel free to give us a call back on the toll free number.
My goal is that you are 100% satisfied with our overall service.
It has been my pleasure to work with you.
Thank you for choosing HP Customer Care.

Sincerely,
HP Customer Care Center
Phone: 1 866 2115207


Our advice is strictly limited to the question(s) asked and is based on the information provided to us.
Please review the HP Support Disclaimer in your own language / 免責事項:
http://www.hp.com/support/emaildisclaimers

-

- - -