# Exhibit C

Case: 19-30088    Doc# 11511-3    Filed: 11/01/21    Entered: 11/01/21 16:53:34    Page 1 of 2

