# Exhibit E

IN THE
# Court of Appeal of the State of California
IN AND FOR THE
### THIRD APPELLATE DISTRICT

PACIFIC GAS AND ELECTRIC COMPANY,
    Plaintiff and Respondent,
    v.
PATRICIA A. MCCOLM,
    Defendant and Appellant.

    C080984
    Trinity County
    No.   10CV065

BY THE COURT:

    Appellant's "Request for Emergency Order" is treated as a request for stay, and as such, is denied.

*(signature)*
RAYE, P.J.

-------------------------------

cc: See Mailing List

# IN THE
# Court of Appeal of the State of California
## IN AND FOR THE
## THIRD APPELLATE DISTRICT

MAILING LIST

Re: Pacific Gas and Electric Company v. McColm
C080984
Trinity County Super. Ct. No. 10CV065

Copies of this document have been sent by mail to the parties checked below unless they were noticed electronically. If a party does not appear on the TrueFiling Servicing Notification and is not checked below, service was not required.

Mark A. Habib
Peters, Habib, McKenna & Juhl-Rhodes
414 Salem Street
P.O. Box 3509
Chico, CA 95927-3509

✓ Patricia A. McColm
P.O. Box 113
Lewiston, CA 96052

✓ Trinity County Superior Court
P.O. Box 1258
11 Court Street
Weaverville, CA 96093

Case: 19-30088    Doc# 11511-5    Filed: 11/01/21    Entered: 11/01/21 16:53:34    Page 3 of 3