UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>     - and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>     Reorganized Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1.  I am employed at Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2.  On October 26, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Cynthia Mary Rost, 5704 Susie Lane Paradise, CA 95969:

- Order Authorizing Withdrawal of Counsel attached hereto as **Exhibit A**

3.  I have reviewed the Notices of Electronic Filing for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4.  I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 1st day of November 2021, at New York, NY.

/s/ *Alain B. Francoeur*
Alain B. Francoeur

**Exhibit A**

SRF 57582



1  Bill Robins III, Esq. (SBN 296101)
   Robert T. Bryson, Esq. (SBN 156953)
2  Rex Grady, Esq. (SBN 232236)
   **ROBINS CLOUD LLP**
3  808 Wilshire Blvd., Suite 450
   Santa Monica, California 90401
4  Telephone: (310) 929-4200
   Facsimile: (310) 566-5900
5
   Attorneys for Creditor, Cynthia Mary Rost
6
   Matthew W. Grimshaw, Esq. (SBN 210424)
7  **GRIMSHAW LAW GROUP, P.C.**
   26 Executive Park, Ste. 250
8  Irvine, California 92614
   Telephone: (949) 734-0187
9  Facsimile: (208) 391-7860

10 Counsel for Robins Cloud LLP

Signed and Filed: October 26, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re

PG&E CORPORATION,

   and

PACIFIC GAS AND ELECTRIC COMPANY

   Debtors

Affects:

☐ PG&E Corporation
☐ Pacific Gas & Electric Company
☒ Both Debtors

\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).

) Case No. 19-30088 (DM)
)
) Chapter 11
)
) (Lead Case–Jointly Administered)
)
)
) **ORDER AUTHORIZING**
) **WITHDRAWAL OF COUNSEL**
)

# ORDER PERMITTING THE ROBINS CLOUD FIRM TO WITHDRAW AS COUNSEL TO CYNTHIA MARY ROST

Upon consideration of the motion (the "Motion") of Robins Cloud LLP ("Firm") to withdraw as counsel to Cynthia Mary Rost pursuant to Rule 11-5 (a); and adequate notice of the Motion having been given; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion and the relief requested therein; and the Court having determined that the legal and factual grounds set forth in the Motion establish just cause for the relief requested in the Motion; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.
2. The Firm is permitted to withdraw as counsel to Cynthia Mary Rost ("Creditor").[1]
3. The Firm shall continue to forward documents regarding Claim No. 29794 to Creditor until Creditor appears in this matter (a) through new counsel or (b) in pro per.

*** END OF ORDER ***

---

[1] The Grimshaw Law Group, P.C. is not counsel to Creditor.

Case: 19-30088    Doc# 11513    Filed: 11/01/21    Entered: 11/01/21 17:52:03    Page 5 of 6

# COURT SERVICE LIST

Cynthia Mary Rost
5704 Susie Lane
Paradise, CA 95969

1

CERTIFICATE OF SERVICE