| | |
|---|---|
| 1 | Krista M. Enns (CA 206430) |
| 2 | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>100 Pine Street |
| 3 | Suite 3100<br>San Francisco, California 94111 |
| 4 | Telephone: (628) 600-2250 |
| 5 | Facsimile: (628) 221-5828<br>kenns@beneschlaw.com |
| 6 | Michael J. Barrie |
| 7 | Kevin M. Capuzzi<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
| 8 | 222 Delaware Avenue, Suite 801<br>Wilmington, Delaware 19801 |
| 9 | Telephone: (302) 442-7010<br>Facsimile: (302) 442-7012 |
| 10 | mbarrie@beneschlaw.com |
| 11 | kcapuzzi@beneschlaw.com |
| 12 | Attorneys for ACRT, Inc. |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re | Case No. 19-30088 |
| PG&E Corporation, | Chapter 11 |
| Debtor. | **NOTICE OF CHANGE OF ADDRESS** |

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that the address of Krista Enns, attorney of Benesch, Friedlander, |
| 2 | Coplan & Aronoff LLP has changed.  The new address is: |

   100 Pine Street
   Suite 3100
   San Francisco, CA  94111

Please update your records accordingly.

Dated:  October 26, 2021           /s/ Krista M. Enns
                                   Krista M. Enns (CA 206430)
                                   BENESCH, FRIEDLANDER, COPLAN &
                                   ARONOFF LLP
                                   100 Pine Street
                                   Suite 3100
                                   San Francisco, CA  94111

                                   Telephone:  (628) 600-2250
                                   Facsimile:  (628) 221-5828
                                   Email:  kenns@beneschlaw.com

                                   *Attorneys for ACRT, Inc.*