WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **REORGANIZED DEBTORS' REPORT ON RESOLUTION OF THIRTEENTH SECURITIES CLAIMS OMNIBUS OBJECTION (CLAIMS BARRED BY THE STATUTE OF REPOSE) WITH RESPECT TO THE ONE REMAINING CLAIM SUBECT TO THE OBJECTION** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **[Re: Dkt. Nos. 11085, 11302]**<br><br>**Hearing Currently Set for November 9, 2021, at 10:00 a.m. (Pacific Time)** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## REPORT ON RESOLUTION OF CERTAIN CLAIMS

In advance of the November 9, 2021, 10:00 a.m. omnibus hearing (the "**Hearing**"), PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby report on the resolution of the last remaining Claim subject to the following securities claims omnibus objection:

| Docket No. | Omnibus Objection |
|---|---|
| 11085 | *Reorganized Debtors' Thirteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose)* (the "**Thirteenth Securities Claims Omnibus Objection**") |

| Docket No. | Claimant | Claim Nos. | Resolution |
|---|---|---|---|
| **Thirteenth Securities Claims Omnibus Objection** | | | |
| 11246 | Thomas A. Mullady | 97910 | The Thirteenth Securities Claims Omnibus Objection has been WITHDRAWN without prejudice with respect to this Claim. |

With respect to the proof of claim set forth above (the "**Proof of Claim**"), the Thirteenth Securities Claims Omnibus Objection objected thereto on the basis that the applicable statute of repose barred claims arising under Section 11 of the Securities Act of 1933 (the "**Securities Act Claims**"). The above claimant ("**Mullady**") responded to the Thirteenth Securities Claims Omnibus Objection formally. The Reorganized Debtors conferred with Mullady and agreed to withdraw the Thirteenth Securities Claims Omnibus objection, without prejudice, with respect to the Proof of Claim. The Reorganized Debtors reserve the right to object to the Proof of Claim on any basis, including but not limited to that the applicable statute of repose bars some or all of the claims asserted in the Proof of Claim.

/ / /

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Dated: November 2, 2021

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**

By: _/s/ Richard W. Slack_

Richard W. Slack

*Attorneys for Debtors and Reorganized Debtors*