**Exhibit A**

**Claims to be Disallowed/Expunged**

| No. | Original Creditor | Claim to be Disallowed/Expunged | CUSIP Number(s) Indicated in Claimant's Trading Data | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AETNA LIFE INSURANCE COMPANY (SEGMENT 10 LTC) AETNA LIFE INSURANCE COMPANY ATTN: MICHAEL GREENE RTAA 151 FARMINGTON AVENUE HARTFORD CT 06156 | 99224 | 694308HN0 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 2 | AETNA LIFE INSURANCE COMPANY (SEGMENT 2 SINGLE PREMIUM) ATTN: MICHAEL GREENE RTAA 151 FARMINGTON AVENUE HARTFORD CT 06156 | 99129 | 694308HN0, 694308HH3, 694308GE1, 694308GJ0, 694308HG5, 694308HL4 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 3 | AMERICAN EXPRESS RETIREMENT SAVINGS PLAN C/O BARBARA KONTJE 200 VESEY STREET MAILCODE: 01-35-01 NEW YORK NY 10285 | 100736 | 694308HM2, 694308HC4, 694308GE1 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $63,213.25 | $63,213.25 | Claims Barred by the Statute of Repose |
| 4 | BECKER, HELEN A 11698 CARACAS BLVD BOYNTON BEACH FL 33437 | 103811 | 694308GS0 | Pacific Gas and Electric Company | 5/4/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 5 | CARL S. SLOTNICK & LINDA J. SLOTNICK, JOINT TENANTS 7 PARKWAY DRIVE ROSLYN HEIGHTS NY 11577 | 103820 | 694308HA8 | Pacific Gas and Electric Company | 5/4/2020 | $0.00 | $0.00 | $0.00 | $218.29 | $218.29 | Claims Barred by the Statute of Repose |
| 6 | FINANCIAL GUARANTY INSURANCE COMPANY 463 SEVENTH AVENUE 16TH FLOOR NEW YORK NY 10018 | 100591 | 694308GE1, 694308HN0 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $388,014.75 | $388,014.75 | Claims Barred by the Statute of Repose |
| 7 | GOLDMAN SACHS INVESTMENT GRADE CREDIT FUND GSAM ASSET SERVICING 11TH FLOOR, 222 SOUTH MAIN STREET SALT LAKE CITY UT 84101 | 101301 | 694308HM2 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 8 | HORACE MANN INSURANCE COMPANY RACHAEL LUBER 1 HORACE MANN PLAZA, MC: C122 SPRINGFIELD IL 62715 | 100310 | 694308HK6 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $153,615.00 | $153,615.00 | Claims Barred by the Statute of Repose |
| 9 | HORACE MANN PROPERTY & CASUALTY INSURANCE COMPANY RACHAEL LUBER HORACE MANN 1 HORACE MANN PLAZA, MC: C122 SPRINGFIELD IL 62715 | 100293 | 694308HK6 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $87,780.00 | $87,780.00 | Claims Barred by the Statute of Repose |
| 10 | JONES, THOMAS A. 1002 BURR STREET DAVIS CA 95616 | 98566 | 694308GT8 | PG&E Corporation | 4/2/2020 | $0.00 | $0.00 | $0.00 | $17,711.70 | $17,711.70 | Claims Barred by the Statute of Repose |

| Fourteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) | | | Exhibit A | | | | | | | PG&E Corporation and Pacific Gas and Electric Company Case No. 19-30088 (DM), Jointly Administered |
|---|---|---|---|---|---|---|---|---|---|---|

| No. | Original Creditor | Claim to be Disallowed/Expunged | CUSIP Number(s) Indicated in Claimant's Trading Data | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | KERNAN, KEVIN M<br>465 LONG COVE DR.<br>FAIRVIEW TX 75069-1957 | 98200 | 694308HE0 | Pacific Gas and Electric Company | 3/27/2020 | $0.00 | $0.00 | $0.00 | $11,938.80 | $11,938.80 | Claims Barred by the Statute of Repose |
| 12 | RICK A. YALE AND BARBARA G. YALE<br>31 HOBONNY PLACE<br>HILTON HEAD ISLAND SC 29926 | 103250 | 694308GV3 | Pacific Gas and Electric Company | 4/27/2020 | $0.00 | $0.00 | $0.00 | $76,773.85 | $76,773.85 | Claims Barred by the Statute of Repose |
| 13 | SHEAFFER, ERIC<br>2009 HAVEMEYER LANE #2<br>REDONDO BEACH CA 90278 | 99023 | 694308HE0,<br>694308HM2 | Pacific Gas and Electric Company | 4/10/2020 | $0.00 | $0.00 | $0.00 | $65,000.00 | $65,000.00 | Claims Barred by the Statute of Repose |
| 14 | SIEBERT, JAYNE M<br>1411 LARKIN WILLIAMS RD<br>FENTON MO 63026 | 98514 | 694308GT8 | Pacific Gas and Electric Company | 4/2/2020 | $0.00 | $0.00 | $0.00 | $7,000.00 | $7,000.00 | Claims Barred by the Statute of Repose |
| 15 | SMITH, GORDON J.<br>7475 PRESCOTT LANE<br>LAKE WORTH FL 33467 | 100476 | 694308GE1 | PG&E Corporation | 4/16/2020 | $8,791.81 | $0.00 | $0.00 | $0.00 | $8,791.81 | Claims Barred by the Statute of Repose |
| 16 | STATE STREET TRUST AND BANKING COMPANY A/C AES9<br>TORANOMON HILLS MORI TOWER<br>1-23-1 TORANOMON MINATO-KU<br>TOKYO 105-6325 JAPAN | 100540 | 694308HB6 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 17 | TEACHERS INSURANCE COMPANY<br>HORACE MANN<br>RACHAEL LUBER<br>1 HORACE MANN PLAZA, MC: C122<br>SPRINGFIELD IL 62715 | 100273 | 694308HK6 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $131,670.00 | $131,670.00 | Claims Barred by the Statute of Repose |
| 18 | U.S. BANK, N.A. AS CUSTODIAN FOR ANIC PROTECTED CELL OF LTC RE<br>U.S. BANK CLASS ACTIONS<br>ATTN: CLASS ACTIONS<br>BOX 078778<br>MILWAUKEE WI 53278-8778 | 100873 | 694308GE1,<br>694308HF7 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $375,000.00 | $375,000.00 | Claims Barred by the Statute of Repose |
| 19 | U.S. BANK, N.A. AS CUSTODIAN FOR PENN TREATY PROTECTED CELL OF LTC RE<br>U.S. BANK CLASS ACTIONS<br>ATTN: CLASS ACTIONS<br>BOX 078778<br>MILWAUKEE WI 53278-8778 | 100826 | 694308HF7,<br>694308GQ4,<br>694308GE1 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $1,430,000.00 | $1,430,000.00 | Claims Barred by the Statute of Repose |

| No. | Original Creditor | Claim to be Disallowed/Expunged | CUSIP Number(s) Indicated in Claimant's Trading Data | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | WANG, GRACE<br>130 S CANAL ST<br>APT 724<br>CHICAGO IL 60606 | **102630** | 694308GT8 | Pacific Gas and Electric Company | 4/20/2020 | $0.00 | $0.00 | $0.00 | $50,000.00 | $50,000.00 | Claims Barred by the Statute of Repose |