

Signed and Filed: November 2, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br>Date: November 9, 2021<br>Time: 10:00 AM<br>www.canb.uscourts.gov/calendars |

<u>ORDER SETTING STATUS CONFERENCE ON SEVENTY-NINTH OMNIBUS
OBJECTION TO CLAIMS AS TO DAVID ADDINGTON
(PROOF OF CLAIM # 3093)</u>

IT IS HEREBY ORDERED THAT the Court will hold a status conference on Debtors' Seventy-Ninth Omnibus Objection to Claims (Dkt. 10673) as to David Addington (Proof of Claim # 3093) on November 9, 2021, at 10:00 AM. The Court intends to set a date for the evidentiary hearing if the parties have not agreed to

one by then.  If they agree on a schedule, the Court will discuss the conduct of such hearing.

**END OF ORDER**

COURT SERVICE LIST

David P. Addington
298 Saint James Drive
Piedmont, CA 94611