**Exhibit A**

**Claims**

| Original Creditor | Claim To Be Reduced or Disallowed | Debtor | Date Filed: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Alpaugh 50, LLC<br>c/o Con Edison Clean Energy Businesses<br>Attn: James Dixon 100 Summit Lake Drive, Suite 210<br>Valhalla, NY 10595 | 67772 | Pacific Gas and Electric Company | 10/20/2019 | Filed Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $1,301,803.99 | $1,301,803.99 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Alpaugh North, LLC<br>Con Edison Clean Energy Businesses<br>Attn: James Dixon 100 Summit Lake Drive, Suite 210<br>Valhalla, NY 10595 | 67774 | Pacific Gas and Electric Company | 10/20/2019 | Filed Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $561,125.28 | $561,125.28 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| CED Avenal Solar, LLC<br>c/o Con Edison Clean Energy Businesses<br>Attn: James Dixon 100 Summit Lake Drive, Suite 210<br>Valhalla, NY 10595 | 2516 | Pacific Gas and Electric Company | 4/18/2019 | Filed Claim Amount:<br>Unliquidated ☐ | $0.00 | $61,439.17 | $0.00 | $0.00 | $61,439.17 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| CED Avenal Solar, LLC<br>c/o Con Edison Clean Energy Businesses<br>Attn: James Dixon 100 Summit Lake Drive, Suite 210<br>Valhalla, NY 10595 | 67771 | Pacific Gas and Electric Company | 10/20/2019 | Filed Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $25,435.20 | $25,435.20 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| CED Corcoran Solar 2, LLC<br>c/o Con Edison Clean Energy Businesses<br>Attn: James Dixon 100 Summit Lake Drive, Suite 210<br>Valhalla, NY 10595 | 70093 | Pacific Gas and Electric Company | 10/20/2019 | Filed Claim Amount:<br>Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $248,993.06 | $248,993.06 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| CED Corcoran Solar 3, LLC<br>c/o Con Edison Clean Energy Businesses<br>Attn: James Dixon 100 Summit Lake Drive<br>Valhalla, NY 10595 | 2477 | Pacific Gas and Electric Company | 4/18/2019 | Filed Claim Amount:<br>Unliquidated ☐ | $0.00 | $52,008.10 | $0.00 | $0.00 | $52,008.10 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| Original Creditor | Claim To Be Reduced or Disallowed | Debtor | Date Filed: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| CED Corcoran Solar 3, LLC<br>c/o Con Edison Clean Energy Businesses<br>Attn: James Dixon 100 Summit Lake Drive<br>Valhalla, NY  10595 | 67820 | Pacific Gas and Electric Company | 10/20/2019 | Filed Claim Amount:<br>Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $648,123.53 | $648,123.53 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| CED Corcoran Solar, LLC<br>Con Edison Clean Energy Businesses<br>Attn: James Dixon 100 Summit Lake Drive<br>Valhalla, NY  10595 | 70355 | Pacific Gas and Electric Company | 10/20/2019 | Filed Claim Amount:<br>Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $465,637.29 | $465,637.29 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| CED Corcoran Solar, LLC<br>Con Edison Clean Energy Businesses<br>Attn: James Dixon 100 Summit Lake Drive<br>Valhalla, NY  10595 | 2478 | Pacific Gas and Electric Company | 4/18/2019 | Filed Claim Amount:<br>Unliquidated ☐ | $0.00 | $5,448.39 | $0.00 | $0.00 | $5,448.39 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| CED Lost Hills Solar, LLC<br>Con Edison Clean Energy Businesses<br>Attn: James Dixon 100 Summit Lake Drive<br>Valhalla, NY  10595 | 67786 | Pacific Gas and Electric Company | 10/20/2019 | Filed Claim Amount:<br>Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $2,517,961.83 | $2,517,961.83 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| CED Oro Loma Solar, LLC<br>c/o Con Edison Clean Energy Businesses<br>Attn: James Dixon 100 Summit Lake Drive, Suite 210<br>Valhalla, NY  10595 | 68776 | Pacific Gas and Electric Company | 10/20/2019 | Filed Claim Amount:<br>Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $24,719.37 | $24,719.37 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| CED White River Solar 2, LLC<br>c/o Con Edison Clean Energy Businesses<br>Attn: James Dixon 100 Summit Lake Drive, Suite 210<br>Valhalla, NY  10595 | 2519 | Pacific Gas and Electric Company | 4/19/2019 | Filed Claim Amount:<br>Unliquidated ☐ | $0.00 | $89,914.56 | $0.00 | $0.00 | $89,914.56 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| Original Creditor | Claim To Be Reduced or Disallowed | Debtor | Date Filed: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| CED White River Solar 2, LLC<br>c/o Con Edison Clean Energy Businesses<br>Attn: James Dixon 100 Summit Lake Drive, Suite 210<br>Valhalla, NY 10595 | 71562 | Pacific Gas and Electric Company | 10/20/2019 | Filed Claim Amount:<br>Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $177,702.87 | $177,702.87 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| CED White River Solar, LLC<br>Con Edison Clean Energy Businesses<br>Attn: James Dixon 100 Summit Lake Drive<br>Valhalla, NY 10595 | 67732 | Pacific Gas and Electric Company | 10/20/2019 | Filed Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $583,088.37 | $583,088.37 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Copper Mountain Solar 1, LLC<br>c/o Con Edison Clean Energy Businesses<br>Attn: James Dixon 100 Summit Lake Drive, Suite 210<br>Valhalla, NY 10595 | 67773 | Pacific Gas and Electric Company | 10/20/2019 | Filed Claim Amount:<br>Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $58,429.10 | $58,429.10 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Copper Mountain Solar 1, LLC<br>c/o Con Edison Clean Energy Businesses<br>Attn: James Dixon 100 Summit Lake Drive, Suite 210<br>Valhalla, NY 10595 | 67782 | Pacific Gas and Electric Company | 10/20/2019 | Filed Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $208,723.86 | $208,723.86 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Copper Mountain Solar 2, LLC<br>100 Summit Lake Drive, Suite 210 Attn: Hugh McDonald 875 Third Avenue<br>Valhalla, NY 10595 | 67847 | Pacific Gas and Electric Company | 10/20/2019 | Filed Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $639,306.59 | $639,306.59 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Coram California Development, L.P<br>c/o Con Edison Clean Energy Businesses<br>100 Summit Lake Drive, Suite 210 875 Third Avenue<br>Valhalla, NY 10595 | 71509 | Pacific Gas and Electric Company | 10/20/2019 | Filed Claim Amount:<br>Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $138,767.19 | $138,767.19 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| Original Creditor | Claim To Be Reduced or Disallowed | Debtor | Date Filed: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| County of Yolo<br>c/o Eric May Senior Deputy County Counsel 625 Court Street Room 201<br>Woodland, CA 95695 | 72144 | Pacific Gas and Electric Company | 10/17/2019 | **Filed Claim Amount:**<br>Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Mates, Justin<br>5 Cliffside Court<br>Belmont, CA 94002 | 61907 | Pacific Gas and Electric Company | 10/17/2019 | **Filed Claim Amount:**<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $50,000.00 | $50,000.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Mesquite Solar 1, LLC<br>c/o Con Edison Clean Energy Business<br>Attn: James Dixon 100 Summit Lake Drive, Suite 210<br>Valhalla, NY 10595 | 66784 | Pacific Gas and Electric Company | 10/20/2019 | **Filed Claim Amount:**<br>Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $843,169.06 | $843,169.06 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Mesquite Solar 1, LLC<br>c/o Con Edison Clean Energy Business<br>Attn: James Dixon 100 Summit Lake Drive, Suite 210<br>Valhalla, NY 10595 | 2449 | Pacific Gas and Electric Company | 4/18/2019 | **Filed Claim Amount:**<br>Unliquidated ☐ | $0.00 | $2,366,540.12 | $0.00 | $0.00 | $2,366,540.12 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| NC Department of State Treasurer<br>3200 Atlantic Ave<br>Raleigh, NC 27604 | 2542 | PG&E Corporation | 4/17/2019 | **Filed Claim Amount:**<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $5,241.98 | $5,241.98 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| NJ Department of Treasury - Unclaimed Property<br>PO Box 214<br>Trenton, NJ 08625 | 1714 | Pacific Gas and Electric Company | 3/14/2019 | **Filed Claim Amount:**<br>Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| OKLAHOMA STATE TREASURER<br>9520 N MAY AVE STE LL<br>THE VILLAGE, OK 73120-2750 | 3855 | Pacific Gas and Electric Company | 7/22/2019 | **Filed Claim Amount:**<br>Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| Original Creditor | Claim To Be Reduced or Disallowed | Debtor | Date Filed: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Panoche Valley Solar, LLC<br>c/o Con Edison Clean Energy Businesses Attn: James Dixon 100 Summit Lake Drive, Suite 210<br>Valhalla, NY 10595 | 67784 | Pacific Gas and Electric Company | 10/20/2019 | **Filed Claim Amount:**<br>Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $29,284,296.51 | $29,284,296.51 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Treasurer of Virginia<br>Virginia Dept. of the Treasury Unclaimed Property Division P.O. Box 2478<br>Richmond, VA | 103460 | Pacific Gas and Electric Company | 4/30/2019 | **Filed Claim Amount:**<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $1,214.96 | $1,214.96 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Asserted Total** | **Count: 27** | | | | $0.00 | $2,575,350.34 | $0.00 | $37,783,740.04 | $40,359,090.38 | |
| **Remaining Total** | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| Original Creditor | Claim Transferred To: | **Claims To Be Disallowed and Expunged** | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Alameda-Contra Costa Transit District<br><br>Attn: Accounts Payable 1600 Franklin Street<br><br>Oakland, CA  94612-2806 | | **55773** | PG&E Corporation | 10/17/2019 | $0.00 | $0.00 | $0.00 | $342,922.00 | $342,922.00 | Satisfied Claims |
| Newby Island RNG, LLC (wholly owned subsidiary of Mavrix, LLC)<br><br>46280 Dylan Drive Suite 200<br><br>Novi, MI  48377 | | **89964** | Pacific Gas and Electric Company | 12/20/2019 | $0.00 | $0.00 | $0.00 | $80,688.33 | $80,688.33 | Satisfied Claims |
| **Claims To Be Expunged Totals** | | **Count: 2** | | | **$0.00** | **$0.00** | **$0.00** | **$423,610.33** | **$423,610.33** | |