KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**REORGANIZED DEBTORS' REPORT ON STATUS AND RESOLUTION OF OMNIBUS OBJECTION WITH RESPECT TO CERTAIN CLAIM**<br><br>[Re: Docket No. 9466]<br><br>**Regarding Objection Set for Hearing November 9, 2021, at 10:00 a.m. (Pacific Time)** |

# REPORT ON RESOLUTION OF CERTAIN CLAIMS

In advance of the November 9, 2021, 10:00 a.m. omnibus hearing (the "**Hearing**"), PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby report on the status and resolution of a certain Claim in the following omnibus claims objection:

| Docket No. | Omnibus Objection |
|---|---|
| 9466 | *Reorganized Debtors' Forty-Fifth Omnibus Objection to Claims (Reduced and Allowed Claims)* (the "**Forty-Fifth Omnibus Objection**") |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| **Forty-Fifth Omnibus Objection** | | | |
| Informal | The Travelers Indemnity Company | 59825 | A settlement has been reached with the Claimant. The Reorganized Debtors request that this matter be taken off calendar pending final resolution. |

Dated: November 2, 2021

**KELLER BENVENUTTI KIM LLP**

By: /s/ *Thomas B. Rupp*
      Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*