| | |
|---|---|
| 1 | **WEIL, GOTSHAL & MANGES LLP** |
| 2 | Richard W. Slack (*pro hac vice*) |
| | (richard.slack@weil.com) |
| 3 | Theodore E. Tsekerides (*pro hac vice*) |
| | (theodore.tsekerides@weil.com) |
| 4 | Jessica Liou (*pro hac vice*) |
| | (jessica.liou@weil.com) |
| 5 | Matthew Goren (*pro hac vice*) |
| | (matthew.goren@weil.com) |
| 6 | 767 Fifth Avenue |
| | New York, NY 10153-0119 |
| 7 | Tel:   (212) 310-8000 |
| | Fax:  (212) 310-8007 |

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (650) 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| | Chapter 11 |
| **PG&E CORPORATION,** | |
| | (Lead Case) (Jointly Administered) |
| - and - | |
| | **REQUEST FOR ENTRY OF ORDER BY DEFAULT ON MOTION FOR ENTRY OF AN ORDER FURTHER EXTENDING DEADLINE FOR THE REORGANIZED DEBTORS TO OBJECT TO CLAIMS AND FOR RELATED RELIEF** |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| Debtors. | |
| ☐ Affects PG&E Corporation | **[Re: Docket No. 11450]** |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

# REQUEST FOR ENTRY OF ORDER BY DEFAULT

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby request, pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures* entered on May 14, 2019 [Docket No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Motion for Entry of an Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and for Related Relief* filed by the Reorganized Debtors on October 19, 2021 [Docket No. 11450] (the "**Motion**")[1].

## RELIEF REQUESTED IN THE APPLICATION

The Motion seeks entry of an order (i) further extending the deadline established under the Plan for the Reorganized Debtors to object to Claims by an additional one hundred eighty (180) days, through and including June 21, 2022, without prejudice to the Reorganized Debtors' right to seek additional extensions thereof; and (ii) granting related relief. A proposed order (the "**Original Proposed Order**") was attached as Exhibit A to the Motion.

## NOTICE AND SERVICE

A notice of hearing on the Motion was filed on October 19, 2021 [Docket No. 11452] (the "**Notice of Hearing**"). The Motion, the Notice of Hearing, and the supporting declaration of Robb McWilliams [Docket No. 11451] were served as described in the Certificate of Service of Sonia Alter, filed on October 22, 2021 [Docket No. 11469]. The deadline to file responses or oppositions to the Motion has passed, and no responses or oppositions have been filed with the Court or received by counsel for the Reorganized Debtors. The Reorganized Debtors have received informal comments on the Motion from counsel for the Office of the Attorney General of California on behalf of the California Department of Water Resources ("**DWR**") and the California Department of Forestry and

---

[1] Capitalized terms not herein defined shall have the meanings ascribed to them in the Motion.

Fire Protection ("**CAL FIRE**"). The Debtors have agreed to certain changes to the Original Proposed Order to address the comments of the DWR and CAL FIRE, by (i) extending the deadline for the Reorganized Debtors to object to the Claim filed by the DWR through and including March 23, 2022, without prejudice to the right of the Reorganized Debtors to move for a further extension of such date; and (ii) clarifying that the relief granted in the Revised Proposed Order does not apply to the existing deadlines for the Reorganized Debtors to object to the CAL FIRE Claims and the United States Claims. A revised form of proposed order (the "**Revised Proposed Order**") reflecting these agreed upon changes is attached hereto as <u>Exhibit A</u>. A redline comparison of the Original Proposed Order and the Revised Proposed Order is attached hereto as <u>Exhibit B</u>.

## **DECLARATION OF NO OPPOSITION RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am an attorney with the firm of Keller Benvenutti Kim LLP, co-counsel for the Reorganized Debtors.

2. I have reviewed the Court's docket in the Chapter 11 Cases and have determined that no response or opposition has been filed with respect to the Motion.

3. This declaration was executed in Sunnyvale, California.

WHEREFORE, the Reorganized Debtors hereby request entry of the Revised Proposed Order attached as <u>Exhibit A</u> hereto, granting the Motion as set forth therein.

Dated: November 4, 2021          **WEIL, GOTSHAL & MANGES LLP**
                                                  **KELLER BENVENUTTI KIM LLP**

/s/ *Thomas B. Rupp*
Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*