**Entered on Docket**
**November 04, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: November 4, 2021**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br><br><br>Date:  December 21, 2021<br>Time:  10:00 AM<br>www.canb.uscourts.gov/calendars |

ORDER CONTINUING SCHEDULING CONFERENCE
ON FORTIETH OMNIBUS OBJECTION TO TODD GREENBERG CLAIM

    Debtors desire one evidentiary hearing regarding their objections to the claims (See claims ##77335, 76018 and 78381, Fortieth Omnibus Objection to Claims (Dkt. No. 9455), One Hundred Tenth Omnibus Objection to Claim (Dkt. No. 11420) and related filings) of Todd Greenberg.  Mr. Greenberg wants a separate hearing on the objection to Claim No. 77335.

Because the deadline for Mr. Greenberg to respond to the Debtors' One Hundred Tenth Omnibus Objection to his other two claims is December 7, 2021, the court sees no purpose in deciding whether to bifurcate or consolidate the hearings until Mr. Greenberg has responded and the court can then hear from counsel for both sides whether to schedule either a single or multiple evidentiary hearings on these matters. While the underlying facts may vary, the same counsel are involved and efficient scheduling can only save time and money for the parties.

Accordingly, the November 9, 2021, 10:00 AM scheduling conference on the Fortieth Omnibus Objection to Claim No. 77335 is CONTINUED to December 21, 2021, at 10:00 AM. At that continued hearing, the court will decide how and when to schedule the necessary evidentiary hearings on three contested claims.

**END OF ORDER**

COURT SERVICE LIST

Richard A. Lapping
Trodella & Lapping LLP
540 Pacific Avenue
San Francisco, CA 94133