UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

DATE: November 17, 2017                         Time in Court: 14 minutes

JUDGE: JEFFREY S. WHITE                 Court Reporter: Raynee Mercado

Courtroom Deputy: Jennifer Ottolini

CASE NO. C-16-6711  JSW
TITLE:  Tiger Natural Gas, Inc.  v.  Pacific Gas & Electric, et al.,

COUNSEL FOR PLAINTIFF:                  COUNSEL FOR DEFENDANT:
Thomas Leland                                          Laurie Edelstein

PROCEEDINGS:   Initial Case Management Conference

RESULTS:   Counsel shall confer with clients and submit a joint consent / declination for
                       reassignment to a Magistrate Judge for All Purposes by 12-1-17.

                       The parties are reminded that this Court referred all discovery disputes to Mag. Judge
                       Kim and they are directed to address their disputes to Mag. Judge Kim.

                       If the parties believe this case should be related to another case, they shall file a Motion
                       to Relate with the Judge with the lowest numbered case.

                       Last day to Amend Pleadings:  11-30-17

                       ADR:  Private Mediation to be completed by 3-30-18

                       Close of fact discovery:            10-5-18
                       Initial expert disclosure:           11-16-18
                       Rebuttal expert disclosure:        12-21-18
                       Close of expert discovery:         1-18-19

                       Hearing on dispositive motions (if any): 4-19-19 at 9:00 am*
                               *If the parties will be filing cross motions dispositive motions, they shall
                                meet and confer and agree to a 4-brief schedule whereby the final brief is
                                filed 3 weeks before the hearing as follows:
                                       Opening summary judgment motion is filed
                                       Opposition and cross-motion are filed
                                       Reply and opposition to the cross-motion are filed
                                       Reply is filed (at least 3 weeks prior to hearing date)

                       Hearing on Daubert motions:     8-2-19 at 9:00 am
                               Opening brief due:          6-7-19
                               Opposition due:             6-28-19
                               Reply due:                  7-12-19

                       Pretrial Conference:        8-19-19 at 2:00 pm**
                       Jury Selection:              9-11-19 at 8:00 am
                       Jury Trial:                 9-16-19 at 8:00 am (15 day est)

                       **Counsel are referred to Judge White's Standing order:
                       *GUIDELINES FOR TRIAL AND FINAL PRETRIAL CONFERENCE IN CIVIL JURY
                       CASES BEFORE THE HONORABLE JEFFREY S. WHITE*

**EXHIBIT 2**