HOLLAND & KNIGHT LLP
Thomas D. Leland (Pro Hac Vice)
Leah E. Capritta (Pro Hac Vice)
1801 California Street, Suite 5000
Denver, Colorado 80202
Telephone: (303) 974-6660
Fax: (303) 974-6659
E-mail: thomas.leland@hklaw.com
         leah.capritta@hklaw.coms

HOLLAND & KNIGHT LLP
Nicholas B. Melzer (246356)
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Telephone:  213.896.2400
Fax:  213.896.2450
E-mail:nicholas.melzer@hklaw.com

Attorneys for Plaintiff
TIGER NATURAL GAS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIGER NATURAL GAS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PACIFIC GAS AND ELECTRIC COMPANY, a California corporation,; ALBERT TORRES, an individual; BILL CHEN, an individual; TANISHA ROBINSON, an individual, <br><br> Defendants. | **Case No.: 16-CV-6711-JSW** <br><br> [PROPOSED] **ORDER ON DEFENDANTS' MOTION FOR TEMPORARY STAY OR EXTENSION OF TIME TO COMPLETE LIMITED FACT DISCOVERY** |

THE COURT having reviewed Defendants' Motion for Temporary Stay or Extension of Time and Plaintiff's Opposition to Defendants' Motion for Temporary Stay or Extension of Time to Complete Limited Fact Discovery and being fully advised herein,

HEREBY denies Defendants' Motion for Temporary Stay or Extension of Time to Complete Limited Fact Discovery.

Date: 23rd day of January, 2019       Signed: _____ /s/ Jeffrey S. White _____

Hon. Jeffrey S. White

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450