HOLLAND & KNIGHT LLP
Nicholas B. Melzer (246356)
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Telephone:  213.896.2400
Fax:  213.896.2450
E-mail: nicholas.melzer@hklaw.com

Thomas D. Leland (*pro hac vice*)
Leah E. Capritta (*pro hac vice*)
633 17th Street, Suite 2300
Colorado Plaza Tower I
Denver, C) 80202
Telephone:  303.974.6660
Fax:  303.974.6659
E-mail: thomas.leland@hklaw.com
        leah.capritta@hklaw.com

Attorneys for Plaintiff
TIGER NATURAL GAS, INC.

Laurie Edelstein (Bar No. 164466)
Seth R. Sias (Bar No. 260674)
STEPTOE & JOHNSON LLP
One Market Street
Steuart Tower, Suite 1800
San Francisco, California 94105
Telephone:  (415) 365-6700
Facsimile:  (415) 365-6699
Email:  ledelstein@steptoe.com
ssias@steptoe.com

Attorneys for Defendants PACIFIC GAS
AND ELECTRIC COMPANY, ALBERT
TORRES, BILL CHEN AND
TANISHA ROBINSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TIGER NATURAL GAS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, a California corporation; ALBERT TORRES, an individual; BILL CHEN, an individual; TANISHA ROBINSON, an individual,<br><br>Defendants. | **Case No.: 4:16-cv-06711-JSW (SK)**<br><br>~~[PROPOSED]~~ **ORDER RE: STIPULATED MOTION TO EXTEND FACT DISCOVERY DEADLINE IN ORDER TO SCHEDULE DEPOSITION OF PERSON MOST KNOWLEDGEABLE REGARDING BILLING SYSTEM**<br><br>Action Filed:    Nov. 18, 2016.<br>Judge:           Hon. Jeffrey White<br>Magistrate:      Hon. Sallie Kim |

The Court HAVING REVIEWED THE PARTIES' Stipulated Motion to Extend Fact Discovery Deadline in Order to Schedule Deposition of Person Most Knowledgeable Regarding Billing System, and being fully advised herein,

It is hereby ordered that the Stipulated Motion to Extend Fact Discovery Deadline in Order to Schedule Deposition of Person Most Knowledgeable Regarding Billing System is GRANTED.

- 2 -

1  The deadline for the parties to complete fact discovery is extended to December 21, 2018, solely
2  for the purpose of taking the deposition of PG&E's witness most knowledgeable with respect to
3  whether ten representatives samples of alleged billing errors are the result of changes to PG&E's
4  billing system, pursuant to Magistrate Judge Kim's July 31, 2018 Order.

Dated: December 10, 2018

BY THE COURT

By: _____
Honorable Judge Jeffrey White

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450