# U.S. District Court
# California Northern District (Oakland)
# CIVIL DOCKET FOR CASE #: 4:16-cv-06711-JSW

Tiger Natural Gas, Inc. v. Pacific Gas and Electric Company et al
Assigned to: Hon. Jeffrey S. White
Referred to: Magistrate Judge Sallie Kim
Cause: 18:1961 Racketeering (RICO) Act

Date Filed: 11/18/2016
Jury Demand: Both
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**

**Tiger Natural Gas, Inc.**    represented by    **Garrett S. Garfield**
Holland and Knight LLP
2300 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, OR 97204
(503) 517-2931
Email: garrett.garfield@hklaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leah E. Capritta**
Holland & Knight LLP
1801 California Street
Suite 5000
Denver, CO 80202
(303) 974-6660
Fax: (303) 974-6659
Email: leah.capritta@hklaw.com
*ATTORNEY TO BE NOTICED*

**Nicholas Brian Melzer**
Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
213-896-2496
Fax: 213-896-2450
Email: nicholas.melzer@hklaw.com
*TERMINATED: 08/21/2020*

**Thomas Drew Leland**
Holland and Knight LLP
633 17th Street, Suite 2300
Denver, CO 80202
(303) 974-6660
Email: thomas.leland@hklaw.com
*ATTORNEY TO BE NOTICED*

**Vito Anthony Costanzo**
Holland & Knight LLP
400 S. Hope Street, 8th Floor
Los Angeles
Los Angeles, CA 90071-____
213 896-2400
Email: vito.costanzo@hklaw.com
*ATTORNEY TO BE NOTICED*

V.
**Defendant**

**Pacific Gas and Electric Company**  represented by  **Laurie Edelstein**
*a California corporation*                           Jenner & Block LLP
455 Market Street. Suite 2100
San Francisco, CA 94105-2453
(628) 267-6811
Fax: (628) 267-6859
Email: ledelstein@jenner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Michael Reich**
Paul Hastings LLP
71 South Wacker Drive
45th Floor
Chicago, IL 60606
312-499-6000
Fax: 312-499-6100
Email: adamreich@paulhastings.com
*TERMINATED: 03/16/2017*

**Arnold Barba**
LimNexus LLP
707 Wilshire Boulevard
46th Floor
Los Angeles, CA 90017
(213) 955-9500
Fax: (213) 955-9511
Email: arnold.barba@LimNexus.com
*TERMINATED: 01/31/2018*

**Dennis S. Ellis**
Browne George Ross LLP
Browne George Ross LLP
2121 Avenue of the Stars
Suite 2800
Los Angeles, CA 90067
310-274-7100
Fax: 310-275-5697
Email: dellis@bgrfirm.com
*TERMINATED: 03/16/2017*

**James Nathan Rotstein**
Paul Hastings LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
213-683-6256
Fax: 213-627-0705
Email: jamesrotstein@paulhastings.com
*TERMINATED: 03/16/2017*

**Nicholas James Begakis**
LimNexus LLP
707 Wilshire Boulevard
46th Floor
Los Angeles, CA 90017
(213) 955-9500
Fax: (213) 955-9511
Email: Nick.Begakis@limnexus.com
*TERMINATED: 01/31/2018*

**Seth Reed Sias**
Steptoe & Johnson LLP
One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
(415) 365-6770
Fax: (415) 365-6670
Email: ssias@steptoe.com
*TERMINATED: 10/08/2019*

| | | |
|---|---|---|
| **Defendant** | | |
| **Albert Torres** <br> *an individual* | represented by | **Laurie Edelstein** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Adam Michael Reich** <br> (See above for address) <br> *TERMINATED: 03/16/2017* |
| | | **Dennis S. Ellis** <br> (See above for address) <br> *TERMINATED: 03/16/2017* |
| | | **James Nathan Rotstein** <br> (See above for address) <br> *TERMINATED: 03/16/2017* |
| | | **Seth Reed Sias** <br> (See above for address) <br> *TERMINATED: 10/08/2019* |
| **Defendant** | | |
| **Bill Chen** | represented by | **Laurie Edelstein** |

*an individual*

(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Adam Michael Reich**
(See above for address)
*TERMINATED: 03/16/2017*

**Dennis S. Ellis**
(See above for address)
*TERMINATED: 03/16/2017*

**James Nathan Rotstein**
(See above for address)
*TERMINATED: 03/16/2017*

**Seth Reed Sias**
(See above for address)
*TERMINATED: 10/08/2019*

**Defendant**

**Tanisha Robinson**
*an individual*

represented by **Laurie Edelstein**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Adam Michael Reich**
(See above for address)
*TERMINATED: 03/16/2017*

**Dennis S. Ellis**
(See above for address)
*TERMINATED: 03/16/2017*

**James Nathan Rotstein**
(See above for address)
*TERMINATED: 03/16/2017*

**Seth Reed Sias**
(See above for address)
*TERMINATED: 10/08/2019*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/18/2016 | 1 | COMPLAINT with Jury Demand against Bill Chen, Pacific Gas and Electric Company, Tanisha Robinson, Albert Torres (Filing fee $ 400, receipt number 0971-10944829.). Filed by Tiger Natural Gas, Inc.. (Attachments: # 1 Civil Cover Sheet)(Melzer, Nicholas) (Filed on 11/18/2016) Modified on 11/22/2016 (jlmS, COURT STAFF). (Entered: 11/18/2016) |
| 11/21/2016 | 2 | Case assigned to Hon. Jeffrey S. White. Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new |

EXHIBIT 7

| | | case documents upon the opposing parties. For information, visit *E-Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.

Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. Counsel is required to send chambers a copy of the initiating documents pursuant to L.R. 5-1(e)(7). A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. (cjlS, COURT STAFF) (Filed on 11/21/2016) (Entered: 11/21/2016) |
|---|---|---|
| 11/21/2016 | 3 | Proposed Summons. (Melzer, Nicholas) (Filed on 11/21/2016) (Entered: 11/21/2016) |
| 11/21/2016 | 4 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Tiger Natural Gas, Inc... (Melzer, Nicholas) (Filed on 11/21/2016) (Entered: 11/21/2016) |
| 11/22/2016 | 5 | MOTION for leave to appear in Pro Hac Vice *of Thomas D. Leland* ( Filing fee $ 305, receipt number 0971-10952089.) filed by Tiger Natural Gas, Inc.. (Attachments: # 1 Certificate/Proof of Service)(Melzer, Nicholas) (Filed on 11/22/2016) (Entered: 11/22/2016) |
| 11/22/2016 | 6 | MOTION for leave to appear in Pro Hac Vice *of Leah E. Capritta* ( Filing fee $ 305, receipt number 0971-10952133.) filed by Tiger Natural Gas, Inc.. (Attachments: # 1 Certificate/Proof of Service)(Melzer, Nicholas) (Filed on 11/22/2016) (Entered: 11/22/2016) |
| 11/22/2016 | 7 | Summons Issued as to Bill Chen, Pacific Gas and Electric Company, Tanisha Robinson, Albert Torres. (jlmS, COURT STAFF) (Filed on 11/22/2016) (Entered: 11/22/2016) |
| 11/22/2016 | 8 | **Initial Case Management Scheduling Order with ADR Deadlines: This case is assigned to a judge who participates in the Cameras in the Courtroom Pilot Project. See General Order 65 and http://cand.uscourts.gov/cameras Case Management Statement due by 2/10/2017. Case Management Conference set for 2/17/2017 11:00 AM. (Attachments: # 1 Notice of Eligibility for Video Recording)(jlmS, COURT STAFF) (Filed on 11/22/2016) (Entered: 11/22/2016)** |
| 11/23/2016 | 9 | **\*\*\*ERRONEOUS ENTRY, PLEASE REFER TO DOCUMENT NO. 13 \*\*\***

Certificate of Interested Entities by Tiger Natural Gas, Inc.. (Melzer, Nicholas) (Filed on 11/23/2016) Modified on 11/29/2016 (jlmS, COURT STAFF). (Entered: 11/23/2016) |
| 11/25/2016 | | Electronic filing error. Please re-file in its entirety re 9 Certificate of Interested Entities filed by Tiger Natural Gas, Inc. **\*\*\*CORPORATE PARENT/OTHER AFFILIATE *MUST* BE ADDED AT PROMPT\*\*\*** (kcS, COURT STAFF) (Filed on 11/25/2016) (Entered: 11/25/2016) |
| 11/28/2016 | 10 | **ORDER by Judge JEFFREY S. WHITE granting 5 Motion for Pro Hac Vice of Thomas D. Leland. (jjoS, COURT STAFF) (Filed on 11/28/2016) (Entered: 11/28/2016)** |
| 11/28/2016 | 11 | **ORDER by Judge JEFFREY S. WHITE granting 6 Motion for Pro Hac Vice of Leah E. Capritta. (jjoS, COURT STAFF) (Filed on 11/28/2016) (Entered: 11/28/2016)** |
| 11/28/2016 | 12 | **ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT.** Signed by Judge Jeffrey S. White on 11/28/16. (jjoS, COURT STAFF) (Filed on 11/28/2016) (Entered: 11/28/2016) |
| 11/28/2016 | 13 | Certificate of Interested Entities by Tiger Natural Gas, Inc. identifying Other Affiliate |

| | | |
|---|---|---|
| | | Lori Nalley for Tiger Natural Gas, Inc.. (Melzer, Nicholas) (Filed on 11/28/2016) (Entered: 11/28/2016) |
| 01/24/2017 | 14 | WAIVER OF SERVICE Returned Executed filed by Tiger Natural Gas, Inc.. Service waived by Pacific Gas and Electric Company waiver sent on 1/3/2017, answer due 3/4/2017. (Capritta, Leah) (Filed on 1/24/2017) Modified on 1/25/2017 (jlmS, COURT STAFF). (Entered: 01/24/2017) |
| 01/24/2017 | 15 | WAIVER OF SERVICE Returned Executed filed by Tiger Natural Gas, Inc.. Service waived by Tanisha Robinson waiver sent on 1/3/2017, answer due 3/4/2017. (Capritta, Leah) (Filed on 1/24/2017) Modified on 1/25/2017 (jlmS, COURT STAFF). (Entered: 01/24/2017) |
| 01/24/2017 | 16 | WAIVER OF SERVICE Returned Executed filed by Tiger Natural Gas, Inc.. Service waived by Albert Torres waiver sent on 1/3/2017, answer due 3/4/2017. (Capritta, Leah) (Filed on 1/24/2017) Modified on 1/25/2017 (jlmS, COURT STAFF). (Entered: 01/24/2017) |
| 01/24/2017 | 17 | WAIVER OF SERVICE Returned Executed filed by Tiger Natural Gas, Inc.. Service waived by Bill Chen waiver sent on 1/4/2017, answer due 3/6/2017. (Capritta, Leah) (Filed on 1/24/2017) (Entered: 01/24/2017) |
| 01/27/2017 | 18 | STIPULATION WITH PROPOSED ORDER Establishing Briefing Schedule, filed by Bill Chen, Pacific Gas and Electric Company, Tanisha Robinson, Albert Torres, Tiger Natural Gas, Inc.. (Attachments: # 1 Declaration of Dennis S. Ellis, # 2 Proposed Order) (Ellis, Dennis) (Filed on 1/27/2017) Modified on 1/30/2017 (jlmS, COURT STAFF). (Entered: 01/27/2017) |
| 01/27/2017 | 19 | Certificate of Interested Entities by Pacific Gas and Electric Company (Ellis, Dennis) (Filed on 1/27/2017) Modified on 1/30/2017 (jlmS, COURT STAFF). (Entered: 01/27/2017) |
| 01/27/2017 | 20 | Certificate of Interested Entities by Bill Chen, Pacific Gas and Electric Company, Tanisha Robinson, Albert Torres (Ellis, Dennis) (Filed on 1/27/2017) (Entered: 01/27/2017) |
| 01/27/2017 | 21 | NOTICE of Appearance of Adam Michael Reich as Counsel, filed by Bill Chen, Pacific Gas and Electric Company, Tanisha Robinson, Albert Torres (Reich, Adam) (Filed on 1/27/2017) Modified on 1/30/2017 (jlmS, COURT STAFF). Modified on 1/30/2017 (jlmS, COURT STAFF). (Entered: 01/27/2017) |
| 01/27/2017 | 22 | NOTICE of Appearance of James Nathan Rotstein as Counsel, filed by Bill Chen, Pacific Gas and Electric Company, Tanisha Robinson, Albert Torres (Rotstein, James) (Filed on 1/27/2017) Modified on 1/30/2017 (jlmS, COURT STAFF). (Entered: 01/27/2017) |
| 01/27/2017 | 23 | STIPULATION WITH PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE filed by Tiger Natural Gas, Inc., Bill Chen, Pacific Gas and Electric Company, Tanisha Robinson, Albert Torres. (Attachments: # 1 Declaration Leah E. Capritta Declaration, # 2 Proposed Order)(Melzer, Nicholas) (Filed on 1/27/2017) Modified on 1/30/2017 (jlmS, COURT STAFF). (Entered: 01/27/2017) |
| 01/30/2017 | 24 | **ORDER by Judge Jeffrey S. White granting AS MODIFIED 18 Stipulation Establishing Briefing Schedule. (jjoS, COURT STAFF) (Filed on 1/30/2017) (Entered: 01/30/2017)** |
| 01/30/2017 | 25 | **ORDER by Judge Jeffrey S. White granting 23 Stipulation TO CONTINUE CASE MANAGEMENT CONFERENCE. Joint Case Management Statement due by 5/26/2017. Initial Case Management Conference set for 6/2/2017 11:00 AM in Courtroom 5, 2nd Floor, Oakland.. (jjoS, COURT STAFF) (Filed on 1/30/2017) (Entered: 01/30/2017)** |

| 02/09/2017 | 26 | NOTICE of Appearance of Arnold Barba as Counsel, filed by Pacific Gas and Electric Company (Barba, Arnold) (Filed on 2/9/2017) Modified on 2/10/2017 (jlmS, COURT STAFF). (Entered: 02/09/2017) |
|---|---|---|
| 02/14/2017 | 27 | NOTICE of Appearance of Nicholas James Begakis as Counsel, filed by Pacific Gas and Electric Company (Begakis, Nicholas) (Filed on 2/14/2017) Modified on 2/15/2017 (jlm, COURT STAFF). (Entered: 02/14/2017) |
| 03/03/2017 | 28 | NOTICE of Appearance by Laurie Edelstein *on Behalf of Defendants* (Edelstein, Laurie) (Filed on 3/3/2017) (Entered: 03/03/2017) |
| 03/03/2017 | 29 | JOINT STIPULATION WITH PROPOSED ORDER *Extending Defendants' Time to Respond to Complaint and Modifying Briefing Schedule* filed by Bill Chen, Pacific Gas and Electric Company, Tanisha Robinson, Albert Torres, Tiger Natural Gas Inc.. (Attachments: # 1 Declaration Declaration of Laurie Edelstein in Support of Joint Stipulation Extending Defendants' Time to Respond to Complaint and Modifying Briefing Schedule, # 2 Proposed Order [Proposed] Order Extending Defendants' Time to Respond to Complaint and Modifying Briefing Schedule as Stipulated)(Edelstein, Laurie) (Filed on 3/3/2017) Modified on 3/6/2017 (cpS, COURT STAFF). (Entered: 03/03/2017) |
| 03/03/2017 | 30 | NOTICE of Appearance by Seth Reed Sias *on Behalf of Defendants* (Sias, Seth) (Filed on 3/3/2017) (Entered: 03/03/2017) |
| 03/03/2017 | 31 | **ORDER GRANTING AS MODIFIED 29 Stipulation Extending Defendants' Time to Respond to Complaint and Modifying Briefing Schedule. Signed by Judge Jeffrey S. White on March 3, 2017. (jswlc3S, COURT STAFF) (Filed on 3/3/2017) (Entered: 03/03/2017)** |
| 03/16/2017 | 32 | MOTION to Withdraw as Attorney *for Defendants* filed by Bill Chen, Pacific Gas and Electric Company, Tanisha Robinson, Albert Torres. Responses due by 3/30/2017. Replies due by 4/6/2017. (Attachments: # 1 Proposed Order)(Ellis, Dennis) (Filed on 3/16/2017) (Entered: 03/16/2017) |
| 03/16/2017 | 33 | **Order by Hon. Jeffrey S. White granting 32 Motion Permitting Paul Hastings LLP to Withdraw as Counsel.(dtmS, COURT STAFF) (Filed on 3/16/2017) (Entered: 03/16/2017)** |
| 04/03/2017 | 34 | MOTION to Dismiss *Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure* filed by Bill Chen, Pacific Gas and Electric Company, Tanisha Robinson, Albert Torres. Motion Hearing set for 6/9/2017 09:00 AM in Courtroom 5, 2nd Floor, Oakland before Hon. Jeffrey S. White. Responses due by 5/1/2017. Replies due by 5/15/2017. (Attachments: # 1 Proposed Order)(Edelstein, Laurie) (Filed on 4/3/2017) (Entered: 04/03/2017) |
| 04/03/2017 | 35 | Request for Judicial Notice re 34 MOTION to Dismiss *Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure* filed byBill Chen, Pacific Gas and Electric Company, Tanisha Robinson, Albert Torres. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20)(Related document(s) 34 ) (Edelstein, Laurie) (Filed on 4/3/2017) (Entered: 04/03/2017) |
| 05/01/2017 | 36 | OPPOSITION/RESPONSE (re 34 MOTION to Dismiss *Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure* ) filed byTiger Natural Gas, Inc.. (Attachments: # 1 Proposed Order)(Capritta, Leah) (Filed on 5/1/2017) (Entered: 05/01/2017) |
| 05/01/2017 | 37 | Request for Judicial Notice re 36 Opposition/Response to Motion *to Dismiss* filed |

| | | |
|---|---|---|
| | | byTiger Natural Gas, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Related document(s) 36 ) (Capritta, Leah) (Filed on 5/1/2017) (Entered: 05/01/2017) |
| 05/11/2017 | 38 | STIPULATION *REGARDING COORDINATION OF DEPOSITIONS IN SIMILAR ACTIONS* filed by Bill Chen, Pacific Gas and Electric Company, Tanisha Robinson, Albert Torres, Tiger Natural Gas Inc. (Attachments: # 1 Exhibit STIPULATION REGARDING COORDINATION OF DEPOSITIONS IN SIMILAR ACTIONS) (Edelstein, Laurie) (Filed on 5/11/2017) Modified on 5/12/2017 (cpS, COURT STAFF). (Entered: 05/11/2017) |
| 05/12/2017 | 39 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options *by Pacific Gas and Electric Company* (Edelstein, Laurie) (Filed on 5/12/2017) (Entered: 05/12/2017) |
| 05/12/2017 | 40 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options *by Bill Chen* (Edelstein, Laurie) (Filed on 5/12/2017) (Entered: 05/12/2017) |
| 05/12/2017 | 41 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options *by Tanisha Robinson-Brown* (Edelstein, Laurie) (Filed on 5/12/2017) (Entered: 05/12/2017) |
| 05/12/2017 | 42 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options *by Albert Torres* (Edelstein, Laurie) (Filed on 5/12/2017) (Entered: 05/12/2017) |
| 05/12/2017 | 43 | STIPULATION and Proposed Order selecting Private ADR by Tiger Natural Gas, Inc. filed by Tiger Natural Gas, Inc.. (Capritta, Leah) (Filed on 5/12/2017) (Entered: 05/12/2017) |
| 05/15/2017 | 44 | **Order by Hon. Jeffrey S. White granting 43 Stipulation selecting Private ADR. (dtmS, COURT STAFF) (Filed on 5/15/2017) (Entered: 05/15/2017)** |
| 05/15/2017 | 45 | REPLY (re 34 MOTION to Dismiss Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure) filed by Bill Chen, Pacific Gas and Electric Company, Tanisha Robinson, Albert Torres. (Edelstein, Laurie) (Filed on 5/15/2017) Modified on 5/16/2017 (cjlS, COURT STAFF). (Entered: 05/15/2017) |
| 05/16/2017 | 46 | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ORDER OF REFERRAL.** Signed by Judge Jeffrey S. White on 5/16/17. Joint Case Management Statement due by 7/21/2017. Initial Case Management Conference set for 7/28/2017 11:00 AM in Courtroom 5, 2nd Floor, Oakland.(jjoS, COURT STAFF) (Filed on 5/16/2017) (Entered: 05/16/2017) |
| 05/16/2017 | 47 | **NOTICE OF REFERRAL FOR DISCOVERY. Signed by Magistrate Judge Sallie Kim on 5/16/2017. (mklS, COURT STAFF) (Filed on 5/16/2017) (Entered: 05/16/2017)** |
| 05/16/2017 | | CASE REFERRED to Magistrate Judge Sallie Kim for Discovery (ahmS, COURT STAFF) (Filed on 5/16/2017) (Entered: 05/16/2017) |
| 05/31/2017 | 48 | **CLERK'S NOTICE CONTINUING HEARING ON 34 MOTION TO DISMISS** Motion Hearing set for 7/28/2017 09:00 AM in Courtroom 5, 2nd Floor, Oakland before Hon. Jeffrey S. White. (jjoS, COURT STAFF) (Filed on 5/31/2017) (Entered: 05/31/2017) |
| 06/28/2017 | 49 | **CLERK'S NOTICE CONTINUING INITIAL CASE MANAGEMENT CONFERENCE DATE:** Joint Case Management Statement due by 9/29/2017. Initial Case Management Conference set for 10/6/2017 11:00 AM in Courtroom 5, 2nd Floor, Oakland. (jjoS, COURT STAFF) (Filed on 6/28/2017) (Entered: 06/28/2017) |
| 07/05/2017 | 50 | NOTICE of Change of Firm Address by Laurie Edelstein. (Edelstein, Laurie) (Filed on |

| | | |
|---|---|---|
| | | 7/5/2017) Modified on 7/6/2017 (cjlS, COURT STAFF). (Entered: 07/05/2017) |
| 07/25/2017 | 51 | **CLERK'S NOTICE VACATING HEARING ON MOTION TO DISMISS** (jjoS, COURT STAFF) (Filed on 7/25/2017) (Entered: 07/25/2017) |
| 09/11/2017 | 52 | **CLERK'S NOTICE CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** Joint Case Management Statement due by 11/9/2017. Initial Case Management Conference set for 11/17/2017 11:00 AM in Courtroom 5, 2nd Floor, Oakland. (jjoS, COURT STAFF) (Filed on 9/11/2017) (Entered: 09/11/2017) |
| 10/25/2017 | 53 | **ORDER by Judge Jeffrey S. White denying 34 Motion to Dismiss. (jjoS, COURT STAFF) (Filed on 10/25/2017) (Entered: 10/25/2017)** |
| 11/08/2017 | 54 | ANSWER to Complaint with Jury Demand byBill Chen, Pacific Gas and Electric Company, Tanisha Robinson, Albert Torres. (Edelstein, Laurie) (Filed on 11/8/2017) (Entered: 11/08/2017) |
| 11/09/2017 | 55 | JOINT CASE MANAGEMENT STATEMENT filed by Tiger Natural Gas, Inc., Albert Torres, Tanisha Robinson, Pacific Gas and Electric Company, Bill Chen. (Capritta, Leah) (Filed on 11/9/2017) Modified on 11/13/2017 (cjlS, COURT STAFF). (Entered: 11/09/2017) |
| 11/17/2017 | 56 | **Minute Entry for proceedings held before Judge Jeffrey S. White: Initial Case Management Conference held on 11/17/2017. Amended Pleadings due by 11/30/2017. Close of Expert Discovery due by 1/18/2019. Close of Fact Discovery due by 10/5/2018. Consent/Declination due by 12/1/2017. Designation of Experts due by 11/16/2018. Rebuttal Reports due by 12/21/2018. Jury Selection set for 9/11/2019 08:00 AM in Courtroom 5, 2nd Floor, Oakland before Judge Jeffrey S. White. Jury Trial set for 9/16/2019 08:00 AM in Courtroom 5, 2nd Floor, Oakland before Judge Jeffrey S. White. Motion Hearing set for 4/19/2019 09:00 AM in Courtroom 5, 2nd Floor, Oakland before Judge Jeffrey S. White. Pretrial Conference set for 8/19/2019 02:00 PM in Courtroom 5, 2nd Floor, Oakland before Judge Jeffrey S. White. Responses due by 6/28/2019. Replies due by 7/12/2019. Motion Hearing set for 8/2/2019 09:00 AM in Courtroom 5, 2nd Floor, Oakland before Judge Jeffrey S. White.Total Time in Court: 14 minutes. Court Reporter: Raynbee Mercado. (jjoS, COURT STAFF) (Date Filed: 11/17/2017) (Entered: 11/17/2017)** |
| 12/01/2017 | 57 | JOINT CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Bill Chen, Pacific Gas and Electric Company, Tanisha Robinson, Albert Torres, Tigar Natural Gas, Inc. (Edelstein, Laurie) (Filed on 12/1/2017) Modified on 12/4/2017 (cjlS, COURT STAFF). (Entered: 12/01/2017) |
| 12/05/2017 | 58 | **ORDER SCHEDULING TRIAL AND PRETRIAL MATTERS.** Signed by Judge Jeffrey S. White on 12/5/17. (jjoS, COURT STAFF) (Filed on 12/5/2017) (Entered: 12/05/2017) |
| 01/29/2018 | 59 | MOTION to Withdraw as Attorney *for Defendants* filed by Bill Chen, Pacific Gas and Electric Company, Tanisha Robinson, Albert Torres. Responses due by 2/12/2018. Replies due by 2/20/2018. (Attachments: # 1 Proposed Order Permitting Withdrawal Pursuant to Civil Local Rule 11-5)(Barba, Arnold) (Filed on 1/29/2018) (Entered: 01/29/2018) |
| 01/31/2018 | 60 | **ORDER by Judge Jeffrey S. White granting 59 Motion to Withdraw as Attorneyto Withdraw as Attorney for Defendants. (jjoS, COURT STAFF) (Filed on 1/31/2018) (Entered: 01/31/2018)** |
| 03/30/2018 | 61 | STIPULATION WITH [PROPOSED] ORDER Re: Request to Extend Mediation Deadline filed by Tiger Natural Gas, Inc., Albert Torres, Tanisha Robinson, Pacific Gas |

| | | |
|---|---|---|
| | | and Electric Company, Bill Chen. (Attachments: # 1 Declaration of Leah Capritta, # 2 Proposed Order)(Capritta, Leah) (Filed on 3/30/2018) Modified on 4/2/2018 (cjlS, COURT STAFF). (Entered: 03/30/2018) |
| 04/02/2018 | 62 | **Order by Judge Jeffrey S. White granting 61 Stipulation to Extend Mediation Deadline.(dtmS, COURT STAFF) (Filed on 4/2/2018) (Entered: 04/02/2018)** |
| 04/11/2018 | 63 | [Proposed] Stipulated Protective Order by Tiger Natural Gas, Inc., Albert Torres, Tanisha Robinson, Bill Chen. (Capritta, Leah) (Filed on 4/11/2018) Modified on 4/12/2018 (cjlS, COURT STAFF). (Entered: 04/11/2018) |
| 04/11/2018 | 64 | **ORDER Approving 63 Stipulated Protective Order. Signed by Judge Jeffrey S. White on April 11, 2018. (jswlc3S, COURT STAFF) (Filed on 4/11/2018) (Entered: 04/11/2018)** |
| 06/25/2018 | 65 | Stipulated with [Proposed] Order Request to Extend Mediation Deadline filed by Bill Chen, Pacific Gas and Electric Company, Tanisha Robinson, Albert Torres, Tiger Natural Gas, Inc. (Attachments: # 1 Declaration of Seth R. Sias in Support of Stipulated Request to Extend Mediation Deadline, # 2 Proposed Order Granting Stipulated Request to Extend Mediation Deadline)(Edelstein, Laurie) (Filed on 6/25/2018) Modified on 6/26/2018 (cjlS, COURT STAFF). (Entered: 06/25/2018) |
| 07/05/2018 | 66 | **ORDER by Judge JEFFREY S. WHITE granting as Modified 65 Stipulation to Extend Mediation Deadline. (jjoS, COURT STAFF) (Filed on 7/5/2018) (Entered: 07/05/2018)** |
| 07/09/2018 | 67 | JOINT DISCOVERY LETTER IDENTIFYING DISPUTE REGARDING PACIFIC GAS AND ELECTRIC COMPANYS RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS NOS. 29-33. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Capritta, Leah) (Filed on 7/9/2018) Modified on 7/10/2018 (cjlS, COURT STAFF). Modified on 7/11/2018 (mklS, COURT STAFF). (Entered: 07/09/2018) |
| 07/09/2018 | 68 | JOINT DISCOVERY LETTER IDENTIFYING DISPUTE REGARDING PACIFIC GAS AND ELECTRIC COMPANYS RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS NOS. 8-16. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Capritta, Leah) (Filed on 7/9/2018) Modified on 7/10/2018 (cjlS, COURT STAFF). Modified on 7/11/2018 (mklS, COURT STAFF). (Entered: 07/09/2018) |
| 07/09/2018 | 69 | JOINT DISCOVERY LETTER IDENTIFYING DISPUTE REGARDING DEFENDANT PACIFIC GAS AND ELECTRIC COMPANYS RESPONSES TO REQUESTS FOR PRODUCTION 7 & 34. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Capritta, Leah) (Filed on 7/9/2018) Modified on 7/10/2018 (cjlS, COURT STAFF). Modified on 7/11/2018 (mklS, COURT STAFF). (Entered: 07/09/2018) |
| 07/11/2018 | 70 | CLERK'S NOTICE Setting Hearing: Notice is given that a Motion Hearing Re: Discovery Letter Briefs (dockets nos. 67 , 68 , and 69 ) is set for 7/20/2018 02:00 PM in San Francisco, Courtroom A, 15th Floor before Magistrate Judge Sallie Kim. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (mklS, COURT STAFF) (Filed on 7/11/2018) (Entered: 07/11/2018) |
| 07/20/2018 | 71 | **Minute Entry for proceedings held before Magistrate Judge Sallie Kim: Motion Hearing held on 7/20/2018 re Discovery Letter Briefs (docket nos. 67 , 68 , and 69 ). Counsel may send pertinent portions from the deposition of Ms. Miller to SKPO@cand.uscourts.gov for the Court to review. The letter briefs are taken under submission. The Court will issue a written order. (FTR Time: 2:02-2:35.)** **Attorneys for Plaintiff: Leah Capritta; Liz Austin.** |

| | | |
|---|---|---|
| | | **Attorneys for Defendants: Laurie Edelstein; Seth Sias.**<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (mklS, COURT STAFF) (Date Filed: 7/20/2018) (Entered: 07/23/2018) |
| 07/31/2018 | 72 | **ORDER ON DISCOVERY DISPUTE REGARDING REQUESTS FOR PRODUCTION OF DOCUMENTS (Re: Docket Nos. 67 , 68 , and 69 by Magistrate Judge Sallie Kim.** (mklS, COURT STAFF) (Filed on 7/31/2018) (Entered: 07/31/2018) |
| 08/14/2018 | 73 | Discovery Letter Brief *Identifying Dispute Regarding Tiger Natural Gas, Inc.'s Responses to Pacific Gas and Electric Company's Request for Production Nos. 22 & 23 and Interrogatory Nos. 10 & 13* filed by Bill Chen, Pacific Gas and Electric Company, Tanisha Robinson, Albert Torres and Tiger Natural Gas, Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Edelstein, Laurie) (Filed on 8/14/2018) Modified on 8/15/2018 (jmlS, COURT STAFF). (Entered: 08/14/2018) |
| 08/16/2018 | 74 | **ORDER by Magistrate Judge Sallie Kim on 73 Discovery Letter Brief Regarding PG&E's Discovery Requests.** (mklS, COURT STAFF) (Filed on 8/16/2018) (Entered: 08/16/2018) |
| 09/05/2018 | 75 | Certification by Leah E. Capritta by Tiger Natural Gas, Inc. (Capritta, Leah) (Filed on 9/5/2018) Modified on 9/5/2018 (cjlS, COURT STAFF). (Entered: 09/05/2018) |
| 09/05/2018 | 76 | CERTIFICATE of Counsel by Laurie Edelstein on behalf of Bill Chen, Pacific Gas and Electric Company, Tanisha Robinson, Albert Torres (Edelstein, Laurie) (Filed on 9/5/2018) (Entered: 09/05/2018) |
| 09/14/2018 | 77 | Joint Discovery Letter re Tiger 30(b)(6) Witness Designations. (Attachments: # 1 Exhibit A)(Capritta, Leah) (Filed on 9/14/2018) Modified on 9/17/2018 (cjlS, COURT STAFF). (Entered: 09/14/2018) |
| 09/14/2018 | 78 | Joint Discovery Letter Identifying Dispute Regarding PG&E's Production of Documents From Its Core Gas Supply Department. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Capritta, Leah) (Filed on 9/14/2018) Modified on 9/17/2018 (cjlS, COURT STAFF). (Entered: 09/14/2018) |
| 09/17/2018 | 79 | **ORDER REGARDING DISCOVERY DISPUTES Filed on September 14 re 77 Joint Discovery Letter re Tiger 30(b)(6) Witness Designations. Signed by Judge Sallie Kim on 9/17/2018.** (tlhS, COURT STAFF) (Filed on 9/17/2018) (Entered: 09/17/2018) |
| 09/21/2018 | 80 | **ORDER REGARDING DISCOVERY DISPUTE Regarding Designation of Harold Pestana in Rule 26 Statement re 78 Joint Discovery Letter. Signed by Judge Sallie Kim on 9/21/2018.** (tlhS, COURT STAFF) (Filed on 9/21/2018) (Entered: 09/21/2018) |
| 09/21/2018 | 81 | STIPULATED MOTION TO AMEND ORDER SCHEDULING TRIAL AND PRETRIAL MATTERS filed by Tiger Natural Gas, Inc., Bill Chen, Pacific Gas and Electric Company, Tanisha Robinson, Albert Torres. (Attachments: # 1 Declaration, # 2 Proposed Order)(Capritta, Leah) (Filed on 9/21/2018) Modified on 9/24/2018 (cjlS, COURT STAFF). (Entered: 09/21/2018) |
| 09/21/2018 | 82 | Declaration of Seth R. Sias in Support of 81 STIPULATED MOTION TO AMEND ORDER SCHEDULING TRIAL AND PRETRIAL MATTERS filed by Bill Chen, Pacific Gas and Electric Company, Tanisha Robinson, Albert Torres. (Related document(s) 81 ) (Sias, Seth) (Filed on 9/21/2018) Modified on 9/24/2018 (cjlS, COURT STAFF). (Entered: 09/21/2018) |
| 09/24/2018 | 83 | **ORDER by Judge Jeffrey S. White granting AS MODIFIED HEREIN 81 MOTION** |

Case: 19-30088    Doc# 11537-7    Filed: 11/04/21    Entered: 11/04/21 16:58:47    Page 11 of 17

EXHIBIT 7

| | | |
|---|---|---|
| | | **TO AMEND ORDER SCHEDULING TRIAL AND PRETRIAL MATTERS: Close of Expert Discovery due by 4/5/2019. Designation of Experts due by 1/11/2019. Designation of Rebuttal Experts due by 3/1/2019. Joint Letter Brief due by 10/1/2018.** (jjoS, COURT STAFF) (Filed on 9/24/2018) (Entered: 09/24/2018) |
| 09/25/2018 | 84 | MOTION for leave to appear in Pro Hac Vice of Garrett Garfield (Filing fee $310, receipt number 0971-12708557) filed by Tiger Natural Gas, Inc. (Attachments: # 1 Certificate/Proof of Service)(Garfield, Garrett) (Filed on 9/25/2018) Modified on 9/26/2018 (cjlS, COURT STAFF). (Entered: 09/25/2018) |
| 09/26/2018 | 85 | **ORDER by Judge Jeffrey S. White granting 84 Motion for Pro Hac Vice for Garrett Garfield.** (jjoS, COURT STAFF) (Filed on 9/26/2018) (Entered: 09/26/2018) |
| 10/01/2018 | 86 | Joint Discovery Letter Brief *Regarding Extension of Fact Discovery Deadline* filed by Tiger Natural Gas, Inc., Pacific Gas & Electric Company, Albert Torres, Tanisha Robinson and Bill Chen. (Capritta, Leah) (Filed on 10/1/2018) Modified on 10/2/2018 (jmlS, COURT STAFF). (Entered: 10/01/2018) |
| 10/02/2018 | 87 | **ORDER GRANTING, IN PART, 86 JOINT LETTER BRIEF REGARDING EXTENSION OF FACT DISCOVERY DEADLINE. Signed by Judge Jeffrey S. White on 10/2/18.** (jjoS, COURT STAFF) (Filed on 10/2/2018) (Entered: 10/02/2018) |
| 10/05/2018 | 88 | MOTION Relief from Nondispositive Pretrial Order of Magistrate Judge Regarding Production of Documents from PG&E's Core Gas Supply Department filed by Tiger Natural Gas, Inc.. Responses due by 10/19/2018. Replies due by 10/26/2018. (Attachments: # 1 Proposed Order)(Capritta, Leah) (Filed on 10/5/2018) (Entered: 10/05/2018) |
| 10/05/2018 | 89 | Declaration of Leah E. Capritta in Support of 88 MOTION Relief from Nondispositive Pretrial Order of Magistrate Judge Regarding Production of Documents from PG&E's Core Gas Supply Department filed byTiger Natural Gas, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Related document(s) 88 ) (Capritta, Leah) (Filed on 10/5/2018) (Entered: 10/05/2018) |
| 10/09/2018 | 90 | **ORDER SETTING BRIEFING SCHEDULE as to 88 MOTION Relief from Nondispositive Pretrial Order of Magistrate Judge Regarding Production of Documents from PG&E's Core Gas Supply Department. Signed by Judge Jeffrey S. White on 10/9/18. Responses due by 10/26/2018. Replies due by 11/2/2018.** (jjoS, COURT STAFF) (Filed on 10/9/2018) Modified on 10/10/2018 (jjoS, COURT STAFF). (Entered: 10/09/2018) |
| 10/10/2018 | 91 | CLERK'S NOTICE Setting Telephonic Hearing: Notice is given that a Telephonic Discovery Hearing Re: 87 Order is set for 10/15/2018 10:30 AM in San Francisco, Chambers before Magistrate Judge Sallie Kim. The Court will circulate dial-in information to counsel by separate email. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (mklS, COURT STAFF) (Filed on 10/10/2018) (Entered: 10/10/2018) |
| 10/15/2018 | 92 | **Minute Entry for proceedings held before Magistrate Judge Sallie Kim: Telephonic Hearing held on 10/15/2018 re 86 Joint Discovery Letter Brief *Regarding Extension of Fact Discovery Deadline*. The Court rules that the parties will meet by 12/7/2018 to discuss the gathering and organization of the data regarding customer billing and payment from the CC&B system. Plaintiff will choose one expert/computer analyst for the discussion, and Defendants can designate any employees necessary for the meeting. Attorneys may be present at the meeting. The parties' designees will meet for up to five hours to discuss the process of gathering and organizing the data, and Plaintiff can review the actual database and technology to review the process.** |

| | | |
|---|---|---|
| | | However, Plaintiff's expert/computer analyst may not alter or manipulate core data, and the discussion will not go to the issue in this case of how PG&E generated reports regarding customer billing and payment from the CC&B system for Plaintiff. PG&E is ordered to pay for up to five hours of time for Plaintiff's designated expert/computer analyst, not to exceed $750 per hour but billed at the regular consulting rate for the expert/computer analyst. (FTR Time: 10:31-10:44.)<br><br>Attorneys for Plaintiff: Leah Capritta; Garrett Garfield; Liz Austin.<br>Attorneys for Defendants: Laurie Edelstein; Seth Sias.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (mklS, COURT STAFF) (Date Filed: 10/15/2018) Modified on 10/15/2018: Matter transcribed by Peggy Schuerger (AdHoc Reporting). (rjdS, COURT STAFF). (Entered: 10/15/2018) |
| 10/15/2018 | 93 | TRANSCRIPT ORDER for proceedings held on 10/15/2018 before Magistrate Judge Sallie Kim by Tiger Natural Gas, Inc., for Court Reporter FTR - San Francisco. (Capritta, Leah) (Filed on 10/15/2018) (Entered: 10/15/2018) |
| 10/15/2018 | 94 | 🔊 PDF with attached Audio File. Court Date & Time [ 10/15/2018 10:31:29 AM ]. File Size [ 5952 KB ]. Run Time [ 00:12:24 ]. (courtspeak). (Entered: 10/15/2018) |
| 10/18/2018 | 95 | Transcript of Proceedings held on 10/15/2018, before Magistrate Judge Sallie Kim. Court Reporter/Transcriber Peggy Schuerger/Ad Hoc Reporting, telephone number (619) 228-3774/adhocreporting@aol.com. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 93 Transcript Order ) Redaction Request due 11/8/2018. Redacted Transcript Deadline set for 11/19/2018. Release of Transcript Restriction set for 1/16/2019. (Related documents(s) 93 ) (pls, COURT STAFF) (Filed on 10/18/2018) (Entered: 10/18/2018) |
| 10/26/2018 | 96 | OPPOSITION/RESPONSE (re 88 MOTION Relief from Nondispositive Pretrial Order of Magistrate Judge Regarding Production of Documents from PG&E's Core Gas Supply Department ) filed byBill Chen, Pacific Gas and Electric Company, Tanisha Robinson, Albert Torres. (Edelstein, Laurie) (Filed on 10/26/2018) (Entered: 10/26/2018) |
| 10/26/2018 | 97 | Declaration of Laurie Edelstein in Support of 96 Opposition/Response to Motion, *for Relief from Nondispositive Pretrial Order of Magistrate Judge Regarding Production of Documents from PG&E's Core Gas Supply Department* filed byBill Chen, Pacific Gas and Electric Company, Tanisha Robinson, Albert Torres. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20)(Related document(s) 96 ) (Edelstein, Laurie) (Filed on 10/26/2018) (Entered: 10/26/2018) |
| 10/26/2018 | 98 | Administrative Motion to File Under Seal *Exhibit to the Declaration of Laurie Edelstein in Support of Defendants' Opposition to Tiger Natural Gas, Inc.'s Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge Regarding Production of Documents from PG&E's Core Gas Supply Department* filed by Bill Chen, Pacific Gas and Electric Company, Tanisha Robinson, Albert Torres. (Attachments: # 1 Proposed Order Proposed Order Granting Defendants' Administrative Motion to Seal Exhibit to the Declaration of Laurie Edelstein in Support of Defendants' Opposition to Tiger Natural Gas, Inc.'s |

| | | Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge Regarding Production of Documents from PG&E's Core Gas Supply Department, # 2 Declaration of Seth R. Sias in Support of Defendants' Administrative Motion to Seal Exhibit to the Declaration of Laurie Edelstein in Support of Defendants' Opposition to Tiger Natural Gas, Inc.'s Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge Regarding Production of Documents from PG&E's Core Gas Supply Department, # 3 Exhibit Unredacted Version of Exhibit A, # 4 Exhibit B, # 5 Exhibit C)(Edelstein, Laurie) (Filed on 10/26/2018) (Entered: 10/26/2018) |
|---|---|---|
| 11/02/2018 | 99 | REPLY (re 88 MOTION Relief from Nondispositive Pretrial Order of Magistrate Judge Regarding Production of Documents from PG&E's Core Gas Supply Department ) filed byTiger Natural Gas, Inc.. (Capritta, Leah) (Filed on 11/2/2018) (Entered: 11/02/2018) |
| 11/05/2018 | 100 | **ORDER REGARDING 98 Administrative Motion to File Under Seal Exhibit 3 to Edelstein Declaration in Opposition to Motion for Relief from Nondispositive Pretrial Order.. Signed by Judge Jeffrey S. White on 11/5/18. (jjoS, COURT STAFF) (Filed on 11/5/2018) (Entered: 11/05/2018)** |
| 11/06/2018 | 101 | **ORDER SETTING HEARING ON 88 MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER; AND NOTICE OF TENTATIVE RULING AND QUESTIONS. Signed by Judge Jeffrey S. White on 11/6/18. Motion Hearing set for 11/16/2018 09:00 AM in Oakland, Courtroom 5, 2nd Floor before Judge Jeffrey S. White. (jjoS, COURT STAFF) (Filed on 11/6/2018) (Entered: 11/06/2018)** |
| 11/08/2018 | 102 | STIPULATION WITH [PROPOSED] ORDER on Motion for Relief from Non-Dispositive Pretrial Order filed by Bill Chen, Pacific Gas and Electric Company, Tanisha Robinson, Albert Torres, Tiger Natural Gas, Inc. (Attachments: # 1 Proposed Order Granting Stipulated Request to Reset Hearing on Motion for Relief from Non-Dispositive Pretrial Order)(Sias, Seth) (Filed on 11/8/2018) Modified on 11/9/2018 (cjlS, COURT STAFF). (Entered: 11/08/2018) |
| 11/09/2018 | 103 | **Order by Judge Jeffrey S. White granting 102 Stipulation to Continue Hearing on Motion for Relief from Non-Dispositive Order.(dtmS, COURT STAFF) (Filed on 11/9/2018) (Entered: 11/09/2018)** |
| 11/09/2018 | | Set/Reset Deadlines as to 88 MOTION Relief from Nondispositive Pretrial Order of Magistrate Judge Regarding Production of Documents from PG&E's Core Gas Supply Department . Motion Hearing set for 11/30/2018 09:00 AM in Oakland, Courtroom 5, 2nd Floor before Judge Jeffrey S. White. (dtmS, COURT STAFF) (Filed on 11/9/2018) (Entered: 11/09/2018) |
| 11/13/2018 | 104 | Joint Response to 100 Order Regarding Administrative Motion to Seal Exhibit 3 to Edelstein Declaration in Opposition to Motion for Relief from Non-dispositive Pretrial Order by Tiger Natural Gas, Inc., Bill Chen, Pacific Gas and Electric Company, Tanisha Robinson, Albert Torres. (Attachments: # 1 Exhibit A)(Capritta, Leah) (Filed on 11/13/2018) Modified on 11/14/2018 (cjlS, COURT STAFF). (Entered: 11/13/2018) |
| 11/16/2018 | 105 | **ORDER by Judge JEFFREY S. WHITE granting in part 98 Administrative Motion to File Under Seal Exhibit to the Declaration of Laurie Edelstein in Support of Defendants' Opposition to Tiger Natural Gas, Inc.'s Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge Regarding Production of Documents from PG&E's Core Gas Supply Department. (jjoS, COURT STAFF) (Filed on 11/16/2018) (Entered: 11/16/2018)** |
| 11/21/2018 | 106 | RESPONSE to re 105 Order on Administrative Motion to File Under Seal, *Redacted version of Exhibit 3, previously filed as Exhibit A to Dkt. No. 104* by Bill Chen, Pacific |

| | | |
|---|---|---|
| | | Gas and Electric Company, Tanisha Robinson, Albert Torres. (Sias, Seth) (Filed on 11/21/2018) (Entered: 11/21/2018) |
| 11/23/2018 | | Electronic filing error. Incorrect PDF attached. [err201]. **Exhibits e-filed separately and not as an attachment, require a title page. Please refer toCivil Local Rule 3-4 re first page requirement.** This filing will not be processed by the clerks office. Please re-file in its entirety. Re: 106 Response ( Non Motion ), filed by Tanisha Robinson, Albert Torres, Pacific Gas and Electric Company, Bill Chen (jlmS, COURT STAFF) (Filed on 11/23/2018) (Entered: 11/23/2018) |
| 11/29/2018 | 107 | RESPONSE to 105 Order on Administrative Motion to File Under Seal by Bill Chen, Pacific Gas and Electric Company, Tanisha Robinson, Albert Torres. (Attachments: # 1 Exhibit Exhibit 3/A)(Sias, Seth) (Filed on 11/29/2018) Modified on 11/29/2018 (cjlS, COURT STAFF). (Entered: 11/29/2018) |
| 11/29/2018 | 108 | Joint Discovery Letter Idenfying Dispute Regarding the Court's Order Dated October 15, 2018 re Data Production filed by Tiger Natural Gas, Inc. and Pacific Gas & Electric Company, Bill Chen, Tanisha Robinson, Albert Torres. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Capritta, Leah) (Filed on 11/29/2018) Modified on 11/30/2018 (cjlS, COURT STAFF). (Entered: 11/29/2018) |
| 11/30/2018 | 109 | **Minute Entry for proceedings held before Judge Jeffrey S. White: Motion Hearing held on 11/30/2018. Total Time in Court: 21 minutes. Court Reporter: Kathy Wyatt. (jjoS, COURT STAFF) (Date Filed: 11/30/2018) (Entered: 11/30/2018)** |
| 11/30/2018 | 110 | **ORDER DENYING, Without Prejudice, 88 Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge Regarding Production of Documents from PG&E's Core Gas Supply Department. Signed by Judge Jeffrey S. White on November 30, 2018. (jswlc3S, COURT STAFF) (Filed on 11/30/2018) (Entered: 11/30/2018)** |
| 12/06/2018 | 111 | Declaration of Ronald Schnell in Support of 108 Letter, filed byTiger Natural Gas, Inc.. (Related document(s) 108 ) (Capritta, Leah) (Filed on 12/6/2018) (Entered: 12/06/2018) |
| 12/07/2018 | 112 | DEFENDANTS RESPONSE TO 111 SUPPLEMENTAL DECLARATION OF RONALD SCHNELL and 108 LETTER by Bill Chen, Pacific Gas and Electric Company, Tanisha Robinson, Albert Torres. (Edelstein, Laurie) (Filed on 12/7/2018) Modified on 12/7/2018 (cjlS, COURT STAFF). (Entered: 12/07/2018) |
| 12/07/2018 | 113 | Stipulated Motion to Extend Fact Discovery Deadline in Order to Schedule Deposition of Person Most Knowledgeable Regarding Billing System filed by Tiger Natural Gas, Inc., Bill Chen, Pacific Gas and Electric Company, Tanisha Robinson, Albert Torres. (Attachments: # 1 Proposed Order)(Capritta, Leah) (Filed on 12/7/2018) Modified on 12/10/2018 (cjlS, COURT STAFF). (Entered: 12/07/2018) |
| 12/10/2018 | 114 | **ORDER by Judge Jeffrey S. White granting 113 Motion to Extend Fact Discovery Deadline in Order to Schedule Deposition of Person Most Knowledgeable Regarding Billing System. Close of Fact Discovery due by 12/21/2018. (jjoS, COURT STAFF) (Filed on 12/10/2018) (Entered: 12/10/2018)** |
| 12/18/2018 | 115 | MOTION TO EXTEND DEADLINES FOR EXPERT DISCOVERY filed by Tiger Natural Gas, Inc. (Attachments: # 1 Declaration Leah Capritta, # 2 Proposed Order) (Capritta, Leah) (Filed on 12/18/2018) Modified on 12/19/2018 (cjlS, COURT STAFF). (Entered: 12/18/2018) |
| 12/24/2018 | 116 | OPPOSITION/RESPONSE (re 115 MOTION TO EXTEND DEADLINES FOR EXPERT DISCOVERY ) filed byBill Chen, Pacific Gas and Electric Company, Tanisha Robinson, Albert Torres. (Attachments: # 1 Declaration of Seth R. Sias in Support of |

| | | |
|---|---|---|
| | | Defendants' Opposition to Tiger Natural Gas, Inc.'s Motion to Extend Discovery Deadlines for Expert Discovery)(Edelstein, Laurie) (Filed on 12/24/2018) (Entered: 12/24/2018) |
| 01/03/2019 | 117 | **ORDER by Judge Jeffrey S. White granting 115 Motion for Extension of Time to Complete Discovery. Close of Expert Discovery due by 5/6/2019. Designation of Experts due by 2/11/2019. Designation of Rebuttal Experts due by 4/1/2019. (jjoS, COURT STAFF) (Filed on 1/3/2019) (Entered: 01/03/2019)** |
| 01/03/2019 | 118 | **ORDER re 108 Discovery Letter Brief. Signed by Magistrate Judge Sallie Kim on 1/3/2019. (mklS, COURT STAFF) (Filed on 1/3/2019) (Entered: 01/03/2019)** |
| 01/17/2019 | 119 | ADMINISTRATIVE MOTION Temporary Stay filed by Bill Chen, Pacific Gas and Electric Company, Tanisha Robinson, Albert Torres. Responses due by 1/22/2019. (Attachments: # 1 Declaration of Seth R. Sias in Support of Defendants' Administrative Motion for Temporary Stay or Extension of Time to Complete Limited Fact Discovery, # 2 Proposed Order Granting Defendants' Administrative Motion for Temporary Stay or Extension of Time to Complete Limited Fact Discovery)(Edelstein, Laurie) (Filed on 1/17/2019) (Entered: 01/17/2019) |
| 01/22/2019 | 120 | OPPOSITION/RESPONSE (re 119 ADMINISTRATIVE MOTION Temporary Stay ) filed byTiger Natural Gas, Inc.. (Attachments: # 1 Declaration Leah Capritta, # 2 Proposed Order)(Capritta, Leah) (Filed on 1/22/2019) (Entered: 01/22/2019) |
| 01/23/2019 | 121 | **ORDER by Judge Jeffrey S. White ON DEFENDANTS' 119 Administrative Motion FOR Temporary Stay or Extension of Time to Complete Limited Fact Discovery. (jjoS, COURT STAFF) (Filed on 1/23/2019) (Entered: 01/23/2019)** |
| 02/04/2019 | 122 | NOTICE of Bankruptcy Proceeding by Bill Chen, Pacific Gas and Electric Company, Tanisha Robinson, Albert Torres. (Edelstein, Laurie) (Filed on 2/4/2019) Modified on 2/5/2019 (cjlS, COURT STAFF). (Entered: 02/04/2019) |
| 02/27/2019 | 123 | **ORDER STAYING CASE PER 122 Notice of Bankruptcy and Requiring Joint Status Reports. Joint Status Report due by 8/26/2019. Signed by Judge Jeffrey S. White on February 27, 2019. (jswlc3S, COURT STAFF) (Filed on 2/27/2019) (Entered: 02/27/2019)** |
| 08/19/2019 | 124 | NOTICE of Change of Address by Laurie Edelstein and Seth R. Sias. (Edelstein, Laurie) (Filed on 8/19/2019) Modified on 8/20/2019 (cjlS, COURT STAFF). (Entered: 08/19/2019) |
| 08/26/2019 | 125 | JOINT STATUS REPORT by Bill Chen, Pacific Gas and Electric Company, Tanisha Robinson, Albert Torres., Tiger Natural Gas, Inc. (Sias, Seth) (Filed on 8/26/2019) Modified on 8/27/2019 (cjlS, COURT STAFF). (Entered: 08/26/2019) |
| 10/08/2019 | 126 | NOTICE of Withdrawal of Seth R. Sias as Counsel by Pacific Gas and Electric Company. (Edelstein, Laurie) (Filed on 10/8/2019) Modified on 10/9/2019 (cjlS, COURT STAFF). (Entered: 10/08/2019) |
| 02/24/2020 | 127 | JOINT STATUS REPORT by Bill Chen, Pacific Gas and Electric Company, Tanisha Robinson, Albert Torres and Tiger Natural Gas, Inc. (Edelstein, Laurie) (Filed on 2/24/2020) Modified on 2/25/2020 (jmlS, COURT STAFF). (Entered: 02/24/2020) |
| 08/21/2020 | 128 | NOTICE of Appearance by Vito Anthony Costanzo *and Substitution of Counsel* (Costanzo, Vito) (Filed on 8/21/2020) (Entered: 08/21/2020) |
| 08/21/2020 | 129 | JOINT STATUS REPORT by Bill Chen, Pacific Gas and Electric Company, Tanisha Robinson, Albert Torres, Tiger Natural Gas, Inc. (Edelstein, Laurie) (Filed on 8/21/2020) Modified on 8/24/2020 (cjlS, COURT STAFF). (Entered: 08/21/2020) |

EXHIBIT 7

| | | |
|---|---|---|
| 02/17/2021 | 130 | JOINT STATUS REPORT CONCERNING THE STATUS OF PACIFIC GAS AND ELECTRIC COMPANYS BANKRUPTCY PROCEEDINGS by Bill Chen, Pacific Gas and Electric Company, Tanisha Robinson, Albert Torres, Tiger Natural Gas, Inc. (Edelstein, Laurie) (Filed on 2/17/2021) Modified on 2/17/2021 (cjlS, COURT STAFF). (Entered: 02/17/2021) |
| 06/22/2021 | 131 | NOTICE of Change of Address by Laurie Edelstein *Notice of Change of Firm Affiliation, Address, and Other Contact Information* (Edelstein, Laurie) (Filed on 6/22/2021) (Entered: 06/22/2021) |
| 08/16/2021 | 132 | JOINT STATUS REPORT - Concerning the Status of Pacific Gas and Electric Company's Bankruptcy Proceedings by Tiger Natural Gas, Inc., Pacific Gas and Electric Company, Albert Torres, William (Ben) Chen, and Tanisha Robinson . (Capritta, Leah) (Filed on 8/16/2021) Modified on 8/17/2021 (anjS, COURT STAFF). (Entered: 08/16/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/04/2021 10:49:54 | | | |
| **PACER Login:** | Lorilabash | **Client Code:** | 888060.00001 |
| **Description:** | Docket Report | **Search Criteria:** | 4:16-cv-06711-JSW |
| **Billable Pages:** | 16 | **Cost:** | 1.60 |