HOLLAND & KNIGHT LLP
Thomas D. Leland (pro hac vice)
Leah E. Capritta (pro hac vice)
1801 California Street, Suite 5000
Denver, CO 80202
Telephone: (303) 974-6660
Facsimile: (303) 974-6659
Email: thomas.leland@hklaw.com
       leah.capritta@hklaw.com

HOLLAND & KNIGHT LLP
Vito Costanza (SBN 132754)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450
Email: vito.costanza@hklaw.com

Attorneys for
TIGER NATURAL GAS, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtor. | CASE NO. 19-30089 (DM)<br><br>Chapter 11<br><br>CERTIFICATE OF SERVICE<br><br>Date: December 7, 2021<br>Time: 10:00 AM<br>Judge: Hon. Dennis Montali<br>Ctrm: 17 |

I, Reena Kaur, declare and state as follows:

1. I am employed in San Francisco County in the State of California. I am more than eighteen years old and not a party to this action. My business address is Holland & Knight, LLP, 50 California Street, 28th Floor, San Francisco, CA 94111.

2. I certify that on November 4, 2021, I caused a true and correct copy of the following documents to be served by the method set forth on the Notice Parties Service List attached hereto as Exhibit A:

- **TIGER NATURAL GAS, INC.'S MOTION FOR RELIEF FROM PLAN INJUNCTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

- **DECLARATION OF LEAH E. CAPRITTA IN SUPPORT OF TIGER NATURAL GAS INC.'S MOTION FOR RELIEF FROM PLAN INJUNCTION**

- **RELIEF FROM STAY COVER SHEET**

[ ] (E-MAIL VIA PDF FILE): I certify that on November 4, 2021, I transmitted a true and correct copy scanned into an electronic file in Adobe "pdf" format of the foregoing listed documents to all persons and entities with e-mail addresses on the Master Service list attached hereto as Exhibit A. The transmission was reported as complete and without error.

[X] (BY MAIL): I further certify that on November 4, 2021, for persons and entities on the Master Service List attached hereto as Exhibit A, without e-mail addresses, I placed the foregoing documents for collection and mailing at the offices of Holland & Knight LLP, 50 California Street, 28th Floor, San Francisco, CA 94111, in a sealed envelope, following ordinary business practices. I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United State Postal Service, and, in the ordinary course of business, such correspondence would be deposited with the United States Postal Service on the day on which it is collected at the business.

[ ] (BY OVERNIGHT MAIL): Following ordinary business practices, I placed the document for collection and United Parcel Service ("UPS") delivery at the offices of Holland & Knight, LLP, 50 California Street, 28th Floor, San Francisco, CA 94111. I am readily familiar with the business' practice for collection and processing of correspondence for delivery by UPS, and in the

1  ordinary course of business, such correspondence would be deposited with UPS on the day on
2  which it is collected at the business.
3  [ ] (BY PERSONAL SERVICE): By hand to the addressee stated above.
4  [X] (CM/ECF/): I hereby certify that I electronically filed the foregoing document with the Clerk
5  of Court using CM/ECF system which will send notification of such filing to all counsel of
6  record.
7  I declare under penalty of perjury under the laws of the United States of America, that the
8  foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.
9  Executed at Denver, Colorado.
10  Dated: November 4, 2021
11  By: _____
    Reena Kaur

#1522243446_v1

CERTIFICATE OF SERVICE

3

NO. 19-30089 (DM)