UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: PACIFIC GAS AND ELECTRIC COMPANY

Debtor(s)

Bankruptcy No.: 19-30089(DM)
R.S. No.:
Hearing Date: 12/07/2021
Time: 10:00 am

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 01/29/2019   Chapter: 11
    Prior hearings on this obligation: None   Last Day to File §523/§727 Complaints: 06/29/2019

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

   Secured Creditor [ ] or lessor [ ]
   Fair market value:     $_____        Source of value: _____
   Contract Balance:      $_____        Pre-Petition Default:  $_____
   Monthly Payment:       $_____        No. of months: _____
   Insurance Advance:     $_____        Post-Petition Default: $_____
                                           No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

   Fair market value: $_____    Source of value: _____    If appraisal, date: _____

   Moving Party's position (first trust deed, second, abstract, etc.):

   Approx. Bal.            $_____        Pre-Petition Default:  $_____
   As of (date): _____                   No. of months: _____
   Mo. payment:            $_____        Post-Petition Default: $_____
   Notice of Default (date): _____       No. of months: _____
   Notice of Trustee's Sale: _____       Advances Senior Liens: $_____

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

   | Position | Amount | Mo. Payment | Defaults |
   |---|---|---|---|
   | 1st Trust Deed: _____ | $_____ | $_____ | $_____ |
   | 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
   | _____ : | | | |
   | _____ : | | | |
   | _____ : | | | |
   | (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information: Relief is sought as to litigation against the Debtor in the United States District Court for the Northern District of California, Case No. 3-15-CV-02383.

11/05/2021

_____
Signature
LEAH E. CAPRITTA
Print or Type Name

Attorney for TIGER NATURAL GAS, INC.