HOLLAND & KNIGHT LLP
Thomas D. Leland (pro hac vice)
Leah E. Capritta (pro hac vice)
1801 California Street, Suite 5000
Denver, CO 80202
Telephone: (303) 974-6660
Facsimile: (303) 974-6659
Email: thomas.leland@hklaw.com
　　　　leah.capritta@hklaw.com

HOLLAND & KNIGHT LLP
Vito Costanza (SBN 132754)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450
Email: vito.costanza@hklaw.com

Attorneys for
TIGER NATURAL GAS, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re | CASE NO. 19-30089 (DM) |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, | Chapter 11 |
| Debtor. | [PROPOSED] ORDER |
| | Date: December 7, 2021 |
| | Time: 10:00 AM |
| | Judge: Hon. Dennis Montali |
| | Ctrm: 17 |

The Court HAVING REVIEWED Tiger Natural Gas, Inc.'s Motion for Relief from the Plan Injunction, and being fully advised herein,

1. GRANTS the Motion in its entirety.

**IT IS SO ORDERED.**

Dated:

By: _____
Honorable Judge Dennis Montali

#152244561_v1