HOLLAND & KNIGHT LLP
Thomas D. Leland (Pro Hac)
Leah E. Capritta (Pro Hac)
1801 California Street, Suite 5000
Denver, Colorado 80202
Telephone: (303) 974-6660
Fax: (303) 974-6659
Email: thomas.leland@hklaw.com
leah.capritta@hklaw.com

HOLLAND & KNIGHT LLP
Vito Costanzo (SBN 132754)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450
Email: vito.costanza@hklaw.com

Attorneys for
UNITED ENERGY TRADING, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>■ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | CASE NO. 19-30089 (DM)<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON TIGER NATURAL GAS, INC.'S MOTION FOR RELIEF FROM PLAN INJUNCTION**<br><br>Date: December 7, 2021<br>Time: 10:00 AM (Pacific Time)<br><br>**Objection Deadline:** November 23, 2021<br>4:00 p.m. (Pacific Time) |

## NOTICE OF HEARING

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Tiger Natural Gas Inc. ("Tiger") has filed a Motion for

Relief from Plan Injunction Pursuant to 11 U.S.C. § 362(d)(1) (Dkt. 11535) ("Motion").

**PLEASE TAKE FURTHER NOTICE**, that the Motion is based on the Memorandum of Points and Authorities filed on November 5, 2021, the Declaration of Leah E. Capritta in Support of Motion for Relief From Injunction, the attachments and exhibits thereto, and on other and further evidence the Court may consider at or before any hearing on the Motion.

**PLEASE TAKE FURTHER NOTICE**, that the Motion is set for hearing on December 7, 2021, at 10:00 a.m., before the Honorable Dennis Montali. The hearing will not be conducted in the Honorable Dennis Montali's courtroom, but instead will be conducted by telephone video conference. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about Court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE**, that attorney Leah E. Capritta, of Holland & Knight LLP, will argue the Motion on December 7, 2021, at 10:00 a.m., before the Honorable Dennis Montali by remote means.

**PLEASE TAKE FURTHER NOTICE**, that any oppositions or responses to the Motion by the Debtors and the two official creditors' committees must be in writing, filed with the Bankruptcy Court, and served on the counsel for Movants at the above-referenced addresses so as to be received by no later than 4:00 p.m. (Pacific Time) on November 23, 2021. Any oppositions or responses must be filed and served on all "Standard Parties" as defined in, and in accordance with, the Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019 (Dkt. 1996) ("Case Management Order"). **Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order.**

**PLEASE TAKE FURTHER NOTICE**, that as provided by Local Rule 4001-1(a), the Debtor, Pacific Gas & Electric Company, is advised to appear personally or by counsel at the

#152239607_v1

2

Case: 19-30088    Doc# 11540    Filed: 11/04/21    Entered: 11/04/21 17:21:36    Page 2 of 3

preliminary hearing; and that failure to appear may result in the Court granting the relief requested by this Motion without further hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pginfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

DATED: November 4, 2021

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

By: /s/ *Leah E. Capritta*
Leah E. Capritta

*Attorneys for United Energy Trading, LLC*