

Signed and Filed: November 5, 2021

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br><br><br>Date: November 9, 2021<br>Time: 11:00 AM<br>Via AT&T Teleconference<br>www.canb.uscourts.gov/calendars |

<u>ORDER REGARDING NOVEMBER 9, 2021 HEARING ON
ONE HUNDRED SEVENTH OMNIBUS OBJECTION TO
PATRICIA A. MCCOLM CLAIMS</u>

    The court will hold a telephonic hearing on November 9, 2021, at 11:00 AM solely on the Reorganized Debtors' One Hundred Seventh Omnibus Objections To Claims (McColm Claims). Each side will have twenty minutes to present oral argument. Ms. McColm will be called upon to speak first and should reserve a portion of her allowed time for rebuttal.

The focus will be on the matters framed by Ms. McColm's Claims ## 7659 104538; the Debtors' Objection (Dkts. 11227 & 11228); Ms. McColm's responses (Dkts. 11448 & 11449); Debtors' Reply (Dkts. 11510 & 11511); and the court's Order Regarding Filing By Patricia A. McColm (Dkt. 11356).

The court is aware that Ms. McColm contends that one or both of the Debtors recently caused damage to her property. That contention is not relevant to what is presently before the court and will not be considered. The only question presented is whether Ms. McColm's two proofs of claim referred to above should be allowed in full, allowed in part, or disallowed.

The hearing will be conducted via AT&T conference call service at no cost to all parties. If Ms. McColm prefers not to present oral argument, but to submit the matter for decision on the papers, she may so advise the courtroom deputy no later than 9:30 AM on November 9, 2021.

**END OF ORDER**

COURT SERVICE LIST

Patricia A. McColm
P.O. Box 113
Lewiston, CA 96052