ALSTON & BIRD, LLP
DIANE C. STANFIELD (CA Bar No. 106366)
DOUGLAS J. HARRIS (CA Bar No. 329946)
diane.stanfield@alston.com
douglas.harris@alston.com
333 S. Hope Street 16th Floor
Los Angeles, California 90071
Telephone: 213.576.1000
Facsimile: 213.576.1100

Attorneys for
Fulcrum Credit Partners LLC

DOWNEY BRAND LLP
JAMIE P. DREHER (CA Bar No. 209380)
Email: jdreher@downeybrand.com
TYLER J. HORN (CA Bar No. 323982)
Email: thorn@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone: 916.444.1000
Facsimile: 916.444.2100

Attorneys for
Tuscan Ridge Associates, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　Debtors.<br><br>[ ] Affects PG&E Corporation<br>[] Affects Pacific Gas and Electric Company<br>[x] Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM, | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**CERTIFICATE OF SERVICE** |

I, Melanie Mizrahie, declare and state as follows:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to this bankruptcy case; my business address is 333 S. Hope Street, 16th Floor, Los Angeles, CA 90071.

On November 5, 2021, I caused to be served a true and correct copy of the following DOCUMENT(S), by the method set forth on the attached Service List.

- **STATUS REPORT**

I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

I certify that I am employed in the office of a member of the Bar at whose direction this service was given.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: November 5, 2021

/s/ Melanie Mizrahie
Melanie Mizrahie

# SERVICE LIST

**Via Email:**

| | |
|---|---|
| Attorneys for Debtors<br>WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin<br>Jessica Liou<br>Matthew Goren<br>Tom Schinckel<br>Stephen.karotkin@weil.com<br>Jessica.liou@weil.com<br>Matthew.goren@weil.com<br>Tom.shinckel@weil.com<br><br>KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller<br>Jane Kim<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>tkeller@kbkllp.com<br>jkim@kbkllp.com | Attorneys for Shareholder Proponents<br>JONES DAY<br>Bruce S. Bennett<br>Joshua M. Mester<br>James O. Johnston<br>bbennett@jonesday.com<br>jmester@jonesday.com |
| Counsel for Administrative Agent under Debtors' DIP Financing Facility<br>STROOCK & STROOCK & LAVAN LLP Frank A. Merola<br>khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>fmerola@stroock.com | Counsel for collateral agent under Debtors' DIP Financing Facility<br>DAVIS POLK & WARDELL LLP<br>Eli J. Vonnegut<br>David Schiff<br>Timothy Graulich<br>eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |
| Counsel to the California Public Utilities Commission<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Alan W. Kornberg<br>Brian Hermann<br>Walter Rieman<br>akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com | Office of the U.S. Trustee<br>James Snyder<br>Timothy Laffredi<br>James. L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov |
| U.S. Nuclear Regulatory Commission<br>Anita Ghosh Naber<br>anita.ghoshnaber@nrc.gov | Counsel for U.S. on behalf of Federal Energy Regulatory Commission<br>U.S. Department of Justice<br>Danielle Pham<br>danielle.pham@usdoj.gov |

| | |
|---|---|
| Counsel to ADVENTIST HEALTHSYSTEM/WEST, a California non-profit religious corporation<br>Adventist Health System/West<br>laytonrl@ah.org | Counsel for Black & Veatch Construction, Inc.<br>Baker Botts L.L.P.<br>jonathan.shapiro@bakerbotts.com<br>daniel.martin@bakerbotts.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company<br>Akin Gump Strauss Hauer & Feld LLP<br>mstamer@akingump.com<br>idizengoff@akingump.com<br>dbotter@akingump.com | Counsel for Phillips and Jordan<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, Pc<br>jrowland@bakerdonelson.com |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee<br>Arent Fox LLP<br>Beth.Brownstein@arentfox.com | URENCO Limited and Louisiana Energy Services, LLC<br>Ballard Spahr LLP<br>summersm@ballardspahr.com |
| Counsel for Genesys Telecommunications Laboratories Inc.<br>Arent Fox LLP<br>andy.kong@arentfox.com | Counsel to Campos EPC, LLC<br>Ballard Spahr LLP<br>hartlt@ballardspahr.com |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee<br>Arent Fox LLP<br>Aram.Ordubegian@arentfox.com | Counsel for Bank of America, N.A.<br>Bank of America<br>John.mccusker@baml.com |
| Counsel for AT&T<br>Arnold & Porter Kaye Scholer LLP<br>brian.lohan@arnoldporter.com | Counsel for Creditors<br>Public Entities Impacted by the Wildfires<br>Baron & Budd, P.C.<br>ssummy@baronbudd.com jfiske@baronbudd.com |
| Counsel for AT&T<br>AT&T<br>Jg5786@att.com | Counsel to Majesti Mai Bagorio, et al., creditors and plaintiffs in Bagorio, et al. v. PG&E Corporation, et al., case number CNC- 19-554581<br>Baum Hedlund Aristei & Goldman, PC<br>rgoldman@baumhedlundlaw.com |
| Counsel for the City of Santa Cruz<br>Atchison, Barisone & Condotti<br>ageise@abc-law.com | Counsel for Infosys Limited, Counsel for ACRT, Inc.<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>kcapuzzi@beneschlaw.com<br>mbarrie@beneschlaw.com |
| Counsel to California State Agencies<br>Attorney General of California<br>Danette.Valdez@doj.ca.gov | Counsel to Oklahoma Firefighters Pension and Reitrement System<br>Berman Tabacco<br>dbarenbaum@bermantabacco.com |
| Counsel to California State Agencies | Counsel to Hartford Life and Annuity Insurance |

Case: 19-30088    Doc# 11543-1    Filed: 11/05/21    Entered: 11/05/21 10:32:38    Page 4 of 20
LEGAL02/41081770v3

| | |
|---|---|
| Attorney General of California<br>James.Potter@doj.ca.gov | Company (now known as Talcott Resolution Life Insurance Company), Hartford Total Return Bond ETF, Hartford Total Return Bond Fund, Hartford Total Return Bond HLS Fund, The Hartford Strategic Income Fund, HIMCO Duration Matched Division Ser. II, HIMCO US Aggregate Bond Index Division<br>Bla Schwartz PC<br>ischwartz@blaschwartz.com |
| Counsel to California State Agencies<br>Attorney General of California<br>James.Potter@doj.ca.gov | Counsel to American Construction and Supply, Inc.<br>Bloomfield Law Group, Inc., P.C.<br>bklargecase@njblaw.com |
| Special Bankruptcy Counsel for Certain Fire Damage Plaintiffs Claimants<br>Bailey And Romero Law Firm<br>marthaeromerolaw@gmail.com | Co-Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company<br>Braunhagey & Borden LLP<br>theodore@braunhagey.com<br>kwasniewski@braunhagey.com<br>levine@braunhagey.com |
| Counsel for Fire Victim Creditors<br>Corey, Luzaich, De Ghetaldi & Riddle LLP<br>alr@coreylaw.com<br>smb@coreylaw.com<br>sm@coreylaw.com | Counsel for MDR Inc. (dba Accu-Bore Directional Drilling), Veteran Power, Inc.<br>Brothers Smith LLP<br>misola@brotherssmithlaw.com |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1<br>Cotchett, Pitre & Mccarthy, LLP<br>fpitre@cpmlegal.com | Counsel for Trustee and Claims Administrator<br>Brown Rudnick LLP<br>DMolton@brownrudnick.com |
| Counsel for Valley Clean Energy Alliance<br>County of Yolo<br>eric.may@yolocounty.org | California Public Utilities Commission<br>California Public Utilities Commission<br>arocles.aguilar@cpuc.ca.gov<br>candace.morey@cpuc.ca.gov |
| Counsel to Liberty Mutual Insurance Company<br>Cozen O'Connor<br>JZiemianski@cozen.com | Counsel to Certain Victims from the Camp Fire and 2017 North Bay Fires, Creditor Patricia Garrison<br>Casey Gerry Schenk Francavilla Blatt & Penfield, LLP<br>dcasey@cglaw.com<br>jrobinson@cglaw.com<br>camille@cglaw.com |

| | | |
|---|---|---|
| Counsel for Fire Victim Creditors<br>Danko Meredith<br>mdanko@dankolaw.com<br>kmeredith@dankolaw.com<br>smiller@dankolaw.com | Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc.<br>Chevron Products Company, A Division of Chevron U.S.A. Inc.<br>melaniecruz@chevron.com<br>marmstrong@chevron.com | |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities, Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility<br>Davis Polk & Wardwell LLP<br>eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com | Counsel to Liberty Mutual Insurance Company<br>Choate, Hall & Stewart LLP<br>dgooding@choate.com | |
| Creditor and Counsel to Debra Grassgreen<br>Debra Grassgreen<br>dgrassgreen@gmail.com | Counsel to Liberty Mutual Insurance Company<br>Choate, Hall & Stewart LLP<br>jmarshall@choate.com | |
| Counsel for State Farm Mutual Automobile Insurance Company and its affiliates<br>Dechert LLP<br>allan.brilliant@dechert.com<br>shmuel.vasser@dechert.com | Counsel to Solon<br>CKR Law, LLP<br>ktakvoryan@ckrlaw.com | |
| Counsel for Capital Power Corporation and Halkirk I Wind Project LP<br>Dentons US LLP<br>Lauren.macksoud@dentons.com | Counsel to Amir Shahmirza<br>Cohen and Jacobson, LLP<br>laj@cohenandjacobson.com | |
| Counsel for Travelers Insurance<br>Dentons Us LLP<br>peter.wolfson@dentons.com | Counsel to Western Electricity Coordinating Council<br>Cohne Kinghorn, P.C.<br>ghofmann@cohnekinghorn.com | |
| Counsel for the Ad Hoc Committee of Unsecured Tort Claimant Creditors<br>Dla Piper LLP (Us)<br>eric.goldberg@dlapiper.com | Counsel for Office of Unemployment Compensation Tax Services<br>Commonwealth of Pennsylvania<br>ra-li-ucts-bankrupt@state.pa.us | |
| Counsel for survivors of the Camp Fire<br>Edelson Pc<br>rbalabanian@edelson.com<br>tlogan@edelson.com<br>bsilverkorn@edelson.com | Counsel for Fire Victim Creditors<br>Gibbs Law Group<br>ehg@classlawgroup.com dsh@classlawgroup.com | |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Counsel for Topaz Solar Farms LLC<br>Gibson, Dunn & Crutcher LLP<br>Mrosenthal@gibsondunn.com | |

| | |
|---|---|
| Edp Renewables North America LLC<br>Randy.Sawyer@edpr.com | Amoskowitz@gibsondunn.com |
| Information Agent for the Official Committee of Unsecured Creditors, and the Official Committee of Tort Claimants<br>Epiq Corporate Restructuring, LLC<br>sgarabato@epiqglobal.com | Counsel to the Ad Hoc Committee of Holders of Trade Claims<br>Gibson, Dunn & Crutcher LLP<br>mchoi@gibsondunn.com |
| Attorneys for Objector Patricia Garrison<br>Feinberg Fitch<br>feinberg@feinbergfitchlaw.com | Counsel for MassMutual Life Insurance Company and Its Funds<br>Goodwin Procter LLP<br>sdasaro@goodwinlaw.com |
| Counsel to California State Agencies<br>Felderstein Fitzgerald Willoughby & Pascuzzi LLP<br>sfelderstein@ffwplaw.com | Counsel for MassMutual Life Insurance Company and Its Funds<br>Goodwin Procter LLP<br>RWalsh@goodwinlaw.com |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee<br>Frederic Dorwart, Lawyers PLLC<br>sory@fdlaw.com | Counsel to Interested Party John K. Trotter, Trustee of the PG&E Fire Victim Trust<br>Greenberg Gross LLP<br>EBorges@GGTrialLaw.com |
| Counsel for Itron, Inc.<br>Gellert Scali Busenkell & Brown, LLC<br>mbusenkell@gsbblaw.com | Counsel to Interested Party John K. Trotter, Trustee of the PG&E Fire Victim Trust<br>Greenberg Gross LLP<br>SKellyKilgore@GGTrialLaw.com |
| Counsel to Anthony Gantner<br>Hausfeld LLP<br>bsweeney@hausfeld.com<br>sgassman@hausfeld.com | Counsel for Cardno, Inc.<br>Greenberg Traurig, LLP<br>vuocolod@gtlaw.com |
| Attorneys for HercRentals<br>Hercrentals<br>Sharon.petrosino@hercrentals.com | Counsel for Nationwide Entities<br>Grotefeld Hoffmann<br>mgrotefeld@ghlaw-llp.com mochoa@ghlaw-llp.com wpickett@ghlaw-llp.com |
| Counsel to Pacific Investment Management Company LLC<br>Hogan Lovells US LLP<br>david.simonds@hoganlovells.com<br>edward.mcneilly@hoganlovells.com | Counsel to Creditors<br>KAREN ROBERDS and ANITA FREEMAN<br>Hallisey And Johnson PC<br>jfhallisey@gmail.com |
| Counsel to Pacific Investment Management Company LLC<br>Hogan Lovells US LLP<br>michael.hefter@hoganlovells.com<br>matthew.ducharme@hoganlovells.com | Attorneys for Certain Kincade (2019) claimants<br>Hansen&Miller Law Firm<br>roy@hansenmiller.com |
| Counsel for Deutsche Bank Trust Company | Counsel to Trustee and Claims Administrator |

| | |
|---|---|
| Americas and Deutsche Bank National Trust Company as Indenture Trustees for certain bondholders<br>Holland & Knight LLP<br>robert.labate@hklaw.com | for the Fire Victim Trust<br>Hanson Bridgett LLP<br>lklamm@hansonbridgett.com |
| Counsel to Hyundai Corporation USA<br>Hughes Hubbard & Reed LLP<br>katie.coleman@hugheshubbard.com | Counsel for Nationwide Entities<br>Jang & Associates, LLP<br>ajang@janglit.com |
| Counsel for DTE Stockton, LLC, Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P., Potrero Hills Energy Producers, LLC, Sunshine Gas Producers, LLC, Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd.<br>Hunton Andrews Kurth LLP<br>ppartee@huntonak.com | Counsel to Sodexo, Inc.<br>JD Thompson Law<br>jdt@jdthompsonlaw.com |
| Counsel for BlueMountain Capital Management, LLC<br>Irell & Manella LLP<br>astrabone@irell.com | Counsel for A&J Electric Cable Corporation<br>Jordan, Holzer & Ortiz, Pc<br>aortiz@jhwclaw.com<br>sjordan@jhwclaw.com<br>ecf@jhwclaw.com |
| Counsel to Iron Mountain Information Management, LLC<br>Iron Mountain Information Management, LLC<br>Bankruptcy2@ironmountain.com | Counsel for Kompogas SLO LLC and Tata Consultancy Services<br>Kelley Drye & Warren LLP<br>bfeder@kelleydrye.com |
| Interested Party CH2M HILL Engineers, Inc.<br>Jacobs Engineering<br>robert.albery@jacobs.com | Counsel to PricewaterhouseCoopers LLP<br>Kibler Fowler & Cave LLP<br>mkibler@kfc.law, mcave@kfc.law |
| Counsel for Calpine Corporation<br>Kirkland & Ellis LLP<br>aparna.yenamandra@kirkland.com<br>david.seligman@kirkland.com<br>mark.mckane@kirkland.com | Counsel to Oldcastle Infrastructure, Inc. f/k/a Oldcastle Precast, Inc. and Affiliates<br>Kilpatrick Townsend & Stockton LLP<br>bkleinman@kilpatricktownsend.com |
| Counsel for the Federal Monitor<br>Kirkland & Ellis LLP<br>stephen.hessler@kirkland.com | Counsel for Ruby Pipeline, L.L.C.<br>Kinder Morgan, Inc.<br>Mark_Minich@kindermorgan.com |
| *Counsel for NextEra Energy Inc. et al.*<br>*Klee, Tuchin, Bogdanoff & Stern LLP*<br>*kklee@ktbslaw.com* | Counsel for Ruby Pipeline, L.L.C.<br>Kinder Morgan, Inc.<br>mosby_perrow@kindermorgan.com |
| Counsel for PG&E Holdco Group<br>Kramer Levin Naftalis & Frankel LLP<br>acaton@kramerlevin.com | Counsel to Creditors GER HOSPITALITY, LLC and RICHARD W. CARPENETI<br>Law Offices of Francis O. Scarpulla<br>pbc@scarpullalaw.com |

| | |
|---|---|
| mwasson@kramerlevin.com | |
| Counsel to Public Employees Retirement Association of New Mexico<br>Labaton Sucharow LLP<br>tdubbs@labaton.com<br>cvillegas@labaton.com<br>jdubbin@labaton.com | Counsel to Ruckman-Leal Creditors, Counsel to Michael Marroquin<br>Law Offices of Leonard K. Welsh<br>lwelsh@lkwelshlaw.com |
| Counsel to County of San Luis Obispo<br>Lamb & Kawakami LLP<br>klamb@lkfirm.com<br>tkelch@lkfirm.com | Creditor and Counsel to Debra Grassgreen<br>Law Offices of Thomas J. Brandi<br>tjb@brandilaw.com |
| Counsel for Sonoma County Treasurer & Tax Collector, Counsel for the County of Placer<br>Lamb And Kawakami LLP<br>bglaser@lkfirm.com | Counsel to Kepco California LLC, RE Astoria LLC<br>Lewis Brisbois Bisgaard & Smith LLP<br>Amy.Goldman@lewisbrisbois.com |
| Counsel to Dynegy Marketing and Trade, LLC<br>Latham & Watkins LLP<br>caroline.reckler@lw.com | Counsel to Quanta Energy Services, Inc., Underground Construction Co., Inc., Mears Group, Inc., Dashiell Corporation, Quanta Technology LLC, and PAR Electrical Contractors<br>Locke Lord LLP<br>eguffy@lockelord.com |
| Counsel for Crockett Cogeneration, Middle River Power, LLC, and MRP San Joaquin Energy, LLC<br>Latham & Watkins LLP<br>christopher.harris@lw.com | Counsel for International Brotherhood of Electrical Workers Local Union 1245<br>Locke Lord LLP<br>sbryant@lockelord.com |
| Unsecured Creditor<br>Laurie A. Deuschel<br>ldeuschel@hotmail.com | Counsel for California Power Exchange Corporation<br>Loeb & Loeb LLP<br>mscohen@loeb.com |
| Attorneys for Objector Patricia Garrison<br>Law Office of Angela Jae Chun<br>ajc@chun.law | Counsel to Public Employees Retirement Association of New Mexico<br>Lowenstein Sandler LLP<br>metkin@lowenstein.com<br>abehlmann@lowenstein.com |
| Counsel for Ruby Pipeline, L.L.C.<br>Law Office of Patricia Williams Prewitt<br>pwp@pattiprewittlaw.com | Interested Party<br>Macdonald | Fernandez LLP<br>imac@macfern.com |
| Counsel for CALIFORNIA SELF-INSURERS' SECURITY FUND<br>Nixon Peabody LLP<br>rpedone@nixonpeabody.com | Counsel to Aegion Corporation and its subsidiary entities: Corrpro Companies, Inc., Insituform Technologies, LLC and Fibrwrap Construction Services, Inc. |

| | |
|---|---|
| | Margulies Faith, LLP<br>Craig@MarguliesFaithLaw.com |
| Counsel for Michael Vairo, Marie Dierssen, Catherine McClure, Tonia Hanson, Deirdre Coderre, Denise Stooksberry, John Stooksberry, Bryan Sullivan, Sara Hill, Isaiah Vera, Michael Williams, Joel Batts, Annaleisa Batts, Claudia Bijstra, Andries Bijstra, Roger Martinez, Candice Seals, Gretchen Franklin, Christopher Franklin, Paul Bowen, Kelly Jones, Tami Coleman, Cecil Morris, Linda Schooling, Jennifer Makin, Barbara Cruise, Benjamin Hernandez, Irma Enriquez, Constantina Howard, Leroy Howard, Edward Delongfield, Brenda Howell, Lynda Howell, Angela Coker, Sally Thorp, Paradise Moose Lodge, Nancy Seals<br>Northern California Law Group, Pc<br>joe@norcallawgroup.net | Counsel to SLF Fire Victim Claimants<br>Marshack Hays LLP<br>dwood@marshackhays.com |
| Counsel to ADVENTIST HEALTHSYSTEM/WEST, a California non-profit religious corporation<br>Norton Rose Fulbright US LLP<br>david.rosenzweig@nortonrosefulbright.com | Counsel for Ghost Ship Warehouse Plaintiffs' Executive Committee<br>Mary Alexander & Associates, P.C.<br>malexander@maryalexanderlaw.com |
| Counsel for NextEra Energy Inc., NextEra Energy Partners, L.P.<br>Norton Rose Fulbright Us LLP<br>howard.seife@nortonrosefulbright.com<br>andrew.rosenblatt@nortonrosefulbright.com<br>christy.rivera@nortonrosefulbright.com | Counsel to BNP Paribas<br>Mayer Brown LLP<br>amandhania@mayerbrown.com |
| Counsel to Department of Finance for the State of California and Governor Gavin Newsom<br>O'Melveny & Myers LLP<br>jrapisardi@omm.com<br>dshamah@omm.com | Counsel to BNP Paribas<br>Mayer Brown LLP<br>btrust@mayerbrown.com<br>jcdebaca@mayerbrown.com |
| Office of the California Attorney General<br>Office of The California Attorney General<br>bankruptcy@coag.gov | Counsel to Mesa Associates, Inc.<br>Maynard, Cooper & Gale<br>dkumagai@maynardcooper.com |
| Office of the United States Trustee<br>Office of The United States Trustee<br>James.L.Snyder@usdoj.gov | Counsel for A.J. Excavation Inc.<br>McCormick Barstow LLP<br>demerzian@mccormickbarstow.com |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC<br>Orrick, Herrington & Sutcliffe LLP<br>dfelder@orrick.com | Counsel to Winners Industry Co., Ltd.<br>McKool Smith, P.C.<br>jsmith@mckoolsmith.com |

| | |
|---|---|
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC<br>Orrick, Herrington & Sutcliffe LLP<br>lmcgowen@orrick.com | Counsel for the Official Committee of Unsecured Creditors<br>Milbank LLP<br>Gbray@milbank.com |
| Counsel for The Baupost Group, L.L.C., as the general partner and investment manager for certain entities<br>Pachulski Stang Ziehl & Jones LLP<br>ipachulski@pszjlaw.com | Counsel for the Official Committee of Unsecured Creditors<br>Milbank LLP<br>svora@milbank.com |
| Counsel to Southwire Company LLC<br>Parker, Hudson, Rainer & Dobbs, LLP<br>bbates@phrd.com | Counsel for Marin Clean Energy<br>Mintz Levin Cohn Ferris Glovsky And Popeo, P.C.<br>avobrient@mintz.com<br>ablevin@mintz.com |
| Counsel to Southwire Company, LLC<br>Parker, Hudson, Rainer & Dobbs, LLP<br>bbates@phrd.com | Counsel for Exponent, Inc.<br>Newmeyer & Dillion LLP<br>Joshua.Bevitz@ndlf.com |
| Counsel to California Public Utilities Commission<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com | Counsel for ELLIOTT MANAGEMENT CORPORATION, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it<br>Ropes & Gray LLP<br>gregg.galardi@ropesgray.com<br>hannah.boyaggi@ropesgray.com<br>daniel.egan@ropesgray.com |
| Attorney for Certain Camp Fire Claimants and as Ad Hoc Counsel for Camp Fire Real Property Owners<br>Peluso Law Group, Pc<br>firm@pelusolaw.net | Counsel for ELLIOTT MANAGEMENT CORPORATION, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it<br>Ropes & Gray LLP<br>matthew.mcginnis@ropesgray.com |
| Counsel to Consolidated Edison Development, Inc.<br>Pillsbury Winthrop Shaw Pittman LLP<br>hugh.mcdonald@pillsburylaw.com | Counsel for The Baupost Group L.L.C., as the managing general partner and/or investment manager for certain entities<br>Ropes & Gray LLP<br>mark.bane@ropesgray.com<br>matthew.roose@ropesgray.com |
| Counsel to Consolidated Edison Development, Inc.<br>Pillsbury Winthrop Shaw Pittman LLP<br>jonathan.doolittle@pillsburylaw.com | Counsel for The Baupost Group L.L.C., as the managing general partner and/or investment manager for certain entities<br>Ropes & Gray LLP<br>peter.welsh@ropesgray.com<br>patricia.chen@ropesgray.com |

| | |
|---|---|
| Counsel for Bank of America, N.A.<br>Pillsbury Winthrop Shaw Pittman LLP<br>leo.crowley@pillsburylaw.com | Counsel for Creditor ARB, INC.<br>Rutan & Tucker, LLP<br>pblanchard@rutan.com |
| Counsel to Whitebox Multi-Strategy Partners, LP, Whitebox GT Fund, LP, Pandora Select Partners, LP and Whitebox CAJA Blanca Fund, LP<br>Polsinelli LLP<br>tbehnam@polsinelli.com | Counsel for for City and County of San Francisco, including all of its agencies, departments, or instrumentalities<br>San Francisco City Attorney'S Office<br>Owen.Clements@sfcityatty.org<br>Catheryn.Daly@sfcityatty.org |
| Counsel for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co.<br>Proskauer Rose LLP<br>mbienenstock@proskauer.com<br>brosen@proskauer.com<br>mzerjal@proskauer.com | Counsel for International Business Machines Corp.<br>Satterlee Stephens LLP<br>cbelmonte@ssbb.com<br>pbosswick@ssbb.com |
| Counsel for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co.<br>Proskauer Rose LLP<br>mfirestein@proskauer.com<br>sma@proskauer.com | Counsel for SBA Steel II, LLC<br>Saul Ewing Arnstein & Lehr LLP<br>barry.chatz@saul.com |
| Counsel to Canyon Capital Advisors LLC<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>bennettmurphy@quinnemanuel.com | Counsel for SBA Steel II, LLC<br>Saul Ewing Arnstein & Lehr LLP<br>luke.murley@saul.com |
| Counsel for Nevada Irrigation District, Lodi Gas Storage, L.L.P., Wild Goose, LLC<br>Reed Smith LLP<br>mhowery@reedsmith.com | COUNSEL TO MARIE VALENZA, BRANDEE GOODRICH, KRISTAL DAVIS-BOLIN, ASHLEY DUITSMAN, BARBARA MORRIS, MARY HAINES<br>Savage, Lamb & Lunde, PC<br>erlamblaw@gmail.com |
| Counsel for Bank of New York Mellon<br>Reed Smith LLP<br>rsimons@reedsmith.com | Counsel to Agua Caliente Solar, LLC, Clearway Energy Group LLC, Clearway Energy, Inc., MC Shiloh IV Holdings LLC, NRG Energy, Inc., Solar Partners II LLC, Solar Partners VIII LLC, and TerraForm Power, Inc.<br>Shearman & Sterling LLP<br>daniel.laguardia@shearman.com |
| Counsel for Matthew E. Gerspacher and Abigail N. Gerspacher (Davis)<br>Reimer Law, PC<br>nbreimer.esq@gmail.com | Counsel for East Bay Community Energy Authority<br>Shemanolaw<br>dshemano@shemanolaw.com |
| Counsel to Richards Law Firm Claimants<br>Richards Law Firm | Counsel for PG&E Holdco Group<br>Sheppard, Mullin, Richter & Hampton LLP |

| | |
|---|---|
| john@jtrlaw1.com<br>evan@jtrlaw1.com | sfarzan@sheppardmullin.com |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1<br>Robins Cloud LLP<br>robins@robinscloud.com<br>rbryson@robinscloud.com | Attorneys for Cushman & Wakefield, Inc.<br>Shulman Hodges & Bastian LLP<br>mlowe@shbllp.com |
| Counsel to Various Rescission and Damage Claimants<br>Rolnick Kramer Sadighi LLP<br>Ecf@stjames-law.com | Counsel to the Board of PG&E Corporation and Pacific Gas and Electric Company and Certain Current and Former Independent Directors<br>Simpson Thacher & Bartlett LLP<br>michael.torkin@stblaw.com<br>ngoldin@stblaw.com<br>kmclendon@stblaw.com<br>jamie.fell@stblaw.com |
| Counsel to Various Rescission and Damage Claimants<br>Rolnick Kramer Sadighi LLP<br>rbodnar@rksllp.com | Counsel to the Ad Hoc Committee of Unsecured Tort Claimant Creditors and the Singleton Law Firm Fire Victim Claimants<br>Singleton Law Firm, APC<br>john@slffirm.com |
| Counsel to CREATIVE CEILINGS, INC.<br>Ropers, Majeski, Kohn & Bentley<br>steven.polard@rmkb.com | Counsel to Atlantica Yield plc and Mojave Solar LLC<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Destiny.Almogue@Skadden.com |
| Counsel to Allianz Global Corporate & Specialty<br>Stevens & Lee, P.C.<br>lpg@stevenslee.com | Counsel to Atlantica Yield plc and Mojave Solar LLC<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Kathlene.Burke@skadden.com |
| Counsel for Liberty Mutual Life Insurance Company<br>Stewart Sokol & Larkin LLC<br>kcoles@lawssl.com | Counsel to Righetti Ranch, LP and Righetti NC, LLC<br>Solomon Ward Seidenwurm & Smith, LLP<br>mbreslauer@swsslaw.com |
| Counsel to Creditors Vanguard Institutional Short-Term Bond Fund and Vanguard Ultra- Short-Term Bond Fund<br>Stradley Ronon Stevens & Young, LLP<br>mparker@stradley.com Jmmurphy@stradley.com | Counsel for Southern California Edison Company<br>Southern California Edison Company<br>Julia.Mosel@sce.com<br>patricia.cirucci@sce.com |
| Counsel to South San Joaquin Irrigation District<br>Stradling Yocca Carlson & Rauth, P.C. | Individual 2015 Butte Fire Victim Creditor<br>Steve Christopher<br>sc2104271@gmail.com |

| | |
|---|---|
| pglassman@sycr.com | |
| Counsel for Mizuho Bank, Ltd.<br>Stroock & Stroock & Lavan LLP<br>dmoon@stroock.com | Counsel to Allianz Global Corporate & Specialty<br>Stevens & Lee, P.C.<br>cp@stevenslee.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent<br>Stroock & Stroock & Lavan LLP<br>fmerola@stroock.com | Counsel for The Davey Tree Expert Company<br>The Davey Tree Expert Company<br>Erika.Schoenberger@davey.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent<br>Stroock & Stroock & Lavan LLP<br>khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com | Counsel to International Church of the Foursquare Gospel<br>The Law Office of Joseph West<br>josephwest@westlawfirmofcalifornia.com |
| Counsel for Mizuho Bank, Ltd.<br>Stroock & Stroock & Lavan LLP<br>khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>holsen@stroock.com<br>mspeiser@stroock.com<br>kpasquale@stroock.com<br>smillman@stroock.com | ATTORNEYS FOR ZACKARY FERNANDEZ, Individually, and as Successor in Interest to, JESUS PEDRO FERNANDEZ, Deceased<br>The Veen Firm, P.C.<br>b.gregory@veenfirm.com |
| Counsel for Creditors<br>Public Entities Impacted by the Wildfires<br>Stutzman, Bromberg, Esserman & Plifka, P.C.<br>esserman@sbep-law.com | Counsel to Compass Lexecon, LLC<br>Togut, Segal & Segal LLP<br>altogut@teamtogut.com<br>kortiz@teamtogut.com<br>aoden@teamtogut.com<br>aglaubach@teamtogut.com |
| Counsel for BrightView Enterprise Solutions, LLC, Counsel for Granite Construction Incorporated, BrightView Landscape Services, Inc.<br>Taylor English Duma LLP<br>jmills@taylorenglish.com | Attorneys for Objector Patricia Garrison<br>Tosdal Law Firm<br>tom@tosdallaw.com |
| Counsel for Southern Power Company and Osmose Utilities Services, Inc.<br>Troutman Sanders LLP<br><br>harris.winsberg@troutman.com | US Securities and Exchange Commission<br>Us Securities And Exchange Commission<br>sanfrancisco@sec.gov |
| Counsel to Southern Power Company, Consolidated Edison Development, Inc.<br>Troutman Sanders LLP<br>marcus.hall@troutman.com | US Securities and Exchange Commission<br>Us Securities And Exchange Commission<br>secbankruptcy@sec.gov |

| | |
|---|---|
| Interested Party<br>Union Pacific Railroad Company<br>bankruptcynotices@up.com | Counsel for Interstate Fire & Casualty Company<br>Vedder Price Ca LLP<br>solson@vedderprice.com |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company<br>White & Case LLP<br>tlauria@whitecase.com<br>mbrown@whitecase.com | Counsel to Public Employees Retirement Association of New Mexico<br>Wagstaffe, Von Loewenfeldt, Busch & Radwick, LLP<br>wagstaffe@wvbrlaw.com<br>busch@wvbrlaw.com |
| Counsel to Subrogation Trust Advisory Board<br>Willkie Farr & Gallagher LLP<br>bmccallen@willkie.com<br>dforman@willkie.com<br>ccording@willkie.com | Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1<br>Walkup Melodia Kelly & Schoenberger<br>mkelly@walkuplawoffice.com<br>kbaghdadi@walkuplawoffice.com<br>mschuver@walkuplawoffice.com |
| Counsel to Subrogation Wildfire Trust<br>Young Conaway Stargatt & Taylor, LLP<br>eharron@ycst.com<br>skohut@ycst.com | Counsel for Aera Energy LLC, Midway Sunset Congeneration Company<br>Walter Wilhelm Law Group A Professional Corporation<br>rileywalter@W2LG.com<br>Mwilhelm@W2LG.com |
| Counsel to Plaintiffs Santiago Gatto and Anastasia Tkal<br>Young Ward & Lothert, A Professional Law Corporation<br>info@youngwardlothert.com | Counsel for Engineers and Scientists of California, Local 20, IFPTE, Counsel for SEIU United Service Workers - West<br>Weinberg Roger & Rosenfeld<br>cgray@unioncounsel.net |
| | Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company<br>White & Case LLP<br>cshore@whitecase.com |

**Service Via First Class Mail:**

| | |
|---|---|
| PG&E Corporation and Pacific Gas and Electric Company<br>Attn: Janet Loduca, Esq.<br>PO Box 770000<br>77 Beale Street<br>San Francisco, CA 94105 | Hon. Dennis Montali - "Chambers Copies"<br>U.S. Bankruptcy Judge<br>Mail Box 36099<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

Case: 19-30088    Doc# 11543-1    Filed: 11/05/21    Entered: 11/05/21 10:32:38    Page 15 of 20

| | |
|---|---|
| Weil, Gotshal & Manges LLP<br>Attn: Stephen Karotkin, Esq., Jessica Liou, Esq., and Matthew Goren, Esq.<br>767 Fifth Avenue<br>New York, New York 10153 | KELLER BENVENUTTI KIM LLP<br>Attn: Tobias S. Keller/Jane Kim<br>650 California Street, Suite 1900<br>San Francisco, CA 94108 |
| Stroock & Stroock & Lavan LLP<br>Attn: Kristopher M. Hansen, Esq., Erez E. Gilad, Esq., and Matthew G. Garofalo, Esq.<br>180 Maiden Lane<br>New York, NY 10038-4982 | Davis Polk & Wardwell LLP<br>Attn: Eli J. Vonnegut, Esq., David Schiff, Esq., and Timothy Graulich, Esq.<br>450 Lexington Avenue<br>New York, NY 10017 |
| Stroock & Stroock & Lavan LLP<br>Attn: Frank A. Merola, Esq.<br>2029 Century Park East<br>Los Angeles, CA 90067-3086 | Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Attn: Alan W. Kornberg, Esq., Brian S. Hermann, Esq., Walter R. Rieman, Esq., Sean A. Mitchell, Esq., and Neal P. Donnelly, Esq.<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 |
| U.S. Department of Justice, 1100 L Street, NW, Room 7106, Washington DC 20005 (Attn: Danielle A. Pham, Esq.,) as counsel for United States on behalf of the Federal Energy Regulatory Commission; | Nuclear Regulatory Commission<br>U.S. Nuclear Regulatory Commission<br>Attn: General Counsel<br>Washington DC 20555-0001 |
| Office of the United States Trustee for Region 17<br>Attn: James L. Snyder, Esq. and Timothy Laffredi, Esq.<br>450 Golden Gate Avenue, 5th Floor, Suite #05-0153<br>San Francisco, CA 94102 | Counsel for the Official Committee of Unsecured Creditors<br>Milbank LLP<br>Attn: Paul S. Aronzon, Esq., Gregory A. Bray, Esq., and Thomas R. Kreller, Esq.<br>2029 Century Park East<br>33rd Floor, Los Angeles, CA 90067 |
| Counsel for the Official Committee of Unsecured Creditors<br>Milbank LLP<br>Attn: Paul S. Aronzon, Esq., Gregory A. Bray, Esq., and Thomas R. Kreller, Esq.<br>2029 Century Park East<br>33rd Floor, Los Angeles, CA 90067 | Counsel for the Official Committee of Tort Claimants<br>Baker & Hostetler LLP<br>Attn: Eric Sagerman, Esq. and Cecily Dumas, Esq.<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025-0509 |
| Counsel to Transwestern Pipeline Company, LLC<br>Akerman LLP<br>Attn: Yelena Archiyan<br>2001 Ross Avenue, Suite 3600<br>Dallas TX 75201 | Counsel for Capital Power Corporation and Halkirk I Wind Project LP<br>Dentons US LLP<br>Attn: Oscar N. Pinkas<br>1221 Avenue of the Americas<br>New York NY 10020-1089 |
| Counsel for East Bay Community Energy | Federal Energy Regulatory Commission |

| | |
|---|---|
| Authority<br>East Bay Community Energy Authority<br>Attn: Leah S. Goldberg<br>1999 Harrison Street, Suite 800<br>Oakland CA 94612 | Federal Energy Regulatory Commission<br>Attn: General Counsel<br>888 First St NE<br>Washington DC 20426 |
| Counsel to International Business Machines Corp<br>IBM Corporation<br>Attn: Marie-Josee Dube<br>275 Viger East<br>Montreal QC H2X 3R7 Canada | Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia PA 19104-5016 |
| Interested Party John A. Vos A<br>John A. Vos<br>1430 Lincoln Avenue<br>San Rafael CA 94901 | Counsel for the Federal Monitor<br>Kirkland & Ellis LLP<br>Attn: Marc Kieselstein, P.C.<br>300 North LaSalle<br>Chicago IL 60654 |
| Counsel to Quanta Energy Services, Inc., Underground Construction Co., Inc., Mears Group, Inc., Dashiell Corporation, Quanta Technology LLC, and PAR Electrical Contractors<br>Locke Lord LLP<br>Attn: Kinga L. Wright<br>101 Montgomery Street, Suite 1950<br>San Francisco CA 94104 | Counsel for DTE Stockton, LLC, Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P., Potrero Hills Energy Producers, LLC, Sunshine Gas Producers, LLC, Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd.<br>Hunton Andrews Kurth LLP<br>Attn: Kevin M. Eckhardt<br>50 California Street, Suite 1700<br>San Francisco CA 94111 |
| Counsel to Davey Tree Expert Company, Davey Tree Surgery Company, and Davey Resource Group, Inc.<br>McDermott Will & Emery LLP<br>Attn: Jeffrey M. Reisner<br>2049 Century Park East, Suite 3200<br>Los Angeles CA 90067-3206 | Counsel for CALIFORNIA SELF-INSURERS' SECURITY FUND<br>Nixon Peabody LLP<br>Attn: Maximilian A. Ferullo<br>55 West 46th Street<br>New York NY 10036 |
| Counsel to Quanta Energy Services LLC<br>Locke Lord LLP<br>Attn: Xiyi Fu<br>101 Montgomery Street, Suite 1950<br>San Francisco CA 94104 | Office of the United States Attorney for the Northern District of California<br>Office of The United States Attorney for The Northern District of California<br>Attn: Bankruptcy Unit<br>Federal Courthouse<br>450 Golden Gate Avenue<br>San Francisco CA 94102 |
| Counsel to Centerbridge Partners, L.P.<br>Orrick, Herrington & Sutcliffe LLP<br>Attn: Douglas S. Mintz<br>Columbia Center<br>1152 15th Street, N.W.<br>Washington DC 20005-1706 | Interested Party Placer County Office of the Treasurer-Tax Collector<br>Placer County Office of the Treasurer- Tax Collector<br>Attn: Robert Kanngiesser<br>2976 Richardson Drive |

| | |
|---|---|
| | Auburn CA 95603 |
| Counsel to Fremont Bank<br>Robertson & Lewis<br>Attn: Wm. Thomas Lewis, Esq.<br>Post Office Box 1257<br>Gilroy CA 95021-1257 | Counsel to Ruckman-Leal Creditors, Counsel to Michael Marroquin<br>Rodriguez & Associates<br>Attn: Joseph Whittington, Esq. and Daniel Turek, Esq.<br>1128 Truxtun Ave<br>Bakersfield CA 93301-4618 |
| Attorney for California Department of Industrial Relations Office of Self-Insured Plans<br>State of California, Department of Industrial Relations<br>Attn: Pamela Allen<br>1515 Clay Street, 17th Floor<br>Oakland CA 94612 | Counsel to Davey Tree Expert Company, Davey Tree Surgery Company, and Davey Resource Group, Inc.<br>Steptoe & Johnson LLP<br>Attn: Jeffrey M. Reisner & Kerri A. Lyman<br>633 West Fifth Street, Suite 1900<br>Los Angeles CA 90071 |
| Counsel for Consolidated Edison Development Inc.<br>Troutman Pepper Hamilton Sanders LLP<br>Attn: Gabriel Ozel, Jared D. Bissell 11682 El Camino Real, Suite 400<br>San Diego CA 92130-2092 | Nuclear Regulatory Commission<br>U.S. Nuclear Regulatory Commission<br>Attn: General Counsel<br>Washington DC 20555-0001 |
| Nuclear Regulatory Commission<br>U.S. Nuclear Regulatory Commission<br>Attn: General Counsel<br>U.S. NRC Region IV<br>1600 E. Lamar Blvd.<br>Arlington TX 76011 | Unsecured Creditor Claim No. 7072<br>Attn: John Ramirez, Marta Ramirez<br>38006 Pueblo Road<br>Hinkley CA 92347 |
| Unsecured Creditor Claim No. 7083<br>Attn: Aurang Zaib Khan, Halima Zahib<br>1969 East Cooley Ave.<br>San Bernardino CA 92408 | Unsecured Creditor Claim No. 7168<br>Attn: Robert Miller, Donna Learmont<br>37241 Sycamore Street<br>Hinkley CA 92347 |
| Unsecured Creditor Claim No. 7167<br>Attn: Ken Nitao<br>244 S. Citrus Avenue<br>Alhambra CA 91801 | Unsecured Creditor Claim No. 7171<br>Attn: Shirley Holcroft, Sam Cabrera<br>P.O. Box HD<br>Barstow CA 92311 |
| Unsecured Creditor Claim No. 7168<br>Attn: Robert Miller, Donna Learmont<br>37241 Sycamore Street<br>Hinkley CA 92347 | Counsel for Ballard Marine Construction, Inc.<br>Williams Kastner<br>Attn: Todd W. Blischke<br>601 Union Street, Suite 4100<br>Seattle WA 98101-2380 |
| Unsecured Creditor Claim No. 7171<br>Attn: Shirley Holcroft, Sam Cabrera<br>P.O. Box HD<br>Barstow CA 92311 | Counsel for Macquarie Energy LLC<br>Winston & Strawn LLP<br>Attn: Michael A. Yuffee<br>1901 L Street NW |

|   |   |
|---|---|
|   | Washington DC 20036 |
| Unsecured Creditor Claim No. 7175<br>Attn: Andrea Williams, Dan S. Williams<br>36796 Hillview Road<br>Hinkley CA 92347 | Unsecured Creditor Claim No. 7180<br>Attn: Oscar Urbina<br>3617 Slauson Ave.<br>Maywood CA 90270 |
| Unsecured Creditor Claim No. 7176<br>Attn: Keith Hawes<br>P.O. Box 376<br>Hinkley CA 92347 | Unsecured Creditor Claim No. 7183<br>Attn: Martin Garza, Lynette Brown<br>P.O. Box 344<br>Hinkley CA 92347 |
| Unsecured Creditor Claim No. 7199<br>Attn: Carolyn Bolin, William Bolin<br>36310 Lenwood Road<br>Hinkley CA 92347 | Unsecured Creditor Claim No. 7201<br>Attn: Barbara A. Vinson, Lloyd K. Vinson<br>3220 Cindy Circle<br>Anderson CA 96007 |
| Unsecured Creditor Claim No. 7200<br>Attn: Sandra L. Brown<br>P.O. Box 192<br>Hinkley CA 92347 | Unsecured Creditor Claim No. 7226<br>Attn: Rosaiba Hernandez<br>18284 Pacific Street<br>Hesperia CA 92345 |
| Unsecured Creditor Claim No. 7229<br>Attn: David Matthiesen, Candace Matthiesen<br>36709 Hidden River Road<br>Hinkley CA 92347 | Unsecured Creditor Claim No. 7244<br>Attn: Aquilla Frederick<br>20455 Halstead Road<br>Hinkley CA 92347 |
| Unsecured Creditor Claim No. 7244<br>Attn: Agustin Carrera, Maritza Carrera<br>886 Gina Ct.<br>Upland CA 91784 | Unsecured Creditor Claim No. 7264<br>Attn: Darlene Herring Jenkins<br>P.O. Box 376<br>Hinkley CA 92347 |
| Unsecured Creditor Claim No. 7301<br>Attn: Marina Riebeling, Adolfo Riebeling<br>4600 Jerry Ave.<br>Baldwin Park CA 91706 | Unsecured Creditor Claim No. 7591<br>Attn: Cindy Sue Downing<br>P.O. Box 376<br>Hinkley CA 92347 |
| Unsecured Creditor Claim No. 7585<br>Attn: Clell Courtney, Hennie Courtney<br>25595 Ash Road<br>Barstow CA 92311 | Unsecured Creditor Claim No. 7657<br>Attn: Joel A. Christison<br>P.O. Box 9048<br>Alta Loma CA 91701 |
| Unsecured Creditor Claim No. 7704<br>Attn: Nick Panchev<br>25633 Anderson Avenue<br>Barstow CA 92311 | Unsecured Creditor Claim No. 8278<br>Attn: Kimberly Blowney<br>36816 Hillview Road<br>Hinkley CA 92347 |
| Unsecured Creditor Claim No. 8273<br>Attn: Charles Matthiesen, Matsue Matthiesen<br>36771 Hidden River Rd.<br>Hinkley CA 92347 | Unsecured Creditor Claim No. 8283<br>Attn: Saray Ordaz, Victor Suarez 1042 E. Sandison St. Apt. 1<br>Wilmington CA 90744 |

| | |
|---|---|
| Unsecured Creditor Claim No. 8274<br>Attn: Juliana Martinez, Manuel Martinez<br>36633 Hidden River Road<br>Hinkley CA 92347 | Unsecured Creditor Claim No. Pending<br>Attn: Yvonne Kirkpatrick, Herbert Nethery<br>23394 Alcudia Rd.<br>Hinkley CA 92347 |
| Unsecured Creditor Claim No. 8274<br>Attn: Norman Halstead<br>20455 Halstead Road<br>Hinkley CA 92347 | |