KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

GOUGH & HANCOCK LLP
Gayle L. Gough (#154398)
(gayle.gough@ghcounsel.com)
Laura L. Goodman (#142689)
(laura.goodman@ghcounsel.com)
50 California Street, Suite 1500
San Francisco, CA 94111
Tel: 415.848-8918

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

**In re:**

**PG&E CORPORATION,**

- and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

                        **Debtors.**

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Case No. 19-30088 (DM)

Chapter 11
(Lead Case) (Jointly Administered)

**REORGANIZED DEBTORS' STATUS CONFERENCE STATEMENT REGARDING MOTION FOR RELIEF FROM PLAN INJUNCTION AND OBJECTION TO CLAIM OF FULCRUM CREDIT PARTNERS, LLC**

**[Related to Docket Nos. 11066, 11288]**

Date: November 9, 2021
Time: 10:00 a.m. (Pacific Time)
Place: By Zoom Videoconference Only
       United States Bankruptcy Court
       Courtroom 17, 16th Floor
       San Francisco, CA 94102

In advance of the November 9, 2021, 10:00 a.m. omnibus hearing (the "**Status Conference**"), PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), hereby submit this status conference statement in connection with the *Reorganized Debtors' Objection to Proof of Claim No. 58562 Filed by Fulcrum Credit Partners LLC as Transferee of Tuscan Ridge Associates, LLC* [Docket No. 11288] (the "**Objection**") and the *Motion for Relief from Plan Injunction, to Compel Arbitration and/or for Abstention* [Docket No. 11066] (the "**Motion**") filed by Fulcrum Credit Partners LLC ("**Fulcrum**") as transferee of Proof of Claim No. 58562 filed by Tuscan Ridge Associates, LLC[1].

The Reorganized Debtors received the *Status Report by Fulcrum Credit Partners, LLC and Tuscan Ridge Associates, LLC* [Docket No. 11543] (the "**Fulcrum Status Report**"), filed earlier on this date, as well as the Court's Docket Text Order entered this afternoon (the "**Docket Text Order**"), which tentatively approved the proposed stipulation attached as Exhibit A to the Fulcrum Status Report (the "**Fulcrum Proposed Stipulation**").

As Fulcrum notes in the Fulcrum Status Report, the parties met and conferred regarding scheduling, but the Reorganized Debtors did not agree to the Fulcrum Proposed Stipulation.

The parties met and conferred on November 1, 2021, regarding a proposed discovery schedule and order of proceedings, and counsel for Fulcrum agreed to draft the initial stipulation following the parties' discussion. On November 4, 2021, Fulcrum's counsel proposed the Fulcrum Proposed Stipulation, which contained certain new provisions that the parties had not discussed, and PG&E's counsel responded on November 5, 2021, with a revised proposed stipulation. A clean version of PG&E's revised proposed stipulation is attached hereto as **Exhibit A** (the "**Revised Proposed Stipulation**"), and a redline comparison of the Fulcrum Proposed Stipulation and the Revised Proposed Stipulation is attached hereto as **Exhibit B**. PG&E's counsel was unable to reach Fulcrum's counsel by phone to finalize the stipulation and remains available through the weekend

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Objection or the *Reorganized Debtors' Opposition to Motion for Relief from Plan Injunction, to Compel Arbitration and/or for Abstention* [Docket No. 11263] (the "**Debtors' Opposition**"), as applicable.

and Monday to meet and confer.

The attached Revised Proposed Stipulation has been revised to provide for a phased and orderly proceeding of the litigation. The Revised Proposed Stipulation allows for the Court's determination of legal and factual issues based on the Evidentiary Hearing before an arbitrator is asked to estimate costs, which may be limited or unnecessary depending on the Court's determination of issues. The phased proceeding will serve the interests of justice and conserve resources.

Tellingly, Fulcrum's own preamble to the Fulcrum Proposed Stipulation states that the purpose of the stipulation is to modify the Plan Injunction "solely in the event that the Bankruptcy Court determines that the Utility is liable, in whole or part, on a claim held by Fulcrum as assignee of Tuscan Ridge, and solely to permit the Parties to arbitrate the issue of the cost of any restoration for which the Utility is liable, **following** the Bankruptcy Court's determination." Fulcrum Proposed Stipulation, preamble (emphasis added). PG&E's revisions reflected in the Revised Proposed Stipulation are consistent with that stated purpose.

The additional time built into the Revised Proposed Stipulation (approximately 30 days) takes into account that evidence must be sought from third parties, including contractors, tenants, and agents of Tuscan Ridge Associates, in addition to the information that was previously requested from Tuscan Ridge Associates but not yet received. The discovery will include (a) written discovery to Tuscan Ridge Associates, including but not limited to discovery regarding the use, operations, conditions, infrastructure, maintenance, and occupancy of the premises; employees, contractors, occupants, and users of the premises; and contracts, agreements, records, and accountings during relevant periods; (b) depositions and deposition subpoenas requesting documents served on agents, representatives, contractors and employees of Tuscan Ridge Associates, users of the Tuscan Ridge Associates premises, and entities with relevant contracts related to the premises; and (c) discovery of expert reliance materials, writings, and opinions.

As stated above, the Reorganized Debtors remain available to meet and confer with counsel for Fulcrum. If the parties are unable to agree on a stipulation, the Reorganized Debtors look forward to discussing with the Court at the Status Conference further proceedings with respect to the

Motion and Objection, as indicated in the Docket Text Order.

Dated: November 5, 2021

**KELLER BENVENUTTI KIM LLP**
**GOUGH & HANCOCK LLP**

/s/ *Jane Kim*
Jane Kim
*Attorneys for Debtors and Reorganized Debtors*