| | |
|---|---|
| 1 | BROWN RUDNICK LLP |
| | David J. Molton (SBN 262075) |
| 2 | (DMolton@brownrudnick.com) |
| | Eric R. Goodman (Admitted Pro Hac Vice) |
| 3 | (Egoodman@brownrudnick.com) |
| | Seven Times Square |
| 4 | New York, New York 10036 |
| | Telephone: (212) 209-4800 |
| 5 | Facsimile: (212) 209-4801 |
| 6 | BROWN RUDNICK LLP |
| | Joel S. Miliband (SBN 077438) |
| 7 | (JMiliband@brownrudnick.com) |
| | 2211 Michelson Drive |
| 8 | Seventh Floor |
| | Irvine, California 92612 |
| 9 | Telephone: (949) 752-7100 |
| | Facsimile: (949) 252-1514 |
| 10 | |
| | Attorneys for Fire Victim Trustee |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 3:19-bk-030088 DM |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | (Lead Case) |
| | (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **NOTICE OF MOTION AND MOTION OF FIRE VICTIM TRUSTEE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR ENTRY OF AN ORDER AUTHORIZING DISCOVERY FROM ADVENTIST HEALTH SYSTEM/WEST AND ADVENTIST HEALTH FEATHER RIVER AND SERVICE OF A SUBPOENA ON FACTOR MUTUAL INSURANCE COMPANY** |
| Debtors. | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Response Deadline**: November 23, 2021 (Pacific Standard Time) |
| | Hearing Date: December 7, 2021 |
| | Time: 10:00 a.m. (PST) |
| | Via Zoom or AT&T Only |

TO: THE HONORABLE DENNIS MONTALI, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that on December 7, 2021, at 10:00 a.m. in Courtroom 17 located at 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, a hearing will be held before the Honorable Dennis Montali, United States Bankruptcy Judge on the Motion Of Fire Victim Trustee Pursuant To Federal Rule Of Bankruptcy Procedure 2004 For Entry Of An Order Authorizing Discovery From Adventist Health System/West And Adventist Health Feather River And Service Of A Subpoena On Factor Mutual Insurance Company (the "Motion") filed by The Hon. John K. Trotter (Ret.) as Trustee of the Fire Victim Trust (the "FV Trustee"), in the above-captioned Chapter 11 cases of PG&E Corporation, et al. (the "Chapter 11 Case").

The Motion is made pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Bankruptcy Rule 2004-1(a). By this Motion, the FV Trustee seeks entry of an order authorizing discovery from Adventist Health System/West ("Adventist Health") and Feather River Hospital d/b/a/ Adventist Health Feather River ("AHFR," collectively "Adventist Health") and the service of a subpoena on Adventist Health's insurer Factory Mutual Insurance Company so that the FV Trustee can accurately evaluate and fully administer the Proofs of Claim filed by Adventist Health in accordance with the Plan, the Confirmation Order, the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures.

PLEASE TAKE FURTHER NOTICE that the Motion is based upon the Notice of Motion and Motion, the concurrently filed Declaration of Eric R. Goodman, all pleadings and papers on file herein, arguments and representations of counsel, and any oral or documentary evidence presented at or prior to the time of the hearing.

PLEASE TAKE FURTHER NOTICE that any party in interest objecting to the relief sought in the Motion shall submit any such objection in writing and file same with the Court and serve such objection no later than **November 23, 2021** on counsel for the FV Trustee.

PLEASE TAKE FURTHER NOTICE that failure of a party in interest to file and serve a timely written objection to the Motion may be deemed by the Court to constitute such party's consent to all of the relief requested in the Motion.

///

PLEASE TAKE FURTHER NOTICE that due to the courthouse closure, all hearings will be conducted by telephone or video conference (unless otherwise noted). No hearings will be conducted in person. Please review the instructions on the specific calendar page (pdf) posted on the Court's website for telephonic or video appearances for Judge Dennis Montali. There is no cost for either services.

PLEASE TAKE FURTHER NOTICE that pursuant to Sixth Amended General Order 38 issued on March 5, 2021:

> "All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website."

DATED: November 9, 2020                BROWN RUDNICK LLP

                                       By:  /s/ Eric R. Goodman
                                            ERIC R. GOODMAN
                                            (admitted *pro hac vice*)

                                            Counsel to the Fire Victim Trustee