# Exhibit 1

**Claims**

**Seventeenth Securities Claims Omnibus Objection**
**(No Basis for Claim - Failure to Provide Any Trading Information)**

**PG&E Corporation and Pacific Gas and Electric Company**
**Case No. 19-30088 (DM), Jointly Administered**

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total [1] | TIRF Mailing Date | Reminder Notice Mailing Date | Outreach Email Send Date | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Burns, Michael<br>10575 Darden Lane<br>Bainbridge Island WA 98110 | 107057 | Pacific Gas and Electric Company | 5/25/2021 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | 7/13/2021 | 10/20/2021 | | No Basis for Claim - Failure to Provide Any Trading Information |
| 2 | Carol A. Lord Revocable Living Trust<br>C/O Zachary Kleiman<br>5089 Highway A1A<br>Suite 100<br>Vero Beach FL 32963 | 104536 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | 3/12/2021 | 10/20/2021 | 6/9/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 3 | Deutsche Bank Securities Inc.<br>Goal Global Recoveries, Inc FBO<br>5 Hanover Square, Suite 2300<br>New York NY 10004 | 107024 | PG&E Corporation | 3/8/2021 | $0.00 | $0.00 | $0.00 | $5,000,000.00 | $5,000,000.00 | 7/13/2021 | 10/20/2021 | | No Basis for Claim - Failure to Provide Any Trading Information |
| 4 | Estate of Robert W. Lord<br>C/O Zachary Kleiman<br>5089 Highway A1A, Suite 100<br>Vero Beach FL 32963 | 104552 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $5,725.31 | $5,725.31 | 3/12/2021 | 5/12/2021 | 7/7/2021;<br>7/21/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 5 | Gottsche, John Kendall<br>5521 Lonesome Biker Lane<br>Las Vegas NV 89113 | 99079 | PG&E Corporation | 4/11/2020 | $0.00 | $0.00 | $0.00 | $17,406.00 | $17,406.00 | 3/12/2021 | 10/20/2021 | 6/9/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 6 | HELEN HWE CHING YEN &<br>CECILIA YEN WONG TTEES<br>HELEN HWE CHING YEN TRUST DTD 03/28/2005<br>468 ULLOA ST<br>SAN FRANCISCO CA 94127-1231 | 98149 | PG&E Corporation | 3/26/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | 7/21/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 7 | Houghton, Mary D.<br>1 Crawford Rd.<br>Harrison NY 10528 | 103108 | PG&E Corporation | 4/23/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 10/20/2021 | 8/17/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 8 | Huffer, Corinne<br>PO Box 131<br>Tuscala IL 61953 | 100217 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | 7/21/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 9 | HWECHING YEN HONG &<br>CECILIA YEN WONG JT TEN<br>468 ULLOA ST<br>SAN FRANCISCO CA 94127-1231 | 98150 | PG&E Corporation | 3/26/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | 7/21/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 10 | Jame Joseph trant Jr TOD<br>Jule A Pendergraft Subject to Sta Tod Rules<br>625 Dahlia Ave.<br>Imperial Beach CA 91932 | 102942 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | 7/21/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 11 | Jerry Greenmyer & Linda Greenmyer Joint Tenant<br>Jerry Greenmyer<br>32 Rio Vista Drive<br>Lodi CA 95240 | 80662 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $5,000.00 | $0.00 | $5,000.00 | 3/12/2021 | 10/20/2021 | 6/9/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 12 | Kaahanui-Kapu, Alyse<br>46-270 Kahuhipa St Apt A619<br>Kaneohe HI 96744 | 106142 | Pacific Gas and Electric Company | 7/15/2020 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | 3/12/2021 | 10/20/2021 | 6/9/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 13 | McCarthy, Dorthy J.<br>550 Files Rd. #241<br>Hot Springs AR 71913 | 102817 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | | No Basis for Claim - Failure to Provide Any Trading Information |
| 14 | MCINTYRE, GERALD & LYNN G<br>TR UA DEC 18 02 THE GERALD<br>MCINTYRE & LYNN G MCINTYRE 2002 TRUST<br>980 SLATE DR | 98069 | PG&E Corporation | 3/24/2020 | $0.00 | $0.00 | $0.00 | $88,421.00 | $88,421.00 | 3/12/2021 | 10/20/2021 | 6/9/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 15 | Mitchell Jr, Doyne Austin<br>PO Box #4850<br>Grand Central Station<br>New York NY 10163-4850 | 98205 | PG&E Corporation | 3/23/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | | No Basis for Claim - Failure to Provide Any Trading Information |
| 16 | PATTERSON, JAMES E<br>Apt 704<br>522 21st St NW<br>WASHINGTON DC 20006 | 105371 | Pacific Gas and Electric Company | 5/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | 7/21/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 17 | Principal Funds, Inc - EDGE MidCap Fund<br>c/o Principal Global Investors, LLC<br>711 High Street<br>Des Moines IA 50392-0800 | 101866 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 10/20/2021 | 6/9/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 18 | Principal Variable Contracts Funds, Inc. - Large Cap Blend Account II<br>c/o Principal Global Investors, LLC<br>711 High Street<br>Des Moines IA 50392-0800 | 101751 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 10/20/2021 | 6/9/2021 | No Basis for Claim - Failure to Provide Any Trading Information |

[1] Claims listed as $0.00 seek an unliquidated amount.

**Seventeenth Securities Claims Omnibus Objection**
**(No Basis for Claim - Failure to Provide Any Trading Information)**

**PG&E Corporation and Pacific Gas and Electric Company**
**Case No. 19-30088 (DM), Jointly Administered**

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | TIRF Mailing Date | Reminder Notice Mailing Date | Outreach Email Send Date | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | Principal Variable Contracts Funds, Inc. - Large Cap Blend Account II<br>c/o Principal Global Investors, LLC<br>711 High Street<br>Des Moines IA 50392-0800 | 101911 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 10/20/2021 | 6/9/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 20 | Principals Funds, Inc. - EDGE MidCap Fund<br>c/o Principal Global Investors, LLC<br>711 High Street<br>Des Moines IA 50392-0800 | 101701 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | 7/21/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 21 | Rouse, Jim and Nona<br>22559 106th St.<br>Menahga MN 56464 | 98336 | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | 7/21/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 22 | Shaloo, Andrea J<br>12115 San Vicente Blvd # 108<br>Los Angeles CA 90049 | 103346 | PG&E Corporation | 4/28/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | | No Basis for Claim - Failure to Provide Any Trading Information |
| 23 | Tanzer, Thomas P.<br>PO Box 680340<br>Park City UT 84068 | 104063 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $50,000.00 | $50,000.00 | 3/12/2021 | 5/12/2021 | | No Basis for Claim - Failure to Provide Any Trading Information |
| 24 | ZAHR, SABINE G<br>8226 POLISHED STONE CIR<br>HOUSTON TX 77095 | 102974 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $1,481.98 | $1,481.98 | 3/12/2021 | 10/20/2021 | 6/9/2021 | No Basis for Claim - Failure to Provide Any Trading Information |