# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Rohany Tejada, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On November 5, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via Overnight Mail on Patricia A. McColm (MMLID: 6173832) at PO Box 113, Lewiston, CA 96052:

- Order Regarding November 9, 2021 Hearing on One Hundred Seventh Omnibus Objection to Patricia A. McColm Claims [Docket No. 11542]

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 9th day of November 2021, at New York, NY.

*/s/ Rohany Tejada*
Rohany Tejada

SRF 57821