KIRSTEN WORLEY, ESQ. (Bar No. 222513)
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Creditor
BALLARD MARINE CONSTRUCTION, INC.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

In re:

PG&E Corporation,

    Debtor.

Tax I.D. No. 94-3234914

CASE NO. 19-30088-DM

**NOTICE REQUESTING TERMINATION FROM THE ELECTRONIC MAILING LIST**

    Attorney Kirsten Worley hereby requests termination from the electronic mailing system on behalf of Creditor BALLARD MARINE CONSTRUCTION, INC.

DATED: November 9, 2021        HIGGS FLETCHER & MACK LLP

By:/s/ Kirsten Worley
KIRSTEN WORLEY
Attorneys for
BALLARD MARINE CONSTRUCTION, INC.

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

19-30088-DM CASE NO.

Case: 19-30088  Doc# 11565  Filed: 11/09/21  Entered: 11/09/21 16:42:32  Page 1 of 1

10647136.1