# Exhibit 1

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| ICF Jones & Stokes, Inc.<br>Squire Patton Boggs (US) LLP<br>Peter R. Morrison<br>Cleveland, OH 44114 | | 79082 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $637,420.09 | $0.00 | $0.00 | $637,420.09 | Satisfied Claim |
| **Claims To Be Expunged Totals** | | **Count:1** | | | **$0.00** | **$637,420.09** | **$0.00** | **$0.00** | **$637,420.09** | |