| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Cavini, Daniel<br>Bartko Zankel Bunzel & Miller<br>Marco Quazzo One Embarcadero Center, Suite 800<br>San Francisco, CA 94111 | | **91910** | PG&E Corporation and Pacific Gas and Electric Company | 12/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations |
| **Claims To Be Expunged Totals** | | **Count: 1** | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |