

**Signed and Filed: November 10, 2021**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br>Date: February 2, 2022<br>Time: 10:00 AM<br>www.canb.uscourts.gov/calendars |

<u>SCHEDULING ORDER ON SEVENTY-NINTH OMNIBUS OBJECTION TO CLAIMS AS TO DAVID ADDINGTON (PROOF OF CLAIM # 3093)</u>

    On November 9, 2021, the Court held a status conference on Debtors' Seventy-Ninth Omnibus Objection to Claims (Dkt. 10673) as to David Addington (Proof of Claim # 3093). Appearances are noted on the record. Based upon the discussion on the record, the Court sets the following scheduling:

| December 1, 2021 | Debtors to provide a draft statement of agreed facts to Addington and the parties shall meet and confer. |
|---|---|
| December 8, 2021 | File joint statement of agreed facts. |
| December 14, 2021 | Debtors to file an opening brief. |
| January 14, 2022 | Addington to file a response brief. |
| January 26, 2022 | Debtors to file a reply. |

Debtors shall notify the Court if any of the above set dates are extended beyond the continued hearing date of February 2, 2022.

**END OF ORDER**

COURT SERVICE LIST

David P. Addington
298 Saint James Drive
Piedmont, CA 94611