# Notice Recipients

| District/Off: 0971–3 | User: admin | Date Created: 11/12/2021 |
|---|---|---|
| Case: 19–30088 | Form ID: TRANSC | Total: 8 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| aty | Diane C. Stanfield | diane.stanfield@alston.com |
| aty | Jane Kim | jkim@kbkllp.com |
| aty | Thomas B. Rupp | trupp@kbkllp.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| intp | David P. Addington | 298 Saint James D | Piedmont, CA 94611 | |
| intp | Willie & Ora Green | 2845 Magnolia Street | Oakland, CA 97608 | |
| cr | Patricia A. McColm | P.O. Box 113 | Lewiston, CA 96052 | |
| | GAYLE G. GOUGH, ESQ. | Gough & Hancock LLP | 50 California Street Suite 1500 | San Francisco, CA 94111 |
| intp | Jamie P. Dreher, Esq. | 621 Capital Mall, 18th Fl., Sacramento, CA 95814 | | |

TOTAL: 5