Northern California Law Group, PC.
Joseph Feist, SBN 249447
2611 Esplanade
Chico, CA 95973
Tel: 530-433-0233 | Fax: 916-426-7848
info@norcallawgroup.net

Attorney for Claimant
Beverly Cangialosi

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088-DM |
| PG&E Corporation, | Chapter 11 |
| and | Lead Case, Jointly Administered |
| PACIFIC GAS AND ELECTRIC COMPANY, | **DECLARATION OF MOVANT IN SUPPORT OF MOTION PURSUANT TO FED. R. BANKR. PROC. 7015 AND 7017 TO ENLARGE TIME TO FILE PROOF OF CLAIM PURSUANT TO FED. R. BANKR. PROC. 9006(b)(1)** |
| Debtors. | |
| [x] Affects both Debtors | Date: January 18th, 2022 |
| *All paper shall be filed in the Lead Case, No. 19-30088-DM | Time: 10:00 a.m. (Pacific Time) |
| | Place: Telephonic/Video Appearances Only |
| | United States Bankruptcy Court |
| | Courtroom 17, |
| | 450 Golden Gate Ave., 16th Floor |
| | San Francisco, CA |
| | Judge: Hon. Dennis Montali |
| | Objection Date: January 4th, 2022 |

I, Beverly Cangialosi, hereby declare:

1. I am the movant in this matter and was the owner of the property commonly known as 1487 Bennett Rd. Paradise, CA 95969 on November 8, 2018, which was my primary residence at the time of the Camp Fire.

2. On November 8, 2018, my home was completely destroyed in the Camp Fire.

3. I filed a claim with my insurance provider shortly after the fire.

4. Shortly after the fire I moved to Boise, ID as the aftermath of the fire was too much to cope with.

5. My Proof of Claim filing for damages sustained in the Camp Fire of November 8, 2018, was delayed due to my reasonable, good faith belief that I was not eligible for recovery because I had homeowners' insurance on the day of the fire.

6. On November 2nd, 2021, I contacted Northern California Law Group, PC., to obtain a consultation. Prior to that conversation I had not spoken to an attorney regarding my rights and potential recovery in these proceedings. I was informed at that time, that I did have a valid claim against PG&E for the losses suffered on November 8, 2018.

7. On November 4th, 2021, I retained Northern California Law Group, PC to file this motion, file my Proof of Claim and represent me in the Fire Victims Trust process.

8. All statements in this declaration are based on my own personal knowledge and observation. If called to testify on this matter, I can and would competently testify to the matters set forth in this Declaration.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of November 2021, in Boise, ID.

/s/ Beverly Cangialosi

Beverly Cangialosi
Movant