Northern California Law Group, PC.
Joseph Feist, SBN 249447
2611 Esplanade
Chico, CA 95973
Tel: 530-433-0233 | Fax: 916-426-7848
info@norcallawgroup.net

Attorney for Claimant
Beverly Cangialosi

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | ) Case No. 19-30088-DM |
| | ) |
| PG&E Corporation, | ) Chapter 11 |
| | ) Lead Case, Jointly Administered |
| and | ) |
| | ) **DECLARATION OF JOSEPH FEIST IN** |
| PACIFIC GAS AND ELECTRIC | ) **SUPPORT OF MOTION PURSUANT TO** |
| COMPANY, | ) **FED. R. BANKR. PROC. 7015 AND 7017 TO** |
| | ) **ENLARGE TIME TO FILE PROOF OF** |
| Debtors. | ) **CLAIM PURSUANT TO FED. R. BANKR.** |
| | ) **PROC. 9006(b)(1)** |
| [x] Affects both Debtors | ) |
| | ) Date: January 18th, 2022 |
| *All paper shall be filed in the Lead Case, | ) Time: 10:30 a.m. (Pacific Time) |
| No. 19-30088-DM | ) Place: Telephonic/Video Appearances Only |
| | ) United States Bankruptcy Court |
| | ) Courtroom 17, |
| | ) 450 Golden Gate Ave., 16th Floor |
| | ) San Francisco, CA |
| | ) Judge: Hon. Dennis Montali |
| | ) |
| | ) Response Due Date: January 4th, 2022 |
| | ) |

I, Joseph K. Feist, hereby declare:

1.  I am an attorney at law duly licensed to practice before all state and federal courts of the State of
    California.

2.  My firm represents wildfire victims who sustained losses from the Camp Fire in 2018.

3. On November 2, 2021, Movant contacted our office for a consultation and was informed that she did in fact have a valid claim against PG&E for the losses suffered from the Camp Fire.

4. On November 4, 2021, Movant retained Northern California Law Group, PC to file this motion, file a Proof of Claim and represent her through the Fire Victims Trust process

5. All statements in this declaration are based on my own personal knowledge and observation and from my review of the court and business records in this case, or upon information and believed as indicated. If called to testify on this matter, I can and would competently testify to the matters set forth in this Declaration.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of November 2021, in Sacramento, California.

_/s/ Joseph Feist_____

Joseph K. Feist, Attorney for Movant