Signed and Filed: November 16, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

<u>ORDER GRANTING THIRD EXTENSION OF TIME FOR</u>
<u>WILLIAM F. WEIDMAN, III  TO FILE A MOTION FOR RECONSIDERATION</u>

The Court granted an extension of time to November 15, 2021 for William F. Weidman, III ("Claimant") to file a motion for reconsideration to the October 6, 2021 *Order Disallowing Proof of Claim # 10281*.

On November 15, 2021, the Claimant emailed a document for filing to the Courtroom Deputy.  The document contains the

Claimant's Social Security Number.  The Court is not inclined to place such document on the docket notwithstanding Claimant's permission to file the document "as-is".

In light of the foregoing, the Court hereby directs the Claimant to redact personal identifiable information in all future filings.  Claimant has until 3:00 PM (PST), November 19, 2021, to revise his motion for reconsideration to delete his Social Security Number.

**END OF ORDER**

COURT SERVICE LIST

William F. Weidman, III
108 Connolly Road, No. 136
P.O. Box 136
Benson, Maryland 21018