WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☒ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**STIPULATION BY AND BETWEEN REORGANIZED DEBTORS AND MICHAEL DEWAN DENNIS MADDEN EXPUNGING PROOF OF CLAIM NO. 103767 AND CONFIRMING SURVIVAL OF PROOF OF CLAIM NO. 104054**<br><br>**[Related to Dkt. No. 10922]**<br><br>[No Hearing Date Requested] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), on the one hand, and Michael DeWan Dennis Madden ("**Madden**"), on the other hand, hereby submit this stipulation (the "**Stipulation**") for an order permitting the expungement Proof of Claim No. 103767 (the "**Original Proof of Claim**"), and confirming that Proof of Claim No. 104054 (the "**Amended Proof of Claim**") will survive such expungement. The Reorganized Debtors and Madden are referred to in this Stipulation collectively as the "**Parties**," and each as a "**Party**." The Parties hereby stipulate and agree as follows:

## RECITALS

A. On January 29, 2019, the Debtors commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B. On May 4, 2020, Madden filed the Original Proof of Claim, asserting certain claims relating to his purchase of certain equity securities of PG&E Corporation. The Original Proof of Claim set forth no transaction data.

C. On May 11, 2020, Madden filed the Amended Proof of Claim, which indicated that it was amending the Original Proof of Claim. The Amended Proof of Claim set forth certain transaction data.

D. On July 14, 2021, the Reorganized Debtors filed the *Eighth Securities Claims Omnibus Objection (No Basis for Claim – Failure to Provide Any Trading Information)* [Docket No. 10922] (the "**Objection**"), which sought, *inter alia*, to disallow and expunge the Original Proof of Claim on the basis that it did not provide any transaction data. The Objection does not seek to disallow or expunge the Amended Proof of Claim.

E. On August 8, 2021, Madden filed a response to the Objection [Docket No. 11038].

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, THROUGH THE UNDERSIGNED, THE PARTIES JOINTLY REQUEST THE BANKRUPTCY COURT TO ORDER, THAT:**

1. The Original Proof of Claim shall be deemed expunged, and Prime Clerk LLC, the claims agent appointed in the Chapter 11 Cases, shall be authorized to update the official claims register to reflect the terms set forth herein.

2. The Amended Proof of Claim will not be expunged by this Stipulation and shall survive.

3. The Debtors and Reorganized Debtors reserve all rights to object to the Amended Proof of Claim on any grounds.

4. This Stipulation shall constitute the entire agreement and understanding of the Parties relating to the subject matter hereof.

5. This Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same agreement.

6. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation.

Dated: November 16, 2021

WEIL, GOTSHAL & MANGES LLP
KELLER BENVENUTTI KIM LLP

*/s/ Richard W. Slack*
Richard W. Slack

*Attorneys for the Debtors and Reorganized Debtors*

Dated: November 16, 2021

*/s/ Michael De Wan Dennis Madden*

Michael DeWan Dennis Madden