# Exhibit 1

| Original Creditor | Claims To Be Reduced, Expunged or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| City of San Luis Obispo 990 Palm Street San Luis Obispo, CA 93401 | 78491 | PG&E Corporation | 10/21/2019 | Filed/Sched. Claim Amount: Unliquidated ☑ Contingent ☑ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Governmental Unit Combined Claims |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| County of Alameda c/o Farand Kan Deputy County Counsel Office of the County Counsel 1221 Oak Street, Suite 450 Oakland, CA 94612 | 68444 | Pacific Gas and Electric Company | 10/20/2019 | Filed/Sched. Claim Amount: Unliquidated ☑ Contingent ☑ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Governmental Unit Combined Claims |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| County of Sacramento - Dept of Revenue Recovery 700 H St. Suite 6720A Sacramento, CA 95814 | 3034 | Pacific Gas and Electric Company | 5/17/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ Contingent ☐ | $0.00 | $0.00 | $0.00 | $47,676.79 | $47,676.79 | Governmental Unit Combined Claims |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $11,335.69 | $11,335.69 | |
| County of San Luis Obispo c/o County Counsel 1055 Monterey Street, Ste. D320 San Luis Obispo, CA 93408 | 61288 | Pacific Gas and Electric Company | 10/21/2019 | Filed/Sched. Claim Amount: Unliquidated ☑ Contingent ☐ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Governmental Unit Combined Claims |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| County Of Sonoma Tambra Curtis 575 Administration Dr. Rm 105A Santa Rosa, CA 95403 | 79864 | Pacific Gas and Electric Company | 10/18/2019 | Filed/Sched. Claim Amount: Unliquidated ☑ Contingent ☑ | $0.00 | $0.00 | $0.00 | $566,703.33 | $566,703.33 | Governmental Unit Combined Claims |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $99,516.13 | $99,516.13 | |
| **Asserted Totals** | Count: 5 | | | | **$0.00** | **$0.00** | **$0.00** | **$614,380.12** | **$614,380.12** | |
| **Remaining Totals** | | | | | **$0.00** | **$0.00** | **$0.00** | **$110,851.82** | **$110,851.82** | |