Northern California Law Group, PC.
Joseph Feist, SBN 249447
Jonathan Griffith SBN 266891
2611 Esplanade
Chico, CA 95973
Tel: 530-433-0233 | Fax: 916-426-7845
info@norcallawgroup.net

Attorney for Claimant
Beverly Cangialosi

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>[x] Affects both Debtors<br><br>*All paper shall be filed in the Lead Case, No. 19-30088-DM | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**Hearing (as currently scheduled):**<br>Date: January 18th, 2022<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Telephonic/Video Appearances Only<br>    United States Bankruptcy Court<br>    Courtroom 17,<br>    450 Golden Gate Ave., 16th Floor<br>    San Francisco, CA<br>Judge: Hon. Dennis Montali |

## NOTICE OF WITHDRAWAL OF MOTION TO ENLARGE TIME TO FILE PROOF OF CLAIM AND REQUEST TO VACATE SCHEDULED HEARING

PLEASE TAKE NOTICE THAT Beverly Cangialosi, creditor herein, though her attorney, Joseph Feist, hereby withdraws her Motion to Enlarge Time and respectfully requests the court withdraw all documents associated with the Motion to Enlarge Time filed on November 15th, 2021 and requests the current scheduled hearing date be vacated.

Dated: November 17, 2021

                                                  ___/s/ Joseph K. Feist___

                                                  Joseph Feist
                                                  Attorney for Claimant