Craig Solomon Ganz (217254)
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Email: ganzc@ballardspahr.com
Telephone: 602.798.5400
Facsimile: 602.798.5595

Michael S. Myers (305011)
BALLARD SPAHR LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Email: myersm@ballardspahr.com
Telephone: 204.424.4400
Facsimile: 204.424.4350

*Attorneys for Realty Income Corp.*

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>    - and -<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>                Debtors. | Bankruptcy Case No. 19-30088<br><br>(Lead Case)<br><br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |
| ☐   PG&E Corporation<br>☐   Pacific Gas and Electric Company<br>☒   Both Debtors | |

PLEASE TAKE NOTICE that Stacy H. Rubin has withdrawn as counsel of record for creditor Realty Income Corporation in the above-captioned action.

It is hereby requested that Stacy H. Rubin be removed from any and all applicable service lists and that the Clerk terminate all delivery of all CM/ECF Notices addressed to the following email addresses in the above-captioned action:

rubins@ballardspahr.com

. . .

. . .

. . .

RESPECTFULLY SUBMITTED this 18th day of November, 2021.

BALLARD SPAHR LLP

By: */s/ Michael S. Myers*
Craig Solomon Ganz (217254)
BALLARD SPAHR LLP
1 E. Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Email: ganzc@ballardspahr.com
Telephone: 602.798.5400
Facsimile: 602.798.5595

Michael S. Myers (305011)
BALLARD SPAHR LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Email: myersm@ballardspahr.com
Telephone: 204.424.4400
Facsimile: 204.424.4350

*Attorneys for Realty Income Corp.*