

**Signed and Filed: November 17, 2021**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  WEIL, GOTSHAL & MANGES LLP
   Richard W. Slack (*pro hac vice*)
2  (richard.slack@weil.com)
   Jessica Liou (*pro hac vice*)
3  (jessica.liou@weil.com)
   Matthew Goren (*pro hac vice*)
4  (matthew.goren@weil.com)
   767 Fifth Avenue
5  New York, NY 10153-0119
   Tel: 212 310 8000
6  Fax: 212 310 8007

7

8  KELLER BENVENUTTI KIM LLP
   Jane Kim (#298192)
9  (jkim@kbkllp.com)
   David A. Taylor (#247433)
10 (dtaylor@kbkllp.com)
   Thomas B. Rupp (#278041)
11 (trupp@kbkllp.com)
   650 California Street, Suite 1900
12 San Francisco, CA 94108
   Tel: 415 496 6723
13 Fax: 650 636 9251

14 *Attorneys for Debtors*
   *and Reorganized Debtors*

15               **UNITED STATES BANKRUPTCY COURT**
                 **NORTHERN DISTRICT OF CALIFORNIA**
16                     **SAN FRANCISCO DIVISION**

17

18 |  | Bankruptcy Case No. 19-30088 (DM) |
   |---|---|
19 | **In re:** | Chapter 11 |
20 | **PG&E CORPORATION,** | (Lead Case) |
21 | - and - | (Jointly Administered) |
22 | **PACIFIC GAS AND ELECTRIC COMPANY,** | **ORDER APPROVING STIPULATION PERMITTING EXPUNGEMENT OF PROOF OF CLAIM NO. 103767 AND** |
23 | **Debtors.** | **CONFIRMING SURVIVAL OF PROOF OF CLAIM NO. 104054** |
24 | ☒ Affects PG&E Corporation | |
   | ☐ Affects Pacific Gas and Electric Company | **[Related to Dkt. Nos. 10922 and 11587]** |
25 | ☐ Affects both Debtors | |
26 | * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | [No Hearing Date Requested] |
27

28

*Weil, Gotshal & Manges LLP*
*767 Fifth Avenue*
*New York, NY 10153-0119*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court having considered the *Stipulation Permitting Expungement of Proof of Claim No. 103767 and Confirming Survival of Proof of Claim No. 104054*, dated November 16, 2021 [Dkt. No. 11587] (the "**Stipulation**"),[1] entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), on the one hand, and Michael DeWan Dennis Madden ("**Madden**"), on the other hand; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1.  The Stipulation is approved.

2.  The Original Proof of Claim is deemed expunged, and Prime Clerk LLC, the claims agent appointed in the Chapter 11 Cases, is authorized to update the official claims register to reflect the terms set forth herein.

3.  The Amended Proof of Claim is not expunged by the Stipulation and survives.

4.  The Debtors and Reorganized Debtors reserve all rights to object to the Amended Proof of Claim on any grounds.

5.  The Stipulation constitutes the entire agreement and understanding of the Parties relating to the subject matter thereof.

6.  The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order or the Stipulation.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

Dated: November 16, 2021

Dated: November 16, 2021

WEIL, GOTSHAL & MANGES LLP
KELLER BENVENUTTI KIM LLP

*/s/ Richard W. Slack*
Richard W. Slack

*/s/ Michael DeWan Dennis Madden*

Michael DeWan Dennis Madden

*Attorneys for the Debtors and Reorganized Debtors*

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119