# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Sonia Akter, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On November 12, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, a copy attached hereto as **Exhibit B**.

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 17th day of November 2021, at New York, NY.

*/s/ Sonia Akter*
Sonia Akter

# **Exhibit A**

# Exhibit A
Notice Parties Service List
Served via email

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| David P. Addington | 298 Saint James D | | Piedmont | CA | 94611-3626 |
| Downey Brand LLP | Attn: Jamie P. Dreher, Esq. | 621 Capital Mall, 18th Floor | Sacramento | CA | 95814 |
| Gough & Hancock LLP | Attn: Gayle G. Gough, Esq. | 50 California Street Suite 1500 | San Francisco | CA | 94111-4612 |
| Patricia A. McColm | P.O. Box 113 | | Lewiston | CA | 96052-0113 |
| Willie & Ora Green | 2845 Magnolia Street | | Oakland | CA | 94608-4445 |

**Exhibit B**

SRF 57964

Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| **In re Debtor(s):**<br><br>PG&E Corporation | Case No.: 19–30088 DM 11<br>Chapter: 11 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on November 9, 2021 at 10:00 AM was filed on November 11, 2021. The following deadlines apply:

The parties have until Thursday, November 18, 2021 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Thursday, December 2, 2021.

If a request for redaction is filed, the redacted transcript is due Monday, December 13, 2021.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Wednesday, February 9, 2022, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 11/15/21

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court