# Exhibit 1

| Original Creditor | Claims To Be Reduced, Expunged or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| City of San Luis Obispo<br>990 Palm Street<br>San Luis Obispo, CA 93401 | 78491 | PG&E Corporation | 10/21/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☑<br>Contingent ☑ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Governmental Unit Combined Claims |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| County of Alameda<br>c/o Farand Kan Deputy County Counsel Office of the County Counsel 1221 Oak Street, Suite 450<br>Oakland, CA 94612 | 68444 | Pacific Gas and Electric Company | 10/20/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☑<br><br>Contingent ☑ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Governmental Unit Combined Claims |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| County of Sacramento - Dept of Revenue Recovery<br>700 H St. Suite 6720A<br>Sacramento, CA 95814 | 3034 | Pacific Gas and Electric Company | 5/17/2019 | Filed/Sched. Claim Amount:<br><br>Unliquidated ☐<br>Contingent ☐ | $0.00 | $0.00 | $0.00 | $47,676.79 | $47,676.79 | Governmental Unit Combined Claims |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $11,335.69 | $11,335.69 | |
| County of San Luis Obispo<br>c/o County Counsel 1055 Monterey Street, Ste. D320<br>San Luis Obispo, CA 93408 | 61288 | Pacific Gas and Electric Company | 10/21/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☑<br><br>Contingent ☐ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Governmental Unit Combined Claims |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| County Of Sonoma<br>Tambra Curtis 575 Administration Dr. Rm 105A<br>Santa Rosa, CA 95403 | 79864 | Pacific Gas and Electric Company | 10/18/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☑<br><br>Contingent ☑ | $0.00 | $0.00 | $0.00 | $566,703.33 | $566,703.33 | Governmental Unit Combined Claims |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $99,516.13 | $99,516.13 | |
| Asserted Totals | Count: 5 | | | | $0.00 | $0.00 | $0.00 | $614,380.12 | $614,380.12 | |
| Remaining Totals | | | | | $0.00 | $0.00 | $0.00 | $110,851.82 | $110,851.82 | |