DRRT
Jared Lay, FL Bar No. 120351 (pro hac vice pending)
340 West Flagler St., 2nd Floor
Miami, FL 33130
(305) 760-8025 Telephone
(786) 235-5005 Facsimile


ST. JAMES LAW, P.C.
Michael St. James, CSB No. 95653
22 Battery Street, Suite 888
San Francisco, California 94111
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com


Counsel for DRRT Claimants

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>- and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) (Lead Case)<br>(Jointly Administered)<br>Chapter 11<br>**MOTION SEEKING RELIEF FROM ORDERS DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' ELEVENTH AND THIRTEENTH SECURITIES CLAIMS OMNIBUS OBJECTIONS (CLAIMS BARRED BY THE STATUTE OF REPOSE)**<br>**Re: Dkt. Nos. 11014, 11085, 11216, 11315** |

Individual Claimants DRRT FBO BAYERNINVEST KAPITALVERWALTUNGSGESELLSCHAFT MBH, DRRT FBO CREDIT SUISSE FUNDS AG, DRRT FBO DEKA INVESTMENT GMBH, DRRT FBO GIAM GENERALI INSURANCE ASSET MANAGEMENT, DRRT FBO HELABA INVEST KAPITALANLAGEGESELLSCHAFT MBH, DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH, DRRT FBO KAISER PERMANENTE, DRRT FBO METZLER ASSET MANAGEMENT GMBH, DRRT FBO SWISS REINSURANCE COMPANY LTD, DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG, DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. and DRRT FBO MEAG MUNICH ERGO KAPITALANLAGEGESELLSCHAFT MBH ("**DRRT Claimants**")[1] hereby respectfully submit this Motion Seeking Relief from Orders Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Eleventh and Thirteenth Securities Claims Omnibus Objections (Claims Barred by the Statute of Repose) [Dkt Nos. 11014, 11085, 11216, 11315].

As grounds for this motion, the DRRT Claimants state that they did not receive effective notice of the Eleventh and Thirteenth Securities Claims Omnibus Objections and were unable to lodge their oppositions until October 27, 2021 [Dkt. No. 11498].

DRRT is the appointed claims filing representative for the DRRT Claimants. The notices of the Eleventh and Thirteenth Securities Claims Omnibus Objections (the "Objections") that were sent only by standard USPS mail by the Claims Administrator, Prime Clerk, were not received by DRRT until after the relevant deadline to file a response to the Objections had passed. Thus, pursuant to Fed. R. Civ. P. 60(b)(1), the DRRT Claimants request that the court relieve them from the Orders Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Eleventh and Thirteenth Securities Claims Omnibus Objections on the grounds of mistake, inadvertence, and excusable neglect.

---

[1] In conformance with the ADR Procedures adopted by this Court, the DRRT Claimants provide Appendix A, listing information relevant to their claims, including claim numbers.

Since other claimants lodged objections after the purported August 31, 2021 and September 15, 2021 deadlines to do so for the Eleventh and Thirteen Securities Claims Omnibus Objections, and were subsequently withdrawn from those objections and thus not subject to the expungement orders that followed, there will be no prejudice to the parties or disruption of the Court's schedule by allowing the DRRT Claimants to be excluded from the Orders Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Eleventh and Thirteenth Securities Claims Omnibus Objections (Claims Barred by the Statute of Repose) [Dkt. Nos. 11216, 11315], in similar fashion to those claimants whose objections were withdrawn after post-deadline oppositions were filed, thus relief is also justified for this reason pursuant to Fed. R. Civ. P. 60(b)(6).

Furthermore, the DRRT Claimants' opposition and arguments to the Eleventh and Thirteenth Securities Claims Omnibus Objections are laid out in their Motion for Leave to File Late and Opposition to Reorganized Debtors' Eleventh, Thirteenth, and Fourteenth Securities Claims Omnibus Objections (Claims Barred by the Statute of Repose) [Dkt. No. 11498] via joinder in support of the PGIM FI Claimants' Response and Opposition to Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (the "**PGIM Response and Opposition**") [Docket No. 11168] and Oregon's Opposition to Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred By the Statute of Repose) (the "**Oregon Opposition**") [Docket No. 11170] as their opposition to the Eleventh and Thirteenth Objections, with the arguments against granting the Eleventh Omnibus Objection applying with equal force and weight in favor of denying the Thirteenth Objection as well.

**RESERVATION OF RIGHTS**

The DRRT Claimants reserve all of their respective rights, claims, defenses, and remedies, including, without limitation, the right to amend, modify, or supplement this request in accordance with applicable rules.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: 11/16/2021 | DRRT |
| 3 | | |
| 4 | | By: _____ |
| 5 | | JARED LAY |
| 6 | | *Attorney for the DRRT Claimants* |

| Creditor | Claim No. | Filing Date | Amount of Claim | Notice Address |
|---|---|---|---|---|
| DRRT FBO BAYERNINVEST KAPITALVERWALTUNGSGESELLSCHAFT MBH | 98950 | 4/10/2020 | $ - | Alexander Reus<br>DRRT<br>340 West Flagler ST, Suite 201<br>Miami FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5000 |
| DRRT FBO CREDIT SUISSE FUNDS AG | 101102 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 West Flagler ST, Suite 201<br>Miami FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5000 |
| DRRT FBO CREDIT SUISSE FUNDS AG | 101205 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 West Flagler ST, Suite 201<br>Miami FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5000 |
| DRRT FBO DEKA INVESTMENT GMBH | 101465 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 West Flagler ST, Suite 201<br>Miami FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5000 |
| DRRT FBO GIAM GENERALI INSURANCE ASSET MANAGEMENT | 100042 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 West Flagler ST, Suite 201<br>Miami FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5000 |
| DRRT FBO HELABA INVEST KAPITALANLAGEGESELLSCHAFT MBH | 99550 | 4/14/2020 | $ - | Alexander Reus<br>DRRT<br>340 West Flagler ST, Suite 201<br>Miami FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5000 |

| Creditor | Claim No. | Filing Date | Amount of Claim | Notice Address |
|---|---|---|---|---|
| DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH | 99604 | 4/15/2020 | $ - | Alexander Reus<br>DRRT<br>340 West Flagler ST, Suite 201<br>Miami FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5000 |
| DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH | 99607 | 4/15/2020 | $ - | Alexander Reus<br>DRRT<br>340 West Flagler ST, Suite 201<br>Miami FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5000 |
| DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH | 100137 | 4/15/2020 | $ - | Alexander Reus<br>DRRT<br>340 West Flagler ST, Suite 201<br>Miami FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5000 |
| DRRT FBO KAISER PERMANENTE | 98964 | 4/9/2020 | $ - | Alexander Reus<br>DRRT<br>340 West Flagler ST, Suite 201<br>Miami FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5000 |
| DRRT FBO KAISER PERMANENTE | 98968 | 4/9/2020 | $ - | Alexander Reus<br>DRRT<br>340 West Flagler ST, Suite 201<br>Miami FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5000 |
| DRRT FBO KAISER PERMANENTE | 98995 | 4/10/2020 | $ 641,250.00 | Alexander Reus<br>DRRT<br>340 West Flagler ST, Suite 201<br>Miami FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5000 |

# APPENDIX A

| Creditor | Claim No. | Filing Date | Amount of Claim | Notice Address |
|---|---|---|---|---|
| DRRT FBO KAISER PERMANENTE | 99006 | 4/10/2020 | $ 235,337.50 | Alexander Reus<br>DRRT<br>340 West Flagler ST, Suite 201<br>Miami FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5000 |
| DRRT FBO KAISER PERMANENTE | 99002 | 4/10/2020 | $ 322,437.50 | Alexander Reus<br>DRRT<br>340 West Flagler ST, Suite 201<br>Miami FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5000 |
| DRRT FBO METZLER ASSET MANAGEMENT GMBH | 100338 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 West Flagler ST, Suite 201<br>Miami FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5000 |
| DRRT FBO SWISS REINSURANCE COMPANY LTD | 99707 | 4/15/2020 | $ - | Alexander Reus<br>DRRT<br>340 West Flagler ST, Suite 201<br>Miami FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5000 |
| DRRT FBO SWISS REINSURANCE COMPANY LTD | 99816 | 4/15/2020 | $ - | Alexander Reus<br>DRRT<br>340 West Flagler ST, Suite 201<br>Miami FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5000 |
| DRRT FBO SWISS REINSURANCE COMPANY LTD | 99829 | 4/15/2020 | $ - | Alexander Reus<br>DRRT<br>340 West Flagler ST, Suite 201<br>Miami FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5000 |

| Creditor | Claim No. | Filing Date | Amount of Claim | Notice Address |
|---|---|---|---|---|
| DRRT FBO SWISS REINSURANCE COMPANY LTD | 99841 | 4/15/2020 | $ - | Alexander Reus<br>DRRT<br>340 West Flagler ST, Suite 201<br>Miami FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5000 |
| DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG | 100514 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 West Flagler ST, Suite 201<br>Miami FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5000 |
| DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG | 100541 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 West Flagler ST, Suite 201<br>Miami FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5000 |
| DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG | 100585 | 4/16/2020 | $ 593,525.00 | Alexander Reus<br>DRRT<br>340 West Flagler ST, Suite 201<br>Miami FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5000 |
| DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG | 100543 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 West Flagler ST, Suite 201<br>Miami FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5000 |
| DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG | 100560 | 4/16/2020 | $ 308,875.00 | Alexander Reus<br>DRRT<br>340 West Flagler ST, Suite 201<br>Miami FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5000 |

**APPENDIX A**

| Creditor | Claim No. | Filing Date | Amount of Claim | Notice Address |
|---|---|---|---|---|
| DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. | 100606 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 West Flagler ST, Suite 201<br>Miami FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5000 |
| DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. | 100118 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 West Flagler ST, Suite 201<br>Miami FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5000 |
| DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. | 100107 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 West Flagler ST, Suite 201<br>Miami FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5000 |
| DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. | 100670 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 West Flagler ST, Suite 201<br>Miami FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5000 |
| DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. | 100334 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 West Flagler ST, Suite 201<br>Miami FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5000 |

| Creditor | Claim No. | Filing Date | Amount of Claim | Notice Address |
|---|---|---|---|---|
| DRRT FBO MEAG MUNICH ERGO KAPITALANLAGEGESELLSCHAFT MBH | 100717 | 4/16/2020 | $ - | Alexander Reus<br>DRRT<br>340 West Flagler ST, Suite 201<br>Miami FL 33130<br>PPMCLAIMS@DRRT.COM<br>(786) 235-5000 |