**Entered on Docket**
**November 19, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: November 19, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

ORDER REGARDING MOTION FOR RECONSIDERATION
BY WILLIAM F. WEIDMAN, III

On September 30, 2019, Mr. William F. Weidman, III ("Claimant") filed proof of claim # 10281 (the "Claim") in the amount of $50,000,000.

On August 19, 2021, the Reorganized Debtors ("Debtors") filed their *One Hundred Second Omnibus Objection to Claims (No Legal Liability Claims)* ("Objection") (Dkt. 11120), alleging in

-1-

part that the events underlying Mr. Weidman's Claim were time-barred by California's two-year statute of limitations on personal injury claims.

On September 10, 2021, Claimant timely filed an *Opposition to Notice of the Reorganized Debtors' One Hundred Second Omnibus Objection to Claims (No Legal Liability Claims)* (Dkt. 11239).

The Court held a hearing on the matter on September 29, 2021. On October 6, 2021, the Court entered an *Order Disallowing Proof of Claim # 10281 Filed by William F. Weidman, III* (Dkt. 11381).

On November 17, 2021, the Claimant filed a *Petition for Reconsideration* (Dkt. 11596).

In light of the foregoing, it is hereby ORDERED that,

1) No later than December 10, 2021, Debtors shall file any response to Claimant's reconsideration.

2) The court will review Debtors' response and issue an appropriate order.

**END OF ORDER**

COURT SERVICE LIST

William F. Weidman, III
108 Connolly Road, No. 136
P.O. Box 136
Benson, Maryland 21018