Lisa Lenherr (SB No. 258091)
WENDEL ROSEN LLP
111 Broadway, 24th Floor
Oakland, CA 94607
Telephone: (510) 834-6000
Facsimile: (510) 8341928
E-mail:  llenherr@wendel.com

Attorneys for Peninsula Corridor Joint Powers Board

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors,<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**WITHDRAWAL OF OBJECTION AND RESERVATION OF RIGHTS OF PENINSULA CORRIDOR JOINT POWERS BOARD TO DEBTORS' (I) PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO THE DEBTORS' AND SHAREHOLDER PROPONENTS JOINT CHAPTER 11 PLAN OF REORGANIZATION AND (II) PROPOSED CURE AMOUNTS** |

PENINSULA CORRIDOR JOINT POWERS BOARD, by and through its undersigned counsel, hereby withdraws its *Objection and Reservation of Rights of Peninsula Corridor Joint Powers Board To Debtors' (I) Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to the Debtors' and Shareholder Proponents Joint Chapter 11 Plan Of Reorganization and (II) Proposed Cure Amounts* filed on May 15, 2020, as Docket No. 7243.

DATED: November 19, 2021  **WENDEL ROSEN LLP**

By: */s/ Lisa Lenherr*
Lisa Lenherr
Attorneys for Peninsula Corridor Joint Powers Board

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

023772.0001\6468313.1    WITHDRAWAL OF OBJECTION    2