Signed and Filed: November 19, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**WEIL, GOTSHAL & MANGES LLP**
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel:     (212) 310-8000
Fax:     (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**ORDER APPROVING STIPULATION CONTINUING HEARING ON TIGER NATURAL GAS, INC.'S MOTION FOR RELIEF FROM PLAN INJUNCTION**<br><br>[Relates to Docket No. 11535]<br><br>Current Hearing Date:  December 7, 2021<br>New Hearing Date:      December 21, 2021 |

The Court having considered the *Stipulation Continuing Hearing on Tiger Natural Gas, Inc.'s Motion for Relief from Plan Injunction*, filed November 19. 2021 (the "**Stipulation**"),[1] entered into by PG&E Corporation ("**PG&E Corp**.") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" and as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), on the one hand, and Tiger Natural Gas, Inc. ("**Tiger**," and, together with the Debtors and Reorganized Debtors, the "**Parties**"), on the other hand, and pursuant to such Stipulation and agreement of the parties, and good cause appearing:

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved.

2. The Hearing shall be continued to December 21, 2021 at 10:00 a.m. (Pacific Time). The December 7, 2021 hearing on the Motion is taken off the Court's calendar.

3. The time for the Reorganized Debtors to submit any response to the Motion shall be extended to December 7, 2021.

4. Any reply by Tiger must be filed by December 14, 2021.

5. Nothing in this Order shall be construed to be a waiver by the Debtors or the Reorganized Debtors, as applicable, or any other party in interest, of any rights or defenses with respect to the Motion or otherwise.

6. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation or any Order approving the terms of this Stipulation.

** END OF ORDER **

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Stipulation.

APPROVED AS TO FORM AND
CONTENT:

Dated:  November 19, 2021

**HOLLAND & KNIGHT LLP**

*/s/ Leah E. Capritta*
Leah E. Capritta

*Attorneys for Tiger Natural Gas, Inc.*