Signed and Filed: November 22, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>     - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>     Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER DENYING MOTION FOR RECONSIDERATION BY LORRAINE GONSALVES**

By the Order Disallowing Claims of Lorraine F. Gonsalves filed on October 4, 2021 (Dkt. 11368), the Court disallowed claim # 87242 filed by Ms. Gonsalves in the amount of $5,148,879. In that order, the Court observed that Ms. Gonsalves had attempted to explain the basis of her claim in response that the Court described as "rambling, disjointed, and generally incomprehensible."

-1-

On October 13, 2021, Ms. Gonsalves forwarded to the Court a box containing over a hundred pages of material. On November 15, 2021, she submitted a second and larger box containing hundreds of additional pages. While Ms. Gonsalves did not seek formal reconsideration of the Court's October 4, 2021 order, the Court will treat her two boxes of papers as an informal motion for reconsideration of the disallowance of her claim.

The Court has personally reviewed both boxes in their entirety. There are dozens and dozens of pages relating in some fashion to Pacific Gas and Electric Company and PG&E Corporation; there are an equally if not larger number of pages pertaining to various federal and state agencies having nothing to do with these estates as well as papers pertaining to apparent litigation involving Ms. Gonsalves elsewhere. The papers are disorganized and provide no coherent theory from which the Court can glean a basis to consider any relief in favor of Ms. Gonsalves against Debtors.

Attached to this order is a twenty-page excerpt taken from the second box that purports on the first page to be an adversary proceeding cover page but thereafter continues a disjointed and completely ambiguous assertion of various contentions by Ms. Gonsalves. It is that document that the Court focuses on as the closest that could be said to be a request for reconsideration and which justifies the denial of and reconsideration of the prior disallowance of Ms. Gonsalves' claim.

The Court will not burden the record with these hundreds of pages of documents that have been tendered. Rather, except for

the twenty-page excerpt referred to above and that follows this order and which will be made part of the record, the Court is directing the Clerk to return the two boxes and their complete contents, without filing anything else, to Ms. Gonsalves, along with a copy of this order. In order to complete the record, however, what the Court has characterized as a motion for reconsideration will be DENIED as setting forth no basis for any relief that can be granted.

***END OF ORDER***

COURT SERVICE LIST

Lorraine F. Gonsalves
5747 21st Avenue
Sacramento, CA 95820