B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| PLAINTIFFS Lorraine F. Gonsalves | DEFENDANTS PG&E CORPORATION and Pacific Gas and Electric Company |
| ATTORNEYS (Firm Name, Address, and Telephone No.) N/A | ATTORNEYS (If Known) KELLER BENVENUTTI KIM, LLP |
| PARTY (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☒ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☐ Trustee |

CAUSE OF ACTION (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Please view Bankruptcy documents and Abstract to the Summary regarding 11 U.S.C.

## NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☒ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☒ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☒ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☒ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☒ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☒ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 5,000,000.00 |

Other Relief Sought

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||||
|---|---|---|---|
| NAME OF DEBTOR PG&E CORPORATION and Pacific Gas and Electric Company || BANKRUPTCY CASE NO. ||
| DISTRICT IN WHICH CASE IS PENDING San Francisco || DIVISION OFFICE Administrative | NAME OF JUDGE Montali, Dennis |
| RELATED ADVERSARY PROCEEDING (IF ANY) ||||
| PLAINTIFF Lorraine F. Gonsalves | DEFENDANT PG&E CORPORATION and Pacific Gas and Electric Company || ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING San Francisco – Oakland || DIVISION OFFICE Administrative | NAME OF JUDGE Montali, Dennis |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) ||||
| DATE 11/11/2021 ||| PRINT NAME OF ATTORNEY (OR PLAINTIFF) Lorraine Gonsalves |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

| NAME OF DEBTOR | | CASE NUMBER | |
|---|---|---|---|
| PG&E CORPORATION and Pacific Gas and Electric Company | | | |
| | NAME AND ADDRESS OF CLAIMANT (AND NAME AND ADDRESS OF ATTORNEY, IF ANY) | AMOUNT OF CLAIMS FILED AND ALLOWED | REMARKS |
| CLAIM NO. 81398 DATE FILED 10/21/19 | Lorraine F. Gonsalves 5747 21st Avenue Sacramento, CA 95820 | FILED $5,000,000.00 ALLOWED $5,000,000.00 | Continue Status Request |
| CLAIM NO. 87242 DATE FILED 10/24/19 | AMENDMENT | FILED $ N/A ALLOWED $ N/A | Expunged Request dicontinue due error |
| CLAIM NO. DATE FILED | | FILED $ ALLOWED $ | |
| CLAIM NO. DATE FILED | | FILED $ ALLOWED $ | |
| CLAIM NO. DATE FILED | | FILED $ ALLOWED $ | |
| CLAIM NO. DATE FILED | | FILED $ ALLOWED $ | |
| CLAIM NO. DATE FILED | | FILED $ ALLOWED $ | |
| CLAIM NO. DATE FILED | | FILED $ ALLOWED $ | |

Lorraine F. Gonsalves  
5747 21st Avenue  
Sacramento, CA 95820  

11/11/2021

Per se pro,

UNITED STATES BANKRUPTCY COURT  
NORTHERN DISTRICT OF CALIFORNIA  
SAN FRANCISCO DIVISION  
450 Goldon Gate Avenue, Courtroom  
California, CA 94102

KELLER BENVEN KIM LLP  
Tobias S. Keller(#151445)  
(tkeller@kbkllp.com)  
Per J. Benvenutti(#60566)  
(pbenvenutti@kbkllp.com)  
Jane Kim(#298192)  
(jkim@kbkllp.com)  
650 California Street, Ste 1900  
San Francisco, CA 94108  
(415)496-6723  
(415)636-9250  

PG&E CORPORATION Claims  
Processing Center  
c/o Prime Clerk LLC  
850 3rd Avenue, Ste. 412  
Brooklyn, NY 11232  
pgeinfo@primeclerk.com  
(844)339-4217  

In Re:                                    ) Bankruptcy Case 19-30888  
                                          )  
PG&E CORPORATION                          ) Chapter 11  
                                          )  
        -and-                             ) (Lead)(Jointly Administered)  
                                          )  
Pacific Gas and Electric                  ) HEARING REQUEST ORAL ARGUEMENT  
Company                                   ) AND NOTICE 2002-1.  
                                          )  

I, Lorraine Gonalves, general claimant hereby request HEARING TO CLANADAR DATE.

I contend to impress 2015-2 Monthly[QTR] 2018 end of the year to date in the Matter of PG&E CORPORATION AND Pacific Gas and Electric Company, but in RELATED CASE L. Gonsalves v. Comcast Corporation well. I contend to impress exhibit.

Also, I contend to impress filings for multiply DWC Form RGS-1 forms pertainig to these entities relative.

I content to impress other RELATED CASES FILED.

I contend to impress supeana for witnesses.

I contend to impress TRAFFIC MANDATE inthatwhich began a 2011 Bankruptcy Challenge of/for MANDATE CASE DISPOSITION LETTER (#SC00985). The 4,600.00 APBLICATION marker I have with this Defendant.

I contend to impress $148,879.00 is connected by way of SMALL CLAIMS RELATED CASE.

The Amount of AWARDED JUDGEMENT that I am asking for is different and believe the Judges decision will sufice.

I contend to impress CLAIM REGISTRY AMOUNT asto form B1330.

I contend to impress 2004-1. Examination (a) Issuance of Orders deliberate. And, the (b) Disputes about VALIDATION AND?OR PROOF OF CLAIM. I contend to impress I have originals record.

I contend to impress Form 1040[B1040] ADVESORY PROCEEDING COVER SHEET.

I contned to impress the FACT PG&E cORPORATION and Pacific Gas an Electric Company merger. The Secretary of State has record. I c contend to impress Apostal of record and Uniform accord.

I contend to impress the FACT RELATED CASE L. Gonsalves v Frontie Management LLC ia STATE CASED CLAIM APPROVED and I submitted a co for completion of disposition Federal Rules of Civil Procedure - FRBP 7001(6) Dischargeability 62-Dischargeability S523(a)(1). false pretenses, false representation, and actual fraud. The sec ond alternative cause Validity, priority or extent burden able su stantive issue into 66-Dischareability S523(a)(1),(14),(14A) prio tax claims unreasonable allocation of the use of time. Maritime. It's burden of proof is 68-Dischargeability-S523(a)(8), willful a malicious injury promuligate affair 72-Injunction relief asto

a cause of action for NATURE OF SUITE Bankruptcy projects pilotin programs generalizing statistics hereby REQUEST ORDER APPROVING DISCLOSURE STATEMENTS and the FINANCIAA STATEMENTS PROVIDED BY ME with 5005-2 Signatures.

I contend to impress the NOTICE RECIEPT OF ACKNOWLEDGEMENT LIST O DOCUMENTS FOR RELATED CASES ADR SETTLEMENT/CASE MANAGEMENT AND EX HIBITS dated 06/22/2022. Again, I contened to impress the NOTICE RECIEPT OF ACKNOWLEDGEMENT LIST OF DOCUMENTS FOR RELATED CASE/ADR SETTLEMENT/CASE MANAGEMENT AND EXHIBITS. Also, I contnend to impress SC Exhibit PAGE TITLED REFERENCING the Secretary of State address List of Exhibits records.

I contend to impress Form 3130S(12/15) [Caption as in OFFICIIAL Form 416A] ORDER AND NOTICE Conditionally Approved Disclosure Sta ment;Fixing Time. Also, I contened to impress Judgement in an A Adversary ProceedingB2610C(12/15) technology irony.

I contend to impress Workers Compensation retraining voucher is $6,000.00. The Department of Rehabilitation is certain to cover $500.00. I have exceeded the California Department of Reha ilitation services support to a canidate client accomedation.

I contedd to impress a 5-6 Page Abstrct to the Summary, and Bankr uptcy documents regarding CAUSE OF ACTION but evening Nature of S Suite is grounds for favor inJudgemet of an Award.

I contend to impress Bankruptcy Abuse Brevention and Consumer Pro tection Act opf 2005 Pub. L. No. 109-8, 119 Stat 23, whic require a chapter 11 debtor to file periodic reports on profitability of any entities in whic the estate(s) hold a substancial or controli interest.

Gonsalves, Lorraine(81398)   Dkt#19-30088   Pg. 4-4

I contned to impress the Discovery of Bususness Affairs at the Secretary of Sates Office asto 11 U. S. C. S503(b)(9); inwhic I c claim(87398) AMENDMENT AND CLAIM(#87242) Removed Action(d) of 1002-1. for a Prime Clerk Electronic Status Continuance. Again, I contend to impress claim(#81398) of Form 410.

Respectfully,
*[signature]*
Lorraine Gonsalves

Lorraine F. Gonsalves
5747 21st Avenue
Sacramento, CA 95820

11/11/2021

Per se pro,

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
450 Golden Gate Avenue, Courtroom
California, CA 94102

KELLER BENVEN KIM LLP
Tobias S. Keller(#151445)
(tkeller@kbkllp.com)
Per J. Benvenutti(#60566)
(pbenvenutti@kbkllp.com)
Jane Kim(#298192)
(jkim@kbkllp.com)
650 California Street, Ste 1900
San Francisco, CA 94108
(415)496-6723
(415)636-9250

PG&E CORPORATION Claims
Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Ste. 412
Brooklyn, NY 11232
pgeinfo@primeclerk.com
(844)339-4217

| In Re: | ) Bankruptcy Case No. 19-3088(DM) |
|---|---|
| PG&E CORPORATION | ) Chapter 11 |
| -and- | ) (lead)(Jointly Admininstered) |
| Pacific Gas and Electric Company | ) Sanctions and Penalties for Non Compliance |

I, Lorraine Gonsalves, general claimant

(c) Excepted Matters. Nothing herein shall preclude a corporation, partnership, or any entity other than a natural person from filing a proof of claim, an application for compensation, a reaffirmation agreement, or from appearing at a meeting of creditors through an officer or other authorized agent. 9011-1. Sanctions and Penalties for Non-compliance. Any petition, schedule, statement, declaration, claim or other document filed and signed or subscribed under any method (digital, electronic, scanned) adopted under the rules of this Court shall be treated for all purposes (both civil and criminal, including penalties for perjury) in the same manner as though manually signed or subscribed. Failure of counsel or of a party to comply with any provision of these rules or the Bankruptcy Rules shall be grounds for imposition by the Court of appropriate sanctions.

Respectfully,

*Lorraine Gonsalves*
Lorraine Gonsalves

Lorraine F. Gonsalves  11/11/2021
5747 21st Avenue
Sacramento, CA 95820

    Per se pro,

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
450 Goldon Gate Avenue, Courtroom
California, CA 94102

KELLER BENVEN    KIM LLP
Tobias   S. Keller(#151445)
(tkeller@kbkllp.com)
Per J. Benvenutti(#60566)
(pbenvenutti@kbkllp.com)
Jane Kim(#298192)
(jkim@kbkllp.com)
650 California Street, Ste 1900
San Francisco, CA 94108
(415)496-6723
(415)636-9250

PG&E CORPORATION Claims
Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Ste. 412
Brooklyn, NY 11232
pgeinfo@primeclerk.com
(844)339-4217

| In Re: | ) Bankruptcy Case No. 19-30088(DM |
|---|---|
| PG&E CORPORATION | ) Chapter 11 |
| _and- | ) (lead case)(jointly)Administere |
| Pacific Gas and Electric Company | ) NOTICE OF ARGUEMENT RELAVENCE A ) LOWABLE CLAIM INFORMALLY CONSEN ) 1002-2. COPIES(c) CHAMBERS COPI ) by request from the judge in or ) to CHAPTER AMENDMENT RELIEF OF ) disposition ON GENERAL FACT TO ) LAW CONCLUSION |

I, Lorraine Gonsalve, an a general claimant ORDERED through the u
of 1007-1. Use of Practice Forms applied formally when I happend
to be dealing with Identity Theft Fraud.

I contend to impress 1015-1. Related Cases ¶a) defined and a JURI
DICTIONAL issue; but. (b) Notice of Related Cases; regarding OBST
CTION[Scale-Tabling] ENDORSED CIVILLY.  I contend to impress mult
law inforcement Reports, and Restraining Orders.  Also, I contend
to impress probalbe cause possible improper filing or none due to

time expiring. at the Secretary of States Office inthatwhich, serv of an OBUDSMAN.

I contend to impress I recieved this MAIL of a PROOF OF CLAIM UPO claim Injury casaed to Workers' Compensation. i contend to impres the fact I had to FIREDmy Attorney. i contend to impress the FAC that a RETALIATION COMPLAINT is being filed reciepted.

I contend to impress the FACT thier is some kind of carve-out iss Contractually connected to the BANKRUPTCY COURT.

I contend to impress the FACT I had a business that recently clos but I have proctuct separate from it. Moreover, i contend to imp the FACT DIVERSITY scrutiny asto Supremacy disrupts business of a overall service to draw conclusion practically.

I contend to impress I have an EDUCATION in technology with a hig end trades degree and multiply certifications or traing. I conten to impress the FACT that I had to secure multiply teams in techno ogy service support, evening the workforce demand for an informal or formal Judgement in favor of an AWARR $5,000,000.00 Totaling case structure in lawsuites for this proceding. I contend to imp SACRAMENTO SUPERIOR COURT SMALL CKAIMS ITEMIZED DAMAGES LIST to value in evening punative, retaliation, concealment, and indebtab ility regarding the promuligated affairs of Acts of Law.

Respectfully,
Lorraine Gonsalves

11/11/2021

Lorraine F. Gonsalves
5747 21st Avenue
Sacramento, CA 95820

Per se pro,

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
450 Goldon Gate Avenue, Courtroom
California, CA 94102

| KELLER BENVEN KIM LLP | PG&E CORPORATION Claims |
|---|---|
| Tobias S. Keller(#151445) | Processing Center |
| (tkeller@kbkllp.com) | c/o Prime Clerk LLC |
| Per J. Benvenutti(#60566) | 850 3rd Avenue, Ste. 412 |
| (pbenvenutti@kbkllp.com) | Brooklyn, NY 11232 |
| Jane Kim(#298192) | pgeinfo@primeclerk.com |
| (jkim@kbkllp.com) | (844)339-4217 |
| 650 California Street, Ste 1900 | |
| San Francisco, CA 94108 | |
| (415)496-6723 | |
| (415)636-9250 | |

| In Re: | ) Bankruptcy Case No. 19-30088(DM |
| --- | --- |
| PG&E CORPORATION | ) Chapter 11 |
| -and- | ) (lead)(Jointly Administered) |
| Pacifica Gas and Electric Company | ) Supplentary Material regarding NATURE OF SUITE |

I, Lorraine Gonsalves, general claimant ID-1 Purpose tort Award appropriation in expert Person, regardless of credit. The provisions in this CHAPTERING is STANDARD deciet for recovery of Mariti commensment compensation schedule of fees and taxes for insurance asto it traces to my auto carrier as well.

this Alterest effect of insurance business is eronious invention liability to allow a rate otherwise project.

Thes pilot projects have become uniform drilling event for DIVERS PUNATIVE DAMAGES in TAX(252, 104, and possible 40). The RE DOES

Case: 19-30088 Doc# 11608-1 Filed: 11/22/21 Entered: 11/22/21 15:05:46 Page 11 of 20

nothing for us as a people. Grammerly, the definitions to the no pertaining to things is problem that increases the interest rate

Presentingly, I contend to impress EXHIBITS pertaining to PG&E fiings at the Secretary of States Office pictures too for acknowledment. i contend to impress the FACT possible filings for Victims of Corporate Fraud APPLICATION OF PAYMENT and/or ATTACMENT A.

I contend to impress the FACT 9010-1. Appearance of Corperationso or Partnership Through Council (c) Excepted matters OBSTRUCTED.

Conclusionarily, I contend to impress FACT that the Secretary of State Administrative results document inappropriate filings of recent year activity during bankruptcy Court procedings because the is pockets of construction coming and going all over Northern California.

Respectfully,
*Lorraine Gonsalves*
Lorraine Gonsalves

Lorraine F. Gonsalves
5747 21st Avenue
Sacramento, CA 95820

11/12/2021

Per se pro,

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
450 Goldon Gate Avenue, Courtroom
California, CA 94102

KELLER BENVEN KIM LLP
Tobias S. Keller(#151445)
(tkeller@kbkllp.com)
Per J. Benvenutti(#60566)
(pbenvenutti@kbkllp.com)
Jane Kim(#298192)
(jkim@kbkllp.com)
650 California Street, Ste 1900
San Francisco, CA 94108
(415)496-6723
(415)636-9250

PG&E CORPORATION Claims
Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Ste. 412
Brooklyn, NY 11232
pgeinfo@primeclerk.com
(844)339-4217

| | |
|---|---|
| I Re: | ) Bankrupcy Case No. 19-30088(DM) |
| PG&E CORPORATION | ) Chapter 11 |
| -and- | ) (lead case)(Jointly Administere |
| Pacific Gas and Electric Company | ) Filing Other Pleading Cover Sheet ) Motions In Adversary Proceedding |

I, Lorraine Gonsalves, general claimant contend to imppess 5011-1 General Referance OBSTRUCTION; (b) Pending Disict Court, under CO **LOR OF LAW** disposing of MANNER asto restrict time.

I contend to impress the FACT the interest rate is a federal situ connected to the CENTRAL COURT.

I contend to impress the FACT OF TAX issue pertaing to 2017, and 2009.

I contend to impress the FACT that I am an Artist/Writer/Author/Inventor that I happend to write a case structuring for the DSist

rict Court of California Eastern as Exhibit even amongst the init documents I sent as a CERTIFICATE that I created but now an Exibi showing RELATED CASES. Thereto, the case was split into 2 cases. at the Court of the Eastern District of California in Sacramento. Next, I contend to impress writings created for the U. S. Supreme Court but presented informally snet to DC Civil Rights requesting service relief asto being cased structured. I recieved NO REPLY.

When the year 2017 came around I met a couple of people that coul help with wellness to disability coping.

Now, I found and refereenced to SUTTER MEDICAL AND ANTHEM BLUECRO THAT some things onced Identified can be cured. i gave this toth in 2021 Thanking me for not filing a claim against them.

I contend to impress 8003-1. Procedure for Challemging Bankrupcty Court's Authority to Enter Final Order or Judgement. I contend t impress 8018-1. Time for Filing Briefs an/or 8019-1. Oral Argueme Examplification OBSTRUCTED scem.

I contend to impress OBSTRUCTION 1013-1. Motin Papers (a) Matters Covered by the Rules; otherthan, (c) Supplermentyary Material to Exibit a form leanght or affidavit/declaration adjustment in use of content.

Respectfully,
*Lorraine Gonsalves*

Lorraine F. Gonsalves						10/31/2021
5747 21st Avenue
Sacramento, CA 95820

    Per se pro,

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
450 Goldon Gate Avenue, Courtroom
California, CA 94102

KELLER BENVENUTTI KIM LLP
Tobias S. Keller(#151445)
(tkeller@kbkllp.com)
Per J. Benvenutti(#60566)
(pbenvenutti@kbkllp.com)
Jane Kim(#298192)
(jkim@kbkllp.com)
650 California Street, Ste 1900
San Francisco, CA 94108
(415)496-6723
(415)636-9250

PG&E CORPORATION Claims
Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Ste. 412
Brooklyn, NY 11232
pgeinfo@primeclerk.com
(844)339-4217

| In Re: | ) Bankruptcy Case No. 19-30088(DM) |
|---|---|
| PG&E CORPORATION | ) Chapter 11 |
| -and- | ) (lead Case)(Jointly Admininstered) |
| Pacific Gas and Electric Company | ) ARGUEMENT RELAVENCE ALLOWABLE CLAIM (#81398) inORDER CHAPTER AMENDMENT REQUEST. On September 29th, 2021 the Court VALIDATED held a telephonic hearing on Dedtors' disposition on general claim default |

I, Lorraine Gonsalves, general claimant with PG&E CORPORATION and/or Pacific Gas and Electric Company Bankruptcy Case No. 19-30088 attendance of September 29th 2021 telephone hearing, but address court documents on docket Case 19-30088 Doc#11368 Filed 10/04/2021 Entered 10/04/2021 12:18:09 and Case: 19-30088 Doc#11298 Filed: 09/22/2021 Entered: 09/22/2021 19:08:11. Along with, Case : 19-30088 Doc#11303 Filed: 09/24/2021 Entered: 09/24/2021 11:47:55; retro action correction and/or VALIDATION. THENAS, I contend to impress I have a genuine

OFFICIAL genuine POST CARD, and email REGISTRY with Prime Clerk the 2021 banruptcy procedings pititioning abusesive reaffirmation of debt & Materially fraudualant statements is probable good cause change chapter CHAPTER RELIEF.

I contend to impress Prime Clerk set me a second claim number upon initial REGISTRY. They sent me two POST CARDS. I recieved one email REGISTRY CONFIRMATION. MY NAME and exact timing in current location asto ZONE-DISTRICT demographic STATE CHANGES, even Court changes. on both POST CARDS. This POST CARD IS A MISTAKE. Although these POST CARDS were addressed to me , the Prime Clerk website for PROOF OF CLAIM NUMBER was assigned to annother NAME. I discovered this before the September 29th Hearing when the Judge Montali resquest documents for Court. Again, the Court sent me a second POST CARD with an OFFICIAL PROOF OF CLAIM NUMBER I explained reasoning Judge Mon Hearing Conferance call dialog ARGUEMENT DEFAULT AND THE OTHER NAME ASSIGNED to the Prime Clerk wbsite for the PROOF OF CLAIM NUMBER (#87242) and any of thier information happened to be removed but my NAME AND INFORMATION DUPLICATED to continue. Again, I explained reasoning Judge Montali's Confereance call ARGUEMENT for an AMENDMENT.

I contend to impress L. R. 2001-1. Mail Redirection(a(, and (b) a consent, objection, and resening for CHAPTER CHANGES, but L. R. 9006-1 Enlargement or Shortening of Time asto 9013-3. Service - esstopel before the Conferance Call Hearing on September 29th, 2021. THANAS, I contend to impress 9013-2. Motions; to Whom Made is reckening a Creditor PROOF OF CLAIM Assigned Case(a): I contend impress CORECTION to Prime Clerk's Website APPLICATION OBSTRUCTION

is a fault in promuligated juridictional law, inthatwhich has to with the 2020 Summary of Court-Related Legislation Judicial Council of California Governmental Affairs November 2020. Therefore, the Prime Clerk responded to the Judge's decision and changed the NAME mistakenly Assigned to the Prime Clerk website PROOF OF CLAIM(#87242) Although, the NAME and ADDRESS on each POST CARD is CORRECT.

Again, I contend to impress 9041-1. Eligibility Cases(a) Employment Compensation of professional, (c) Objections to discharges under 11 U. S. C S 727, except where such OBJECTIONS are joint with disputes over discharge ability of debts under 11 U. S. C. S 523; an (d) matters involving contempt or other types of sactions

Thereto, i contend to impress ACTION ALREADY HAPPENED regarding The 9040-1. Bankruptcy Dispute Resolution Program in the united State Bankruptcy Court for the Northern District of California. 9040-2. Purpose and Scope (a) Purpose being ADR Optiong SETTLEMENT RESPONSE Dated in June 2021. After the Fact, locality arrangement for residance status explained to the Judge.

Thereas, the matter even regarding MAIL recieved for Alternative Dispute Resolution through otherwise a DISTRICT. These Optioning use of mail delivery, and email upon APPLICATION.

I contend to impress 1002-2. Copies.(a) Initial Documents have a reciept by mail.

Icontend to impress 1002-2. Copies.(c) Chambers copies was sent by mail and I have a reciept.

Moreover, I contend to impress Exempt Property 4003-1. (a) for REQUEST ORDERS Setting Apart Exemptions pertaining to Jurisdiction law arrangement and/but REQUEST AUTHORIZATIONAL use of SCHEDULING orders for a General Reference (b) Pending District Court Proceeding. However, the 9013-2. Motions; To Whom Made is determined by the Judge to whom the case or preceeding assigned, except as may otherwise ORDERED in the Judges discretion, or upon request by council and with the Judges APPROVAL, a MOTION may be determined with oral arguement, or by conference call by telephone. I believe the Judge-Judge Montali's HEARING DECISION is favor of equal opportunity regarding the UNOPPOSED docket numbers subscribed a decemenation of information as well.

I contend to impress List of Related Cases 1015-1. Related Cases(a) Defined, (b) Notice of Related cases, (c) Transfer without imposi 19-30088 hearby humbly request.

I contend to impress 9047-1. Confidentiality. Whenas I was told No about Confiedentiality "without subject to any of the protection (a) BDRP Conference, Statement Referral B. L. R Eved. 408 and by Bankruptcy Rule 7068 asto No written Agreement will be. This part of the UNOPPOSED is OBSTRUCTED.

I happeded to have arguement of case by phone with a court Attorney prior to Hearing.

I contend to impress 5005-1. Electronic Case Filing PART V. COURT clerks is hereby request possible Advocate support to the Electronic Case Filing(ECF).

I contend to impress probalbe cause for a pro ad hoc 5005-1. (b)

Mandatory Attorney Use of ECF System Account-AccountIIdentificati (a) of 2015-1. Funds of the Estate to (b Compliance with 11 U. S. C. S 345;

(c) Investment of Bankruptcy Estate Assets In U. S. Treasury Instruments. Along with, the Civil Local Rule 11-1, as incorporated by B. L. R. 1001-2(B)(2). Next, I contend to impress (c) Electric Filing of Documents but/and bankruptcy Rule 5003 challenge conflect of interest SCOPE relationship Rules asto unapplicable measure in civility on (b) Factual Dispute of 3003-1. Filing proof of Cla or interest in Chapter 11 Cases: 3007-1. Objections to Claim for the incorporation aspect of things.

I contend to impress 2015-2. monthly Operating Report (a) 6ases inwhich Reports Are Reqmired, (e0 modification of Reporting Require- ments asto a defense Per se pro duty regarding Books and Records issue remedy.

I contend to impress 7003-1. Cover Sheet, and 7007-1. Motions in Adversary Proceding for a 4004-1. Delayed Discharges of Individual in chapter 11, 12 and Chapter 13 Cases 19-30088 Debtor's in Poses- sion is contract that the PART VI. COLLECTION AND LIQUIDATION OF ESTATE Aasto multiply employment and business OBSTRUCTION promul igation 6004-1. Motions to Sell Free and clear of Liens and Other Interests. (d) Form of Order(s).

Besides the fact, I am at a position of accomplishemt that is full cirlce inthatwhich I contend to impress My PROOF OF CLAIM was mailed sealed APBLICATION asto DISCOVERY Personal and Incorporations for Request Authorization of an AMENDMENT due deadline 10/21/2021 of

Gonsalves. Lorraine(81398)   Dkt#19-30088   Pg. 5-5

Civil Local Rule (b) modification. 1001-2. that the Dates of my cased-claim with 19-30088 is over lapping deadlines securing 9015-1 jury trial of Right. I contend to impress 9021-1 Submission of Orders (a) Prior to Hearing is-is further efforts to fact of concelment pertaining to records 2003 prior accord OBSTRUCTION. Sugestively speaking, 90033-1. Procedure on Bankruptcy Courts findings Proposed findings of Fact and Conclusions of Law is AFFINITY FRAUD due to the unreasonable amount of corpus legislative practice. this cause excess waste environmentalyy and resource abuse in/of supply and demand even as emergency when traffic liability exist. Now, the Hearing of Sept. 29th, 2021 is 11/09/2021 Hearing AURGUMENT, pertaining to 4001-2. motion to extend or impose an Automatic Stay for CHapter 11.

Respectfully,
Lorraine Gonsalves