**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**,<br><br>               **Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF CANCELLATION OF NOVEMBER 23, 2021, 10:00 A.M. OMNIBUS HEARING**<br><br>Date: November 23, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Zoom Videoconference<br>       United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102 |

PLEASE TAKE NOTICE that the following matters, which were scheduled to be heard in the above-captioned chapter 11 cases on November 23, 2021, at 10:00 a.m. (Pacific Time) (the "**Omnibus Hearing**") have been resolved or continued.

PLEASE TAKE FURTHER NOTICE that, accordingly, the Omnibus Hearing is cancelled.

**I:     MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*RESOLVED AND CONTINUED MATTERS*

1. **City of Santa Clara dba Silicon Valley Power's Motion to Compel Assumption:** *City of Santa Clara dba Silicon Valley Power's Motion to Compel Assumption or Rejection of Executory Contract Concerning the Grizzly Development and Mokelumne Settlement Agreement* [**Dkt. 10998**].

    Status:  This Motion has been continued to February 2, 2022, by Order [**Dkt. 11538**].

**Securities Omnibus Claims Objection:**

2. **Eighth (No Basis for Claim – Failure to Provide Any Trading Information)** [**Dkt. 10922**].  This Securities Omnibus Objection was granted as to all Claims (except those discussed below) by **Dkt. 11103**.  This Securities Omnibus Objection has been withdrawn without prejudice for the claims identified in **Dkt. 11398**.  This Securities Omnibus Objection has been continued indefinitely for the claim identified in **Dkt. 11436**.  This Securities Omnibus Objection has been resolved and taken off calendar as to the claim of Michael Dewan Dennis Madden [**Dkts. 11587 and 11598**].

3. **Fourteenth (Claims Barred by the Statute of Repose)** [**Dkt. 11339**].  This Securities Omnibus Objection was granted as to all Claims (except those discussed below) by **Dkt. 11530**.  This Securities Omnibus Objection has been withdrawn without prejudice for the claims identified in **Dkts. 11516 and 11588**.

**Omnibus and Single Claim Objections:**

4. **Seventy-Sixth (No Liability / Passthrough Claims)** [**Dkt. 10537**].  This Omnibus Objection was granted as to most claims by **Dkt. 10705**.  It has been continued to December 21, 2021, as to Juli Ward [**Dkt. 11592**].  The parties have agreed to continue the Hearing as to Willie & Ora Green to December 7, 2021.

5. **Seventy-Ninth (Books and Records Claims)** [**Dkt. 10673**].  This Omnibus Objection was granted as to most claims by **Dkt. 10858**.  It has been continued to December 7, 2021, as to Marsh Landing, LLC [**Dkt. 11590**].

6. **Ninety-Third (No Legal Liability Claims)** [**Dkt. 10808**].  This Omnibus Objection was granted as to most claims by **Dkt. 10980**.  It has been continued to December 21, 2021, as to City of San Carlos [**Dkt. 11591**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

7. **One Hundred Tenth (Greenberg Claims)** **[Dkt. 11420]**. This Omnibus Objection has been continued to December 21, 2021 **[Dkt. 11487]**.

8. **One Hundred Eleventh (Governmental Unit Combined Claims)** **[Dkt. 11427]**. This Omnibus Objection was granted as to all Claims by **Dkt. 11600**.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (II) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: November 22, 2021

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: _/s/ Thomas B. Rupp_
Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*