| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | WEIL, GOTSHAL & MANGES LLP<br>Theodore Tsekerides (*pro hac vice*)<br>(theodore.tsekerides@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007 |
| 7<br>8<br>9<br>10<br>11<br>12 | KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller (#151445)<br>(tkeller@kbkllp.com)<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>David A. Taylor (#247433)<br>(dtaylor@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: (415) 496-6723<br>Fax: (650) 636 9251 |
| 13<br>14 | *Attorneys for Debtors and Reorganized Debtors* |

(attorney block above)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**SIXTH STIPULATION BY AND BETWEEN REORGANIZED DEBTORS AND THE UNITED STATES OF AMERICA REGARDING DEADLINE FOR REORGANIZED DEBTORS TO OBJECT TO CLAIMS**<br><br>[No Hearing Requested] |

PG&E Corporation ("**PG&E Corp**.") and Pacific Gas and Electric Company (the "**Utility**"), as reorganized debtors (collectively, the "**Debtors**" and as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), on the one hand, and the United States of America, on behalf of various federal agencies ("**United States**," and together with the Debtors and the Reorganized Debtors, the "**Parties**"), on the other hand, by and through their respective counsel, hereby stipulate and agree as follows:

## RECITALS

A.  On January 29, 2019, the Debtors commenced these Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**"). The Chapter 11 Cases are being jointly administered for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

B.  By Order dated June 20, 2020 [Dkt. No. 8053] (the "**Confirmation Order**"), the Bankruptcy Court confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* (as may be further modified, amended or supplemented from time to time, and together with any exhibits or schedules thereto, the "**Plan**").[1] The Effective Date of the Plan occurred on July 1, 2020. *See* Dkt. No. 8252. Pursuant to Section 7.1 of the Plan (as approved by Paragraph 31 of the Confirmation Order), the Reorganized Debtors may object to Claims until the later of (i) one hundred and eighty (180) days after the Effective Date (i.e., December 28, 2020) and (ii) such later date as may be fixed by the Bankruptcy Court for cause shown. Plan § 7.1.

C.  On October 27, 2020, the Reorganized Debtors filed the *Motion for Entry of an Order Extending Deadline for the Reorganized Debtors to Object to Claims* [Dkt. No. 9355], which the Court granted with certain limited modifications in the *Order Extending Deadline for the Reorganized Debtors to Object to Claims* [Dkt. No. 9563] (the "**First Extension Order**").

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan or Confirmation Order.

The First Extension Order extended the Reorganized Debtors' deadline under Section 7.1 of the Plan to object to Claims by one hundred eighty (180) days, through and including June 26, 2021. The First Extension Order extended the deadline for the Reorganized Debtors to object to **United States Claims**—defined therein as Class 4B Utility General Unsecured Claims of the United States that were identified by claim number and amount in Docket No. 9718, as required by the First Extension Order—through and including March 31, 2021.

      D.      On March 17, 2021, the Reorganized Debtors filed the *Motion for Entry of an Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and for Related Relief* [Dkt. No. 10409], which the Court granted with certain limited modifications in the *Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and Granting Related Relief* [Dkt. No. 10494] (the "**Second Extension Order**"). The Second Extension Order further extended the Reorganized Debtors' deadline under Section 7.1 of the Plan to object to Claims by one hundred eighty (180) days, through and including December 23, 2021. The Second Extension Order did not address the United States Claims.

      E.      On March 25, 2021, the Parties filed a *Stipulation by and Between Reorganized Debtors and the United States of America Regarding Deadline for Reorganized Debtors to Object to Claims* [Dkt. No. 10459] (the "**First Stipulation**"), which the Court approved the same day [Dkt. No. 10463]. The First Stipulation provided that the objection deadline for seven of the United States Claims[2] would be extended to July 30, 2021, and that the objection deadline for the other three United States Claims[3] would be extended to September 30, 2021.

      F.      On July 26, 2021, the Parties filed a *Second Stipulation by and Between Reorganized Debtors and the United States of America Regarding Deadline for Reorganized Debtors to Object to Claims* [Dkt. No. 10983] (the "**Second Stipulation**"), which the Court approved on July 27, 2021 [Dkt. No. 10986]. The Second Stipulation provided that the objection deadline for United States Claim Nos. 59493, 63478, and 62632 would be extended to October 1, 2021; the objection deadline

---

[2] Claim Nos. 59493, 59662, 59712, 63092, 63748, 62632, and 17112.

[3] Claim Nos. 59664, 63837, and 63756.

for United States Claim Nos. 59662, 59712, and 63902 would be extended to November 1, 2021; and the objection deadline for United States Claim Nos. 59664, 63837, and 63756 would be extended to December 31, 2021.

G. On September 28, 2021, the Parties filed a *Third Stipulation by and Between Reorganized Debtors and the United States of America Regarding Deadline for Reorganized Debtors to Object to Claims* [Dkt. No. 11349] (the "**Third Stipulation**"), which the Court approved on September 29, 2021 [Dkt. No. 11359]. The Third Stipulation provided that the objection deadline for United States Claim Nos. 59493, 63478, and 62632 would be extended to November 1, 2021; the objection deadline for United States Claim Nos. 59662, 59712, and 63902 would be extended to December 1, 2021; and the objection deadline for United States Claim Nos. 59664, 63837, and 63756 would remain December 31, 2021.

H. On October 27, 2021, the Parties filed a *Fourth Stipulation by and Between Reorganized Debtors and the United States of America Regarding Deadline for Reorganized Debtors to Object to Claims* [Dkt. No. 11497] (the "**Fourth Stipulation**"), which the Court approved on October 28, 2021 [Dkt. No. 11505]. The Fourth Stipulation provided that the objection deadline for United States Claim Nos. 59493, 63478, and 62632 would be extended to November 16, 2021; the objection deadline for United States Claim Nos. 59662, 59712, and 63902 would remain December 1, 2021; and the objection deadline for United States Claim Nos. 59664, 63837, and 63756 would remain December 31, 2021.

I. On November 4, 2021, the Court issued an *Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and Granting Related Relief* [Dkt. No. 11533] (the "**Third Extension Order**"). The Third Extension Order further extended the Reorganized Debtors' deadline under Section 7.1 of the Plan to object to Claims by one hundred eighty (180) days, through and including June 21, 2022, without prejudice to the right of the Reorganized Debtors to seek additional extensions thereof, but expressly left the Parties' stipulated United States Claim deadlines unchanged.

J. On November 12, 2021, the Parties filed a *Fifth Stipulation by and Between Reorganized Debtors and the United States of America Regarding Deadline for Reorganized*

*Debtors to Object to Claims* [Dkt. No. 11577] (the "**Fifth Stipulation**"), which the Court approved on November 15, 2021 [Dkt. No. 11583]. The Fifth Stipulation provided that the objection deadline for United States Claim Nos. 59493, 63478, and 62632 would be extended to December 1, 2021; the objection deadline for United States Claim Nos. 59662, 59712, and 63902 would remain December 1, 2021; and the objection deadline for United States Claim Nos. 59664, 63837, and 63756 would remain December 31, 2021.

K. The Parties have made substantial progress towards resolving several United States Claims. To allow sufficient time for continued efforts towards resolution, the Parties believe it will be mutually beneficial to further extend the deadline for the Reorganized Debtors to object to certain United States Claims from December 1 to December 31, 2021, such that the objection deadline for all remaining United States claims becomes December 31, 2021.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE BANKRUPTCY COURT TO ORDER, THAT:**

1. The objection deadline for the remaining United States Claims, as fully listed below, shall be December 31, 2021:

| Agency | Claim No. | Amount |
| --- | --- | --- |
| U.S. Forest Service | 59493 | $1,973,925.39 |
| National Park Service | 63748 | $14,170.15 |
| Bureau of Land Management | 62632 | $81,167.00 |
| U.S. Forest Service | 59662 | $9,895,433.65 |
| U.S. Forest Service | 59712 | $19,466,029.49 |
| National Park Service | 63092 | $3,763,144.49 |
| U.S. Forest Service | 59664 | $21,029,700.59 |
| U.S. Forest Service | 63837 | $76,554,779.95 |
| National Park Service | 63756 | $90,415.07 |

2. This Stipulation shall constitute the entire agreement and understanding of the Parties relating to the subject matter hereof and shall supersede all prior agreements and understandings relating to the subject matter hereof.

3. This Stipulation may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same agreement.

4. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation or any Order approving the terms of this Stipulation.

Dated: November 24, 2021

KELLER BENVENUTTI KIM LLP

| /s/ David A. Taylor | /s/ Matthew J. Troy |
|---|---|
| David Taylor<br>*Attorneys for Debtors and*<br>*Reorganized Debtors* | BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br>Civil Division<br>RUTH A. HARVEY<br>Director<br>KIRK MANHARDT<br>Deputy Director<br>MATTHEW J. TROY<br>Senior Trial Counsel<br>Attorneys for the United States |