REBECCA J. WINTHROP (CA BAR NO. 116386)
ROBIN D. BALL (CA BAR NO. 159698)
NORTON ROSE FULBRIGHT US LLP
555 South Flower Street, Forty-First Floor
Los Angeles, California  90071
Telephone:     (213) 892-9200
Facsimile:      (213) 892-9494
rebecca.winthrop@nortonrosefulbright.com
robin.ball@nortonrosefulbright.com

Attorneys for Fire Victim Claimants ADVENTIST HEALTH SYSTEM/WEST and FEATHER RIVER HOSPITAL D/B/A ADVENTIST

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                    Debtors.<br><br>☐    Affects PG&E Corporation<br>☐    Affects Pacific Gas and Electric Company<br>☒    Affects both Debtors * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **CASE NO. 19 - 30088 (DM)**<br><br>**CHAPTER 11**<br>**(LEAD CASE)**<br>**(JOINTLY ADMINISTERED)**<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am employed in Los Angeles, California. I am over the age of 18 years and not a party to the within entitled action. My business address is Norton Rose Fulbright US LLP, 1301 Avenue of the Americas, New York, NY 10019.

I certify that on November 23, 2021, I caused a true and correct copy of each of the following documents:

- **OPPOSITION OF ADVENTIST HEALTH SYSTEM/WEST AND ADVENTIST HEALTH FEATHER RIVER TO MOTION OF THE FIRE VICTIM TRUSTEE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR ENTRY OF AN ORDER AUTHORIZING DISCOVERY FROM ADVENTIST HEALTH SYSTEM/WEST AND ADVENTIST HEALTH FEATHER RIVER AND SERVICE OF A SUBPOENA ON FACTORY MUTUAL INSURANCE COMPANY;**

- **(UNREDACTED) DECLARATION OF REBECCA J. WINTHROP IN SUPPORT OF OPPOSITION OF ADVENTIST HEALTH SYSTEM/WEST AND ADVENTIST HEALTH FEATHER RIVER TO MOTION OF FIRE VICTIM TRUSTEE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR ENTRY OF AN ORDER AUTHORIZING DISCOVERY FROM ADVENTIST HEALTH SYSTEM/WEST AND ADVENTIST HEALTH FEATHER RIVER AND SERVICE OF A SUBPOENA ON FACTORY MUTUAL INSURANCE COMPANY;** and

- **(PROPOSED) ORDER GRANTING MOTION OF ADVENTIST HEALTH SYSTEM/WEST AND ADVENTIST HEALTH FEATHER RIVER TO FILE CERTAIN EXHIBITS UNDER SEAL AND IN REDACTED FORM IN SUPPORT OF THEIR OPPOSITION TO MOTION OF FIRE VICTIM TRUSTEE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR ENTRY OF AN ORDER AUTHORIZING DISCOVERY FROM ADVENTIST HEALTH SYSTEM/WEST AND ADVENTIST HEALTH FEATHER RIVER AND SERVICE OF A SUBPOENA ON FACTORY MUTUAL INSURANCE COMPANY.**

to be served via electronic mail on:

BROWN RUDNICK LLP
David J. Molton
(DMolton@brownrudnick.com)
Eric R. Goodman
(EGoodman@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

BROWN RUDNICK LLP
Joel S. Miliband
(JMiliband@brownrudnick.com)
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

*Attorneys for Fire Victim Trustee*


I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on November 24, 2021 at Los Angeles, CA.


    /s/ Thomas F. Burns
    Thomas F. Burns