# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Sonia Akter, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On November 16, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on William F. Weidman, III, 108 Connolly Road, No. 136, P.O. Box 136, Benson, Maryland 21018:

- Order Granting Third Extension of Time for William F. Weidman, III to File a Motion for Reconsideration [Docket No. 11584]

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 23rd day of November 2021, at New York, NY.

*/s/ Sonia Akter*
Sonia Akter

SRF 58038