Signed and Filed: November 29, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br>Date: April 12, 2022<br>Time: 10:00 AM<br>www.canb.uscourts.gov/calendars |

**Tentative Ruling Regarding Schedule for**
**Adjudication and Arbitration of Issues**

    The court has reviewed the submissions of the parties on the question of whether to have the cost estimate arbitration parallel (or possibly precede) the liability determination, as urged by Fulcrum and Tuscan, or phased, such that the cost estimate would await the liability determination as urged by Debtors.

-1-

This is a close call, particularly since Debtors argue they will not be "liable for much, if not all, of the costs" (Dkt 11627 at 2:12). Still, the sequence proposed by Debtors is preferable, largely because of the narrow scope of the arbitration and possible waste of resources of the parties and the arbitrator if the court's determination is dispositive.

Had there not been an arbitration provision, it is clear that all of the liability and damage issues would likely have been tried together. That is not an option, so the court chooses what it perceives to be the more efficient way to proceed, notwithstanding the time that has gone by since early 2019.

The proposed schedule (Exhibit A to Dkt 11546) is acceptable. Rather than setting a specific date for motions after the May 31, 2022, deadline, or setting dates for trial, the court will hold a further Scheduling Conference on April 12, 2022 at 10:00 AM, after the proposed March 31, 2022 deadline for fact discovery. Before that conference, principal counsel should meet and confer in an attempt to agree upon the days to be reserved for trial, what facts can be agreed upon, and other routine pretrial matters.

If Fulcrum/Tuscan accept this tentative ruling, their counsel should advise Debtors' counsel by 5:00 PM on November 30, 2021, and if all agree, the hearing set for December 1, 2021, at 10:00 AM will be dropped from calendar.

**END OF ORDER**

Case: 19-30088    Doc# 11628    Filed: 11/29/21    Entered: 11/29/21 14:52:50    Page 2 of 3

COURT SERVICE LIST

ECF Recipients