1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  H Annie Duong, #319953
   annie.duong@mccormickbarstow.com
3  7647 North Fresno Street
   Fresno, California 93720
4  Telephone:  (559) 433-1300
   Facsimile:  (559) 433-2300
5
   Attorneys for PHILIP VERWEY
6  dba PHILIP VERWEY FARMS

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILIP VERWEY dba PHILIP VERWEY FARMS,<br><br>　　　　　Claimant,<br><br>　　v.<br><br>PG&E CORPORATION and PACIFIC GAS and ELECTRIC,<br><br>　　　　　Debtors. | Bankruptcy Cases<br>19-30088-DM (Lead Case)<br>19-30089-DM<br>(Jointly Administered)<br><br>**MOTION TO REMOVE ATTORNEY FROM THE SERVICE LIST**<br><br>CLAIM: 1299 |

Claimant PHILIP VERWEY dba PHILIP VERWEY FARMS ("Claimant"), by and through their attorney of record of the law offices of McCormick, Barstow, Sheppard, Wayte & Carruth, LLP, hereby requests that H. Annie Duong, Esq. be removed from the Debtors' and the Clerk of this Court's Service List i.e. "Master Service List", and further requests to be removed from any other mailings, emailing and service lists of counsel and parties to be noticed including but not limited to CM/EFC notification on this case according to the Bankruptcy Rules and Title 11 of the United States Code.

Dated: November 30, 2021

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: _____
H Annie Duong
Attorneys for PHILIP VERWEY
dba PHILIP VERWEY FARMS

090109-000001 7804501.1