```
REBECCA J. WINTHROP(CA Bar No. 116386)
ROBIN D. BALL (CA Bar No. 159698)
NORTON ROSE FULBRIGHT US LLP
555 South Flower Street, Forty-First Floor
Los Angeles, California  90071
Telephone:     (213) 892-9200
Facsimile:     (213) 892-9494
rebecca.winthrop@nortonrosefulbright.com
robin.ball@nortonrosefulbright.com

Attorneys for Fire Victim Claimants ADVENTIST
HEALTH SYSTEM/WEST, and FEATHER RIVER
HOSPITAL d/b/a ADVENTIST HEALTH FEATHER
RIVER
```

Entered on Docket
November 30, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: November 29, 2021

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19 – 30088 (DM) |
| **PG& E CORPORATION** | Chapter 11 |
| - and – | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **ORDER GRANTING MOTION OF ADVENTIST HEALTH SYSTEM/WEST AND ADVENTIST HEALTH FEATHER RIVER TO FILE CERTAIN EXHIBITS UNDER SEAL AND IN REDACTED FORM IN SUPPORT OF THEIR OPPOSITION TO MOTION OF FIRE VICTIM TRUSTEE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR ENTRY OF AN ORDER AUTHORIZING DISCOVERY FROM ADVENTIST HEALTH SYSTEM/WEST AND ADVENTIST HEALTH FEATHER RIVER AND SERVICE OF A SUBPOENA ON FACTORY MUTUAL INSURANCE COMPANY** |
| **Debtors**. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | [No Hearing Requested] |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

Upon the Motion, dated November 23, 2021 (the "Redaction Motion"), of Adventist Health System/West and Feather River Hospital d/b/a Adventist Health Feather River, each a California religious non-profit corporation (and together, "Adventist"), filed in the above-entitled cases, and pursuant to sections 105(a) and 107(b) of title 11 of the United States Code (the "Bankruptcy Code"), Federal Rule of Bankruptcy Procedure 9018, Rule 1001-2(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "Local Rules") and the *Procedures for Filing Redacted or Sealed Confidential or Highly Sensitive Documents* adopted by the United States Bankruptcy Court for the Northern District of California (the "Local Procedures"), for entry of an order (i) authorizing Adventist to file with certain limited redactions the *Declaration of Rebecca J. Winthrop in Support of Opposition of Adventist Health System/West and Adventist Health Feather River to Motion of the Fire Victim Trustee Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of an Order Authorizing Discovery from Adventist Health System/West and Adventist Health Feather River and Service of a Subpoena on Factory Mutual Insurance Company* (the "Winthrop Opp. Decl."), and (ii) directing that the unredacted copies of the Winthrop Decl. provided to the Court shall remain under seal and confidential and not be made available to anyone except the Trust[1] without the consent of Adventist or further order from the Court; and the Court having found and determined that notice of the Redaction Motion as provided to the parties listed on the Certificate of Service attached thereto is reasonable and sufficient, and it appearing that no other or further notice need be provided; and this Court having reviewed the Redaction Motion and the Declaration of Rebecca J. Winthrop submitted in support thereof; and this Court having determined that the legal and factual bases set forth in the Redaction Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Redaction Motion is in the best interests of Adventist and is fair and equitable, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Redaction Motion is granted as provided herein.

---

[1] Capitalized terms used but not defined in this Order shall have the meanings ascribed to them in the Redaction Motion.

DOCUMENT PREPARED ON RECYCLED PAPER

103604343.1

2. Notice of the Redaction Motion as provided therein shall be deemed good and sufficient and the requirements of the Local Rules are satisfied by such notice.

3. Adventist is authorized to file a redacted copy of the Winthrop Opp. Decl. pursuant to section 107(b) of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure 9018, the Local Rules and the Local Procedures.

4. The unredacted copy of the Opposition and the Winthrop Opp. Decl. provided to the Court is confidential, shall remain under seal, and shall not be made available to anyone other than the Trust without the consent of Adventist.

5. Any documents or memoranda subsequently filed by Adventist in connection with the Winthrop Opp. Decl. shall be treated in the same fashion as the Winthrop Opp. Decl. with respect to the redaction of confidential material, without further order of the Court.

6. The Reorganized Debtors are authorized to take all necessary actions to effectuate the relief granted pursuant to this Order in accordance with the Redaction Motion.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

** END OF ORDER **

DOCUMENT PREPARED ON RECYCLED PAPER

103604343.1

- 3 -