KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **NOTICE OF CONTINUED HEARING ON CERTAIN OF THE REORGANIZED DEBTORS' OMNIBUS OBJECTIONS TO CLAIMS** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **[Re: Dkt. No. 11346]** |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Date: January 11, 2022<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Tele/Videoconference Only)<br>      United States Bankruptcy Court<br>      Courtroom 17, 16th Floor<br>      San Francisco, CA 94102 |

1   **PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation
2   and Pacific Gas and Electric Company, as debtors and reorganized debtors (the "**Debtors**," or the
    "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each
3   filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the
    "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California
4   (San Francisco Division) (the "**Bankruptcy Court**").

5   **PLEASE TAKE FURTHER NOTICE** by Order dated June 20, 2020, the Bankruptcy Court
    confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated*
6   *July 19, 2020* [Docket No. 8048] (the "**Plan**"). The Plan became effective on July 1, 2020.

7   **PLEASE TAKE FURTHER NOTICE** that on June 30, 2020, the Bankruptcy Court entered
    the *Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and*
8   *Manner of the Notice of Omnibus Objections*, dated June 30, 2020 [Docket No. 8228] (the "**Omnibus**
    **Objections Procedures Order**"), pursuant to which the Bankruptcy Court established procedures by
9   which the Debtors and Reorganized Debtors could file objections to multiple Claims (as defined
10  therein).

11  **PLEASE TAKE FURTHER NOTICE** that, in accordance with the Omnibus Objection
    Procedures Order, the Reorganized Debtors filed the following omnibus objection (the "**Omnibus**
12  **Objection**") and received the corresponding informal response identified below (the "**Omnibus**
    **Objection Response**"):
13

14
| Omnibus Objection | Objection Filed | Objection Deadline | Response Received | Original Hearing Date | Initial Hearing Continuance |
|---|---|---|---|---|---|
15 | | | | | | |
16 | *Reorganized Debtors' One Hundred Ninth Omnibus Objection to Claims (Books and Records Claims / Satisfied Claims)* [Dkt. No. 11346] | September 28, 2021 | October 26, 2021, at 4:00 p.m. (Pacific Time) | State of Connecticut Unclaimed Property Division (Claim Nos. 6355 and 8275) | November 9, 2021, at 10:00 a.m. (Pacific Time) | December 7, 2021, at 10:00 a.m. (Pacific Time) |
17
18
19
20
21
22

23  **PLEASE TAKE FURTHER NOTICE** that the hearing on the Omnibus Objection *solely with*
    *respect to the specific claims that are identified in the Omnibus Objection Response and in the above*
24  *paragraphs of this Notice* will be **further continued** to the omnibus hearing on January 11, 2022, at
    10:00 a.m. (Pacific Time), unless otherwise noted herein. If applicable, the formal response deadlines
25  are further continued to December 28, 2021, unless otherwise agreed to with the Claimant.

26  **PLEASE TAKE FURTHER NOTICE** that copies of each document identified herein can be
27  viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by
    contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102,
28

1   or (iii) from the Reorganized Debtors' notice and claims agent, Prime Clerk LLC , at
    https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties;
2   or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com.  Note that a
    PACER password is needed to access documents on the Bankruptcy Court's website.
3

    Dated:  November 30, 2021                    **KELLER BENVENUTTI KIM LLP**
4

5                                                _/s/ Thomas B. Rupp_____
                                                 Thomas B. Rupp
6
                                                 *Attorneys for Debtors and Reorganized Debtors*
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28