1                UNITED STATES BANKRUPTCY COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                    -oOo-

```
4   In Re:                          ) Case No. 19-30088
                                    ) Chapter 11
5   PG&E CORPORATION AND PACIFIC    )
    GAS AND ELECTRIC COMPANY,       ) San Francisco, California
6                                   ) Wednesday, December 1, 2021
                         Debtor.    ) 10:00 AM
7   _____ )
                                      MOTION FOR RELIEF FROM STAY
8                                     FILED BY FULCRUM CREDIT
                                      PARTNERS LLC [11066]
9
                                      REORGANIZED DEBTORS'
10                                    OBJECTION TO PROOF OF CLAIM
                                      NO. 58562 FILED BY FULCRUM
11                                    CREDIT PARTNERS LLC AS
                                      TRANSFEREE OF TUSCAN RIDGE
12                                    ASSOCIATES, LLC FILED BY PG&E
                                      CORPORATION [11288]
13
14              TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE DEENIS MONTALI
15           UNITED STATES BANKRUPTCY JUDGE

16   APPEARANCES (All present by video or telephone):

17   For the Reorganized        JANE KIM, ESQ.
     Debtor:                    Keller Benvenutti Kim LLP
18                              650 California Street
                               Suite 1900
19                              San Francisco, CA 94108
                               (415)496-6723
20
                               GAYLE L. GOUGH, ESQ.
21                              Gough & Hancock LLP
                               50 California Street
22                              Suite 1500
                               San Francisco, CA 94111
23                              (415)848-8918
24
25
```

```
1   APPEARANCES (Cont'd):

2   For Fulcrum Credit          DIANE C. STANFIELD, ESQ.
    Partners LLC:               Alston & Bird, LLP
3                               333 South Hope Street
                                16th Floor
4                               Los Angeles, CA 90071
                                (213)576-1000
5
    For Tuscan Ridge            JAMIE P. DREHER, ESQ.
6   Associates, LLC:            Downey Brand LLP
                                621 Capitol Mall
7                               18th Floor
                                Sacramento, CA 95814
8                               (916)444-1000

9

10

11

12

13

14

15

16

17

18  Court Recorder:             LORENA PARADA/ANKEY THOMAS
                                United States Bankruptcy Court
19                              450 Golden Gate Avenue
                                San Francisco, CA 94102
20

21  Transcriber:                MICHAEL DRAKE
                                eScribers, LLC
22                              7227 N. 16th Street
                                Suite #207
23                              Phoenix, AZ 85020
                                (973)406-2250
24

    Proceedings recorded by electronic sound recording;
25  transcript provided by transcription service.
```

PG&E Corporation and Pacific Gas and Electric Company

1      SAN FRANCISCO, CALIFORNIA, WEDNESDAY, DECEMBER 1, 2021,

2                              10:00 AM

3                               -oOo-

4      (Call to order of the Court.)

5              THE CLERK:  Calling the matter of PG&E Corporation.

6      Bringing in counsel now.

7              THE COURT:  Good morning.

8              MS. STANFIELD:  Good morning, Your Honor.

9              THE COURT:  I just state your appearance.  Mitch.

10             MS. STANFIELD:  Thank you, Your Honor.  This is Diane

11     Stanfield of Alston Bird, appearing for Fulcrum Credit Partners

12     LLC.

13             THE COURT:  Ms. Kim?

14             MS. KIM:  Good morning, Your Honor.  Jane Kim, Keller

15     Benvenutti Kim, on behalf of PG&E.  And my cocounsel, Ms.

16     Gough, is also supposed to be joining.

17             THE COURT:  Yeah.  I --

18             THE CLERK:  Somebody joined now.

19             THE COURT:  I expected that she would be.  So -- Oh,

20     and Mr. Dreher, that's right.  He had appeared before also.

21             MR. DREHER:  Good morning, Your Honor.  Jamie Dreyer

22     for Tuscan Ridge Associates.

23             THE COURT:  All right.  And Ms. Gough.  Okay.  Ms.

24     Gough, just come in to state your appearance, please.  Your mic

25     is still muted.

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    MS. COUGH:  Thank you, Your Honor.  Good morning.

2  Gayle Gough.

3    THE COURT:  Okay.  Ms. Stanfield, you asked for the

4  hearing.  What's your pleasure?

5    MS. STANFIELD:  Thank you, Your Honor.  Yes.  We just

6  wanted to discuss the portion of the tentative ruling related

7  to scheduling.  We were willing to submit to the tentative with

8  respect to the arbitration motion, but it concerns us a little

9  that we aren't setting dates so that we can keep this thing

10  moving along.

11    I think that both of the parties -- and Ms. Kim and I

12  spoke about this yesterday and confirmed.  Both of the parties

13  are still willing to set a trial date by the end of July.  And

14  given that we are now going to have serial proceedings, we are

15  just hopeful that the Court will revisit that and give us a

16  trial date.  And we can work backward with the discovery and

17  motion dates so that we can just have --

18    THE COURT:  Well, no.  I mean, listen.  If I didn't

19  have the PG&E case, I might not have much to do these days.

20  And my trial calendar is very open.  So my -- the only reason I

21  took the position of having a status conference was just to be

22  able to narrow down specific things like disputed facts versus

23  nondisputed effects.

24    I mean, I can give you a trial date today, but who

25  knows whether it'll -- I mean, assuming I'm available and well

PG&E Corporation and Pacific Gas and Electric Company

1    and healthy, et cetera, who knows when everybody else be ready.

2    But make me --

3            MS. STANFIELD:  Sure.

4            THE COURT:  -- an offer.  Make me an offer.  I think

5    one of -- I think it was Ms. Gough or one of you at the prior

6    hearing said many days, and so okay, many days.  But I'm open

7    to proposals.  And I thought that the pre-trial dates were

8    pretty much agreed among counsel.  So when I -- when I issued

9    the tentative, it was -- all I really did is put in us another

10   status.  So I didn't close out the date you wanted.  I just

11   wanted -- I said we'll just reconvene midway through the

12   process.  So take it from there.

13           MS. STANFIELD:  Thanks, Your Honor.  I actually think

14   it's a great idea to have a status conference at that point.

15   And the April 12th date, I think, is about the right timing.

16           So I guess our request is just that we go ahead and

17   set those other dates that appear.  And I think this was in

18   Exhibit A --

19           THE COURT:  Yes.

20           MS. STANFIELD:  -- to the Court.  Right.  And so --

21           MS. KIM:  Your Honor, if I may.  I think that the

22   Court simply was saying that the proposed dates in the schedule

23   that were submitted were acceptable except that we would have

24   the status conference in April -- on April 12 to take another

25   look at this.  We see the merit in that.  That's fine.  I don't

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    think that the tentative removes the dates prior to April that

2    the parties were talking about.

3         And I understand that at an April status conference,

4    the parties may be better able to and give a realistic trial

5    estimate to the Court.  We may be better able to talk about --

6    focus the evidentiary and legal issues.  We may know the

7    constraints on the witnesses, the length of trial.  And the

8    Court may be able to understand the demands on its own

9    calendar.

10        So we're okay with the proposed date in July based on

11   our trial schedule, but we also defer to the Court and do want

12   that status conference so we can better describe the nature or

13   scope of the trial.

14        THE COURT:  Well, first -- well, here, let's clarify.

15   By setting this status conference, I just picked a date that

16   was after the close of discovery of facts.  And I by no means

17   meant to give any disapproval or anything on all the other

18   dates.

19        The other thing, folks, we have an elephant in the

20   room.  It's called the coronavirus.  And some of my colleagues

21   are coming back with some sort of a hybrid schedule.  I have

22   not yet committed to that.  And it may well be that, come the

23   spring, we'll have a better understanding of whether I should

24   be live in the courtroom for some or all of the trial or not.

25   But it's completely flexible.

PG&E Corporation and Pacific Gas and Electric Company

1    And again, I'll repeat what I said.  I don't

2  anticipate any problem accommodating you and your clients with

3  a schedule for trial.  So I think we're all pretty much on the

4  same page here.

5    But Ms. Stanfield, you were -- you have the floor.

6  Tell me what you'd like me to do specifically, and we'll see if

7  that works.

8    MS. STANFIELD:  I appreciate that, Your Honor.  And I

9  agree that we may be looking at changed circumstances.  We've

10  all had to be pretty flexible the last couple of years.  And it

11  could be that come April we'll realize that we're ready for a

12  live trial.  It could be we're going to be doing this

13  virtually.  It could be that we all agree we're going to need

14  more or less time for a trial than we think today.

15    But, Your Honor, my concern is that we have an initial

16  trial date set so that we're all driving toward that and we

17  don't let that slip.  We're now looking at a second proceeding

18  to determine damages after this.  We can't even get started

19  today.

20    THE COURT:  Yeah, no, I got it.

21    MS. STANFIELD:  Right.  And so what we're asking for

22  is to set that initial trial date subject to review in a status

23  conference.

24    THE COURT:  Okay.  And again, Ms. Stanfield, I'm sorry

25  to interrupt you.  Your agreed proposal has motions to be filed

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1   by May 31.  So if motions are going to be filed on May 31,

2   typically they would be heard sometime after that, like in June

3   or late June, early July.  And if they're dispositive motions,

4   that, of course, changes the time.

5           But I repeat my invitation.  Give me a date you'd like

6   the trial, and I'll see if we can pencil that and work from

7   there.

8           MS. STANFIELD:  July 31st would be my suggestion, Your

9   Honor.

10          THE COURT:  And how many days do you think I should

11  reserve for trial?

12          MS. STANFIELD:  I think it's about a three-day trial.

13          THE COURT:  Ms. Gough, I think you had -- maybe you're

14  the one that a little less sanguine about that but --

15          MS. COUGH:  We haven't been able to resolve anything

16  in three days on this case.  So that's --

17          THE COURT: I get rid of motions --

18          MS. COUGH:  -- really optimistic.

19          THE COURT:  I get rid of motions with three-sentence

20  tentative rulings.  You ought to see me on the merits.

21          MS. COUGH:  Oh, I appreciate that.  It will, of

22  course, depend on the trial schedule per day, but we're aware

23  of a prior arbitration or a proceeding that was longer

24  involving one of the third parties for with whom we will be

25  doing discovery.  We think it's probably closer to five days.

PG&E Corporation and Pacific Gas and Electric Company

1  But again, it depends on the length of the trial day.

2        THE COURT:  Okay.  Well, first of all, the -- again,

3  we're back to the unknowns about COVID and the trial date.  But

4  I've been known to have pretty long trial days.  Ask my staff

5  if you don't believe me.

6        Ms. Parada, by my calculation, July 31st is a Sunday.

7  I'm not inclined to conduct --

8        MS. STANFIELD:  Yes.

9        THE COURT:  -- a trial on a Sunday.

10        MS. STANFIELD:  Yeah.  I apologize, Your Honor.

11  That's obviously not the right date.

12        THE COURT:  That's okay.  No.  I'm happy to start it

13  on a Sunday.  There won't be any football games then.  I guess

14  the -- maybe and the Warriors could have won the championship

15  by then.

16        So let me just check one other thing.  Yeah, I have an

17  8 o'clock in the morning medical appointment on August 2nd.  S

18  on that day the trial might have to start a half an hour later.

19  I'm willing to start the trial date on August 1st and block out

20  three day obviously if Ms. Parada tells me those days are

21  available.  Ms. Parada?

22        THE CLERK:  Yes, Your Honor, they're available.

23        THE COURT:  And what -- and so -- and you know what?

24  My pre-trial that presumably would happen in April, we'll get a

25  fix on whether we have to split the trial.  Again, we might

PG&E Corporation and Pacific Gas and Electric Company

1   have witnesses not available. We might have the lawyers not

2   available. Wouldn't that be something if some of you had a

3   personal life and needed to attend to something.

4        Unless there's any dissent, I'll mark out a three-day

5   trial starting on August 1st and just keep opening whether we

6   need any more days. And we'll probably get a better handle on

7   that at a date that I guess you all agree to on April 12th

8   scheduling conference.

9        MS. STANFIELD: Thank you, Your Honor.

10       THE COURT: Everybody okay? Any --

11       MS. COUGH: Yes, that's fine, Your Honor, with, of

12  course, the caveats is there may be some change. We have a

13  trial set pretty much immediately following that. But let's

14  pencil it in, and we can readdress it as needed.

15       THE COURT: What I want -- Mr. Dreher, are you going

16  to be participating too? Do you have (audio interference)

17  counsel?

18       MR. DREHER: I think so, yes, Your Honor. And those

19  dates are fine. How do we anticipate documenting the schedule?

20  Should the parties submit an order documenting these dates or

21  go by minute order whatever? Or whatever Your Honor's pleasure

22  is.

23       THE COURT: I had one other question before I answer

24  that question. I'm forgetting the name. You all know the

25  name, the name of the of the new tenant. Are they going to be

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1  a party in this trial?

2          MS. COUGH:  ECC is the --

3          THE COURT:  Yeah, ECC.

4          MS. COUGH:  -- new tenant.

5          THE COURT:  Yes.  Well, are they going -- are they

6  going to be participants or nothing or what?

7          MR. DREHER:  Not a party, Your Honor.

8          MS. STANFIELD:  No, Your Honor.  I expect they'll be

9  called as witnesses in some form.

10         MS. KIM:  Correct.

11         MS. STANFIELD:  But they are not participants.

12         MS. KIM:  Well, participants as witnesses but not

13  parties.

14         MS. STANFIELD:  Right.

15         THE COURT:  Okay.  Let's do this.  Well, was there --

16  everybody on board with an April 12th status conference?

17         MS. STANFIELD:  Yes, Your Honor.

18         THE COURT:  Ms. Parada, do we have a -- I don't think

19  I conferred with you when I selected that date.  Is that a PG&E

20  date or an open date?

21         THE CLERK:  April 12th is a PG&E all-purpose date.

22         THE COURT:  At 10 o'clock, right?

23         THE CLERK:  Yes.

24         THE COURT:  Okay.  Again, Ms. Kim is aware of this.

25  The other counsel, you may not be that familiar.  And who knows

PG&E Corporation and Pacific Gas and Electric Company

1    what the (indiscernible) will be come midsummer.  But we've

2    been putting a lot of things on an all -- what we call an

3    all-purpose PG&E calendar, and most of them get continued.  But

4    when I get to something that is going to take some time or a

5    few more lawyers like the many of you, I move it just to a

6    different time.

7         But for now we'll put that status -- or scheduling

8    conference on April 12th at 10.  But if it turns out there's a

9    bunch of other stuff, we'll probably just move it to 11 so that

10   all of you don't have to sit through -- Ms. Kim or others in

11   her firm might be involved, but the rest of you won't be.

12        And Mr. Dreher, I don't need a formal order.  The

13   minute order can just reflect that -- a scheduling conference

14   at the April date and trial, a three-day trial, beginning on

15   August 1st in the minutes.  If you want something more formal

16   or you think it would be useful to memorialize all the dates,

17   I'm open to it.  I just ask for a volunteer to draft an agreed

18   scheduling order.  And you're going to be a volunteer.

19        MR. DREHER:  I will do that if the parties think that

20   it's appropriate.  Otherwise, I mean, I think Your Honor's

21   tentative ruling that everybody has accepted was adopting the

22   scheduling deadlines set forth in Exhibit A to docket number

23   11546.  If everybody --

24        THE COURT:  Yeah.  I think that -- I think that the

25   only issue that I would have is that here I have four lawyers

PG&E Corporation and Pacific Gas and Electric Company

1  who are involved.  But there are a lot of clients, and there

2  may be a lot of other people that just want to know.  So

3  it's -- I'll leave it up to any of you.  Any of the counsel

4  believe it would be helpful to have a more formal pre-trial

5  schedule order, I'll be happy to do it.  Mr. Dreher has been --

6  has volunteered to be the drafter.  But the minutes will

7  reflect at least the two dates that we pin down today.  Okay?

8  That take care of everything?

9          MS. STANFIELD:  That's great.  Thank you very much,

10 Your Honor.

11         MS. KIM:  Thank you.

12         THE COURT:  Okay.  We're in the first --

13         MS. STANFIELD:  Everybody have a good holiday season.

14         THE COURT:  -- day of December.  Happy Holidays to all

15 of you.  Thank you.

16         MS. STANFIELD:  You as well.

17         MS. COUGH:  Thank you.

18         MS. KIM:  Thank you.

19         THE COURT:  That concludes --

20         MS. STANFIELD:  Thank you, everybody.

21         THE COURT:  That'll conclude the hearing.  Thank you.

22     (Whereupon these proceedings were concluded at 10:15 AM)

23

24

25

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

```
 1                C E R T I F I C A T I O N

 2

 3     I, Michael Drake, certify that the foregoing transcript is a

 4     true and accurate record of the proceedings.

 5

 6

 7

 8     _____

 9     /s/ MICHAEL DRAKE, CER-513, CET-513

10

11     eScribers

12     7227 N. 16th Street, Suite #207

13     Phoenix, AZ 85020

14

15     Date:   December 2, 2021

16

17

18

19

20

21

22

23

24

25
```

of 18
(973) 406-2250 | operations@escribers.net | www.escribers.net

## A

**able (5)**
4:22;6:4,5,8;8:15
**acceptable (1)**
5:23
**accepted (1)**
12:21
**accommodating (1)**
7:2
**actually (1)**
5:13
**adopting (1)**
12:21
**again (6)**
7:1,24;9:1,2,25;
11:24
**agree (3)**
7:9,13;10:7
**agreed (3)**
5:8;7:25;12:17
**ahead (1)**
5:16
**all-purpose (2)**
11:21;12:3
**along (1)**
4:10
**Alston (1)**
3:11
**among (1)**
5:8
**anticipate (2)**
7:2;10:19
**apologize (1)**
9:10
**appear (1)**
5:17
**appearance (2)**
3:9,24
**appeared (1)**
3:20
**appearing (1)**
3:11
**appointment (1)**
9:17
**appreciate (2)**
7:8;8:21
**appropriate (1)**
12:20
**April (12)**
5:15,24,24;6:1,3;
7:11;9:24;10:7;11:16,
21;12:8,14
**arbitration (2)**
4:8;8:23
**Associates (1)**
3:22
**assuming (1)**
4:25
**attend (1)**
10:3
**audio (1)**

10:16
**August (4)**
9:17,19;10:5;12:15
**available (5)**
4:25;9:21,22;10:1,2
**aware (2)**
8:22;11:24

## B

**back (2)**
6:21;9:3
**backward (1)**
4:16
**based (1)**
6:10
**beginning (1)**
12:14
**behalf (1)**
3:15
**Benvenutti (1)**
3:15
**better (5)**
6:4,5,12,23;10:6
**Bird (1)**
3:11
**block (1)**
9:19
**board (1)**
11:16
**both (2)**
4:11,12
**Bringing (1)**
3:6
**bunch (1)**
12:9

## C

**calculation (1)**
9:6
**calendar (3)**
4:20;6:9;12:3
**CALIFORNIA (1)**
3:1
**Call (2)**
3:4;12:2
**called (2)**
6:20;11:9
**Calling (1)**
3:5
**can (8)**
4:9,16,17,24;6:12;
8:6;10:14;12:13
**care (1)**
13:8
**case (2)**
4:19;8:16
**caveats (1)**
10:12
**cetera (1)**
5:1
**championship (1)**

9:14
**change (1)**
10:12
**changed (1)**
7:9
**changes (1)**
8:4
**check (1)**
9:16
**circumstances (1)**
7:9
**clarify (1)**
6:14
**CLERK (5)**
3:5,18;9:22;11:21,23
**clients (2)**
7:2;13:1
**close (2)**
5:10;6:16
**closer (1)**
8:25
**cocounsel (1)**
3:15
**colleagues (1)**
6:20
**coming (1)**
6:21
**committed (1)**
6:22
**completely (1)**
6:25
**concern (1)**
7:15
**concerns (1)**
4:8
**conclude (1)**
13:21
**concluded (1)**
13:22
**concludes (1)**
13:19
**conduct (1)**
9:7
**conference (11)**
4:21;5:14,24;6:3,12,
15;7:23;10:8;11:16;
12:8,13
**conferred (1)**
11:19
**confirmed (1)**
4:12
**constraints (1)**
6:7
**continued (1)**
12:3
**coronavirus (1)**
6:20
**Corporation (1)**
3:5
**COUGH (8)**
4:1;8:15,18,21;
10:11;11:2,4;13:17
**counsel (5)**

3:6;5:8;10:17;11:25;
13:3
**couple (1)**
7:10
**course (3)**
8:4,22;10:12
**Court (42)**
3:4,7,9,13,17,19,23;
4:3,15,18;5:4,19,20,22;
6:5,8,11,14;7:20,24;
8:10,13,17,19;9:2,9,12,
23;10:10,15,23;11:3,5,
15,18,22,24;12:24;
13:12,14,19,21
**courtroom (1)**
6:24
**COVID (1)**
9:3
**Credit (1)**
3:11

## D

**damages (1)**
7:18
**date (19)**
4:13,16,24;5:10,15;
6:10,15;7:16,22;8:5;
9:3,11,19;10:7;11:19,
20,20,21;12:14
**dates (11)**
4:9,17;5:7,17,22;6:1,
18;10:19,20;12:16;
13:7
**day (5)**
8:22;9:1,18,20;13:14
**days (9)**
4:19;5:6,6,8;10:16,
25;9:4,20;10:6
**deadlines (1)**
12:22
**DECEMBER (2)**
3:1;13:14
**defer (1)**
6:11
**demands (1)**
6:8
**depend (1)**
8:22
**depends (1)**
9:1
**describe (1)**
6:12
**determine (1)**
7:18
**Diane (1)**
3:10
**different (1)**
12:6
**disapproval (1)**
6:17
**discovery (3)**
4:16;6:16;8:25

**discuss (1)**
4:6
**dispositive (1)**
8:3
**disputed (1)**
4:22
**dissent (1)**
10:4
**docket (1)**
12:22
**documenting (2)**
10:19,20
**down (2)**
4:22;13:7
**draft (1)**
12:17
**drafter (1)**
13:6
**Dreher (8)**
3:20,21;10:15,18;
11:7;12:12,19;13:5
**Dreyer (1)**
3:21
**driving (1)**
7:16

## E

**early (1)**
8:3
**ECC (2)**
11:2,3
**effects (1)**
4:23
**elephant (1)**
6:19
**else (1)**
5:1
**end (1)**
4:13
**estimate (1)**
6:5
**et (1)**
5:1
**even (1)**
7:18
**everybody (7)**
5:1;10:10;11:16;
12:21,23;13:13,20
**evidentiary (1)**
6:6
**except (1)**
5:23
**Exhibit (2)**
5:18;12:22
**expect (1)**
11:8
**expected (1)**
3:19

## F

**facts (2)**

4:22;6:16
**familiar (1)**
11:25
**few (1)**
12:5
**filed (2)**
7:25;8:1
**fine (3)**
5:25;10:11,19
**firm (1)**
12:11
**first (3)**
6:14;9:2;13:12
**five (1)**
8:25
**fix (1)**
9:25
**flexible (2)**
6:25;7:10
**floor (1)**
7:5
**focus (1)**
6:6
**folks (1)**
6:19
**following (1)**
10:13
**football (1)**
9:13
**forgetting (1)**
10:24
**form (1)**
11:9
**formal (3)**
12:12,15;13:4
**forth (1)**
12:22
**four (1)**
12:25
**FRANCISCO (1)**
3:1
**Fulcrum (1)**
3:11

**G**

**games (1)**
9:13
**Gayle (1)**
4:2
**given (1)**
4:14
**Good (6)**
3:7,8,14,21;4:1;
13:13
**Gough (6)**
3:16,23,24;4:2;5:5;
8:13
**great (2)**
5:14;13:9
**guess (3)**
5:16;9:13;10:7

**H**

**half (1)**
9:18
**handle (1)**
10:6
**happen (1)**
9:24
**happy (3)**
9:12;13:5,14
**healthy (1)**
5:1
**heard (1)**
8:2
**hearing (3)**
4:4;5:6;13:21
**helpful (1)**
13:4
**holiday (1)**
13:13
**Holidays (1)**
13:14
**Honor (20)**
3:8,10,14,21;4:1,5;
5:13,21;7:8,15;8:9;
9:10,22;10:9,11,18;
11:7,8,17;13:10
**Honor's (2)**
10:21;12:20
**hopeful (1)**
4:15
**hour (1)**
9:18
**hybrid (1)**
6:21

**I**

**idea (1)**
5:14
**immediately (1)**
10:13
**inclined (1)**
9:7
**indiscernible (1)**
12:1
**initial (2)**
7:15,22
**interference (1)**
10:16
**interrupt (1)**
7:25
**invitation (1)**
8:5
**involved (2)**
12:11;13:1
**involving (1)**
8:24
**issue (1)**
12:25
**issued (1)**
5:8

**issues (1)**
6:6

**J**

**Jamie (1)**
3:21
**Jane (1)**
3:14
**joined (1)**
3:18
**joining (1)**
3:16
**July (5)**
4:13;6:10;8:3,8;9:6
**June (2)**
8:2,3

**K**

**keep (2)**
4:9;10:5
**Keller (1)**
3:14
**Kim (12)**
3:13,14,14,15;4:11;
5:21;11:10,12,24;
12:10;13:11,18
**known (1)**
9:4
**knows (3)**
4:25;5:1;11:25

**L**

**last (1)**
7:10
**late (1)**
8:3
**later (1)**
9:18
**lawyers (3)**
10:1;12:5,25
**least (1)**
13:7
**leave (1)**
13:3
**legal (1)**
6:6
**length (2)**
6:7;9:1
**less (2)**
7:14;8:14
**life (1)**
10:3
**listen (1)**
4:18
**little (2)**
4:8;8:14
**live (2)**
6:24;7:12
**LLC (1)**
3:12

**long (1)**
9:4
**longer (1)**
8:23
**look (1)**
5:25
**looking (2)**
7:9,17
**lot (3)**
12:2;13:1,2

**M**

**many (4)**
5:6,6;8:10;12:5
**mark (1)**
10:4
**matter (1)**
3:5
**may (12)**
5:21;6:4,5,6,8,22;
7:9;8:1,1;10:12;11:25;
13:2
**maybe (2)**
8:13;9:14
**mean (4)**
4:18,24,25;12:20
**means (1)**
6:16
**meant (1)**
6:17
**medical (1)**
9:17
**memorialize (1)**
12:16
**merit (1)**
5:25
**merits (1)**
8:20
**mic (1)**
3:24
**midsummer (1)**
12:1
**midway (1)**
5:11
**might (5)**
4:19;9:18,25;10:1;
12:11
**minute (2)**
10:21;12:13
**minutes (2)**
12:15;13:6
**Mitch (1)**
3:9
**more (5)**
7:14;10:6;12:5,15;
13:4
**morning (6)**
3:7,8,14,21;4:1;9:17
**most (1)**
12:3
**motion (2)**
4:8,17

**motions (2)**
7:25;8:1,3,17,19
**move (2)**
12:5,9
**moving (1)**
4:10
**much (5)**
4:19;5:8;7:3;10:13;
13:9
**muted (1)**
3:25

**N**

**name (3)**
10:24,25,25
**narrow (1)**
4:22
**nature (1)**
6:12
**need (3)**
7:13;10:6;12:12
**needed (2)**
10:3,14
**new (1)**
10:25;11:4
**nondisputed (1)**
4:23
**number (1)**
12:22

**O**

**obviously (2)**
9:11,20
**o'clock (1)**
9:17;11:22
**offer (2)**
5:4,4
**one (6)**
5:5,5;8:14,24;9:16;
10:23
**only (2)**
4:20;12:25
**oOo- (1)**
3:3
**open (4)**
4:20;5:6;11:20;
12:17
**opening (1)**
10:5
**optimistic (1)**
8:18
**order (7)**
3:4;10:20,21;12:12,
13,18;13:5
**others (1)**
12:10
**Otherwise (1)**
12:20
**ought (1)**
8:20
**out (4)**

Case: 19-30088    Doc# 11651    Filed: 12/02/21    Entered: 12/02/21 10:47:19    Page 16
of 18

5:10;9:19;10:4;12:8
**own (1)**
6:8

## P

**page (1)**
7:4
**Parada (4)**
9:6,20,21;11:18
**participants (3)**
11:6,11,12
**participating (1)**
10:16
**parties (8)**
4:11,12;6:2,4;8:24;
10:20;11:13;12:19
**Partners (1)**
3:11
**party (2)**
11:1,7
**pencil (2)**
8:6;10:14
**people (1)**
13:2
**per (1)**
8:22
**personal (1)**
10:3
**PG&E (6)**
3:5,15;4:19;11:19,
21;12:3
**picked (1)**
6:15
**pin (1)**
13:7
**please (1)**
3:24
**pleasure (2)**
4:4;10:21
**point (1)**
5:14
**portion (1)**
4:6
**position (1)**
4:21
**presumably (1)**
9:24
**pre-trial (3)**
5:7;9:24;13:4
**pretty (5)**
5:8;7:3,10;9:4;10:13
**prior (3)**
5:5;6:1;8:23
**probably (3)**
8:25;10:6;12:9
**problem (1)**
7:2
**proceeding (2)**
7:17;8:23
**proceedings (2)**
4:14;13:22
**process (1)**

5:12
**proposal (1)**
7:25
**proposals (1)**
5:7
**proposed (2)**
5:22;6:10
**put (2)**
5:9;12:7
**putting (1)**
12:2

## R

**readdress (1)**
10:14
**ready (2)**
5:1;7:11
**realistic (1)**
6:4
**realize (1)**
7:11
**really (2)**
5:9;8:18
**reason (1)**
4:20
**reconvene (1)**
5:11
**reflect (2)**
12:13;13:7
**related (1)**
4:6
**removes (1)**
6:1
**repeat (2)**
7:1;8:5
**request (1)**
5:16
**reserve (1)**
8:11
**resolve (1)**
8:15
**respect (1)**
4:8
**rest (1)**
12:11
**review (1)**
7:22
**revisit (1)**
4:15
**rid (2)**
8:17,19
**Ridge (1)**
3:22
**right (8)**
3:20,23;5:15,20;
7:21;9:11;11:14,22
**room (1)**
6:20
**ruling (2)**
4:6;12:21
**rulings (1)**
8:20

## S

**same (1)**
7:4
**SAN (1)**
3:1
**sanguine (1)**
8:14
**saying (1)**
5:22
**schedule (7)**
5:22;6:11,21;7:3;
8:22;10:19;13:5
**scheduling (6)**
4:7;10:8;12:7,13,18,
22
**scope (1)**
6:13
**season (1)**
13:13
**second (1)**
7:17
**selected (1)**
11:19
**serial (1)**
4:14
**set (6)**
4:13;5:17;7:16,22;
10:13;12:22
**setting (1)**
4:9;6:15
**simply (1)**
5:22
**sit (1)**
12:10
**slip (1)**
7:17
**Somebody (1)**
3:18
**sometime (1)**
8:2
**sorry (1)**
7:24
**sort (1)**
6:21
**specific (1)**
4:22
**specifically (1)**
7:6
**split (1)**
9:25
**spoke (1)**
4:12
**spring (1)**
6:23
**staff (1)**
9:4
**STANFIELD (25)**
3:8,10,11;4:3,5;5:3,
13,20;7:5,8,21,24;8:8,
12;9:8,10;10:9;11:8,
11,14,17;13:9,13,16,20

**start (3)**
9:12,18,19
**started (1)**
7:18
**starting (1)**
10:5
**state (2)**
3:9,24
**status (10)**
4:21;5:10,14,24;6:3,
12,15;7:22;11:16;12:7
**still (2)**
3:25;4:13
**stuff (1)**
12:9
**subject (1)**
7:22
**submit (2)**
4:7;10:20
**submitted (1)**
5:23
**suggestion (1)**
8:8
**Sunday (3)**
9:6,9,13
**supposed (1)**
3:16
**Sure (1)**
5:3

## T

**talk (1)**
6:5
**talking (1)**
6:2
**tells (1)**
9:20
**tenant (2)**
10:25;11:4
**tentative (6)**
4:6;7;5:9;6:1;8:20;
12:21
**Thanks (1)**
5:13
**That'll (1)**
13:21
**third (1)**
8:24
**thought (1)**
5:7
**three (2)**
8:16;9:20
**three-day (3)**
8:12;10:4;12:14
**three-sentence (1)**
8:19
**timing (1)**
5:15
**today (4)**
4:24;7:14,19;13:7
**took (1)**
4:21

**toward (1)**
7:16
**trial (30)**
4:13,16,20,24;6:4,7,
11,13,24;7:3,12,14,16,
22;8:6,11,12,22;9:1,3,
4,9,18,19,25;10:5,13;
11:1;12:14,14
**turns (1)**
12:8
**Tuscan (1)**
3:22
**two (1)**
13:7
**typically (1)**
8:2

## U

**unknowns (1)**
9:3
**Unless (1)**
10:4
**up (1)**
13:3
**useful (1)**
12:16

## V

**versus (1)**
4:22
**virtually (1)**
7:13
**volunteer (2)**
12:17,18
**volunteered (1)**
13:6

## W

**Warriors (1)**
9:14
**WEDNESDAY (1)**
3:1
**What's (1)**
4:4
**Whereupon (1)**
13:22
**willing (3)**
4:7,13;9:19
**witnesses (4)**
6:7;10:1;11:9,12
**won (1)**
9:14
**work (2)**
4:16;8:6
**works (1)**
7:7

## Y

**years (1)**

Case: 19-30088    Doc# 11651    Filed: 12/02/21    Entered: 12/02/21 10:47:19    Page 17
of 18

7:10
**yesterday (1)**
4:12

## 1

**1 (1)**
3:1
**10 (2)**
11:22;12:8
**10:15 (1)**
13:22
**11 (1)**
12:9
**11546 (1)**
12:23
**12 (1)**
5:24
**12th (5)**
5:15;10:7;11:16,21;
12:8
**1st (3)**
9:19;10:5;12:15

## 2

**2021 (1)**
3:1
**2nd (1)**
9:17

## 3

**31 (2)**
8:1,1
**31st (2)**
8:8;9:6

## 8

**8 (1)**
9:17

Case: 19-30088    Doc# 11651    Filed: 12/02/21    Entered: 12/02/21 10:47:19    Page 18
of 18