# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: admin | Date Created: 12/2/2021 |
| Case: 19−30088 | Form ID: TRANSC | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty    Diane C. Stanfield    diane.stanfield@alston.com
aty    Jamie P. Dreher    jdreher@downeybrand.com
aty    Jane Kim    jkim@kbkllp.com

TOTAL: 3

**Recipients submitted to the Claims Agent (Prime Clerk):**
    GAYLE L. GOUGH, ESQ.    Gough & Hancock LLP    50 California Street Suite 1500    San Francisco, CA 94111

TOTAL: 1