WEIL, GOTSHAL & MANGES LLP
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for the Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Reorganized Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☒ Affects Pacific Gas and Electric Company <br> ☐ Affects both Debtors <br><br> * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **DECLARATION OF THEODORE E. TSEKERIDES IN SUPPORT OF THE REORGANIZED DEBTORS' REPLY IN FURTHER SUPPORT OF THEIR ONE HUNDRED EIGHTH OMNIBUS OBJECTION TO CLAIMS** <br><br> [Related to Docket Nos. 11230 & 11476] <br><br> Date: February 2, 2022 <br> Time: 10:00 a.m. (Pacific Time) <br> Place: (Tele/Videoconference Appearances Only) <br> United States Bankruptcy Court <br> Courtroom 17, 16th Floor <br> San Francisco, CA 94102 |

I, Theodore E. Tsekerides, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a member of the law firm of Weil, Gotshal & Manges LLP, counsel to PG&E Corporation and Pacific Gas and Electric Company (the "**Utility**") (collectively, "**PG&E**" or the "**Debtors**," or, as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases ("**Chapter 11 Cases**"). I respectfully submit this declaration in support of the *Reorganized Debtors' Reply in Further Support of Their One Hundred Eighth Omnibus Objection to Claims* (the "**Reply**").[1]

2. Attached hereto as **Exhibit A** is a true and correct copy of the *Decision Dismissing Complaint with Prejudice*, entered by the Public Utilities Commission of the State of California in *Winding Creek Solar LLC v. Pacific Gas and Electric Company*, Case 13-07-016 (May 15, 2014).

3. Attached hereto as **Exhibit B** is a true and correct copy of the *Opinion Adopting Tariffs and Standard Contracts for Water, Wastewater and Other Customers to Sell Electricity Generated from RPS-Eligible Renewable Resources to Electrical Corporations*, entered by the Public Utilities Commission of the State of California, in the Order Instituting Rulemaking to Continue Implementation and Administration of California Renewables Portfolio Standard Program, Rulemaking 06-05-027 (July 26, 2007).

4. Attached hereto as **Exhibit C** is a true and correct copy of the *Complaint Against Pacific Gas and Electric Company (U 39-E) Regarding Its Failure to Enter into PPAs Under the Existing Assembly Bill AB1969 Feed-In Tariff Program* in *Winding Creek Solar LLC v. Pacific Gas and Electric Company*, Case 13-07-016 (July 23, 2013).

5. Attached hereto as **Exhibit D** is a true and correct copy of the *Motion of Pacific Gas and Electric Company (U 39-E) for Clarification Regarding Existing Assembly Bill 1969 Feed-In-Tariff Program*, in the Order Instituting Rulemaking to Continue Implementation and Administration of California Renewables Portfolio Standard Program, Rulemaking 11-05-005 (April 5, 2013).

---

[1] Capitalized terms used but not herein defined have the meanings ascribed to them in the Reply.

6. Attached hereto as **Exhibit E** is a true and correct copy of the *Motion of Allco Renewable Energy Limited for Clarification and to Direct Pacific Gas and Electric Company to Enter into PPAs Under the Existing Assembly Bill AB1969 Feed-In Tariff Program*, in the Order Instituting Rulemaking to Continue Implementation and Administration of California Renewables Portfolio Standard Program, Rulemaking 11-05-005 (July 23, 2013).

7. Attached hereto as **Exhibit F** is a true and correct copy of the Electric Sample Form No. 79-1102, Section 399.20 Power Purchase Agreement, dated November 15, 2012.

8. Attached hereto as **Exhibit G** is a true and correct copy of the *Order Correcting Typographical Error and Denying Application for Rehearing of Decision (D.) 14-05-026*, entered by the Public Utilities Commission of the State of California in *Winding Creek Solar LLC v. Pacific Gas and Electric Company*, Case 13-07-016 (November 20, 2014).

9. Attached hereto as **Exhibit H** is a true and correct copy of the Writ Denial in *Winding Creek Solar LLC v. California Public Utilities Commission*, Case A143797 (Cal. Ct. App. March 5, 2015).

10. Attached hereto as **Exhibit I** is a true and correct copy of the *Second Amended Complaint for Declaratory and Injunctive Relief* in *Winding Creek Solar LLC v. Peevey*, No. C 13-04934 JD (N.D. Cal. June 25, 2014).

11. Attached hereto as **Exhibit J** is a true and correct copy of the Electric Schedule E-SRG, Small Renewable Generator PPA, dated April 15, 2011.

Dated: December 3, 2021
       New York, New York

                                                 /s/ *Theodore E. Tsekerides*
                                                   Theodore E. Tsekerides