# EXHIBIT H



IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION THREE



WINDING CREEK SOLAR LLC, et al.,

    Petitioners,

v.

CALIFORNIA PUBLIC UTILITIES COMMISSION,

    Respondent;

PACIFIC GAS AND ELECTRIC COMPANY,

    Real Party in Interest.

A143797

(California Public Utilities Commission Case No. 13-07-016)

THE COURT:[*]

    Real party in interest Pacific Gas and Electric Company's request for judicial notice of exhibits A through S, inclusive, is granted. (Evid. Code §§ 452, subd. (c) and 459.)

    The petition for a writ of review is denied.

Dated: MAR - 5 2015      McGuiness, P.J. _____ P.J.

---

[*] McGuiness, P.J., Pollak, J., & Siggins, J.

Case: 19-30088   Doc# 11655-8   Filed: 12/03/21   Entered: 12/03/21 14:55:37   Page 2 of 2