# EXHIBIT J

Pacific Gas and Electric Company  
San Francisco, California  
U 39  
PG&E  

Revised    Cal. P.U.C. Sheet No.    30265-E  
Cancelling   Revised    Cal. P.U.C. Sheet No.    28029-E

# ELECTRIC SCHEDULE E-SRG
## SMALL RENEWABLE GENERATOR PPA

Sheet 1

**APPLICABILITY:** This Schedule is optional for customers who meet the definition of an Eligible Renewable Energy Resource as defined in the Special Conditions section of this Schedule, with a total Effective Capacity of not more than 1.5 megawatts. (D,T)

Service under this Schedule is on a first-come-first-served basis and shall be closed to new customers once the combined rated generating capacity of Eligible Renewable Energy Resource within PG&E's service territory reaches 104.603 megawatts, as set forth in D. 07-07-027, effective July 26, 2007. Service under this Schedule is not available to customers who either: (1) currently have a power purchase arrangement with PG&E for deliveries from the same facility; or (2) previously had a power purchase arrangement with PG&E, for deliveries from the same facility that was terminated during the three (3) years immediately prior to the date of signing a Small Renewable Generator PPA, unless PG&E otherwise agrees in its sole discretion. (D,N)

An electric generation facility must meet the criteria listed in Public Utilities Code section 399.20(b) as follows:

(1) Has an Effective Capacity of not more than 1.5 megawatts and is located on property owned or under the control of the customer. (T)

(2) Is interconnected and operates in parallel with the electric transmission and distribution grid.

(3) Is strategically located and interconnected to the electric transmission or distribution system in a manner that optimizes the deliverability of electricity generated at the facility to load centers. (N)

(4) Is an Eligible Renewable Energy Resource, as defined in Section 399.12 and (T,N)  
California Public Resources Code Section 25741, as either code provision may be (N)  
amended from time to time. (N)

**TERRITORY:** The entire territory served.

**RATES:** The customer's otherwise applicable tariff schedule (OAS) shall apply except as follows:

PG&E shall purchase the output produced by an Eligible Renewable Energy Resource pursuant to the terms set forth in Section 2.4 of the Small Renewable Power Purchase Agreement at the applicable Market-Price-Referent (MPR) in the table in Section 6 of this Schedule from the date the Eligible Renewable Energy Resource begins actual commercial operation. (T)

**SPECIAL CONDITIONS:**

1. Required Contract: A Small Renewable Power Purchase Agreement that the customer has submitted to PG&E and that both the customer and PG&E have signed is required prior to receiving service under this Schedule.

2. Participation in other PG&E Programs: As set forth in Decision 07-07-027, customers taking service under this Schedule may not obtain benefits from both this Schedule and the Self-Generation Incentive Program, net energy metering programs, the California Solar Initiative, or other similar programs.

(Continued)

Advice Letter No: 3830-E    Issued by    Date Filed    April 15, 2011  
Decision No.    Jane K. Yura    Effective    June 24, 2011  
   Vice President    Resolution No.  
1C11    Regulation and Rates

Case: 19-30088    Doc# 11655-10    Filed: 12/03/21    Entered: 12/03/21 14:55:37    Page 2 of 4

**Pacific Gas and Electric Company**
San Francisco, California
U 39

| | Revised | Cal. P.U.C. Sheet No. | 30266-E |
|---|---|---|---|
| Cancelling | Revised | Cal. P.U.C. Sheet No. | 28030-E |

# ELECTRIC SCHEDULE E-SRG
## SMALL RENEWABLE GENERATOR PPA

Sheet 2

**SPECIAL CONDITIONS:** (cont'd)

3. Definitions: The following definitions are applicable to service provided under this Schedule.

   a. Eligible Renewable Energy Resource – An electric generating facility as defined in Public Utilities Code Section 399.12 and California Public Resources Code Section 25741, as either code provision may be amended or supplemented from time to time.

   b. Effective Capacity – The Effective Capacity will be net of any Station Use, or in the case of solar, it will be net of any inverter losses. The Effective Capacity will not exceed 1.5 megawatts. The term "Nameplate" defined in Section 2.1.4 of the Small Renewable Power Purchase Agreement has the same meaning as the term "Effective Capacity" used in this Schedule. (D,N) ... (D,N)

   c. Station Use – Energy consumed within the Facility's electric energy distribution system as losses, as well as energy used to operate the Facility's auxiliary equipment. The auxiliary equipment may include, but is not limited to, forced and induced draft fans, cooling towers, boiler feeds pumps, lubricating oil systems, plant lighting, fuel handling systems, control systems, and sump pumps. (N) ... (N)

4. Electrical interconnection to support this Schedule shall be accomplished using PG&E's Wholesale Distribution Tariff Attachment I for distribution voltage interconnection and CAISO's Tariff Appendix Y (effective December 19, 2010) for transmission voltage interconnections. As part of the electrical interconnection process, the customer, PG&E, and the CAISO (if transmission) will execute a FERC- approved Small Generator Interconnection Agreement ("SGIA"). Service under this Schedule is not available to customers interconnecting to PG&E's Secondary Network. (T) (D,N) (D,N) (T,N) (N) (N)

5. Metering Requirements: The customer shall comply with all applicable rules in installing a meter appropriate for deliveries pursuant to the Full Buy/Sell or Excess Sale arrangement selected in Section 2.2 of the Small Renewable Power Purchase Agreement, which can be electronically read daily by: (a) a telephone and modem; (b) an analog or digital phone connection; or (c) an internet portal address for PG&E's Energy Data Services ("EDS"). The customer shall be responsible for procuring and maintaining the communication link to electronically retrieve this metering data. (T) (T,N) (T)

(Continued)

| Advice Letter No: | 3830-E | Issued by | Date Filed | April 15, 2011 |
|---|---|---|---|---|
| Decision No. | | Jane K. Yura | Effective | June 24, 2011 |
| | | Vice President | Resolution No. | |
| 2C11 | | Regulation and Rates | | |

Case: 19-30088   Doc# 11655-10   Filed: 12/03/21   Entered: 12/03/21 14:55:37   Page 3 of 4

**ELECTRIC SCHEDULE E-SRG**     Sheet 3  
SMALL RENEWABLE GENERATOR PPA

SPECIAL CONDTIONS: (cont'd)

6. The Market Price Referent (MPR) is stated in the table below, which the Commission approved in Resolution E-4442, effective December 6, 2011. (T)(T)

**Adopted 2011 Market Price Referents**  
(Nominal - dollars/kWh)

| Resource Type | 10-Year | 15-Year | 20-Year |
|---|---|---|---|
| 2012 Baseload MPR | 0.07688 | 0.08352 | 0.08956 |
| 2013 Baseload MPR | 0.08103 | 0.08775 | 0.09375 |
| 2014 Baseload MPR | 0.08454 | 0.09151 | 0.09756 |
| 2015 Baseload MPR | 0.08804 | 0.09520 | 0.10132 |
| 2016 Baseload MPR | 0.09156 | 0.09883 | 0.10509 |
| 2017 Baseload MPR | 0.09488 | 0.10223 | 0.10859 |
| 2018 Baseload MPR | 0.09831 | 0.10570 | 0.11218 |
| 2019 Baseload MPR | 0.10186 | 0.10928 | 0.11587 |
| 2020 Baseload MPR | 0.10550 | 0.11296 | 0.11965 |
| 2021 Baseload MPR | 0.10916 | 0.11675 | 0.12354 |
| 2022 Baseload MPR | 0.11299 | 0.12067 | 0.12752 |
| 2023 Baseload MPR | 0.11691 | 0.12469 | 0.13160 |

(N) ... (N)

Advice Letter No: 3965-E-A     Issued by     Date Filed     February 10, 2012  
Decision No.     **Brian K. Cherry**     Effective     January 3, 2012  
*Vice President*     Resolution No.     E-4442  
3C0     *Regulatory Relations*

Case: 19-30088    Doc# 11655-10    Filed: 12/03/21    Entered: 12/03/21 14:55:37    Page 4 of 4