**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF CANCELLATION OF DECEMBER 7, 2021, 10:00 A.M. OMNIBUS HEARING**<br><br>Date: December 7, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Zoom Videoconference<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PLEASE TAKE NOTICE** that the following matters, which were scheduled to be heard in the above-captioned chapter 11 cases on December 7, 2021, at 10:00 a.m. (Pacific Time) (the "**Omnibus Hearing**") have been resolved or continued.

**PLEASE TAKE FURTHER NOTICE** that, accordingly, the Omnibus Hearing is cancelled.

I: <u>**MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**</u>

*RESOLVED AND CONTINUED MATTERS*

1. <u>**Fire Victim Trustee 2004 Motion:**</u> *Motion of the Fire Victim Trustee Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of an Order Authorizing Discovery from Adventist Health System/West and Adventist Health Feather River and Service of a Subpoena on Factory Mutual Insurance Company* [**Dkt. 11556**].

    <u>Status</u>: The Motion has been denied and taken off calendar per Order [**Dkt. 11652**].

2. <u>**Tiger Natural Gas, Inc.'s Motion for Relief from Plan Injunction:**</u> *Tiger Natural Gas, Inc.'s Motion for Relief from Plan Injunction and Memorandum of Points and Authorities in Support* [**Dkt. 11535**].

    <u>Status</u>: The Motion has been continued to December 21, 2021 per Stipulation and Order [**Dkts. 11603 and 11607**].

**Securities Omnibus Claims Objections:**

3. <u>**Fifteenth (Securities Acquired Outside Subject Period)**</u> [**Dkt. 11343**]. This Securities Omnibus Objection was granted as to all Claims (except the Claim discussed below) by **Dkt. 11531**. This matter has been continued to January 18, 2022 as to the Claim listed in **Dkt. 11638**.

4. <u>**Sixteenth (No Loss Causation – Securities Sold Prior to the First Purported "Corrective Disclosure"))**</u> [**Dkt. 11483**]. This Securities Omnibus Objection was granted as to all Claims by **Dkt. 11650**.

**Omnibus Claim Objections:**

5. <u>**Seventy-Sixth (No Liability / Passthrough Claims)**</u> [**Dkt. 10537**]. This Omnibus Objection was granted as to most claims by **Dkt. 10705**. It has been continued to December 21, 2021 as to Juli Ward [**Dkt. 11592**]. The parties have agreed to continue the Hearing as to Willie & Ora Green to December 21, 2021.

6. <u>**Seventy-Ninth (Books and Records Claims)**</u> [**Dkt. 10673**]. This Omnibus Objection was granted as to most claims by **Dkt. 10858**. It has been continued to December 21, 2021 as to Marsh Landing, LLC [**Dkt. 11639**].

7. **One Hundred Ninth (Books and Records Claims / Satisfied Claims)** **[Dkt. 11346]**. This Omnibus Objection was granted as to most Claims by **Dkt. 11532**. It has been continued to January 11, 2022 as to the State of Connecticut Unclaimed Property Division [**Dkt. 11640**].

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (II) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: December 6, 2021

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: */s/ Thomas B. Rupp*
    Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*