Bill Robins III, Esq. (SBN 296101)
Robert T. Bryson, Esq. (SBN 156953)
Rex Grady, Esq. (SBN 232236)
**ROBINS CLOUD LLP**
808 Wilshire Blvd., Suite 450
Santa Monica, California 90401
Telephone: (310) 929-4200
Facsimile: (310) 566-5900

Attorneys for Creditor, Tasman Grant

Matthew W. Grimshaw, Esq. (SBN 210424)
**GRIMSHAW LAW GROUP, P.C.**
26 Executive Park, Ste. 250
Irvine, California 92614
Telephone: (949) 734-0187
Facsimile: (208) 391-7860

Counsel for Robins Cloud LLP

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors<br><br>Affects:<br><br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | ) Case No. 19-30088 (DM)<br>)<br>) Chapter 11<br>)<br>) (Lead Case–Jointly Administered)<br>)<br>) **DECLARATION OF ROBERT**<br>) **BRYSON IN SUPPORT OF MOTION**<br>) **FOR ORDER AUTHORIZING**<br>) **WITHDRAWAL OF COUNSEL TO**<br>) **TASMAN GRANT**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1
DECLARATION OF ROBERT BRYSON

# Declaration of Robert Bryson

I, Robert Bryson, say and declare as follows:

1. I am an individual over 18 years of age and competent to make this declaration.

2. I am an attorney with the law firm of Robins Cloud LP (the "Firm"), attorneys of record for Tasman Grant ("Creditor").[1] I am duly admitted to practice law before all courts of the State of California and before this court.

3. I make this declaration in support of the Firm's motion to be relieved as counsel to Creditor in the above-captioned bankruptcy case ("Motion"). The facts set forth below are true and within the scope of my personal knowledge, and if called upon to do so I could and would testify competently to these facts.

4. On January 29, 2019, Debtors filed voluntary petitions commencing their bankruptcy cases.

5. On October 16, 2019, the Firm filed Proof of Claim No. 27770 on behalf of Tasman Grant ("Claim"), seeking damages from the North Bay Fires. Since the filing of the Claims, an irreconcilable difference has developed between Creditor and the Firm. As a result, the Firm notified Creditor that it must withdraw as counsel.

6. To the extent that Creditor requests that the Firm turn over any files or information that she is entitled to, the Firm will cooperate and transmit such files.

7. The Firm will cause the Motion to be served on all of the addresses provided to the Firm by Creditor, including the following:

| | |
|---|---|
| 4921 Crestmont Drive | 937 Sundown Trail |
| San Francisco, CA 94131 | Santa Rosa, CA 95404 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 6, 2021.

_____
Robert Bryson

---

[1] The Firm retained Grimshaw Law Group, P.C. ("GLG") to, among other things, assist it in filing this motion. GLG has no contractual or attorney/client relationship with Creditor.