BILL ROBINS III, SBN 296101
ROBERT T. BRYSON, SBN 156953
KEVIN POLLACK, SBN 272786
ROBINS CLOUD LLP
808 Wilshire Blvd., Ste. 450
Santa Monica, CA 90401
Tel:  (310) 929-4200
Email:   rbryson@robinscloud.com

Attorneys for Tasman Grant

MATTHEW W. GRIMSHAW, SBN 210424
GRIMSHAW LAW GROUP, P.C.
130 Newport Center Drive, Ste. 140
Newport Beach, California 92660
Tel: (949) 734-0187
Email: matt@grimshawlawgroup.com

Attorneys for Robins Cloud LLP

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | ) Case No. 19-30088 (DM) |
| | ) |
| PG&E CORPORATION, | ) Chapter 11 |
| | ) |
| and | ) (Lead Case–Jointly Administered) |
| | ) |
| PACIFIC GAS AND ELECTRIC COMPANY | ) |
| | ) |
| Debtors | ) **CERTIFICATE OF SERVICE** |
| | ) |
| | ) |
| Affects: | ) |
| | ) |
| ☐ PG&E Corporation | ) |
| ☐ Pacific Gas & Electric Company | ) |
| ☒ Both Debtors | ) |
| | ) |
| * All papers shall be filed in the Lead Case, No. 19-30088 (DM). | ) |

CERTIFICATE OF SERVICE

1   I, Matthew W. Grimshaw, do declare and state as follows:

2       1.      I am the founder of Grimshaw Law Group, P.C., which maintains an office in Irvine,

3   California. I am over the age of 18 and not a party to this action.

4       2.      I certify that on December 6, 2021, I caused a true and correct copy of each of the

5   following documents to be served via e-mail on the Standard Party Email Service List attached hereto

6   as Exhibit A:

7       **(a) NOTICE AND OPPORTUNITY FOR HEARING ON MOTION FOR ORDER
          AUTHORIZING WITHDRAWAL OF COUNSEL TO TASMAN GRANT;**
8       **(b) MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL TO
          TASMAN GRANT; AND**
9       **(c) DECLARATION OF ROBERT BRYSON IN SUPPORT OF MOTION FOR ORDER
          AUTHORIZING WITHDRAWAL OF COUNSEL TO TASMAN GRANT**

10      3.      I certify that on December 6, 2021, I caused a true and correct copy of each of the

11  above-listed documents to be served via First Class Mail on the Standard Party First Class Mail

12  Service List attached hereto as Exhibit B.

13      4.      I further certify that on December 6, 2021, I caused a true and correct copy of each of

14  the above-listed documents to be served via First Class Mail on Tasman Grant at the following

15  address:

16          4921 Crestmont Drive                    937 Sundown Trail
17          San Francisco, CA 94131                 Santa Rosa, CA 95404

18      5.      I have reviewed the Notice of Electronic Filing for the above-listed documents and

19  understand that the parties listed in each NEF as having received notice through electronic mail were

20  electronically served with that document through the Court's Electronic Case Filing System.

21      6.      I declare under penalty of perjury under the laws of the United States of America that

22  the foregoing is true and correct and that if called upon to witness, I could and would testify

23  competently thereto.

24      Executed on December 6, 2021, at Meridian, Idaho.

25

26          _____
            MATTHEW W. GRIMSHAW

27

28

CERTIFICATE OF SERVICE

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Debtor | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | stephen.karotkin@weil.com; matthew.goren@weil.com; jessica.liou@weil.com |
| Counsel to Debtor | Keller & Benvenutti LLP | Attn: Tobias S. Keller, Jane Kim | tkeller@kellerbenvenutti.com; jkim@kellerbenvenutti.com |
| Special Counsel to Debtors | Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro, Kevin J. Orsinit, George E. Zobitz, Stephen M. Kessing, Nicholas A. Dorsey, Omid H. Nasab | pzumbro@cravath.com; korsini@cravath.com; jzobitz@cravath.com; skessing@cravath.com; ndorsey@cravath.com; onasab@cravath.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo, Frank A. Merola | khansen@stroock.com; egilad@stroock.com; mgarofalo@stroock.com; fmerola@stroock.com |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities, Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | eli.vonnegut@davispolk.com; david.schiff@davispolk.com; timothy.graulich@davispolk.com |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | akornberg@paulweiss.com; bhermann@paulweiss.com; wrieman@paulweiss.com; smitchell@paulweiss.com; ndonnelly@paulweiss.com |
| Office of the United States Trustee for Region 17 | Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | James.L.Snyder@usdoj.gov; timothy.s.laffredi@usdoj.gov; Marta.Villacorta@usdoj.gov |
| Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice | Attn: Danielle A. Pham | danielle.pham@usdoj.gov |

Case: 19-30088    Doc# 11663    Filed: 12/06/21    Entered: 12/06/21 23:35:20    Page 3 of 5

**EXHIBIT A**
Standard Parties Email Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil, Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | ddunne@milbank.com<br>skhalil@milbank.com<br>Paronzon@milbank.com<br>Gbray@milbank.com<br>TKreller@milbank.com |
| Counsel for Official Committee of Tort Claimants | BAKER & HOSTETLER, LLP | Attn: Eric E. Sagerman, Lauren T. Attard, Robert A. Julian, Cecily A. Dumas | esagerman@bakerlaw.com<br>lattard@bakerlaw.com<br>rjulian@bakerlaw.com<br>cdumas@bakerlaw.com |
| Counsel for Shareholder Proponents | JONES DAY | Attn: Bruce S. Bennett, Joshua M. Mester, James O. Johnston | bbennett@jonesday.com<br>jmester@jonesday.com<br>jjohnston@jonesday.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Debtors | PG&E Corporation | Attn: President or General Counsel | 77 Beale Street | P.O. Box 77000 | San Francisco | CA | 94177 |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel | U.S. NRC Region IV | 1600 E. Lamar Blvd. | Arlington | TX | 76011 |
| Counsel for Shareholder Proponents | JONES DAY | Attn: Bruce S. Bennett, Joshua M. Mester, James O. Johnston | 555 South Flower Street | Fiftieth Floor | Los Angeles | CA | 90071-2300 |