**Exhibit G**

```
                  UNITED STATES BANKRUPTCY COURT

                  NORTHERN DISTRICT OF CALIFORNIA

                              -oOo-

 In Re:                          ) Case No. 19-30088
                                 ) Chapter 11
 PG&E CORPORATION AND PACIFIC    )
 GAS AND ELECTRIC COMPANY.       ) San Francisco, California
                                 ) Wednesday, March 27, 2019
                       Debtors.  ) 9:30 AM
 _____
                                 ADV#: 19-03006
                                 PG&E CORPORATION, ET AL. v.
                                 PUBLIC EMPLOYEES RETIREMENT
                                 ASSOCIATION OF NEW MEXICO, ET
                                 AL.

                                 [10] MOTION OF DEBTORS
                                 PURSUANT TO 11 U.S.C.
                                 SECTIONS 105(A) AND 362 FOR
                                 INTERIM AND FINAL ORDERS
                                 ESTABLISHING NOTIFICATION
                                 PROCEDURES AND APPROVING
                                 RESTRICTIONS ON CERTAIN
                                 TRANSFERS OF STOCK OF AND
                                 CLAIMS AGAINST THE DEBTORS.

                                 [23] MOTION OF DEBTORS
                                 PURSUANT TO 11 U.S.C.
                                 SECTIONS 105, 362, 363, 364,
                                 503, AND 507 AND FED. R.
                                 BANKR. P. 2002, 4001, 6003,
                                 6004 AND 9014 FOR INTERIM AND
                                 FINAL ORDERS (I) AUTHORIZING
                                 THE DEBTORS TO OBTAIN SENIOR
                                 SECURED, SUPERPRIORITY, POST-
                                 PETITION FINANCING, (II)
                                 GRANTING LIENS AND
                                 SUPERPRIORITY CLAIMS, (III)
                                 MODIFYING THE AUTOMATIC STAY,
                                 (IV) SCHEDULING FINAL HEARING
                                 AND (V) GRANTING RELATED
                                 RELIEF.

                                 [770] CORRECTED MOTION FOR
                                 DEBTORS PURSUANT TO 11 U.S.C.
                                 SECTIONS 363(B) AND 105(A)
```

eScribers, LLC | (973) 406-2250
operations@escribers.net | www.escribers.net

1  MR. LELAND: Certainly, Your Honor. Good morning. My
2  name is Thomas Leland; I'm from the law firm of Holland &
3  Knight on --
4  THE COURT: Oh, okay.
5  MR. LELAND: -- behalf of Tiger Natural Gas.
6  THE COURT: So you weren't the signer of the petition.
7  MR. LELAND: Yeah, and I can make this real easy. I
8  had the same thought as you. I think the underlying issue is
9  somewhat mooted by the fact that Judge White has stayed the
10 action with respect to the nondebtor defendants.
11 THE COURT: Well, and the -- and Congress stayed it as
12 to the debtor defendants.
13 MR. LELAND: Well, right.
14 THE COURT: Okay.
15 MR. LELAND: And we've got the automatic stay, of
16 course.
17 THE COURT: Right.
18 MR. LELAND: So I don't really see a need to enter an
19 injunction. As far as Tiger's intention, it is to either seek
20 to have its claim be allowed or to move for relief from stay.
21 THE COURT: Well, one of the troubles I had with your
22 position is in reading our opposition -- and I'm not going to
23 worry about the fact that you filed one in the wrong case and
24 then changed your tune a little bit -- I'm not going to worry
25 about that.

1       But your opposition really sounded more like a motion
2  for relief from stay.  You don't really want to prosecute this
3  lawsuit against one former and two current employees, do you?
4       MR. LELAND:  Yeah, Your Honor, I --
5       THE COURT:  I mean, that's crazy.
6       MR. LELAND:  -- as I was reading it and getting ready
7  on the plane too, I was having the same thought.  Plus
8  practically, it's already -- it's already stayed.
9       THE COURT:  Well, I know.
10      MR. LELAND:  We do not -- we certainly do not intend,
11 if the injunction is denied, to run back to Judge White and say
12 look, he denied the injunction, lift the stay with respect to
13 the individuals.
14      THE COURT:  But -- and that's right.  And you'd have
15 to -- you'd be kidding to go to Judge White and say can we
16 please have a trial against these three people.
17      MR. LELAND:  Right.  Right.
18      THE COURT:  I mean --
19      MR. LELAND:  I feel as though that we had to file our
20 opposition because we need to preserve our position with --
21      THE COURT:  Well, why don't --
22      MR. LELAND:  -- to these three individuals --
23      THE COURT:  -- we do this?
24      MR. LELAND:  Okay.
25      THE COURT:  Why don't we just take you at your offer