**Exhibit 1**

**Duplicate Claims**

**Eighteenth Securities Claims Omnibus Objection**      **Exhibit 1**      **PG&E Corporation and Pacific Gas and Electric Company**
**(Duplicate Claim)**      **Case No. 19-30088 (DM), Jointly Administered**

| | CLAIM TO BE DISALLOWED and EXPUNGED | | | | | SURVIVING CLAIM | | | |
|---|---|---|---|---|---|---|---|---|---|
| No. | Name and Address of Claimant | Claim# | Debtor | Claim Amount and Priority[1] | Basis For Objection | Name and Address of Claimant | Claim# | Debtor | Claim Amount and Priority[1] |
| 1 | Calhoun, Catherine C<br>201 Driftwood Terrace<br>Decatur GA 30030 | 103969 | Pacific Gas and Electric Company | Unsecured: $14,471.70 | Duplicate Claim | Calhoun, Catherine C<br>201 Driftwood Terrace<br>Decatur GA 30030 | 104517 | Pacific Gas and Electric Company | Unsecured: $14,471.70 |
| 2 | Centene Corporation<br>7700 Forsyth Blvd<br>St. Louis MO 63105 | 102523 | Pacific Gas and Electric Company | Unsecured: $338,733.67 | Duplicate Claim | Centene Corporation<br>7700 Forsyth Blvd<br>St. Louis MO 63105 | 99859 | Pacific Gas and Electric Company | Unsecured: $338,733.67 |
| 3 | Hartford Accident and Indemnity Company<br>John Sidlow<br>One Hartford Plaza, HO-1-142<br>Hartford CT 06155 | 100707 | PG&E Corporation | Unsecured: $15,987.74 | Duplicate Claim | HARTFORD ACCIDENT AND INDEMNITY COMPANY<br>JOHN SIDLOW<br>THE HARTFORD<br>ONE HARTFORD PLAZA, HO-1-142<br>HARTFORD CT 06155 | 100211 | PG&E Corporation | Unsecured: $15,987.74 |
| 4 | Hartford Life and Annuity Insurance Company<br>Class Action Claims Management<br>Attn: Mike Egan<br>11121 Carmel Commons Blvd<br>Suite 370<br>Charlotte NC 28226-4561 | 101156 | Pacific Gas and Electric Company | Unsecured: $49,664,964.00 | Duplicate Claim | Hartford Life & Annuity Insurance Company<br>Class Action Claims Management<br>11121 Carmel Commons Blvd.<br>Suite 370<br>Charlotte NC 28226-4561 | 101963 | Pacific Gas and Electric Company | Unsecured: $49,664,964.00 |
| 5 | Hartford Life Insurance Company<br>Class Action Claims Management<br>Attn: Mike Egan<br>11121 Carmel Commons Blvd, Suite 370<br>Charlotte NC 28226-4561 | 101955 | PG&E Corporation and Pacific Gas and Electric Company | Unsecured: $18,780,206.41 | Duplicate Claim | Hartford Life Insurance Company<br>Class Action Claims Management<br>Attn: Mike Egan<br>11121 Carmel Commons Blvd, Suite 370<br>Charlotte NC 28226-4561 | 101240 | PG&E Corporation and Pacific Gas and Electric Company | Unsecured: $18,780,206.41 |
| 6 | Hartford Short Term Investment Pool<br>Class Action Claims Management<br>Attn: Mike Egan<br>11121 Carmel Commons Blvd<br>Suite 370<br>Charlotte NC 28226 | 101917 | Pacific Gas and Electric Company | Unsecured: $615,000.00 | Duplicate Claim | Hartford Short Term Investment Pool<br>Class Action Claims Management<br>Attn: Mike Egan<br>11121 Carmel Commons Blvd<br>Suite 370<br>Charlotte NC 28226-4561 | 101182 | Pacific Gas and Electric Company | Unsecured: $615,000.00 |
| 7 | Northeast Carpenters Pension Fund<br>Northeast Carpenters Funds<br>Attn: Pete Tonia<br>91 Fieldcrest Avenue<br>Edison NJ 08837 | 102434 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Northeast Carpenters Pension Fund<br>ATTN: Pete Tonia<br>91 Fieldcrest Ave<br>Edison NJ 08837 | 102401 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 8 | The Hartford Balanced Income Fund<br>Class Action Claims Management<br>11121 Carmel Commons Blvd<br>Suite 370<br>Attn: Mike Egan<br>Charlotte NC 28226-4561 | 101781 | Pacific Gas and Electric Company | Unsecured: $16,810,756.27 | Duplicate Claim | The Hartford Balanced Income Fund<br>Attn: Mike Egan<br>Class Action Claims Management<br>11121 Carmel Commons Blvd<br>Suite 370<br>Charlotte NC 28226-4561 | 101165 | Pacific Gas and Electric Company | Unsecured: $16,810,756.27 |
| 9 | The State of Oregon by and through the Oregon Investment Council on behalf of the Oregon Public Employees Retirement Fund<br>Oregon State Treasury<br>Attn: Michael Viteri<br>16290 SW Upper Boones Ferry Road | 101864 | Pacific Gas and Electric Company | Unsecured: $12,641,903.00 | Duplicate Claim | The State of Oregon by and through the Oregon Investment Council on behalf of the Oregon Public Employees Retirement Fund<br>Oregon State Treasury<br>c/o Michael Viteri<br>16290 SW Upper Boones Ferry Road | 101073 | Pacific Gas and Electric Company | Unsecured: $12,641,903.00 |

[1] Claims listed as $0.00 seek an unliquidated amount.

Case: 19-30088    Doc# 11674-1    Filed: 12/07/21    Entered: 12/07/21 15:17:42    Page 2 of 6

| | CLAIM TO BE DISALLOWED and EXPUNGED | | | | | SURVIVING CLAIM | | | |
|---|---|---|---|---|---|---|---|---|---|
| **No.** | **Name and Address of Claimant** | **Claim#** | **Debtor** | **Claim Amount and Priority** | **Basis For Objection** | **Name and Address of Claimant** | **Claim#** | **Debtor** | **Claim Amount and Priority** |
| 10 | Vanguard Annuity Balanced Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102273 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Annuity Balanced Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102270 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 11 | Vanguard Annuity Short Term Investment Grade Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102541 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Annuity Short Term Investment Grade Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102297 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 12 | Vanguard Annuity Short Term Investment Grade Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102464 | PG&E Corporation | Unsecured: $0.00 | Duplicate Claim | Vanguard Annuity Short Term Investment Grade Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102295 | PG&E Corporation | Unsecured: $0.00 |
| 13 | Vanguard Balanced Index<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102276 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Balanced Index<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102407 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 14 | Vanguard Balanced Index<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102546 | PG&E Corporation | Unsecured: $0.00 | Duplicate Claim | Vanguard Balanced Index<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102271 | PG&E Corporation | Unsecured: $0.00 |
| 15 | Vanguard Balanced Index<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102516 | PG&E Corporation | Unsecured: $0.00 | Duplicate Claim | Vanguard Balanced Index<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102305 | PG&E Corporation | Unsecured: $0.00 |
| 16 | Vanguard Core Bond Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102556 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Core Bond Fund<br>Attn: Andrew Odorisio M35<br>The Vanguard Group<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102319 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 17 | Vanguard Core Bond Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102502 | PG&E Corporation | Unsecured: $0.00 | Duplicate Claim | Vanguard Core Bond Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102318 | PG&E Corporation | Unsecured: $0.00 |
| 18 | Vanguard Global Wellesley Income Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102554 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Global Wellesley Income Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102327 | Pacific Gas and Electric Company | Unsecured: $0.00 |

| | CLAIM TO BE DISALLOWED and EXPUNGED | | | | | SURVIVING CLAIM | | | |
|---|---|---|---|---|---|---|---|---|---|
| No. | Name and Address of Claimant | Claim# | Debtor | Claim Amount and Priority | Basis For Objection | Name and Address of Claimant | Claim# | Debtor | Claim Amount and Priority |
| 19 | Vanguard Global Wellesley Income Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102490 | PG&E Corporation | Unsecured: $0.00 | Duplicate Claim | Vanguard Global Wellesley Income Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102326 | PG&E Corporation | Unsecured: $0.00 |
| 20 | Vanguard Global Wellington Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102550 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Global Wellington Fund<br>Attn: Andrew Odorisio M35<br>The Vanguard Group<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102352 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 21 | Vanguard Global Wellington Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102561 | PG&E Corporation | Unsecured: $0.00 | Duplicate Claim | Vanguard Global Wellington Fund<br>Attn: Andrew Odorisio M35<br>The Vanguard Group<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102328 | PG&E Corporation | Unsecured: $0.00 |
| 22 | Vanguard Institutional Intermediate-Term Bond Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102465 | PG&E Corporation | Unsecured: $0.00 | Duplicate Claim | Vanguard Institutional Intermediate-Term Bond Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102340 | PG&E Corporation | Unsecured: $0.00 |
| 23 | Vanguard Intermediate Tax Exempt Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102559 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Intermediate Tax Exempt Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102346 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 24 | Vanguard Intermediate Tax Exempt Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102449 | PG&E Corporation | Unsecured: $0.00 | Duplicate Claim | Vanguard Intermediate Tax Exempt Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102345 | PG&E Corporation | Unsecured: $0.00 |
| 25 | Vanguard Intermediate Term Investment Grade Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102213 | PG&E Corporation | Unsecured: $0.00 | Duplicate Claim | Vanguard Intermediate Term Investment Grade Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102158 | PG&E Corporation | Unsecured: $0.00 |
| 26 | Vanguard Intermediate-Term Corporate Bond Index Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102469 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Intermediate-Term Corporate Bond Index Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102350 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 27 | Vanguard Long Term Bond Index Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102462 | PG&E Corporation | Unsecured: $0.00 | Duplicate Claim | Vanguard Long Term Bond Index Fund<br>Attn: Andrew Odorisio M35<br>The Vanguard Group<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102356 | PG&E Corporation | Unsecured: $0.00 |

| | CLAIM TO BE DISALLOWED and EXPUNGED | | | | | SURVIVING CLAIM | | | |
|---|---|---|---|---|---|---|---|---|---|
| No. | Name and Address of Claimant | Claim# | Debtor | Claim Amount and Priority | Basis For Objection | Name and Address of Claimant | Claim# | Debtor | Claim Amount and Priority |
| 28 | Vanguard Long Term Investment Grade Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102461 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Long Term Investment Grade Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102236 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 29 | Vanguard Long Term Investment Grade Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102484 | PG&E Corporation | Unsecured: $0.00 | Duplicate Claim | Vanguard Long Term Investment Grade Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102231 | PG&E Corporation | Unsecured: $0.00 |
| 30 | Vanguard Long Term Investment Grade Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102480 | PG&E Corporation | Unsecured: $0.00 | Duplicate Claim | Vanguard Long Term Investment Grade Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102375 | PG&E Corporation | Unsecured: $0.00 |
| 31 | Vanguard Long Term Investment Grade Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102565 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Long Term Investment Grade Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102371 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 32 | Vanguard Long-Term Corporate Bond Index Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102456 | PG&E Corporation | Unsecured: $0.00 | Duplicate Claim | Vanguard Long-Term Corporate Bond Index Fund<br>Attn: Andrew Odorisio M35<br>The Vanguard Group<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102369 | PG&E Corporation | Unsecured: $0.00 |
| 33 | Vanguard Long-Term Corporate Bond Index Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102498 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Long-Term Corporate Bond Index Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102367 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 34 | Vanguard Short Term Investment-Grade Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102596 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Short Term Investment-Grade Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102390 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 35 | Vanguard Short Term Investment-Grade Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102444 | PG&E Corporation | Unsecured: $0.00 | Duplicate Claim | Vanguard Short Term Investment-Grade Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102286 | PG&E Corporation | Unsecured: $0.00 |
| 36 | Vanguard Total Bond Market II Index Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102451 | PG&E Corporation | Unsecured: $0.00 | Duplicate Claim | Vanguard Total Bond Market II Index Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 101762 | PG&E Corporation | Unsecured: $0.00 |

| | CLAIM TO BE DISALLOWED and EXPUNGED | | | | | SURVIVING CLAIM | | | |
|---|---|---|---|---|---|---|---|---|---|
| No. | Name and Address of Claimant | Claim# | Debtor | Claim Amount and Priority | Basis For Objection | Name and Address of Claimant | Claim# | Debtor | Claim Amount and Priority |
| 37 | Vanguard Total Bond Market Index Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102455 | PG&E Corporation | Unsecured: $0.00 | Duplicate Claim | Vanguard Total Bond Market Index Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 101860 | PG&E Corporation | Unsecured: $0.00 |
| 38 | Vanguard Wellesley Income Fund<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102298 | PG&E Corporation | Unsecured: $0.00 | Duplicate Claim | Vanguard Wellesley Income Fund<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 101609 | PG&E Corporation | Unsecured: $0.00 |
| 39 | Vanguard Wellington Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 102296 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Wellington Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge PA 19482 | 101801 | Pacific Gas and Electric Company | Unsecured: $0.00 |