# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Reorganized Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Nuno Cardoso, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the reorganized debtors in the above-referenced chapter 11 bankruptcy cases.

2. On December 6, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on Donald Leigh Deicken (MMLID#7993886), at an address that has been redacted for the interest of privacy:

- Reorganized Debtors' Sixteenth Securities Claims Omnibus Objection (No Loss Causation - Securities Sold Prior to the First Purported "Corrective Disclosure") [Docket No. 11483]

- Declaration of Justin R. Hughes in Support of Reorganized Debtors' Sixteenth Securities Claims Omnibus Objection (No Loss Causation - Securities Sold Prior to the First Purported "Corrective Disclosure") [Docket No. 11484]

- Notice of Hearing on Reorganized Debtors' Sixteenth Securities Claims Omnibus Objection (No Loss Causation - Securities Sold Prior to the First Purported "Corrective Disclosure ") [Docket No. 11485]

3. I have reviewed the Notices of Electronic Filing for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 8th day of December 2021, at New York, NY.

*/s/ Nuno Cardoso*
Nuno Cardoso