

Signed and Filed: December 8, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br>Date:   December 21, 2021<br>Time:   10:00 AM<br>www.canb.uscourts.gov/calendars |

<u>ORDER REGARDING RESPONSE BY JULI WARD</u>

On October 21, 2019, Juli Ward / Cheyenne & Arapaho Trust / Living Church of God / Fresno EOC / J. Arakelian / J. Kaprielian ("Claimant") filed proof of claim # 80878 (the "Claim") in the amount of $41,427.14.

On April 15, 2021, the Reorganized Debtors ("Debtors") filed their *Seventy-Sixth Omnibus Objection to Claims (No Liability / Passthrough Claims)* ("Objection") (Dkt. 10537),

stating the harm or damage described in the Claim was not caused by the Debtors and the Claim should be expunged.

On November 16, 2021, the Debtors filed a *Notice of Continued Hearing on Certain of the Reorganized Debtors' Omnibus Objections to Claims* (Dkt. 11592) setting the Objection for hearing on December 21, 2021 with a response deadline of December 7, 2021.

On December 7, 2021, Claimant timely filed a *Formal Response to Notice of Continued Hearing on Certain of the Reorganized Debtors' Omnibus Objections to Claims* ("Response") (Dkt. 11680).

In light of the foregoing, the court hereby directs the Debtors to file and serve on the Claimant, a reply to Claimant's Response no later than December 16, 2021.

**END OF ORDER**

COURT SERVICE LIST

Juli Ward
3795 N. Angus Street
Fresno, CA 93726-5616