UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Rohany Tejada, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On December 6, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Thomas M. Jenkins at (1) 1311 Taylor Lane, Magalia, CA 95954 and at (2) P.O. Box 204, Grindley, CA 95948.

- Order Authorizing Withdrawal of Counsel [Docket No. 11657]

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 9th day of December 2021, at New York, NY.

*/s/ Rohany Tejada*
Rohany Tejada