**Entered on Docket**
**December 13, 2021**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Signed and Filed: December 10, 2021**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br>Date: December 21, 2021<br>Time: 10:00 AM<br>www.canb.uscourts.gov/calendars |

ORDER REGARDING APPARENT COMPLAINT SUBMITTED BY JULI WARD

On October 21, 2019, Juli Ward / Cheyenne & Arapaho Trust / Living Church of God / Fresno EOC / J. Arakelian / J. Kaprielian ("Claimant") filed proof of claim # 80878 (the "Claim") in the amount of $41,427.14.

On April 15, 2021, the Reorganized Debtors ("Debtors") filed their *Seventy-Sixth Omnibus Objection to Claims (No Liability / Passthrough Claims)* ("Objection") (Dkt. 10537),

stating the harm or damage described in the Claim was not caused by the Debtors and the Claim should be expunged.

On November 16, 2021, the Debtors filed a *Notice of Continued Hearing on Certain of the Reorganized Debtors' Omnibus Objections to Claims* (Dkt. 11592) setting the Objection for hearing on December 21, 2021 with a response deadline of December 7, 2021.

On December 6, 2021, Claimant submitted a *Request to Waive Court Fees* ("Fee Waiver Request") (Dkt. 11679), which the Court deemed to be in error since any response filed by Claimant would have no associated filing fee.

On December 7, 2021, Claimant timely filed a *Formal Response to Notice of Continued Hearing on Certain of the Reorganized Debtors' Omnibus Objections to Claims* ("Response") (Dkt. 11680).

On December 9, 2021, the Court received what appears to be a complaint by Claimant against the Debtors, filled out on a form provided by the San Francisco Superior Court. To the extent Claimant is attempting to initiate an adversary proceeding against the Debtors, the document received by the Court is seriously defective in form, appears to be duplicative of Claimant's previously filed Response that is the subject of the pending Objection, and further appears to be barred by the automatic stay or the order confirming Debtors' Chapter 11 Plan.

This Order serves to clarify that the Court intends to address this most recent submission by Claimant at the hearing scheduled on December 21, 2021. To the extent the previously submitted Fee Waiver Request is associated with this submission,

the Fee Waiver Request is DENIED. The Court will not consider any complaint filed by Claimant unless the appropriate filing fee of $350.00 is paid to the Court, and the complaint complies with the requirements for initiating an adversary proceeding in this court.

**END OF ORDER**

COURT SERVICE LIST

Juli Ward
3795 N. Angus Street
Fresno, CA 93726-5616



Case: 19-30088 Doc# 11690 Filed: 12/10/21 Entered: 12/13/21 12:13:00 Page 4 of 4