EXHIBIT E

| | |
|---|---|
| Laurie Edelstein (Bar No. 164466) | Arnold Barba (Bar No. 198131) |
| Seth R. Sias (Bar No. 260674) | Nicholas Begakis (Bar No. 253588) |
| STEPTOE & JOHNSON LLP | LIMNEXUS LLP |
| 1891 Page Mill Road, Suite 200 | 1055 West 7th Street, Suite 2800 |
| Palo Alto, California 94304 | Los Angeles, CA 90017 |
| Telephone: (650) 687-9500 | Tel: (213) 955-9500 |
| Facsimile: (650) 687-9499 | Fax: (213) 955-9511 |
| ledelstein@steptoe.com | arnold.barba@limnexus.com |
| ssias@steptoe.com | nick.begakis@limnexus.com |

*Attorneys for Defendants*
*Pacific Gas and Electric Company, Albert Torres, Bill Chen, and Tanisha Robinson*

| | |
|---|---|
| Holland & Knight LLP | Holland & Knight LLP |
| Thomas D. Leland (Pro Hac) | Charles L. Coleman III (65496) |
| Leah E. Capritta (Pro Hac) | Tara S. Kaushik (230098) |
| 633 Seventeenth Street, Suite 2300 | 50 California Street, Suite 2800 |
| Denver, Colorado 80202 | San Francisco, CA 94111 |
| Telephone: (303) 974-6660 | Telephone: (415) 743-6900 |
| Fax: (303) 974-6659 | Fax: (415) 743-6910 |
| Email: thomas.leland@hklaw.com | E-mail: charles.coleman@hklaw.com |
| leah.capritta@hklaw.com | tara.kaushik@hklaw.com |

*Attorneys for Plaintiff*
*Tiger Natural Gas, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| TIGER NATURAL GAS, INC., | No. 16 Civ. 6711 (JSW) |
| Plaintiff, | **STIPULATION REGARDING COORDINATION OF DEPOSITIONS IN SIMILAR ACTIONS** |
| v. | |
| PACIFIC GAS AND ELECTRIC COMPANY, a California corporation; ALBERT TORRES, an individual; BILL CHEN, an individual; TANISHA ROBINSON, an individual, | Judge:   Hon. Jeffrey S. White |
| Defendants. | |

Case: 19-30088   Doc# 11693-5   Filed: 12/14/21   Entered: 12/14/21 14:49:41   Page 72 of 12

# STIPULATION REGARDING COORDINATION OF DEPOSITIONS

Tiger Natural Gas Inc. ("Tiger"), United Energy Trading Company ("UET"), North Star Gas Company d/b/a/ YEP Energy ("YEP"), Vista Energy Marketing, L.P. ("Vista), Pacific Gas and Electric Company ("PG&E"), Albert Torres, Bill Chen, and Tanisha Robinson, by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, Tiger has filed the instant action against PG&E and three individual defendants (the "Tiger Action");

WHEREAS, Tiger is one of four core transport agents ("CTAs") that has filed a complaint in this Court against PG&E and the three individual defendants, asserting allegations containing some common issues of fact in each case. The other three pending cases are:

- *United Energy Trading, LLC* v. *PG&E, et al.*, No. 15 Civ. 2383 (RS) (SK) (the "UET Action");
- *North Star Gas Company d/b/a YEP Energy* v. *PG&E, et al.*, No. 15 Civ. 2575 (N.D. Cal.) (HSG) (SK) (the "YEP Action");
- *Vista Energy Marketing, L.P.* v. *PG&E, et al.*, No. 16 Civ. 4019 (N.D. Cal.) (HSG) (the "Vista Action");

WHEREAS, UET has expressed an intent to take depositions of PG&E employees in the UET Action;

WHEREAS, counsel of record for UET is also counsel of record for YEP, Vista, and Tiger;

WHEREAS, counsel of record for PG&E and the individual defendants in the UET Action is also counsel of record for PG&E and the individual defendants in the YEP, Vista, and Tiger Actions;

WHEREAS, PG&E, the individual defendants, UET, YEP, Tiger and Vista agree there are certain common issues of fact relevant to all four pending actions, particularly as related to PG&E's policies and procedures;

WHEREAS, the YEP, Vista, and Tiger Actions remain in the pleading stage with motions to dismiss pending in each action and no scheduling orders entered in the actions;

1    WHEREAS, discovery and depositions are proceeding in the UET Action;

2    WHEREAS, UET may dismiss one or more claims prior to taking some depositions and
3    YEP, Vista, and Tiger wish to preserve their rights to depose witnesses on facts relevant to any
4    claims dismissed by UET;

5    WHEREAS, PG&E, the individual defendants, UET, YEP, Tiger and Vista agree that in
6    the interest of economy and judicial efficiency, witnesses should not be subjected to duplicative
7    questioning in depositions taken in the four pending actions;

8    WHEREAS, the Honorable Magistrate Judge Sallie Kim has been appointed as the
9    Magistrate to oversee discovery issues in the UET Action and the YEP Action;

10   WHEREAS, PG&E, the individual defendants, UET, YEP, Vista, and Tiger agree that in
11   the interests of economy and judicial efficiency, it would be beneficial for a single Magistrate
12   Judge to oversee discovery in all four pending actions;

13   WHEREAS, on April 21, 2017, the parties filed the attached Stipulation Regarding
14   Coordination of Depositions in Similar Action (*see* Exhibit A) in the UET Action ("UET Action
15   Stipulation");

16   NOW THEREFORE, PG&E, the individual defendants, UET, YEP, Vista, and Tiger, by
17   and through their undersigned counsel of record, hereby stipulate and agree as follows:

18   1.   A stipulation substantively identical to the Stipulation attached as Exhibit A
19        shall be filed in this Action, the YEP Action, and the Vista Action.
20   2.   PG&E, the individual defendants, and Vista jointly will seek appointment of
21        Magistrate Judge Kim to oversee discovery in the Vista Action.
22   3.   PG&E, the individual defendants, and Tiger jointly will seek appointment of
23        Magistrate Judge Kim to oversee discovery in the Tiger Action.
24   4.   PG&E, the individual defendants, UET, YEP, Vista, and Tiger shall be
25        entitled to use and rely upon deposition testimony taken in any of the UET,
26        YEP, Vista, and Tiger Actions in connection with any of the four actions for
27        all purposes allowed by the Federal Rules of Civil Procedure and the Federal

28

**STEPTOE & JOHNSON LLP**
**1891 Page Mill Road, Suite 200**
**Palo Alto, CA 94304**

|   |   |   |
|---|---|---|
| 1 |   | Rules of Evidence as if deposition testimony were taken in each respective |
| 2 |   | action. |
| 3 | 5. | PG&E, the individual defendants, UET, YEP, Vista and Tiger agree to make |
| 4 |   | best efforts to minimize additional testimony taken in the UET, YEP, Vista |
| 5 |   | and Tiger Actions from witnesses that have been previously deposed in any of |
| 6 |   | the four actions. |
| 7 | 6. | PG&E, the individual defendants, UET, YEP, Vista, and Tiger further agree |
| 8 |   | that prior to noticing the deposition of a witness who was previously deposed |
| 9 |   | in any of the actions, counsel for the noticing party and counsel for the |
| 10 |   | witness shall meet and confer in an effort to reach agreements regarding limits |
| 11 |   | to the length and subject matters of the deposition.  If the parties are not able |
| 12 |   | to reach an agreement, the dispute shall be presented to Magistrate Judge Kim |
| 13 |   | in a Joint Letter that complies with the Magistrate's Standing Order (or, if |
| 14 |   | Magistrate Kim is not appointed in connection with each of the four cases, the |
| 15 |   | parties shall comply with the discovery dispute resolution processes of the |
| 16 |   | assigned Judge).  In the event the parties seek Court assistance in resolving |
| 17 |   | such a dispute, PG&E, the individual defendants, UET, YEP, Vista, and Tiger |
| 18 |   | agree not to serve notice of the witness' deposition until the Court resolves the |
| 19 |   | dispute. |
| 20 | 7. | PG&E, the individual defendants, UET, YEP, Vista, and Tiger further agree |
| 21 |   | that prior to noticing a deposition pursuant to Federal Rule of Civil Procedure |
| 22 |   | 30(b)(6) in any of the Actions, counsel for the parties shall meet and confer in |
| 23 |   | an effort to reach agreements regarding the subject matters of the deposition. |
| 24 |   | If the parties are not able to reach an agreement, the dispute shall be presented |
| 25 |   | to Magistrate Judge Kim in a Joint Letter that complies with the Magistrate's |
| 26 |   | Standing Order (or, if Magistrate Kim is not appointed in connection with |
| 27 |   | each of the four cases, the parties shall comply with the discovery dispute |
| 28 |   | resolution processes of the assigned Judge).  In the event the parties seek |

**STEPTOE & JOHNSON LLP**
**1891 Page Mill Road, Suite 200**
**Palo Alto, CA 94304**

|     |                                                                                     |
| --- | ----------------------------------------------------------------------------------- |
| 1   | Court assistance in resolving such a dispute, PG&E, the individual defendants,      |
| 2   | UET, YEP, Vista, and Tiger agree not to serve notice of the 30(b)(6)                |
| 3   | deposition until the Court resolves the dispute.                                    |

Dated: May 11 2017                     STEPTOE & JOHNSON LLP

                                       By: */s/ Laurie Edelstein*
                                           Laurie Edelstein
                                           Seth R. Sias

                                       *Attorneys for Defendants Pacific Gas and Electric Company, Albert Torres, Bill Chen, and Tanisha Robinson*

Dated: May 11, 2017                    HOLLAND & KNIGHT LLP

                                       By: */s/ Leah E. Capritta\**
                                           Thomas D. Leland
                                           Leah E. Capritta

                                       *Attorneys for Tiger Natural Gas, Inc.*

Dated: May 11, 2017                    HOLLAND & KNIGHT LLP

                                       By: */s/ Leah E. Capritta\**
                                           Thomas D. Leland
                                           Leah E. Capritta

                                       *Attorneys for North Star Gas Company d/b/a YEP Energy*

Dated: May 11, 2017                    HOLLAND & KNIGHT LLP

                                       By: */s/ Leah E. Capritta\**
                                           Thomas D. Leland
                                           Leah E. Capritta

                                       *Attorneys for Vista Energy Marketing, L.P.*

Dated: May 11, 2017                    HOLLAND & KNIGHT LLP

                                       By: */s/ Leah E. Capritta\**
                                           Thomas D. Leland
                                           Leah E. Capritta

                                       *Attorneys for United Energy Trading, LLC*

*with permission.

STIPULATION REGARDING COORDINATION OF DEPOSITIONS           No. 16 Civ. 6711 (JSW)

                                       4

STEPTOE & JOHNSON LLP
1891 Page Mill Road, Suite 200
Palo Alto, CA 94304

# EXHIBIT A

| | |
|---|---|
| Laurie Edelstein (Bar No. 164466) | Arnold Barba (Bar No. 198131) |
| Seth R. Sias (Bar No. 260674) | Nicholas Begakis (Bar No. 253588) |
| STEPTOE & JOHNSON LLP | LIMNEXUS LLP |
| 1891 Page Mill Road, Suite 200 | 1055 West 7th Street, Suite 2800 |
| Palo Alto, California 94304 | Los Angeles, CA 90017 |
| Telephone: (650) 687-9500 | Tel: (213) 955-9500 |
| Facsimile: (650) 687-9499 | Fax: (213) 955-9511 |
| ledelstein@steptoe.com | arnold.barba@limnexus.com |
| ssias@steptoe.com | nick.begakis@limnexus.com |

*Attorneys for Defendants
Pacific Gas and Electric Company, Albert Torres, Bill Chen, and Tanisha Robinson*

| | |
|---|---|
| Holland & Knight LLP | Holland & Knight LLP |
| Thomas D. Leland (Pro Hac) | Charles L. Coleman III (65496) |
| Leah E. Capritta (Pro Hac) | Tara S. Kaushik (230098) |
| 633 Seventeenth Street, Suite 2300 | 50 California Street, Suite 2800 |
| Denver, Colorado 80202 | San Francisco, CA 94111 |
| Telephone: (303) 974-6660 | Telephone: (415) 743-6900 |
| Fax: (303) 974-6659 | Fax: (415) 743-6910 |
| Email: thomas.leland@hklaw.com | E-mail: charles.coleman@hklaw.com |
| leah.capritta@hklaw.com | tara.kaushik@hklaw.com |

*Attorneys for Plaintiff
United Energy Trading, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED ENERGY TRADING, LLC, | ) | No. 15 Civ. 02383 (RS) (SK) |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION REGARDING COORDINATION OF DEPOSITIONS IN SIMILAR ACTIONS** |
| PACIFIC GAS AND ELECTRIC COMPANY, a California corporation,; ALBERT TORRES, an individual; BILL CHEN, an individual; TANISHA ROBINSON, an individual, | ) | Judge: Hon. Richard Seeborg<br>Magistrate: Hon. Sallie Kim |
| Defendants. | ) | |

**STIPULATION REGARDING COORDINATION OF DEPOSITIONS**

United Energy Trading Company ("UET"), North Star Gas Company d/b/a/ YEP Energy ("YEP"), Vista Energy Marketing , L.P. ("Vista), Tiger Natural Gas Inc. ("Tiger"), Pacific Gas and Electric Company ("PG&E"), Albert Torres, Bill Chen, and Tanisha Robinson, by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, plaintiff UET has expressed an intent to take depositions of PG&E employees in this action (the "UET Action");

WHEREAS, UET is one of four core transport agents ("CTAs") that has filed a complaint in this Court against PG&E and the three individual defendants, asserting allegations containing some common issues of facts in each case. The other three pending cases are:

- *North Star Gas Company d/b/a YEP Energy* v. *PG&E, et al.* (the "YEP Action"), No. 15 Civ. 2575 (N.D. Cal.) (HSG) (SK)
- *Vista Energy Marketing, L.P.* v. *PG&E, et al.* (the "Vista Action"), No. 16 Civ. 4019 (N.D. Cal.) (HSG)
- *Tiger Natural Gas, Inc.* v. *PG&E, et al.* (the "Tiger Action"), No. 16 Civ. 6711 (N.D. Cal.) (JSW);

WHEREAS, counsel of record for UET is also counsel of record for YEP, Vista, and Tiger;

WHEREAS, counsel of record for PG&E and the individual defendants in the UET Action is also counsel of record for PG&E and the individual defendants in the YEP, Vista, and Tiger Actions;

WHEREAS, PG&E, the individual defendants, UET, YEP, Tiger and Vista agree there are certain common issues of fact relevant to all four pending actions, particularly as related to PG&E's policies and procedures;

WHEREAS, the YEP, Vista, and Tiger Actions remain in the pleading stage with motions to dismiss pending in each action and no scheduling orders entered in the actions;

WHEREAS, discovery and depositions are proceeding in the UET Action;

**STEPTOE & JOHNSON LLP**
1891 Page Mill Road, Suite 200
Palo Alto, CA 94304

STIPULATION REGARDING COORDINATION OF DEPOSITIONS   No. 15 Civ. 02383 (RS) (SK)

1

1  WHEREAS, UET may dismiss one or more claims prior to taking some depositions and
2 YEP, Vista, and Tiger wish to preserve their rights to depose witnesses on facts relevant to any
3 claims dismissed by UET;

4  WHEREAS, PG&E, the individual defendants, UET, YEP, Tiger and Vista agree that in
5 the interest of economy and judicial efficiency, witnesses should not be subjected to duplicative
6 questioning in depositions taken in the four pending actions;

7  WHEREAS, the Honorable Magistrate Judge Sallie Kim has been appointed as the
8 Magistrate to oversee discovery issues in the UET Action and the YEP Action;

9  WHEREAS, PG&E, the individual defendants, UET, YEP, Vista, and Tiger agree that in
10 the interests of economy and judicial efficiency, it would be beneficial for a single Magistrate
11 Judge to oversee discovery in all four pending actions;

12  NOW THEREFORE, PG&E, the individual defendants, UET, YEP, Vista, and Tiger, by
13 and through their undersigned counsel of record, hereby stipulate and agree as follows:

14  1. A stipulation substantively identical to this Stipulation shall be filed in the
15   YEP, Vista, and Tiger Actions.
16  2. PG&E, the individual defendants, and Vista jointly will seek appointment of
17   Magistrate Judge Kim to oversee discovery in the Vista Action.
18  3. PG&E, the individual defendants, and Tiger jointly will seek appointment of
19   Magistrate Judge Kim to oversee discovery in the Tiger Action.
20  4. PG&E, the individual defendants, UET, YEP, Vista, and Tiger shall be
21   entitled to use and rely upon deposition testimony taken in any of the UET,
22   YEP, Vista, and Tiger Actions in connection with any of the four actions for
23   all purposes allowed by the Federal Rules of Civil Procedure and the Federal
24   Rules of Evidence as if deposition testimony were taken in each respective
25   action.
26  5. PG&E, the individual defendants, UET, YEP, Vista and Tiger agree to make
27   best efforts to minimize additional testimony taken in the UET, YEP, Vista
28

**STEPTOE & JOHNSON LLP**
1891 Page Mill Road, Suite 200
Palo Alto, CA 94304

STIPULATION REGARDING COORDINATION OF DEPOSITIONS No. 15 Civ. 02383 (RS) (SK)
2

and Tiger Actions from witnesses that have been previously deposed in any of the four actions.

6. PG&E, the individual defendants, UET, YEP, Vista, and Tiger further agree that prior to noticing the deposition of a witness who was previously deposed in any of the actions, counsel for the noticing party and counsel for the witness shall meet and confer in an effort to reach agreements regarding limits to the length and subject matters of the deposition. If the parties are not able to reach an agreement, the dispute shall be presented to Magistrate Judge Kim in a Joint Letter that complies with the Magistrate's Standing Order (or, if Magistrate Kim is not appointed in connection with each of the four cases, the parties shall comply with the discovery dispute resolution processes of the assigned Judge). In the event the parties seek Court assistance in resolving such a dispute, PG&E, the individual defendants, UET, YEP, Vista, and Tiger agree not to serve notice of the witness' deposition until the Court resolves the dispute.

7. PG&E, the individual defendants, UET, YEP, Vista, and Tiger further agree that prior to noticing a deposition pursuant Federal Rule of Civil Procedure 30(b)(6) in any of the Actions, counsel for the parties shall meet and confer in an effort to reach agreements regarding the subject matters of the deposition. If the parties are not able to reach an agreement, the dispute shall be presented to Magistrate Judge Kim in a Joint Letter that complies with the Magistrate's Standing Order (or, if Magistrate Kim is not appointed in connection with each of the four cases, the parties shall comply with the discovery dispute resolution processes of the assigned Judge). In the event the parties seek Court assistance in resolving such a dispute, PG&E, the individual defendants, UET, YEP, Vista, and Tiger agree not to serve notice of the 30(b)(6) deposition until the Court resolves the dispute.

| | | |
|---|---|---|
| Dated: April 21, 2017 | | STEPTOE & JOHNSON LLP |
| | | By: */s/ Laurie Edelstein* |
| | |     Laurie Edelstein |
| | |     Seth R. Sias |
| | | *Attorneys for Defendants Pacific Gas and Electric Company, Albert Torres, Bill Chen, and Tanisha Robinson* |
| Dated: April 21, 2017 | | HOLLAND & KNIGHT LLP |
| | | By: */s/ Leah E. Capritta\** |
| | |     Thomas D. Leland |
| | |     Leah E. Capritta |
| | | *Attorneys for Plaintiff United Energy Trading, LLC* |
| Dated: April 21, 2017 | | HOLLAND & KNIGHT LLP |
| | | By: */s/ Leah E. Capritta\** |
| | |     Thomas D. Leland |
| | |     Leah E. Capritta |
| | | *Attorneys for North Star Gas Company d/b/a YEP Energy* |
| Dated: April 21, 2017 | | HOLLAND & KNIGHT LLP |
| | | By: */s/ Leah E. Capritta\** |
| | |     Thomas D. Leland |
| | |     Leah E. Capritta |
| | | *Attorneys for Vista Energy Marketing, L.P.* |
| Dated: April 21, 2017 | | HOLLAND & KNIGHT LLP |
| | | By: */s/ Leah E. Capritta\** |
| | |     Thomas D. Leland |
| | |     Leah E. Capritta |
| | | *Attorneys for Tiger Natural Gas, Inc.* |

*with permission

**STEPTOE & JOHNSON LLP**
1891 Page Mill Road, Suite 200
Palo Alto, CA 94304