| | |
|---|---|
| 1 | HOLLAND & KNIGHT LLP |
| 2 | Thomas D. Leland (pro hac vice)<br>Leah E. Capritta (pro hac vice) |
| 3 | 1801 California Street, Suite 5000<br>Denver, CO 80202 |
| 4 | Telephone: (303) 974-6660<br>Facsimile: (303) 974-6659 |
| 5 | Email: thomas.leland@hklaw.com<br>leah.capritta@hklaw.com |
| 6 | HOLLAND & KNIGHT LLP |
| 7 | Vito Costanza (SBN 132754)<br>400 South Hope Street, 8th Floor |
| 8 | Los Angeles, CA 90071<br>Telephone: (213) 896-2400 |
| 9 | Facsimile: (213) 896-2450<br>Email: vito.costanza@hklaw.com |
| 10 | |
| 11 | Attorneys for<br>TIGER NATURAL GAS, INC. |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | CASE NO. 19-30089 (DM) |
| PACIFIC GAS AND ELECTRIC COMPANY, | Chapter 11 |
| Debtor. | CERTIFICATE OF SERVICE |
| | Date: December 21, 2021<br>Time: 10:00 AM<br>Judge: Hon. Dennis Montali<br>Ctrm: 17 |

I, Reena Kaur, declare and state as follows:

1. I am employed in San Francisco County in the State of California. I am more than eighteen years old and not a party to this action. My business address is Holland & Knight, LLP, 50 California Street, 28th Floor, San Francisco, CA 94111.

2. I certify that on December 14, 2021, I caused a true and correct copy of the following documents to be served by the method set forth on the Notice Parties Service List attached hereto as Exhibit A:

- **TIGER NATURAL GAS, INC.'S REPLY ISO MOTION FOR RELIEF FROM PLAN INJUNCTION**

- **FURTHER DECLARATION OF LEAH E. CAPRITTA IN SUPPORT OF TIGER NATURAL GAS INC.'S REPLY IN SUPPORT OF MOTION FOR RELIEF FROM PLAN INJUNCTION**

[ ] (E-MAIL VIA PDF FILE): I certify that on December 14, 2021, I transmitted a true and correct copy scanned into an electronic file in Adobe "pdf" format of the foregoing listed documents to all persons and entities with e-mail addresses on the Master Service list attached hereto as Exhibit A. The transmission was reported as complete and without error.

[X] (BY MAIL): I further certify that on December 14, 2021, for persons and entities on the Master Service List attached hereto as Exhibit A, without e-mail addresses, I placed the foregoing documents for collection and mailing at the offices of Holland & Knight LLP, 50 California Street, 28th Floor, San Francisco, CA 94111, in a sealed envelope, following ordinary business practices. I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United State Postal Service, and, in the ordinary course of business, such correspondence would be deposited with the United States Postal Service on the day on which it is collected at the business.

[ ] (BY OVERNIGHT MAIL): Following ordinary business practices, I placed the document for collection and United Parcel Service ("UPS") delivery at the offices of Holland & Knight, LLP, 50 California Street, 28th Floor, San Francisco, CA 94111. I am readily familiar with the business' practice for collection and processing of correspondence for delivery by UPS, and in the

ordinary course of business, such correspondence would be deposited with UPS on the day on which it is collected at the business.

[ ] (BY PERSONAL SERVICE):  By hand to the addressee stated above.

[X] (CM/ECF/):  I hereby certify that I electronically filed the foregoing document with the Clerk of Court using CM/ECF system which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto. Executed at San Francisco, California.

Dated: December 14, 2021

By: _____
Reena Kaur

# Exhibit A

| | |
|---|---|
| Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company,<br>Attn: Janet Loduca, Esq.<br>PO Box 770000,<br>77 Beale Street,<br>San Francisco, CA 94105 | Office of the United States Trustee for Region 17,<br>Attn: James L. Snyder, Esq. and Timothy Laffredi, Esq.<br>450 Golden Gate Avenue, 5th Floor, Suite #05-0153,<br>San Francisco, CA 94102 |
| Weil, Gotshal & Manges LLP,<br>Attn: Stephen Karotkin, Esq., Jessica Liou, Esq., and Matthew Goren, Esq.<br>767 Fifth Avenue,<br>New York, New York 10153 | U.S. Nuclear Regulatory Commission,<br>Washington, DC 20555-0001<br>(Attn: General Counsel); |
| Keller & Benvenutti LLP,<br>Attn: Tobias Keller, Esq. and Jane Kim, Esq<br>650 California Street, Suite 1900,<br>San Francisco, CA 94108 | U.S. Department of Justice<br>Attn: Danielle A. Pham, Esq., *as counsel for*<br>*United States on behalf of the*<br>*Federal Energy Regulatory Commission*<br>1100 L Street, NW, Room 7106,<br>Washington DC 20005 |
| Stroock & Stroock & Lavan LLP,<br>Attn: Kristopher M. Hansen, Esq., Erez E. Gilad, Esq., and Matthew G. Garofalo, Esq.<br>180 Maiden Lane,<br>New York, NY 10038-4982 | Milbank LLP<br>Dennis F. Dunne, Esq.<br>Sam A. Khalil, Esq.<br>55 Hudson Yards,<br>New York, NY 10001 |
| Frank A. Merola, Esq.<br>2029 Century Park East,<br>Los Angeles, CA 90067-3086 | Paul S. Aronzon, Esq.<br>Gregory A. Bray, Esq.<br>Thomas R. Kreller, Esq.<br>2029 Century Park East, 33rd Floor,<br>Los Angeles, CA 90067 |
| Davis Polk & Wardwell LLP,<br>Attn: Eli J. Vonnegut, Esq., David Schiff, Esq., and Timothy Graulich, Esq<br>450 Lexington Avenue,<br>New York, NY 10017 | Baker & Hostetler LLP,<br>Attn: Eric Sagerman, Esq. and Cecily Dumas, Esq.<br>11601 Wilshire Boulevard, Suite 1400,<br>Los Angeles, CA 90025 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP,<br>Attn: Alan W. Kornberg, Esq., Brian S. Hermann, Esq., Walter R. Rieman, Esq., Sean A. Mitchell, Esq., and Neal P. Donnelly, Esq.<br>1285 Avenue of the Americas,<br>New York, NY 10019-6064 | |