WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **REORGANIZED DEBTORS' REPORT ON RESPONSES TO SEVENTEENTH SECURITIES CLAIMS OMNIBUS OBJECTION (NO BASIS FOR CLAIM – FAILURE TO PROVIDE ANY TRADING INFORMATION) AND REQUEST FOR ORDER BY DEFAULT AS TO UNOPPOSED OBJECTIONS** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | [Re: Dkt. No. 11561] |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Resolving Objections Set for Hearing December 21, 2021 at 10:00 a.m. (Pacific Time)** |

# REQUEST FOR ENTRY OF ORDER BY DEFAULT

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby request, pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Docket No. 1996], that the Court enter an order by default on the *Reorganized Debtors' Seventeenth Securities Claims Omnibus Objection (No Basis for Claim – Failure to Provide Any Trading Information)* [Docket No. 11561] (the "**Seventeenth Securities Claims Omnibus Objection**").

# RELIEF REQUESTED IN THE SEVENTEENTH SECURITIES CLAIMS OMNIBUS OBJECTION

The Seventeenth Securities Claims Omnibus Objection seeks to disallow and expunge the proofs of claim that were filed by PG&E security holders who have failed to provide information establishing that the claimants traded in PG&E securities and thus these proofs of claim lack any basis to assert liability against the Reorganized Debtors. These claims are listed in **Exhibit 1** to the Seventeenth Securities Claims Omnibus Objection.

# NOTICE AND SERVICE

The Reorganized Debtors filed the *Notice of Hearing on Reorganized Debtors' Seventeenth Securities Claims Omnibus Objection (No Basis for Claim – Failure to Provide Any Trading Information)* [Docket No. 11563] (the "**Notice of Hearing**"). The Seventeenth Securities Claims Omnibus Objection was supported by the *Declaration of Justin R. Hughes in Support of Reorganized Debtors' Seventeenth Securities Claims Omnibus Objection (No Basis for Claim – Failure to Provide Any Trading Information)* [Docket No. 11562] (the "**Hughes Declaration**"). The Seventeenth Securities Claims Omnibus Objection, the Notice of Hearing, and the Hughes Declaration were served as described in the *Certificate of Service* of Alain B. Francoeur, filed on November 12, 2021 [Docket No. 11578] (the "**Certificate of Service**"). As further described in the Certificate of Service, on November 9, 2021, each holder of a claim listed on **Exhibit 1** to the Seventeenth Securities Claims Omnibus Objection received

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

a notice including the claim number, debtor, claim amount and priority, and the basis for the Reorganized Debtors' objection with respect to the applicable claim to be disallowed and expunged.

The deadline to file responses or oppositions to the Seventeenth Securities Claims Omnibus Objection has passed. The Reorganized Debtors have received the following responses:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Carol A. Lord Revocable Living Trust | 104536 | Claimant provided trading data in response to the omnibus objection. The Reorganized Debtors have removed this claim from Exhibit A to this Request and withdraw the objection to this claim without prejudice. |
| Informal | Estate of Robert W. Lord | 104552 | Claimant provided trading data in response to the omnibus objection. The Reorganized Debtors have removed this claim from Exhibit A to this Request and withdraw the objection to this claim without prejudice. |
| Informal | Principal Funds, Inc - EDGE MidCap Fund | 101866 | Claimant sent an email after the filing of the Motion stating that it did not trade in PG&E securities from April 29, 2015 through November 15, 2018. The omnibus objection should thus be sustained with respect to this claim. |
| Informal | Principal Variable Contracts Funds, Inc. - Large Cap Blend Account II | 101751, 101911 | Claimant sent an email after the filing of the Motion stating that it did not trade in PG&E securities from April 29, 2015 through November 15, 2018 which confirmed an earlier submission that informed PG&E that the fund had been terminated in 2015 prior to this period. The omnibus objection should thus be sustained with respect to these claims. |

## DECLARATION OF NO OPPOSITION RECEIVED

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am a partner with the law firm of Weil, Gotshal & Manges LLP ("**Weil**"), counsel for the Reorganized Debtors.

2. The Court's docket in the Chapter 11 Cases has been reviewed and Weil has determined that no responses have been filed with respect to the Seventeenth Securities Claims Omnibus Objection except as described herein.

WHEREFORE, the Reorganized Debtors hereby request entry of an order disallowing and expunging the proofs of claim listed in the column headed "Claim to be Disallowed/Expunged" in **Exhibit A** to this Request, which listed claims identical to those in **Exhibit 1** to the Seventeenth Securities Claims Omnibus Objection, except as otherwise discussed above.

Dated December 14, 2021

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**

By: */s/ Richard W. Slack*

Richard W. Slack

*Attorneys for Debtors and Reorganized Debtors*