| | |
|---|---|
| KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller (#151445)<br>(tkeller@kbkllp.com)<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>David A. Taylor (#247433)<br>(dtaylor@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251 | JENNER & BLOCK LLP<br>Laurie J. Edelstein (#164466)<br>(LEdelstein@jenner.com)<br>455 Market Street, Suite 2100<br>San Francisco, CA 94105<br>Tel: 628 267 6811 |

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF LAURIE J. EDELSTEIN IN SUPPORT OF REORGANIZED DEBTORS' PARTIAL OBJECTION TO PROOF OF CLAIM NO. 64095 FILED BY TIGER NATURAL GAS, INC.**<br><br>**Response Deadline:**<br>**January 4, 2021, 4:00 p.m. (Pacific Time)**<br><br>**Hearing Information If Timely Response Made:**<br>Date: January 18, 2022<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Tele/Videoconference Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

I, Laurie J. Edelstein, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am an attorney at law licensed to practice in the State of California and admitted to the bar of this Court. I am a partner at Jenner & Block LLP, counsel for PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases. Unless stated otherwise, I have personal knowledge of the matters set forth herein. I submit this Declaration in support of the *Reorganized Debtors' Partial Objection to Claim No. 64095 filed by Tiger Natural Gas, Inc.* [Docket No. 11700] (the "**Objection**").[1]

2. Attached for the Court's convenience as Exhibit A is a true and correct copy of the Proof of Claim filed by Tiger Natural Gas, Inc. ("**Tiger**"), Claim No. 64095, filed on October 18, 2019.

3. Attached hereto as Exhibit B is a true and correct copy of PG&E Gas Schedule G-1.

4. Attached hereto as Exhibit C is a true and correct copy of *Opinion* issued by the California Public Utilities Commission ("**CPUC**") in *Application of Pacific Gas and Electric Company for Authority to Change Core Procurement Rates on a Monthly Basis*, CPUC Decision No. 97-10-065, 1997 Cal. PUC LEXIS 973 (Oct. 22, 1997).

5. Attached hereto as Exhibit D is a true and correct copy of Pacific Gas and Electric Company Advice Letter 4034-G (November 1, 2018 Gas Core Procurement Rate Changes), filed with the CPUC on October 25, 2018.

6. Attached hereto as Exhibit E is a true and correct copy of *Decision Authorizing Pacific Gas and Electric Company's 2015-2018 Revenue Requirement for Gas Transmission and Storage Services and Adopting Interim Rates*, , CPUC Decision No. 16-06-056, 2016 Cal. PUC LEXIS 381 (June 23, 2016).

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Objection.

7. Attached hereto as <u>Exhibit F</u> is a true and correct copy of *Decision Authorizing Pacific Gas and Electric Company's 2019-2022 Revenue Requirement for Gas Transmission and Storage*, CPUC Decision No. 19-09-025, 2019 Cal. PUC LEXIS 467 (Sept. 12, 2019).

8. Attached hereto as <u>Exhibit G</u> is a true and correct copy of Pacific Gas and Electric Company Advice Letter 3446-G (January 1, 2014 Gas Core Procurement and Transportation Rate and Tariff Changes), filed with the CPUC on December 24, 2013.

9. Attached hereto as <u>Exhibit H</u> is a true and correct copy of Pacific Gas and Electric Company Advice Letter 3546-G (January 1, 2015 Gas Core Procurement and Transportation Rate and Tariff Changes), filed with the CPUC on December 23, 2014.

10. Attached hereto as <u>Exhibit I</u> is a true and correct copy of Pacific Gas and Electric Company Advice Letter 3666-G (January 1, 2016 Gas Core Procurement and Transportation Rate and Tariff Changes), filed with the CPUC on December 23, 2015.

11. Attached hereto as <u>Exhibit J</u> is a true and correct copy of Pacific Gas and Electric Company Advice Letter 3793-G (January 1, 2017 Gas Core Procurement and Transportation Rate and Tariff Changes), filed with the CPUC on December 23, 2016.

12. Attached hereto as <u>Exhibit K</u> is a true and correct copy of the *Order Denying Motion to Dismiss* entered in the District Court Action on October 25, 2017.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury and in accordance with laws of the United States of America that the foregoing is true and correct. Executed this fifteenth day of December, 2021, in San Francisco, California.

/s/ *Laurie J. Edelstein*
Laurie J. Edelstein