**Exhibit B**

| | | Revised | Cal. P.U.C. Sheet No. | 37517-G |
|---|---|---|---|---|
| | Cancelling | Revised Revised | Cal. P.U.C. Sheet No. | 37469-G |

**Pacific Gas and Electric Company**
U 39   San Francisco, California

**GAS SCHEDULE G-1**  Sheet 1
RESIDENTIAL SERVICE

APPLICABILITY: This rate schedule[1] applies to natural gas service to Core End-Use Customers on PG&E's Transmission and/or Distribution Systems. To qualify, service must be to individually-metered single family premises for residential use, including those in a multifamily complex, and to separately-metered common areas in a multifamily complex where Schedules GM, GS, or GT are not applicable. Common area accounts that are separately metered by PG&E have an option of switching to a core commercial rate schedule. Common area accounts are those accounts that provide gas service to common use areas as defined in Rule 1.

Per D.15-10-032 and D.18-03-017, transportation rates include GHG Compliance Cost for non-covered entities. Customers who are directly billed by the Air Resources Board (ARB), i.e., covered entities, are exempt from paying AB 32 GHG Compliance Costs through PG&E's rates.[2] A "Cap-and-Trade Cost Exemption" credit for these costs will be shown as a line item on exempt customers' bills.[3,4]

TERRITORY: Schedule G-1 applies everywhere within PG&E's natural gas Service Territory.

RATES: Customers on this schedule pay a Procurement Charge and a Transportation Charge, per meter, as shown below. The Transportation Charge will be no less than the Minimum Transportation Charge, as follows:

Minimum Transportation Charge:[5]    Per Day
                                     $0.13151

|  | Per Therm | |
|---|---|---|
|  | Baseline | Excess |
| Procurement: | $0.82555 (I) | $0.82555 (I) |
| Transportation Charge: | $1.20019 | $1.68243 |
| Total: | $2.02574 (I) | $2.50798 (I) |
| California Natural Gas Climate Credit (per Household, annual payment occurring in the April bill cycle) | ($24.62) | |

Public Purpose Program Surcharge:
Customers served under this schedule are subject to a gas Public Purpose Program (PPP) Surcharge under Schedule G-PPPS.

See Preliminary Statement, Part B for the Default Tariff Rate Components.

The Procurement Charge on this schedule is equivalent to the rate shown on informational Schedule G-CP—Gas Procurement Service to Core End-Use Customers.

_____

[1] PG&E's gas tariffs are available online at www.pge.com.
[2] Covered entities are not exempt from paying costs associated with LUAF Gas and Gas used by Company Facilities.
[3] The exemption credit will be equal to the effective non-exempt AB 32 GHG Compliance Cost Rate ($ per therm) included in Preliminary Statement – Part B, multiplied by the customer's billed volumes (therms) for each billing period.
[4] PG&E will update its billing system annually to reflect newly exempt or newly excluded customers to conform with lists of Directly Billed Customers provided annually by the ARB.
[5] The Minimum Transportation charge does not apply to submetered tenants of master-metered customers served under gas rate Schedules GS and GT.

(Continued)

| Advice | 4532-G | Issued by | Submitted | November 22, 2021 |
|---|---|---|---|---|
| Decision | D.97-10-065, D.98-07-025 | **Robert S. Kenney** Vice President, Regulatory Affairs | Effective Resolution | December 1, 2021 |

Case: 19-30088    Doc# 11701-2    Filed: 12/15/21    Entered: 12/15/21 09:30:22    Page 2 of 3

**Pacific Gas and Electric Company®**
U 39  San Francisco, California

| | Revised | Cal. P.U.C. Sheet No. | 35436-G |
|---|---|---|---|
| *Cancelling* Revised | Revised | Cal. P.U.C. Sheet No. | 34288-G |

**GAS SCHEDULE G-1**  Sheet 2
**RESIDENTIAL SERVICE**

BASELINE QUANTITIES: The delivered quantities of gas shown below are billed at the rates for baseline use.

BASELINE QUANTITIES (Therms Per Day Per Dwelling Unit)

| Baseline Territories *** | Summer (April-October) Effective Apr. 1, 2020 | | Winter Off-Peak (Nov,Feb,Mar) Effective Nov. 1, 2019 | | Winter On-Peak (Dec, Jan) Effective Dec. 1, 2019 | | (T) \| (T) |
|---|---|---|---|---|---|---|---|
| P | 0.39 | (R) | 1.88 | (R) | 2.16 | (I) | |
| Q | 0.59 | (R) | 1.55 | (R) | 2.16 | (I) | |
| R | 0.36 | (R) | 1.28 | (R) | 1.97 | (I) | |
| S | 0.39 | (R) | 1.38 | (R) | 2.06 | (I) | |
| T | 0.59 | (R) | 1.38 | (R) | 1.81 | (I) | |
| V | 0.62 | (R) | 1.51 | (R) | 1.84 | (I) | |
| W | 0.39 | (R) | 1.18 | (R) | 1.84 | (I) | |
| X | 0.49 | (R) | 1.55 | (R) | 2.16 | (I) | |
| Y | 0.69 | (R) | 2.15 | (R) | 2.65 | (I) | |

SEASONAL CHANGES: The summer season is April-October, the winter off-peak season is November, February and March, and the winter on-peak season is December and January. Baseline quantities for bills that include the April 1, November 1 and December 1 seasonal changeover dates will be calculated by multiplying the applicable daily baseline quantity for each season by the number of days in each season for the billing period.

STANDARD MEDICAL QUANTITIES: Additional medical quantities (Code M) are available as provided in Rule 19.

SURCHARGES: Customers served under this schedule in conjunction with Schedule G-CT, or in conjunction with noncore service, are subject to a franchise fee surcharge under Schedule G-SUR for gas volumes purchased from parties other than PG&E and transported by PG&E.

Customers served under this schedule are subject to a gas Public Purpose Program (PPP) Surcharge under Schedule G-PPPS.

ALTERNATIVE PROCUREMENT OPTIONS: Customers may procure gas supply from a party other than PG&E by taking this schedule in conjunction with Schedule G-CT—Core Gas Aggregation Service. Customers who procure their own gas supply will not pay the Procurement Charge component of this rate schedule shown above and will be subject to the applicable rates specified in Schedule G-CT.

---

*** The applicable baseline territory is described in Preliminary Statement, Part A.

| *Advice* | 4172-G | *Issued by* | *Submitted* | October 25, 2019 |
|---|---|---|---|---|
| *Decision* | D.97-10-065 and D.98-07-025 | **Robert S. Kenney** *Vice President, Regulatory Affairs* | *Effective* *Resolution* | November 1, 2019 |

Case: 19-30088   Doc# 11701-2   Filed: 12/15/21   Entered: 12/15/21 09:30:22   Page 3 of 3