LOCKE LORD LLP
Meagan S. Tom (SBN 273489)
meagan.tom@lockelord.com
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

LOCKE LORD LLP
Elizabeth M. Guffy (admitted *pro hac vice*)
eguffy@lockelord.com
JPMorgan Chase Tower
600 Travis, Suite 2800
Houston, TX 77002
Telephone: (713) 226-1200
Fax: (713) 223-3717

Attorneys for Creditors
Quanta Energy Services, Inc., Underground Construction Co., Inc., Mears Group, Inc., Dashiell Corporation, Quanta Technology LLC, and PAR Electrical Contractors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy No.: 19-30088 |
| PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY, | Chapter 11 |
| Debtors. | **WITHDRAWAL OF QUANTA ENTITIES' OBJECTION TO PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS AND PROPOSED CURE AMOUNTS AND RESERVATION OF RIGHTS** |

**PLEASE TAKE NOTICE** Quanta Energy Services, Inc. ("QES"), Underground Construction Co., Inc. ("Underground"), Mears Group, Inc. ("Mears"), Dashiell Corporation ("Dashiell"), Quanta Technology LLC ("Quanta Technology"), and PAR Electrical Contractors ("PAR" and together with QES, Underground, Mears, Dashiell, and Quanta Technology, the

"Quanta Entities") hereby withdraw their Objection to Proposed Assumption of Executory Contracts and Proposed Cure Amounts and Reservation of Rights, which was filed at Docket No. 7266.

Dated:  December 15, 2021

Respectfully submitted,

LOCKE LORD LLP

By: */s/ Meagan S. Tom*
    Meagan S. Tom
    Elizabeth M. Guffy (admitted *pro hac vice*)

Attorneys for Creditors
Quanta Energy Services, Inc., Underground Construction Co., Inc., Mears Group, Inc., Dashiell Corporation, Quanta Technology LLC, and PAR Electrical Contractors