

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Dara L. Silveira (#274923)
(dsilveira@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

Signed and Filed: December 15, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

  - and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

                        **Debtors.**

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Bankruptcy Case No. 19-30088 (DM)

Chapter 11

(Lead Case) (Jointly Administered)

**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' ONE HUNDRED TWELFTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIM / NO LEGAL LIABILITY CLAIMS)**

[Re: Docket Nos. 11568 and 11691]

Upon the *Reorganized Debtors' Report on Responses to One Hundred Twelfth Omnibus Objection to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 11691] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' One Hundred Twelfth Omnibus Objection to Claims (Satisfied Claims / No Legal Liability Claims)* [Docket No. 11568] (the "**One Hundred Twelfth Omnibus Objection**")[1], all as more fully set forth in the Request, and this Court having jurisdiction to consider the One Hundred Twelfth Omnibus Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the One Hundred Twelfth Omnibus Objection and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the One Hundred Twelfth Omnibus Objection as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the One Hundred Twelfth Omnibus Objection establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Claims listed in the column headed "Claims to Be Disallowed and Expunged" in **Exhibit 1** and **Exhibit 2** hereto are disallowed and expunged.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the One Hundred Twelfth Omnibus Objection.

2. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

One Hundred Twelfth Omnibus Objection - Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| ICF Jones & Stokes, Inc. Squire Patton Boggs (US) LLP Peter R. Morrison Cleveland, OH 44114 | | 79082 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $637,420.09 | $0.00 | $0.00 | $637,420.09 | Satisfied Claims |
| **Claims To Be Expunged Totals** | | **Count:1** | | | **$0.00** | **$637,420.09** | **$0.00** | **$0.00** | **$637,420.09** | |

One Hundred Twelfth Omnibus Objection - Exhibit 2

PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

# Exhibit 2

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Gini, Daniel<br>Bartko Zankel Bunzel & Miller<br>One Embarcadero Center, Suite 800<br>San Francisco, CA 94111 | | 91910 | PG&E Corporation and Pacific Gas and Electric Company | 12/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations |
| **Claims To Be Expunged Totals** | | **Count: 1** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | |

Case: 19-30088    Doc# 11705    Filed: 12/15/21    Entered: 12/15/21 13:36:57    Page 5 of 5