# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Reorganized Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Nuno Cardoso, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the reorganized debtors in the above-referenced chapter 11 bankruptcy cases.

2. On December 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Julie Leiby (MMLID#6159055), 29 Duane St., Redwood City, CA 94062-1517:

- Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Thirty-Fourth Omnibus Objection to Claims (Customer No Liability Claims) [Docket No. 9860]

3. On December 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on Unsecured Creditor Claim No. 7200 (MMLID#7962849), Attn: Sandra L. Brown, 5432 Macedonia Church Rd., Prosperity, SC 29127-7389:

- Order Approving Stipulation Permitting Expungement of Proof of Claim No. 103767 and Confirming Survival of Proof of Claim No. 104054 [Docket No. 11598]

- Order Disallowing and Expunging or Allowing in Reduced Amounts Proofs of Claim Pursuant to Reorganized Debtors' One Hundred Eleventh Omnibus Objection to Claims (Governmental Unit Combined Claims) [Docket No. 11600]

4. I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that documents through the Court's Electronic Case Filing system.

5. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 15th day of December 2021, at New York, NY.

*/s/ Nuno Cardoso*
Nuno Cardoso