# APPENDIX 2

**Juli Ward Gas and Electric Bills - Ward Claim pp. 97-98**

| Start | End | Electric | Gas | |
|---|---|---:|---:|---|
| 6/8/2016 | 6/21/2016 | $ 26.08 | $ 3.43 | A - Move in (6/8/2016) |
| 6/21/2016 | 7/21/2016 | $ 149.10 | $ 5.66 | |
| 7/21/2016 | 8/22/2016 | $ 495.51 | $ 9.58 | |
| 8/22/2016 | 9/21/2016 | $ 296.12 | $ 8.84 | |
| 9/21/2016 | 10/20/2016 | $ 152.74 | $ 24.51 | |
| 10/20/2016 | 11/19/2016 | $ 90.10 | $ 48.80 | |
| 11/19/2016 | 12/20/2016 | $ 231.73 | $ 185.77 | |
| 12/20/2016 | 1/20/2017 | $ 363.08 | $ 217.59 | |
| 1/20/2017 | 2/21/2017 | $ 229.16 | $ 146.90 | |
| 2/21/2017 | 4/21/2017 | $ 190.78 | $ 112.92 | |
| 4/21/2017 | 5/22/2017 | $ 126.34 | $ 17.77 | |
| 5/22/2017 | 6/21/2017 | $ 264.94 | $ 12.11 | |
| 6/21/2017 | 7/21/2017 | $ 419.50 | $ 11.63 | |
| 7/21/2017 | 8/22/2017 | $ 448.36 | $ 9.40 | |
| 8/22/2017 | 9/21/2017 | $ 370.41 | $ 12.19 | B - Highlands Energy Visit (8/14/2017) |
| 9/21/2017 | 10/20/2017 | $ 71.59 | $ 12.29 | |
| 10/20/2017 | 11/18/2017 | $ 59.04 | $ 41.21 | |
| 11/18/2017 | 12/20/2017 | $ 85.42 | $ 134.05 | |
| 12/20/2017 | 1/19/2018 | $ 80.47 | $ 133.15 | |
| 1/19/2018 | 2/20/2018 | $ 95.77 | $ 106.99 | |
| 2/20/2018 | 3/21/2018 | $ 69.17 | $ 109.85 | |
| 3/21/2018 | 4/20/2018 | $ 62.15 | $ 40.95 | |
| 4/20/2018 | 5/21/2018 | $ 114.59 | $ 12.50 | |
| 5/21/2018 | 6/20/2018 | $ 184.01 | $ 10.93 | |
| 6/20/2018 | 7/20/2018 | $ 343.47 | $ 9.93 | |
| 7/20/2018 | 8/21/2018 | $ 330.19 | $ 5.36 | |
| 8/21/2018 | 9/20/2018 | $ 233.66 | $ 6.11 | |
| 9/20/2018 | 10/22/2018 | $ 138.51 | $ 9.94 | |
| 10/22/2018 | 11/20/2018 | $ 58.30 | $ 43.89 | |
| 11/20/2018 | 12/20/2018 | $ 64.32 | $ 99.09 | |
| 12/20/2018 | 1/22/2019 | $ 83.29 | $ 142.54 | C - Petition Date (1/29/2019) |
| 1/22/2019 | 2/21/2019 | $ 84.18 | $ 144.97 | |
| 2/21/2019 | 3/22/2019 | $ 67.09 | $ 73.92 | |
| 3/22/2019 | 4/23/2019 | $ 76.59 | $ 31.39 | |
| 4/23/2019 | 5/22/2019 | $ 136.43 | $ 14.00 | |
| 5/22/2019 | 6/21/2019 | $ 297.23 | $ 11.60 | |
| 6/21/2019 | 7/23/2019 | $ 399.88 | $ 8.19 | |
| 7/23/2019 | 8/22/2019 | $ 418.30 | $ 6.34 | |
| 8/22/2019 | 9/23/2019 | $ 299.50 | $ 7.91 | D - Ward Claim Filed (10/21/2019) |

| | Electric | Gas | Total Gas + Electric |
|---|---:|---:|---:|
| A-D | $ 7,707.10 | $ 2,044.20 | $ 9,751.30 |
| B-D | $ 4,223.56 | $ 1,229.29 | $ 5,452.85 |
| B-C | $ 2,444.36 | $ 930.97 | $ 3,375.33 |