**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR DECEMBER 21, 2021, 10:00 A.M. OMNIBUS HEARING**<br><br>Date: December 21, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Zoom Videoconference<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

**PROPOSED AGENDA FOR
DECEMBER 21, 2021, 10:00 A.M. (PACIFIC TIME)
OMNIBUS HEARING**

**I:** **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*CONTESTED MATTERS GOING FORWARD*

1. **Seventy-Sixth Omnibus Objection (No Liability / Passthrough Claims) as to Claim of Willie and Ora Green** [**Dkt. 10537**].

    Responses Filed:

    A.  Willie and Ora Green [**Dkts. 11278, 11355, 11429, 11438, 11555, and 11558**].

    Related Documents:

    B.  Corrected Reply in Support of Reorganized Debtors' Seventy-Sixth Omnibus Objection to Claims [**Dkt. 11410**].

    C.  Declaration of Thomas B. Rupp in Support of Reply in Support of Reorganized Debtors' Seventy-Sixth Omnibus Objection to Claims [**Dkt. 11409**].

    D.  Declaration of Kristin Jensen in Support of Reply in Support of Reorganized Debtors' Seventy-Sixth Omnibus Objection to Claims [**Dkt. 11408**].

    E.  Status Conference Statement Regarding Reorganized Debtors' Seventy-Sixth Omnibus Objection to Claims – Claim of Willie & Ora Green (Claim No. 80673) – November 5, 2021 [**Dkt. 11544**].

    F.  Status Conference Statement Regarding Reorganized Debtors' Seventy-Sixth Omnibus Objection to Claims – Claim of Willie & Ora Green (Claim No. 80673) – November 19, 2021 [**Dkt. 11606**].

    G.  Status Conference Statement Regarding Reorganized Debtors' Seventy-Sixth Omnibus Objection to Claims – Claim of Willie & Ora Green (Claim No. 80673) – December 16, 2021 [**Dkt. 11710**].

    Related Orders:

    H.  Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Seventy-Sixth Omnibus Objection to Claims (No Liability / Passthrough Claims) [**Dkt. 10705**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

I. Order After Hearing [**Dkt. 11461**].

Status: The Objection re Willie and Ora Green is going forward as a status conference.

This Omnibus Objection was granted as to most claims by **Dkt. 10705**.

2. **Seventy-Sixth Omnibus Objection (No Liability / Passthrough Claims) as to Claim of Juli Ward** [**Dkt. 10537**].

Response Filed:

A. Juli Ward [**Dkt. 11680**].

Related Document:

B. Reply in Support of Reorganized Debtors' Seventy-Sixth Omnibus Objection to Claims with Respect to Proof of Claim No. 80878 Filed by Juli Ward [**Dkt. 11711**].

Related Orders:

C. Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Seventy-Sixth Omnibus Objection to Claims (No Liability / Passthrough Claims) [**Dkt. 10705**].

D. Order Regarding Response by Juli Ward [**Dkt. 11682**].

E. Order Regarding Apparent Complain Submitted by Juli Ward [**Dkt. 11690**].

Status: The Objection re Juli Ward is going forward on a contested basis.

This Omnibus Objection was granted as to most claims by **Dkt. 10705**.

3. **Fortieth Omnibus Objection (No Liability / Passthrough Claims)** [**Dkt. 9455**].

Responses Filed:

A. Todd Greenberg [**Dkts. 9646, 11059, and 11387**].

Related Documents:

B. Reorganized Debtors' Further Objection to Claim No. 77335 and Request to Schedule One Evidentiary Hearing for Three Claims Filed by Claimant Todd Greenberg [**Dkt. 10995**].

C. Declaration of Jennifer L. Dodge in Support of Reorganized Debtors'

Further Objection to Claim No. 77335 (Todd Greenberg) [**Dkt. 10996**].

D. Reorganized Debtors' Reply to Claimant's Response to Further Objection to Claim No. 77335 (Todd Greenberg) [**Dkt. 11486**].

Scheduling Stipulations and Orders:

E. Stipulation Fixing Schedule with Respect to Claim No. 77335 (Todd Greenberg) [**Dkt. 10566**].

F. Order Approving Stipulation Fixing Schedule with Respect to Claim No. 77335 (Todd Greenberg) [**Dkt. 10587**].

G. Stipulation Regarding Mediation and Amending Briefing Schedule with Respect to Claim No. 77335 (Todd Greenberg) [**Dkt. 10916**].

H. Order Approving Third Stipulation Regarding Briefing Schedule with Respect to Claim No. 777335 (Todd Greenberg) [**Dkt. 11194**].

I. Third Stipulation Regarding Briefing Schedule with Respect to Claim No. 77335 (Todd Greenberg) [**Dkt. 11184**].

J. Order Continuing Scheduling Conference on Fortieth Omnibus Objection to Todd Greenberg Claim [**Dkt. 11536**].

Related Orders:

K. Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Fortieth Omnibus Objection to Claims (No Liability / Passthrough Claims) [**Dkt. 9866**].

Status: The Objection re Todd Greenberg is going forward on a contested basis.

This Omnibus Objection was granted as to most claims by **Dkts. 9866, 10469, and 10470**.

4. **One Hundred Tenth Omnibus Objection (Greenberg Claims)** [**Dkt. 11420**].

Responses Filed:

A. Todd Greenberg [**Dkt. 11677 and 11678**].

Related Document:

B. Reorganized Debtors' Reply to Claimant's Response to One Hundred Tenth Omnibus Objection to Claim Nos. 76018 and 78381 (Greenberg Claims) [**Dkt. 11698**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Status: The Objection re Todd Greenberg is going forward on a contested basis.

***RESOLVED AND CONTINUED MATTERS***

5. **Tiger Natural Gas, Inc.'s Motion for Relief from Plan Injunction:** *Tiger Natural Gas, Inc.'s Motion for Relief from Plan Injunction and Memorandum of Points and Authorities in Support* [**Dkt. 11535**].

Status: The Reorganized Debtors have accepted the Court's amended tentative ruling [**Dkt. 11714**]. This matter is taken off calendar.

**Securities Omnibus Claims Objection:**

6. **Seventeenth (No Basis for Claim – Failure to Provide Any Trading Information)** [**Dkt. 11561**]. This Securities Omnibus Objection was granted as to all Claims (except those discussed below) by **Dkt. 11707**. This Securities Omnibus Objection has been withdrawn without prejudice as to the Claims of Carol A. Lord Revocable Living Trust and Estate of Robert W. Lord [**Dkt. 11699**].

**Omnibus and Single Claim Objections:**

7. **Seventy-Ninth (Books and Records Claims)** [**Dkt. 10673**]. This Omnibus Objection was granted as to most claims by **Dkt. 10858**. It has been continued to January 18, 2022, as to Marsh Landing, LLC [**Dkt. 11697**].

8. **Ninety-Third (No Legal Liability Claims)** [**Dkt. 10808**]. This Omnibus Objection was granted as to most claims by **Dkt. 10980**. It has been withdrawn as to City of San Carlos [**Dkt. 11696**].

9. **One Hundred Twelfth (Satisfied Claims / No Legal Liability Claims)** [**Dkt. 11568**]. This Omnibus Objection was granted as to all Claims by **Dkt. 11705**.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (II) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: December 20, 2021

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By:  */s/ Thomas B. Rupp*
      Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*