1  Bill Robins III, Esq. (SBN 296101)
   Robert T. Bryson, Esq. (SBN 156953)
2  Rex Grady, Esq. (SBN 232236)
   **ROBINS CLOUD LLP**
3  808 Wilshire Blvd., Suite 450
   Santa Monica, California 90401
4  Telephone: (310) 929-4200
   Facsimile: (310) 566-5900
5
   Attorneys for Creditor, Terri Sunshine
6
   Matthew W. Grimshaw, Esq. (SBN 210424)
7  **GRIMSHAW LAW GROUP, P.C.**
   26 Executive Park, Ste. 250
8  Irvine, California 92614
   Telephone: (949) 734-0187
9  Facsimile: (208) 391-7860

10 Counsel for Robins Cloud LLP

11                    UNITED STATES BANKRUPTCY COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14 In re                                    ) Case No. 19-30088 (DM)
                                            )
15 PG&E CORPORATION,                        )
                                            ) Chapter 11
16       and                                )
                                            )
17 PACIFIC GAS AND ELECTRIC                 ) (Lead Case–Jointly Administered)
   COMPANY                                  )
18                                          )
              Debtors                       )
19 _____         ) **CERTIFICATE OF SERVICE**
                                            )
20 Affects:                                 )
                                            )
21    ☐ PG&E Corporation                    )
                                            )
22    ☐ Pacific Gas & Electric Company      )
                                            )
23    ☒ Both Debtors                        )
                                            )
24 * All papers shall be filed in the Lead  )
   Case, No. 19-30088 (DM).                 )
25                                          )
                                            )
26

27

28

                               CERTIFICATE OF SERVICE

1    I, Matthew W. Grimshaw, do declare and state as follows:

2         1.    I am the founder of Grimshaw Law Group, P.C., which maintains an office in Irvine,

3    California. I am over the age of 18 and not a party to this action.

4         2.    I certify that on December 20, 2021, I caused a true and correct copy of each of the

5    following documents to be served via e-mail on the Standard Party Email Service List attached hereto

6    as Exhibit A:

7         (a)  NOTICE OF WITHDRAWAL OF MOTION.

8         3.    I certify that on December 20, 2021, I caused a true and correct copy of each of the

9    above-listed documents to be served via First Class Mail on the Standard Party First Class Mail

10   Service List attached hereto as Exhibit B. I also caused a true and correct copy of the each of the above

11   listed documents to be served on Terri Sunshine at the following address(es):

12        3800 Old Highway 53, Apt. 4, Clearlake, CA 95422

13        4.    I have reviewed the Notice of Electronic Filing for the above-listed documents and

14   understand that the parties listed in each NEF as having received notice through electronic mail were

15   electronically served with that document through the Court's Electronic Case Filing System.

16        5.    I declare under penalty of perjury under the laws of the United States of America that

17   the foregoing is true and correct and that if called upon to witness, I could and would testify

18   competently thereto.

19        Executed on December 20, 2021, at Meridian, Idaho.

20

21        _____
          MATTHEW W. GRIMSHAW

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Debtor | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | stephen.karotkin@weil.com, matthew.goren@weil.com, jessica.liou@weil.com |
| Counsel to Debtor | Keller & Benvenutti LLP | Attn: Tobias S. Keller, Jane Kim | tkeller@kellerbenvenutti.com, jkim@kellerbenvenutti.com |
| Special Counsel to Debtors | Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro, Kevin J. Orsini, George E. Zobitz, Stephen M. Kessing, Nicholas A. Dorsey, Omid H. Nasab | pzumbro@cravath.com, korsini@cravath.com, jzobitz@cravath.com, skessing@cravath.com, ndorsey@cravath.com, onasab@cravath.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo, Frank A. Merola | khansen@stroock.com, egilad@stroock.com, mgarofalo@stroock.com, fmerola@stroock.com |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities, Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | eli.vonnegut@davispolk.com, david.schiff@davispolk.com, timothy.graulich@davispolk.com |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | akornberg@paulweiss.com, bhermann@paulweiss.com, wrieman@paulweiss.com, smitchell@paulweiss.com, ndonnelly@paulweiss.com |
| Office of the United States Trustee for Region 17 | Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | James.L.Snyder@usdoj.gov, timothy.s.laffredi@usdoj.gov, Marta.Villacorta@usdoj.gov |
| Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice | Attn: Danielle A. Pham | danielle.pham@usdoj.gov |

Case: 19-30088    Doc# 11722    Filed: 12/20/21    Entered: 12/20/21 18:57:44    Page 3 of 5

**EXHIBIT A**

Standard Parties Email Service List

Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil, Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | ddunne@milbank.com skhalil@milbank.com Paronzon@milbank.com Gbray@milbank.com TKreller@milbank.com |
| Counsel for Official Committee of Tort Claimants | BAKER & HOSTETLER, LLP | Attn: Eric E. Sagerman, Lauren T. Attard, Robert A. Julian, Cecily A. Dumas | esagerman@bakerlaw.com lattard@bakerlaw.com rjulian@bakerlaw.com cdumas@bakerlaw.com |
| Counsel for Shareholder Proponents | JONES DAY | Attn: Bruce S. Bennett, Joshua M. Mester, James O. Johnston | bbennett@jonesday.com jmester@jonesday.com jjohnston@jonesday.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Debtors | PG&E Corporation | Attn: President or General Counsel | 77 Beale Street | P.O. Box 77000 | San Francisco | CA | 94177 |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel | U.S. NRC Region IV | 1600 E. Lamar Blvd. | Arlington | TX | 76011 |
| Counsel for Shareholder Proponents | JONES DAY | Attn: Bruce S. Bennett, Joshua M. Mester, James O. Johnston | 555 South Flower Street | Fiftieth Floor | Los Angeles | CA | 90071-2300 |