

## Sewer Camera Inspection at 2845 Magnolia St, Oakland

O Green <orgr53@gmail.com>  Sun, Nov 29, 2020 at 10:59 PM
To: O Green <orgr53@gmail.com>

---------- Forwarded message ---------
From: **Pouncey, Amanda** <A2PC@pge.com>
Date: Tue, Jun 2, 2020, 2:25 PM
Subject: Sewer Camera Inspection at 2845 Magnolia St, Oakland
To: Orgr53@gmail.com <Orgr53@gmail.com>


Dear Valued Customer:


At Pacific Gas and Electric Company (PG&E) our first priority is to keep you and your neighbors safe. As part of our continued commitment to ensure your safety, **a qualified PG&E contractor needs access to your property in order to perform a free camera inspection inside of the sewer line** to ensure that our natural gas pipeline work did not result in a conflict between your sewer line and gas service line.


**Please schedule an appointment**

To schedule an appointment, please contact, **Amanda Pouncey, Solutions Specialist,** at **831-479-5875**. Please contact us **by 6/9/2020** so that we can schedule the inspection.


**What you can expect**

A qualified PG&E contractor will determine your sewer access point, and use a video camera to inspect it. During these inspections, you will see contractor trucks and other equipment in your area. You may see markings on the ground on or near your property as utilities begin marking the approximate locations of their existing facilities. Please plan for minor delays, including slowed traffic in your area, if crews are working outside your home or business.


Thank you for your cooperation, and we look forward to hearing from you so we can set up an appointment to complete this required safety inspection.


Sincerely,



Laura Wetmore

Mission Division Senior Manager

Pacific Gas and Electric Company

Thank you,



EXHIBIT # A

O Green <orgr53@gmail.com>

# Re: Form submission from: Contact EBMUD
1 message

**Customer Service**          Fri, Sep 11, 2020 at 3:27 PM
<customerservice@ebmud.com>
To: "orgr53@gmail.com" <orgr53@gmail.com>

Good afternoon Mr. Green,

Our records show we investigated this leak 9/10/20. The investigators notes indicate they made contact with someone at the home and discussed the leak in the plumbing suspected to be coming from an asphalt patch in the driveway, roughly 6 ft behind the meter. The investigator indicated the patch lined up with gas line so suspected the work was done by PG&E.

Was there something else we could assist you with?

Customer Services Division
East Bay Municipal Utility District
Mon-Fri, 8am-4:30pm
Office: 1-866-403-2683
Fax: 510-465-3470
Email: Customerservice@ebmud.com

On 9/9/2020 10:37:50 PM, East Bay Municipal Utility District wrote:

> CAUTION ? This email came from outside of EBMUD. Do not open attachments or click on links in suspicious emails.
>
> Topic
> Report a leak

6

Case: 19-30088   Doc# 11723   Filed: 12/20/21   Entered: 12/21/21 08:56:08   Page 2 of 5



April 17, 2017

**Our new pipeline is installed in your neighborhood.**

T1 P1-00301 **************************SNGLP
WILLIE GREEN
OR CURRENT OCCUPANT
2845 MAGNOLIA ST
OAKLAND CA 94608-4445

Dear Valued Customer:

Pacific Gas and Electric Company (PG&E) is pleased to report that we have completed the project in your neighborhood to replace sections of underground natural gas distribution pipeline. The new pipeline runs on Magnolia and Union Streets between 30th and 28th Streets in Oakland. This project is part of our system-wide program to ensure the safety of the pipelines that deliver gas to customers' homes and businesses.

**What this means**
The new pipelines, installed using industry-recognized and proven techniques, improve the safety and integrity of the gas system near you. While we recognize this work may have been disruptive to the community, we appreciate your patience while we worked as quickly and safely as possible to complete this project.

**Your local contact for questions**
You can contact your local PG&E representative **Roxanne Cruz at 650-291-9894** or send an email to gasprojectinfo@pge.com. Learn about the other projects PG&E is undertaking as part of our commitment to provide safe, reliable and affordable natural gas service for our customers—visit **pge.com/seeourprogress**.

Safety is at the heart of everything we do. We appreciate your patience as we enhance the safety and reliability of the natural gas system.

Sincerely,

Vitaly Tyurin
East Bay Division Senior Manager
Pacific Gas and Electric Company

POST_PRDR-Magnolia and 30th 31159054

7

For more information on pipeline safety programs, call our **Gas System Help Line** at **1-888-743-7431**

Visit **pge.com/gas** to learn about PG&E's natural gas system

Dig safely. Call 811 first.

Visit **pge.com/811**
for more information



EXHIBIT #C

November 5, 2021

To: United States Bankruptcy Court
Northern District of California

Attn: Honorable Dennis Montali

RE: Site Investigation Report Author Matthew T. Kisak

Judge Montali,

    I, Matthew T. Kisak P.E. (LIC #CA 58533), declare under penalty of perjury that I am the author of the Site Assessment Report prepared for the Green Residence date August 10, 2019 by R. Sinclair Group. Education includes a B.S. degree from California State University – Sacramento in Civil Engineering (1994) and an M.S. degree in Environmental Engineering from Manhattan College –Bronx, NY. (2005). With over 35 years of engineering and construction experience I have provided services in the planning, design and construction of municipal facilities for the cities of New York, Los Angeles, City and County of San Francisco, San Diego, Phoenix, Puerto Rico and Guatemala to name o few. Projects ranged in size from 250K to 4B dollars in design and construction cost.

    Services rendered included the planning and preparation of Contract Documents (Plans and Specifications) to facilitate the rehabilitation and/or new construction of processes servicing the Public. My field of expertise centered on the water, wastewater and water reclamation delivery treatment services and support facilities. Document preparation included research and identification of all necessary provisions to be included in the documents regarding public health and safety, remedial efforts to reduce construction activities to the environment, community, traffic flow and the physical landscape within and surrounding the area of construction. These mitigation measures were incorporated into the construction documents to serve as a template to direct the Contractor on acceptable means to perform the work. Substantial and Final Completion assessments were also identified to inspect the work and determine if the Contractor had satisfied the requirements set forth in the Contract Documents.

    A site visit was conducted on August 2, 2019 to assess the impacts from PG&E's construction activities at the Green's residence. The scope of this work was orally transmitted by the Green's and detailed the pre, during and post construction activities they observed of the Work performed by PG&E's contractor. Contract documents were not available or reviewed nor the constraints placed on the Contractor while performing the work i.e. Contract Drawings and Specification were not available.

Inspection of the site and the oral commentary provided by the Green's coupled with field experience conducting site assessments post construction are the basis for the following findings to include:

1. Structural failure of existing driveway was the due to the use of heavy equipment and vibratory equipment used to perform the work. Additional degradation post construction continued as the driveway served as a turnaround location for the Contractors equipment and vehicles.
2. Structural failure of the garage floor resulting in the development of substantial cracking realized after construction activities terminated on and adjacent to the Green Residence. Failure is attributed to the substantial vibration emanated by the equipment used to perform the work as experienced by the Green's on multiple occasions. The vibration produced ground settlement under the garage slab which subjected the concrete to tensile rather than compressive forces. This resulted in slab failure and subsequent crack development. Prior to the Contractors construction activities the slab was uncompromised.
3. The site was not restored to original or near original conditions as asphalt was placed to repair the concrete driveway along the length of the excavated area (street to the house). The asphalt does not match existing conditions and its placement creates a reduction in property value.

Analysis of the data collected, the verbal testimony provided by the Green's and my professional experience conducting post construction site assessments leads to one conclusion, restoration of the Green residence drive and garage floor is warranted. Settlement of utilities and slabs under normal loading conditions are taken into account during the design aspect of a project. The use of vibratory equipment on and around existing structures can cause significant damage if not monitored and regulated. Current events are witness to this fact specifically the apartment complex failure in Florida and San Francisco's Millennial Tower Foundation Stabilization Project. Factors of safety are incorporated to prevent failure due to material age, degradation and anomalies like unanticipated point loads from vehicles and earthquakes. Work must proceed with extreme care to preserve as much of the existing structures or landscape as possible knowing that some repair and replacement will need to be provided if protocol is not followed. Upon inspection it appears that the work was conducted and accepted with a substantial disregard to site preservation or restoration to existing conditions.

Thank you for your continue interest in these proceedings.

Respectfully,

*Matthew P. Kisak P.E.*

Matthew T. Kisak P.E.