**DRRT**
JARED LAY, Fl. Bar No. 120351*
340 West Flagler Street, 2nd Floor
Miami, Florida 33130
Telephone: (305) 760-8025
Facsimile: (786) 235-5005
Email: jlay@drrt.com

* Admitted *Pro Hac Vice*

**MEYER LAW GROUP LLP**
  A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone: (415) 765-1588
Facsimile: (415) 762-5277
Email: brent@meyerllp.com

Attorneys for Creditors
DRRT CLAIMANTS

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects Both Debtors<br><br>* *All papers shall be filed in Lead Case 19-30088-DM* | BK Case No.: 19-30088-DM (Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**DECLARATION OF JONATHAN MOUSSAVOU IN SUPPORT OF AMENDED MOTION FOR RELIEF FROM ORDERS BY DEFAULT DISALLOWING AND EXPUNGING PROOFS OF CLAIMS PURSUANT TO REORGANIZED DEBTORS' ELEVENTH AND THIRTEENTH SECURITIES CLAIMS OMNIBUS OBJECTIONS (CLAIMS BARRED BY THE STATUTE OF REPOSE)**<br><br>Date: January 18, 2022<br>Time: 10:00 a.m.<br>Location: Telephonic / Videoconference<br>Judge: Honorable Dennis Montali |

- 1 -

BK CASE NO. 19-30088-DM

DECLARATION OF JONATHAN MOUSSAVOU IN SUPPORT OF AMENDED MOTION FOR RELIEF FROM ORDERS BY DEFAULT DISALLOWING AND EXPUNGING PROOFS OF CLAIMS PURSUANT TO REORGANIZED DEBTORS' ELEVENTH AND THIRTEENTH SECURITIES CLAIMS OMNIBUS OBJECTIONS (CLAIMS BARRED BY THE STATUTE OF REPOSE)

Case: 19-30088   Doc# 11734-1   Filed: 12/21/21   Entered: 12/21/21 20:16:41   Page 1 of 5

I, Jonathan Moussavou, hereby declare as follows:

1. I am employed by DRRT as the Director of Operations for the Claim Filing Division of DRRT. In that capacity, I am the individual that receive all incoming mailing related to claims filed by DRRT in all jurisdictions, including mail related to the cases filed under Title 11, Chapter 11 of the United States Code for PG&E Corporation and Pacific Gas and Electronic Company (collectively, "Debtor"). Further, in that capacity, I am also familiar with the procedures by which the records, letters, and memoranda contained in DRRT's files are prepared and maintained. DRRT's records, letters, and memoranda referenced herein or attached hereto were made either by persons with knowledge of the matters they record or from information supplied by persons with such knowledge, and are made at or about the time of the event recorded. It is DRRT's practice to maintain records, letters, and memoranda in the regular course of its business. The documents contained and referenced in this declaration are business records that are prepared, produced, and maintained in this above-described manner. I have reviewed the documents referenced in this declaration. Except as otherwise specifically stated in this Declaration, the facts set forth herein are based on personal knowledge obtained from my review of DRRT's files and records relating to Debtor, and if called as a witness, I could and would be competent to testify to these facts.

2. I make this declaration in support of the *Amended Motion for Relief from Orders by Default Disallowing and Expunging Proofs of Claims Pursuant to Reorganized Debtors' Eleventh and Thirteenth Securities Claims Omnibus Objections (Claims Barred by the Statute of Repose)* (the "Motion") filed by DRRT as the duly appointed claims filing representative for individual claimants Bayerninvest Kapitalverwaltungsgesell Schaft MBH, Credit Suisse Funds AG, Deka Investment GMBH, Giam Generali Insurance Asset Management, Helaba Invest

---

hearing date for the motion or application must state that the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video, and include the following language: 'All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.'" See *https://www.canb.uscourts.gov/sites/default/files/generalorders/Seventh AmendedGO38.pdf*.

BK CASE NO. 19-30088-DM

- 2 -

DECLARATION OF JONATHAN MOUSSAVOU IN SUPPORT OF AMENDED MOTION FOR RELIEF FROM ORDERS BY DEFAULT DISALLOWING AND EXPUNGING PROOFS OF CLAIMS PURSUANT TO REORGANIZED DEBTORS' ELEVENTH AND THIRTEENTH SECURITIES CLAIMS OMNIBUS OBJECTIONS (CLAIMS BARRED BY THE STATUTE OF REPOSE)

Kapitalanlagegesellschaft MBH, Internationale Kapitalanlagegesellschaft MBH, Internationale Kapitalanlagegesellschaft MBH, Kaiser Permanente, Metzler Asset Management GMBH, Swiss Reinsurance Company Ltd., UBS Fund Management (Switzerland) AG, UBS Fund Management Luxembourg S.A., Meag Munich Ergo Kapitalanlagegesellschaft MBH, (collectively, the "<u>DRRT Claimants</u>") in the above-captioned matter.

3. DRRT is an international law firm comprised of two (2) separate divisions – (a) the law firm department staffed by a team of lawyers along with support staff, secretaries, and paralegals (the "<u>Law Firm</u>"); and (b) the claim filing department staffed by support staff with the law firm acting as management and oversight of the department (the "<u>Claims Department</u>").

4. The Claims Department has significant experience filing claims in securities class action litigation, which comprises approximately ninety percent (90.00%) of all claims that are filed by the Claims Department. In security class action litigation, typically, there is a three (3) month preparation period for claims, and over one (1) month to respond to deficiencies or audits raised by the Claims Administer. However, claims filed in class action litigation are not generally subject to a formal objection raised in the applicable tribunal, in which the claimant is required to file timely opposition and present legal arguments in defense of the claim.

5. In class action litigation, it is the normal practice of DRRT to: (a) notify clients of the relevant class action settlement and request that the client provide their relevant transaction data relating to the securities of the settling entity; (b) review and clean the transaction data to comply with the applicable format requested by the Claims Administrator; (c) prepare and review proof of claim forms; (d) file the proof of claims; (e) respond to any and all requests made by the Claims Administrator; and (f) remit payment to the clients.

6. In class action litigation matters, DRRT, in its role as an authorized claims filer for its clients, typically does not file an appearance with the Court as a party representative. As such, DRRT does not receive notifications (physical or electronic) of pleadings filed in class action litigation directly from the online case dockets (such as CM/ECF).

7. Generally, in class action litigation matters, most notices are transmitted electronically from the Claims Administrator to the Claims Department, which helps streamline


MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

BK CASE NO. 19-30088-DM

- 3 -

DECLARATION OF JONATHAN MOUSSAVOU IN SUPPORT OF AMENDED MOTION FOR RELIEF FROM ORDERS BY DEFAULT DISALLOWING AND EXPUNGING PROOFS OF CLAIMS PURSUANT TO REORGANIZED DEBTORS' ELEVENTH AND THIRTEENTH SECURITIES CLAIMS OMNIBUS OBJECTIONS (CLAIMS BARRED BY THE STATUTE OF REPOSE)

Case: 19-30088  Doc# 11734-1  Filed: 12/21/21  Entered: 12/21/21 20:16:41  Page 3 of 5

the process of tracking settlements, notifying clients, collecting the relevant documents and information, and filing claims.

8. Starting in or about March 20, 2020 and lasting through September 2021, as a result of the COVID-19 global pandemic, approximately fifty percent (50.00%) of staff for the Claims Department was working in the office while the remaining fifty percent (50.00%) of the staff for the Claims Department was working remotely at home. These reduced staffing levels in the office of DRRT caused delays in the Claims Department processing mail received during this period.

9. On average, DRRT represents clients in one (1) bankruptcy case every two (2) years, and the process for bankruptcy claims is generally the same process for class action litigation claims, such that DRRT receives client data, prepares and files proof of claims, and monitors the case through notifications from the Claims Administrator consistent with the process outlined in Paragraph (5) above.

10. In the above-captioned matter, DRRT received notice of the *Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose)* (the "11th Omnibus Objection") (Dkt. No. 11014) and the *Reorganized Debtors' Thirteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose)* (the "13th Omnibus Objection") (Dkt. No. 11085) *via* regular first class mail from the United States Postal Service (USPS), and did not receive electronic notice from the applicable Claims Administrator or from Notice of Electronic Filing (NEF) in the Bankruptcy Case. However, the reduced staffing levels as set forth in Paragraph 8 caused delays in the Claims Department's review of the 11th Omnibus Objection and the 13th Omnibus Objection.

11. At such time that the Claim Department opened and processed the 11th Omnibus Objection or the 13th Omnibus Objection, which was after the deadline to file timely opposition,

///
///
///
///

BK CASE NO. 19-30088-DM

- 4 -

DECLARATION OF JONATHAN MOUSSAVOU IN SUPPORT OF AMENDED MOTION FOR RELIEF FROM ORDERS BY DEFAULT DISALLOWING AND EXPUNGING PROOFS OF CLAIMS PURSUANT TO REORGANIZED DEBTORS' ELEVENTH AND THIRTEENTH SECURITIES CLAIMS OMNIBUS OBJECTIONS (CLAIMS BARRED BY THE STATUTE OF REPOSE)

Case: 19-30088  Doc# 11734-1  Filed: 12/21/21  Entered: 12/21/21 20:16:41  Page 4 of 5



the Claims Department immediately notified the Law Firm, which I am informed and believe, undertook immediate action to seek the relief requested in the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this  20  day of December, 2021 at Miami, Florida.

By: *Jonathan Moussavou*
Jonathan Moussavou

BK CASE NO. 19-30088-DM

- 5 -

DECLARATION OF JONATHAN MOUSSAVOU IN SUPPORT OF AMENDED MOTION FOR RELIEF FROM ORDERS BY DEFAULT DISALLOWING AND EXPUNGING PROOFS OF CLAIMS PURSUANT TO REORGANIZED DEBTORS' ELEVENTH AND THIRTEENTH SECURITIES CLAIMS OMNIBUS OBJECTIONS (CLAIMS BARRED BY THE STATUTE OF REPOSE)

Case: 19-30088    Doc# 11734-1    Filed: 12/21/21    Entered: 12/21/21 20:16:41    Page 5 of 5