**DRRT**
JARED LAY, Fl. Bar No. 120351*
340 West Flagler Street, 2nd Floor
Miami, Florida 33130
Telephone: (305) 760-8025
Facsimile: (786) 235-5005
Email: jlay@drrt.com

* Admitted *Pro Hac Vice*

**MEYER LAW GROUP LLP**
  A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone: (415) 765-1588
Facsimile: (415) 762-5277
Email: brent@meyerllp.com

Attorneys for Creditors
DRRT CLAIMANTS

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects Both Debtors<br><br>* *All papers shall be filed in Lead Case 19-30088-DM* | BK Case No.: 19-30088-DM (Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: January 18, 2022<br>Time: 10:00 a.m.<br>Location: Telephonic / Videoconference<br>Judge: Honorable Dennis Montali |

I, Brent D. Meyer, hereby declare as follows:

I am an active member of the State Bar of California and I am not a party to the above-captioned action; my business mailing address is 268 Bush Street #3639, San Francisco, California, 94104.

On December 21, 2021, I served copies of the following document(s):

**AMENDED MOTION FOR RELIEF FROM ORDERS BY DEFAULT DISALLOWING AND EXPUNGING PROOFS OF CLAIMS PURSUANT TO REORGANIZED DEBTORS' ELEVENTH AND THIRTEENTH SECURITIES CLAIMS OMNIBUS OBJECTIONS (CLAIMS BARRED BY THE STATUTE OF REPOSE)**

**DECLARATION OF JONATHAN MOUSSAVOU IN SUPPORT OF AMENDED MOTION FOR RELIEF FROM ORDERS BY DEFAULT DISALLOWING AND EXPUNGING PROOFS OF CLAIMS PURSUANT TO REORGANIZED DEBTORS' ELEVENTH AND THIRTEENTH SECURITIES CLAIMS OMNIBUS OBJECTIONS (CLAIMS BARRED BY THE STATUTE OF REPOSE)**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF AMENDED MOTION FOR RELIEF FROM ORDERS BY DEFAULT DISALLOWING AND EXPUNGING PROOFS OF CLAIMS PURSUANT TO REORGANIZED DEBTORS' ELEVENTH AND THIRTEENTH SECURITIES CLAIMS OMNIBUS OBJECTIONS (CLAIMS BARRED BY THE STATUTE OF REPOSE)**

**NOTICE OF HEARING ON AMENDED MOTION FOR RELIEF FROM ORDERS BY DEFAULT DISALLOWING AND EXPUNGING PROOFS OF CLAIMS PURSUANT TO REORGANIZED DEBTORS' ELEVENTH AND THIRTEENTH SECURITIES CLAIMS OMNIBUS OBJECTIONS (CLAIMS BARRED BY THE STATUTE OF REPOSE)**

in the following manner on the parties listed below:

☐ **BY FEDERAL EXPRESS**: I enclosed said document(s) in an envelope or package provided by Federal Express and addressed to the persons at the address(es) listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of Federal Express or delivered such document(s) to a courier or driver authorized by Federal Express to receive documents.

☐ **BY FIRST CLASS MAIL**: Pursuant to Federal Rule of Bankruptcy Procedure 7004(b), I enclosed said document(s) in a sealed envelope addressed to the persons at the address(es) listed below, placed first class postage fully prepaid thereon, and deposited said envelope in a United States mailbox.



☐ **BY CERTIFIED MAIL**: Pursuant to Federal Rule of Bankruptcy Procedure 7004(h), I enclosed said document(s) in a sealed envelope addressed to the persons at the address(es) listed below, transported said envelope to a United States Post Office, placed first class postage fully prepaid thereon with certified and return receipt requested, and deposited said envelope with an agent of the United States Postal Service. The Certified Mail Receipt Number for each party served with the document(s) is as specified below.

☒ **BY NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to Bankruptcy Local Rule 9013-3(c), service of the document(s) was also effective on the following persons whom are registered participants of the Court's CM/ECF system, consented to electronic service, and received an electronic copy of the document(s) by the Clerk of the Court via Notice of Electronic Filing.

**SEE ATTACHED LIST**

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on this 21st day of December, 2021 at Alamo, California.

                                            /s/ BRENT D. MEYER
                                            Brent D. Meyer

BK CASE NO. 19-30088-DM
CERTIFICATE OF SERVICE
- 3 -
Case: 19-30088    Doc# 11734-3    Filed: 12/21/21    Entered: 12/21/21 20:16:41    Page 3 of 19

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

# ELECTRONIC SERVICE LIST

- Elliot Adler  eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Aaron L. Agenbroad  alagenbroad@jonesday.com, saltamirano@jonesday.com
- Gabrielle L. Albert  galbert@kbkllp.com
- Annadel A. Almendras  annadel.almendras@doj.ca.gov
- Destiny N. Almogue  Destiny.Almogue@skadden.com, wendy.lamanna@skadden.com
- Monique D. Almy  malmy@crowell.com
- Anne Andrews  aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Philip Anker  philip.anker@wilmerhale.com, whdocketing@wilmerhale.com
- Richard L. Antognini  rlalawyer@yahoo.com, hallonaegis@gmail.com
- Tyson Arbuthnot  tarbuthnot@rjo.com, jyeung@rjo.com
- Lauren T. Attard  lattard@bakerlaw.com, agrosso@bakerlaw.com
- Herb Baer  hbaer@primeclerk.com, ecf@primeclerk.com
- Kathryn E. Barrett  keb@svlg.com, amt@svlg.com
- Chris Bator  cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- Ronald S. Beacher  rbeacher@pryorcashman.com
- Hagop T. Bedoyan  hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- Andrew David Behlmann  abehlmann@lowenstein.com, elawler@lowenstein.com
- Tanya Behnam  tbehnam@polsinelli.com, tanyabehnam@gmail.com
- James C. Behrens  jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger  jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti  pbenvenutti@kbkllp.com
- Robert Berens  rberens@smtdlaw.com, sr@smtdlaw.com
- Ronald F. Berestka  rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
- Heinz Binder  heinz@bindermalter.com
- Jared D. Bissell  jared.bissell@troutman.com
- Neil Jon Bloomfield  njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg  jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- Richard Bodnar  rbodnar@rksllp.com
- Melissa Boey  melissa.boey@morganlewis.com
- Paige Boldt  pboldt@wattsguerra.com, cwilson@wattsguerra.com
- Jason Borg  jborg@jasonborglaw.com
- Evan C. Borges  eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- Mark Bostick  mbostick@wendel.com, bankruptcy@wendel.com
- James L. Bothwell  jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
- Peter R. Boutin  peter.boutin@kyl.com, lara.joel@kyl.com
- Erin N. Brady  erin.brady@hoganlovells.com
- Lee Brand  lee.brand@pillsburylaw.com, docket@pillsburylaw.com
- Gregory A. Bray  gbray@milbank.com
- Michael D. Breslauer  mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- W. Steven Bryant  , molly.batiste-debose@lockelord.com
- Chane Buck  cbuck@jonesday.com



- Kathlene Burke    kathlene.burke@skadden.com, burke.kathlene@gmail.com
- Elizabeth J. Cabraser    ecabraser@lchb.com, awolf@lchb.com
- Anthony P. Cali    anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- Peter C. Califano    pcalifano@cwclaw.com
- Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta    Leah.Capritta@hklaw.com, reena.kaur@hklaw.com
- Nicholas A. Carlin    nac@phillaw.com, rac@phillaw.com
- Katherine Rose Catanese    kcatanese@foley.com
- Matthew Cave    mcave@kfc.law
- Barry A. Chatz    barry.chatz@saul.com, barry.chatz@gmail.com
- Karen J. Chedister    kchedister@h-jlaw.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Kevin Chiu    kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com
- Jacquelyn H. Choi    jacquelyn.choi@rimonlaw.com, docketing@rimonlaw.com
- Shawn M. Christianson    schristianson@buchalter.com
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Jae Angela Chun    ajc@chun.law, teresa@tosdallaw.com
- Gerard T. Cicero    GCicero@brownrudnick.com, NKhalatova@brownrudnick.com
- Louis J. Cisz    lcisz@nixonpeabody.com
- Valerie E. Clemen    , mcarter@coombslaw.com
- Alicia Clough    aclough@loeb.com
- Tiffany Strelow Cobb    tscobb@vorys.com
- John B. Coffman    john@johncoffman.net
- Kevin G. Collins    kevin.collins@btlaw.com
- Brian S. Conlon    bsc@phillaw.com, rac@phillaw.com
- Charles Cording    ccording@willkie.com, mao@willkie.com
- Manuel Corrales    mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Anne Costin    anne@costinlawfirm.com
- Christopher J. Cox    chris.cox@hoganlovells.com
- Donald H. Cram    dhc@severson.com
- Ashley Vinson Crawford    avcrawford@akingump.com, dkrasa-berstell@akingump.com
- Douglas S. Crosno    douglas.crosno@hoganlovells.com
- J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham    , rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis    tambra.curtis@sonoma-county.org, Megan.Sweeley@sonoma-county.org
- Stacy A. Dasaro    sdasaro@goodwinlaw.com
- James M. Davis    jdavis@cglaw.com
- Nicolas De Lancie    ndelancie@jmbm.com
- Judith A. Descalso    , jad_9193@ecf.courtdrive.com



- Andrew G. Devore    andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com
- Erin Elizabeth Dexter    edexter@milbank.com
- Shounak S. Dharap    ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer    kdiemer@diemerwei.com
- Kathryn S. Diemer    kdiemer@diemerwhitman.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Caroline R. Djang    caroline.djang@bbklaw.com, Laurie.Verstegen@bbklaw.com
- Krystal Dong    ykdong@gmail.com
- Jonathan R. Doolittle    jonathan.doolittle@pillsburylaw.com
- Jonathan R. Doolittle    jdoolittle@reedsmith.com
- Jennifer V. Doran    jdoran@hinckleyallen.com
- Dustin M. Dow    ddow@bakerlaw.com, jmcguigan@bakerlaw.com
- Jamie P. Dreher    jdreher@downeybrand.com
- Todd Dressel    tdressel@mcguirewoods.com, jtabisaura@mcguirewoods.com
- Geoffrey B. Dryvynsyde    gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
- Jeffrey Aaron Dubbin    jdubbin@labaton.com, echan-lee@labaton.com
- Matthew Ducharme    matthew.ducharme@hoganlovells.com, tracy.southwell@hoganlovells.com
- Cecily Ann Dumas    cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- Dennis F. Dunne    cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne    ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Luke N. Eaton    eatonl@pepperlaw.com, monugiac@pepperlaw.com
- Daniel G. Egan    daniel.egan@ropesgray.com, nova.alindogan@ropesgray.com
- Joseph A. Eisenberg    JAE1900@yahoo.com
- Michele Ellison    mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- David Emerzian    , Melany.Hertel@mccormickbarstow.com
- G. Larry Engel    larry@engeladvice.com
- Krista M. Enns    kenns@beneschlaw.com
- Scott Esbin    sesbin@esbinalter.com
- Joseph M. Esmont    jesmont@bakerlaw.com
- Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- Richard W. Esterkin    richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- Michael S. Etkin    metkin@lowenstein.com
- Jacob M. Faircloth    jacob.faircloth@smolsonlaw.com
- Brett D. Fallon    bfallon@morrisjames.com, wweller@morrisjames.com
- Michael C. Fallon    , manders@fallonlaw.net
- Joana Fang    jf@kbklawyers.com, icd@kbklawyers.com
- Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
- David M. Feldman    DFeldman@gibsondunn.com
- Matthew A. Feldman    mfeldman@willkie.com
- Jennifer Feldsher    jennifer.feldsher@morganlewis.com



- Mark E. Felger  mfelger@cozen.com
- James J. Ficenec  James.Ficenec@ndlf.com
- John D. Fiero  jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman  kfineman@nutihart.com, admin@nutihart.com
- Stephen D. Finestone  sfinestone@fhlawllp.com
- Timothy M. Flaherty  tflaherty@mpplaw.com
- Daniel I. Forman  dforman@willkie.com
- Matthew Hampton Foushee  hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick  cfrederick@prklaw.com
- Peter Friedman  pfriedman@omm.com
- Roger F. Friedman  rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu  jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Lars H. Fuller  lfuller@bakerlaw.com
- Thomas M. Gaa  tgaa@bbslaw.com
- Larry W. Gabriel  , nfields@bg.law
- Gregg M. Galardi  gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com
- Craig Solomon Ganz  ganzc@ballardspahr.com, hartt@ballardspahr.com
- Jeffrey K. Garfinkle  jgarfinkle@buchalter.com
- Oscar Garza  ogarza@gibsondunn.com
- Lisa S. Gast  lsg@dwgp.com, lmk@dwgp.com
- Paul R. Gaus  pgaus@downeybrand.com
- Duane M. Geck  dmg@severson.com
- Janet D. Gertz  jgertz@btlaw.com
- Christopher Gessner  cgessner@akingump.com, NYMCO@akingump.com
- R. Dale Ginter  dginter@downeybrand.com
- Jon T. Givens  givensjt@gmail.com, cwilson@wattsguerra.com
- Barry S. Glaser  bglaser@salvatoboufadel.com
- Paul R. Glassman  pglassman@sycr.com
- Gabriel I. Glazer  gglazer@pszjlaw.com
- Gabrielle Glemann  gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Jaime Godin  Jtouchstone@fddcm.com
- Matthew A. Gold  courts@argopartners.net
- Eric D. Goldberg  eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Craig Goldblatt  Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com
- Amy L. Goldman  goldman@lbbslaw.com
- Eric S. Goldstein  egoldstein@goodwin.com
- Rhonda Stewart Goldstein  Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- Richard H. Golubow  rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez  mgomez@frandzel.com, dmoore@frandzel.com
- Michael W. Goodin  mgoodin@clausen.com, mgenova@clausen.com
- Eric R. Goodman  egoodman@bakerlaw.com
- Michael R. Goodstein  mgoodstein@baileycav.com
- Mark A. Gorton  mgorton@boutinjones.com, cdomingo@boutinjones.com

- Mark A. Gorton  mgorton@boutininc.com, cdomingo@boutinjones.com
- Michael I. Gottfried  mgottfried@elkinskalt.com, AAburto@elkinskalt.com
- Louis Gottlieb  Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Elizabeth Graham  egraham@gelaw.com
- Eric A. Grasberger  eric.grasberger@stoel.com, docketclerk@stoel.com
- Debra I. Grassgreen  , hphan@pszjlaw.com
- Debra I. Grassgreen  dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Eric A. Gravink  eric@rhrc.net
- Elizabeth A. Green  egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- Tracy Green  tgreen@wendel.com, bankruptcy@wendel.com
- Mitchell B. Greenberg  mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- Brian Gregory  b.gregory@veenfirm.com, EL.Team@Veenfirm.com
- Susan Sieger Grimm  SSieger-Grimm@brownrudnick.com, NKhalatova@brownrudnick.com
- Matthew W. Grimshaw  matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com
- Stuart G. Gross  sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Carl L. Grumer  cgrumer@manatt.com, mchung@manatt.com
- Elizabeth M. Guffy  eguffy@lockelord.com, autodocket@lockelord.com
- Lloyd C. Guintivano  anitag@co.lake.ca.us, lloydg@co.lake.ca.us
- Cameron M. Gulden  cameron.m.gulden@usdoj.gov
- Mirco J. Haag  mhaag@buchalter.com, dcyrankowski@buchalter.com
- Laurie Hager  lhager@sussmanshank.com
- J. Noah Hagey  hagey@braunhagey.com, tong@braunhagey.com
- Oren Buchanan Haker  oren.haker@stoel.com, rene.alvin@stoel.com
- Michael Hampson  mhampson@rksllp.com
- Kristopher M. Hansen  dmohamed@stroock.com, mmagzamen@stroock.com
- Joseph George Harraka  jgharraka@becker.legal
- Adam C. Harris  adam.harris@srz.com
- Robert G. Harris  rob@bindermalter.com
- Christopher H. Hart  chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins  bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Jennifer C. Hayes  jhayes@fhlawllp.com
- Geoffrey A. Heaton  gheaton@duanemorris.com, dmicros@duanemorris.com
- Michael C. Hefter  michael.hefter@hoganlovells.com, tracy.southwell@hoganlovells.com
- Alaina R. Heine  alaina.heine@dechert.com, brett.stone@dechert.com
- Matthew Henderson  matthew.henderson@msrlegal.com, karen.wigylus@msrlegal.com
- Stephen E. Hessler, P.C.  , jozette.chong@kirkland.com
- Matthew Heyn  matthew.heyn@doj.ca.gov
- Sean T. Higgins  aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- James P. Hill  hill@sullivanhill.com, bkstaff@sullivanhill.com
- Morgan R. Hirst  mhirst@jonesday.com, mmelvin@jonesday.com
- Michael R. Hogue  hoguem@gtlaw.com, navarrom@gtlaw.com
- David Holtzman  david.holtzman@hklaw.com



- Alexandra S. Horwitz    allie.horwitz@dinsmore.com
- Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com
- Linda Wendell Hsu    lhsu@selmanlaw.com, psmith@selmanlaw.com
- Shane Huang    shane.huang@usdoj.gov
- Brian D. Huben    hubenb@ballardspahr.com
- Kelly L. Huey    khuey@burkeandkesslerlaw.com
- Christopher Hughes    chughes@nossaman.com
- Jonathan Hughes    , jane.rustice@aporter.com
- Edward R. Huguenin    ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
- Michael A. Isaacs    misaacs@rinconlawllp.com, aworthing@rinconlawllp.com
- Mark V. Isola    misola@brotherssmithlaw.com
- J. Eric Ivester    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester    , Andrea.Bates@skadden.com
- Lawrence A. Jacobson    laj@cohenandjacobson.com, mcycle48@gmail.com
- Kizzy L. Jarashow    KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com
- Ivan C. Jen    ivan@icjenlaw.com
- Amanda Jereige    AJereige@winston.com, amanda-jereige-5954@ecf.pacerpro.com
- Monique Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- James O. Johnston    jjohnston@jonesday.com
- Chris Johnstone    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Andrew Jones    andrew@ajoneslaw.com
- Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com
- John L. Jones    JJones@chwlaw.us, JLJones2@outlook.com
- Robert A. Julian    rjulian@bakerlaw.com, hhammonturano@bakerlaw.com
- George H. Kalikman    , sdavenport@schnader.com
- Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com
- Bonnie E. Kane    bonnie@thekanelawfirm.com, skane@thekanelawfirm.com
- Eve H. Karasik    ehk@lnbyb.com
- Michael G. Kasolas    trustee@kasolas.net, CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com
- Elyssa S. Kates    ekates@bakerlaw.com
- Ori Katz    okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- William M. Kaufman    wkaufman@smwb.com, eschneider@smwb.com
- Jane G. Kearl    jkearl@watttieder.com, jbenton@watttieder.com
- Tobias S. Keller    tkeller@kbkllp.com
- Tobias S. Keller    tkeller@kellerbenvenutti.com
- Lynette C. Kelly    ustpregion17.oa.ecf@usdoj.gov
- Sarah Elisabeth Kelly-Kilgore    skellykilgore@ggtriallaw.com, dvultaggio@ggtriallaw.com
- Matthew K. Kelsey    mkelsey@gibsondunn.com
- Gerald P. Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
- Erica L. Kerman    ekerman@willkie.com
- Samuel A. Khalil    skhalil@milbank.com, jbrewster@milbank.com



- Samuel M. Kidder    skidder@ktbslaw.com
- Marc Kieselstein    , carrie.oppenheim@kirkland.com
- Jane Kim    jkim@kbkllp.com
- Mary H. Kim    Mary.Kim@dechert.com, brett.stone@dechert.com
- Susan E. Kirkgaard    , carlyn.jorgensen@bullivant.com
- Kody D. L. Kleber    kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- Matthew Ryan Klinger    mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- Bradley C. Knapp    bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- Kelly V. Knight    kelly.knight@srz.com
- Lydia Vanessa Ko    Lvko@stonelawoffice.com
- Thomas F. Koegel    tkoegel@crowell.com
- Katherine Kohn    kkohn@groom.com, ashahinllari@groom.com
- Andy S. Kong    kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Anna Kordas    akordas@jonesday.com, mmelvin@jonesday.com
- Alan W. Kornberg    , akornberg@paulweiss.com
- Bernard Kornberg    bernard.kornberg@practus.com
- David I. Kornbluh    dkombluh@venturahersey.com, jpatterson@venturahersey.com
- Lauren Kramer    lkramer@rjo.com
- Marc Kramer    mkramer@rksllp.com
- Jeffrey C. Krause    jkrause@gibsondunn.com
- Thomas R. Kreller    tkreller@milbank.com
- Lindsey E. Kress    lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser    hkreuser@porterlaw.com, ooberg@porterlaw.com
- Kevin Kroll    kkroll@kfc.law
- Michael Thomas Krueger    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Marek P. Krzyzowski    MKrzyzowski@brownrudnick.com, SCalderon@brownrudnick.com
- Robert T. Kugler    robert.kugler@stinson.com
- Duane Kumagai    dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com
- Brendan M. Kunkle    bkunkle@abbeylaw.com, lmeyer@abbeylaw.com
- Alisa C. Lacey    alisa.lacey@stinson.com, karen.graves@stinson.com
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping    rich@trodellalapping.com
- Omeed Latifi    olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- John E. Lattin    jlattin@ostergar.com, cslovenec@ostergar.com
- Paul J. Laurin    plaurin@btlaw.com, slmoore@btlaw.com
- Michael Lauter    mlauter@sheppardmullin.com
- Kenneth T. Law    klaw@bbslaw.com
- Francis J. Lawall    francis.lawall@troutman.com, susan.henry@troutman.com
- Andrew Michael Leblanc    ALeblanc@milbank.com
- Erica Lee    Erica.Lee@doj.ca.gov
- Scott Lee    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com

- Paul J. Leeds    leedsp@higgslaw.com
- Edward J. Leen    eleen@mkbllp.com
- Lisa Lenherr    llenherr@wendel.com, bankruptcy@wendel.com
- Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch    bletsch@braytonlaw.com
- David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin    alevin@wcghlaw.com
- David Levine    dnl@groom.com
- Marc A. Levinson    Malevinson@orrick.com, casestream@ecf.courtdrive.com
- Dara Levinson Silveira    dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com
- Alexander James Demitro Lewicki    kdiemer@diemerwei.com
- Alexander James Demitro Lewicki    alewicki@diemerwei.com
- Lauren Lifland    lauren.lifland@wilmerhale.com, whdocketing@wilmerhale.com
- William S. Lisa    , jcaruso@nixonpeabody.com
- William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb    jon.loeb@bingham.com
- Michael B. Lubic    michael.lubic@klgates.com
- John William Lucas    , ocarpio@pszjlaw.com
- Joseph R. Lucia    PersonallnjuryGroup@RLSlawyers.com
- Jane Luciano    jane-luciano@comcast.net
- Kerri Lyman    klyman@irell.com, #-FirmPSDocketing@Steptoe.com
- John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald    imac@macfern.com, 6824376420@filings.docketbird.com
- Malcolm A. Mackenzie    mmackenzie@coombslaw.com, vclemen@coombslaw.com
- Tracy L. Mainguy    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Katharine Malone    malonek@gtlaw.com
- Liam K. Malone    malone@oles.com, shahin@oles.com
- Michael W. Malter    michael@bindermalter.com
- Ankur Mandhania    amandhania@mayerbrown.com
- Craig Margulies    cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr    gemarr59@hotmail.com
- Richard A. Marshack    rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com
- Catherine Martin    cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- Laila Masud    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com
- David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy    patrick.maxcy@snrdenton.com
- Simon Richard Mayer    simon.mayer@lockelord.com, Rellis@lockelord.com
- James J. Mazza    james.mazza@skadden.com, wendy.lamanna@skadden.com
- Benjamin P. McCallen    bmccallen@willkie.com

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

- C. Luckey McDowell    Luckey.McDowell@Shearman.com
- Matthew D. McGill    MMcGill@gibsondunn.com
- Melissa C. McLaughlin    mcmclaughlin@venable.com, ataylor@venable.com
- Edward Joseph McNeilly    edward.mcneilly@hoganlovells.com, verbon.davenport@hoganlovells.com
- Scott H. McNutt    SMcNutt@ml-sf.com, csnell@ml-sf.com
- Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo    peter@pmrklaw.com
- Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com
- Jennifer L. Mersing    jennifer.mersing@stoel.com, lisa.petras@stoel.com
- Joshua M. Mester    jmester@jonesday.com
- Matthew D. Metzger    belvederelegalecf@gmail.com
- Merle C. Meyers    mmeyers@mlg-pc.com
- Randy Michelson    randy.michelson@michelsonlawgroup.com
- Gerardo Mijares-Shafai    Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com
- Joel S. Miliband    jmiliband@brownrudnick.com
- Joseph G. Minias    jminias@willkie.com
- M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Benjamin Mintz    benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com
- Nancy Mitchell    nmitchell@omm.com
- Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Aaron J. Mohamed    ajm@brereton.law, aaronmohamedlaw@gmail.com
- Kevin Montee    kmontee@monteeassociates.com
- Christopher D. Moon    chris@moonlawapc.com, kevin@moonlawapc.com
- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Diane Marger Moore    dmargermoore@baumhedlundlaw.com
- Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com
- Candace J. Morey    cjm@cpuc.ca.gov
- Courtney L. Morgan    morgan.courtney@pbgc.gov
- Richard Morin    , 6863427420@filings.docketbird.com
- Kimberly S. Morris    kmorris@bakerlaw.com, hhammonturano@bakerlaw.com
- Rodney Allen Morris    Rodney.Morris2@usdoj.gov
- Joshua D. Morse    Joshua.Morse@dlapiper.com, docket@pillsburylaw.com
- Andrew H. Morton    andrew.morton@stoel.com, lisa.petras@stoel.com
- Thomas G. Mouzes    tmouzes@boutininc.com
- Thomas G. Mouzes    tmouzes@boutinjones.com
- Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- John Leland Murphree    LMurphree@maynardcooper.com, mshabpareh@maynardcooper.com
- Bennett J. Murphy    bmurphy@bennettmurphylaw.com
- Michael S. Myers    myersm@ballardspahr.com

- David L. Neale     dln@lnbyg.com
- David Neier     dneier@winston.com
- Brittany J. Nelson     bnelson@foley.com, hsiagiandraughn@foley.com
- Michael S. Neumeister     MNeumeister@gibsondunn.com
- Howard S. Nevins     hnevins@hsmlaw.com
- Samuel A. Newman     sam.newman@sidley.com, laefilingnotice@sidley.com
- Melissa T. Ngo     ngo.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas     mario.nicholas@stoel.com, ana.trask@stoel.com
- Sean Nolan     snolan@akingump.com, NYMCO@akingump.com
- Gregory C. Nuti     gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient     aobrient@mintz.com, docketing@mintz.com
- Alicia D. O'Neill     aoneill@wattsguerra.com, cwilson@wattsguerra.com
- Julie E. Oelsner     joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov
- Aron M. Oliner     roliner@duanemorris.com, dmicros@duanemorris.com
- Matthew Jon Olson     matt@macfern.com, stell.laura@dorsey.com
- Scott Olson     scott.olson@bclplaw.com
- Steven M. Olson     smo@smolsonlaw.com
- Aram Ordubegian     Ordubegian.Aram@ArentFox.com
- Jose Antonio Ortiz     aortiz@jhwclaw.com
- Keith C. Owens     kowens@venable.com, bclark@venable.com
- Gabriel Ozel     , gabeozel@gmail.com
- Amy S. Park     amy.park@skadden.com
- Marissa Parker     mparker@stradley.com
- Donna Taylor Parkinson     donna@parkinsonphinney.com
- Peter S. Partee     ppartee@huntonak.com, candonian@huntonak.com
- Paul J. Pascuzzi     ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- Kenneth Pasquale     , mlaskowski@stroock.com
- Larry Allan Peluso     pelusolaw@gmail.com, firm@pelusolaw.net
- Valerie Bantner Peo     vbantnerpeo@buchalter.com
- Yosef Peretz     , skim@peretzlaw.com
- Christian A. Pereyda     CPereyda@maynardcooper.com, mshabpareh@maynardcooper.com
- Thomas R. Phinney     tom@parkinsonphinney.com
- R. Alexander Pilmer     alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston     rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino     epino@epinolaw.com, rmahal@epinolaw.com
- Gregory Plaskett     GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- Mark D. Plevin     mplevin@crowell.com
- Steven G. Polard     spolard@eisnerlaw.com, calendar-lao@ropers.com
- Mark D. Poniatowski     ponlaw@ponlaw.com
- Cara M. Porter     cara.porter@doj.ca.gov, rachel.patu@doj.ca.gov
- Christopher E. Prince     cprince@lesnickprince.com



- Douglas B. Provencher    dbp@provlaw.com
- Amy C. Quartarolo    amy.quartarolo@lw.com
- Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins    justinrawlins@paulhastings.com
- Hugh M. Ray    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready    smeyer@farmerandready.com
- Caroline A. Reckler    caroline.reckler@lw.com
- David M. Reeder    david@reederlaw.com, secretary@reederlaw.com
- Steven J. Reisman    sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner    jreisner@irell.com, #-FirmPSDocketing@Steptoe.com
- Jack A. Reitman    , srichmond@lgbfirm.com
- Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- David J. Richardson    drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
- Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- David B. Rivkin    drivkin@bakerlaw.com, jmeeks@bakerlaw.com
- John R. Rizzardi    kcoselman@cairncross.com, tnguyen@cairncross.com
- Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov
- Michael Rogers    mrogers@lambertrogers.com, jan@lambertrogers.com
- Lawrence M. Rolnick    lrolnick@rksllp.com
- Jorian L. Rose    jrose@bakerlaw.com
- Laurence M. Rosen    lrosen@rosenlegal.com, zstanco@rosenlegal.com
- Paul M. Rosenblatt    prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- David A. Rosenzweig    david.rosenzweig@nortonrosefulbright.com
- Allan Robert Rosin    arrosin@alr-law.com
- Jay M. Ross    jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau    grougeau@brlawsf.com
- Jason C. Rubinstein    jrubinstein@fklaw.com, mclerk@fklaw.com
- Nathan Q. Rugg    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp    trupp@kbkllp.com
- Steven B. Sacks    ssacks@srclaw.com, ksieckman@srclaw.com
- Eric E. Sagerman    esagerman@bakerlaw.com
- Robert Sahyan    rsahyan@sheppardmullin.com, lsegura@sheppardmullin.com
- Gregory M. Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- Jonathan C. Sanders    jsanders@stblaw.com
- Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com
- Natalie Kathleen Sanders    natalie.sanders@bakerbotts.com
- Lovee Sarenas    Lovee.sarenas@lewisbrisbois.com
- Brandy A. Sargent    brandy.sargent@stoel.com, docketclerk@stoel.com
- Patricia Savage    psavesq@gmail.com, jodi.savage@gmail.com
- Caroline A.H. Sayers    caroline.sayers@lathropgpm.com, patricia.johnson@lathropgpm.com
- Sblend A. Sblendorio    sas@hogefenton.com

- Francis O. Scarpulla    fos@scarpullalaw.com, cpc@scarpullalaw.com
- Daren M Schlecter    daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider    bradley.schneider@mto.com
- Harvey S. Schochet    Harveyschochet@dwt.com
- Nathan A. Schultz    nschultzesq@gmail.com, kjarashow@goodwinlaw.com
- Lisa Schweitzer    lschweitzer@cgsh.com
- Eric J. Seiler    eseiler@fklaw.com, mclerk@fklaw.com
- James A. Shepherd    , lawofficesofjamesshepherd@jubileebk.net
- Leonard M. Shulman    lshulman@shbllp.com
- Andrew I. Silfen    andrew.silfen@arentfox.com
- Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Brandt Silver-Korn    bsilverkorn@edelson.com, docket@edelson.com
- Craig S. Simon    csimon@bergerkahn.com, aketcher@bergerkahn.com
- Gerald Singleton    gerald@slffirm.com, BKECFCANB@SLFfirm.com
- Steven J. Skikos    sskikos@skikos.com, mmontoya@skikos.com
- Michael K. Slattery    mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum    jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol    jdsokol@lawssl.com
- Daniel Solish    cocolaw@stancounty.com, solishd@stancounty.com
- Randye B. Soref    rsoref@polsinelli.com
- Joseph Sorkin    jsorkin@akingump.com, NYMCO@akingump.com
- Michael St. James    ecf@stjames-law.com
- Diane C. Stanfield    diane.stanfield@alston.com, nelly.villaneda@alston.com
- Howard J. Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@rimonlaw.com, docketing@rimonlaw.com
- Cheryl L. Stengel    clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern    dstern@ktbslaw.com
- Geoffrey S. Stewart    gstewart@jonesday.com, mmelvin@jonesday.com
- Alan J. Stone    AStone@milbank.com, DMcCracken@Milbank.com
- Jason D. Strabo    jstrabo@mwe.com
- Michael H. Strub    mstrub@ggtriallaw.com, mhstrub1@gmail.com
- Rebecca Suarez    rsuarez@crowell.com
- Brad T. Summers    , docketing-pdx@lanepowell.com
- Karin Swope    kswope@cpmlegal.com
- Kristine Theodesia Takvoryan    ktakvoryan@ckrlaw.com
- Derrick Talerico    dtalerico@ztlegal.com, sfritz@ztlegal.com
- Kesha Tanabe    kesha@tanabelaw.com
- Mary Ellmann Tang    mtang@frenchlyontang.com, nfears@frenchlyontang.com
- Dante Taylor    dtaylor@lbbklaw.com
- Elizabeth Lee Thompson    ethompson@stites.com, docketclerk@stites.com

- John C. Thornton    jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Elisa Tolentino    cao.main@sanjoseca.gov
- Meagan S. Tom    meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward J. Tredinnick    etredinnick@greeneradovsky.com
- Matthew Jordan Troy    matthew.troy@usdoj.gov
- Rocky C. Tsai    rocky.tsai@ropesgray.com, matthew.haut@ropesgray.com
- Michael Tye    Michael.Tye@usdoj.gov
- Gary D. Underdahl    gunderdahl@askllp.com, lmiskowiec@askllp.com
- Andrew Van Ornum    avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- Carol C. Villegas    cvillegas@labaton.com, NDonlon@labaton.com
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Bao M. Vu    bao.vu@stoel.com, sharon.witkin@stoel.com
- Nicholas Wagner    kschemen@wagnerjones.com, bwagner@wagnerjones.com
- Jonathan D. Waisnor    jwaisnor@willkie.com, mao@willkie.com
- Rachel M. Walsh    rwalsh@goodwinlaw.com, tsutton@goodwinlaw.com
- Riley C. Walter    ecf@W2LG.com
- Phillip K. Wang    phillip.wang@rimonlaw.com
- Samuel M. Ward    sward@barrack.com, cfessia@barrack.com
- Philip S. Warden    philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- Gregory P. Waters    gwaters@elllaw.com, gregorywatersesq@gmail.com
- Guy L. Watts    gwatts@wattsguerra.com, cwilson@wattsguerra.com
- Mikal C. Watts    mcwatts@wattsguerra.com, cwilson@wattsguerra.com
- Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com
- Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com
- Todd J. Wenzel    todd@wenzellawoffices.com
- Meredith Werner    meredith.werner@clydeco.us
- David Walter Wessel    DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Joseph West    westjoseph@earthlink.net, josephw998@gmail.com
- Drew M. Widders    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Jason P. Williams    , maryanne@wplgattorneys.com
- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, diana.cardenas@nortonrosefulbright.com
- David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans    rwitthans@fhlawllp.com
- Keith H. Wofford    keith.wofford@ropesgray.com, nova.alindogan@ropesgray.com
- Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Douglas Wolfe    asm@asmcapital.com
- Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher Kwan Shek Wong    christopher.wong@arentfox.com

- David A. Wood     dwood@marshackhays.com, lbuchanan@marshackhays.com
- Kirsten A. Worley     worleyk@higgslaw.com, admin@wlawcorp.com
- Kinga Wright     kinga.wright@lockelord.com, autodocket@lockelord.com
- Antonio Yanez     ayanez@willkie.com
- Cathy Yanni     cathy@cathyyanni.com, pstrunk@browngreer.com
- Andrew Yaphe     andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
- Stephanie Yee     syee@janglit.com, klockwood@janglit.com
- Tacie H. Yoon     tyoon@crowell.com
- Bennett G. Young     byoung@jmbm.com, jb8@jmbm.com
- Eric G. Young     eyoung@dcalaw.com, Jackie@dcalaw.com
- Nicole M. Zeiss     nzeiss@labaton.com
- Paul H. Zumbro     mao@cravath.com
- Brittany Zummer     bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi     deg@coreylaw.com, lf@coreylaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE:

In re PG&E Corporation

CASE NO: 19-30088-DM

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11

On 12/21/2021, a copy of the following documents, described below,

AMENDED MOTION FOR RELIEF FROM ORDERS BY DEFAULT DISALLOWING AND EXPUNGING PROOFS OF CLAIMS PURSUANT TO REORGANIZED DEBTORS' ELEVENTH AND THIRTEENTH SECURITIES CLAIMS OMNIBUS OBJECTIONS (CLAIMS BARRED BY THE STATUTE OF REPOSE)

NOTICE OF HEARING ON AMENDED MOTION FOR RELIEF FROM ORDERS BY DEFAULT DISALLOWING AND EXPUNGING PROOFS OF CLAIMS PURSUANT TO REORGANIZED DEBTORS' ELEVENTH AND THIRTEENTH SECURITIES CLAIMS OMNIBUS OBJECTIONS (CLAIMS BARRED BY THE STATUTE OF REPOSE)

DECLARATION OF JONATHAN MOUSSAVOU IN SUPPORT OF AMENDED MOTION FOR RELIEF FROM ORDERS BY DEFAULT DISALLOWING AND EXPUNGING PROOFS OF CLAIMS PURSUANT TO REORGANIZED DEBTORS' ELEVENTH AND THIRTEENTH SECURITIES CLAIMS OMNIBUS OBJECTIONS (CLAIMS BARRED B

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge.

DATED: 12/21/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Brent D. Meyer
Meyer Law Group, LLP
268 Bush Street #3639
San Francisco, CA 94104

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

FIRST CLASS

PG&E CORPORATION
ATTN: BRIAN M. WONG, REGISTERED AGENT
FOR SERVICE
77 BEALE STREET
SAN FRANCISCO CA 94105

FIRST CLASS

PACIFIC GAS AND ELECTRIC COMPANY
ATTN: BRIAN M. WONG, REGISTERED AGENT
FOR SERVICE
77 BEALE STREET
SAN FRANCISCO CA 94105