**DRRT**
JARED LAY, Fl. Bar No. 120351*
340 West Flagler Street, 2nd Floor
Miami, Florida 33130
Telephone:  (305) 760-8025
Facsimile:  (786) 235-5005
Email:      jlay@drrt.com

* Admitted *Pro Hac Vice*

**MEYER LAW GROUP LLP**
  A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone:  (415) 765-1588
Facsimile:  (415) 762-5277
Email:      brent@meyerllp.com

Attorneys for Creditors
DRRT CLAIMANTS

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>         Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects Both Debtors<br><br>* *All papers shall be filed in Lead Case 19-30088-DM* | BK Case No.: 19-30088-DM (Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:     January 18, 2022<br>Time:     10:00 a.m.<br>Location: Telephonic / Videoconference<br>Judge:    Honorable Dennis Montali |

I, Brent D. Meyer, hereby declare as follows:

I am an active member of the State Bar of California and I am not a party to the above-captioned action; my business mailing address is 268 Bush Street #3639, San Francisco, California, 94104.

On December 21, 2021, I served copies of the following document(s):

**AMENDED MOTION FOR RELIEF FROM ORDERS BY DEFAULT DISALLOWING AND EXPUNGING PROOFS OF CLAIMS PURSUANT TO REORGANIZED DEBTORS' ELEVENTH AND THIRTEENTH SECURITIES CLAIMS OMNIBUS OBJECTIONS (CLAIMS BARRED BY THE STATUTE OF REPOSE)**

**DECLARATION OF JONATHAN MOUSSAVOU IN SUPPORT OF AMENDED MOTION FOR RELIEF FROM ORDERS BY DEFAULT DISALLOWING AND EXPUNGING PROOFS OF CLAIMS PURSUANT TO REORGANIZED DEBTORS' ELEVENTH AND THIRTEENTH SECURITIES CLAIMS OMNIBUS OBJECTIONS (CLAIMS BARRED BY THE STATUTE OF REPOSE)**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF AMENDED MOTION FOR RELIEF FROM ORDERS BY DEFAULT DISALLOWING AND EXPUNGING PROOFS OF CLAIMS PURSUANT TO REORGANIZED DEBTORS' ELEVENTH AND THIRTEENTH SECURITIES CLAIMS OMNIBUS OBJECTIONS (CLAIMS BARRED BY THE STATUTE OF REPOSE)**

**NOTICE OF HEARING ON AMENDED MOTION FOR RELIEF FROM ORDERS BY DEFAULT DISALLOWING AND EXPUNGING PROOFS OF CLAIMS PURSUANT TO REORGANIZED DEBTORS' ELEVENTH AND THIRTEENTH SECURITIES CLAIMS OMNIBUS OBJECTIONS (CLAIMS BARRED BY THE STATUTE OF REPOSE)**

in the following manner on the parties listed below:

☐ **BY FEDERAL EXPRESS**: I enclosed said document(s) in an envelope or package provided by Federal Express and addressed to the persons at the address(es) listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of Federal Express or delivered such document(s) to a courier or driver authorized by Federal Express to receive documents.

☐ **BY FIRST CLASS MAIL**: Pursuant to Federal Rule of Bankruptcy Procedure 7004(b), I enclosed said document(s) in a sealed envelope addressed to the persons at the address(es) listed below, placed first class postage fully prepaid thereon, and deposited said envelope in a United States mailbox.



☐ **BY CERTIFIED MAIL**: Pursuant to Federal Rule of Bankruptcy Procedure 7004(h), I enclosed said document(s) in a sealed envelope addressed to the persons at the address(es) listed below, transported said envelope to a United States Post Office, placed first class postage fully prepaid thereon with certified and return receipt requested, and deposited said envelope with an agent of the United States Postal Service. The Certified Mail Receipt Number for each party served with the document(s) is as specified below.

☒ **BY NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to Bankruptcy Local Rule 9013-3(c), service of the document(s) was also effective on the following persons whom are registered participants of the Court's CM/ECF system, consented to electronic service, and received an electronic copy of the document(s) by the Clerk of the Court via Notice of Electronic Filing.

**SEE ATTACHED LIST**

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on this 21st day of December, 2021 at Alamo, California.

/s/ BRENT D. MEYER
Brent D. Meyer

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

# ELECTRONIC SERVICE LIST

- Elliot Adler   eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Aaron L. Agenbroad   alagenbroad@jonesday.com, saltamirano@jonesday.com
- Gabrielle L. Albert   galbert@kbkllp.com
- Annadel A. Almendras   annadel.almendras@doj.ca.gov
- Destiny N. Almogue   Destiny.Almogue@skadden.com, wendy.lamanna@skadden.com
- Monique D. Almy   malmy@crowell.com
- Anne Andrews   aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Philip Anker   philip.anker@wilmerhale.com, whdocketing@wilmerhale.com
- Richard L. Antognini   rlalawyer@yahoo.com, hallonaegis@gmail.com
- Tyson Arbuthnot   tarbuthnot@rjo.com, jyeung@rjo.com
- Lauren T. Attard   lattard@bakerlaw.com, agrosso@bakerlaw.com
- Herb Baer   hbaer@primeclerk.com, ecf@primeclerk.com
- Kathryn E. Barrett   keb@svlg.com, amt@svlg.com
- Chris Bator   cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- Ronald S. Beacher   rbeacher@pryorcashman.com
- Hagop T. Bedoyan   hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- Andrew David Behlmann   abehlmann@lowenstein.com, elawler@lowenstein.com
- Tanya Behnam   tbehnam@polsinelli.com, tanyabehnam@gmail.com
- James C. Behrens   jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger   jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti   pbenvenutti@kbkllp.com
- Robert Berens   rberens@smtdlaw.com, sr@smtdlaw.com
- Ronald F. Berestka   rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
- Heinz Binder   heinz@bindermalter.com
- Jared D. Bissell   jared.bissell@troutman.com
- Neil Jon Bloomfield   njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg   jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- Richard Bodnar   rbodnar@rksllp.com
- Melissa Boey   melissa.boey@morganlewis.com
- Paige Boldt   pboldt@wattsguerra.com, cwilson@wattsguerra.com
- Jason Borg   jborg@jasonborglaw.com
- Evan C. Borges   eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- Mark Bostick   mbostick@wendel.com, bankruptcy@wendel.com
- James L. Bothwell   jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
- Peter R. Boutin   peter.boutin@kyl.com, lara.joel@kyl.com
- Erin N. Brady   erin.brady@hoganlovells.com
- Lee Brand   lee.brand@pillsburylaw.com, docket@pillsburylaw.com
- Gregory A. Bray   gbray@milbank.com
- Michael D. Breslauer   mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- W. Steven Bryant   , molly.batiste-debose@lockelord.com
- Chane Buck   cbuck@jonesday.com



- Kathlene Burke    kathlene.burke@skadden.com, burke.kathlene@gmail.com
- Elizabeth J. Cabraser    ecabraser@lchb.com, awolf@lchb.com
- Anthony P. Cali    anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- Peter C. Califano    pcalifano@cwclaw.com
- Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta    Leah.Capritta@hklaw.com, reena.kaur@hklaw.com
- Nicholas A. Carlin    nac@phillaw.com, rac@phillaw.com
- Katherine Rose Catanese    kcatanese@foley.com
- Matthew Cave    mcave@kfc.law
- Barry A. Chatz    barry.chatz@saul.com, barry.chatz@gmail.com
- Karen J. Chedister    kchedister@h-jlaw.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Kevin Chiu    kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com
- Jacquelyn H. Choi    jacquelyn.choi@rimonlaw.com, docketing@rimonlaw.com
- Shawn M. Christianson    schristianson@buchalter.com
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Jae Angela Chun    ajc@chun.law, teresa@tosdallaw.com
- Gerard T. Cicero    GCicero@brownrudnick.com, NKhalatova@brownrudnick.com
- Louis J. Cisz    lcisz@nixonpeabody.com
- Valerie E. Clemen    , mcarter@coombslaw.com
- Alicia Clough    aclough@loeb.com
- Tiffany Strelow Cobb    tscobb@vorys.com
- John B. Coffman    john@johncoffman.net
- Kevin G. Collins    kevin.collins@btlaw.com
- Brian S. Conlon    bsc@phillaw.com, rac@phillaw.com
- Charles Cording    ccording@willkie.com, mao@willkie.com
- Manuel Corrales    mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Anne Costin    anne@costinlawfirm.com
- Christopher J. Cox    chris.cox@hoganlovells.com
- Donald H. Cram    dhc@severson.com
- Ashley Vinson Crawford    avcrawford@akingump.com, dkrasa-berstell@akingump.com
- Douglas S. Crosno    douglas.crosno@hoganlovells.com
- J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham    , rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis    tambra.curtis@sonoma-county.org, Megan.Sweeley@sonoma-county.org
- Stacy A. Dasaro    sdasaro@goodwinlaw.com
- James M. Davis    jdavis@cglaw.com
- Nicolas De Lancie    ndelancie@jmbm.com
- Judith A. Descalso    , jad_9193@ecf.courtdrive.com



BK CASE NO. 19-30088-DM
CERTIFICATE OF SERVICE

- 5 -

- Andrew G. Devore andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com
- Erin Elizabeth Dexter edexter@milbank.com
- Shounak S. Dharap ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer kdiemer@diemerwei.com
- Kathryn S. Diemer kdiemer@diemerwhitman.com
- John P. Dillman houston_bankruptcy@publicans.com
- Caroline R. Djang caroline.djang@bbklaw.com, Laurie.Verstegen@bbklaw.com
- Krystal Dong ykdong@gmail.com
- Jonathan R. Doolittle jonathan.doolittle@pillsburylaw.com
- Jonathan R. Doolittle jdoolittle@reedsmith.com
- Jennifer V. Doran jdoran@hinckleyallen.com
- Dustin M. Dow ddow@bakerlaw.com, jmcguigan@bakerlaw.com
- Jamie P. Dreher jdreher@downeybrand.com
- Todd Dressel tdressel@mcguirewoods.com, jtabisaura@mcguirewoods.com
- Geoffrey B. Dryvynsyde gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
- Jeffrey Aaron Dubbin jdubbin@labaton.com, echan-lee@labaton.com
- Matthew Ducharme matthew.ducharme@hoganlovells.com, tracy.southwell@hoganlovells.com
- Cecily Ann Dumas cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- Dennis F. Dunne cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Luke N. Eaton eatonl@pepperlaw.com, monugiac@pepperlaw.com
- Daniel G. Egan daniel.egan@ropesgray.com, nova.alindogan@ropesgray.com
- Joseph A. Eisenberg JAE1900@yahoo.com
- Michele Ellison mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- David Emerzian , Melany.Hertel@mccormickbarstow.com
- G. Larry Engel larry@engeladvice.com
- Krista M. Enns kenns@beneschlaw.com
- Scott Esbin sesbin@esbinalter.com
- Joseph M. Esmont jesmont@bakerlaw.com
- Michael P. Esser michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- Richard W. Esterkin richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- Michael S. Etkin metkin@lowenstein.com
- Jacob M. Faircloth jacob.faircloth@smolsonlaw.com
- Brett D. Fallon bfallon@morrisjames.com, wweller@morrisjames.com
- Michael C. Fallon , manders@fallonlaw.net
- Joana Fang jf@kbklawyers.com, icd@kbklawyers.com
- Joseph Kyle Feist jfeistesq@gmail.com, info@norcallawgroup.net
- David M. Feldman DFeldman@gibsondunn.com
- Matthew A. Feldman mfeldman@willkie.com
- Jennifer Feldsher jennifer.feldsher@morganlewis.com



- Mark E. Felger    mfelger@cozen.com
- James J. Ficenec    James.Ficenec@ndlf.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman    kfineman@nutihart.com, admin@nutihart.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Timothy M. Flaherty    tflaherty@mpplaw.com
- Daniel I. Forman    dforman@willkie.com
- Matthew Hampton Foushee    hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick    cfrederick@prklaw.com
- Peter Friedman    pfriedman@omm.com
- Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Lars H. Fuller    lfuller@bakerlaw.com
- Thomas M. Gaa    tgaa@bbslaw.com
- Larry W. Gabriel    , nfields@bg.law
- Gregg M. Galardi    gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com
- Craig Solomon Ganz    ganzc@ballardspahr.com, hartt@ballardspahr.com
- Jeffrey K. Garfinkle    jgarfinkle@buchalter.com
- Oscar Garza    ogarza@gibsondunn.com
- Lisa S. Gast    lsg@dwgp.com, lmk@dwgp.com
- Paul R. Gaus    pgaus@downeybrand.com
- Duane M. Geck    dmg@severson.com
- Janet D. Gertz    jgertz@btlaw.com
- Christopher Gessner    cgessner@akingump.com, NYMCO@akingump.com
- R. Dale Ginter    dginter@downeybrand.com
- Jon T. Givens    givensjt@gmail.com, cwilson@wattsguerra.com
- Barry S. Glaser    bglaser@salvatoboufadel.com
- Paul R. Glassman    pglassman@sycr.com
- Gabriel I. Glazer    gglazer@pszjlaw.com
- Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Jaime Godin    Jtouchstone@fddcm.com
- Matthew A. Gold    courts@argopartners.net
- Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Craig Goldblatt    Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com
- Amy L. Goldman    goldman@lbbslaw.com
- Eric S. Goldstein    egoldstein@goodwin.com
- Rhonda Stewart Goldstein    Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- Michael W. Goodin    mgoodin@clausen.com, mgenova@clausen.com
- Eric R. Goodman    egoodman@bakerlaw.com
- Michael R. Goodstein    mgoodstein@baileycav.com
- Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutinjones.com





- Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutinjones.com
- Michael I. Gottfried    mgottfried@elkinskalt.com, AAburto@elkinskalt.com
- Louis Gottlieb    Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Elizabeth Graham    egraham@gelaw.com
- Eric A. Grasberger    eric.grasberger@stoel.com, docketclerk@stoel.com
- Debra I. Grassgreen    , hphan@pszjlaw.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Eric A. Gravink    eric@rhrc.net
- Elizabeth A. Green    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- Tracy Green    tgreen@wendel.com, bankruptcy@wendel.com
- Mitchell B. Greenberg    mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- Brian Gregory    b.gregory@veenfirm.com, EL.Team@Veenfirm.com
- Susan Sieger Grimm    SSieger-Grimm@brownrudnick.com, NKhalatova@brownrudnick.com
- Matthew W. Grimshaw    matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com
- Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Carl L. Grumer    cgrumer@manatt.com, mchung@manatt.com
- Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com
- Lloyd C. Guintivano    anitag@co.lake.ca.us, lloydg@co.lake.ca.us
- Cameron M. Gulden    cameron.m.gulden@usdoj.gov
- Mirco J. Haag    mhaag@buchalter.com, dcyrankowski@buchalter.com
- Laurie Hager    lhager@sussmanshank.com
- J. Noah Hagey    hagey@braunhagey.com, tong@braunhagey.com
- Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com
- Michael Hampson    mhampson@rksllp.com
- Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com
- Joseph George Harraka    jgharraka@becker.legal
- Adam C. Harris    adam.harris@srz.com
- Robert G. Harris    rob@bindermalter.com
- Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Jennifer C. Hayes    jhayes@fhlawllp.com
- Geoffrey A. Heaton    gheaton@duanemorris.com, dmicros@duanemorris.com
- Michael C. Hefter    michael.hefter@hoganlovells.com, tracy.southwell@hoganlovells.com
- Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com
- Matthew Henderson    matthew.henderson@msrlegal.com, karen.wigylus@msrlegal.com
- Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com
- Matthew Heyn    matthew.heyn@doj.ca.gov
- Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- James P. Hill    hill@sullivanhill.com, bkstaff@sullivanhill.com
- Morgan R. Hirst    mhirst@jonesday.com, mmelvin@jonesday.com
- Michael R. Hogue    hoguem@gtlaw.com, navarrom@gtlaw.com
- David Holtzman    david.holtzman@hklaw.com

- Alexandra S. Horwitz    allie.horwitz@dinsmore.com
- Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com
- Linda Wendell Hsu    lhsu@selmanlaw.com, psmith@selmanlaw.com
- Shane Huang    shane.huang@usdoj.gov
- Brian D. Huben    hubenb@ballardspahr.com
- Kelly L. Huey    khuey@burkeandkesslerlaw.com
- Christopher Hughes    chughes@nossaman.com
- Jonathan Hughes    , jane.rustice@aporter.com
- Edward R. Huguenin    ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
- Michael A. Isaacs    misaacs@rinconlawllp.com, aworthing@rinconlawllp.com
- Mark V. Isola    misola@brotherssmithlaw.com
- J. Eric Ivester    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester    , Andrea.Bates@skadden.com
- Lawrence A. Jacobson    laj@cohenandjacobson.com, mcycle48@gmail.com
- Kizzy L. Jarashow    KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com
- Ivan C. Jen    ivan@icjenlaw.com
- Amanda Jereige    AJereige@winston.com, amanda-jereige-5954@ecf.pacerpro.com
- Monique Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- James O. Johnston    jjohnston@jonesday.com
- Chris Johnstone    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Andrew Jones    andrew@ajoneslaw.com
- Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com
- John L. Jones    JJones@chwlaw.us, JLJones2@outlook.com
- Robert A. Julian    rjulian@bakerlaw.com, hhammonturano@bakerlaw.com
- George H. Kalikman    , sdavenport@schnader.com
- Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com
- Bonnie E. Kane    bonnie@thekanelawfirm.com, skane@thekanelawfirm.com
- Eve H. Karasik    ehk@lnbyb.com
- Michael G. Kasolas    trustee@kasolas.net, CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com
- Elyssa S. Kates    ekates@bakerlaw.com
- Ori Katz    okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- William M. Kaufman    wkaufman@smwb.com, eschneider@smwb.com
- Jane G. Kearl    jkearl@watttieder.com, jbenton@watttieder.com
- Tobias S. Keller    tkeller@kbkllp.com
- Tobias S. Keller    tkeller@kellerbenvenutti.com
- Lynette C. Kelly    ustpregion17.oa.ecf@usdoj.gov
- Sarah Elisabeth Kelly-Kilgore    skellykilgore@ggtriallaw.com, dvultaggio@ggtriallaw.com
- Matthew K. Kelsey    mkelsey@gibsondunn.com
- Gerald P. Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
- Erica L. Kerman    ekerman@willkie.com
- Samuel A. Khalil    skhalil@milbank.com, jbrewster@milbank.com



- Samuel M. Kidder   skidder@ktbslaw.com
- Marc Kieselstein   , carrie.oppenheim@kirkland.com
- Jane Kim   jkim@kbkllp.com
- Mary H. Kim   Mary.Kim@dechert.com, brett.stone@dechert.com
- Susan E. Kirkgaard   , carlyn.jorgensen@bullivant.com
- Kody D. L. Kleber   kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- Matthew Ryan Klinger   mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- Bradley C. Knapp   bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- Kelly V. Knight   kelly.knight@srz.com
- Lydia Vanessa Ko   Lvko@stonelawoffice.com
- Thomas F. Koegel   tkoegel@crowell.com
- Katherine Kohn   kkohn@groom.com, ashahinllari@groom.com
- Andy S. Kong   kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Anna Kordas   akordas@jonesday.com, mmelvin@jonesday.com
- Alan W. Kornberg   , akornberg@paulweiss.com
- Bernard Kornberg   bernard.kornberg@practus.com
- David I. Kornbluh   dkombluh@venturahersey.com, jpatterson@venturahersey.com
- Lauren Kramer   lkramer@rjo.com
- Marc Kramer   mkramer@rksllp.com
- Jeffrey C. Krause   jkrause@gibsondunn.com
- Thomas R. Kreller   tkreller@milbank.com
- Lindsey E. Kress   lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser   hkreuser@porterlaw.com, ooberg@porterlaw.com
- Kevin Kroll   kkroll@kfc.law
- Michael Thomas Krueger   michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Marek P. Krzyzowski   MKrzyzowski@brownrudnick.com, SCalderon@brownrudnick.com
- Robert T. Kugler   robert.kugler@stinson.com
- Duane Kumagai   dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com
- Brendan M. Kunkle   bkunkle@abbeylaw.com, lmeyer@abbeylaw.com
- Alisa C. Lacey   alisa.lacey@stinson.com, karen.graves@stinson.com
- Timothy S. Laffredi   timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Timothy S. Laffredi   timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping   rich@trodellalapping.com
- Omeed Latifi   olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- John E. Lattin   jlattin@ostergar.com, cslovenec@ostergar.com
- Paul J. Laurin   plaurin@btlaw.com, slmoore@btlaw.com
- Michael Lauter   mlauter@sheppardmullin.com
- Kenneth T. Law   klaw@bbslaw.com
- Francis J. Lawall   francis.lawall@troutman.com, susan.henry@troutman.com
- Andrew Michael Leblanc   ALeblanc@milbank.com
- Erica Lee   Erica.Lee@doj.ca.gov
- Scott Lee   scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com



| | |
|---|---|
| 1 | • Paul J. Leeds     leedsp@higgslaw.com |
| | • Edward J. Leen     eleen@mkbllp.com |
| 2 | • Lisa Lenherr     llenherr@wendel.com, bankruptcy@wendel.com |
| 3 | • Matthew A. Lesnick     matt@lesnickprince.com, jmack@lesnickprince.com |
| | • Bryn G. Letsch     bletsch@braytonlaw.com |
| 4 | • David B. Levant     david.levant@stoel.com, rene.alvin@stoel.com |
| 5 | • Andrew H. Levin     alevin@wcghlaw.com |
| | • David Levine     dnl@groom.com |
| 6 | • Marc A. Levinson     Malevinson@orrick.com, casestream@ecf.courtdrive.com |
| 7 | • Dara Levinson Silveira     dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com |
| | • Alexander James Demitro Lewicki     kdiemer@diemerwei.com |
| 8 | • Alexander James Demitro Lewicki     alewicki@diemerwei.com |
| 9 | • Lauren Lifland     lauren.lifland@wilmerhale.com, whdocketing@wilmerhale.com |
| | • William S. Lisa     , jcaruso@nixonpeabody.com |
| 10 | • William S. Lisa     wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com |
| 11 | • Jonathan A. Loeb     jon.loeb@bingham.com |
| | • Michael B. Lubic     michael.lubic@klgates.com |
| 12 | • John William Lucas     , ocarpio@pszjlaw.com |
| 13 | • Joseph R. Lucia     PersonallnjuryGroup@RLSlawyers.com |
| | • Jane Luciano     jane-luciano@comcast.net |
| 14 | • Kerri Lyman     klyman@irell.com, #-FirmPSDocketing@Steptoe.com |
| 15 | • John H. MacConaghy     macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com |
| 16 | • Iain A. Macdonald     imac@macfern.com, 6824376420@filings.docketbird.com |
| | • Malcolm A. Mackenzie     mmackenzie@coombslaw.com, vclemen@coombslaw.com |
| 17 | • Tracy L. Mainguy     tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net |
| 18 | • Samuel R. Maizel     samuel.maizel@dentons.com, alicia.aguilar@dentons.com |
| 19 | • Adam Malatesta     adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com |
| | • Katharine Malone     malonek@gtlaw.com |
| 20 | • Liam K. Malone     malone@oles.com, shahin@oles.com |
| 21 | • Michael W. Malter     michael@bindermalter.com |
| | • Ankur Mandhania     amandhania@mayerbrown.com |
| 22 | • Craig Margulies     cmargulies@margulies-law.com, lsalazar@margulies-law.com |
| 23 | • Geoffrey E. Marr     gemarr59@hotmail.com |
| | • Richard A. Marshack     rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com |
| 24 | • Catherine Martin     cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com |
| 25 | • Laila Masud     lmasud@marshackhays.com, lmasud@ecf.courtdrive.com |
| 26 | • David P. Matthews     jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com |
| 27 | • Patrick C. Maxcy     patrick.maxcy@snrdenton.com |
| | • Simon Richard Mayer     simon.mayer@lockelord.com, Rellis@lockelord.com |
| 28 | • James J. Mazza     james.mazza@skadden.com, wendy.lamanna@skadden.com |
| | • Benjamin P. McCallen     bmccallen@willkie.com |

- C. Luckey McDowell  Luckey.McDowell@Shearman.com
- Matthew D. McGill  MMcGill@gibsondunn.com
- Melissa C. McLaughlin  mcmclaughlin@venable.com, ataylor@venable.com
- Edward Joseph McNeilly  edward.mcneilly@hoganlovells.com, verbon.davenport@hoganlovells.com
- Scott H. McNutt  SMcNutt@ml-sf.com, csnell@ml-sf.com
- Thomas Melone  Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo  peter@pmrklaw.com
- Frank A. Merola  lacalendar@stroock.com, mmagzamen@stroock.com
- Jennifer L. Mersing  jennifer.mersing@stoel.com, lisa.petras@stoel.com
- Joshua M. Mester  jmester@jonesday.com
- Matthew D. Metzger  belvederelegalecf@gmail.com
- Merle C. Meyers  mmeyers@mlg-pc.com
- Randy Michelson  randy.michelson@michelsonlawgroup.com
- Gerardo Mijares-Shafai  Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com
- Joel S. Miliband  jmiliband@brownrudnick.com
- Joseph G. Minias  jminias@willkie.com
- M. David Minnick  dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Benjamin Mintz  benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com
- Nancy Mitchell  nmitchell@omm.com
- Thomas C. Mitchell  tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe  john.moe@dentons.com, glenda.spratt@dentons.com
- Aaron J. Mohamed  ajm@brereton.law, aaronmohamedlaw@gmail.com
- Kevin Montee  kmontee@monteeassociates.com
- Christopher D. Moon  chris@moonlawapc.com, kevin@moonlawapc.com
- David W. Moon  lacalendar@stroock.com, mmagzamen@stroock.com
- Diane Marger Moore  dmargermoore@baumhedlundlaw.com
- Erika L. Morabito  emorabito@foley.com, hsiagiandraughn@foley.com
- Candace J. Morey  cjm@cpuc.ca.gov
- Courtney L. Morgan  morgan.courtney@pbgc.gov
- Richard Morin  , 6863427420@filings.docketbird.com
- Kimberly S. Morris  kmorris@bakerlaw.com, hhammonturano@bakerlaw.com
- Rodney Allen Morris  Rodney.Morris2@usdoj.gov
- Joshua D. Morse  Joshua.Morse@dlapiper.com, docket@pillsburylaw.com
- Andrew H. Morton  andrew.morton@stoel.com, lisa.petras@stoel.com
- Thomas G. Mouzes  tmouzes@boutininc.com
- Thomas G. Mouzes  tmouzes@boutinjones.com
- Peter S. Munoz  pmunoz@reedsmith.com, gsandoval@reedsmith.com
- John Leland Murphree  LMurphree@maynardcooper.com, mshabpareh@maynardcooper.com
- Bennett J. Murphy  bmurphy@bennettmurphylaw.com
- Michael S. Myers  myersm@ballardspahr.com



BK CASE NO. 19-30088-DM
CERTIFICATE OF SERVICE

- 12 -

- David L. Neale     dln@lnbyg.com
- David Neier     dneier@winston.com
- Brittany J. Nelson     bnelson@foley.com, hsiagiandraughn@foley.com
- Michael S. Neumeister     MNeumeister@gibsondunn.com
- Howard S. Nevins     hnevins@hsmlaw.com
- Samuel A. Newman     sam.newman@sidley.com, laefilingnotice@sidley.com
- Melissa T. Ngo     ngo.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas     mario.nicholas@stoel.com, ana.trask@stoel.com
- Sean Nolan     snolan@akingump.com, NYMCO@akingump.com
- Gregory C. Nuti     gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient     aobrient@mintz.com, docketing@mintz.com
- Alicia D. O'Neill     aoneill@wattsguerra.com, cwilson@wattsguerra.com
- Julie E. Oelsner     joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov
- Aron M. Oliner     roliner@duanemorris.com, dmicros@duanemorris.com
- Matthew Jon Olson     matt@macfern.com, stell.laura@dorsey.com
- Scott Olson     scott.olson@bclplaw.com
- Steven M. Olson     smo@smolsonlaw.com
- Aram Ordubegian     Ordubegian.Aram@ArentFox.com
- Jose Antonio Ortiz     aortiz@jhwclaw.com
- Keith C. Owens     kowens@venable.com, bclark@venable.com
- Gabriel Ozel     , gabeozel@gmail.com
- Amy S. Park     amy.park@skadden.com
- Marissa Parker     mparker@stradley.com
- Donna Taylor Parkinson     donna@parkinsonphinney.com
- Peter S. Partee     ppartee@huntonak.com, candonian@huntonak.com
- Paul J. Pascuzzi     ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- Kenneth Pasquale     , mlaskowski@stroock.com
- Larry Allan Peluso     pelusolaw@gmail.com, firm@pelusolaw.net
- Valerie Bantner Peo     vbantnerpeo@buchalter.com
- Yosef Peretz     , skim@peretzlaw.com
- Christian A. Pereyda     CPereyda@maynardcooper.com, mshabpareh@maynardcooper.com
- Thomas R. Phinney     tom@parkinsonphinney.com
- R. Alexander Pilmer     alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston     rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino     epino@epinolaw.com, rmahal@epinolaw.com
- Gregory Plaskett     GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- Mark D. Plevin     mplevin@crowell.com
- Steven G. Polard     spolard@eisnerlaw.com, calendar-lao@ropers.com
- Mark D. Poniatowski     ponlaw@ponlaw.com
- Cara M. Porter     cara.porter@doj.ca.gov, rachel.patu@doj.ca.gov
- Christopher E. Prince     cprince@lesnickprince.com

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

- Douglas B. Provencher    dbp@provlaw.com
- Amy C. Quartarolo    amy.quartarolo@lw.com
- Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins    justinrawlins@paulhastings.com
- Hugh M. Ray    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready    smeyer@farmerandready.com
- Caroline A. Reckler    caroline.reckler@lw.com
- David M. Reeder    david@reederlaw.com, secretary@reederlaw.com
- Steven J. Reisman    sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner    jreisner@irell.com, #-FirmPSDocketing@Steptoe.com
- Jack A. Reitman    , srichmond@lgbfirm.com
- Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- David J. Richardson    drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
- Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- David B. Rivkin    drivkin@bakerlaw.com, jmeeks@bakerlaw.com
- John R. Rizzardi    kcoselman@cairncross.com, tnguyen@cairncross.com
- Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov
- Michael Rogers    mrogers@lambertrogers.com, jan@lambertrogers.com
- Lawrence M. Rolnick    lrolnick@rksllp.com
- Jorian L. Rose    jrose@bakerlaw.com
- Laurence M. Rosen    lrosen@rosenlegal.com, zstanco@rosenlegal.com
- Paul M. Rosenblatt    prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- David A. Rosenzweig    david.rosenzweig@nortonrosefulbright.com
- Allan Robert Rosin    arrosin@alr-law.com
- Jay M. Ross    jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau    grougeau@brlawsf.com
- Jason C. Rubinstein    jrubinstein@fklaw.com, mclerk@fklaw.com
- Nathan Q. Rugg    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp    trupp@kbkllp.com
- Steven B. Sacks    ssacks@srclaw.com, ksieckman@srclaw.com
- Eric E. Sagerman    esagerman@bakerlaw.com
- Robert Sahyan    rsahyan@sheppardmullin.com, lsegura@sheppardmullin.com
- Gregory M. Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- Jonathan C. Sanders    jsanders@stblaw.com
- Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com
- Natalie Kathleen Sanders    natalie.sanders@bakerbotts.com
- Lovee Sarenas    Lovee.sarenas@lewisbrisbois.com
- Brandy A. Sargent    brandy.sargent@stoel.com, docketclerk@stoel.com
- Patricia Savage    psavesq@gmail.com, jodi.savage@gmail.com
- Caroline A.H. Sayers    caroline.sayers@lathropgpm.com, patricia.johnson@lathropgpm.com
- Sblend A. Sblendorio    sas@hogefenton.com



- Francis O. Scarpulla    fos@scarpullalaw.com, cpc@scarpullalaw.com
- Daren M Schlecter    daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider    bradley.schneider@mto.com
- Harvey S. Schochet    Harveyschochet@dwt.com
- Nathan A. Schultz    nschultzesq@gmail.com, kjarashow@goodwinlaw.com
- Lisa Schweitzer    lschweitzer@cgsh.com
- Eric J. Seiler    eseiler@fklaw.com, mclerk@fklaw.com
- James A. Shepherd    , lawofficesofjamesshepherd@jubileebk.net
- Leonard M. Shulman    lshulman@shbllp.com
- Andrew I. Silfen    andrew.silfen@arentfox.com
- Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Brandt Silver-Korn    bsilverkorn@edelson.com, docket@edelson.com
- Craig S. Simon    csimon@bergerkahn.com, aketcher@bergerkahn.com
- Gerald Singleton    gerald@slffirm.com, BKECFCANB@SLFfirm.com
- Steven J. Skikos    sskikos@skikos.com, mmontoya@skikos.com
- Michael K. Slattery    mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum    jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol    jdsokol@lawssl.com
- Daniel Solish    cocolaw@stancounty.com, solishd@stancounty.com
- Randye B. Soref    rsoref@polsinelli.com
- Joseph Sorkin    jsorkin@akingump.com, NYMCO@akingump.com
- Michael St. James    ecf@stjames-law.com
- Diane C. Stanfield    diane.stanfield@alston.com, nelly.villaneda@alston.com
- Howard J. Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@rimonlaw.com, docketing@rimonlaw.com
- Cheryl L. Stengel    clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern    dstern@ktbslaw.com
- Geoffrey S. Stewart    gstewart@jonesday.com, mmelvin@jonesday.com
- Alan J. Stone    AStone@milbank.com, DMcCracken@Milbank.com
- Jason D. Strabo    jstrabo@mwe.com
- Michael H. Strub    mstrub@ggtriallaw.com, mhstrub1@gmail.com
- Rebecca Suarez    rsuarez@crowell.com
- Brad T. Summers    , docketing-pdx@lanepowell.com
- Karin Swope    kswope@cpmlegal.com
- Kristine Theodesia Takvoryan    ktakvoryan@ckrlaw.com
- Derrick Talerico    dtalerico@ztlegal.com, sfritz@ztlegal.com
- Kesha Tanabe    kesha@tanabelaw.com
- Mary Ellmann Tang    mtang@frenchlyontang.com, nfears@frenchlyontang.com
- Dante Taylor    dtaylor@lbbklaw.com
- Elizabeth Lee Thompson    ethompson@stites.com, docketclerk@stites.com

- John C. Thornton  jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Elisa Tolentino  cao.main@sanjoseca.gov
- Meagan S. Tom  meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward J. Tredinnick  etredinnick@greeneradovsky.com
- Matthew Jordan Troy  matthew.troy@usdoj.gov
- Rocky C. Tsai  rocky.tsai@ropesgray.com, matthew.haut@ropesgray.com
- Michael Tye  Michael.Tye@usdoj.gov
- Gary D. Underdahl  gunderdahl@askllp.com, lmiskowiec@askllp.com
- Andrew Van Ornum  avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser  shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana  vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta  marta.villacorta@usdoj.gov
- Carol C. Villegas  cvillegas@labaton.com, NDonlon@labaton.com
- John A. Vos  InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Bao M. Vu  bao.vu@stoel.com, sharon.witkin@stoel.com
- Nicholas Wagner  kschemen@wagnerjones.com, bwagner@wagnerjones.com
- Jonathan D. Waisnor  jwaisnor@willkie.com, mao@willkie.com
- Rachel M. Walsh  rwalsh@goodwinlaw.com, tsutton@goodwinlaw.com
- Riley C. Walter  ecf@W2LG.com
- Phillip K. Wang  phillip.wang@rimonlaw.com
- Samuel M. Ward  sward@barrack.com, cfessia@barrack.com
- Philip S. Warden  philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- Gregory P. Waters  gwaters@elllaw.com, gregorywatersesq@gmail.com
- Guy L. Watts  gwatts@wattsguerra.com, cwilson@wattsguerra.com
- Mikal C. Watts  mcwatts@wattsguerra.com, cwilson@wattsguerra.com
- Lindsi M. Weber  lweber@polsinelli.com, yderac@polsinelli.com
- Joseph M. Welch  jwelch@buchalter.com, dcyrankowski@buchalter.com
- Todd J. Wenzel  todd@wenzellawoffices.com
- Meredith Werner  meredith.werner@clydeco.us
- David Walter Wessel  DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Joseph West  westjoseph@earthlink.net, josephw998@gmail.com
- Drew M. Widders  dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Jason P. Williams  , maryanne@wplgattorneys.com
- Eric R. Wilson  kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick  kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop  rebecca.winthrop@nortonrosefulbright.com, diana.cardenas@nortonrosefulbright.com
- David Wirt  david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans  rwitthans@fhlawllp.com
- Keith H. Wofford  keith.wofford@ropesgray.com, nova.alindogan@ropesgray.com
- Risa Lynn Wolf-Smith  rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Douglas Wolfe  asm@asmcapital.com
- Andrea Wong  wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher Kwan Shek Wong  christopher.wong@arentfox.com



- David A. Wood    dwood@marshackhays.com, lbuchanan@marshackhays.com
- Kirsten A. Worley    worleyk@higgslaw.com, admin@wlawcorp.com
- Kinga Wright    kinga.wright@lockelord.com, autodocket@lockelord.com
- Antonio Yanez    ayanez@willkie.com
- Cathy Yanni    cathy@cathyyanni.com, pstrunk@browngreer.com
- Andrew Yaphe    andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
- Stephanie Yee    syee@janglit.com, klockwood@janglit.com
- Tacie H. Yoon    tyoon@crowell.com
- Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com
- Eric G. Young    eyoung@dcalaw.com, Jackie@dcalaw.com
- Nicole M. Zeiss    nzeiss@labaton.com
- Paul H. Zumbro    mao@cravath.com
- Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

IN RE:

In re PG&E Corporation

CASE NO: 19-30088-DM

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11

On 12/21/2021, a copy of the following documents, described below,

AMENDED MOTION FOR RELIEF FROM ORDERS BY DEFAULT DISALLOWING AND EXPUNGING PROOFS OF CLAIMS PURSUANT TO REORGANIZED DEBTORS' ELEVENTH AND THIRTEENTH SECURITIES CLAIMS OMNIBUS OBJECTIONS (CLAIMS BARRED BY THE STATUTE OF REPOSE)

NOTICE OF HEARING ON AMENDED MOTION FOR RELIEF FROM ORDERS BY DEFAULT DISALLOWING AND EXPUNGING PROOFS OF CLAIMS PURSUANT TO REORGANIZED DEBTORS' ELEVENTH AND THIRTEENTH SECURITIES CLAIMS OMNIBUS OBJECTIONS (CLAIMS BARRED BY THE STATUTE OF REPOSE)

DECLARATION OF JONATHAN MOUSSAVOU IN SUPPORT OF AMENDED MOTION FOR RELIEF FROM ORDERS BY DEFAULT DISALLOWING AND EXPUNGING PROOFS OF CLAIMS PURSUANT TO REORGANIZED DEBTORS' ELEVENTH AND THIRTEENTH SECURITIES CLAIMS OMNIBUS OBJECTIONS (CLAIMS BARRED B

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge.

DATED: 12/21/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Brent D. Meyer
Meyer Law Group, LLP
268 Bush Street #3639
San Francisco, CA  94104

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| FIRST CLASS | FIRST CLASS |
|---|---|
| PG&E CORPORATION<br>ATTN: BRIAN M. WONG, REGISTERED AGENT<br>FOR SERVICE<br>77 BEALE STREET<br>SAN FRANCISCO CA 94105 | PACIFIC GAS AND ELECTRIC COMPANY<br>ATTN: BRIAN M. WONG, REGISTERED AGENT<br>FOR SERVICE<br>77 BEALE STREET<br>SAN FRANCISCO CA 94105 |