# EXHIBIT C



Pacific Gas and Electric Company
6121 Bollinger Canyon Rd., 2nd Floor
San Ramon, CA 94583

September 2, 2016

David Addington
298 Saint James Drive
Piedmont, CA 94611

**Tower Maintenance Work Soil Restoration Agreement**

Thank you for working with Pacific Gas and Electric Company (PG&E) representatives to recoat our electric transmission towers and conduct related soil removal work. This effort is part of PG&E's ongoing commitment to the health and safety of our customers and to environmental responsibility.

With your permission, we would like to remove and replace impacted soil and restore the area. Restoration will include replacement of landscaping that may need to be removed during the soil remediation process. All work will be done at PG&E's expense.

Soil work will include:
- A crew of eight to 10 workers removing soil to a depth of approximately six inches approximately 10-15 feet out from the base of the tower.
- Crews will be dressed in standard safety gear and will be using hand-held tools like shovels and wheelbarrows.
- Throughout the work, we will use water to control any dust
- Removed soil will be placed in secure bins.
- Trucks will be used to remove the soil offsite.
- Clean soil will be brought in to backfill removal areas and compacted as needed

PG&E will perform all work in accordance with all applicable laws, ordinances and regulations. We will obtain any permits or approvals that may be required. Protective measures will be put in place to ensure the safety of the surrounding area while work is taking place, and we will remove any debris related to our activities once work is complete.

If you agree, we ask that you provide your acknowledgement that you would:
- Ensure open access to work areas for PG&E and/or their representatives, contractors and sub-contractors on weekdays between 8 a.m. and 6 p.m. in order to accomplish necessary work; and
- Keep clear of the work area, and keep any children and pets away from the work area so as not to pose any safety risks or hazards while work is taking place.

We will work with you to provide a schedule of work and activities. It is anticipated that soil remediation work will take approximately one week to complete.

If the foregoing is acceptable to you, we ask that you acknowledge by signature in the space provided below. **We will not move forward with any soil removal work on your property until we have received your written agreement.**

Be Safe. Dig Safe. Damage from excavation is the most common cause of pipeline accidents. Before you begin any landscaping work, always call 811 at least two business days in advance. With one free call to 811, PG&E will send a crew to mark our underground gas and electric facilities before you begin work, helping you plan a safe project.

Moraga-Oakland #1 - 004/030
Moraga-Oakland #3 - 004/032

We appreciate your support as we work to improve the safety and reliability of our electric system.

Sincerely,

*[signature]*

Stephen Hughes
Land Agent
(925) 328-5153

ACKNOWLEDGED AND AGREED:

By: _*[signature]*_ Date: 9/2/16

Print Name: David P. Addington

By: _____ Date: _____

Print Name: _____

PG&E Land Rep: _*[signature]*_ Date: 9/12/16
Joe Echols
Manager, Land Management
Pacific Gas and Electric Company

Be Safe. Dig Safe. Damage from excavation is the most common cause of pipeline accidents. Before you begin any landscaping work, always call 811 at least two business days in advance. With one free call to 811, PG&E will send a crew to mark our underground gas and electric facilities before you begin work, helping you plan a safe project.

Moraga-Oakland #1 - 004/030
Moraga-Oakland #3 - 004/032