# EXHIBIT D




Pacific Gas and Electric Company
6121 Bollinger Canyon Rd., 2nd Floor
San Ramon, CA 94583

September 2, 2016

David Addington
298 Saint James Drive
Piedmont, CA 94611

**Revised Tower Maintenance Work Acknowledgement**

Thank you for working with Pacific Gas and Electric Company (PG&E) representatives to recoat our electric transmission towers. PG&E will leave your property in comparable conditions to those existing when we begin work. As we have discussed with you, PG&E's work will include the following activities:

Description of Work
The following items may require relocation and/or modification to safely conduct work.

1. PLAY COURT DEMO AND OFFHAUL AS PER GJR DEVELOPMENT PROPOSAL
2. 170 CU YARDS SOIL OFFHAUL AS PER GJR DEVELOPMENT PROPOSAL
3. 
4. 

The following vegetation removal work will be performed to safely conduct work

1. 
2. 
3. 

Other considerations

1. COMPLETE WORK AND PROVIDE A CHECK IN THE AMOUNT OF $36,790
2. 
3. 

We appreciate your support as we work to improve the safety and reliability of our electric system. Please provide your signature to acknowledge the work that will be conducted.

Sincerely,

*[signature]* M. He

Stephen Hughes
Land Agent
(925) 328-5153

Moraga-Oakland #1 - 004/030
Moraga-Oakland #3 - 004/032

David Addington
Page 2

By: _[signature]_ Date: 9/2/16

Print Name: David P. Addington

By: _____ Date: _____

Print Name: _____

PG&E Land Rep: _[signature]_ Date: 9/12/16
Joe Echols
Manager, Land Management
Pacific Gas and Electric Company