# EXHIBIT E



Pacific Gas and Electric Company
6121 Bollinger Canyon Rd., 2nd Floor
San Ramon, CA 94583

November 4, 2016

David Addington
298 Saint James Drive
Piedmont, CA 94611

**Tower Maintenance Work Acknowledgement Addendum**

Thank you for working with Pacific Gas and Electric Company (PG&E) representatives to recoat our electric transmission towers. This document will serve as an addendum to the "Tower Maintenance Work Acknowledgement" that was signed by both you and PG&E and dated September 2, 2016 ("Agreement").

PG&E agrees to pay you $13,000.00 as additional consideration, bringing the total consideration under the Agreement amount to $49,790.00. In exchange you agree that PG&E has completed the work described in the Agreement. Please provide your signature below to indicate your agreement that your acceptance of this revised total consideration amount will constitute a full and final release of PG&E from obligations arising under that Agreement.

Sincerely,

Pat Arneson
Land Agent

By: _____  Date: 11/4/16

Print Name: D. Addington

By: _____  Date: _____

Print Name: _____

PG&E Land Rep: _____  Date: 11/7/16
Joe Echols
Manager, Land Management
Pacific Gas and Electric Company

Moraga-Oakland #1 - 004/030
Moraga-Oakland #3 - 004/032