# EXHIBIT F



Pacific Gas and Electric Company
6111 Bollinger Canyon Rd., 3rd Floor
San Ramon, CA 94583

November 14, 2016

David Addington
298 Saint James Dr
Piedmont, CA 94611

Re: <u>298 Saint James Drive, Piedmont, CA 94611</u>
    <u>Acknowledgement of Payment</u>

Recently, Pacific Gas and Electric Company (PG&E) and its authorized contractors completed a tower maintenance project on your property. As part of this project, PG&E agreed to provide you a check in the amount of $49,790.00**.

We request that you acknowledge that we have delivered your check and you understand that it is in the correct amount.

Sincerely,

*[signature]*

Pat Arneson
Land Agent, PG&E Land Management
(925) 968-8369


ACKNOWLEDGED AND AGREED:

By: _*[signature]*_____ Date: __11/14/16__

Name: __David Addington__

*But he still wants to know how much soil was removed from his property.*

Moraga-Oakland #1 - 004/030
Moraga-Oakland #3 - 004/032