# EXHIBIT G

Recording Requested By
and When Recorded Mail to:

David P. Addington
298 Saint James Drive
Piedmont CA 94611



# TERMINATION OF EASEMENT

THIS TERMINATION AND EXTINGUISHMENT OF EASEMENT is made this First day June 2017, by David P. Addington, hereinafter referred to as "Grantor".

WHEREAS, Grantor is successor-in-interest to The Realty Syndicate interests in Grantor's property commonly known as 298 Saint James Drive, Piedmont CA 94611 (the "Land"), which is described in Exhibit "A" and depicted on Exhibit "B" as parcel 17.

NOW, THEREFORE,

1. Grantor hereby terminates and extinguishes that easement as shown on the map of record and as recorded May 17, 1909 in book 1578 of Deeds, pages 189 of said county, as it relates to Grantor's property.

IN WITNESS WHEREOF, the party hereto has executed this instrument the day and year first above written.

GRANTOR: _____
David P. Addington

# Exhibit "A"
# Legal Description

The property in this report is situated in the State of California, County of Alameda, City of Piedmont, described as follows:

PARCEL ONE:

LOTS 112 AND 113, MAP OF ST. JAMES WOOD, FILED OCTOBER 16, 1926, MAP BOOK 10, PAGE 89, ALAMEDA COUNTY RECORDS.

PARCEL TWO:

PORTION OF LOT 114, MAP OF ST. JAMES WOOD, FILED OCTOBER 16, 1926, MAP BOOK 10, PAGE 89, ALAMEDA COUNTY RECORDS, DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE EASTERN LINE OF ST. JAMES DRIVE, WITH THE SOUTHEASTERN LINE OF LOT 114, AS SAID DRIVE AND LOT ARE SHOWN ON SAID MAP; RUNNING THENCE ALONG SAID LINE OF ST. JAMES DRIVE, BEING ALONG THE ARC OF A CIRCLE HAVING A RADIUS OF 245 FEET (THE CENTER OF WHICH CIRCLE BEARS SOUTH 82° 22 ' 46 " WEST 245 FEET DISTANT) NORTHERLY A DISTANCE OF 26.50 FEET; THENCE NORTH 56° 52 ' 55 " EAST 153.86 FEET TO THE NORTHEASTERN LINE OF LOT 114; THENCE ALONG THE LAST MENTIONED LINE SOUTH 36° 54 ' EAST 27.50 FEET; THENCE ALONG THE SAID SOUTHEASTERN LINE OF LOT 114, SOUTH 57° 53 ' 37 " WEST 165.80 FEET TO THE POINT OF BEGINNING.

A.P.N. : 051-4813-017

*Assessor's Map 51 — St. James Wood (Bk. 10 Pg. 09), Scale 1" = 50ft. Code Area No. 18-000. Alameda County, CA.*

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Alameda_ )

On _June 01, 2017_ before me, _Patrick Siu, Notary public_
(insert name and title of the officer)

personally appeared _David Preston Addington_ ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

PATRICK SIU
Notary Public - California
Alameda County
Commission # 2154970
My Comm. Expires Jun 24, 2020