KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **STIPULATION TO CONTINUE HEARING AND MODIFY BRIEFING SCHEDULE REGARDING REORGANIZED DEBTORS' SEVENTY-NINTH OMNIBUS OBJECTION TO CLAIMS – CLAIM OF DAVID ADDINGTON (CLAIM NO. 3093)** <br><br> **[Related to Docket No. 10673]** <br><br> Date: February 15, 2022 <br> Time: 10:00 a.m. (Pacific Time) <br> Place: (Tele/Videoconference Appearances Only) <br>       United States Bankruptcy Court <br>       Courtroom 17, 16th Floor <br>       San Francisco, CA 94102 |

PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") on the one hand, and Creditor David P. Addington ("**Addington**") on the other hand, hereby submit this joint stipulation to continue the hearing and modify the briefing schedule set forth in the Court's *Scheduling Order on Seventy-Ninth Omnibus Objection to Claims as to David Addington (Proof of Claim #3093)* [Docket No. 11572] (the "**Scheduling Order**"), hereby stipulate and agree that the dates set forth in the Scheduling Order should be modified as follows:

1. The Reorganized Debtors' opening brief will be filed no later than December 29, 2021.
2. Mr. Addington's response brief will be filed no later than January 31, 2022.
3. The Reorganized Debtors' reply brief will be filed no later than February 9, 2022.
4. The hearing on the Reorganized Debtors' objection to the claim of Mr. Addington is continued to February 15, 2022, at 10:00 a.m. (Pacific Time).

Dated: December 21, 2021

KELLER BENVENUTTI KIM LLP

/s/ Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*

/s/ David P. Addington