# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: admin | Date Created: 12/23/2021 |
| Case: 19−30088 | Form ID: TRANSC | Total: 5 |

**Recipients of Notice of Electronic Filing:**
aty      Richard A. Lapping      rich@trodellalapping.com
aty      Thomas B. Rupp      trupp@kbkllp.com

                                                                                         TOTAL: 2

**Recipients submitted to the Claims Agent (Prime Clerk):**
intp      Willie & Ora Green      2845 Magnolia Street      Oakland, CA 97608
cr      Juli Kaprielian Ward      3795 N. Angus St.      Fresno, CA 93726
         JENNIFER L. DODGE, ESQ.      Law Offices of Jennifer L. Dodge Inc.      2512 Artesia Boulevard, Suite 300D      Redondo Beach, CA 90278

                                                                                          TOTAL: 3