

**Entered on Docket**
**December 22, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

Signed and Filed: December 22, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING AND MODIFY BRIEFING SCHEDULE REGARDING REORGANIZED DEBTORS' SEVENTY-NINTH OMNIBUS OBJECTION TO CLAIMS – CLAIM OF DAVID ADDINGTON (CLAIM NO. 3093)**<br>[Related to Docket No. 10673] |

The Court having considered the *Stipulation to Continue Hearing and Modify Briefing Schedule Regarding Reorganized Debtors' Seventy-Ninth Omnibus Objection to Claims – Claim of David Addington (Claim No. 3093)*, dated December 21, 2021 (the "**Stipulation**"),[1] entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") on the one hand, and Creditor David P. Addington ("**Addington**") on the other hand; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved. The Scheduling Order is modified as set forth below.
2. The Reorganized Debtors' opening brief will be filed no later than December 29, 2021.
3. Mr. Addington's response brief will be filed no later than January 31, 2022.
4. The Reorganized Debtors' reply brief will be filed no later than February 9, 2022.
5. The hearing on the Reorganized Debtors' objection to the claim of Mr. Addington is continued to February 15, 2022, at 10:00 a.m. (Pacific Time).

*** END OF ORDER ***

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

COURT SERVICE LIST

David P. Addington
298 Saint James Drive
Piedmont, CA 94611