

**Entered on Docket**
**December 22, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: December 22, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br>**ORDER DISALLOWING AND EXPUNGING CLAIM NO. 80878 (JULI WARD) PURSUANT TO REORGANIZED DEBTORS' SEVENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY / PASSTHROUGH CLAIMS)**<br>[Re: Docket No. 10537]<br>Date: December 21, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Zoom Videoconference)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

The Court, having considered the *Reorganized Debtors' Seventy-Sixth Omnibus Objection to Claims (No Liability / Passthrough Claims)* [Docket No. 10537] (the "**Seventy-Sixth Omnibus Objection**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan[1], the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and this Court having jurisdiction to consider the Seventy-Sixth Omnibus Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Seventy-Sixth Omnibus Objection and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Seventy-Sixth Omnibus Objection as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and upon consideration of the Proof of Claim filed by Juli Ward (Claim No. 80878), the Seventy-Sixth Omnibus Objection, the Declaration of Renee Records filed concurrently therewith, the response of Claimant Juli Ward filed on December 7, 2021 [Docket No. 11680] (the "**Response**"), the *Reply in Support of Reorganized Debtors' Seventy-Sixth Omnibus Objection to Claims with Respect to Proof of Claim No. 80878 Filed by Juli Ward* filed on December 16, 2021 [Docket No. 11711], and the arguments made at the hearing on the Seventy-Sixth Omnibus Objection held at the above-captioned date and time, with Thomas B. Rupp of Keller Benvenutti Kim LLP appearing on behalf of the Reorganized Debtors and Claimant Juli Ward appearing *pro se*; and this Court having determined that the legal and factual bases set forth in the Seventy-Sixth Omnibus Objection establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

/ / /

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Seventy-Sixth Omnibus Objection.

**IT IS HEREBY ORDERED THAT:**

1. The Seventy-Sixth Omnibus Objection is sustained with respect to the Claim of "Juli Ward / Cheyenne & Arapaho Tribes / Living Church of God / Fresno EOC / J. Arakelian / L. Kaprielian" (Claim No. 80878), for the reasons stated on the record.

2. The Response is overruled.

3. Claim No. 80878 shall be disallowed and expunged in its entirety.

4. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

## COURT SERVICE LIST

Juli Kaprielian Ward
3795 N. Angus Street
Fresno, CA 93726-5616