

HOLLAND & KNIGHT LLP
Thomas D. Leland (pro hac vice)
Leah E. Capritta (pro hac vice)
1801 California Street, Suite 5000
Denver, Colorado 80202
Telephone (303) 974-6660
Facsimile (303) 974-6659
Email: thomas.leland@hklaw.com
　　　　leah.capritta@hklaw.com

HOLLAND & KNIGHT LLP
Vito Costanza (SBN 132754)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450
Email: vito.costanza@hklaw.com

Attorneys for
TIGER NATURAL GAS, INC.

Signed and Filed: December 22, 2021

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br>**PG&E CORPORATION,**<br>-and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>　　　　Reorganized Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | CASE NO. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER ON TIGER NATURAL GAS, INC.'S MOTION FOR RELIEF FROM PLAN INJUNCTION AND REORGANIZED DEBTORS' PARTIAL OBJECTION TO TIGERS CLAIM NO. 64096**<br><br>Date:　December 21, 2021<br>Time:　10:00 AM<br>Judge:　Hon. Dennis Montali |

The Court, having reviewed Tiger Natural Gas, Inc.'s ("Tiger") Motion for Relief from the Plan Injunction (Dkt. 11535), Reorganized Debtors' Opposition (Dkt. 11672), Tiger's Reply (Dkt. 11692), all related submissions, and being fully advised herein,

1. GRANTS Tiger's Motion in its entirety, for the reasons stated in the Court's Corrected Tentative Ruling (Dkt. 11714);

2. DROPS Tiger's Motion from the December 21, 2021 calendar in light of the Court's ruling (Dkt. 11714); and

3. DROPS Reorganized Debtors' Partial Objection to Tigers Claim No. 64096 (Dkt. 11700) from the January 18, 2022, 10:00 AM calendar without need of a response to the Partial Objection from Tiger.

****END OF ORDER****