**Entered on Docket**
**December 27, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: December 26, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

WEIL, GOTSHAL & MANGES LLP
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br>    - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>    Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER APPROVING STIPULATION BY AND AMONG REORGANIZED DEBTORS AND CLAIMANTS LAURA CARLSEN REILLY AND JASON CARLSEN** |

Case: 19-30088    Doc# 11750    Filed: 12/26/21    Entered: 12/27/21 10:30:08    Page 1 of 4

The Court having considered the *Stipulation By and Among Reorganized Debtors and Claimants Laura Carlsen Reilly and Jason Carlsen*, dated December 23, 2021 [Dkt. No. 11747] (the "**Stipulation**"),[1] entered into by PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" and as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**") on the one hand, and Laura Carlsen Reilly and Jason Carlsen ("**Claimants**," and together with the Reorganized Debtors, the "**Parties**"), on the other hand; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The Utility Proofs of Claim were timely filed.

3. Upon the date of the entry of this Order, the Plan Injunction shall be modified, solely to permit Claimants to liquidate the claims against the Utility asserted in the Utility Proofs of Claim by prosecuting the State Court Action through final judgment and any appeals thereof, but not to permit enforcement of any such judgment, which judgment, if any, shall be recoverable solely as an unimpaired General Unsecured Claim in accordance with the Plan and through the claims reconciliation process in these Chapter 11 Cases.

4. Upon the date of the entry of this Order, this Stipulation shall be deemed an objection by the Reorganized Debtors to each of the Utility Proofs of Claim, and each Utility Proof of Claim shall be considered a Disputed Claim. Each Utility Proof of Claim shall be deemed an Allowed Claim on the earlier of (a) the date on which the Utility Proof of Claim becomes an Allowed Claim pursuant to written agreement between the claimant and the Reorganized Debtors, or (b) forty-five (45) days after one of the Parties files notice in the Bankruptcy Court that a judgment liquidating the underlying claim has been entered in the State Court Action and all appeals from such judgment have been concluded or the time to appeal has

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

expired, provided that if, as permitted by paragraph 4(a) hereof, the Reorganized Debtors further object to the Utility Proof of Claim on any specific grounds not adjudicated by a final judgment in the State Court Action, the Utility Proof of Claim shall remain Disputed and shall not be Allowed without further Order of the Bankruptcy Court.

5. Within 45 days of the date of the entry of an order approving this Stipulation, (i) Claimants shall cause the dismissal with prejudice of PG&E Corp. from the State Court Action; (ii) the Utility shall file a responsive pleading to the Complaint in the State Court Action.

6. Nothing herein is intended, nor shall it be construed, to be:

   a. a waiver by the Reorganized Debtors, of any right to object to the Utility Proofs of Claim on any specific grounds not adjudicated by a final judgment in the State Court Action, or

   b. a waiver by Claimants of their rights to oppose any asserted challenge to any Utility Proof of Claim, or

   c. a waiver by Claimants of a right to a jury trial or to seek withdrawal of the reference to the District Court to any asserted challenge to any Utility Proof of Claim, or

   d. a waiver by any Party of any claim or defense in the State Court Action, all of which are preserved.

7. For purposes of the conduct of the State Court Action, the Parties through their counsel may enter into other stipulations in or with regard to the State Court Action, including without limitation stipulations relating to discovery matters, motion practice, the form or presentation of evidence, or the conduct of the trial. Such stipulations shall be enforceable by the State Court (not the Bankruptcy Court) in accordance with statutes, rules, and procedures applicable to the State Court Action.

8. The Stipulation shall be binding on the Parties and each of their successors in interest.

9. The Stipulation shall constitute the entire agreement and understanding of the Parties relating to the subject matter thereof and supersedes all prior agreements and understandings relating to the subject matter hereof.

10. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order or the Stipulation. For avoidance of doubt, this provision shall not apply to stipulations in the State Court Action as contemplated in Paragraph 6 above.

APPROVED AS TO FORM AND CONTENT:

Dated: December 22, 2021

**RIBERA LAW FIRM**

/s/ *Sandra Ribera Speed*

Sandra Ribera Speed
*Attorneys for Claimants Laura Reilly and Jason Carlsen*

Dated: December 22, 2021

**THE FA FIRM**

/s/ *Sophia Achermann*

Sophia Achermann
*Attorneys for Claimants Laura Reilly and Jason Carlsen*

*** END OF ORDER ***