Dario de Ghetaldi (SBN 126782)
Amanda L. Riddle (SBN 215221)
**COREY, LUZAICH
DE GHETALDI & RIDDLE LLP**
700 El Camino Real
P.O Box 669
Millbrae, California 94030
Telephone: (650) 871-5666
Facsimile: (650) 871-4144
deg@coreylaw.com
alr@coreylaw.com

Eric Gibbs (SBN 178658)
Dylan Hughes (SBN 209113)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
dsh@classlawgroup.com

Michael S. Danko (SBN 111359)
Kristine K. Meredith (SBN 158243)
**DANKO MEREDITH**
333 Twin Dolphin Drive, Suite 145
Redwood Shores, California 94065
Telephone: (650) 453-3600
Facsimile: (650) 394-8672
mdanko@dankolaw.com
kmeredith@dankolaw.com

Attorneys for
*Peter Rydell, et al.*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>&<br><br>**PACIFIC GAS AND ELECTIC COMPANY,**<br><br>Debtors.<br><br>Affects:<br>☐ **PG&E Corporation**<br>☐ **Pacific Gas & Electric Company**<br>☒ **Both Debtors**<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br><br>**DECLARATION OF AMANDA L. RIDDLE IN SUPPORT OF MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL** |

I, Amanda L. Riddle, declare as follows:

1. I am an attorney duly admitted to practice before all courts of the State of California, including the Northern District.

2. I am an attorney with Corey, Luzaich, de Ghetaldi & Riddle LLP ("Firm"), attorney of record for Bankruptcy claimants, Peter Rydell, P.R., a minor child, and Peter Rydell DBA Lens Apiaries.

3. I am informed and believe that facts set forth in this Declaration are true of my personal knowledge, and if called upon to do so I could and would competently testify to these facts.

4. On or around January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company ("Debtors") filed voluntary petitions for bankruptcy under Chapter 11 of Title 11 of the United States Code, initiating bankruptcy case number 19-30088 in the Bankruptcy Court for the Northern District of California ("Bankruptcy Case").

5. On May 17, 2019, Peter Rydell signed a retainer agreement ("Agreement") on behalf of himself and P.R., a minor child, and on September 23, 2019, Peter Rydell signed an Agreement on behalf of Lens Apiaries with the Firm, engaging the Firm for legal representation in connection with their legal action against PG&E Corporation and Pacific Gas and Electric Company for damages caused by the Camp Fire.

6. On October 15, 2019, the Firm filed Claim No. 61207 on behalf of Peter Rydell, Claim No. 70187 on behalf of P.R., a minor child, and Claim No. 61080 on behalf of Peter Rydell DBA Lens Apiaries.

7. On December 20, 2019, the Firm filed Amended Claim No. 91580 on behalf of Peter Rydell DBA Lens Apiaries.

8. On October 20, 2021, I communicated with Peter Rydell. As a result of that conversation, it was clear to me that the attorney-client relationship had indeed broken. down irreconcilably and that, furthermore, ethical consideration required the Firm's withdrawal.

9. On October 27, 2021, I sent to Peter Rydell the Fire Victim Trust Updated Attorney Representation forms. To date, Mr. Rydell has not returned the completed forms.

10. On November 2, 2021, I further communicated with Mr. Rydell and those communications confirmed my belief that withdrawal was necessary.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 28, 2021, at Millbrae, CA.

_____
Amanda L. Riddle