**FILED**

DEC 2 7 2021

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Date   12/18/2021

1. HEARING REQUEST ORAL ARGUMENT AND NOTICE 2002-1
2. Judge Montali's Letter of Reconcideration
3. 2002-1 Notices  (a) Who Shall Give Notice.  Memorandum of Points and Authority Commencement and Amendment
4. OBTAINING CONTINUANCE UNDER SEAL AND MOTIONS AN ABSTRUCTION OF PROCEDURE AND SUPPORTING INCLUSIVE TO A FINAL DECREE eveing a Chapter 13 Pitition for Amendment; regarding THIRD AMENED GENERAL ORDER 40
5. Motion to Seal Documents or Re and/or REQUEST AUTHORIZATION OF CONFIDENTIALITY
6. ISSUANCE OF ORDER EXAMINIATION
7. Sactions and Penalties for No-Compliance
8. NOTICE OF ARGUEMENT RELAVANCE ALLOWABLE CLAIMED FORMALLY CONSENT
9. 1002-2. COPIES(C) CHAMBERS COPIES by REQUEST FROM THE Judge in DISPOSTION ON GENERAL FACT TO LAW CONCLUSION
10. Supplementary Material regarding NATURE OF SUITE
11. Filiung Other Pleadings  Cover  Sheet Motions in Advarsary Proceeding
12. ARGUMENT RELAVANCE ALLOWABLE CLAIM (81398) in ORDER CHAPTEF AMENDMENT REQUEST. On September 29th, 2021 the Court Validaced held a Telephonic Hearing on Debtor's Disposition on General Claim Default

Regarding,

Lorraine Gonsalves

OFFICIAL genuine POST CARD, and email REGISTRY with Prime Clerk
the 2021 banruptcy procdings pititioning abusesive reaffirmation
of debt & Materially fraudualant statements is probable good cause
change chapter CHAPTER RELIEF.

I contend to impress Prime Clerk set me a second claim number upon
initial REGISTRY. They sent me two POST CARDS. I recieved one email
REGISTRY CONFIRMATION. MY NAME and exact timing in current location
asto ZONE-DISTRICT demographic STATE CHANGES, even Court changes.
on both POST CARDS. This POST CARD IS A MISTAKE. Although these
POST CARDS were addressed to me , the Prime Clerk website for PROOF
OF CLAIM NUMBER was assigned to annother NAME. I discovered this
before the September 29th Hearing when the Judge Montali resquest doc-
uments for Court. Again, the Court sent me a second POST CARD with
an OFFICIAL PROOF OF CLAIM NUMBER I explained reasoning Judge Mon
Hearing Conferance call dialog ARGUEMENT DEFAULT AND THE OTHER NAME
ASSIGNED to the Prime Clerk wbsite for the PROOF OF CLAIM NUMBER
(#87242) and any of thier information happened to be removed but
my NAME AND INFORMATION DUPLICATED to continue. Again, I explained
reasoning Judge Montali's Confereance call ARGUEMENT for an AMEND-
MENT.


I contend to impress L. R. 2001-1. Mail Redirection(a(, and (b) a
consent, objection, and resaning for CHAPTER CHANGES, but L. R.
9006-1 Enlargement or Shortening of Time asto 9013-3. Service -
esstopel before the Conferance Call Hearing on September 29th, 2021,
THANAS, I contend to impress 9013-2. Motions; to Whom Made is recken-
ing a Creditor PROOF OF CLAIM Assigned Case(a). I contend
impress CORECTION to Prime Clerk's Website APPLICATION OBSTRUCTION

is a fault in promuligated juridictional law, inthatwhich has to
with the 2020 Summary of Court-Related Legislation .Judicial Council
of California Governmental Affairs Noveber 2020.  Therefore, the
Prime Clerk responded to the Judge's decision and changed the NAME
mistakenly Assigned to the Prime Clerk website PROOF OF CLAIM(#87242)
Although, the NAME and ADDRESS on each POST CARD is CORRECT.

Again, I contend to impress 9041-1. Eligibility Cases(a) Employment
Compensation of professional, (c) Objections to discharges  under
11 U. S. C S 727, except where such OBJECTIONS are joint  with dis-
putes over discharge ability of debts under 11 U. S. C. S 523; an
(d) matters involving contempt or other types of sactions

Thereto, i contend to impress ACTION ALREADY HAPPENED regarding The
9040-1. Bankruptcy Dispute Resolution Program in the united State
Bankruptcy Court for the Northern District of California. 9040-2.
Purpose and Scope (a) Purpose being ADR Optiong SETTLEMENT RESPONSE
Dated in June 2021. After  the Fact, locality arrangement for
residance status explained to the Judge.
Thereas, the matter even regarding MAIL recieved for Alternative Dis-
pute Resolution through otherwise a DISTRICT. These Optioning use
of mail delivery, and email upon APPLICATION.

I contend to impress 1002-2. Copies.(a) Initial Documents have a
reciept by mail.

Icontend to impress 1002-2. Copies.(c) Chambers copies was sent by
mail and I have a reciept.

Moreover, I contend to impress Exempt Property 4003-1. (a)for
REQUEST ORDERS Setting Apart Exemptions pertaining to Jurisdiction
law arrangement and/but REQUEST AUTHORIZATIONAL use of SCHEDULING
orders for a General Reference (b) Pending District Court Proceed-
ing. However, the 9013-2. Motions; To Whom Made is determined by
the Judge to whom the case or preceeding assigned, except as may
otherwise ORDERED in the  Judges discretion, or upon request by coun-
cil and with the Judges APPROVAL, a MOTION may be determined with
oral arguement, or by conference call by telephone. I believe the
Judge-Judge Montali's HEARING DECISION is favor of equal opportunity
regarding the UNOPPOSED docket numbers subscribed a decemenation
of information as well.

I contend to impress List of Related Cases 1015-1. Related Cases(a)
Defined, (b) Notice of Related cases, (c) Transfer without imposi
19-30088 hearby humbly request.

I contend to impress 9047-1. Confidentiality. Whenas I was told No
about Confiedentiality "without subject to any of the protection
(a) BDRP Conference, Statement Referral B. L. R Eved. 408 and by
Bankruptcy Rule 7068 asto No written Agreement will be.  This part
of the UNOPPOSED is OBSTRUCTED.
I happeded to have arguement of case by phone with a court Attorney
prior to Hearing.
I contend to impress 5005-1. Electronic Case Filing PART V. COURT
clerks is hereby request-possible Advocate support to the Electronic
Case Filing(ECF).
I contend to impress probalbe cause for a pro ad hoc 5005-1. (b)

Mandatory Attorney Use of ECF System Account-AccountIIdentificati

(a) of 2015-1. Funds of the Estate to (b  Compliance with

11 U. S. C. S 345;

(c) Investment of Bankruptcy Estate Assets In U. S. Treasury

Instruments.   Along with, the Civil Local Rule 11-1, as incorporated

by B. L. R. 1001-2(B)(2).   Next, I contend to impress (c) Electric

Filing of Documents but/and bankruptcy Rule 5003 challenge conflect

of interest SCOPE relationship Rules asto unapplicable measure

in civility on (b) Factual Dispute of 3003-1. Filing proof of Cla

or interest in Chapter 11 Cases: 3007-1. Objections to Claim  for

the incorporation aspect of things.


I contend to impress 2015-2. monthly Operating Report (a) Gases

inwhich Reports Are Required, (e0 modification of Reporting Require-

ments asto a defense Per se pro duty regarding Books and Records

issue remedy.


I contend to impress 7003-1. Cover Sheet, and 7007-1. Motions in

Adversary Proceding for a 4004-1. Delayed Discharges of Individual

in chapter 11, 12 and Chapter 13 Cases 19-30088 Debtor's in Poses-

sion is contract that the PART VI. COLLECTION AND LIQUIDATION OF

ESTATE Aasto multiply employment and business OBSTRUCTION  promul

igation 6004-1. Motions to Sell Free and clear of Liens and Other

Interests. (d) Form of Order(s).

Besides the fact, I am at a position of accomplishemt  that is full

cirlce inthatwhich I contend to impress My PROOF OF CLAIM was mailed

sealed APBLICATION asto DISCOVERY Personal and Incorporations for

Request Authorization of an AMENDMENT due deadline 10/21/2021 of

Civil Local Rule (b) modification. 1001-2. that the Dates of my cased-
claim with 19-30088 is over lapping deadlines securing 9015-1
jury trial of Right. I contend to impress 9021-1 Submission of Orders
(a) Prior to Hearing is-is further efforts to fact of concelment
pertaining to records 2003 prior accord OBSTRUCTION. Sugestively
speaking, 90033-1. Procedure on Bankruptcy Courts findings Proposed
findings of Fact and Conclusions of Law is AFFINITY FRAUD due to
the unreasonable amount of corpus legislative practice. this cause
excess waste environmentalyy and resource abuse in/of supply and
demand even as emergency when traffic liability exist. Now, the
Hearing of Sept. 29th, 2021 is 11/09/2021 Hearing AURGUMENT
pertaining to 4001-2. motion to extend or impose an Automatic Stay
for CHapter 11.

Respectfully,

Lorraine Gonsalves

Lorraine F. Gonsalves                                      10/31/2021
5747 21st Avenue
Sacramento, CA 95820

            Per se pro,

                UNITED STATES BANKRUPTCY COURT
                NORTHERN DISTRICT OF CALIFORNIA
                    SAN FRANCISCO DIVISION
             450 Goldon Gate Avenue, Courtroom
                     California, CA 94102


KELLER BENVENUTTI KIM LLP          PG&E CORPORATION Claims
Tobias    S. Keller(#151445)       Processing Center
(tkeller@kbkllp.com)               c/o Prime Clerk LLC
Per J. Benvenutti(#60566)          850 3rd Avenue, Ste. 412
(pbenvenutti@kbkllp.com)           Brooklyn, NY 11232
Jane Kim(#298192)                  pgeinfo@primeclerk.com
(jkim@kbkllp.com)                  (844)339-4217
650 California Street, Ste 1900
San Francisco, CA 94108
(415)496-6723
(415)636-9250


In Re:                        ) Bankruptcy Case No. 19-30088(DM)
                              )
PG&E CORPORATION              ) Chapter 11
                              )
        -and-                 ) (lead Case)(Jointly Admininsted)
                              )
Pacific Gas and Electric      ) ARGUEMENT RELAVENCE ALLOWABLE CLAIM
Company                       ) (#81398) inORDER CHAPTER AMENDMENT
                              ) REQUEST.  On September 29th, 2021
                              ) the Court VALIDATED held a tele-
                              ) phonic hearing on Dedtors' disp
                              ) ition on general claim default
_____)

I, Lorraine Gonsalves, general claimantwith PG&E CORPORATION and/or

Pacific Gas and Electric Company Bankruptcy Case No. 19-30088 attend-

ance of September 29th 2021 telephone hearing, but address court

documents on docket Case 19-30088 Doc#11368 Filed 10/04/2021 Entered

10/04/2021 12:18:09 and Case: 19-30088 Doc#11298 Filed: 09/22/2021

Entered: 09/22/2021 19:08:11. Along with, Case : 19-30088 Doc#11303

Filed: 09/24/2021 Entered: 09/24/2021 11:47:55; retro action correct-

ion and/or VALIDATION. THENAS, I contend to impress I have a genuine

rict Court of California Eastern as Exhibit even amongst the init
documents I sent as a CERTIFICATE that I created but now an Exibi
showing RELATED CASES.  Thereto, the case was split into 2 cases.
at the Court of the Eastern District of California in Sacramento.
Next, I contend to impress writings created for the U. S. Supreme
Court but presented informally snet to DC Civil Rights requesting
service relief asto being cased structured. I recieved NO REPLY.

When the year 2017 came around I met a couple of people that coul
help with wellness to disability coping.

Now, I found and refereenced to SUTTER MEDICAL AND ANTHEM BLUECRO
THAT some things onced Identified can be cured.  i gave this toth
in 2021  Thanking me for not filing a claim against them.

I contend to impress 8003-1. Procedure for Challemging Bankrupcty
Court's Authority to Enter Final Order or Judgement.  I contend t
impress 8018-1. Time for Filing Briefs an/or 8019-1. Oral Argueme
Examplifation OBSTRUCTED scem.
I contend to impress OBSTRUCTION 1013-1. Motin Papers (a) Matters
Covered by the Rules; otherthan, (c) Supplermentyary Material to
Exibit a form leanght or affidavit/declaration adjustment in use
of content.

Respecifully,

Lorraine Gonsalves

Lorraine F. Gonsalves
5747 21st Avenue
Sacramento, CA 95820

Per se pro:

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
450 Golden Gate Avenue, Courtroom
California, CA 94102

KELLER BENVEN    KIM LLP
Tobias    S. Keller(#151445)
(tkeller@kbkllp.com)
Per J. Benvenutti(#60566)
(pbenvenutti@kbkllp.com)
Jane Kim(#298192)
(jkim@kbkllp.com)
650 California Street, Ste 1900
San Francisco, CA 94108
(415)496-6723
(415)636-9250

PG&E CORPORATION Claims
Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Ste. 412
Brooklyn, NY 11232
pgeinfo@primeclerk.com
(844)339-4217

| | |
|---|---|
| I Re: | ) Bankrupcy Case No. 19-30088(DM) |
| | ) |
| PG&E CORPORATION | ) Chapter 11 |
| | ) |
| -and- | ) (lead case)(Jointly Administere |
| | ) |
| Pacific Gas and Electric | ) Filing Other Pleading |
| Company | ) Cover Sheet |
| | ) Motions In Adversary Proceeding |
| | ) |

I, Lorraine Gonsalves, general claimant contend to imppess 5011-1

General Referance OBSTRUCTION; (b) Pending Disict Court, under CO

LOR OF LAW disposing of MANNER asto restrict time.

I contend to impress the FACT the interest rate is a federal situ

connected to the CENTRAL COURT.

I contend to impress the FACT OF TAX issue pertaing to 2017, and

2009.

I contend to impress the FACT that I am an Artist/Writer/Author/

Inventor that I happend to write a case structuring for the DSist

nothing for us as a people.  Grammerly, the definitions to the no

pertaining to things is problem that increases the interest rate

Presentingly, I contend to impress EXHIBITS pertaining to PG&E fi

ings at the Secretary of States Office pictures too for acknowled

ment.  i contend to impress the FACT possible filings for Victims

of Corporate Fraud APPLICATION OF PAYMENT and/or ATTACMENT A.


I contend to impress the FACT 9010-1. Appearance of Corperationso

or Partnership Through Council (c) Excepted matters OBSTRUCTED.


Conclusionarily, I contend to impress FACT that the Secretary of

State Administrative results document inappropriate filings of re

cent year activity during bankruptcy Court procedings because the

is pockets of construction coming and going all over Northern

California.

Respectfully,

Lorraine Gonsalves

Lorraine F. Gonsalves
5747 21st Avenue
Sacramento, CA 95820

Per se pro;

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
450 Golden Gate Avenue, Courtroom
California, CA 94102

KELLER BENVEN    KIM LLP
Tobias    S. Keller(#151445)
(tkeller@kbkllp.com)
Per J. Benvenutti(#60566)
(pbenvenutti@kbkllp.com)
Jane Kim(#298192)
(jkim@kbkllp.com)
650 California Street, Ste 1900
San Francisco, CA 94108
(415)496-6723
(415)636-9250

PG&E CORPORATION Claims
Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Ste. 412
Brooklyn, NY 11232
pgeinfo@primeclerk.com
(844)339-4217

| | |
|---|---|
| In Re: | ) Bankruptcy Case No. 19-30088(DM |
| | ) |
| PG&E CORPORATION | ) Chapter 11 |
| | ) |
| -and- | ) (lead)(Jointly Administered) |
| | ) |
| Pacifica Gas and Electric Company | ) Suplentary Material regarding NATURE OF SUITE |
| | ) |
| | ) |

I, Lorraine Gonsalves, general claimant ID-1 Purpose tort Award

appropriation in expert Person, regardless of credit.  The provis

ions in this CHAPTERING is STANDARD deciet for recovery of Mariti

commensment compensation schedule of fees and taxes for insurance

asto it traces to my auto carrier as well.

this Alterest effect of insurance business is eronious invention

liability to allow a rate otherwise project.

Thes pilot projects have become uniform drilling event for DIVERS

PUNATIVE DAMAGES in TAX(252, 104, and possible 40).  The RE  DOES

time expiring.at the Secretary of States Office inthatwhich, serv
of an OBUDSMAN.

I contend to impress I recieved this MAIL of a PROOF OF CLAIM UPO
claim Injury casaed to Workers' Compensation. i contend to impres
the fact I had to FIREDmy Attorney.  i contend to impress the FAC
that a RETALIATION COMPLAINT is being filed reciepted.

I contend to impress the FACT thier is some kind of carve-out iss
Contractually connected to the BANKRUPTCY COURT.

I contend to impress the FACT I had a business that recently clos
but I have proctuct separate from it.  Moreover, i contend to imp
the FACT DIVERSITY scrutiny asto Supremecy disrupts business of a
overall service to draw conclusion practically.

I contend to impress I have an EDUCATION in technology with a hig
end trades degree and multiply certifications or traing. I conten
to impress the FACT that I had to secure multiply teams in techno
ogy service support, evening the workforce demand for an informal
or formal Judgement in favor of an AWAER $5,000,000.00 Totaling
case structure in lawsuites for this proceding.  I contend to imp
SACRAMENTO SUPERIOR COURT SMALL CKAIMS ITEMIZED DAMAGES LIST to
value in evening punative, retaliation, concealment, and indebtab
ility regarding the promuligated affairs of Acts of Law.

Respectfully,

Lorraine Gonsalves

Lorraine F. Gonsalves
5747 21st Avenue
Sacramento, CA 95820

Per se pro,

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
450 Goldon Gate Avenue, Courtroom
California, CA 94102

KELLER BENVEN    KIM LLP
Tobias   S. Keller(#151445)
(tkeller@kbkllp.com)
Per J. Benvenutti(#60566)
(pbenvenutti@kbkllp.com)
Jane Kim(#298192)
(jkim@kbkllp.com)
650 California Street, Ste 1900
San Francisco, CA 94108
(415)496-6723
(415)636-9250

PG&E CORPORATION Claims
Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Ste. 412
Brooklyn, NY 11232
pgeinfo@primeclerk.com
(844)339-4217

| In Re: | ) | Bankruptcy Case No. 19-30088(DM |
| | ) | |
| PG&E CORPORATION | ) | Chapter 11 |
| | ) | |
| _and- | ) | (lead case)(jointly)Administere |
| | ) | |
| Pacific Gas and Electric Company | ) | NOTICE OF ARGUEMENT RELAVENCE A |
| | ) | LOWABLE CLAIM INFORMALLY CONSEN |
| | ) | 1002-2. COPIES(c) CHAMBERS COPI |
| | ) | by request from the judge in or |
| | ) | to CHAPTER AMENDMENT RELIEF OF |
| | ) | DISPOSITION ON GENERAL FACT TO |
| | ) | LAW CONCLUSION |

I, Lorraine Gonsalve, an a general claimant ORDERED through the u

of 1007-1. Use of Paactice Forms applied formally when I happend

to be dealing with Identity Theft Fraud.

I contend to impress 1015-1. Related Cases ¶a) defined and a JURI

DICTIONAL issue; but. (b) Notice of Related Cases; regarding OBST

CTION[Scale-Tabling] ENDORSED CIVILLY. I contend to impress mult

law inforcement Reports, and Restraining Orders. Also, I contend

to impress probalbe cause possible improper filing or none due to

Lorraine F. Gonsalves
5747 21st Avenue
Sacramento, CA 95820

Per se pro;

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
450 Golden Gate Avenue, Courtroom
California, CA 94102

KELLER BENVEN    KIM LLP
Tobias   S. Keller(#151445)
(tkeller@kbkllp.com)
Per J. Benvenutti(#60566)
(pbenvenutti@kbkllp.com)
Jane Kim(#298192)
(jkim@kbkllp.com)
650 California Street, Ste 1900
San Francisco, CA 94108
(415)496-6723
(415)636-9250

PG&E CORPORATION Claims
Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Ste. 412
Brooklyn, NY 11232
pgeinfo@primeclerk.com
(844)339-4217

| In Re: | ) | Bankruptcy Case No. 19-3088(DM) |
|---|---|---|
| PG&E CORPORATION | ) | Chapter 11 |
| —and— | ) | (lead)(Jointly Admininstered) |
| Pacific Gas and Electric Company | ) | Sanctions and Penalties for Non Compliance |

I, Lorraine Gonsalves, general claimant

(c) Excepted Matters. Nothing herein shall preclude a corporation, partnership, or any entity other than a natural person from filing a proof of claim, an application for compensation, a reaffirmation agreement, or from appearing at a meeting of creditors through an officer or other authorized agent. 9011-1. Sanctions and Penalties for Non-compliance. Any petition, schedule, statement, declaration, claim or other document filed and signed or subscribed under any method (digital, electronic, scanned) adopted under the rules of this Court shall be treated for all purposes (both civil and criminal, including penalties for perjury) in the same manner as though manually signed or subscribed. Failure of counsel or of a party to comply with any provision of these rules or the Bankruptcy Rules shall be grounds for imposition by the Court of appropriate sanctions.

Respectfully,

Lorraine Gonsalves

Lorraine F. Gonsalves
5747 21st Avenue
Sacramento, CA 95820

Per se pro:

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
450 Golden Gate Avenue, Courtroom
San Francisco, CA 94102

KELLER BENVENUTTI KIM LLP
Tobias   S. Keller(#151445)
(tkeller@kbkllp.com)
Per J. Benvenutti(#60566)
(pbenvenutti@kbkllp.com)
Jane Kim(#298192)
(jkim@kbkllp.com)
650 California Street, Ste 1900
San Francisco, CA 94008
(415)496-6723
(415)636-9250

PG&E CORPORATION Claims
Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Ste. 412
Brooklyn, NY 11232
pgeinfo@primeclerk.com
(844)339-4217

| | |
|---|---|
| In Re: | Bankruptcy Case No. 19-30088 |
| PG&E CORPORATION | Chapter 11 |
| -and- | (Lead)(Jointly Administered) |
| Pacific Gas and Electric | ISSUANCE OF ORDER EXAMINATION |
| Debtors | |

I, lorraine Gonsalves, general claimant hereby REQUEST AUTHORIZATION

FOR ORDER REGARDING 2004-1. Examination (a) Issuance of Order to

WEBINAIR VIDEO HEARING SCHEDULED.  I contend to impress material

expert evidence.

Respectfully,

Lorraine Gonsalves

to disability dwelling wotrkJobsite arrangements in 2019.  Next,

i happen to buy my own computer labtop begining 2020.

Please understand California under Article III  STATE OF CALIFORN

IS INSEPRETABLE Sect. 1. pertaining to § 523, § 521, inthatwhich

generally leads to IRC 115 is DISCOVERY DISPUTE ABLE CONDITION in

residence where i no longer participate.that can severely limit

granting of an AMENDMENT TO JUDGEMENT furhter imply releif under

FRBP 9023 obtaining continuance MOTION to schedule a HEARING TO H

A TELEPHONIC CONFERENCE TO RESOVLE NON_Common stipulation of prob

Civil Local Rule 37-1 . terpitude and/or abcents in REPRESENTATIO

DEscription to a region social service, even rehabilitation.

I contend to impress the ZONING AREA  to  service is in Fraud per

taining to the community zip code for inplyed CONSTRUCTION CONDIT

IS concidered cognizant Good FAITH.

Again, I contend to impress the GRANTING of an AMMENDMENT TO JUDG

MENT ORDER FOR RELIEF under FRBP 9023: FRBP 2004 examination abou

my case record claim D. Communications with Chambers' Staff FRBP

90039a) , all[.dll] after the Fact.   Ihave submited documents to C

Copyrights Office in regard to 5 Applications.  One Application i

for aSECURE TEST for Wifii Acquesition Liability December 2021.

This TEST will bring together certain Casees in reliability of si

demure.  In addition, I have product and expert witness for Video

Webeniar.

Respectfully,

Lorraine Gonsalves

to light our system of education, business, copyright, but patent law OBSTRUCTION ABUSE is an impractical law study that I want no part of indicating hostility conceptualized to a proceding establ ment a just casue Timed-Table Points of Authority STATE OF CALIFO PITITION, but Purchase of PG&E CORPORATION  and  Pacific Gas and Electric Company.

Overtluy,  the hardship and adversity I'm dealing with is a DECLA ATION OF JURISDICTION approach that is consecutive in filing righ in Per se towaRD an exemtion due status check regarding confict, demure, and Madatory revised accoredance in professional when the definitional use of it has been changed to profession amongst leg islature body of law bills not appropriated in relationship to su port my PROFESSIONAL CREDITIALS as admitted EXHIBIT
I contend to impress my Visual Communicatons Associsates of Art T Degree Specializing in digital Video Production educational crite graded assignment based work EXHIBITED REPORT as confirmation on Graduation of School INSTITUTION called Collins College formerly Al Collins Grafic Design School REGISTARED RECIEPT OF MAIL PROOF dated and sent in the spring og 2016, whenas I Last spoke about m transcripts even though it closed a month later.   Please underst wellness is not repspected amongst the percision medicine plythe currently now being condoned REGULATION promulagated pattern for III. OTHER PRACTICIES AND PROCEDURES  K. Stipulations for Relief Stay  that generally can be relied upon in M. Conflicts Checks sc , interest, but ORDERS leading into 2021.

Again, I contend to impress documents written and prepared by me signature to NOTICE RECIEPT OF ACKNOWLEDGEMENT  LIST OF DOCUMENTS FOR RELATED CASES  ADR SETTLEMENT?CASE MANAGEMENT AND EXHIBITS. I

Lorraine F. Gonsalves
5747 21st Avenue
Sacramento, CA 95820

Per se pro,

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
450 Golden Gate Avenue, Courtroom
San Francisco, CA 94102

KELLER BENVENUTTI KIM LLP
Tobias  S. Keller(#151445)
(tkeller@kbkllp.com)
Per J. Benvenutti(#60566)
(pbenvenutti@kbkllp.com)
Jane Kim(#298192)
(jkim@kbkllp.com)
650 California Street, Ste 1900
San Francisco, CA 94108
(415)496-6723
(415)636-9250

PG&E CORPORATION Claims
Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Ste. 412
Brooklyn, NY 11232
pgeinfo@primeclerk.com
(844)339-4217

| | |
|---|---|
| In Re: | ) Bankruptcy case No. 19-30088 |
| | ) |
| PG&E CORPORATION | ) Chapter 11 (DM) |
| | ) |
| -and- | ) (Lead)(Jointly Administered) |
| | ) |
| Pacific Gas and Electric | ) Motion to Seal Documents or Red |
| Compant | ) REQUEST AUTHORIZATION OF |
| Debtor, | ) CONFIDENTIALITY |

I , Lorraine Gonsalves, ma General Claimant hereby Ask Judge Mont

a manner of disposition in compassion of claim even regarding a d

wide ESTOPPLE in Authorization of Request is preses service agent

the PRIME CLERK.regarding 5005-1. Electronic Filing permit OBSTRU

ESTABLISHED BY PART V COURTS AND CLERKS  PRACTICES AND PROCEDURES

appearing MADATORY litigant means a TEMPOARY STATNDING REQUIREMEN

DATED March 2020, even concured eveidance written as THIRD AMENDE

GENERAL ORDER #0 executionary contracts, leases, morgage, and/or

renouned exclusive publishment securities challeng able asto aqqu

aquisition but validTEE.    Again, the subject matter oposition

Lorraine F. Gonsalves
5747 27st Avenue
Sacramento, CA 95820

Per se pros

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
450 Golden Gate Avenue, Courtroom
San Francisco, CA 94102

KELLER BENVENUTTI KIM LLP
Tobias    S. Keller(#151445)
(tkeller@kbkllp.com)
Per J. Benvenutti(#60566)
(pbenvenutti@kbkllp.com)
Jane Kim(#298192)
(jkim@kbkllp.com)
650 California Street, Ste 1900
San Francisco, CA 94108
(415)496-6723
(415)636-9250

PG&E CORPORATION Claims
Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Ste. 412
Brooklyn, NY 11232
pgeinfo@primeclerk.com
(844)339-4217

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy Case No. 19-30088 |
| | ) | |
| PG&E CORPORATION | ) | Chapter 11 (DM) |
| | ) | |
| -and- | ) | (Lead)(Jointly Administered) |
| | ) | |
| Pacific Gas and Electric | ) | OBTAINING CONTINUANCE UNDER SEAL |
| Company | ) | MOTIONS  OBSTRUCTION NOTICE OF |
| | ) | PROCEDURE AND SUPPORTING INCLUSIVE |
| | ) | TO A FINAL DECREE evening a Chapter |
| | ) | 13 PITITION FOR AMENDMENT; regarding |
| | ) | THIRD AMENDED GENERAL ORDER 40 |

I lorraine Gonsalves, am General Claimant hereby DISCOVER EXTENT

Adversity in discrimination hover, the document has No footer caption

pertaining to document number otherthan TITLED THIRD AMENDED GENERAL

ORDER 40 In re: ORDER EXTANTING CERTAIN DEADLINES.on May 1, 2020

PURPOSE TO EXCLUDE MY CLAIM. HUMBLE ASK Judge Montali for continuance.

Respectfully,

Lorraine Gonsalves

Again, i contend to impress the fact I  Am on Social Security Dis-
ability Insurance(SSDI).    Please understand i am not filing any
Pitition regarding Bankruptcy, other then the fact I recieved a
Proof of Claim addressed to me, regardless of the fact It forced
me to move residance for the 3rd time.in 2019.

      Additionally, I was able to find my Cancer Treatment Cure
share with the resident annother Wellness Cure that I provided
to my Doctor and Sutter Medical Foundation and/or Healthcare
even so regarding any effect of Adversary Prceding other than
the NAMED DEBTOR David P. Addington whom transfered Ownershi
over to the State of California.    Please read the sumissio
of Documents I sent pertaing to list titled Bankruptcy docu
Again, tjhe State of California bought PG&E CORPORATION and
Pacific Gas and Electric Company.

Respectfully,

Lorraine Gonsalves

contend to impress SC EXHIBIT No._____  Ref. RELATED CASE CLAIM#
&&&PGE 2260 SRF 53713 MMLID: 7260503-P PackedID: SVC ADR Settlement
of Gonsalves, Lorraine with the State of California detail I'd
to the Judges ORDER on List of Exhibits beging #58 from the LIST
DOCUMENTS Pages worth weight of 27 documents and Certificates. On
the Expediteded Hearting Date for September 29th, 2021 Judge Montali
demanded my attention to his document VERBAL ORDER.

O contrend to impress General Agreement contracts to A[.dll[ app]
comply deal asto data content breach, evening a utitily approach
curverture in supply and demand software fit fdor use of service
without ruining someones money or credit indicating Wifii security
threat FREE FAITH.   I contend to impress Good will than is said
not ALL faith fits testimony without reinveting the wheel like re-
writing the bible can imply discrimeojation but single someone out
regarding the Constitutions of Claifornia and the United States
15-16 Edition with related documents.   O don't believe the .dll
Software program program is solution inas service FAITH.
I contend to impress L. Gonsalves v. Microsoft Corporation, and
L. Gonsalves v. progressive Leasing asto RELATED CASES.  I content
to impress I pay for 3 Team services sense 2019, when I happen
to let go of 1 service.  I picked up a Full Circle membership with
a Third Party that was originally connected to the goverment call
Asurion.  I happen to let geek Squad service go due to Administration
problem a probalbe cause Identity Theft Fraud result in crime re-
porting at the Arden location.   Additionally, I evfen went back
to the Store out of Good Faith and the battery warranty to the ser-
vice failed.  It ruined the computer I barrowed, later givin to me
out of care or help because I had no clue about the Senior living

Lorraine F. Gonsalves
5747 21st Avenue
Sacramento, CA 95820

Per se pro:

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
450 Golden Gate Avenue, Courtroom
San Francisco, CA 94102

KELLER BENVENUTTI KIM LLP
Tobias  S. Keller(#151445)
(tkeller@kbkllp.com)
Per J. Benvenutti(#60566)
(pbenvenutti@kbkllp.com)
Jane Kim(#258192)
(jkim@kbkllp.com)
650 California Street, Ste 1900
San Francisco, CA 94108
(415)496-6723
(415)636-9250

PG&E CORPORATION Claims
Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Ste. 412
Brooklyn, NY 11232
pgeinfo@primeclerk.com
(844)339-4217

| In Re: | ) Bankruptcy case No. 19-30088 |
| PG&E CORPORATION | ) Chapter 11 (DM) |
| -and- | ) (Lead)(Jointly Administered) |
| Pacific Gas and Electric | ) 2002-1 Notices.  (a) Who Shall |
| | ) Notice.  Memorandum of Points a |
| | ) Authority commensement Amedment |

I Lorraine Gonsalves, am General Claimant contend to imress herby
quest the Court to acknowledge reasoniog Per se pro defense as a
plaintiff creditor amongst the Eastern District of California,
        Whereas, i contend to impress Circuit Court Split case of
2015-17821 and 2015-73700 outstanding at the Robert T. Matsui Court-
house.  Again, this case was split.  I was living in my own Secti
Apartment.  This Apartment complex was mold infected.  I had a work
order done in 2013 that phycally infected my feet causing emergency
clinic procedure to STOP BLOOD PIOSONING.  It was going up my leg
The clinic i went to is the same place I went to for my 11/13/2018
Workers' Compensation SHOULDER INJURY, inthatwhich Estate work-job
site in FRAUD.

without EARNED IMCOME from employment to law.

In Conclusion, I am writing Judge Montali hereby humble Request Auth-
orization for Reconcideratio formal claim(#81398) docket submission
of documents and RELATED CASES in light of Value Amount APPROVED
$5,148,879.00 calculation to tender at the Prime Clerk website.
Upon, DISCOVER i humble request a motion to move in Advarsary Pro-
ceedings.

Respectfully,

Lorraine Gonsalves

Paperwork Reduction Act asof 06/2018 effective 2019 for proof of
INTENT ACTION regarding discrimiation of me.from these business e
ities irregular means in operation to support residance or Work ex
perience to a Jobsite is Applicable in Nature of Suite asdo Pract-
ical Law evening adjudge Montali's decision on reconcideration but
"Squash" ORDER.

Forth, I contend to impress the Fact the releelease of this EXPEDITED
HEARING is premedidtated singled out Bankruptcy Court Document P
of 7pages. *Rule 403(U. S. /CA.Court Evidence Criminalized due time
Merit, and the English Language Singled out[MC-410 Request Reason
Disability and Response under Civil Code S 54.8.
I contend to impress I sent to ADDRESSED judge Montali Claim(#81398)
records copy of over 500 pages is being concealed.  I do not want
a fee for this inthatwhich, I am advocating for myself. I haveto
care  a certain way I have negotiated and Thanked! by my Healthca
Teams of Professionals.  I provide wellness treatment solution as
common accomedation of disability severeness hadicap.

Again, my claim documents I sent to the Court is being concealed
as I conted to impress PRACTICES AND PROCEDURES IN JUDGE MONTALI'S
COURT(March 2021)  Again, I contend to impress EXPEDITED HEARING
BAR DATE FOR 01/29/2019 inthatwhich happens to be my Birthdasy.
Also, i contedd to impress the fact the Bar Date was move to the
deadline extented to 12/31/2019.

I have time to file APPEAL AND?OR ADDRESS VENUE OR TRANSFER.

I contend to impress Confidentiality 9047-1 further effort in sec-
uring my CHAMBERS CLAIM COPY for judge Montali under B.R.L. 6004-
            III. other practices and procedures          6006-
                 N. Chambers Copies
            II. B. Valuing and Vioding Unsecured Liens on Property
                 E. Default Judgements in Advasary Procedings

   to the extent a motion to sell property free and clear

STANDING AURGUMENTIVELY,

       III. E. Obtaining Continuances and Extentions of Time
is challeng able regarding 3002.

I contend to impress the Fact these !!!CUST PGE 2260 SRF 49472 PA
ID: 14 MNLID: 7260503 SVC: ADR Batch 2 mali reciept of document
LEGAL NOTICE ENCLOSED QR Code 0014

TO ALL THOSE PURCHASED OR ACQUIRED PG&E publically traded debt or
equity securities during the period April 29, 2015 through November
15, 2018 that I believe this knowledge is important DISCOVERY ENT-
ITLED TO RECOVERY DAMAGES regardless of RESCISSION OR ACQUISITION
document does-not have a Doc# to CLAIM Page 3 line 1-9 for filing
OBJECTIONS to the Proposed Disclosure Statement will have passed
before April 16, 2020 to CITATION ADEQUENCY.
Also, I contend to impress Page 7 Line 17 -28
I contend to impress the Fact I will apply a Copyright Test in ORDer
TO AQUIRE License education asto Information Technolgy Certificate

currently at my parents inthatwhich, has nthing to do with 2013
ameneded Rule 1007-1 bankruptcy proceedings otherterthen real prop-
erty OBSTRUCTION.
I contend to impress Related Case L. Gonsalves v. Frontier Management
, Frontier Management, LLC/Comcast Corporation but Signature Page
address lest for service even under a subordinate entity register

secondly, the OBSTRUCTION is tax code due dilligence not register
filing with the IRS asto contned Identity Theft Fraud exent incon-
sistantcy or schedule liability which ever is filed later in order
to insinuate Rule 2002(2), §342(f); Rule 2002(g)(1) or 5003(e).

Third, this tax statue bankruptcy code technicality inconsistancy
is prabalbe casue in disignation dispute for a motion in Advarsary
proceedings move on REQUEST AUTHORIZATION Bankruptcy Local Rule 5
5003.2 sealed documents and public access.     (a) General Provision
(1) Motion to File under SEAL.
I contend to impress WORKERS" COMPENSATION APPEALS BOARD  STATE OF
CALIFORNIA  Case No.  MISC. NO .261 IN RE: COVID-19 STATE OF
EMERGENCY  EN BANC-NO. 2. dated April 2020.    Althewhile, I was being
aggregated.   Wheras, the retro actioning of a "Squash ORDER" establish
a total Aggregate Expenditure even amongst Legislatio. asto curre
rule Authority on competitive elections Pg. 179 of the Constitution
of California and the United States Art. IV S 1.5; regarding

bankruptcy Rule search further evening a result in CHAPTER
sult LBR, instead of challenge LBR 5003-2 pertaining to H:dataGeneral
order 11-04 affairs promuligated deletion of local Bankruptcy For
4004-1 and 4004-2 that its connected to

28 U. S. C. §§2071(e) and 2077 inthatwhich directly interfer
with the Federal Rule of Civil Procedure 83.
Bankruptcy Rule 9014-2.  NOTICE.

This is not even listed to the TABLE OF CONTENTS BANKRUPTCY LOCAL
RULES dated March 2020.
It the Bankruptcy Abuse  Prevention and Consumer Protection Act of
2005 for Bankruptcy Rule 5003(e); inthatwhich is an Ad Hoc ORDER.

I contend to impress a Filing for Ad Hoc proceeding avoiding mes
rea of me or my family an Authorization for request of PROTECTIVE
EMERGENCY ORDER ASTO CLAIM resadjudicada.  i contend to impress a
"Squash ORDER.

I contend to impress a Writ of Supercedeas.
i contend to impress Superior Court Filings pertaining to RELATED
CASES. I contend to impress Bill Gates Microsoft and Pfieser business
entities owner announced on National or Broadcast News upon COVID
stay at home ORDER said everone recieving "this shot" order call
vaccination.will be chipped.   I contend to impress request Author-
ization for EMERGENCY PROTECTIVE ORDER.
I contend to impress the Fact that an outstanding Letter of Recon-
cideration is potential for Material Evidence use in explaining re
source stiffen regardless of competition pertaining a constant MOTION
REDUCING Document(s) paper weight on Advocay of Disability effect
srable residance representing,so called evening the Paperwork Reduct-
ion Act(44 U. S. C. 3501[, et seq.[.    [5 C. F. R. part 1320 DOL
STATUS]
Moreover, the https://digital.gov began Introducing a Guide to the

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
450 Goldon Gate Avenue, Montali Chambers
San Francisco, CA 94102

Honable Judge
Dennis Montali

Case# 19-30088
Claim# 81398
Doc# 11608

Lorraine Gonsalves
5747 21st Avenue
Sacramento, CA 95820

RE: Reconcideration

I, Lorraine Gonsalves, am General Claimant hereby request authorization
for reconcideration formal claim#81398 cas
$5,148,879.00 calculation to tender at the Prime Clerk website.
humbly request a motiionto move in Advarsary Preceddings with a
quik transfer back into Bankruptcy turnaround amendment than Entry
into Judgement settlement Award. However, I will do my best to pu
together a Breif regarding the 503(b)(9) claim Removed Action for
and 11 U. S. C. 509 claim Removed Action is misleading amongst the
instructions of the 410 Form Sheets.
Please understand I moved 3 times in 2019.

I beleive in the begining the staff was right about the removal
of this claim#87242 in 2019,

Therefore, my product Copyrights will not forfiet.  I want to own
and market my products. Exhibits of my Wrades Degree and Certific
Potentially, I met contacted a unique technology business about a
possible propriataryship and/or sale. Its said, the business is
grass roots engineers of Information Technology (IT).  I am have
been applying myself toward certification, even with the Department
of Rehabilitation is exceeded service I Its equalto a Producers Li
In 2019, the State of California Declared on National Telivision
that buying PG&E CORPORATION and Pacific Gas and Electric Company
is commenced I believe watching may have been 24 Hours cause says
the fallowing day case #19-30088 happened.  The Governor made the
announcement to file for Bankruptcy as well. I needto Payfor P.L.
I will send you an email regarding Authorization of PROTECTIVE OREA
REQUEST FORM.

Please view page 1 of 7 Bankruptcy documents addressed to the PG&E
Information c/o Prime Clerk, LLC  in New York, U. S. Bankruptcy Court
Northern District of California, and Robert T. Matsui U. S. Court-
house in Sacramento, CA..  Also, please view GOOD CAUSE document
page of the 6 pages to the Abstract to the Summary.  These are t
Initial Documents sent for upload in 2019.
It will explain my Theory.

My loses and punaitve damages can be summed up as pursaunt to Bank-
ruptcy Rule 5003(e), by way of certain taxing requirement establishd
by General Order M-408 relating to the Debtor's duty to file the
of creditors.  In 2019 upon Bar Date for case 19-30088 the Bankr
cy Courts registry output  Post cards of Proof of Claim where I reside

I contned to impress the Discovery of Bususness Affairs at the Secretary of Sates Office asto 11 U. S. C. S503(b)(9); inwhic I c claim(87398) AMENDMENT AND CLAIM(#87242) Removed Action(d) of 1002-1. for a Prime Clerk Electronic Status Continuance. Again, I contend to impress claim(#81398) of Form 410.

Respectfully,

Lorraine Gonsalves

a cause of action for NATURE OF SUITE Bankruptcy projects piloting programs generalizing statistics hereby REQUEST ORDER APPROVING DISCLOSURE STATEMENTS and the FINANCIAA STATEMENTS PROVIDED BY ME with 5005-2 Signatures.

I contend tố impress the NOTICE RECIEPT OF ACKNOWLEDGEMENT LIST O DOCUMENTS FOR RELATED CASES ADR SETTLEMENT/CASE MANAGEMENT AND EX HIBITS dated 06/22/2022.  Again, I contened to impress the NOTICE RECIEPT OF ACKNOWLEDGEMENT LIST OF DOCUMENTS FOR RELATED CASE/ADR SETTLEMENT/CASE MANAGEMENT AND EXHIBITS.  Also, I contnend to im-press SC Exhibit PAGE TITLED REFERENCING the Secretary of State address List of Exhibits records.

I contend to impress Form 3130S(12/15) [Caption as in OFFICIIAL Form 416A] ORDER AND NOTICE Conditionally Approved Disclosure Sta ment;Fixing Time.  Also, I contened to impress Judgement in an A Adversary ProceedingB2610C(12/15) technology irony.

I contend to impress Workers Compensation retraining voucher is $6,000.00.  The Department of Rehabilitation is certain to cover $500.00.  I have exceeded the California Department of Reha ilitation services support to a canidate client accomedation.

I conteñd to impress a 5-6 Page Abstrct to the Summary, and Bankr uptcy documents regarding CAUSE OF ACTION but evening Nature of S Suite is grounds for favor inJudgemet of an Award.

I contend to impress Bankruptcy Abuse Rrevention and Consumer Pro tection Act opf 2005 Pub. L. No. 109-8, 119 Stat 23, whic require a chapter 11 debtor to file periodic reports on profitability of any entities in whic the estate(s) hold a substantial or controli interest.

I contend to impress TRAFFIC MANDATE inthatwhich began a 2011 Bankruptcy Challenge of/for MANDATE CASE DISPOSITION LETTER (#SC00985). The 4,600.00 APBLICATION marker I have with this Defendant.

I contend to impress $148,879.00 is connected by way of SMALL CLAIMS RELATED CASE.

The Amount of AWARDED JUDGEMENT that I am asking for is different and believe the Judges decision will sufice.

I contend to impress CLAIM REGISTRY AMOUNT asto form B1330.

I contend to impress 2004-1. Examination (a) Issuance of Orders deliberate. And, the (b) Disputes about VALIDATION AND?OR PROOF OF CLAIM. I contend to impress I have originals record.

I contend to impress Form 1040[B1040] ADVESORY PROCEEDING COVER SHEET.

I contned to impress the FACT PG&E CORPORATION and Pacific Gas an Electric Company merger. The Secretary of State has record. I c contend to impress Apostal of record and Uniform accord.


I contend to impress the FACT RELATED CASE L. Gonsalves v Frontie Management LLC ia STATE CASED CLAIM APPROVED and I submitted a co for completion of disposition Federal Rules of Civil Procedure – FRBP 7001(6) Dischargeability 62-Dischargeability S523(a)(1). false pretenses, false representation, and actual fraud. The sec ond alternative cause Validity, priority or extent burden able su stantive issue into 66-Dischareability S523(a)(1),(14),(14A) prio tax claims unreasonable allocation of the use of time. Maritime. It's burden of proof is 68-Dischargeability-S523(a)(8), willful a malicious injury psomuligate affair 72-Injunction relief asto

Lorraine F. Gonsalves
5747 21st Avenue
Sacramento, CA 95820

Per se pro:

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
450 Golden Gate Avenue, Courtroom
California, CA 94102

KELLER BENVEN     KIM LLP
Tobias  S. Keller(#151445)
(tkeller@kbkllp.com)
Per J. Benvenutti(#60566)
(pbenvenutti@kbkllp.com)
Jane Kim(#298192)
(jkim@kbkllp.com)
650 California Street, Ste 1900
San Francisco, CA 94108
(415)496-6723
(415)636-9250

PG&E CORPORATION Claims
Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Ste. 412
Brooklyn, NY 11232
pgeinfo@primeclerk.com
(844)339-4217

| | |
|---|---|
| .m | ) Bankruptcy Case 19-30088 |
| In Re: | ) |
| | ) Chapter 11 |
| PG&E CORPORATION | ) |
| | ) (Lead)(Jointly Administered) |
| -and- | ) |
| | ) HEARING REQUEST ORAL ARGUEMENT |
| Pacific Gas and Electric | ) AND NOTICE 2002-1. |
| Company | ) |
| | ) |

I, Lorraine Gonalves, general claimant hereby request HEARING TO

CLANADAR DATE.

1
I contend to impress 2015-2 Monthly[QTR] 2018 end of the year to

date in the Matter of PG&E CORPORATION AND Pacific Gas and Electric

Company, but in RELATED CASE L. Gonsalves v. Comcast Corporation

well.  I contend to impress exhibit.

Also, I contend to impress filings for multiply DWC Form RGS-1

forms pertainig to these entities relative.

I content to impress other RELATED CASES FILED.

I contend to impress supeana for witnesses.



# Section 710 Declaration

Under penalty of perjury under the laws of the United States of America,

The undersigned, as the applicant or the applicant's duly authorized agent or representative, hereby declares that:

A. I was unable to submit an application, fee and/or deposit for copyright registration of a published work within three months of the work's first publication due to the COVID-19 pandemic and I would have done so but for this emergency;

OR

B. I submitted an online application and fee for copyright registration of a published work within three months of the work's first publication and I am required to submit a physical copy(ies) of my work, but I am/was unable to do so due to the COVID-19 pandemic, and I would have submitted the required physical copy(ies) but for this emergency;

And, I am able to provide satisfactory evidence in support of the above statements.

(please provide a statement briefly describing satisfactory evidence in support of this declaration)

I was able to submit an Application, fee, but not Deposit for Copyright registration of a non-published work within 3 months of the works first publication due to COVID-19 and would have done so, if not for this emergency. However, the problem is this "SECURED TEST" require someone to come here at STATEZONING AREA as a current standard for acquisition.

I acknowledge that any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by 17 U.S.C. § 409, or in any written statement filed in connection with the application, is subject to criminal penalties under 18 U.S.C. § 1001(a)(2).

Printed Name: _____ Date: 12/11/2021





10:22

eservice.eco.loc.gov/siebel/app/eservice/enu?SWECmd=GotoView&SWEV...

Home | ᄆ | My Profile | Help | Contact Us | Log Out |

COMMENCEMENT THEME

Payment successful.

Your payment has been submitted to Pay.gov and the details are below.

If you have any questions or wish to cancel this payment, you will need to contact Pay.gov Customer

(Please print for your records as you will not receive a payment confirmation email from Pay.Gov)

Click the 'Continue' button to complete your registration.

12/10/2021 23:27

Case: 19-30088    Doc# 11772    Filed: 12/27/21    Entered: 12/30/21 13:59:21    Page 33
of 45



Glary Utilities

Overview

Clean Up & Repair

Optimize & Imp...

Privacy & Secur...

Files & Folders

System Tools

Context Menu Manager

Files & Folders    Send To

Click the checkbox before the item to either enable or disable it. To remove it permanently, click "Remove" button below.

☑ IEContextMenu
☑ Glary Utilities                              Folders
☐ MBAMShlExt                                   Folders
☑ NortonLifeLock_Norton_Antivirus_IEContextMenu    Folders
☐ Adobe.Acrobat.ContextMenu                    Folders
☑ FileSyncEx                                   Folders
☑ @%SystemRoot%\System32\pldeshlock.exe,-100   Directories
☑ Glary Utilities                              Drives
☐ NortonLifeLock.Norton.Antivirus.IEContextMenu  Drives
☑ MBAMShlExt                                   All File System Objects
☑ FileSyncEx                                   Background
☑ Open Glary Utilities                         Recycle Bin
☑ Wipe with Glary Utilities                    Recycle Bin
☑ FileSyncEx                                   Shortcuts

Description        Microsoft OneDrive Shell Extension
Version            21.170.0822.0002
Internal name      Client Application
Copyright          © Microsoft Corporation. All rights reserved.
Trademark
Original file name  FileSyncShell64.dll
Product name       Microsoft OneDrive
Product version    21.170.0822.0002
Comments

09/29/2021  21:40

5.174.0.202

11. Are the test items stored in a database, test bank, or other electronic storage medium?

☒ Yes                    ☐ No

12. Are the items stored in a secure manner?

☒ Yes                    ☐ No

13. How many test items do you intend to register?

*28*

14. Do you plan to bring a printout of all test items or an electronic storage device (such as a CD-ROM, DVD, or flash drive) that contains a copy of the all test items?
*Please note that if you bring an electronic storage device you must bring a laptop or other electronic device with a screen wide enough to display both the redacted and unredacted copies side-by-side. You also should bring an appropriate container for the electronic storage device, such as an envelope or jewel case.*

☒ Yes                    ☐ No

15. Did you upload a redacted copy of each test item to the electronic registration system? (See page 6 for examples of an acceptable submission.)

☐ Yes                    ☒ No

16. Did you number the test items?

☒ Yes                    ☐ No

6

## QUESTIONNAIRE B: For a Group Registration of Secure Test Items

1. Were the test items prepared for use in a secure test?

    ☒ Yes          ☐ No

2. If so, what is the title of the secure test where these items have been used or will be used?

    Wifii Acquisition Liability

3. Does the test identified in your response to Question 1 qualify as a secure test under the Copyright Office's regulations?

    ☒ Yes          ☐ No

4. Is your test a nonmarketed test?

    *A test is nonmarketed if copies of the test are not sold, but instead are distributed and used in such a manner that the test sponsor or publisher retains ownership and control of copies.*

    ☒ Yes          ☐ No

5. Is your test administered under supervision

    *A test is administered under supervision if test proctors or the equivalent supervise the administration of the test.*

    ☒ Yes          ☐ No

6. Is your test administered at specified centers?

    *A specified center is defined as a physical location where the test is administered to a number of test takers. An IP address or the test taker's residence does not qualify as a specified center.*

    ☐ Yes          ☒ No

7. Is your test administered under secure conditions on scheduled dates?

    ☒ Yes          ☐ No

8. Are specific dates announced for the administration of this test at specified centers?

    ☒ Yes          ☐ No

9. Are all copies of the secure test accounted for and assembled, stored, and delivered in a secure fashion?

    ☒ Yes          ☐ No

10. If the test is administered with physical booklets, are the copies either destroyed or returned to restricted locked storage following each administration?

    ☐ Yes     N/A          ☐ No

5

13. If so, what is the title for each part of the test?

N /A

14. Does each part of the test cover the same subject or different subjects?

☒ the same subject          ☐ different subjects

15. Is your test administered with physical booklets?

☐ Yes          ☒ No

16. Does the test contain multiple booklets?

☐ Yes          ☒ No

17. If so, how many booklets are included within the test?

N /A

18. What is the title of each booklet?

N /A

19. Is your test administered with computers or other electronic devices?

☒ Yes          ☐ No

20. If so, do you plan to bring a printout of the entire test or an electronic storage device (such as a CD-ROM, DVD, or flash drive that contains a copy of the entire test?

*Please note that if you bring an electronic storage device you must bring a laptop or other electronic device with a screen wide enough to display both the redacted and unredacted copies side-by-side. You also should bring an appropriate container for the electronic storage device, such as an envelope or jewel case.*

☒ Yes          ☐ No

21. Did you upload a redacted copy of the entire test to the electronic registration system? (See page 5 for examples of an acceptable submission.)

☐ Yes          ☒ No

4

**QUESTIONNAIRE A: For Registering One Secure Test**

1. Does your test qualify as a discrete secure test consisting of a fixed set of test questions, answers, and other material under the Copyright Office's regulations?

   ☒ Yes   ☐ No

2. Is your test a nonmarketed test?

   *A test is nonmarketed if copies of the test are not sold, but instead are distributed and used in such a manner that the test sponsor or publisher retains ownership and control of copies.*

   ☐ Yes   ☒ No

3. Is your test administered under supervision?

   *A test is administered under supervision if test proctors or the equivalent supervise the administration of the test.*

   ☒ Yes   ☐ No

4. Is your test administered at specified centers?

   *A specified center is defined as a physical location where the test is administered to a number of test takers. An IP address or the test taker's residence does not qualify as a specified center.*

   ☒ Yes   ☐ No

5. Is your test administered under secure conditions on scheduled dates?

   ☒ Yes   ☐ No

6. Are specific dates announced for the administration of this test at specified centers?

   ☒ Yes   ☐ No

7. Are all copies of the secure test accounted for and assembled, stored, and delivered in a secure fashion?

   ☒ Yes   ☐ No

8. If the test is administered with physical booklets, are the copies either destroyed or returned to restricted locked storage following each administration?

   ☐ Yes   N/A   ☐ No

9. What is the title of this test?

10. Do all of the test takers receive identical copies of the test?

    ☐ Yes   ☒ No

11. If the copies are not identical, do the copies contain the same questions rearranged in a different order?

    ☒ Yes   ☐ No

12. Is this a multi-part test?

    ☒ Yes   ☐ No

3

UNITED STATES COPYRIGHT OFFICE
# Declaration for Secure Tests and Test Items
# Prepared for Use in a Secure Test

The undersigned, as the applicant or the applicant's duly authorized agent or representative, hereby declares under

penalty of perjury under the laws of the United States of America that the redacted copy of the work(s) entitled

Application for secure test: Secure Test: December 2021
Wifi Acquisition Liability
TITLE OF WORK(S)

presented to the United States Copyright Office during the _To Be Announced_
DATE OF EXAMINATION APPOINTMENT

examination appointment is a true and exact copy of the redacted copy of the work(s) uploaded to the Office's

electronic registration system on 12/10/2021
DATE OF ONLINE SUBMISSION

claim number 1-11030281591
CLAIM NUMBER


SIGNATURE

Lorraine F. Gonsalves
NAME (PLEASE PRINT LEGIBLY)

12/11/2021
DATE

*Note: Any person who knowingly makes a false representation of a material fact in the application for copyright registration*
*provided for by section 409, or in any written statement filed in connection with the application, is subject to criminal penalties.*
*See 18 U.S.C. § 506(e); 18 U.S.C. § 1001.*



Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000



# U.S. Copyright Office Receipt

### Deposit Copy Shipping Slip for Deposit Copies Sent to Accompany an Electronically Submitted Application

| Case / SR#: | 1-11030281591 |
|---|---|
| Case Date: | 12/11/2021 |
| Title: | SECURE TEST:December 2021 Wifii Acquisition Liability |
| Vol/Num/Issue: | Vol. I |
| Month/Year: | 12/2021 |
| Applicant's Internal Tracking: | 12/10/21 |

**Materials Submitted:**

| Quantity | Format |
|---|---|
| Print Type Ink | Paper Copy |

**Instructions for Sending Deposit Copies**

I.   Attach this shipping slip securely to the deposit copy or copies for this work.
II.  Mail the deposit copy or copies within 30 days of the case date listed above.

**Please Mail To:**
Library of Congress
Copyright Office -  TX
101 Independence Avenue, SE
Washington, DC 20559  - 6222

**Standard**

25. When we analize STANDARD ZONING COVERAGE is representation in
    the District fairly administered accross Zip/Area Codes for
    all seniors, even disability and/or employment?

26. A. No, when a local employment union contacts you to Notify
       about a particular Homecare City Council meeting that repr
       sentation does not fill the community COVERAGE Quota.   The
       is a Huge population of Baby Boomers. 12/09/2021 is the Ci
       Council meeting Date, I reference to.

27. Do you knoq the difference between malware, virus, and/or int
    sion of Privacy?

    A. Malware can come in the form of file or program but virus
       more in likely a program.   The Privacy intrusion is active
       participation of people and law.

28. What other programs were being used for this activity and/or
    resolve?

    A. CCleaner and Glary and Superantimalware.
    A. Glary was the only one that caused severe impact lose
       of content.

17. What is the Price to purchase a Rate Precedure count on to In

   A. Head of Household scrutiny fequency 2.7 sold and said
      by the head of household that, if want 5g will have to
      pay more. This is what AT&T sold and told the Rate at location.

18. Currently, does the Head of Household understand the rates? If,
    yes or no is the Head of Household represented or vote?

   A. Please understand these people I live with do not vote and
      the Head of Household term is irrelavant to this knowledge
      of Homecare Rate to represent family when Adults live togeth-
      er asto kin. The understanding is incomplete grid.

19. What is the Head of Households bandwidth fequency Rate?

   A. The labtop Computer owned by the Head of Household is merely
      being reported by me due to a lack of cooperation, support
      and/or logical reasoning regarding contact with teams of
      technology.  This computer terminal reads a Rate of 2.7. This
      Head of Household has     own    equiptment and computer.

21. Does the Household have a router or hotspot? If, so do you use?

   A. Router. Yes, I have used the router.

22. How do you know AT&T is misrepresenting a Rate Precedure to an
    index region demographically?

   A. I called and spoke to AT&T's billing about this location a
      household but technology to feqeuncy Rate conversation.
      A. I called my cybersecurity Team Norton when I upgraded
         my monthly purchase to include the Ultimate.  The case
         #66639036, purchase order #NP276383166. On 12/07/21, the
         case was about the acknowledgement of video equiptment
         that came with the computer that was not indicated on the
         box otherwise. In Addition, the Norton software and Windows
         10-11 is creating rules through the DEP Advanced Window
         settings amongst it's build entering the Firewall for
         worksharing, accounts, and useres but trace aim
      A. The commercials indicate 5G in most regions whereas AT&T is
         detailing to us about the grid mesh and/or lack of fiber to
         fiber connectivity issuance.  This was explained to this
         Household about a year ago an/or Bidridged by Comcast propria-
         taryship holding company ComcastXfinity or NBCUniversal. To
         Whom I happen to notify AT&T Wireless.

23. What does your Network Rate fequency read on your computer? Why?

   A. 2.4 frequncy.  I am not the Head of Household billing purch-
      aser of Rate Procedure to an Index.

24. When you called AT&T in Question 22 above, did you Identify
    yourself or location or equiptment?  If so, what other message
    did you relay?

   A. Yes to the Qestion in whole, and I made it a point to have
      AT&T do a curtesy call regarding the Head of Household Rate
      to Network Fequency availibilty for 5G.

11. Did record ledger of each technical service and type method?

   A. Yes, I have a list of cases with each IT solutions

12. What tools or product line is condition, procedure, and/or security steps used but available methodology toward practice? services the client?

   A. Malwarebytes/Norton +Lifelock/Webroot/GeekSquad/HP Smartfriend Asurion/Google/Andriod Carier Networks or Phones
   A. IT service - Softwar and/or Application maitenance solution is scanned cleanings for junk/temporary filers or but cybersecurity threat to vunerability identification

13. Did "any" service in IT result in law enforcement reporting activity?

   A. 2020 - 1817611 City of Sacramento Police Report regarding Identity Theft fraud

14. In the above question, did the service in IT make someone else even Team wise solution a reponse to Administrative desire? Why?

   A. The GeekSquad team female reported it's own Supervisor a man

15. What was the longest legth of time spent in service with remote sessioning a solution service, in order to rule out product or resovleing concurrent purchase? What team?

   A. I did a service with two compute _ at the same time. It lasted from sunup to about 2pm PACIFIC TIME. HP Smartfriend

16. How is the strength of the bandwidth breached?

   A. The fequency overextention amongst Accounts purchase used or not available and left insecure

17. What is the current curtesy of the District in people when you look outside your window?

   A. You see people walking and stopping to make connection. Also, there is vehicle trafficing that stop to do the same thing by pulling over and addressing there computer labtops when utility or not.

16. Why is this concidered a Risk-Based Pricing to purchase service and Rate Procedure to an Index? How is it activated?

   A. The energy is burdon of proof being used or eminating an electromagnetic atmosphere percent for a possible Hard Scale number. There is invented a Thermometer Gun applied to the skin upon clinic/hospital due COVID-19 experience. It can produce a Hardening resulting about a 2.5

1.  What type of Brand New Product is available as a 2021 signific-ants bearing wieght economically?

    A. Windows 11/AT&T/Comcast/Frontier Communication/PG&E

2.  What is concidered an eminant security product line regarding network and connection?

    A. Browsers Edge/Explorer/Google/Firefox

3.  What is the dispositional point-of-sale to a purchase regarding Internet strength capacity available asto it being a utlity represetation?

    A. Internet Service Provider is possible Bid-ridging solution due to a weak representation district boycott.

4   When regarding the dispositional point-of sale to a purchase, how is the offer of 5Ghz being secured amongst the grind/Trans-former End point Utitlity poll?

    A. It's not a complete application of fiber to grid

5.  How many teams of recorded audio professional IT Service paid monthly scheduling called appointments address solutions?

    A. please view list of Service addresses

6.  What other businesses seamed to be notice in the middle of the imposed Monopoly?

7.  A. Technology device company trending forum

&.  From the answer above, How did find the fact for proofing and credit?

    A. I have a Trades Degree being validated and kept up with us of technology to even a current dialog in servicing solution

9.  From the Answer of question four, how many computers/devices Secure Test consume trend within the year 2021?

    A. 3 personal computers and 2 devices

10. From the Answer above, how many and what type have outlasted the implication or is current to new use in product but solution asto purchase?

    A. Currently one month old personal computer that is consuming a multitude of video from Windows 11 update regarding temp and or trace file aim

L. Gonsalves
5747 21st Avenue
Sacramento, CA 95820

0491
WED - 22 DEC 10:30A
U.S BANKRUPTCY CT NORTHERN DIST
450 GOLDEN GATE AVE
SAN FRANCISCO CA    94102-3661

**669-3505 - AC**

ETP08130000004689836052097886318179
US2001180000046898360520
AC-SP-USPS
G

Judge Montali, Montali Chambers
U.S. Bankruptcy Court
Northern District of California

San Francisco, Division
450 Golden Gate Avenue
San Francisco, CA 94102



9622 0019 0 (000 00)

TRK# 2878 6621 5471

0000-000 (000)
INI
PO1
San Francisco CA
Division 450 Golden
California San Franc
U.S Bankruptcy Ct
TO Judge Montali, Mon
US
Sacramento CA 95820
5747 21ST AVE
FROM: LORRAINE GONSALVES
(530) 440-

RECEIVED
DEC 27 2021
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA