

Signed and Filed: January 3, 2022

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>  - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>  Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**FINAL ORDER REGARDING FREQUENT DOCUMENT
SUBMISSIONS BY LORRAINE GONSALVES**

By the Order Disallowing Claims of Lorraine F. Gonsalves filed on October 4, 2021 (Dkt. 11368), the Court disallowed claim # 87242 filed by Ms. Gonsalves in the amount of $5,148,879.

On October 13, 2021, Ms. Gonsalves forwarded to the Court a box containing over a hundred pages of material.  On November

-1-

15, 2021, she submitted a second and larger box containing hundreds of additional pages. The Court deemed the boxes to be a Motion for Reconsideration, and on November 22, 2021, the Court entered an *Order Denying Motion for Reconsideration by Lorraine Gonsalves* ("Reconsideration Order") (Dkt. 11608). The Reconsideration Order directed the Clerk of Court to send the boxes of documents back to Ms. Gonsalves.

Ms. Gonsalves then re-sent those documents back along with a copy of the Reconsideration Order to the Court. The Court acknowledged receipt of those documents on December 27, 2021 (Dkt. 11772).

The time to appeal either the original Order disallowing Ms. Gonsalves' claim, or to appeal the Reconsideration Order has run and no appeal has been taken by Ms. Gonsalves. The ruling that Ms. Gonsalves does not have an allowable claim against the Debtors is final. No further documentation from Ms. Gonsalves is necessary or helpful. The Court will discard the documents received on December 27, 2021

Accordingly, the Court enters this FINAL ORDER directing Ms. Gonsalves to stop submitting documents related to her disallowed claim. Should this Court receive any further documents from Ms. Gonsalves, those documents shall be returned or discarded without further review or comment from the Court.

***END OF ORDER***

COURT SERVICE LIST

Lorraine F. Gonsalves
5747 21st Avenue
Sacramento, CA 95820

-3-