DocuSign Envelope ID: 2512A5D1-D59F-4425-BE86-BEC6A703D37E

| | |
|---|---|
| 1 | Steven S. Kane, Esq., SBN: 061670 |
| | Bonnie E. Kane, Esq., SBN: 167700 |
| 2 | **THE KANE LAW FIRM** |
| | 402 W. Broadway, Suite 2600 |
| 3 | San Diego, CA 92101 |
| | Telephone: (619) 236-8700 |
| 4 | Facsimile:(619)236-1370 |
| | E-mail: skane@thekanelawfirm.com |
| 5 | E-mail: bonnie@thekanelawfirm.com |
| 6 | Attorneys forRosemary Tiedeman |

### UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:* | Case No. 19-30088 (DM) |
| PG&E CORPORATION | Chapter 11 |
| -and- | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY | (Jointly Administered) |
| Debtors. | **DECLARATION OF ROSEMARY TIEDEMANIN SUPPORT OF MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1) TO DEEM HER CLAIM TIMELY FILED** |
| ☐Affects PG&E Corporation | |
| ☐Affects Pacific Gas & Electric | Date: February 15, 2022 |
| ■ Affects Both Debtors | Time: 10:00 a.m. |
| | Place: **To Be Held Telephonically** |
| *All papers shall be filed in the Lead Case, No.19-30088 (DM)* | United States Bankruptcy Court Courtroom 17 |
| | 450 Golden Gate Avenue, 16th Floor San Francisco, CA |
| | Judge: Honorable Dennis Montali |
| | **Objection Deadline: February 8, 2022** |

I, Rosemary Tiedeman, hereby declare and state as follows:

1. This declaration is based upon my personal knowledge unless otherwise indicated. If called upon to testify as to the matters stated herein, I could and would competently do so.

2. At the time of the Camp Fire I was living by myself at554 Gardenview Lane, Paradise, California where I had resided since October of 2016. I am presently 66 years old. The Camp Fire completely destroyed my home and all of my belongings. I was a full time Nurse at the time of the fire and lost my job due to my place of work also burning down. I was devastated

emotionally.

3. After evacuating from the fire at 8:00 am, I ended up staying with my friend Beth Logan in Chico for 1 month before moving out.

4. On or about December 9, 2018, I packed up what little belongings I had left along with my two dogs and drove across country to stay with my brother Edward Tiedeman at 221 Pilgrim Lane, Richmond, VA. I stayed there for approximately six weeks.

5. I again packed up all of my belongings on or about February 4, 2019 and moved to Nokomis, Florida, where I presently reside with my friend Anne Marie Mereon.

6. Due to the stress and anxiety from losing all my belongings including my home, I had a mental breakdown and was hospitalized at Henrico Hospital in Richmond, Virginia for approximately five days. I was diagnosed with PTSD from the Camp Fire and to this day still suffer from PTSD. I was and continue to be on medications for anxiety and depression, all as result of the Camp Fire. I get some relief by trying to forget what happened to me in the Camp Fire.

7. Due to my anxiety and depression, I felt disoriented and not myself for months after the fire. I relied on others for assistance. I was withdrawn and depressed.

8. I had no family members in California after I left. I was unaware of the PG&E litigation and claim process which caused me to fail to file a claim. It wasn't until recently I learned I could possibly request the Bankruptcy Court to allow me to file a late claim for my losses.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed at Nokomis, Florida, on January 5, 2022.



Rosemary Tiedeman