**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:    (212) 310-8000
Fax:    (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:    (415) 496-6723
Fax:    (415) 636-9251

*Attorneys for Debtors and*
*Reorganized Debtors*

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* *All papers shall be filed in the lead case,*<br>*No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF CANCELLATION OF JANUARY 11, 2022, 10:00 A.M. OMNIBUS HEARING**<br><br>Date:    January 11, 2022<br>Time:    10:00 a.m. (Pacific Time)<br>Place:   Zoom Videoconference<br>            United States Bankruptcy Court<br>            Courtroom 17, 16th Floor<br>            San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PLEASE TAKE NOTICE** that the following matters, which were scheduled to be heard in the above-captioned chapter 11 cases on January 11, 2022, at 10:00 a.m. (Pacific Time) (the **"Omnibus Hearing"**) have been resolved or continued.

**PLEASE TAKE FURTHER NOTICE** that, accordingly, the Omnibus Hearing is cancelled.

**I:** **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*RESOLVED AND CONTINUED MATTERS*

**Omnibus Claims Objection:**

1.  **One Hundred Ninth (Books and Records Claims / Satisfied Claims)** [**Dkt. 11346**].  This Omnibus Objection was granted as to most Claims by **Dkt. 11532**.  It has been continued to January 18, 2022, as to the State of Connecticut Unclaimed Property Division [**Dkt. 11697**].

**Late Claim Motions:**

2.  **Heidi Ann Roach and Mary Jane Roach** [**Dkt. 11726**].  This matter has been resolved by Stipulation [**Dkt. 11763**] and taken off calendar by Order [**Dkt. 11769**].

3.  **Javier Mata, Jr., Kayle Mata, Adrien Mata, and the Jumpinbean Party Rentals** [**Dkt. 11728**].  This matter has been resolved by Stipulation [**Dkt. 11764**] and taken off calendar by Order [**Dkt. 11777**].

4.  **Rebecca Danenberg** [**Dkt. 11730**].  This matter has been withdrawn [**Dkt. 11776**] and taken off calendar by January 3, 2022, docket entry.

5.  **Thomas Billheimer II** [**Dkt. 11732**].  This matter has been resolved by Stipulation [**Dkt. 11765**] and taken off calendar by Order [**Dkt. 11771**].

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

1

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (II) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

2

3

4

5

6

Dated: January 10, 2022

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

7

8

By:     */s/ Thomas B. Rupp*
Thomas B. Rupp

9

10

*Attorneys for Debtors and Reorganized Debtors*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28