KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br>     - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br>              **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **REQUEST FOR ORDER BY DEFAULT AS TO REORGANIZED DEBTORS' OBJECTION TO CLAIM (CLAIM NO. 58462, FILED OCTOBER 17, 2019, OF SPIRO JANNINGS)** <br><br> **[Re: Dkt. No. 11388]** <br><br> **Regarding Objection Set for Hearing January 18, 2022, at 10:00 a.m. (Pacific Time)** |

# REQUEST FOR ENTRY OF ORDER BY DEFAULT

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby request, pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Docket No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Objection to Claim (Claim No. 58462, Filed October 17, 2019, of Spiro Jannings)* [Docket No. 11388] (the "**Objection**").

# RELIEF REQUESTED IN THE OBJECTION

The Objection seeks to disallow and expunge the claim of Spiro Jannings ("**Claimant**" or "**Mr. Jannings**"), Claim No. 58462, filed October 17, 2019 (the "**Proof of Claim**" or "**Claim**").

# NOTICE AND SERVICE

The Reorganized Debtors filed a Notice of Hearing with respect to the Objection [Docket No. 11393] on October 8, 2021. The Objection was also supported by the declarations of Kathy Ledbetter [Docket No. 11389], James Leonard [Docket No. 11390], and Elisa Nadeau [Docket No. 11391] (together, the "**Declarations**"), and a Request for Judicial Notice [Docket No. 11392]. The Objection, the Notice of Hearing, the Declarations, and the Request for Judicial Notice were served on Mr. Jannings, through his state court litigation counsel who signed the Proof of Claim, as described in the *Certificate of Service of Sonia Akter*, filed on October 13, 2021 [Docket No. 11417].

Mr. Jannings' bankruptcy counsel first approached counsel for the Reorganized Debtors on October 23, 2021, three days before the initial response deadline on the Claim Objection, to request a continuance of the response deadline, explaining that he had recently been retained as bankruptcy counsel by Mr. Jannings. As a courtesy, the Reorganized Debtors agreed to continue the response deadline and hearing date for three months. By agreement of the parties, the response deadline on the Claim Objection was continued to January 4, 2022, at 4:00 p.m., and the hearing was continued to

January 18, 2022, at 10:00 a.m. [Docket No. 11488].

On December 28, 2021, Mr. Jannings filed a *Motion to Dismiss and Abstain* [Docket No. 11753] (the "**Abstention Motion**"), which requests that the Court abstain from adjudicating the Proof of Claim but does not respond to the Objection. The Abstention Motion has not been set for hearing.

On December 30, 2021, Mr. Jannings filed the *Ex Parte Application to Enlarge Time* [Docket No. 11768] (the "**Motion to Extend Time**"), seeking to continue and vacate the response and hearing dates with respect to the Objection. On December 31, 2021, the Reorganized Debtors opposed the Motion to Extend Time [Docket No. 11775] (the "**Opposition to Motion to Extend Time**"). That same day, the Court issued a docket text order denying the Motion to Extend Time for the reasons stated in the Opposition to Motion to Extend Time and keeping the hearing on the Objection on the January 18, 2022, calendar.

As further explained in the below *Declaration of No Opposition Received*, the deadline to file a response or opposition to the Objection was not further extended and remains January 4, 2022, at 4:00 p.m.

The deadline to file a response or opposition to the Objection has passed, and Mr. Jannings did not file a response to the Objection.

## DECLARATION OF NO OPPOSITION RECEIVED

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am an attorney with the law firm of Keller Benvenutti Kim LLP, co-counsel for the Reorganized Debtors.

2. On December 31, 2021, at 10:40 a.m., following the Court's denial of the Motion to Extend Time, I received an email from Michael St. James, bankruptcy counsel for Mr. Jannings, requesting an unspecified extension on Mr. Jannings' time to respond to the Objection. At 11:32 a.m. that same day, I responded to Mr. St. James by asking how much time he needed and telling him that while the Reorganized Debtors might be amenable to a short extension of an extra day or so, I did not think that the Reorganized Debtors would agree to further continue the hearing on the Objection. At 11:55 a.m. that same day, Mr. St. James stated that he would inquire with Mr. Jannings' employment

counsel as to how much time was needed. I did not hear further from Mr. St. James with respect to his request for an extension. Attached as **Exhibit A** hereto is a true and correct copy of my email exchange with Mr. St. James on December 31, 2021.

3. I have reviewed the Court's docket in the Chapter 11 Cases and have determined that no responses have been filed to the Objection.

4. This declaration was executed in San Francisco, California.

WHEREFORE, the Reorganized Debtors hereby request entry of an Order sustaining the Objection and disallowing and expunging the Proof of Claim.

Dated: January 11, 2022

**KELLER BENVENUTTI KIM LLP**

By: /s/ *Jane Kim*
      Jane Kim

*Attorneys for Debtors and Reorganized Debtors*