| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | **<u>EXHIBIT A</u>** |
| 5 | |

# Jane Kim

**From:** Michael St. James <Michael@stjames-law.com>
**Sent:** Friday, December 31, 2021 11:55 AM
**To:** Jane Kim
**Subject:** RE: Spiro Jannings

I will inquire. Obviously, I am not the one to respond to labor law issues. I do not know how long it will take Mr. Jannings counsel to address it, since I assume he thought we were on an Abstention Request / Abstention Motion path.

Best regards,

Michael St. James
St. James Law, P.C.
22 Battery Street, Suite 810
San Francisco, CA. 94111

*For the duration of the plague, feel free to call my cell: 415-225-0227.*

www.stjames-law.com
415-391-7566   voice
415-391-7568   fax

Board Certified: Business Bankruptcy
American Board of Certification

Legal Specialist: Bankruptcy
State Bar of California

---

**From:** Jane Kim <jkim@kbkllp.com>
**Sent:** Friday, December 31, 2021 11:32 AM
**To:** Michael St. James <Michael@stjames-law.com>
**Subject:** Re: Spiro Jannings

I can ask, but I doubt I'll get you an answer before sometime Monday at the earliest. How much time do you need? If we're talking an extra day or so, I can ask that we give that as a courtesy, assuming our reply date gets a corresponding extension. If you're asking to move the hearing date, I'm not sure I'll get authority to do that.

Thanks,
Jane

JANE KIM
KELLER BENVENUTTI KIM LLP
Direct: 415.364.6793
Cell: 917.637.0290

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

**From:** Michael St. James <Michael@stjames-law.com>
**Sent:** Friday, December 31, 2021 10:40:27 AM
**To:** Jane Kim <jkim@kbkllp.com>
**Subject:** Spiro Jannings

Please ask PG&E if it would be willing to provide some additional time so that Mr. Jannings can respond to the Objection.

Best regards,
Michael St. James
St. James Law, P.C.
22 Battery Street, Suite 810
San Francisco, CA.  94111

*For the duration of the plague, feel free to call my cell: 415-225-0227.*
www.stjames-law.com
415-391-7566   voice
415-391-7568   fax
Board Certified:  Business Bankruptcy
American Board of Certification
Legal Specialist: Bankruptcy
State Bar of California