**Exhibit A**

**Claims to be Disallowed/Expunged**

| | CLAIM TO BE DISALLOWED and EXPUNGED | | | | | SURVIVING CLAIM | | | |
|---|---|---|---|---|---|---|---|---|---|
| **No.** | **Name and Address of Claimant** | **Claim#** | **Debtor** | **Claim Amount and Priority**[1] | **Basis For Objection** | **Name and Address of Claimant** | **Claim#** | **Debtor** | **Claim Amount and Priority** |
| 1 | Calhoun, Catherine C<br>201 Driftwood Terrace<br>Decatur GA 30030 | 103969 | Pacific Gas and Electric Company | Unsecured: $14,471.70 | Duplicate Claim | Calhoun, Catherine C<br>201 Driftwood Terrace<br>Decatur GA 30030 | 104517 | Pacific Gas and Electric Company | Unsecured: $14,471.70 |
| 2 | Centene Corporation<br>7700 Forsyth Blvd<br>St. Louis MO 63105 | 102523 | Pacific Gas and Electric Company | Unsecured: $338,733.67 | Duplicate Claim | Centene Corporation<br>7700 Forsyth Blvd<br>St. Louis MO 63105 | 99859 | Pacific Gas and Electric Company | Unsecured: $338,733.67 |
| 3 | Northeast Carpenters Pension Fund<br>Northeast Carpenters Funds<br>Attn: Pete Tonia<br>91 Fieldcrest Avenue<br>Edison NJ 08837 | 102434 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Northeast Carpenters Pension Fund<br>ATTN: Pete Tonia<br>91 Fieldcrest Ave<br>Edison NJ 08837 | 102401 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 4 | The State of Oregon by and through the Oregon Investment Council on behalf of the Oregon Public Employees Retirement Fund<br>Oregon State Treasury<br>Attn: Michael Viteri<br>16290 SW Upper Boones Ferry Road | 101864 | Pacific Gas and Electric Company | Unsecured: $12,641,903.00 | Duplicate Claim | The State of Oregon by and through the Oregon Investment Council on behalf of the Oregon Public Employees Retirement Fund<br>Oregon State Treasury<br>c/o Michael Viteri<br>16290 SW Upper Boones Ferry Road | 101073 | Pacific Gas and Electric Company | Unsecured: $12,641,903.00 |

[1] Claims listed as $0.00 seek an unliquidated amount.