UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Bankruptcy Case |
|---|---|
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Sonia Akter, do declare and state as follows:

1.  I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2.  On January 6, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Order Authorizing Withdrawal of Counsel [Docket No. 11796]

3.  On January 6, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit B**:

- Order Authorizing Withdrawal of Counsel [Docket No. 11797]

4. On January 6, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit C**:

- Order Authorizing Withdrawal of Counsel [Docket No. 11798]

5. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 11th day of January 2022, at New York, NY.

*/s/ Sonia Akter*
Sonia Akter

# Exhibit A

# Exhibit A
Notice Parties Service List
Served via first class mail

| NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|
| Tasman Grant | 4921 Crestmont Drive | San Francisco | CA | 94131 |
| Tasman Grant | 937 Sundown Trail | Santa Rosa | CA | 95404 |

# **Exhibit B**

Exhibit B
Notice Parties Service List
Served via first class mail

| NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|
| The Estate of Suiko dGrant | 937 Sundown Trail | Santa Rosa | CA | 95404 |
| The Estate of Suiko Grant | 4921 Crestmont Drive | San Francisco | CA | 94131 |

# **Exhibit C**

Exhibit C
Notice Parties Service List
Served via first class mail

| NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|
| The Estate of Arthur Grant | 4921 Crestmont Drive | San Francisco | CA | 94131 |
| The Estate of Arthur Grant | 937 Sundown Trail | Santa Rosa | CA | 95404 |