

**Entered on Docket**
**January 13, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: January 12, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

**In re:**

**PG&E CORPORATION,**

- and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Bankruptcy Case No. 19-30088 (DM)

Chapter 11

(Lead Case) (Jointly Administered)

**ORDER DISALLOWING AND EXPUNGING CLAIM NOS. 6355 AND 8275 (STATE OF CONNECTICUT UNCLAIMED PROPERTY DIVISION) PURSUANT TO REORGANIZED DEBTORS' ONE HUNDRED NINTH OMNIBUS OBJECTION TO CLAIMS (BOOKS AND RECORDS CLAIMS / SATISFIED CLAIMS)**

**[Re: Docket No. 11346]**

Date: January 18, 2022
Time: 10:00 a.m. (Pacific Time)
Place: (Tele/Videoconference)
       United States Bankruptcy Court
       Courtroom 17, 16th Floor
       San Francisco, CA 94102

The Court, having considered the *Reorganized Debtors' One Hundred Ninth Omnibus Objection to Claims (Books and Records Claims / Satisfied Claims)* [Docket No. 11346] (the "**One Hundred Ninth Omnibus Objection**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan[1], the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and this Court having jurisdiction to consider the One Hundred Ninth Omnibus Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the One Hundred Ninth Omnibus Objection and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the One Hundred Ninth Omnibus Objection as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and upon consideration of the Proofs of Claim filed by State of Connecticut Unclaimed Property Division (Claim Nos. 6355 and 8275), the One Hundred Ninth Omnibus Objection [Docket No. 11346], the Declaration of Robb McWilliams [Docket No. 11347] filed concurrently therewith; and this Court having determined that the legal and factual bases set forth in the One Hundred Ninth Omnibus Objection establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The One Hundred Ninth Omnibus Objection is sustained with respect to the Claims of the State of Connecticut Unclaimed Property Division (Claim Nos. 6355 and 8275).

2. Claim Nos. 6355 and 8275 shall be disallowed and expunged in their entirety.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the One Hundred Ninth Omnibus Objection.

# COURT SERVICE LIST

Irve J. Goldman, Esq.
Pullman & Comley LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006