| | |
|---|---|
| 1 | **WEIL, GOTSHAL & MANGES LLP** |
| 2 | Richard W. Slack (*pro hac vice*) |
|   | (richard.slack@weil.com) |
| 3 | Jessica Liou (*pro hac vice*) |
|   | (jessica.liou@weil.com) |
| 4 | Matthew Goren (*pro hac vice*) |
|   | (matthew.goren@weil.com) |
| 5 | New York, NY 10153-0119 |
|   | Tel:  (212) 310-8000 |
| 6 | Fax:  (212) 310-8007 |
| 7 | **KELLER BENVENUTTI KIM LLP** |
|   | Tobias S. Keller (#151445) |
| 8 | (tkeller@kbkllp.com) |
|   | Jane Kim (#298192) |
| 9 | (jkim@kbkllp.com) |
|   | 650 California Street, Suite 1900 |
| 10 | San Francisco, CA 94108 |
|    | Tel:  (415) 496-6723 |
| 11 | Fax:  (415) 636-9251 |
| 12 | *Attorneys for Debtors and Reorganized Debtors* |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION**,

- and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

* *All papers shall be filed in the lead case, No. 19-30088 (DM)*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**NOTICE OF CANCELLATION OF JANUARY 18, 2022, 10:00 A.M. OMNIBUS HEARING**

Date: January 18, 2022
Time: 10:00 a.m. (Pacific Time)
Place: Zoom Videoconference
United States Bankruptcy Court
Courtroom 17, 16th Floor
San Francisco, CA 94102

**PLEASE TAKE NOTICE** that the following matters, which were scheduled to be heard in the above-captioned chapter 11 cases on January 18, 2022, at 10:00 a.m. (Pacific Time) (the **"Omnibus Hearing"**) have been resolved or continued.

**PLEASE TAKE FURTHER NOTICE** that, accordingly, the Omnibus Hearing is cancelled.

I: **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*RESOLVED AND CONTINUED MATTERS*

1. **DRRT Motion for Relief from Orders:** *Amended Motion for Relief from Orders by Default Disallowing and Expunging Proofs of Claims Pursuant to Reorganized Debtors' Eleventh and Thirteenth Securities Claims Omnibus Objections (Claims Barred by the Statute of Repose)* [**Dkt. 11734**].

    Status: This Motion has been continued to February 15, 2022, per Stipulation and Order [**Dkts. 11749 and 11755**].

**Securities Omnibus Claims Objections:**

2. **Fifteenth (Securities Acquired Outside Subject Period)** [**Dkt. 11343**]. This Securities Omnibus Objection was granted as to all Claims (except the Claim discussed below) by **Dkt. 11531**. This matter has been continued to March 29, 2022, as to the Claim listed in **Dkt. 11809**.

3. **Eighteenth (Duplicate Claims)** [**Dkt. 11674**]. This Securities Omnibus Objection was granted as to all Claims (except those discussed below) by **Dkt. 11818**. This matter has been continued to February 2, 2022, as to the Claims listed in **Dkt. 11812**.

**Omnibus Claims and Single Claim Objections:**

4. **Spiro Jannings** [**Dkt. 11388**]. This Objection was granted by **Dkt. 11829**.

5. **Seventy-Sixth (No Liability / Passthrough Claims)** [**Dkt. 10537**]. This Omnibus Objection was granted as to most claims by **Dkt. 10705**. The Hearing as to Willie & Ora Green will be continued to March 2, 2022.

6. **Seventy-Ninth (Books and Records Claims)** [**Dkt. 10673**]. This Omnibus Objection was granted as to most claims by **Dkt. 10858**. It has been continued to February 15, 2022, as to Marsh Landing, LLC [**Dkt. 11807**].

7. **One Hundred Ninth (Books and Records Claims / Satisfied Claims)** [**Dkt. 11346**]. This Omnibus Objection was granted as to most Claims by **Dkts. 11532**. It has been sustained as to the State of Connecticut Unclaimed Property Division by **Dkt. 11817**.

**Late Claim Motion:**

8. **Cangialosi** [**Dkt. 11579**].  This matter has been withdrawn [**Dkt. 11595**] and taken off calendar.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (II) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com.  Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: January 17, 2022

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By:    */s/ Thomas B. Rupp*
       Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*