Wm. F. Weidman, III In Pro Per
108 Connolly Road, No. 136
P. O. Box 136
Benson, Maryland 21018
Telephone: 410-917-6822

Creditor in Pro Per

FILED

JAN 18 2022

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>    – and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors,<br><br>Affects both Debtors<br><br>• All papers shall be filed in the Lead Case No. 19-30088 (DM). | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br><br>(Lead Case)(Jointly Administered)<br><br>NOTICE OF APPEAL AND STATEMENT OF ELECTION<br><br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

COMES NOW Creditor Wm. F. Weidman, III, appeals from ORDER DENYING MOTION FOR RECONSIDERATION BY WILLIAM F. WEIDMAN, III filed December 14, 2021 and entered on Docket December 15, 2021.

///

///

Creditor Name: Weidman, III, Wm. F.

Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel pursuant to 28 U.S.C. Section 158(c)(f).

DATED:     January 15, 2022          Respectfully submitted,

Wm. F. Weidman, III, Creditor
Assigned No. 10281

BY: _____
WILLIAM WEIDMAN III
In Propria Persona

Proof of Service

STATE OF MARYLAND, COUNTY OF HARFORD

I, Wm F. Weidman, III, declare as follows:

On January 15, 2022, I served the Notice of Appeal and Statement of Election on the Attorneys for Debtors and Reorganized Debtor by U.S. Express Mail by placing a copy thereof in an individual envelope addressed as shown below and depositing said envelope for collection and mailing on the aforesaid date by placement for deposit on the same day in the United States Postal Service.

> KELLER BENVENUTTI KIM LLP
> Tobias S. Keller (#151445)
> Jane Kim (#298192)
> 650 California Street, Suite 1900
> San Francisco, CA 94108
>
> WEIL, GOTSHAL & MANGES LLP
> Stephen Karotkin
> Jessica Liou
> 767 Fifth Avenue
> New York, NY 10153-0119
>
> CRAVATH, SWAINE & MOORE LLP
> Paul H. Zumbro
> George E. Zobitz
> 825 Eighth Avenue
> New York NY 10019

I declare under penalty of perjury under the laws of the State of Maryland and the United States that the foregoing is true and correct and that this declaration was executed January 15, 2022, Benson, Maryland.

BY: _____
Wm F. Weidman, III