Office of the Clerk
United States Bankruptcy Court
Northern District of California

1/19/2022

William F. Weidman, III
108 Connolly Rd., #136
P.O. Box 136
Benson, MD 21018


Re:     Deficiency Letter  - PG&E Corporation, Case #19-30088-DM, Chapter 11

The Clerk's Office is unable to process your request for the following reason:

☒     Personal checks, debtor checks and third party checks are not accepted.  Cashier's checks or money orders are required.  Alternatively, a payment may be made through the Pay.Gov website.

☒     The check must be made payable to Clerk, U.S. Bankruptcy Court.

☐      The amount of your check is incorrect.  Please resubmit for the correct amount of **$_____**

☐     The check is not signed. Please sign and return back to the Court.

☒     Fee Required in the amount of **$298.00** for the Notice of Appeal and Statement of Election.

☐     Other: _____


Sincerely,
Edward J. Emmons
Clerk of Court

By: *Da'Wana Chambers*
        Deputy Clerk, Da'Wana Chambers

Enclosure(s)