# Notice Recipients

District/Off: 0971-3   User: admin   Date Created: 1/19/2022
Case: 19-30088   Form ID: pdfntc   Total: 1

**Recipients submitted to the Claims Agent (Prime Clerk):**
cr  William F. Weidman, III  108 Connolly Rd., #136  P.O. Box 136  Benson, MD 21018

TOTAL: 1