UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re: PG& E Corporation  Bankruptcy Case No. 19-30088-DM
and Pacific Gas and Electric Company  Chapter 11

COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

**Notice of Appeal and Statement of Election- by William F. Weidman III- Dkt. #11835**

**Order Denying Motion Reconsideration- Dkt. #11706**

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) on the date shown below:

**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102


William F. Weidman, III
108 Connolly Rd., #136
P.O. Box 136
Benson, MD 21018


Keller & Benvenutti LLP          for PG& E Corporation and
Tobias S. Keller                 Pacific Gas & Electric Company
Jane Kim
650 California St., #1900
San Francisco, CA 94108

**-and-**
Weil, Gotshal & Manges LLP
Stephen Karotkin
Jessica Liou
767 Fifth Ave.
New York, NY 10153-0119
**-and-**
Cravath, Swaine & Moore LLP
Paul H. Zumbro
George E. Zobitz
825 Eighth Ave.
New York, NY 10019

                                        Da'Wana L. Chambers
Date: January 20, 2022              Deputy Clerk