

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**January 20, 2022**

Mark B. Busby, Clerk of Court
United States District Court
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re:     Transmittal of Notice of Appeal to District Court:

**PG&E Corporation and Pacific Gas and Electric Company, Case No. 19-30088-DM, Judge Dennis Montali**

Dear Clerk:

The following documents are electronically transmitted to your court for the above referenced matter:

 Docket Report

Notice of Appeal and Statement of Election- by William F. Weidman, III- Dkt #11835
Order Denying Motion Reconsideration- Dkt. #11706
Court Certificate of Mailing- Dkt. #11837
Deficiency Letter Regarding Filing Fee Not Paid- Dkt. #11836

**Filing Fee**: ☐ Paid $        ☒ Not Paid        ☐ Fee Waived        ☐ Fee Waiver Pending

If you have any questions, please contact me at **(415) 268-2373**        .

Edward Emmons, Clerk
United States Bankruptcy Court

By: *Da'Wana Chambers*
     Da'Wana Chambers  Deputy Clerk