# U.S. Bankruptcy Court
## California Northern Bankruptcy Court (San Francisco)
### Bankruptcy Petition #: 19−30088

*Assigned to:* Judge Dennis Montali
Chapter 11
Voluntary
Asset

*Date filed:* 01/29/2019
*Plan confirmed:* 06/20/2020
*341 meeting:* 04/29/2019
*Deadline for filing claims:* 10/21/2019
*Deadline for filing claims (govt.):* 10/21/2019

*Debtor*
**PG&E Corporation**
77 Beale Street
P.O. Box 770000
San Francisco, CA 94177
SAN FRANCISCO−CA
(929) 333−8977
Tax ID / EIN: 94−3234914

represented by **Max Africk**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000
*TERMINATED: 11/12/2019*

**Peter J. Benvenutti**
Keller Benvenutti Kim LLP
650 California St. 19th Fl.
San Francisco, CA 94108
(415) 364−6798
Email: pbenvenutti@kbkllp.com

**Kevin Bostel**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Lee Brand**
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Fl.
San Francisco, CA 94111−5998
415−983−1116
Email: lee.brand@pillsburylaw.com

**Timothy G. Cameron**
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Ave.
New York, NY 10019
(212) 474−1120

**Jared R. Friedmann**
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
(212) 310−8000

**Andriana Georgallas**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Stuart J. Goldring**
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
(212) 310−8000

**Matthew Goren**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**David A. Herman**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000

**Stephen Karotkin**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Tobias S. Keller**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108
(415) 796−0709
Email: tkeller@kbkllp.com

**Jane Kim**
Keller Benvenutti Kim LLP
650 California St, Suite 1900
San Francisco, CA 94108
(415) 364−6793
Email: jkim@kbkllp.com

**Katherine Kohn**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200
Washington, DC 20006
(202) 861−2607
Email: kkohn@groom.com

**Kevin Kramer**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**David Levine**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200
Washington, DC 20006
(202) 861−5436
Email: dnl@groom.com

**Dara Levinson Silveira**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108

415−364−6793
Email: dsilveira@kbkllp.com

**Jessica Liou**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Omid H. Nasab**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000

**John Nolan**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Kevin J. Orsini**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000

**Thomas B. Rupp**
Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, CA 94108
415−636−9015
Email: trupp@kbkllp.com

**Bradley R. Schneider**
Munger Tolles and Olson LLP
350 S Grand Ave., 50th Fl.
Los Angeles, CA 90071
(213) 683−9100
Email: bradley.schneider@mto.com

**Ray C. Schrock**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Richard W. Slack**
Weil Gotshal and Manges, LLP
767 Fifth Ave.
New York, NY 10153−0119
(212) 310−8000
Email: richard.slack@weil.com

**Theodore Tsekerides**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Paul H. Zumbro**
Cravath, Swaine & Moore LLP
85 Eighth Avenue

New York, NY 10019
2124741000
Email: mao@cravath.com

*Responsible Ind*
**Jason P. Wells**
Senior Vice President
Chief Financial Officer PG&E Corporation
77 Beale St.
San Francisco, CA 94177
(929) 333−8977

*U.S. Trustee*
**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102
(415)705−3333

represented by **Jason Blumberg**
Office of the U.S. Trustee
501 I St. #7−500
Sacramento, CA 95814
(916) 930−2076
Email: jason.blumberg@usdoj.gov

**Cameron M. Gulden**
Office of the United States Trustee
300 Booth St., Room 3009
Reno, NV 89509
(775) 784−5335
Email: cameron.m.gulden@usdoj.gov

**Lynette C. Kelly**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102
(415) 252−2065
Email: ustpregion17.oa.ecf@usdoj.gov

**Timothy S. Laffredi**
Office of the U. S. Trustee − San Jose
280 South 1 St., Suite 268
San Jose, CA 95113
(408) 535−5525
Email: timothy.s.laffredi@usdoj.gov

**Timothy S. Laffredi**
Office of the U.S. Trustee − SF
450 Golden Gate Ave.
Suite 05−0153
San Francisco, CA 94102
(415) 705−3333
Email: timothy.s.laffredi@usdoj.gov

**Marta Villacorta**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102
(415) 252−2062
Email: marta.villacorta@usdoj.gov

*Creditor Committee*
**Official Committee Of Unsecured Creditors**

represented by **Paul S. Aronzon**
Milbank LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067
(424) 386−4000

Email: paronzon@milbank.com

**James C. Behrens**
Milbank, LLP
2029 Century Park E, 33rd Fl.
Los Angeles, CA 90067
(424) 386−4436
Email: jbehrens@milbank.com

**Gregory A. Bray**
Milbank LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067
(424) 386−4470
Email: gbray@milbank.com

**Erin Elizabeth Dexter**
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835−7500
Email: edexter@milbank.com

**Dennis F. Dunne**
Milbank, LLP
55 Hudson Yards
New York, NY 10001−2163
(212) 530−5000
Email: ddunne@milbank.com

**Samuel A. Khalil**
Milbank, LLP
55 Hudson Yards
New York, NY 10001−2163
(212) 530−5000
Email: skhalil@milbank.com

**Thomas R. Kreller**
Milbank LLP
2029 Century Park East, 33rd
Los Angeles, CA 90067
(424) 386−4463
Email: tkreller@milbank.com

**Andrew Michael Leblanc**
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835−7500
Email: ALeblanc@milbank.com

**Alan J. Stone**
Milbank LLP
55 Hudson Yards
New York, NY 10001
(212) 530−5000
Email: AStone@milbank.com

*Creditor Committee*
**Official Committee of Tort Claimants** represented by **Lauren T. Attard**
Baker Hostetler LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025−0509

(310) 820−8800
Email: lattard@bakerlaw.com

**Chris Bator**
Baker & Hostetler LLP
127 Public Square #2000
Cleveland, OH 44114
(216) 621−0200
Email: cbator@bakerlaw.com

**Dustin M. Dow**
Baker & Hostetler LLP
127 Public Square #2000
Cleveland, OH 44114
(216) 621−0200
Email: ddow@bakerlaw.com

**Cecily Ann Dumas**
Baker and Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111−2806
415−659−2600
Email: cdumas@bakerlaw.com

**Joseph M. Esmont**
Baker & Hostetler LLP
127 Public Sq., #2000
Cleveland, OH 44147
(216) 861−7835
Email: jesmont@bakerlaw.com

**Lars H. Fuller**
Baker & Hostetler LLP
1801 California St #4400
Denver, CO 80202
(303) 764−4114
Email: lfuller@bakerlaw.com

**Eric R. Goodman**
Brown Rudnick LLP
601 Thirteenth St. NW, #600
Washington, DC 20005
(202) 536−1740
Email: egoodman@bakerlaw.com
*TERMINATED: 04/07/2021*

**Elizabeth A. Green**
BakerHostetler LLP
200 S. Orange Ave. #2300
Orlando, FL 32801
(407) 649−4000
Email: egreen@bakerlaw.com

**Robert A. Julian**
Baker and Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111−2806
(415) 569−2600
Email: rjulian@bakerlaw.com

**Elyssa S. Kates**

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4227
Email: ekates@bakerlaw.com

**Kody D. L. Kleber**
Baker & Hostetler LLP
811 Main St., #1100
Houston, TX 77005
(713) 703-1315
Email: kkleber@bakerlaw.com

**John H. MacConaghy**
MacConaghy and Barnier
645 1st St. W #D
Sonoma, CA 95476
(707) 935-3205
Email: macclaw@macbarlaw.com

**Kimberly S. Morris**
Baker & Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
(415) 659-2600
Email: kmorris@bakerlaw.com

**David J. Richardson**
Baker & Hostetler, LLP
11601 Wilshire Blvd.,
14th Floor
Los Angeles, CA 90025
(310) 442-8858
Email: drichardson@bakerlaw.com

**David B. Rivkin, Jr.**
Baker and Hostetler LLP
1050 Connecticut Ave., N.W., #1100
Washington, DC 20036
(202) 861-1731
Email: drivkin@bakerlaw.com

**Jorian L. Rose**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200
Email: jrose@bakerlaw.com

**Eric E. Sagerman**
Baker and Hostetler LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025
(310) 442-8875
Email: esagerman@bakerlaw.com

**Catherine E. Woltering**
Baker & Hostetler LLP
Key Tower, 127 Public Sq., #2000
Cleveland, OH 44114-1214
(614) 462-2677
Email: cwoltering@bakerlaw.com

| Filing Date | # | Docket Text |
|---|---|---|
| 12/14/2021 | 11706 | Order Denying Motion Reconsideration By William F. Weidman, III (Related Doc # 11596) (lp) (Entered: 12/15/2021) |
| 01/18/2022 | 11835 | Notice of Appeal and Statement of Election, Fee Amount $ 0.00. (RE: related document(s)11706 Order Denying Motion Reconsideration). Appellant Designation due by 2/3/2022. Transmission of Record to District Court due by 2/17/2022. Statement of Issues due by 2/3/2022. Filed by Creditor William F. Weidman III NOTE: Filing not paid. (dc) (Entered: 01/19/2022) |
| 01/19/2022 | 11836 | Deficiency Letter Regarding (RE: related document(s)11835 Notice of Appeal and Statement of Election, Fee Amount $ 0.00. (RE: related document(s)11706 Order Denying Motion Reconsideration). Appellant Designation due by 2/3/2022. Transmission of Record to District Court due by 2/17/2022. Statement of Issues due by 2/3/2022. Filed by Creditor William F. Weidman III NOTE: Filing not paid. (dc)). Filed by Creditor William F. Weidman III (dc) Additional attachment(s) (Certificate of Service) added on 1/19/2022 (dc). (Entered: 01/19/2022) |
| 01/20/2022 | 11837 | Courts Certificate of Mailing. Number of notices mailed: 5 (RE: related document(s)11706 Order Denying Motion Reconsideration, 11835 Notice of Appeal and Statement of Election). (dc) (Entered: 01/20/2022) |



Signed and Filed: December 14, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

### ORDER DENYING MOTION FOR RECONSIDERATION BY WILLIAM F. WEIDMAN, III

On September 30, 2019, Mr. William F. Weidman, III ("Claimant") filed proof of claim # 10281 (the "Claim") in the amount of $50,000,000.

On August 19, 2021, the Reorganized Debtors ("Debtors") filed their *One Hundred Second Omnibus Objection to Claims (No Legal Liability Claims)* ("Objection") (Dkt. 11120), alleging in

part that the events underlying Mr. Weidman's Claim were time-barred by California's two-year statute of limitations on personal injury claims.

On September 10, 2021, Claimant timely filed an *Opposition to Notice of the Reorganized Debtors' One Hundred Second Omnibus Objection to Claims (No Legal Liability Claims)* (Dkt. 11239).

The Court held a hearing on the matter on September 29, 2021. On October 6, 2021, the Court entered an *Order Disallowing Proof of Claim # 10281 Filed by William F. Weidman, III* ("Order") (Dkt. 11381). Between October 19, 2021 and November 16, 2021, the Court granted multiple extensions of time to the Claimant to file a motion for reconsideration of the Order (Dkts. 11446, 11513, 11584).

On November 17, 2021, the Claimant filed a *Petition for Reconsideration* ("Motion") (Dkt. 11596). On November 19, 2021, the Court entered an *Order Regarding Motion for Reconsideration* (Dkt. 11602), directing Debtors to respond to the Motion. On December 10, 2021, Debtors filed an *Opposition to Motion for Reconsideration of William F. Weidman III* (Dkt. 11688). For the reasons discussed below, the Court DENIES the Motion. The Claim shall remain disallowed in its entirety.

"A claim that has been allowed or disallowed may be reconsidered for cause. A reconsidered claim may be allowed or disallowed according to the equities of the case." 11 U.S.C. § 502(j). In the Ninth Circuit, a motion for reconsideration of an allowed or disallowed claim shall be considered pursuant to Fed. R. Civ. Pr. 59 if the motion is filed within the applicable appeal period, and pursuant to Fed. R. Civ. Pr. 60 if the motion

is filed after the applicable appeal period but within a reasonable amount of time. *United Student Funds, Inc. v. Wylie (In re Wylie)*, 349 B.R. 204, 209 (B.A.P. 9th Cir. 2006). Claimant's first request for an extension of time fell within the fourteen-day appeal period of entry of the Order. Neither the requests for extension of time, nor the Motion itself, clarifies whether the Motion seeks reconsideration under Rule 59 or Rule 60. Because the Motion itself falls outside of the applicable appeal period, the Court reviews Claimant's Motion under Rule 60.

Under Rule 60(b), a court may reconsider or reverse its own prior judgment in several specific circumstances, which are

> (1) mistake, inadvertence, surprise, or excusable neglect;
> (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);
> (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;
> (4) the judgment is void;
> (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or
> (6) any other reason that justifies relief.

Fed. R. Civ. Pro. 60(b). Claimant's Motion does not set forth any of the above-stated circumstances, though Claimant may feel that his arguments present "any other reason that justifies relief." Claimant reiterates his legal argument that the California statute of limitations does not apply to his claim, or in the alternative, because Debtors were aware of his worker's compensation lawsuit against other parties while

California's statute of limitations ran, his claim against Debtors does not fall outside that time limitation.

The Court's view on the law regarding the applicability of California's statute of limitations has not changed. As the prior Order made clear, the Supreme Court has clarified that the reference point for causes of action due to nuclear energy related injuries caused by incidents other than "extraordinary nuclear occurrences" is state law. *See Silkwood v. Kerr-McGee Corp.*, 464 U.S. 238 (1984). Because Claimant's injuries stem from his employment, his injuries were not caused by an "extraordinary nuclear occurrence" and California's two-year statute of limitations on personal injury claims applies.

While Claimant may have contacted Debtors as part of discovery in his lawsuit against other entities, no evidence has been presented that Claimant filed a lawsuit against Debtors within the applicable statute of limitations. It is not enough that Debtors may have known about a worker's compensation lawsuit against other parties, such notice did not toll the statute of limitations, nor did it bring the basis of the Claim within the bounds of the statute of limitations.[1]

Accordingly, the Court DENIES the Motion. The Claim shall remain disallowed in its entirety.

**END OF ORDER**

---

[1] The Court notes that an analysis of Claimant's arguments pursuant to Rule 59(a) yields the same conclusion: Claimant's legal and factual arguments have been settled by the prior Order, and no grounds have been raised for reconsideration.

COURT SERVICE LIST

William F. Weidman, III
108 Connolly Road, No. 136
P.O. Box 136
Benson, Maryland 21018

-5-

```
 1  Wm. F. Weidman, III In Pro Per
    108 Connolly Road, No. 136
 2  P. O. Box 136
    Benson, Maryland 21018
 3  Telephone: 410-917-6822
 4  Creditor in Pro Per
```

FILED

JAN 18 2022

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>  -and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors,<br><br>Affects both Debtors<br><br>• All papers shall be filed in the Lead Case No. 19-30088 (DM). | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br><br>(Lead Case)(Jointly Administered)<br><br>NOTICE OF APPEAL AND STATEMENT OF ELECTION<br><br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

COMES NOW Creditor Wm. F. Weidman, III, appeals from ORDER DENYING MOTION FOR RECONSIDERATION BY WILLIAM F. WEIDMAN, III filed December 14, 2021 and entered on Docket December 15, 2021.

///

///

Creditor Name: Weidman, III, Wm. F.

Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel pursuant to 28 U.S.C. Section 158(c)(f).

DATED: January 15, 2022

Respectfully submitted,

Wm. F. Weidman, III, Creditor
Assigned No. 10281

BY: *[signature]*
WILLIAM WEIDMAN III
In Propria Persona

Proof of Service

STATE OF MARYLAND, COUNTY OF HARFORD

I, Wm F. Weidman, III, declare as follows:

On January 15, 2022, I served the Notice of Appeal and Statement of Election on the Attorneys for Debtors and Reorganized Debtor by U.S. Express Mail by placing a copy thereof in an individual envelope addressed as shown below and depositing said envelope for collection and mailing on the aforesaid date by placement for deposit on the same day in the United States Postal Service.

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
Jane Kim (#298192)
650 California Street, Suite 1900
San Francisco, CA 94108

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin
Jessica Liou
767 Fifth Avenue
New York, NY 10153-0119

CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro
George E. Zobitz
825 Eighth Avenue
New York NY 10019

I declare under penalty of perjury under the laws of the State of Maryland and the United States that the foregoing is true and correct and that this declaration was executed January 15, 2022, Benson, Maryland.

BY: _____
Wm F. Weidman, III

Office of the Clerk
United States Bankruptcy Court
Northern District of California

1/19/2022

William F. Weidman, III
108 Connolly Rd., #136
P.O. Box 136
Benson, MD 21018


Re: Deficiency Letter - PG&E Corporation, Case #19-30088-DM, Chapter 11

The Clerk's Office is unable to process your request for the following reason:

☒ Personal checks, debtor checks and third party checks are not accepted. Cashier's checks or money orders are required. Alternatively, a payment may be made through the Pay.Gov website.

☒ The check must be made payable to Clerk, U.S. Bankruptcy Court.

☐ The amount of your check is incorrect. Please resubmit for the correct amount of **$_____**

☐ The check is not signed. Please sign and return back to the Court.

☒ Fee Required in the amount of **$298.00** for the Notice of Appeal and Statement of Election.

☐ Other: _____

Sincerely,
Edward J. Emmons
Clerk of Court

By: *Da'Wana Chambers*
Deputy Clerk, Da'Wana Chambers

Enclosure(s)

# Notice Recipients

District/Off: 0971-3 | User: admin | Date Created: 1/19/2022
Case: 19-30088 | Form ID: pdfntc | Total: 1

**Recipients submitted to the Claims Agent (Prime Clerk):**
cr     William F. Weidman, III     108 Connolly Rd., #136     P.O. Box 136     Benson, MD 21018

TOTAL: 1

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In Re: PG& E Corporation  and Pacific Gas and Electric Company

Bankruptcy Case No. 19-30088-DM  Chapter 11

## COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

**Notice of Appeal and Statement of Election- by William F. Weidman III- Dkt. #11835**

**Order Denying Motion Reconsideration- Dkt. #11706**

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) on the date shown below:

**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102


William F. Weidman, III
108 Connolly Rd., #136
P.O. Box 136
Benson, MD 21018


Keller & Benvenutti LLP         for PG& E Corporation and
Tobias S. Keller                    Pacific Gas & Electric Company
Jane Kim
650 California St., #1900
San Francisco, CA 94108

**-and-**
Weil, Gotshal & Manges LLP
Stephen Karotkin
Jessica Liou
767 Fifth Ave.
New York, NY 10153-0119
**-and-**
Cravath, Swaine & Moore LLP
Paul H. Zumbro
George E. Zobitz
825 Eighth Ave.
New York, NY 10019


                                        <u>Da'Wana L. Chambers</u>
Date: January 20, 2022                        Deputy Clerk