Dario de Ghetaldi (SBN 126782)
Amanda L. Riddle (SBN 215221)
**COREY, LUZAICH**
**DE GHETALDI & RIDDLE LLP**
700 El Camino Real
P.O Box 669
Millbrae, California 94030
Telephone: (650) 871-5666
Facsimile: (650) 871-4144
deg@coreylaw.com
alr@coreylaw.com

Eric Gibbs (SBN 178658)
Dylan Hughes (SBN 209113)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
dsh@classlawgroup.com

Michael S. Danko (SBN 111359)
Kristine K. Meredith (SBN 158243)
**DANKO MEREDITH**
333 Twin Dolphin Drive, Suite 145
Redwood Shores, California 94065
Telephone: (650) 453-3600
Facsimile: (650) 394-8672
mdanko@dankolaw.com
kmeredith@dankolaw.com

Attorneys for
*Peter Rydell, et al.*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>&<br><br>**PACIFIC GAS AND ELECTIC COMPANY,**<br><br>**Debtors.**<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ **Both Debtors**<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br><br>**DECLARATION OF NO RESPONSE TO MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL** |

I, Amanda L. Riddle, declare as follows:

1. I am an attorney duly admitted to practice before all courts of the State of California, including the Northern District.

2. I am an attorney with Corey, Luzaich, de Ghetaldi & Riddle LLP ("Firm"), attorney of record for Bankruptcy claimants, Peter Rydell, P.R., a minor child, and Peter Rydell DBA Lens Apiaries.

3. I am informed and believe that facts set forth in this Declaration are true of my personal knowledge, and if called upon to do so I could and would competently testify to these facts.

4. On December 28, 2021, the Firm filed a Notice of Motion and Motion for Order Authorizing Withdrawal of Counsel (Docket No. 11761).

5. On December 28, 2021 and December 29, 2021 the firm served a copy of Notice of Motion and Motion for Order Authorizing Withdrawal of Counsel on required parties using the methods of service identified on the Certificate of Service.

6. On December 29, 2021, the Firm filed the Certificate of Service (Docket No. 11762).

7. Pursuant to Bankruptcy Local Rule 9014-1(3)(A), the notice of motion provides that the deadline to file and served a written response for hearing is 21days after the date of service of the motion.

8. More than 21 days have passed after service of the notice of motion.

9. The firm checked the docket for this bankruptcy case and/or adversary proceedings and no response or request for hearing was timely filed.

10. No response or request for hearing was timely served on the firm via Notice of Electronic filing or at the street address, mail address, or facsimile number specified on the notice of motion.

11. Based on the foregoing and pursuant to Bankruptcy Local Rule 9014-1(3)(A), a hearing has not been requested and is not required.

12. We request that the court grant the motion and enter an order without a hearing.

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on
2  January 20, 2022, at Millbrae, CA.

_____
Amanda L. Riddle