**Exhibit 1**

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| City of San Jose<br>Davis Wright Tremaine LLP<br>Attn: Harvey S. Schochet<br>San Francisco, CA 94111 | | 105681 | Pacific Gas and Electric Company | 6/5/2020 | $0.00 | $0.00 | $31,000,000.00 | $0.00 | $31,000,000.00 | City of San Jose Claims |
| City of San Jose<br>Davis Wright Tremaine LLP 505<br>Attn: Harvey S. Schochet<br>Montgomery Street – 8th Floor<br>San Francisco, CA 94111 | | 105680 | PG&E Corporation | 6/5/2020 | $0.00 | $0.00 | $31,000,000.00 | $0.00 | $31,000,000.00 | City of San Jose Claims |
| City Of San Jose<br>Davis Wright Tremaine LLP<br>Attn: Harvey S. Schochet<br>San Francisco, CA 94111 | | 78745 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $58,611.01 | $58,611.01 | City of San Jose Claims |
| City of San Jose<br>Davis Wright Tremaine LLP<br>Attn: Harvey S. Schochet<br>San Francisco, CA 94111 | | 78623 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | City of San Jose Claims |
| City of San Jose<br>Davis Wright Tremaine LLP 505<br>Attn: Harvey S. Schochet<br>Montgomery Street – 8th Floor<br>San Francisco, CA 94111 | | 78534 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | City of San Jose Claims |
| City of San Jose<br>Davis Wright Tremaine LLP<br>Attn: Harvey S. Schochet<br>San Francisco, CA 94111 | | 77225 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $18,575,391.16 | $0.00 | $18,575,391.16 | City of San Jose Claims |
| Claims To Be Expunged Totals | | Count: 6 | | | $0.00 | $0.00 | $80,575,391.16 | $58,611.01 | $80,634,002.17 | |