**Exhibit 2**

# OVERVIEW OF CITY OF SAN JOSE CLAIMS
# SUBJECT TO 113th OMNIBUS OBJECTION[1]

| Initial Claims (Filed October 21, 2019) | | | | |
|---|---|---|---|---|
| **Claim Nos.** | **Underlying Period Covered** | **Debtor** | **UUT or FF**[2] | **Alleged Basis of Claim**[3] |
| 77225, sub¶ A | 4/1/2014 – 3/31/2017 | Utility | UUT | Underpayment of UUT for *gas* customer billings (presumably based on exclusion from tax base of specific state and local surcharges) |
| 77225, sub¶ B | 4/1/2017 – 1/28/2019 | Utility | UUT | Underpayment of UUT for *gas* and *electricity* customer billings (presumably based on exclusion from tax base of specific state and local surcharges) |
| 77225, sub¶ C | 4/1/2014 – 3/31/2017 | Utility | UUT | Underpayment of UUT for *electricity* customer billings (presumably based on exclusion from tax base of state and local surcharges) |
| 78534, sub¶¶ A-C | 4/1/2014 – 1/28/2019 | PG&E Corp. | UUT | Identical to three claims above against Utility (77225) |
| 78745, ¶1(D) | 4/1/2014 – 1/28/2019 | Utility | UUT | Identical to three claims above vs. Utility (77225, sub¶¶ A-C), except tax priority not claimed |
| 78623, ¶1(D) | 4/1/2014 – 1/28/2019 | PG&E Corp | UUT | Identical to claim vs. Utility immediately above (78745), except tax priority not claimed |
| Late Claims (Filed June 5, 2020) | | | | |
| **Claim** | **Underlying Period Covered** | **Debtor** | **UUT or FF** | **Alleged Basis of Claim** |
| 105681, Sub¶¶ A-C | Same as 77225, sub¶¶ A-C | Utility | UUT | Same as 77225, sub¶¶ A-C (but elements presented in different order) |
| 105681, ¶¶ D-E | 4/1/2014 – 10/31/2018 | Utility | UUT | Alleged "assessment for under-reporting of gross charges (by improperly deducting CA *Climate Credits*)" from electricity and gas billings |
| 105681, ¶¶ F-G | 4/1/2014 – 10/31/2018 | Utility | FF | Alleged "assessment for under-reporting gross charges (by improperly deducting CA *Climate Credits*)" from electricity and gas revenues |
| 105680, sub¶¶ A-C | Same as 77225, sub¶¶ A-C | PG&E Corp | UUT | Same as 77225, subparagraphs A-C |
| 105680, sub¶¶ D-E | Same as 105681, sub¶¶ D-E | PG&E Corp | UUT | Same as 105681, subparagraphs D-E |
| 105680, sub¶¶ F-G | Same as 105681, sub¶ F-G | PG&E Corp | FF | Same as 105681, subparagraphs F-G |

---

[1] PG&E presents this table of the City's claims as filed, does not accept the City's characterizations of the claims, and reserves the right to characterize the claims and define the issues differently.
[2] "UUT" = User Utility Tax; "FF" = Franchise Fees
[3] All claims seek tax priority under Bankruptcy Code §507(a)(8) except as otherwise noted.