**Exhibit 3**

# United States Bankruptcy Court, Northern District of California

Fill in this information to identify the case (Select only one Debtor per claim form):

☐ PG&E Corporation (19-30088)

☒ Pacific Gas and Electric Company (19-30089)

Official Form 410

# Proof of Claim 04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

Unless an exception in the Bar Date Order applies to you, you should not use this form to submit a claim that arises out of or relates to the fires that occurred in Northern California prior to January 29, 2019.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
City of San Jose
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

City of San Jose
Attn: Richard Doyle, City Attorney
200 East Santa Clara Street, 16th Floor Tower
San Jose, CA 95113-1905

cc: Ed Moran, Assistant City Attorney
    Luisa Elkins, Senior Deputy City Attorney
Contact phone (408) 535-1900
Contact email _____

Where should payments to the creditor be sent? (if different)

same

Contact phone _____
Contact email cao.main@sanjoseca.gov

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on ___/___/_____ MM/DD/YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410     Proof of Claim     page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |
| **7. How much is the claim?** | $ See attached Exhibit A . **Does this amount include interest or other charges?**<br>☐ No See Exhibit A attached hereto<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| **8. What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br>See attached Exhibit A |
| **9. Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $_____<br><br>**Amount of the claim that is secured:** $_____<br><br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $_____<br><br>**Annual Interest Rate** (when case was filed) _____ % (to be determined)<br>☐ Fixed<br>☐ Variable |
| **10. Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____ |
| **11. Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

Official Form 410     **Proof of Claim**     page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ Yes. Check one: | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $2,850 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $12,850) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☒ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ See Exhibit A |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(      ) that applies. | $ |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  10/21/19  (mm/dd/yyyy)

_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | Ed | | Moran |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Assistant City Attorney | | |
| Company | City of San Jose | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 200 East Santa Clara Street - 16th Floor Tower | | |
| | Number   Street | | |
| | San Jose | CA | 95113-1905 |
| | City | State | ZIP Code |
| Contact phone | 408-535-1900 | Email | ed.moran@sanjoseca.gov |

Official Form 410 — Proof of Claim — page 3

# EXHIBIT A TO CITY OF SAN JOSE ("CLAIMANT")
# PROOF OF CLAIM – PRIORITY TAX CLAIM, SECTION 507(a)(8)

1. Claimant has multiple contractual, statutory and municipal relationships with Debtor. This claim pertains to Claimant's Utility Users Tax ("UUT") claims. If any part or amount of this claim falls outside of the parameters of section 507(a)(8), then such part or amount shall be deemed to be part of Claimant's "non-priority general unsecured claim." Claimant's currently identified UUT claims are listed below in paragraphs A and B. Claimant reserves the right to amend, supplement or modify these claims, and to add additional claims, at any time, as additional information or circumstances warrant.

   A. UUT – final assessment for the period 4/1/14 through 3/31/17 - $8,550,424.81, including interest and penalties prescribed by municipal code, calculated through 12/31/20.

   B. UUT - estimated assessment for the period 4/1/17 through 1/28/19, including interest and penalties prescribed by municipal code, calculated through 12/31/20. This amount is subject to Claimant's audit, but Claimant believes the amount of this assessment will be in the range of $8,700,000.

   C. UUT – final electricity assessment for the period 4/1/14 through 3/31/17 - $1,324,966.35, including interest and penalties prescribed by municipal code, calculated through 12/31/20.

2. Claimant believes that Debtor has copies of all documents supporting the claims in paragraph 1. These documents are voluminous and contain confidential information. Accordingly, Claimant is not attaching copies of the claim documents here. Such documents are available to Debtor upon request, if necessary and subject to appropriate confidentiality protections, to assist Debtor in reviewing these claim amounts.

3. The claim amounts in paragraphs 1.A. through 1.C. include interest and penalties in accordance with municipal law provisions. These amounts are continuing to accrue, do not include attorneys' fees, interest and late fees as permitted in the documents or applicable law. Claim Claimant believes that certain of its agreements and applicable municipal code law also require Debtor to pay Claimant's attorneys' fees. Claimant will amend this claim to add attorneys' fees and to add accruing interest and penalties.

4. Claimant reserves the right to amend, supplement or modify this claim at any time, as additional information or circumstances warrant.

5. To the extent that Debtor asserts claims against Claimant, Claimant reserves the right to assert that such claims are subject to rights of setoff and/or recoupment, whether or not arising under the services and goods transactions that are the subject of this Proof of Claim, which rights may be treated as secured claims under the Bankruptcy Code, state and federal laws of similar import, as well as in equity.

6. To the extent that Debtor or any other party takes any action that would give rise to a counterclaim or other rights or claims that Claimant may have against Debtor, Claimant reserves all of its rights. In filing this claim, Claimant does not waive, and specifically reserves, all procedural and substantive defenses to any claim that may be asserted against Claimant by Debtor, by any trustee, or by any other party.

7. The filing of this Proof of Claim is not and shall not be deemed or construed as: (i) a waiver, release or limitation of Claimant's rights against any person, entity, or property; (ii) a waiver, release or limitation of Claimant's right to have any and all final orders in any and all non-core matters or proceedings entered only after de novo review by a United States District Court; (iii) a waiver of Claimant's right to move to withdraw the reference with respect to the subject matter of this Claim, any objection thereto and/or other proceeding which may be commenced in this case against or otherwise involving Claimant; or (iv) a consent by Claimant to the final determination or adjudication of any claim or right pursuant to 28 U.S.C. § 157(c).

4846-1558-8266v.1 0085470-000002

Case: 19-30088  Doc# 11844-3  Filed: 01/21/22  Entered: 01/21/22 11:23:28  Page 6 of 6
Case: 19-30089  Claim# 9044-1 Part 2 Filed: 10/21/19 Desc Exhibit Exhibit A  Page 2 of 2