**Exhibit 6**

PUBLIC UTILITIES COMMISSION

505 VAN NESS AVENUE
SAN FRANCISCO, CA  94102-3298



January 29, 2015

**Advice Letter 4318-E/E-A/E-B**

Meredith Allen
Senior Director, Regulatory Relations
Pacific Gas and Electric Company
77 Beale Street, Mail Code B10C
P.O. Box 770000
San Francisco, CA  94177

**Subject:  Submittal of Sample Customer Bills to Reflect Greenhouse
                     Gas Revenue Return in Compliance with Resolution E-4611
                     and Administrative Law Judge's Ruling Providing Clarification
                     on Customer Education and Outreach Activities Pursuant to
                     Resolution E-4611 and Supplemental Filings**

Dear Ms. Allen:

Advice Letter 4318-E/E-A/E-B are effective March 5, 2014.

Sincerely,

*Edward Randolph*

Edward Randolph
Director, Energy Division



Brian K. Cherry
Vice President
Regulatory Relations

Pacific Gas and Electric Company
77 Beale St., Mail Code B10C
P.O. Box 770000
San Francisco, CA 94177

Fax: 415.973.7226

November 18, 2013

**Advice 4318-E**
(Pacific Gas and Electric Company ID U 39 E)

Public Utilities Commission of the State of California

**Subject:** **Submittal of Sample Customer Bills to Reflect Greenhouse Gas Revenue Return in Compliance With Resolution E-4611 and Administrative Law Judge's Ruling Providing Clarification on Customer Education and Outreach Activities Pursuant To Resolution E-4611**

Pacific Gas and Electric Company (PG&E) hereby submits sample bills for small business and residential customers receiving the CA Climate Credit and the Climate Dividend, respectively.

**Purpose**

In compliance with Ordering Paragraph (OP) 6 of Resolution E-4611 (Resolution), the Administrative Law Judge's (ALJ) Ruling Providing Clarification on Customer Education and Outreach Activities Pursuant to Resolution E-4611 (Clarification Ruling), and Paul Clanon's letter granting an extension of Climate Dividend sample bills to the utilities, this Tier 1 advice filing is to provide the California Public Utilities Commission (Commission) with two items:

1. Attachment A includes sample bills showing the presentation for Residential-CARE, Residential-DA/CCA, and Residential-NEM customers receiving the Climate Dividend. These samples include a placeholder for the Climate Dividend messaging since this language is still under development by the California Center for Sustainable Energy (CCSE).

2. Attachment B includes a sample bill showing presentation and nomenclature for the small business greenhouse gas (GHG) revenue return pursuant to the guidelines in the proposed decision addressing small business formulas.

**Background**

On October 17, the Commission approved Resolution E-4611, which denies the request of PG&E, Southern California Edison (SCE) and San Diego Gas & Electric (SDG&E) to develop and administer a customer outreach and education program for 2013 as requested in Advice Letters PG&E 4203-E, SDG&E 2465-E, and SCE 2864-E. Instead, the Resolution orders that PG&E, SCE and SDG&E consign their 2013 outreach and education budgets to CCSE to develop and administer a competitively neutral, statewide outreach and education program.

OP 6 of the Resolution requires that the utilities provide sample bills showing presentation of the Climate Dividend via Tier 1 Advice Letter, no later than 30 days following approval of the Resolution. Subsequent to the Consolidated Outreach Application Proceeding Prehearing Conference, ALJ Semcer issued a Clarification Ruling on November 15, 2013, requiring utilities to also provide sample bills showing the presentation and language for the small business GHG revenue return[1], called the CA Climate Credit,[2] in their Tier 1 Advice Letters. Since IOUs have been advised to be prepared for volumetric revenue return to begin on January 1, 2013, CCSE has been working with the IOUs, the Energy Division, CCA/DA providers, and other stakeholders to finalize bill messaging for small business revenue return. For the Climate Dividend bill messaging, however, CCSE will require more time to research and develop the Climate Dividend bill messaging. To allow for CCSE to finalize and gain approval by all stakeholders of the Climate Dividend bill nomenclature, SCE and PG&E requested an extension to file the Climate Dividend sample bills until February 3, 2014. This extension request was granted by Executive Director, Paul Clanon on November 15, 2013.

The filing would not increase any current rate or charge, cause the withdrawal of service, or conflict with any rate schedule or rule.

**Protests**

Anyone wishing to protest this filing may do so by letter sent via U.S. mail, facsimile or E-mail, no later than December 9, 2013, which is 21 days[3] after the date of this filing. Protests must be submitted to:

---

[1] Clarification Ruling at p. 5.
[2] Proposed Decision (PD) Adopting Greenhouse Gas Allowance Revenue Formula and Distribution Methodology for Small Business Customers and Modifying Decision 12-12-033, OP 5, designates the small business greenhouse gas revenue return on customer bills as the "CA Climate Credit." This PD was held and is currently slated on the Commission's December 5, 2013 agenda.
[3] The 20-day protest period concludes on a weekend, therefore, PG&E is moving this date to the following business day.

CPUC Energy Division
ED Tariff Unit
505 Van Ness Avenue, 4th Floor
San Francisco, California  94102

Facsimile: (415) 703-2200
E-mail: EDTariffUnit@cpuc.ca.gov

Copies of protests also should be mailed to the attention of the Director, Energy Division, Room 4004, at the address shown above.

The protest shall also be sent to PG&E either via E-mail or U.S. mail (and by facsimile, if possible) at the address shown below on the same date it is mailed or delivered to the Commission:

Brian K. Cherry
Vice President, Regulatory Relations
Pacific Gas and Electric Company
77 Beale Street, Mail Code B10C
P.O. Box 770000
San Francisco, California  94177

Facsimile: (415) 973-7226
E-mail: PGETariffs@pge.com

Any person (including individuals, groups, or organizations) may protest or respond to an advice letter (General Order 96-B, Section 7.4).  The protest shall contain the following information: specification of the advice letter protested; grounds for the protest; supporting factual information or legal argument; name, telephone number, postal address, and (where appropriate) e-mail address of the protestant; and statement that the protest was sent to the utility no later than the day on which the protest was submitted to the reviewing Industry Division (General Order 96-B, Section 3.11).

## Effective Date

PG&E requests that this Tier 1 advice filing become effective on regular notice, December 18, 2013 which is 30 calendar days after the date of filing.

## Notice

In accordance with General Order 96-B, Section IV, a copy of this advice letter is being sent electronically and via U.S. mail to parties shown on the attached list and the parties on the service list for R.11-03-012. Address changes to the General Order 96-B service list should be directed to PG&E at email address PGETariffs@pge.com.  For changes to any other service list, please contact the Commission's Process Office at (415) 703-

2021 or at Process_Office@cpuc.ca.gov. Send all electronic approvals to PGETariffs@pge.com. Advice letter filings can also be accessed electronically at: http://www.pge.com/tariffs

*Brian Cherry /IG*

Vice President, Regulatory Relations

Attachment A1:  Sample Bills Showing Presentation for Climate Dividend: Residential-Care
Attachment A2:  Sample Bills Showing Presentation for Climate Dividend: Residential – DA/CCA
Attachment A3:  Sample Bills Showing Presentation for Climate Dividend: Residential - NEM
Attachment B:   Sample Bill Showing Presentation and Language for Small Business Revenue Return

cc:     Service List R.11-03-012

# CALIFORNIA PUBLIC UTILITIES COMMISSION

## ADVICE LETTER FILING SUMMARY
## ENERGY UTILITY

| MUST BE COMPLETED BY UTILITY (Attach additional pages as needed) |
|---|

**Company name/CPUC Utility No. Pacific Gas and Electric Company (ID U39 E)**

| Utility type: | Contact Person: Igor Grinberg |
|---|---|
| ☒ ELC ☐ GAS | Phone #: 415-973-8580 |
| ☐ PLC ☐ HEAT ☐ WATER | E-mail: ixg8@pge.com and PGETariffs@pge.com |

| EXPLANATION OF UTILITY TYPE | (Date Filed/ Received Stamp by CPUC) |
|---|---|
| ELC = Electric          GAS = Gas<br>PLC = Pipeline      HEAT = Heat      WATER = Water | |

Advice Letter (AL) #: **4318-E**                                             **Tier:** 1

Subject of AL:   **Submittal of Sample Customer Bills to Reflect Greenhouse Gas Revenue Return in Compliance With Resolution E-4611 and Administrative Law Judge's Ruling Providing Clarification on Customer Education and Outreach Activities Pursuant To Resolution E-4611**

Keywords (choose from CPUC listing): Compliance

AL filing type: ☐ Monthly ☐ Quarterly ☐ Annual ☒ One-Time ☐ Other _____

If AL filed in compliance with a Commission order, indicate relevant Decision/Resolution #: Resolution E-4611

Does AL replace a withdrawn or rejected AL? If so, identify the prior AL: No

Summarize differences between the AL and the prior withdrawn or rejected AL: N/A

Is AL requesting confidential treatment? If so, what information is the utility seeking confidential treatment for: N/A

Confidential information will be made available to those who have executed a nondisclosure agreement: N/A

Name(s) and contact information of the person(s) who will provide the nondisclosure agreement and access to the confidential information: N/A

Resolution Required? ☐ Yes ☒No

Requested effective date: **December 18, 2013**                    No. of tariff sheets: N/A

Estimated system annual revenue effect (%): N/A

Estimated system average rate effect (%): N/A

When rates are affected by AL, include attachment in AL showing average rate effects on customer classes (residential, small commercial, large C/I, agricultural, lighting).

Tariff schedules affected: N/A

Service affected and changes proposed: N/A

Protests, dispositions, and all other correspondence regarding this AL are due no later than 21 days[1] after the date of this filing, unless otherwise authorized by the Commission, and shall be sent to:

| **California Public Utilities Commission** | **Pacific Gas and Electric Company** |
|---|---|
| **Energy Division** | **Attn: Brian K. Cherry** |
| **EDTariffUnit** | **Vice President, Regulatory Relations** |
| **505 Van Ness Ave., 4th Flr.** | **77 Beale Street, Mail Code B10C** |
| **San Francisco, CA 94102** | **P.O. Box 770000** |
| **E-mail: EDTariffUnit@cpuc.ca.gov** | **San Francisco, CA 94177** |
| | **E-mail: PGETariffs@pge.com** |

---

[1] The 20-day protest period concludes on a weekend, therefore, PG&E is moving this date to the following business day.

## **Attachment A1**

**SAMPLE BILLS SHOWING PRESENTATION FOR
CLIMATE DIVIDEND: RESIDENTIAL - CARE**

## Service For:

Residential FS GHG Climate Dividend
1234 Main Street
Extra Address Line
Anytown, CA 00000

### Questions about your bill?

24 hours per day, 7 days per week
Phone: 1-800-743-5000
www.pge.com/MyEnergy

### Local Office Address

750 Lindaro St Ste 160
San Rafael, CA 94901

### Your Enrolled Programs

CARE Discount

## Your Account Summary

| | |
|---|---|
| Amount Due on Previous Statement | $143.52 |
| Payment(s) Received Since Last Statement | -143.52 |
| Previous Unpaid Balance | $0.00 |
| Current Electric Charges | $16.56 |
| Electric Adjustments | -32.05 |
| Current Gas Charges | 7.12 |

| **Total Amount Due** by 08/06/2012 | **$-8.35** |
|---|---|

 Current charges include a discount of $40.04 for CARE and California Climate Dividend.



Monthly Billing History

Visit www.pge.com/MyEnergy for a detailed bill comparison

Daily Usage Comparison

### Important Messages

The California Alternate Rates for Energy (CARE) Program provides a monthly discount on energy bills for income-qualified household. Applying is free, easy and confidential. To see if you qualify, please visit www.pge.com/care or call 1-866-743-2273.

El programa de California alternate Rates for Energy (CARE) ofrece un descuento en la cuenta mensual de energia a los hogares que califican. Inscribirse en el programa es gratis, facil y confidencial. Para determinar si califica, por favor visite nuestra pagina en el Internet www.pge.com/care o llamenos al 1-866-743-2273.

---

Please return this portion with your payment. No staples or paper clips. Do not fold. Thank you.

V V V M N O P  Q R S  T U V M N  M M M M M u  u  Font FPO  M M M M M u  u  u



| Account Number: | Due Date: | Total Amount Due: | Amount Enclosed: |
|---|---|---|---|
| **1023456789-0** | **08/06/2012** | **$2.68** | $ |

9184.2.9.743 2 SP 0.650

RESIDENTIAL FS GHG CLIMATE DVIDEND
1234 MAIN STREET
ANYTOWN, CA 00000
EXTRA ADDRESS LINE
EXTRA LINE

PG&E
BOX 997300
SACRAMENTO, CA  95899-7300

Recycled Paper
30% Post-Consumer Waste

Case: 19-30088     Doc# 11845-6     Filed: 01/21/22     Entered: 01/21/22 11:41:05     Page 9
of 86     of 4

## Important Phone Numbers – 24 hours per day, 7 days per week

### Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
### TDD/TTY (Speech/Hearing Impaired) 1-800-652-4712

| | |
|---|---|
| Servicio al Cliente en Espanol (Spanish) | 1-800-660-6789 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 |
| Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill,** email info@pge.com, or call 1-800-743-5000 to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch, 505 Van Ness Avenue, San Francisco, CA 94102, 1-800-649-7570 or 415-703-2032 (TDD/TYY).

To avoid having service turned off while you wait for a CPUC decision, enclose a deposit check (payable to the CPUC) for the disputed amount and a description of the dispute. The CPUC will only accept deposits for matters that relate directly to billing accuracy. If it is not possible for you to pay your deposit, you must advise the CPUC. PG&E can not turn off your service for nonpayment while it is under review by the CPUC, however, you must continue to pay your current charges to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

Visit: **www.pge.com/billexplanation** for more definitions.

**Tier 1 (Baseline) allowance:** All residential customers are given a Tier 1 (baseline) allowance - a CPUC approved percentage of average customer usage during summer and winter months. Your Tier 1 allowance provides for basic needs at an affordable price and encourages conservation. Your allowance is assigned based on the climate where you live, the season and your heat source.

| Electric Tier | % of Baseline |
|---|---|
| 1 | 0% - 100% |
| 2 | 101% - 130% |
| 3 | 131% - 200% |
| 4 | > 200% |
| Gas Tier | % of Baseline |
| 1 | 0% - 100% |
| 2 | > 100% |

**DWR bond charge:** Recovers the cost of bonds issued by the Department of Water Resources (DWR) to purchase power to serve electric customers during the California energy crisis. DWR bond charges are collected on behalf of DWR and do not belong to PG&E.

**DWR power charge:** Included in generation charges for energy provided by the Department of Water Resources. DWR receives $0.0875/kWh.

**Energy Cost Recovery Amount (ECRA):** These charges are imposed pursuant to law to help reduce the costs of financing PG&E's emergence from bankruptcy. One of these charges is the Dedicated Rate Component (DRC), which is $0.00519 per kWh. The right to receive DRC revenues has been sold to a special purpose entity, PG&E Energy Recovery Funding LLC, and PG&E is collecting this charge on behalf of PG&E Recovery Funding LLC. This charge does not belong to PG&E.

**Power Charge Indifference Adjustment (PCIA):** Ensures that customers who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs acquired to serve them prior to their departure, unless otherwise exempt.

### Your Electric Charges Breakdown

| | | |
|---|---|---|
| Conservation Incentive | $ | x.xx |
| Generation | | x.xx |
| Transmission | | x.xx |
| Distribution | | x.xx |
| Public Purpose Programs | | x.xx |
| Nuclear Decommissioning | | x.xx |
| DWR Bond Charge | | x.xx |
| Competition Transition Charges (CTC) | | x.xx |
| Energy Cost Recovery Amount | | x.xx |
| Taxes and Other | | x.xx |
| **Total Electric Charges** | | **$ 16.56** |

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2013 Pacific Gas and Electric Company. All rights reserved.

Please do not mark in box.

## Update My Information

**Account number:** 123456789-0

Change my mailing address to: _____

_____

City _____ State _____ ZIP code _____

Add this information

Phone # _____ Email _____

## Ways To Pay

- **Online at www.pge.com**
- **PG&E's Mobile Bill Pay**
- **Automatic Payment Service:** Sign up to authorize automatic payments sent from your bank account each month.
- **By mail:** Send your payment along with this payment stub in the envelope provided.
- **By debit card, Visa, Mastercard or Discover:** Call 1-866-735-7742 at any time. (Our independent service provider charges a fee for each transaction.)
- **At a PG&E payment center or local office:** To find a payment center or local office near you, visit www.pge.com or call 1-800-743-5000. Please bring a copy of your bill with you.

Case: 19-30088 Doc# 11845-6 Filed: 01/26/22 Entered: 01/26/22 15:41:05 Page 10 of 86



# ENERGY STATEMENT
www.pge.com/MyEnergy

## Details of Electric Charges

### 06/14/2012 - 07/14/2012 (31 billing days)

Service For: 1234 Main Street
Service Agreement ID: 9087654321
Rate Schedule: E1 TH [Rate Schedule Description]
Enrolled Programs: CARE (Renew by mm/dd/yyyy)

| 06/14/2012 - 07/14/2012 | Your Tier Usage | **1** | 2 | 3 | 4 |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Tier 1 Allowance | 229.80 kWh | (## days x #.# kWh/day) | |
| Tier 1 Usage | 189.000000 kWh | @    $0.12845 | $24.28 |
| CARE Discount | | | -8.56 |
| Energy Commission Tax | | | 0.05 |
| {Jurisdiction} Utility Users Tax (5.000%) | | | 0.79 |

### Total Electric Charges                    $16.56

## Adjustments

| | |
|---|---|
| California Climate Dividend | -$29.81 |
| {Jurisdiction} Utility Users' Tax (7.500%) | -2.24 |

### Total Adjustments                    -$32.05

### Service Information

| | |
|---|---|
| Meter # | 1098765432 |
| Current Meter Reading | x,xxx |
| Prior Meter Reading | x,xxx |
| Total Usage | xxx.xxxxxx kWh |
| Baseline Territory | T |
| Heat Source | Electric |
| Serial | F |
| Rotating Outage Block | 5M |

Your CARE usage is charged at these rates ($/kWh). Differences may occur due to rounding.
06/14/2012 – 07/14/2012

| | |
|---|---|
| Tier 1 | 0.08316 |
| Tier 2 | 0.09563 |
| Tiers 3-4 | 0.12474 |

### Additional Messages

[CA Climate Dividend language messaging under development by CCSE]



**Electric Usage This Period: 730.283280 kWh, 29 billing days**

----- = Average Daily Usage

Visit www.pge.com/myenergy for a detailed bill comparison.

Case: 19-30088    Doc# 11845-6    Filed: 01/21/22    Entered: 01/21/22 11:41:05    Page 3 of 4
11 of 86


Recycled Paper
30% Post-Consumer Waste

# ENERGY STATEMENT
www.pge.com/MyEnergy

## Details of Gas Charges

### 06/14/2012 - 07/14/2012 (31 billing days)

Service For: 1234 Main Street
Service Agreement ID: 9087654321
Rate Schedule: G1 T [Rate Description]
Enrolled Programs: CARE (Renew by mm/dd/yyyy)

| 06/14/2012 - 06/30/2012 | Your Tier Usage | 1 | 2 |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Tier 1 Allowance | 11.73000 | Therms | (## days x #.## Therms/day) | |
| Tier 1 Usage | 4.533330 | Therms | @    $1.02399 | $4.64 |
| CARE Discount | | | | -0.93 |
| Gas PPP Surcharge ($0.05651/Therm) | | | | 0.26 |

| 07/01/2012 - 07/14/2012 | Your Tier Usage | 1 | 2 |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Tier 1 Allowance | 8.97000 | Therms | (## days x #.## Therms/day) | |
| Tier 1 Usage | 3.466670 | Therms | @    $1.06335 | $3.69 |
| CARE Discount | | | | -0.74 |
| Gas PPP Surcharge ($0.05651/Therm) | | | | 0.20 |

## Total Gas Charges                       $7.12

## Service Information

| | |
|---|---|
| Meter # | 1234512345 |
| Current Meter Reading | x,xxx |
| Prior Meter Reading | x,xxx |
| Difference | x |
| Multiplier | x.xxxxxx |
| Total Usage | x.xxxxxx Therms |
| Baseline Territory | T |
| Serial | F |

Your CARE usage is charged at these rates ($/Therm). Differences may occur due to rounding.

06/14/2012 – 06/30/2012
| | |
|---|---|
| Tier 1 | 0.81854 |
| Tier 2 | 1.06754 |

07/01/2012 – 07/14/2012
| | |
|---|---|
| Tier 1 | 0.85003 |
| Tier 2 | 1.09902 |

### Gas Procurement Costs ($/Therm)
| | |
|---|---|
| 06/14/2012 – 06/30/2012 | $0.50527 |
| 07/01/2012 – 07/14/2012 | $0.54463 |

### Additional Messages

### Gas Usage This Period: 730.283280 Therms,  32 billing days



Visit www.pge.com/myenergy for a detailed bill comparison.

Case: 19-30088     Doc# 11845-6     Filed: 01/21/22     Entered: 01/21/22 11:41:05     Page
12 of 86

## <u>Attachment A2</u>

**SAMPLE BILLS SHOWING PRESENTATION FOR
CLIMATE DIVIDEND: RESIDENTIAL – DA/CCA**

# ENERGY STATEMENT
www.pge.com/MyEnergy

## Service For:

Residential Customer-CCA
GHG Climate Dividend
1234 Main Street
Extra Address Line
Anytown, CA 00000

### Questions about your bill?

24 hours per day, 7 days per week
Phone: 1-866-743-0335 or
www.pge.com/MyEnergy

### Local Office Address

750 Lindaro St Ste 160
San Rafael, CA 94901

## Your Account Summary

| | |
|---|---:|
| Amount Due on Previous Statement | $404.99 |
| Payment(s) Received Since Last Statement | -404.99 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $83.07 |
| [Bill Ready ESP] Electric Generation Charges | 28.55 |
| Electric Adjustments | -32.05 |
| Current Gas Charges | 34.91 |

| **Total Amount Due** by 08/07/2012 | **$114.48** |
|---|---:|

($) Current charges include a discount of $29.81 for California Climate Dividend.



*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

## Important Messages

Your electric charges on this page are broken into electric delivery charges from PG&E and electric generation charges from [Bill Ready ESP]. These two charges are for different services and are not duplicate charges. Please see the following pages for further details of your charges.

---

Please return this portion with your payment. No staples or paper clips. Do not fold. Thank you.

V V V MN O P  Q R S  T U V MN MMMMMu u u  Font FPO  MMMMMu u u



| Account Number: | Due Date: | Total Amount Due: | Amount Enclosed: |
|---|---|---|---|
| **1023456789-0** | **08/07/2012** | **$126.48** | $ |

**9184.2.9.743 2 SP 0.650**

RESIDENTIAL CUSTOMER - CCA
1234 MAIN STREET
ANYTOWN, CA 00000
EXTRA ADDRESS LINE
EXTRA LINE

PG&E
BOX 997300
SACRAMENTO, CA 95899-7300

Case: 19-30088    Doc# 11845-6    Filed: 01/21/22    Entered: 01/21/22 11:41:05    Page 1 of 5
14 of 86

Recycled Paper
30% Post-Consumer Waste

## Important Phone Numbers – 24 hours per day, 7 days per week

### Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
### TDD/TTY (Speech/Hearing Impaired) 1-800-652-4712

| Servicio al Cliente en Espanol (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill,** email info@pge.com, or call 1-800-743-5000 to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch, 505 Van Ness Avenue, San Francisco, CA 94102, 1-800-649-7570 or 415-703-2032 (TDD/TYY).

To avoid having service turned off while you wait for a CPUC decision, enclose a deposit check (payable to the CPUC) for the disputed amount and a description of the dispute. The CPUC will only accept deposits for matters that relate directly to billing accuracy. If it is not possible for you to pay your deposit, you must advise the CPUC. PG&E can not turn off your service for nonpayment while it is under review by the CPUC, however, you must continue to pay your current charges to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

Visit: **www.pge.com/billexplanation** for more definitions.

**Tier 1 (Baseline) allowance:** All residential customers are given a Tier 1 (baseline) allowance - a CPUC approved percentage of average customer usage during summer and winter months. Your Tier 1 allowance provides for basic needs at an affordable price and encourages conservation. Your allowance is assigned based on the climate where you live, the season and your heat source.

**DWR bond charge:** Recovers the cost of bonds issued by the Department of Water Resources (DWR) to purchase power to serve electric customers during the California energy crisis. DWR bond charges are collected on behalf of DWR and do not belong to PG&E.

**DWR power charge:** Included in generation charges for energy provided by the Department of Water Resources. DWR receives $0.0875/kWh.

**Energy Cost Recovery Amount (ECRA):** These charges are imposed pursuant to law to help reduce the costs of financing PG&E's emergence from bankruptcy. One of these charges is the Dedicated Rate Component (DRC), which is $0.00519 per kWh. The right to receive DRC revenues has been sold to a special purpose entity, PG&E Energy Recovery Funding LLC, and PG&E is collecting this charge on behalf of PG&E Recovery Funding LLC. This charge does not belong to PG&E.

**Power Charge Indifference Adjustment (PCIA):** Ensures that customers who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs acquired to serve them prior to their departure, unless otherwise exempt.

### Your Electric Charges Breakdown

| Conservation Incentive | $ 32.95 |
| Transmission | 5.75 |
| Distribution | 29.95 |
| Public Purpose Programs | 6.61 |
| Nuclear Decommissioning | 0.22 |
| DWR Bond Charge | 2.11 |
| Competition Transition Charges (CTC) | 0.48 |
| Energy Cost Recovery Amount | 2.08 |
| PCIA | 2.71 |
| Taxes and Other | 0.21 |
| **Total Electric Charges** | **$ 83.07** |

| | Electric Tier | % of Baseline |
|---|---|---|
| | 1 | 0% - 100% |
| | 2 | 101% - 130% |
| | 3 | 131% - 200% |
| | 4 | > 200% |
| | Gas Tier | % of Baseline |
| | 1 | 0% - 100% |
| | 2 | > 100% |

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2013 Pacific Gas and Electric Company. All rights reserved.

Please do not mark in box.

### Change My Billing Contact Information

**Account number:** 123456789-0

First name_____ Last name_____

Address _____ Apt.#_____

City_____ State_____ ZIP code_____

Phone _____ Email _____

### Ways To Pay

- **Online at www.pge.com**
- **PG&E's Mobile Bill Pay**
- **Automatic Payment Service:** Sign up to authorize automatic payments sent from your bank account each month.
- **By mail:** Send your payment along with this payment stub in the envelope provided.
- **By debit card, Visa, Mastercard or Discover:** Call 1-866-735-7742 at any time. (Our independent service provider charges a fee for each transaction.)
- **At a PG&E payment center or local office:** To find a payment center or local office near you, visit www.pge.com/Page or call 1-800-743-5000. Please bring a copy of your bill with you.

Case: 19-30088   Doc# 11845-6   Filed: 01/24/22   Entered: 01/24/22 14:11:05   Page
15 of 86

# ENERGY STATEMENT
www.pge.com/MyEnergy

## Details of PG&E Electric Delivery Charges

### 07/01/2012 - 07/09/2012 (9 billing days)

Service For: 1234 Main Street
Service Agreement ID: 9087654321
Rate Schedule: E1 XB Residential Service

| 07/01/2012 - 07/09/2012 | Your Tier Usage | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Tier 1 Allowance | 99.00 | kWh | (9 days x 11.0 kWh/day) | | |
| Tier 1 Usage | 99.000000 | kWh @ | $0.12845 | $12.72 |
| Tier 2 Usage | 29.700000 | kWh @ | $0.14602 | 4.34 |
| Tier 3 Usage | 69.300000 | kWh @ | $0.29561 | 20.49 |
| Tier 4 Usage | 213.750000 | kWh @ | $0.33561 | 71.74 |
| | | | | |
| PG&E Generation Exemption | 412.000000 | kWh @ | $0.07076 | -29.14 |
| Power Charge Indifference Adjustment | | | | 2.71 |
| Cost Responsibility Surcharge Exemption | | | | 0.00 |
| Franchise Fee Surcharge | | | | 0.21 |

### Total Electric Delivery Charges      **$83.07**

2009 Vintaged Power Charge Indifference Adjustment

### Adjustments
| | |
|---|---|
| California Climate Dividend | -$29.81 |
| {Jurisdiction} Utility Users' Tax (7.500%) | -2.24 |

### Total Adjustments      **-$32.05**

### Service Information

| | |
|---|---|
| Meter # | 1098765432 |
| Current Meter Reading | xx,xxx |
| Prior Meter Reading | xx,xxx |
| Total Usage | 412.000000 kWh |
| Baseline Territory | X |
| Heat Source | Not Electric |
| Serial | F |
| Rotating Outage Block | 5M |

### Additional Messages

[CA Climate Dividend language messaging under development by CCSE]

---

**Electric Usage This Period:** 462.000000 kWh, 31 billing days

kWh

- - - - = Average Daily Usage

02/12 02/14 02/16 02/18 02/20 02/22 02/24 02/26 02/28 03/02 03/04 03/06 03/08 03/10 03/12 03/14

 Case: 19-30088 Doc# 13845-6 Filed: 01/21/22 Entered: 01/21/22 11:41:05 Page Page

Recycled Paper
30% Post-Consumer Waste

# ENERGY STATEMENT
www.pge.com/MyEnergy

## Details of [Bill Ready ESP] Electric Generation Charges

### 07/01/2012 - 07/09/2012

Service For: 1234 Main Street
Service Agreement ID: 9087654321 ESP Customer Number:00000000

**07/01/2012 - 07/09/2012**

**Rate Schedule: RES E-1**

| | | | |
|---|---|---|---|
| GENERATION - TOTAL | 412.00000 kWh @ $0.06900 | | $28.43 |
| | Net Charges | $28.43 | |
| Energy Commission Tax | | | 0.08 |
| Energy Surcharge | | | 0.12 |

[Bill Ready ESP] charges for clean, renewable energy to replace PG&E electric generation charges. PG&E still charges for delivering electricity to you. There are no new or increased charges. Questions? Call (888) 123-4567.

## Total [ESP Name] Electric Generation Charges      $28.63

**Service Information**

| | |
|---|---|
| Current Meter Reading | 0 |
| Prior Meter Reading | 0 |
| Difference | 0 |
| Meter Constant | 1 |
| Total Usage | 412.000000 kWh |

For questions regarding charges on this page, please contact:

[Bill Ready ESP]
1234 Corporate Parkway
Anytown, CA 12345

(888) 123-4567

**Additional Messages**



# ENERGY STATEMENT
www.pge.com/MyEnergy

## Details of Gas Charges

### 07/01/2012 - 07/09/2012 (9 billing days)

Service For: 1234 Main Street
Service ID: 9087654321
Rate Schedule: G1 X Residential Service

| 07/01/2012 - 07/09/2012 | | Your Tier Usage | 1 | 2 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Tier 1 Allowance | 5.31000 | Therms | (## days x #.## Therms/day) | |
| Tier 1 Usage | 5.310000 | Therms | @ $1.06355 | $5.65 |
| Tier 2 Usage | 19.721250 | Therms | @ $1.37459 | 27.11 |
| Gas PPP Surcharge ($0.08618/Therm) | | | | 2.15 |

### Total Gas Charges $34.91

### Service Information

| | |
|---|---|
| Meter # | 1234512345 |
| Current Meter Reading | x,xxx |
| Prior Meter Reading | x,xxx |
| Difference | xx |
| Multiplier | x.xxxxx |
| Total Usage | 25.031250 Therms |
| Baseline Territory | X |
| Serial | F |

### Gas Procurement Costs ($/Therm)

| | |
|---|---|
| mm/dd/yyyy – mm/dd/yyyy | $x.xxxxx |
| mm/dd/yyyy – mm/dd/yyyy | $x.xxxxx |

### Additional Messages



**Gas Usage This Period:** 119.329548 Therms, 31 billing days

Visit www.pge.com/myenergy for a detailed bill comparison.

Recycled Paper
30% Post-Consumer Waste

Case: 19-30088   Doc# 11845-6   Filed: 01/21/22   Entered: 01/21/22 11:41:05   Page 5
18 of 86

# **Attachment A3**

## **SAMPLE BILLS SHOWING PRESENTATION FOR CLIMATE DIVIDEND: RESIDENTIAL - NEM**

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 1023456789-0
Statement Date: mm/dd/yyyy
**Due Date: mm/dd/yyyy**

## Service For:

Net Energy Metering Customer
E7 Net Consumer - Charge TU
GHG Climate Dividend
1234 Main Street
Anytown, CA 00000

### Questions about your bill?

Solar Hotline: 1-877-743-4112 M-F 8-5
General: 1-800-743-5000
24 hours per day, 7 days per week
www.pge.com/MyEnergy

### Local Office Address

705 P Street
Fresno, CA 93760

### Your Enrolled Programs

Net Energy Metering (NEM)

## Your Account Summary

| | |
|---|---:|
| Amount Due on Previous Statement | $43.54 |
| Payment(s) Received Since Last Statement | -43.54 |
| Previous Unpaid Balance | $0.00 |
| Current Electric Monthly Charges | $5.96 |
| Electric Adjustments | -32.05 |
| Current Gas Charges | 37.00 |

| **Amount Due** by xx/xx/2012 | **$10.93** |
|---|---:|

 Current charges include a discount of $29.81 for California Climate Dividend.

### Your Net Energy Metering Account Summary

| | |
|---|---:|
| Total YTD NEM Energy Charges before taxes | $1,871.42 |
| Less YTD Minimum Charges | - 31.64 |
| Estimated Taxes | 2.56 |
| **Additional NEM Charges Due at True Up (mm/yy)** | **$1,842.34** |

[text 1] Your YTD minimum charges are deducted from any outstanding charges and will be billed on your true up statement in addition to any electric monthly charges that month. Please see "Summary of Your True Up Period Charges" for more details.

### Important Messages

For details of charges, taxes and surcharges, daily usage details from your SmartMeter, and additional payment options, you may access your account online at **www.pge.com/MyEnergy**. The California Alternate Rates for Energy (CARE) Program provides a monthly discount on energy bills for income-qualified household. Applying is free, easy and confidential. To see if you qualify, please visit www.pge.com/care or call 1-866-743-2273.

Neighborhood payment centers
Did you know it's FREE to pay your PG&E bill at any of our 600 authorized neighborhood payment centers? Payments made by 5 p.m. will post to your PG&E account the same day. Locations and times of operation may be more convenient for your schedule. Call **1-888-743-0011** to find a location near you.

---

Please return this portion with your payment. No staples or paper clips. Do not fold. Thank you.

V V V MN O P Q R S T U V MN MMMMMu u u | Font FPO | MMMMMM



| Account Number: | Due Date: | Total Amount Due: | Amount Enclosed: |
|---|---|---|---|
| **1023456789-0** | **0x/xx/2012** | **$22.46** | $ |

9184.2.9.743 2 SP 0.650

NET ENERGY METERING CUSTOMER
ANYTOWN, CA 00000
EXTRA ADDRESS LINE
EXTRA LINE

PG&E
BOX 997300
SACRAMENTO, CA 95899-7300



Case: 19-30088   Doc# 11845-6   Filed: 01/21/22   Entered: 01/21/22 11:41:05   Page 1 of 5
20 of 86

Recycled Paper
30% Post-Consumer Waste

Account No: 1023456789-0
Statement Date: mm/dd/yyyy
**Due Date: mm/dd/yyyy**

# ENERGY STATEMENT
www.pge.com/MyEnergy

## Important Phone Numbers – 24 hours per day, 7 days per week

## Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
## TDD/TTY (Speech/Hearing Impaired) 1-800-652-4712

| | | | |
|---|---|---|---|
| Servicio al Cliente en Espanol (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill,** email info@pge.com, or call 1-800-743-5000 to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch, 505 Van Ness Avenue, San Francisco, CA 94102, 1-800-649-7570 or 415-703-2032 (TDD/TTY).

To avoid having service turned off while you wait for a CPUC decision, enclose a deposit check (payable to the CPUC) for the disputed amount and a description of the dispute. The CPUC will only accept deposits for matters that relate directly to billing accuracy. If it is not possible for you to pay your deposit, you must advise the CPUC. PG&E can not turn off your service for nonpayment while it is under review by the CPUC, however, you must continue to pay your current charges to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

Visit: **www.pge.com/billexplanation** for more definitions.

**Tier 1 (Baseline) allowance:** All residential customers are given a Tier 1 (baseline) allowance - a CPUC approved percentage of average customer usage during summer and winter months. Your Tier 1 allowance provides for basic needs at an affordable price and encourages conservation. Your allowance is assigned based on the climate where you live, the season and your heat source. As you use more energy, you pay more for each tier of usage.

| Electric Tier | % of Baseline |
|---|---|
| 1 | 0% - 100% |
| 2 | 101% - 130% |
| 3 | 131% - 200% |
| 4 | > 200% |
| Gas Tier | % of Baseline |
| 1 | 0% - 100% |
| 2 | > 100% |

**DWR bond charge:** Recovers the cost of bonds issued by the Department of Water Resources (DWR) to purchase power to serve electric customers during the California energy crisis. DWR bond charges are collected on behalf of DWR and do not belong to PG&E.

**DWR power charge:** Included in generation charges for energy provided by the Department of Water Resources. DWR receives $0.0875/kWh.

**Power Charge Indifference Adjustment (PCIA):** Ensures that customers who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs acquired to serve them prior to their departure, unless otherwise exempt.

### Your Electric Charges Breakdown

| | |
|---|---|
| Conservation Incentive | $x.xx |
| Generation | x.xx |
| Transmission | x.xx |
| Distribution | x.xx |
| Public Purpose Programs | x.xx |
| Nuclear Decommissioning | x.xx |
| DWR Bond Charge | x.xx |
| Competition Transition Charges (CTC) | x.xx |
| Energy Cost Recovery Amount | x.xx |
| Taxes and Other | x.xx |
| **Total Electric Charges** | **$5.96** |

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2013 Pacific Gas and Electric Company. All rights reserved.

Please do not mark in box.

### Update My Information

**Account number:** 123456789-0

Change my mailing address to: _____

_____

City _____ State _____ ZIP code _____

Add this information

Phone # _____ Email _____

### Ways To Pay

- **Online at www.pge.com**
- **PG&E's Mobile Bill Pay**
- **Automatic Payment Service:** Sign up to authorize automatic payments sent from your bank account each month.
- **By mail:** Send your payment along with this payment stub in the envelope provided.
- **By debit card, Visa, Mastercard or Discover:** Call 1-866-735-7742 at any time. (Our independent service provider charges a fee for each transaction.)
- **At a PG&E payment center or local office:** To find a payment center near you, go to www.pge.com/centers or call 1-800-743-5000. Please bring a copy of your bill with you.

Case: 19-30088    Doc# 11845-6    Filed: 01/26/22    Entered: 01/26/22 14:11:05    Page
21 of 86

Account No: 1023456789-0
Statement Date: mm/dd/yyyy
**Due Date: mm/dd/yyyy**

# ENERGY STATEMENT
www.pge.com/MyEnergy

## Summary of Your True Up Period Charges

Service For: 1234 Main Street
Service Agreement ID: 9087654321
Rate Schedule: E7 TB Residential Time-of-Use

### NEM Energy Charges

| Bill Period End Date | Net Peak Usage (kWh) | Net Off Peak Usage (kWh) | Total Net Usage (kWh) | Total Net Energy Charges | Estimated Taxes | Total Energy Charges |
|---|---|---|---|---|---|---|
| 08/29/2011 | 17 | 1,283 | 1,300 | $282.56 | $0.38 | $282.94 |
| 09/28/2011 | -27 | 1,136 | 1,109 | 219.75 | 0.32 | 220.07 |
| 10/27/2011 | 72 | 1,174 | 1,246 | 285.65 | 0.36 | 286.01 |
| 11/29/2011 | 85 | 1,227 | 1,312 | 270.8 | 0.38 | 271.18 |
| 12/28/2011 | 102 | 1,262 | 1,364 | 297.05 | 0.40 | 297.45 |
| 01/27/2012 | 148 | 1,315 | 1,463 | 325.61 | 0.42 | 326.03 |
| 02/28/2012 | -16 | 1,050 | 1,034 | 190.00 | 0.30 | 190.30 |
| TOTAL YTD | 381 | 8,447 | 8,828 | $1,871.42 | $2.56 | $1,873.98 |

[textaa] Differences in net usage may occur due to rounding

### Electric Minimum Charges

| Bill Period End Date | Minimum Charges |
|---|---|
| 08/29/2011 | $4.58 |
| 09/28/2011 | 4.44 |
| 10/27/2011 | 4.29 |
| 11/29/2011 | 4.88 |
| 12/28/2011 | 4.29 |
| 01/27/2012 | 4.43 |
| 02/28/2012 | 4.73 |
| TOTAL YTD | $31.64 |

### Explanation of Calculations

[text4] The NEM Energy Charges represents the balance for your net usage since the start of your true up period; these charges are calculated each month but are not billed until the end of the true up period. At the end of the true up period, you will be billed for any outstanding NEM Energy Charges minus the YTD Electric Minimum Charges. If your total cumulative energy charges are negative at the end of the true up period, the energy credit is zeroed out and not carried over to your next true up period. If your total net usage is negative at the end of your true up period, you may qualify for Net Surplus Compensation that will be reflected in your true up bill.

[text5] Based on your current NEM charges, the balance due at true up is:

| | |
|---|---|
| Total YTD NEM Energy Charges before taxes | $1,871.42 |
| Less YTD Minimum Charges | - 31.64 |
| Estimated Taxes | 2.56 |
| **Additional NEM Charges Due at True Up** | **$1,842.34** |

Please contact the Solar Customer Service Center at 1-877-743-4112 for questions about your NEM charges





Account No: 1023456789-0
Statement Date: mm/dd/yyyy
**Due Date: mm/dd/yyyy**

# ENERGY STATEMENT
www.pge.com/MyEnergy

## Details of Electric Monthly Charges

### 01/27/2012 - 02/28/2012 (32 billing days)

Service For: 1234 Main Street
Service Agreement ID: 9087654321
Rate Schedule: E7 TB Residential Time-of-Use
Enrolled Programs: Net Energy Metering (NEM)

| 01/27/2012 - 02/28/2012 | | | |
|---|---|---|---|
| Meter Charge | 32 days | @ $0.03843/day | $ 1.23 |
| Minimum Charge [1] | 32 days | @ $0.14784/day | 4.73 |
| {Jurisdiction} Utility Users' Tax (7.500%) | | | x.xx |

## Electric Monthly Charges                   **$ 5.96**

[Text 7] [1]The minimum daily charge is set by the CPUC approved tariff. Your electric minimum charges for this period are $4.73 and will be deducted from your energy charges at true up if your annual energy charges exceed the minimum charges

### Service Information

| | |
|---|---|
| Meter # | 1098765432 |
| Net Usage | 1,034.000000 kWh |
| Baseline Territory | T |
| Heat Source | Electric |
| Serial | F |
| Rotating Outage Block | 5M |

**Additional Messages**



Visit www.pge.com/en/billexplanation for a detailed bill explanation

Account No: 1023456789-0
Statement Date: mm/dd/yyyy
**Due Date: mm/dd/yyyy**

# ENERGY STATEMENT
www.pge.com/MyEnergy

## Details of NEM Energy Charges

### 01/27/2012 - 02/28/2012 (32 billing days)

Service For: 1234 Main Street
Service Agreement ID: 9087654321
Rate Schedule: E7 TB Residential Time-of-Use
Enrolled Programs: Net Energy Metering (NEM)

### 12/22/2011 - 12/31/2011

| | | | | |
|---|---|---|---|---|
| Tier 1 Allowance | 374.40 kWh (32 days @ 11.7 kWh/day) | | | |
| Tier 1 Net Usage | | | | |
| Peak | -5.793000 kWh | @ | $ 0.11093 | - $0.64 |
| Off Peak | 380.193000 kWh | @ | $ 0.08262 | 31.41 |
| Tier 2 Net Usage | | | | |
| Peak | -1.738000 kWh | @ | $ 0.12909 | - 0.22 |
| Off Peak | 114.058000 kWh | @ | $ 0.10078 | 11.49 |
| Tier 3 Net Usage | | | | |
| Peak | -4.055000 kWh | @ | $ 0.27824 | - 1.13 |
| Off Peak | 266.135000 kWh | @ | $ 0.24995 | 66.52 |
| Tier 4 Net Usage | | | | |
| Peak | -4.414000 kWh | @ | $ 0.31824 | - 1.40 |
| Off Peak | 289.614000 kWh | @ | $ 0.28994 | 83.97 |
| Energy Commission Tax | | | | 0.30 |
| {jurisdiction} Utility Users' Tax (#.###%) | | | | x.xx |

### Total NEM Energy Charges $190.30

Your cumulative net energy metering balance will be reconciled on your
True Up Anniversary (04/2012).

## Adjustments

| | |
|---|---|
| California Climate Dividend | -$29.81 |
| {Jurisdiction} Utility Users' Tax (7.500%) | -2.24 |

### Total Adjustments -$32.05

### Average Daily Usage (kWh/day)

| Last Year | Last Period | Current Period |
|---|---|---|
| 106.90 | 105.60 | 104.30 |

### Service Information

| | |
|---|---|
| Meter # | 1098765432 |
| Net Usage | 1034.000000 kWh |
| Baseline Territory | T |
| Heat Source | Electric |
| Serial | F |
| Rotating Outage Block | 5M |

### Additional Messages

[CA Climate Dividend language messaging
under development by CCSE]

## Electric Usage This Period: 1,059.xxxxxx kWh, 32 billing days



| | Usage | Energy Charges |
|---|---|---|
| Peak[1] | 10.91% | $ 11.1 |
| Part Peak[2] | 13.52% | $ 36.0 |
| Off Peak[3] | 75.57% | $147.57 |

[1] **Peak**: 1:00 pm - 7:00 pm (M-F, May 1 - Oct 31)
[2] **Part Peak**: 10:00 am - 1:00 pm, 7:00 pm - 9:00 pm
(M - F, May 1 - Oct 31), plus 5:00 pm - 8:00 pm
(Sat and Sun); 5:00 pm - 8:00 pm (M-F, Nov 1 - Apr 30)
[3] **Off Peak**: All other times including Holidays


Case: 19-30088   Doc#: 11845-2   Filed: 01/21/22   Entered: 01/21/22 11:41:05   Page
24 of 86
Visit www.pge.com/nem for NEM billing and rate plan information.
Page 3 of 8
Recycled Paper
30% Post-Consumer Waste

## **Attachment B**

### **SAMPLE BILL SHOWING PRESENTATION AND LANGUAGE FOR SMALL BUSINESS REVENUE RETURN**

## Service For:

Small Commercial Customer
CA GHG Cap & Trade
1234 Corporate Parkway
Anywhere, CA 99999

**Questions about your bill?**
24 hours, 7 days/wk: 1-800-468-4743
Business Specialist Available:
M-F 7am-7:30pm, Sat 7am-4:30pm
www.pge.com/MyEnergy

## Your Account Summary

| | |
|---|---:|
| Amount Due on Previous Statement | $143.52 |
| Payment(s) Received Since Last Statement | -143.52 |
| Previous Unpaid Balance | $0.00 |
| Current Electric Charges | $364.69 |
| Current Gas Charges | 208.11 |

| | |
|---|---:|
| **Total Amount Due** by 01/03/2011 | **$572.80** |

**Local Office Address**

1918 H St
Bakersfield, CA 93301

**Monthly Billing History**



*Visit **www.pge.com/MyEnergy** for a detailed bill comparison.*

**Important Messages**

Optional rates are available to many customers and may lower your PG&E bills. To find out if you have options available, please call 1-800-468-4743. The back of this bill has other important messages.

For all of your account, billing and service needs, please contact our Business Customer Service Center at 1-800-468-4743.

---

Please return this portion with your payment. No staples or paper clips. Do not fold. Thank you.

V V V M N O P  Q R S  T U V M N  M M M M M u  u  u | Font FPO | M M M M M u  u  u



| Account Number: | Due Date: | Total Amount Due: | Amount Enclosed: |
|---|---|---|---|
| **1023456789-0** | **01/03/2011** | **$572.80** | $ |

**9184.2.9.743 2 SP 0.650**

SMALL COMMERCIAL CUSTOMER
1234 MAIN STREET
ANYTOWN, CA 00000
EXTRA ADDRESS LINE
EXTRA LINE

PG&E
BOX 997300
SACRAMENTO, CA 95899-7300



Case: 19-30088    Doc# 11845-6    Filed: 01/21/22    Entered: 01/21/22 11:41:05    Page 1 of 4
26 of 86

Recycled Paper
30% Post-Consumer Waste

## Details of Electric Charges

### 11/16/2011 - 12/14/2011 (29 billing days)

Service For: 1234 Corporate Parkway
Service Agreement ID: 9087654322
Rate Schedule: A1 Small General Service

**11/16/2011 – 12/14/2011**

| | | | | |
|---|---|---|---|---|
| Energy Charges | 3,024.000000 kWh @ | $x.xxxxx | $454.53 |
| CA Climate Credit | | | -90.72 |
| Energy Commission Tax | | | 0.88 |

### Total Electric Charges $364.69

### Service Information

| | |
|---|---|
| Meter # | 1008677267 |
| Total Usage | 3,024.000000 kWh |
| Serial | S |
| Rotating Outage Block | 50 |

### Additional Messages

Your bill includes a credit as a result of California's efforts to reduce carbon pollution and slow climate change. Find out how your business can invest your credit to save energy, reduce costs, and cut pollution at CAclimatecredit.org.

### Average Daily Usage (kWh/day)

| Last Year | Last Period | Current Period |
|---|---|---|
| 106.9 | 105.6 | 104.3 |

**Electric Usage This Period:** 3,024.000000 kWh, 29 billing days



## Details of Gas Charges

### 11/16/2011 - 12/14/2011 (29 billing days)

Service For: 1234 Corporate Parkway
Service Agreement ID: 9087654325
Rate Schedule: GNR1 Gas Service to Small Commercial Customers

#### 11/16/2011 - 11/30/2011

| | | | | | |
|---|---|---|---|---|---|
| Customer Charge | 15 | days | @ | $0.52106 | $ 7.82 |

Gas Charges

| | | | | |
|---|---|---|---|---|
| First 4,000 Therms/month | 109.137931 | Therms | @ $0.85885 | xx.xx |
| > 4,000 Therms/month | x.xxxxxx | Therms | @ $0.xxxxx | xx.xx |

| | |
|---|---|
| Gas PPP Surcharge ($ 0.08400/Therm) | 5.53 |

#### 12/01/2011 - 12/14/2011

| | | | | | |
|---|---|---|---|---|---|
| Customer Charge | 14 | days | @ | $0.52106 | $ 7.29 |

Gas Charges

| | | | | |
|---|---|---|---|---|
| First 4,000 Therms/month | 101.862069 | Therms | @ $0.85885 | xx.xx |
| > 4,000 Therms/month | x.xxxxxx | Therms | @ $0.xxxxx | xx.xx |

| | |
|---|---|
| Gas PPP Surcharge ($ 0.05078/Therm) | 5.18 |

## Total Gas Charges              $208.11

### Service Information

| | |
|---|---|
| Meter # | 1234512345 |
| Current Meter Reading | 3,942 |
| Prior Meter Reading | 3,734 |
| Difference | 208 |
| Multiplier | 1.014943 |
| Total Usage | x,xxx.xxxxxx Therms |
| Serial | F |

### Gas Procurement Costs ($/Therm)

| | |
|---|---|
| 11/16/2011 – 11/30/2011 | $0.48902 |
| 12/01/2011 – 12/14/2011 | $0.49963 |

### Additional Messages

Customer Charge is based on the Highest Average Daily Usage within the last 12 months (xx.x Therms per day, during the billing period ending mm/dd/yyyy)

### Average Daily Usage (Therms/day)

| Last Year | Last Period | Current Period |
|---|---|---|
| x.x | x.x | x.x |

### Gas Usage This Period: x,xxx.xxxxxx, 29 billing days



Visit www.pge.com/myenergy for a detailed bill comparison.

**PG&E Gas and Electric**
**Advice Filing List**
**General Order 96-B, Section IV**

| | | |
|---|---|---|
| 1st Light Energy | Douglass & Liddell | OnGrid Solar |
| AT&T | Downey & Brand | Pacific Gas and Electric Company |
| Alcantar & Kahl LLP | Ellison Schneider & Harris LLP | Praxair |
| Anderson & Poole | G. A. Krause & Assoc. | Regulatory & Cogeneration Service, Inc. |
| BART | GenOn Energy Inc. | SCD Energy Solutions |
| Barkovich & Yap, Inc. | GenOn Energy, Inc. | SCE |
| Bartle Wells Associates | Goodin, MacBride, Squeri, Schlotz & Ritchie | SDG&E and SoCalGas |
| Braun Blaising McLaughlin, P.C. | Green Power Institute | SPURR |
| CENERGY POWER | Hanna & Morton | San Francisco Public Utilities Commission |
| California Cotton Ginners & Growers Assn | In House Energy | Seattle City Light |
| California Energy Commission | International Power Technology | Sempra Utilities |
| California Public Utilities Commission | Intestate Gas Services, Inc. | Slice-Energy |
| California State Association of Counties | K&L Gates LLP | SoCalGas |
| Calpine | Kelly Group | Southern California Edison Company |
| Casner, Steve | Linde | Spark Energy |
| Center for Biological Diversity | Los Angeles Dept of Water & Power | Sun Light & Power |
| City of Palo Alto | MRW & Associates | Sunshine Design |
| City of San Jose | Manatt Phelps Phillips | Tecogen, Inc. |
| Clean Power | Marin Energy Authority | Tiger Natural Gas, Inc. |
| Coast Economic Consulting | McKenna Long & Aldridge LLP | TransCanada |
| Commercial Energy | McKenzie & Associates | Utility Cost Management |
| County of Tehama - Department of Public Works | Modesto Irrigation District | Utility Power Solutions |
| Crossborder Energy | Morgan Stanley | Utility Specialists |
| Davis Wright Tremaine LLP | NLine Energy, Inc. | Verizon |
| Day Carter Murphy | NRG Solar | Water and Energy Consulting |
| Defense Energy Support Center | Nexant, Inc. | Wellhead Electric Company |
| Dept of General Services | North America Power Partners | Western Manufactured Housing Communities Association (WMA) |
| Division of Ratepayer Advocates | Occidental Energy Marketing, Inc. | |

PUBLIC UTILITIES COMMISSION

505 VAN NESS AVENUE
SAN FRANCISCO, CA 94102-3298



January 29, 2015

**Advice Letter 4318-E/E-A/E-B**

Meredith Allen
Senior Director, Regulatory Relations
Pacific Gas and Electric Company
77 Beale Street, Mail Code B10C
P.O. Box 770000
San Francisco, CA 94177

**Subject:  Submittal of Sample Customer Bills to Reflect Greenhouse
Gas Revenue Return in Compliance with Resolution E-4611
and Administrative Law Judge's Ruling Providing Clarification
on Customer Education and Outreach Activities Pursuant to
Resolution E-4611 and Supplemental Filings**

Dear Ms. Allen:

Advice Letter 4318-E/E-A/E-B are effective March 5, 2014.

Sincerely,

*Edward Randolph*

Edward Randolph
Director, Energy Division



**Brian K. Cherry**
Vice President
Regulatory Relations

Pacific Gas and Electric Company
77 Beale St., Mail Code B10C
P.O. Box 770000
San Francisco, CA 94177

Fax: 415.973.7226

February 3, 2014

**Advice 4318-E-A**
(Pacific Gas and Electric Company ID U 39 E)

Public Utilities Commission of the State of California

**Subject:**   **Supplemental: Additional Information to PG&E's Advice Letter 4318-E to Update Sample Customer Bills to Reflect Greenhouse Gas Revenue Return in Compliance With Resolution E-4611 and Administrative Law Judge's Ruling Providing Clarification on Customer Education and Outreach Activities Pursuant to Resolution E-4611**

## Purpose

In compliance with Ordering Paragraph (OP) 6 of Resolution E-4611 (Resolution), the Administrative Law Judge's (ALJ) Ruling Providing Clarification on Customer Outreach Activities Pursuant to Resolution E-4611 (Clarification Ruling), and Paul Clanon's letter granting an extension of time to the utilities for the submittal of California Climate Credit sample bills, Pacific Gas and Electric Company (PG&E) submits this Supplemental Filing to the Tier 1 Advice Letter 4318-E to provide the California Public Utilities Commission (CPUC or Commission) with the following items as recommended by Energy Division Staff:

1. **Attachment A:** PG&E sample bill showing the bill messaging and presentation for a Residential CARE customer receiving the semi-annual California Climate Credit in April, 2014.

2. **Attachment B:** PG&E sample bill showing the bill messaging and presentation for a Residential CARE customer that may receive a carryover credit if the April California Climate Credit causes the bill to become a credit balance.

3. **Attachment C:** PG&E sample bill showing the bill messaging and presentation for a Residential Community Choice Aggregation (CCA) customer receiving the semi-annual California Climate Credit in April, 2014.

4. **Attachment D:** PG&E sample bill showing the bill messaging and presentation for a Small Business customer receiving the monthly California Climate Credit in May, 2014.

5. **Attachment E:** Treatment of E-billed customers and Translations for PG&E's small business and residential customers receiving the California Climate Credit.

6. **Attachment F:** Guidance by the Energy Division to PG&E on January 29, 2014 via email correspondence providing instructions for what to include in the sample bills contained within this Supplemental Filing.

## Background

On October 17, 2013, the Commission approved Resolution E-4611, which denies the request of PG&E, Southern California Edison (SCE) and San Diego Gas & Electric (SDG&E) to develop and administer a customer outreach and education program for 2013 as requested in Advice Letters PG&E 4203-E, SDG&E 2465-E, and SCE 2864-E. Instead, the Resolution orders that PG&E, SCE and SDG&E consign their 2013 outreach and education budgets as authorized in Decision (D.) 12-12-033 to the California Center for Sustainable Energy (CCSE) to develop and administer a competitively neutral, statewide outreach and education program.

OP 6 of Resolution E-4611 required that the utilities provide sample bills showing presentation of the semi-annual residential California Climate Credit[1] via Tier 1 Advice Letter, no later than 30 days following approval of the Resolution. Subsequent to the Consolidated Outreach Application (A.) 13-08-026) Proceeding Prehearing Conference, ALJ Semcer issued a Clarification Ruling on November 15, 2013, requiring utilities to also provide sample bills showing the presentation and language for the monthly small business California Climate Credit in their Tier 1 Advice Letters.

On November 15, 2013, Executive Director Paul Clanon granted an extension of time until February 3, 2014 to the investor-owned utilities (IOUs) to submit sample bills with California Climate Credit messaging for residential customers since CCSE had not completed the final language to be included on residential bills in 2013. In Mr. Clanon's letter, he directed the IOUs to file Tier 1 Advice Letters providing the final language and presentation of the California Climate Credit for small business customers, and the final presentation with placeholder language of the California Climate Credit for residential customers. PG&E filed Advice Letter (AL) 4318-E on November 18, 2013, in compliance with this directive from the Energy Division. On December 18, 2013 the Energy Division suspended AL 4318-E.

On January 17, 2014 Energy Division Staff directed the IOUs to file supplements to SDG&E AL 2537-E, SCE AL 2967-E, and PG&E AL 4318-E instead of filing new advice letters. The guidance for the supplemental advice filing was provided to PG&E on

---

[1] Decision 14-01-012 authorized the Energy Division to change the name of the residential semi-annual Climate Credit from the California Climate Dividend to another name. On January 24, 2014, the Energy Division issued a letter formally changing the name to the California Climate Credit.

January 29, 2014, and is included as Attachment F for reference only. This supplemental advice filing provides the Energy Division with the sample bills and other outreach implementation information in Attachments A-E as requested.

The filing would not increase any current rate or charge, cause the withdrawal of service or conflict with any rate schedule or rule.

**Protests**

Anyone wishing to protest this filing may do so by letter sent via U.S. mail, facsimile or E-mail, no later than February 24, 2014, which is 21 days[2] after the date of this filing. Protests must be submitted to:

> CPUC Energy Division
> ED Tariff Unit
> 505 Van Ness Avenue, 4th Floor
> San Francisco, California  94102
>
> Facsimile: (415) 703-2200
> E-mail: EDTariffUnit@cpuc.ca.gov

Copies of protests also should be mailed to the attention of the Director, Energy Division, Room 4004, at the address shown above.

The protest shall also be sent to PG&E either via E-mail or U.S. mail (and by facsimile, if possible) at the address shown below on the same date it is mailed or delivered to the Commission:

> Brian K. Cherry
> Vice President, Regulatory Relations
> Pacific Gas and Electric Company
> 77 Beale Street, Mail Code B10C
> P.O. Box 770000
> San Francisco, California  94177
>
> Facsimile: (415) 973-7226
> E-mail: PGETariffs@pge.com

Any person (including individuals, groups, or organizations) may protest or respond to an advice letter (General Order 96-B, Section 7.4).  The protest shall contain the following information: specification of the advice letter protested; grounds for the protest; supporting factual information or legal argument; name, telephone number, postal

---

[2] The 20-day protest period concludes on a weekend. PG&E is hereby moving this date to the following business day.

address, and (where appropriate) e-mail address of the protestant; and statement that the protest was sent to the utility no later than the day on which the protest was submitted to the reviewing Industry Division (General Order 96-B, Section 3.11).

## Effective Date

PG&E requests that this Tier 1 advice filing become effective on regular notice, **March 5, 2014**, which is 30 calendar days after the date of filing.

## Notice

In accordance with General Order 96-B, Section IV, a copy of this advice letter is being sent electronically and via U.S. mail to parties shown on the attached list and the parties on the service list for R.11-03-012. Address changes to the General Order 96-B service list should be directed to PG&E at email address PGETariffs@pge.com. For changes to any other service list, please contact the Commission's Process Office at (415) 703-2021 or at Process_Office@cpuc.ca.gov. Send all electronic approvals to PGETariffs@pge.com. Advice letter filings can also be accessed electronically at: http://www.pge.com/tariffs

*Brian Cherry* /KHC

Vice President, Regulatory Relations

Attachment A:   PG&E sample bill showing the bill messaging and presentation for a Residential CARE customer receiving the semi-annual California Climate Credit in April, 2014.

Attachment B:   PG&E sample bill showing the bill messaging and presentation for a Residential CARE customer that may receive a carryover credit if the April California Climate Credit causes the bill to become a credit balance.

Attachment C:   PG&E sample bill showing the bill messaging and presentation for a Residential Community Choice Aggregator (CCA) customer receiving the semi-annual California Climate Credit in April, 2014.

Attachment D:   PG&E sample bill showing the bill messaging and presentation for a Small Business customer receiving the monthly California Climate Credit in May, 2014.

Attachment E:   Treatment of E-billed customers and Translations for PG&E's small business and residential customers receiving the California Climate Credit.

Attachment F:   Guidance by the Energy Division to PG&E on January 29, 2014 via email correspondence providing instructions for what to include in the sample bills contained within this Supplemental Filing.

cc:    Service List R.11-03-012

# CALIFORNIA PUBLIC UTILITIES COMMISSION

## ADVICE LETTER FILING SUMMARY
## ENERGY UTILITY

| MUST BE COMPLETED BY UTILITY (Attach additional pages as needed) |
|---|

Company name/CPUC Utility No. **Pacific Gas and Electric Company (ID U39 E)**

| Utility type: <br> ☑ ELC    ☐ GAS <br> ☐ PLC    ☐ HEAT    ☐ WATER | Contact Person: Kingsley Cheng <br> Phone #: (415) 973-5265 <br> E-mail: k2c0@pge.com and PGETariffs@pge.com |
|---|---|

| EXPLANATION OF UTILITY TYPE <br> ELC = Electric      GAS = Gas <br> PLC = Pipeline      HEAT = Heat      WATER = Water | (Date Filed/ Received Stamp by CPUC) |
|---|---|

Advice Letter (AL) #: **4318-E-A**            **Tier: 1**

Subject of AL: **Supplemental: Additional Information to PG&E's Advice Letter 4318 E to Update Sample Customer Bills to Reflect Greenhouse Gas Revenue Return in Compliance With Resolution E-4611 and Administrative Law Judge's Ruling Providing Clarification on Customer Education and Outreach Activities Pursuant to Resolution E-4611**

Keywords (choose from CPUC listing): Compliance

AL filing type: ☐ Monthly ☐ Quarterly ☐ Annual ☑ One-Time ☐ Other _____

If AL filed in compliance with a Commission order, indicate relevant Decision/Resolution #: Resolution E-4611

Does AL replace a withdrawn or rejected AL? If so, identify the prior AL: No

Summarize differences between the AL and the prior withdrawn or rejected AL: _____

Is AL requesting confidential treatment? If so, what information is the utility seeking confidential treatment for: No

Confidential information will be made available to those who have executed a nondisclosure agreement: N/A

Name(s) and contact information of the person(s) who will provide the nondisclosure agreement and access to the confidential information: _____

Resolution Required? ☐Yes ☑No

Requested effective date: **March 5, 2014**            No. of tariff sheets: N/A

Estimated system annual revenue effect (%): N/A

Estimated system average rate effect (%): N/A

When rates are affected by AL, include attachment in AL showing average rate effects on customer classes (residential, small commercial, large C/I, agricultural, lighting).

Tariff schedules affected: N/A

Service affected and changes proposed: N/A

Pending advice letters that revise the same tariff sheets: N/A

Protests, dispositions, and all other correspondence regarding this AL are due no later than 21 days[1] after the date of this filing, unless otherwise authorized by the Commission, and shall be sent to:

| **California Public Utilities Commission** <br> **Energy Division** <br> **EDTariffUnit** <br> **505 Van Ness Ave., 4th Flr.** <br> **San Francisco, CA 94102** <br> **E-mail: EDTariffUnit@cpuc.ca.gov** | **Pacific Gas and Electric Company** <br> **Attn: Brian K. Cherry** <br> **Vice President, Regulatory Relations** <br> **77 Beale Street, Mail Code B10C** <br> **P.O. Box 770000** <br> **San Francisco, CA 94177** <br> **E-mail: PGETariffs@pge.com** |
|---|---|

---

[1] The 20-day protest period concludes on a weekend. PG&E is hereby moving this date to the following business day.

# Attachment A

**PG&E sample bill showing the bill messaging and presentation for a Residential CARE customer receiving the semi-annual California Climate Credit in April, 2014**

# ENERGY STATEMENT

www.pge.com/MyEnergy

**PG&E**

## Service For:

Residential FS GHG Climate Credit
1234 MAIN ST
EXTRA ADDRESS LINE
ANYTOWN, CA 00000

### Questions about your bill?

24 hours per day, 7 days per week
Phone: 1-800-743-5000

### Local Office Address Questions

750 Lindaro St Ste 160
San Rafael, CA 94901

### Your Enrolled Programs

CARE Discount

## Your Account Summary

| | |
|---|---:|
| Amount Due on Previous Statement | $143.52 |
| Payment(s) Received Since Last Statement | -143.52 |
| Previous Unpaid Balance | $0.00 |
| Current Electric Charges | $16.56 |
| Electric Adjustments | -31.50 |
| Current Gas Charges | 7.12 |

| **Total Amount Due** by 05/04/2014 | **-$7.82** |
|---|---:|

 Current charges include a discount of $38.56 for CARE and California Climate Credit



## Important Messages

California is fighting climate change and so can you! Your bill includes a Climate Credit from a state program to cut carbon pollution while also reducing your energy costs. Find out how at EnergyUpgradeCA.org/credit.

Your gas is billed on a multifamily rate. The number of residential dwelling units for your account is shown under the gas rate schedule entry on your statement. If this is not correct, please call us at 1-800-743-5000.

*Continued on page 5*

---

Please return this portion with your payment. No staples or paper clips. Do not fold. Thank you.

V V V M N O P Q R S T U V M N M M M M M u  u  [Font FPO]  M M M M M u  u



| Account Number: | Due Date: | Total Amount Due: | Amount Enclosed: |
|---|---|---|---|
| **1023456789-0** | **05/04/2014** | **-$7.82** | $ |

9184.2.9.743 2 SP 0.650

RESIDENTIAL FS GHG CLIMATE DVIDEND
1234 MAIN STREET
ANYTOWN, CA 00000
EXTRA ADDRESS LINE
EXTRA LINE

PG&E
BOX 997300
SACRAMENTO, CA 95899-7300

 Recycled Paper
30% Post-Consumer Waste

## Important Phone Numbers – 24 hours per day, 7 days per week

### Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
### TDD/TTY (Speech/Hearing Impaired) 1-800-652-4712

| | | | |
|---|---|---|---|
| Servicio al Cliente en Espanol (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill,** email info@pge.com, or call 1-800-743-5000 to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch, 505 Van Ness Avenue, San Francisco, CA 94102, 1-800-649-7570 or 415-703-2032 (TDD/TYY).

To avoid having service turned off while you wait for a CPUC decision, enclose a deposit check (payable to the CPUC) for the disputed amount and a description of the dispute. The CPUC will only accept deposits for matters that relate directly to billing accuracy. If it is not possible for you to pay your deposit, you must advise the CPUC. PG&E can not turn off your service for nonpayment while it is under review by the CPUC, however, you must continue to pay your current charges to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

Visit: **www.pge.com/billexplanation** for more definitions.

**Tier 1 (Baseline) allowance:** All residential customers are given a Tier 1 (baseline) allowance - a CPUC approved percentage of average customer usage during summer and winter months. Your Tier 1 allowance provides for basic needs at an affordable price and encourages conservation. Your allowance is assigned based on the climate where you live, the season and your heat source.

| Electric Tier | % of Baseline |
|---|---|
| 1 | 0% - 100% |
| 2 | 101% - 130% |
| 3 | 131% - 200% |
| 4 | > 200% |
| Gas Tier | % of Baseline |
| 1 | 0% - 100% |
| 2 | > 100% |

**DWR bond charge:** Recovers the cost of bonds issued by the Department of Water Resources (DWR) to purchase power to serve electric customers during the California energy crisis. DWR bond charges are collected on behalf of DWR and do not belong to PG&E.

**DWR power charge:** Included in generation charges for energy provided by the Department of Water Resources. DWR receives $0.0875/kWh.

**Energy Cost Recovery Amount (ECRA):** These charges are imposed pursuant to law to help reduce the costs of financing PG&E's emergence from bankruptcy. One of these charges is the Dedicated Rate Component (DRC), which is $0.00519 per kWh. The right to receive DRC revenues has been sold to a special purpose entity, PG&E Energy Recovery Funding LLC, and PG&E is collecting this charge on behalf of PG&E Recovery Funding LLC. This charge does not belong to PG&E.

**Power Charge Indifference Adjustment (PCIA):** Ensures that customers who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs acquired to serve them prior to their departure, unless otherwise exempt.

### Your Electric Charges Breakdown

| | |
|---|---|
| Conservation Incentive | $ x.xx |
| Generation | x.xx |
| Transmission | x.xx |
| Distribution | x.xx |
| Public Purpose Programs | x.xx |
| Nuclear Decommissioning | x.xx |
| DWR Bond Charge | x.xx |
| Competition Transition Charges (CTC) | x.xx |
| Energy Cost Recovery Amount | x.xx |
| Taxes and Other | x.xx |
| **Total Electric Charges** | **$ 16.56** |

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2013 Pacific Gas and Electric Company. All rights reserved.

Please do not mark in box.

### Update My Information

**Account number:** 123456789-0

Change my mailing address to: _____

_____

City _____ State _____ ZIP code _____

Add this information

Phone # _____ Email _____

### Ways To Pay

- **Online at www.pge.com**
- **PG&E's Mobile Bill Pay**
- **Automatic Payment Service:** Sign up to authorize automatic payments sent from your bank account each month.
- **By mail:** Send your payment along with this payment stub in the envelope provided.
- **By debit card, Visa, Mastercard or Discover:** Call 1-866-735-7742 at any time. (Our independent service provider charges a fee for each transaction.)
- **At a PG&E payment center or local office:** To find a payment center or local office near you, please visit www.pge.com or call 1-800-743-5000. Please bring a copy of your bill with you.

Case: 19-30088   Doc# 11845-6   Filed: 01/26/22   Entered: 01/26/22 15:41:09   Page 38 of 86

## Details of Electric Charges

### 03/14/2014 - 04/14/2014 (31 billing days)

Service For: 1234 Main Street
Service Agreement ID: 9087654321
Rate Schedule: E1 TH [Rate Schedule Description]
Enrolled Programs: CARE (Renew by mm/dd/yyyy)

| 03/14/2014 - 04/14/2014 | Your Tier Usage | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Tier 1 Allowance | 229.80 | kWh | (## days x #.# kWh/day) | |
| Tier 1 Usage | 189.000000 | kWh @ | $0.12845 | $24.28 |
| CARE Discount | | | | -8.56 |
| Energy Commission Tax | | | | 0.05 |
| {Jurisdiction} Utility Users Tax (5.000%) | | | | 0.79 |

### Total Electric Charges $16.56

### Adjustments

| | |
|---|---|
| California Climate Credit | -$30.00 |
| {Jurisdiction} Utility Users' Tax (5.000%) | -1.50 |

### Total Adjustments -$31.50

## Service Information

| | |
|---|---|
| Meter # | 1098765432 |
| Current Meter Reading | x,xxx |
| Prior Meter Reading | x,xxx |
| Total Usage | xxx.xxxxxx kWh |
| Baseline Territory | T |
| Heat Source | Electric |
| Serial | F |
| Rotating Outage Block | 5M |

Your CARE usage is charged at these rates ($/kWh). Differences may occur due to rounding.
06/14/2012 – 07/14/2012

| | |
|---|---|
| Tier 1 | 0.08316 |
| Tier 2 | 0.09563 |
| Tiers 3-4 | 0.12474 |

### Additional Messages

**California Climate Credit –** Part of California's efforts to fight climate change, the credit results from fees charged by the state to reduce carbon pollution and increase use of cleaner forms of energy. These fees are returned to customers as savings on their electric bill. Households will receive the credit twice a year, and small businesses will receive it monthly. Learn how you can use these savings to further reduce your energy costs and help fight climate change at EnergyUpgradeCA.org/credit.

**This is an estimated bill** We were not able to read the meter(s) due to insufficient billing information. As a result, we estimated your energy usage for this bill. We are currently reviewing your PG&E account to determine your correct energy usage. Please call **1-800-743-5000** if you would like more information, or have any questions.



**Electric Usage This Period: 730.283280 kWh, 29 billing days**

Visit www.pge.com/myenergy for a detailed bill comparison.



Case: 19-30088   Doc #11845-6   Filed: 01/21/22   Entered: 01/21/22 11:41:05   Page 39 of 86

## Details of Gas Charges

### 03/14/2014 - 04/14/2014 (31 billing days)

Service For: 1234 Main Street
Service Agreement ID: 9087654321
Rate Schedule: G1 T [Rate Description]
Enrolled Programs: CARE (Renew by mm/dd/yyyy)

| 03/14/2014 - 03/30/2014 | Your Tier Usage | 1 | 2 |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Tier 1 Allowance | 11.73000 | Therms | (## days x #.## Therms/day) | |
| Tier 1 Usage | 4.533330 | Therms @ | $1.02399 | $4.64 |
| CARE Discount | | | | -0.93 |
| Gas PPP Surcharge ($0.05651/Therm) | | | | 0.26 |

| 04/01/2014 - 04/14/2014 | Your Tier Usage | 1 | 2 |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Tier 1 Allowance | 8.97000 | Therms | (## days x #.## Therms/day) | |
| Tier 1 Usage | 3.466670 | Therms @ | $1.06335 | $3.69 |
| CARE Discount | | | | -0.74 |
| Gas PPP Surcharge ($0.05651/Therm) | | | | 0.20 |

### Total Gas Charges                    $7.12

### Service Information

| | |
|---|---|
| Meter # | 1234512345 |
| Current Meter Reading | x,xxx |
| Prior Meter Reading | x,xxx |
| Difference | x |
| Multiplier | x.xxxxxx |
| Total Usage | x.xxxxxx Therms |
| Baseline Territory | T |
| Serial | F |

Your CARE usage is charged at these rates ($/Therm). Differences may occur due to rounding.

<u>03/14/2014 – 03/30/2014</u>
Tier 1    0.81854
Tier 2    1.06754
<u>04/01/2014 – 04/14/2014</u>
Tier 1    0.85003
Tier 2    1.09902

**Gas Procurement Costs ($/Therm)**
03/14/2014 – 03/30/2014    $0.50527
04/01/2014 – 04/14/2014    $0.54463

**Additional Messages**

### Gas Usage This Period: 730.283280 Therms,  32 billing days



Visit www.pge.com/myenergy for a detailed bill comparison.

Case: 19-30088   Doc# 11845-6   Filed: 01/21/22   Entered: 01/21/22 11:41:05   Page
40 of 86

## Important Messages  (continued from page 1)

Your gas is billed on a rate for either a single-family home or common-use area of a multi-family complex. If this is not correct, please call us at 1-800-743-5000.

**Electric power line safety** PG&E cares about your safety. Be aware of your surroundings and keep yourself, tools, equipment and antennas at least 10 feet away from overhead power lines. If you see an electric power line fall to the ground, stay away, call **9-1-1** and then PG&E at **1-800-743-5000**.

**Planning a digging project?**  Pipeline accidents and damage occur most often from digging. Always call Underground Service Alert, a free service, by dialing 811 at least two working days before you dig—even in your own yard.

Digging can still damage customer-owned pipelines since they are not located by calling 811. A plumber or licensed contractor can help you locate customer-owned pipelines. Be sure to maintain records of their location for future work. You can learn more about gas pipeline safety by visiting **pge.com/safety**.

**Need to schedule a service visit?** For your convenience, we offer four hour appointment windows. Call us at **1-800-743-5000** to schedule a service visit.

**Moving?**  Please call us at **1-800-743-5000** to notify us of your new mailing address.

Case: 19-30088   Doc# 11845-6   Filed: 01/21/22   Entered: 01/21/22 11:41:05   Page 41 of 86

# **Attachment B**

**PG&E sample bill showing the bill messaging and presentation for a Residential CARE customer that may receive a carryover credit if the April California Climate Credit causes the bill to become a credit balance**

## Service For:

Residential FS GHG Climate Credit
Carryover Message
EXTRA ADDRESS LINE
ANYTOWN, CA 00000

### Questions about your bill?

24 hours per day, 7 days per week
Phone: 1-800-743-5000

### Local Office Address Questions

750 Lindaro St Ste 160
San Rafael, CA 94901

### Your Enrolled Programs

CARE Discount

## Your Account Summary

| | |
|---|---:|
| Amount Due on Previous Statement | -$7.82 |
| Payment(s) Received Since Last Statement | 0.00 |
| Previous Unpaid Balance | -$7.82 |
| Current Electric Charges | $16.56 |
| Current Gas Charges | 7.12 |

| **Total Amount Due** by 06/04/2014 | **$15.86** |
|---|---:|

 Current charges include a discount of $10.23 for CARE



## Important Messages

Your gas is billed on a multifamily rate. The number of residential dwelling units for your account is shown under the gas rate schedule entry on your statement. If this is not correct, please call us at 1-800-743-5000.

*Continued on page 5*

---

Please return this portion with your payment. No staples or paper clips. Do not fold. Thank you.

V V V M N O P  Q R S  T U V M N M M M M M u  u  [Font FPO]  M M M M M u  u



| Account Number: | Due Date: | Total Amount Due: | Amount Enclosed: |
|---|---|---|---|
| **1023456789-0** | **06/04/2014** | **$15.86** | $ |

**9184.2.9.743 2 SP 0.650**

RESIDENTIAL FS GHG CLIMATE DVIDEND
1234 MAIN STREET
ANYTOWN, CA 00000
EXTRA ADDRESS LINE
EXTRA LINE

PG&E
BOX 997300
SACRAMENTO, CA 95899-7300

Recycled Paper
30% Post-Consumer Waste

Case: 19-30088   Doc# 11845-6   Filed: 01/21/22   Entered: 01/21/22 11:41:05   Page
43 of 86

## Important Phone Numbers – 24 hours per day, 7 days per week

### Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
### TDD/TTY (Speech/Hearing Impaired) 1-800-652-4712

| | |
|---|---|
| Servicio al Cliente en Espanol (Spanish) | 1-800-660-6789 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 |
| Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill,** email info@pge.com, or call 1-800-743-5000 to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch, 505 Van Ness Avenue, San Francisco, CA 94102, 1-800-649-7570 or 415-703-2032 (TDD/TTY).

To avoid having service turned off while you wait for a CPUC decision, enclose a deposit check (payable to the CPUC) for the disputed amount and a description of the dispute. The CPUC will only accept deposits for matters that relate directly to billing accuracy. If it is not possible for you to pay your deposit, you must advise the CPUC. PG&E can not turn off your service for nonpayment while it is under review by the CPUC, however, you must continue to pay your current charges to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

Visit: **www.pge.com/billexplanation** for more definitions.

**Tier 1 (Baseline) allowance:** All residential customers are given a Tier 1 (baseline) allowance - a CPUC approved percentage of average customer usage during summer and winter months. Your Tier 1 allowance provides for basic needs at an affordable price and encourages conservation. Your allowance is assigned based on the climate where you live, the season and your heat source.

| Electric Tier | % of Baseline |
|---|---|
| 1 | 0% - 100% |
| 2 | 101% - 130% |
| 3 | 131% - 200% |
| 4 | > 200% |
| Gas Tier | % of Baseline |
| 1 | 0% - 100% |
| 2 | > 100% |

**DWR bond charge:** Recovers the cost of bonds issued by the Department of Water Resources (DWR) to purchase power to serve electric customers during the California energy crisis. DWR bond charges are collected on behalf of DWR and do not belong to PG&E.

**DWR power charge:** Included in generation charges for energy provided by the Department of Water Resources. DWR receives $0.0875/kWh.

**Energy Cost Recovery Amount (ECRA):** These charges are imposed pursuant to law to help reduce the costs of financing PG&E's emergence from bankruptcy. One of these charges is the Dedicated Rate Component (DRC), which is $0.00519 per kWh. The right to receive DRC revenues has been sold to a special purpose entity, PG&E Energy Recovery Funding LLC, and PG&E is collecting this charge on behalf of PG&E Recovery Funding LLC. This charge does not belong to PG&E.

**Power Charge Indifference Adjustment (PCIA):** Ensures that customers who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs acquired to serve them prior to their departure, unless otherwise exempt.

### Your Electric Charges Breakdown

| | |
|---|---:|
| Conservation Incentive | $ x.xx |
| Generation | x.xx |
| Transmission | x.xx |
| Distribution | x.xx |
| Public Purpose Programs | x.xx |
| Nuclear Decommissioning | x.xx |
| DWR Bond Charge | x.xx |
| Competition Transition Charges (CTC) | x.xx |
| Energy Cost Recovery Amount | x.xx |
| Taxes and Other | x.xx |
| **Total Electric Charges** | **$ 16.56** |

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2013 Pacific Gas and Electric Company. All rights reserved.

Please do not mark in box.

## Update My Information

**Account number:** 123456789-0

Change my mailing address to: _____

_____

City _____ State _____ ZIP code _____

Add this information

Phone # _____ Email _____

## Ways To Pay

- **Online at www.pge.com**
- **PG&E's Mobile Bill Pay**
- **Automatic Payment Service:** Sign up to authorize automatic payments sent from your bank account each month.
- **By mail:** Send your payment along with this payment stub in the envelope provided.
- **By debit card, Visa, Mastercard or Discover:** Call 1-866-735-7742 at any time. (Our independent service provider charges a fee for each transaction.)
- **At a PG&E payment center or local office:** To find a payment center or local office near you, visit www.pge.com or call 1-800-743-5000. Please bring a copy of your bill with you.

Case: 19-30088 Doc# 11845-6 Filed: 01/26/22 Entered: 01/26/22 14:14:05 Page 44 of 86

# ENERGY STATEMENT
www.pge.com/MyEnergy

## Details of Electric Charges

### 04/14/2014 - 05/14/2014 (31 billing days)

Service For: 1234 Main Street
Service Agreement ID: 9087654321
Rate Schedule: E1 TH [Rate Schedule Description]
Enrolled Programs: CARE (Renew by mm/dd/yyyy)

| 04/14/2014 - 05/14/2014 | Your Tier Usage | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Tier 1 Allowance | 229.80 | kWh | (## days x #.# kWh/day) | | |
| Tier 1 Usage | 189.000000 | kWh | @ | $0.12845 | $24.28 |
| CARE Discount | | | | | -8.56 |
| Energy Commission Tax | | | | | 0.05 |
| {Jurisdiction} Utility Users Tax (5.000%) | | | | | 0.79 |

### Total Electric Charges $16.56

## Service Information

| | |
|---|---|
| Meter # | 1098765432 |
| Current Meter Reading | x,xxx |
| Prior Meter Reading | x,xxx |
| Total Usage | xxx.xxxxxx kWh |
| Baseline Territory | T |
| Heat Source | Electric |
| Serial | F |
| Rotating Outage Block | 5M |

Your CARE usage is charged at these rates ($/kWh). Differences may occur due to rounding.
04/14/2012 – 05/14/2012
| | |
|---|---|
| Tier 1 | 0.08316 |
| Tier 2 | 0.09563 |
| Tiers 3-4 | 0.12474 |

## Additional Messages

Your electricity bill for this month reflects a credit amount from your last bill, which may be due in part to the California Climate Credit included in the "Adjustments" section of last month's electricity bill.



**Electric Usage This Period: 730.283280 kWh, 29 billing days**

kWh ----- = Average Daily Usage

Visit www.pge.com/myenergy for a detailed bill comparison.

Case: 19-30088    Doc# 11845-6    Filed: 01/21/22    Entered: 01/21/22 11:41:05    Page 45 of 86


Page 35
Recycled Paper
30% Post-Consumer Waste

## Details of Gas Charges

### 04/14/2014 - 05/14/2014 (31 billing days)

Service For: 1234 Main Street
Service Agreement ID: 9087654321
Rate Schedule: G1 T [Rate Description]
Enrolled Programs: CARE (Renew by mm/dd/yyyy)

| 04/14/2014 - 04/30/2014 | Your Tier Usage | 1 | 2 |
| --- | --- | --- | --- |

| | | | | |
| --- | --- | --- | --- | --- |
| Tier 1 Allowance | 11.73000 | Therms | (## days x #.## Therms/day) | |
| Tier 1 Usage | 4.533330 | Therms | @    $1.02399 | $4.64 |
| CARE Discount | | | | -0.93 |
| Gas PPP Surcharge ($0.05651/Therm) | | | | 0.26 |

| 05/01/2014 - 05/14/2014 | Your Tier Usage | 1 | 2 |
| --- | --- | --- | --- |

| | | | | |
| --- | --- | --- | --- | --- |
| Tier 1 Allowance | 8.97000 | Therms | (## days x #.## Therms/day) | |
| Tier 1 Usage | 3.466670 | Therms | @    $1.06335 | $3.69 |
| CARE Discount | | | | -0.74 |
| Gas PPP Surcharge ($0.05651/Therm) | | | | 0.20 |

### Total Gas Charges                                   $7.12

### Service Information

| | |
| --- | --- |
| Meter # | 1234512345 |
| Current Meter Reading | x,xxx |
| Prior Meter Reading | x,xxx |
| Difference | x |
| Multiplier | x.xxxxxx |
| Total Usage | x.xxxxxx Therms |
| Baseline Territory | T |
| Serial | F |

Your CARE usage is charged at these rates ($/Therm). Differences may occur due to rounding.

04/14/2014 – 04/30/2014
| | |
| --- | --- |
| Tier 1 | 0.81854 |
| Tier 2 | 1.06754 |

05/01/2014 – 05/14/2014
| | |
| --- | --- |
| Tier 1 | 0.85003 |
| Tier 2 | 1.09902 |

### Gas Procurement Costs ($/Therm)
| | |
| --- | --- |
| 04/14/2014 – 04/30/2014 | $0.50527 |
| 05/01/2014 – 05/14/2014 | $0.54463 |

### Additional Messages

### Gas Usage This Period: 730.283280 Therms,  32 billing days



Visit www.pge.com/myenergy for a detailed bill comparison.

Case: 19-30088   Doc# 11845-6   Filed: 01/21/22   Entered: 01/21/22 11:41:05   Page
46 of 86

**Important Messages  (continued from page 1)**

Your gas is billed on a rate for either a single-family home or common-use area of a multi-family complex. If this is not correct, please call us at 1-800-743-5000.

**Electric power line safety** PG&E cares about your safety. Be aware of your surroundings and keep yourself, tools, equipment and antennas at least 10 feet away from overhead power lines. If you see an electric power line fall to the ground, stay away, call **9-1-1** and then PG&E at **1-800-743-5000**.

**Planning a digging project?**  Pipeline accidents and damage occur most often from digging. Always call Underground Service Alert, a free service, by dialing 811 at least two working days before you dig—even in your own yard.

Digging can still damage customer-owned pipelines since they are not located by calling 811. A plumber or licensed contractor can help you locate customer-owned pipelines. Be sure to maintain records of their location for future work. You can learn more about gas pipeline safety by visiting **pge.com/safety**.

**Need to schedule a service visit?** For your convenience, we offer four hour appointment windows. Call us at **1-800-743-5000** to schedule a service visit.

**Moving?**  Please call us at **1-800-743-5000** to notify us of your new mailing address.

# **Attachment C**

**PG&E sample bill showing the bill messaging and presentation for a Residential Community Choice Aggregation (CCA) customer receiving the semi-annual California Climate Credit in April, 2014**

# ENERGY STATEMENT

www.pge.com/MyEnergy

## Service For:

Residential Customer-CCA
GHG Climate Credit - CARE
1234 MAIN STREET
Extra Address Line

### Questions about your bill?

24 hours per day, 7 days per week
Phone: 1-866-743-0335
www.pge.com/MyEnergy

### Local Office Address

1100 S 27TH ST
RICHMOND, CA 94804

### Your Enrolled Programs

CARE Discount

## Your Account Summary

| | |
|---|---|
| Amount Due on Previous Statement | $404.99 |
| Payment(s) Received Since Last Statement | -404.99 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $3.62 |
| MCE Electric Generation Charges | 23.04 |
| Electric Adjustments | -32.05 |
| Current Gas Charges | 34.91 |

| **Total Amount Due** by 05/16/2014 | **$29.52** |
|---|---|

 Current charges include a discount of $43.97 for CARE and California Climate Credit.



Electric Monthly Billing History — Daily Usage Comparison

| | 1 Year Ago | Last Period | Current Period |
|---|---|---|---|
| Electric kWh / Day | 9.24 | 7.53 | 9.72 |

*Visit www.pge.com/MyEnergy for a detailed bill comparison*

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E.  These two charges are for different services and are not duplicate charges.

California is fighting climate change and so can you! Your bill includes a Climate Credit from a state program to cut carbon pollution while also reducing your energy costs. Find out how at EnergyUpgradeCA.org/credit.

*Continued on page 6*

---

**Please return this portion with your payment. No staples or paper clips. Do not fold. Thank you.**

99901023456789000000047300000000902



| Account Number: | Due Date: | Total Amount Due: | Amount Enclosed: |
|---|---|---|---|
| **1023456789-0** | **05/16/2014** | **$29.52** | $ |

JOHN DOE
1234 MAIN STREET
ANYWHERE, CA  00000

PG&E
BOX 997300
SACRAMENTO, CA 95899-7300

Case: 19-30088     Doc# 11845-6     Filed: 01/21/22     Entered: 01/21/22 11:41:05    Page
49 of 86

# ENERGY STATEMENT
www.pge.com/MyEnergy

---

## Important Phone Numbers – 24 hours per day, 7 days per week

### Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
### TDD/TTY (Speech/Hearing Impaired) 1-800-652-4712

| | | | |
|---|---|---|---|
| Servicio al Cliente en Espanol (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill,** email info@pge.com, or call 1-800-743-5000 to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch, 505 Van Ness Avenue, San Francisco, CA 94102, 1-800-649-7570 or 415-703-2032 (TDD/TYY).

To avoid having service turned off while you wait for a CPUC decision, enclose a deposit check (payable to the CPUC) for the disputed amount and a description of the dispute. The CPUC will only accept deposits for matters that relate directly to billing accuracy. If it is not possible for you to pay your deposit, you must advise the CPUC. PG&E can not turn off your service for nonpayment while it is under review by the CPUC, however, you must continue to pay your current charges to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

Visit: **www.pge.com/billexplanation** for more definitions.

**Tier 1 (Baseline) allowance:** All residential customers are given a Tier 1 (baseline) allowance - a CPUC approved percentage of average customer usage during summer and winter months. Your Tier 1 allowance provides for basic needs at an affordable price and encourages conservation. Your allowance is assigned based on the climate where you live, the season and your heat source.

| Electric Tier | % of Baseline |
|---|---|
| 1 | 0% - 100% |
| 2 | 101% - 130% |
| 3 | 131% - 200% |
| 4 | > 200% |
| Gas Tier | % of Baseline |
| 1 | 0% - 100% |
| 2 | > 100% |

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2013 Pacific Gas and Electric Company. All rights reserved.

**DWR bond charge:** Recovers the cost of bonds issued by the Department of Water Resources (DWR) to purchase power to serve electric customers during the California energy crisis. DWR bond charges are collected on behalf of DWR and do not belong to PG&E.

**DWR power charge:** Included in generation charges for energy provided by the Department of Water Resources. DWR receives $0.0875/kWh.

**Energy Cost Recovery Amount (ECRA):** These charges are imposed pursuant to law to help reduce the costs of financing PG&E's emergence from bankruptcy. One of these charges is the Dedicated Rate Component (DRC), which is $0.00519 per kWh. The right to receive DRC revenues has been sold to a special purpose entity, PG&E Energy Recovery Funding LLC, and PG&E is collecting this charge on behalf of PG&E Recovery Funding LLC. This charge does not belong to PG&E.

**Power Charge Indifference Adjustment (PCIA):** Ensures that customers who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs acquired to serve them prior to their departure, unless otherwise exempt.

### Your Electric Charges Breakdown

| | |
|---|---|
| Conservation Incentive | $ 6.60 |
| Transmission | 4.77 |
| Distribution | 0.38 |
| Public Purpose Programs | 1.71 |
| Nuclear Decommissioning | 0.14 |
| Competition Transition Charges (CTC) | 1.08 |
| Energy Cost Recovery Amount | -0.05 |
| PCIA | 1.71 |
| Taxes and Other | 0.48 |
| **Total Electric Charges** | **$ 3.62** |

---

Please do not mark in box.

---

## Change My Billing Contact Information

**Account number:** 123456789-0

First name_____   Last name_____

Address_____   Apt.#_____

City_____   State_____   ZIP code_____

Phone _____   Email _____

## Ways To Pay

- **Online at www.pge.com**
- **PG&E's Mobile Bill Pay**
- **Automatic Payment Service:** Sign up to authorize automatic payments sent from your bank account each month.
- **By mail:** Send your payment along with this payment stub in the envelope provided.
- **By debit card, Visa, Mastercard or Discover:** Call 1-866-735-7742 at any time. (Our independent service provider charges a fee for each transaction.)
- **At a PG&E payment center or local office:** To find a payment center or local office near you, visit www.pge.com or call 1-800-743-5000. Please bring a copy of your bill with you.

Case: 19-30088    Doc# 11845-6    Filed: 01/24/22    Entered: 01/24/22 14:11:05    Page 50 of 86

## Details of PG&E Electric Delivery Charges

### 03/20/2014 - 04/18/2014 (29 billing days)

Service For: 1234 Main Street
Service Agreement ID: 9876543210
Rate Schedule: E1 T Residential Service
Enrolled Programs: CARE (Renew by 06/26/2014)

| 03/20/2014 - 03/30/2014 | Your Tier Usage | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Tier 1 Allowance | 100.10 kWh | (11 days x 9.1 kWh/day) | |
| Tier 1 Usage | 100.100000 kWh | @ $0.13230 | $13.24 |
| Tier 2 Usage | 6.865520 kWh | @ $0.15040 | 1.03 |
| CARE Discount | | | -5.30 |
| Generation Credit | | | -8.43 |
| Power Charge Indifference Adjustment | | | 0.65 |
| Franchise Fee Surcharge | | | 0.06 |
| Richmond Utility Users' Tax (10.000%) | | | 0.12 |

| 04/01/2014 - 04/18/2014 | Your Tier Usage | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Tier 1 Allowance | 163.80 kWh | (18 days x 9.1 kWh/day) | |
| Tier 1 Usage | 163.800000 kWh | @ $0.13230 | $21.67 |
| Tier 2 Usage | 11.234480 kWh | @ $0.15040 | 1.69 |
| CARE Discount | | | -8.67 |
| Generation Credit | | | -13.80 |
| Power Charge Indifference Adjustment | | | 1.06 |
| Franchise Fee Surcharge | | | 0.10 |
| Richmond Utility Users' Tax (10.000%) | | | 0.20 |

### Total PG&E Electric Delivery Charges        $3.62

2013 Vintaged Power Charge Indifference Adjustment

### Service Information

| | |
|---|---|
| Meter # | 1098765432 |
| Current Meter Reading | 14,731 |
| Prior Meter Reading | 14,449 |
| Total Usage | 282.000000 kWh |
| Baseline Territory | T |
| Heat Source | Electric |
| Serial | X |
| Rotating Outage Block | 50 |

Your CARE usage is charged at these rates ($/kWh). Differences may occur due to rounding.

| 03/20/2014 - 03/30/2014 | |
|---|---|
| Tier 1 | 0.08316 |
| Tier 2 | 0.09563 |
| Tiers 3-4 | 0.13974 |
| 04/01/2014 - 04/18/2014 | |
| Tier 1 | 0.08316 |
| Tier 2 | 0.09563 |
| Tiers 3-4 | 0.13974 |

**Electric Usage This Period: 282.000000 kWh, 29 billing days**

kWh

----- = Average Daily Usage

Visit **www.pge.com/MyEnergy** for a detailed bill comparison

Case: 19-30088   Doc# 11845-6   Filed: 01/21/22   Entered: 01/21/22 11:41:05   Page 51 of 86

## Details of MCE Electric Generation Charges

### 03/20/2014 - 04/18/2014 (29 billing days)

Service For: 1234 Main Street
Service Agreement ID: 9876543210  ESP Customer Number: 9876543210

**03/20/2014 - 04/18/2014**

**Rate Schedule:** **RES-1**

| | | | | |
|---|---|---|---|---|
| GENERATION - TOTAL | 282.000000 | kWh | @ $0.07400 | $20.87 |
| | | Net Charges | 20.87 | |

MCE's charges for clean, renewable energy replace PGE's electric generation charges. PGE still charges for delivering electricity. There are no duplicate electric charges. Questions? Call 1-888-632-3674 or visit mceCleanEnergy.com

| | |
|---|---|
| Local Utility Users Tax | 2.09 |
| Energy Surcharge | 0.08 |

## Total MCE Electric Generation Charges | **$23.04**

## Adjustments

| | |
|---|---|
| California Climate Credit | -$30.00 |
| {Jurisdiction} Utility Users' Tax (10.000%) | -3.00 |

## Total Adjustments | **-$33.00**

### Service Information

| | |
|---|---|
| Total Usage | 282.000000 kWh |

For questions regarding charges on this page, please contact:
MCE
781 LINCOLN AVE STE 320
SAN RAFAEL CA 94901
1-888-632-3674
www.mceCleanEnergy.com

### Additional Messages

For questions regarding your charges on this page, please contact your Third Party Energy Service Provider.

**California Climate Credit –** Part of California's efforts to fight climate change, the credit results from fees charged by the state to reduce carbon pollution and increase use of cleaner forms of energy. These fees are returned to customers as savings on their electric bill. Households will receive the credit twice a year, and small businesses will receive it monthly. Learn how you can use these savings to further reduce your energy costs and help fight climate change at EnergyUpgradeCA.org/credit.

Case: 19-30088   Doc# 11845-6   Filed: 01/21/22   Entered: 01/21/22 11:41:05   Page
52 of 86

# ENERGY STATEMENT
www.pge.com/MyEnergy

## Details of Gas Charges

### 03/20/2014 - 04/18/2014 (29 billing days)

Service For: 1234 Main Street
Service ID: 9087654321
Rate Schedule: G1 X Residential Service

| 03/20/2014 - 04/18/2014 | Your Tier Usage | 1 | 2 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Tier 1 Allowance | 5.31000 Therms | (## days x #.## Therms/day) | |
| Tier 1 Usage | 5.310000 Therms | @ $1.06355 | $5.65 |
| Tier 2 Usage | 19.721250 Therms | @ $1.37459 | 27.11 |
| Gas PPP Surcharge ($0.08618/Therm) | | | 2.15 |

## Total Gas Charges $34.91

### Service Information

| | |
|---|---|
| Meter # | 1234512345 |
| Current Meter Reading | x,xxx |
| Prior Meter Reading | x,xxx |
| Difference | xx |
| Multiplier | x.xxxxx |
| Total Usage | 25.031250 Therms |
| Baseline Territory | X |
| Serial | F |

### Gas Procurement Costs ($/Therm)

| | |
|---|---|
| mm/dd/yyyy – mm/dd/yyyy | $x.xxxxx |
| mm/dd/yyyy – mm/dd/yyyy | $x.xxxxx |

### Additional Messages

**Gas Usage This Period:** 119.329548 Therms, 31 billing days



Case: 19-30088 Doc# 11845-6 Filed: 01/21/22 Entered: 01/21/22 11:41:05 Page
53 of 86

**Important Messages  (continued from page 1)**

Your gas is billed on a rate for either a single-family home or common-use area of a multi-family complex. If this is not correct, please call us at 1-800-743-5000.

**Electric power line safety** PG&E cares about your safety. Be aware of your surroundings and keep yourself, tools, equipment and antennas at least 10 feet away from overhead power lines. If you see an electric power line fall to the ground, stay away, call **9-1-1** and then PG&E at **1-800-743-5000**.

**Planning a digging project?**  Pipeline accidents and damage occur most often from digging. Always call Underground Service Alert, a free service, by dialing 811 at least two working days before you dig—even in your own yard.

Digging can still damage customer-owned pipelines since they are not located by calling 811. A plumber or licensed contractor can help you locate customer-owned pipelines. Be sure to maintain records of their location for future work. You can learn more about gas pipeline safety by visiting **pge.com/safety**.

**Need to schedule a service visit?** For your convenience, we offer four hour appointment windows. Call us at **1-800-743-5000** to schedule a service visit.

**Moving?**  Please call us at **1-800-743-5000** to notify us of your new mailing address.

Case: 19-30088   Doc# 11845-6   Filed: 01/21/22   Entered: 01/21/22 11:41:05   Page 54 of 86

# __Attachment D__

**PG&E sample bill showing the bill messaging and presentation for a Small Business customer receiving the monthly California Climate Credit in May, 2014**

![PG&E] **ENERGY STATEMENT**
www.pge.com/MyEnergy

## Service For:

Small Commercial Customer
CA GHG Cap & Trade
1234 Corporate Parkway
Anywhere, CA 99999

**Questions about your bill?**
24 hours, 7 days/wk: 1-800-468-4743
Business Specialist Available:
M-F 7am-7:30pm, Sat 7am-4:30pm
www.pge.com/MyEnergy

### Local Office Address

1918 H St
Bakersfield, CA 93301

## Your Account Summary

| | |
|---|---|
| Amount Due on Previous Statement | $143.52 |
| Payment(s) Received Since Last Statement | -143.52 |
| Previous Unpaid Balance | $0.00 |
| Current Electric Charges | $364.69 |
| Current Gas Charges | 208.11 |

| **Total Amount Due** by 06/16/2014 | **$572.80** |
|---|---|

### Monthly Billing History



*Visit **www.pge.com/MyEnergy** for a detailed bill*

### Important Messages

California is fighting climate change and so can you! Your bill includes a Climate Credit from a state program to cut carbon pollution while also reducing your energy costs. Find out how at EnergyUpgradeCA.org/credit.

---

Please return this portion with your payment. No staples or paper clips. Do not fold. Thank you.

V V V M N O P  Q R S  T U V M N M M M M M u  u  u  | Font FPO |  M M M M M M u  u  u



| Account Number: | Due Date: | Total Amount Due: | Amount Enclosed: |
|---|---|---|---|
| **1023456789-0** | **06/16/2014** | **$572.80** | $ |

**9184.2.9.743 2 SP 0.650**

SMALL COMMERCIAL CUSTOMER
1234 MAIN STREET
ANYTOWN, CA 00000
EXTRA ADDRESS LINE
EXTRA LINE

PG&E
BOX 997300
SACRAMENTO, CA  95899-7300

Case: 19-30088    Doc# 11845-6    Filed: 01/21/22    Entered: 01/21/22 11:41:05    Page 1 of 4
56 of 86

Recycled Paper
30% Post-Consumer Waste

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 1023456789-0
Statement Date: 05/18/2014
**Due Date: 06/16/2014**

PG&E

## Important Phone Numbers – 24 hours per day, 7 days per week

### Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
### TDD/TTY (Speech/Hearing Impaired) 1-800-652-4712

| | | | |
|---|---|---|---|
| Servicio al Cliente en Espanol (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill,** email info@pge.com, or call 1-800-743-5000 to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch, 505 Van Ness Avenue, San Francisco, CA 94102, 1-800-649-7570 or 415-703-2032 (TDD/TTY).

To avoid having service turned off while you wait for a CPUC decision, enclose a deposit check (payable to the CPUC) for the disputed amount and a description of the dispute. The CPUC will only accept deposits for matters that relate directly to billing accuracy. If it is not possible for you to pay your deposit, you must advise the CPUC. PG&E can not turn off your service for nonpayment while it is under review by the CPUC, however, you must continue to pay your current charges to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

Visit: **www.pge.com/billexplanation** for more definitions.

**Tier 1 (Baseline) allowance:** All residential customers are given a Tier 1 (baseline) allowance - a CPUC approved percentage of average customer usage during summer and winter months. Your Tier 1 allowance provides for basic needs at an affordable price and encourages conservation. Your allowance is assigned based on the climate where you live, the season and your heat source.

| Electric Tier | % of Baseline |
|---|---|
| 1 | 0% - 100% |
| 2 | 101% - 130% |
| 3 | 131% - 200% |
| 4 | > 200% |
| Gas Tier | % of Baseline |
| 1 | 0% - 100% |
| 2 | > 100% |

**DWR bond charge:** Recovers the cost of bonds issued by the Department of Water Resources (DWR) to purchase power to serve electric customers during the California energy crisis. DWR bond charges are collected on behalf of DWR and do not belong to PG&E.

**DWR power charge:** Included in generation charges for energy provided by the Department of Water Resources. DWR receives $0.0875/kWh.

**Energy Cost Recovery Amount (ECRA):** These charges are imposed pursuant to law to help reduce the costs of financing PG&E's emergence from bankruptcy. One of these charges is the Dedicated Rate Component (DRC), which is $0.00519 per kWh. The right to receive DRC revenues has been sold to a special purpose entity, PG&E Energy Recovery Funding LLC, and PG&E is collecting this charge on behalf of PG&E Recovery Funding LLC. This charge does not belong to PG&E.

**Power Charge Indifference Adjustment (PCIA):** Ensures that customers who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs acquired to serve them prior to their departure, unless otherwise exempt.

## Your Electric Charges Breakdown

| | |
|---|---|
| Conservation Incentive | $ x.xx |
| Generation | x.xx |
| Transmission | x.xx |
| Distribution | x.xx |
| Public Purpose Programs | x.xx |
| Nuclear Decommissioning | x.xx |
| DWR Bond Charge | x.xx |
| Competition Transition Charges (CTC) | x.xx |
| Energy Cost Recovery Amount | x.xx |
| Taxes and Other | x.xx |
| **Total Electric Charges** | **$ 364.69** |

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2013 Pacific Gas and Electric Company. All rights reserved.

Please do not mark in box.

## Update My Information

**Account number:** 123456789-0

Change my mailing address to: _____

_____

City _____ State _____ ZIP code _____

Add this information

Phone # _____ Email _____

## Ways To Pay

- **Online at www.pge.com**
- **PG&E's Mobile Bill Pay**
- **Automatic Payment Service:** Sign up to authorize automatic payments sent from your bank account each month.
- **By mail:** Send your payment along with this payment stub in the envelope provided.
- **By debit card, Visa, Mastercard or Discover:** Call 1-866-735-7742 at any time. (Our independent service provider charges a fee for each transaction.)
- **At a PG&E payment center or local office:** To find a payment center or local office nearby, please visit www.pge.com or call 1-800-743-5000. Please bring a copy of your bill with you.

Case: 19-30088   Doc# 11845-6   Filed: 01/26/22   Entered: 01/26/22 11:41:40   Page
57 of 86

# ENERGY STATEMENT
www.pge.com/MyEnergy

**PG&E**

## Details of Electric Charges

### 04/20/2014 - 05/18/2014 (28 billing days)

Service For: 1234 Corporate Parkway
Service Agreement ID: 9087654322
Rate Schedule: A1 Small General Service

| 04/20/2014 – 05/18/2014 | | | | | |
|---|---|---|---|---|---|
| Energy Charges | 3,024.000000 | kWh | @ | $x.xxxxx | $454.53 |
| California Climate Credit | | | | | -90.72 |
| Energy Commission Tax | | | | | 0.88 |

### Total Electric Charges                                $364.69

### Service Information

| Meter # | 1008677267 |
|---|---|
| Total Usage | 3,024.000000 kWh |
| Serial | S |
| Rotating Outage Block | 50 |

### Additional Messages

**California Climate Credit** – Part of California's efforts to fight climate change, the credit results from fees charged by the state to reduce carbon pollution and increase use of cleaner forms of energy. These fees are returned to customers as savings on their electric bill. Households will receive the credit twice a year, and small businesses will receive it monthly. Learn how you can use these savings to further reduce your energy costs and help fight climate change at EnergyUpgradeCA.org/credit.

### Average Daily Usage (kWh/day)

| Last Year | Last Period | Current Period |
|---|---|---|
| 106.9 | 105.6 | 104.3 |

**Electric Usage This Period:** 3,024.000000 kWh, 29 billing days



Visit pge.com/MyEnergy for more details on your usage.



Case 19-30088    Doc# 11845-6    Filed: 01/21/22    Entered: 01/21/22 11:41:05    Page 3 of 4
58 of 86



Recycled Paper
30% Post-Consumer Waste

# ENERGY STATEMENT
www.pge.com/MyEnergy

## Details of Gas Charges

### 04/20/2014 - 05/18/2014 (28 billing days)

Service For: 1234 Corporate Parkway
Service Agreement ID: 9087654325
Rate Schedule: GNR1 Gas Service to Small Commercial Customers

#### 04/20/2014 - 04/30/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| Customer Charge | 15 | days | @ | $0.52106 | $ | 7.82 |

Gas Charges

| | | | | | |
|---|---|---|---|---|---|
| First 4,000 Therms/month | 109.137931 | Therms | @ | $0.85885 | xx.xx |
| > 4,000 Therms/month | x.xxxxxx | Therms | @ | $0.xxxxx | xx.xx |

Gas PPP Surcharge ($ 0.08400/Therm)                         5.53

#### 05/01/2014 - 05/18/2011

| | | | | | | |
|---|---|---|---|---|---|---|
| Customer Charge | 14 | days | @ | $0.52106 | $ | 7.29 |

Gas Charges

| | | | | | |
|---|---|---|---|---|---|
| First 4,000 Therms/month | 101.862069 | Therms | @ | $0.85885 | xx.xx |
| > 4,000 Therms/month | x.xxxxxx | Therms | @ | $0.xxxxx | xx.xx |

Gas PPP Surcharge ($ 0.05078/Therm)                         5.18

## Total Gas Charges                         **$208.11**

### Service Information

| | |
|---|---|
| Meter # | 1234512345 |
| Current Meter Reading | 3,942 |
| Prior Meter Reading | 3,734 |
| Difference | 208 |
| Multiplier | 1.014943 |
| Total Usage | x,xxx.xxxxxx Therms |
| Serial | F |

### Gas Procurement Costs ($/Therm)

| | |
|---|---|
| 04/16/2011 – 04/30/2011 | $0.48902 |
| 05/01/2011 – 05/18/2011 | $0.49963 |

### Additional Messages

Customer Charge is based on the Highest Average Daily Usage within the last 12 months (xx.x Therms per day, during the billing period ending mm/dd/yyyy)

### Average Daily Usage (Therms/day)

| Last Year | Last Period | Current Period |
|---|---|---|
| x.x | x.x | x.x |

**Gas Usage This Period: x,xxx.xxxxxx, 29 billing days**



Visit www.pge.com/myenergy for a detailed bill comparison.

Case: 19-30088     Doc# 11845-6     Filed: 01/21/22     Entered: 01/21/22 11:41:05     Page
59 of 86

# **Attachment E**

**Treatment of E-billed customers and Translations for PG&E's small business and residential customers receiving the California Climate Credit**

**Attachment E**

**E-billed Customers**

E-billed customers have access to bill inserts and can download a PDF of the actual paper bills. However, there is not currently a place for conditional bill messaging to specific customers within emails and it may not be appropriate to introduce a message just for the CA Climate Credit. Rather, PG&E plans to add the "Savings Alert" which would show the CA Climate Credit along with any other discounts to the E-bill Summary page as seen in the screenshot below (see red placeholder text below Total Amount Due). This is the best long-term solution to communicate with customers about all bill savings including the CA Climate Credit and would be consistent with paper bills. PG&E has determined that it is feasible to add a Savings Alert message under the bill summary for e-billed customers by the April 1, 2014 timeline for the semi-annual CA Climate Credit. However, PG&E has not yet confirmed the estimated cost of this and will provide an update to the Energy Division with this information as soon as it becomes available.



**Translations**

PG&E confirms its ability to translate the final California Climate Credit bill messaging provided by CCSE for placement on residential and small business bills beginning in April and May, respectively. However, PG&E recommends that in order to synchronize the translation among IOUs, CCSE should be responsible for providing the IOUs with the translated bill message. PG&E translates its bills for opt-in customers in the following languages: Spanish, Chinese and Vietnamese.

# <u>Attachment F</u>

**Guidance by the Energy Division to PG&E on January 29, 2014 via email correspondence providing instructions for what to include in the sample bills contained within this Supplemental Filing**

# Energy Division Request for Supplemental Advice Letter
# PG&E AL 4318-E

## Residential Climate Credit "Important Message"

Energy Division prefers to include primary climate credit messaging on page 1 of the bill in the "Important Messages" section of residential bills. The primary message below should appear in the "Important Messages" section in April and October billing cycles, and an additional climate credit definition should be included in the "Additional Messages" section (p. 3 of Attachment 1 to PG&E's advice letter).

PG&E should prioritize the climate credit messaging at the top of the "Important Messages" section if it is technically able to do so given its current system constraints. However, if PG&E identifies that the climate credit messaging in the "Important Messages" section will cause standard residential bills to expand to a new page, then PG&E should notify Energy Division staff via email and PG&E should plan to move the primary bill message to the "Additional Messages" section.

**Primary Message Text:**
*California is fighting climate change and so can you! Your bill includes a Climate Credit from a state program to cut carbon pollution while also reducing your energy costs. Find out how at EnergyUpgradeCA.org/credit."*

**Placement:**
This message should appear in the "Important Messages" section on page 1 of residential bills. If April bills will have multiple "important message," climate credit messaging should appear first if technically possible.

## Small Business Climate Credit "Important Message"

In May 2014 bills, small business customers should include both the primary message in the "Important Messages" section and a climate credit definition in the "Additional Messages" section. In all subsequent months, small business bills should only include the climate credit definition in the "Additional Messages" section.

**Primary Message Text:**
*California is fighting climate change and so can you! Your bill includes a Climate Credit from a state program to cut carbon pollution while also reducing your energy costs. Find out how at EnergyUpgradeCA.org/credit."*

**Placement:**
This message should be located in the "Important Message" section in May 2014 bills. Thereafter, small business bills need not include an "Important Message" about the climate credit.

## Carryover Credit

**Text:**
*"Your electricity bill for this month reflects a credit amount from your last bill, which may be due in part to the California Climate Credit included in the "Adjustments" section of last month's electricity bill."*

Energy Division recommends that each utility take a literal reading of D.13-12-003 and include carryover messaging for two months if the climate credit exceeds a customer's bill.

**Placement:**
Energy Division recommends that this carryover credit message be included in the "Additional Messages" section. Energy Division expects that this carryover credit messaging will only apply to residential customers; we do not foresee a circumstance when small business customers would ever have a carryover credit.

## Bill Definition

PG&E indicated that its bills cannot accommodate a new definition on the "Important definitions" section on page 2 of its bills. As a result, Energy Division recommends that PG&E include a definition-style message in the "Additional Messages" section of its bills. This message should appear only in bills that include a climate credit. PG&E recommended that text in the "Additional Messages" section should be limited to 450 characters. The definition below is 503 characters. PG&E should indicate whether this definition would exceed limits and cause bills to bleed over to an additional page. If so, PG& should notify Energy Division and can plan to use the alternate definition below.

**Definition Text:**
*"**California Climate Credit** – Part of California's efforts to fight climate change, the credit results from fees charged by the state to reduce carbon pollution and increase use of cleaner forms of energy. These fees are returned to customers as savings on their electric bill. Households will receive the credit twice a year, and small businesses will receive it monthly. Learn how you can use these savings to further reduce your energy costs and help fight climate change at EnergyUpgradeCA.org/credit."*

**Alternate Definition:**
*"**California Climate Credit** – Part of California's efforts to fight climate change, the credit results from fees charged by the state to reduce carbon pollution and increase use of cleaner forms of energy. These fees are returned to customers as savings on their electric bill. Households will receive the credit twice a year, and small businesses will receive it monthly. Learn how to reduce your bill and cut pollution at EnergyUpgradeCA.org/credit."*

**Placement:**
The message should  appear each month that a customer has a climate credit, and it should be placed in the "Additional Messages" section on page 3 of customer bills.

## E-Billed Customers

PG&E should endeavor to replicate paper bill messaging on corresponding pages of web-based billing pages, and the supplemental AL should indicate general timelines for achieving this or barriers that would prohibit it.

## Translations

If there are circumstances when PG&E translates a customer's entire bill, PG&E should also plan to translate climate credit messaging. Otherwise, for customers billed in English climate credit messaging need not be translated.

## Sample Bills Needed in the Supplemental AL

1. Residential Climate Credit Bill
2. Small Business Climate Credit Bill
3. Direct Access Climate Credit Bill
4. Group Billed Customer Bill
5. Residential Carryover Credit Bill

**PG&E Gas and Electric**
**Advice Filing List**
**General Order 96-B, Section IV**

1st Light Energy
AT&T
Alcantar & Kahl LLP
Anderson & Poole
BART
Barkovich & Yap, Inc.
Bartle Wells Associates

Braun Blaising McLaughlin, P.C.
CENERGY POWER
California Cotton Ginners & Growers Assn
California Energy Commission
California Public Utilities Commission
California State Association of Counties
Calpine
Casner, Steve
Center for Biological Diversity
City of Palo Alto
City of San Jose
Clean Power
Coast Economic Consulting
Commercial Energy
County of Tehama - Department of Public Works
Crossborder Energy
Davis Wright Tremaine LLP
Day Carter Murphy
Defense Energy Support Center

Dept of General Services
Division of Ratepayer Advocates

Douglass & Liddell
Downey & Brand
Ellison Schneider & Harris LLP
G. A. Krause & Assoc.
GenOn Energy Inc.
GenOn Energy, Inc.
Goodin, MacBride, Squeri, Schlotz & Ritchie
Green Power Institute
Hanna & Morton
In House Energy
International Power Technology
Intestate Gas Services, Inc.
K&L Gates LLP
Kelly Group
Linde
Los Angeles Dept of Water & Power
MRW & Associates
Manatt Phelps Phillips
Marin Energy Authority
McKenna Long & Aldridge LLP
McKenzie & Associates
Modesto Irrigation District

Morgan Stanley
NLine Energy, Inc.
NRG Solar
Nexant, Inc.

North America Power Partners
Occidental Energy Marketing, Inc.

OnGrid Solar
Pacific Gas and Electric Company
Praxair
Regulatory & Cogeneration Service, Inc.
SCD Energy Solutions
SCE
SDG&E and SoCalGas

SPURR
San Francisco Public Utilities Commission
Seattle City Light
Sempra Utilities
SoCalGas
Southern California Edison Company
Spark Energy
Sun Light & Power
Sunshine Design
Tecogen, Inc.
Tiger Natural Gas, Inc.
TransCanada
Utility Cost Management
Utility Power Solutions
Utility Specialists

Verizon
Water and Energy Consulting
Wellhead Electric Company
Western Manufactured Housing Communities Association (WMA)

PUBLIC UTILITIES COMMISSION

505 VAN NESS AVENUE
SAN FRANCISCO, CA 94102-3298



January 29, 2015

**Advice Letter 4318-E/E-A/E-B**

Meredith Allen
Senior Director, Regulatory Relations
Pacific Gas and Electric Company
77 Beale Street, Mail Code B10C
P.O. Box 770000
San Francisco, CA  94177

**Subject:  Submittal of Sample Customer Bills to Reflect Greenhouse
Gas Revenue Return in Compliance with Resolution E-4611
and Administrative Law Judge's Ruling Providing Clarification
on Customer Education and Outreach Activities Pursuant to
Resolution E-4611 and Supplemental Filings**

Dear Ms. Allen:

Advice Letter 4318-E/E-A/E-B are effective March 5, 2014.

Sincerely,

*Edward Randolph*

Edward Randolph
Director, Energy Division



Brian K. Cherry
Vice President
Regulatory Relations

Pacific Gas and Electric Company
77 Beale St., Mail Code B10C
P.O. Box 770000
San Francisco, CA 94177

Fax: 415.973.7226

March 4, 2014

**Advice 4318-E-B**
(Pacific Gas and Electric Company ID U 39 E)

Public Utilities Commission of the State of California

**Subject:** **Second Supplement: Additional Information to PG&E's Advice Letter 4318-E and 4318-E-A to Update Sample Customer Bills to Reflect Greenhouse Gas Revenue Return in Compliance With Resolution E-4611 and Administrative Law Judge's Ruling Providing Clarification on Customer Education and Outreach Activities Pursuant to Resolution E-4611**

This filing supplements Advice 4318-E and 4318-E-A in part.

<u>Purpose</u>

In order to correct a minor error and to include an additional example of a sample customer bill with California Climate Credit messaging, Pacific Gas and Electric Company (PG&E) hereby submits this second supplemental filing to Advice Letter 4318-E to provide the California Public Utilities Commission (CPUC or Commission) with the following items:

- Attachment C of 4318-E-A is replaced by the Attachment C provided in this second supplemental filing. Attachment C of this filing corrects for an error on the sample bill for Community Choice Aggregation (CCA) customers. The new sample bill in this supplement correctly displays the California Climate Credit and associated messaging on the delivery portion of the bill.
- Attachment G is added to supplement 4318-E-A. Attachment G provides a sample bill for Direct Access (DA) customers displaying the placement and messaging of the California Climate Credit. While this sample bill is nearly identical to the CCA sample bill in this supplemental advice filing, PG&E includes this sample bill for clarification to interested parties.

<u>Background</u>

On February 3, 2014 PG&E filed Advice Letter 4318-E-A with sample customer bills to reflect greenhouse gas (GHG) revenue return for certain customers as requested by the Energy Division. Subsequent to that filing, the Energy Division received questions from

parties regarding the placement of the California Climate Credit line item adjustment and associated messaging under the "Additional Messages" section of the CCA sample bill on Attachment C of Advice Letter 4318-E-A. PG&E incorrectly included this information on its sample CCA customer bill on the page dedicated for generation charges. This advice letter corrects that error by removing that language from the generation charges page and including it on the delivery charges page instead.

To clarify for DA customers that will also receive the California Climate Credit via an adjustment to the delivery charges on their bill, PG&E includes this sample bill representing DA customers in this advice letter as Attachment G.

The corrected CCA sample bill and the DA sample bill were provided to Marin Clean Energy and RTO Advisors via email on February 13, 2014.

The filing would not increase any current rate or charge, cause the withdrawal of service, or conflict with any rate schedule or rule.

**Protests**

Pursuant to CPUC General Order 96-B, Section 7.5.1, PG&E hereby requests the protest period be waived.

**Effective Date**

PG&E requests that this Tier 1 advice filing become effective concurrent with Advice Letter 4318-E-A on **March 5, 2014**.

**Notice**

In accordance with General Order 96-B, Section IV, a copy of this advice letter is being sent electronically and via U.S. mail to parties shown on the attached list. Address changes to the General Order 96-B service list should be directed to PG&E at email address PGETariffs@pge.com. For changes to any other service list, please contact the Commission's Process Office at (415) 703-2021 or at Process_Office@cpuc.ca.gov. Send all electronic approvals to PGETariffs@pge.com. Advice letter filings can also be accessed electronically at http://www.pge.com/tariffs.

*Brian Cherry* /KHC

Vice President – Regulatory Relations

Attachments:

Attachment C:   Corrected – PG&E sample bill showing the bill messaging and presentation for a Residential Community Choice Aggregation (CCA) customer receiving the semi-annual California Climate Credit in April, 2014

Attachment G:   PG&E sample bill showing the bill messaging and presentation for a Residential Direct Access (DA) customer receiving the semi-annual California Climate Credit in April, 2014

cc:   Service List R.11-03-012

# CALIFORNIA PUBLIC UTILITIES COMMISSION

## ADVICE LETTER FILING SUMMARY
## ENERGY UTILITY

| MUST BE COMPLETED BY UTILITY (Attach additional pages as needed) |
|---|

Company name/CPUC Utility No. **Pacific Gas and Electric Company (ID U39 E)**

| Utility type: | Contact Person: Kingsley Cheng |
|---|---|
| ☒ ELC  ☐ GAS | Phone #: (415) 973-5265 |
| ☐ PLC  ☐ HEAT  ☐ WATER | E-mail: k2c0@pge.com and PGETariffs@pge.com |

| EXPLANATION OF UTILITY TYPE | (Date Filed/ Received Stamp by CPUC) |
|---|---|
| ELC = Electric            GAS = Gas<br>PLC = Pipeline          HEAT = Heat          WATER = Water | |

Advice Letter (AL) #: **4318-E-B**                                               **Tier: 1**

Subject of AL: **Second Supplement: Additional Information to PG&E's Advice Letter 4318-E and 4318-E-A to Update Sample Customer Bills to Reflect Greenhouse Gas Revenue Return in Compliance With Resolution E-4611 and Administrative Law Judge's Ruling Providing Clarification on Customer Education and Outreach Activities Pursuant to Resolution E-4611**

Keywords (choose from CPUC listing): Compliance

AL filing type: ☐ Monthly ☐ Quarterly ☐ Annual ☒ One-Time ☐ Other _____

If AL filed in compliance with a Commission order, indicate relevant Decision/Resolution #:  Resolution E-4611

Does AL replace a withdrawn or rejected AL?  If so, identify the prior AL: No

Summarize differences between the AL and the prior withdrawn or rejected AL: _____

Is AL requesting confidential treatment?  If so, what information is the utility seeking confidential treatment for: No

Confidential information will be made available to those who have executed a nondisclosure agreement: N/A

Name(s) and contact information of the person(s) who will provide the nondisclosure agreement and access to the confidential information: _____

Resolution Required?  ☐Yes ☒No

Requested effective date: **March 5, 2014 (Concurrent with Advice 4318-E-A)**    No. of tariff sheets:  N/A

Estimated system annual revenue effect (%): N/A

Estimated system average rate effect (%): N/A

When rates are affected by AL, include attachment in AL showing average rate effects on customer classes (residential, small commercial, large C/I, agricultural, lighting).

Tariff schedules affected: N/A

Service affected and changes proposed: N/A

Pending advice letters that revise the same tariff sheets: N/A


Protests, dispositions,  and all other correspondence regarding this AL are due no later than 20 days after the date of this filing, unless otherwise authorized by the Commission, and shall be sent to:

| **California Public Utilities Commission**<br>**Energy Division**<br>**EDTariffUnit**<br>**505 Van Ness Ave., 4th Flr.**<br>**San Francisco, CA 94102**<br>**E-mail: EDTariffUnit@cpuc.ca.gov** | **Pacific Gas and Electric Company**<br>**Attn: Brian K. Cherry**<br>**Vice President, Regulatory Relations**<br>**77 Beale Street, Mail Code B10C**<br>**P.O. Box 770000**<br>**San Francisco, CA 94177**<br>**E-mail: PGETariffs@pge.com** |

# **Attachment C**

**PG&E sample bill showing the bill messaging and presentation
for a Residential Community Choice Aggregation (CCA)
customer receiving the semi-annual California Climate Credit
in April, 2014**

# ENERGY STATEMENT
www.pge.com/MyEnergy

## Service For:

Residential Customer-CCA
GHG Climate Credit - CARE
1234 MAIN STREET
Extra Address Line

### Questions about your bill?

24 hours per day, 7 days per week
Phone: 1-866-743-0335
www.pge.com/MyEnergy

### Local Office Address

1100 S 27TH ST
RICHMOND, CA 94804

### Your Enrolled Programs

CARE Discount

## Your Account Summary

| | |
|---|---|
| Amount Due on Previous Statement | $404.99 |
| Payment(s) Received Since Last Statement | -404.99 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $3.62 |
| MCE Electric Generation Charges | 23.04 |
| Electric Adjustments | -33.00 |
| Current Gas Charges | 34.91 |

| **Total Amount Due by 05/16/2014** | **$28.57** |
|---|---|

 Current charges include a discount of $43.97 for CARE and California Climate Credit.



Electric Monthly Billing History

*Visit www.pge.com/MyEnergy for a detailed bill comparison*

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E.  These two charges are for different services and are not duplicate charges.

California is fighting climate change and so can you! Your bill includes a Climate Credit from a state program to cut carbon pollution while also reducing your energy costs. Find out how at EnergyUpgradeCA.org/credit.

*Continued on page 6*

---

**Please return this portion with your payment. No staples or paper clips. Do not fold. Thank you.**

99901023456789000000004730000000902



| Account Number: | Due Date: | Total Amount Due: | Amount Enclosed: |
|---|---|---|---|
| **1023456789-0** | **05/16/2014** | **$28.57** | $ _____ . __ |

JOHN DOE
1234 MAIN STREET
ANYWHERE, CA  00000

PG&E
BOX 997300
SACRAMENTO, CA 95899-7300

Case: 19-30088    Doc# 11845-6    Filed: 01/21/22    Entered: 01/21/22 11:41:05    Page
73 of 86

## Important Phone Numbers – 24 hours per day, 7 days per week

### Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
### TDD/TTY (Speech/Hearing Impaired) 1-800-652-4712

| | | | |
|---|---|---|---|
| Servicio al Cliente en Espanol (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

**Rules and rates**

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill,** email info@pge.com, or call 1-800-743-5000 to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch, 505 Van Ness Avenue, San Francisco, CA 94102, 1-800-649-7570 or 415-703-2032 (TDD/TYY).

To avoid having service turned off while you wait for a CPUC decision, enclose a deposit check (payable to the CPUC) for the disputed amount and a description of the dispute. The CPUC will only accept deposits for matters that relate directly to billing accuracy. If it is not possible for you to pay your deposit, you must advise the CPUC. PG&E can not turn off your service for nonpayment while it is under review by the CPUC, however, you must continue to pay your current charges to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

**Important definitions**

Visit: **www.pge.com/billexplanation** for more definitions.

**Tier 1 (Baseline) allowance:** All residential customers are given a Tier 1 (baseline) allowance - a CPUC approved percentage of average customer usage during summer and winter months. Your Tier 1 allowance provides for basic needs at an affordable price and encourages conservation. Your allowance is assigned based on the climate where you live, the season and your heat source.

| Electric Tier | % of Baseline |
|---|---|
| 1 | 0% - 100% |
| 2 | 101% - 130% |
| 3 | 131% - 200% |
| 4 | > 200% |
| Gas Tier | % of Baseline |
| 1 | 0% - 100% |
| 2 | > 100% |

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2013 Pacific Gas and Electric Company. All rights reserved.

**DWR bond charge:** Recovers the cost of bonds issued by the Department of Water Resources (DWR) to purchase power to serve electric customers during the California energy crisis. DWR bond charges are collected on behalf of DWR and do not belong to PG&E.

**DWR power charge:** Included in generation charges for energy provided by the Department of Water Resources. DWR receives $0.0875/kWh.

**Energy Cost Recovery Amount (ECRA):** These charges are imposed pursuant to law to help reduce the costs of financing PG&E's emergence from bankruptcy. One of these charges is the Dedicated Rate Component (DRC), which is $0.00519 per kWh. The right to receive DRC revenues has been sold to a special purpose entity, PG&E Energy Recovery Funding LLC, and PG&E is collecting this charge on behalf of PG&E Recovery Funding LLC. This charge does not belong to PG&E.

**Power Charge Indifference Adjustment (PCIA):** Ensures that customers who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs acquired to serve them prior to their departure, unless otherwise exempt.

### Your Electric Charges Breakdown

| | |
|---|---|
| Conservation Incentive | $ 6.60 |
| Transmission | 4.77 |
| Distribution | 0.38 |
| Public Purpose Programs | 1.71 |
| Nuclear Decommissioning | 0.14 |
| Competition Transition Charges (CTC) | 1.08 |
| Energy Cost Recovery Amount | -0.05 |
| PCIA | 1.71 |
| Taxes and Other | 0.48 |
| **Total Electric Charges** | **$ 3.62** |

Please do not mark in box.

### Change My Billing Contact Information

**Account number:** 123456789-0

First name_____ Last name_____

Address_____ Apt.#_____

City_____ State_____ ZIP code_____

Phone _____ Email_____

### Ways To Pay

- **Online at www.pge.com**
- **PG&E's Mobile Bill Pay**
- **Automatic Payment Service:** Sign up to authorize automatic payments sent from your bank account each month.
- **By mail:** Send your payment along with this payment stub in the envelope provided.
- **By debit card, Visa, Mastercard or Discover:** Call 1-866-735-7742 at any time. (Our independent service provider charges a fee for each transaction.)
- **At a PG&E payment center or local office:** To find a payment center or local office near you, please visit www.pge.com or call 1-800-743-5000. Please bring a copy of your bill with you.

Case: 19-30088    Doc# 11845-6    Filed: 01/24/22    Entered: 01/24/22 15:41:00    Page
74 of 86

# ENERGY STATEMENT

www.pge.com/MyEnergy

**PG&E**

## Details of PG&E Electric Delivery Charges

### 03/20/2014 - 04/18/2014 (29 billing days)

Service For: 1234 Main Street
Service Agreement ID: 9876543210
Rate Schedule: E1 T Residential Service
Enrolled Programs: CARE (Renew by 06/26/2014)

### Service Information

| | |
|---|---|
| Meter # | 1098765432 |
| Current Meter Reading | 14,731 |
| Prior Meter Reading | 14,449 |
| Total Usage | 282.000000 kWh |
| Baseline Territory | T |
| Heat Source | Electric |
| Serial | X |
| Rotating Outage Block | 50 |

Your CARE usage is charged at these rates ($/kWh). Differences may occur due to rounding.

03/20/2014 - 03/30/2014
| | |
|---|---|
| Tier 1 | 0.08316 |
| Tier 2 | 0.09563 |
| Tiers 3-4 | 0.13974 |

04/01/2014 - 04/18/2014
| | |
|---|---|
| Tier 1 | 0.08316 |
| Tier 2 | 0.09563 |
| Tiers 3-4 | 0.13974 |

**03/20/2014 - 03/30/2014  Your Tier Usage**

| 1 | 2 | 3 | 4 |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Tier 1 Allowance | 100.10 | kWh | (11 days x 9.1 kWh/day) | |
| Tier 1 Usage | 100.100000 | kWh | @ $0.13230 | $13.24 |
| Tier 2 Usage | 6.865520 | kWh | @ $0.15040 | 1.03 |
| CARE Discount | | | | -5.30 |
| Generation Credit | | | | -8.43 |
| Power Charge Indifference Adjustment | | | | 0.65 |
| Franchise Fee Surcharge | | | | 0.06 |
| Richmond Utility Users' Tax (10.000%) | | | | 0.12 |

**04/01/2014 - 04/18/2014  Your Tier Usage**

| 1 | 2 | 3 | 4 |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Tier 1 Allowance | 163.80 | kWh | (18 days x 9.1 kWh/day) | |
| Tier 1 Usage | 163.800000 | kWh | @ $0.13230 | $21.67 |
| Tier 2 Usage | 11.234480 | kWh | @ $0.15040 | 1.69 |
| CARE Discount | | | | -8.67 |
| Generation Credit | | | | -13.80 |
| Power Charge Indifference Adjustment | | | | 1.06 |
| Franchise Fee Surcharge | | | | 0.10 |
| Richmond Utility Users' Tax (10.000%) | | | | 0.20 |

### Total PG&E Electric Delivery Charges    $3.62

2013 Vintaged Power Charge Indifference Adjustment

### Additional Messages

**California Climate Credit –** Part of California's efforts to fight climate change, the credit results from fees charged by the state to reduce carbon pollution and increase use of cleaner forms of energy. These fees are returned to customers as savings on their electric bill. Households will receive the credit twice a year, and small businesses will receive it monthly. Learn how you can use these savings to further reduce your energy costs and help fight climate change at EnergyUpgradeCA.org/credit.

## Adjustments

| | |
|---|---|
| California Climate Credit | -$30.00 |
| CA Climate Credit UUT Adjustment | -3.00 |

### Total Adjustments    **-33.00**

**Electric Usage This Period: 282.000000 kWh, 29 billing days**

kWh

----- = Average Daily Usage

SAMPLE

9/20  9/23  9/26  9/29  10/02  10/05  10/08  10/11  10/14  10/17

Visit **www.pge.com/MyEnergy** for a detailed bill comparison.

Case: 19-30088   Doc# 11845-6   Filed: 01/21/22   Entered: 01/21/22 11:41:05   Page
75 of 86

## Details of MCE Electric Generation Charges

### 03/20/2014 - 04/18/2014 (29 billing days)

Service For: 1234 Main Street
Service Agreement ID: 9876543210   ESP Customer Number: 9876543210

**03/20/2014 - 04/18/2014**

**Rate Schedule:** **RES-1**

| | | | |
|---|---|---|---|
| GENERATION - TOTAL | 282.000000 kWh @ $0.07400 | | $20.87 |
| | Net Charges | 20.87 | |

MCE's charges for clean, renewable energy replace PGE's electric generation charges. PGE still charges for delivering electricity. There are no duplicate electric charges. Questions? Call 1-888-632-3674 or visit mceCleanEnergy.com

| | |
|---|---|
| Local Utility Users Tax | 2.09 |
| Energy Surcharge | 0.08 |

## Total MCE Electric Generation Charges

## $23.04

### Service Information

| | |
|---|---|
| Total Usage | 282.000000 kWh |

For questions regarding charges on this page, please contact:
MCE
781 LINCOLN AVE STE 320
SAN RAFAEL CA 94901
1-888-632-3674
www.mceCleanEnergy.com

### Additional Messages

For questions regarding your charges on this page, please contact your Third Party Energy Service Provider.

Case: 19-30088   Doc# 11845-6   Filed: 01/21/22   Entered: 01/21/22 11:41:05   Page
76 of 86

# ENERGY STATEMENT
www.pge.com/MyEnergy

## Details of Gas Charges

### 03/20/2014 - 04/18/2014 (29 billing days)

Service For: 1234 Main Street
Service ID: 9087654321
Rate Schedule: G1 X Residential Service

| 03/20/2014 - 04/18/2014 | Your Tier Usage | 1 | 2 |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Tier 1 Allowance | 5.31000 | Therms | (## days x #.## Therms/day) | |
| Tier 1 Usage | 5.310000 | Therms | @ $1.06355 | $5.65 |
| Tier 2 Usage | 19.721250 | Therms | @ $1.37459 | 27.11 |
| Gas PPP Surcharge ($0.08618/Therm) | | | | 2.15 |

## Total Gas Charges                    $34.91

### Service Information

| | |
|---|---|
| Meter # | 1234512345 |
| Current Meter Reading | x,xxx |
| Prior Meter Reading | x,xxx |
| Difference | xx |
| Multiplier | x.xxxxx |
| Total Usage | 25.031250 Therms |
| Baseline Territory | X |
| Serial | F |

### Gas Procurement Costs ($/Therm)

| | |
|---|---|
| mm/dd/yyyy – mm/dd/yyyy | $x.xxxxx |
| mm/dd/yyyy – mm/dd/yyyy | $x.xxxxx |

### Additional Messages

**Gas Usage This Period:** 119.329548 Therms, 31 billing days



Case: pge-30088   Doc #: 118145-6   Filed: 01/21/22   Entered: 01/21/22 11:41:05   Page
77 of 86

## Important Messages (continued from page 1)

Your gas is billed on a rate for either a single-family home or common-use area of a multi-family complex. If this is not correct, please call us at 1-800-743-5000.

**Electric power line safety** PG&E cares about your safety. Be aware of your surroundings and keep yourself, tools, equipment and antennas at least 10 feet away from overhead power lines. If you see an electric power line fall to the ground, stay away, call **9-1-1** and then PG&E at **1-800-743-5000**.

**Planning a digging project?** Pipeline accidents and damage occur most often from digging. Always call Underground Service Alert, a free service, by dialing 811 at least two working days before you dig—even in your own yard.

Digging can still damage customer-owned pipelines since they are not located by calling 811. A plumber or licensed contractor can help you locate customer-owned pipelines. Be sure to maintain records of their location for future work. You can learn more about gas pipeline safety by visiting **pge.com/safety**.

**Need to schedule a service visit?** For your convenience, we offer four hour appointment windows. Call us at **1-800-743-5000** to schedule a service visit.

**Moving?** Please call us at **1-800-743-5000** to notify us of your new mailing address.

Case: 19-30088   Doc# 11845-6   Filed: 01/21/22   Entered: 01/21/22 11:41:05   Page 78 of 86

# Attachment G

**PG&E sample bill showing the bill messaging and presentation for a Residential Direct Access (DA) customer receiving the semi-annual California Climate Credit in April, 2014**



# ENERGY STATEMENT
www.pge.com/MyEnergy

## Service For:

Residential Customer-ESP
GHG Climate Credit - CARE
1234 MAIN STREET
Extra Address Line

### Questions about your bill?

24 hours per day, 7 days per week
Phone: 1-866-743-0335
www.pge.com/MyEnergy

### Local Office Address

1100 S 27TH ST
RICHMOND, CA 94804

### Your Enrolled Programs

CARE Discount

## Your Account Summary

| | |
|---|---|
| Amount Due on Previous Statement | $404.99 |
| Payment(s) Received Since Last Statement | -404.99 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $3.62 |
| MCE Electric Generation Charges | 23.04 |
| Electric Adjustments | -33.00 |
| Current Gas Charges | 34.91 |

**Total Amount Due** by 05/16/2014     **$28.57**

Current charges include a discount of $43.97 for CARE and California Climate Credit.



Visit www.pge.com/MyEnergy for a detailed bill comparison

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

California is fighting climate change and so can you! Your bill includes a Climate Credit from a state program to cut carbon pollution while also reducing your energy costs. Find out how at EnergyUpgradeCA.org/credit.

*Continued on page 6*

---

**Please return this portion with your payment. No staples or paper clips. Do not fold. Thank you.**

99901023456789000000047300000000902



| Account Number: | Due Date: | Total Amount Due: | Amount Enclosed: |
|---|---|---|---|
| **1023456789-0** | **05/16/2014** | **$28.57** | $ |

JOHN DOE
1234 MAIN STREET
ANYWHERE, CA 00000

PG&E
BOX 997300
SACRAMENTO, CA 95899-7300

Case: 19-30088    Doc# 11845-6    Filed: 01/21/22    Entered: 01/21/22 11:41:05    Page
80 of 86

# ENERGY STATEMENT

www.pge.com/MyEnergy

## Important Phone Numbers – 24 hours per day, 7 days per week

### Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
### TDD/TTY (Speech/Hearing Impaired) 1-800-652-4712

| | | | |
|---|---|---|---|
| Servicio al Cliente en Espanol (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill,** email info@pge.com, or call 1-800-743-5000 to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch, 505 Van Ness Avenue, San Francisco, CA 94102, 1-800-649-7570 or 415-703-2032 (TDD/TYY).

To avoid having service turned off while you wait for a CPUC decision, enclose a deposit check (payable to the CPUC) for the disputed amount and a description of the dispute. The CPUC will only accept deposits for matters that relate directly to billing accuracy. If it is not possible for you to pay your deposit, you must advise the CPUC. PG&E can not turn off your service for nonpayment while it is under review by the CPUC, however, you must continue to pay your current charges to keep your service intact.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

Visit: **www.pge.com/billexplanation** for more definitions.

**Tier 1 (Baseline) allowance:** All residential customers are given a Tier 1 (baseline) allowance - a CPUC approved percentage of average customer usage during summer and winter months. Your Tier 1 allowance provides for basic needs at an affordable price and encourages conservation. Your allowance is assigned based on the climate where you live, the season and your heat source.

| Electric Tier | % of Baseline |
|---|---|
| 1 | 0% - 100% |
| 2 | 101% - 130% |
| 3 | 131% - 200% |
| 4 | > 200% |
| Gas Tier | % of Baseline |
| 1 | 0% - 100% |
| 2 | > 100% |

**DWR bond charge:** Recovers the cost of bonds issued by the Department of Water Resources (DWR) to purchase power to serve electric customers during the California energy crisis. DWR bond charges are collected on behalf of DWR and do not belong to PG&E.

**DWR power charge:** Included in generation charges for energy provided by the Department of Water Resources. DWR receives $0.0875/kWh.

**Energy Cost Recovery Amount (ECRA):** These charges are imposed pursuant to law to help reduce the costs of financing PG&E's emergence from bankruptcy. One of these charges is the Dedicated Rate Component (DRC), which is $0.00519 per kWh. The right to receive DRC revenues has been sold to a special purpose entity, PG&E Energy Recovery Funding LLC, and PG&E is collecting this charge on behalf of PG&E Recovery Funding LLC. This charge does not belong to PG&E.

**Power Charge Indifference Adjustment (PCIA):** Ensures that customers who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs acquired to serve them prior to their departure, unless otherwise exempt.

### Your Electric Charges Breakdown

| | |
|---|---|
| Conservation Incentive | $ 6.60 |
| Transmission | 4.77 |
| Distribution | 0.38 |
| Public Purpose Programs | 1.71 |
| Nuclear Decommissioning | 0.14 |
| Competition Transition Charges (CTC) | 1.08 |
| Energy Cost Recovery Amount | -0.05 |
| PCIA | 1.71 |
| Taxes and Other | 0.48 |
| **Total Electric Charges** | **$ 3.62** |

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2013 Pacific Gas and Electric Company. All rights reserved.

Please do not mark in box.

## Change My Billing Contact Information

**Account number:** 123456789-0

First name_____ Last name_____

Address_____ Apt.#_____

City_____ State_____ ZIP code_____

Phone _____ Email_____

## Ways To Pay

- **Online at www.pge.com**
- **PG&E's Mobile Bill Pay**
- **Automatic Payment Service:** Sign up to authorize automatic payments sent from your bank account each month.
- **By mail:** Send your payment along with this payment stub in the envelope provided.
- **By debit card, Visa, Mastercard or Discover:** Call 1-866-735-7742 at any time. (Our independent service provider charges a fee for each transaction.)
- **At a PG&E payment center or local office:** To find a payment center or local office near you, visit www.pge.com or call 1-800-743-5000. Please bring a copy of your bill with you.

Case: 19-30088    Doc# 11845-6    Filed: 01/26/22    Entered: 01/26/22 15:41:40    Page 81 of 86

## Details of PG&E Electric Delivery Charges

# 03/20/2014 - 04/18/2014 (29 billing days)

Service For: 1234 Main Street
Service Agreement ID: 9876543210
Rate Schedule: E1 T Residential Service
Enrolled Programs: CARE (Renew by 06/26/2014)

### Service Information

| | |
|---|---|
| Meter # | 1098765432 |
| Current Meter Reading | 14,731 |
| Prior Meter Reading | 14,449 |
| Total Usage | 282.000000 kWh |
| Baseline Territory | T |
| Heat Source | Electric |
| Serial | X |
| Rotating Outage Block | 50 |

| 03/20/2014 - 03/30/2014 | Your Tier Usage | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Tier 1 Allowance | 100.10 | kWh | (11 days x 9.1 kWh/day) | |
| Tier 1 Usage | 100.100000 | kWh | @ $0.13230 | $13.24 |
| Tier 2 Usage | 6.865520 | kWh | @ $0.15040 | 1.03 |
| CARE Discount | | | | -5.30 |
| Generation Credit | | | | -8.43 |
| Power Charge Indifference Adjustment | | | | 0.65 |
| Franchise Fee Surcharge | | | | 0.06 |
| Richmond Utility Users' Tax (10.000%) | | | | 0.12 |

Your CARE usage is charged at these rates ($/kWh). Differences may occur due to rounding.

03/20/2014 - 03/30/2014
| | |
|---|---|
| Tier 1 | 0.08316 |
| Tier 2 | 0.09563 |
| Tiers 3-4 | 0.13974 |

04/01/2014 - 04/18/2014
| | |
|---|---|
| Tier 1 | 0.08316 |
| Tier 2 | 0.09563 |
| Tiers 3-4 | 0.13974 |

| 04/01/2014 - 04/18/2014 | Your Tier Usage | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Tier 1 Allowance | 163.80 | kWh | (18 days x 9.1 kWh/day) | |
| Tier 1 Usage | 163.800000 | kWh | @ $0.13230 | $21.67 |
| Tier 2 Usage | 11.234480 | kWh | @ $0.15040 | 1.69 |
| CARE Discount | | | | -8.67 |
| Generation Credit | | | | -13.80 |
| Power Charge Indifference Adjustment | | | | 1.06 |
| Franchise Fee Surcharge | | | | 0.10 |
| Richmond Utility Users' Tax (10.000%) | | | | 0.20 |

### Additional Messages

**California Climate Credit –** Part of California's efforts to fight climate change, the credit results from fees charged by the state to reduce carbon pollution and increase use of cleaner forms of energy. These fees are returned to customers as savings on their electric bill. Households will receive the credit twice a year, and small businesses will receive it monthly. Learn how you can use these savings to further reduce your energy costs and help fight climate change at EnergyUpgradeCA.org/credit.

## Total PG&E Electric Delivery Charges             $3.62

2013 Vintaged Power Charge Indifference Adjustment

## Adjustments

| | |
|---|---|
| California Climate Credit | -$30.00 |
| CA Climate Credit UUT Adjustment | -3.00 |

## Total Adjustments                          -33.00

---

**Electric Usage This Period: 282.000000 kWh, 29 billing days**



----- = Average Daily Usage

Case: 19-30088   Doc# 11845-6   Filed: 01/21/22   Entered: 01/21/22 11:41:05   Page 82 of 86

# ENERGY STATEMENT
www.pge.com/MyEnergy

## Details of ESP Electric Generation Charges

## 03/20/2014 - 04/18/2014 (29 billing days)

Service For: 1234 Main Street
Service Agreement ID: 9876543210   ESP Customer Number: 9876543210

**03/20/2014 - 04/18/2014**

**Rate Schedule**: **RES-1**

| | | | |
|---|---|---|---|
| GENERATION - TOTAL | 282.000000 kWh | @ $0.07400 | $20.87 |
| | | Net Charges | 20.87 |

MCE's charges for clean, renewable energy replace PGE's electric generation charges. PGE still charges for delivering electricity. There are no duplicate electric charges. Questions? Call 1-888-632-3674 or visit mceCleanEnergy.com

| | |
|---|---|
| Local Utility Users Tax | 2.09 |
| Energy Surcharge | 0.08 |

## Total ESP Electric Generation Charges
## $23.04

### Service Information

| | |
|---|---|
| Total Usage | 282.000000 kWh |

For questions regarding charges on this page, please contact:
MCE
781 LINCOLN AVE STE 320
SAN RAFAEL CA 94901
1-888-632-3674
www.mceCleanEnergy.com

### Additional Messages

For questions regarding your charges on this page, please contact your Third Party Energy Service Provider.

# ENERGY STATEMENT
www.pge.com/MyEnergy

## Details of Gas Charges

### 03/20/2014 - 04/18/2014 (29 billing days)

Service For: 1234 Main Street
Service ID: 9087654321
Rate Schedule: G1 X Residential Service

| 03/20/2014 - 04/18/2014 | Your Tier Usage | 1 | 2 |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Tier 1 Allowance | 5.31000 | Therms | (## days x #.## Therms/day) | |
| Tier 1 Usage | 5.310000 | Therms | @ $1.06355 | $5.65 |
| Tier 2 Usage | 19.721250 | Therms | @ $1.37459 | 27.11 |
| Gas PPP Surcharge ($0.08618/Therm) | | | | 2.15 |

## Total Gas Charges $34.91

### Service Information

| | |
|---|---|
| Meter # | 1234512345 |
| Current Meter Reading | x,xxx |
| Prior Meter Reading | x,xxx |
| Difference | xx |
| Multiplier | x.xxxxx |
| Total Usage | 25.031250 Therms |
| Baseline Territory | X |
| Serial | F |

### Gas Procurement Costs ($/Therm)

| | |
|---|---|
| mm/dd/yyyy – mm/dd/yyyy | $x.xxxxx |
| mm/dd/yyyy – mm/dd/yyyy | $x.xxxxx |

### Additional Messages

### Gas Usage This Period: 119.329548 Therms, 31 billing days



Visit www.pge.com/MyEnergy for a detailed bill comparison.
Case: 19-30088    Doc #: 11845-6    Filed: 01/21/22    Entered: 01/21/22 11:41:05    Page
84 of 86

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 1023456789-0
Statement Date: 04/18/2014
**Due Date:** **05/16/2014**

PG&E

## Important Messages  (continued from page 1)

Your gas is billed on a rate for either a single-family home or common-use area of a multi-family complex. If this is not correct, please call us at 1-800-743-5000.

**Electric power line safety** PG&E cares about your safety. Be aware of your surroundings and keep yourself, tools, equipment and antennas at least 10 feet away from overhead power lines. If you see an electric power line fall to the ground, stay away, call **9-1-1** and then PG&E at **1-800-743-5000**.

**Planning a digging project?**  Pipeline accidents and damage occur most often from digging. Always call Underground Service Alert, a free service, by dialing 811 at least two working days before you dig—even in your own yard.

Digging can still damage customer-owned pipelines since they are not located by calling 811. A plumber or licensed contractor can help you locate customer-owned pipelines. Be sure to maintain records of their location for future work. You can learn more about gas pipeline safety by visiting **pge.com/safety**.

**Need to schedule a service visit?** For your convenience, we offer four hour appointment windows. Call us at **1-800-743-5000** to schedule a service visit.

**Moving?**  Please call us at **1-800-743-5000** to notify us of your new mailing address.

| | | |
|---|---|---|
| 1st Light Energy | Douglass & Liddell | Occidental Energy Marketing, Inc. |
| AT&T | Downey & Brand | OnGrid Solar |
| Alcantar & Kahl LLP | Ellison Schneider & Harris LLP | Pacific Gas and Electric Company |
| Anderson & Poole | G. A. Krause & Assoc. | Praxair |
| BART | GenOn Energy Inc. | Regulatory & Cogeneration Service, Inc. |
| Barkovich & Yap, Inc. | GenOn Energy, Inc. | SCD Energy Solutions |
| Bartle Wells Associates | Goodin, MacBride, Squeri, Schlotz & Ritchie | SCE |
| Braun Blaising McLaughlin, P.C. | Green Power Institute | SDG&E and SoCalGas |
| CENERGY POWER | Hanna & Morton | SPURR |
| California Cotton Ginners & Growers Assn | In House Energy | San Francisco Public Utilities Commission |
| California Energy Commission | International Power Technology | Seattle City Light |
| California Public Utilities Commission | Intestate Gas Services, Inc. | Sempra Utilities |
| California State Association of Counties | K&L Gates LLP | SoCalGas |
| Calpine | Kelly Group | Southern California Edison Company |
| Casner, Steve | Linde | Spark Energy |
| Center for Biological Diversity | Los Angeles County Integrated Waste Management Task Force | Sun Light & Power |
| City of Palo Alto | Los Angeles Dept of Water & Power | Sunshine Design |
| City of San Jose | MRW & Associates | Tecogen, Inc. |
| Clean Power | Manatt Phelps Phillips | Tiger Natural Gas, Inc. |
| Coast Economic Consulting | Marin Energy Authority | TransCanada |
| Commercial Energy | McKenna Long & Aldridge LLP | Utility Cost Management |
| County of Tehama - Department of Public Works | McKenzie & Associates | Utility Power Solutions |
| Crossborder Energy | Modesto Irrigation District | Utility Specialists |
| Davis Wright Tremaine LLP | Morgan Stanley | Verizon |
| Day Carter Murphy | NLine Energy, Inc. | Water and Energy Consulting |
| Defense Energy Support Center | NRG Solar | Wellhead Electric Company |
| Dept of General Services | Nexant, Inc. | Western Manufactured Housing Communities Association (WMA) |
| Division of Ratepayer Advocates | North America Power Partners | |