**Exhibit 9**



November 20, 2018

**This letter contains important information about a refund of Utility Users' Tax remittance.**

Dear Utility Users' Tax Administrator:

As you may recall, Pacific Gas and Electric Company (PG&E) began distributing the semi-annual **Electric** California Climate Credit in April 2014. This electric credit occurs twice a year, typically in April and October. In October 2018, PG&E distributed the first annual **Gas** California Climate Credit to its customers. Going forward, this gas credit is scheduled to be distributed once a year, typically in April.

### What is the California Climate Credit?
The California Climate Credit is part of the California cap-and-trade program which was designed to reduce the state's greenhouse gas (GHG) emissions to 1990 levels by 2020. To ease the burden for customers from higher electricity and gas rates which include certain GHG costs, the administrator of the cap-and-trade program, the California Air Resources Board (ARB), allocated GHG emission "allowances" to Pacific Gas and Electric Company and other investor-owned utilities (IOUs) to consign in quarterly auctions. The revenue from the consignment of allowances is returned to customers via mechanisms approved by the California Public Utilities Commission (CPUC). Specifically, the CPUC directed the IOUs to return a portion of the GHG allowance revenues to all residential customers in the form of a fixed-amount twice a year for Electric, and once a year for Gas; these amounts make up the California Climate Credits.

### What this means for jurisdictions who collect a Utility Users' Tax (UUT)?
The California Climate Credits reduce customers' overall electric and gas charges, which will reduce the UUT remittance to jurisdictions. In October, the semi-annual Electric California Climate Credit was $39.42, and the Gas California Climate Credit was $29.85. These amounts will vary from year to year.

Since these credits will be processed each year through 2020, you will see this reduction in the UUT remitted under the line item "Special Adjustments." Customers will receive gas and electric climate credits in April and electric climate credits in October through 2020.

If you have any questions, please contact Jaime McBroom at 415-973-0159 or jaime.mcbroom@pge.com.

Sincerely,

*Cecilia G.*

Cecilia Guiman
Pacific Gas and Electric Company

Case: 19-30088    Doc# 11845-9    Filed: 01/21/22    Entered: 01/21/22 11:41:05    Page 2 of 3



**Pacific Gas and Electric Company**

P.O. BOX 770000, MAIL CODE B14L, SAN FRANCISCO, CA 94177
UUT MAIL BOX: UUTCS&RRECORDS@PGE.COM

UTILITY USERS' TAX  
CITY: SAN JOSE

TAX PERIOD - MONTH  
OCTOBER 2018

|  | Electric | Gas |
|---|---:|---:|
| TAX @ 5.00% | $ 4,251,330.16 | $ 493,718.35 |
| ADJUSTMENTS |  |  |
|   CUSTOMERS REFUSING TO PAY TAX | (2,243.99) | (104.12) |
|   BAD DEBTS WRITTEN OFF | (14,362.84) | (1,581.06) |
|   UUT ADJUSTMENTS-SA EXEMPT | (35,892.57) | - |
|   OTHER ADJUSTMENTS | (1,594.53) | (122.40) |
|   SPECIAL ADJUSTMENTS | (618,747.89) | (467,240.56) |
|   MANUAL ADJUSTMENTS | 398.44 | - |
| NET TAX PAYABLE | $ 3,578,886.78 | $ 24,670.21 |
| TOTAL UUT REMITTANCE |  | $ 3,603,556.99 |