**Exhibit 10**



CITY OF SAN JOSÉ
CAPITAL OF SILICON VALLEY

*Finance Department*

September 9, 2019

Pacific Gas & Electric Company
Attn: Jaime McBroom
77 Beale Street, Mail Code B14L
San Francisco, CA 94105

Re: Utility Users Tax Electricity Assessment for Pacific Gas & Electric Company

Dear Jaime McBroom:

The City of San José ("City"), in accordance with the Utility Users Tax ("UUT") parameters specified in San José Municipal Code ("SJMC") Chapter 4.68, hereby notifies you that $1,161,913.12 is now due and owing to the City for Pacific Gas & Electric Company ("PG&E") failing to file and remit to the City the required Electricity UUT. This assessment covers the reporting periods of April 2014 through March 2017.

The City sent a notice in February 2016 to notify PG&E that the City has authorized MuniServices, LLC ("MuniServices") to conduct an audit of PG&E's records to verify compliance with the City's UUT. MuniServices audited the period of April 2014 through March 2017 and found that PG&E underreported Electricity UUT for the audit period. It was determined that PG&E failed to collect Electricity UUT on the Franchise Fee Surcharge and the San Jose Franchise Surcharge. The City considers these irrevocable surcharges (i.e. charges for service) and therefore should not be excluded from the UUT. The City has made the determination that PG&E owes the City the amount specified below.

The City requests immediate payment in the amount of $1,161,913.12. The breakdown is as follows:

<u>Utility Users Tax Electricity</u>
<u>Review Period: April 2014 through March 2017</u>

| | |
|---|---|
| UUT Electricity | $ 575,218.64 |
| UUT Electricity Penalties | 115,043.76 |
| UUT Electricity Interest | 471,650.72 |
| **UUT Electricity Total Due** | **$ 1,161,913.12** |

Re: Utility Users Tax Electricity Assessment for Pacific Gas & Electric Company: 77 Beale Street, Mail Code B14L, San Francisco, CA 94105
Date: September 9, 2019
Page 2 of 2

### Right of Appeal

SJMC Section 4.68.160 provides that you may, within fifteen calendar days after the mailing of this letter, file a written notice of appeal to the Director of Finance for a hearing on the amount assessed at the address indicated on this letterhead. If your request is not made within fifteen calendar days after the mailing of this notice, the assessment as set forth herein will be final and conclusive.

If the City does not receive payment as set forth herein, the City is prepared to pursue all remedies available to it under the SJMC including, but not limited to, bringing a legal action seeking full compliance with the City's UUT, payment of the tax, penalties, and interest owed the City, and the City's attorneys' fees.

If you have any questions or require additional information, please do not hesitate to contact Bryan Howard at (408) 535-7039.

Sincerely,

*Rick Bruneau*

Rick Bruneau
Deputy Director, Finance Department

Enclosure(s)

**Pacific Gas & Electric Company**

Assessment Calculated Through: September 9, 2019

Utility Users Tax ("UUT") Electricity Audit Assessment for the periods specified below:

| Period | UUT (Electricity) Remitted | Total UUT (Electricity) Shortfall | UUT (Electricity) Remaining Due | 1st 10% Penalty | 1st Interest Accrual | 2nd 10% Penalty | 2nd Interest Accrual | Total Due Per Audit | Due Date | # of Days Past Due |
|---|---|---|---|---|---|---|---|---|---|---|
| Mar-17 | $ 3,423,428.79 | $ 16,276.24 | $ 16,276.24 | $ 1,627.62 | $ 264.88 | $ 1,627.62 | $ 8,061.95 | $ 27,858.31 | 4/25/2017 | 867 |
| Feb-17 | $ 3,055,678.30 | $ 14,527.82 | $ 14,527.82 | $ 1,452.78 | $ 236.43 | $ 1,452.78 | $ 7,445.25 | $ 25,115.06 | 3/27/2017 | 896 |
| Jan-17 | $ 3,485,428.39 | $ 16,571.01 | $ 16,571.01 | $ 1,657.10 | $ 269.68 | $ 1,657.10 | $ 8,766.93 | $ 28,921.82 | 2/27/2017 | 924 |
| Dec-16 | $ 3,360,773.99 | $ 15,978.36 | $ 15,978.36 | $ 1,597.84 | $ 260.03 | $ 1,597.84 | $ 8,755.97 | $ 28,190.04 | 1/26/2017 | 956 |
| Nov-16 | $ 3,169,119.50 | $ 15,067.16 | $ 15,067.16 | $ 1,506.72 | $ 245.20 | $ 1,506.72 | $ 8,461.72 | $ 26,787.52 | 1/3/2017 | 979 |
| Oct-16 | $ 3,411,758.96 | $ 16,220.76 | $ 16,220.76 | $ 1,622.08 | $ 263.98 | $ 1,622.08 | $ 9,455.15 | $ 29,184.05 | 11/28/2016 | 1,015 |
| Sep-16 | $ 4,082,708.08 | $ 19,410.70 | $ 19,410.70 | $ 1,941.07 | $ 315.89 | $ 1,941.07 | $ 11,705.13 | $ 35,313.86 | 10/25/2016 | 1,049 |
| Aug-16 | $ 4,517,925.37 | $ 21,479.88 | $ 21,479.88 | $ 2,147.99 | $ 349.56 | $ 2,147.99 | $ 13,321.53 | $ 39,446.95 | 9/26/2016 | 1,078 |
| Jul-16 | $ 4,176,110.60 | $ 19,854.77 | $ 19,854.77 | $ 1,985.48 | $ 323.12 | $ 1,985.48 | $ 12,689.65 | $ 36,838.50 | 8/25/2016 | 1,110 |
| Jun-16 | $ 4,008,990.05 | $ 19,060.22 | $ 19,060.22 | $ 1,906.02 | $ 310.19 | $ 1,906.02 | $ 12,531.49 | $ 35,713.94 | 7/25/2016 | 1,141 |
| May-16 | $ 3,208,345.41 | $ 15,253.66 | $ 15,253.66 | $ 1,525.37 | $ 248.24 | $ 1,525.37 | $ 10,281.56 | $ 28,834.20 | 6/27/2016 | 1,169 |
| Apr-16 | $ 2,382,489.64 | $ 11,327.23 | $ 11,327.23 | $ 1,132.72 | $ 184.34 | $ 1,132.72 | $ 7,856.19 | $ 21,633.20 | 5/25/2016 | 1,202 |
| Mar-16 | $ 3,177,128.82 | $ 15,105.24 | $ 15,105.24 | $ 1,510.52 | $ 245.82 | $ 1,510.52 | $ 10,744.66 | $ 29,116.76 | 4/25/2016 | 1,232 |
| Feb-16 | $ 2,895,455.44 | $ 13,766.06 | $ 13,766.06 | $ 1,376.61 | $ 224.03 | $ 1,376.61 | $ 10,044.63 | $ 26,787.94 | 3/25/2016 | 1,263 |
| Jan-16 | $ 3,031,699.90 | $ 14,413.82 | $ 14,413.82 | $ 1,441.38 | $ 234.57 | $ 1,441.38 | $ 10,764.63 | $ 28,295.78 | 2/25/2016 | 1,292 |
| Dec-15 | $ 3,123,635.02 | $ 14,850.91 | $ 14,850.91 | $ 1,485.09 | $ 241.68 | $ 1,485.09 | $ 11,363.51 | $ 29,426.28 | 1/25/2016 | 1,323 |
| Nov-15 | $ 3,018,993.86 | $ 14,353.41 | $ 14,353.41 | $ 1,435.34 | $ 233.59 | $ 1,435.34 | $ 11,178.20 | $ 28,635.88 | 1/2/2016 | 1,346 |
| Oct-15 | $ 3,540,256.09 | $ 16,831.68 | $ 16,831.68 | $ 1,683.17 | $ 273.92 | $ 1,683.17 | $ 13,486.74 | $ 33,958.68 | 11/25/2015 | 1,384 |
| Sep-15 | $ 4,257,460.78 | $ 20,241.54 | $ 20,241.54 | $ 2,024.15 | $ 329.41 | $ 2,024.15 | $ 16,578.32 | $ 41,197.57 | 10/26/2015 | 1,414 |
| Aug-15 | $ 4,083,098.87 | $ 19,412.56 | $ 19,412.56 | $ 1,941.26 | $ 315.92 | $ 1,941.26 | $ 16,255.50 | $ 39,866.50 | 9/25/2015 | 1,445 |
| Jul-15 | $ 4,483,506.21 | $ 21,316.24 | $ 21,316.24 | $ 2,131.62 | $ 346.90 | $ 2,131.62 | $ 18,240.62 | $ 44,167.00 | 8/25/2015 | 1,476 |
| Jun-15 | $ 3,658,504.08 | $ 17,393.88 | $ 17,393.88 | $ 1,739.39 | $ 283.07 | $ 1,739.39 | $ 15,182.72 | $ 36,338.45 | 7/27/2015 | 1,505 |
| May-15 | $ 2,867,927.55 | $ 13,635.18 | $ 13,635.18 | $ 1,363.52 | $ 221.90 | $ 1,363.52 | $ 12,160.04 | $ 28,744.16 | 6/25/2015 | 1,537 |
| Apr-15 | $ 2,382,429.49 | $ 11,326.95 | $ 11,326.95 | $ 1,132.70 | $ 184.33 | $ 1,132.70 | $ 10,302.63 | $ 24,079.31 | 5/26/2015 | 1,567 |
| Mar-15 | $ 2,773,590.71 | $ 13,186.67 | $ 13,186.67 | $ 1,318.67 | $ 214.60 | $ 1,318.67 | $ 12,220.47 | $ 28,259.08 | 4/27/2015 | 1,596 |
| Feb-15 | $ 2,629,642.75 | $ 12,502.29 | $ 12,502.29 | $ 1,250.23 | $ 203.46 | $ 1,250.23 | $ 11,830.39 | $ 27,036.60 | 3/25/2015 | 1,629 |
| Jan-15 | $ 2,906,893.51 | $ 13,820.44 | $ 13,820.44 | $ 1,382.04 | $ 224.91 | $ 1,382.04 | $ 13,306.69 | $ 30,116.12 | 2/25/2015 | 1,657 |
| Dec-14 | $ 3,044,876.02 | $ 14,476.46 | $ 14,476.46 | $ 1,447.65 | $ 235.59 | $ 1,447.65 | $ 14,195.35 | $ 31,802.70 | 1/26/2015 | 1,687 |
| Nov-14 | $ 2,840,833.48 | $ 13,506.37 | $ 13,506.37 | $ 1,350.64 | $ 219.80 | $ 1,350.64 | $ 13,435.92 | $ 29,863.37 | 1/2/2015 | 1,711 |
| Oct-14 | $ 3,446,209.32 | $ 16,384.55 | $ 16,384.55 | $ 1,638.46 | $ 266.64 | $ 1,638.46 | $ 16,667.54 | $ 36,595.65 | 11/25/2014 | 1,749 |
| Sep-14 | $ 3,779,347.87 | $ 17,968.41 | $ 17,968.41 | $ 1,796.84 | $ 292.42 | $ 1,796.84 | $ 18,587.11 | $ 40,441.62 | 10/27/2014 | 1,778 |
| Aug-14 | $ 4,003,524.39 | $ 19,034.23 | $ 19,034.23 | $ 1,903.42 | $ 309.76 | $ 1,903.42 | $ 20,050.08 | $ 43,200.91 | 9/25/2014 | 1,810 |
| Jul-14 | $ 4,158,749.28 | $ 19,772.23 | $ 19,772.23 | $ 1,977.22 | $ 321.77 | $ 1,977.22 | $ 21,190.19 | $ 45,238.63 | 8/25/2014 | 1,841 |
| Jun-14 | $ 3,569,718.56 | $ 16,971.76 | $ 16,971.76 | $ 1,697.18 | $ 276.20 | $ 1,697.18 | $ 18,500.25 | $ 39,142.57 | 7/25/2014 | 1,872 |
| May-14 | $ 2,922,284.01 | $ 13,893.61 | $ 13,893.61 | $ 1,389.36 | $ 226.10 | $ 1,389.36 | $ 15,391.53 | $ 32,289.96 | 6/25/2014 | 1,902 |
| Apr-14 | $ 2,108,869.34 | $ 10,026.34 | $ 10,026.34 | $ 1,002.63 | $ 163.17 | $ 1,002.63 | $ 11,279.38 | $ 23,474.15 | 5/27/2014 | 1,931 |
| **Totals** | **$ 120,987,392.43** | **$ 575,218.64** | **$ 575,218.64** | **$ 57,521.88** | **$ 9,361.10** | **$ 57,521.88** | **$ 462,289.62** | **$ 1,161,913.12** | | |

Total UUT (Electricity) Due Per Audit Determination $ 121,562,611.07
Total UUT (Electricity) Remitted 120,987,392.43
UUT (Electricity) Shortfall 575,218.64
1st 10% Penalty 57,521.88
1st Interest (0-30 days past due) 9,361.10
2nd 10% Penalty 57,521.88
2nd Interest (30+ days past due) 462,289.62
**Total UUT (Electricity) Audit Assessment Amount Due $ 1,161,913.12**

Please remit payment to: City of San Jose - Finance
Attn: Bryan Howard
200 E. Santa Clara St., 13th Floor
San Jose, CA 95113

Re: Utility Users Tax Electricity Assessment for Pacific Gas & Electric Company: 77 Beale Street, Mail Code B14L, San Francisco, CA 94105
Date: September 9, 2019
Page 3 of 3

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare as follows:

I am a citizen of the United States, over the age of 18 years, and not a party to this matter. My business address is City of San José—Finance Department, Revenue Management, 200 East Santa Clara Street, 13th Floor Tower, San José, CA 95113-1905 and is located in the county where the mailing described below occurred. I am readily familiar with the City of San José's business practice for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

On September 9, 2019, I served by mail the following document

Utility Users Tax Electricity Assessment for Pacific Gas & Electric Company
Under Chapter 4.68 of the San José Municipal Code

by depositing it, with a copy of this declaration, into a sealed envelope, with postage fully prepaid, and depositing the envelope for collection and mailing on that date with the United States Postal Service following ordinary business practices. The envelope was addressed as follows:

Pacific Gas & Electric Company
Attn: Jaime McBroom
77 Beale Street, Mail Code B14L
San Francisco, CA 94105

I declare under penalty of perjury that the foregoing is true and correct. Executed at San José, California on September 9, 2019.

*Ryan Lam*
Ryan Lam, Accountant II



CITY OF
SAN JOSÉ
CAPITAL OF SILICON VALLEY

*Finance Department*

September 9, 2019

Pacific Gas & Electric Company
Attn: Jaime McBroom
77 Beale Street, Mail Code B14L
San Francisco, CA 94105

Re: Utility Users Tax Gas Assessment for Pacific Gas & Electric Company

Dear Jaime McBroom:

The City of San José ("City"), in accordance with Utility Users Tax ("UUT") parameters specified in San José Municipal Code ("SJMC") Chapter 4.68, hereby notifies you that $7,481,306.81 is now due and owing to the City for Pacific Gas & Electric Company ("PG&E") failing to file and remit to the City the required Gas UUT. This assessment covers the reporting periods of April 2014 through March 2017.

The City sent a notice in February 2016 to notify PG&E that the City has authorized MuniServices, LLC ("MuniServices") to conduct an audit of PG&E's records to verify compliance with the City's UUT. MuniServices audited the period of April 2014 through March 2017 and found that PG&E underreported Gas UUT for the audit period. It was determined that PG&E failed to collect Gas UUT on the Franchise Fee Surcharge, the San Jose Franchise Surcharge, and the Public Purpose Program Surcharge. The City considers these irrevocable surcharges (i.e. charges for service) and therefore should not be excluded from the UUT. The City has made the determination that PG&E owes the City the amount specified below.

The City requests immediate payment in the amount of $7,481,306.81. The breakdown is as follows:

<u>Utility Users Tax Gas</u>
<u>Review Period: April 2014 through March 2017</u>

| | |
|---|---|
| UUT Gas | $ 3,771,631.13 |
| UUT Gas Penalties | 754,326.28 |
| UUT Gas Interest | 2,955,349.40 |
| **UUT Gas Total Due** | **$ 7,481,306.81** |

Re: Utility Users Tax Gas Assessment for Pacific Gas & Electric Company: 77 Beale Street, Mail Code B14L, San Francisco, CA 94105
Date: September 9, 2019
Page 2 of 2

Right of Appeal

SJMC Section 4.68.160 provides that you may, within fifteen calendar days after the mailing of this letter, file a written notice of appeal to the Director of Finance for a hearing on the amount assessed at the address indicated on this letterhead. If your request is not made within fifteen calendar days after the mailing of this notice, the assessment as set forth herein will be final and conclusive.

If the City does not receive payment as set forth herein, the City is prepared to pursue all remedies available to it under the SJMC including, but not limited to, bringing a legal action seeking full compliance with the City's UUT, payment of the tax, penalties, and interest owed the City, and the City's attorneys' fees.

If you have any questions or require additional information, please do not hesitate to contact Bryan Howard at (408) 535-7039.

Sincerely,

Rick Bruneau
Deputy Director, Finance Department

Enclosure(s)

Re: Utility Users Tax Gas Assessment for Pacific Gas & Electric Company: 77 Beale Street, Mail Code B14L, San Francisco, CA 94105
Date: September 9, 2019
Page 3 of 3

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare as follows:

I am a citizen of the United States, over the age of 18 years, and not a party to this matter. My business address is City of San José—Finance Department, Revenue Management, 200 East Santa Clara Street, 13th Floor Tower, San José, CA 95113-1905 and is located in the county where the mailing described below occurred. I am readily familiar with the City of San José's business practice for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

On September 9, 2019, I served by mail the following document

Utility Users Tax Gas Assessment for Pacific Gas & Electric Company
Under Chapter 4.68 of the San José Municipal Code

by depositing it, with a copy of this declaration, into a sealed envelope, with postage fully prepaid, and depositing the envelope for collection and mailing on that date with the United States Postal Service following ordinary business practices. The envelope was addressed as follows:

Pacific Gas & Electric Company
Attn: Jaime McBroom
77 Beale Street, Mail Code B14L
San Francisco, CA 94105

I declare under penalty of perjury that the foregoing is true and correct. Executed at San José, California on September 9, 2019.

*Ryan Lam*
Ryan Lam, Accountant II

# Pacific Gas & Electric Company

Utility Users Tax ("UUT") Gas Audit Assessment for the periods specified below:

Assessment Calculated Through: September 9, 2019

| Period | UUT (Gas) Remitted | Total UUT (Gas) Shortfall | UUT (Gas) Remaining Due | 1st 10% Penalty | 1st Interest Accrual | 2nd 10% Penalty | 2nd Interest Accrual | Total Due Per Audit | Due Date | # of Days Past Due |
|---|---|---|---|---|---|---|---|---|---|---|
| Mar-17 | $ 1,229,388.80 | $ 191,186.07 | $ 191,186.07 | $ 19,118.61 | $ 3,111.36 | $ 19,118.61 | $ 94,698.39 | $ 327,233.04 | 4/25/2017 | 867 |
| Feb-17 | $ 1,409,672.20 | $ 219,222.50 | $ 219,222.50 | $ 21,922.25 | $ 3,567.62 | $ 21,922.25 | $ 112,347.63 | $ 378,982.25 | 3/27/2017 | 896 |
| Jan-17 | $ 1,745,709.24 | $ 271,480.66 | $ 271,480.66 | $ 27,148.07 | $ 4,418.07 | $ 27,148.07 | $ 143,627.41 | $ 473,822.28 | 2/27/2017 | 924 |
| Dec-16 | $ 1,243,216.54 | $ 193,336.46 | $ 193,336.46 | $ 19,333.65 | $ 3,146.35 | $ 19,333.65 | $ 105,946.27 | $ 341,096.38 | 1/26/2017 | 956 |
| Nov-16 | $ 588,697.44 | $ 91,550.17 | $ 91,550.17 | $ 9,155.02 | $ 1,489.88 | $ 9,155.02 | $ 51,414.58 | $ 162,764.67 | 1/3/2017 | 979 |
| Oct-16 | $ 484,100.14 | $ 75,283.92 | $ 75,283.92 | $ 7,528.39 | $ 1,225.17 | $ 7,528.39 | $ 43,883.30 | $ 135,449.17 | 11/28/2016 | 1,015 |
| Sep-16 | $ 448,087.71 | $ 69,683.51 | $ 69,683.51 | $ 6,968.35 | $ 1,134.03 | $ 6,968.35 | $ 42,020.88 | $ 126,775.12 | 10/25/2016 | 1,049 |
| Aug-16 | $ 391,395.52 | $ 60,867.13 | $ 60,867.13 | $ 6,086.71 | $ 990.55 | $ 6,086.71 | $ 37,748.96 | $ 111,780.06 | 9/26/2016 | 1,078 |
| Jul-16 | $ 346,517.37 | $ 53,887.99 | $ 53,887.99 | $ 5,388.80 | $ 876.97 | $ 5,388.80 | $ 34,441.07 | $ 99,983.63 | 8/25/2016 | 1,110 |
| Jun-16 | $ 419,074.89 | $ 65,171.64 | $ 65,171.64 | $ 6,517.16 | $ 1,060.60 | $ 6,517.16 | $ 42,848.30 | $ 122,114.86 | 7/25/2016 | 1,141 |
| May-16 | $ 493,654.65 | $ 76,769.77 | $ 76,769.77 | $ 7,676.98 | $ 1,249.35 | $ 7,676.98 | $ 51,745.77 | $ 145,118.85 | 6/27/2016 | 1,169 |
| Apr-16 | $ 556,136.70 | $ 86,486.54 | $ 86,486.54 | $ 8,648.65 | $ 1,407.48 | $ 8,648.65 | $ 59,984.22 | $ 165,175.54 | 5/25/2016 | 1,202 |
| Mar-16 | $ 755,194.59 | $ 117,442.65 | $ 117,442.65 | $ 11,744.27 | $ 1,911.26 | $ 11,744.27 | $ 83,539.38 | $ 226,381.83 | 4/25/2016 | 1,232 |
| Feb-16 | $ 968,986.95 | $ 150,690.17 | $ 150,690.17 | $ 15,069.02 | $ 2,452.33 | $ 15,069.02 | $ 109,953.46 | $ 293,234.00 | 3/25/2016 | 1,263 |
| Jan-16 | $ 1,410,745.58 | $ 219,389.42 | $ 219,389.42 | $ 21,938.94 | $ 3,570.34 | $ 21,938.94 | $ 163,846.03 | $ 430,683.67 | 2/25/2016 | 1,292 |
| Dec-15 | $ 1,226,057.19 | $ 190,667.96 | $ 190,667.96 | $ 19,066.80 | $ 3,102.93 | $ 19,066.80 | $ 145,893.91 | $ 377,798.40 | 1/25/2016 | 1,323 |
| Nov-15 | $ 498,831.01 | $ 77,574.76 | $ 77,574.76 | $ 7,757.48 | $ 1,262.45 | $ 7,757.48 | $ 60,413.95 | $ 154,766.12 | 1/2/2016 | 1,346 |
| Oct-15 | $ 357,881.40 | $ 55,655.25 | $ 55,655.25 | $ 5,565.52 | $ 905.73 | $ 5,565.52 | $ 44,594.94 | $ 112,286.96 | 11/25/2015 | 1,384 |
| Sep-15 | $ 342,334.47 | $ 53,237.50 | $ 53,237.50 | $ 5,323.75 | $ 866.39 | $ 5,323.75 | $ 43,602.82 | $ 108,354.21 | 10/26/2015 | 1,414 |
| Aug-15 | $ 316,263.42 | $ 49,183.11 | $ 49,183.11 | $ 4,918.31 | $ 800.40 | $ 4,918.31 | $ 41,184.45 | $ 101,004.58 | 9/25/2015 | 1,445 |
| Jul-15 | $ 353,823.57 | $ 55,024.20 | $ 55,024.20 | $ 5,502.42 | $ 895.46 | $ 5,502.42 | $ 47,085.04 | $ 114,009.54 | 8/25/2015 | 1,476 |
| Jun-15 | $ 422,326.46 | $ 65,677.30 | $ 65,677.30 | $ 6,567.73 | $ 1,068.83 | $ 6,567.73 | $ 57,328.19 | $ 137,209.78 | 7/27/2015 | 1,505 |
| May-15 | $ 493,118.19 | $ 76,686.34 | $ 76,686.34 | $ 7,668.63 | $ 1,247.99 | $ 7,668.63 | $ 68,389.92 | $ 161,661.51 | 6/25/2015 | 1,537 |
| Apr-15 | $ 562,268.27 | $ 87,440.08 | $ 87,440.08 | $ 8,744.01 | $ 1,423.00 | $ 8,744.01 | $ 79,532.63 | $ 185,883.73 | 5/26/2015 | 1,567 |
| Mar-15 | $ 746,199.91 | $ 116,043.86 | $ 116,043.86 | $ 11,604.39 | $ 1,888.49 | $ 11,604.39 | $ 107,541.20 | $ 248,682.33 | 4/27/2015 | 1,596 |
| Feb-15 | $ 931,652.92 | $ 144,884.24 | $ 144,884.24 | $ 14,488.42 | $ 2,357.84 | $ 14,488.42 | $ 137,097.80 | $ 313,316.72 | 3/25/2015 | 1,629 |
| Jan-15 | $ 1,246,511.61 | $ 193,848.89 | $ 193,848.89 | $ 19,384.89 | $ 3,154.69 | $ 19,384.89 | $ 186,643.03 | $ 422,416.39 | 2/25/2015 | 1,657 |
| Dec-14 | $ 786,092.98 | $ 122,247.76 | $ 122,247.76 | $ 12,224.78 | $ 1,989.46 | $ 12,224.78 | $ 119,873.82 | $ 268,560.60 | 1/26/2015 | 1,687 |
| Nov-14 | $ 464,217.33 | $ 72,191.88 | $ 72,191.88 | $ 7,219.19 | $ 1,174.85 | $ 7,219.19 | $ 71,815.30 | $ 159,620.41 | 1/2/2015 | 1,711 |
| Oct-14 | $ 411,637.01 | $ 64,014.95 | $ 64,014.95 | $ 6,401.49 | $ 1,041.78 | $ 6,401.49 | $ 65,120.56 | $ 142,980.27 | 11/25/2014 | 1,749 |
| Sep-14 | $ 362,930.80 | $ 56,440.50 | $ 56,440.50 | $ 5,644.05 | $ 918.51 | $ 5,644.05 | $ 58,383.91 | $ 127,031.02 | 10/27/2014 | 1,778 |
| Aug-14 | $ 351,072.50 | $ 54,596.37 | $ 54,596.37 | $ 5,459.64 | $ 888.50 | $ 5,459.64 | $ 57,510.18 | $ 123,914.33 | 9/25/2014 | 1,810 |
| Jul-14 | $ 369,732.60 | $ 57,498.26 | $ 57,498.26 | $ 5,749.83 | $ 935.73 | $ 5,749.83 | $ 61,621.76 | $ 131,555.41 | 8/25/2014 | 1,841 |
| Jun-14 | $ 408,513.50 | $ 63,529.20 | $ 63,529.20 | $ 6,352.92 | $ 1,033.87 | $ 6,352.92 | $ 69,250.66 | $ 146,519.57 | 7/25/2014 | 1,872 |
| May-14 | $ 482,661.33 | $ 75,060.16 | $ 75,060.16 | $ 7,506.02 | $ 1,221.53 | $ 7,506.02 | $ 83,152.68 | $ 174,446.41 | 6/25/2014 | 1,902 |
| Apr-14 | $ 628,114.12 | $ 97,679.98 | $ 97,679.98 | $ 9,768.00 | $ 1,589.64 | $ 9,768.00 | $ 109,887.57 | $ 228,693.19 | 5/27/2014 | 1,931 |
| Totals | $ 24,252,818.91 | $ 3,771,631.13 | $ 3,771,631.13 | $ 377,163.14 | $ 61,379.43 | $ 377,163.14 | $ 2,893,969.97 | $ 7,481,306.81 | | |

Total UUT (Gas) Due Per Audit Determination $ 28,024,450.04
Total UUT (Gas) Remitted 24,252,818.91
UUT (Gas) Shortfall 3,771,631.13
1st 10% Penalty 377,163.14
1st Interest (0-30 days past due) 61,379.43
2nd 10% Penalty 377,163.14
2nd Interest (30+ days past due) 2,893,969.97
**Total UUT (Gas) Audit Assessment Amount Due $ 7,481,306.81**

Please remit payment to: *City of San Jose - Finance*
Attn: Bryan Howard
200 E. Santa Clara St., 13th Floor
San Jose, CA 95113

Case: 19-30088    Doc# 11845-10    Filed: 01/21/22    Entered: 01/21/22 11:41:05    Page 9 of 10



CITY OF SAN JOSE
CAPITAL OF SILICON VALLEY

Finance – Revenue Management
200 East Santa Clara Street, 13th

Address Service Requested

7009 2820 0002 0335 9769



U.S. POSTAGE >> PITNEY BOWES
ZIP 95113 $ 006.80°
0001400922 SEP 06 2018

Case: 19-30088    Doc# 11845-10    Filed: 01/21/22    Entered: 01/21/22 11:41:05    Page 10 of 10