**Exhibit 11**



**CITY OF SAN JOSÉ**
CAPITAL OF SILICON VALLEY

*Finance Department*

May 12, 2020

Pacific Gas & Electric Company
Attn: Cecilia Guiman
77 Beale Street, Mail Code B14L
San Francisco, CA 94105

Re: Franchise Fees Assessment for Pacific Gas & Electric Company: 77 Beale Street, Mail Code B14L, San Francisco, CA 94105

Dear Cecilia Guiman:

The City of San José ("City"), in accordance with Ordinance No. 28719 and Ordinance No. 28720 hereby notifies you that $3,454,674.81 is now due and owing to the City for Pacific Gas & Electric Company ("PG&E") failing to file and remit to the City the required Franchise Fees on California Climate Credits as set forth below. This assessment covers the reporting periods of April 2014 through October 2019.

The City reviewed PG&E's records for the periods April 2014 through October 2019 and found that PG&E under-reported its gross receipts for purposes of calculating the franchise fees owed to the City by deducting California Climate Credits from its gross receipts. The City has made the determination that PG&E owes the City the amount specified below.

The City requests immediate payment in the amount of $3,454,674.81. The breakdown is as follows:

### Electricity Franchise Fees
#### Review Period: April 2014 through October 2019

| | |
|---|---:|
| Total Under-reported Franchise Fees | $ 2,379,461.68 |
| 2% Penalty | 47,589.22 |
| 1% Interest | 582,660.17 |
| **Total Amount Due** | **$ 3,009,711.07** |

### Gas Franchise Fees
#### Review Period: April 2014 through October 2019

| | |
|---|---:|
| Total Under-reported Franchise Fees | $ 398,072.77 |
| 2% Penalty | 7,961.45 |
| 1% Interest | 38,929.52 |
| **Total Amount Due** | **$ 444,963.74** |

Re: Franchise Fees Assessment for Pacific Gas & Electric Company: 77 Beale Street, Mail Code B14L, San Francisco, CA 94105
Date: May 12, 2020
Page 2 of 3

If the City does not receive payment as set forth herein, the City is prepared to pursue all remedies available to it under the SJMC including, but not limited to, bringing a legal action seeking full compliance with the City's Franchise Fees, payment of the fees, penalties, and interest owed the City, and the City's attorneys' fees.

If you have any questions or require additional information, please do not hesitate to contact Bryan Howard at (408) 535-7039.

Sincerely,

Rick Bruneau
Deputy Director, Finance Department

Enclosure(s)

Re: Franchise Fees Assessment for Pacific Gas & Electric Company: 77 Beale Street, Mail Code B14L, San Francisco, CA 94105
Date: May 12, 2020
Page 3 of 3

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare as follows:

I am a citizen of the United States, over the age of 18 years, and not a party to this matter. My business address is City of San José—Finance Department, Revenue Management, 200 East Santa Clara Street, 13th Floor Tower, San José, CA 95113-1905 and is located in the county where the mailing described below occurred. I am readily familiar with the City of San José's business practice for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

On May 12, 2020, I served by mail the following document

Franchise Fees Assessment for Pacific Gas & Electric Company
Under Ordinance No. 28719 and Ordinance No. 28720 of the San José Municipal Code

by depositing it, with a copy of this declaration, into a sealed envelope, with postage fully prepaid, and depositing the envelope for collection and mailing on that date with the United States Postal Service following ordinary business practices. The envelope was addressed as follows:

Pacific Gas & Electric Company
Attn: Cecilia Guiman
77 Beale Street, Mail Code B14L
San Francisco, CA 94105

I declare under penalty of perjury that the foregoing is true and correct. Executed at San José, California on May 12, 2020.

_Ryan Lam_
Ryan Lam, Accountant II

# Pacific Gas & Electric Company

Assessment Calculated Through: 5/12/2020

Electricity Franchise Fees Audit Assessment for the periods specified below:

| Period | Utility | Disallowed Gross Deductions | Franchise Fee Rate | Total Underreported Franchise Fees | 2% Penalty | 1% Interest | Total Amount Due | Due Date | # of Months Past Due |
|---|---|---|---|---|---|---|---|---|---|
| Apr-14 | Electricity | $9,647,466.60 | 2.3% | $221,891.73 | $ 4,437.83 | $ 95,413.44 | $ 321,743.00 | 12/1/2016 | 43 |
| Oct-14 | Electricity | $9,096,251.40 | 2.3% | $209,213.78 | $ 4,184.28 | $ 79,501.24 | $ 292,899.30 | 4/15/2017 | 38 |
| Apr-15 | Electricity | $7,617,542.60 | 2.3% | $175,203.48 | $ 3,504.07 | $ 64,825.29 | $ 243,532.84 | 6/1/2017 | 37 |
| Oct-15 | Electricity | $7,625,462.00 | 2.3% | $175,385.63 | $ 3,507.71 | $ 59,631.11 | $ 238,524.45 | 9/1/2017 | 34 |
| Apr-16 | Electricity | $8,674,441.80 | 2.3% | $199,512.16 | $ 3,990.24 | $ 61,848.77 | $ 265,351.17 | 12/1/2017 | 31 |
| Oct-16 | Electricity | $8,761,173.20 | 2.3% | $201,506.98 | $ 4,030.14 | $ 52,391.82 | $ 257,928.94 | 4/15/2018 | 26 |
| Apr-17 | Electricity | $5,400,867.20 | 2.3% | $124,219.95 | $ 2,484.40 | $ 31,054.99 | $ 157,759.34 | 6/1/2018 | 25 |
| Oct-17 | Electricity | $4,342,553.40 | 2.3% | $99,878.73 | $ 1,997.57 | $ 21,973.32 | $ 123,849.62 | 9/1/2018 | 22 |
| Apr-18 | Electricity | $12,337,483.00 | 2.3% | $283,762.11 | $ 5,675.24 | $ 53,914.80 | $ 343,352.15 | 12/1/2018 | 19 |
| Oct-18 | Electricity | $12,374,957.80 | 2.3% | $284,624.03 | $ 5,692.48 | $ 39,847.36 | $ 330,163.87 | 4/15/2019 | 14 |
| Apr-19 | Electricity | $8,802,959.80 | 2.3% | $202,468.08 | $ 4,049.36 | $ 18,222.13 | $ 224,739.57 | 9/1/2019 | 9 |
| Oct-19 | Electricity | $8,773,697.00 | 2.3% | $201,795.03 | $ 4,035.90 | $ 4,035.90 | $ 209,866.83 | 4/15/2020 | 2 |
| **Totals** | | $103,454,855.80 | 2.3% | $2,379,461.68 | $ 47,589.22 | $ 582,660.17 | $ 3,009,711.07 | | |

Total Under-reported Franchise Fees  $2,379,461.68
2% Penalty  $  47,589.22
1% Interest  $ 582,660.17
**Total Amount Due**  **$3,009,711.07**

Please remit payment to: *City of San Jose – Finance*
*Attn: Curtis Satake*
*200 E. Santa Clara St., 13th Floor*
*San Jose, CA 95113*

Case: 19-30088    Doc# 11845-11    Filed: 01/21/22    Entered: 01/21/22 11:41:05    Page 5 of 11

## Pacific Gas & Electric Company

Assessment Calculated Through: 5/12/2020

Gas Franchise Fees Audit Assessment for the periods specified below:

| Period | Utility | Disallowed Gross Deductions | Franchise Fee Rate | Total Underreported Franchise Fees | 2% Penalty | 1% Interest | Total Amount Due | Due Date | # of Months Past Due |
|---|---|---|---|---|---|---|---|---|---|
| Oct-18 | Gas | $9,344,811.20 | 2.3% | $214,930.66 | $ 4,298.61 | $ 27,940.99 | $ 247,170.26 | 6/1/2019 | 13 |
| Apr-19 | Gas | $7,962,700.60 | 2.3% | $183,142.11 | $ 3,662.84 | $ 10,988.53 | $ 197,793.48 | 12/1/2019 | 6 |
| Totals | | $17,307,511.80 | 2.3% | $398,072.77 | $ 7,961.45 | $ 38,929.52 | $ 444,963.74 | | |

Total Under-reported Franchise Fees  $398,072.77
2% Penalty  $ 7,961.45
1% Interest  $ 38,929.52
**Total Amount Due  $444,963.74**

Please remit payment to: *City of San Jose - Finance*
*Attn: Curtis Satake*
*200 E. Santa Clara St., 13th Floor*
*San Jose, CA 95113*



CITY OF
SAN JOSÉ
CAPITAL OF SILICON VALLEY

*Finance Department*

May 12, 2020

Pacific Gas & Electric Company
Attn: Cecilia Guiman
77 Beale Street, Mail Code B14L
San Francisco, CA 94105

Re: Utility Users Tax Assessment for Pacific Gas & Electric Company: 77 Beale Street, Mail Code B14L, San Francisco, CA 94105

Dear Cecilia Guiman:

The City of San José ("City"), in accordance with the Utility Users Tax ("UUT") parameters specified in San José Municipal Code ("SJMC") Chapter 4.68, hereby notifies you that $10,980,656.94 is now due and owing to the City for Pacific Gas & Electric Company ("PG&E") failing to file and remit to the City the required UUT. This assessment covers the reporting periods of April 2014 through October 2019 and is in addition to the Electricity and Gas UUT assessments issued to PG&E on September 9, 2019.

The City reviewed PG&E's records for the periods April 2014 through October 2019 and found that PG&E under-reported the City's UUT by deducting California Climate Credits from its gross charges billed for gas or electricity. Accordingly, the City's UUT should be calculated based on the gross charges for gas or electricity, rather than that amount net of California Climate Credits. The City has made the determination that PG&E owes the City the amount specified below.

The City requests immediate payment in the amount of $10,980,656.94. The breakdown is as follows:

**Electricity Utility Users Tax**
Review Period: April 2014 through October 2019

| | |
|---|---|
| UUT Shortfall | $ 5,172,742.79 |
| UUT Penalties | 1,034,548.60 |
| UUT Interest | 3,506,355.44 |
| **UUT Total Due** | **$ 9,713,646.83** |

**Gas Utility Users Tax**
Review Period: April 2014 through October 2019

| | |
|---|---|
| UUT Shortfall | $ 865,375.59 |
| UUT Penalties | 173,075.12 |
| UUT Interest | 228,559.40 |
| **UUT Total Due** | **$ 1,267,010.11** |

Re: Utility Users Tax Assessment for Pacific Gas & Electric Company: 77 Beale Street, Mail Code B14L, San Francisco, CA 94105
Date: May 12, 2020
Page 2 of 3

### Right of Appeal

SJMC Section 4.68.160 provides that you may, within fifteen calendar days after the mailing of this letter, file a written notice of appeal to the Director of Finance for a hearing on the amount assessed at the address indicated on this letterhead. If your request is not made within fifteen calendar days after the mailing of this notice, the assessment as set forth herein will be final and conclusive.

If the City does not receive payment as set forth herein, the City is prepared to pursue all remedies available to it under the SJMC including, but not limited to, bringing a legal action seeking full compliance with the City's UUT, payment of the tax, penalties, and interest owed the City, and the City's attorneys' fees.

If you have any questions or require additional information, please do not hesitate to contact Bryan Howard at (408) 535-7039.

Sincerely,

Rick Bruneau
Deputy Director, Finance Department

Enclosure(s)

Re: Utility Users Tax Assessment for Pacific Gas & Electric Company: 77 Beale Street, Mail Code B14L, San Francisco, CA 94105
Date: May 12, 2020
Page 3 of 3

---

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare as follows:

I am a citizen of the United States, over the age of 18 years, and not a party to this matter. My business address is City of San José—Finance Department, Revenue Management, 200 East Santa Clara Street, 13th Floor Tower, San José, CA 95113-1905 and is located in the county where the mailing described below occurred. I am readily familiar with the City of San José's business practice for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

On May 12, 2020, I served by mail the following document

Utility Users Tax Assessment for Pacific Gas & Electric Company
Under Chapter 4.68 of the San José Municipal Code

by depositing it, with a copy of this declaration, into a sealed envelope, with postage fully prepaid, and depositing the envelope for collection and mailing on that date with the United States Postal Service following ordinary business practices. The envelope was addressed as follows:

Pacific Gas & Electric Company
Attn: Cecilia Guiman
77 Beale Street, Mail Code B14L
San Francisco, CA 94105

I declare under penalty of perjury that the foregoing is true and correct. Executed at San José, California on May 12, 2020.

*Ryan Lam*
Ryan Lam, Accountant II

## Pacific Gas & Electric Company

Electricity Utility User Tax ("UUT") Audit Assessment for the periods specified below:

Assessment Calculated Through: 5/12/2020

| Period | Utility | Total UUT Shortfall | UUT Remaining Due | 1st 10% Penalty | 1st Interest Accrual | 2nd 10% Penalty | 2nd Interest Accrual | Total Due | Due Date | # of Days Past Due |
|---|---|---|---|---|---|---|---|---|---|---|
| Apr-14 | Electricity | $482,373.33 | $482,373.33 | $48,237.33 | $7,850.13 | $48,237.33 | $612,881.10 | $1,199,579.22 | 5/27/2014 | 2,177 |
| Oct-14 | Electricity | $454,812.57 | $454,812.57 | $45,481.26 | $7,401.61 | $45,481.26 | $528,878.51 | $1,082,055.21 | 11/25/2014 | 1,995 |
| Apr-15 | Electricity | $380,877.13 | $380,877.13 | $38,087.71 | $6,198.38 | $38,087.71 | $401,880.68 | $865,131.61 | 5/26/2015 | 1,813 |
| Oct-15 | Electricity | $381,273.10 | $381,273.10 | $38,127.31 | $6,204.83 | $38,127.31 | $361,008.18 | $824,740.73 | 11/25/2015 | 1,630 |
| Apr-16 | Electricity | $433,722.09 | $433,722.09 | $43,372.21 | $7,058.38 | $43,372.21 | $363,955.82 | $891,480.71 | 5/25/2016 | 1,448 |
| Oct-16 | Electricity | $438,058.66 | $438,058.66 | $43,805.87 | $7,128.95 | $43,805.87 | $319,117.95 | $851,917.30 | 11/28/2016 | 1,261 |
| Apr-17 | Electricity | $270,043.36 | $270,043.36 | $27,004.34 | $4,394.68 | $27,004.34 | $168,276.23 | $496,722.95 | 5/25/2017 | 1,083 |
| Oct-17 | Electricity | $217,127.67 | $217,127.67 | $21,712.77 | $3,533.53 | $21,712.77 | $111,402.56 | $375,489.30 | 11/27/2017 | 897 |
| Apr-18 | Electricity | $616,874.15 | $616,874.15 | $61,687.42 | $10,038.99 | $61,687.42 | $251,157.36 | $1,001,445.34 | 5/25/2018 | 718 |
| Oct-18 | Electricity | $618,747.89 | $618,747.89 | $61,874.79 | $10,069.49 | $61,874.79 | $184,180.06 | $936,747.02 | 11/26/2018 | 533 |
| Apr-19 | Electricity | $440,147.99 | $440,147.99 | $44,014.80 | $7,162.96 | $44,014.80 | $83,350.77 | $618,691.32 | 5/28/2019 | 350 |
| Oct-19 | Electricity | $438,684.85 | $438,684.85 | $43,868.49 | $7,139.15 | $43,868.49 | $36,085.14 | $569,646.12 | 11/25/2019 | 169 |
| **Totals** | | **$5,172,742.79** | **$5,172,742.79** | **$517,274.30** | **$84,181.08** | **$517,274.30** | **$3,422,174.36** | **$9,713,646.83** | | |

Total UUT Shortfall $5,172,742.79
1st 10% Penalty $517,274.30
1st Interest (0-30 days past due) $84,181.08
2nd 10% Penalty $517,274.30
2nd Interest (30+ days past due) $3,422,174.36
Total UUT Assessment Amount Due $ 9,713,646.83

Please remit payment to: *City of San Jose - Finance*
*Attn: Curtis Satake*
*200 E. Santa Clara St., 13th Floor*
*San Jose, CA 95113*

## Pacific Gas & Electric Company

Gas Utility User Tax ("UUT") Audit Assessment for the periods specified below:

Assessment Calculated Through: 5/12/2020

| Period | Utility | Total UUT Shortfall | UUT Remaining Due | 1st 10% Penalty | 1st Interest Accrual | 2nd 10% Penalty | 2nd Interest Accrual | Total Due | Due Date | # of Days Past Due |
|---|---|---|---|---|---|---|---|---|---|---|
| Oct-18 | Gas | $467,240.56 | $467,240.56 | $46,724.06 | $7,603.86 | $46,724.06 | $139,081.52 | $707,374.06 | 11/26/2018 | 533 |
| Apr-19 | Gas | $398,135.03 | $398,135.03 | $39,813.50 | $6,479.24 | $39,813.50 | $75,394.78 | $559,636.05 | 5/28/2019 | 350 |
| Totals | | $865,375.59 | $865,375.59 | $86,537.56 | $14,083.10 | $86,537.56 | $214,476.30 | $1,267,010.11 | | |

| | |
|---|---|
| Total UUT Shortfall | $865,375.59 |
| 1st 10% Penalty | $86,537.56 |
| 1st Interest (0-30 days past due) | $14,083.10 |
| 2nd 10% Penalty | $86,537.56 |
| 2nd Interest (30+ days past due) | $214,476.30 |
| **Total UUT Assessment Amount Due** | **$ 1,267,010.11** |

Please remit payment to: *City of San Jose - Finance*
*Attn: Curtis Satake*
*200 E. Santa Clara St., 13th Floor*
*San Jose, CA 95113*

Case: 19-30088    Doc# 11845-11    Filed: 01/21/22    Entered: 01/21/22 11:41:05    Page 11 of 11