**One Hundred Fourteenth Omnibus Objection**

# Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Daye Alonzo, as an individual and on behalf of all similarly situated Gergar Law Group P.C. John E. Gergar 9110 Irvine Center Drive Irvine, CA 92618 | | 20029 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $10,000,000.00 | $10,000,000.00 | Post-Petition Claim |
| **Claims To Be Expunged Totals** | | **Count: 1** | | | **$0.00** | **$0.00** | **$0.00** | **$10,000,000.00** | **$10,000,000.00** | |