## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection |
|---|---|---|---|---|
| Department of the Treasury - Internal Revenue Service<br><br>Insolvency Group 4 55 So Market St, M/S<br>I05430<br>San Jose, CA 95113 | 3538 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$9,212,840.73 (P)<br>$14,718.21 (U)<br>$9,227,558.94 (T) | Amended & Superseded Claims |

## SURVIVING CLAIMS

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
|---|---|---|---|
| Department of Treasury - Internal Revenue Service<br><br>P.O. Box 7317<br><br>Philadelphia, PA 19101-7317 | 106512 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$526,960.35 (P)<br>$0.00 (U)<br>$526,960.35 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Page 1