

**Signed and Filed: January 21, 2022**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  Dario de Ghetaldi (SBN 126782)
   Amanda L. Riddle (SBN 215221)
2  **COREY, LUZAICH**
   **DE GHETALDI & RIDDLE LLP**
3  700 El Camino Real
   P.O Box 669
4  Millbrae, California 94030
   Telephone: (650) 871-5666
5  Facsimile: (650) 871-4144
   deg@coreylaw.com
6  alr@coreylaw.com
7

8  Eric Gibbs (SBN 178658)          Michael S. Danko (SBN 111359)
   Dylan Hughes (SBN 209113)        Kristine K. Meredith (SBN 158243)
9  **GIBBS LAW GROUP LLP**          **DANKO MEREDITH**
   505 14th Street, Suite 1110      333 Twin Dolphin Drive, Suite 145
10 Oakland, California 94612        Redwood Shores, California 94065
   Telephone: (510) 350-9700        Telephone: (650) 453-3600
11 Facsimile: (510) 350-9701        Facsimile: (650) 394-8672
   ehg@classlawgroup.com            mdanko@dankolaw.com
12 dsh@classlawgroup.com            kmeredith@dankolaw.com
13

   Attorneys for
14 *Peter Rydell, et al.*

15              UNITED STATES BANKRUPTCY COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                  SAN FRANCISCO DIVISION

18 **In re:**                       Case No. 19-30088 (DM)
                                    Chapter 11
19 **PG&E CORPORATION,**            (Lead Case)

20 **&**                            **ORDER AUTHORIZING WITHDRAWAL**
                                    **OF COUNSEL**
21 **PACIFIC GAS AND ELECTIC**
   **COMPANY,**

22 **Debtors.**

23 **Affects:**
   ☐ **PG&E Corporation**
24 ☐ **Pacific Gas & Electric Company**
   ☒ **Both Debtors**
25

26 **\*All papers shall be filed in the Lead Case,**
   **No. 19-30088 (DM).**

27

28

1    Upon consideration of the motion (the "Motion") of Corey, Luzaich, de Ghetaldi &

2    Riddle (Firm) to withdraw as counsel to Peter Rydell, P.R., a minor child, and Peter Rydell

3    DBA Lens Apiaries ("Creditors") pursuant to Rule 11-5 (a); and adequate notice of the Motion

4    having been given; and it appearing that no other or further notice is necessary; and the Court

5    having jurisdiction to consider the Motion and the relief requested therein; and the Court

6    having determined that the legal and factual grounds set forth in the Motion establish just cause

7    for the relief requested in the Motion; and after due deliberation;

8        IT IS HEREBY ORDERED THAT:

9        1. The Motion is GRANTED.

10       2. Corey, Luzaich, de Ghetaldi & Riddle LLP, Danko Meredith, and Gibbs Law Group

11          LLP are hereby permitted to withdraw as counsel for forthwith and shall have no further

12          obligation in this matter.

13       3. The Firm shall continue to forward documents regarding Claim No. 61207, 70187, and

14          91580 to Creditor until Creditor appears in this matter (a) through new counsel or

15          (b) in pro per.

16                              **END OF ORDER**

17

18

19

20

21

22

23

24

25

26

27

28

1  **<u>COURT SERVICE LIST</u>**

2
3      Peter Rydell
        37256 Acorn Place
4       Newark, CA 94560

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28