# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
|    - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
|        Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On January 14, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail to (1) Michael St. James, Esq., St. James Law, P.C., 22 Battery Street, Suite 810 San Francisco, CA 94111; and (2) Scott S. Furstman, Esq., 1190 South Bascom Ave., Suite 213 San Jose, CA 95128:

- Order Disallowing and Expunging Claim No. 58462, Filed October 17, 2019, of Spiro Jannings [Docket No. 11829]

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

1 | Executed this 20th day of January 2022, at New York, NY.

*/s/ Alain B. Francoeur*
Alain B. Francoeur