UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Bankruptcy Case |
|---|---|
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Sonia Akter, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On January 19, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on William F. Weidman, III, 108 Connolly Rd., #136, P.O. Box 136, Benson, MD 21018:

- Deficiency Letter Regarding Notice of Appeal and Statement of Election [Docket No. 11836]

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 25th day of January 2022, at New York, NY.

*/s/ Sonia Akter*
Sonia Akter

SRF 59291