| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Reorganized Debtors. | (Jointly Administered) |

# CERTIFICATE OF SERVICE

I, Sonia Akter, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On January 20, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Appeal and Statement of Election [Docket No. 11835]

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 25th day of January 2022, at New York, NY.

*/s/ Sonia Akter*
Sonia Akter

# Exhibit A

# Exhibit A
Notice Parties Service List
Served via first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro, George E. Zobitz | 825 Eighth Ave. | New York | NY | 10019 |
| Keller & Benvenutti LLP | Attn: Tobias S. Keller, Jane Kim | 650 California St., #1900 | San Francisco | CA | 94108 |
| Office of the U.S. Trustee / SF | Phillip J. Burton Federal Building | 450 Golden Gate Ave. 5th Fl., #05-0153 | San Francisco | CA | 94102 |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou | 767 Fifth Ave. | New York | NY | 10153-0119 |
| William F. Weidman, III | 108 Connolly Rd., #136 | P.O. Box 136 | Benson | MD | 21018 |