| | |
|---|---|
| 1 | Michael St. James, CSB No. 95653<br>ST. JAMES LAW, P.C. |
| 2 | 22 Battery Street, Suite 810<br>San Francisco, California 94111 |
| 3 | (415) 391-7566 Telephone<br>(415) 391-7568 Facsimile |
| 4 | michael@stjames-law.com |
| 5 | |
| 6 | Bankruptcy Counsel for Spiro Jannings |

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>   -   and –<br><br>PACIFIC GAS & ELECTRIC COMPANY<br><br>          Reorganized Debtors<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Case No. 19-30088<br>(jointly administered)<br><br>Chapter 11<br><br>DATE:   March 2, 2022<br>TIME:   10:00 a.m.<br>JUDGE:  Honorable Dennis Montali |

**NOTICE OF HEARING ON MOTION FOR RELIEF FROM ORDER**

**(Default Order; Dkt #11829; Sustaining Objection to Claim No. 58462; Dkt # 11388)**

TO: THE REORGANIZED DEBTOR, CREDITORS AND PARTIES IN INTEREST

PLEASE TAKE NOTICE THAT on March 2, 2022 at 10:00 a.m. Spiro Jannings will move the Honorable Dennis Montali, United States Bankruptcy Judge, for relief from the Order Disallowing and Expunging Claim No. 58462, filed October 17, 2019, of Spiro Jannings, and specifically to vacate that Order and allow Mr. Jannings approximately 75 days within which to submit his Opposition to the Objection referenced in the Order.

PLEASE TAKE FURTHER NOTICE THAT the foregoing hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

DATED: January 26, 2022  Respectfully submitted,

ST. JAMES LAW, P.C.


By:  /s/  Michael St. James  .
       Michael St. James
       Bankruptcy Counsel for Spiro Jannings