# Exhibit A

## Claims to be Disallowed and Expunged

| | CLAIM TO BE DISALLOWED and EXPUNGED | | | | | SURVIVING CLAIM | | | |
|---|---|---|---|---|---|---|---|---|---|
| No. | Name and Address of Claimant | Claim# | Debtor | Claim Amount and Priority[1] | Basis For Objection | Name and Address of Claimant | Claim# | Debtor | Claim Amount and Priority[1] |
| 1 | City of Austin Employees' Retirement System<br>Attn: David T. Veal<br>6850 Austin Center Blvd. #320<br>Austin, TX 78731-3154 | 101254 | PG&E Corporation | Unsecured: $543,472.15 | Duplicate Claim | City of Austin Employees' Retirement System<br>Attn: David T. Veal<br>6850 Austin Center Blvd, #320<br>Austin, TX 78731-3154 | 101047 | PG&E Corporation | Unsecured: $543,472.15 |
| 2 | GALANTI, BARBARA<br>36 YACHT CLUB DRIVE APT 201<br>N PALM BEACH, FL 33408-3921 | 104807 | PG&E Corporation | Unsecured: $23,184.50 | Duplicate Claim | Galanti, Barbara<br>36 Yacht Club Drive Apt 201<br>N Palm Beach, FL 33408-3921 | 105081 | PG&E Corporation | Unsecured: $23,184.50 |
| 3 | JAMES A ROWINS CUST<br>SUSAN E ROWINS<br>UNIF GIFT MIN ACT CA<br>102 SAINT PAULS DR<br>VENTURA, CA 93003-3008 | 105198 | PG&E Corporation | Unsecured: $1,345.13 | Duplicate Claim | JAMES A ROWINS CUST<br>SUSAN E ROWINS<br>UNIF GIFT MIN ACT CA<br>102 SAINT PAULS DR<br>VENTURA, CA 93003-3008 | 105375 | PG&E Corporation | Unsecured: $1,345.13 |
| 4 | Katz, Lane H.<br>45 West 60th Street<br>Apt. 27J<br>New York, NY 10023 | 106188 | PG&E Corporation | Unsecured: $0.00 | Duplicate Claim | Katz, Lane H.<br>45 West 60th Street<br>Apt. 27J<br>New York, NY 10023 | 106143 | PG&E Corporation | Unsecured: $0.00 |
| 5 | Kingfishers L.P.<br>34 East 51st Street, 5th floor<br>New York, NY 10022 | 98962 | Pacific Gas and Electric Company | Unsecured: $2,677,362.00 | Duplicate Claim | Kingfishers LP<br>Kingstown Capital Management, LP<br>34 East 51st Street, 5th Floor<br>New York, NY 10022 | 98960 | Pacific Gas and Electric Company | Unsecured: $2,677,362.00 |
| 6 | Lovgren, Keith<br>8420 N 6th Street<br>Fresno, CA 93720 | 98834 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Lovgren, Keith Chester<br>8420 N. 6th Street<br>Fresno, CA 93720 | 98683 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 7 | Mastricola, Joan I<br>6268 Tewkesbury Way<br>Williamsburg, VA 23188 | 104530 | PG&E Corporation | Unsecured: $0.00 | Duplicate Claim | Mastricola, Joan I.<br>6268 Tewkesbury Way<br>Williamsburg, VA 23188 | 104356 | PG&E Corporation | Unsecured: $0.00 |
| 8 | Miller, David<br>16151 Loire Valley Rd<br>Fisher, IN 46037 | 103963 | PG&E Corporation | Unsecured: $234.95 | Duplicate Claim | Miller, David<br>16151 Loire Valley Rd<br>Fishers, IN 46037 | 105450 | PG&E Corporation | Unsecured: $234.95 |
| 9 | MURRAY, RALPH D<br>449 E ESSEX ST<br>STOCKTON, CA 95204 | 103695 | PG&E Corporation | Unsecured: $21,492.31 | Duplicate Claim | Murray, Ralph D.<br>449 E. Essex St.<br>Stockton, CA 95204 | 102907 | PG&E Corporation | Unsecured: $21,492.31 |
| 10 | Nash, Thomas K.<br>41010 RINCON RD.<br>RANCHO MIRAGE, CA 92270 | 102651 | PG&E Corporation | Unsecured: $29,101.8 | Duplicate Claim | Nash, Thomas K.<br>41010 Rincon Rd.<br>Rancho Mirage, CA 92270 | 103533 | PG&E Corporation | Unsecured: $29,101.8 |
| 11 | PETER A. GELWARG & DONNA JEAN STEFFES TEN COM<br>16 MT. BETHEL ROAD, #307<br>WARREN, NJ 07059-5604 | 104920 | PG&E Corporation | Unsecured: $0.00 | Duplicate Claim | PETER A. GELWARG & DONNA JEAN STEFFES TEN COM<br>16 MT. BETHEL ROAD, #307<br>WARREN, NJ 07059-5604 | 104879 | PG&E Corporation | Unsecured: $0.00 |
| 12 | Rowins, Dorothy A<br>102 Saint Pauls Dr<br>Ventura, CA 93003-3008 | 105200 | PG&E Corporation | Unsecured: $879.83 | Duplicate Claim | Rowins, Dorothy A<br>102 Saint Pauls Dr<br>Ventura, CA 93003-3008 | 105188 | PG&E Corporation | Unsecured: $879.83 |

[1] Claims listed as $0.00 seek an unliquidated amount.

**Nineteenth Securities Claims Omnibus Objection**     **Exhibit A**     **PG&E Corporation and Pacific Gas and Electric Company**
**(Duplicate Claims)**     **Case No. 19-30088 (DM), Jointly Administered**

| | CLAIM TO BE DISALLOWED and EXPUNGED | | | | | SURVIVING CLAIM | | | |
|---|---|---|---|---|---|---|---|---|---|
| No. | Name and Address of Claimant | Claim# | Debtor | Claim Amount and Priority | Basis For Objection | Name and Address of Claimant | Claim# | Debtor | Claim Amount and Priority |
| 13 | Rowins, James A<br>102 Saint Pauls Dr<br>Ventura, CA 93003-3008 | 105133 | PG&E Corporation | Unsecured: $128.77 | Duplicate Claim | Rowins, James A<br>102 Saint Pauls Dr<br>Ventura, CA 93003-3008 | 105184 | PG&E Corporation | Unsecured: $128.77 |
| 14 | Rowins, James A & Dorothy A<br>102 Saint Pauals Dr<br>Ventura, CA 93003-3008 | 105199 | PG&E Corporation | Unsecured: $7,971.06 | Duplicate Claim | Rowins, James A & Dorothy A<br>102 Saint Pauals Dr<br>Ventura, CA 93003-3008 | 105374 | PG&E Corporation | Unsecured: $7,971.06 |
| 15 | Howard A. Sagaser IRA<br>2122 W. Alluvial Avenue<br>Fresno, CA 93711 | 98734 | PG&E Corporation | Unsecured: $84,992.00 | Duplicate Claim | SAGASER IRA, HOWARD A<br>2122 WEST ALLUVIAL AVE<br>FRESNO, CA 93711 | 99762 | PG&E Corporation | Unsecured: $84,992.00 |
| 16 | SHANEL, MADLYN<br>20 SHEPARD ST<br>CAMBRIDGE, MA 02138 | 103712 | PG&E Corporation | Unsecured: $94,021.20 | Duplicate Claim | Shanel, Madlyn<br>20 Shepard St.<br>Cambridge, MA 02138 | 104819 | PG&E Corporation | Unsecured: $94,021.20 |
| 17 | Squazzo, Christopher C<br>58 East Greenwood Avenue<br>Haddon Twp, NJ 08107-1245 | 105004 | PG&E Corporation | Unsecured: $400.50 | Duplicate Claim | Squazzo, Christopher C<br>58 East Greenwood Avenue<br>Haddon Twp, NJ 08107-1245 | 104936 | PG&E Corporation | Unsecured: $400.50 |
| 18 | Tacito, Anthony<br>4517 Belclaire Ave<br>Dallas, TX 75205 | 99038 | PG&E Corporation | Unsecured: $2,371.15 | Duplicate Claim | Tacito, Anthony J<br>4517 Belclaire Ave<br>Dallas, TX 75205 | 100239 | PG&E Corporation | Unsecured: $2,371.15 |