# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Reorganized Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Nuno Cardoso, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("Prime Clerk"), the claims and noticing agent for the reorganized debtors in the above-referenced chapter 11 bankruptcy cases.

2. On January 26, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on Unsecured Creditor Claim No. 7200 (MMLID#7962849), Attn: Sandra L. Brown, 5432 Macedonia Church Rd., Prosperity, SC, 29127-7389:

- Order on Fire Victim Trustee's Rule 2004 Motion [Docket No. 11652]

- Reorganized Debtors' Reply in Further Support of Their One Hundred Eighth Omnibus Objection to Claims [Docket No. 11654]

- Declaration of Theodore E. Tsekerides in Support of the Reorganized Debtors' Reply in Further Support of Their One Hundred Eighth Omnibus Objection to Claims [Docket No. 11655]

3. On January 26, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on Unsecured Creditor Claim No. 7171 (MMLID# 7963144), Attn: Shirley Holcroft, 2610 S Mariposa

Rd., Apache Jct, AZ, 85119-9252 and on Unsecured Creditor Claim No. 7264 (MMLID#7968760), Darlene Herring Jenkins, PO Box 512, Newberry Spgs, CA, 92365-0512:

- Reorganized Debtor's Partial Objection to Proof of Claim No. 64095 Filed by Tiger Natural Gas [Docket No. 11700]
- Declaration of Laurie J. Edelstein in Support of Reorganized Debtors' Partial Objection to Proof of Claim No. 64095 Filed by Tiger Natural Gas, Inc [Docket No. 11701]
- Notice of Status Conference on Reorganized Debtors' Partial Objection to Proof of Claim No. 64095 Filed by Tiger Natural Gas, Inc [Docket No. 11702]

4. I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

5. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 27th day of January 2022, at New York, NY.

*/s/ Nuno Cardoso*
Nuno Cardoso