Tracy Green (Bar No. 114876)
**WENDEL ROSEN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: tgreen@wendel.com

Attorneys for Claimant,
Total Control Traffic, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TOTAL CONTROL TRAFFIC, INC.,<br><br>Claimant,<br><br>vs.<br><br>PG&E CORPORATION and PACIFIC GAS and ELECTRIC,<br><br>Debtors. | Bankruptcy Cases<br><br>19-30088-DM (Lead Case)<br>19-30089<br>(Jointly Administered)<br><br>**MOTION TO REMOVE ATTORNEY FROM THE SERVICE LIST**<br><br>CLAIM: 1593 |

Claimant Total Control Traffic, Inc. ("Claimant"), by and through their attorney of record of the law offices of Wendel Rosen LLP, hereby requests that Tracy Green, Esq. be removed from Debtors' and the Clerk of this Court's Service List i.e. "Master Service List," and further request to be removed from any other mailings, emailing and service lists of counsel and parties to the noticed including but not limited to CM/EFC notification on this case according to the Bankruptcy Rules and Title 11 of the United States Code.

DATED: January 27, 2022  WENDEL ROSEN LLP

By: ___*/s/ Tracy Green*___
Tracy Green
Attorneys for Claimant, Total Control Traffic, Inc.