Tracy Green (Bar No. 114876)
**WENDEL ROSEN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: tgreen@wendel.com

Attorneys for Claimant,
Total Control Traffic, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TOTAL CONTROL TRAFFIC, INC., | Bankruptcy Cases |
| Claimant, | 19-30088-DM (Lead Case) |
| vs. | 19-30089 |
| | (Jointly Administered) |
| PG&E CORPORATION and PACIFIC GAS and ELECTRIC, | **CERTIFICATE OF SERVICE** |
| Debtors. | |

I, Donna Cresswell, declare:

I am a citizen of the United States and am employed in the County of Alameda. I am over the age of 18 years and not a party to the within-entitled action. My business address is 1111 Broadway, 24th Floor, Oakland, California, 94607-4036.

On the date set forth below I caused to be served the following document(s):

**MOTION TO REMOVE ATTORNEY FROM THE SERVICE LIST**

on the interested parties in this action as follows:

[X]   ECF RECIPIENTS

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 27, 2022, at Oakland, California.

*/s/ Donna B. Cresswell*
Donna B. Cresswell