KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> * All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **SECOND STIPULATION TO CONTINUE HEARING AND MODIFY BRIEFING SCHEDULE REGARDING REORGANIZED DEBTORS' SEVENTY-NINTH OMNIBUS OBJECTION TO CLAIMS – CLAIM OF DAVID ADDINGTON (CLAIM NO. 3093)** <br><br> [Related to Docket No. 10673] |

PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") on the one hand, and Creditor David P. Addington ("**Addington**") on the other hand, hereby submit this joint stipulation to continue the hearing and modify the briefing schedule set forth in the Court's *Scheduling Order on Seventy-Ninth Omnibus Objection to Claims as to David Addington (Proof of Claim # 3093)* [Docket No. 11572] (the "**Scheduling Order**"), as modified by the *Order Approving Stipulation to Continue Hearing and Modify Briefing Schedule Regarding Reorganized Debtors' Seventy-Ninth Omnibus Objection to Claims – Claim of David Addington (Claim No. 3093)* [Docket No. 11741], and agree that the dates set forth in the Scheduling Order should be further modified as follows:

1. Mr. Addington's response brief will be filed no later than March 2, 2022.

2. The Reorganized Debtors' reply brief will be filed no later than March 23, 2022.

3. The hearing on the Reorganized Debtors' objection to the claim of Mr. Addington is continued to **March 29, 2022**, at 10:00 a.m. (Pacific Time).

Dated: January 28, 2022

KELLER BENVENUTTI KIM LLP

/s/ Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*

/s/ David P. Addington