| | |
|---|---|
| 1 | LEONIDOU & ROSIN |
| | Professional Corporation |
| 2 | A. Robert Rosin (SBN 115245) |
| | 777 Cuesta Drive, Suite 200 |
| 3 | Mountain View, CA 94040 |
| 4 | Telephone: (650) 691-2888 |
| | Email: arrosin@alr-law.com |
| 5 | |
| | Attorneys for Creditors |
| 6 | Contra Costa Electric, Inc.; Goodfellow Bros. California, LLC; J. Flores Construction Company, |
| 7 | Inc.; Gordon N. Ball, Inc.; M Squared Construction Company, Inc., McGuire and Hester; Precision Engineering, Inc; Sanco Pipelines, Inc.; Shaw Pipelines, Inc.; Sierra Electric Company |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 19-30088 (DM) |
| | ) | Chapter 11 |
| PG&E CORPORATION, | ) | (Lead Case) |
| | ) | (Jointly Administered) |
| -and- | ) | |
| | ) | **NOTICE OF REMOVAL FROM** |
| PACIFIC GAS AND ELECTRIC COMPANY, | ) | **SERVICE LIST AND ECF EMAIL NOTIFICATION** |
| | ) | |
| Debtors. | ) | |
| | ) | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | ) | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1
NOTICE OF REMOVAL FROM SERVICE LIST AND ECF EMAIL NOTIFICATION

## NOTICE OF REMOVAL FROM SERVICE LIST AND ECF EMAIL NOTIFICATION

PLEASE TAKE NOTICE that the undersigned having appeared in the above-captioned case hereby requests to be removed from the Official Service List in this case and the ECF email notification system for this matter.

>A. Robert Rosin, Esq.
>Leonidou and Rosin, Professional Corporation
>777 Cuesta Drive, Suite 200
>Mountain View, CA 94040
>arrosin@alr-law.com

Dated: January 27, 2022

/s/ *A. Robert Rosin*
A. Robert Rosin (115245)
LEONIDOU AND ROSIN,
PROFESSIONAL CORPORATION
777 Cuesta Drive, Suite 200
Mountain View, CA 94040
Phone: (650) 691-2888/Fax: (650) 691-2889
arrosin@alr-law.com