January 31, 2022

Dear Honorable Judge Dennis Montali and other Concerned Parties,

This letter is to petition for late filing of claim in case 19-30088-DM against PG&E Corporation and Pacific Gas and Electric Company after the October 21, 2019 "Bar Date" for wildfire victims.

I (Heather Diane Keifer) am seeking to submit a claim for damages that occurred as a result of the 2015 Butte Fire, 2017 North Bay Fires, and 2018 Camp Fire. I was enrolled as a full-time student at CSU, Sacramento during these three fires. I recently graduated and just learned about the claim process. I assumed filing a claim after the "Bar Date" was not permitted – but after further investigation, I was instructed to petition the court for late filing. Please consider this allowance, as I was greatly affected by these fires.

Below is a description of my experience:

September 2015

Born and raised in Calaveras County, the Butte Fire directly affected my day-to-day life. My primary residence (7350 Baldwin Steet, Valley Springs, CA 95252) was a short drive away from the frontlines of the fire. I was fortunate enough not to evacuate in the end, but was forced to prepare for the worst and had important belongings and most animals ready to go with an emergency kit. Unfortunately, I have more animals/livestock than I would be capable of transporting in an evacuation order and therefore, contemplated the reality that some would be left behind. The emotional stress of not knowing whether the wind would change and send the flames my way loomed over everything for days until containment was reached. Commuting to college over an hour away at CSU, Sacramento 4-5 days a week became worrisome because I might not be home to evacuate my animals and belongings if the fire path suddenly changed. As a straight A student in the Honors Program, it pained me to miss school multiple times due to the Butte Fire.

This fire lasted weeks and the billowing clouds of smoke filling the sky became a constant. I could not go outdoors without seeing ashes falling. For fear of ill health effects from extended smoke exposure, I wore an N-95 mask or P-100 respirator and limited time outside to essential needs. Many of my animals showed visible signs of respiratory distress after days of being outside in the harsh conditions. Unable to provide indoor shelter, my older animals had wheezing and nasal drippage from smoke inhalation. I felt the effects of the smoke as well and struggled with asthma-related symptoms. Normal life did not commence until the pollution from the fire dissipated. Even till this day, our close-kit community of Calaveras County mourns for those who lost loved ones and the lands that were devastated by the Butte Fire. I still have nightmares about it.

October 2017

As a part-time artist and ceramicist, I was residing at the Cobb Mountain Art & Ecology Project (9700 Rockys Rd, Loch Lomond, CA 95461) when the North Bay Fires started. As the days passed, wildfire continued to burn through Lake County as other residents and I constantly checked our phones for

pending evacuation orders and attempted to prepare a defensible space around the densely forested property. Helicopters and planes dropping retardant could be seen in the distance. We began wearing our P-100 respirators as the ashes and smoke became thicker and breathing felt labored. The pink-colored filters on my mask were visibly blackened from the smoke exposure. As the fire progressed, we transported livestock to safer grounds in neighboring towns and started running sprinkler systems during all hours to help saturate the grounds.

Several days into the North Bay Fires, the hills in the horizon were glowing, signaling to us the severity of the situation. CalFire began bulldozing the lands around us, hoping to mitigate the impending blaze. Once evacuation orders were in place for Lake County, everyone began scrambling. The only route out of town was packed bumper to bumper with evacuees like myself who should have left sooner. People were frantic – passing illegally on blind corners trying to ensure their own safety above others. I gripped the steering wheel and gritted my teeth as droves of people continued desperately to escape. It took hours to make it out of Lake County. Economic damages and loss of earning capacity resulted because I was unable to continue my work at Cobb Mountain.

<u>November 2018</u>

Although the Camp Fire occurred in Butte County, Sacramento County was greatly affected by the smoke pollution. I was enrolled as a full-time student at CSU, Sacramento throughout the duration of the Camp Fire and residing on campus. As negative health effects associated with heavy smoke from the Camp Fire mounted, the University officially closed campus operations from November 13-21 to help protect students. One Professor and several of my classmates and friends lost their homes that semester and did not return. This event was particularly stressful. Not only was my education halted because of the fire, but I was exposed to heavy particulates in the air for days. Even though classes were not held in person for some time, I still resided on campus and had no means to escape the smoke. I had headaches and asthma-related symptoms. I felt a loss of society and support; a loss of community and essential services; severe emotional distress and discomfort; and a loss of earning capacity because of extended business interruption.

Thank you for taking the time to consider my claim.

Sincerely,

Heather Diane Keifer

Contact: (209) 603 - 7833

7350 Baldwin Street

Valley Springs, CA 95252

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

In re:
PG&E CORPORATION,
- and -
PACIFIC GAS AND ELECTRIC COMPANY,
    Debtors.

Bankruptcy Case
No. 19-30088 (DM)

Chapter 11
(Lead Case)
(Jointly Administered)

# Proof of Claim (Fire Claim Related)

Read the instructions before filing this claim form. This form is for tort claimants who have a claim against the Debtors (i.e. PG&E Corporation and Pacific Gas and Electric Company) that arose prior to the Debtors filing for bankruptcy (i.e. prior to January 29, 2019) and that arose from, or relates to, a fire.

> Do not use this form for non-fire claims. Non-fire tort claimants should use Form 410.

Do NOT file a fraudulent claim. A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Please type or print in the spaces below. Do NOT use red ink or pencil.**

### Part 1: Identify the Claim

**1. Who is the current creditor?**
Heather Keifer
Name of the current creditor (the person or entity to be paid for this claim)

**2. Has this claim been acquired from someone else?**
[✓] No
[ ] Yes. From whom? ____

**3. Are you filing this claim on behalf of your family?**
[✓] No
[ ] Yes
A family is a group of two or more people related by birth, marriage, domestic partnership, or adoption and residing together. All such people are considered as members of one family.

If you checked "Yes", please provide the full name of each family member that you are filing on behalf of:

**4. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Name: Heather Keifer
Attorney Name (if applicable): ____
Attorney Bar Number (if applicable): ____
Street Address: 7350 Baldwin Street
City: Valley Springs
State: CA
Zip Code: 95252
Phone Number: (209)603-7833
Email Address: hkeifer95@gmail.com

Where should payments to the creditor be sent? (if different)

Name: ____
Attorney Name (if applicable): ____
Attorney Bar Number (if applicable): ____
Street Address: ____
City: ____
State: ____
Zip Code: ____
Phone Number: ____
Email Address: ____

**5. Does this claim amend one already filed?**
[✓] No
[ ] Yes. Claim number on court claims registry (if known) ____
Filed on ____ MM / DD / YYYY

**6. Do you know if anyone else has filed a proof of claim for this claim?**
[✓] No
[ ] Yes. Who made the earlier filing? ____

## Part 2: Give Information About the Claim as of the Date this Claim Form is Filed

| | | |
|---|---|---|
| 7. | What fire is the basis of your claim?<br>Check all that apply. | [✓] Camp Fire (2018)<br>[✓] North Bay Fires (2017)<br>[ ] Ghost Ship Fire (2016)<br>[✓] Butte Fire (2015)<br>[ ] Other (please provide date and brief description of fire: _____) |
| 8. | What are the loss location(s) where you and/or your family suffered harm? (e.g. home or business address, place of injury, place from which you were evacuated, if different.? | Location(s): 7350 Baldwin St., Valley Springs, CA 95252 (Butte Fire: 2015)<br>9700 Rockys Rd., Loch Lomond, CA 95461 (North Bay Fires: 2017)<br>6000 J Street, Sacramento, CA 95819 (Camp Fire: 2018) |
| 9. | How were you and/or your family harmed?<br>Check all that apply | [✓] Property Damage (homes, structures, personal property, land, trees, landscaping, and all other property damage)<br>    [ ] Owner [✓] Renter [✓] Occupant [ ] Other (Please specify): _____<br>[✓] Personal Injury<br>[ ] Wrongful Death (if checked, please provide the name of the deceased) _____<br>[✓] Business Loss/Interruption<br>[✓] Lost wages and earning capacity<br>[✓] Loss of community and essential services<br>[✓] Agricultural loss<br>[ ] Other (Please specify): _____ |
| 10. | What damages are you and/or your family claiming/seeking?<br>Check all that apply | [✓] Economic damages (including replacement cost of damaged property, diminution in value, loss of use, lost inventory, lost profits, and other economic damage)<br>[✓] Non-economic damages (including loss of society and support, loss of consortium, pain and suffering, emotional distress, annoyance and discomfort, and other non-economic damage)<br>[✓] Punitive, exemplary, and statutory damages<br>[ ] Attorney's fees and litigation costs<br>[ ] Interest<br>[✓] Any and all other damages recoverable under California law<br>[ ] Other (Please specify): _____ |
| 11. | How much is the claim? | [ ] $_____ (optional)<br>[✓] Unknown / To be determined at a later date |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  01/31/2022   (mm/dd/yyyy)

*Heather Keifer*
Signature

**Print the name of the person who is completing and signing this claim:**

Name: Heather (First name) Diane (Middle name) Keifer (Last name)

Title:

Company: 
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 7350 Baldwin Street
Number   Street
Valley Springs          CA       95252
City                    State    ZIP Code

Contact phone: (209)603-7833       Email: hkeifer95@gmail.com

Image Taken: October 13, 2017 at 3:08PM in Middletown, CA. (Lake County – North Bay Fires)



27 likes

nitrostout Driving under the smoke of one fire towards the smoke of another #fireseasonsucks #prayforlakecounty #valleyfireptsd #nofilter

Image Taken: November 16, 2018 at 2:02PM in Sacramento, CA. Heather Diane Keifer outside wearing a P-100 respirator due to smoke pollution from Camp Fire.









source: https://www.wunderground.com/cat6/Smoke-Camp-Fire-Making-Sacramento-Most-Polluted-City-Earth

source: https://www.csus.edu/news/articles/2018/11/27/Campus-reopens-after-unprecedented-smoke-caused-closing.shtml