19-30088

From the Desk of:
Tony Lynn, Thomas
c/o 5520 Quashnick Rd.
Stockton, California
(95212)

Date: Jan. 28, 2022

To:
United States                   Cert. # 7019 2970 0001 4961 4879
Attorney General of
950 Pennsylvania Ave.
Washington, D.C. 20530-0001

State of California                          United States
Attorney General of                          Federal Bureau of Investigation of
1300 "I" St.                                 900 Pennsylvania Ave.
Sacramento, California (95814)               Washington, D.C. 20530

PG&E Corporation                             United States Bankruptcy Court
Pacific Gas & Electric Company               Northern District of California
Debtor (2640) 19-30088 (DM)                  San Francisco Division
Debtor (19-30089)                            450 Golden Gate Ave.
77 Beale St.                                 San Francisco, California
San Francisco, California                         (94102)
     (94105)

United States                                San Francisco
Department of the Post Office of             County Sheriff of
Postmaster General                           1 Dr. Carlton B. Goodlett Place
Lenfant Plaza, S.W.                          San Francisco, California
Washington, D.C. 20260-0010                       (94102)

Re: "Affidavit of Truth" - Criminal Information – "under penalty of perjury"

Sub: "Affidavit of Truth" as to Attorney General of California "MAIL FRAUD"

To Whom It May Concern:

Comes now affiant, Tony Lynn: surname Thomas and solemnly swear, declare and depose that he is a ***California Republic, sovereign, State Citizen, American, non-immigrant, National***, over the age of 18 years and competent to state to the matters set forth herein. That affiant has personal knowledge of the facts stated herein, and that all facts stated herein are true, correct and complete to the best of his knowledge and belief, admissible as evidence and, if called upon as a witness, I will testify to their veracity.

1

I, supra, filed an "Affidavit of Truth" as to a "Criminal Information", said document is incorporated and made a part hereof by reference thereto, with the noticed to each addressee hereon. Please be informed that the Attorney General of the State of California has sent a letter to this affiant with a fraudulent return mailing address, location, thereon. Further, this letter was dated: Dec. 9, 2021 but had a machine mailing stamp date of Jan. 18, 2022. Note: Two copies of the envelope, Return to Sender / *unopened*, is attached hereto and made a part hereof. Further, I, supra, have attached a paragraph, from page eleven, to the backside of the "Return to Sender" envelope.

This affiant did in fact give each addressee instruction as to how to mail this State Citizen any kind of a response, via return address noticed, to the noticed "Criminal Information". This was clearly and explicitly explained on page eleven, pg. 11, of the "Criminal Information", legal reasoning via the federal Constitution, as to why. Notice: Constitution of the United States – Article IV, sec. 3, cl. 2 – "...*and nothing in this Constitution shall be so construed as to prejudice any claims of the United States,...*". Emphasis Added

The public record gives notice that no individual can claim their God given rights within any property "subject to" the jurisdiction of the United States. The federal government of the United States will only allow the claiming of a privilege, all rights are waived, pursuant of your voluntarily entering their property, within its jurisdiction.

As previously notice; *The federal numerical identifying number, ZIP code, creates the presumption; that I, supra, live within the United States <u>and is one element of the multifaceted elements of FRAUD used to deny me, a member of the People, my God given rights</u>*. Notice: Title 18 USC sec. 1001 hereto.

Therefore, in accordance with the law; has the location noticed hereon, return address, been sold or by cession of the State of California, and the acceptance of Congress, become the seat of the government of the United States? Would this purchase, by the consent of the legislature of the State of California be, for the erection of forts, magazines, arsenals, dockyards and other needful building? Notice: Constitution of the United States – Article I, sec. 8 cl.17 hereto.

Further as noticed in the public record; a citizen of the United States is "subject to" the jurisdiction of the United States pursuant of the 14th Amendment of the federal Constitution. *These citizen, supra, have no claim to their God given rights* via the Declaration of Independence, "...*that all men are created equal, that they are endowed by their Creator with certain unalienable rights, ...*". Emphasis Added This principle, granted privileges, is applicable to everyone, State Citizen, living or working within any federal area. Notice: Title 4 USC sec. 110(e) – "The term "federal area" means any land or premises held or acquired by or for the use of the United States or any department, establishment or agency of the Unites States; any federal area or part thereof, which is located within the exterior boundaries of any State shall be deemed to be a federal area located within such State."

It's my, supra, understanding and belief that the federal government of the United States has the absolute right to claim their sovereignty over all places and people "subject to" their jurisdiction. Notice: Constitution of the United States – Article I, sec. 8, cl. 17 and the 14th Amendment hereto.

Again, as previously noticed; I, supra, am a sovereign State Citizen and claim all of my God given rights and will not waive any rights without full informed consent thereto. Further, I, supra, will not be held to the performance to any contract that I, supra, did not knowingly, intentionally and voluntarily without full informed consent enter into.

Respective of the foregoing; all public servants have voluntarily taken an oath in which they claim that they take this obligation freely, without any mental reservation or purpose of evasion; and that they will well and faithfully discharge the duties upon which they are about to enter. Notice: Constitution of the United States – Article VI, sec. 3 hereto.

Therefore, I, supra, claim and/or allege that any individual, in violation of their oath, *who partakes of any kind of a scheme or artifice*, concerning my status – citizenship or being the executor to the estate of a citizen of the United States or my legal location, to deny me, supra, any of my God given rights has committed crimes against the People. Notice: Title 18 USC sections 241, 242 and 1341 hereto.

Further, these people have dishonored their oath of office and have committed the crime of fraud, a false misrepresentation of fact, in public office. These criminal acts are not any kind of a mistake but are knowingly and willfully committed with malice aforethought and with premeditation. Notice: The courts have ruled that these people have lost sovereign immunity from all criminal charges.

> "....While sovereign powers are delegated to the agencies of government, SOVERIEGNTY ITSELF remains with THE PEOPLE by whom and for whom, all government exists and acts." Lee vs. Hopkins 118 US. 356

And;
> "Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." Miranda vs. Arizona 384 U.S. 436, 444, 478, 479, 86 S. Ct. 1602, 1612, 1630 16 L. 2d 694

By my hand, I, supra, do hereby declare under penalty of perjury, under the laws of the California Republic, that the foregoing information is true, correct, and complete, to the best of my knowledge and belief.

Date: 1-28-22

*Tony Lynn, Thomas* (signature)
Tony Lynn, Thomas

cc

3

STATE OF CALIFORNIA
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
P.O. BOX 944255
SACRAMENTO, CA 94244-2550

December 9,

Thomas Tony Lynn
5520 Quashnick Road
Stockton, CA 95212-2523

STATE OF CALIFORNIA
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
P.O. BOX 944255
SACRAMENTO, CA 94244-2550

PHOTO COPIED AS EVIDENCE

RETURN to SENDER

NOTICE WAS GIVEN
SEE BACK HERE TO
THIS IS MAIL FRAUD

December 9, 2021

[recipient address redacted], CA 95212-▮▮▮

Please be informed, that I, supra, have given notice as to the following: the federal numerical identifying number, ZIP code, is stated in brackets below the city and State. This fact is noticed on my "Proof of Claim" pursuant of an "Affidavit of Truth" filed in the debtors bankruptcy proceedings. *Insomuch as the federal numerical identifying number, ZIP code, is not noticed on any location, building, other than a Post Office building.* Notice: ***The federal numerical identifying number, ZIP code, creates the presumption; that I, supra, live within the United States and is one element of the multifaceted elements of FRAUD used to deny me, a member of the People, my God given rights.*** Per pg. 11 - Constitution Article IV, sec. 3, cl. 2 – inside the United States you waive your right for the privileges the government grants you!

Tony Lynn, Thomas
c/o 5520 Quashnick Rd.
Stockton, California
(95212)

U.S. POSTAGE PAID
FCM LG ENV
STOCKTON, CA
95207
JAN 29, 22
AMOUNT
$1.36
R2303S104016-04

United States Bankruptcy Court
Northern District of California
San Francisco Division
450 Golden Gate Ave.
San Francisco, California
(94102)



1000

94102

RECEIVED
FEB 01 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA