WEIL, GOTSHAL & MANGES LLP
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☒ Affects Pacific Gas and Electric Company <br> ☐ Affects both Debtors <br><br> * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **STIPULATION TO CONTINUE HEARING AND MODIFY SCHEDULE REGARDING REORGANIZED DEBTORS' ONE HUNDRED EIGHTH OMNIBUS OBJECTION TO CLAIMS (PURPA CLAIMS)** <br><br> [Related to Dkt. No. 11230] |

Pacific Gas and Electric Company (the "**Utility**"),[1] on the one hand, and Winding Creek Solar LLC, Foothill Solar LLC, Hollister Solar LLC, Kettleman Solar LLC, Vintner Solar LLC, Bear Creek Solar LLC, and Allco Renewable Energy Limited (collectively, the "**Claimants**"), on the other hand, hereby submit this joint stipulation to continue the hearing and modify the schedule set forth in the Court's Docket Text Order entered on January 30, 2022 (the "**Scheduling Order**") regarding the *Reorganized Debtors' One Hundred Eighth Omnibus Objection to Claims (PURPA Claims)* [Dkt. No. 11230] (the "**Omnibus Objection**"), and agree that the dates set forth in the Scheduling Order should be modified as follows:

1. The Claimants will file the supplemental briefing requested by the Court in the Scheduling Order no later than **February 17, 2022**.

2. The hearing on the Omnibus Objection is continued to **March 2, 2022**, at 10:00 a.m. (Pacific Time).

Dated: February 2, 2022

| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>KELLER BENVENUTTI KIM LLP | CAIRNCROSS & HEMPELMANN |
| */s/ Theodore E. Tsekerides*<br>Theodore E. Tsekerides | */s/ John Rizzardi*<br>John Rizzardi (*Pro Hac Vice*) |
| *Attorneys for Debtors and Reorganized Debtors* | *Attorneys for Winding Creek Solar LLC, Foothill Solar LLC, Hollister Solar LLC, Kettleman Solar LLC, Vintner Solar LLC, Bear Creek Solar LLC, and Allco Renewable Energy Limited* |

---

[1] The Utility, together with PG&E Corporation, are collectively, the "**Debtors**," or as reorganized pursuant to the *Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Dkt. No. 8053], the "**Reorganized Debtors**" in the above-captioned chapter 11 cases.