**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel:    (212) 310-8000
Fax:    (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (650) 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **DECLARATION OF JOSHUA S LEVENBERG IN SUPPORT OF MOTION OF THE REORGANIZED DEBTORS FOR ENTRY OF AN ORDER MODIFYING PLAN INJUNCTION AND COMPELLING ARBITRATION OF CLAIM OF CALIFORNIA DEPARTMENT OF WATER RESOURCES** <br><br> Hearing Date: March 2, 2022 <br> Time: 10:00 a.m. (Pacific Time) <br> Place: **(Telephonic or Video Only)** <br>         United States Bankruptcy Court <br>         Courtroom 17, 16th Floor <br>         San Francisco, CA 94102 <br><br> **Objection Deadline:** <br> **February 16, 2022, 4:00 pm (PT)** |

I, Joshua S Levenberg, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am employed as Chief Counsel, Gas and Electric Operations, in the Law Department of Pacific Gas and Electric Company (the "**Utility**"), a wholly-owned subsidiary of PG&E Corporation ("**PG&E Corp.**") and together with Utility, the "**Reorganized Debtors**" in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"). I have been employed by the Utility since October 2007, and I have been employed in this role since 2017. In my current role, I am responsible for, among other things, representing the Utility in issues relating to its wholesale contracts and interconnection agreements with third parties. I also regularly consult with my colleagues elsewhere in the Utility's Law Department on legal issues that cover a variety of other subject matter. I submit this Declaration in support of the *Motion of the Reorganized Debtors for Entry of an Order Modifying Plan Injunction and Compelling Arbitration of Claim of California Department of Water Resources* (the "**Motion**"),[1] filed contemporaneously herewith.

2. Except as otherwise indicated herein, all facts set forth in this Declaration are based upon my personal knowledge, the knowledge of other personnel of the Reorganized Debtors working under and alongside me on this matter, including my colleagues elsewhere in the Utility's Law Department, my discussions with PG&E's professionals and various other advisors and counsel, and my review and my colleagues' review of relevant documents and information. If called upon to testify, I would testify competently to the facts set forth in this Declaration. I am authorized to submit this declaration on behalf of the Reorganized Debtors.

3. Attached as **Exhibit 1** is a true and correct copy of the *Agreement of Cotenancy in the Castle Rock Junction-Lakeville 230-kV Transmission Line among Pacific Gas and Electric Company, State of California Department of Water Resources, Northern California Power Agency and the City of Santa Clara*, which is defined as the "**Cotenancy Agreement**" in the Motion.

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

1. 4. Attached as **Exhibit 2** is a true and correct copy of the *Castle Rock – Lakeville 230 kV Transmission Line Transmission Service Agreement Between Northern California Power Agency and the City of Santa Clara and Department of Water Resources of the State of California*, which is defined as the "**Transmission Service Agreement**" in the Motion.

5. Attached as **Exhibit 3** is a true and correct copy of the letter dated July 30, 2018, from CDWR to PG&E, NCPA, and SVP, asserting CDWR's desire to terminate its participation in the Cotenancy Agreement, effective August 1, 2019.

6. Attached as **Exhibit 4** is a true and correct copy of CDWR's Proof of Claim, Claim No. 78104.

7. Attached as **Exhibit 5** is a true and correct copy of the order issued by FERC dated September 27, 2019, 168 FERC ¶ 61,200, Docket No. ER19-2496-000.

8. On January 14, 2022, PG&E, SVP, and NCPA submitted the dispute they have with CDWR, concerning the Proof of Claim, CDWR's purported termination of its participation in the Cotenancy Agreement, and CDWR's obligation to pay its proportionate share of estimated removal costs, to the Coordinating Committee, as well as the related dispute among CDWR, SVP, and NCPA arising out of the Transmission Service Agreement. That same day, the Coordinating Committee determined that the dispute could not be settled pursuant to Section 13.1 of the Cotenancy Agreement.

[Remainder of Page Left Blank Intentionally]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed in Hillsborough, California, this 2nd day of February, 2022.

                                      */s/ Joshua S Levenberg*
                                      Joshua S Levenberg