**Exhibit 3**

**CDWR Letter of July 30, 2018**

STATE OF CALIFORNIA -- CALIFORNIA NATURAL RESOURCES AGENCY                                    EDMUND G. BROWN JR., Governor

**DEPARTMENT OF WATER RESOURCES**
1416 NINTH STREET, P.O. BOX 942836
SACRAMENTO, CA 94236-0001
(916) 653-5791



July 30, 2018

Mr. Greg Lemler
Vice President, Electric Transmission Operations
Pacific Gas and Electric Company
245 Market Street, Office 1436
San Francisco, CA 94105

Mr. Dave Gabbard
Senior Director, Transmission Asset Management
Pacific Gas and Electric Company
245 Market Street, Office 936
San Francisco, CA 94105

Mr. Tony Zimmer
Assistant General Manager, Power Management
Northern California Power Agency
651 Commerce Drive
Roseville, CA 95678

Mr. John Roukema
Chief Electric Utility Officer
City of Santa Clara dba Silicon Valley Power
1500 Warburton Avenue
Santa Clara, CA 95050


Re: Notice of Termination for the Agreement of Cotenancy in the Castle Rock Junction-Lakeville 230 kV Line

Dear Mr. Lemler, Mr. Gabbard, Mr. Zimmer, and Mr. Roukema:

Pursuant to Section 14.3 of the Agreement of Cotenancy in the Castle Rock Junction-Lakeville 230 kV Transmission Line (Agreement), dated June 1, 1984, between the California Department of Water Resources (CDWR), Pacific Gas and Electric Company, the Northern California Power Agency and the City of Santa Clara dba Silicon Valley Power (collectively the "Cotenants"), CDWR hereby gives one (1) year advance written notice to the other Cotenants to terminate CDWR's participation in the Agreement effective August 1, 2019.

The Agreement specifies how the termination of one Co-Tenant's rights is handled. Your input is necessary to determine the next steps for closing out DWR's interest in the Agreement.

Please contact me if you would like to meet to discuss this at (916) 574-0313 or email me at Mike.Ramsey@water.ca.gov.

Sincerely,

Michael A. Ramsey
Chief, Transmission Planning Branch
State Water Project Power and Risk Office