**Exhibit 4**

**Proof of Claim**

# United States Bankruptcy Court, Northern District of California

Fill in this information to identify the case (Select only one Debtor per claim form):

☐ PG&E Corporation (19-30088)

☒ Pacific Gas and Electric Company (19-30089)

RECEIVED
OCT 18 2019
PRIME CLERK LLC

☒ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
☐ No Copy Provided

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

Unless an exception in the Bar Date Order applies to you, you should not use this form to submit a claim that arises out of or relates to the fires that occurred in Northern California prior to January 29, 2019.

## Part 1: Identify the Claim

1. **Who is the current creditor?**
   California Department of Water Resources
   Name of the current creditor (the person or entity to be paid for this claim)
   
   Other names the creditor used with the debtor _____

2. **Has this claim been acquired from someone else?**
   ☒ No
   ☐ Yes. From whom? _____

3. **Where should notices and payments to the creditor be sent?**
   
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)
   
   Where should notices to the creditor be sent?
   
   Danette E. Valdez
   Supervising Deputy Attorney General
   Department of Justice
   455 Golden Gate Avenue
   San Francisco, CA 94102
   (415)510-3540
   danette.valdez@doj.ca.gov
   
   Katharine S. Killeen
   Assistant Chief Counsel
   1416 9th Street
   Sacramento, CA 95814
   (916)653-5791
   katharine.killeen@water.ca.gov
   
   Contact phone: See above
   Contact email: See above
   
   Where should payments to the creditor be sent? (if different)
   
   Contact phone _____
   Contact email _____

4. **Does this claim amend one already filed?**
   ☒ No
   ☐ Yes. Claim number on court claims registry (if known) _____
   Filed on ___/___/___  MM / DD / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   ☒ No
   ☐ Yes. Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?**

$ _See attached Supplemental Statement_ . Does this amount include interest or other charges?
☐ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

See attached Supplemental Statement

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $ _____
Amount of the claim that is secured: $ _____
Amount of the claim that is unsecured: $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $ _____

Annual Interest Rate (when case was filed) _____ %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☑ No
☐ Yes. *Check one:*

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 10/17/2019 (mm/dd/yyyy)

*Signature:* Masoud Shafa

Print the name of the person who is completing and signing this claim:

| Name | Masoud | | Shafa |
|---|---|---|---|
| | First name | Middle name | Last name |

Title: Chief, Transmission Planning Branch, State Water Project Power and Risk Office

Company: California Department of Water Resources
*Identify the corporate servicer as the company if the authorized agent is a servicer.*

Address: PO Box 942836
Number Street
Sacramento, CA 94236-0001
City State ZIP Code

Contact phone: 916-574-1296
Email: masoud.shafa@water.ca.gov

XAVIER BECERRA, SBN 118517
Attorney General of California
ANNADEL A. ALMENDRAS, SBN 192064
DANETTE E. VALDEZ, SBN 141780
Supervising Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3367
Email:
Annadel.Almendras@doj.ca.gov
Danette.Valdez@doj.ca.gov
*Attorneys for California Department of Water Resources*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtor. | No. 19 30089 (DM)<br><br>Chapter 11<br><br>**CALIFORNIA DEPARTMENT OF WATER RESOURCES' SUPPLEMENTAL STATEMENT IN SUPPORT OF PROOF OF CLAIMS RE THERMALITO POWER PLANT RESTORATION PROJECT AND CASTLE ROCK OPERATIONS AND MAINTENANCE REFUNDS** |

The California Department of Water Resources (DWR) submits this supplemental statement in support of its Proof of Claim relating to a refund Debtor, Pacific Gas & Electric (PG&E) owes to DWR based on funds DWR advanced to PG&E.

1

## BACKGROUND

Established in 1956 by the California State Legislature, DWR protects, conserves, develops, and manages much of California's water supply. This includes the State Water Project (SWP), the nation's largest state-built water conveyance program.

The SWP supplies water to an almost 27 million Californians and 750,000 acres of farmland. It spans more than 700 miles from Northern California to Southern California and includes 34 storage facilities, 20 pumping plants, 5 hydroelectric power plants, 4 pumping-generating plants, and approximately 700 miles of canals, tunnels, and pipelines. In addition to supplying high-quality water for California's cities, industries, and farms, the SWP also provides flood control, hydroelectric power generation, recreational opportunities, and ecosystem enhancements to protect fish and wildlife habitat.

DWR's major responsibilities include:

- Overseeing the statewide process of developing and updating the California Water Plan
- Planning, designing, constructing, operating, and maintaining the SWP
- Protecting and restoring the Sacramento-San Joaquin Delta
- Regulating dams, providing flood protection, and assisting in emergency management
- Working to preserve the natural environment and wildlife
- Educating the public about the importance of water, water conservation, and water safety
- Providing grants and technical assistance to service local water needs
- Collecting, analyzing, and reporting data in support of DWR's mission to manage and protect California's water resources

In connection with carrying out its responsibilities, DWR has entered into various agreements with PG&E. One of these agreements was a Work Performance Agreement for the Thermalito Power Plant Restoration Project (Thermalito Agreement) dated June 27, 2016. Under this agreement, PG&E agreed to conduct plant restoration work to return the Thermalito plant back to its operating capacity prior to a fire that occurred on November 22, 2012. The terms of

2

the agreement required DWR to pay PG&E $230,000 in advance for the work, but if the actual costs are less than the funds advanced, DWR is entitled to a refund for the difference. DWR expects that the costs will ultimately be less than the funds it advanced PG&E and therefore it will be entitled to a refund from PG&E. The amount of the refund is uncertain at this time, but DWR estimates that the refund is at least $15,000. DWR submits this claim to protect its interests against PG&E in the event that it seeks to reject the Thermalito Agreement or its obligations thereunder.

Another agreement with PG&E is the Agreement of Cotenancy in the Castle Rock Junction-Lakeville 230-kV Transmission Line (Castle Rock Agreement). Pursuant to the Castle Rock Agreement, DWR paid PG&E for Operations & Maintenance in advance for the year of July 1, 2019 through July 31, 2020. However, DWR terminated its participation in the Castle Rock Agreement, effective August 1, 2019. Therefore, PG&E is required to refund DWR $101,026.75, which represents eleven months of overpayment for Operations & Maintenance.

DWR reserves the right to revise, amend, and/or supplement its Proof of Claim and this Supplemental Statement at a future date in the event additional information becomes available or is necessary to support its claim.

**RESERVATION OF RIGHTS**

DWR makes this claim for itself and no other agency, unit, or entity of the State of California. Any waiver of sovereign immunity under the law resulting from the filing of this claim is by DWR, and no other agency, unit, or entity of the State of California, and is strictly limited to this claim.

Neither this Proof of Claim and Supplemental Statement nor any subsequent appearance, pleading, proof of claim, claim, or suit is intended to or shall be deemed or construed as:

(a) consent by DWR to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving the DWR;

(b) a waiver of any right of DWR to (i) have an Article III Court adjudicate in the first instance any case, proceeding, matter, or controversy as to which a Bankruptcy Court may not enter a final order or judgement consistent with Article III of the United States Constitution, (ii)

3

have final orders in non-core matters entered only after de novo review by a District Court, (iii) trial by jury in any proceeding so triable in the Chapter 11 Cases or in any case, controversy, or proceeding related to the Chapter 11 Cases, (iv) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (v) any and all rights, claims, actions, defenses, setoffs, recoupments, or remedies to which DWR is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved hereby; or

(c) A waiver of any objections or defenses that DWR, the State of California, or any other agency, unit or entity of the State of California may have to this Court's jurisdiction over DWR, the State of California, or such other agency, unit or entity based upon the Eleventh Amendment to the United States Constitution or related principles of sovereign immunity or otherwise, all of which objections and defenses are hereby reserved.

All correspondence and pleadings pertaining to DWR's Proofs of Claims and/or this Supplemental Statement in support of the Proof of Claim, and any amendments or supplements, should be directed to the undersigned.

Dated: October 17, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ANNADEL A. ALMENDRAS
Supervising Deputy Attorney General

*/s/ Danette E. Valdez*

DANETTE E. VALDEZ
Supervising Deputy Attorney General
*Attorneys for California Department of Water Resources*

4

| XAVIER BECERRA | State of California |
| --- | --- |
| *Attorney General* | **DEPARTMENT OF JUSTICE** |

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 510-4400
Telephone: (415) 510-3367
Facsimile: (415) 703-5480
E-Mail: Annadel.Almendras@doj.ca.gov

October 15, 2019

**Via Overnight Delivery**

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

RE: Proof of Claim – *In re Pacific Gas and Electric Company* (Chapter 11)
United States Bankruptcy Court, Northern District of California, Case No. 19-30089 (DM)

Dear Prime Clerk:

Enclosed please find an original and one copy of a Proof of Claim and supporting Supplemental Statement to be filed in the Pacific Gas and Electric Company bankruptcy matter. Also enclosed is a self-addressed stamped envelope.

Please return a conformed filed-endorsed copy of the Proof of Claim and Supplemental Statement in the self-addressed stamped envelope. If you have any questions or require additional information, please contact me at (415) 510-3367.

Sincerely,

*[signature]*

ANNADEL A. ALMENDRAS
Supervising Deputy Attorney General

For  XAVIER BECERRA
     Attorney General

AAA:ps