

Signed and Filed: February 3, 2022

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

WEIL, GOTSHAL & MANGES LLP
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel:  212 310 8000
Fax:  212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING AND MODIFY SCHEDULE REGARDING REORGANIZED DEBTORS' ONE HUNDRED EIGHTH OMNIBUS OBJECTION TO CLAIMS (PURPA CLAIMS)**<br><br>**[Related to Dkt. No. 11230]** |

The Court having considered the *Stipulation to Continue Hearing and Modify Schedule Regarding Reorganized Debtors' One Hundred Eighth Omnibus Objection to Claims (PURPA Claims)*, dated February 2, 2022 [Dkt. No. 11894] (the "**Stipulation**"),[1] entered into by Pacific Gas and Electric Company (the "**Utility**") on the one hand, and Winding Creek Solar LLC, Foothill Solar LLC, Hollister Solar LLC, Kettleman Solar LLC, Vintner Solar LLC, Bear Creek Solar LLC, and Allco Renewable Energy Limited (collectively, the "**Claimants**"), on the other hand; and pursuant to such Stipulation and agreement of the parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved. The Scheduling Order is modified as set forth below.

2. The Claimants will file the supplemental briefing requested by the Court in the Scheduling Order no later than **February 17, 2022**.

3. The hearing on the Omnibus Objection is continued to **March 2, 2022**, at 10:00 a.m. (Pacific Time).

APPROVED AS TO FORM AND CONTENT:

February 2, 2022

CAIRNCROSS & HEMPELMANN

*/s/ John Rizzardi*
John Rizzardi (*Pro Hac Vice*)

*Attorneys for Winding Creek Solar LLC, Foothill Solar LLC, Hollister Solar LLC, Kettleman Solar LLC, Vintner Solar LLC, Bear Creek Solar LLC, and Allco Renewable Energy Limited*

\*\*\* END OF ORDER \*\*\*

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.