MORGAN, LEWIS & BOCKIUS LLP
William D. Kissinger (SBN 135276)
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: +1.415.442.1480
Fax: +1.415.442.1001
william.kissinger@morganlewis.com

-and-

MORGAN, LEWIS & BOCKIUS LLP
Melissa Y. Boey (SBN 292276)
1400 Page Mill Road
Palo Alto, CA 94304-1124
Tel: +1.650.843.4000
Fax: +1.650.843.4001
melissa.boey@morganlewis.com

*Attorneys for Badger Creek Limited, Double C Limited (a/k/a Double C Generation Limited Partnership), Kern Front Limited, High Sierra Limited, Live Oak Limited and McKittrick Limited*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| **In re** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **NOTICE OF WITHDRAWAL OF THE LIMITED OBJECTION AND RESERVATION OF RIGHTS OF CERTAIN PPA COUNTERPARTIES TO THE PROPOSED ASSUMPTION OF PPAS AND INTERCONNECTION AGREEMENTS** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation | |
| ☒ Affects Pacific Gas and Electric Company | |
| ☐ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

BADGER CREEK LIMITED, DOUBLE C LIMITED (A/K/A DOUBLE C GENERATION LIMITED PARTNERSHIP), KERN FRONT LIMITED, HIGH SIERRA LIMITED, LIVE OAK LIMITED AND MCKITTRICK LIMITED, by and through their undersigned counsel, hereby withdraw their *Limited Objection and Reservation of Rights of Certain PPA Counterparties to the Proposed Assumption of PPAs and Interconnection Agreements* filed on May 15, 2020, as Docket No. 7350, in the above-captioned matter.

Dated: February 7, 2022　　　　　　　　　　**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Melissa Y. Boey*
　　William D. Kissinger (SBN 135276)
　　Melissa Y. Boey (SBN 292276)

　　*Attorneys for Badger Creek Limited, Double C Limited (a/k/a Double C Generation Limited Partnership), Kern Front Limited, High Sierra Limited, Live Oak Limited and McKittrick Limited*

# CERTIFICATE OF SERVICE

I, Melissa Y. Boey, do declare and state as follows:

1. I am employed in the city of Palo Alto in the State of California. I am more than eighteen years old and not a party to this action. My business address is Morgan, Lewis & Bockius LLP, 1400 Page Mill Road, Palo Alto, CA 94304-1124.

2. I certify that on February 7, 2022, I caused a true and correct copy of the following document to be served via CM/ECF on the Standard Parties as such term is defined in the *Second Amended Order Implementing Certain Notice and Case Management Procedures* [Docket No. 1996]:

   NOTICE OF WITHDRAWAL OF THE LIMITED OBJECTION AND RESERVATION OF RIGHTS OF CERTAIN PPA COUNTERPARTIES TO THE PROPOSED ASSUMPTION OF PPAS AND INTERCONNECTION AGREEMENTS

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Dated: February 7, 2022

                                                                              */s/ Melissa Y. Boey*
                                                                              Melissa Y. Boey