| | |
|---|---|
| 1 | Steven S. Kane, Esq., SBN: 061670<br>Bonnie E. Kane, Esq., SBN: 167700 |
| 2 | **THE KANE LAW FIRM**<br>402 W. Broadway, Suite 2600 |
| 3 | San Diego, CA 92101<br>Telephone: (619) 236-8700 |
| 4 | Facsimile: (619)236-1370<br>E-mail: skane@thekanelawfirm.com |
| 5 | E-mail: bonnie@thekanelawfirm.com |
| 6 | Attorneys for PHILLIP SCHOUBOE, YVETTE HUDLOW AND ZACHARY MCMILLAN |

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| In re: | ) | **Case No. 19-30088 (DM)** |
| | ) | |
| PG&E CORPORATION | ) | Chapter 11 |
| | ) | (Lead Case) |
| -and- | ) | (Jointly Administered) |
| | ) | |
| PACIFIC GAS AND ELECTRIC COMPANY | ) | **DECLARATION OF PHILLIP SCHOUBOE IN SUPPORT OF MOTION** |
| Debtors. | ) | **PURSUANT TO FEDERAL RULE OF** |
| | ) | **BANKRUPTCY PROCEDURE 9006(b)(1)** |
| ☐ Affects PG&E Corporation | ) | **TO DEEM CLAIM TIMELY FILED** |
| | ) | |
| ☐ Affects Pacific Gas & Electric | ) | Date: March 15, 2022 |
| | ) | Time: 10:00 a.m. |
| ■ Affects Both Debtors | ) | Place: **To Be Held Telephonically** |
| | ) | United States Bankruptcy court |
| *All papers shall be filed in the Lead Case,* | ) | Courtroom 17 |
| *No.19-30088 (DM)* | ) | 450 Golden Gate Avenue, 16th Floor |
| | ) | San Francisco, CA |
| | ) | Judge: Honorable Dennis Montali |
| | | |
| | | **Objection Deadline: March 8, 2022** |

I, Phillip Schouboe, hereby declare and state as follows:

1. This declaration is based upon my personal knowledge unless otherwise indicated. If called upon to testify as to the matters stated herein, I could and would competently do so.

2. On the day of the Camp Fire I was living at 1659 Young Ave., Paradise, California 95969 with my wife Yvette Hudlow and stepson Zachary McMillan, age 21 at the time of the fire.

3. Our home did not burn in the fire due to myself staying and fighting the fire. My home only sustained partial damage. I was able to help save two of my neighbor's homes. My son and

wife both evacuated.

4. It was my initial understanding that since I had homeowner's insurance and PG&E filed for Bankruptcy, I could not assert a claim.

5. After resolving my claim with my insurance company and learning that I could file a claim for uninsured damages, it was well past the claim filing deadline.

6. Due to my understanding of the claim process and simply believing I was not eligible to file a claim, I failed to file a timely claim. It was not until recently I learned I could request the Bankruptcy Court to allow me to file a late claim for my losses.

7. I heard about a claim process against Pacific Gas & Electric sometime after the fire. I was under the impression from information I was told by others that since I had insurance, I could not assert a claim. When I finally settled with my insurance and learned I could place a claim for damages not paid by insurance company, it was well past the claim filing deadline. My insurance only paid a small portion of all my losses.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed at Paradise, California, on January 20, 2022.

*Phillip Schouboe*
Phillip Schouboe