Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2600
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619)236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys for Phillip Schouboe, Yvette Hudlow and Zachary McMillan

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br>        Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas & Electric<br><br>■ Affects Both Debtors<br><br>*All papers shall be filed in the Lead Case, No.19-30088 (DM)* | **Case No. 19-30088 (DM)**<br>Chapter 11<br>(Lead Case)(Jointly Administered)<br><br>**DECLARATION OF YVETTE HUDLOW IN SUPPORT OF MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1) TO DEEM CLAIM TIMELY FILED**<br><br>Date: March 15, 2022<br>Time: 10:00 a.m.<br>Place: **To Be Held Telephonically**<br>      United States Bankruptcy Court<br>      Courtroom 17<br>      450 Golden Gate Avenue<br>      16th Floor<br>      San Francisco, CA<br>Judge: Honorable Dennis Montali<br><br>**Objection Deadline: March 8, 2022** |

I, Yvette Hudlow, hereby declare and state as follows:

1. This declaration is based upon my personal knowledge unless otherwise indicated. If called upon to testify as to the matters stated herein, I could and would competently do so.

2. On the day of the Camp Fire I was living at 1659 Young Ave., Paradise, California 95969 with my husband, Phillip Schouboe, and my son, Zachary McMillan, age 21 at the time of the fire.

3. Due to evacuation orders and the fast approaching fire, both myself and son Zachary

1. evacuated to Chico. My husband stayed behind to fight the fire and actually saved our home. We did have partial damage.

2. 4. It was my initial understanding that since I had homeowner's insurance and PG&E filed for Bankruptcy, I could not assert a claim.

3. 5. At the time of the fire we had Homeowner's insurance that covered only a portion of our damages. Since I had insurance and the fact that PG&E had filed for Bankruptcy, I was under the impression I could not present a claim.

4. 6. After resolving my claim with my insurance company and learning I could indeed file a claim for my uninsured losses, it was well past the claim filing deadline.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed at Paradise, California, on January 20, 2022.

_____
Yvette Hudlow