Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2600
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619)236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys for Phillip Schouboe, Yvette Hudlow and Zachary McMillan

### UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:* | Case No. 19-30088 (DM) |
| PG&E CORPORATION | Chapter 11 (Lead Case) (Jointly Administered) |
| -and- | |
| PACIFIC GAS AND ELECTRIC COMPANY<br>Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric<br>■ Affects Both Debtors<br>*All papers shall be filed in the Lead Case, No.19-30088 (DM)* | **DECLARATION OF ZACHARY MCMILLAN IN SUPPORT OF MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1) TO DEEM CLAIM TIMELY FILED**<br><br>Date: March 15, 2022<br>Time: 10:00 a.m.<br>Place: **To Be Held Telephonically**<br>United States Bankruptcy Court<br>Courtroom 17<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA<br>Judge: Honorable Dennis Montali<br><br>**Objection Deadline: March 8, 2022** |

I, Zachary McMillan, hereby declare and state as follows:

1. This declaration is based upon my personal knowledge unless otherwise indicated. If called upon to testify as to the matters stated herein, I could and would competently do so.

2. On the day of the Camp Fire I was living at 1659 Young Ave., Paradise, California 95969 with both my mom Yvette Hudlow and step dad Phillip Schouboe. I was 21 at the time, born February 15, 1997. I was a student at Butte College studying welding.

3. On the morning of the fire I was home and had to evacuate with my mom. My step dad

1 stayed behind to fight the fire. Our home sustained partial damage.

2     4. I relied on my parents to handle any claim against either their insurance company or
3 PG&E. Since I did not own the home I lived in, I did not think I had a claim against PG&E.

4     5. I recently found out that I could request the Bankruptcy court to allow me to file a late
5 claim for the losses I sustained in the fire.

6     I declare under penalty of perjury under the laws of the State of California and the United
7 States that the foregoing is true and correct.

8     Executed at Chico, California, on January 20, 2022.

DocuSigned by:

*Zachary McMillan*
—74B66702B0064AF...
Zachary McMillan