Entered on Docket
February 08, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 07 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In the Matter of: PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors,<br><br>-------------------------------<br><br>CANYON CAPITAL ADVISORS LLC,<br><br>Appellant,<br><br>v.<br><br>PG&E CORPORATION; et al.,<br><br>Appellees. | No. 21-15025<br><br>D.C. No. 4:20-cv-04949-HSG<br>U.S. District Court for Northern California, Oakland<br><br>**MANDATE** |

The judgment of this Court, entered December 16, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7