**DRRT**
JARED LAY, Fl. Bar No. 120351*
340 West Flagler Street, 2nd Floor
Miami, Florida 33130
Telephone: (305) 760-8025
Facsimile: (786) 235-5005
Email: jlay@drrt.com

* Admitted *Pro Hac Vice*

**MEYER LAW GROUP LLP**
 A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone: (415) 765-1588
Facsimile: (415) 762-5277
Email: brent@meyerllp.com

Attorneys for Creditors
DRRT CLAIMANTS

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br> - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br> Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects Both Debtors<br><br>* *All papers shall be filed in Lead Case 19-30088-DM* | BK Case No.: 19-30088-DM (Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: February 15, 2022<br>Time: 10:00 a.m.<br>Location: Telephonic / Videoconference<br>Judge: Honorable Dennis Montali |

I, Brent D. Meyer, hereby declare as follows:

I am an active member of the State Bar of California and I am not a party to the above-captioned action; my business mailing address is 268 Bush Street #3639, San Francisco, California, 94104.

On February 8, 2022, I served copies of the following document(s):

**REPLY IN SUPPORT OF AMENDED MOTION FOR RELIEF FROM ORDERS BY DEFAULT DISALLOWING AND EXPUNGING PROOFS OF CLAIMS PURSUANT TO REORGANIZED DEBTORS' ELEVENTH AND THIRTEENTH SECURITIES CLAIMS OMNIBUS OBJECTIONS (CLAIMS BARRED BY THE STATUTE OF REPOSE)**

**DECLARATION OF COUNSEL JARED LAY IN SUPPORT OF AMENDED MOTION FOR RELIEF FROM ORDERS BY DEFAULT DISALLOWING AND EXPUNGING PROOFS OF CLAIMS PURSUANT TO REORGANIZED DEBTORS' ELEVENTH AND THIRTEENTH SECURITIES CLAIMS OMNIBUS OBJECTIONS (CLAIMS BARRED BY THE STATUTE OF REPOSE)**

**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF AMENDED MOTION FOR RELIEF FROM ORDERS BY DEFAULT DISALLOWING AND EXPUNGING PROOFS OF CLAIMS PURSUANT TO REORGANIZED DEBTORS' ELEVENTH AND THIRTEENTH SECURITIES CLAIMS OMNIBUS OBJECTIONS (CLAIMS BARRED BY THE STATUTE OF REPOSE)**

in the following manner on the parties listed below:

☐ **BY FEDERAL EXPRESS**: I enclosed said document(s) in an envelope or package provided by Federal Express and addressed to the persons at the address(es) listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of Federal Express or delivered such document(s) to a courier or driver authorized by Federal Express to receive documents.

☐ **BY FIRST CLASS MAIL**: Pursuant to Federal Rule of Bankruptcy Procedure 7004(b), I enclosed said document(s) in a sealed envelope addressed to the persons at the address(es) listed below, placed first class postage fully prepaid thereon, and deposited said envelope in a United States mailbox.

☐ **BY CERTIFIED MAIL**: Pursuant to Federal Rule of Bankruptcy Procedure 7004(h), I enclosed said document(s) in a sealed envelope addressed to the persons at the address(es) listed below, transported said envelope to a United States Post Office, placed first class postage fully prepaid thereon with certified and return receipt requested, and

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

BK CASE NO. 19-30088-DM
CERTIFICATE OF SERVICE

- 2 -

Case: 19-30088    Doc# 11911-3    Filed: 02/08/22    Entered: 02/08/22 20:18:02    Page 2 of 17

deposited said envelope with an agent of the United States Postal Service. The Certified Mail Receipt Number for each party served with the document(s) is as specified below.

☒ **BY NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to Bankruptcy Local Rule 9013-3(c), service of the document(s) was also effective on the following persons whom are registered participants of the Court's CM/ECF system, consented to electronic service, and received an electronic copy of the document(s) by the Clerk of the Court via Notice of Electronic Filing.

**SEE ATTACHED LIST**

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on this 8th day of February, 2022 at Alamo, California.

                                         /s/ BRENT D. MEYER
                                         Brent D. Meyer

# ELECTRONIC SERVICE LIST

- Elliot Adler    eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Aaron L. Agenbroad    alagenbroad@jonesday.com, saltamirano@jonesday.com
- Gabrielle L. Albert    galbert@kbkllp.com
- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Destiny N. Almogue    Destiny.Almogue@skadden.com, wendy.lamanna@skadden.com
- Monique D. Almy    malmy@crowell.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Philip Anker    philip.anker@wilmerhale.com, whdocketing@wilmerhale.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Tyson Arbuthnot    tarbuthnot@rjo.com, jyeung@rjo.com
- Lauren T. Attard    lattard@bakerlaw.com, agrosso@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Chris Bator    cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- Andrew David Behlmann    abehlmann@lowenstein.com, elawler@lowenstein.com
- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti    pbenvenutti@kbkllp.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Ronald F. Berestka    rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
- Heinz Binder    heinz@bindermalter.com
- Jared D. Bissell    jared.bissell@troutman.com
- Neil Jon Bloomfield    njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg    jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- Richard Bodnar    rbodnar@rksllp.com
- Melissa Boey    melissa.boey@morganlewis.com
- Paige Boldt    pboldt@wattsguerra.com, cwilson@wattsguerra.com
- Jason Borg    jborg@jasonborglaw.com
- Evan C. Borges    eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- Mark Bostick    mbostick@wendel.com, bankruptcy@wendel.com
- James L. Bothwell    jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
- Peter R. Boutin    peter.boutin@kyl.com, lara.joel@kyl.com
- Erin N. Brady    erin.brady@hoganlovells.com
- Lee Brand    lee.brand@pillsburylaw.com, docket@pillsburylaw.com
- Gregory A. Bray    gbray@milbank.com
- Michael D. Breslauer    mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Chane Buck    cbuck@jonesday.com



- 4 -

BK CASE NO. 19-30088-DM
CERTIFICATE OF SERVICE

- Kathlene Burke    kathlene.burke@skadden.com, burke.kathlene@gmail.com
- Elizabeth J. Cabraser    ecabraser@lchb.com, awolf@lchb.com
- Anthony P. Cali    anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- Peter C. Califano    pcalifano@cwclaw.com
- Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta    Leah.Capritta@hklaw.com, reena.kaur@hklaw.com
- Nicholas A. Carlin    nac@phillaw.com, rac@phillaw.com
- Katherine Rose Catanese    kcatanese@foley.com
- Matthew Cave    mcave@kfc.law
- Barry A. Chatz    barry.chatz@saul.com, barry.chatz@gmail.com
- Karen J. Chedister    kchedister@h-jlaw.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Kevin Chiu    kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com
- Jacquelyn H. Choi    jacquelyn.choi@rimonlaw.com, docketing@rimonlaw.com
- Shawn M. Christianson    schristianson@buchalter.com
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Jae Angela Chun    ajc@chun.law, teresa@tosdallaw.com
- Gerard T. Cicero    GCicero@brownrudnick.com, NKhalatova@brownrudnick.com
- Louis J. Cisz    lcisz@nixonpeabody.com
- Valerie E. Clemen    , mcarter@coombslaw.com
- Alicia Clough    aclough@loeb.com
- Tiffany Strelow Cobb    tscobb@vorys.com
- John B. Coffman    john@johncoffman.net
- Kevin G. Collins    kevin.collins@btlaw.com
- Brian S. Conlon    bsc@phillaw.com, rac@phillaw.com
- Charles Cording    ccording@willkie.com, mao@willkie.com
- Manuel Corrales    mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Anne Costin    anne@costinlawfirm.com
- Christopher J. Cox    chris.cox@hoganlovells.com
- Donald H. Cram    dhc@severson.com
- Ashley Vinson Crawford    avcrawford@akingump.com, dkrasa-berstell@akingump.com
- Douglas S. Crosno    douglas.crosno@hoganlovells.com
- J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham    , rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis    tambra.curtis@sonoma-county.org, Megan.Sweeley@sonoma-county.org
- Stacy A. Dasaro    sdasaro@goodwinlaw.com
- James M. Davis    jdavis@cglaw.com
- Nicolas De Lancie    ndelancie@jmbm.com
- Judith A. Descalso    , jad_9193@ecf.courtdrive.com

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

| | |
|---|---|
| 1 | • Andrew G. Devore    andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com |
| 2 | • Erin Elizabeth Dexter    edexter@milbank.com |
| | • Shounak S. Dharap    ssd@arnslaw.com, mec@arnslaw.com |
| 3 | • Kathryn S. Diemer    kdiemer@diemerwei.com |
| | • Kathryn S. Diemer    kdiemer@diemerwhitman.com |
| 4 | • John P. Dillman    houston_bankruptcy@publicans.com |
| 5 | • Caroline R. Djang    caroline.djang@bbklaw.com, Laurie.Verstegen@bbklaw.com |
| | • Krystal Dong    ykdong@gmail.com |
| 6 | • Jonathan R. Doolittle    jonathan.doolittle@pillsburylaw.com |
| 7 | • Jonathan R. Doolittle    jdoolittle@reedsmith.com |
| | • Jennifer V. Doran    jdoran@hinckleyallen.com |
| 8 | • Dustin M. Dow    ddow@bakerlaw.com, jmcguigan@bakerlaw.com |
| 9 | • Jamie P. Dreher    jdreher@downeybrand.com |
| | • Todd Dressel    tdressel@mcguirewoods.com, jtabisaura@mcguirewoods.com |
| 10 | • Geoffrey B. Dryvynsyde    gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov |
| 11 | • Jeffrey Aaron Dubbin    jdubbin@labaton.com, echan-lee@labaton.com |
| | • Matthew Ducharme    matthew.ducharme@hoganlovells.com, tracy.southwell@hoganlovells.com |
| 12 | • Cecily Ann Dumas    cdumas@bakerlaw.com, hhammonturano@bakerlaw.com |
| 13 | • Dennis F. Dunne    cprice@milbank.com, jbrewster@milbank.com |
| 14 | • Dennis F. Dunne    ddunne@milbank.com, jbrewster@milbank.com |
| | • Huonganh Annie Duong    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com |
| 15 | • Luke N. Eaton    eatonl@pepperlaw.com, monugiac@pepperlaw.com |
| 16 | • Daniel G. Egan    daniel.egan@ropesgray.com, nova.alindogan@ropesgray.com |
| 17 | • Joseph A. Eisenberg    JAE1900@yahoo.com |
| | • Michele Ellison    mellison@gibbsgiden.com, lrochelle@gibbsgiden.com |
| 18 | • David Emerzian    Melany.Hertel@mccormickbarstow.com |
| 19 | • G. Larry Engel    larry@engeladvice.com |
| | • Krista M. Enns    kenns@beneschlaw.com |
| 20 | • Scott Esbin    sesbin@esbinalter.com |
| 21 | • Joseph M. Esmont    jesmont@bakerlaw.com |
| | • Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com |
| 22 | • Richard W. Esterkin    richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com |
| 23 | • Michael S. Etkin    metkin@lowenstein.com |
| 24 | • Jacob M. Faircloth    jacob.faircloth@smolsonlaw.com |
| | • Brett D. Fallon    bfallon@morrisjames.com, wweller@morrisjames.com |
| 25 | • Michael C. Fallon    , manders@fallonlaw.net |
| 26 | • Joana Fang    jf@kbklawyers.com, icd@kbklawyers.com |
| | • Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net |
| 27 | • David M. Feldman    DFeldman@gibsondunn.com |
| 28 | • Matthew A. Feldman    mfeldman@willkie.com |
| | • Jennifer Feldsher    jennifer.feldsher@morganlewis.com |



- Mark E. Felger    mfelger@cozen.com
- James J. Ficenec    James.Ficenec@ndlf.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman    kfineman@nutihart.com, admin@nutihart.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Timothy M. Flaherty    tflaherty@mpplaw.com
- Daniel I. Forman    dforman@willkie.com
- Matthew Hampton Foushee    hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick    cfrederick@prklaw.com
- Peter Friedman    pfriedman@omm.com
- Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Lars H. Fuller    lfuller@bakerlaw.com
- Thomas M. Gaa    tgaa@bbslaw.com
- Larry W. Gabriel    , nfields@bg.law
- Gregg M. Galardi    gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com
- Craig Solomon Ganz    ganzc@ballardspahr.com, hartt@ballardspahr.com
- Jeffrey K. Garfinkle    jgarfinkle@buchalter.com
- Oscar Garza    ogarza@gibsondunn.com
- Lisa S. Gast    lsg@dwgp.com, lmk@dwgp.com
- Paul R. Gaus    pgaus@downeybrand.com
- Duane M. Geck    dmg@severson.com
- Janet D. Gertz    jgertz@btlaw.com
- Christopher Gessner    cgessner@akingump.com, NYMCO@akingump.com
- R. Dale Ginter    dginter@downeybrand.com
- Jon T. Givens    givensjt@gmail.com, cwilson@wattsguerra.com
- Barry S. Glaser    bglaser@salvatoboufadel.com
- Paul R. Glassman    pglassman@sycr.com
- Gabriel I. Glazer    gglazer@pszjlaw.com
- Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Jaime Godin    Jtouchstone@fddcm.com
- Matthew A. Gold    courts@argopartners.net
- Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Craig Goldblatt    Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com
- Amy L. Goldman    goldman@lbbslaw.com
- Eric S. Goldstein    egoldstein@goodwin.com
- Rhonda Stewart Goldstein    Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- Michael W. Goodin    mgoodin@clausen.com, mgenova@clausen.com
- Eric R. Goodman    egoodman@bakerlaw.com
- Michael R. Goodstein    mgoodstein@baileycav.com
- Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutinjones.com

- Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutinjones.com
- Michael I. Gottfried    mgottfried@elkinskalt.com, AAburto@elkinskalt.com
- Louis Gottlieb    Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Elizabeth Graham    egraham@gelaw.com
- Eric A. Grasberger    eric.grasberger@stoel.com, docketclerk@stoel.com
- Debra I. Grassgreen    , hphan@pszjlaw.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Eric A. Gravink    eric@rhrc.net
- Elizabeth A. Green    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- Tracy Green    tgreen@wendel.com, bankruptcy@wendel.com
- Mitchell B. Greenberg    mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- Brian Gregory    b.gregory@veenfirm.com, EL.Team@Veenfirm.com
- Susan Sieger Grimm    SSieger-Grimm@brownrudnick.com, NKhalatova@brownrudnick.com
- Matthew W. Grimshaw    matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com
- Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Carl L. Grumer    cgrumer@manatt.com, mchung@manatt.com
- Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com
- Lloyd C. Guintivano    anitag@co.lake.ca.us, lloydg@co.lake.ca.us
- Cameron M. Gulden    cameron.m.gulden@usdoj.gov
- Mirco J. Haag    mhaag@buchalter.com, dcyrankowski@buchalter.com
- Laurie Hager    lhager@sussmanshank.com
- J. Noah Hagey    hagey@braunhagey.com, tong@braunhagey.com
- Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com
- Michael Hampson    mhampson@rksllp.com
- Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com
- Joseph George Harraka    jgharraka@becker.legal
- Adam C. Harris    adam.harris@srz.com
- Robert G. Harris    rob@bindermalter.com
- Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Jennifer C. Hayes    jhayes@fhlawllp.com
- Geoffrey A. Heaton    gheaton@duanemorris.com, dmicros@duanemorris.com
- Michael C. Hefter    michael.hefter@hoganlovells.com, tracy.southwell@hoganlovells.com
- Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com
- Matthew Henderson    matthew.henderson@msrlegal.com, karen.wigylus@msrlegal.com
- Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com
- Matthew Heyn    matthew.heyn@doj.ca.gov
- Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- James P. Hill    hill@sullivanhill.com, bkstaff@sullivanhill.com
- Morgan R. Hirst    mhirst@jonesday.com, mmelvin@jonesday.com
- Michael R. Hogue    hoguem@gtlaw.com, navarrom@gtlaw.com
- David Holtzman    david.holtzman@hklaw.com



- Alexandra S. Horwitz     allie.horwitz@dinsmore.com
- Marsha Houston     mhouston@reedsmith.com, hvalencia@reedsmith.com
- Linda Wendell Hsu     lhsu@selmanlaw.com, psmith@selmanlaw.com
- Shane Huang     shane.huang@usdoj.gov
- Brian D. Huben     hubenb@ballardspahr.com
- Kelly L. Huey     khuey@burkeandkesslerlaw.com
- Christopher Hughes     chughes@nossaman.com
- Jonathan Hughes     , jane.rustice@aporter.com
- Edward R. Huguenin     ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
- Michael A. Isaacs     misaacs@rinconlawllp.com, aworthing@rinconlawllp.com
- Mark V. Isola     misola@brotherssmithlaw.com
- J. Eric Ivester     Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester     , Andrea.Bates@skadden.com
- Lawrence A. Jacobson     laj@cohenandjacobson.com, mcycle48@gmail.com
- Kizzy L. Jarashow     KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com
- Ivan C. Jen     ivan@icjenlaw.com
- Amanda Jereige     AJereige@winston.com, amanda-jereige-5954@ecf.pacerpro.com
- Monique Jewett-Brewster     mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- James O. Johnston     jjohnston@jonesday.com
- Chris Johnstone     chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Andrew Jones     andrew@ajoneslaw.com
- Gregory K. Jones     GJones@dykema.com, cacossano@dykema.com
- John L. Jones     JJones@chwlaw.us, JLJones2@outlook.com
- Robert A. Julian     rjulian@bakerlaw.com, hhammonturano@bakerlaw.com
- George H. Kalikman     , sdavenport@schnader.com
- Roberto J. Kampfner     rkampfner@whitecase.com, mco@whitecase.com
- Bonnie E. Kane     bonnie@thekanelawfirm.com, skane@thekanelawfirm.com
- Eve H. Karasik     ehk@lnbyb.com
- Michael G. Kasolas     trustee@kasolas.net, CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com
- Elyssa S. Kates     ekates@bakerlaw.com
- Ori Katz     okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- William M. Kaufman     wkaufman@smwb.com, eschneider@smwb.com
- Jane G. Kearl     jkearl@watttieder.com, jbenton@watttieder.com
- Tobias S. Keller     tkeller@kbkllp.com
- Tobias S. Keller     tkeller@kellerbenvenutti.com
- Lynette C. Kelly     ustpregion17.oa.ecf@usdoj.gov
- Sarah Elisabeth Kelly-Kilgore     skellykilgore@ggtriallaw.com, dvultaggio@ggtriallaw.com
- Matthew K. Kelsey     mkelsey@gibsondunn.com
- Gerald P. Kennedy     gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
- Erica L. Kerman     ekerman@willkie.com
- Samuel A. Khalil     skhalil@milbank.com, jbrewster@milbank.com



- Samuel M. Kidder   skidder@ktbslaw.com
- Marc Kieselstein   , carrie.oppenheim@kirkland.com
- Jane Kim   jkim@kbkllp.com
- Mary H. Kim   Mary.Kim@dechert.com, brett.stone@dechert.com
- Susan E. Kirkgaard   , carlyn.jorgensen@bullivant.com
- Kody D. L. Kleber   kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- Matthew Ryan Klinger   mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- Bradley C. Knapp   bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- Kelly V. Knight   kelly.knight@srz.com
- Lydia Vanessa Ko   Lvko@stonelawoffice.com
- Thomas F. Koegel   tkoegel@crowell.com
- Katherine Kohn   kkohn@groom.com, ashahinllari@groom.com
- Andy S. Kong   kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Anna Kordas   akordas@jonesday.com, mmelvin@jonesday.com
- Alan W. Kornberg   , akornberg@paulweiss.com
- Bernard Kornberg   bernard.kornberg@practus.com
- David I. Kornbluh   dkombluh@venturahersey.com, jpatterson@venturahersey.com
- Lauren Kramer   lkramer@rjo.com
- Marc Kramer   mkramer@rksllp.com
- Jeffrey C. Krause   jkrause@gibsondunn.com
- Thomas R. Kreller   tkreller@milbank.com
- Lindsey E. Kress   lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser   hkreuser@porterlaw.com, ooberg@porterlaw.com
- Kevin Kroll   kkroll@kfc.law
- Michael Thomas Krueger   michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Marek P. Krzyzowski   MKrzyzowski@brownrudnick.com, SCalderon@brownrudnick.com
- Robert T. Kugler   robert.kugler@stinson.com
- Duane Kumagai   dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com
- Brendan M. Kunkle   bkunkle@abbeylaw.com, lmeyer@abbeylaw.com
- Alisa C. Lacey   alisa.lacey@stinson.com, karen.graves@stinson.com
- Timothy S. Laffredi   timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Timothy S. Laffredi   timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping   rich@trodellalapping.com
- Omeed Latifi   olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- John E. Lattin   jlattin@ostergar.com, cslovenec@ostergar.com
- Paul J. Laurin   plaurin@btlaw.com, slmoore@btlaw.com
- Michael Lauter   mlauter@sheppardmullin.com
- Kenneth T. Law   klaw@bbslaw.com
- Francis J. Lawall   francis.lawall@troutman.com, susan.henry@troutman.com
- Andrew Michael Leblanc   ALeblanc@milbank.com
- Erica Lee   Erica.Lee@doj.ca.gov
- Scott Lee   scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com

- Paul J. Leeds    leedsp@higgslaw.com
- Edward J. Leen    eleen@mkbllp.com
- Lisa Lenherr    llenherr@wendel.com, bankruptcy@wendel.com
- Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch    bletsch@braytonlaw.com
- David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin    alevin@wcghlaw.com
- David Levine    dnl@groom.com
- Marc A. Levinson    Malevinson@orrick.com, casestream@ecf.courtdrive.com
- Dara Levinson Silveira    dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com
- Alexander James Demitro Lewicki    kdiemer@diemerwei.com
- Alexander James Demitro Lewicki    alewicki@diemerwei.com
- Lauren Lifland    lauren.lifland@wilmerhale.com, whdocketing@wilmerhale.com
- William S. Lisa    , jcaruso@nixonpeabody.com
- William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb    jon.loeb@bingham.com
- Michael B. Lubic    michael.lubic@klgates.com
- John William Lucas    , ocarpio@pszjlaw.com
- Joseph R. Lucia    PersonallnjuryGroup@RLSlawyers.com
- Jane Luciano    jane-luciano@comcast.net
- Kerri Lyman    klyman@irell.com, #-FirmPSDocketing@Steptoe.com
- John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald    imac@macfern.com, 6824376420@filings.docketbird.com
- Malcolm A. Mackenzie    mmackenzie@coombslaw.com, vclemen@coombslaw.com
- Tracy L. Mainguy    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Katharine Malone    malonek@gtlaw.com
- Liam K. Malone    malone@oles.com, shahin@oles.com
- Michael W. Malter    michael@bindermalter.com
- Ankur Mandhania    amandhania@mayerbrown.com
- Craig Margulies    cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr    gemarr59@hotmail.com
- Richard A. Marshack    rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com
- Catherine Martin    cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- Laila Masud    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com
- David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy    patrick.maxcy@snrdenton.com
- Simon Richard Mayer    simon.mayer@lockelord.com, Rellis@lockelord.com
- James J. Mazza    james.mazza@skadden.com, wendy.lamanna@skadden.com
- Benjamin P. McCallen    bmccallen@willkie.com



- C. Luckey McDowell    Luckey.McDowell@Shearman.com
- Matthew D. McGill    MMcGill@gibsondunn.com
- Melissa C. McLaughlin    mcmclaughlin@venable.com, ataylor@venable.com
- Edward Joseph McNeilly    edward.mcneilly@hoganlovells.com, verbon.davenport@hoganlovells.com
- Scott H. McNutt    SMcNutt@ml-sf.com, csnell@ml-sf.com
- Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo    peter@pmrklaw.com
- Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com
- Jennifer L. Mersing    jennifer.mersing@stoel.com, lisa.petras@stoel.com
- Joshua M. Mester    jmester@jonesday.com
- Matthew D. Metzger    belvederelegalecf@gmail.com
- Merle C. Meyers    mmeyers@mlg-pc.com
- Randy Michelson    randy.michelson@michelsonlawgroup.com
- Gerardo Mijares-Shafai    Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com
- Joel S. Miliband    jmiliband@brownrudnick.com
- Joseph G. Minias    jminias@willkie.com
- M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Benjamin Mintz    benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com
- Nancy Mitchell    nmitchell@omm.com
- Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Aaron J. Mohamed    ajm@brereton.law, aaronmohamedlaw@gmail.com
- Kevin Montee    kmontee@monteeassociates.com
- Christopher D. Moon    chris@moonlawapc.com, kevin@moonlawapc.com
- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Diane Marger Moore    dmargermoore@baumhedlundlaw.com
- Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com
- Candace J. Morey    cjm@cpuc.ca.gov
- Courtney L. Morgan    morgan.courtney@pbgc.gov
- Richard Morin    , 6863427420@filings.docketbird.com
- Kimberly S. Morris    kmorris@bakerlaw.com, hhammonturano@bakerlaw.com
- Rodney Allen Morris    Rodney.Morris2@usdoj.gov
- Joshua D. Morse    Joshua.Morse@dlapiper.com, docket@pillsburylaw.com
- Andrew H. Morton    andrew.morton@stoel.com, lisa.petras@stoel.com
- Thomas G. Mouzes    tmouzes@boutininc.com
- Thomas G. Mouzes    tmouzes@boutinjones.com
- Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- John Leland Murphree    LMurphree@maynardcooper.com, mshabpareh@maynardcooper.com
- Bennett J. Murphy    bmurphy@bennettmurphylaw.com
- Michael S. Myers    myersm@ballardspahr.com

| | |
|---|---|
| 1 | • David L. Neale    dln@lnbyg.com |
| | • David Neier    dneier@winston.com |
| 2 | • Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com |
| 3 | • Michael S. Neumeister    MNeumeister@gibsondunn.com |
| | • Howard S. Nevins    hnevins@hsmlaw.com |
| 4 | • Samuel A. Newman    sam.newman@sidley.com, laefilingnotice@sidley.com |
| 5 | • Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov |
| | • Mario R. Nicholas    mario.nicholas@stoel.com, ana.trask@stoel.com |
| 6 | • Sean Nolan    snolan@akingump.com, NYMCO@akingump.com |
| 7 | • Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com |
| | • Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com |
| 8 | • Alicia D. O'Neill    aoneill@wattsguerra.com, cwilson@wattsguerra.com |
| 9 | • Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com |
| | • Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov |
| 10 | • Aron M. Oliner    roliner@duanemorris.com, dmicros@duanemorris.com |
| 11 | • Matthew Jon Olson    matt@macfern.com, stell.laura@dorsey.com |
| | • Scott Olson    scott.olson@bclplaw.com |
| 12 | • Steven M. Olson    smo@smolsonlaw.com |
| 13 | • Aram Ordubegian    Ordubegian.Aram@ArentFox.com |
| | • Jose Antonio Ortiz    aortiz@jhwclaw.com |
| 14 | • Keith C. Owens    kowens@venable.com, bclark@venable.com |
| 15 | • Gabriel Ozel    , gabeozel@gmail.com |
| | • Amy S. Park    amy.park@skadden.com |
| 16 | • Marissa Parker    mparker@stradley.com |
| 17 | • Donna Taylor Parkinson    donna@parkinsonphinney.com |
| | • Peter S. Partee    ppartee@huntonak.com, candonian@huntonak.com |
| 18 | • Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, docket@ffwplaw.com |
| 19 | • Kenneth Pasquale    , mlaskowski@stroock.com |
| | • Larry Allan Peluso    pelusolaw@gmail.com, firm@pelusolaw.net |
| 20 | • Valerie Bantner Peo    vbantnerpeo@buchalter.com |
| 21 | • Yosef Peretz    , skim@peretzlaw.com |
| | • Christian A. Pereyda    CPereyda@maynardcooper.com, mshabpareh@maynardcooper.com |
| 22 | • Thomas R. Phinney    tom@parkinsonphinney.com |
| 23 | • R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com |
| | • M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com |
| 24 | • Estela O. Pino    epino@epinolaw.com, rmahal@epinolaw.com |
| 25 | • Gregory Plaskett    GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM |
| 26 | • Mark D. Plevin    mplevin@crowell.com |
| | • Steven G. Polard    spolard@eisnerlaw.com, calendar-lao@ropers.com |
| 27 | • Mark D. Poniatowski    ponlaw@ponlaw.com |
| 28 | • Cara M. Porter    cara.porter@doj.ca.gov, rachel.patu@doj.ca.gov |
| | • Christopher E. Prince    cprince@lesnickprince.com |

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

- Douglas B. Provencher    dbp@provlaw.com
- Amy C. Quartarolo    amy.quartarolo@lw.com
- Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins    justinrawlins@paulhastings.com
- Hugh M. Ray    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready    smeyer@farmerandready.com
- Caroline A. Reckler    caroline.reckler@lw.com
- David M. Reeder    david@reederlaw.com, secretary@reederlaw.com
- Steven J. Reisman    sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner    jreisner@irell.com, #-FirmPSDocketing@Steptoe.com
- Jack A. Reitman    , srichmond@lgbfirm.com
- Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- David J. Richardson    drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
- Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- David B. Rivkin    drivkin@bakerlaw.com, jmeeks@bakerlaw.com
- John R. Rizzardi    kcoselman@cairncross.com, tnguyen@cairncross.com
- Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov
- Michael Rogers    mrogers@lambertrogers.com, jan@lambertrogers.com
- Lawrence M. Rolnick    lrolnick@rksllp.com
- Jorian L. Rose    jrose@bakerlaw.com
- Laurence M. Rosen    lrosen@rosenlegal.com, zstanco@rosenlegal.com
- Paul M. Rosenblatt    prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- David A. Rosenzweig    david.rosenzweig@nortonrosefulbright.com
- Allan Robert Rosin    arrosin@alr-law.com
- Jay M. Ross    jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau    grougeau@brlawsf.com
- Jason C. Rubinstein    jrubinstein@fklaw.com, mclerk@fklaw.com
- Nathan Q. Rugg    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp    trupp@kbkllp.com
- Steven B. Sacks    ssacks@srclaw.com, ksieckman@srclaw.com
- Eric E. Sagerman    esagerman@bakerlaw.com
- Robert Sahyan    rsahyan@sheppardmullin.com, lsegura@sheppardmullin.com
- Gregory M. Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- Jonathan C. Sanders    jsanders@stblaw.com
- Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com
- Natalie Kathleen Sanders    natalie.sanders@bakerbotts.com
- Lovee Sarenas    Lovee.sarenas@lewisbrisbois.com
- Brandy A. Sargent    brandy.sargent@stoel.com, docketclerk@stoel.com
- Patricia Savage    psavesq@gmail.com, jodi.savage@gmail.com
- Caroline A.H. Sayers    caroline.sayers@lathropgpm.com, patricia.johnson@lathropgpm.com
- Sblend A. Sblendorio    sas@hogefenton.com

- Francis O. Scarpulla  fos@scarpullalaw.com, cpc@scarpullalaw.com
- Daren M Schlecter  daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider  bradley.schneider@mto.com
- Harvey S. Schochet  Harveyschochet@dwt.com
- Nathan A. Schultz  nschultzesq@gmail.com, kjarashow@goodwinlaw.com
- Lisa Schweitzer  lschweitzer@cgsh.com
- Eric J. Seiler  eseiler@fklaw.com, mclerk@fklaw.com
- James A. Shepherd   , lawofficesofjamesshepherd@jubileebk.net
- Leonard M. Shulman  lshulman@shbllp.com
- Andrew I. Silfen  andrew.silfen@arentfox.com
- Wayne A. Silver  w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Brandt Silver-Korn  bsilverkorn@edelson.com, docket@edelson.com
- Craig S. Simon  csimon@bergerkahn.com, aketcher@bergerkahn.com
- Gerald Singleton  gerald@slffirm.com, BKECFCANB@SLFfirm.com
- Steven J. Skikos  sskikos@skikos.com, mmontoya@skikos.com
- Michael K. Slattery  mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim  dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum  jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith  asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith  adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol  jdsokol@lawssl.com
- Daniel Solish  cocolaw@stancounty.com, solishd@stancounty.com
- Randye B. Soref  rsoref@polsinelli.com
- Joseph Sorkin  jsorkin@akingump.com, NYMCO@akingump.com
- Michael St. James  ecf@stjames-law.com
- Diane C. Stanfield  diane.stanfield@alston.com, nelly.villaneda@alston.com
- Howard J. Steinberg  steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner  harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt  lillian.stenfeldt@rimonlaw.com, docketing@rimonlaw.com
- Cheryl L. Stengel  clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern  dstern@ktbslaw.com
- Geoffrey S. Stewart  gstewart@jonesday.com, mmelvin@jonesday.com
- Alan J. Stone  AStone@milbank.com, DMcCracken@Milbank.com
- Jason D. Strabo  jstrabo@mwe.com
- Michael H. Strub  mstrub@ggtriallaw.com, mhstrub1@gmail.com
- Rebecca Suarez  rsuarez@crowell.com
- Brad T. Summers   , docketing-pdx@lanepowell.com
- Karin Swope  kswope@cpmlegal.com
- Kristine Theodesia Takvoryan  ktakvoryan@ckrlaw.com
- Derrick Talerico  dtalerico@ztlegal.com, sfritz@ztlegal.com
- Kesha Tanabe  kesha@tanabelaw.com
- Mary Ellmann Tang  mtang@frenchlyontang.com, nfears@frenchlyontang.com
- Dante Taylor  dtaylor@lbbklaw.com
- Elizabeth Lee Thompson  ethompson@stites.com, docketclerk@stites.com



- John C. Thornton   jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Elisa Tolentino   cao.main@sanjoseca.gov
- Meagan S. Tom   meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward J. Tredinnick   etredinnick@greeneradovsky.com
- Matthew Jordan Troy   matthew.troy@usdoj.gov
- Rocky C. Tsai   rocky.tsai@ropesgray.com, matthew.haut@ropesgray.com
- Michael Tye   Michael.Tye@usdoj.gov
- Gary D. Underdahl   gunderdahl@askllp.com, lmiskowiec@askllp.com
- Andrew Van Ornum   avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser   shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana   vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta   marta.villacorta@usdoj.gov
- Carol C. Villegas   cvillegas@labaton.com, NDonlon@labaton.com
- John A. Vos   InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Bao M. Vu   bao.vu@stoel.com, sharon.witkin@stoel.com
- Nicholas Wagner   kschemen@wagnerjones.com, bwagner@wagnerjones.com
- Jonathan D. Waisnor   jwaisnor@willkie.com, mao@willkie.com
- Rachel M. Walsh   rwalsh@goodwinlaw.com, tsutton@goodwinlaw.com
- Riley C. Walter   ecf@W2LG.com
- Phillip K. Wang   phillip.wang@rimonlaw.com
- Samuel M. Ward   sward@barrack.com, cfessia@barrack.com
- Philip S. Warden   philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- Gregory P. Waters   gwaters@elllaw.com, gregorywatersesq@gmail.com
- Guy L. Watts   gwatts@wattsguerra.com, cwilson@wattsguerra.com
- Mikal C. Watts   mcwatts@wattsguerra.com, cwilson@wattsguerra.com
- Lindsi M. Weber   lweber@polsinelli.com, yderac@polsinelli.com
- Joseph M. Welch   jwelch@buchalter.com, dcyrankowski@buchalter.com
- Todd J. Wenzel   todd@wenzellawoffices.com
- Meredith Werner   meredith.werner@clydeco.us
- David Walter Wessel   DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Joseph West   westjoseph@earthlink.net, josephw998@gmail.com
- Drew M. Widders   dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Jason P. Williams   , maryanne@wplgattorneys.com
- Eric R. Wilson   kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick   kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop   rebecca.winthrop@nortonrosefulbright.com, diana.cardenas@nortonrosefulbright.com
- David Wirt   david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans   rwitthans@fhlawllp.com
- Keith H. Wofford   keith.wofford@ropesgray.com, nova.alindogan@ropesgray.com
- Risa Lynn Wolf-Smith   rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Douglas Wolfe   asm@asmcapital.com
- Andrea Wong   wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher Kwan Shek Wong   christopher.wong@arentfox.com

- David A. Wood    dwood@marshackhays.com, lbuchanan@marshackhays.com
- Kirsten A. Worley    worleyk@higgslaw.com, admin@wlawcorp.com
- Kinga Wright    kinga.wright@lockelord.com, autodocket@lockelord.com
- Antonio Yanez    ayanez@willkie.com
- Cathy Yanni    cathy@cathyyanni.com, pstrunk@browngreer.com
- Andrew Yaphe    andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
- Stephanie Yee    syee@janglit.com, klockwood@janglit.com
- Tacie H. Yoon    tyoon@crowell.com
- Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com
- Eric G. Young    eyoung@dcalaw.com, Jackie@dcalaw.com
- Nicole M. Zeiss    nzeiss@labaton.com
- Paul H. Zumbro    mao@cravath.com
- Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com