```
 1  Steven M. Olson, Esq.
          State Bar No. 146120
 2  Jacob M. Faircloth, Esq.
          State Bar No. 305390
 3  BLUESTONE FAIRCLOTH & OLSON, LLP
    1825 4th Street
 4  Santa Rosa, CA 95404
    Telephone: (707) 526-4250
 5  Email: steve@bfolegal.com
    Attorney for Aztrack Construction Corporation
 6
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re | Case No. 19-30088-DM |
| | (Chapter 11) |
| PG&E CORPORATION, | |
|     Debtor. | |
| _____/ | |

**NOTICE OF CHANGE OF ADDRESS OF CREDITOR'S COUNSEL**

PLEASE TAKE NOTICE THAT the address for Steven M. Olson and Jacob Faircloth, counsel for Aztrack Construction Corporation, has changed. The new address is:

Steven M. Olson
Jacob M. Faircloth
Bluestone Faircloth & Olson, LLP
1825 4th Street
Santa Rosa, CA 95404
(707) 526-4250
steve@bfolegal.com
jacob@bfolegal.com

Dated: February 9, 2022        BLUESTONE FAIRCLOTH & OLSON, LLP

                                      */S/ Steven M. Olson*
                        BY: _____
                                  Steven M. Olson

**NOTICE OF CHANGE OF ADDRESS OF CREDITOR'S COUNSEL** - Page 1

# CERTIFICATE OF SERVICE

I reside in the County of Sonoma, State of California. I am over the age of 18 years and not a party to the within action. My business address is Bluestone Faircloth & Olson, LLP, 1825 4th Street, Santa Rosa, CA 95404.

On February 9, 2022, I served the within

**NOTICE OF CHANGE OF ADDRESS OF CREDITOR'S COUNSEL**

on the parties listed on the attached Service List. I served such parties in the manner described as follows:

/X/ (BY MAIL) I placed a copy of the document in sealed envelopes, with postage thereon fully prepaid for First Class Mail, addressed to such parties as have mailing addresses set forth on the attached Service List, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of Bluestone Faircloth & Olson, LLP, for processing of correspondence, the practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

/_/ (BY PERSONAL SERVICE) I caused the document to be delivered by hand to the address(es) noted on the attached Service List.

/_/ (BY FACSIMILE) I caused the document to be transmitted by facsimile machine to such parties as have facsimile numbers set forth on the attached Service List.

/_/ (BY EMAIL) I caused the document to be transmitted by Email to such parties as have Email addresses set forth on the attached Service List.

I declare under penalty of perjury, under the laws of the United States and of the State of California, that the foregoing is true and correct. Executed at Santa Rosa, California, on February 9, 2022.

*/S/ Steven M. Olson*
By: _____
Steven M. Olson

# SERVICE LIST

**Debtor**
PG&E Corporation
77 Beale Street
P.O. Box 770000
San Francisco, CA 94177

**NOTICE OF CHANGE OF ADDRESS OF CREDITOR'S COUNSEL** - Page 2