UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>    - and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>        Reorganized Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Xavi Flores, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On February 4, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on Unsecured Creditor Claim No. 7171, (MMLID: 8510549), Attn: Shirley Holcroft, Sam Cabrera, 2610 S Mariposa Rd., Apache Jct., AZ 85119-9252:

- Status Conference Statement regarding Reorganized Debtors' Seventy-Sixth Omnibus Objection to Claims – Claim of Willie & Ora Green (Claim No. 80673) [Docket No. 11544]

- Status Conference Statement regarding Reorganized Debtors' Seventy-Ninth Omnibus Objection to Claims – Claim of David Addington (Claim No. 3093) [Docket No. 11545]

- Reorganized Debtors' Status Conference Statement regarding Motion for Relief from Plan Injunction and Objection to Claim of Fulcrum Credit Partners, LLC [Docket No. 11546]

3. On February 4, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on Unsecured Creditor Claim No. 7657, (MMLID: 7962957), Attn: Joel A. Christison, P.O. Box 2635, Big River, CA 92242-2635:

- Scheduling Stipulation regarding the Amended Motion for Relief from Order by Default Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Eleventh and Thirteenth Securities Claims Omnibus Objections (Claims Barred by the Statute of Repose) [Docket No. 11749]

- Order Approving Stipulation by and among Reorganized Debtors and Claimants Laura Carlsen Reilly and Jason Carlsen [Docket No. 11750]

- Second Scheduling and Mediation Stipulation with respect to the City of Santa Clara DBA Silicon Valley Power's Motion to Compel Assumption or Rejection of Executory Contract Concerning the Grizzly Development and Mokelumne Settlement Agreement [Docket No. 11751]

- Order Approving Scheduling Stipulation regarding the Amended Motion for Relief from Order by Default Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Eleventh and Thirteenth Securities Claims Omnibus Objections (Claim Barred by the Statute of Repose) [Docket No. 11755]

- Order Approving Second Scheduling and Mediation Stipulation with respect to the City of Santa Clara DBA Silicon Valley Power's Motion to Compel Assumption or Rejection of Executory Contract Concerning the Grizzly Development and Mokelumne Settlement Agreement [Docket No. 11759]

- Order Disallowing Proofs of Claim #7659 and 104538 of Patricia McColm [Docket No. 11760]

4. On February 4, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on Unsecured Creditor Claim No. 7264, (MMLID: 7968760), Attn: Darlene Herring Jenkins, PO Box 512, Newberry Springs, CA 92365-0512:

- Order regarding Response by Juli Ward [Docket No. 11682]

- Seventh Stipulation by and between Reorganized Debtors and the United States of America regarding Deadline for Reorganized Debtors to Object to Claims [Docket No. 11715]

- Order Approving Seventh Stipulation by and between Reorganized Debtors and the United States of America regarding Deadline for Reorganized Debtors to Object to Claims [Docket No. 11718]

5. On February 4, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on Mary D. Houghton, (MMLID: 7938808), at an address that has been redacted in the interest of privacy:

- Reorganized Debtors' Report on Responses to Seventeenth Securities Claims Omnibus Objection (No Basis for Claim - Failure to Provide Any Trading Information) and Request for Order by Default as to Unopposed Objections [Docket No. 11699]

- Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Seventeenth Securities Claims Omnibus Objection (No Basis for Claim - Failure to Provide Any Trading Information) [Docket No. 11707]

6. On February 4, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on Unsecured Creditor Claim No. 7264, (MMLID: 6123752), Attn: Darlene Herring Jenkins, PO Box 512, Newberry Spgs, CA 92365-0512:

- Reply in Support of Reorganized Debtors' Seventy-Sixth Omnibus Objection to Claims with respect to Proof of Claim No. 80878 filed by Juli Ward [Docket No. 11711] ("**Reply in Support of Debtors' Seventy-Sixth Omnibus Objection to Claims**")

- Order Approving Stipulation to Continue Hearing and Modify Briefing Schedule regarding Reorganized Debtors' Seventy-Ninth Omnibus Objection to Claims – Claim of David Addington (Claim No. 3093) [Docket 11741]

- Order Disallowing and Expunging Claim No. 80878 (Juli Ward) Pursuant to Reorganized Debtor's Seventy-Six Omnibus Objection to Claims (No Liability / Passthrough Claims) [Docket No. 11742]

- Reorganized Debtors' Nineteenth Securities Claims Omnibus Objection (Duplicate Claims) [Docket No. 11743]

- Declaration of Justin R. Hughes in Support of Reorganized Debtors' Nineteenth Securities Claims Omnibus Objection (Duplicate Claims) [Docket No. 11744]

- Notice of Hearing of Reorganized Debtors' Nineteenth Securities Claims Omnibus Objection (Duplicate Claims) [Docket No. 11745]

- Order Disallowing and Expunging Claim No. 58462, filed October 17, 2019, of Spiro Jannings [Docket No. 11829]

7. On February 4, 2022, at my direction and under my supervision, employees of Prime Clerk caused the Reply in Support of Debtors' Seventy-Sixth Omnibus Objection to Claims to be served via first class mail on Unsecured Creditor Claim No. 7657, (MMLID: 7962957), Attn: Joel A. Christison, P.O. Box 2635, Big River, CA 92242-2635.

8. On February 4, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Unsecured Creditor Claim No. 7171, (MMLID: 8510549), Attn: Shirley Holcroft, Sam Cabrera, 2610 S Mariposa Rd., Apache Jct., AZ 85119-9252:

- Stipulation by and among Reorganized Debtors and Claimants Laura Carlsen Reilly and Jason Carlsen [Docket No. 11747]

9. On February 4, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on Unsecured Creditor Claim No. 7657, (MMLID: 7962957), Attn: Joel A. Christison, P.O. Box 2635, Big River, CA 92242-2635:

- Order Disallowing and Expunging Claim Nos. 6355 and 8275 (State of Connecticut Unclaimed Property Division) Pursuant to Reorganized Debtors' One Hundred Ninth Omnibus Objection to Claims (Books and Records Claims / Satisfied Claims) [Docket No. 11817]

- Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Eighteenth Securities Claims Omnibus Objection (Duplicate Claims) [Docket No. 11818]

Executed this 10th day of February 2022, at New York, NY.

/s/ Xavi Flores
Xavi Flores

4
Case: 19-30088    Doc# 11916    Filed: 02/10/22    Entered: 02/10/22 12:40:25    Page 4 of 4

SRF 59553