Richard A. Lapping (SBN: 107496)
TRODELLA & LAPPING LLP
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 399-1015
Facsimile: (415) 651-9004
*Rich@TrodellaLapping.com*

Attorneys for Todd Greenberg

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>PG&E CORPORATION,<br><br>  - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**STIPULATION BETWEEN CLAIMANT TODD GREENBERG AND REORGANIZED DEBTOR PACIFIC GAS AND ELECTRIC COMPANY TO CONTINUE TRIAL DATE FOR CLAIM NOS. 77335, 76081 AND 78381**<br><br>New Date: June 27-28, 2022<br>Time: 9:00 a.m.<br>Place: Via Zoom (Remote Trial)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

This stipulation (the "**Stipulation**") is hereby entered into between Reorganized Debtor Pacific Gas and Electric Company ("**PG&E**") and Claimant Todd Greenberg ("**Claimant**") by and through their respective counsel. PG&E and Claimant are referred to in this Stipulation collectively as the "Parties," and each as a "Party." The Parties hereby stipulate and agree as follows:

On December 21, 2021, the Court held a scheduling conference on the Reorganized

Debtors' objections to the claims filed by Claimant (See Claim Nos. 77335, 76018 and 78381, Fortieth Omnibus Objection to Claims (Dkt. No. 9455), and One Hundred Tenth Omnibus Objection to Claim (Dkt. No. 11420)) (the "**Greenberg Claims**"). Jennifer L. Dodge and Thomas B. Rupp appeared for the Reorganized Debtors. Richard A. Lapping appeared for the Claimant. At that conference , the Court scheduled a trial date for the Greenberg Claims on April 18-19, 2022, commencing at 9:00 A.M.

The Parties have met and conferred and hereby stipulate to continue the trial date to June 27-28, 2022, commencing at 9:00 A.M. The Parties will under separate cover submit their proposed revisions to the Court's Scheduling Order for Remote Trial.

SO STIPULATED.

Dated: February 10, 2022                TRODELLA & LAPPING LLP

By:  /s/ Richard A. Lapping
      Richard A. Lapping
      Attorneys for Todd Greenberg


LAW OFFICES OF JENNIFER L. DODGE INC.

By:  /s/ Jennifer L. Dodge
      Jennifer L. Dodge
      Attorneys for the Reorganized Debtors