Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2600
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619) 236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys for Phillip Schouboe, Yvette Hublow and Zachary McMillan

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:* | Case No: 19-30088(DM) |
| PG&E CORPORATION | |
| -and- | **CERTIFICATE OF SERVICE** |
| PACIFIC GAS AND ELECTRIC COMPANY | |
| Debtors. | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas & Electric | |
| ■ Affects Both Debtors | |
| _____ | |

# **CERTIFICATE OF SERVICE**

I, Bonnie E. Kane, declare

I am employed in San Diego County, California and am over the age of eighteen years and not a party to the within-entitled action. My business address is 402 W. Broadway, Suite 2600, San Diego, California 92101. On February 8, 2022, I served a copy of the following documents:

1. NOTICE OF HEARING ON MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1) TO DEEM THE CLAIM OF PHILLIP SCHOUBOE, YVETTE HUDLOW AND ZACHARY MCMILLAN TIMELY FILED;

2. MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1) TO DEEM THE CLAIM OF PHILLIP SCHOUBOE, YVETTE HUDLOW AND ZACHARY MCMILLAN TIMELY FILED;

3. EXHIBIT "A" TO MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1) TO DEEM THE CLAIM OF PHILLIP SCHOUBOE, YVETTE HUDLOW AND ZACHARY MCMILLAN TIMELY FILED.

4. DECLARATION OF PHILLIP SCHOUBOE IN SUPPORT OF MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(B)(1) TO DEEM CLAIM TIMELY FILED;

5. DECLARATION OF YVETTE HUDLOW IN SUPPORT OF MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1) TO DEEM CLAIM TIMELY FILED;

6. DECLARATION OF ZACHARY MCMILLAN IN SUPPORT OF MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 9006(b)(1) TO DEEM CLAIM TIMELY FILED;

by transmitting electronically through the Court's CM/ECF system.

In addition, I caused to be served via Electronic Mail all parties listed on Exhibit 1, except where indicated by U.S. Mail.

/ / / / / /

/ / / / /

/ / / /

/ / /

/ /

I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on February 11, 2022, at San Diego County, California.

        /s/ Bonnie E. Kane
        Bonnie E. Kane

**Exhibit 1**

**Counsel**

| | |
|---|---|
| The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company | 77 Beale Street<br>P. O. Box 77000<br>San Francisco, CA 94105<br>*Via First Class Mail* |
| Stephen Karotkin<br>Jessica Liou<br>Matthew Goren<br>Weil, Gotshal & Manges, LLP<br>Counsel for *Debtors* | stephen.karotkin@weil.com<br>jessica.liou@weil.com<br>matthew.goren@weil.com |
| Paul H. Zumbro<br>Kevin J. Orsini<br>Omid H. Nasab<br>George E. Zobitz<br>Stephen M. Kessing<br>Nicholas A. Dorsey<br>Cravath, Swaine & Moore LLP<br>Special Counsel to *Debtors* | pzumbro@cravath.com<br>korsini@cravath.com<br>onasab@cravath.com<br>jzobitz@cravath.com<br>skessing@cravath.com<br>ndorsey@cravath.com |
| Tobias Keller<br>Jane Kim<br>Keller Benvenutti Kim LLP<br>Counsel to *Debtors* | tkeller@kbkllp.com<br>jkim@kbkllp.com |
| James L. Snyder<br>Timothey Laffredi<br>Marta E. Villacorta<br>Office of the United States Trustee | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov |
| Kristopher M. Hansen<br>Erez E. Gilad<br>Matthew G. Garofalo<br>Frank Merola<br>Strook & Stroock & Lavan LLP<br>Counsel for the Administrative Agent Under the Debtors' Debtor-in-Possession Financing Facility | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>fmerola@stroock.com |
| Eli J. Vonnegut<br>David Schiff<br>Timothy Graulich<br>David Polk & Wardwell LLP<br>Counsel for the Collateral Agent | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |

**Served On**

| Counsel | Served On |
|---|---|
| Alan W. Kornberg<br>Brian S. Hermann<br>Walter R. Rieman<br>Sean A. Mitchell<br>Paul Weiss, Rifkind, Wharton & Garrison LLP<br>Counsel for the California Public Utilities Commission | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com |
| Bruce S. Bennett<br>Joshua M. Mester<br>James O. Johnson<br>Jones Day<br>555 South Flower Street, 50th Floor<br>Los angeles, CA 90071-2300<br>Counsel for the Shareholder Proponents | bbennett@jonesday.com<br>jmester@jonesday.com<br>jjohnston@jonesday.com<br>*and Via First Class Mail* |
| Shane Huang<br>Michael S. Tye<br>Rodney A. Morris<br>U.S. Department of Justice<br>Civil Division<br>Counsel to the Federal Energy Regulatory Commission | Shane.huang@usdoj.gov<br>michael.tye@usdoj.gov<br>Rodney.Morris2@usdoj.gov |
| Anita Ghosh Naber<br>Counsel to the U.S. Nuclear Regulatory Commission | anita.ghoshnaber@nrc.gov |
| Dennis F. Dunne<br>Samuel A. Khalil<br>Gregory A. Bray<br>Thomas R. Kreller<br>Milbank LLP<br>Counsel for the Official Committee of Unsecured Creditors | ddunne@milbank.com<br>skhalil@milbank.com<br>gbray@milbank.com<br>TKreller@milbank.com |
| Eric E. Sagerman<br>Lauren T. Attard<br>Robert A. Julian<br>Cecily A. Dumas<br>Baker & Hostetler LLP<br>Counsel for Official Committee of Tort Claimants | esagerman@bakerlaw.com<br>lattard@bakerlaw.com<br>rjulian@bakerlaw.com<br>cdumas@bakerlaw.com |

| | | |
|---|---|---|
| 1 | | |
| 2 | Danielle A. Pham | Danielle.pham@usdoj.com |
| 3 | U.S. Department of Justice | |
| | Interested Party United States on behalf | |
| 4 | Of the Federal Energy Regulatory | |
| | Commission | |
| 5 | | |
| 6 | Nuclear Regulatory Commission | *Via First Class Mail* |
| 7 | Attn: General Counsel | |
| | U.S. NRC Region IV | |
| 8 | 1600 E. Lamar Blvd. | |
| | Arlington, TX  76011 | |