STEVEN M. CAMPORA, ESQ. / SBN: 110909
ANDREA R. CROWL, ESQ. / SBN: 313624
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599
DBBWC-ESERVICE@dbbwc.com

Attorneys for Claimants

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 4:20-cv-07967-HSG |
| PG&E Corporation | Bankruptcy Case No. 3:19-bk-030088DM |
| -and- | Chapter 11 (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | **NOTICE OF APPEARANCE OF ANDREA R. CROWL AND REQUEST FOR NOTICE** |

PLEASE TAKE NOTICE pursuant to Bankruptcy Rules 2002 and 9010(b), Andrea R. Crowl, counsel for fire victim creditors, including, but not limited to, Lisa Delaine Allain, Thomas Atkinson, Chippewa Pest Control, Inc., Lara Balas, Adam Balogh, Brian Bolton, Sharon Britt and Heather Blowers hereby requests that all notices given or required to be given in the above captioned cases and all papers served or required to be served, be served on the undersigned:

   Andrea R. Crowl
   DREYER BABICH BUCCOLA WOOD CAMPORA, LLP
   20 Bicentennial Circle
   Sacramento, CA 95826
   Telephone: (916) 379-3500
   Facsimile: (916) 379-3599
   Email: acrowl@dbbwc.com

PLEASE TAKE FURTHER NOTICE that the foregoing request applies to and includes not only notices and papers referenced in the Bankruptcy Rules and the Bankruptcy Code, but also includes, without limitation, all orders, notices and pleadings relating to any application, motion, petition,

objection, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic mail, telex or otherwise that: (i) affects, or seeks to affect, or may potentially affect in any way, any rights or interests of any creditor or party in interest in these cases, including these individual creditors, (ii) affects, or seeks to affect (a) the above-captioned debtors and/or their estates or (b) property or proceeds thereof in the possession, custody or control of others that the debtors or their estates may seek to use; or (iii) requires or seeks to require any act, delivery of any property, payment or other conduct by these creditors.

Date: February 14, 2022        Respectfully submitted,

**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**

By: */s/ Andrea R. Crowl*
    ANDREA R. CROWL