**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
David Taylor (#247433)
(dtaylor@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**,<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>\* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF CANCELLATION OF FEBRUARY 15, 2022, 10:00 A.M. OMNIBUS HEARING**<br><br>Date: February 15, 2022<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Zoom Videoconference<br>   United States Bankruptcy Court<br>   Courtroom 17, 16th Floor<br>   San Francisco, CA 94102 |

**PLEASE TAKE NOTICE** that the following matters, which were scheduled to be heard in the above-captioned chapter 11 cases on February 15, 2022, at 10:00 a.m. (Pacific Time) (the **"Omnibus Hearing"**) have been resolved or continued.

**PLEASE TAKE FURTHER NOTICE** that, accordingly, the Omnibus Hearing is cancelled.

**I:** **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*RESOLVED AND CONTINUED MATTERS*

1. **DRRT Motion for Relief from Orders:** *Amended Motion for Relief from Orders by Default Disallowing and Expunging Proofs of Claims Pursuant to Reorganized Debtors' Eleventh and Thirteenth Securities Claims Omnibus Objections (Claims Barred by the Statute of Repose)* [**Dkt. 11734**].

    Status: This Motion has been continued to March 15, 2022, per Stipulation [**Dkt. 11915**] and Order [**Dkt. 11920**].

**Omnibus Claims Objections:**

2. **Seventy-Ninth (Books and Records Claims)** [**Dkt. 10673**]. This Omnibus Objection was granted as to most claims by **Dkt. 10858**. It has been continued to March 29, 2022, as to David Addington [**Dkts. 11879 and 11882**]. It has been continued to March 15, 2022, as to Marsh Landing, LLC [**Dkt. 11910**].

3. **One Hundred Eighth (PURPA Claims)** [**Dkt. 11230**]. This Omnibus Objection has been continued to March 2, 2022, per Stipulation [**Dkt. 11894**] and Order [**Dkt. 11901**].

**Late Claim Motions:**

4. **Marquette** [**Dkt. 11780**]. This matter has been resolved by Stipulation [**Dkt. 11802**] and taken off calendar by Order [**Dkt. 11811**].

5. **Galliher** [**Dkt. 11783**]. This matter has been resolved by Stipulation [**Dkt. 11803**] and taken off calendar by Order [**Dkt. 11813**].

6. **Schneider** [**Dkt. 11786**]. This matter has been resolved by Stipulation [**Dkt. 11804**] and taken off calendar by Order [**Dkt. 11814**].

7. **Tiedeman** [**Dkt. 11794**]. This matter has been resolved by Stipulation [**Dkt. 11805**] and taken off calendar by Order [**Dkt. 11815**].

8. **Schell** [**Dkt. 11819**]. This matter has been resolved by Stipulation [**Dkt. 11834**] and taken off calendar by Order [**Dkt. 11841**].

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (II) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: February 14, 2022

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: */s/ Thomas B. Rupp*
Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*