

| | |
|---|---|
| 1 | Richard A. Lapping (SBN: 107496) |
| | TRODELLA & LAPPING LLP |
| 2 | 540 Pacific Avenue |
| | San Francisco, CA 94133 |
| 3 | Telephone: (415) 399-1015 |
| | Facsimile: (415) 651-9004 |
| 4 | *Rich@TrodellaLapping.com* |

Signed and Filed: February 15, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Attorneys for Todd Greenberg

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

- and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

☐ Affects PG&E Corporation
☒ Affects Pacific Gas and Electric Company
☐ Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Bankruptcy Case No. 19-30088 (DM)

Chapter 11

(Lead Case) (Jointly Administered)

**ORDER APPROVING STIPULATION BETWEEN CLAIMANT TODD GREENBERG AND REORGANIZED DEBTOR PACIFIC GAS AND ELECTRIC COMPANY TO CONTINUE TRIAL DATE FOR CLAIM NOS. 77335, 76081 AND 78381**

**[Relates to Dkt. Nos. 9455, 11420]**

**[No Hearing Requested]**

Upon consideration of the stipulation (the "**Stipulation**") entered into between Reorganized Debtor Pacific Gas and Electric Company ("**PG&E**") and Claimant Todd Greenberg ("**Claimant**")") by and through their respective counsel regarding continuation of the trial date for the claims filed by Claimant (See Claim Nos. 77335, 76018 and 78381) (the "**Greenberg Claims**"), filed February 10, 2022 as Dkt. No. 11917 (the "Stipulation"), and good cause appearing,

IT IS HEREBY ORDERED:

1. Capitalized terms defined in the Stipulation have the same meaning when used in this

Order.

2. The Stipulation is approved.

3. The trial date with respect to the Greenberg Claims is continued from April 18-19, 2022 to June 27-28, 2022, commencing at 9:00 A.M.

Approved:

LAW OFFICES OF JENNIFER L. DODGE INC.

By: /s/ Jennifer L. Dodge
Jennifer L. Dodge
Attorneys for the Reorganized Debtors

*** END OF ORDER ***