**Exhibit 1**

**Duplicate Claims**

| | CLAIM TO BE DISALLOWED and EXPUNGED | | | | | SURVIVING CLAIM | | | |
|---|---|---|---|---|---|---|---|---|---|
| No. | Name and Address of Claimant | Claim# | Debtor | Claim Amount and Priority [1] | Basis For Objection | Name and Address of Claimant | Claim# | Debtor | Claim Amount and Priority |
| 1 | Barbara Coghill Trust<br>H Thomas Coghill<br>10260 N Calle Del Carnero<br>Oro Valley, AZ 85737 | 97862 | PG&E Corporation | Unsecured: $36,751.43 | Duplicate Claim | Barbara Coghill Trust<br>H Thomas Coghill<br>10260 N Calle Del Carnero<br>Oro Valley, AZ 85737 | 98541 | PG&E Corporation | Unsecured: $36,751.43 |
| 2 | Barma, Audrey Mae<br>22541 Bass Lake Rd<br>Plainfield, IL 60544 | 99820 | PG&E Corporation | Unsecured: $0.00 | Duplicate Claim | Audrey Mae Barma IRA<br>22541 Bass Lake Rd<br>Plainfield, IL 60544 | 99246 | PG&E Corporation | Unsecured: $0.00 |
| 3 | Boston Retirement Board<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107423 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Boston Retirement Board<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107422 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 4 | Estate of Gary F. Clifton<br>c/o Teresa D. Clifton, executrix<br>1011 Stonehouse Ridge Road<br>Bardstown, KY 40004 | 99876 | PG&E Corporation | Unsecured: $4,662.1 | Duplicate Claim | Estate or Gary F. Clifton<br>Teresa D. Clifton, Executrix<br>1011 Stonehouse Ridge Road<br>Bardstown, KY 40004 | 100120 | PG&E Corporation | Unsecured: $4,662.1 |
| 5 | HealthSpring of Alabama Inc. OBO HSPAL<br>Attn: Maria Turner A4ACT<br>900 Cottage Rd<br>Bloomfield, CT 06002 | 103056 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | HealthSpring of Alabama, Inc. OBO HSPAL<br>Attn: Maria Turner A4ACT<br>900 Cottage Grove Rd.<br>Bloomfield, CT 06002 | 103058 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 6 | IBRD Retired Staff Benefits Plan & Trust - Montgomery Core<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107454 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | IBRD Retired Staff Benefits Plan & Trust - Montgomery Core<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107443 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 7 | JANET RUTH GLASER TTEE , FBO THE JANET RUTH GLASER<br>REVOCABLE TRUST U/A/D 12-07-2009<br>240 PATIENCE WAY<br>MIDDLETOWN, DE 19709-5815 | 104537 | PG&E Corporation | Unsecured: $5,117.50 | Duplicate Claim | JANET RUTH GLASER REVOCABLE TRUST<br>MRS JANET RUTH GLASER TTEE<br>FBO THE JANET RUTH GLASER<br>REVOCABLE TRUST U/A/D 12-07-2009<br>240 PATIENCE WAY<br>MIDDLETOWN, DE 19709-5815 | 104871 | PG&E Corporation | Unsecured: $5,117.50 |
| 8 | LACERA - LA County Employees Retirement Assoc.<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107620 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | LACERA - LA County Employees Retirement Assoc.<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107655 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 9 | MMML Managed Volatility Fund<br>Goodwin Procter LLP<br>Kizzy L. Jarashow, Esq.<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018 | 100426 | PG&E Corporation | Unsecured: $0.00 | Duplicate Claim | MML Managed Volatility Fund<br>Goodwin Procter LLP<br>Kizzy L. Jarashow, Esq.<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018 | 100462 | PG&E Corporation | Unsecured: $0.00 |
| 10 | Pacific Rim-Fixed<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107337 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Pacific Rim-Fixed<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107339 | Pacific Gas and Electric Company | Unsecured: $0.00 |

[1] Claims listed as $0.00 seek an unliquidated amount.

| | Twentieth Securities Claims Omnibus Objection<br>(Duplicate Claims) | | | Exhibit 1 | | | | PG&E Corporation and Pacific Gas and Electric Company<br>Case No. 19-30088 (DM), Jointly Administered | |
|---|---|---|---|---|---|---|---|---|---|

| | CLAIM TO BE DISALLOWED and EXPUNGED | | | | | SURVIVING CLAIM | | | |
|---|---|---|---|---|---|---|---|---|---|
| No. | Name and Address of Claimant | Claim# | Debtor | Claim Amount and Priority | Basis For Objection | Name and Address of Claimant | Claim# | Debtor | Claim Amount and Priority |
| 11 | Pension Benefit Guaranty Corporation<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107346 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Pension Benefit Guaranty Corporation<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107352 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 12 | Providence Health & Services - Professional & General Liability<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107321 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Providence Health & Services - Workers Compensation<br>525 Market Street, Floor 12<br>San Francisco, CA 94105 | 107395 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 13 | Prudential VCAGI2007MCF<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107534 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Prudential VCAGI2007MCF<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107683 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 14 | SEI Investments Global, Ltd (SGMF)<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107386 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | SEI Investments Global, Ltd (SGMF)<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107421 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 15 | Sweet, Deborah L.<br>29951 Fox Hollow Rd.<br>Eugene, OR 97405 | 103312 | PG&E Corporation | Unsecured: $28,144.13 | Duplicate Claim | Sweet, Deborah L.<br>29951 Fox Hollow Rd.<br>Eugene, OR 97405 | 103707 | PG&E Corporation | Unsecured: $28,144.13 |
| 16 | The Estate of Craig E Delphey<br>c/o Stephanie South<br>800 E. Ocean Blvd., Unit 304<br>Long Beach, CA 90802 | 101646 | PG&E Corporation | Unsecured: $0.00 | Duplicate Claim | The Estate of Craig E Delphey<br>c/o Stephanie South<br>800 E. Ocean Blvd., Unit 304<br>Long Beach, CA 90802 | 101635 | PG&E Corporation | Unsecured: $0.00 |
| 17 | The State of Oregon by and through the Oregon Investment Council on behalf of the Common School Fund<br>Morgan, Lewis & Bockius LLP<br>Attn: Jennifer Feldsher & Shannon Wolf<br>101 Park Avenue<br>New York, , NY 10178 | 101072 | PG&E Corporation | Unsecured: $79,297.00 | Duplicate Claim | The State of Oregon by and through the Oregon Investment Council on behalf of the Common School Fund<br>Oregon State Treasury<br>c/o Michael Viteri<br>16290 SW Upper Boones Ferry Road<br>Tigard, OR 97224 | 102005 | PG&E Corporation | Unsecured: $79,297.00 |
| 18 | WEC Energy Group, Inc.<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107471 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | WEC Energy Group, Inc.<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107474 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 19 | Williams, Byard Owen<br>4293 Bright Bay Way<br>Ellicott City, MD 21042 | 104043 | PG&E Corporation | Unsecured: $8,001.00 | Duplicate Claim | WILLIAMS, BYARD OWEN<br>4293 BRIGHT BAY WAY<br>ELLICOTT CITY, MD 221042 | 103882 | PG&E Corporation | Unsecured: $8,001.00 |
| 20 | Zeccola, Donald<br>12301 Martha Ann Dr.<br>Los Alamitos, CA 90720 | 105812 | PG&E Corporation | Unsecured: $1,507.41 | Duplicate Claim | Zeccola, Donald<br>12301 Martha Ann Dr.<br>Los Alamitos, CA 90720 | 105806 | PG&E Corporation | Unsecured: $1,507.41 |