DOW W. PATTEN (135931)
Forthright Law, P.C.
50 California Street, Suite 1500
San Francisco, CA 94111-4612
Telephone (415) 228-6848
Facsimile (415) 228-6878

Attorneys for
ANGELA RAMIREZ

**UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA,**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re PG&E CORPORATION & PACIFIC GAS & ELECTRIC COMPANY, Debtors<br><br>ANGELA RAMIREZ, Creditor and Moving Party v. PACIFIC GAS & ELECTRIC COMPANY Debtor & Responding Party<br><br>[ ] Affects PG&E Corporation<br>[x] Affects Pacific Gas and Electric Company<br>[] Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088-DM, | **Bankruptcy Case No. 19-30088-DM**<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**DECLARATION OF DOW W. PATTEN IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Response Deadline:<br>March 1, 2022, 4:00 p.m. (PT)<br><br>Hearing Information If Timely Response Made:<br>Date: March 15, 2022<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Tele/Videoconference Appearances Only)<br><br>Dept: Courtroom 17, 16th Floor 450 Golden Gate Avenue San Francisco, CA 94102 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN, PLEASE TAKE NOTICE that on March 15, 2022 at 10:00 a.m. in Courtroom 17 of the above-entitled Court located at 450 Golden Gate Avenue, 16th Floor, Creditor Angela Ramirez will and hereby does move the Court for an Order Granting Relief from Automatic Stay. The Motion is based on

1

this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, and Declaration of Dow W. Patten in support.

The grounds for the motion are that Creditor Angela Ramirez's Complaint relates to conduct and adverse employment actions that occurred after the filing of this Chapter 11 case, and the balance of interests weigh in favor of that matter proceeding in Sacramento Superior Court.

Respectfully submitted this 16th day of February, 2022

FORTHRIGHT LAW, P.C.

*/s/ Dow W. Patten*
DOW W. PATTEN
Attorneys for Angela Ramirez