# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Reorganized Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Xavi Flores, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On February 8, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on Unsecured Creditor Claim No. 7264, Herring Jenkins Darlene, PO Box 512, Newberry Spgs, CA 92365-0512:

- Order Disallowing and Expunging Claim Nos. 6355 and 8275 (State of Connecticut Unclaimed Property Division) Pursuant to Reorganized Debtors' One Hundred Ninth Omnibus Objection to Claims (Books and Records Claims / Satisfied Claims) [Docket No. 11817]

- Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Eighteenth Securities Claims Omnibus Objection (Duplicate Claims) [Docket No. 11818]

- Stipulation Enlarging Time for Richard and Mamie Schell to File Proof of Claim [Docket No. 11834]

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 16th day of February 2022, at New York, NY.

/s/ Xavi Flores
Xavi Flores