KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

LITTLER MENDELSON P.C.
Elisa Nadeau (#199000)
(enadeau@littler.com)
50 West San Fernando Street, 7th Floor
San Jose, CA 95113
Tel: 408 961 7119
Fax: 408 516 8313

*Attorneys for the Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Reorganized Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **DECLARATION OF JANE KIM IN SUPPORT OF REORGANIZED DEBTORS' OPPOSITION TO MOTION FOR RELIEF FROM ORDER OF SPIRO JANNINGS** <br><br> **Related to Docket Nos.:** 11829 and 11871 <br><br> **Hearing Information:** <br> Date: March 2, 2022 <br> Time: 10:00 a.m. (Pacific Time) <br> Place: (Tele/Videoconference Appearances Only) <br> United States Bankruptcy Court <br> Courtroom 17, 16th Floor <br> San Francisco, CA 94102 |

I, Jane Kim, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a partner of Keller Benvenutti Kim LLP, counsel to PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Reorganized Debtors**" in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"). I submit this Declaration in support of the *Reorganized Debtors' Opposition to Motion for Relief from Order of Spiro Jannings* (the "**Opposition**"),[1] filed contemporaneously herewith.

2. Attached hereto as **Exhibit A** is a true and correct copy of the January 13, 2022 e-mail exchange between Ankey Thomas, the Court's judicial assistant, and Michael St. James, bankruptcy counsel for Spiro Jannings, regarding the Reorganized Debtors' Request for Order filed in connection with the Claim Objection. As counsel for the Reorganized Debtors, I was copied on these e-mails.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this sixteenth day of February, 2022, in Millbrae, California.

                                    */s/ Jane Kim*
                                    Jane Kim

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Opposition.