# EXHIBIT A

(January 13, 2022 E-mails Between Ankey Thomas and Michael St. James)

| From: | Michael St. James |
|---|---|
| To: | Ankey Thomas |
| Cc: | Jane Kim |
| Subject: | RE: 19-30088 PG&E Objection to Claim of Spiro Jannings |
| Date: | Thursday, January 13, 2022 4:19:17 PM |

Following the entry of a default Order, we intend to move for relief under Rules 60 and 59.

Best regards,
Michael St. James
St. James Law, P.C.
22 Battery Street, Suite 810
San Francisco, CA. 94111

*For the duration of the plague, feel free to call my cell: 415-225-0227.*
www.stjames-law.com
415-391-7566   voice
415-391-7568   fax
Board Certified:  Business Bankruptcy
American Board of Certification
Legal Specialist: Bankruptcy
State Bar of California

**From:** Ankey Thomas <Ankey_Thomas@canb.uscourts.gov>
**Sent:** Thursday, January 13, 2022 4:12 PM
**To:** Michael St. James <Michael@stjames-law.com>
**Cc:** Jane Kim <jkim@kbkllp.com>
**Subject:** 19-30088 PG&E Objection to Claim of Spiro Jannings

Mr. St. James:

Judge Montali has been asked to sign the default order disallowing Mr. Spiro Jannings' claim and taking the matter off the January 18 calendar.  Please advise if you have any objection.

Regards,
Ankey Thomas
Judicial Assistant to Hon. Dennis Montali
United States Bankruptcy Court
Northern District of California - San Francisco Division
450 Golden Gate Avenue, Mail Box 36099
San Francisco, CA 94102
Chambers: (415) 268-2320