KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

LITTLER MENDELSON P.C.
Elisa Nadeau (#199000)
(enadeau@littler.com)
50 West San Fernando Street, 7th Floor
San Jose, CA 95113
Tel: 408 961 7119
Fax: 408 516 8313

*Attorneys for the Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Reorganized Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> * All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **DECLARATION OF ELISA NADEAU IN SUPPORT OF REORGANIZED DEBTORS' OPPOSITION TO MOTION FOR RELIEF FROM ORDER OF SPIRO JANNINGS** <br><br> **Related to Docket Nos.:** 11829 and 11871 <br><br> **Hearing Information:** <br> Date: March 2, 2022 <br> Time: 10:00 a.m. (Pacific Time) <br> Place: (Tele/Videoconference Appearances Only) <br> United States Bankruptcy Court <br> Courtroom 17, 16th Floor <br> San Francisco, CA 94102 |

I, Elisa Nadeau, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am the attorney of record for Defendant Pacific Gas and Electric Company (the "**Utility**") in the civil case pending before the Santa Clara County Superior Court, *Jannings v. Pacific Gas and Electric Company*, erroneously sued as *"Pacific Gas & Electric"*, Case No. 17CV315033, (the "**State Court Action**") and have represented the Utility since its first appearance in that matter. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto. I submit this Declaration in support of the *Reorganized Debtors' Opposition to Motion for Relief from Order of Spiro Jannings* (the "**Opposition**"),[1] filed contemporaneously herewith.

2. Attached hereto as **Exhibit A** is a true and correct copy of an April 23, 2018 e-mail that I, as counsel for the Utility in the State Court Action, sent to Spiro Jannings, who at that time was proceeding *pro se* in the State Court Action.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this sixteenth day of February, 2022, in San Jose, California.

*/s/ Elisa Nadeau*
Elisa Nadeau

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Opposition.