CAIRNCROSS & HEMPELMANN
JOHN RIZZARDI (*pro hac vice*)
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Telephone: (206) 254-4444
Facsimile: (206) 587-2308
JRizzardi@cairncross.com
*Attorneys for Claimants*

THOMAS MELONE (*pro hac vice*)
ALLCO RENEWABLE ENERGY LIMITED
157 Church St., 19th Floor
New Haven, CT 06510
Telephone: (212) 681-1120
Facsimile: (801) 858-8818
Thomas.Melone@AllcoUS.com
*Attorneys for Claimants*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Reorganized Debtors, | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**REPLY DECLARATION OF THOMAS MELONE IN SUPPORT OF OPPOSITION TO REORGANIZED DEBTORS' ONE HUNDRED EIGHTH OBJECTION TO CLAIMS (PURPA CLAIMS) BY WINDING CREEK SOLAR LLC, FOOTHILL SOLAR LLC, HOLLISTER SOLAR LLC, KETTLEMAN SOLAR LLC, VINTNER SOLAR LLC, BEAR CREEK SOLAR LLC, and ALLCO RENEWABLE ENERGY LIMITED**<br><br>**Date: March 2, 2022**<br>**Time: 10:00 a.m. (Pacific Time)**<br>**Place: United States Bankruptcy Court**<br>**Courtroom 17, 16th Floor**<br>**San Francisco, CA 94102** |

I, Thomas Melone, declare as follows:

1. I am President of Allco Renewable Energy Limited ("Allco"). I represent the Claimants Winding Creek Solar LLC, Foothill Solar LLC, Hollister Solar LLC, Kettleman Solar LLC, Vintner Solar LLC, Bear Creek Solar LLC, and Allco (collectively, the "Claimants"). The facts set forth herein are based on my personal knowledge and if called as a witness I could competently testify thereto. This declaration is being provided in support of the Claimants' Sur-reply Memorandum of Points and Authorities in Opposition to Reorganized Debtors' One Hundred Eighth Objection to Claims (PURPA Claims).

2. Attached hereto as Exhibit A is PG&E's published list of contracts issued under the E-SRG and E-PWF programs, which is available at https://www.pge.com/includes/docs/word_xls/b2b/energysupply/wholesaleelectricsuppliersolicitation/standardcontractsforpurchase/Contract_Updates_Spreadsheet.xls.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF FLORIDA THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED this 17th day of February, 2022, at Delray Beach, Florida.

_____
THOMAS MELONE

{04437617.DOCX:1 }                    2                    REPLY DECLARATION OF THOMAS MELONE

# EXHIBIT A

| Project Name | E-SRG or E-PWF | Status | Capacity (kW) | Expected GWh/yr | Technology | Price ($/MWh) | Vintage | Term (yrs) | Location | Execution Date | 18-month COD Deadline | Current GCOD** | Actual COD | Achieved COD with 18 months |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Buckeye Hydroelectric Project | E-SRG | Online | 400 | 0-2.0 | Small Hydro | $92.71 | Existing | 20 | El Dorado County | 6/2/2008 | 12/2/2009 | N/A | 8/15/2008 | Yes |
| Tunnel Hill Hydroelectric Project | E-SRG | Online | 600 | 0-3.0 | Small Hydro | $96.96 | Existing | 20 | El Dorado County | 6/2/2008 | 12/2/2009 | N/A | 5/22/2009 | Yes |
| Castelanelli Bros. Biogas | E-SRG | Online | 300 | 0-1.3 | Digester Gas | $100.43 | Existing | 10 | Lodi | 6/11/2009 | 12/11/2010 | N/A | 6/17/2009 | Yes |
| Nevada Irrigation District (Combie North Powerhouse) | E-SRG | Online | 500 | 0-1.3 | Small Hydro | $105.37 | Existing | 15 | Grass Valley | 5/28/2009 | 11/28/2010 | N/A | 10/6/2009 | Yes |
| Snow Mountain Hydro,LLC (Lost Creek 1) | E-SRG | Online | 1,100 | 0-5.5 | Small Hydro | $101.75 | Existing | 10 | Shasta County | 12/18/2009 | 6/18/2011 | N/A | 1/1/2010 | Yes |
| Snow Mountain Hydro, LLC (Lost Creek 2) | E-SRG | Online | 500 | 0-2.5 | Small Hydro | $101.75 | Existing | 10 | Shasta County | 12/18/2009 | 6/18/2011 | N/A | 1/1/2010 | Yes |
| Nevada Irrigation District (Combie South Powerhouse) | E-SRG | Online | 1,500 | 0-3.9 | Small Hydro | $101.75 | Existing | 10 | Grass Valley | 11/23/2009 | 5/23/2011 | N/A | 5/1/2010 | Yes |
| Nevada Irrigation District (Scotts Flat Dam) | E-SRG | Online | 850 | 0-3.2 | Small Hydro | $84.48 | Existing | 10 | Nevada City | 4/6/2010 | 10/6/2011 | N/A | 6/1/2010 | Yes |
| Sierra Green Energy, LLC (SGE Site 1) | E-SRG | Online | 38 | 0-0.2 | Small Hydro | $113.90 | New | 20 | Grass Valley | 12/24/2009 | 6/24/2011 | N/A | 6/24/2010 | Yes |
| Santa Maria II | E-SRG | Online | 1,420 | 0-6.2 | Landfill gas | $95.91 | New | 15 | Santa Barbara County | 8/6/2008 | 2/6/2010 | N/A | 9/13/2010 | No |
| Blake's Landing Farms, Inc. (80 kw Generator) | E-SRG | Online | 80 | 0-0.6 | Digester Gas | $84.48 | Existing | 10 | Marin County | 9/24/2010 | 3/24/2012 | N/A | 11/2/2010 | Yes |
| Vecino Vineyards LLC | E-SRG | Online | 330 | 0-0.1 | Small Hydro | $94.65 | Existing | 15 | Mendocino County | 3/1/2010 | 9/1/2011 | N/A | 4/1/2011 | Yes |
| Ortigalita Power Company LLC | E-SRG | Online | 750 | 0-5.6 | Biomass | $110.46 | New | 15 | Merced County | 5/27/2009 | 11/27/2010 | N/A | 6/17/2011 | No |
| San Jose Water Company (Cox Ave Hydro) | E-SRG | Online | 112 | 0-0.6 | Small Hydro | $100.98 | Existing | 20 | Santa Clara County | 8/17/2011 | 2/17/2013 | N/A | 11/22/2011 | Yes |
| South Sutter Water (Vanjop No. 1) | E-PWF | Online | 395 | 0-2.0 | Small Hydro | $95.43 | Existing | 10 | Placer County | 12/23/2011 | 6/23/2013 | N/A | 1/24/2012 | Yes |
| Twin Valley Hydro (T&G Hydro) | E-SRG | Online | 520 | 0-2.6 | Small Hydro | $121.26 | Existing | 20 | Whitmore | 1/26/2010 | 7/26/2011 | N/A | 1/17/2012 | No |
| Calaveras Public Utility Disctrict (Calaveras Hydro #1) | E-PWF | Online | 90 | 0-0.4 | Small Hydro | $89.56 | Existing | 20 | Calaveras County | 3/9/2012 | 9/9/2013 | N/A | 4/1/2012 | Yes |
| Calaveras Public Utility Disctrict (Calaveras Hydro #2) | E-PWF | Online | 90 | 0-0.4 | Small Hydro | $89.56 | Existing | 20 | Calaveras County | 3/9/2012 | 9/9/2013 | N/A | 4/1/2012 | Yes |
| Calaveras Public Utility Disctrict (Calaveras Hydro #3) | E-PWF | Online | 90 | 0-0.4 | Small Hydro | $89.56 | Existing | 20 | Calaveras County | 3/8/2012 | 9/8/2013 | N/A | 4/1/2012 | Yes |
| Jackson Valley Irrigation District (Jackson Valley Hydo) | E-PWF | Online | 455 | 0-2.3 | Small Hydro | $89.56 | Existing | 20 | Amador County | 3/28/2012 | 9/28/2013 | N/A | 4/1/2012 | Yes |
| American Energy, Inc. (Wolfsen Bypass) | E-SRG | Online | 980 | 0-4.9 | Small Hydro | $92.08 | Existing | 10 | Merced | 10/10/2011 | 4/11/2013 | N/A | 5/1/2012 | Yes |
| American Energy, Inc. (San Luis Bypass) | E-SRG | Online | 600 | 0-3.0 | Small Hydro | $92.08 | Existing | 10 | Merced | 10/10/2011 | 4/11/2013 | N/A | 5/1/2012 | Yes |
| Browns Valley Irrigation District (Virginia Ranch Dam) | E-PWF | Online | 1,040 | 0-5.2 | Small Hydro | $76.88 | Existing | 10 | Yuba County | 3/22/2012 | 9/22/2013 | N/A | 4/12/2012 | Yes |
| NHL1 Solar, LLC (Nickel 1) | E-SRG | Online | 1,500 | 0-2.1 | Solar PV | $105.07 | New | 20 | Kern County | 7/15/2011 | 1/15/2013 | N/A | 11/28/2012 | Yes |
| GASNA 16P, LLC (La Joya Del Sol #1) | E-SRG | Online | 1,500 | 0-2.1 | Solar PV | $105.07 | New | 20 | Frenso County | 2/24/2011 | 8/24/2012 | N/A | 12/24/2012 | No |
| Hayworth-Fabian LLC (Oakley Executive Solar) | E-SRG | Online | 1,500 | 0-2.1 | Solar PV | $108.98 | New | 20 | Contra Costa County | 9/26/2011 | 3/26/2013 | N/A | 6/12/2013 | No |
| Yolo County (Grassland 3) | E-PWF | Online | 1,000 | 0-1.4 | Solar PV | $93.75 | New | 20 | Yolo County | 8/20/2012 | 2/20/2014 | N/A | 7/1/2013 | Yes |
| Yolo County (Grassland 4) | E-PWF | Online | 1,000 | 0-1.4 | Solar PV | $93.75 | New | 20 | Yolo County | 8/20/2012 | 2/20/2014 | N/A | 7/1/2013 | Yes |

| Project Name | E-SRG or E-PWF | Status | Capacity (kW) | Expected GWh/yr | Technology | Price ($/MWh) | Vintage | Term (yrs) | Location | Execution Date | 18-month COD Deadline | Current GCOD** | Actual COD | Achieved COD with 18 months |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pristine Sun Mosaic LLC (2065_Rogers) | E-SRG | Online | 250 | 0-0.7 | Solar PV | $108.98 | New | 20 | Tehama County | 8/17/2011 | 2/17/2013 | N/A | 7/12/2013 | No |
| Toro Energy of California - SLO, LLC (Toro SLO Landfill) | E-SRG | Online | 1,500 | 0-11.2 | Landfill gas | $108.98 | New | 20 | San Luis Obispo County | 8/31/2011 | 3/3/2013 | N/A | 7/21/2013 | No |
| Pristine Mosaic, LLC (2158_Stroing) | E-SRG | Online | 750 | 0-1.1 | Solar PV | $112.86 | New | 20 | Tehama County | 8/31/2011 | 3/3/2013 | 3/3/2014 | 10/2/2013 | No |
| Tulare PV II LLC (Kingsburg 1) | E-SRG | Online | 1,500 | 0-2.1 | Solar PV | $112.86 | New | 20 | Tulare County | 10/10/2011 | 4/11/2013 | 4/11/2014 | 12/30/2013 | No |
| Tulare PV II LLC (Kingsburg 2) | E-SRG | Online | 1,500 | 0-2.1 | Solar PV | $112.86 | New | 20 | Tulare County | 10/10/2011 | 4/11/2013 | 4/11/2014 | 12/30/2013 | No |
| Tulare PV II LLC (Kingsburg 3) | E-SRG | Online | 750 | 0-1.1 | Solar PV | $112.86 | New | 20 | Tulare County | 10/10/2011 | 4/11/2013 | 4/11/2014 | 12/31/2013 | No |
| Fresh Air Energy IV, LLC (Sonora 1) | E-SRG | Online | 1,500 | 0-1.4 | Solar PV | $112.86 | New | 20 | Tuolumne County | 7/15/2011 | 1/15/2013 | 1/15/2014 | 12/31/2013 | No |
| Pristine Sun Mosaic, LLC (2179_Smotherman) | E-SRG | Online | 250 | 0-0.7 | Solar PV | $112.86 | New | 20 | Sutter County | 8/31/2011 | 3/3/2013 | 3/3/2014 | 1/1/2014 | No |
| Bear Creek Solar , LLC (Bear Creek Solar Project) | E-SRG | Online | 1,500 | 0-2.1 | Solar PV | $112.86 | New | 20 | San Joaquin County | 8/31/2011 | 3/3/2013 | 3/3/2014 | 2/5/2014 | No |
| Pristine Sun Fund 5, LLC (2102_Christensen) | E-SRG | Online | 999 | 0-1.4 | Solar PV | $112.86 | New | 20 | Fresno County | 8/17/2011 | 2/17/2013 | 2/17/2014 | 2/7/2014 | No |
| Pristine Sun Fund 5 LLC (2041_Alvares) | E-SRG | Online | 250 | 0-0.4 | Solar PV | $112.86 | New | 20 | Tehama County | 8/31/2011 | 3/3/2013 | 3/3/2014 | 2/10/2014 | No |
| Pristine Sun Fund 5, LLC (2103_Hill) | E-SRG | Online | 750 | 0-1.1 | Solar PV | $112.86 | New | 20 | San Luis Obispo County | 8/31/2011 | 3/3/2013 | 3/3/2014 | 2/20/2014 | No |
| Pristine Sun Fund 5, LLC (2096_Cotton) | E-SRG | Online | 999 | 0-1.4 | Solar PV | $112.86 | New | 20 | Butte County | 8/31/2011 | 3/3/2013 | 3/3/2014 | 3/3/2014 | No |
| Pristine Sun Fund 5, LLC (2056_Jardine) | E-SRG | Online | 999 | 0-1.4 | Solar PV | $112.86 | New | 20 | San Luis Obispo County | 8/31/2011 | 3/3/2013 | 3/3/2014 | 3/3/2014 | No |
| Pristine Sun Fund 5, LLC (2059_Scherz) | E-SRG | Online | 500 | 0-1.1 | Solar PV | $112.86 | New | 20 | San Luis Obispo County | 8/31/2011 | 3/3/2013 | 3/3/2014 | 3/3/2014 | No |
| Ignite Solar LLC (Achomawi) | E-SRG | Online | 1,500 | 0-2.1 | Solar PV | $112.86 | New | 20 | Shasta County | 9/26/2011 | 3/26/2013 | 3/26/2014 | 3/5/2014 | No |
| Ignite Solar LLC (Ahjumawi) | E-SRG | Online | 1,500 | 0-2.1 | Solar PV | $112.86 | New | 20 | Shasta County | 9/26/2011 | 3/26/2013 | 3/26/2014 | 3/5/2014 | No |
| Pristine Sun Fund 5, LLC (2094_Buzzelle) | E-SRG | Online | 999 | 0-1.8 | Solar PV | $112.86 | New | 20 | Butte County | 8/31/2011 | 3/3/2013 | 3/3/2014 | 3/6/2014 | No |
| Vintner Solar , LLC (Vintner Solar Project) | E-SRG | Online | 1,500 | 0-2.1 | Solar PV | $112.86 | New | 20 | San Luis Obispo County | 10/10/2011 | 4/11/2013 | 4/11/2014 | 3/6/2014 | No |
| Kettleman Solar, LLC (Kettleman Solar Project) | E-SRG | Online | 1,000 | 0-1.4 | Solar PV | $112.86 | New | 20 | San Joaquin County | 10/10/2011 | 4/11/2013 | 4/11/2014 | 3/14/2014 | No |
| Pristine Sun Fund 5, LLC (2081_Terzian) | E-SRG | Online | 1,250 | 0-1.8 | Solar PV | $112.86 | New | 20 | Fresno County | 8/17/2011 | 2/17/2013 | 2/17/2014 | 6/17/2014 | No |
| Enerparc CA1, LLC (San Benito Smart Park) | E-SRG | Online | 1,499 | 0-2.1 | Solar PV | $112.86 | New | 20 | San Benito County | 9/26/2011 | 3/26/2013 | 3/26/2014 | 6/16/2014 | No |
| Cloverdale Solar 1, LLC (FSEC1) | E-SRG | Online | 1,500 | 0-2.1 | Solar PV | $108.98 | New | 20 | Sonoma County | 12/23/2011 | 6/23/2013 | 6/23/2014 | 6/26/2014 | No |
| Pristine Sun Fund 5 LLC (2113_Fritzjarrell) | E-SRG | Online | 999 | 0-1.4 | Solar PV | $112.86 | New | 20 | Shasta County | 8/17/2011 | 2/17/2013 | 2/17/2014 | 6/27/2014 | No |
| Pristine Sun Fund 5, LLC (2125_Jarvis) | E-SRG | Online | 999 | 0-1.4 | Solar PV | $112.86 | New | 20 | Butte County | 8/31/2011 | 3/3/2013 | 3/3/2014 | 6/27/2014 | No |
| Pristine Sun Fund 5, LLC (2127_Harris) | E-SRG | Online | 1,250 | 0-1.8 | Solar PV | $112.86 | New | 20 | Sutter County | 8/31/2011 | 3/3/2013 | 3/3/2014 | 12/2/2014 | No |
| WGL Energy Systems Inc. (Apex 646-460) | E-SRG | Online | 750 | 0-1.1 | Solar PV | $101.32 | New | 20 | Tulare County | 4/24/2013 | 10/24/2014 | 4/24/2015 | 1/14/2015 | No |
| Hollister Solar LLC (Hollister Project) | E-SRG | Online | 1,500 | 0-2.1 | Solar PV | $101.32 | New | 20 | San Benito County | 10/25/2012 | 4/25/2014 | 4/25/2015 | 4/17/2015 | No |

| Project Name | E-SRG or E-PWF | Status | Capacity (kW) | Expected GWh/yr | Technology | Price ($/MWh) | Vintage | Term (yrs) | Location | Execution Date | 18-month COD Deadline | Current GCOD** | Actual COD | Achieved COD with 18 months |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pristine Sun Fund 5, LLC (2097_Helton) | E-SRG | Online | 1,500 | 0-2.1 | Solar PV | $112.86 | New | 20 | Merced County | 8/17/2011 | 2/17/2013 | 2/17/2014 | 4/30/2015 | No |
| Merced Solar LLC (Merced Solar Project) | E-SRG | Online | 1,500 | 0-2.1 | Solar PV | $101.32 | New | 20 | Merced County | 11/21/2012 | 5/21/2014 | 5/21/2015 | 5/12/2015 | No |
| Mission Solar LLC (Mission Solar Project) | E-SRG | Online | 1,500 | 0-2.1 | Solar PV | $101.32 | New | 20 | Merced County | 1/7/2013 | 7/7/2014 | 7/7/2015 | 5/23/2015 | No |
| Bakersfield III, LLC (Bakersfield III) | E-SRG | Online | 1,400 | 0-2.0 | Solar PV | $101.32 | New | 20 | Kern County | 8/1/2013 | 2/1/2015 | 8/1/2015 | 7/28/2015 | No |
| Placer County Water Agency (Lincoln Metering and Hydroelectric Station) | E-PWF | Online | 320 | 0-1.6 | Small Hydro | $101.32 | New | 20 | Placer County | 6/20/2013 | 12/20/2014 | 6/20/2015 | 9/25/2015 | No |
| Fresno Cogeneration Partners, L.P. (Fresno Solar South) | E-SRG | Online | 1,500 | 0-2.1 | Solar PV | $101.32 | New | 20 | Fresno County | 4/24/2013 | 10/24/2014 | 10/24/2015 | 10/20/2015 | No |
| Fresno Cogeneration Partners, L.P. (Fresno Solar West) | E-SRG | Online | 1,500 | 0-2.1 | Solar PV | $101.32 | New | 20 | Fresno County | 4/24/2013 | 10/24/2014 | 10/24/2015 | 10/20/2015 | No |
| GL Sirius, LLC (Sirius Solar Project) | E-SRG | Online | 999 | 0-2.1 | Solar PV | $101.32 | New | 20 | Merced County | 4/24/2013 | 10/24/2014 | 10/24/2015 | 10/22/2015 | No |
| Green Light FIT 1, LLC ( Castor Solar Project) | E-SRG | Online | 1,500 | 0-2.1 | Solar PV | $105.09 | New | 20 | Kern County | 6/20/2013 | 12/20/2014 | 12/20/2015 | 4/7/2016 | No |
| Green Light Energy Corp. (Peacock Solar Project) | E-SRG | Online | 999 | 0-2.1 | Solar PV | $105.09 | New | 20 | Fresno County | 7/22/2013 | 1/22/2015 | 1/22/2016 | 2/1/2016 | No |
| Lemoore PV 1, LLC (Lemoore 1) | E-SRG | Online | 1,500 | 0-2.1 | Solar PV | $105.09 | New | 20 | Kings County | 8/1/2013 | 2/1/2015 | 2/1/2016 | 2/1/2016 | No |
| Oroville Solar, LLC (2192 Ramirez) | E-SRG | Online | 500 | 0-0.7 | Solar PV | $105.09 | New | 20 | Tehama County | 8/1/2013 | 2/1/2015 | 2/1/2016 | 2/11/2016 | No |
| Pristine Sun Fund 6, LLC (2154 Foote) | E-SRG | Online | 250 | 0-0.4 | Solar PV | $105.09 | New | 20 | Butte County | 8/1/2013 | 2/1/2015 | 2/1/2016 | 12/19/2016 | No |

**Total Subscription (MW)**
E-PWF: 4.480
E-SRG: 59.971

**Key**
Online
E-PWF