

Signed and Filed: February 16, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  Bill Robins III, Esq. (SBN 296101)
   Robert T. Bryson, Esq. (SBN 156953)
2  Rex Grady, Esq. (SBN 232236)
   **ROBINS CLOUD LLP**
3  808 Wilshire Blvd., Suite 450
   Santa Monica, California 90401
4  Telephone: (310) 929-4200
   Facsimile: (310) 566-5900
5
   Attorneys for Creditor, G. D., a minor child
6
   Matthew W. Grimshaw, Esq. (SBN 210424)
7  **GRIMSHAW LAW GROUP, P.C.**
   26 Executive Park, Ste. 250
8  Irvine, California 92614
   Telephone: (949) 734-0187
9  Facsimile: (208) 391-7860

10 Counsel for Robins Cloud LLP

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| and | |
| PACIFIC GAS AND ELECTRIC COMPANY | (Lead Case–Jointly Administered) |
| Debtors | **ORDER AUTHORIZING WITHDRAWAL OF COUNSEL** |
| Affects: | |
| ☐ PG&E Corporation | |
| ☐ Pacific Gas & Electric Company | |
| ☒ Both Debtors | |
| * All papers shall be filed in the Lead Case, No. 19-30088 (DM). | |

# ORDER PERMITTING THE ROBINS CLOUD FIRM TO WITHDRAW AS COUNSEL TO G. D., A MINOR CHILD

Upon consideration of the motion (the "Motion") of Robins Cloud LLP ("Firm") to withdraw as counsel to G. D., a minor child, pursuant to Rule 11-5 (a); and adequate notice of the Motion having been given; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion and the relief requested therein; and the Court having determined that the legal and factual grounds set forth in the Motion establish just cause for the relief requested in the Motion; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Firm is permitted to withdraw as counsel to G. D., a minor child ("Creditor").[1]

3. The Firm shall continue to forward documents regarding Claim No. 30573 to Creditor until Creditor appears in this matter (a) through new counsel or (b) in pro per.

*** END OF ORDER ***

---

[1] The Grimshaw Law Group, P.C. is not counsel to Creditor.

2
ORDER AUTHORIZING WITHDRAWAL OF COUNSEL
Case No. 19-30088 (DM)

Case: 19-30088    Doc# 11950    Filed: 02/16/22    Entered: 02/17/22 13:57:10    Page 2 of 3

# COURT SERVICE LIST

G. D., a minor child
c/o Rebecca Johnson
12370 SE Ash St., Apt. 121
Portland, OR 97233

G. D., a minor child
c/o Rebecca Johnson
3838 Windermere Ln
Oroville, CA 95965

1
CERTIFICATE OF SERVICE