| | |
|---|---|
| 1 | Barry S. Glaser (SBN 70968) |
| 2 | Salvato Boufadel LLP |
| 3 | 355 South Grand Avenue, Suite 2450 |
|   | Los Angeles, California 90071-9500 |
| 4 | Tel: (213) 423-0933 |
|   | Bglaser@salvatoboufadel.com |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

**The updated address information shown below applies to the bankruptcy cases and adversary proceedings appearing on the attached list.**

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** the address of Barry S. Glaser has changed. The new address is:

> Salvato Boufadel LLP
> 355 South Grand Avenue, Suite 2450
> Los Angeles, California 90071-9500
> Tel: (213) 423-0933
> Bglaser@salvatoboufadel.com

Please update your records accordingly.

Date: February 18, 2022

/s/ Barry S. Glaser
Signature

# Select a Case

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| Glaser, Barry S. (aty) (3 cases) | 13-30477 | Monica H. Hujazi | 7 | 03/01/13 | N / A | N / A |
| | 16-43182 | Maureen Lee | 11 | 11/16/16 | N / A | N / A |
| | 19-30088 | PG&E Corporation | 11 | 01/29/19 | N / A | N / A |