

Bill Robins III, Esq. (SBN 296101)
Robert T. Bryson, Esq. (SBN 156953)
Rex Grady, Esq. (SBN 232236)
**ROBINS CLOUD LLP**
808 Wilshire Blvd., Suite 450
Santa Monica, California 90401
Telephone: (310) 929-4200
Facsimile: (310) 566-5900

Attorneys for Creditor, Lacey Devereux

Matthew W. Grimshaw, Esq. (SBN 210424)
**GRIMSHAW LAW GROUP, P.C.**
26 Executive Park, Ste. 250
Irvine, California 92614
Telephone: (949) 734-0187
Facsimile: (208) 391-7860

Counsel for Robins Cloud LLP

**Signed and Filed: February 18, 2022**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | ) Case No. 19-30088 (DM) |
| PG&E CORPORATION, | ) Chapter 11 |
| and | ) |
| PACIFIC GAS AND ELECTRIC COMPANY | ) (Lead Case–Jointly Administered) |
| Debtors | ) |
|  | ) **ORDER AUTHORIZING** |
|  | ) **WITHDRAWAL OF COUNSEL** |
| Affects: | ) |
| ☐ PG&E Corporation | ) |
| ☐ Pacific Gas & Electric Company | ) |
| ☒ Both Debtors | ) |
| * All papers shall be filed in the Lead Case, No. 19-30088 (DM). | ) |

# ORDER PERMITTING THE ROBINS CLOUD FIRM TO WITHDRAW AS COUNSEL TO LACEY DEVEREUX

Upon consideration of the motion (the "Motion") of Robins Cloud LLP ("Firm") to withdraw as counsel to Lacey Devereux pursuant to Rule 11-5 (a); and adequate notice of the Motion having been given; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion and the relief requested therein; and the Court having determined that the legal and factual grounds set forth in the Motion establish just cause for the relief requested in the Motion; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Firm is permitted to withdraw as counsel to Lacey Devereux ("Creditor").[1]

3. The Firm shall continue to forward documents regarding Claim No. 30596 to Creditor until Creditor appears in this matter (a) through new counsel or (b) in pro per.

*** END OF ORDER ***

---

[1] The Grimshaw Law Group, P.C. is not counsel to Creditor.

**COURT SERVICE LIST**

Lacey Devereux
2170 Road E
Redwood Valley, CA 95470

1
CERTIFICATE OF SERVICE