UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>    - and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>        Reorganized Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On February 17, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Rebecca Johnson, 12370 SE Ash St., Apt. 121, Portland, OR 97233 and 3838 Windermere Ln Oroville, CA 95965:

- Order Authorizing Withdrawal of Counsel [Docket No. 11946]

3. On February 17, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on G. D., a minor child, c/o Rebecca Johnson, 12370 SE Ash St., Apt. 121, Portland, OR 97233 and 3838 Windermere Ln Oroville, CA 95965:

- Order Authorizing Withdrawal of Counsel [Docket No. 11950]

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 22nd day of February 2022, at New York, NY.

*/s/ Alain B. Francoeur*
Alain B. Francoeur

SBF 59844