WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **REORGANIZED DEBTORS' REPORT ON STATUS AND RESOLUTION WITH RESPECT TO CLAIMS IN THE REORGANIZED DEBTORS' EIGHTEENTH SECURITIES CLAIMS OMNIBUS OBJECTION (DUPLICATE CLAIMS)** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | [Re: Dkt. No. 11674, 11812, 11869] |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Resolving Objection Set for Hearing March 2, 2022 at 10:00 a.m. (Pacific Time)** |

# REPORT ON RESOLUTION OF CERTAIN CLAIMS

In advance of the March 2, 2022, 10:00 a.m. (Pacific Time) omnibus hearing (the "**Hearing**"), PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), hereby report on the status and resolution of claims in the following securities claims omnibus objection:

| Docket No. | Omnibus Objection |
|---|---|
| 11674 | *Reorganized Debtors' Eighteenth Securities Claims Omnibus Objection (Duplicate Claims)*, dated December 7, 2021 [Docket No. 11674] (the "**Objection**"). |

| Docket No. | Claimant | Claim Nos. | Resolution |
|---|---|---|---|
| Informal | Vanguard Claimants | 102273, 102541, 102464, 102276, 102546, 102516, 102556, 102502, 102554, 102490, 102550, 102561, 102465, 102559, 102449, 102213, 102469, 102462, 102461, 102484, 102480, 102565, 102456, 102498, 102596, 102444, 102451, 102455, 102298, 102296 | Claimants have WITHDRAWN these claims that are subject to the Objection, and therefore the Objection is moot as to these claims. |

Dated: February 23, 2022

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**

By: /s/ *Richard W. Slack*

Richard W. Slack

*Attorneys for Debtors and Reorganized Debtors*