Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2600
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619)236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys for John Venn and Kandi Venn

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br>        Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas & Electric<br><br>■ Affects Both Debtors<br><br>*All papers shall be filed in the Lead Case, No.19-30088 (DM)* | **Case No. 19-30088 (DM)**<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF JOHN VENN IN SUPPORT OF MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1) TO DEEM CLAIM TIMELY FILED**<br><br>Date: March 29, 2022<br>Time: 10:00 a.m.<br>Place: **To Be Held Telephonically**<br>      United States Bankruptcy Court<br>      Courtroom 17<br>      450 Golden Gate Avenue, 16th Floor<br>      San Francisco, CA<br>Judge: Honorable Dennis Montali<br><br>**Objection Deadline: March 22, 2022** |

I, John Venn, hereby declare and state as follows:

1. This declaration is based upon my personal knowledge unless otherwise indicated. If called upon to testify as to the matters stated herein, I could and would competently do so.

2. On the day of the Camp Fire I was living at 14752 Briarwood Dr., Magalia, California 95954 with my wife, Kandi Venn.

3. Due to the fast approaching fire my wife and I loaded up our three dogs and evacuated to Chico.

4. My wife Kandi Venn, attempted to submit a claim for us on Prime Clerk prior to the claim submission of February 26, 2021. The Prime Clerk had no record of our submission. I believed we were no longer eligible to file a claim against PG&E because their submission was not in the system.

5. I recently found out that I could request the Bankruptcy court to allow me to file a late claim for my emotional distress sustained in the fire.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed at Magalia, California, on February 24, 2022.

John Venn