1  Steven S. Kane, Esq., SBN: 061670
   Bonnie E. Kane, Esq., SBN: 167700
2  **THE KANE LAW FIRM**
   402 W. Broadway, Suite 2600
3  San Diego, CA 92101
   Telephone: (619) 236-8700
4  Facsimile: (619)236-1370
   E-mail: skane@thekanelawfirm.com
5  E-mail: bonnie@thekanelawfirm.com

6  Attorneys for John Venn and Kandi Venn

7           **UNITED STATES BANKRUPTCY COURT**

8           **NORTHERN DISTRICT OF CALIFORNIA**

9               **SAN FRANCISCO DIVISION**

10 *In re:*                                    )  **Case No. 19-30088 (DM)**
                                               )
11 PG&E CORPORATION                            )  Chapter 11
                                               )  (Lead Case)
12 -and-                                       )  (Jointly Administered)
                                               )
13 PACIFIC GAS AND ELECTRIC                    )  **DECLARATION OF KANDI VENN IN**
14 COMPANY                                     )  **SUPPORT OF MOTION PURSUANT TO**
             Debtors.                          )  **FEDERAL RULE OF BANKRUPTCY**
                                               )  **PROCEDURE 9006(b)(1)TO DEEM**
15 ☐Affects PG&E Corporation                   )  **CLAIM TIMELY FILED**
                                               )
16 ☐Affects Pacific Gas & Electric             )  Date:  March 29, 2022
                                               )  Time: 10:00 a.m.
17 ▪ Affects Both Debtors                      )  Place: **To Be Held Telephonically**
                                               )          United States Bankruptcy Court
18 *All papers shall be filed in the Lead Case,*)          Courtroom 17
19 *No.19-30088 (DM)*                          )          450 Golden Gate Avenue, 16th Floor
                                               )          San Francisco, CA
20 _____     )  Judge: Honorable Dennis Montali

21                                 **Objection Deadline: March 22, 2022**

22
        I,  Kandi Venn, hereby declare and state as follows:
23
        1. This declaration is based upon my personal knowledge unless otherwise indicated.  If
24
   called upon to testify as to the matters stated herein, I could and would competently do so.
25
        2. On the day of the Camp Fire I was living at 14752 Briarwood Dr., Magalia, California
26
   95954 with my husband John Venn.
27
        3. Due to the fast approaching fire my husband and I load up our three dogs and
28
   evacuated to Chico.

DocuSign Envelope ID: 4E97147A-98D2-446A-A8F2-38AA61B7F79E

1        4. I attempted to submit a claim for my husband and myself on Prime Clerk prior to the

2  claim submission of February 26, 2021. The Prime Clerk had no record of my submission. I

3  believed we were no longer eligible to file a claim against PG&E because their submission was

4  not in the system.

5        5. I recently found out that I could request the Bankruptcy court to allow me to file a late

6  claim for my emotional distress sustained in the fire.

7        I declare under penalty of perjury under the laws of the State of California and the United

8  States that the foregoing is true and correct.

9        Executed at Magalia, California, on February 24, 2022.

Kandi Venn