MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Creditor
U.S. TELEPACIFIC CORP.
dba TPx COMMUNICATIONS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE<br><br>PG&E CORPORATION,<br>              Debtor.<br><br>IN RE:<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>              Debtor. | Chapter 11 Bankruptcy Cases<br><br>19-30088-DM (Lead Case)<br>19-30089-DM<br>(Jointly Administered)<br><br>**MOTION TO REMOVE ATTORNEY FROM SERVICE LIST**<br><br>**Claims: 2528, 2509**<br><br>Hon. Dennis Montali |

     COMES NOW U.S. TelePacific Corp. dba TPx Communications, by and through its attorney of record of Macdonald Fernandez LLP, hereby requests that Iain A. Macdonald, Esq. be removed from Debtors' and the clerk of this Court's Service List, i.e., "Master Service List," and further request to be removed from any other mailings, emailing and service lists of counsel and parties to the noticed including, but not limited to, CM/ECF notification on this case according to the Bankruptcy Rules and Title 11 of the United States Code.

Dated: February 25, 2022       MACDONALD | FERNANDEZ LLP

                                         By:  /s/ Iain A. Macdonald
                                              Iain A. Macdonald, Attorneys for Creditor
                                              U.S. TELEPACIFIC CORP.
                                              dba TPx COMMUNICATIONS