**MACDONALD | FERNANDEZ** LLP
IAIN A. MACDONALD (SBN 051073)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Creditor
SURF TO SNOW ENVIRONMENTAL
RESOURCE MANAGEMENT, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE<br><br>PG&E CORPORATION,<br><br>Debtor. | Chapter 11 Bankruptcy Cases<br><br>19-30088-DM (Lead Case)<br>19-30089-DM<br>(Jointly Administered) |
| IN RE:<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>Debtor. | **MOTION TO REMOVE ATTORNEY FROM SERVICE LIST**<br><br>**Claims: 2442, 2548**<br><br>Hon. Dennis Montali |

COMES NOW Surf to Snow Environmental Resource Management, Inc., by and through its

attorney of record of Macdonald Fernandez LLP, hereby requests that Iain A. Macdonald, Esq. be

removed from Debtors' and the clerk of this Court's Service List, i.e., "Master Service List," and

further request to be removed from any other mailings, emailing and service lists of counsel and

parties to the noticed including, but not limited to, CM/ECF notification on this case according to the

Bankruptcy Rules and Title 11 of the United States Code.

Dated:  February 25, 2022         MACDONALD | FERNANDEZ LLP

By:   /s/ Iain A. Macdonald
Iain A. Macdonald, Attorneys for Creditor
SURF TO SNOW ENVIRONMENTAL RESOURCE
MANAGEMENT, INC.

1