MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Creditor
SURF TO SNOW ENVIRONMENTAL
RESOURCE MANAGEMENT, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE<br><br>PG&E CORPORATION,<br><br>Debtor. | Chapter 11 Bankruptcy Cases<br><br>19-30088-DM (Lead Case)<br>19-30089-DM<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |
|---|---|
| IN RE:<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtor. | |

I the undersigned state that I am employed in the City and County of San Francisco, State of California; that I am over the age of eighteen years and not a party to the within action; that my business address is 221 Sansome Street, San Francisco, California, 94104-2323.

On the date hereon, I served the foregoing document(s) described as:

1. **MOTION TO REMOVE ATTORNEY FROME SERVICE LIST**

on the interested parties in this action as follows:

[X] ECF RECIPIENTS

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on February 25, 2022, at San Francisco, California.

/s/ Brenda S. Johnson
BRENDA S. JOHNSON