| | |
|---|---|
| 1 | **WEIL, GOTSHAL & MANGES LLP** |
| 2 | Theodore E. Tsekerides (*pro hac vice*) |
|   | (theodore.tsekerides@weil.com) |
| 3 | Jessica Liou (*pro hac vice*) |
|   | (jessica.liou@weil.com) |
| 4 | Matthew Goren (*pro hac vice*) |
|   | (matthew.goren@weil.com) |
| 5 | 767 Fifth Avenue |
|   | New York, NY 10153-0119 |
| 6 | Tel: (212) 310-8000 |
|   | Fax: (212) 310-8007 |
| 7 | **KELLER BENVENUTTI KIM LLP** |
| 8 | Tobias S. Keller (#151445) |
|   | (tkeller@kbkllp.com) |
| 9 | Peter J. Benvenutti (#60566) |
|   | (pbenvenutti@kbkllp.com) |
| 10 | Jane Kim (#298192) |
|    | (jkim@kbkllp.com) |
| 11 | 650 California Street, Suite 1900 |
|    | San Francisco, CA 94108 |
| 12 | Tel: (415) 496-6723 |
|    | Fax: (650) 636 9251 |

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **SCHEDULING STIPULATION WITH RESPECT TO ANGELA RAMIREZ'S MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | **Related Docket No.: 11396** |
| ☑ Affects both Debtors | |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

**WHEREAS**, on January 29, 2019, PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**" and, together with PG&E Cop., the "**Debtors**" or "**Reorganized Debtors**", as applicable), commenced with the Court voluntary cases under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). The *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated June 19, 2020* [Docket No. 8048] (the "**Plan**") was confirmed by Order of the Court dated June 20, 2020 [Docket No. 8053] (the "**Confirmation Order**"). The Plan became effective on July 1, 2020.

**WHEREAS**, on February 16, 2022, Angela Ramirez ("**Ramirez**," and together with the Reorganized Debtors, the "**Parties**") filed the *Motion for Relief from Automatic Stay* [Docket No. 11936] (the "**Motion**"), which noticed a response deadline of March 1, 2022, and a hearing date of March 15, 2022 (the "**Hearing Date**").

**WHEREAS,** the Parties have conferred and agreed to a revised schedule for the Motion.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, THROUGH THE UNDERSIGNED, THE PARTIES JOINTLY REQUEST THE BANKRUPTCY COURT TO ORDER, THAT:**

1. The Hearing Date shall be continued to March 29, 2022 at 10:00 am (Prevailing Pacific Time). The March 15, 2022 hearing on the Motion is taken off the Court's calendar.

2. Reorganized Debtors' response to the Motion must be filed with the Court by March 15, 2022.

3. Nothing herein prevents the Parties from agreeing to a further adjustment of the above schedule, subject to Court approval.

4. This Stipulation shall constitute the entire agreement and understanding of the Parties relating to the subject matter hereof.

5. This Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same agreement.

6. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 25, 2022 | Dated: February 25, 2022 |
| 3 | KELLER BENVENUTTI KIM LLP | FORTHRIGHT LAW, P.C. |
| 4 | | |
| 5 | /s/ David A. Taylor<br>David A. Taylor | /s/ Dow W. Patten<br>Dow W. Patten |
| 6 | *Attorneys for Debtors* | *Attorneys for Angela Ramirez* |
| 7 | *and Reorganized Debtors* | |