UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>   - and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>         Reorganized Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Sonia Akter, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On February 22, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Lacey Devereux, 2170 Road E, Redwood Valley, CA 95470:

- Order Authorizing Withdrawal of Counsel [Docket No. 11952]

3. On February 22, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on N. P., a minor child, c/o Lacey Devereux, 2170 Road E, Redwood Valley, CA 95470:

- Order Authorizing Withdrawal of Counsel [Docket No. 11953]

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 25th day of February 2022, at New York, NY.

*/s/ Sonia Akter*
Sonia Akter