# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 3/3/2022 | |
| Case: 19–30088 | Form ID: NFPA | Total: 7 | |

**Recipients of Notice of Electronic Filing:**

aty     Jane Kim     jkim@kbkllp.com
aty     Paul H. Zumbro     mao@cravath.com
aty     Tobias S. Keller     tkeller@kbkllp.com

                                                                                                                          TOTAL: 3

**Recipients submitted to the Claims Agent (Prime Clerk):**

aty     Jessica Liou     Weil, Gotshal & Manges LLP     767 Fifth Avenue     New York, NY 10153
aty     Stephen Karotkin     Weil, Gotshal & Manges LLP     767 Fifth Avenue     New York, NY 10153
           William F. Weidman, III     108 Connolly Rd., #136     P.O. Box 136     Benson, MD 21018
           George E. Zobitz     Cravath, Swaine & Moore LLP     825 Eighth Ave.     New York, NY 10019

                                                                                                                            TOTAL: 4