# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: admin | Date Created: 3/3/2022 |
| Case: 19−30088 | Form ID: TRANSC | Total: 6 |

**Recipients of Notice of Electronic Filing:**

aty     Annadel A. Almendras     annadel.almendras@doj.ca.gov
aty     Jane Kim     jkim@kbkllp.com
aty     Paul J. Pascuzzi     ppascuzzi@ffwplaw.com
aty     Thomas Melone     Thomas.Melone@gmail.com

TOTAL: 4

**Recipients submitted to the Claims Agent (Prime Clerk):**

aty     Danette E. Valdez     Office of the Attorney General     455 Golden Gate Ave. #11000     San Francisco, CA 94102−7005
       THOMAS MELONE, ESQ.     Allco Renewable Energy Limited     157 Church Street, 19th Floor     New Haven, CT 06510

TOTAL: 2