
KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

Signed and Filed: March 3, 2022

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER APPROVING THIRD STIPULATION TO CONTINUE HEARING AND MODIFY BRIEFING SCHEDULE REGARDING REORGANIZED DEBTORS' SEVENTY-NINTH OMNIBUS OBJECTION TO CLAIMS – CLAIM OF DAVID ADDINGTON (CLAIM NO. 3093)**<br><br>**[Related to Docket No. 10673]** |

The Court having considered the *Third Stipulation to Continue Hearing and Modify Briefing Schedule Regarding Reorganized Debtors' Seventy-Ninth Omnibus Objection to Claims – Claim of David Addington (Claim No. 3093)*, dated March 1, 2021 (the "**Stipulation**"),[1] entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") on the one hand, and Creditor David P. Addington ("**Addington**") on the other hand; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved. The Scheduling Order is further modified as set forth below.

2. Mr. Addington's response brief will be filed with the Court and served by e-mail on counsel for the Reorganized Debtors no later than April 1, 2022.

3. The Reorganized Debtors' reply brief will be filed no later than May 3, 2022.

4. The hearing on the Reorganized Debtors' objection to the claim of Mr. Addington is continued to **May 10, 2022**, at 10:00 a.m. (Pacific Time).

5. A scheduling conference will be held on **March 29, 2022**, at 10:00 a.m. to consider any further amendments to the Scheduling Order, provided that if Mr. Addington does not require any additional time he may notify the courtroom deputy and counsel for the Reorganized Debtors by e-mail no later than March 22, and the scheduling conference will be taken off calendar.

*** END OF ORDER ***

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

## COURT SERVICE LIST

David P. Addington
298 Saint James Drive
Piedmont, CA 94611