Richard A. Lapping (SBN: 107496)
TRODELLA & LAPPING LLP
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 200-9407
Facsimile: (415) 651-9004
 *Rich@TrodellaLapping.com*

Attorneys for Todd Greenberg

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br>     - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ **Affects PG&E Corporation** <br> ☒ **Affects Pacific Gas and Electric Company** <br> ☐ **Affects both Debtors** <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **CREDITOR TODD GREENBERG'S MOTION TO AMEND CLAIMS NUMBERED 77335 AND 76018** <br><br> Date: April 1, 2022 <br> Time: 10:30 a.m. <br> Place: Courtroom 17 <br> 450 Golden Gate Avenue, 16th Floor <br> San Francisco, California <br> Judge: Hon. Dennis Montali <br> **Via Tele/Video Conference** |

Trodella & Lapping LLP
540 Pacific Avenue
San Francisco, CA 94133

Creditor Todd Greenberg ("Greenberg") moves the Court to permit Greenberg to file amendments of his claims numbered 77335 and 76018 (the "Claims") in the form as set forth in attached Exhibits 1 and 2.

**PLEASE TAKE NOTICE THAT** a hearing to be conducted via telephone or video has been scheduled for **April 1, 2022 at 10:30 a.m.** (the "Hearing"), before the Honorable Dennis Montali, United States Bankruptcy Judge, to consider **Creditor TODD GREENBERG'S Motion to Amend Claims Numbered 77335 and 76018 (the "Motion").**

**PLEASE TAKE FURTHER NOTICE THAT** the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Local Rule 9014-1(c)(1), any opposition to the relief requested in the Motion must be filed with the Clerk of the Court and be served on the moving party no later than **March 18, 2022**.

**PLEASE TAKE FURTHER NOTICE** that the Court may deem the failure of any party in interest to file a timely objection to the Motion to constitute consent to the relief requested in such Motion.

Dated: March 4, 2022                                             TRODELLA & LAPPING LLP

                                                                 By:    /s/ *Richard A. Lapping*
                                                                        Richard A. Lapping
                                                                        Attorneys for Todd Greenberg