UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On March 3, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served (1) via first class mail on the Notice Parties Service List attached hereto as **Exhibit A**; and (2) via email on Jane Kim (jkim@kbkllp.com), Paul H. Zumbro (mao@cravath.com), & Tobias S. Keller (tkeller@kbkllp.com):

- Notice of Failure to Perfect Appeal [Docket No. 11985]

3. On March 3, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Danette E. Valdez, Office of the Attorney General, 455 Golden Gate Ave. #11000 San Francisco, CA 94102-7020; and Thomas Melone, Esq., Allco Renewable Energy Limited, 157 Church Street, 19th Floor New Haven, CT 06510-2100:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction [Docket No. 11986]

4. I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

5. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 7th day of March 2022, at New York, NY.

*/s/ Alain B. Francoeur*
Alain B. Francoeur

SRF 60098

# **Exhibit A**

Exhibit A
Notice Parties Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| Cravath, Swaine & Moore LLP | George E. Zobitz | 825 Eighth Ave. | New York | NY | 10019 |
| Weil, Gotshal & Manges LLP | Jessica Liou | 767 Fifth Avenue | New York | NY | 10153 |
| Weil, Gotshal & Manges LLP | Stephen Karotkin | 767 Fifth Avenue | New York | NY | 10153 |
| William F. Weidman, III | 108 Connolly Rd., #136 | P.O. Box 136 | Benson | MD | 21018 |