

**Signed and Filed: March 8, 2022**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>     - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>     Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>     Electric Company<br>☒ Affects both Debtors<br><br>* _All papers shall be filed in the Lead Case, No. 19-30088 (DM)._ | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER DENYING DEBTORS' MOTION FOR ENTRY OF AN ORDER MODIFYING PLAN INJUNCTION AND COMPELLING ARBITRATION OF CLAIM OF CALIFORNIA DEPARTMENT OF WATER RESOURCES**

For the reasons stated in the Memorandum Decision Regarding Dispute Between Debtors and The California Department of Water Resources being issued concurrently, the _Motion of the Reorganized Debtors for Entry of an Order Modifying Plan_

-1-

*Injunction and Compelling Arbitration of Claim of California Department of Water Resources* (Dkt. 11896) is DENIED.

**\*\*END OF ORDER\*\***