WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>   - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                                              **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF CONTINUED HEARING WITH RESPECT TO CLAIMS IN THE REORGANIZED DEBTORS' EIGHTEENTH SECURITIES CLAIMS OMNIBUS OBJECTION (DUPLICATE CLAIMS)**<br><br>[Re: Dkt. Nos. 11674, 11812, 11869, 11968]<br><br>Date: April 12, 2022<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Tele/Videoconference Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (the "**Debtors**," or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** by order dated June 20, 2020, the Bankruptcy Court confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated June 19, 2020* [Docket No. 8048] (the "**Plan**"). The Plan became effective on July 1, 2020.

**PLEASE TAKE FURTHER NOTICE** that on January 25, 2021, the Bankruptcy Court entered the *Order Approving Securities ADR and Related Procedures for Resolving Subordinated Securities Claims* [Docket No. 10015] (the "**Securities Claims Procedures Order**"), pursuant to which the Bankruptcy Court established procedures by which the Debtors and Reorganized Debtors could file objections to multiple Subordinated Securities Claims (as defined therein).

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Securities Claims Procedures Order, the Reorganized Debtors filed the *Reorganized Debtors' Eighteenth Securities Claims Omnibus Objection (Duplicate Claims)* [Docket No. 11674] (the "**Eighteenth Securities Claims Omnibus Objection**") and received informal responses, including the informal response identified below (the "**Eighteenth Securities Claims Omnibus Objection Response**"):

| Omnibus Objection | Objection Filed | Original Response Deadline | Response Received | Claim Numbers | Current Hearing Date | Continued Hearing Date |
|---|---|---|---|---|---|---|
| Eighteenth Securities Claims Omnibus Objection | December 7, 2021 | January 4, 2022, at 4:00 p.m. (Pacific Time) | Hartford Claimants | 100707, 101156, 101955, 101917, 101781 | March 15, 2022, at 10:00 a.m. (Pacific Time) | April 12, 2022, at 10:00 a.m. (Pacific Time) |

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Eighteenth Securities Claims Omnibus Objection *solely with respect to the specific claims identified* will be **further continued** to the omnibus hearing on April 12, 2022, at 10:00 a.m. (Pacific Time). The formal response deadline *solely*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1  *with respect to the specific claims identified* is further extended to March 29, 2022, at 4:00 p.m. (Pacific
2  Time).

3  **PLEASE TAKE FURTHER NOTICE** that copies of each document identified herein can be
4  viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by
5  contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102,
6  or (iii) from the Reorganized Debtors' notice and claims agent, Prime Clerk LLC, at
7  https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties;
8  or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a
9  PACER password is needed to access documents on the Bankruptcy Court's website.

10  Dated: March 8, 2022

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**

By:  */s/ Richard W. Slack*

Richard W. Slack

*Attorneys for Debtors and Reorganized Debtors*