UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>- and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>Reorganized Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Nuno Cardoso, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On March 10, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on Apex Natural Renewable Generation, LLC (MMLID#5860493), Rubin and Rudman LLP, c/o George R. Pitts, 53 State St #15, Boston, MA 02109-2820:

- Reorganized Debtors' Request for Orders by Default as to Unopposed Objections in Eighth and Fifteenth Omnibus Objections to Claims [Docket No. 9518]

- Notice of Continued Hearing on Certain of the Reorganized Debtors' Omnibus Objections to Claims [Docket No. 10009]

3. I have reviewed the Notices of Electronic Filing for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 11th day of March 2022, at New York, NY.

                                            */s/ Nuno Cardoso*
                                            Nuno Cardoso