**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:  (212) 310-8000
Fax:  (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:  (415) 496-6723
Fax:  (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR MARCH 15, 2022, 10:00 A.M. OMNIBUS HEARING**<br><br>Date:  March 15, 2022<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  Zoom Videoconference<br>   United States Bankruptcy Court<br>   Courtroom 17, 16th Floor<br>   San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR
MARCH 15, 2022, 10:00 A.M. (PACIFIC TIME)
OMNIBUS HEARING**

**I:** **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*CONTESTED MATTERS GOING FORWARD*

    1.    **DRRT Motion for Relief from Orders:** *Amended Motion for Relief from Orders by Default Disallowing and Expunging Proofs of Claims Pursuant to Reorganized Debtors' Eleventh and Thirteenth Securities Claims Omnibus Objections (Claims Barred by the Statute of Repose)* [**Dkt. 11734**].

    Responses Filed:

    A.    Reorganized Debtors' Opposition to the DRRT Claimants' Motion for Reconsideration [**Dkt. 11867**].

    B.    Declaration of Herb Baer in Support of Reorganized Debtors' Opposition to the DRRT Claimants' Motion for Reconsideration [**Dkt. 11868**].

    Related Documents:

    C.    Reply in Support of Amended Motion for Relief from Orders by Default Disallowing and Expunging Proofs of Claims Pursuant to Reorganized Debtors' Eleventh and Thirteenth Securities Claims Omnibus Objections (Claims Barred by the Statute of Repose) [**Dkt. 11911**].

    Related Orders:

    D.    Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Eleventh Securities claims Omnibus Objection (Claims Barred by the Statute of Repose) [**Dkt. 11216**].

    E.    Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Thirteenth Securities claims Omnibus Objection (Claims Barred by the Statute of Repose) [**Dkt. 11315**].

    F.    Order Approving Scheduling Stipulation Regarding the Amended Motion for Relief from Orders by Default Disallowing and Expunging Proofs of Claims Pursuant to Reorganized Debtors' Eleventh and Thirteenth Securities Claims Omnibus Objections (Claims Barred by the Statue of Repose) [**Dkt. 11755**].

    G.    Order Approving Scheduling Stipulation Regarding the Amended Motion for Relief from Orders by Default Disallowing and Expunging Proofs of Claims Pursuant to Reorganized Debtors' Eleventh and Thirteenth

Securities Claims Omnibus Objections (Claims Barred by the Statue of Repose) [**Dkt. 11920**].

H. Docket Text Order on March 13, 2022.

<u>Status</u>: This matter is going forward on a contested basis.

*RESOLVED AND CONTINUED MATTERS*

2. **Ramirez Motion for Relief from Plan Injunction:** *Motion for Relief from Automatic Stay* [**Dkt. 11936**].

<u>Status</u>: This matter has been continued to March 29, 2022, by Stipulation [**Dkt. 11974**] and Order [**Dkt. 11978**].

**Securities Omnibus Claims Objection:**

3. **Eighteenth (Duplicate Claims)** [**Dkt. 11674**]. This Securities Omnibus Objection was granted as to all Claims (except those discussed below) by **Dkt. 11818**. This matter has been resolved as to the Claims listed in **Dkt. 11967**. It has been continued to April 12, 2022, as to the Claims listed in **Dkt. 12002**.

**Omnibus Claims Objection:**

4. **Seventy-Ninth (Books and Records Claims)** [**Dkt. 10673**]. This Omnibus Objection was granted as to most claims by **Dkt. 10858**. It has been continued to April 12, 2022, as to Marsh Landing, LLC [**Dkt. 12003**].

**Late Claim Motion:**

5. **Schouboe** [**Dkt. 11905**]. This matter has been resolved by Stipulation [**Dkt. 11921**] and taken off calendar by Order [**Dkt. 11928**].

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (II) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: March 14, 2022

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: */s/ Thomas B. Rupp*
    Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*