THOMAS G. MOUZES (SBN 99446)
MARK GORTON (SBN 99312)
ROBERT D. SWANSON (SBN 162816)
**BOUTIN JONES INC.**
555 Capitol Mall, Fifteenth Floor
Sacramento, CA 95814
Telephone: (916) 321-4444
Email: tmouzes@boutinjones.com
mgorton@boutinjones.com
rswanson@boutinjones.com

*Attorneys for Parties-in-Interest*
*CITY OF SANTA CLARA*
*dba SILICON VALLEY POWER and*
*NORTHERN CALIFORNIA POWER AGENCY*

LISA S. GAST (*pro hac vice*)
**DUNCAN, WEINBERG, GENZER & PEMBROKE, P.C.**
1667 K Street NW, Suite 700
Washington, DC 20006
Telephone: (202) 791-3601
Email: lsg@dwgp.com

*Attorney for Party-in-Interest*
*CITY OF SANTA CLARA dba SILICON VALLEY POWER*

JANE LUCKHARDT (SBN 141919)
General Counsel
**NORTHERN CALIFORNIA POWER AGENCY**
651 Commerce Drive
Roseville, CA 95678-6411
Phone: 916.781.3636
Email: Jane.Luckhardt@ncpa.com
*Attorney for Party-in-Interest*
*NORTHERN CALIFORNIA POWER AGENCY*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY | Case Nos. 19-30088 DM (Lead Case)<br>19-30089 DM<br><br>Chapter 11<br>Jointly Administered<br><br>**CERTIFICATE OF SERVICE RE:** |

Debtors.

☐ Affects PG&E Corporation

☐Affects Pacific Gas and Electric Company

☑ Affects both Debtors.

* All papers shall be filed in the Lead Case No. 19-30088 DM

**NOTICE OF APPEARANCE AND EX PARTE APPLICATION FOR ORDER AUTHORIZING CITY OF SANTA CLARA, DBA SILICON VALLEY POWER AND NORTHERN CALIFORNIA POWER AGENCY TO INTERVENE AND FILE A RESPONSE TO CALIFORNIA DEPARTMENT OF WATER RESOURCES' MOTION FOR ORDER DETERMINING THAT THE CASTLE ROCK AGREEMENT CANNOT BE ASSUMED AND THAT THE DEPARTMENT OF WATER RESOURCES' CLAIM NO. 78014 BE PAID. [Related To Docket Nos. 11887, 11896, 11999]**

Date: N/A
Time: N/A
Courtroom: 17
Place: United States Bankruptcy Court
450 Golden Gate Ave., 16th Floor
San Francisco, CA 94102
Judge: Hon. Dennis Montali

1228801.1

## CERTIFICATE OF SERVICE

I am employed in the County of Sacramento; my business address is 555 Capitol Mall, Suite 1500, Sacramento, California 95814. I am over the age of eighteen years and not a party to the foregoing action.

On March 15, 2022, I served the within:

**(1) NOTICE OF APPEARANCE AND EX PARTE APPLICATION FOR ORDER AUTHORIZING CITY OF SANTA CLARA, DBA SILICON VALLEY POWER AND NORTHERN CALIFORNIA POWER AGENCY TO INTERVENE AND FILE A RESPONSE TO CALIFORNIA DEPARTMENT OF WATER RESOURCES' MOTION FOR ORDER DETERMINING THAT THE CASTLE ROCK AGREEMENT CANNOT BE ASSUMED AND THAT THE DEPARTMENT OF WATER RESOURCES' CLAIM NO. 78014 BE PAID**

**(2) DECLARATION OF THOMAS G. MOUZES IN SUPPORT OF NOTICE OF APPEARANCE AND EX PARTE APPLICATION FOR ORDER AUTHORIZING CITY OF SANTA CLARA, DBA SILICON VALLEY POWER AND NORTHERN CALIFORNIA POWER AGENCY TO INTERVENE AND FILE A RESPONSE TO CALIFORNIA DEPARTMENT OF WATER RESOURCES' MOTION FOR ORDER DETERMINING THAT THE CASTLE ROCK AGREEMENT CANNOT BE ASSUMED AND THAT THE DEPARTMENT OF WATER RESOURCES' CLAIM NO. 78014 BE PAID**

**(3) CERTIFICATE OF SERVICE**

[X] **(by e-mail transmission)** on all parties listed on the attached **Exhibit A**, based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I sent the document(s) to the person(s) at the e-mail address(es) as set forth on the attached service list, **Exhibit A**.

[X] **(by mail and e-mail)** on all parties listed on the attached **Exhibit B, Exhibit C, and Exhibit D** in said action by regular, first class United States mail, postage fully pre-paid, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Boutin Jones Inc., mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Sacramento, California.

[X] **(by mail)** on all parties in said action by regular, first class United States mail, postage fully pre-paid, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Boutin Jones Inc., mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Sacramento, California.

***See attached list of parties served by first class mail.***

| | |
|---|---|
| PG&E Corporation<br>77 Beale Street<br>P.O. Box 770000<br>San Francisco, CA 94177 | ***Debtor*** |
| Pacific Gas and Electric Company<br>77 Beale Street<br>P.O. Box 770000<br>San Francisco, CA 94177 | ***Debtor*** |
| Peter J. Benvenutti<br>Keller Benvenutti Kim LLP<br>650 California St. 19th Fl.<br>San Francisco, CA 94108 | ***Attorneys for Debtor*** |
| Kevin Bostel<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | ***Attorneys for Debtor*** |
| Lee Brand<br>Pillsbury Winthrop Shaw Pittman LLP<br>Four Embarcadero Center, 22nd Fl.<br>San Francisco, CA 94111-5998 | ***Attorneys for Debtor*** |
| Timothy G. Cameron<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 8th Ave.<br>New York, NY 10019 | ***Attorneys for Debtor*** |
| Jared R. Friedmann<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave.<br>New York, NY 10153 | ***Attorneys for Debtor*** |
| Andriana Georgallas<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | ***Attorneys for Debtor*** |
| Stuart J. Goldring<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave.<br>New York, NY 10153 | ***Attorneys for Debtor*** |
| Matthew Goren<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | ***Attorneys for Debtor*** |
| David A. Herman<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | ***Attorneys for Debtor*** |
| Stephen Karotkin<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | ***Attorneys for Debtor*** |

| | |
|---|---|
| Tobias S. Keller<br>Keller Benvenutti Kim LLP<br>650 California St. #1900<br>San Francisco, CA 94108 | ***Attorneys for Debtor*** |
| Jane Kim<br>Keller Benvenutti Kim LLP<br>650 California St, Suite 1900<br>San Francisco, CA 94108 | ***Attorneys for Debtor*** |
| Katherine Kohn<br>Groom Law Group, Chartered<br>1701 Pennsylvania Ave, NW #1200<br>Washington, DC 20006 | ***Attorneys for Debtor*** |
| Kevin Kramer<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | ***Attorneys for Debtor*** |
| David Levine<br>Groom Law Group, Chartered<br>1701 Pennsylvania Ave, NW #1200<br>Washington, DC 20006 | ***Attorneys for Debtor*** |
| Dara Levinson Silveira<br>Keller Benvenutti Kim LLP<br>650 California St. #1900<br>San Francisco, CA 94108 | ***Attorneys for Debtor*** |
| Jessica Liou<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | ***Attorneys for Debtor*** |
| Omid H. Nasab<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | ***Attorneys for Debtor*** |
| John Nolan<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | ***Attorneys for Debtor*** |
| Kevin J. Orsini<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | ***Attorneys for Debtor*** |
| Thomas B. Rupp<br>Keller Benvenutti Kim LLP<br>650 California Street, Suite 1900<br>San Francisco, CA 94108 | ***Attorneys for Debtor*** |
| Bradley R. Schneider<br>Munger Tolles and Olson LLP<br>350 S Grand Ave., 50th Fl.<br>Los Angeles, CA 90071 | ***Attorneys for Debtor*** |
| Ray C. Schrock<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | ***Attorneys for Debtor*** |

| | |
|---|---|
| Richard W. Slack<br>Weil Gotshal and Manges, LLP<br>767 Fifth Ave.<br>New York, NY 10153-0119 | ***Attorneys for Debtor*** |
| Theodore Tsekerides<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | ***Attorneys for Debtor*** |
| Paul H. Zumbro<br>Cravath, Swaine & Moore LLP<br>85 Eighth Avenue<br>New York, NY 10019 | ***Attorneys for Debtor*** |
| Office of the United States Trustee for Region 17<br>Attn: James L. Snyder, Esq. and Timothy Laffredi, Esq.<br>450 Golden Gate Avenue, 5th Floor, Suite #05-0153<br>San Francisco, CA 94102 | ***U.S. Trustee*** |
| Annadel A. Almendras<br>California Attorney General's Office<br>455 Golden Gate Ave., #11000<br>San Francisco, CA 94102 | ***Attorneys for California Department of Water Resources*** |
| Xavier Becerra<br>Office of the Attorney General<br>1515 Clay St., 20th Fl.<br>P.O. Box 70550<br>Oakland, CA 94612-0550 | ***Attorneys for California Department of Water Resources*** |
| Steven H. Felderstein<br>Felderstein Fitzgerald Willoughby et al<br>500 Capitol Mall #2250<br>Sacramento, CA 95814 | ***Attorneys for California Department of Water Resources*** |
| Paul J. Pascuzzi<br>Felderstein Fitzgerald et al LLP<br>500 Capitol Mall #2250<br>Sacramento, CA 95814 | ***Attorneys for California Department of Water Resources*** |
| James Potter<br>Office of the Attorney General<br>1515 Clay St., 20th Fl.<br>P.O. Box 70550<br>Oakland, CA 94612-0550 | ***Attorneys for California Department of Water Resources*** |
| Danette E. Valdez<br>Office of the Attorney General<br>455 Golden Gate Ave. #11000<br>San Francisco, CA 94102-7005 | ***Attorneys for California Department of Water Resources*** |
| Rob Bonta<br>Attorney General of California<br>Margarita Padilla Supervising Deputy Attorney General<br>Annadel A. Almendras | ***Attorneys for California Department of Water Resources*** |

| Supervising Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004 | |
|---|---|

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 3/15/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:**

- **Elliot Adler** eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- **Aaron L. Agenbroad** alagenbroad@jonesday.com, saltamirano@jonesday.com
- **Gabrielle L. Albert** galbert@kbkllp.com
- **Annadel A. Almendras** annadel.almendras@doj.ca.gov
- **Destiny N. Almogue** Destiny.Almogue@skadden.com, wendy.lamanna@skadden.com
- **Monique D. Almy** malmy@crowell.com
- **Anne Andrews** aa@andrewsthornton.com, aandrews@andrewsthornton.com
- **Philip Anker** philip.anker@wilmerhale.com, whdocketing@wilmerhale.com
- **Richard L. Antognini** rlalawyer@yahoo.com, hallonaegis@gmail.com
- **Tyson Arbuthnot** tarbuthnot@rjo.com, jyeung@rjo.com
- **Lauren T. Attard** lattard@bakerlaw.com, agrosso@bakerlaw.com
- **Herb Baer** hbaer@primeclerk.com, ecf@primeclerk.com
- **Kathryn E. Barrett** keb@svlg.com, amt@svlg.com
- **Chris Bator** cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- **Ronald S. Beacher** rbeacher@pryorcashman.com
- **Hagop T. Bedoyan** hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- **Andrew David Behlmann** abehlmann@lowenstein.com, elawler@lowenstein.com
- **Tanya Behnam** tbehnam@polsinelli.com, tanyabehnam@gmail.com
- **James C. Behrens** jbehrens@milbank.com, mkoch@milbank.com
- **Jacob Taylor Beiswenger** jbeiswenger@omm.com, llattin@omm.com
- **Peter J. Benvenutti** pbenvenutti@kbkllp.com
- **Robert Berens** rberens@smtdlaw.com, sr@smtdlaw.com
- **Ronald F. Berestka** rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
- **Heinz Binder** heinz@bindermalter.com
- **Jared D. Bissell** jared.bissell@troutman.com
- **Neil Jon Bloomfield** njbloomfield@njblaw.com, gklump@njblaw.com
- **Jason Blumberg** jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- **Richard Bodnar** rbodnar@rksllp.com
- **Melissa Boey** melissa.boey@morganlewis.com
- **Paige Boldt** pboldt@wattsguerra.com, cwilson@wattsguerra.com
- **Jason Borg** jborg@jasonborglaw.com
- **Evan C. Borges** eborges@ggtriallaw.com, cwinsten@ggtriallaw.com

- **Mark Bostick** mbostick@wendel.com, bankruptcy@wendel.com
- **James L. Bothwell** jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
- **Peter R. Boutin** peter.boutin@kyl.com, lara.joel@kyl.com
- **Erin N. Brady** erin.brady@hoganlovells.com
- **Lee Brand** lee.brand@pillsburylaw.com, docket@pillsburylaw.com
- **Gregory A. Bray** gbray@milbank.com
- **Michael D. Breslauer** mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- **W. Steven Bryant** , molly.batiste-debose@lockelord.com
- **Chane Buck** cbuck@jonesday.com
- **Kathlene Burke** kathlene.burke@skadden.com, burke.kathlene@gmail.com
- **Frank Busch** busch@wvbrlaw.com, pallister@wvbrlaw.com
- **Elizabeth J. Cabraser** ecabraser@lchb.com, awolf@lchb.com
- **Anthony P. Cali** anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- **Peter C. Califano** pcalifano@cwclaw.com
- **Steven M. Campora** scampora@dbbwc.com, nlechuga@dbbwc.com
- **Leah E. Capritta** Leah.Capritta@hklaw.com, reena.kaur@hklaw.com
- **Nicholas A. Carlin** nac@phillaw.com, rac@phillaw.com
- **Katherine Rose Catanese** kcatanese@foley.com
- **Matthew Cave** mcave@kfc.law
- **Barry A. Chatz** barry.chatz@saul.com, barry.chatz@gmail.com
- **Karen J. Chedister** kchedister@h-jlaw.com
- **Christina Lin Chen** christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- **Richard A. Chesley** richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- **Kevin Chiu** kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com
- **Jacquelyn H. Choi** jacquelyn.choi@rimonlaw.com, docketing@rimonlaw.com
- **Shawn M. Christianson** schristianson@buchalter.com
- **Robert N.H. Christmas** rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- **Jae Angela Chun** ajc@chun.law, teresa@tosdallaw.com
- **Gerard T. Cicero** GCicero@brownrudnick.com, NKhalatova@brownrudnick.com
- **Louis J. Cisz** lcisz@nixonpeabody.com
- **Valerie E. Clemen** , mcarter@coombslaw.com
- **Alicia Clough** aclough@loeb.com
- **Tiffany Strelow Cobb** tscobb@vorys.com
- **John B. Coffman** john@johncoffman.net
- **Kevin G. Collins** kevin.collins@btlaw.com
- **Brian S. Conlon** bsc@phillaw.com, rac@phillaw.com
- **Charles Cording** ccording@willkie.com, mao@willkie.com
- **Manuel Corrales** mannycorrales@yahoo.com, hcskanchy@hotmail.com
- **Anne Costin** anne@costinlawfirm.com
- **Christopher J. Cox** chris.cox@hoganlovells.com
- **Donald H. Cram** dhc@severson.com
- **Ashley Vinson Crawford** avcrawford@akingump.com, dkrasa-berstell@akingump.com
- **Douglas S. Crosno** douglas.crosno@hoganlovells.com
- **Andrea Crowl** acrowl@dbbwc.com

- **J. Russell Cunningham**    rcunningham@dnlc.net, emehr@dnlc.net
- **Keith J. Cunningham**    , rkelley@pierceatwood.com
- **James D. Curran**    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- **Tambra Curtis**    tambra.curtis@sonoma-county.org, Megan.Sweeley@sonoma-county.org
- **Stacy A. Dasaro**    sdasaro@goodwinlaw.com
- **James M. Davis**    jdavis@cglaw.com
- **Nicolas De Lancie**    ndelancie@jmbm.com
- **Judith A. Descalso**    , jad_9193@ecf.courtdrive.com
- **Andrew G. Devore**    andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com
- **Erin Elizabeth Dexter**    edexter@milbank.com
- **Shounak S. Dharap**    ssd@arnslaw.com, mec@arnslaw.com
- **Kathryn S. Diemer**    kdiemer@diemerwei.com
- **Kathryn S. Diemer**    kdiemer@diemerwhitman.com
- **John P. Dillman**    houston_bankruptcy@publicans.com
- **Caroline R. Djang**    caroline.djang@bbklaw.com, Laurie.Verstegen@bbklaw.com
- **Krystal Dong**    ykdong@gmail.com
- **Jonathan R. Doolittle**    jonathan.doolittle@pillsburylaw.com
- **Jonathan R. Doolittle**    jdoolittle@reedsmith.com
- **Jennifer V. Doran**    jdoran@hinckleyallen.com
- **Dustin M. Dow**    ddow@bakerlaw.com, jmcguigan@bakerlaw.com
- **Jamie P. Dreher**    jdreher@downeybrand.com
- **Todd Dressel**    tdressel@mcguirewoods.com, jtabisaura@mcguirewoods.com
- **Geoffrey B. Dryvynsyde**    gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
- **Jeffrey Aaron Dubbin**    jdubbin@labaton.com, echan-lee@labaton.com
- **Matthew Ducharme**    matthew.ducharme@hoganlovells.com, tracy.southwell@hoganlovells.com
- **Cecily Ann Dumas**    cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- **Dennis F. Dunne**    cprice@milbank.com, jbrewster@milbank.com
- **Dennis F. Dunne**    ddunne@milbank.com, jbrewster@milbank.com
- **Huonganh Annie Duong**    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- **Luke N. Eaton**    eatonl@pepperlaw.com, monugiac@pepperlaw.com
- **Daniel G. Egan**    daniel.egan@ropesgray.com, nova.alindogan@ropesgray.com
- **Joseph A. Eisenberg**    JAE1900@yahoo.com
- **Michele Ellison**    mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- **David Emerzian**    , Melany.Hertel@mccormickbarstow.com
- **G. Larry Engel**    larry@engeladvice.com
- **Krista M. Enns**    kenns@beneschlaw.com
- **Scott Esbin**    sesbin@esbinalter.com
- **Joseph M. Esmont**    jesmont@bakerlaw.com
- **Michael P. Esser**    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- **Richard W. Esterkin**    richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- **Michael S. Etkin**    metkin@lowenstein.com
- **Jacob M. Faircloth**    jacob@bfolegal.com
- **Brett D. Fallon**    bfallon@morrisjames.com, wweller@morrisjames.com

- **Michael C. Fallon** , manders@fallonlaw.net
- **Joana Fang** jf@kbklawyers.com, icd@kbklawyers.com
- **Joseph Kyle Feist** jfeistesq@gmail.com, info@norcallawgroup.net
- **David M. Feldman** DFeldman@gibsondunn.com
- **Matthew A. Feldman** mfeldman@willkie.com
- **Jennifer Feldsher** jennifer.feldsher@morganlewis.com
- **Mark E. Felger** mfelger@cozen.com
- **James J. Ficenec** James.Ficenec@ndlf.com
- **John D. Fiero** jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- **Kimberly S. Fineman** kfineman@fhlawllp.com
- **Stephen D. Finestone** sfinestone@fhlawllp.com
- **Timothy M. Flaherty** tflaherty@mpplaw.com
- **Daniel I. Forman** dforman@willkie.com
- **Matthew Hampton Foushee** hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- **Carolyn Frederick** cfrederick@prklaw.com
- **Peter Friedman** pfriedman@omm.com
- **Roger F. Friedman** rfriedman@rutan.com, csolorzano@rutan.com
- **Xiyi Fu** jackie.fu@lockelord.com, taylor.warren@lockelord.com
- **Lars H. Fuller** lfuller@bakerlaw.com
- **Thomas M. Gaa** tgaa@bbslaw.com
- **Larry W. Gabriel** , nfields@bg.law
- **Gregg M. Galardi** gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com
- **Craig Solomon Ganz** ganzc@ballardspahr.com, hartt@ballardspahr.com
- **Jeffrey K. Garfinkle** jgarfinkle@buchalter.com
- **Oscar Garza** ogarza@thegarzafirm.com
- **Lisa S. Gast** lsg@dwgp.com, lmk@dwgp.com
- **Paul R. Gaus** pgaus@downeybrand.com
- **Duane M. Geck** dmg@severson.com
- **Evelina Gentry** evelina.gentry@akerman.com
- **Janet D. Gertz** jgertz@btlaw.com
- **Christopher Gessner** cgessner@akingump.com, NYMCO@akingump.com
- **R. Dale Ginter** dginter@downeybrand.com
- **Jon T. Givens** givensjt@gmail.com, cwilson@wattsguerra.com
- **Barry S. Glaser** bglaser@salvatoboufadel.com
- **Paul R. Glassman** pglassman@sycr.com
- **Gabriel I. Glazer** gglazer@pszjlaw.com
- **Gabrielle Glemann** gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- **Jaime Godin** Jtouchstone@fddcm.com
- **Matthew A. Gold** courts@argopartners.net
- **Eric D. Goldberg** eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Craig Goldblatt** Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com
- **Amy L. Goldman** goldman@lbbslaw.com
- **Eric S. Goldstein** egoldstein@goodwin.com
- **Rhonda Stewart Goldstein** Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- **Richard H. Golubow** rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com

- **Michael J. Gomez**    mgomez@frandzel.com, dmoore@frandzel.com
- **Michael W. Goodin**    mgoodin@clausen.com, mgenova@clausen.com
- **Eric R. Goodman**    egoodman@bakerlaw.com
- **Michael R. Goodstein**    mgoodstein@baileycav.com
- **Mark A. Gorton**    mgorton@boutinjones.com, cdomingo@boutinjones.com
- **Mark A. Gorton**    mgorton@boutininc.com, cdomingo@boutinjones.com
- **Michael I. Gottfried**    mgottfried@elkinskalt.com, AAburto@elkinskalt.com
- **Louis Gottlieb**    Lgottlieb@labaton.com, mpenrhyn@labaton.com
- **Elizabeth Graham**    egraham@gelaw.com
- **Eric A. Grasberger**    eric.grasberger@stoel.com, docketclerk@stoel.com
- **Debra I. Grassgreen**    , hphan@pszjlaw.com
- **Debra I. Grassgreen**    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- **Eric A. Gravink**    eric@rhrc.net
- **Elizabeth A. Green**    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- **Tracy Green**    tgreen@wendel.com, bankruptcy@wendel.com
- **Mitchell B. Greenberg**    mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- **Brian Gregory**    b.gregory@veenfirm.com, EL.Team@Veenfirm.com
- **Susan Sieger Grimm**    SSieger-Grimm@brownrudnick.com, NKhalatova@brownrudnick.com
- **Matthew W. Grimshaw**    matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com
- **Stuart G. Gross**    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- **Carl L. Grumer**    cgrumer@manatt.com, mchung@manatt.com
- **Elizabeth M. Guffy**    eguffy@lockelord.com, autodocket@lockelord.com
- **Lloyd C. Guintivano**    anitag@co.lake.ca.us, lloydg@co.lake.ca.us
- **Cameron M. Gulden**    cameron.m.gulden@usdoj.gov
- **Mirco J. Haag**    mhaag@buchalter.com, dcyrankowski@buchalter.com
- **Laurie Hager**    lhager@sussmanshank.com
- **J. Noah Hagey**    hagey@braunhagey.com, tong@braunhagey.com
- **Oren Buchanan Haker**    oren.haker@stoel.com, rene.alvin@stoel.com
- **Michael Hampson**    mhampson@rksllp.com
- **Kristopher M. Hansen**    dmohamed@stroock.com, mmagzamen@stroock.com
- **Joseph George Harraka**    jgharraka@becker.legal
- **Adam C. Harris**    adam.harris@srz.com
- **Robert G. Harris**    rob@bindermalter.com
- **Christopher H. Hart**    chart@nutihart.com, nwhite@nutihart.com
- **Bryan L. Hawkins**    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- **Jennifer C. Hayes**    jhayes@fhlawllp.com
- **Geoffrey A. Heaton**    gheaton@duanemorris.com, dmicros@duanemorris.com
- **Michael C. Hefter**    michael.hefter@hoganlovells.com, tracy.southwell@hoganlovells.com
- **Alaina R. Heine**    alaina.heine@dechert.com, brett.stone@dechert.com
- **Matthew Henderson**    matthew.henderson@msrlegal.com, karen.wigylus@msrlegal.com
- **Stephen E. Hessler, P.C.**    , jozette.chong@kirkland.com
- **Matthew Heyn**    matthew.heyn@doj.ca.gov
- **Sean T. Higgins**    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- **James P. Hill**    hill@sullivanhill.com, bkstaff@sullivanhill.com

- **Morgan R. Hirst** mhirst@jonesday.com, mmelvin@jonesday.com
- **Michael R. Hogue** hoguem@gtlaw.com, navarrom@gtlaw.com
- **David Holtzman** david.holtzman@hklaw.com
- **Alexandra S. Horwitz** allie.horwitz@dinsmore.com
- **Marsha Houston** mhouston@reedsmith.com, hvalencia@reedsmith.com
- **Linda Wendell Hsu** lhsu@selmanlaw.com, psmith@selmanlaw.com
- **Shane Huang** shane.huang@usdoj.gov
- **Brian D. Huben** hubenb@ballardspahr.com, carolod@ballardspahr.com
- **Kelly L. Huey** khuey@burkeandkesslerlaw.com
- **Christopher Hughes** chughes@nossaman.com
- **Jonathan Hughes** , jane.rustice@aporter.com
- **Edward R. Huguenin** ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
- **Michael A. Isaacs** misaacs@rinconlawllp.com, aworthing@rinconlawllp.com
- **Mark V. Isola** misola@brotherssmithlaw.com
- **J. Eric Ivester** Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- **J. Eric Ivester** , Andrea.Bates@skadden.com
- **Lawrence A. Jacobson** laj@cohenandjacobson.com, mcycle48@gmail.com
- **Kizzy L. Jarashow** KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com
- **Ivan C. Jen** ivan@icjenlaw.com
- **Amanda Jereige** AJereige@winston.com, amanda-jereige-5954@ecf.pacerpro.com
- **Monique Jewett-Brewster** mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- **James O. Johnston** jjohnston@jonesday.com
- **Chris Johnstone** chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- **Andrew Jones** andrew@ajoneslaw.com
- **Gregory K. Jones** GJones@dykema.com, cacossano@dykema.com
- **John L. Jones** JJones@chwlaw.us, JLJones2@outlook.com
- **Robert A. Julian** rjulian@bakerlaw.com, hhammonturano@bakerlaw.com
- **George H. Kalikman** , sdavenport@schnader.com
- **Roberto J. Kampfner** rkampfner@whitecase.com, mco@whitecase.com
- **Bonnie E. Kane** bonnie@thekanelawfirm.com, skane@thekanelawfirm.com
- **Eve H. Karasik** ehk@lnbyb.com
- **Michael G. Kasolas** trustee@kasolas.net, ecf.alert+Kasolas@titlexi.com
- **Elyssa S. Kates** ekates@bakerlaw.com
- **Ori Katz** okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- **William M. Kaufman** wkaufman@smwb.com, eschneider@smwb.com
- **Jane G. Kearl** jkearl@watttieder.com, jbenton@watttieder.com
- **Tobias S. Keller** tkeller@kbkllp.com
- **Tobias S. Keller** tkeller@kellerbenvenutti.com
- **Lynette C. Kelly** ustpregion17.oa.ecf@usdoj.gov
- **Sarah Elisabeth Kelly-Kilgore** skellykilgore@ggtriallaw.com, dvultaggio@ggtriallaw.com
- **Matthew K. Kelsey** mkelsey@gibsondunn.com
- **Gerald P. Kennedy** gerald.kennedy@procopio.com, kristina.terlaga@procopio.com

- **Erica L. Kerman** ekerman@willkie.com
- **Samuel A. Khalil** skhalil@milbank.com, jbrewster@milbank.com
- **Samuel M. Kidder** skidder@ktbslaw.com
- **Marc Kieselstein** , carrie.oppenheim@kirkland.com
- **Jane Kim** jkim@kbkllp.com
- **Mary H. Kim** Mary.Kim@dechert.com, brett.stone@dechert.com
- **Susan E. Kirkgaard** , carlyn.jorgensen@bullivant.com
- **Kody D. L. Kleber** kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- **Matthew Ryan Klinger** mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- **Bradley C. Knapp** bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- **Kelly V. Knight** kelly.knight@srz.com
- **Lydia Vanessa Ko** Lvko@stonelawoffice.com
- **Thomas F. Koegel** tkoegel@crowell.com
- **Katherine Kohn** kkohn@groom.com, ashahinllari@groom.com
- **Andy S. Kong** kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- **Anna Kordas** akordas@jonesday.com, mmelvin@jonesday.com
- **Alan W. Kornberg** , akornberg@paulweiss.com
- **Bernard Kornberg** bernard.kornberg@practus.com
- **David I. Kornbluh** dkombluh@venturahersey.com, jpatterson@venturahersey.com
- **Lauren Kramer** lkramer@rjo.com
- **Marc Kramer** mkramer@rksllp.com
- **Jeffrey C. Krause** jkrause@gibsondunn.com
- **Thomas R. Kreller** tkreller@milbank.com
- **Lindsey E. Kress** lkress@lockelord.com, autodocket@lockelord.com
- **Hannah C. Kreuser** hkreuser@porterlaw.com, ooberg@porterlaw.com
- **Kevin Kroll** kkroll@kfc.law
- **Michael Thomas Krueger** michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- **Marek P. Krzyzowski** MKrzyzowski@brownrudnick.com, SCalderon@brownrudnick.com
- **Robert T. Kugler** robert.kugler@stinson.com
- **Duane Kumagai** dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com
- **Brendan M. Kunkle** bkunkle@abbeylaw.com, lmeyer@abbeylaw.com
- **Alisa C. Lacey** alisa.lacey@stinson.com, karen.graves@stinson.com
- **Timothy S. Laffredi** timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- **Timothy S. Laffredi** timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- **Richard A. Lapping** rich@trodellalapping.com
- **Omeed Latifi** olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- **John E. Lattin** jlattin@ostergar.com, cslovenec@ostergar.com
- **Paul J. Laurin** plaurin@btlaw.com, slmoore@btlaw.com
- **Michael Lauter** mlauter@sheppardmullin.com
- **Kenneth T. Law** klaw@bbslaw.com
- **Francis J. Lawall** francis.lawall@troutman.com, susan.henry@troutman.com
- **Andrew Michael Leblanc** ALeblanc@milbank.com
- **Erica Lee** Erica.Lee@doj.ca.gov
- **Scott Lee** scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- **Paul J. Leeds** leedsp@higgslaw.com

- **Edward J. Leen**    eleen@mkbllp.com
- **Lisa Lenherr**    llenherr@wendel.com, bankruptcy@wendel.com
- **Matthew A. Lesnick**    matt@lesnickprince.com, jmack@lesnickprince.com
- **Bryn G. Letsch**    bletsch@braytonlaw.com
- **David B. Levant**    david.levant@stoel.com, rene.alvin@stoel.com
- **Andrew H. Levin**    alevin@wcghlaw.com
- **David Levine**    dnl@groom.com
- **Marc A. Levinson**    Malevinson@orrick.com, casestream@ecf.courtdrive.com
- **Dara Levinson Silveira**    dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com
- **Alexander James Demitro Lewicki**    kdiemer@diemerwei.com
- **Alexander James Demitro Lewicki**    alewicki@diemerwei.com
- **Lauren Lifland**    lauren.lifland@wilmerhale.com, whdocketing@wilmerhale.com
- **William S. Lisa**    , jcaruso@nixonpeabody.com
- **William S. Lisa**    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- **Jonathan A. Loeb**    jon.loeb@bingham.com
- **Michael B. Lubic**    michael.lubic@klgates.com
- **John William Lucas**    , ocarpio@pszjlaw.com
- **Joseph R. Lucia**    PersonalInjuryGroup@RLSlawyers.com
- **Jane Luciano**    jane-luciano@comcast.net
- **Kerri Lyman**    klyman@irell.com, #-FirmPSDocketing@Steptoe.com
- **John H. MacConaghy**    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- **Iain A. Macdonald**    imac@macfern.com, 6824376420@filings.docketbird.com
- **Malcolm A. Mackenzie**    mmackenzie@coombslaw.com, vclemen@coombslaw.com
- **Tracy L. Mainguy**    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Samuel R. Maizel**    samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- **Adam Malatesta**    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- **Katharine Malone**    malonek@gtlaw.com
- **Liam K. Malone**    malone@oles.com, shahin@oles.com
- **Michael W. Malter**    michael@bindermalter.com
- **Ankur Mandhania**    amandhania@mayerbrown.com
- **Craig Margulies**    cmargulies@margulies-law.com, lsalazar@margulies-law.com
- **Geoffrey E. Marr**    gemarr59@hotmail.com
- **Richard A. Marshack**    rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com
- **Catherine Martin**    cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- **Laila Masud**    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com
- **David P. Matthews**    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- **Patrick C. Maxcy**    patrick.maxcy@snrdenton.com
- **Simon Richard Mayer**    simon.mayer@lockelord.com, Rellis@lockelord.com
- **James J. Mazza**    james.mazza@skadden.com, wendy.lamanna@skadden.com
- **Benjamin P. McCallen**    bmccallen@willkie.com
- **C. Luckey McDowell**    Luckey.McDowell@Shearman.com
- **Matthew D. McGill**    MMcGill@gibsondunn.com

- **Melissa C. McLaughlin** mcmclaughlin@venable.com, ataylor@venable.com
- **Edward Joseph McNeilly** edward.mcneilly@hoganlovells.com, verbon.davenport@hoganlovells.com
- **Scott H. McNutt** SMcNutt@ml-sf.com, csnell@ml-sf.com
- **Thomas Melone** Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- **Peter Meringolo** peter@pmrklaw.com
- **Frank A. Merola** lacalendar@stroock.com, mmagzamen@stroock.com
- **Jennifer L. Mersing** jennifer.mersing@stoel.com, lisa.petras@stoel.com
- **Joshua M. Mester** jmester@jonesday.com
- **Matthew D. Metzger** belvederelegalecf@gmail.com
- **Merle C. Meyers** mmeyers@mlg-pc.com
- **Randy Michelson** randy.michelson@michelsonlawgroup.com
- **Gerardo Mijares-Shafai** Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com
- **Joel S. Miliband** jmiliband@brownrudnick.com
- **Joseph G. Minias** jminias@willkie.com
- **M. David Minnick** dminnick@pillsburylaw.com, docket@pillsburylaw.com
- **Benjamin Mintz** benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com
- **Nancy Mitchell** nmitchell@omm.com
- **Thomas C. Mitchell** tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- **John A. Moe** john.moe@dentons.com, glenda.spratt@dentons.com
- **Aaron J. Mohamed** ajm@brereton.law, aaronmohamedlaw@gmail.com
- **Kevin Montee** kmontee@monteeassociates.com
- **Christopher D. Moon** chris@moonlawapc.com, kevin@moonlawapc.com
- **David W. Moon** lacalendar@stroock.com, mmagzamen@stroock.com
- **Diane Marger Moore** dmargermoore@baumhedlundlaw.com
- **Erika L. Morabito** emorabito@foley.com, hsiagiandraughn@foley.com
- **Candace J. Morey** cjm@cpuc.ca.gov
- **Courtney L. Morgan** morgan.courtney@pbgc.gov
- **Richard Morin** , 6863427420@filings.docketbird.com
- **Kimberly S. Morris** kmorris@bakerlaw.com, hhammonturano@bakerlaw.com
- **Rodney Allen Morris** Rodney.Morris2@usdoj.gov
- **Joshua D. Morse** Joshua.Morse@dlapiper.com, docket@pillsburylaw.com
- **Andrew H. Morton** andrew.morton@stoel.com, lisa.petras@stoel.com
- **Thomas G. Mouzes** tmouzes@boutininc.com
- **Thomas G. Mouzes** tmouzes@boutinjones.com
- **Peter S. Munoz** pmunoz@reedsmith.com, gsandoval@reedsmith.com
- **John Leland Murphree** LMurphree@maynardcooper.com, mshabpareh@maynardcooper.com
- **Bennett J. Murphy** bmurphy@bennettmurphylaw.com
- **Michael S. Myers** myersm@ballardspahr.com
- **David L. Neale** dln@lnbyg.com
- **David Neier** dneier@winston.com
- **Brittany J. Nelson** bnelson@foley.com, hsiagiandraughn@foley.com
- **Michael S. Neumeister** MNeumeister@gibsondunn.com
- **Howard S. Nevins** hnevins@hsmlaw.com
- **Samuel A. Newman** sam.newman@sidley.com, laefilingnotice@sidley.com

- **Melissa T. Ngo**   ngo.melissa@pbgc.gov, efile@pbgc.gov
- **Mario R. Nicholas**   mario.nicholas@stoel.com, ana.trask@stoel.com
- **Sean Nolan**   snolan@akingump.com, NYMCO@akingump.com
- **Gregory C. Nuti**   chart@nutihart.com, nwhite@nutihart.com
- **Abigail O'Brient**   aobrient@mintz.com, docketing@mintz.com
- **Alicia D. O'Neill**   aoneill@wattsguerra.com, cwilson@wattsguerra.com
- **Julie E. Oelsner**   joelsner@weintraub.com, bjennings@weintraub.com
- **Office of the U.S. Trustee / SF**   USTPRegion17.SF.ECF@usdoj.gov
- **Aron M. Oliner**   roliner@duanemorris.com, dmicros@duanemorris.com
- **Matthew Jon Olson**   matt@macfern.com, stell.laura@dorsey.com
- **Scott Olson**   scott.olson@bclplaw.com
- **Steven M. Olson**   steve@bfolegal.com
- **Aram Ordubegian**   Ordubegian.Aram@ArentFox.com
- **Jose Antonio Ortiz**   aortiz@jhwclaw.com
- **Keith C. Owens**   kowens@foxrothschild.com, bclark@venable.com
- **Gabriel Ozel**   , gabeozel@gmail.com
- **Amy S. Park**   amy.park@skadden.com
- **Marissa Parker**   mparker@stradley.com
- **Donna Taylor Parkinson**   donna@parkinsonphinney.com
- **Peter S. Partee**   ppartee@huntonak.com, candonian@huntonak.com
- **Paul J. Pascuzzi**   ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- **Kenneth Pasquale**   , mlaskowski@stroock.com
- **Dow Wakefield Patten**   dow@forthrightlaw.com
- **Larry Allan Peluso**   pelusolaw@gmail.com, firm@pelusolaw.net
- **Valerie Bantner Peo**   vbantnerpeo@buchalter.com
- **Yosef Peretz**   , skim@peretzlaw.com
- **Christian A. Pereyda**   CPereyda@maynardcooper.com, mshabpareh@maynardcooper.com
- **Thomas R. Phinney**   tom@parkinsonphinney.com
- **R. Alexander Pilmer**   alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- **M. Ryan Pinkston**   rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- **Estela O. Pino**   epino@epinolaw.com, rmahal@epinolaw.com
- **Gregory Plaskett**   GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- **Mark D. Plevin**   mplevin@crowell.com
- **Steven G. Polard**   spolard@eisnerlaw.com, calendar-lao@ropers.com
- **Mark D. Poniatowski**   ponlaw@ponlaw.com
- **Cara M. Porter**   cara.porter@doj.ca.gov, rachel.patu@doj.ca.gov
- **Christopher E. Prince**   cprince@lesnickprince.com
- **Douglas B. Provencher**   dbp@provlaw.com
- **Amy C. Quartarolo**   amy.quartarolo@lw.com
- **Lary Alan Rappaport**   lrappaport@proskauer.com, PHays@proskauer.com
- **Justin E. Rawlins**   justinrawlins@paulhastings.com
- **Hugh M. Ray**   hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- **Paul F. Ready**   smeyer@farmerandready.com
- **Caroline A. Reckler**   caroline.reckler@lw.com
- **David M. Reeder**   david@reederlaw.com, secretary@reederlaw.com
- **Steven J. Reisman**   sreisman@katten.com, nyc.bknotices@kattenlaw.com

- **Jeffrey M. Reisner**    jreisner@irell.com, #-FirmPSDocketing@Steptoe.com
- **Jack A. Reitman**    , srichmond@lgbfirm.com
- **Emily P. Rich**    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **David J. Richardson**    drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
- **Christopher O. Rivas**    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **David B. Rivkin**    drivkin@bakerlaw.com, jmeeks@bakerlaw.com
- **John R. Rizzardi**    kcoselman@cairncross.com, tnguyen@cairncross.com
- **Daniel Robertson**    robertson.daniel@pbgc.gov, efile@pbgc.gov
- **Michael Rogers**    mrogers@lambertrogers.com, jan@lambertrogers.com
- **Lawrence M. Rolnick**    lrolnick@rksllp.com
- **Jorian L. Rose**    jrose@bakerlaw.com
- **Laurence M. Rosen**    lrosen@rosenlegal.com, zstanco@rosenlegal.com
- **Paul M. Rosenblatt**    prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- **David A. Rosenzweig**    david.rosenzweig@nortonrosefulbright.com
- **Jay M. Ross**    jross@hopkinscarley.com, eamaro@hopkinscarley.com
- **Gregory A. Rougeau**    grougeau@brlawsf.com
- **Jason C. Rubinstein**    jrubinstein@fklaw.com, mclerk@fklaw.com
- **Nathan Q. Rugg**    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- **Thomas B. Rupp**    trupp@kbkllp.com
- **Steven B. Sacks**    ssacks@sackslawoffice.com, ksieckman@srclaw.com
- **Eric E. Sagerman**    esagerman@bakerlaw.com
- **Robert Sahyan**    rsahyan@sheppardmullin.com, lsegura@sheppardmullin.com
- **Gregory M. Salvato**    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- **Jonathan C. Sanders**    jsanders@stblaw.com
- **Nanette D. Sanders**    nanette@ringstadlaw.com, becky@ringstadlaw.com
- **Natalie Kathleen Sanders**    natalie.sanders@bakerbotts.com
- **Lovee Sarenas**    Lovee.sarenas@lewisbrisbois.com
- **Brandy A. Sargent**    brandy.sargent@klgates.com, docketclerk@stoel.com
- **Patricia Savage**    psavesq@gmail.com, jodi.savage@gmail.com
- **Caroline A.H. Sayers**    caroline.sayers@lathropgpm.com, patricia.johnson@lathropgpm.com
- **Sblend A. Sblendorio**    sas@hogefenton.com
- **Francis O. Scarpulla**    fos@scarpullalaw.com, cpc@scarpullalaw.com
- **Daren M Schlecter**    daren@schlecterlaw.com, info@schlecterlaw.com
- **Bradley R. Schneider**    bradley.schneider@mto.com
- **Harvey S. Schochet**    Harveyschochet@dwt.com
- **Nathan A. Schultz**    nschultzesq@gmail.com, kjarashow@goodwinlaw.com
- **Lisa Schweitzer**    lschweitzer@cgsh.com
- **Eric J. Seiler**    eseiler@fklaw.com, mclerk@fklaw.com
- **James A. Shepherd**    , lawofficesofjamesshepherd@jubileebk.net
- **Leonard M. Shulman**    lshulman@shbllp.com
- **Andrew I. Silfen**    andrew.silfen@arentfox.com
- **Wayne A. Silver**    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- **Brandt Silver-Korn**    bsilverkorn@edelson.com, docket@edelson.com
- **Craig S. Simon**    csimon@bergerkahn.com, aketcher@bergerkahn.com

- **Gerald Singleton**   gerald@slffirm.com, BKECFCANB@SLFfirm.com
- **Steven J. Skikos**   sskikos@skikos.com, mmontoya@skikos.com
- **Michael K. Slattery**   mslattery@lkfirm.com, rramirez@lkfirm.com
- **Dania Slim**   dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- **Jennifer N. Slocum**   jennifer.slocum@stoel.com, docketclerk@stoel.com
- **Aaron C. Smith**   asmith@lockelord.com, autodocket@lockelord.com
- **Alan D. Smith**   adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- **Jan D. Sokol**   jdsokol@lawssl.com
- **Daniel Solish**   cocolaw@stancounty.com, solishd@stancounty.com
- **Randye B. Soref**   rsoref@polsinelli.com
- **Joseph Sorkin**   jsorkin@akingump.com, NYMCO@akingump.com
- **Michael St. James**   ecf@stjames-law.com
- **Diane C. Stanfield**   diane.stanfield@alston.com, nelly.villaneda@alston.com
- **Howard J. Steinberg**   steinbergh@gtlaw.com, pearsallt@gtlaw.com
- **Harriet A. Steiner**   harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- **Lillian G. Stenfeldt**   lillian.stenfeldt@rimonlaw.com, docketing@rimonlaw.com
- **Cheryl L. Stengel**   clstengel@outlook.com, stengelcheryl40@gmail.com
- **David M. Stern**   dstern@ktbslaw.com
- **Geoffrey S. Stewart**   gstewart@jonesday.com, mmelvin@jonesday.com
- **Alan J. Stone**   AStone@milbank.com, DMcCracken@Milbank.com
- **Jason D. Strabo**   jstrabo@mwe.com
- **Michael H. Strub**   mstrub@ggtriallaw.com, mhstrub1@gmail.com
- **Rebecca Suarez**   rsuarez@crowell.com
- **Brad T. Summers**   , docketing-pdx@lanepowell.com
- **Karin Swope**   kswope@cpmlegal.com
- **Kristine Theodesia Takvoryan**   ktakvoryan@ckrlaw.com
- **Derrick Talerico**   dtalerico@ztlegal.com, sfritz@ztlegal.com
- **Kesha Tanabe**   kesha@tanabelaw.com
- **Mary Ellmann Tang**   mtang@frenchlyontang.com, nfears@frenchlyontang.com
- **Dante Taylor**   dtaylor@lbbklaw.com
- **Elizabeth Lee Thompson**   ethompson@stites.com, docketclerk@stites.com
- **John C. Thornton**   jct@andrewsthornton.com, aandrews@andrewsthornton.com
- **Elisa Tolentino**   cao.main@sanjoseca.gov
- **Meagan S. Tom**   meagan.tom@lockelord.com, autodocket@lockelord.com
- **Edward J. Tredinnick**   etredinnick@foxrothschild.com
- **Matthew Jordan Troy**   matthew.troy@usdoj.gov
- **Rocky C. Tsai**   rocky.tsai@ropesgray.com, matthew.haut@ropesgray.com
- **Michael Tye**   Michael.Tye@usdoj.gov
- **Gary D. Underdahl**   gunderdahl@askllp.com, lmiskowiec@askllp.com
- **Andrew Van Ornum**   avanornum@vlmglaw.com, hchea@vlmglaw.com
- **Shmuel Vasser**   shmuel.vasser@dechert.com, brett.stone@dechert.com
- **Victor A. Vilaplana**   vavilaplana@foley.com, rhurst@foley.com
- **Marta Villacorta**   marta.villacorta@usdoj.gov
- **Carol C. Villegas**   cvillegas@labaton.com, NDonlon@labaton.com
- **John A. Vos**   InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- **Bao M. Vu**   bao.vu@stoel.com, sharon.witkin@stoel.com
- **Nicholas Wagner**   kschemen@wagnerjones.com, bwagner@wagnerjones.com
- **Jonathan D. Waisnor**   jwaisnor@willkie.com, mao@willkie.com
- **Rachel M. Walsh**   rwalsh@goodwinlaw.com, tsutton@goodwinlaw.com

- **Riley C. Walter** ecf@W2LG.com
- **Phillip K. Wang** phillip.wang@rimonlaw.com
- **Samuel M. Ward** sward@barrack.com, cfessia@barrack.com
- **Philip S. Warden** philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- **Gregory P. Waters** gwaters@elllaw.com, gregorywatersesq@gmail.com
- **Guy L. Watts** gwatts@wattsguerra.com, cwilson@wattsguerra.com
- **Mikal C. Watts** mcwatts@wattsguerra.com, cwilson@wattsguerra.com
- **Lindsi M. Weber** lweber@polsinelli.com, yderac@polsinelli.com
- **Joseph M. Welch** jwelch@buchalter.com, dcyrankowski@buchalter.com
- **Todd J. Wenzel** todd@wenzellawoffices.com
- **Meredith Werner** meredith.werner@clydeco.us
- **David Walter Wessel** DWessel@efronlawfirm.com, hporter@chdlawyers.com
- **Joseph West** westjoseph@earthlink.net, josephw998@gmail.com
- **Drew M. Widders** dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- **Jason P. Williams** , maryanne@wplgattorneys.com
- **Eric R. Wilson** kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- **Kimberly S. Winick** kwinick@clarktrev.com, knielsen@clarktrev.com
- **Rebecca J. Winthrop** rebecca.winthrop@nortonrosefulbright.com, diana.cardenas@nortonrosefulbright.com
- **David Wirt** david.wirt@hklaw.com, denise.harmon@hklaw.com
- **Ryan A. Witthans** rwitthans@fhlawllp.com
- **Keith H. Wofford** keith.wofford@ropesgray.com, nova.alindogan@ropesgray.com
- **Risa Lynn Wolf-Smith** rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- **Douglas Wolfe** asm@asmcapital.com
- **Andrea Wong** wong.andrea@pbgc.gov, efile@pbgc.gov
- **Christopher Kwan Shek Wong** christopher.wong@arentfox.com
- **David A. Wood** dwood@marshackhays.com, lbuchanan@marshackhays.com
- **Kirsten A. Worley** worleyk@higgslaw.com, admin@wlawcorp.com
- **Kinga Wright** kinga.wright@lockelord.com, autodocket@lockelord.com
- **Antonio Yanez** ayanez@willkie.com
- **Cathy Yanni** cathy@cathyyanni.com, pstrunk@browngreer.com
- **Andrew Yaphe** andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
- **Stephanie Yee** syee@janglit.com, klockwood@janglit.com
- **Tacie H. Yoon** tyoon@crowell.com
- **Bennett G. Young** byoung@jmbm.com, jb8@jmbm.com
- **Eric G. Young** eyoung@dcalaw.com, Jackie@dcalaw.com
- **Nicole M. Zeiss** nzeiss@labaton.com
- **Paul H. Zumbro** mao@cravath.com
- **Brittany Zummer** bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- **Dario de Ghetaldi** deg@coreylaw.com, lf@coreylaw.com

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on March 15, 2022, at Sacramento, California.

*/s/ Carmelia V. Domingo*
CARMELIA V. DOMINGO

1228802.1

**Exhibit A**

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Mirna Trettevik, including Other Fire Victim Tort Claimants | Adler Law Group, APLC | Attn: E. Elliot Adler, Esq., Geoffrey E. Marr, Esq., & Omeed Latifi, Esq. | 402 West Broadway, Ste. 860 | | San Diego | CA | 92101 | | 619-531-8700 | 619-342-9600 | EAdler@TheAdlerFirm.com<br>gemarr59@hotmail.com<br>bzummer@TheAdlerFirm.com<br>olatifi@theadlerfirm.com |
| Counsel for for Mirna Trettevik, including other Fire Victim Tort Claimants | Adler Law Group, Aplc | Attn: E. Elliot Adler, Geoffrey E. Marr, Brittany S. Zummer, Omeed Latifi | 402 West Broadway | Suite 860 | San Diego | CA | 92101 | | 619-531-8700 | 619-342-9600 | EAdler@TheAdlerFirm.com<br>gemarr59@hotmail.com<br>bzummer@TheAdlerFirm.com<br>olatifi@theadlerfirm.com |
| Counsel to ADVENTIST HEALTHSYSTEM/WEST, a California non-profit religious corporation | Adventist Health System/West | ATTN: ROBERT L. LAYTON | ONE Adventist Health Way | | Roseville | CA | 95661 | | 916-406-1577 | | laytonrl@ah.org |
| Counsel to TRANSWESTERN PIPELINE COMPANY, LLC | Akerman LLP | Attn: EVELINA GENTRY | 601 West Fifth Street, Suite 300 | | Los Angeles | CA | 90071 | | 213-688-9500 | 213-627-6342 | evelina.gentry@akerman.com |
| Counsel to TRANSWESTERN PIPELINE COMPANY, LLC | Akerman LLP | Attn: YELENA ARCHIYAN | 2001 Ross Avenue, Suite 3600 | | Dallas | TX | 75201 | | 214-720-4300 | 214-981-9339 | |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Ashley Vinson Crawford | 580 California Street | Suite 1500 | San Francisco | CA | 94104 | | 415-765-9500 | 415-765-9501 | avcrawford@akingump.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter | One Bryant Park | | New York | NY | 10036 | | 212-872-1000 | 212-872-1002 | mstamer@akingump.com<br>idizengoff@akingump.com<br>dbotter@akingump.com |
| Counsel to Agajanian, Inc., Counsel to Bennett Lane Winery LLC | Andrews & Thornton | Attn: Anne Andrews, Sean T. Higgins, and John C. Thornton | 4701 Von Karman Ave | Suite 300 | Newport Beach | CA | 92660 | | 949-748-1000 | 949-315-3540 | shiggins@andrewsthornton.com<br>jct@andrewsthornton.com<br>aa@andrewsthornton.com |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | Arent Fox LLP | Attn: Andrew I. Silfen, Beth M. Brownstein | 1301 Avenue of the Americas | 42nd Floor | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Andrew.Silfen@arentfox.com<br>Beth.Brownstein@arentfox.com |
| Counsel for Genesys Telecommunications Laboratories Inc. | Arent Fox LLP | Attn: Andy S. Kong and Christopher K.S. Wong | 555 West Fifth Street | 48th Floor | Los Angeles | CA | 90013-1065 | | 213-629-7400 | 213-629-7401 | andy.kong@arentfox.com<br>christopher.wong@arentfox.com |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | Arent Fox LLP | Attn: Aram Ordubegian | 555 West Fifth Street | 48th Floor | Los Angeles | CA | 90013-1065 | | 213-629-7400 | 213-629-7401 | Aram.Ordubegian@arentfox.com |
| Counsel for AT&T | Arnold & Porter Kaye Scholer LLP | Attn: Brian Lohan, Esq. | 250 West 55th Street | | New York | NY | 10019 | | 212-836-8000 | 212-836-8689 | brian.lohan@arnoldporter.com |
| Counsel for AT&T | AT&T | Attn: James W. Grudus, Esq. | One AT&T Way, Room 3A115 | | Bedminster | NJ | 07921 | | 908-234-3318 | 832-213-0157 | Jg5786@att.com |
| Counsel for the City of Santa Cruz | Atchison, Barisone & Condotti | Attn: Alexander Geise | PO Box 481 | | Santa Cruz | CA | 95061 | | 831-423-8383 | 831-576-2269 | ageise@abc-law.com |
| Counsel to California State Agencies | Attorney General of California | Attn: XAVIER BECERRA, DANETTE VALDEZ, and ANNADEL ALMENDRAS | 455 Golden Gate Avenue | Suite 11000 | San Francisco | CA | 94102-7004 | | 415-510-3367 | 415-703-5480 | Danette.Valdez@doj.ca.gov<br>Annadel.Almendras@doj.ca.gov |
| Counsel to California State Agencies | Attorney General of California | Attn: XAVIER BECERRA, MARGARITA PADILLA, and JAMES POTTER | 1515 Clay Street, 20th Floor | P.O. Box 70550 | Oakland | CA | 94612-0550 | | 510-879-0815 | 510-622-2270 | James.Potter@doj.ca.gov<br>Margarita.Padilla@doj.ca.gov |
| Counsel to California State Agencies | Attorney General of California | Attn: XAVIER BECERRA, MARGARITA PADILLA, and JAMES POTTER | 300 South Spring Street | Suite 1702 | Los Angeles | CA | 90013 | | 213-269-6326 | 213-897-2802 | James.Potter@doj.ca.gov |
| Special Bankruptcy Counsel for Certain Fire Damage Plaintiffs Claimants | Bailey And Romero Law Firm | Attn: MARTHA E. ROMERO | 12518 Beverly Boulevard | | Whittier | CA | 90601 | | 562-889-0182 | | marthaeromerolaw@gmail.com |
| Counsel for Official Committee of Tort Claimants | Baker & Hostetler, LLP | Attn: Eric E. Sagerman, Lauren T. Attard | 11601 Wilshire Blvd. | Suite 1400 | Los Angeles | CA | 90025-0509 | | 310-442-8875 | 310-820-8859 | esagerman@bakerlaw.com<br>lattard@bakerlaw.com |
| Counsel for Official Committee of Tort Claimants | Baker & Hostetler, LLP | Attn: Robert A. Julian, Cecily A. Dumas | 600 Montgomery Street | Suite 3100 | San Francisco | CA | 94111 | | 415-659-2600 | 415-659-2601 | rjulian@bakerlaw.com<br>cdumas@bakerlaw.com |
| Counsel for Black & Veatch Construction, Inc. | Baker Botts L.L.P. | Attn: Jonathan Shapiro | 101 California Street, Suite 3600 | | San Francisco | CA | 94111 | | 415-291-6200; 415-291-6204 | 415-291-6304; 415-291-6300 | jonathan.shapiro@bakerbotts.com |
| Counsel for Black & Veatch Construction, Inc. | Baker Botts L.L.P. | Attn: Natalie Sanders | 1001 Page Mill Road Building One, Suite 200 | | Palo Alto | CA | 94304 | | 650-739-7536 | 650-739-7636 | natalie.sanders@bakerbotts.com |
| Counsel for Phillips and Jordan | Baker, Donelson, Bearman, Caldwell & Berkowitz, Pc | Attn: John H. Rowland | 211 Commerce Street | Suite 800 | Nashville | TN | 37201 | | 615-726-5544 | 615-744-5544 | jrowland@bakerdonelson.com |
| Counsel for Phillips and Jordan, Inc., Counsel for APTIM, Counsel for TTR Substations, Inc., Counsel for Snelson Companies, Inc. | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: Lacey E. Rochester, Jan M. Hayden | 201 St. Charles Avenue, Suite 3600 | | New Orleans | LA | 70170 | | 504-566-5292; 504-566-5200 | 504-636-4000 | lrochester@bakerdonelson.com<br>jhayden@bakerdonelson.com |
| URENCO Limited and Louisiana Energy Services, LLC | Ballard Spahr LLP | Attn: Brian D. Huben | 2029 Century Park East | Suite 800 | Los Angeles | CA | 90067-2909 | | 424-204-4353 | 424-204-4350 | hubenb@ballardspahr.com |
| Counsel to Campos EPC, LLC | Ballard Spahr LLP | Attn: Brian D. Huben, Esq. | 2029 Century Park East | Suite 800 | Los Angeles | CA | 90067-2909 | | 424-204-4400 | 424-204-4350 | hubenb@ballardspahr.com |
| Counsel for Realty Income Corp., Counsel for Discovery Hydrovac | Ballard Spahr LLP | Attn: Craig Solomon Ganz, Michael S. Myers | 1 East Washington Street | Suite 2300 | Phoenix | AZ | 85004-2555 | | | | ganzc@ballardspahr.com<br>myersms@ballardspahr.com |
| URENCO Limited and Louisiana Energy Services, LLC | Ballard Spahr LLP | Attn: Matthew G. Summers | 919 North Market Street | 11th Floor | Wilmington | DE | 19801 | | 302-252-4428 | 410-361-8930 | summersm@ballardspahr.com |
| Counsel to Realty Income Corporation | Ballard Spahr LLP | Attn: Stacy H. Rubin | One Summerlin | 1980 Festival Plaza Drive, Suite 900 | Las Vegas | NV | 89135-2958 | | 702-471-7000 | | rubins@ballardspahr.com |
| Counsel to Campos EPC, LLC | Ballard Spahr LLP | Attn: Theodore J. Hartl, Esq. | 1225 17th Street | Suite 2300 | Denver | CO | 80202 | | | 303-296-3956 | hartlt@ballardspahr.com |
| Counsel for Bank of America, N.A. | Bank of America | Attn: John McCusker | Mail Code: NY1-100-21-01 | One Bryant Park | New York | NY | 10036 | | 646-855-2464 | | |
| Counsel for Public Entities Impacted by the Wildfires | Baron & Budd, P.C. | Attn: Scott Summy, John Fiske | 3102 Oak Lawn Avenue #1100 | | Dallas | TX | 75219 | | 214-521-3605 | | ssummy@baronbudd.com<br>jfiske@baronbudd.com |
| Counsel to Majesti Mai Bagorio, et al., creditors and plaintiffs in Bagorio, et al. v. PG&E Corporation, et al., case number CNC-19-554581 | Baum Hedlund Aristei & Goldman, PC | Attn: Ronald L.M. Goldman, Diane Marger Moore | 10940 Wilshire Boulevard, 17th Floor | | Los Angeles | CA | 90024 | | 310-207-3233 | 310-820-7444 | rgoldman@baumhedlundlaw.com<br>dmargermoore@baumhedlundlaw.com |
| Counsel for Dan Clarke | Belvedere Legal, PC | Attn: Matthew D. Metzger | 1777 Borel Place | Suite 314 | San Mateo | CA | 94402 | | 415-513-5980 | 415-513-5985 | belvederelegalecf@gmail.com |
| Counsel for Infosys Limited, Counsel for ACRT, Inc. | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Michael J. Barrie | 222 Delaware Avenue | Suite 801 | Wilmington | DE | 19801 | | 302-442-7010 | 302-442-7012 | kcapuzzi@beneschlaw.com<br>mbarrie@beneschlaw.com |
| Counsel for Infosys Limited, Counsel for ACRT, Inc. | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Krista M. Enns | 100 Pine Street | Suite 3100 | San Francisco | CA | 94111 | | 628-600-2250 | 628-221-5828 | kenns@beneschlaw.com |
| Counsel for Nationwide Entities | Berger Kahn, a Law Corporation | Attn: Craig S. Simon | 1 Park Plaza, Suite 340 | | Irvine | CA | 92614 | | 949-474-1880 | 949-313-5029 | csimon@bergerkahn.com |
| Counsel for Subrogation Insurers | Berger Kahn, A Law Corporation | Attn: Craig S. Simon | 1 Park Plaza, Suite 340 | | Irvine | CA | 92614 | | 949- 474-1880 | 949-313-5029 | csimon@bergerkahn.com |
| Counsel to Oklahoma Firefighters Pension and Reitrement System | Berman Tabacco | Attn: Daniel E. Barenbaum | 44 Montgomery Street, Suite 650 | | San Francisco | CA | 94104 | | 415-433-3200 | 415-433-6382 | dbarenbaum@bermantabacco.com |
| Counsel for Valley Clean Energy Alliance | Best Best & Krieger LLP | Attn: Harriet Steiner | 500 Capitol Mall | Suite 1700 | Sacramento | CA | 95814 | | 916-325-4000 | 916-325-4010 | harriet.steiner@bbklaw.com |
| Counsel to Recology Inc. | Bialson, Bergen & Schwab | Attn: Lawrence M. Schwab, Esq. and Kenneth T. Law, Esq. | 633 Menlo Ave., Suite 100 | | Menlo Park | CA | 94025 | | 650-857-9500 | 650-494-2738 | Klaw@bbslaw.com |
| Counsel for ChargePoint, Inc., Counsel to Almendariz Consulting, Inc. | Binder & Malter, LLP | Attn: Michael W. Malter, Robert G. Harris, Heinz Binder | 2775 Park Avenue | | Santa Clara | CA | 95050 | | 408-295-1700 | 408-295-1531 | Michael@bindermalter.com<br>Rob@bindermalter.com<br>Heinz@bindermalter.com |
| Counsel to Hartford Life and Annuity Insurance Company (now known as Talcott Resolution Life Insurance Company), Hartford Total Return Bond ETF, Hartford Total Return Bond Fund, Hartford Total Return Bond HLS Fund, The Hartford Strategic Income Fund, HIMCO Duration Matched Division Ser. II, HIMCO US Aggregate Bond Index Division | Bla Schwartz PC | Attn: Irwin B. Schwartz | 515 S. Flower Street, 18th Floor | | Los Angeles | CA | 90071 | | 213-785-3854 | 213-785-3684 | ischwartz@blaschwartz.com |
| Counsel to American Construction and Supply, Inc. | Bloomfield Law Group, Inc., P.C. | Attn: Neil J. Bloomfield | 901 E St., Suite 100 | | San Rafael | CA | 94901 | | 415-454-2294 | 415-457-5348 | bklargecase@njblaw.com |
| Counsel for Sonoma Clean Power Authority | Boutin Jones Inc. | Attn: Mark Gorton | 555 Capital Mall | Suite 1500 | Sacramento | CA | 95814 | | | | mgorton@boutinjones.com |

Case: 19-30088 Doc# 12024-2 Filed: 03/15/22 Entered: 03/15/22 15:48:45 Page 22 of 37

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Co-Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Braunhagey & Borden LLP | Attn: J. Noah Hagey, Jeffrey M. Theodore, David H. Kwasniewski, Andrew Levine | 351 California Street | Tenth Floor | San Francisco | CA | 94104 | | 415-599-0210 | 415-276-1808 | hagey@braunhagey.com<br>theodore@braunhagey.com<br>kwasniewski@braunhagey.com<br>levine@braunhagey.com |
| Counsel to Everett Freeman Waining, Jr. | Brayton-Purcell LLP | Attn: Alan R. Brayton, Esq. and Bryn G. Letsch, Esq. | 222 Rush Landing Road | P.O. Box 6169 | Novato | CA | 94948-6169 | | 415-898-1555 | 415-898-1247 | bletsch@braytonlaw.com |
| Counsel for MDR Inc. (dba Accu-Bore Directional Drilling), Veteran Power, Inc. | Brothers Smith LLP | Attn: Mark V. Isola | 2033 N. Main Street | Suite 720 | Walnut Creek | CA | 94596 | | 925-944-9700 | 925-944-9701 | misola@brotherssmithlaw.com |
| Counsel for Trustee and Claims Administrator | Brown Rudnick LLP | Attn: David J. Molton | Seven Times Square | | New York | NY | 10036 | | 212-209-4800 | 212-209-4801 | DMolton@brownrudnick.com |
| Counsel for Trustee and Claims Administrator | Brown Rudnick LLP | Attn: Joel S. Miliband | 2211 Michelson Drive | Seventh Floor | Irvine | CA | 92612 | | 949-752-7100 | 949-252-1514 | JMiliband@brownrudnick.com |
| Counsel to Frase Enterprises, Inc. dba Kortick Manufacturing Company | Brunetti Rougeau LLP | Attn: Gregory A. Rougeau | 235 Montgomery Street | Suite 410 | San Francisco | CA | 94104 | | 415-992-8940 | 415-992-8915 | grougeau@brlawsf.com |
| Counsel for Oracle America, Inc. | Buchalter, a Professional Corporation | Attn: Valerie Bantner Peo, Shawn M. Christianson | 55 Second Street | 17th Floor | San Francisco | CA | 94105-3493 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com<br>vbantnerpeo@buchalter.com |
| California Public Utilities Commission | California Public Utilities Commission | Attn: Arocles Aguilar, Geoffrey Dryvynsyde, and Candace Morey | 505 Van Ness Avenue | | San Francisco | CA | 94102 | | 415-703-2015 | 415-703-2262 | arocles.aguilar@cpuc.ca.gov<br>geoffrey.dryvynsyde@cpuc.ca.gov<br>candace.morey@cpuc.ca.gov |
| Counsel to Certain Victims from the Camp Fire and 2017 North Bay Fires, Patricia Garrison | Casey Gerry Schenk Francavilla Blatt & Penfield, LLP | Attn: David S. Casey, Jr., Jeremy Robinson, P. Camille Guerra, and James M. Davis | 110 Laurel Street | | San Diego | CA | 92101 | | 619-238-1811 | 619-544-9232 | dcasey@cglaw.com<br>jrobinson@cglaw.com<br>camille@cglaw.com<br>jdavis@cglaw.com |
| Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc. | Chevron Products Company, A Division of Chevron U.S.A. Inc. | Attn: Melanie Cruz, M. Armstrong | 6001 Bollinger Canyon Road | T2110 | San Ramon | CA | 94583 | | | | melaniecruz@chevron.com<br>marmstrong@chevron.com |
| Counsel to Liberty Mutual Insurance Company | Choate, Hall & Stewart LLP | Attn: Douglas R. Gooding | Two International Place | | Boston | MA | 02110 | | 617-248-5277 | 617-502-5277 | dgooding@choate.com |
| Counsel to Liberty Mutual Insurance Company | Choate, Hall & Stewart LLP | Attn: Johnathan D. Marshall | Two International Place | | Boston | MA | 02110 | | 617-248-4799 | 617-502-4799 | jmarshall@choate.com |
| Counsel to Solon | CKR Law, LLP | Attn: Kristine Takvoryan | 1800 Century Park East, 14th Floor | | Los Angeles | CA | 90067 | | 310-400-1110 | 310-400-0202 | ktakvoryan@ckrlaw.com |
| Counsel to XL Insurance America, Inc, Albertsons Companies, Inc., Safeway Inc., Catlin Specialty Insurance Company, David W. Maehl, Rhonda J. Maehl, Starr Surplus Lines Insurance Company, Chubb Custom Insurance Company, General Security Indemnity Company of Arizona (GSINDA), Markel Bermuda Limited, Ashford Inc., Ashford Hospitality Trust, Inc. | Clausen Miller P.C. | Attn: Michael W. Goodin | 17901 Von Karman Avenue | Suite 650 | Irvine | CA | 92614 | | 949-260-3100 | 949-260-3190 | mgoodin@clausen.com |
| Counsel for BlueMountain Capital Management, LLC | Cleary Gottlieb Sheen & Hamilton LLP | Attn: Lisa Schweitzer | One Liberty Plaza | | New York | NY | 10006 | | 212-255-2000 | 212-225-3999 | lschweitzer@cgsh.com |
| Counsel to Amir Shahmirza | Cohen and Jacobson, LLP | Attn: Lawrence A. Jacobson | 66 Bovet Road, Suite 285 | | San Mateo | CA | 94402 | | 650-261-6280; 650-642-4906 | | laj@cohenandjacobson.com |
| Counsel to Western Electricity Coordinating Council | Cohne Kinghorn, P.C. | Attn: George Hofmann | 111 East Broadway, 11th Floor | | Salt Lake City | UT | 84111 | | 801-363-4300 | 801-363-4378 | ghofmann@cohnekinghorn.com |
| Counsel for Office of Unemployment Compensation Tax Services | Commonwealth of Pennsylvania | Department of Labor and Industry | Collections Support Unit | 651 Boas Street, Room 702 | Harrisburg | PA | 17121 | | 717-787-7627 | 717-787-7671 | ra-li-ucts-bankrupt@state.pa.us |
| Counsel for Gowan Construction Company Inc., Calaveras Telephone Company, Kerman Telephone Co., Pinnacles Telephone Co., The Ponderosa Telephone Co., Sierra Telephone Company, Inc., Volcano Telephone Company and TDS Telecom | Cooper, White & Cooper LLP | Attn: Peter C. Califano | 201 California Street, 17th Floor | | San Francisco | CA | 94111 | | 415-433-1900 | 415-433-5530 | pcalifano@cwclaw.com |
| Counsel for Fire Victim Creditors | Corey, Luzaich, De Ghetaldi & Riddle LLP | Attn: Dario de Ghetaldi, Amanda L. Riddle, Steven M. Berki, Sumble Manzoor | 700 El Camino Real | PO Box 669 | Millbrae | CA | 94030-0669 | | 650-871-5666 | 850-871-4144 | deg@coreylaw.com<br>alr@coreylaw.com<br>smb@coreylaw.com<br>sm@coreylaw.com |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Cotchett, Pitre & Mccarthy, LLP | Attn: Frank M. Pitre, Alison E. Cordova | San Francisco Airport Office Center | 840 Malcolm Road, Suite 200 | Burlingame | CA | 94010 | | 650-697-6000 | 650-697-0577 | fpitre@cpmlegal.com |
| Attorney for County of Sonoma | County of Sonoma | Attn: Tambra Curtis | County Administration Center | 575 Administration Drive, Room 105A | Santa Rosa | CA | 95403 | | 707-565-2421 | | Tambra.curtis@sonoma-county.org |
| Counsel for Valley Clean Energy Alliance | County of Yolo | Attn: Eric May | 625 Court Street | Room 201 | Woodland | CA | 95695 | | 530-666-8278 | 530-666-8279 | eric.may@yolocounty.org |
| Counsel to Liberty Mutual Insurance Company | Cozen O'Connor | Attn: Joe Ziemianski | 101 Montgomery Street | Suite 1400 | San Francisco | CA | 94101 | | 415-644-0914 | 415-644-0978 | JZiemianski@cozen.com |
| Counsel to Liberty Mutual Insurance Company | Cozen O'Connor | Attn: Mark E. Fleger | 1201 North Market Street | Suite 1001 | Wilmington | DE | 19801 | | 302-295-2087 | 302-295-2013 | mfelger@cozen.com |
| Counsel to Renaissance Reinsurance LTD. | Crowell & Moring LLP | Attn: Mark D. Plevin | Three Embarcadero Center, 26th Floor | | San Francisco | CA | 94111 | | 415-986-2800 | 415-986-2827 | mplevin@crowell.com |
| Counsel for NEXANT | Crowell & Moring LLP | Attn: Monique D. Almy | 1001 Pennsylvania Avenue, N.W. | | Washington | DC | 20004 | | 415-986-2827 | 202-628-5116 | malmy@crowell.com |
| Counsel to Renaissance Reinsurance LTD. | Crowell & Moring LLP | Attn: Tacie H. Yoon | 1001 Pennsylvania Ave., N.W. | | Washington | DC | 20004 | | 202-624-2500 | 202-628-5116 | tyoon@crowell.com |
| Counsel for NEXANT | Crowell & Moring LLP | Attn: Thomas F. Koegel | 3 Embarcadero Center | 26th Floor | San Francisco | CA | 94111 | | 415-986-2800 | 202-624-2935 | tkoegel@crowell.com |
| Counsel for Fire Victim Creditors | Danko Meredith | Attn: Michael S. Danko, Kristine K. Meredith, Shawn R. Miller | 333 Twin Dolphin Drive | Suite 145 | Redwood Shores | CA | 94065 | | 650-453-3600 | 650-394-8672 | mdanko@dankolaw.com<br>kmeredith@dankolaw.com<br>smiller@dankolaw.com |
| Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Andrew D. Yaphe | 1600 El Camino Real | | Menlo Park | CA | 94025 | | 650-752-2000 | 650-752-2111 | andrew.yaphe@davispolk.com |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities, Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | 450 Lexington Avenue | | New York | NY | 10017 | | 212-450 4331 | 212-701-5331 | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |
| Creditor | Debra Grassgreen | Attn: Karl Knight | 1339 Pearl Street | Suite 201 | Napa | CA | 94558 | | | | dgrassgreen@gmail.com |
| Counsel for State Farm Mutual Automobile Insurance Company and its affiliates | Dechert LLP | Attn: Allan S. Brilliant, Shmuel Vasser, Alaina R. Heine | 1095 Avenue of the Americas | | New York | NY | 10036 | | 212-698-3500 | 415-698-3599 | allan.brilliant@dechert.com<br>shmuel.vasser@dechert.com<br>alaina.heine@dechert.com |
| Counsel for State Farm Mutual Automobile Insurance Company and its affiliates | Dechert LLP | Attn: Mary H. Kim | One Bush Street | Suite 1600 | San Francisco | CA | 94104 | | 415-262-4500 | 415-262-4555 | mary.kim@dechert.com |
| Counsel for Capital Power Corporation and Halkirk I Wind Project LP | Dentons US LLP | Attn: John A. Moe, II | 601 S. Figueroa Street | Suite 2500 | Los Angeles | CA | 90017-5704 | | 213-623-9300 | 213-623-9924 | john.moe@dentons.com |
| Counsel for Capital Power Corporation and Halkirk I Wind Project LP | Dentons US LLP | Attn: Lauren Macksoud | 1221 Avenue of the Americas | | New York | NY | 10020-1089 | | 212-768-5347 | | Lauren.macksoud@dentons.com |
| Counsel to Southwire Company LLC, Travelers Insurance | Dentons US LLP | Attn: Michael A. Isaacs, Esq. | One Market Plaza, Spear Tower, 24th Floor | | San Francisco | CA | 94105 | | 415-356-4614 | 415-267-4198 | michael.isaacs@dentons.com |
| Counsel for Capital Power Corporation and Halkirk I Wind Project LP | Dentons US LLP | Attn: Oscar N. Pinkas | 1221 Avenue of the Americas | | New York | NY | 10020-1089 | | 212-768-6701 | | |
| Counsel for Travelers Insurance | Dentons Us LLP | Attn: Peter D. Wolfson | 1221 Avenue of the Americas | | New York | NY | 10020 | | 212-768-6800 | 212-768-6700 | peter.wolfson@dentons.com |
| Counsel to Southwire Company LLC | Dentons US LLP | Attn: Samuel R. Maizel, Esq. | 601 S. Figueroa Street | Suite 2500 | Los Angeles | CA | 90017-5704 | | 213-623-9300 | 213-623-9924 | samuel.maizel@dentons.com |

In re: PG&E Corporation, et al.
EXHIBIT A
Master Service List
Case No. 19-30088 (DM)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Diemer & Wei, LLP | Attn: Kathryn S. Diemer, Alexander J. Lewicki | 55 S Market Street | Suite 1420 | San Jose | CA | 95113 | | 408-971-6270 | 408-971-6271 | kdiemer@diemerwei.com alewicki@diemerwei.com |
| Counsel for the Ad Hoc Committee of Unsecured Tort Claimant Creditors | Dla Piper LLP (Us) | Attn: Eric Goldberg and David Riley | 2000 Avenue of the Stars | Suite 400 North Tower | Los Angeles | CA | 90067-4704 | | 310-595-3000 | 310-595-3300 | eric.goldberg@dlapiper.com |
| Counsel for the Ad Hoc Committee of Unsecured Tort Claimant Creditors | Dla Piper LLP (Us) | Attn: Joshua D. Morse | 555 Mission Street | Suite 2400 | San Francisco | CA | 94105-2933 | | 415-836-2500 | 415-836-2501 | joshua.morse@dlapiper.com |
| Counsel to Lisa Delaine Allain, Thomas Atkinson, Chippewa Pest Control, Inc., Lara Balas, Adam Balogh, Brian Bolton, Sharon Britt and Heather Blowers | Dreyer Babich Buccola Wood Campora, LLP | Attn: Steven M. Campora, Andrea R. Crowl | 20 Bicentennial Circle | | Sacramento | CA | 95826 | | 916-379-3500 | 916-379-3599 | scampora@dbbwc.com acrowl@dbbwc.com |
| Counsel for Honeywell International Inc. and Elster American Meter Company, LLC | Dykema Gossett LLP | Attn: Gregory K. Jones | 333 South Grand Avenue, Suite 2100 | | Los Angeles | CA | 90071 | | 213-457-1800 | 213-457-1850 | gjones@dykema.com |
| Counsel for East Bay Community Energy Authority | East Bay Community Energy Authority | Attn: Leah S. Goldberg | 1999 Harrison Street | Suite 800 | Oakland | CA | 94612 | | 510-838-5266 | | |
| Counsel for survivors of the Camp Fire | Edelson Pc | Attn: Rafey S. Balabanian, Todd Logan, Brandt Silver-Korn | 123 Townsend Street, Suite 100 | | San Francisco | CA | 94107 | | 415-234-5342 | 415-373-9495 | rbalabanian@edelson.com tlogan@edelson.com bsilverkorn@edelson.com |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Edp Renewables North America LLC | Attn: Randy Sawyer | 808 Travis | Suite 700 | Houston | TX | 77002 | | 713-265-0350 | 713-265-0365 | Leslie.Freiman@edpr.com Randy.Sawyer@edpr.com |
| Counsel for Sonoma Clean Power Authority | Engel Law, P.C. | Attn: G. Larry Engel | 12116 Horseshoe Lane | | Nevada City | CA | 94123 | | | | larry@engeladvice.com |
| Information Agent for the Official Committee of Unsecured Creditors, and the Official Committee of Tort Claimants | Epiq Corporate Restructuring, LLC | Attn: PG&E UCC and PG&E TCC | 777 Third Avenue, 12th Floor | | New York | NY | 10017 | | 646-282-2500 | | sgarabato@epiqglobal.com |
| Federal Energy Regulatory Commission | Federal Energy Regulatory Commission | Attn: General Counsel | 888 First St NE | | Washington | DC | 20426 | | | | |
| Attorneys for Objector Patricia Garrison | Feinberg Fitch | Attn: Michael S. Feinberg | 41911 Fifth Street, Ste. 300 | | Temecula | CA | 92590 | | 951-698-9900 | 951-698-9909 | feinberg@feinbergfitchlaw.com |
| Counsel to California State Agencies | Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Attn: STEVEN H. FELDERSTEIN and PAUL J. PASCUZZI | 500 Capitol Mall, Suite 2250 | | Sacramento | CA | 95814 | | 916-329-7400 | 916-329-7435 | sfelderstein@ffwplaw.com ppascuzzi@ffwplaw.com |
| Counsel to The Okonite Company | Finestone Hayes LLP | Attn: Stephen D. Finestone | 456 Montgomery St. | 20th Fl. | San Francisco | CA | 94104 | | 415-421-2624 | 415-398-2820 | sfinestone@fhlawllp.com |
| Aggreko, MCE Corporation, Nor-Cal Pipeline Services, and Roebbelen Contracting, Inc. | Finestone Hayes LLP | Attn: Stephen D. Finestone, Jennifer C. Hayes | 456 Montgomery St. | 20th Floor | San Francisco | CA | 94104 | | 415-421-2624; 415-616-0466; 415-481-5481 | | sfinestone@fhlawllp.com jhayes@fhlawllp.com rwitthans@fhlawllp.com |
| Counsel for Michels Corporation | Foley & Lardner LLP | Attn: Erika L. Morabito, Brittany J. Nelson | 3000 K Street, NW, Suite 600 | | Washington | DC | 20007-5109 | | 202-672-5300 | 202-672-5399 | emorabito@foley.com bnelson@foley.com |
| Counsel for Michels Corporation | Foley & Lardner LLP | Attn: Victor A. Vilaplana | 3579 Valley Centre Drive, Suite 300 | | San Diego | CA | 92130 | | 858-847-6759 | 858-792-6773 | vavilaplana@foley.com |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | Frederic Dorwart, Lawyers PLLC | Attn: Samuel S. Ory | 124 East Fourth Street | | Tulsa | OK | 74103-5010 | | 918-583-9922 | 918-583-8251 | sory@fdlaw.com |
| Counsel for Itron, Inc. | Gellert Scali Busenkell & Brown, LLC | Attn: Michael Busenkell | 1201 N. Orange St. | Suite 300 | Wilmington | DE | 19801 | | 302-425-5800 | 302-425-5814 | mbusenkell@gsbblaw.com |
| Counsel for Fire Victim Creditors | Gibbs Law Group | Attn: Eric Gibbs, Dylan Hughes | 505 14th Street, Suite 1110 | | Oakland | CA | 94612 | | 510-350-9700 | 510-350-9701 | ehg@classlawgroup.com dsh@classlawgroup.com |
| Counsel to the Ad Hoc Committee of Holders of Trade Claims | Gibson, Dunn & Crutcher LLP | Attn: David M. Feldman and Matthew K. Kelsey | 200 Park Avenue | | New York | NY | 10166-0193 | | 212-351-4000 | 212-351-4035 | dfeldman@gibsondunn.com mkelsey@gibsondunn.com |
| Counsel for Topaz Solar Farms LLC | Gibson, Dunn & Crutcher LLP | Attn: Jeffrey C. Krause | 333 South Grand Avenue | | Los Angeles | CA | 90071-3197 | | 213-229-7000 | 213-229-7520 | Jkrause@gibsondunn.com |
| Counsel to the Ad Hoc Committee of Holders of Trade Claims | Gibson, Dunn & Crutcher LLP | Attn: Matthew D. McGill | 1050 Connecticut Avenue, N.W. | | Washington | DC | 20036-5306 | | 202-955-8500 | 202-467-0539 | mmcgill@gibsondunn.com |
| Counsel for Topaz Solar Farms LLC | Gibson, Dunn & Crutcher LLP | Attn: Michael A. Rosenthal, Alan Moskowitz | 200 Park Avenue | | New York | NY | 10166-0193 | | 212-351-4000 | 212-351-4035 | Mrosenthal@gibsondunn.com Amoskowitz@gibsondunn.com |
| Counsel to the Ad Hoc Committee of Holders of Trade Claims | Gibson, Dunn & Crutcher LLP | Attn: Michael S. Neumeister and Michelle Choi | 333 South Grand Avenue | | Los Angeles | CA | 90071-3197 | | 213-229-7000 | 213-229-7520 | mneumeister@gibsondunn.com mchoi@gibsondunn.com |
| Counsel for MassMutual Life Insurance Company and Its Funds | Goodwin Procter LLP | Attn: Kizzy L. Jarashow, Stacy Dasaro | 620 Eighth Avenue | | New York | NY | 10018 | | 212-813-8800 | 212-355-3333 | kjarashow@goodwinlaw.com sdasaro@goodwinlaw.com |
| Counsel for MassMutual Life Insurance Company and Its Funds | Goodwin Procter LLP | Attn: Nathan A. Schultz, Rachel M. Walsh | 3 Embarcadero Center, 28th Floor | | San Francisco | CA | 94111 | | 415-773-6000; 415-733-6128 | 415-677-9041; 416384-6021 | RWalsh@goodwinlaw.com |
| Counsel to Interested Party John K. Trotter, Trustee of the PG&E Fire Victim Trust | Greenberg Gross LLP | Attn: Evan C. Borges | 650 Town Center Drive, Suite 1700 | | Costa Mesa | CA | 92626 | | 949-383-2800 | 949-383-2801 | EBorges@GGTrialLaw.com |
| Counsel to John K. Trotter, Trustee of the PG&E Fire Victim Trust | Greenberg Gross LLP | Attn: Sarah Kelly-Kilgore | 601 S. Figueroa Street, 30th Floor | | Los Angeles | CA | 90017 | | 213-334-7000 | 213-334-7001 | SKellyKilgore@GGTrialLaw.com |
| Counsel for Cardno, Inc. | Greenberg Traurig, LLP | Attn: Diane Vuocolo | 1717 Arch Street | Suite 400 | Philadelphia | PA | 19103 | | 215-988-7803 | 215-717-5230 | vuocolod@gtlaw.com |
| Attorneys for HercRentals | Greenberg Traurig, LLP | Attn: Howard J. Steinberg | 1840 Century Park East | Suite 1900 | Los Angeles | CA | 90067-2121 | | 310-586-7700 | 310-586-7800 | steinbergh@gtlaw.com |
| Counsel for Ruby Pipeline, L.L.C., Cardno, Inc. | Greenberg Traurig, LLP | Attn: Michael Hogue | 4 Embarcadero Center | Suite 3000 | San Francisco | CA | 94111 | | 415-655-1300 | 415-707-2010 | hoguem@gtlaw.com |
| Counsel for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | Greene Radovsky Maloney Share & Hennigh LLP | Attn: Edward J. Tredinnick | One Front Street | Suite 3200 | San Francisco | CA | 94111 | | 415-981-1400 | 415-777-4961 | etredinnick@greeneradovsky.com |
| Counsel for San Francisco Herring Association, Counsel for for Dan Clarke, Counsel for Aida and Ramiro Rodriguez, Counsel for Todd and Adelina McNeive, Counsel for Dennis Caselli, Counsel for Sam and Cathy Dorrance, Counsel for Laura Hart, Counsel for Minh and Gurdon Merchant | Gross & Klein LLP | Attn: Stuart G. Gross | The Embarcadero | Pier 9 Suite 100 | San Francisco | CA | 94111 | | 415-671-4628 | 415-480-6688 | sgross@grosskleinlaw.com |
| Counsel for Nationwide Entities | Grotefeld Hoffmann | Attn: Mark S. Grotefeld, Maura Walsh Ochoa, Waylon J. Pickett | 700 Larkspur Landing Circle, Suite 280 | | Larkspur | CA | 94939 | | 415-344-9670 | 415-989-2802 | mgrotefeld@ghlaw-llp.com mochoa@ghlaw-llp.com wpickett@ghlaw-llp.com |
| Counsel to KAREN ROBERDS and ANITA FREEMAN | Hallisey And Johnson PC | Attn: Jeremiah F. Hallisey, Esq. | 465 California St., Ste. 405 | | San Francisco | CA | 94104 | | 415-433-5300 | 415-230-5792 | jfhallisey@gmail.com |
| Attorneys for Certain Kincade (2019) claimants | Hansen&Miller Law Firm | Attn: Roy E. Miller | 415 Russell Ave. | | Santa Rosa | CA | 95403 | | 707-575-1040 | 707-575-3826 | roy@hansenmiller.com |
| Counsel to Trustee and Claims Administrator for the Fire Victim Trust | Hanson Bridgett LLP | Attn: Linda E. Klamm | 1676 No. California Blvd. | Suite 620 | Walnut Creek | CA | 94596 | | 925-746-8460 | 925-746-8490 | lklamm@hansonbridgett.com |
| Counsel to Anthony Gantner | Hausfeld LLP | Attn: Bonny E. Sweeney, Seth R. Gassman | 600 Montgomery Street, Suite 3200 | | San Francisco | CA | 94111 | | 415-633-1908 | 415-358-4980 | bsweeney@hausfeld.com sgassman@hausfeld.com |
| Attorneys for HercRentals | Hercrentals | Attn: Sharon Petrosino, Esq. | 27500 Riverview Center Blvd. | | Bonita Springs | FL | 34134 | | 239-301-1126 | 239-301-1109 | Sharon.petrosino@hercrentals.com |
| Counsel for Telvent USA, LLC. | Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | 28 State Street | | Boston | MA | 02109 | | 617-345-9000 | 617-345-9020 | jdoran@hinckleyallen.com |
| COUNSEL FOR ESVOLTA, LP AND HUMMINGBIRD ENERGY STORAGE, LLC | Hogan Lovells Us LLP | Attn M Hampton Foushee | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | 212-918-3100 | hampton.foushee@hoganlovells.com |
| Counsel to Pacific Investment Management Company LLC | Hogan Lovells US LLP | Attn: David P. Simonds, Edward J. McNeilly | 1999 Avenue of the Stars | Suite 1400 | Los Angeles | CA | 90067 | | 310-785-4600 | 310-785-4601 | david.simonds@hoganlovells.com edward.mcneilly@hoganlovells.com |
| Counsel to Pacific Investment Management Company LLC | Hogan Lovells US LLP | Attn: Michael C. Hefter, Matthew Ducharme | 390 Madison Avenue | | New York | NY | 10017 | | 212-918-3000 | 212-918-3100 | michael.hefter@hoganlovells.com matthew.ducharme@hoganlovells.com |
| Counsel to Diablo Winds, LLC | Holland & Hart LLP | Attn: Risa Lynn Wolf-Smith | 555 Seventeenth Street, Suite 3200 | P.O. Box 8749 | Denver | CO | 80201-8749 | | 303-295-8011 | 303-295-8261 | rwolf@hollandhart.com |
| Counsel for Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company as Indenture Trustees for certain bondholders | Holland & Knight LLP | Attn: Robert J. Labate, David I. Holtzman | 50 California Street | Suite 2800 | San Francisco | CA | 94111 | | 415-743-6900 | 415-743-6910 | robert.labate@hklaw.com david.holtzman@hklaw.com |
| Counsel for Interested Party The City of Oakland | Hopkins & Carley, a Law Corporation | Attn: Jay M. Ross, Monique D. Jewett-Brewster | 70 South First Street | | San Jose | CA | 95113 | | 408-286-9800 | 408-998-4790 | mjb@hopkinscarley.com jross@hopkinscarley.com |

Page 3 of 10

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Hyundai Corporation USA | Hughes Hubbard & Reed LLP | Attn: Kathryn A. Coleman | One Battery Park Plaza | | New York | NY | 10004 | | 212-837-6000 | 212-422-4726 | katie.coleman@hugheshubbard.com |
| Counsel to K. Hovnanian California Region, Inc.; K. Hovnanian Enterprises, Inc.; K. Hovnanian Homes, LLC; K. Hovnanian at Village Center, LLC; K. Hovnanian at Westshore, LLC; K. Hovnanian Companies of California, Inc.; K. Hovnanian Homes Northern California, Inc.; K. Hovnanian Homes of Northern California, Inc.; K. Hovnanian Homes, Inc.; K. Hovnanian Meadow View at Mountain House, LLC; K. Hovnanian's Aspire at Union Village, LLC and Meritage Homes of California, Inc. | Huguenin Kahn LLP | Attn: Edward R. Huguenin, Esq. and James L. Bothwell, Esq. | 3001 Lava Ridge Court, Suite 300 | | Roseville | CA | 95661 | | 916-367-7098 | 916-367-7491 | ehuguenin@hugueninkahn.com<br>jbothwell@hugueninkahn.com |
| Counsel for DTE Stockton, LLC, Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P., Potrero Hills Energy Producers, LLC, Sunshine Gas Producers, LLC, Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd. | Hunton Andrews Kurth LLP | Attn: Peter S. Partee, Sr. | 200 Park Avenue | 53rd Floor | New York | NY | 10166 | | 212-309-1000 | 212-309-1100 | ppartee@huntonak.com |
| Counsel to International Business Machines Corp | IBM Corporation | Attn: Marie-Josee Dube | 275 Viger East | | Montreal | QC | H2X 3R7 | Canada | 514-964-0694 | 845-491-5032 | mjdube@ca.ibm.com |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104-5016 | | 800-973-0424 | 855-235-6787 | |
| Counsel for BlueMountain Capital Management, LLC | Irell & Manella LLP | Attn: Craig Varnen, Andrew J. Strabone | 1800 Avenue of the Stars | Suite 900 | Los Angeles | CA | 90067-4276 | | 310-277-1010 | 310-203-7199 | astrabone@irell.com |
| Counsel for The Davey Tree Expert Company | Irell & Manella LLP | Attn: Jeffrey M. Reisner, Kerri A. Lyman | 840 Newport Center Drive | Suite 400 | Newport Beach | CA | 92660 | | 949-760-5242 | 949-760-5200 | jreisner@irell.com<br>klyman@irell.com |
| Counsel for BlueMountain Capital Management, LLC | Irell & Manella LLP | Attn: Michael H. Strub, Jr. | 840 Newport Center Drive | Suite 400 | Newport Beach | CA | 92660-6324 | | 949-760-0991 | 949-760-5200 | |
| Counsel to Iron Mountain Information Management, LLC | Iron Mountain Information Management, LLC | Attn: Joseph Corrigan | One Federal Street | | Boston | MA | 02110 | | 617-535-4744 | 617-451-0409 | Bankruptcy2@ironmountain.com |
| Interested Party CH2M HILL Engineers, Inc. | Jacobs Engineering | Attn: Robert Albery | Associate General Counsel | 9191 South Jamaica Street | Englewood | CO | 80112 | | 720-286-2242 | | robert.albery@jacobs.com |
| Interested Party Jane Luciano | Jane Luciano | | 9000 Crow Canyon Road | Suite S #168 | Danville | CA | 94506 | | 925-216-6030 | | jane-luciano@comcast.net |
| Counsel for Nationwide Entities | Jang & Associates, LLP | Attn: Alan J. Jang | 1766 Lacassie Ave., Suite 200 | | Walnut Creek | CA | 94596 | | 925-937-1400 | 925-937-1414 | ajang@janglit.com |
| Counsel to Sodexo, Inc. | JD Thompson Law | Attn: Judy D. Thompson, Esq. | P.O. Box 33127 | | Charlotte | NC | 28233 | | 828-749-1865 | | |
| Counsel for Peter Ouborg, Mizuho Bank, Ltd. | Jeffer Mangles Butler & Mitchell LLP | Attn: Robert B. Kaplan, Bennett G. Young | Two Embarcadero Center | 5th Floor | San Francisco | CA | 94111 | | | | rbk@jmbm.com<br>byoung@jmbm.com |
| Counsel for Itron, Inc. | Jenkins Mulligan & Gabriel LLP | Attn: Larry W. Gabriel | 2160 Oxnard Street | Suite 500 | Woodland Hills | CA | 91367 | | 818-827-9147 | 818-827-9099 | lgabriel@bg.law |
| Interested Party John A. Vos A | John A. Vos | | 1430 Lincoln Avenue | | San Rafael | CA | 94901 | | 415-485-5330 | | |
| Counsel for The Act 1 Group, Inc. | Joseph A. Eisenberg P.C. | Attn: Joseph A. Eisenberg | 2976 E. State Street | Suite 120 – No. 111 | Eagle | ID | 83616 | | | | JAE1900@yahoo.com |
| Counsel to Citibank, N.A. | Keesal, Young & Logan a Professional Corporation | Attn: PETER R. BOUTIN | 450 Pacific Avenue | | San Francisco | CA | 94133 | | 415-398-6000 | 415-981-0136 | peter.boutin@kyl.com |
| Counsel to Debtor | Keller Benvenutti Kim LLP | Attn: Tobias S. Keller, Jane Kim | 650 California Street | Suite 1900 | San Francisco | CA | 94108 | | 415-496-6723 | 650-636-9251 | tkeller@kbkllp.com<br>jkim@kbkllp.com |
| Counsel for Kompogas SLO LLC and Tata Consultancy Services | Kelley Drye & Warren LLP | Attn: Benjamin D. Feder | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | 212-808-7897 | KDWBankruptcyDepartment@kelleydrye.com<br>bfeder@kelleydrye.com |
| Counsel to PricewaterhouseCoopers LLP | Kibler Fowler & Cave LLP | Attn: Michael D. Kibler, Matthew J. Cave, Kevin Kroll | 11100 Santa Monica Blvd. | Suite 360 | Los Angeles | CA | 90025 | | 310-409-0400 | 310-409-0401 | mkibler@kfc.law<br>mcave@kfc.law<br>kkroll@kfc.law |
| Counsel to Oldcastle Infrastructure, Inc. f/k/a Oldcastle Precast, Inc. and Affiliates | Kilpatrick Townsend & Stockton LLP | Attn: Benjamin M. Kleinman, Esq. | Two Embarcadero Center, Suite 1900 | | San Francisco | CA | 94111 | | 415-576-0200 | 415-576-0300 | bkleinman@kilpatricktownsend.com |
| Counsel to Oldcastle Infrastructure, Inc. f/k/a Oldcastle Precast, Inc. and Affiliates | Kilpatrick Townsend & Stockton LLP | Attn: Paul M. Rosenblatt, Esq. | 1100 Peachtree Street, NE, Suite 2800 | | Atlanta | GA | 30309-4530 | | 404-815-6500 | 404-815-6555 | prosenblatt@kilpatricktownsend.com |
| Counsel for Ruby Pipeline, L.L.C. | Kinder Morgan, Inc. | Attn: Mark A. Minich | Two North Nevada | | Colorado Springs | CO | 80903 | | 719-520-4416 | | Mark_Minich@kindermorgan.com |
| Counsel for Ruby Pipeline, L.L.C. | Kinder Morgan, Inc. | Attn: Mosby Perrow | 1001 Louisiana | Suite 1000 | Houston | TX | 77002 | | 713-420-6547 | | mosby_perrow@kindermorgan.com |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: Aparna Yenamandra | 601 Lexington Avenue | | New York | NY | 10022 | | 212-446-4800 | 212-446-4900 | aparna.yenamandra@kirkland.com |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: David R. Seligman, P.C. | 300 North LaSalle | | Chicago | IL | 60654 | | 312-862-2000 | 312-862-2200 | david.seligman@kirkland.com |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP | Attn: Marc Kieselstein, P.C. | 300 North LaSalle | | Chicago | IL | 60654 | | 312-862-2000 | 312-862-2200 | marc.kieselstein@kirkland.com |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: Mark McKane, P.C., Michael P. Esser | 555 California Street | | San Francisco | CA | 94104 | | 415-439-1400 | 415-439-1500 | mark.mckane@kirkland.com<br>michael.esser@kirkland.com |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP | Attn: R. Alexander Pilmer | 555 California Street | | San Francisco | CA | 94104 | | 415-439-1400 | 415-439-1500 | alexander.pilmer@kirkland.com |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP | Attn: Stephen E. Hessler, P.C. | 601 Lexington Avenue | | New York | NY | 10022 | | 212-446-4800 | 212-446-4900 | stephen.hessler@kirkland.com |
| Counsel for The Church of Jesus Christ of Latter-day Saints | Kirton Mcconkie | Attn: Jeremy C. Sink | 36 South State | Suite 1900 | Salt Lake City | UT | 84111 | | 801-239-3157 | 801-321-4893 | jsink@kmclaw.com |
| Counsel for NextEra Energy Inc. et al. | Klee, Tuchin, Bogdanoff & Stern LLP | Attn: Kenneth N. Klee, David M. Stern, Samuel M. Kidder | 1999 Avenue of the Stars | Thirty-Ninth Floor | Los Angeles | CA | 90067 | | 310-407-4000 | 310-407-9090 | kklee@ktbslaw.com<br>dstern@ktbslaw.com<br>skidder@ktbslaw.com |
| Counsel for Kings River Water Association | Klein, Denatale, Goldner, Cooper, Rosenlieb & Kimball, LLP | Attn: Hagop T. Bedoyan | 5260 N. Palm Avenue, Suite 205 | | Fresno | CA | 93704 | | 559-438-4374 | 661-326-0418 | hbedoyan@kleinlaw.com<br>ecf@kleinlaw.com |
| Counsel for PG&E Holdco Group | Kramer Levin Naftalis & Frankel LLP | Attn: Amy Caton and Megan Wasson | 1177 Avenue of the Americas | | New York | NY | 10036 | | 212-715-9100 | 650-715-8000 | acaton@kramerlevin.com<br>mwasson@kramerlevin.com |
| Counsel to Public Employees Retirement Association of New Mexico | Labaton Sucharow LLP | Attn: Thomas A. Dubbs, Louis Gottlieb, Carol C. Villegas & Jeffrey A. Dubbin | 140 Broadway | | New York | NY | 10005 | | 212-907-0700 | 212-818-0477 | tdubbs@labaton.com<br>lgottlieb@labaton.com<br>cvillegas@labaton.com<br>jdubbin@labaton.com |
| Counsel to County of San Luis Obispo | Lamb & Kawakami LLP | Attn: Kevin J. Lamb, Michael K. Slattery | 333 South Grand Avenue | Suite 4200 | Los Angeles | CA | 90071 | | 213-630-5500 | 213-630-5555 | klamb@lkfirm.com<br>mslattery@lkfirm.com |
| Counsel for Pacific Mobile Structures, Inc. | Lane Powell PC | Attn: Brad T. Summers | 601 SW Second Avenue | Suite 2100 | Portland | OR | 97204 | | 503-778-2100 | 503-778-2200 | summerst@lanepowell.com |
| Counsel to Dynegy Marketing and Trade, LLC | Latham & Watkins LLP | Attn: Adam E. Malatesta | 355 S. Grand Avenue, Suite 100 | | Los Angeles | CA | 90071-1560 | | 213-485-1234 | 213-891-8763 | adam.malatesta@lw.com |
| Counsel for Crockett Cogeneration, Middle River Power, LLC, and MRP San Joaquin Energy, LLC | Latham & Watkins LLP | Attn: Amy C. Quartarolo | 355 South Grand Avenue | Suite 100 | Los Angeles | CA | 90071-1560 | | 213-485-1234 | 231-891-8763 | amy.quartarolo@lw.com |
| Counsel to Dynegy Marketing and Trade, LLC | Latham & Watkins LLP | Attn: Caroline A. Reckler, Andrew M. Parlen | 885 Third Avenue | | New York | NY | 10022-4834 | | 212-906-1200 | 212-751-4864 | caroline.reckler@lw.com |
| Counsel for Crockett Cogeneration, Middle River Power, LLC, and MRP San Joaquin Energy, LLC | Latham & Watkins LLP | Attn: Christopher Harris | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | christopher.harris@lw.com |
| Unsecured Creditor | Laurie A. Deuschel | Attn: Laurie A. Deuschel | 5120 Second Street | | Rocklin | CA | 95677 | | 916-289-3532 | | ldeuschel@hotmail.com |
| Attorneys for Objector Patricia Garrison | Law Office of Angela Jae Chun | Attn: Angela Jae Chun | 777 S. Highway 101, Ste. 215 | | Solana Beach | CA | 92075 | | 619-719-5757 | | ajc@chun.law |
| Counsel to Jesus Mendoza | Law Office of Daren M. Schlecter | Attn: Daren M. Schlecter, Esq. | 1925 Century Park East, Suite 830 | | Los Angeles | CA | 90067 | | 310-553-5747 | 310-553-5487 | daren@schlecterlaw.com |
| Counsel for Ruby Pipeline, L.L.C. | Law Office of Patricia Williams Prewitt | Attn: Patricia Williams Prewitt | 10953 Vista Lake Ct. | | Navasota | TX | 77868 | | 936-825-8705 | | pwp@pattiprewittlaw.com |
| Interested Party | Law Office of Richard L. Antognini | Attn: Richard L. Antognini | 2036 Nevada City Highway | Suite 636 | Grass Valley | CA | 95945-7700 | | 916-295-4896 | | rlalawyer@yahoo.com |
| Counsel to Aztrack Construction Corporation | Law Office of Steven M. Olson | Attn: Steven M. Olson, Esq. & Jacob M. Faircloth, Esq. | 50 Old Courthouse Square, Suite 401 | | Santa Rosa | CA | 95404 | | 707-575-1800 | 707-575-1867 | smo@smolsonlaw.com |
| Counsel for LEWIS & TIBBITTS, INC., Counsel for LILIA LEESON | Law Office of Wayne A. Silver | Attn: Wayne A. Silver | 643 Bair Island Road | Suite 403 | Redwood City | CA | 94063 | | 650-282-5970 | 650-282-5980 | ws@waynesilverlaw.com |

In re: PG&E Corporation, et al.
EXHIBIT A
Master Service List
Case No. 19-30088 (DM)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to GER HOSPITALITY, LLC and RICHARD W. CARPENETI | Law Offices of Francis O. Scarpulla | Attn: Francis O. Scarpulla and Patrick B. Clayton | 456 Montgomery Street, 17th Floor | | San Francisco | CA | 94104 | | 415-788-7210 | 415-788-0706 | fos@scarpullalaw.com<br>pbc@scarpullalaw.com |
| Counsel for W. Bradley Electric, Inc. | Law Offices of James Shepherd | Attn: James A. Shepherd | 3000 Citrus Circle | Suite 204 | Walnut Creek | CA | 94598 | | 925-954-7554 | 925-281-2341 | jim@jsheplaw.com |
| Counsel to Ruckman-Leal Creditors, Counsel to Michael Marroquin | Law Offices of Leonard K. Welsh | Attn: Leonard K. Welsh, Esq. | 4550 California Avenue, Second Floor | | Bakersfield | CA | 93309 | | 661-328-5328 | | lwelsh@lkwelshlaw.com |
| Counsel to Debra Grassgreen | Law Offices of Thomas J. Brandi | Attn: Thomas J. Brandi | 345 Pine Street | 3rd Floor | San Francisco | CA | 94104 | | 415-989-1800 | | tjb@brandilaw.com |
| Interested Party CH2M HILL Engineers, Inc. | Lesnick Prince & Pappas LLP | Attn: Matthew A. Lesnick, Christopher E. Prince | 315 W. Ninth St., Suite 705 | | Los Angeles | CA | 90015 | | 213-493-6496 | 310-396-0963 | matt@lesnickprince.com<br>cprince@lesnickprince.com |
| Counsel to Global Diving & Salvage, Inc. and Traffic Management, Inc. | Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: Eve H. Karasik | 10250 Constellation Blvd., Suite 1700 | | Los Angeles | CA | 90067 | | 310-229-1234 | 310-229-1244 | EHK@LNBYB.COM |
| Counsel for California Independent System Operator | Levene, Neale, Bender, Yoo & Goluchik L.L.P. | Attn: David L. Neale | 2818 La Cienega Avenue | | Los Angeles | CA | 90034 | | 310-229-1234 | 310-229-1244 | DLN@LNBYB.COM |
| Counsel to Kepco California LLC, RE Astoria LLC | Lewis Brisbois Bisgaard & Smith LLP | Attn: Lovee D. Sarenas, Scott Lee, Amy L. Goldman | 633 West 5th Street, Suite 4000 | | Los Angeles | CA | 90071 | | 213-250-1800 | 213-250-7900 | Lovee.Sarenas@lewisbrisbois.com<br>Amy.Goldman@lewisbrisbois.com<br>Scott.Lee@lewisbrisbois.com |
| Counsel to Harris County | Linebarger Goggan Blair & Sampson, LLP | Attn: John D. Dillman | PO Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3400 | 713-844-3503 | houston_bankruptcy@publicans.com |
| Counsel to California Insurance Guarantee Association | Locke Lord LLP | Attn: Aaron Smith | 111 South Wacker Drive, Suite 4100 | | Chicago | IL | 60606 | | 312-443-0700 | 312-443-0336 | asmith@lockelord.com |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | Attn: Bradley C. Knapp | 601 Poydras Street | Suite 2660 | New Orleans | LA | 70130 | | 504-558-5210 | 504-910-6847 | bknapp@lockelord.com |
| Counsel to Quanta Energy Services LLC | Locke Lord LLP | Attn: Elizabeth M. Guffy | JPMorgan Chase Tower | 600 Travis, Suite 2800 | Houston | TX | 77002 | | 713-226-1200 | 713-223-3717 | eguffy@lockelord.com |
| Counsel to Quanta Energy Services, Inc., Underground Construction Co., Inc., Mears Group, Inc., Dashiell Corporation, Quanta Technology LLC, and PAR Electrical Contractors | Locke Lord LLP | Attn: Elizabeth M. Guffy | JPMorgan Chase Tower | 600 Travis, Suite 2800 | Houston | TX | 77002 | | 713-226-1200 | 713-223-3717 | eguffy@lockelord.com |
| Counsel to Quanta Energy Services, Inc., Underground Construction Co., Inc., Mears Group, Inc., Dashiell Corporation, Quanta Technology LLC, and PAR Electrical Contractors | Locke Lord LLP | Attn: Kinga L. Wright | 101 Montgomery Street, Suite 1950 | | San Francisco | CA | 94104 | | 415-318-8810 | 415-676-5816 | |
| Counsel to California Insurance Guarantee Association | Locke Lord LLP | Attn: Lindsey E. Kress | 101 Montgomery Street | Suite 1950 | San Francisco | CA | 94104 | | 415-318-8810 | 415-676-5816 | lkress@lockelord.com |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | Attn: Meagan S. Tom | 101 Montgomery Street | Suite 1950 | San Francisco | CA | 94104 | | 415-318-8810 | 415-676-5816 | meagan.tom@lockelord.com |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | Attn: W. Steven Bryant | 600 Congress Street | Suite 2200 | Austin | TX | 78701 | | 512-305-4700 | 512-305-4800 | sbryant@lockelord.com |
| Counsel to Quanta Energy Services LLC | Locke Lord LLP | Attn: Xiyi Fu | 101 Montgomery Street, Suite 1950 | | San Francisco | CA | 94104 | | 415-318-8810 | 415-676-5816 | |
| Counsel for California Power Exchange Corporation | Loeb & Loeb LLP | Attn: Marc S. Cohen, Alicia Clough | 10100 Santa Monica Blvd | Suite 2200 | Los Angeles | CA | 90067 | | 310-282-2000 | | mscohen@loeb.com<br>aclough@loeb.com |
| Counsel to Public Employees Retirement Association of New Mexico | Lowenstein Sandler LLP | Attn: Michael S. Etkin, Andrew Behlmann | One Lowenstein Drive | | Roseland | NJ | 070068 | | 973-597-2500 | 973-597-2333 | metkin@lowenstein.com<br>abehlmann@lowenstein.com |
| Interested Party | Macdonald \| Fernandez LLP | Attn: Iain A. Macdonald | 221 Sansome Street | Third Floor | San Francisco | CA | 94104-2323 | | 415-362-0449 | 415-394-5544 | imac@macfern.com |
| Counsel to BARBARA ZELMER and ROBERT ZELMER | Manuel Corrales, Jr., Esquire | | 17140 Bernardo Center Drive, Suite 358 | | San Diego | CA | 92128 | | 858-521-0634 | 858-521-0633 | mannycorrales@yahoo.com |
| Counsel to Aegion Corporation and its subsidiary entities: Corrpro Companies, Inc., Insituform Technologies, LLC and Fibrwrap Construction Services, Inc. | Margulies Faith, LLP | ATTN: CRAIG G. MARGULIES | 16030 VENTURA BOULEVARD | SUTIE 470 | ENCINO | CA | 91436 | | 818-705-2777 | 818-705-3777 | Craig@MarguliesFaithLaw.com |
| Counsel to SLF Fire Victim Claimants | Marshack Hays LLP | Attn: RICHARD A. MARSHACK, DAVID A. WOOD, LAILA MASUD | 870 Roosevelt | | Irvine | CA | 92620 | | 949-333-7777 | 949-333-7778 | rmarshack@marshackhays.com<br>dwood@marshackhays.com<br>lmasud@marshackhays.com |
| Counsel for Ghost Ship Warehouse Plaintiffs' Executive Committee | Mary Alexander & Associates, P.C. | Attn: Mary E. Alexander | 44 Montgomery Street, Suite 1303 | | San Francisco | CA | 94104 | | 415-433-4440 | 415-433-5440 | malexander@maryalexanderlaw.com |
| Counsel to BNP Paribas | Mayer Brown LLP | Attn: Ankur Mandhania | 575 Market St. | Suite 2500 | San Francisco | CA | 94105-3670 | | 415-874-4230 | 650-331-2060 | amandhania@mayerbrown.com |
| Counsel to BNP Paribas | Mayer Brown LLP | Attn: Brian Trust, Joaquin C de Baca | 1221 Avenue of the Americas | | New York | NY | 10020 | | 212-506-2500 | 212-262-1910 | btrust@mayerbrown.com<br>jcdebaca@mayerbrown.com |
| Counsel to Mesa Associates, Inc. | Maynard, Cooper & Gale | Attn: Duane Kumagai | 1901 Avenue of the Stars Suite 1900 | | Los Angeles | CA | 90067 | | 310-596-4500 | | dkumagai@maynardcooper.com |
| Counsel for A.J. Excavation Inc. | Mccormick Barstow LLP | Attn: David L. Emerzian, H. Annie Duong | Counsel for A.J. Excavation Inc. | 7647 North Fresno Street | Fresno | CA | 93720 | | 559-433-1300 | 559-433-2300 | Annie.Duong@mccormickbarstow.com<br>demerzian@mccormickbarstow.com |
| Counsel to Davey Tree Expert Company, Davey Tree Surgery Company, and Davey Resource Group, Inc. | Mcdermott Will & Emery LLP | Attn: Jeffrey M. Reisner | 2049 Century Park East, Suite 3200 | | Los Angeles | CA | 90067-3206 | | 310-277-4110 | 310-277-4730 | |
| Counsel to Winners Industry Co., Ltd. | Mckoool Smith, P.C. | Attn: James H. Smith | One Bryant Park, 47th Floor | | New York | NY | 10036 | | 212-402-9400 | 212-402-9444 | jsmith@mckoolsmith.com |
| Counsel to Public Employees Retirement Association of New Mexico | Michelson Law Group | Attn: Randy Michelson | 220 Montgomery Street | Suite 2100 | San Francisco | CA | 94104 | | 415-512-8600 | 415-512-8601 | randy.michelson@michelsonlawgroup.com |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil | 55 Hudson Yards | | New York | NY | 10001-2163 | | 212-530-5000 | 212-530-5219 | ddunne@milbank.com<br>skhalil@milbank.com |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Gregory A. Bray, Thomas R. Kreller, Samir L. Vora | 2029 Century Park East, 33rd Floor | | Los Angeles | CA | 90067 | | 424-386-4000 | 213-629-5063 | Gbray@milbank.com<br>TKreller@milbank.com<br>svora@milbank.com |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Samir L. Vora | 1850 K St., N.W., Suite 1100 | | Washington | DC | 20006 | | 202-835-7500 | 202-263-7586 | svora@milbank.com |
| Counsel for Marin Clean Energy | Mintz Levin Cohn Ferris Glovsky And Popeo, P.C. | Attn: Abigail V. O'Brient, Andrew B. Levin | 2029 Century Park East | Suite 3100 | Los Angeles | CA | 90067 | | 310-586-3200 | 310-586-3200 | avobrient@mintz.com<br>ablevin@mintz.com |
| Counsel to NEARON SUNSET, LLC | Montee & Associates | Attn: Kevin P. Montee | 1250-I Newell Ave. | Suite 149 | Walnut Creek | CA | 94596 | | 925-979-5579 | 925-955-1648 | kmontee@monteeassociates.com |
| Counsel to Quest Diagnostics Health & Wellness LLC d/b/a Quest Diagnostics | Morris James LLP | Attn: Brett D. Fallon, Esq. | 500 Delaware Avenue, Suite 1500 | P.O. Box 2306 | Wilmington | DE | 19899-2306 | | 302-888-6888 | 302-571-1750 | bfallon@morrisjames.com |
| Counsel for Exponent, Inc. | Newmeyer & Dillion LLP | Attn: James J. Ficenec | 1333 N. California Blvd | Suite 600 | Walnut Creek | CA | 94596 | | 925-988-3200 | 925-988-3290 | James.Ficenec@ndlf.com |
| Counsel for CALIFORNIA SELF-INSURERS' SECURITY FUND | Nixon Peabody LLP | Attn: MAXIMILIAN A. FERULLO | 55 West 46th Street | | New York | NY | 10036 | | 212-940-3000 | 212-940-3111 | |
| Counsel for CALIFORNIA SELF-INSURERS' SECURITY FUND | Nixon Peabody LLP | Attn: RICHARD C. PEDONE | Exchange Place | 53 State Street | Boston | MA | 02109 | | 617-345-1000 | 617-345-1300 | rpedone@nixonpeabody.com |
| Counsel for CALIFORNIA SELF-INSURERS' SECURITY FUND | Nixon Peabody LLP | Attn: WILLIAM S. LISA | One Embarcadero Center | 32nd Floor | San Francisco | CA | 94111 | | 415-984-8200 | 415-984-8300 | wlisa@nixonpeabody.com |
| Counsel for Michael Vairo, Marie Dierssen, Catherine McClure, Tonia Hanson, Deirdre Coderre, Denise Stooksberry, John Stooksberry, Bryan Sullivan, Sara Hill, Isaiah Vera, Michael Williams, Joel Batts, Annaleisa Batts, Claudia Bijstra, Andries Bijstra, Roger Martinez, Candice Seals, Gretchen Franklin, Christopher Franklin, Paul Bowen, Kelly Jones, Tami Coleman, Cecil Morris, Linda Schooling, Jennifer Makin, Barbara Cruise, Benjamin Hernandez, Irma Enriquez, Constantina Howard, Leroy Howard, Edward Delongfield, Brenda Howell, Lynda Howell, Angela Coker, Sally Thorp, Paradise Moose Lodge, Nancy Seals | Northern California Law Group, Pc | Attn: Joseph Feist | 2611 Esplanade | | Chico | CA | 95973 | | 530-433-0233 | 530-345-2103 | info@norcallawgroup.net<br>joe@norcallawgroup.net |
| Counsel to ADVENTIST HEALTHSYSTEM/WEST, a California non-profit religious corporation | Norton Rose Fulbright US LLP | ATTN: DAVID A. ROSENZWEIG | 1301 Avenue of the Americas, Floor 2945 | | New York | NY | 10019-6022 | | 212-318-3035 | 212-318-3400 | david.rosenzweig@nortonrosefulbright.com |
| Counsel for NextEra Energy Inc., NextEra Energy Partners, L.P. | Norton Rose Fulbright Us LLP | Attn: Howard Seife, Andrew Rosenblatt, Christy Rivera | 1301 Avenue of the Americas | | New York | NY | 10019-6022 | | 212-408-5100 | 212-541-5369 | howard.seife@nortonrosefulbright.com<br>andrew.rosenblatt@nortonrosefulbright.com<br>christy.rivera@nortonrosefulbright.com |

Page 5 of 10

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to ADVENTIST HEALTHSYSTEM/WEST, a California non-profit religious corporation | Norton Rose Fulbright US LLP | ATTN: REBECCA J. WINTHROP | 555 South Flower Street, Forty-First Floor | | Los Angeles | CA | 90071 | | 213-892-9346 | 213-892-9494 | rebecca.winthrop@nortonrosefulbright.com |
| Counsel for Public Entities Impacted by the Wildfires | Nuti Hart LLP | Attn: Gregory C. Nuti, Christopher H. Hart, Kimberly S. Fineman | 411 30th Street | Suite 408 | Oakland | CA | 94609-3311 | | 510-506-7152 | | kfineman@nutihart.com gnuti@nutihart.com chart@nutihart.com |
| Counsel to Department of Finance for the State of California and Governor Gavin Newsom | O'Melveny & Myers LLP | Attn: Jacob T. Beiswenger | 400 South Hope Street | | Los Angeles | CA | 90071-2899 | | 213-430-6000 | 213-430-6407 | jbeiswenger@omm.com |
| Counsel to Department of Finance for the State of California and Governor Gavin Newsom | O'Melveny & Myers LLP | Attn: John J. Rapisardi, Nancy A. Mitchell and Daniel S. Shamah | 7 Times Square | | New York | NY | 10036 | | 212-326-2000 | 213-326-2061 | jrapisardi@omm.com nmitchell@omm.com dshamah@omm.com |
| Counsel to Department of Finance for the State of California and Governor Gavin Newsom | O'Melveny & Myers LLP | Attn: Peter Friedman | 1625 Eye Street, NW | | Washington | DC | 20006 | | 202-383-5300 | 202-383-5414 | pfriedman@omm.com |
| Counsel to Linda Dighton, Nancy Oliver, Grant Smelser, John Randall Dighton, Teddy Oliver and Richard Kelly | O'Brien & Zehnder | Attn: Jason Borg | 9401 E. Stockton Blvd. | Suite 225 | Elk Grove | CA | 95624 | | 916-714-8200 | 916-714-8201 | jborg@jasonborglaw.com |
| Office of the California Attorney General | Office of The California Attorney General | Attn: Bankruptcy Dept | P.O. Box 944255 | | Sacramento | CA | 94244-2550 | | 916-445-9555 | 916-323-5341 | bankruptcy@coag.gov |
| Office of the United States Attorney for the Northern District of California | Office of The United States Attorney For The Northern District of California | Attn: Bankruptcy Unit | Federal Courthouse | 450 Golden Gate Avenue | San Francisco | CA | 94102 | | 415-436-7200 | 415-436-7234 | |
| Office of the United States Trustee | Office of The United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | 450 Golden Gate Ave | Suite 05-0153 | San Francisco | CA | 94102 | | 415-705-3333 | 415-705-3367 | James.L.Snyder@usdoj.gov timothy.s.laffredi@usdoj.gov Marta.Villacorta@usdoj.gov |
| Counsel to Level-It Installations | Oles Morrison Rinker & Baker LLP | Attn: Liam K. Malone | 492 Ninth Street, Suite 220 | | Oakland | CA | 94607 | | 510-903-2001 | | malone@oles.com |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | Attn: Debra Felder | 1152 15th Street, NW | | Washington | DC | 20005 | | 202-339-8567 | 202-339-8500 | dfelder@orrick.com |
| Counsel to Centerbridge Partners, L.P. | Orrick, Herrington & Sutcliffe LLP | Attn: Douglas S. Mintz | Columbia Center | 1152 15th Street, N.W. | Washington | DC | 20005-1706 | | 202-339-8518 | 202-339-8500 | |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | Attn: Lorraine McGowen | 51 West 52nd Street | | New York | NY | 10019 | | 212-506-5114 | 212-506-5151 | lmcgowen@orrick.com |
| Counsel to Centerbridge Partners, L.P. | Orrick, Herrington & Sutcliffe LLP | Attn: Marc A. Levinson | 400 Capitol Mall, Suite 3000 | | Sacramento | CA | 95814-4497 | | 916-329-4910 | 916-329-4900 | malevinson@orrick.com |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | Attn: Thomas C. Mitchell | The Orrick Building | 405 Howard Street | San Francisco | CA | 94105 | | 415-773-5732 | 415-773-5759 | tcmitchell@orrick.com |
| Counsel for The Baupost Group, L.L.C., as the general partner and investment manager for certain entities | Pachulski Stang Ziehl & Jones LLP | Attn: Isaac M. Pachulski, Debra I. Grassgreen, Gabriel I. Glazer, John W. Lucas | 150 California Street | 15th Floor | San Francisco | CA | 94111 | | 415-263-7000 | 415-263-7010 | jlucas@pszjlaw.com gglazer@pszjlaw.com dgrassgreen@pszjlaw.com ipachulski@pszjlaw.com |
| Counsel for TRC Companies, Inc. | Pachulski Stang Ziehl & Jones LLP | Attn: John D. Fiero | 150 California Street | 15th Floor | San Francisco | CA | 94111 | | 415-263-7000 | 415-263-7010 | jfiero@pszjlaw.com |
| Counsel to Southwire Company LLC | Parker, Hudson, Rainer & Dobbs, LLP | Attn: Bryan E. Bates, Esq. | 303 Peachtree St., NE, Suite 5300 | | Atlanta | GA | 30308 | | 404-420-4333 | 404-522-8409 | bbates@phrd.com |
| Counsel to Southwire Company, LLC | Parker, Hudson, Rainer & Dobbs, LLP | Attn: Bryan E. Bates, Esq. | 303 Peachtree Street, Suite 3600 | | Atlanta | GA | 30308 | | 404-420-4333 | 404-522-8409 | bbates@phrd.com |
| Counsel for Yuba County Water Agency, Stantec Consulting Services Inc, Amador Water Agency, Outback Contractors, Inc., Basin Enterprises, Inc., Sage Engineers, Inc., Fire Cause Analysis, Tyrrell Resources, Inc. | Parkinson Phinney | Attn: Thomas R. Phinney | 3600 American River Drive | Suite 145 | Sacramento | CA | 95864 | | 916-449-1444 | 916-449-1440 | tom@parkinsonphinney.com |
| Counsel for California Efficiency + Demand Management Council, Counsel for Cypress Energy Partners, L.P., Tulsa Inspection Resources – PUC, LLC, Tulsa Inspection Resources, LLC, CF Inspection Management, LLC, and Cypress Energy Management – TIR, LLC, Counsel for Peninsula Clean Energy Authority | Paul Hastings LLP | Attn: Justin E. Rawlins | 515 South Flower Street | Twenty-Fifth Floor | Los Angeles | CA | 90071-2228 | | 213-683-6000 | 213-627-0705 | justinrawlins@paulhastings.com |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3209 212-373-3000 | 212-492-0209 212-757-3990 | akornberg@paulweiss.com bhermann@paulweiss.com wrieman@paulweiss.com smitchell@paulweiss.com |
| Attorney for Certain Camp Fire Claimants and as Ad Hoc Counsel for Camp Fire Real Property Owners | Peluso Law Group, Pc | Attn: Larry A. Peluso | P.O. Box 7620 | | Incline Village | NV | 89450 | | 415-510-1412 | 415-366-2038 | firm@pelusolaw.net |
| Counsel to Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Andrea Wong | Office of the General Counsel | 1200 K Street, N.W. | Washington | DC | 20005-4026 | | 202-326-4020-3448 | 202-326-4112 | wong.andrea@pbgc.gov efile@pbgc.gov |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Courtney L. Morgan | Office of the General Counsel | 1200 K Street, N.W. | Washington | DC | 20005-4026 | | 202-326-4020 ext. 3738 | 202-326-4112 | morgan.courtney@pbgc.gov efile@pbgc.gov |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Daniel Robertson | Office of the General Counsel | 1200 K Street, N.W. | Washington | DC | 20005-4026 | | 202-326-4020 | 202-326-4112 | efile@pbgc.gov robertson.daniel@pbgc.gov |
| Counsel for Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Melissa T. Ngo | Office of the General Counsel | 1200 K Street N.W. | Washington | DC | 20005-4026 | | 202-326-4020, ext. 3019 | 202-326-4112 | ngo.melissa@pbgc.gov efile@pbgc.gov |
| Counsel for Puget Sound Energy, Inc. | Perkins Coie, LLP | Attn: Alan D. Smith | 1201 Third Avenue | Suite 4900 | Seattle | WA | 98101-3099 | | 206-359-8000 | 206-359-9000 | ADSmith@perkinscoie.com |
| Debtors | PG&E Corporation | Attn: President or General Counsel | 77 Beale Street | P.O. Box 77000 | San Francisco | CA | 94177 | | | | |
| Counsel for Bank of America, N.A. | Pillsbury Winthrop Shaw Pittman LLP | Attn: Dania Slim | 324 Royal Palm Way | Suite 2200 | Palm Beach | FL | 33480 | | 561-232-3300 | | dania.slim@pillsburylaw.com |
| Counsel to Consolidated Edison Development, Inc. | Pillsbury Winthrop Shaw Pittman LLP | ATTN: HUGH M. MCDONALD | 31 West 52nd Street | | New York | NY | 10019-6131 | | 212-858-1000 | 212-858-1500 | hugh.mcdonald@pillsburylaw.com |
| Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc. | Pillsbury Winthrop Shaw Pittman LLP | Attn: Hugh M. Ray, III | 900 Fannin | Suite 2000 | Houston | TX | 77010 | | 713-276-7600 | 713-276-7673 | hugh.ray@pillsburylaw.com |
| Counsel to Consolidated Edison Development, Inc. | Pillsbury Winthrop Shaw Pittman LLP | ATTN: JONATHAN DOOLITTLE | Four Embarcadero Center, 22nd Floor | | San Francisco | CA | 94111-5998 | | 415-983-1000 | 415-983-1200 | jonathan.doolittle@pillsburylaw.com |
| Counsel for Bank of America, N.A. | Pillsbury Winthrop Shaw Pittman LLP | Attn: Leo T. Crowley | 1540 Broadway | | New York | NY | 10036 | | 212-858-1000 | | leo.crowley@pillsburylaw.com |
| Counsel for Bank of America, N.A. | Pillsbury Winthrop Shaw Pittman LLP | Attn: M. David Minnick | Four Embarcadero Center | 22nd Floor | San Francisco | CA | 94126-5998 | | 415-983-1000 | | dminnick@pillsburylaw.com |
| Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc. | Pillsbury Winthrop Shaw Pittman LLP | Attn: Philip S. Warden | Four Embarcadero Center | 22nd Floor | San Francisco | CA | 94111-5998 | | 415-983-1000 | 415-983-1200 | philip.warden@pillsburylaw.com |
| Counsel for Ghost Ship Warehouse Plaintiffs' Executive Committee | Pino & Associates | Attn: Estela O. Pino | 1520 Eureka Road, Suite 101 | | Roseville | CA | 95661 | | 916-641-2288 | 916-641-1888 | epino@epinolaw.com |
| Interested Party Placer County Office of the Treasurer-Tax Collector | Placer County Office of the Treasurer-Tax Collector | Attn: Robert Kanngiesser | 2976 Richardson Drive | | Auburn | CA | 95603 | | 530-889-4129 | 530-889-4123 | |
| Counsel for for Mark Pulido, Counsel for Donna Walker, Mount Veeder Springs LLC, Counsel for Mount Veeder Springs LLC | PMRK Law | Attn: Peter P. Meringolo | 201 Spear Street | Suite 1100 | San Francisco | CA | 94105 | | 415-496-3045 | 415-496-3091 | peter@pmrklaw.com |
| COUNSEL TO DIGNITY HEALTH and ITS AFFILIATES | Polsinelli LLP | Attn: Lindsi M. Weber | One East Washington St., Suite 1200 | | Phoenix | AZ | 85004-2568 | | 602-650-2064 | | lweber@polsinelli.com |
| COUNSEL TO DIGNITY HEALTH and ITS AFFILIATES | Polsinelli LLP | Attn: Randye B. Soref | 2049 Century Park East, Suite 2900 | | Los Angeles | CA | 90067 | | 310-556-1801 | 310-556-1802 | rsoref@polsinelli.com |
| Counsel to Whitebox Multi-Strategy Partners, LP, Whitebox GT Fund, LP, Pandora Select Partners, LP and Whitebox CAJA Blanca Fund, LP | Polsinelli LLP | Attn: Tanya Behnam | 2049 Century Park East | Suite 2900 | Los Angeles | CA | 90067 | | 310-556-1801 | 310-556-1802 | tbehnam@polsinelli.com |
| Claims Agent | Prime Clerk LLC | Attn: Herb Baer | One Grand Central Place | 60 East 42nd Street Suite 1440 | New York | NY | 10165 | | 212-257-5450 | 212-257-5452 | pgeteam@PrimeClerk.com serviceqa@primeclerk.com |
| Counsel to Agile Sourcing Partners, Inc., Vanguard Institutional Short-Term Bond Fund and Vanguard Ultra-Short-Term Bond Fund | Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy, Esq. | 525 B Street, Suite 2200 | | San Diego | CA | 92101 | | 619-238-1900 | 619-235-0398 | gerald.kennedy@procopio.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. | Proskauer Rose LLP | Attn: Martin J. Bienenstock, Brian S. Rosen, Maja Zerjal | Eleven Times Square | | New York | NY | 10036-8299 | | 212-969-3000 | 212-969-2900 | mbienenstock@proskauer.com<br>brosen@proskauer.com<br>mzerjal@proskauer.com |
| Counsel for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. | Proskauer Rose LLP | Attn: Michael A. Firestein, Lary Alan Rappaport, Steve Y. Ma | 2029 Century Park East | Suite 2400 | Los Angeles | CA | 90067-3010 | | 310-557-2900 | 310-557-2193 | mfirestein@proskauer.com<br>lrappaport@proskauer.com<br>sma@proskauer.com |
| Interested Party Provencher & Flatt | Provencher & Flatt, LLP | Attn: Douglas b. Provencher | 823 Sonoma Avenue | | Santa Rosa | CA | 95404 | | 707-284-2380 | 707-284-2387 | dbp@provlaw.com |
| Interested Party Pryor Cashman LLP | Pryor Cashman LLP | Attn: Ronald S. Beacher | 7 Times Square | | New York | NY | 10036 | | 212-421-4100 | 212-326-0806 | rbeacher@pryorcashman.com |
| Counsel to Canyon Capital Advisors LLC | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Bennett Murphy | 865 South Figueroa Street | 10th Floor | Los Angeles | CA | 90017-2543 | | 213-443-3000 | 213-443-3100 | bennettmurphy@quinnemanuel.com |
| Counsel for the County of Santa Clara Department of Tax and Collections | Raines Feldman LLP | Attn: Jacquelyn H. Choi | 1800 Avenue of the Stars | 12th Floor | Los Angeles | CA | 90067 | | 310-440-4100 | 310-691-1367 | jchoi@raineslaw.com |
| Counsel for AECOM Technical Services, Inc., Kiefner and Associates, Inc., JAN X-Ray Services, Inc., Counsel for Kiefner and Associates, Inc. and JAN X-Ray Services, Inc., AECOM Technical Services, Inc., Counsel for Parsons Environment & Infrastructure, Inc. | Reed Smith LLP | Attn: Christopher O. Rivas, Marsha A. Houston | 355 South Grand Avenue, Suite 2900 | | Los Angeles | CA | 90071-1514 | | 213-457-8000 | 213-457-8080 | crivas@reedsmith.com<br>mhouston@reedsmith.com |
| Counsel for Nevada Irrigation District, Lodi Gas Storage, L.L.P., Wild Goose, LLC, Paradise Irrigation District, Paradise Unified School District, Northern Recycling and Waste Services, LLC, Northern Holdings, LLC, Napa County Recycling & Waste Services, LLC and Napa Recycling & Waste Services, LLC | Reed Smith LLP | Attn: Jonathan R. Doolittle, David E. Weiss | 101 Second Street | Suite 1800 | San Francisco | CA | 94105-3659 | | 415-543-8400; 415-543-8700 | 415-391-8269 | jdoolittle@reedsmith.com<br>dweiss@reedsmith.com |
| Counsel for Parsons Environment & Infrastructure, Inc. | Reed Smith LLP | Attn: Marsha A. Houston | 355 South Grand Avenue, Suite 2900 | | Los Angeles | CA | 90071-1514 | | 213-457-8000 | 213-457-8080 | mhouston@reedsmith.com |
| Counsel for Nevada Irrigation District, Lodi Gas Storage, L.L.P., Wild Goose, LLC | Reed Smith LLP | Attn: Monique B. Howery | 10 S. Wacker Drive | 40th Floor | Chicago | IL | 60606 | | 312-207-2417 | 312-207-6400 | |
| Counsel for Lodi Gas Storage, L.L.P. Wild Goose, LLC | Reed Smith LLP | Attn: Peter Munoz | 101 Second Street | Suite 1800 | San Francisco | CA | 94105-3659 | | 415-543-8700 | 415-391-8269 | pmunoz@reedsmith.com |
| Counsel for Bank of New York Mellon | Reed Smith LLP | Attn: Robert P. Simons | 225 Fifth Avenue | Suite 1200 | Pittsburgh | PA | 15222 | | 412-288-3131 | 412-288-3063 | rsimons@reedsmith.com |
| Counsel to City of American Canyon, San Ramon Valley Fire Protection District | Reeder Law Corporation | ATTN: DAVID M. REEDER | 1801 Century Park East | 16th Floor | LOS ANGELES | CA | 90067 | | 310-774-4060 | 310-295-2290 | david@reederlaw.com |
| Counsel for Matthew E. Gerspacher and Abigail N. Gerspacher (Davis) | Reimer Law, PC | Attn: Nicole B. Reimer | 313 Walnut Street | Ste 120 | Chico | CA | 95973 | | 530-898-1111 | 530-898-1118 | nbreimer.esq@gmail.com |
| Counsel to Richards Law Firm Claimants | Richards Law Firm | Attn: John T. Richards, Evan Willis | 101 W. Broadway | Suite 1950 | San Diego | CA | 92101 | | 619-237-9800 | 619-238-9914 | john@jtrlaw1.com<br>evan@jtrlaw1.com |
| Counsel for Pivot Interiors, Inc. | Rimon, P.C. | Attn: Lillian G. Stenfeldt | One Embarcadero Center | Suite 400 | San Francisco | CA | 94111 | | 415-915-5192 | 415-683-5472 | lillian.stenfeldt@rimonlaw.com |
| Counsel for Pivot Interiors, Inc. | Rimon, P.C. | Attn: Phillip K. Wang | One Embarcadero Center | Suite 400 | San Francisco | CA | 94111 | | 415-968-2002 | | phillip.wang@rimonlaw.com |
| Special Bankruptcy Counsel for Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation | Ringstad & Sanders LLP | Attn: Nanette D. Sanders | 4343 Von Karman Avenue | Suite 300 | Newport Beach | CA | 92660 | | 949-851-7450 | 949-851-6926 | nanette@ringstadlaw.com |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Robins Cloud LLP | Attn: Bill Robins, III, Robert Bryson | 650 California Street | Site 450 | Santa Monica | CA | 90401 | | 310-929-4200 | 310-566-5900 | robins@robinscloud.com<br>rbryson@robinscloud.com |
| Counsel to Ruckman-Leal Creditors, Counsel to Michael Marroquin | Rodriguez & Associates | Attn: Joseph Whittington, Esq. and Daniel Turek, Esq. | 1128 Truxtun Ave | | Bakersfield | CA | 93301-4618 | | | | |
| Counsel to Various Rescission and Damage Claimants | Rolnick Kramer Sadighi LLP | Attn: Richard A. Bodnar | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-597-2800 | 212-597-2801 | rbodnar@rksllp.com |
| Counsel to CREATIVE CEILINGS, INC. | Ropers, Majeski, Kohn & Bentley | Attn: STEVEN G. POLARD | 445 South Figueroa Street, Suite 3000 | | Los Angeles | CA | 90071 | | 213-312-2000 | 213-312-2001 | steven.polard@rmkb.com |
| Counsel for ELLIOTT MANAGEMENT CORPORATION, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it | Ropes & Gray LLP | Attn: Gregg M. Galardi, Hannah Boyaggi, Daniel G. Egan | 1211 Avenue of the Americas | | New York | NY | 10036-8704 | | 212-596-9000 | 212-596-9090 | gregg.galardi@ropesgray.com<br>hannah.boyaggi@ropesgray.com<br>daniel.egan@ropesgray.com |
| Counsel for ELLIOTT MANAGEMENT CORPORATION, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it | Ropes & Gray LLP | Attn: Matthew L. McGinnis | Prudential Tower, 800 Boylston Street | | Boston | MA | 02199-3600 | | 617-951-7000 | 617-951-7777 | ssally@ropesgray.com<br>matthew.mcginnis@ropesgray.com |
| Counsel for The Baupost Group L.L.C., as the managing general partner and/or investment manager for certain entities | Ropes & Gray LLP | Attn: Matthew M. Roose, Mark I. Bane | 1211 Avenue of the Americas | | New York | NY | 10036-8704 | | 212-596-9000 | 212-596-9090 | mark.bane@ropesgray.com<br>matthew.roose@ropesgray.com |
| Counsel for The Baupost Group L.L.C., as the managing general partner and/or investment manager for certain entities | Ropes & Gray LLP | Attn: Peter L. Welsh & Patricia I. Chen | Prudential Tower | 800 Boylston Street | Boston | MA | 02199-3600 | | 617-951-7000 | 617-951-7777 | peter.welsh@ropesgray.com<br>patricia.chen@ropesgray.com |
| Counsel for ARB, INC. | Rutan & Tucker, LLP | Attn: Roger F. Friedman, Philip J. Blanchard | 611 Anton Boulevard | Suite 1400 | Costa Mesa | CA | 92626-1931 | | 714-641-5100 | 714-546-9035 | rfriedman@rutan.com<br>pblanchard@rutan.com |
| Counsel for Sonoma County Treasurer & Tax Collector, Counsel for the County of Placer | Salvato Boufadel LLP | Attn: Barry S. Glaser | 355 South Grand Avenue | Suite 2450 | Los Angeles | CA | 90071-9500 | | 213-423-0933 | | bglaser@salvatoboufadel.com |
| Counsel for for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | San Francisco City Attorney'S Office | Attn: Owen Clements | 1390 Market Street | 7th Floor | San Francisco | CA | 94102 | | 415-554-3944 | 415-437-4644 | Owen.Clements@sfcityatty.org<br>Catheryn.Daly@sfcityatty.org |
| Counsel for International Business Machines Corp. | Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Esq., Pamela A. Bosswick, Esq. | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com<br>pbosswick@ssbb.com |
| Counsel for SBA Steel II, LLC | Saul Ewing Arnstein & Lehr LLP | Attn: Barry A. Chatz | 161 N. Clark Street, Suite 4200 | | Chicago | IL | 60601 | | 312-876-7100 | 312-876-0288 | barry.chatz@saul.com |
| Counsel for SBA Steel II, LLC | Saul Ewing Arnstein & Lehr LLP | Attn: Lucian B. Murley | 1201 North Market Street, Suite 2300 | | Wilmington | DE | 19801 | | 312-421-6898 | | luke.murley@saul.com |
| COUNSEL TO MARIE VALENZA, BRANDEE GOODRICH, KRISTAL DAVIS-BOLIN, ASHLEY DUITSMAN, BARBARA MORRIS, MARY HAINES | Savage, Lamb & Lunde, PC | ATTN: E. RYAN LAMB | 1550 Humboldt Road, Suite 4 | | CHICO | CA | 95928 | | 530-592-3861 | 530-592-3865 | erlamblaw@gmail.com |
| Counsel to Compass Lexecon, LLC | Schnader Harrison Segal & Lewis LLP | Attn: George H. Kalikman | 650 California Street | 19th Floor | San Francisco | CA | 94108-2736 | | 415-364-6734 | | gkalikman@schnader.com |
| Counsel to HDI Global Specialty SE, Munich Re, and Party Liberty Specialty Markets | Severson & Werson | Attn: Duane M. Geck, Donald H. Cram, Bernard J. Kornberg | One Embarcadero Center, Suite 2600 | | San Francisco | CA | 94111 | | 415-398-3344 | 415-956-0439 | dmg@severson.com<br>dhc@severson.com<br>bjk@severson.com |
| Counsel for Turner Construction Company | Seyfarth Shaw LLP | Attn: M. Ryan Pinkston | 560 Mission Street | Suite 3100 | San Francisco | CA | 94105 | | 415-397-2823 | 415-397-8549 | rpinkston@seyfarth.com |
| Counsel to Agua Caliente Solar, LLC, Clearway Energy Group LLC, Clearway Energy, Inc., MC Shiloh IV Holdings LLC, NRG Energy, Inc., Solar Partners II LLC, Solar Partners VIII LLC, and TerraForm Power, Inc. | Shearman & Sterling LLP | Attn: C. Luckey McDowell | 1100 Louisiana | Suite 3300 | Houston | TX | 77002 | | 713-354-4875 | | luckey.mcdowell@shearman.com |
| Counsel to Agua Caliente Solar, LLC, Clearway Energy Group LLC, Clearway Energy, Inc., MC Shiloh IV Holdings LLC, NRG Energy, Inc., Solar Partners II LLC, Solar Partners VIII LLC, and TerraForm Power, Inc. | Shearman & Sterling LLP | Attn: Daniel Laguardia | 535 Mission Street 25th Floor | | San Francisco | CA | 94105 | | 415-616-1114 | | daniel.laguardia@shearman.com |
| Counsel for East Bay Community Energy Authority | Shemanolaw | Attn: David B. Shemano | 1801 Century Park East | Suite 1600 | Los Angeles | CA | 90067 | | 310-492-5033 | | dshemano@shemanolaw.com |
| Counsel to Ormat Technolgies Inc. | Sheppard, Mullin, Richter & Hampton LLP | Attn: Michael M. Lauter, Esq. | Four Embarcadero Center | 17th Floor | San Francisco | CA | 94111 | | 415-434-9100 | 415-434-3947 | mlauter@sheppardmullin.com |
| Counsel for PG&E Holdco Group | Sheppard, Mullin, Richter & Hampton LLP | Attn: ORI KATZ, MICHAEL M. LAUTER, and SHADI FARZAN | Four Embarcadero Center, 17th Floor | | San Francisco | CA | 94111-4109 | | 415-434-9100 | 415-434-3947 | okatz@sheppardmullin.com<br>mlauter@sheppardmullin.com<br>sfarzan@sheppardmullin.com |

Case: 19-30088 Doc# 12024-2 Filed: 03/15/22 Entered: 03/15/22 15:48:45 Page 28 of 37

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Gartner, Inc. | Shipman & Goodwin LLP | Attn: ERIC GOLDSTEIN | One Constitution Plaza | | Hartford | CT | 06103- | | 860-251-5000 | 860-251-5218 | egoldstein@goodwin.com |
| Attorneys for Cushman & Wakefield, Inc. | Shulman Hodges & Bastian LLP | Attn: Leonard M. Shulman, Melissa Davis Lowe | 100 Spectrum Center Drive | Suite 600 | Irvine | CA | 92618 | | 949-340-3400 | | lshulman@shbllp.com<br>mlowe@shbllp.com |
| Counsel to Simon Property Group, Inc. | Simon Property Group, Inc. | Attn: Catherine M. Martin, Esq. | 225 West Washington Street | | Indianapolis | IN | 46204 | | 317-685-7263 | 317-263-7901 | cmartin@simon.com |
| Counsel to the Board of PG&E Corporation and Pacific Gas and Electric Company and Certain Current and Former Independent Directors | Simpson Thacher & Bartlett LLP | Attn: Jonathan Sanders | 2475 Hanover Street | | Palo Alto | CA | 94304 | | 650-251-5000 | 650-252-5002 | jsanders@stblaw.com |
| Counsel to the Board of PG&E Corporation and Pacific Gas and Electric Company and Certain Current and Former Independent Directors | Simpson Thacher & Bartlett LLP | Attn: Michael H. Torkin, Nicholas Goldin, Kathrine A. McLendon, Jamie J. Fell | 425 Lexington Avenue | | New York | NY | 10017 | | 212-455-2000 | 212-455-2502 | michael.torkin@stblaw.com<br>ngoldin@stblaw.com<br>kmclendon@stblaw.com<br>jamie.fell@stblaw.com |
| Counsel to the Ad Hoc Committee of Unsecured Tort Claimant Creditors and the Singleton Law Firm Fire Victim Claimants | Singleton Law Firm, APC | Attn: Gerald Singleton & John C. Lemon | 450 A Street, 5th Floor | | San Diego | CA | 92101 | | 619-771-3473 | 619-255-1515 | gerald@slffirm.com<br>john@slffirm.com |
| Counsel to Atlantica Yield plc and Mojave Solar LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Destiny N. Almogue | 300 South Grand Avenue | Suite 3400 | Los Angeles | CA | 90071 | | 213-687-5000 | | Destiny.Almogue@Skadden.com |
| Counsel to Atlantica Yield plc and Mojave Solar LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: J. Eric Ivester | One Manhattan West | | New York | NY | 10001-8602 | | 212-735-3882 | 917-777-3882 | Eric.Ivester@skadden.com |
| Counsel to Atlantica Yield plc and Mojave Solar LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Kathlene M. Burke | 40 Bank Street | Canary Wharf | London | | E14 5DS | United Kingdom | 44-20-7519-7000 | | Kathlene.Burke@skadden.com |
| Counsel to Righetti Ranch, LP and Righetti NC, LLC | Solomon Ward Seidenwurm & Smith, LLP | Attn: Michael D. Breslauer | 401 B Street, Suite 1200 | | San Diego | CA | 92101 | | 619-231-0303 | 619-231-4755 | mbreslauer@swsslaw.com<br>wyones@swsslaw.com |
| Counsel for Southern California Edison Company | Southern California Edison Company | Attn: Julia A. Mosel, Patricia A. Cirucci | 2244 Walnut Grove Avenue | 3rd Floor | Rosemead | CA | 91770 | | 626-302-6789 | 626-302-6873 | Julia.Mosel@sce.com<br>patricia.cirucci@sce.com |
| Counsel to Various Rescission and Damage Claimants | ST. JAMES LAW, P.C. | Attn: Michael St. James | 22 Battery Street | Suite 810 | San Francisco | CA | 94111 | | 415-391-7566 | 415-391-7568 | Ecf@stjames-law.com<br>michael@stjames-law.com |
| Counsel for Garcia and Associates | St. James Law, P.C. | Attn: Michael St. James | 22 Battery Street | Suite 888 | San Francisco | CA | 94111 | | 415-391-7566 | 415-391-7568 | Ecf@stjames-law.com |
| Attorney for California Department of Industrial Relations Office of Self-Insured Plans | State of California, Department of Industrial Relations | Attn: Pamela Allen | 1515 Clay Street, 17th Floor | | Oakland | CA | 94612 | | 510-286-0612 | 510-622-3265 | |
| Counsel to Davey Tree Expert Company, Davey Tree Surgery Company, and Davey Resource Group, Inc. | Steptoe & Johnson LLP | Attn: Jeffrey M. Reisner & Kerri A. Lyman | 633 West Fifth Street, Suite 1900 | | Los Angeles | CA | 90071 | | 213-439-9400 | 213-439-9599 | jreisner@steptoe.com<br>klyman@steptoe.com |
| Individual 2015 Butte Fire Victim Creditor | Steve Christopher | | PO Box 281 | | Altaville | CA | 95221 | | 209-910-6982 | | sc2104271@gmail.com |
| Counsel to Allianz Global Corporate & Specialty | Stevens & Lee, P.C. | Attn: Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-537-0409 | 610-371-1237 | cp@stevenslee.com |
| Counsel to Allianz Global Corporate & Specialty | Stevens & Lee, P.C. | Attn: Leonard P. Goldberger | 620 Freedom Business Center | Suite 200 | King of Prussia | PA | 19406 | | 610-205-6046 | 610-371-7376 | lpg@stevenslee.com |
| Counsel for Liberty Mutual Life Insurance Company | Stewart Sokol & Larkin LLC | Attn: Jan D. Sokol, Esq. | 2300 SW First Avenue, Suite 200 | | Portland | OR | 97201 | | 503-221-0699 | 503-223-5706 | jdsokol@lawssl.com |
| Counsel to The Okonite Company | Stites & Harbison PLLC | Attn: Elizabeth Lee Thompson | 250 West Main Street | Suite 2300 | Lexington | KY | 40507-1758 | | 859-226-2300 | 859-253-9144 | ethompson@stites.com |
| Counsel to Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC, Enel Green Power North America, Inc., et al. and Enel X, Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for Power LLC, et al. | Stoel Rives LLP | Attn: Andrew H. Morton, Jennifer N. Slocum | 600 University Street, Suite 3600 | | Seattle | WA | 98101 | | 206-624-0900 | 206-386-7500 | andrew.morton@stoel.com,<br>jennifer.slocum@stoel.com |
| Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for FTP Power LLC, et al. | Stoel Rives LLP | Attn: David B. Levant | 101 S. Capitol Boulevard | Suite 1900 | Boise | ID | 83702 | | 208-389-9000 | 208-389-9040 | david.levant@stoel.com |
| Counsel to Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC, Enel Green Power North America, Inc., et al. and Enel X, Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for Power LLC, et al. | Stoel Rives LLP | Attn: Oren Buchanan Haker | 760 SW Ninth, Suite 3000 | | Portland | OR | 97205 | | 503-294-9338 | 503-220-2480 | oren.haker@stoel.com |
| Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for FTP Power LLC, et al. | Stoel Rives LLP | Attn: Sunny S. Sarkis | 500 Capitol Mall | Suite 1600 | Sacramento | CA | 98514 | | 916-447-0700 | 916-447-4781 | sunny.sarkis@stoel.com |
| Counsel to Vanguard Institutional Short-Term Bond Fund and Vanguard Ultra-Short-Term Bond Fund | Stradley Ronon Stevens & Young, LLP | Attn: Marissa Parker & Julie M. Murphy | 2005 Market Street, Suite 2600 | | Philadelphia | PA | 19103 | | 215-564-8091 | 215-564-8120 | mparker@stradley.com<br>Jmmurphy@stradley.com |
| Counsel to South San Joaquin Irrigation District | Stradling Yocca Carlson & Rauth, P.C. | ATTN: PAUL R GLASSMAN | 100 Wilshire Boulevard, 4th Floor | | Santa Monica | CA | 90401 | | 424-214-7000 | 424-288-5537 | pglassman@sycr.com |
| Counsel for Mizuho Bank, Ltd. | Stroock & Stroock & Lavan LLP | Attn: David W. Moon | 2029 Century Park East | | Los Angeles | CA | 90067-3086 | | 310-556-5800 | 310-556-5959 | dmoon@stroock.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola | 2029 Century Park East | | Los Angeles | CA | 90067-3086 | | 310-556-5800 | 310-556-5959 | fmerola@stroock.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo | 180 Maiden Lane | | New York | NY | 10038-4982 | | 212-806-5400 | 212-806-6006 | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com |
| Counsel for Mizuho Bank, Ltd. | Stroock & Stroock & Lavan LLP | Attn: Mark A. Speiser, Kenneth Pasquale, Sherry J. Millman, Harold A. Olsen | 180 Maiden Lane | | New York | NY | 10038-4982 | | 212-806-5400 | 212-806-6006 | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>holsen@stroock.com<br>mspeiser@stroock.com<br>kpasquale@stroock.com<br>smillman@stroock.com |
| Counsel for Public Entities Impacted by the Wildfires | Stutzman, Bromberg, Esserman & Plifka, P.C. | Attn: Sander L. Esserman, Cliff I. Taylor | 2323 Bryan Street | Suite 2200 | Dallas | TX | 5201-2689 | | 214-969-4910 | | esserman@sbep-law.com |
| Counsel for Project Management, Inc. | Synergy Project Management, Inc. | c/o Law Office of Ivan C. Jen | 1017 Andy Circle | | Sacramento | CA | 95838 | | 415-504-2706 | | ivan@icjenlaw.com |
| Counsel for BrightView Enterprise Solutions, LLC, Counsel for Granite Construction Incorporated, BrightView Landscape Services, Inc. | Taylor English Duma LLP | Attn: John W. Mills, III | 1600 Parkwood Circle | Suite 200 | Atlanta | GA | 30339 | | 770-434-6868 | 770-434-7376 | jmills@taylorenglish.com |
| Counsel for The Davey Tree Expert Company | The Davey Tree Expert Company | Attn: Erika J. Schoenberger, General Counel | 1500 N. Mantua Street | | Kent | OH | 44240 | | 330-673-9511 Ext 8549 | | Erika.Schoenberger@davey.com |
| Counsel for Karen Gowins and Certain Victims of the Camp Fire | The Kane Law Firm | Attn: Steven S. Kane, Bonnie E. Kane | 402 W. Broadway, Suite 2500 | | San Diego | CA | 92101 | | 619-236-8700 | 619-236-1370 | bonnie@thekanelawfirm.com<br>skane@thekanelawfirm.com |
| Counsel to International Church of the Foursquare Gospel | The Law Office of Joseph West | Attn: Joseph West Esq. | 575 E. Locust Ave., Suite 120 | | Fresno | CA | 93720 | | 310-478-0890 | 866-624-0763 | josephwest@westlawfirmofcalifornia.com |
| Counsel to The Regents of the University of California | The Regents of the University of California | Attn: Rhonda Stewart Goldstein | Office of the General Counsel | 1111 Franklin Street, 8th Floor | Oakland | CA | 94607-5200 | | 510-987-9800 | 510-987-9757 | rhonda.goldstein@ucop.edu |
| ATTORNEYS FOR ZACKARY FERNANDEZ, Individually, and as Successor in Interest to, JESUS PEDRO FERNANDEZ, Deceased | The Veen Firm, P.C. | Attn: Elinor Leary, Brian Gregory | 20 Haight Street | | San Francisco | CA | 94102 | | 415-673-4800 | 415-771-5845 | |
| Counsel to Compass Lexecon, LLC | Togut, Segal & Segal LLP | Attn: Albert Togut, Kyle J. Ortiz, Amy M. Oden, Amanda C. Glaubach | One Penn Plaza | Suite 3335 | New York | NY | 10119 | | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com<br>kortiz@teamtogut.com<br>aoden@teamtogut.com<br>aglaubach@teamtogut.com |
| Attorneys for Objector Patricia Garrison | Tosdal Law Firm | Attn: Thomas Tosdal | 777 S. Highway 101, Ste. 215 | | Solana Beach | CA | 92075 | | 858-704-4709 | 888-740-3859 | tom@tosdallaw.com |
| Counsel for Valero Refining Company-California | Trodella & Lapping LLP | Attn: Richard A. Lapping | 540 Pacific Avenue | | San Francisco | CA | 94133 | | 415-399-1015 | 415-651-9004 | Rich@TrodellaLapping.com |
| Counsel for Consolidated Edison Development Inc. | Troutman Pepper Hamilton Sanders LLP | Attn: Gabriel Ozel, Jared D. Bissell | 11682 El Camino Real, Suite 400 | | San Diego | CA | 92130-2092 | | 858-509-6000 | 858-509-6040 | jared.bissell@troutman.com |
| Counsel for Consolidated Edison Development Inc. | Troutman Sanders LLP | Attn: Hugh M. McDonald | 875 Third Avenue | | New York | NY | 10022 | | 212-704-6000 | 212-704-6288 | hugh.mcdonald@troutman.com |

Case: 19-30088 Doc# 12024-2 Filed: 03/15/22 Entered: 03/15/22 15:48:45 Page 29 of 37

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for Southern Power Company and Osmose Utilities Services, Inc. | Troutman Sanders LLP | Attn: LaShaun Jones | 600 Peachtree St. NE | Suite 3000 | Atlanta | GA | 30308 | | 404-885-3348<br>404-885-3000 | 404-885-3900 | LaShaun.Jones@troutman.com |
| Counsel to Southern Power Company, Consolidated Edison Development, Inc. | Troutman Sanders LLP | Attn: Marcus T. Hall | 3 Embarcadero Center | Suite 800 | San Francisco | CA | 94111 | | 415-477-5700 | 415-477-5710 | marcus.hall@troutman.com |
| Counsel to the Federal Energy Regulatory Commission | U.S. Department of Justice, Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Kirk Manhardt, Matthew Troy, Marc S. Sacks, Shane Huang, Michael S. Tye, Rodney A. Morris | 1100 L Street, NW | Room 10030 | Washington | DC | 20530 | | 202-616-0341 | 202-514-9163 | shane.huang@usdoj.gov<br>michael.tye@usdoj.gov<br>Rodney.Morris2@usdoj.gov |
| Counsel to the Federal Energy Regulatory Commission | U.S. Department of Justice, Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Kirk Manhardt, Matthew Troy, Marc S. Sacks, Shane Huang, Michael S. Tye, Rodney A. Morris | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 | | 202-616-0341; 202-305-2419; 202-305-1759 | 202-514-9163 | shane.huang@usdoj.gov<br>michael.tye@usdoj.gov<br>Rodney.Morris2@usdoj.gov |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel | U.S. NRC Region IV | 1600 E. Lamar Blvd. | Arlington | TX | 76011 | | 817-860-8100 | | |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel | | | Washington | DC | 20555-0001 | | 301-415-7000 | | |
| Interested Party | Union Pacific Railroad Company | Attn: Tonya W. Conley, Lila L. Howe | 1400 Douglas Street | STOP 1580 | Omaha | NE | 68179 | | 402-544-3015 | | bankruptcynotices@up.com |
| Unsecured Creditor Claim No. 7072 | Unsecured Creditor Claim No. 7072 | Attn: John Ramirez, Marta Ramirez | 38006 Pueblo Road | | Hinkley | CA | 92347 | | | | |
| Unsecured Creditor Claim No. 7083 | Unsecured Creditor Claim No. 7083 | Attn: Aurang Zaib Khan, Halima Zahib | 1969 East Cooley Ave. | | San Bernardino | CA | 92408 | | | | |
| Unsecured Creditor Claim No. 7167 | Unsecured Creditor Claim No. 7167 | Attn: Ken Nitao | 244 S. Citrus Avenue | | Alhambra | CA | 91801 | | | | |
| Unsecured Creditor Claim No. 7168 | Unsecured Creditor Claim No. 7168 | Attn: Robert Miller, Donna Learmont | 37241 Sycamore Street | | Hinkley | CA | 92347 | | | | |
| Unsecured Creditor Claim No. 7171 | Unsecured Creditor Claim No. 7171 | Attn: Shirley Holcroft, Sam Cabrera | 2610 S Mariposa Rd | | Apache Jct | AZ | 85119-9252 | | | | |
| Unsecured Creditor Claim No. 7175 | Unsecured Creditor Claim No. 7175 | Attn: Andrea Williams, Dan S. Williams | 36796 Hillview Road | | Hinkley | CA | 92347 | | | | |
| Unsecured Creditor Claim No. 7176 | Unsecured Creditor Claim No. 7176 | Attn: Keith Hawes | P.O. Box 376 | | Hinkley | CA | 92347 | | | | |
| Unsecured Creditor Claim No. 7180 | Unsecured Creditor Claim No. 7180 | Attn: Oscar Urbina | 3617 Slauson Ave. | | Maywood | CA | 90270 | | | | |
| Unsecured Creditor Claim No. 7183 | Unsecured Creditor Claim No. 7183 | Attn: Martin Garza, Lynette Brown | P.O. Box 344 | | Hinkley | CA | 92347 | | | | |
| Unsecured Creditor Claim No. 7199 | Unsecured Creditor Claim No. 7199 | Attn: Carolyn Bolin, William Bolin | 36310 Lenwood Road | | Hinkley | CA | 92347 | | | | |
| Unsecured Creditor Claim No. 7200 | Unsecured Creditor Claim No. 7200 | Attn: Sandra L. Brown | 5432 Macedonia Church Rd | | Prosperity | SC | 29127-7389 | | | | |
| Unsecured Creditor Claim No. 7201 | Unsecured Creditor Claim No. 7201 | Attn: Barbara A. Vinson, Lloyd K. Vinson | 3220 Cindy Circle | | Anderson | CA | 96007 | | | | |
| Unsecured Creditor Claim No. 7226 | Unsecured Creditor Claim No. 7226 | Attn: Rosaiba Hernandez | 18284 Pacific Street | | Hesperia | CA | 92345 | | | | |
| Unsecured Creditor Claim No. 7229 | Unsecured Creditor Claim No. 7229 | Attn: David Matthiesen, Candace Matthiesen | 36709 Hidden River Road | | Hinkley | CA | 92347 | | | | |
| Unsecured Creditor Claim No. 7244 | Unsecured Creditor Claim No. 7244 | Attn: Agustin Carrera, Maritza Carrera | 886 Gina Ct. | | Upland | CA | 91784 | | | | |
| Unsecured Creditor Claim No. 7244 | Unsecured Creditor Claim No. 7244 | Attn: Aquilla Frederick | 20455 Halstead Road | | Hinkley | CA | 92347 | | | | |
| Unsecured Creditor Claim No. 7264 | Unsecured Creditor Claim No. 7264 | Attn: Darlene Herring Jenkins | PO Box 512 | | Newberry Spgs | CA | 92365-0512 | | | | |
| Unsecured Creditor Claim No. 7301 | Unsecured Creditor Claim No. 7301 | Attn: Marina Riebeling, Adolfo Riebeling | 4600 Jerry Ave. | | Baldwin Park | CA | 91706 | | | | |
| Unsecured Creditor Claim No. 7585 | Unsecured Creditor Claim No. 7585 | Attn: Clell Courtney, Hennie Courtney | 25595 Ash Road | | Barstow | CA | 92311 | | | | |
| Unsecured Creditor Claim No. 7591 | Unsecured Creditor Claim No. 7591 | Attn: Cindy Sue Downing | P.O. Box 376 | | Hinkley | CA | 92347 | | | | |
| Unsecured Creditor Claim No. 7657 | Unsecured Creditor Claim No. 7657 | Attn: Joel A. Christison | PO Box 2635 | | Big River | CA | 92242-2635 | | | | |
| Unsecured Creditor Claim No. 7704 | Unsecured Creditor Claim No. 7704 | Attn: Nick Panchev | 25633 Anderson Avenue | | Barstow | CA | 92311 | | | | |
| Unsecured Creditor Claim No. 8273 | Unsecured Creditor Claim No. 8273 | Attn: Charles Matthiesen, Matsue Matthiesen | 36771 Hidden River Rd. | | Hinkley | CA | 92347 | | | | |
| Unsecured Creditor Claim No. 8274 | Unsecured Creditor Claim No. 8274 | Attn: Juliana Martinez, Manuel Martinez | 36633 Hidden River Road | | Hinkley | CA | 92347 | | | | |
| Unsecured Creditor Claim No. 8274 | Unsecured Creditor Claim No. 8274 | Attn: Norman Halstead | 20455 Halstead Road | | Hinkley | CA | 92347 | | | | |
| Unsecured Creditor Claim No. 8278 | Unsecured Creditor Claim No. 8278 | Attn: Kimberly Blowney | 36816 Hillview Road | | Hinkley | CA | 92347 | | | | |
| Unsecured Creditor Claim No. 8283 | Unsecured Creditor Claim No. 8283 | Attn: Saray Ordaz, Victor Suarez | 1042 E. Sandison St. Apt. 1 | | Wilmington | CA | 90744 | | | | |
| Unsecured Creditor Claim No. Pending | Unsecured Creditor Claim No. Pending | Attn: Yvonne Kirkpatrick, Herbert Nethery | 23394 Alcudia Rd. | | Hinkley | CA | 92347 | | | | |
| US Securities and Exchange Commission | Us Securities And Exchange Commission | Attn: Jina Choi, Regional Director | San Francisco Regional Office | 44 Montgomery Street, Suite 2800 | San Francisco | CA | 94104 | | 415-705-2500 | | sanfrancisco@sec.gov |
| US Securities and Exchange Commission | Us Securities And Exchange Commission | Attn: Office of General Counsel | 100 F St. NE MS 6041B | | Washington | DC | 20549 | | 202-551-5100 | | secbankruptcy@sec.gov |
| Counsel for Interstate Fire & Casualty Company | Vedder Price Ca LLP | Attn: Scott H. Olson | 275 Battery Street, Suite 2464 | | San Francisco | CA | 94111 | | 415-749-9513 | | |
| Counsel for Vertiv Corporation, Nuance Communications, Inc. | Vorys, Sater, Seymour And Pease LLP | Attn: Tiffany Strelow Cobb, Esq. | 52 East Gay Street | | Columbus | OH | 43215 | | 614-464-8322 | 614-719-4663 | tscobb@vorys.com |
| Counsel to Public Employees Retirement Association of New Mexico | Wagstaffe, Von Loewenfeldt, Busch & Radwick, LLP | Attn: James M. Wagstaffe & Frank Busch | 100 Pine Street | Suite 725 | San Francisco | CA | 94111 | | 415-357-8900 | 415-371-0500 | wagstaffe@wvbrlaw.com<br>busch@wvbrlaw.com |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Walkup Melodia Kelly & Schoenberger | Attn: Michael A. Kelly, Khaldoun A. Baghdadi, Max Schuver | 650 California Street | 26th Floor | San Francisco | CA | 94108 | | 415-981-7210 | 415-391-6956 | mkelly@walkuplawoffice.com<br>kbaghdadi@walkuplawoffice.com<br>mschuver@walkuplawoffice.com |
| Counsel for Aera Energy LLC, Midway Sunset Congeneration Company | Walter Wilhelm Law Group A Professional Corporation | Attn: Michael L. Wilhelm | 205 E. River Park Circle | Suite 410 | Fresno | CA | 93720 | | | 559-435-9868 | Mwilhelm@W2LG.com |
| Counsel to Debtor | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | 767 Fifth Avenue | | New York | NY | 10153-0119 | | 212-310-8000 | 212-310-8007 | stephen.karotkin@weil.com<br>matthew.goren@weil.com<br>jessica.liou@weil.com |
| Counsel for Engineers and Scientists of California, Local 20, IFPTE, Counsel for SEIU United Service Workers - West | Weinberg Roger & Rosenfeld | Attn: Emily P. Rich | 1001 Marina Village Parkway | Suite 200 | Alameda | CA | 94501-1091 | | 510-337-1001 | 510-337-1023 | bankruptcycourtnotices@unioncounsel.net<br>erich@unioncounsel.net<br>tmainguy@unioncounsel.net<br>cgray@unioncounsel.net |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Southwire Company, LLC | Weintraub Tobin Chediak Coleman Grodin | Attn: Julie E. Oelsner | 400 Capitol Mall, 11th Floor | | Sacramento | CA | 95814 | | 916-558-6000 | 916-446-1611 | joelsner@weintraub.com |
| Counsel to Michael G. Kasolas, Claims Representative | Wendel Rosen LLP | Attn: Mark S. Bostick, Lisa Lenherr | 1111 Broadway | 24th Floor | Oakland | CA | 94607 | | 510-834-6600 | 510-834-1928 | mbostick@wendel.com<br>llenherr@wendel.com |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: J.Christopher Shore | 1221 Avenue of the Americas | | New York | NY | 10020-1095 | | 212-819-8200 | 212-354-8113 | cshore@whitecase.com |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: Roberto J. Kampfner | 555 South Flower Street | Suite 2700 | Los Angeles | CA | 90071 | | 213-620-7700 | 213-452-2329 | rkampfner@whitecase.com |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: Thomas E Lauria, Matthew C. Brown | Southeast Financial Center | 200 South Biscayne Boulevard, Suite 4900 | Miami | FL | 33131-2352 | | 305-371-2700 | 305-385-5744 | tlauria@whitecase.com<br>mbrown@whitecase.com |
| Counsel for Ballard Marine Construction, Inc. | Williams Kastner | Attn: Todd W. Blischke | 601 Union Street | Suite 4100 | Seattle | WA | 98101-2380 | | 206-628-6623 | | TBlischke@williamskastner.com |
| Counsel to Subrogation Trust Advisory Board | Willkie Farr & Gallagher LLP | Attn: Alexander L. Cheney | One Front Street | | San Francisco | CA | 94111 | | 415-858-7400 | 415-858-7599 | acheney@willkie.com |
| Counsel to Subrogation Trust Advisory Board | Willkie Farr & Gallagher LLP | Attn: Benjamin P. McCallen, Daniel Forman, Charles D. Cording | 787 Seventh Avenue | | New York | NY | 10019 | | 212-728-8000 | 212-728-8111 | bmccallen@willkie.com<br>dforman@willkie.com<br>ccording@willkie.com |
| Counsel for Ad Hoc Group of Subrogation Claim Holders<br>Interested Party ICE NGX Canada Inc. | Willkie Farr & Gallagher LLP<br>Wilmer Cutler Pickering Hale & Dorr LLP | Attn: Matthew A. Feldman, Joseph G. Minias, Daniel I. Forman<br>Attn: Chris Johnstone | 787 Seventh Avenue<br>950 PAGE MILL ROAD | | New York<br>PALO ALTO | NY<br>CA | 10019-6099<br>94304 | | 212-728-8000 | 212-728-8111 | mfeldman@willkie.com<br>jminias@willkie.com<br>dforman@willkie.com<br>CHRIS.JOHNSTONE@WILMERHALE.COM |
| Counsel for Macquarie Energy LLC, Counsel for California Efficiency + Demand Management Council, Counsel for Cypress Energy Partners, L.P., Tulsa Inspection Resources – PUC, LLC, Tulsa Inspection Resources, LLC, CF Inspection Management, LLC, and Cypress Energy Management – TIR, LLC, Counsel for Peninsula Clean Energy Authority, Counsel to the City of San Jose, CA | Winston & Strawn LLP | Attn: David Neier | 200 Park Avenue | 40th Floor | New York | NY | 10166-4193 | | 212-294-6700 | 212-294-4700 | dneier@winston.com |
| Counsel to the City of San Jose, CA | Winston & Strawn LLP | Attn: Jennifer Machlin Cecil | 101 California Street | 35th Floor | San Francisco | CA | 94111-5840 | | 415-951-1000 | 415-591-1400 | Jcecil@winston.com |
| Counsel for Macquarie Energy LLC | Winston & Strawn LLP | Attn: Michael A. Yuffee | 1901 L Street NW | | Washington | DC | 20036 | | 202-282-5000 | 202-282-5100 | |
| Counsel for Hoffman Southwest Corp. dba Professional Pipeline Services | Winthrop Couchot Golubow Hollander, LLP | Attn: Richard H. Golubow | 1301 Dove Street | Suite 500 | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | rgolubow@wcghlaw.com |
| Counsel for Liberty Mutual Life Insurance Company | Wolkin Curran, LLP | Attn: James D. Curran, Esq. | 111 Maiden Lane, 6th Floor | | San Francisco | CA | 94108 | | 415-982-9390 | 415-982-4328 | jcurran@wolkincurran.com |
| Counsel for Ballard Marine Construction, Inc. | Worley Law, P.C. | Attn: Kirsten A. Worley | 1572 Second Avenue | | San Diego | CA | 92101 | | 619-550-1004 | | kw@wlawcorp.com |
| Counsel to Subrogation Wildfire Trust | Young Conaway Stargatt & Taylor, LLP | Attn: Edwin J. Harron, Sara Beth A.R. Kohut | Rodney Square, 1000 North King Street | | Wilmington | DE | 19801 | | 302-571-6600 | 302-571-1253 | eharron@ycst.com<br>skohut@ycst.com |
| Counsel to Santiago Gatto and Anastasia Tkal | Young Ward & Lothert, A Professional Law Corporation | Attn: Scott Ward, Esq. | 995 Morning Star Dr., Suite C | | Sonora | CA | 95370-5192 | | 209-536-2750 | 209-536-2752 | info@youngwardlothert.com |

**Exhibit B**

Exhibit B

PURPA Claimants Service List

Served via first class mail and email

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|---|---|
| 7237017 | Allco Renewable Energy Limited | 601 South Ocean Blvd. | | | Delray Beach | FL | 33483 | thomas.melone@AllcoUS.com |
| 7237017 | Allco Renewable Energy Limited | Attn: Thomas Melone, Counsel and Authorized Agent | 1740 Broadway, 15th floor | | New York | NY | 10019 | thomas.melone@AllcoUS.com |
| 7285197 | Bear Creek Solar LLC | c/o Allco Finances Limited | 601 South Ocean Blvd | | Delray Beach | Fl | 33483 | thomas.melone@AllcoUS.com |
| 7285197 | Bear Creek Solar LLC | Thomas Melone | Counsel and Authorized Agent | 1740 Broadway, 15th Floor | New York | NY | 10019 | thomas.melone@AllcoUS.com |
| 7300956 | Foothill Solar LLC | c/o Allco Finance Limited | 601 South Ocean Blvd | | Delray Beach | FL | 33483 | thomas.melone@AllcoUS.com |
| 7300956 | Foothill Solar LLC | Allco Renewable Energy Limited | Thomas Melone, Counsel and Authorized Agent | 1740 Broadway, 15th floor | New York | NY | 10019 | thomas.melone@AllcoUS.com |
| 7302515 | Hollister Solar LLC | c/o Allco Finance Limited | 601 South Ocean Blvd | | Delray Beach | FL | 33483 | thomas.melone@AllcoUS.com |
| 7302515 | Hollister Solar LLC | Thomas Melone, Counsel and Authorized Agent | Allco Renewable Energy Limited | 1740 Broadway, 15th floor | New York | NY | 10019 | thomas.melone@AllcoUS.com |
| 7302907 | Kettleman Solar LLC | c/o Allco Finance Limited | 601 South Ocean Blvd | | Delray Beach | FL | 33483 | thomas.melone@AllcoUS.com |
| 7302907 | Kettleman Solar LLC | Allco Renewable Energy Limited | Thomas Melone, Counsel and Authorized Agent | 1740 Broadway, 15th floor | New York | NY | 10019 | thomas.melone@AllcoUS.com |
| 7278578 | Vintner Solar LLC | c/o Allco Finance Limited | 601 South Ocean Blvd | | Delray Beach | FL | 33483 | thomas.melone@AllcoUS.com |
| 7278578 | Vintner Solar LLC | Allco Renewable Energy Limited | Thomas Melone, Counsel and Authorized Agent | 1740 Broadway, 15th Floor | New York | NY | 10019 | thomas.melone@allcoUS.com |
| 7286228 | Winding Creek Solar LLC | c/o Allco Finance Limited | 601 South Ocean Blvd | | Delray Beach | FL | 33483 | thomas.melone@AllcoUS.com |
| 7286228 | Winding Creek Solar LLC | Allco Renewable Energy Limited | Thomas Melone, Counsel and Authorized Agent | 1740 Broadway, 15th Floor | New York | NY | 10019 | thomas.melone@AllcoUS.com |

Case: 19-30088 Doc# 12024-2 Filed: 03/15/22 Entered: 03/15/22 15:48:45 Page 33 of 37

**Exhibit C**

## Exhibit C

CDWR Claimants Service List

Served via first class mail and email

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|---|---|---|
| 7313829 | California Department of Water Resources | Danette E. Valdez | Supervising Deputy Attorney General | Department of Justice | 455 Golden Gate Avenue | San Francisco | CA | 94105 | danette.valdez@doj.ca.gov Annadel.Almendras@doj.ca.gov |
| 7313829 | California Department of Water Resources | Katharine S. Killeen | Assistant Chief Counsel | 1416 9th Street | | Sacramento | CA | 95814 | katharine.killeen@water.ca.gov |
| 7313829 | California Department of Water Resources | Masoud Shafa | PO Box 942836 | | | Sacramento | CA | 94236-0001 | masoud.shafa@water.ca.gov |
| 6168300 | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul J. Pascuzzi & Nicholas L. Kohlmeyer | 500 Capitol Mall, Suite 2250 | | | Sacramento | CA | 95814 | sfelderstein@ffwplaw.com ppascuzzi@ffwplaw.com |

**Exhibit D**

## Exhibit D

Notice Parties Service List
Served via first class mail

| NAME | NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| City of Santa Clara | City Manager | 1500 Warburton Avenue | Santa Clara | CA | 95050 |
| Northern California Power Agency | General Manager | 180 Cirby Way | Roseville | CA | 95678 |
| State of California Department of Water Resources | C/0 Chief - Energy Division | P.O. Box 388 | Sacramento | CA | 95802 |

In re: PG&E Corporation, *et al.*
Case No. 19-30088 (DM)

Page 1 of 1