Jacob M. Faircloth, Esq. (SB No. 305390)
Bluestone Faircloth & Olson, LLP
1825 Fourth Street
Santa Rosa, CA 95404
Telephone: (707) 526-4250
Email: jacob@bfolegal.com

Attorneys for Movants,
Oomai Sunia, Edward Sunia, Alesana Sunia,
Serentiy Sunia, Surrender Sunia, Edward A. Sunia,
and Lynette Afitu

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re | Case No. 19-30088-DM |
| PG&E CORPORATION, | Chapter 11 |
| and | (Lead Case–Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors.<br>______________________________/ | **NOTICE OF HEARING ON MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM BY MOVANTS OOMAI SUNIA, EDWARD SUNIA, ALESANA SUNIA, SERENITY SUNIA, SURRENDER SUNIA, EDWARD A. SUNIA, AND LYNETTE AFITU** |
| Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088<br>______________________________/ | Date: April 12, 2022<br>Time: 10:00 a.m.<br>Location: Via ZOOM or Telephone |

**PLEASE TAKE NOTICE THAT** Oomai Sunia, Edward Sunia, Alesana Sunia, Serentiy Sunia, Surrender Sunia, Edward A. Sunia, and Lynette Afitu (the "Movants") filed their Motion to Allow/Deem Timely Late Filing of Proof of Claim by Movants Oomai Sunia, Edward Sunia, Alesana Sunia, Serentiy Sunia, Surrender Sunia, Edward A. Sunia, and Lynette Afitu, and Memorandum of Points and Authorities in Support Thereof, and Declaration of Robert M. Bone in Support Thereof.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) Copies of the Motion papers may be viewed and/or obtained by: (1) accessing the Court's website at http://www.canb.uscourts.gov; (which requires PACER access); (2) by contacting Jacob M. Faircloth at jacob@bfolegal.com; (3) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102; and/or (4) from the Debtors' notice and claims agent, Prime Clerk, LLC, at https://restructuring.primeclerk.com/pge or by calling (844)339-4217 (toll free) for U.S.-based parties; or +1 (929)333-8977 for International parties or by email at: pgeinfo@primeclerk.com.**



Case: 19-30088 Doc# 12030 Filed: 03/15/22 Entered: 03/15/22 15:59:41 Page 1 of 2

Please note that the hearing will not be conducted in the presiding Judge's courtroom, but instead will be conducted by telephone or via Zoom.

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, then you or your attorney should file with the Court a written opposition to the Motion on or before April 5, 2022, and attend the hearing scheduled to be held on Tuesday, April 12, 2022, at 10:00 a.m., via ZOOM or Courtcall.

All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion and may enter an order granting the Motion by default.

Dated: March 15, 2022

BLUESTONE FAIRCLOTH & OLSON, LLP

*/S/ Jacob M. Faircloth*

By: ______________________________
Jacob M. Faircloth
ATTORNEYS FOR MOVANTS



Case: 19-30088 Doc# 12030 Filed: 03/15/22 Entered: 03/15/22 15:59:41 Page 2 of 2