# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971−3 | User: admin | Date Created: 3/17/2022 | |
| Case: 19−30088 | Form ID: TRANSC | Total: 3 | |

**Recipients submitted to the Claims Agent (Prime Clerk):**

aty     Richard W. Slack     Weil Gotshal and Manges, LLP     767 Fifth Ave.     New York, NY 10153−0119
       BRENT D. MEYER, ESQ.     Meyer Law Group LLP     268 Bush Street Suite 3639     San Francisco, CA 94104
       JARED LAY, ESQ.     DRRT     340 West Flagler Street 2nd Floor     Miami, FL 33130

TOTAL: 3