

1 | WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)

2 | (richard.slack@weil.com)
Jessica Liou (*pro hac vice*)

3 | (jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)

4 | (matthew.goren@weil.com)
767 Fifth Avenue

5 | New York, NY 10153-0119
Tel: 212 310 8000

6 | Fax: 212 310 8007

7 | KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)

8 | (tkeller@kbkllp.com)
Jane Kim (#298192)

9 | (jkim@kbkllp.com)
David A. Taylor (#247433)

10 | (dtaylor@kbkllp.com)
650 California Street, Suite 1900

11 | San Francisco, CA 94108
Tel: 415 496 6723

12 | Fax: 650 636 9251

13 | *Attorneys for Debtors*
*and Reorganized Debtors*

**Signed and Filed: March 17, 2022**

_____

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

---

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **ORDER APPROVING FOURTH SCHEDULING AND MEDIATION STIPULATION WITH RESPECT TO THE CITY OF SANTA CLARA DBA SILICON VALLEY POWER'S MOTION TO COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACT CONCERNING THE GRIZZLY DEVELOPMENT AND MOKELUMNE SETTLEMENT AGREEMENT** |
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Related Docket No.: 10998, 11153, 11337, 11538, 11759, 11881 and 12011** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Court having considered the *Fourth Scheduling and Mediation Stipulation with Respect to the City of Santa Clara DBA Silicon Valley Power's Motion to Compel Assumption or Rejection of Executory Contract Concerning the Grizzly Development and Mokelumne Settlement Agreement*, dated March 14, 2022 [Docket No. 12011] (the "**Fourth Scheduling and Mediation Stipulation**"),[1] entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**"), on the one hand, and City of Santa Clara DBA Silicon Valley Power ("**Santa Clara**," and together with the Debtors and the Reorganized Debtors, the "**Parties**"), on the other hand; and pursuant to such Fourth Scheduling and Mediation Stipulation and agreement of the Parties, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Fourth Scheduling and Mediation Stipulation is approved.

2. The Hearing Date shall be continued to June 7, 2022, at 10:00 am (Prevailing Pacific Time). The April 12, 2022 hearing on the Motion is taken off the Court's calendar.

3. Reorganized Debtors' response to the Motion must be filed with the Court by May 17, 2022.

4. Any reply by Santa Clara must be filed with the Court by May 31, 2022.

5. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation or any Order approving the terms of this Stipulation.

APPROVED AS TO FORM AND CONTENT:


Dated: March 14, 2022
BOUTIN JONES INC.
*/s/ Robert D. Swanson*
Robert D. Swanson
*Attorneys for the City of Santa Clara DBA*
*Silicon Valley Power*

**END OF ORDER**

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Fourth Scheduling and Mediation Stipulation.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119