**Entered on Docket**
**March 18, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

Jennifer L. Dodge (#195321)
LAW OFFICES OF JENNIFER L. DODGE INC.
(jdodgelaw@jenniferdodgelaw.com)
2512 Artesia Blvd., Suite 300D
Redondo Beach, California 90278
Tel: (310) 372.3344
Fax: (310) 861.8044

*Attorneys for Debtors and Reorganized Debtors*

**Signed and Filed: March 18, 2022**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>   - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>   **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER APPROVING STIPULATION REGARDING SCHEDULING OF CREDITOR TODD GREENBERG'S MOTION TO AMEND CLAIMS NUMBERED 77335 AND 76018**<br><br>**[Related to Docket No. 11992]** |

The Court having considered the *Stipulation Regarding Scheduling of Creditor Todd Greenberg's Motion to Amend Claims Numbered 77335 and 76018*, dated March 17, 2021 (the "**Stipulation**"),[1] entered into by Pacific Gas and Electric Company, as debtor and reorganized debtor ("**PG&E**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") on the one hand, and Creditor Todd Greenberg ("**Greenberg**") on the other hand; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. PG&E may file and serve a response to the Motion to Amend no later than March 22, 2022.

3. Greenberg may file and serve a reply brief no later than March 25, 2022.

4. The hearing on the Motion to Amend is set for **March 29, 2022**, at 10:00 a.m. (Pacific Time).

5. The hearing on the Motion to Amend will also be a status conference to consider any amendments to the Scheduling Order or whether the Trial Dates should be continued as a result of the Motion to Amend.

6. Nothing herein shall be construed to be a waiver by PG&E as debtor or reorganized debtor, as applicable, or any other party in interest, of any rights, defenses, oppositions, objections, or arguments with respect to the Motion to Amend, the Greenberg Claims, or otherwise.

7. The Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

/ / /

/ / /

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

APPROVED AS TO FORM AND CONTENT:

Dated: March 17, 2022

TRODELLA & LAPPING LLP

*/s/ Richard A. Lapping*
Richard A. Lapping
*Attorneys for Todd Greenberg*

*** END OF ORDER ***