Jacob M. Faircloth, Esq. (SB No. 305390)
Bluestone Faircloth & Olson, LLP
1825 Fourth Street
Santa Rosa, CA 95404
Telephone: (707) 526-4250
Facsimile: (707) 526-0347
Email: jacob@bfolegal.com

Attorneys for Movants,
Kathryn Mason, Matthew Mason,
Caroline Mason, and Nicholas Mason

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re | Case No. 19-30088-DM |
| PG&E CORPORATION, | Chapter 11 |
| and | (Lead Case–Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY | **CERTIFICATE OF SERVICE** |
| Debtors. / | |

Affects:
☐ PG&E Corporation
☐ Pacific Gas & Electric Company
☒ Both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088-DM

_____/

//
//
//
//
//
//
//
//
//

|   |   |
|---|---|
| 1 | I, Emilee Paoli, declare as follows: |
| 2 | 1. I reside in the County of Sonoma, State of California. I am over the age of 18 years and not a party to the within action. My business address is Bluestone Faircloth & Olson, LLP, 1825 4th Street, Santa Rosa, CA 95404. |
| 3 | |
| 4 | 2. I certify that on March 17, 2022, I caused a true and correct copy of each of the following documents to be serviced via e-mail on the Standard Party Email Service List attached hereto as Exhibit A: |
| 5 | |
| 6 | **MOTION TO ALLOW/DEEM TIMELY LATE FILING OF KATHRYN MASON, MATTHEW MASON, CAROLINE MASON, AND NICHOLAS MASON, AND MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF ROBERT BONE IN SUPPORT THEREOF** |
| 7 | |
| 8 | |
| 9 | **NOTICE OF HEARING ON MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM BY MOVANTS KATHRYN MASON, MATTHEW MASON, CAROLINE MASON, AND NICHOLAS MASON** |
| 10 | |
| 11 | 3. I certify that on March 21, 2022, I caused a true and correct copy of each of the above documents to be served via First class Mail on the Standard Party First Class Mail Service List attached hereto as Exhibit B. |
| 12 | |
| 13 | 4. I certify that on March 18, 2021, I caused a true and correct copy of each of the above documents to be served via e-mail on the Email Service List attached hereto as Exhibit C. |
| 14 | |
| 15 | 5. I certify that on March 21, 2022, I caused a true and correct copy of each of the above documents to be served via First Class Mail on the First Class Mail Service List attached hereto as Exhibit D. |
| 16 | |
| 17 | 6. I have reviewed the Notice of Electronic Filing for the above-listed document, and I understand that the parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing Systems. |
| 18 | |
| 19 | |
| 20 | I declare under penalty of perjury, under the laws of the United States and of the State of California, that the foregoing is true and correct. Executed at Santa Rosa, California, on March 21, 2022. |
| 21 | |
| 22 | By: _____ */S/ Emilee Paoli*  Emilee Paoli |

CERTIFICATE OF SERVICE - Page 2
Case: 19-30088    Doc# 12048    Filed: 03/21/22    Entered: 03/21/22 11:44:53    Page 2 of 2