1  Jacob M. Faircloth, Esq. (SB No. 305390)
   Bluestone Faircloth & Olson, LLP
2  1825 Fourth Street
   Santa Rosa, CA 95404
3  Telephone: (707) 526-4250
   Facsimile: (707) 526-0347
4  Email: jacob@bfolegal.com

5  Attorneys for Movants,
   Christine Rizzo-Murphy, David L. Murphy,
6  Carina E. Murphy, and Garrett M. Murphy

7                  UNITED STATES BANKRUPTCY COURT
                   NORTHERN DISTRICT OF CALIFORNIA
8                    SAN FRANCISCO DIVISION

9    In Re                              Case No. 19-30088-DM

10   PG&E CORPORATION,                  Chapter 11

11       and                           (Lead Case–Jointly Administered)

12   PACIFIC GAS AND ELECTRIC           **CERTIFICATE OF SERVICE**
     COMPANY
13

14       Debtors.
     _____/

15   Affects:
16   ☐ PG&E Corporation
     ☐ Pacific Gas & Electric Company
17   ☒   Both Debtors

18   *All papers shall be filed in the Lead
     Case, No. 19-30088-DM
19   _____/

20

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

     //

1    I, Emilee Paoli, declare as follows:

2        1.    I reside in the County of Sonoma, State of California.  I am over the age of
     18 years and not a party to the within action.  My business address is Bluestone Faircloth
3    & Olson, LLP, 1825 4ᵗʰ Street, Santa Rosa, CA 95404.

4        2.    I certify that on March 17, 2022, I caused a true and correct copy of each
     of the following documents to be serviced via e-mail on the Standard Party Email Service
5    List attached hereto as Exhibit A:

6        **MOTION TO ALLOW/DEEM TIMELY LATE FILING OF CHRISTINE**
         **RIZZO-MURPHY, DAVID L. MURPHY, CARINA E. MURPHY, AND**
7        **GARRETT M. MURPHY, AND MEMORANDUM OF POINTS AND**
         **AUTHORITIES AND DECLARATION OF ROBERT BONE IN SUPPORT**
8        **THEREOF**

9        **NOTICE OF HEARING ON MOTION TO ALLOW/DEEM TIMELY**
         **LATE FILING OF PROOF OF CLAIM BY MOVANTS CHRISTINE**
10       **RIZZO-MURPHY, DAVID L. MURPHY, CARINA E. MURPHY, AND**
         **GARRETT M. MURPHY**

11
         3.    I certify that on March 21, 2022, I caused a true and correct copy of each
12   of the above documents to be served via First class Mail on the Standard Party First Class
     Mail Service List attached hereto as Exhibit B.
13
         4.    I certify that on March 18, 2021, I caused a true and correct copy of each
14   of the above documents to be served via e-mail on the Email Service List attached hereto
     as Exhibit C.
15
         5.    I certify that on March 21, 2022, I caused a true and correct copy of each
16   of the above documents to be served via First Class Mail on the First Class Mail Service
     List attached hereto as Exhibit D.
17
         6.    I have reviewed the Notice of Electronic Filing for the above-listed
18   document, and I understand that the parties listed in each NEF as having received notice
     through electronic mail were electronically served with that document through the
19   Court's Electronic Case Filing Systems.

20       I declare under penalty of perjury, under the laws of the United States and of the
     State of California, that the foregoing is true and correct.  Executed at Santa Rosa,
21   California, on March 21, 2022.

                                         */S/ Emilee Paoli*
22                          By: _____
                                           Emilee Paoli
23

24

25

26

27

28

__CERTIFICATE OF SERVICE__ - **Page 2**