1  Wm. F. Weidman, III In Pro Per
   108 Connolly Road, No. 136
2  P. O. Box 136
   Benson, Maryland 21018
3  Telephone: 410-917-6822

4  Appellant in Pro Per

FILED

MAR 2 1 2022

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

5

6

7

8                 UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                     OAKLAND DIVISION

11

12  WILLIAM F. WEIDMAN, III,              )    Case No. 22-cv-00389-HSG
                                          )
13                      Appellant,        )    Bankruptcy Case No. 19-30088 (DM)
                                          )    Chapter 11
14       v.                               )    (Lead Case)(Jointly Administered)
                                          )
15  PG&E CORPORATION, et al.              )    APPELLANT'S CLARIFICATION AND
                                          )    EXHIBIT LIST
16                      Appellees.        )
                                          )    Judge: Hon. Haywood S. Gilliam
17                                        )    United States District Court
                                          )    1301 Clay St #400s, Oakland, CA 94612
18                                        )    Phone: (510) 637-3530
                                          )
19                                        )
                                          )
20                                        )
                                          )
21  _____)

22  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

23

24        On March 10, 2022 I spoke to Clerk DeWana Chambers. Ms. DeWana told me that

25  I needed to clarify the issue I have regarding the mail situation. She further told me that I

26  needed to clarify the items I am designating for the appeal record and that I needed to send

27  this information to both Judge Gilliam, United States District Court and Judge Dennis

28

Montali, U.S. Bankruptcy Court, Northern District of California - San Francisco Division, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, CA 94102.

1. I am a man in his late-70's who is not very technologically advanced and live in an area where I get very spotty service. I am constantly having problems with my computer and missing emails. What I can count on is my mail being delivered by the U.S. Postal Service; however, it is currently taking approximately 6 to 8 days for me to get mail delivered that is being sent from California. I have not agreed to receive electronic notification because I cannot guaranty I will actually receive it and I need for mailing time to be included in any deadlines set for me.

2. The Exhibits I am designating for the appeal record are:

   a. Exhibit "A" is the Armed Forces Institute of Pathology Report ("AFIP Report").

   b. Exhibit "B" is the Diablo Canyon Nuclear Regulatory Commission ("NRC") permit material.

   c. Exhibit "C" is the material from the County and State showing no proper permits were granted when I was exposed.

   d. Exhibit "D" is correspondence from 2005-2006 showing that Appellee PG&E Corporation ("PG&E") via their counsel was aware of my exposure case at California Worker's Compensation Appeals Board.

3. My clarification statement for this appeal boils down to the fact that the Price Anderson Act which added Section 170 of the Atomic Energy Act of 1954 (42 U.S.C. 2210) for radiation matters clearly states that the statute of limitations DOES NOT apply. This matter hinges for appeal on whether the United States Bankruptcy Court erred in its decision that California State Statute of Limitations applies even though the Price Anderson Act states otherwise and that at the time of exposure the facility was not properly permitted or licensed where the incident occurred and that PG&E is trying to be relieved of obligation in this matter.

Appellant Name: Weidman, III, Wm. F.

1    4. Also, with PG&E filing bankruptcy and with my later stage of Worker's

2        Compensation Court matter, in order to preserve all my rights pursuant to the

3        Price Anderson Act and my claims thereto, I filed my bankruptcy matter as

4        required and seen in all related radiation cases or matters.

5

6  DATED: March/8, 2022          Respectfully submitted,

7                         Wm. F. Weidman, III, Appellant

8

9                        BY: _____

10                            WILLIAM WEIDMAN III

11                            In Propria Persona

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

Appellant Name: Weidman, III, Wm. F.

# EXHIBIT "A"

**Armed Forces Institute of Pathology Report ("AFIP Report")**

Appellant Name:  Weidman, III, Wm. F.



# DEPARTMENT OF DEFENSE
## ARMED FORCES INSTITUTE OF PATHOLOGY
### WASHINGTON, DC 20306-6000

REPLY TO
ATTENTION OF

PATIENT IDENTIFICATION

AFIP ACCESSION NO.
2732271
WEIDMAN, William F.
00:S6875   S
June 12, 2000

SEQUENCE NO.
00
SSN: 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
LHS/CH/rlu
CH

James W. Eagan, Jr., M.D.
St. Joseph Medical Center
Department of Pathology
7601 Osler Drive
Towson, MD 21204

**AFIP REPORT**    00:S6875 A. Perianal area: Portions of skin with acanthosis,
papillomatosis and parakeratosis as well as mild superficial
acute and chronic inflammation of the dermis with fibrosis,
dilated veins and mild atypia of stromal cells.
B. Colon, sigmoid (polyps), biopsies: Fragments of colonic
mucosa with focal suggestion of surface hyperplastic change
and focal lymphoid nodules.
C. Rectum (polyp), biopsy: Hyperplastic polyp.

The case was reviewed in consultation with the members of the Department of Environmental
and Toxicologic Pathology.

The dilated veins and mild atypia of dermal stromal cells seen in the perianal area (A) could be
due to a variety of causes including radiation.

A copy of this report has been faxed to you at 410-337-1712.

Leslie H. Sobin, M.D.
Chief
Division of Gastrointestinal Pathology

*Department of Hepatic and Gastrointestinal Pathology
6825 16th Street, N.W., Washington, DC 20306-6000
Telephone: (202) 782-2871, Fax: (202) 782-9020*

1
2
3
4
5
6
7                    # EXHIBIT "B"
8    **Diablo Canyon Nuclear Regulatory Commission ("NRC) permit material**
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 5 -
Appellant Name: Weidman, III, Wm. F.

# EVALUATION OF REQUEST FOR EXTENSION OF THE CONSTRUCTION PERMIT

## COMPLETION DATES FOR THE DIABLO CANYON NUCLEAR POWER PLANT, UNITS 1 AND 2

### Introduction

On November 26, 1979, Pacific Gas and Electric Company (PG&E) filed a request for extension of the completion dates of the construction permits for the Diablo Canyon Nuclear Power Plant, Units 1 and 2. The extensions requested were from December 31, 1979 to September 30, 1980 for Unit 1 and from February 29, 1980 to March 31, 1981 for Unit 2. In the requests for extension PG&E stated that the additional time for Unit 1 was needed to conclude the licensing process and to comfortably accommodate the Commission's announcement of a pause in issuing operating licenses until spring 1980.

### Discussion

The construction permit for Unit 1, CPPR-39, was issued on April 23, 1968, and was last modified by the Commission's Order dated July 11, 1979, which extended the latest completion date to December 31, 1979. The construction permit for Unit 2, CPPR-69, was issued on December 9, 1970, and was last modified by the Commission's Order dated April 1979, which extended the latest completion date to February 29, 1980.

Additional time contingencies will be required to allow for satisfactory completion of modificatons and new requirements arising from the President's Commission and the NRC's staff investigation of the incident at the Three Mile Island Nuclear Power Plant, Unit 2 to the Diablo Canyon Nuclear Power Plants, Units 1 and 2, to the extent that they are applicable. Priority is being given to completing Unit 1.

Accordingly, PG&E has requested an extension of the latest completion dates in CPPR-39 for Unit 1 to September 30, 1980 and in CPPR-69 for Unit 2 to March 31, 1981.

### Conclusion

The Commission's staff have reviewed the information provided in the applicant's submittal, and we conclude that the factors discussed above are reasonable and constitute good cause for delay; and the extension of construction of Unit 1 for 9 months and of Unit 2 for 13 months is justifiable.

8002270535

As a result of the staff's review of the Final Safety Analysis Report to date, and considering the nature of the delays, we have identified no area of significant safety considerations in connection with the extension of the construction permit completion dates for the Diablo Canyon Nuclear Power Plant, Units 1 and 2.

The assessment of potential environmental impacts associated with site preparation and the construction of Units 1 and 2 of the Diablo Canyon Nuclear Power Plant were addressed in the Final Environmental Statement (FES) issued in May 1973. Since the construction of Unit No. 1 is essentially complete except for installation of certain modifications and construction of Unit 2 is approximately 98% complete, essentially all construction impacts have occurred. The continuation of a limited construction work force on site for an additional 13 months is not expected to have any increased impact on the local environment or the nearby communities. The staff has determined that the extension of time for completion of work shown in Construction Permit No. CPPR-39 from December 31, 1979 to September 30, 1980 and in CPPR-69 from February 29, 1980 to March 31, 1981, is an adminsitrative action since it does not alter impacts decribed in the FES or create new impacts not previously addreseed in the statement. Having made this determination, the Commission has concluded, pursuant to 10 CFR Part 51.5 (d)(4), that an environmental statement, negative delcaration or environmental impact appraisal need not be prepared in connection with the issuance of this extension of time.

The staff finds that this action does not involve a significant hazards consideration, that good cause exists for the issuance of an Order extending the completion dates, and that an environmental statement, negative declaration or environmental impact appraisal need not be prepared in connection with the issuance of such order.

Accordingly, issuance of an Order extending the latest completion dates for construction of Diablo Canyon Unit 1, as set forth in CPPR-39, to September 30, 1980 and of Unit 2, as set forth in CPPR-69, to March 31, 1981, is reasonable and should be authorized.

Original Signed by

B. C. Buckley, Project Manager
Light Water Reactors Branch No. 1
Division of Project Management

Original Signed by

John F. Stolz, Chief
Light Water Reactors Branch No. 1
Division of Project Mangement

Dated: FEB 0 2 1980

- 3 -

IT IS HEREBY ORDERED that the latest completion date for CPPR-39 is extended from December 31, 1979 to September 30, 1980 for Unit 1 and the latest completion date for CPPR-69 is extended from February 29, 1980 to March 31, 1981 for Unit 2.

FOR THE NUCLEAR REGULATORY COMMISSION

Original signed by
D. F. Ross

D. F. Ross, Jr., Acting Director
Division of Project Management
Office of Nuclear Reactor Regulation

Date of Issuance: FEB 02 1980

| | DPM:DD | NRBenton | | | | |
|---|---|---|---|---|---|---|
| | DBVassallo | HRDenton | | | | |
| | 01/ /80 | 01/ /80 | | | | |
| OFFICE | DPM:LWR #1 | DPM:LWR #1 | DPM:LWR #1 | DPM:LWR?AD | OELD | | DPM:D |
| SURNAME | EGHylton:pmm | BCBuckley | JFStolz | SAVarga | | | DFRoss |
| DATE | 01/ /80 | 01/ /80 | 01/ /80 | 1/ /80 | 01/ /80 | 01/ /80 |



UNITED STATES
NUCLEAR REGULATORY COMMISSION
WASHINGTON, D.C. 20555
**February 12, 1980**

DISTRIBUTION:
DOCKETS (2)
LWR #1 Rdg
EGHylton

Docket No. 50-275 & 50-323

Docketing and Service Section
Office of the Secretary of the Commission

SUBJECT: **ORDER EXTENDING CONSTRUCTION COMPLETION DATES FOR DIABLO CANYON, UNITS 1 AND 2**

Two signed originals of the <u>Federal Register</u> Notice identified below are enclosed for your transmittal to the Office of the Federal Register for publication. Additional conformed copies ( **15** ) of the Notice are enclosed for your use.

☐ Notice of Receipt of Application for Construction Permit(s) and Operating License(s).

☐ Notice of Receipt of Partial Application for Construction Permit(s) and Facility License(s): Time for Submission of Views on Antitrust Matters.

☐ Notice of Availability of Applicant's Environmental Report.

☐ Notice of Proposed Issuance of Amendment to Facility Operating License.

☐ Notice of Receipt of Application for Facility License(s); Notice of Availability of Applicant's Environmental Report; and Notice of Consideration of Issuance of Facility License(s) and Notice of Opportunity for Hearing.

☐ Notice of Availability of NRC Draft/Final Environmental Statement.

☐ Notice of Limited Work Authorization.

☐ Notice of Availability of Safety Evaluation Report.

☐ Notice of Issuance of Construction Permit(s).

☐ Notice of Issuance of Facility Operating License(s) or Amendment(s).

☒ Other: **Order Extending Construction Completion Dates for Diablo Canyon, Units 1 and 2.**

Office of Nuclear Reactor Regulation

Enclosure:
As Stated

P.S. **Extra copy of letter and order enclosed for NRC PDR.**

LWR #1
EGHylton

2/12/80

NRC FORM 102
(1-76)



UNITED STATES
NUCLEAR REGULATORY COMMISSION
WASHINGTON, D.C. 20555
**February 12, 1980**

DISTRIBUTION:
DOCKETS (2)
LWR #1 Rdg
EGHylton

Docket No. **50-275 & 50-323**

Docketing and Service Section
Office of the Secretary of the Commission

SUBJECT: **ORDER EXTENDING CONSTRUCTION COMPLETION DATES FOR DIABLO CANYON, UNITS 1 AND 2**

Two signed originals of the Federal Register Notice identified below are enclosed for your transmittal to the Office of the Federal Register for publication. Additional conformed copies ( **15** ) of the Notice are enclosed for your use.

☐ Notice of Receipt of Application for Construction Permit(s) and Operating License(s).

☐ Notice of Receipt of Partial Application for Construction Permit(s) and Facility License(s): Time for Submission of Views on Antitrust Matters.

☐ Notice of Availability of Applicant's Environmental Report.

☐ Notice of Proposed Issuance of Amendment to Facility Operating License.

☐ Notice of Receipt of Application for Facility License(s); Notice of Availability of Applicant's Environmental Report; and Notice of Consideration of Issuance of Facility License(s) and Notice of Opportunity for Hearing.

☐ Notice of Availability of NRC Draft/Final Environmental Statement.

☐ Notice of Limited Work Authorization.

☐ Notice of Availability of Safety Evaluation Report.

☐ Notice of Issuance of Construction Permit(s).

☑ Notice of Issuance of Facility Operating License(s) or Amendment(s).

☒ Other: __Order Extending Construction Completion Dates for Diablo Canyon, Units 1 and 2.__

Office of Nuclear Reactor Regulation

Enclosure:
As Stated

P.S. Extra copy of letter and order enclosed for NRC PDR.

| | | | | |
|---|---|---|---|---|
| OFFICE▶ | LWR #1 | | | |
| SURNAME▶ | EGHylton | | | |
| DATE▶ | 2/12/80 | | | |

FORM 102 (1-76)

Mr. John C. Morrissey

cc: Richard S. Salzman, Esq., Chairman
    Atomic Safety & Licensing Appeal
      Board
    U. S. Nuclear Regulatory Commission
    Washington, D. C.  20555

    Philip A. Crane, Jr., Esq.
    Pacific Gas & Electric Company
    77 Beale Street
    San Francisco, California  94106

    Janice E. Kerr, Esq.
    California Public Utilities Commission
    350 McAllister Street
    San Francisco, California  94102

    Mr. Frederick Eissler, President
    Scenic Shoreline Preservation
      Conference, Inc.
    4623 More Mesa Drive
    Santa Barbara, California  93105

    Ms. Elizabeth E. Apfelberg
    1415 Cazadero
    San Luis Obispo, California  93401

    Ms. Sandra A. Silver
    1760 Alisal Street
    San Luis Obispo, California  93401

    Mr. Gordon A. Silver
    1760 Alisal Street
    San Luis Obispo, California  93401

    Paul C. Valentine, Esq.
    321 Lytton Avenue
    Palo Alto, California  94302

    Yale I. Jones. Esq.
    100 Van Ness Avenue
    19th Floor
    San Francisco, California  94102

    Ms. Raye Fleming
    1920 Mattie Road
    Shell Beach, California  93440

    Mr. Richard Hubbard
    MHB Technical Associates
    1723 Hamilton Avenue
    Suite K
    San Jose, California  95125

    Dr. William E. Martin
    Senior Ecologist
    Battelle Memorial Institute
    Columbus, Ohio  43201

    Mr. James O. Schuyler, Nuclear
      Projects Engineer
    Pacific Gas & Electric Company
    77 Beale Street
    San Francisco, California  94106

    Mr. W. C. Gangloff
    Westinghouse Electric Corporation
    P. O. Box 355
    Pittsburgh, Pennsylvania  15230

    Brent Rushforth, Esq.
    Center for Law in the Public
      Interest
    10203 Santa Monica Boulevard
    Los Angeles, California  90067

    Arthur C. Gehr, Esq.
    Snell & Wilmer
    3100 Valley Center
    Phoenix, Arizona  85073

    Bruce Norton, Esq.
    3216 North 3rd Street
    Suite 202
    Phoenix, Arizona  85012

    Michael R. Klein, Esq.
    Wilmer, Cutler & Pickering
    1666 K Street, N. W.
    Washington, D. C.  20006

    David F. Fleischaker, Esq.
    1735 Eye Street, N. W.
    Suite 709
    Washington, D. C.  20006

Mr. John C. Morrissey

cc: California Dept. of Health
    ATTN:  Chief, Environmental
              Radiation Control Unit
    Radiologic Health Section
    714 P Street – Room 498
    Sacramento, California  95814

    Chairman San Luis Obispo County
    Board of Supervisors
    County Courthouse Annex – Room 220
    San Luis Obispo, California  93401

    U. S. Environmental Protection Agency
    ATTN:  EIS Coordinator
              Region IX Office
    100 California Street
    San Francisco, California  94111

    Mr. John Marrs, Managing Editor
    San Luis Obispo County
    Telegram – Tribune
    1321 Johnson Avenue
    P. O. Box 112
    San Luis Obispo, California  93406

    Elizabeth S. Bowers, Chairman
    Atomic Safety & Licensing Board
    U. S. Nuclear Regulatory Commission
    Washington, D. C.  20555

    Mr. Glenn O. Bright
    Atomic Safety & Licensing Board
    U. S. Nuclear Regulatory Commission
    Washington, D. C.  20555

    Tolbert Young
    P. O. Box 219
    Avila Beach, California  93424

    Dr. W. Reed Johnson
    Atomic Safety & Licensing
      Appeal Board
    U. S. Nuclear Regulatory
      Commission
    Washington, D. C.  20555

    Alan S. Rosenthal, Esq.
    Atomic Safety & Licensing
      Appeal Board
    U. S. Nuclear Regulatory
      Commission
    Washington, D. C.  20555

    W. Andrew Baldwin, Esq.
    124 Speak Street
    San Francisco, California  94105

    Resident Inspector/Diablo
      Canyon NPS
    c/o U. S. NRC
    P..O. Box 219
    Avila Beach, California  93424

1
2
3
4
5
6

# EXHIBIT "C"

7
8
9

**Material from the County and State showing no proper permits were**

10

**granted when Appellant was exposed**

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Appellant Name: Weidman, III, Wm. F.



SAN LUIS OBISPO COUNTY

# DEPARTMENT OF PLANNING AND BUILDING

June 10, 2015

To Whom it may concern.

The Planning & Bldg Dept has no record of workmen's comp insurance for the permits issued to Diablo Caynon.

To the best of my research we have no permits for the power generation at the plant.

Also.

Stephen P. Hicks
Supervising Plans Examiner.

---

COURT COPY

976 Osos Street, Room 300  •  San Luis Obispo  •  California 93408  •  (805) 781-5600

EMAIL: planning@co.slo.ca.us     FAX: (805) 781-1242     WEBSITE: http://www.sloplanning.org

State of Maryland
County of Harford, to wit:

On this 9th day of November, 2021, before me, the subscriber, a Notary Public of the State of Maryland, in and for Harford County, personally appeared Wm. F. Weidman, III, and made oath or affirmation in due form of law that the matter and facts set forth in the correspondence from Stephen P. Hicks, Supervisor Plans Examiner are true.

Wm. F. Weidman, III

As WITNESS my hand and notarial seal.

Joseph J. Bonhoff, Jr.

Notary Public

My Commission expires Nov. 21, 2023



1
2
3
4
5
6
7
8     # EXHIBIT "D"
9
10    **Correspondence from 2005-2006 showing that Appellee PG&E**
11    **Corporation ("PG&E") via their counsel was aware of Appellant's**
12    **exposure case at California Worker's Compensation Appeals Board**
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 7 -

Appellant Name: Weidman, III, Wm. F.

**Pacific Gas and Electric Company**
*Humboldt Bay Power Plant*
*ROY E. WILLIS*
*Plant Manager*

1000 King Salmon Avenue
Eureka, CA 95503
707/444-0700

August 17, 2004



Law Office of Brian W. Collins
C/O  William F. Weidman
1980 Orange Tree Lane #105
Redlands, California 92374

Re:   Occupational Radiation Exposure Records Request

Dear Mr. Collins:

A review of our records indicate that the individual named William F. Weidman,
SSN: ████████ was not badged for occupational radiation at Pacific Gas & Electric
Company's Humboldt Bay Power Plant.

In accordance with 10 CFR 19 and 20, Pacific Gas and Electric Company maintains
occupational radiation exposure histories of all individuals assigned personal dosimetry
as required by 10 CFR 20.1502.  No dosimetry devices have been issued for the
individual listed below.

Name:   ___William F. Weidman___

SSN:    ___██████████___

This report is furnished to you under the provisions of the Nuclear Regulatory
Commission Regulation 10 CFR Part 19.  You should preserve this report for further
reference.

Sincerely,

ROY E. WILLIS

Dosimetry Group
Radiation Protection Section
Pacific Gas and Electric Company
Diablo Canyon Power Plant
(119 1/122)
P.O. Box 56
Avila Beach, CA 93424

August 18, 2004



*Pacific Gas and Electric Company*

Law Office of Brian W. Collins
C/O William F. Weidman
1980 Orange Tree Lane #105
Redlands, California 92374

Re: Occupational Radiation Exposure History

NAME: William F. Weidman          SSN: ███████████

After a thorough search of our files, we have found no record of any entries into our Radiologically Controlled Areas during the requested time periods, (1984-1985.)

The above named individual:

_____X_____ was not monitored by Pacific Gas and Electric Company at Diablo Canyon Power Plant.

_____ was monitored by Pacific Gas and Electric Company at Diablo Canyon Power Plant on dates other than those requested.

This report is furnished to you under the provisions of the Nuclear Regulatory Commission, regulation 10 CFR Part 19. You should preserve this report for further reference.

Sincerely,

Jeffrey D. Harker
Dosimetry and Technical Support Supervisor

Case: 19-30088   Doc# 12051   Filed: 03/21/22   Entered: 03/21/22 13:44:32   Page 19 of 25



**Pacific Gas and Electric Company** ™

Emily Schultz

*Mailing Address*
P.O. Box 7442
San Francisco, CA 94120

*Street/Courier Address*
Law Department
77 Beale Street
San Francisco, CA 94105

(415) 973-3671
Fax: (415) 973-5520
Internet: E1SW@pge.com

August 23, 2011            **VIA FACSIMILE**

Stephen L. Chesney
Law Offices of Stephen L. Chesney
4400 Coldwater Canyon Ave., Ste. 201
Studio City, CA 91604

Re:    <u>Weidman v. Bechtel Power Corp.</u>
      Subpoena for Records to PG&E

Dear Mr. Chesney:

     This will respond to your correspondence of August 14, 2011.

     Regarding the employment-related records requested in your subpoena, I spoke to Steve Lorence, the Director of Human Resources at Diablo Canyon Power Plant. Mr. Lorence confirmed that Mr. Weidman was a contractor when he performed work related to the Diablo Canyon Power Plant. PG&E does not retain the employment-related records you requested for contractors. I suggest that you contact the agency that employed Mr. Weidman as a contractor in 1984-1986 for the records. Any records related to Mr. Weidman's access to Diablo Canyon Power Plant would not have been retained more than five years, per 10 CFR 73.56(o) (i), (ii), and (iii). Therefore, PG&E does not currently have any access records for Mr. Weidman.

     As for the engineering records you requested in the subpoena, we previously checked the Diablo Canyon Power Plant records but were unable to locate any responsive documents from 1984-1986. As a courtesy to you, I will ask the appropriate representatives at the Diablo Canyon Power Plant to again check whether any responsive records are available. If responsive records are located, I will let you know as soon as possible.

Sincerely,

*Emy Schltr* –

Emily Schultz

# Law Offices of Stephen L. Chesney
### Attorneys At Law
4400 Coldwater Canyon Avenue, Suite 201 ~ Studio City, California 91604
Phone (818) 760-9900 ~ Fax (818) 344-9185 ~
Email schesney@chesneylegal.com

January 25, 2012

Barbara Thornhill
Pacific Gas & Electric Company
P.O. Box 7442
San Francisco, California 94120

     Re:   Weidman v. Bechtel
              WCAB Case No. ADJ3663372/SBR0303384

Dear Ms. Thornhill:

     I am the attorney for William Weidman III in the above-referenced matter. On behalf of my client, I authorized you to release to me all records requested in the subpoena duces tecum, including any personal records of Mr. Weidman.

     Thank you for your courtesy and cooperation in this matter.

                    Very truly yours,

                    LAW OFFICES OF STEPHEN L. CHESNEY

                    By:  Stephen L. Chesney

SLC:sc



**Pacific Gas and Electric Company** ®

Law Department
Workers' Compensation

P. O. Box 7779
San Francisco, CA 94120-7779

Fax: 415.536.5996
(415) 973-4187

May 9, 2012

UPS - NEXT DAY AIR

Stephen L. Chesney, Esq.
4400 Coldwater Canyon Ave., #201
Studio City, CA  91604

Re:  <u>William Weidman, III v. Bechtel Power Corp.</u>
     WCAB Case No. ADJ3663372

Dear Mr. Chesney:

Enclosed are records to answer the Subpoena Duces Tecum dated January 25, 2012.  The certification of these records will be forwarded under separate cover.

Also enclosed is a Certificate of Records of Regularly Conducted Activity <u>indicating that we have no records for entry to radiologically controlled areas.</u>

Thank you for your courtesy and patience.

Very truly yours,

Patricia A. Higa
Attorney for PG&E

:kea

Enclosures

**Proof of Service**

STATE OF MARYLAND, COUNTY OF HARFORD

    I, Wm F. Weidman, III, declare as follows:

    On March 18, 2022, I served APPELLANT'S CLARIFICATION AND EXHIBIT LIST on the Attorneys for Appellees by Express Mail by placing a copy thereof in an individual envelope addressed as shown below and depositing said envelope for collection and mailing on the aforesaid date by placement for deposit on the same day in the United States Postal Service.

        KELLER BENVENUTTI KIM LLP
        Jane Kim (#298192)
        David A. Taylor (#247433)
        650 California Street, Suite 1900
        San Francisco, CA 94108

    I declare under penalty of perjury under the laws of the State of Maryland and the United States that the foregoing is true and correct and that this declaration was executed March 18, 2022, Benson, Maryland.

BY: _____

        Wm F. Weidman, III

Case: 19-30088   Doc# 12051   Filed: 03/21/22   Entered: 03/21/22 13:44:32   Page 23 of 25

Appellant Name: Weidman, III, Wm. F.

**Proof of Service**

STATE OF MARYLAND, COUNTY OF HARFORD

    I, Wm F. Weidman, III, declare as follows:

    On March 18, 2022, I served APPELLANT'S CLARIFICATION AND EXHIBIT LIST on the Attorneys for Appellees by Express Mail by placing a copy thereof in an individual envelope addressed as shown below and depositing said envelope for collection and mailing on the aforesaid date by placement for deposit on the same day in the United States Postal Service.

        KELLER BENVENUTTI KIM LLP
        Jane Kim (#298192)
        David A. Taylor (#247433)
        650 California Street, Suite 1900
        San Francisco, CA 94108

    I declare under penalty of perjury under the laws of the State of Maryland and the United States that the foregoing is true and correct and that this declaration was executed March 18, 2022, Benson, Maryland.

BY: _____

        Wm F. Weidman, III

Appellant Name: Weidman, III, Wm. F.

Intake Filing Clerk:                        03-18-2022

Please file the attached Request for  Case No. . 19-30088(DM) Chapt.11
and return a conformed copy in the enclosed self-addressed
envelope.

I have also enclosed an additional courtesy copy to be given to Judge:

Honorable Dennis Montali

Required to Send to
        Judge Montali

see page 1 Ln 27
    page 2 Ln 1



fedex.com 1.800.GoFedEx 1.800.463.3339

**FedEx** US Airbill | 8683 3243 0484 | Form 0200 | FedEx Retrieval Copy

**1 From**
Date
Sender's FedEx Account Number  1015-2446-20
Sender's Name
Phone

Company

Address

City   State   ZIP

**2 Internal Billing Reference**

**3 To**
Recipient's Name
Company
Recipient's Address
We cannot deliver to P.O. boxes or P.O. ZIP codes.
Address
To request a package to be held at a specific FedEx location, print FedEx address here.
City  San Francisco  State CA  ZIP 94102

RECEIVED
MAR 21 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**4a Express Package Service**
1 FedEx Priority Overnight
5 FedEx Standard Overnight
6 FedEx First Overnight
2 FedEx 2Day
20 FedEx Express Saver
3 FedEx 2Day A.M.

**4b Express Freight Service**
7 FedEx 1Day Freight
8 FedEx 2Day Freight
83 FedEx 3Day Freight

**5 Packaging**
1 FedEx Envelope
2 FedEx Pak
3 FedEx Box
4 FedEx Tube
Other

**6 Special Handling**
SATURDAY Delivery
HOLD Weekday
31 HOLD Saturday

Does this shipment contain dangerous goods?
No   Yes (Shipper's Declaration not required)   Yes
Dry Ice

**7 Payment** Bill to:
1 Sender  2 Recipient  3 Third Party  4 Credit Card  Cash/Check

Total Packages   Total Weight   Total Declared Value

**8 Residential Delivery Signature Options**
No Signature Required
Direct Signature   10
Indirect Signature   34

8683 3243 0484

520

RT 767   1   10:30   B 0484 03.21
FZ