**Entered on Docket**
**March 22, 2022**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



**Signed and Filed: March 22, 2022**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case No. 19-30088-DM |
| | ) |
| PG&E CORPORATION, | ) Chapter 11 |
| | ) |
| - and – | ) |
| | ) |
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| | ) |
| Reorganized Debtors. | ) |
| | ) |
| _____ | ) |
| | ) |
| William F. Weidman, III, | ) U.S.D.C. No. 4:22-cv-00389-HSG |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) |
| | ) |
| PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| | ) |
| Appellees. | ) |
| | ) |
| _____ | ) |

**SUPPLEMENT TO CERTIFICATION BY BANKRUPTCY JUDGE AND RECOMMENDATION TO DISMISS APPEAL**

TO: HONORABLE HAYWOOD S. GILLIAM, JR., UNITED STATES DISTRICT JUDGE

-1-

1    On March 18, 2022, I recommended the appeal of *William F.*
2  *Weidman, III v. PG&E Corporation and Pacific Gas and Electric*
3  *Company*, Case No. 4:22-cv-00389-HSG be dismissed because the
4  appellant failed to perfect an appeal in the manner prescribed
5  by Bankruptcy Rule 8009 (Dkt. 12042).
6    Three days later, on March 21, 2022, the Bankruptcy Court
7  received *Appellant's Clarification and Exhibit List and*
8  *Designation of Contents For Inclusion in Record on Appeal* (Dkt.
9  12051).  Based upon Mr. Weidman's attempt to comply with the
10  requirements of Bankruptcy Rule 8009, I hereby withdraw my
11  recommendation that the appeal be dismissed.

                          ***END OF CERTIFICATION***

-2-

COURT SERVICE LIST

William F. Weidman, III
108 Connolly Rd, #136
P.O. Box 136
Benson, MD  21018

-3-