

Signed and Filed: March 22, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Bankruptcy Case No. 19-30088-DM |
| PG&E CORPORATION, | Chapter 11 |
| - and - | |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Reorganized Debtors. | |
| William F. Weidman, III, | U.S.D.C. No. 4:22-cv-00389-HSG |
| Appellant, | |
| v. | |
| PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY, | |
| Appellees. | |

**SUPPLEMENT TO CERTIFICATION BY BANKRUPTCY JUDGE AND RECOMMENDATION TO DISMISS APPEAL**

TO: HONORABLE HAYWOOD S. GILLIAM, JR., UNITED STATES DISTRICT JUDGE

-1-

On March 18, 2022, I recommended the appeal of *William F. Weidman, III v. PG&E Corporation and Pacific Gas and Electric Company*, Case No. 4:22-cv-00389-HSG be dismissed because the appellant failed to perfect an appeal in the manner prescribed by Bankruptcy Rule 8009 (Dkt. 12042).

Three days later, on March 21, 2022, the Bankruptcy Court received *Appellant's Clarification and Exhibit List and Designation of Contents For Inclusion in Record on Appeal* (Dkt. 12051). Based upon Mr. Weidman's attempt to comply with the requirements of Bankruptcy Rule 8009, I hereby withdraw my recommendation that the appeal be dismissed.

***END OF CERTIFICATION***

COURT SERVICE LIST

William F. Weidman, III
108 Connolly Rd, #136
P.O. Box 136
Benson, MD 21018