| | |
|---|---|
| KELLER BENVENUTTI KIM LLP<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>David A. Taylor (#247433)<br>(dtaylor@kbkllp.com)<br>Thomas B. Rupp (#278041)<br>(trupp@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: (415) 496-6723<br>Fax: (650) 636-9251 | Jennifer L. Dodge (#195321)<br>LAW OFFICES OF JENNIFER L. DODGE INC.<br>(jdodgelaw@jenniferdodgelaw.com)<br>2512 Artesia Blvd., Suite 300D<br>Redondo Beach, California 90278<br>Tel: (310) 372.3344<br>Fax: (310) 861.8044 |

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☑ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF JENNIFER L. DODGE IN SUPPORT OF PACIFIC GAS AND ELECTRIC COMPANY'S OPPOSITION TO TODD GREENBERG'S MOTION TO AMEND CLAIMS NUMBERED 77335 AND 76018 (GREENBERG CLAIMS)**<br><br>[Related to Dkt. No. 11992]<br><br>Hearing: March 29, 2022<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Tele/Videoconference Only)<br>U.S. Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

I, Jennifer L. Dodge, pursuant to Section 1746 of Title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am the owner and president of Law Offices of Jennifer L. Dodge Inc. and serve as legal counsel for Pacific Gas and Electric Company (the "**Utility**"), a wholly-owned subsidiary of PG&E Corporation ("**PG&E Corp.**") and together with the Utility, the "**Debtors**," or as reorganized pursuant to the Plan,[1] the "**Reorganized Debtors**" in the above-captioned chapter 11 cases. I have been a member of the California State Bar Association since 1998 and am admitted to practice in the Northern District of California. I submit this Declaration in support of *Pacific Gas and Electric Company's Opposition to Todd Greenberg's Motion to Amend Claims Numbered 77335 and 76018 (Greenberg Claims)* (the "**Opposition**")[2], filed contemporaneously herewith.

2. Except as otherwise indicated herein, all facts set forth in this Declaration are based upon my personal knowledge and my review of relevant documents and information. If called upon to testify, I would testify competently to the facts set forth in this Declaration. I am authorized to submit this declaration on behalf of the Reorganized Debtors.

3. Attached as **Exhibit A** are true and correct copies of the following: A January 13, 2022 email I sent to Richard Lapping, counsel for Claimant Todd Greenberg, attaching a redlined proposed Scheduling Order; the redlined proposed Scheduling Order attached to that email; and a January 14, 2022 email I received from Richard Lapping, indicating that Greenberg was considering a motion to amend the claims.

4. Attached as **Exhibit B** are true and correct copies of the following: A February 7,

---

[1] On January 29, 2019, the Debtors commenced with the Court voluntary cases under chapter 11 of the Bankruptcy Code. By Order dated June 20, 2020 [Docket No. 8053], the Bankruptcy Court confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* (as may be further modified, amended or supplemented from time to time, and together with any exhibits or schedules thereto, the "**Plan**"). The Effective Date of the Plan occurred on July 1, 2020. *See* Dkt. No. 8252.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Opposition.

LAW OFFICES OF
JENNIFER L. DODGE INC.

2022 email I sent to Richard Lapping attaching an updated proposed Scheduling Order and stating that the motion hearing dates were set for dates certain to coincide with the Court's regular hearing dates; the updated proposed Scheduling Order attached to that email; a February 8, 2022 email I sent to Richard Lapping attaching an updated version of the Scheduling Order with the June 27-28, 2022 trial dates; and the updated version of the proposed Scheduling Order attached to that email.

5. Attached as **Exhibit C** are true and correct copies of the following: A February 9, 2022 email I received from Richard Lapping, stating that the proposed changes to the scheduling order are acceptable, suggesting two minor revisions and attaching the revised proposed scheduling order; and the revised proposed scheduling order attached to that email.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this 22nd day of March, 2022.

/s/ *Jennifer L. Dodge*
Jennifer L. Dodge