| | |
|---|---|
| Jacob M. Faircloth, Esq. (SB No. 305390)<br>Bluestone Faircloth & Olson, LLP<br>1825 Fourth Street<br>Santa Rosa, CA 95404<br>Telephone: (707) 526-4250<br>Facsimile: (707) 526-0347<br>Email: jacob@bfolegal.com<br><br>Attorneys for Movants,<br>Kathryn Mason, Matthew Mason,<br>Caroline Mason, and Nicholas Mason | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>PG&E CORPORATION,<br><br>  and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>  Debtors.<br>_____/<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM<br>_____/ | Case No. 19-30088-DM<br><br>Chapter 11<br><br>(Lead Case–Jointly Administered)<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO ALLOW/DEEM TIMELY LATE FILING OF KATHRYN MASON, MATTHEW MASON, CAROLINE MASON, AND NICHOLAS MASON, AND MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF ROBERT BONE IN SUPPORT THEREOF**<br><br>Date: April 12, 2022<br>Time: 10:00 a.m.<br>Location: Via ZOOM or Telephone |

PLEASE TAKE NOTICE THAT Movants Kathryn Mason, Matthew Mason, Caroline Mason, and Nicholas Mason ("Movants"), hereby withdraw their Motion to Allow/Deem Timely Late Filing of Claim, filed as Docket No. 12023.

DATED: March 15, 2022            BLUESTONE FAIRCLOTH & OLSON, LLP
                                              */S/ Jacob M. Faircloth*
                                 By_____
                                        Jacob M. Faircloth
                                     ATTORNEY FOR THE MOVANTS

**NOTICE OF WITHDRAWAL OF MOTION TO ALLOW/DEEM TIMELY LATE FILING OF KATHRYN MASON, MATTHEW MASON, CAROLINE MASON, AND NICHOLAS MASON, AND MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF ROBERT BONE IN SUPPORT THEREOF** - Page 1