**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (650) 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF JOSHUA S LEVENBERG IN SUPPORT OF MEMORANDUM OF THE REORGANIZED DEBTORS REGARDING CLAIM OF CALIFORNIA DEPARTMENT OF WATER RESOURCES** |

I, Joshua S Levenberg, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am employed as Chief Counsel, Gas and Electric Operations, in the Law Department of Pacific Gas and Electric Company (the "**Utility**"), a wholly-owned subsidiary of PG&E Corporation ("**PG&E Corp.**," and, together with Utility, the "**Reorganized Debtors**" in the above-captioned chapter 11 cases). I have been employed by the Utility since October 2007, and I have been employed in this role since 2017. In my current role, I am responsible for, among other things, representing the Utility in issues relating to its wholesale contracts and interconnection agreements with third parties. I also regularly consult with my colleagues elsewhere in the Utility's Law Department on legal issues that cover a variety of other subject matter. I submit this Declaration in support of the *Memorandum of the Reorganized Debtors Regarding Claim of California Department of Water Resources* ("**Memorandum**"), filed contemporaneously herewith.

2. Except as otherwise indicated herein, all facts set forth in this Declaration are based upon my personal knowledge, the knowledge of other personnel of the Reorganized Debtors working under and alongside me on this matter, including my colleagues elsewhere in the Utility's Law Department, my discussions with PG&E's professionals and various other advisors and counsel, and my review and my colleagues' review of relevant documents and information. If called upon to testify, I would testify competently to the facts set forth in this Declaration. I am authorized to submit this declaration on behalf of the Reorganized Debtors.

3. On March 25, 2022, PG&E notified CDWR[1] in writing that it (i) would pay CDWR's Claim No. 78104 in the principal amount of $101,026.75 plus post-petition interest, as requested in the CDWR Motion, and (ii) would not contest that CDWR terminated its participation in the Cotenancy Agreement, with all rights reserved as to PG&E's claim that CDWR has an outstanding obligation, not extinguished by its termination of the Agreement, to pay its pro rata share associated with the costs of removing the New Line.

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Memorandum.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this 25th day of March, 2022.

    /s/ *Joshua S Levenberg*
    Joshua S Levenberg