KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF MARK D. FUHRIMAN IN SUPPORT OF REORGANIZED DEBTORS' SEVENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS WITH RESPECT TO PROOF OF CLAIM NO. 80673 FILED BY WILLIE & ORA GREEN**<br><br>**[Related to Docket No. 10537]** |

I, Mark D. Fuhriman, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a senior principal geotechnical engineer with Kleinfelder, Inc. ("**Kleinfelder**") in Oakland, California. I submit this Declaration in support of the *Reorganized Debtors' Seventy-Sixth Omnibus Objection to Claims (No Liability / Passthrough Claims)* [Docket No. 10537] with respect to Proof of Claim No. 80673 filed by Willie & Ora Green.

2. On January 24, 2022, I conducted a site visit to observe the driveway and garage floor at 2845 Magnolia Street in Oakland, California. I was accompanied by my colleague at Kleinfelder, John Nicolini, and a representative of PG&E. Representatives for the Greens were also present, and the Greens themselves observed our site visit through a contemporaneous video call with their representatives.

3. The report attached hereto as **Exhibit A** (the "**Kleinfelder Report**") constitutes the observations, findings, and conclusions of the Kleinfelder team. Mr. Nicolini's and my qualifications are listed in Appendix A to the Kleinfelder Report. The Kleinfelder team's response to the expert report submitted by the Greens is set forth in Appendix C to the Kleinfelder Report.

4. If called upon to testify, I would testify competently to the facts set forth in this Declaration and the observations, findings, and conclusions set forth in the Kleinfelder Report. I am authorized to submit this Declaration and the Kleinfelder Report on behalf of the Reorganized Debtors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this 25th day of March, 2022.

        */s/ Mark D. Fuhriman*
        Mark D. Fuhriman, P.E., G.E.