**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR MARCH 29, 2022, 10:00 A.M. OMNIBUS HEARING**<br><br>Date: March 29, 2022<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Zoom Videoconference<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR
MARCH 29, 2022, 10:00 A.M. (PACIFIC TIME)
OMNIBUS HEARING**

**I:** **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*CONTESTED MATTERS GOING FORWARD*

    1.    **Greenberg Motion to Amend Claims:** *Creditor Todd Greenberg's Motion to Amend Claims Numbered 77335 and 76018* [**Dkt. 11992**].

    Responses Filed:

    A.    Pacific Gas and Electric Company's Opposition to Todd Greenberg's Motion to Amend Claims Numbered 77335 and 76018 (Greenberg Claims) [**Dkt. 12059**].

    B.    Declaration of Jennifer L. Dodge in Support of Pacific Gas and Electric Company's Opposition to Todd Greenberg's Motion to Amend Claims Numbered 77335 and 76018 (Greenberg Claims) [**Dkt. 12060**].

    Related Document:

    C.    Stipulation Regarding Scheduling of Creditor Todd Greenberg's Motion to Amend Claims Numbered 77335 and 76018 [**Dkt. 12036**].

    D.    Reply Memo in Support of Creditor Todd Greenberg's Motion to Amend Claims Numbered 77335 and 76018 [**Dkt. 12081**].

    Related Order:

    E.    Order Approving Stipulation Regarding Scheduling of Creditor Todd Greenberg's Motion to Amend Claims Numbered 77335 and 76018 [**Dkt. 12041**].

    Status:  This matter is going forward on a contested basis.

*RESOLVED AND CONTINUED MATTERS*

    2.    **Ramirez Motion for Relief from Plan Injunction:** *Motion for Relief from Automatic Stay* [**Dkt. 11936**].

    Status: This matter has been continued to April 12, 2022, by Stipulation [**Dkt. 12010**] and Order [**Dkt. 12037**].

**Securities Omnibus Claims Objection:**

   3. **Fifteenth (Securities Acquired Outside Subject Period)** [**Dkt. 11343**]. This Securities Omnibus Claims Objection was granted as to all Claims (except the Claim discussed below) by **Dkt. 11531**. This matter has been continued to May 24, 2022, as to the Claim listed in **Dkt. 12057**.

   4. **Twentieth (Duplicate Claims)** [**Dkt. 11930**]. This Securities Omnibus Claims Objection has been resolved or withdrawn as to those Claims identified in **Dkt. 12058** and granted as to all other Claims by **Dkt. 12071**.

**Omnibus Claims Objection:**

   5. **Seventy-Sixth (No Liability / Passthrough Claims)** [**Dkt. 10537**]. This Omnibus Objection was granted as to most claims by **Dkt. 10705**. The Hearing as to Willie & Ora Green has been continued to April 26, 2022, by agreement of the parties.

   6. **Seventy-Ninth (Books and Records Claims)** [**Dkt. 10673**]. This Omnibus Objection was granted as to most claims by **Dkt. 10858**. The status conference regarding the Claim of David Addington has been taken off calendar as per the March 24, 2022, docket entry. The Hearing regarding the Addington Claim remains set for May 10, 2022, pursuant to Stipulation [**Dkt. 11980**] and Order [**Dkt. 11990**].

**Late Claim Motion:**

   7. **Venn** [**Dkt. 11970**]. This matter has been resolved by Stipulation [**Dkt. 11984**] and taken off calendar by Order [**Dkt. 11997**].

**II:    MATTER SCHEDULED TO BE HEARD IN ADVERSARY PROCEEDING: PG&E v. PERA No. 19-03039 (DM)**

*RESOLVED MATTER*

   8. **Order to Show Cause:** *Order to Show Cause Re Dismissal* [**Dkt. 25**].

   Responses Filed:

   A.   Reorganized Debtors' Response to Order to Show Cause Concerning Dismissal of Adversary Proceeding [**Dkt. 27**].

   Related Order:

   B.   Order Dismissing Adversary Proceeding [**Dkt. 28**].

   Status: This matter has been resolved by Order [**Dkt. 28**] and taken off calendar.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (II) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: March 28, 2022

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By:    */s/ Thomas B. Rupp*
       Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*