

**Signed and Filed: March 28, 2022**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br>Date: April 26, 2022<br>Time: 10:00 AM<br>www.canb.uscourts.gov/calendars |

**ORDER CONTINUING HEARING ON SEVENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS AS TO WILLIE AND ORA GREEN (PROOF OF CLAIM #80673)**

IT IS HEREBY ORDERED that the hearing on the Reorganized Debtors' Seventy-Sixth Omnibus Objection to Claims (Dkt. 10537) as to Willie and Ora Green (Proof of Claim #80673) scheduled on March 29, 2022 is continued to April 26, 2022, at 10:00 AM.

If the parties do not settle prior to the April 26 hearing, the court will schedule an evidentiary hearing at that time, generally as proposed by the Reorganized Debtors.

The Greens should be prepared to report whether they will retain counsel to represent them at that evidentiary hearing or whether they will be representing themselves to cross examine the Reorganized Debtors' witness and defend the examination of their witness.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

Willie and Ora Green
2845 Magnolia Street
Oakland, CA 94608