1 EDWARD J. TREDINNICK (#84033)
FOX ROTHSCHILD LLP
2 345 California Street, Suite 2200
San Francisco, California 94104
3 Telephone: (415) 364-5540
Facsimile: (415) 391-4436
4 E-mail: etredinnick@foxrothschild.com

5 Attorneys for Creditor,
City and County of San Francisco
6

7        UNITED STATES BANKRUPTCY COURT

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9               SAN FRANCISCO DIVISION

| | |
|---|---|
| 10 In re: | Case No.: 19-30088-DM |
| 11 PG&E CORPORATION | Chapter 11 |
| 12     -and | NOTICE OF CHANGE OF ADDRESS |
| 13 PACIFIC GAS & ELECTRIC COMPANY, | |
| 14         Debtors, | |
| 15 | |
| 16 ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors | |
| 17 | |
| 18 *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

21 TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

22        PLEASE TAKE NOTICE that effective immediately, the address and contact information for

23 Edward J. Tredinnick has changed as follows:

24            Edward J. Tredinnick, Esq.
             FOX ROTHSCHILD LLP
25           345 California Street, Suite 2200
             San Francisco, California 94104
26           Telephone: (415) 364-5540
27           Facsimile: (415) 391-4436
             E-mail: etredinnick@foxrothschild.com
28

FOX ROTHSCHILD LLP
ONE FRONT STREET
SUITE 3200
SAN FRANCISCO, CA
94111

NOTICE OF CHANGE OF ADDRESS               1
132390038.1

Case: 19-30088   Doc# 12093   Filed: 03/29/22   Entered: 03/29/22 12:21:23   Page 1 of 2

| | | |
|---|---|---|
| Dated: March 29, 2022 | | FOX ROTHSCHILD LLP |
| | By: | /s/Edward J. Tredinnick |
| | | Edward J. Tredinnick |
| | | Attorneys for Creditor, City and County of San Francisco |

FOX ROTHSCHILD LLP
ONE FRONT STREET
SUITE 3200
SAN FRANCISCO, CA
94111

NOTICE OF CHANGE OF ADDRESS
132390038.1

2

Case: 19-30088    Doc# 12093    Filed: 03/29/22    Entered: 03/29/22 12:21:23    Page 2 of 2