# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 3/31/2022 |
| Case: 19–30088 | Form ID: TRANSC | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty    Richard A. Lapping    rich@trodellalapping.com
aty    Thomas B. Rupp    trupp@kbkllp.com

    TOTAL: 2

**Recipients submitted to the Claims Agent (Prime Clerk):**
    Jennifer L. Dodge, Esq.    Law Offices of Jennifer L. Dodge Inc.    2512 Artesia Boulevard Suite 300D    Redondo Beach, CA 90278

    TOTAL: 1