Derrick Talerico (SBN 223763)
dtalerico@ztlegal.com
ZOLKIN TALERICO LLP
12121 Wilshire Blvd., Suite 1120
Los Angeles, CA 90025
Tel: (424) 500-8552

Attorneys for Western Electricity
Coordinating Council

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING** |

**PLEASE TAKE NOTICE** that Derrick Talerico of Zolkin Talerico LLP hereby requests withdrawal of his appearance in the above-captioned case on behalf of creditor Western Electricity Coordinating Council, and requests to be removed from service of all notices and pleadings in this case, including all electronic service lists, the Official Service List and the ECF notification system.

DATED: March 31, 2022     ZOLKIN TALERICO LLP

By: */s/ Derrick Talerico*
Derrick Talerico
Attorneys for Western Electricity Coordinating Council

1