| | |
|---|---|
| 1 | Derrick Talerico (SBN 223763) |
| 2 | dtalerico@ztlegal.com |
| | ZOLKIN TALERICO LLP |
| 3 | 12121 Wilshire Blvd., Suite 1120 |
| | Los Angeles, CA 90025 |
| 4 | Tel: (424) 500-8552 |
| 5 | Attorneys for Western Electricity |
| 6 | Coordinating Council |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **CERTIFICATE OF SERVICE OF NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

I, Martha E. Araki, do declare and states as follows:

1. I am employed in Los Angeles County in the State of California. I am more than eighteen years old and not a party to this action. My business address is Zolkin Talerico LLP, 12121 Wilshire Boulevard, Suite 1120, Los Angeles, California 90025.

2. On March 31, 2022, I served the foregoing document described as: NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING on the interested parties in this action as follows:

[X]  ECF recipients via the Court's electronic case filing and noticing system

I declare under penalty of perjury of the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto. Executed this 31st day of March, 2022 at Castaic, California.

       /s/ Martha E. Araki
Martha E. Araki