# EXHIBIT A

PG&E Work
Work Stopped But No Turf Installed
Legend
298 St James Dr
298 St James Dr
St James Dr
50 ft
Google Earth

Legend
298 St James Dr
298 St James Dr
PG&E Work
Straw Waddles Installed
March 2017
St James Dr
N
80 ft
Google Earth

Legend
298 St James Dr
298 St James Dr
PG&E Work
Partial Turf Installed
September 2017
St James Dr
N
300 ft
Google Earth

298 St James Dr
PG&E Work
Turf Installed
September 2017
Legend
298 St James Dr
St James
Google Earth
Image Landsat / Copernicus
90 ft
N

# EXHIBIT
# B

# PG&E Transmission Towers and Lead Paint Chips

From: davidaddington@fairmarketproperties.com

To: D3CU@pge.com

Date: Wednesday, April 27, 2016, 10:23 AM PDT

Dear Ms. Denise Conway,

I recently bought a house at 298 Saint James Drive, Piedmont which has two larger PG&E transmission towers on it.

The property had been neglected for years and it has taken months to haul away the years of debris. We have finally gotten to the areas around the towers and are concerned about the paint chips flaking off them.

My guess is that the towers have not been repainted in years and that the paint currently coming off is lead based. Further, I assume that these chips are pretty thick around and underneath the towers.

As I have two children under two, I think the chips might be a problem.

What can you do to help rectify this potential health risk?

Many thanks for your time.

Sincerely,

David P. Addington
California Champs

Rio West Mall
Showdogs & Machine Coffee
The Warfield Theater, LLC
415-606-6552

# EXHIBIT C



LOS LOZA
LANDSCAPING

P.O BOX #21114
CASTRO VALLEY CA 94546
LICENSE #985575
SBA SLBE SBE CERTIFIED
DIR Registration # 1000009602

07-15-16.

**Bid Proposal:**

David Addington Residence

**Los Loza Landscaping truly appreciates the opportunity to provide a quote of landscaping services. The following scope of work is included in this proposal.**

**Scope of work:**

| | |
|---|---|
| • Remove 1,500 sf of asphalt with cement | **$4,000.00** |
| • Install 250' lf of drainage of 4" solid pipe | **$3,800.00** |
| • Install 140' lf of versa block wall 2' ft high | **$9,800.00** |
| • Install 5,000 sf of grass and cultivate the dirt 6" add compost | **$24,000.00** |
| • Install irrigation in the new grass | **$16,500.00** |
| • Clean the hill from existing ivy and shrubs on the left side of driveway | **$6,500.00** |
| • Dig and level the dirt that fits on site | **$15,500.00** |

*Hauling left over dirt **($60 per yard)***

*installing the retaining wall of versa block **($35 each SF)***

**Sincerely,**

**Jorge Loza**
**Los Loza Landscaping**
**Cell (510)-520-2657**
**Email:** loslozalandscape@yahoo.com

**GJR Development**
**General Engineering**
**and Landscaping**
23 Brandt Drive
Moraga, CA 94556
Lic# 430539
C – 510.409.3930
O – 925.947.0820

***Proposal***

To: David Addington
298 Saint James
Piedmont, Ca

August 3, 2016

Re: Dirt Offhaul, Grading, Sod Irrigation and Installation

1. Play court demo and offhaul approximate 110 cu yd. or 165 ton 30 x 50 x 2'

| | |
|---|---|
| Recycler fees- 16 loads @ $150/ | $ 2,400 |
| Trucking – 20 hrs. / x 16 x $ 110/ | $ 3,200 |
| Hydraulic breaker – 1 day | $ 400 |
| Excavator – 1 day - $ 150/hr. | $ 1,200 |
| Loader 1.5 day - $125/hr. | $ 1,500 |
| Labor 1 – man 3 days 24hr x 55/ | $ 1,320 |
| GJR – 12 hrs. | $ 1,200 |
| | $11,220 |

2. Dirt offhaul estimate – 170 cu yds. – 21 loads

| | |
|---|---|
| Trucking – 2 hr/ x 21 x $110/ | $ 4,620 |
| Dump fees - $ 150/ x 21 | $ 3,150 |
| Loader – 3 days | $ 3,000 |
| Excavator – 1 day | $ 1,200 |
| Labor – 1 man – 4 days | $ 1,760 |
| | $13,730 |

3. ***Rough Grade***

| | |
|---|---|
| *Loader – 1 day* | *$ 1,000* |
| *Labor – 1 day* | *$ 440* |
| *GJR – 4 hrs.* | *$ 400* |
| | *$ 1,840* |

4. ***Sod Estimate***

| | |
|---|---|
| *Top soil amendment estimate 80 cu yd. @ $ 50/* | *$ 4,000* |
| *Rototiller* | *$ 1,000* |
| *Fine grading – 4 men – 2 days* | *$ 3,500* |
| *Sod – 8,300 sq. ft. @ $ 0.45* | *$ 3,750* |
| *Sod installation 5 men - 1 day* | *$ 2,200* |
| | *$14,450* |

| | |
|---|---|
| 5. *Irrigation estimate including vacuum breaker/shutoff, controller, automatic valves, Hunter 4" pop – up heads* | *$ 16,000* |
| 6. *Drainage estimate* | *$ 4,500* |
| *Total Cost:* | *$61,740* |

# EXHIBIT
# D



Pacific Gas and Electric Company
6121 Bollinger Canyon Rd., 2nd Floor
San Ramon, CA 94583

September 2, 2016

David Addington
298 Saint James Drive
Piedmont, CA 94611

**Tower Maintenance Work Soil Restoration Agreement**

Thank you for working with Pacific Gas and Electric Company (PG&E) representatives to recoat our electric transmission towers and conduct related soil removal work. This effort is part of PG&E's ongoing commitment to the health and safety of our customers and to environmental responsibility.

With your permission, we would like to remove and replace impacted soil and restore the area. Restoration will include replacement of landscaping that may need to be removed during the soil remediation process. All work will be done at PG&E's expense.

Soil work will include:

- A crew of eight to 10 workers removing soil to a depth of approximately six inches approximately 10-15 feet out from the base of the tower.
- Crews will be dressed in standard safety gear and will be using hand-held tools like shovels and wheelbarrows.
- Throughout the work, we will use water to control any dust
- Removed soil will be placed in secure bins.
- Trucks will be used to remove the soil offsite.
- Clean soil will be brought in to backfill removal areas and compacted as needed

PG&E will perform all work in accordance with all applicable laws, ordinances and regulations. We will obtain any permits or approvals that may be required. Protective measures will be put in place to ensure the safety of the surrounding area while work is taking place, and we will remove any debris related to our activities once work is complete.

If you agree, we ask that you provide your acknowledgement that you would:

- Ensure open access to work areas for PG&E and/or their representatives, contractors and sub-contractors on weekdays between 8 a.m. and 6 p.m. in order to accomplish necessary work; and
- Keep clear of the work area, and keep any children and pets away from the work area so as not to pose any safety risks or hazards while work is taking place.

We will work with you to provide a schedule of work and activities. It is anticipated that soil remediation work will take approximately one week to complete.

If the foregoing is acceptable to you, we ask that you acknowledge by signature in the space provided below. **We will not move forward with any soil removal work on your property until we have received your written agreement.**

Be Safe. Dig Safe. Damage from excavation is the most common cause of pipeline accidents. Before you begin any landscaping work, always call 811 at least two business days in advance. With one free call to 811, PG&E will send a crew to mark our underground gas and electric facilities before you begin work, helping you plan a safe project.

Moraga-Oakland #1 - 004/030
Moraga-Oakland #3 - 004/032

1 of 2

We appreciate your support as we work to improve the safety and reliability of our electric system.

Sincerely,

Stephen Hughes
Land Agent
(925) 328-5153

ACKNOWLEDGED AND AGREED:

By: ______________________ Date: 9/2/16

Print Name: David P. Addington

By: ______________________ Date: ______________________

Print Name: ______________________

PG&E Land Rep: ______________________ Date: ______________________
Joe Echols
Manager, Land Management
Pacific Gas and Electric Company

Be Safe. Dig Safe. Damage from excavation is the most common cause of pipeline accidents. Before you begin any landscaping work, always call 811 at least two business days in advance. With one free call to 811, PG&E will send a crew to mark our underground gas and electric facilities before you begin work, helping you plan a safe project.



Pacific Gas and Electric Company
6121 Bollinger Canyon Rd., 2nd Floor
San Ramon, CA 94583

September 2, 2016

David Addington
298 Saint James Drive
Piedmont, CA 94611

**Revised Tower Maintenance Work Acknowledgement**

Thank you for working with Pacific Gas and Electric Company (PG&E) representatives to recoat our electric transmission towers. PG&E will leave your property in comparable conditions to those existing when we begin work. As we have discussed with you, PG&E's work will include the following activities:

Description of Work
The following items may require relocation and/or modification to safely conduct work.

1. PLAY COURT DEMO AND OFF HAUL AS PER GJR DEVELOPMENT PROPOSAL
2. 170 CU YARDS SOIL OFFHAUL AS PER GJR DEVELOPMENT PROPOSAL
3. ______
4. ______

The following vegetation removal work will be performed to safely conduct work

1. ______
2. ______
3. ______

Other considerations

1. COMPLETE WORK AND PROVIDE A CHECK IN THE AMOUNT OF $36,790
2. ______
3. ______

We appreciate your support as we work to improve the safety and reliability of our electric system. Please provide your signature to acknowledge the work that will be conducted.

Sincerely,

[signature]

Stephen Hughes
Land Agent
(925) 328-5153

Moraga-Oakland #1 - 004/030
Moraga-Oakland #3 - 004/032

By: ______________________ Date: 9/2/16

Print Name: David P. Addington

By: ______________________ Date: ______________________

Print Name: ______________________

PG&E Land Rep: ______________________ Date: ______________________
Joe Echols
Manager, Land Management
Pacific Gas and Electric Company

Form **W-9**
(Rev. December 2014)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

**Give Form to the requester. Do not send to the IRS.**

Print or type. See Specific Instructions on page 2.

1 Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.
David P. Addington

2 Business name/disregarded entity name, if different from above

3 Check appropriate box for federal tax classification; check only **one** of the following seven boxes:
- [x] Individual/sole proprietor or single-member LLC
- [ ] C Corporation
- [ ] S Corporation
- [ ] Partnership
- [ ] Trust/estate
- [ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶

**Note.** For a single-member LLC that is disregarded, do not check LLC; check the appropriate box in the line above for the tax classification of the single-member owner.
- [ ] Other (see instructions) ▶

4 Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):
Exempt payee code (if any) ______
Exemption from FATCA reporting code (if any) ______
*(Applies to accounts maintained outside the U.S.)*

5 Address (number, street, and apt. or suite no.)
298 St James Dr

Requester's name and address (optional)

6 City, state, and ZIP code
Piedmont CA 94611

7 List account number(s) here (optional)

## Part I Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the instructions for line 1 and the chart on page 4 for guidelines on whose number to enter.

**Social security number**
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

or

**Employer identification number**
__ – _______

## Part II Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here** | **Signature of U.S. person ▶** [signature] | **Date ▶** 9/2/16

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** Information about developments affecting Form W-9 (such as legislation enacted after we release it) is at *www.irs.gov/fw9*.

### Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following:

- Form 1099-INT (interest earned or paid)
- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)
- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding? on page 2.*

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and
4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. See *What is FATCA reporting?* on page 2 for further information.

Case: 19-30088 Doc# 12101-1 Filed: 04/01/22 Entered: 04/04/22 08:55:58 Page 17 of 19

**GJR Development**
**General Engineering**
**and Landscaping**
23 Brandt Drive
Moraga, CA 94556
Lic# 430539
C – 510.409.3930
O – 925.947.0820

Returns ≈ 15th

→ Jake Johnson → Consult (Reliable Industries)

Ramp – Completed in next two weeks

↳ Give weight and width of equipment ASAP so they can build ramp

**Proposal**

To: David Addington
298 Saint James
Piedmont, Ca

August 3, 2016

Re: Dirt Offhaul, Grading, Sod Irrigation and Installation

1. Play court demo and offhaul approximate 110 cu yd. or 165 ton 30 x 50 x 2'

| | |
|---|---|
| Recycler fees- 16 loads @ $150/ | $ 2,400 |
| Trucking – 20 hrs. / x 16 x $ 110/ | $ 3,200 |
| Hydraulic breaker – 1 day | $ 400 |
| Excavator – 1 day - $ 150/hr. | $ 1,200 |
| Loader 1.5 day - $125/hr. | $ 1,500 |
| Labor 1 – man 3 days 24hr x 55/ | $ 1,320 |
| GJR – 12 hrs. | $ 1,200 |
| | $11,220 |

2. Dirt offhaul estimate – 170 cu yds. – 21 loads

| | |
|---|---|
| Trucking – 2 hr/ x 21 x $110/ | $ 4,620 |
| Dump fees - $ 150/ x 21 | $ 3,150 |
| Loader – 3 days | $ 3,000 |
| Excavator – 1 day | $ 1,200 |
| Labor – 1 man – 4 days | $ 1,760 |
| | $13,730 |

Case: 19-30088 Doc# 12101-1 Filed: 04/01/22 Entered: 04/04/22 08:55:58 Page 18 of 19

3. **Rough Grade**

| | |
|---|---|
| Loader – 1 day | $ 1,000 |
| Labor – 1 day | $ 440 |
| GJR – 4 hrs. | $ 400 |
| | $ 1,840 |

4. **Sod Estimate**

| | |
|---|---|
| Top soil amendment estimate 80 cu yd. @ $ 50/ | $ 4,000 |
| Rototiller | $ 1,000 |
| Fine grading – 4 men – 2 days | $ 3,500 |
| Sod – 8,300 sq. ft. @ $ 0.45 | $ 3,750 |
| Sod installation 5 men - 1 day | $ 2,200 |
| | $14,450 |

5. **Irrigation estimate including vacuum breaker/shutoff, controller, automatic valves, Hunter 4" pop – up heads** $ 16,000

6. **Drainage estimate** $ 4,500

22 Toleto court

21 loads 6 inches on Area

x 8

168 10 8 21 x 150 = 3180 for

2500

1000 sup

Compaction 63 hours 6300 Truckn 5000

13000

**Total Cost:** $61,740

-$13,730 (DIRT OFFHAUL)

$48,010

- $ 11,220 (PLAY COURT DEMO)

$36,790



7 of 7