# EXHIBIT
# E



# EXHIBIT
# F

Best Regards,

Pat Arneson

**Pacific Gas and Electric Company**

Land Management

6111 Bollinger Canyon Rd, 3rd Floor #3340

San Ramon, CA 94583

E-mail: patrick.arneson@pge.com  |  Phone/Text: (925) 968-8369



---

**From:** davidaddington@fairmarketproperties.com [mailto:davidaddington@fairmarketproperties.com]
**Sent:** Monday, November 28, 2016 10:08 PM
**To:** Arneson, Pat; Tell, Monica; Oakes, Matthew
**Cc:** Jamie Addington; GJR Development
**Subject:** Re: Automatic reply: 298 Saint James Drive

This is an EXTERNAL EMAIL. Stop and think before clicking links or opening attachments.
************************************

Pat,

The soil you guys put around the tower is now in my driveway and in the street.

I hope you can make time to speak to me tomorrow as I fear the situation is not self correcting and, in fact, is getting worse.

My intended landscaper, Gary Rapp, who was on site several times during your work and whose bid was attached to our agreement, uttered only one question when recently walking (and sinking) around my yard. As I recall, he asked, "What the hell happened here?" I assume the report will have his answer.

**David P. Addington**
*California Champs*

*Rio West Mall*
*Showdogs & Machine Coffee*
*The Warfield Theater, LLC*
415-606-6552

Case: 19-30088    Doc# 12101-2    Filed: 04/01/22    Entered: 04/04/22 08:55:58    Page 4 of 30

On Sunday, November 27, 2016 7:44 PM, "Arneson, Pat" <P1A8@pge.com> wrote:

I will be out of the office with limited access to cell phone and e-mail on November 24th and 25th, 2016, for the Thanksgiving holiday.  Please permit me to respond upon my return on November 28, 2016.

Best Regards,
Pat Arneson

PG&E Land Management

 Towers Soil Removal Summary Report 11-29-16.pdf
3.1MB

Case: 19-30088     Doc# 12101-2     Filed: 04/01/22     Entered: 04/04/22 08:55:58     Page 5 of 30

## FW:298 Saint James Drive

From:   Arneson, Pat (p1a8@pge.com)

To:     davidaddington@fairmarketproperties.com

Date:   Tuesday, November 29, 2016, 04:32 PM PST

Mr. Addington,

Please see below. Please confirm you've received this. Thanks!

Best Regards,

Pat Arneson

**Pacific Gas and Electric Company**

Land Management

6111 Bollinger Canyon Rd, 3rd Floor #3340

San Ramon, CA 94583

E-mail: patrick.arneson@pge.com  |  Phone/Text: (925) 968-8369



**From:** Arneson, Pat
**Sent:** Tuesday, November 29, 2016 12:52 PM
**To:** 'davidaddington@fairmarketproperties.com'
**Subject:** RE: Automatic reply: 298 Saint James Drive

Hi Mr. Addington,

Attached is the report of the work we completed on your property.  If your landscaper has additional
questions, he is more than welcome to contact us.

With regards to the erosion controls, if the start of your landscaping work will continue to be delayed,
we can refresh the existing wattles and install additional measures to help further stabilize the site.

Case: 19-30088   Doc# 12101-2   Filed: 04/01/22   Entered: 04/04/22 08:55:58   Page 6
of 30

## Re: 298 Saint James Drive

From: davidaddington@fairmarketproperties.com

To: P1A8@pge.com

Date: Tuesday, November 22, 2016, 01:38 PM PST

Too many questions for me to relay.

As the pictures attached show, the site is untenable.  I sunk in 6 inches when walking it yesterday with the Gary Rapp.  So if I did not ask before, I would like to also get data on soil type that was used and compaction report or similar.

When should I expect the report?  Hopefully before too much more rain.

As you might imagine, tough to get a contractor to commit to pricing or schedule if they don't know what was done before them?  More so now that it is sliding away.

**David P. Addington**
*California Champs*
*Rio West Mall*
*Showdogs & Machine Coffee*
*The Warfield Theater, LLC*
415-606-6552

On Tuesday, November 22, 2016 12:38 PM, "Arneson, Pat" <P1A8@pge.com> wrote:

Hi Mr. Addington,

We are working on a report of our work and will provide it to you once it's complete.  In the meantime, if your landscaper has specific questions, please have him contact me.

Best Regards,
Pat Arneson

**Pacific Gas and Electric Company**
Land Management
6111 Bollinger Canyon Rd, 3rd Floor #3340
San Ramon, CA 94583
E-mail: patrick.arneson@pge.com  |  Phone/Text: (925) 968-8369



**From:** davidaddington@fairmarketproperties.com [mailto:davidaddington@fairmarketproperties.com]
**Sent:** Friday, November 18, 2016 1:16 PM
**To:** Oakes, Matthew; Arneson, Pat
**Cc:** Tell, Monica
**Subject:** 298 Saint James Drive

This is an EXTERNAL EMAIL. Stop and think before clicking links or opening attachments.
**************************************

Hello PG&E Folks,

I am working with my landscaper in the area in and around the towers.

It would be helpful to know with specificity and documented support what work was done. How much material and what type was taken from the site? What test were done and what were the results? What quantity and type of soil was returned? What compaction was done? What compaction tests were done?

Email with attached pdf scans work best for me. If the total package exceeds 20 mg then I need it to be drop boxed.

Many thanks,

**David P. Addington**
*California Champs*
*Rio West Mall*
*Showdogs & Machine Coffee*
*The Warfield Theater, LLC*
415-606-6552

 IMG_0028.JPG
4MB

 IMG_0031.JPG
6.2MB





## Re: 298 Saint James Drive

From: davidaddington@fairmarketproperties.com

To: P1A8@pge.com; m1o3@pge.com; m1t2@pge.com

Date: Sunday, November 27, 2016, 07:40 PM PST

I hate to harp, but we need that report asap.

I think everyone will want the report as a starting place to figure out how to rectify

Case: 19-30088    Doc# 12101-2    Filed: 04/01/22    Entered: 04/04/22 08:55:58    Page
11 of 30



the water features.

**David P. Addington**
*California Champs*
*Rio West Mall*
*Showdogs & Machine Coffee*
*The Warfield Theater, LLC*

Case: 19-30088    Doc# 12101-2    Filed: 04/01/22    Entered: 04/04/22 08:55:58    Page
12 of 30

415-606-6552

On Tuesday, November 22, 2016 12:38 PM, "Arneson, Pat" <P1A8@pge.com> wrote:

Hi Mr. Addington,

We are working on a report of our work and will provide it to you once it's complete.  In the meantime, if your landscaper has specific questions, please have him contact me.

Best Regards,
Pat Arneson

**Pacific Gas and Electric Company**
Land Management
6111 Bollinger Canyon Rd, 3rd Floor #3340
San Ramon, CA 94583
E-mail: patrick.arneson@pge.com  |  Phone/Text: (925) 968-8369



**From:** davidaddington@fairmarketproperties.com [mailto:davidaddington@fairmarketproperties.com]
**Sent:** Friday, November 18, 2016 1:16 PM
**To:** Oakes, Matthew; Arneson, Pat
**Cc:** Tell, Monica
**Subject:** 298 Saint James Drive

This is an EXTERNAL EMAIL. Stop and think before clicking links or opening attachments.
***************************************

Hello PG&E Folks,

I am working with my landscaper in the area in and around the towers.

It would be helpful to know with specificity and documented support what work was done.  How much material and what type was taken from the site?  What test were done and what were the results?  What quantity and type of soil was returned?  What compaction was done?  What compaction tests were done?

Email with attached pdf scans work best for me.  If the total package exceeds 20 mg then I need it to be drop boxed.

Many thanks,

**David P. Addington**
*California Champs*
*Rio West Mall*
*Showdogs & Machine Coffee*
*The Warfield Theater, LLC*

Case: 19-30088   Doc# 12101-2   Filed: 04/01/22   Entered: 04/04/22 08:55:58   Page 13 of 30

415-606-6552

Case: 19-30088     Doc# 12101-2     Filed: 04/01/22     Entered: 04/04/22 08:55:58     Page
14 of 30

## Response to Follow-up Questions

From:  Lishman, Nathan (npl2@pge.com)

To:     davidaddington@fairmarketproperties.com

Date:   Thursday, December 1, 2016, 11:30 AM PST

Mr. Addington,

I was forwarded your email responding to the report PG&E emailed you on 11/29/16. I have attached the following available additional documents which I hope answer your questions:

·     Available weigh tickets or shipping manifests demonstrating proof of the actual weight and/or volume of the soil bins, including where each respective bin was shipped to (others will be provided once received by PG&E); and,
·     Receipt from Lyngso Garden Materials showing what soil was purchased and used as backfill.

In regard to your concern about whether PG&E performed work specified in our agreement, please remember that PG&E's work only involved the removal and disposal of soil and the play court, and replacement of soil removed near the base of the towers. It was our understanding that your contractor would be returning shortly after completion of our work to perform grading and landscaping activities. As mentioned, we will be happy to refresh existing erosion control measures and install additional measures, as appropriate, to further stabilize the site in the interim.

Please have your landscape contractor reach out to me directly with any questions about the work.

Sincerely,

Nate Lishman

(415)971-9347

Tower 32 - ACME Landfill Receipt (Trash & Construction Debris).pdf
169kB

Tower 30 - Bay Area Concrete Recycling Receipt.pdf
295.8kB

Tower 32 - Bay Area Concrete Recycling Receipt.pdf
293.9kB

Tower 32 Profile# CA610801 - Tonnage Report.pdf
115.4kB

Tower 32 WM Kettleman - Manifests.pdf
180.9kB

Tower 32 - Lyngso Garden Materials Receipt.pdf
77.1kB

Case: 19-30088    Doc# 12101-2    Filed: 04/01/22    Entered: 04/04/22 08:55:58    Page 15 of 30



Mr. Nate Lishman
Pacific Gas and Electric Company
3401 Crow Canyon Road
San Ramon, CA 94583

Arcadis U.S., Inc.
100 Montgomery Street
Suite 300
San Francisco
California 94104
**www**.arcadis.com

Subject:
**Summary Report**
PG&E Towers Soil Removal
298 Saint James Drive
Piedmont, California

ENVIRONMENT

Date:
November 28, 2016

Dear Mr. Lishman:

On behalf of Pacific Gas and Electric Company (PG&E), Arcadis, U.S., Inc.
prepared this Summary Report to discuss the soil restoration activities completed
at the PG&E towers located at 298 Saint James Drive, Piedmont, California.

Contact:
Leah Ackerman

Phone:
510.282.0211

## SOIL RESTORATION

Soil restoration activities were completed between October 25 and November 3,
2016.

Email:
Leah.Ackerman@
arcadis.com

The soil restoration activities included:

Our ref:
PGEM4MSA.0013

- Removal of soil from beneath the towers and 10 feet laterally based on visual
  observations in the field, to a depth of approximately 6 inches below grade.
  An orange net demarcation barrier was installed at the bottom of the defined
  soil removal area, and the removal area was backfilled with clean topsoil
  acquired from Lyngso Garden Materials (San Carlos, California) and
  compacted using hand tools to match the surrounding grade. A backfill
  analytical report provided by Lyngso Garden Materials and a laboratory
  report presenting results of a separate composite sample collected by
  Arcadis, are included as Attachment 1. Approximately 32 cubic yards of soil
  were removed from beneath each of the towers, for a total of approximately
  64 cubic yards of soil. Each tower was backfilled with approximately 30 cubic
  yards of clean fill to maintain structural integrity of the towers as directed by
  PG&E engineering.

- Removal of soil from outside the tower areas (main and side yards), at the
  request of the resident, to approximately 3 inches below grade.

Case: 19-30088    Doc# 12101-2    Filed: 04/01/22    Entered: 04/04/22 08:55:58    Page
16 of 30

Approximately 92 cubic yards of soil were removed from the main and side yards.

- Removal of a concrete and asphalt surface within the extended footprint of the towers and the resident's main yard which was formerly used as a play court. Approximately 20 cubic yards of concrete and asphalt were removed.

- To facilitate the regrading of the main and side yards, approximately 10 cubic yards of construction debris (concrete, tree roots, and debris) were removed from the main and side yards.

A total volume of approximately 186 cubic yards of soil, concrete, asphalt, and construction debris were removed as part of the restoration activities. The approximate extent of soil removal is illustrated in Figure 1.

## WASTE MANAGEMENT

Soil removed from directly beneath the towers were containerized in four 20-cubic-yard bins. Composite samples were collected from the bins and submitted to an offsite laboratory for characterization. Laboratory reports for the soil waste characterization are included in Attachment 2. The composite sample names for the four bins from beneath the towers are Tower-1-PT2984, Tower-2-PT3543, Tower-3-209 and Tower-4-PT2379. The results of the composite samples classified two of the soil bins as nonhazardous and two of the soil bins (PT2984 and PT3543) as non-Resource Conservation and Recovery Act (RCRA) hazardous waste for lead as described in the Lead Hazardous Waste Flowchart (Attachment 3).

Soil removed from the main and side yards were containerized in five 20-cubic-yard bins (approximately 8 yards of yard soil was placed in the final Tower bin to avoid removal of a partially filled bin). Composite samples were collected from the bins and submitted to an offsite laboratory for characterization. Laboratory reports for the soil waste characterization are included in Attachment 2. The composite sample names for the five bins from the main and side yards are Yard-1-PT3618, Yard-2-PT2728, Yard-3-1342, Yard-4-TP1140, and Yard-5-1307. The results of the composite samples classified the five bins as nonhazardous waste.

The nonhazardous waste tower and yard bins were transported to Altamont Landfill & Resource Recovery Facility in Livermore, California for disposal and non-RCRA hazardous waste tower bins were transported to the Kettleman Hills Landfill Facility in Kettleman City, California for disposal.

Asphalt and concrete (former play court) removed from the main yard were containerized in a dump truck and disposed of at San Francisco Bay Concrete Recycling in Hayward, CA.

Construction waste removed from the main and side yards were containerized in a dump truck and disposed of at ACME Fill Corporation Landfill in Martinez, California.

**Attachments**

| | |
|---|---|
| Figure 1 | Soil Removal Areas |
| Attachment 1 | Analytical Reports for the Clean Topsoil Backfill |
| Attachment 2 | Analytical Reports for the Soil Waste |
| Attachment 3 | Lead Hazardous Waste Flowchart |

# FIGURE 1

Soil Removal Areas

SIDEYARD

298 SAINT JAMES DRIVE
PIEDMONT, CALIFORNIA

PAVED
DRIVEWAY

STAIRCASE
ACCESS

RAISED
PORCH

TOWER

MAIN
YARD

TOWER

TREE

MAIN
YARD

FORMER
PLAY
COURT

TREES

TREES

TREES

TREES

GRASS
SLOPE

ST JAMES DR

TIERED
STONE
WALLS

**LEGEND:**

— — — — APPROXIMATE EXTENT OF SOIL REMOVAL IN THE TOWER AREA. SOIL REMOVED 6 INCHES BELOW CURRENT GRADE AND BACKFILLED.

———— APPROXIMATE EXTENT OF SOIL REMOVED IN THE YARD TO 3 INCHES BELOW GROUND SURFACE, AREA NOT BACKFILLED.

———— APPROXIMATE EXTENT OF SOIL REMOVED IN THE SIDE YARD TO 3 INCHES BELOW GROUND SURFACE, AREA NOT BE BACKFILLED.

**NOTES:** APPROXIMATE EXTENT OF EXISTING SITE FEATURES.

1. PG&E PROHIBITS REMOVAL OR DISRUPTION OF SOIL AROUND TOWER FOUNDATIONS BEYOND SCOPE DEFINED IN THIS DOCUMENT.

0        15'        30'
SCALE IN FEET

PACIFIC GAS AND ELECTRIC COMPANY
298 SAINT JAMES DRIVE
PIEDMONT, CA

**SOIL REMOVAL AREAS**

ARCADIS

FIGURE

# Response to Follow-up Questions

From: Lishman, Nathan (npl2@pge.com)

To:     davidaddington@fairmarketproperties.com

Date:  Thursday, December 1, 2016, 11:30 AM PST

Mr. Addington,

I was forwarded your email responding to the report PG&E emailed you on 11/29/16. I have attached the following available additional documents which I hope answer your questions:

·       Available weigh tickets or shipping manifests demonstrating proof of the actual weight and/or volume of the soil bins, including where each respective bin was shipped to (others will be provided once received by PG&E); and,
·       Receipt from Lyngso Garden Materials showing what soil was purchased and used as backfill.

In regard to your concern about whether PG&E performed work specified in our agreement, please remember that PG&E's work only involved the removal and disposal of soil and the play court, and replacement of soil removed near the base of the towers. It was our understanding that your contractor would be returning shortly after completion of our work to perform grading and landscaping activities. As mentioned, we will be happy to refresh existing erosion control measures and install additional measures, as appropriate, to further stabilize the site in the interim.

Please have your landscape contractor reach out to me directly with any questions about the work.

Sincerely,

Nate Lishman

(415)971-9347

 Tower 32 - ACME Landfill Receipt (Trash & Construction Debris).pdf
169kB

 Tower 30 - Bay Area Concrete Recycling Receipt.pdf
295.8kB

 Tower 32 - Bay Area Concrete Recycling Receipt.pdf
293.9kB

 Tower 32 Profile# CA610801 - Tonnage Report.pdf
115.4kB

 Tower 32 WM Kettleman - Manifests.pdf
180.9kB

 Tower 32 - Lyngso Garden Materials Receipt.pdf
77.1kB

## 298 Saint James Drive

From: davidaddington@fairmarketproperties.com

To: D3CU@pge.com; m1t2@pge.com

Date: Tuesday, November 29, 2016, 02:10 PM PST

Ms. Conway and Ms. Tell,

As you may recall, I own 298 Saint James Drive in Piedmont, CA. PG&E has two transmission towers on my property.

To facilitate PG&E's cleanup of the towers, I reached an agreement with PG&E to remove lead contaminated soil while preparing this section of my lawn for sod. Once the work started, it became clear that the on-site folks were not too interested in the agreement we had signed. In fact, I am not sure they had ever seen the agreement that resulted in their presence in my yard. I did what I could to direct their efforts in such a way that some progress toward our contractual goals might be realized. I failed.

I have asked repeatedly for documentation of the work that was done, specifically what was removed and what was brought back to my yard. I made clear for the first day of work that I would require these documents (at a minimum) to assess the work preformed with the work agreement we had signed. While I had been promised these documents repeatedly, during my final face to face with PG&E representatives I was told that the decision had been made not to share this information with me. After my complaints, I received an email a week ago telling me a "report" is being prepared that will be shared with me. Nothing so far has arrived.

Unfortunately, not only was the agreed to work not completed, what was done was done poorly and will have to be redone. This includes the new fill around your tower legs which is so poorly compacted that the rain is sweeping it over the retaining wall, onto my driveway and down into the street. The situation is not stable and will continue to disintegrate when it rains again. In the meantime, I am left with a muddy mess that my landscaper won't touch and my kids can play in.

What the heck is going on?

**David P. Addington**
*California Champs*
*Rio West Mall*
*Showdogs & Machine Coffee*
*The Warfield Theater, LLC*
415-606-6552

## FW:298 Saint James Drive

From: Arneson, Pat (p1a8@pge.com)

To: davidaddington@fairmarketproperties.com

Date: Tuesday, November 29, 2016, 04:32 PM PST

Mr. Addington,

Please see below. Please confirm you've received this. Thanks!

Best Regards,

Pat Arneson

**Pacific Gas and Electric Company**

Land Management

6111 Bollinger Canyon Rd, 3rd Floor #3340

San Ramon, CA 94583

E-mail: patrick.arneson@pge.com  |  Phone/Text: (925) 968-8369



---

**From:** Arneson, Pat
**Sent:** Tuesday, November 29, 2016 12:52 PM
**To:** 'davidaddington@fairmarketproperties.com'
**Subject:** RE: Automatic reply: 298 Saint James Drive

Hi Mr. Addington,

Attached is the report of the work we completed on your property.  If your landscaper has additional questions, he is more than welcome to contact us.

With regards to the erosion controls, if the start of your landscaping work will continue to be delayed, we can refresh the existing wattles and install additional measures to help further stabilize the site.

Case: 19-30088    Doc# 12101-2    Filed: 04/01/22    Entered: 04/04/22 08:55:58    Page
22 of 30

Best Regards,

Pat Arneson


**Pacific Gas and Electric Company**

Land Management

6111 Bollinger Canyon Rd, 3rd Floor #3340

San Ramon, CA 94583

E-mail: patrick.arneson@pge.com  |  Phone/Text: (925) 968-8369




---

**From:** davidaddington@fairmarketproperties.com [mailto:davidaddington@fairmarketproperties.com]
**Sent:** Monday, November 28, 2016 10:08 PM
**To:** Arneson, Pat; Tell, Monica; Oakes, Matthew
**Cc:** Jamie Addington; GJR Development
**Subject:** Re: Automatic reply: 298 Saint James Drive


This is an EXTERNAL EMAIL. Stop and think before clicking links or opening attachments.
*************************************

Pat,


The soil you guys put around the tower is now in my driveway and in the street.


I hope you can make time to speak to me tomorrow as I fear the situation is not self correcting and, in fact, is getting worse.


My intended landscaper, Gary Rapp, who was on site several times during your work and whose bid was attached to our agreement, uttered only one question when recently walking (and sinking) around my yard. As I recall, he asked, "What the hell happened here?" I assume the report will have his answer.


**David P. Addington**
*California Champs*

*Rio West Mall*
*Showdogs & Machine Coffee*
*The Warfield Theater, LLC*
415-606-6552

Case: 19-30088    Doc# 12101-2    Filed: 04/01/22    Entered: 04/04/22 08:55:58    Page
23 of 30

On Sunday, November 27, 2016 7:44 PM, "Arneson, Pat" <P1A8@pge.com> wrote:

I will be out of the office with limited access to cell phone and e-mail on November 24th and 25th, 2016, for the Thanksgiving holiday.  Please permit me to respond upon my return on November 28, 2016.

Best Regards,
Pat Arneson

PG&E Land Management

 Towers Soil Removal Summary Report 11-29-16.pdf
3.1MB

Case: 19-30088    Doc# 12101-2    Filed: 04/01/22    Entered: 04/04/22 08:55:58    Page
24 of 30

## 298 Saint James

From: davidaddington@fairmarketproperties.com

To: m1t2@pge.com; m1o3@pge.com; p1a8@pge.com; npl2@pge.com

Date: Friday, December 16, 2016, 10:51 AM PST

Good Morning,

A fair quantity of the soil put around the tower closer to the driveway at 298 Saint James has washed away exposing the orange fabric. I bet it only mak

# BIN TRACKING

## Site Visit Report

| Arcadis Project Number: | Dates of Site Visit: |
|---|---|
| PGEM4MSA.0013.0007B | 10/26/16 — |

| Arcadis Project Name: | Location of Project: |
|---|---|
| Moraga - Oakland Towers 004/30 and 004/32 | Piedmont, Ca |

| Arcadis Personnel Present: D. Feudt | Other Persons Present: |
|---|---|
| Dan Gower, Colleen Taggart | PG&E, PSC |

Purpose of Site Visit:
Soil removal & waste tracking.

| Date & Time: | Activities: Soil Removal, Concrete /asphalt (BO Sampling |
|---|---|
| 10/26 1500 | Concrete /Asphalt (Construction debris) Dump truck. |
| 10/27 1020 | Concrete /Asphalt (construction debris) Dump truck |
| 10/27 1315 | Tower-1 - PT2984 (Tower 32) ~18 yds/20 yds |
| 10/27 1450 | Tower-2 - PT 3543 (Tower 32) ~18/yd /20 yds |
| 10/27 1700 | Yard-1 - PT3618 (side yard) ~18 yd / 20 yds |
| 10/28 0845 | Yard-2 - PT2728 ~18 yd /20 yds |
| 10/28 1130 | Yard-3 - 1342 ~18/yd / 20 yds |
| 10/28 1350 | Yard-4 — PT1130 ~18/yd/ 20 yds |
| 6/28 1445 | Yard-5 - 1307 ~12 yds /20 yds |
| 10/31 1200 | Tower-3 - 209 (Tower 30) ~18/20 yd |
| 10/31 1400 | Tower-4 - PT2379 (Tower 30) ~18/20 yds |
| 11/2 1600 | Construction Debris, roots, trash, concrete) ~20 yds |

Note: All soil bins sampled for VOC's by 8260B,
TPH by 8015B, sami VOC's by 82070C,
and Title 22 metals. Once profiled,
the soil waste will be disposed of according
to profile (non-haz, haz, etc)
See separate COC's and lab documents
for waste profile information

Case: 19-30088   Doc# 12101-2   Filed: 04/01/22   Entered: 04/04/22 08:55:58   Page 26 of 30

| Soil | Tons | |
|---|---|---|
| 11/11/2016 9:25AM | 13.68 bin 1307 | |
| 11/11/2016 12:35PM | 10.58 bin 1130 | |
| 11/11/2016 12:43PM | 9.26 bin 3618 | |
| 11/16/2016 9:07AM | 12.64 bin 2728 | |
| 11/18/2016 9:22AM | 7.52 bin 1342 | |
| 11/18/2016 9:14AM | 7.77 bin 2379 | |
| 11/18/2016 12:38PM | 11.01 bin 209 | |
| 11/18/2016 ? | 7.59 2984? | |
| 11/18/2016 ? | 7.86 3543? | |
| Total Tons | 87.91 | |
| Pounds | 175820 | |
| Yards | 70.328 @ | 2500 |

| Concrete | | | |
|---|---|---|---|
| 10/27/2016 | 8:52 | 12 | |
| 10/27/2016 | 12:26 | 12 | |
| Total Tons | | 24 | |
| Pounds | | 48000 | |
| Yards | | 20 @ | 2400 |

| | |
|---|---|
| Total yards removed | 90.328 |
| Plus | |
| construction debris | 3.5 tons |
| Returned top soil | 40 yards |
| Net off haul | 50.328 |
| Contracted off haul | 280 |
| Shortage | 230 |

## RE: 298 Saint James

From:   Arneson, Pat (p1a8@pge.com)

To:      davidaddington@fairmarketproperties.com

Date:   Monday, December 19, 2016, 01:54 PM PST

Mr. Addington,

PG&E has always intended to honor our agreement with you and we believe we've done so. I want to be clear that our agreement did not include having our contractor make your yard flat, nor did it include having our contractor do improvements or landscaping on your property.

Having said that, we take your comments and concerns regarding the erosion you are reporting and the work performed by our contractor seriously. We will be sending a member of our team out to inspect the area around the base of the tower; we will let you know when you can expect them there.

We would also like to come out and meet with you at your earliest convenience to address your concerns. Please let me know a time that is convenient for you. Thanks.

Best Regards,

Pat Arneson

**Pacific Gas and Electric Company**

Land Management

6111 Bollinger Canyon Rd, 3rd Floor #3340

San Ramon, CA 94583

E-mail: patrick.arneson@pge.com  |  Phone/Text: (925) 968-8369



---

**From:** davidaddington@fairmarketproperties.com [mailto:davidaddington@fairmarketproperties.com]
**Sent:** Friday, December 16, 2016 10:52 AM
**To:** Tell, Monica; Oakes, Matthew; Arneson, Pat; Lishman, Nathan
**Subject:** 298 Saint James

Case: 19-30088    Doc# 12101-2    Filed: 04/01/22    Entered: 04/04/22 08:55:58    Page 28 of 30

# EXHIBIT G



Pacific Gas and Electric Company
6121 Bollinger Canyon Rd., 2nd Floor
San Ramon, CA 94583

November 4, 2016

David Addington
298 Saint James Drive
Piedmont, CA 94611

**Tower Maintenance Work Acknowledgement Addendum**

Thank you for working with Pacific Gas and Electric Company (PG&E) representatives to recoat our electric transmission towers. This document will serve as an addendum to the "Tower Maintenance Work Acknowledgement" that was signed by both you and PG&E and dated September 2, 2016 ("Agreement").

PG&E agrees to pay you $13,000.00 as additional consideration, bringing the total consideration under the Agreement amount to $49,790.00. In exchange you agree that PG&E has completed the work described in the Agreement. Please provide your signature below to indicate your agreement that your acceptance of this revised total consideration amount will constitute a full and final release of PG&E from obligations arising under that Agreement.

Sincerely,

Pat Arneson
Land Agent

By: _____  Date: 11/4/16

Print Name: D. Addington

By: _____  Date: _____

Print Name: _____

PG&E Land Rep: _____  Date: 11/7/16
Joe Echols
Manager, Land Management
Pacific Gas and Electric Company

Moraga-Oakland #1 - 004/030
Moraga-Oakland #3 - 004/032

Case: 19-30088    Doc# 12101-2    Filed: 04/01/22    Entered: 04/04/22 08:55:58    Page 30 of 30