**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (650) 636 9251

*Attorneys for Appellees (Debtors and Reorganized Debtors)*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>            **Reorganized Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Reorganized Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>District Court Case No. 22-cv-00389-HSG<br><br>**APPELLEES' (I) RESPONSE TO WILLIAM F. WEIDMAN, III'S APPELLANT'S CLARIFICATION AND EXHIBIT LIST AND (II) DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL** |

PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Appellees**," the "**Debtors**," or as reorganized pursuant to the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Dkt. No. 8048] (as it may be amended, modified, or supplemented and together with any exhibits or schedules thereto), the "**Reorganized Debtors**") submit this response to the March 21, 2022 filing by William F. Weidman, III ("**Appellant**") of the *Appellant's Clarification and Exhibit List* [Dkt. No. 12051] (the "**Statement**"), and designation of additional items to be included in the record on appeal, in connection with Appellant's appeal from the *Order Denying Motion for Reconsideration by William F. Weidman, III*, entered on December 15, 2021 [Dkt. No. 11706], by the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

**I.  RESPONSE TO STATEMENT OF ISSUES ON APPEAL**

The sole issue on appeal is whether the Bankruptcy Court abused its discretion in denying Appellant's motion for reconsideration of the order disallowing his claim, under the grounds for reconsideration available under Rule 60(b) of the Federal Rule of Civil Procedure.

**II.  DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, the Reorganized Debtors hereby designate the following additional items to be included in the record on appeal, which include all exhibits and addenda attached thereto and filed therewith and all documents incorporated by reference therein:

Docket items from *In re PG&E Corp., et al.*, Case No. 19-30088 (DM):

| Dkt. No. | Description | Date |
|---|---|---|
| 263 | Amended Declaration of Jason P. Wells in Support of First Day Motions and Related Relief | 02/01/2019 |
| 8053 | Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 | 06/20/2020 |

| Dkt. No. | Description | Date |
|---|---|---|
| 8228 | Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and Manner of the Notice of Omnibus Objections | 06/30/2020 |
| 10494 | Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and Granting Related Relief | 04/05/2021 |
| 11120 | Reorganized Debtors' One Hundred Second Omnibus Objection to Claims (No Legal Liability Claims) | 08/19/2021 |
| 11121 | Declaration of A. Anna Capelle in Support of Reorganized Debtors' One Hundred Second Omnibus Objection to Claims (No Legal Liability Claims) | 08/19/2021 |
| 11122 | Notice of Hearing on Reorganized Debtors' One Hundred Second Omnibus Objection to Claims (No Legal Liability Claims) | 08/19/2021 |
| 11156 | Certificate of Service of Sonia Akter | 08/25/2021 |
| 11239 | Opposition to Notice of the Reorganized Debtors' One Hundred Second Omnibus Objection to Claims (No Legal Liability Claims); Declaration in Support Thereof | 09/10/2021 |
| 11298 | Reply in Support of Reorganized Debtors' Omnibus Objections to Claims | 09/22/2021 |
| 11334 | Certificate of Service of Joseph Ledwin | 09/28/2021 |
| 11381 | Order Disallowing Proof of Claim #10281 Filed by William F. Weidman, III | 10/06/2021 |
| 11413 | Certificate of Service of Alain B. Francoeur | 10/13/2021 |
| 11444 | Motion to Extend Time to File a Motion to Reconsider | 10/19/2021 |
| 11446 | Order Granting Extension of Time for William F. Weidman, III to File a Motion for Reconsideration | 10/19/2021 |
| 11460 | Certificate of Service of Rohany Tejada | 10/21/2021 |
| 11507 | Motion to Extend Time to File a Motion for Reconsideration | 10/29/2021 |
| 11513 | Order Granting Further Extension of Time for William F. Weidman, III to File a Motion for Reconsideration | 11/02/2021 |
| 11552 | Certificate of Service of Alain B. Francoeur | 11/08/2021 |

| Dkt. No. | Description | Date |
|---|---|---|
| 11584 | Order Granting Third Extension of Time for William F. Weidman, III to File a Motion for Reconsideration | 11/16/2021 |
| 11596 | Petition for Reconsideration | 11/17/2021 |
| 11602 | Order Regarding Motion for Reconsideration by William F. Weidman, III | 11/19/2021 |
| 11624 | Certificate of Service of Sonia Akter | 11/29/2021 |
| 11635 | Certificate of Service of Sonia Akter | 11/30/2021 |
| 11643 | Certificate of Service of Liliya Kulyk | 12/01/2021 |
| 11688 | Reorganized Debtors' Opposition to Motion for Reconsideration of William F. Weidman III | 12/10/2021 |
| 11706 | Order Denying Motion for Reconsideration by William F. Weidman, III | 12/14/2021 |
| 11712 | Certificate of Service of Sonia Akter | 12/17/2021 |
| 11789 | Certificate of Service of Joseph Ledwin | 01/04/2022 |
| 11835 | Notice of Appeal and Statement of Election | 01/18/2022 |
| 12051 | Appellant's Clarification and Exhibit List | 03/21/2022 |

Hearing Transcripts from *In re PG&E Corp., et al.*, Case No. 19-30088 (DM):

| Dkt. No. | Description | Date |
|---|---|---|
| 11364 | September 29, 2021 Hearing Transcript | 10/01/2021 |

Proofs of Claim filed in *In re PG&E Corp., et al.*, Case No. 19-30088 (DM):

| Claim No. | Claimant | Date |
|---|---|---|
| 10281 | Wm. F. Weidman, III | 09/30/2019 |

1  The Reorganized Debtors reserve the right to designate additional items for inclusion in the record or restate the issues presented on appeal.

### III. RESPONSE TO APPELLANT'S DESIGNATION OF RECORD

Appellant's Statement does not designate any docket entries or transcripts in the Chapter 11 Cases, but instead refers to its four attached exhibits. Exhibits B, C, and D appear to contain documents identical to those attached as Exhibits 2, 1, and 3, respectively, to Appellant's *Petition for Reconsideration*, filed on November 17, 2021 [Docket No. 11596], which is designated in its entirety in Section II, *supra*. The letter submitted as Exhibit A does not appear to have been previously filed with the Bankruptcy Court. Appellees submit that only those documents actually filed with the Bankruptcy Court in connection with its ruling on the order that is the subject of the appeal are part of the record on appeal, and Appellees reserve all rights and defenses thereto.

Dated: April 4, 2022

**KELLER BENVENUTTI KIM LLP**

By: /s/ Jane Kim
     Jane Kim

*Attorneys for the Appellees (Debtors and Reorganized Debtors)*