WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **REORGANIZED DEBTORS' REPORT ON STATUS AND RESOLUTION WITH RESPECT TO CLAIMS IN THE REORGANIZED DEBTORS' EIGHTEENTH SECURITIES CLAIMS OMNIBUS OBJECTION (DUPLICATE CLAIMS)** <br><br> [Re: Dkt. No. 11674, 11812, 11869, 11968, 12002] <br><br> **Resolving Objection Set for Hearing April 12, 2022 at 10:00 a.m. (Pacific Time)** |

# REPORT ON RESOLUTION OF CERTAIN CLAIMS

In advance of the April 12, 2022, 10:00 a.m. (Pacific Time) omnibus hearing (the "**Hearing**"), PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), hereby report on the status and resolution of claims in the following securities claims omnibus objection:

| Docket No. | Omnibus Objection |
|---|---|
| 11674 | *Reorganized Debtors' Eighteenth Securities Claims Omnibus Objection (Duplicate Claims)*, dated December 7, 2021 [Docket No. 11674] (the "**Objection**"). |

| Docket No. | Claimant | Claim Nos. | Resolution |
|---|---|---|---|
| Informal | Hartford Accident and Indemnity Company | 100707 | Claimants have WITHDRAWN this claim that is subject to the Objection, and therefore the Objection is moot as to this claim. |
| Informal | Hartford Life and Annuity Insurance Company | 101156 | Claimants have WITHDRAWN this claim that is subject to the Objection, and therefore the Objection is moot as to this claim. |
| Informal | Hartford Life Insurance Company | 101955 | Claimants have WITHDRAWN this claim that is subject to the Objection, and therefore the Objection is moot as to this claim. |
| Informal | Hartford Short Term Investment Pool | 101917 | Claimants have WITHDRAWN this claim that is subject to the Objection, and therefore the Objection is moot as to this claim. |
| Informal | The Hartford Balanced Income Fund | 101781 | Claimants have WITHDRAWN this claim that is subject to the Objection, and therefore the Objection is moot as to this claim. |

Dated: April 5, 2022

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**

By: /s/ *Richard W. Slack*

Richard W. Slack

*Attorneys for Debtors and Reorganized Debtors*