# U.S. Bankruptcy Court
## California Northern Bankruptcy Court (San Francisco)
### Bankruptcy Petition #: 19−30088

|  |  |
|---|---|
| *Assigned to:* Judge Dennis Montali | *Date filed:* 01/29/2019 |
| Chapter 11 | *Plan confirmed:* 06/20/2020 |
| Voluntary | *341 meeting:* 04/29/2019 |
| Asset | *Deadline for filing claims:* 10/21/2019 |
|  | *Deadline for filing claims (govt.):* 10/21/2019 |

***Debtor***
**PG&E Corporation**
77 Beale Street
P.O. Box 770000
San Francisco, CA 94177
SAN FRANCISCO−CA
(929) 333−8977
Tax ID / EIN: 94−3234914

represented by **Max Africk**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000
*TERMINATED: 11/12/2019*

**Peter J. Benvenutti**
Keller Benvenutti Kim LLP
650 California St. 19th Fl.
San Francisco, CA 94108
(415) 364−6798
Email: pbenvenutti@kbkllp.com

**Kevin Bostel**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Lee Brand**
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Fl.
San Francisco, CA 94111−5998
415−983−1116
Email: lee.brand@pillsburylaw.com

**Timothy G. Cameron**
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Ave.
New York, NY 10019
(212) 474−1120

**Jared R. Friedmann**
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
(212) 310−8000

**Andriana Georgallas**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Stuart J. Goldring**
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
(212) 310−8000

**Matthew Goren**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**David A. Herman**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000

**Stephen Karotkin**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Tobias S. Keller**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108
(415) 796−0709
Email: tkeller@kbkllp.com

**Jane Kim**
Keller Benvenutti Kim LLP
650 California St, Suite 1900
San Francisco, CA 94108
(415) 364−6793
Email: jkim@kbkllp.com

**Katherine Kohn**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200
Washington, DC 20006
(202) 861−2607
Email: kkohn@groom.com

**Kevin Kramer**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**David Levine**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200
Washington, DC 20006
(202) 861−5436
Email: dnl@groom.com

**Dara Levinson Silveira**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108

415−364−6793
Email: dsilveira@kbkllp.com

**Jessica Liou**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Omid H. Nasab**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000

**John Nolan**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Kevin J. Orsini**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000

**Thomas B. Rupp**
Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, CA 94108
415−636−9015
Email: trupp@kbkllp.com

**Bradley R. Schneider**
Munger Tolles and Olson LLP
350 S Grand Ave., 50th Fl.
Los Angeles, CA 90071
(213) 683−9100
Email: bradley.schneider@mto.com

**Ray C. Schrock**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Richard W. Slack**
Weil Gotshal and Manges, LLP
767 Fifth Ave.
New York, NY 10153−0119
(212) 310−8000
Email: richard.slack@weil.com

**Theodore Tsekerides**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Paul H. Zumbro**
Cravath, Swaine & Moore LLP
85 Eighth Avenue

New York, NY 10019
2124741000
Email: mao@cravath.com

***Responsible Ind***
**Jason P. Wells**
Senior Vice President
Chief Financial Officer PG&E Corporation
77 Beale St.
San Francisco, CA 94177
(929) 333−8977

***U.S. Trustee***
**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102
(415)705−3333

represented by **Jason Blumberg**
Office of the U.S. Trustee
501 I St. #7−500
Sacramento, CA 95814
(916) 930−2076
Email: jason.blumberg@usdoj.gov

**Cameron M. Gulden**
Office of the United States Trustee
300 Booth St., Room 3009
Reno, NV 89509
(775) 784−5335
Email: cameron.m.gulden@usdoj.gov

**Lynette C. Kelly**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102
(415) 252−2065
Email: ustpregion17.oa.ecf@usdoj.gov

**Timothy S. Laffredi**
Office of the U. S. Trustee − San Jose
280 South 1 St., Suite 268
San Jose, CA 95113
(408) 535−5525
Email: timothy.s.laffredi@usdoj.gov

**Timothy S. Laffredi**
Office of the U.S. Trustee − SF
450 Golden Gate Ave.
Suite 05−0153
San Francisco, CA 94102
(415) 705−3333
Email: timothy.s.laffredi@usdoj.gov

**Marta Villacorta**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102
(415) 252−2062
Email: marta.villacorta@usdoj.gov

***Creditor Committee***
**Official Committee Of Unsecured Creditors**

represented by **Paul S. Aronzon**
Milbank LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067
(424) 386−4000

Email: paronzon@milbank.com

**James C. Behrens**
Milbank, LLP
2029 Century Park E, 33rd Fl.
Los Angeles, CA 90067
(424) 386−4436
Email: jbehrens@milbank.com

**Gregory A. Bray**
Milbank LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067
(424) 386−4470
Email: gbray@milbank.com

**Erin Elizabeth Dexter**
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835−7500
Email: edexter@milbank.com

**Dennis F. Dunne**
Milbank, LLP
55 Hudson Yards
New York, NY 10001−2163
(212) 530−5000
Email: ddunne@milbank.com

**Samuel A. Khalil**
Milbank, LLP
55 Hudson Yards
New York, NY 10001−2163
(212) 530−5000
Email: skhalil@milbank.com

**Thomas R. Kreller**
Milbank LLP
2029 Century Park East, 33rd
Los Angeles, CA 90067
(424) 386−4463
Email: tkreller@milbank.com

**Andrew Michael Leblanc**
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835−7500
Email: ALeblanc@milbank.com

**Alan J. Stone**
Milbank LLP
55 Hudson Yards
New York, NY 10001
(212) 530−5000
Email: AStone@milbank.com

*Creditor Committee*
**Official Committee of Tort Claimants**

represented by **Lauren T. Attard**
Baker Hostetler LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025−0509

(310) 820−8800
Email: lattard@bakerlaw.com

**Chris Bator**
Baker & Hostetler LLP
127 Public Square #2000
Cleveland, OH 44114
(216) 621−0200
Email: cbator@bakerlaw.com

**Dustin M. Dow**
Baker & Hostetler LLP
127 Public Square #2000
Cleveland, OH 44114
(216) 621−0200
Email: ddow@bakerlaw.com

**Cecily Ann Dumas**
Baker and Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111−2806
415−659−2600
Email: cdumas@bakerlaw.com

**Joseph M. Esmont**
Baker & Hostetler LLP
127 Public Sq., #2000
Cleveland, OH 44147
(216) 861−7835
Email: jesmont@bakerlaw.com

**Lars H. Fuller**
Baker & Hostetler LLP
1801 California St #4400
Denver, CO 80202
(303) 764−4114
Email: lfuller@bakerlaw.com

**Eric R. Goodman**
Brown Rudnick LLP
601 Thirteenth St. NW, #600
Washington, DC 20005
(202) 536−1740
Email: egoodman@bakerlaw.com
*TERMINATED: 04/07/2021*

**Elizabeth A. Green**
BakerHostetler LLP
200 S. Orange Ave. #2300
Orlando, FL 32801
(407) 649−4000
Email: egreen@bakerlaw.com

**Robert A. Julian**
Baker and Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111−2806
(415) 569−2600
Email: rjulian@bakerlaw.com

**Elyssa S. Kates**

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589−4227
Email: ekates@bakerlaw.com

**Kody D. L. Kleber**
Baker & Hostetler LLP
811 Main St., #1100
Houston, TX 77005
(713) 703−1315
Email: kkleber@bakerlaw.com

**John H. MacConaghy**
MacConaghy and Barnier
645 1st St. W #D
Sonoma, CA 95476
(707) 935−3205
Email: macclaw@macbarlaw.com

**Kimberly S. Morris**
Baker & Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
(415) 659−2600
Email: kmorris@bakerlaw.com

**David J. Richardson**
Baker & Hostetler, LLP
11601 Wilshire Blvd.,
14th Floor
Los Angeles, CA 90025
(310) 442−8858
Email: drichardson@bakerlaw.com

**David B. Rivkin, Jr.**
Baker and Hostetler LLP
1050 Connecticut Ave., N.W., #1100
Washington, DC 20036
(202) 861−1731
Email: drivkin@bakerlaw.com

**Jorian L. Rose**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589−4200
Email: jrose@bakerlaw.com

**Eric E. Sagerman**
Baker and Hostetler LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025
(310) 442−8875
Email: esagerman@bakerlaw.com

**Catherine E. Woltering**
Baker & Hostetler LLP
Key Tower, 127 Public Sq., #2000
Cleveland, OH 44114−1214
(614) 462−2677
Email: cwoltering@bakerlaw.com

| Filing Date | # | Docket Text |
|---|---|---|
| 03/21/2022 | 12051 | Appellant's Clarification and Exhibit List and Designation of Contents For Inclusion in Record On Appeal (RE: related document(s)11835 Notice of Appeal and Statement of Election filed by Creditor William F. Weidman). Appellee designation due by 4/6/2022. Filed by Creditor William F. Weidman III (dc). (Entered: 03/21/2022) |
| 04/04/2022 | 12103 | Appellee Designation of Contents for Inclusion in Record of Appeal *Appellees' (I) Response to William F. Weidman, III's Appellant's Clarification and Exhibit List and (II) Designation of Additional Items to Be Included in the Record on Appeal* (RE: related document(s)11835 Notice of Appeal and Statement of Election filed by Creditor William F. Weidman). Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 04/04/2022) |

Wm. F. Weidman, III In Pro Per
108 Connolly Road, No. 136
P. O. Box 136
Benson, Maryland 21018
Telephone: 410-917-6822

Appellant in Pro Per

FILED

MAR 2 1 2022

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

WILLIAM F. WEIDMAN, III,

            Appellant,

  v.

PG&E CORPORATION, et al.

            Appellees.

Case No. 22-cv-00389-HSG

Bankruptcy Case No. 19-30088 (DM)
Chapter 11
(Lead Case)(Jointly Administered)

APPELLANT'S CLARIFICATION AND
EXHIBIT LIST

Judge: Hon. Haywood S. Gilliam
United States District Court
1301 Clay St #400s, Oakland, CA 94612
Phone: (510) 637-3530

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

     On March 10, 2022 I spoke to Clerk DeWana Chambers. Ms. DeWana told me that I needed to clarify the issue I have regarding the mail situation. She further told me that I needed to clarify the items I am designating for the appeal record and that I needed to send this information to both Judge Gilliam, United States District Court and Judge Dennis

Montali, U.S. Bankruptcy Court, Northern District of California - San Francisco Division, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, CA 94102.

1. I am a man in his late-70's who is not very technologically advanced and live in an area where I get very spotty service. I am constantly having problems with my computer and missing emails. What I can count on is my mail being delivered by the U.S. Postal Service; however, it is currently taking approximately 6 to 8 days for me to get mail delivered that is being sent from California. I have not agreed to receive electronic notification because I cannot guaranty I will actually receive it and I need for mailing time to be included in any deadlines set for me.

2. The Exhibits I am designating for the appeal record are:
   a. Exhibit "A" is the Armed Forces Institute of Pathology Report ("AFIP Report").
   b. Exhibit "B" is the Diablo Canyon Nuclear Regulatory Commission ("NRC") permit material.
   c. Exhibit "C" is the material from the County and State showing no proper permits were granted when I was exposed.
   d. Exhibit "D" is correspondence from 2005-2006 showing that Appellee PG&E Corporation ("PG&E") via their counsel was aware of my exposure case at California Worker's Compensation Appeals Board.

3. My clarification statement for this appeal boils down to the fact that the Price Anderson Act which added Section 170 of the Atomic Energy Act of 1954 (42 U.S.C. 2210) for radiation matters clearly states that the statute of limitations DOES NOT apply. This matter hinges for appeal on whether the United States Bankruptcy Court erred in its decision that California State Statute of Limitations applies even though the Price Anderson Act states otherwise and that at the time of exposure the facility was not properly permitted or licensed where the incident occurred and that PG&E is trying to be relieved of obligation in this matter.

4. Also, with PG&E filing bankruptcy and with my later stage of Worker's Compensation Court matter, in order to preserve all my rights pursuant to the Price Anderson Act and my claims thereto, I filed my bankruptcy matter as required and seen in all related radiation cases or matters.

DATED: March /8, 2022

Respectfully submitted,

Wm. F. Weidman, III, Appellant

BY: _____
WILLIAM WEIDMAN III
In Propria Persona

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "A"

## Armed Forces Institute of Pathology Report ("AFIP Report")



**DEPARTMENT OF DEFENSE**
ARMED FORCES INSTITUTE OF PATHOLOGY
WASHINGTON, DC 20306-6000

REPLY TO
ATTENTION OF

**PATIENT IDENTIFICATION**

AFIP ACCESSION NO.
2732271
WEIDMAN, William F.
00:S6875    S
June 12, 2000

SEQUENCE NO.
00
SSN: 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
LHS/CH/rlu
CH

James W. Eagan, Jr., M.D.
St. Joseph Medical Center
Department of Pathology
7601 Osler Drive
Towson, MD 21204

**AFIP REPORT**  00:S6875 A. Perianal area: Portions of skin with acanthosis,
papillomatosis and parakeratosis as well as mild superficial
acute and chronic inflammation of the dermis with fibrosis,
dilated veins and mild atypia of stromal cells.
B. Colon, sigmoid (polyps), biopsies: Fragments of colonic
mucosa with focal suggestion of surface hyperplastic change
and focal lymphoid nodules.
C. Rectum (polyp), biopsy: Hyperplastic polyp.

The case was reviewed in consultation with the members of the Department of Environmental
and Toxicologic Pathology.

The dilated veins and mild atypia of dermal stromal cells seen in the perianal area (A) could be
due to a variety of causes including radiation.

A copy of this report has been faxed to you at 410-337-1712.

Leslie H. Sobin, M.D.
Chief
Division of Gastrointestinal Pathology

*Department of Hepatic and Gastrointestinal Pathology*
*6825 16th Street, N.W., Washington, DC 20306-6000*
*Telephone: (202) 782-2871, Fax: (202) 782-9020*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "B"

**Diablo Canyon Nuclear Regulatory Commission ("NRC) permit material**

# EVALUATION OF REQUEST FOR EXTENSION OF THE CONSTRUCTION PERMIT

## COMPLETION DATES FOR THE DIABLO CANYON NUCLEAR POWER PLANT, UNITS 1 AND 2

### Introduction

On November 26, 1979, Pacific Gas and Electric Company (PG&E) filed a request for extension of the completion dates of the construction permits for the Diablo Canyon Nuclear Power Plant, Units 1 and 2. The extensions requested were from December 31, 1979 to September 30, 1980 for Unit 1 and from February 29, 1980 to March 31, 1981 for Unit 2. In the requests for extension PG&E stated that the additional time for Unit 1 was needed to conclude the licensing process and to comfortably accommodate the Commission's announcement of a pause in issuing operating licenses until spring 1980.

### Discussion

The construction permit for Unit 1, CPPR-39, was issued on April 23, 1968, and was last modified by the Commission's Order dated July 11, 1979, which extended the latest completion date to December 31, 1979. The construction permit for Unit 2, CPPR-69, was issued on December 9, 1970, and was last modified by the Commission's Order dated April 1979, which extended the latest completion date to February 29, 1980.

Additional time contingencies will be required to allow for satisfactory completion of modificatons and new requirements arising from the President's Commission and the NRC's staff investigation of the incident at the Three Mile Island Nuclear Power Plant, Unit 2 to the Diablo Canyon Nuclear Power Plants, Units 1 and 2, to the extent that they are applicable. Priority is being given to completing Unit 1.

Accordingly, PG&E has requested an extension of the latest completion dates in CPPR-39 for Unit 1 to September 30, 1980 and in CPPR-69 for Unit 2 to March 31, 1981.

### Conclusion

The Commission's staff have reviewed the information provided in the applicant's submittal, and we conclude that the factors discussed above are reasonable and constitute good cause for delay; and the extension of construction of Unit 1 for 9 months and of Unit 2 for 13 months is justifiable.

8002270535

| OFFICE ▶ | | | | | | |
| SURNAME ▶ | | | | | | |
| DATE ▶ | | | | | | |

Case: 19-30088   Doc# 12081-2   Filed: 03/08/22   Entered: 03/08/22 21:44:21   Page 15 of 38

As a result of the staff's review of the Final Safety Analysis Report to date, and considering the nature of the delays, we have identified no area of significant safety considerations in connection with the extension of the construction permit completion dates for the Diablo Canyon Nuclear Power Plant, Units 1 and 2.

The assessment of potential environmental impacts associated with site preparation and the construction of Units 1 and 2 of the Diablo Canyon Nuclear Power Plant were addressed in the Final Environmental Statement (FES) issued in May 1973. Since the construction of Unit No. 1 is essentially complete except for installation of certain modifications and construction of Unit 2 is approximately 98% complete, essentially all construction impacts have occurred. The continuation of a limited construction work force on site for an additional 13 months is not expected to have any increased impact on the local environment or the nearby communities. The staff has determined that the extension of time for completion of work shown in Construction Permit No. CPPR-39 from December 31, 1979 to September 30, 1980 and in CPPR-69 from February 29, 1980 to March 31, 1981, is an adminsitrative action since it does not alter impacts decribed in the FES or create new impacts not previously addreseed in the statement. Having made this determination, the Commission has concluded, pursuant to 10 CFR Part 51.5 (d)(4), that an environmental statement, negative delcaration or environmental impact appraisal need not be prepared in connection with the issuance of this extension of time.

The staff finds that this action does not involve a significant hazards consideration, that good cause exists for the issuance of an Order extending the completion dates, and that an environmental statement, negative declaration or environmental impact appraisal need not be prepared in connection with the issuance of such order.

Accordingly, issuance of an Order extending the latest completion dates for construction of Diablo Canyon Unit 1, as set forth in CPPR-39, to September 30, 1980 and of Unit 2, as set forth in CPPR-69, to March 31, 1981, is reasonable and should be authorized.

Original Signed by

B. C. Buckley, Project Manager
Light Water Reactors Branch No. 1
Division of Project Management

Original Signed by

John F. Stolz, Chief
Light Water Reactors Branch No. 1
Division of Project Mangement

Dated: FEB 02 1980

| OFFICE | DPM:LWR #1 | DPM:LWR #1 | | | | | |
|--------|-----------|-----------|--|--|--|--|--|
| SURNAME | BCBuckley:pcm | JFStolz | | | | | |
| DATE | 1/9-30/80 | 2/02/80 | | | | | |

- 3 -

IT IS HEREBY ORDERED that the latest completion date for CPPR-39 is extended from December 31, 1979 to September 30, 1980 for Unit 1 and the latest completion date for CPPR-69 is extended from February 29, 1980 to March 31, 1981 for Unit 2.

FOR THE NUCLEAR REGULATORY COMMISSION

Original signed by
D. F. Ross

D. F. Ross, Jr., Acting Director
Division of Project Management
Office of Nuclear Reactor Regulation

Date of Issuance: FEB 02 1980

| | | | | | | |
|---|---|---|---|---|---|---|
| | DPM:DD | NRDenton | | | | |
| | DBVassallo | HRDenton | | | | |
| | 01/ /80 | 01/ /80 | | | | |
| OFFICE | DPM:LWR #1 | DPM:LWR #1 | DPM:LWR #1 | DPM:LWR?AD | OELD | DPM:D |
| SURNAME | EGHylton:pmm | BCBuckley | JFStolz | SAVarga | | DFRoss |
| DATE | 01/ /80 | 01/ /80 | 01/ /80 | 01/ /80 | 01/ /80 | 01/ /80 |

Case: 19-30088   Doc# 12081-2   Filed: 03/06/22   Entered: 03/06/22 13:44:52   Page 17 of 38



**UNITED STATES**
**NUCLEAR REGULATORY COMMISSION**
WASHINGTON, D.C. 20555
**February 12, 1980**

DISTRIBUTION:
DOCKETS (2)
LWR #1 Rdg
EGHylton

Docket No. **50-275 & 50-323**

Docketing and Service Section
Office of the Secretary of the Commission

SUBJECT: **ORDER EXTENDING CONSTRUCTION COMPLETION DATES FOR DIABLO CANYON, UNITS 1 AND 2**

Two signed originals of the <u>Federal Register</u> Notice identified below are enclosed for your transmittal to the Office of the Federal Register for publication. Additional conformed copies ( **15** ) of the Notice are enclosed for your use.

☐ Notice of Receipt of Application for Construction Permit(s) and Operating License(s).

☐ Notice of Receipt of Partial Application for Construction Permit(s) and Facility License(s): Time for Submission of Views on Antitrust Matters.

☐ Notice of Availability of Applicant's Environmental Report.

☐ Notice of Proposed Issuance of Amendment to Facility Operating License.

☐ Notice of Receipt of Application for Facility License(s); Notice of Availability of Applicant's Environmental Report; and Notice of Consideration of Issuance of Facility License(s) and Notice of Opportunity for Hearing.

☐ Notice of Availability of NRC Draft/Final Environmental Statement.

☐ Notice of Limited Work Authorization.

☐ Notice of Availability of Safety Evaluation Report.

☐ Notice of Issuance of Construction Permit(s).

☐ Notice of Issuance of Facility Operating License(s) or Amendment(s).

☒ Other: **Order Extending Construction Completion Dates for Diablo Canyon, Units 1 and 2.**

Office of Nuclear Reactor Regulation

Enclosure:
As Stated

P.S. **Extra copy of letter and order enclosed for NRC PDR.**

LWR #1
EGHylton

2/12/80

NRC FORM 102
(1-76)



UNITED STATES
NUCLEAR REGULATORY COMMISSION
WASHINGTON, D.C. 20555
**February 12, 1980**

DISTRIBUTION:
DOCKETS (2)
LWR #1 Rdg
EGHylton

Docket No. **50-275 & 50-323**

Docketing and Service Section
Office of the Secretary of the Commission

SUBJECT: **ORDER EXTENDING CONSTRUCTION COMPLETION DATES FOR DIABLO CANYON, UNITS 1 AND 2**

Two signed originals of the Federal Register Notice identified below are enclosed for your transmittal to the Office of the Federal Register for publication. Additional conformed copies ( **15** ) of the Notice are enclosed for your use.

☐ Notice of Receipt of Application for Construction Permit(s) and Operating License(s).

☐ Notice of Receipt of Partial Application for Construction Permit(s) and Facility License(s): Time for Submission of Views on Antitrust Matters.

☐ Notice of Availability of Applicant's Environmental Report.

☐ Notice of Proposed Issuance of Amendment to Facility Operating License.

☐ Notice of Receipt of Application for Facility License(s); Notice of Availability of Applicant's Environmental Report; and Notice of Consideration of Issuance of Facility License(s) and Notice of Opportunity for Hearing.

☐ Notice of Availability of NRC Draft/Final Environmental Statement.

☐ Notice of Limited Work Authorization.

☐ Notice of Availability of Safety Evaluation Report.

☐ Notice of Issuance of Construction Permit(s).

☑ Notice of Issuance of Facility Operating License(s) or Amendment(s).

☒ Other: __Order Extending Construction Completion Dates for Diablo Canyon, Units 1 and 2.__

Office of Nuclear Reactor Regulation

Enclosure:
As Stated

~~P.S. Extra copy of letter and order enclosed for NRC PDR.~~

| OFFICE ▶ | LWR #1 | | | | | |
|---|---|---|---|---|---|---|
| SURNAME ▶ | EGHylton | | | | | |
| DATE ▶ | 2/12/80 | | | | | |

: FORM 102 (1-76)

Mr. John C. Morrissey

cc: Richard S. Salzman, Esq., Chairman
    Atomic Safety & Licensing Appeal
      Board
    U. S. Nuclear Regulatory Commission
    Washington, D. C. 20555

    Philip A. Crane, Jr., Esq.
    Pacific Gas & Electric Company
    77 Beale Street
    San Francisco, California 94106

    Janice E. Kerr, Esq.
    California Public Utilities Commission
    350 McAllister Street
    San Francisco, California 94102

    Mr. Frederick Eissler, President
    Scenic Shoreline Preservation
      Conference, Inc.
    4623 More Mesa Drive
    Santa Barbara, California 93105

    Ms. Elizabeth E. Apfelberg
    1415 Cazadero
    San Luis Obispo, California 93401

    Ms. Sandra A. Silver
    1760 Alisal Street
    San Luis Obispo, California 93401

    Mr. Gordon A. Silver
    1760 Alisal Street
    San Luis Obispo, California 93401

    Paul C. Valentine, Esq.
    321 Lytton Avenue
    Palo Alto, California 94302

    Yale I. Jones. Esq.
    100 Van Ness Avenue
    19th Floor
    San Francisco, California 94102

    Ms. Raye Fleming
    1920 Mattie Road
    Shell Beach, California 93440

    Mr. Richard Hubbard
    MHB Technical Associates
    1723 Hamilton Avenue
    Suite K
    San Jose, California 95125

    Dr. William E. Martin
    Senior Ecologist
    Battelle Memorial Institute
    Columbus, Ohio 43201

    Mr. James O. Schuyler, Nuclear
      Projects Engineer
    Pacific Gas & Electric Company
    77 Beale Street
    San Francisco, California 94106

    Mr. W. C. Gangloff
    Westinghouse Electric Corporation
    P. O. Box 355
    Pittsburgh, Pennsylvania 15230

    Brent Rushforth, Esq.
    Center for Law in the Public
      Interest
    10203 Santa Monica Boulevard
    Los Angeles, California 90067

    Arthur C. Gehr, Esq.
    Snell & Wilmer
    3100 Valley Center
    Phoenix, Arizona 85073

    Bruce Norton, Esq.
    3216 North 3rd Street
    Suite 202
    Phoenix, Arizona 85012

    Michael R. Klein, Esq.
    Wilmer, Cutler & Pickering
    1666 K Street, N. W.
    Washington, D. C. 20006

    David F. Fleischaker, Esq.
    1735 Eye Street, N. W.
    Suite 709
    Washington, D. C. 20006

Mr. John C. Morrissey

cc: California Dept. of Health
ATTN: Chief, Environmental
Radiation Control Unit
Radiologic Health Section
714 P Street - Room 498
Sacramento, California 95814

Chairman San Luis Obispo County
Board of Supervisors
County Courthouse Annex - Room 220
San Luis Obispo, California 93401

U. S. Environmental Protection Agency
ATTN: EIS Coordinator
Region IX Office
100 California Street
San Francisco, California 94111

Mr. John Marrs, Managing Editor
San Luis Obispo County
Telegram - Tribune
1321 Johnson Avenue
P. O. Box 112
San Luis Obispo, California 93406

Elizabeth S. Bowers, Chairman
Atomic Safety & Licensing Board
U. S. Nuclear Regulatory Commission
Washington, D. C. 20555

Mr. Glenn O. Bright
Atomic Safety & Licensing Board
U. S. Nuclear Regulatory Commission
Washington, D. C. 20555

Tolbert Young
P. O. Box 219
Avila Beach, California 93424

Dr. W. Reed Johnson
Atomic Safety & Licensing
Appeal Board
U. S. Nuclear Regulatory
Commission
Washington, D. C. 20555

Alan S. Rosenthal, Esq.
Atomic Safety & Licensing
Appeal Board
U. S. Nuclear Regulatory
Commission
Washington, D. C. 20555

W. Andrew Baldwin, Esq.
124 Speak Street
San Francisco, California 94105

Resident Inspector/Diablo
Canyon NPS
c/o U. S. NRC
P..O. Box 219
Avila Beach, California 93424

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "C"

**Material from the County and State showing no proper permits were granted when Appellant was exposed**

Case: 19-30088   Doc# 12051-2 Filed: 03/04/22 Entered: 03/04/22 14:35:21 Page 4
of 58
Appellant Name: Weidman, III, Wm. F.

22



# DEPARTMENT OF PLANNING AND BUILDING

June 10, 2015

To whom it may concern.

The Planning & Bldg Dept has no record of workmen's comp insurance for the permits issued to Diablo Canyon.

To the best of my research we have no permits for the power generation at the plant.

Stephen P. Hicks
Supervising Plans Examiner.

COURT COPY

**State of Maryland**

**County of Harford, to wit:**

On this 9th day of November, 2021, before me, the subscriber, a Notary Public of the State of Maryland, in and for Harford County, personally appeared Wm. F. Weidman, III, and made oath or affirmation in due form of law that the matter and facts set forth in the correspondence from Stephen P. Hicks, Supervisor Plans Examiner are true.

_____
Wm. F. Weidman, III

As WITNESS my hand and notarial seal.

_____
Joseph J. Bonhoff, Jr.

Notary Public

My Commission expires Nov. 21, 2023



1
2
3
4
5
6
7
# EXHIBIT "D"

8
9
10    **Correspondence from 2005-2006 showing that Appellee PG&E**
11    **Corporation ("PG&E") via their counsel was aware of Appellant's**
12    **exposure case at California Worker's Compensation Appeals Board**
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Pacific Gas and Electric Company**
*Humboldt Bay Power Plant*
*ROY E. WILLIS*
*Plant Manager*

1000 King Salmon Avenue
Eureka, CA 95503
707/444-0700

August 17, 2004



Law Office of Brian W. Collins
C/O  William F. Weidman
1980 Orange Tree Lane #105
Redlands, California 92374

Re:    Occupational Radiation Exposure Records Request

Dear Mr. Collins:

A review of our records indicate that the individual named William F. Weidman,
SSN: ▓▓▓▓▓▓▓▓ was not badged for occupational radiation at Pacific Gas & Electric
Company's Humboldt Bay Power Plant.

In accordance with 10 CFR 19 and 20, Pacific Gas and Electric Company maintains
occupational radiation exposure histories of all individuals assigned personal dosimetry
as required by 10 CFR 20.1502. No dosimetry devices have been issued for the
individual listed below.

Name:     William F. Weidman

SSN:      ▓▓▓▓▓▓▓▓

This report is furnished to you under the provisions of the Nuclear Regulatory
Commission Regulation 10 CFR Part 19. You should preserve this report for further
reference.

Sincerely,

ROY E. WILLIS

Dosimetry Group
Radiation Protection Section
Pacific Gas and Electric Company
Diablo Canyon Power Plant
(119 1/122)
P.O. Box 56
Avila Beach, CA 93424

August 18, 2004



**Pacific Gas and Electric Company**

Law Office of Brian W. Collins
C/O William F. Weidman
1980 Orange Tree Lane #105
Redlands, California 92374

Re: Occupational Radiation Exposure History

NAME: William F. Weidman          SSN: ▮▮▮▮▮▮▮▮▮

After a thorough search of our files, we have found no record of any entries into our Radiologically Controlled Areas during the requested time periods, (1984-1985.)

The above named individual:

     X      was not monitored by Pacific Gas and Electric Company at Diablo Canyon Power Plant.

         was monitored by Pacific Gas and Electric Company at Diablo Canyon Power Plant on dates other than those requested.

This report is furnished to you under the provisions of the Nuclear Regulatory Commission, regulation 10 CFR Part 19. You should preserve this report for further reference.

Sincerely,

Jeffrey D. Harker
Dosimetry and Technical Support Supervisor



**Pacific Gas and Electric Company ™**

Emily Schultz

*Mailing Address*
P.O. Box 7442
San Francisco, CA 94120

*Street/Courier Address*
Law Department
77 Beale Street
San Francisco, CA 94105

(415) 973-3671
Fax: (415) 973-5520
Internet: E1SW@pge.com

August 23, 2011

**VIA FACSIMILE**

Stephen L. Chesney
Law Offices of Stephen L. Chesney
4400 Coldwater Canyon Ave., Ste. 201
Studio City, CA 91604

Re:   <u>Weidman v. Bechtel Power Corp.</u>
      Subpoena for Records to PG&E

Dear Mr. Chesney:

This will respond to your correspondence of August 14, 2011.

Regarding the employment-related records requested in your subpoena, I spoke to Steve Lorence, the Director of Human Resources at Diablo Canyon Power Plant. Mr. Lorence confirmed that Mr. Weidman was a contractor when he performed work related to the Diablo Canyon Power Plant. PG&E does not retain the employment-related records you requested for contractors. I suggest that you contact the agency that employed Mr. Weidman as a contractor in 1984-1986 for the records. Any records related to Mr. Weidman's access to Diablo Canyon Power Plant would not have been retained more than five years, per 10 CFR 73.56(o) (i), (ii), and (iii). Therefore, PG&E does not currently have any access records for Mr. Weidman.

As for the engineering records you requested in the subpoena, we previously checked the Diablo Canyon Power Plant records but were unable to locate any responsive documents from 1984-1986. As a courtesy to you, I will ask the appropriate representatives at the Diablo Canyon Power Plant to again check whether any responsive records are available. If responsive records are located, I will let you know as soon as possible.

Sincerely,

*Emy Schltr —*

Emily Schultz

# Law Offices of Stephen L. Chesney
### Attorneys At Law
4400 Coldwater Canyon Avenue, Suite 201 ~ Studio City, California 91604
Phone (818) 760-9900 ~ Fax (818) 344-9185 ~
Email schesney@chesneylegal.com

January 25, 2012

Barbara Thornhill
Pacific Gas & Electric Company
P.O. Box 7442
San Francisco, California 94120

     Re:   Weidman v. Bechtel
           WCAB Case No. ADJ3663372/SBR0303384

Dear Ms. Thornhill:

     I am the attorney for William Weidman III in the above-referenced matter. On behalf of my client, I authorized you to release to me all records requested in the subpoena duces tecum, including any personal records of Mr. Weidman.

     Thank you for your courtesy and cooperation in this matter.

                Very truly yours,

                LAW OFFICES OF STEPHEN L. CHESNEY

                By:  Stephen L. Chesney

SLC:sc



**Pacific Gas and Electric Company**®

Law Department
Workers' Compensation

P. O. Box 7779
San Francisco, CA 94120-7779

Fax: 415.536.5996

(415) 973-4187

May 9, 2012

UPS - NEXT DAY AIR

Stephen L. Chesney, Esq.
4400 Coldwater Canyon Ave., #201
Studio City, CA 91604

Re: <u>William Weidman, III v. Bechtel Power Corp.</u>
WCAB Case No. ADJ3663372

Dear Mr. Chesney:

Enclosed are records to answer the Subpoena Duces Tecum dated
January 25, 2012. The certification of these records will be
forwarded under separate cover.

Also enclosed is a Certificate of Records of Regularly Conducted
Activity <u>indicating that we have no records for entry to
radiologically controlled areas.</u>

Thank you for your courtesy and patience.

Very truly yours,

Patricia A. Higa
Attorney for PG&E

:kea

Enclosures

**Proof of Service**

STATE OF MARYLAND, COUNTY OF HARFORD

I, Wm F. Weidman, III, declare as follows:

On March /8, 2022, I served APPELLANT'S CLARIFICATION AND EXHIBIT LIST on the Attorneys for Appellees by Express Mail by placing a copy thereof in an individual envelope addressed as shown below and depositing said envelope for collection and mailing on the aforesaid date by placement for deposit on the same day in the United States Postal Service.

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
David A. Taylor (#247433)
650 California Street, Suite 1900
San Francisco, CA 94108

I declare under penalty of perjury under the laws of the State of Maryland and the United States that the foregoing is true and correct and that this declaration was executed March /8, 2022, Benson, Maryland.

BY: _____
Wm F. Weidman, III

Appellant Name: Weidman, III, Wm. F.

31

Intake Filing Clerk:                                    03-18-2022

Please file the attached Request for  Case No. . 19-30088(DM) Chapt.11
and return a conformed copy in the enclosed self-addressed
envelope.

I have also enclosed an additional courtesy copy to be given to Judge:

Honorable Dennis Montali

Required to Send to
        Judge Montali

see page 1 Ln 27
    page 2 Ln 1



**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (650) 636 9251

*Attorneys for Appellees (Debtors and
Reorganized Debtors)*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| | District Court Case No. 22-cv-00389-HSG |
| **Reorganized Debtors.** | |
| ☐ Affects PG&E Corporation | **APPELLEES' (I) RESPONSE TO WILLIAM F. WEIDMAN, III'S APPELLANT'S CLARIFICATION AND EXHIBIT LIST AND (II) DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL** |
| ☐ Affects Pacific Gas and Electric Company | |
| ☑ Affects both Reorganized Debtors | |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Appellees**," the "**Debtors**," or as reorganized pursuant to the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Dkt. No. 8048] (as it may be amended, modified, or supplemented and together with any exhibits or schedules thereto), the "**Reorganized Debtors**") submit this response to the March 21, 2022 filing by William F. Weidman, III ("**Appellant**") of the *Appellant's Clarification and Exhibit List* [Dkt. No. 12051] (the "**Statement**"), and designation of additional items to be included in the record on appeal, in connection with Appellant's appeal from the *Order Denying Motion for Reconsideration by William F. Weidman, III*, entered on December 15, 2021 [Dkt. No. 11706], by the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

## I.  RESPONSE TO STATEMENT OF ISSUES ON APPEAL

The sole issue on appeal is whether the Bankruptcy Court abused its discretion in denying Appellant's motion for reconsideration of the order disallowing his claim, under the grounds for reconsideration available under Rule 60(b) of the Federal Rule of Civil Procedure.

## II.  DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, the Reorganized Debtors hereby designate the following additional items to be included in the record on appeal, which include all exhibits and addenda attached thereto and filed therewith and all documents incorporated by reference therein:

Docket items from *In re PG&E Corp., et al.*, Case No. 19-30088 (DM):

| Dkt. No. | Description | Date |
|---|---|---|
| 263 | Amended Declaration of Jason P. Wells in Support of First Day Motions and Related Relief | 02/01/2019 |
| 8053 | Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 | 06/20/2020 |

| Dkt. No. | Description | Date |
|---|---|---|
| 8228 | Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and Manner of the Notice of Omnibus Objections | 06/30/2020 |
| 10494 | Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and Granting Related Relief | 04/05/2021 |
| 11120 | Reorganized Debtors' One Hundred Second Omnibus Objection to Claims (No Legal Liability Claims) | 08/19/2021 |
| 11121 | Declaration of A. Anna Capelle in Support of Reorganized Debtors' One Hundred Second Omnibus Objection to Claims (No Legal Liability Claims) | 08/19/2021 |
| 11122 | Notice of Hearing on Reorganized Debtors' One Hundred Second Omnibus Objection to Claims (No Legal Liability Claims) | 08/19/2021 |
| 11156 | Certificate of Service of Sonia Akter | 08/25/2021 |
| 11239 | Opposition to Notice of the Reorganized Debtors' One Hundred Second Omnibus Objection to Claims (No Legal Liability Claims); Declaration in Support Thereof | 09/10/2021 |
| 11298 | Reply in Support of Reorganized Debtors' Omnibus Objections to Claims | 09/22/2021 |
| 11334 | Certificate of Service of Joseph Ledwin | 09/28/2021 |
| 11381 | Order Disallowing Proof of Claim #10281 Filed by William F. Weidman, III | 10/06/2021 |
| 11413 | Certificate of Service of Alain B. Francoeur | 10/13/2021 |
| 11444 | Motion to Extend Time to File a Motion to Reconsider | 10/19/2021 |
| 11446 | Order Granting Extension of Time for William F. Weidman, III to File a Motion for Reconsideration | 10/19/2021 |
| 11460 | Certificate of Service of Rohany Tejada | 10/21/2021 |
| 11507 | Motion to Extend Time to File a Motion for Reconsideration | 10/29/2021 |
| 11513 | Order Granting Further Extension of Time for William F. Weidman, III to File a Motion for Reconsideration | 11/02/2021 |
| 11552 | Certificate of Service of Alain B. Francoeur | 11/08/2021 |

| Dkt. No. | Description | Date |
|---|---|---|
| 11584 | Order Granting Third Extension of Time for William F. Weidman, III to File a Motion for Reconsideration | 11/16/2021 |
| 11596 | Petition for Reconsideration | 11/17/2021 |
| 11602 | Order Regarding Motion for Reconsideration by William F. Weidman, III | 11/19/2021 |
| 11624 | Certificate of Service of Sonia Akter | 11/29/2021 |
| 11635 | Certificate of Service of Sonia Akter | 11/30/2021 |
| 11643 | Certificate of Service of Liliya Kulyk | 12/01/2021 |
| 11688 | Reorganized Debtors' Opposition to Motion for Reconsideration of William F. Weidman III | 12/10/2021 |
| 11706 | Order Denying Motion for Reconsideration by William F. Weidman, III | 12/14/2021 |
| 11712 | Certificate of Service of Sonia Akter | 12/17/2021 |
| 11789 | Certificate of Service of Joseph Ledwin | 01/04/2022 |
| 11835 | Notice of Appeal and Statement of Election | 01/18/2022 |
| 12051 | Appellant's Clarification and Exhibit List | 03/21/2022 |

Hearing Transcripts from *In re PG&E Corp., et al*., Case No. 19-30088 (DM):

| Dkt. No. | Description | Date |
|---|---|---|
| 11364 | September 29, 2021 Hearing Transcript | 10/01/2021 |

Proofs of Claim filed in *In re PG&E Corp., et al*., Case No. 19-30088 (DM):

| Claim No. | Claimant | Date |
|---|---|---|
| 10281 | Wm. F. Weidman, III | 09/30/2019 |

The Reorganized Debtors reserve the right to designate additional items for inclusion in the record or restate the issues presented on appeal.

## III.     RESPONSE TO APPELLANT'S DESIGNATION OF RECORD

Appellant's Statement does not designate any docket entries or transcripts in the Chapter 11 Cases, but instead refers to its four attached exhibits.   Exhibits B, C, and D appear to contain documents identical to those attached as Exhibits 2, 1, and 3, respectively, to Appellant's *Petition for Reconsideration*, filed on November 17, 2021 [Docket No. 11596], which is designated in its entirety in Section II, *supra*.  The letter submitted as Exhibit A does not appear to have been previously filed with the Bankruptcy Court.   Appellees submit that only those documents actually filed with the Bankruptcy Court in connection with its ruling on the order that is the subject of the appeal are part of the record on appeal, and Appellees reserve all rights and defenses thereto.

Dated: April 4, 2022

**KELLER BENVENUTTI KIM LLP**

By:  */s/ Jane Kim*
       Jane Kim

*Attorneys for the Appellees (Debtors and Reorganized Debtors)*