Entered on Docket
April 08, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: April 7, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

GOUGH & HANCOCK LLP
Gayle L. Gough (#154398)
(gayle.gough@ghcounsel.com)
Laura L. Goodman (#142689)
(laura.goodman@ghcounsel.com)
50 California Street, Suite 1500
San Francisco, CA 94111
Tel: 415.848-8918

*Attorneys for Debtors
and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER APPROVING STIPULATION CONFIRMING APPLICATION OF CONFIDENTIALITY AND PROTECTIVE ORDER TO TUSCAN RIDGE DISPUTES**<br><br>Related Docket Nos. 11066, 11288, and 12124<br><br>[No Hearing Date Requested] |

The Court having considered the *Stipulation Confirming Application of Confidentiality and Protective Order to Tuscan Ridge Disputes* (the "**Stipulation**"),[1] entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**" or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), Tuscan Ridge Associates, LLC ("**TRA**"), and Fulcrum Credit Partners LLC ("**Fulcrum**") (the Reorganized Debtors, TRA and Fulcrum each a "**Party**" and collectively the "**Parties**"), filed on April 6, 2022 [Docket No. 12124]; and, pursuant to such Stipulation of the Parties, and good cause appearing,

IT IS HEREBY ORDERED:

1. The Stipulation is hereby approved.

2. The terms of the Protective Order shall govern and apply to any Discovery Material produced by the Parties or third-party witnesses in connection with the Tuscan Ridge Disputes.

3. The Bankruptcy Court retains jurisdiction to resolve any disputes or controversies arising from the Stipulation and this Order.

APPROVED AS TO FORM AND CONTENT:

Dated: April 6, 2022

ALSTON & BIRD LLP

By: /s/ Diane C. Stanfield
Diane C. Stanfield

*Attorneys for Fulcrum Credit Partners LLC*

DOWNEY BRAND LLP

By: /s/ Jamie P. Dreher
Jamie P. Dreher

*Attorneys for Tuscan Ridge Associates, LLC*

\*\*\* END OF ORDER \*\*\*

---

[1] Capitalized terms used but not herein defined shall have the meanings ascribed to them in the Stipulation or the Protective Order.