# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>PG&E Corporation and Pacific Gas and Electric Company | CASE NO: 19-30088<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>Judge: Hon. Dennis Montali |

On 4/8/2022, I did cause a copy of the following documents, described below,

CALIFORNIA DEPARTMENT OF WATER RESOURCES' REPLY TO PG&E'S MEMORANDUM REGARDING DEPARTMENT OF WATER RESOURCES' CLAIM NO. 78104 AND FURTHER BRIEFING OF ISSUES; REQUEST FOR ORDER STAYING ARBITRATION

DECLARATION OF DANETTE E. VALDEZ IN SUPPORT OF CALIFORNIA DEPARTMENT OF WATER RESOURCES' REPLY TO PG&E'S MEMORANDUM RE: THE DEPARTMENT OF WATER RESOURCES' CLAIM NO. 78104 AND FURTHER BRIEFING OF ISSUES; REQUEST FOR ORDER STAYING ARBITRATION

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/8/2022

/s/ Paul J. Pascuzzi
Paul J. Pascuzzi  148810
Attorney at Law
Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
916 329-7400

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: | CASE NO: 19-30088 |
|---|---|
| PG&E Corporation and Pacific Gas and Electric Company | **CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 11<br>Judge: Hon. Dennis Montali |

On 4/8/2022, a copy of the following documents, described below,

CALIFORNIA DEPARTMENT OF WATER RESOURCES' REPLY TO PG&E'S MEMORANDUM REGARDING DEPARTMENT OF WATER RESOURCES' CLAIM NO. 78104 AND FURTHER BRIEFING OF ISSUES; REQUEST FOR ORDER STAYING ARBITRATION

DECLARATION OF DANETTE E. VALDEZ IN SUPPORT OF CALIFORNIA DEPARTMENT OF WATER RESOURCES' REPLY TO PG&E'S MEMORANDUM RE: THE DEPARTMENT OF WATER RESOURCES' CLAIM NO. 78104 AND FURTHER BRIEFING OF ISSUES; REQUEST FOR ORDER STAYING ARBITRATION

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/8/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Paul J. Pascuzzi
Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

MR. TONY ZIMMER
ASSISTANT GENERAL MANAGER POWER MANAGEMENT
NORTHERN CALIFORNIA POWER AGENCY
651 COMMERCE DRIVE
ROSEVILLE CA 95678

MR. JOHN ROUKEMA
CHIEF ELECTRIC UTILITY OFFICER
CITY OF SANTA CLARA DBA SILICON VALLEY POWER
1500 WARBURTON AVENUE
SANTA CLARA CA 95050

THOMAS G. MOUZES
MARK GORTON
ROBERT D. SWANSON
BOUTIN JONES INC.
555 CAPITOL MALL 15TH FLOOR
SACRAMENTO CA 95814

LISA S. GAST
DUNCAN WEINBERG GENZER & PEMBROKE P.C.
1667 K STREET NW SUITE 700
WASHINGTON DC 20006

JANE LUCKHARDT
GENERAL COUNSEL
NORTHERN CALIFORNIA POWER AGENCY
651 COMMERCE DRIVE
ROSEVILLE CA 95678-6411