**EXHIBIT B**

**(Notice)**

```
 1  ROVENS LAMB LLP
    Steven A. Lamb (SBN 132534)
 2  slamb@rovenslamb.com
    1500 Rosecrans Avenue, Suite 418
 3  Manhattan Beach, California 90266
    Telephone:  +1.310.536.7830
 4  Facsimile:  +1.310.872.5026

 5  LAW OFFICES OF JENNIFER L. DODGE INC.
    Jennifer L. Dodge (SBN 195321)
 6  jdodgelaw@jenniferdodgelaw.com
    2512 Artesia Boulevard, Suite 300D
 7  Redondo Beach, California 90278
    Telephone:  +1.310.372.3344
 8  Facsimile:  +1.310.861.8044

 9  Attorneys for Defendant PG&E CORPORATION
```

**ENDORSED FILED**
**SAN MATEO COUNTY**

JAN 3 0 2019

Clerk of the Superior Court
By UNA FINAU
DEPUTY CLERK

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN MATEO

| | |
|---|---|
| AMIR SHAHMIRZA, an individual; KOMIR, INC., a business entity,<br><br>Plaintiffs,<br><br>v.<br><br>PG&E CORPORATION, a business entity; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 18CIV06064  **BY FAX**<br><br>**PG&E CORPORATION'S NOTICE OF BANKRUPTCY FILING AND IMPOSITION OF AUTOMATIC STAY**<br><br>Complaint filed: November 9, 2018<br><br>Trial Date: None<br>MSC Date: March 14, 2019 |

## NOTICE OF BANKRUPTCY FILING AND IMPOSITION OF AUTOMATIC STAY

PLEASE TAKE NOTICE that on January 29, 2019, (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), each commenced a voluntary case (the "**Chapter 11 Cases**") under chapter 11 of title 11 of the United States Code (11 U.S.C. § 101 *et seq.*) (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Northern District of California (the

| | |
|---|---|
| 1 | ROVENS LAMB LLP<br>Steven A. Lamb (SBN 132534) |
| 2 | slamb@rovenslamb.com<br>1500 Rosecrans Avenue, Suite 418 |
| 3 | Manhattan Beach, California 90266<br>Telephone: +1.310.536.7830 |
| 4 | Facsimile: +1.310.872.5026 |
| 5 | LAW OFFICES OF JENNIFER L. DODGE INC.<br>Jennifer L. Dodge (SBN 195321) |
| 6 | jdodgelaw@jenniferdodgelaw.com<br>2512 Artesia Boulevard, Suite 300D |
| 7 | Redondo Beach, California 90278<br>Telephone: +1.310.372.3344 |
| 8 | Facsimile: +1.310.861.8044 |
| 9 | Attorneys for Defendant PG&E CORPORATION |

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN MATEO

| | |
|---|---|
| AMIR SHAHMIRZA, an individual;<br>KOMIR, INC., a business entity,<br><br>Plaintiffs,<br><br>v.<br><br>PG&E CORPORATION, a business entity; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 18CIV06064<br><br>**PG&E CORPORATION'S NOTICE OF BANKRUPTCY FILING AND IMPOSITION OF AUTOMATIC STAY**<br><br>Complaint filed: November 9, 2018<br><br>Trial Date: None<br>MSC Date: March 14, 2019 |

## NOTICE OF BANKRUPTCY FILING AND IMPOSITION OF AUTOMATIC STAY

PLEASE TAKE NOTICE that on January 29, 2019, (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), each commenced a voluntary case (the "**Chapter 11 Cases**") under chapter 11 of title 11 of the United States Code (11 U.S.C. § 101 *et seq.*) (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Northern District of California (the

"**Bankruptcy Court**"). The Chapter 11 Cases are being jointly administered under Case Nos. 19-30088 and 19-30089.

PLEASE BE ADVISED that pursuant to section 362(a) of the Bankruptcy Code (the "**Automatic Stay**"), the filing of a bankruptcy petition "operates as a stay, applicable to all entities," of, among other things "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [the Bankruptcy Code], or to recover a claim against the debtor that arose before the commencement of the [bankruptcy] case" and "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate." 11 U.S.C. § 362(a)(1), (3). Accordingly, the above-captioned matter has been automatically stayed pursuant to section 362(a) of the Bankruptcy Code.

PLEASE BE FURTHER ADVISED that any action taken against the Debtors without obtaining, from the Bankruptcy Court, relief from the Automatic Stay is void *ab initio* and may result in a finding of contempt for violation of the Automatic Stay. The Debtors reserve and retain their statutory right to seek relief in the Bankruptcy Court from any action by Plaintiff(s) or any judgment, order, or ruling entered in violation of the Automatic Stay.

In the event the Court or any parties have questions regarding the Chapter 11 Cases, please contact counsel for the Debtors:

> WEIL, GOTSHAL & MANGES LLP
> Stephen Karotkin (stephen.karotkin@weil.com)
> Jessica Liou (jessica.liou@weil.com)
> Matthew Goren (matthew.goren@weil.com)
> Kevin Bostel (kevin.bostel@weil.com)
> 767 Fifth Avenue
> New York, NY 10153-0119
> Tel: 212 310 8000
> Fax: 212 310 8007

-and-

KELLER & BENVENUTTI LLP
Tobias S. Keller (tkeller@kellerbenvenutti.com)
Jane Kim (jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

Dated: January 30, 2019            ROVENS LAMB LLP

By: _____
        Steven A. Lamb

Attorneys for Defendant PG&E Corporation

# PROOF OF SERVICE
*Amir Shahmirza v. PG&E*
San Mateo Case No. 18CIV06064

STATE OF CALIFORNIA   )
                      )
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1500 Rosecrans Avenue, Ste. 418, Los Angeles, California 90266.

On January 30, 2019, I served the following document(s): **PG&E CORPORATION'S NOTICE OF BANKRUPTCY FILING AND IMPOSITION OF AUTOMATIC STAY** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes, addressed as follows:

**(X)   BY U.S. MAIL**. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I caused the above-referenced document to be mailed to counsel at the addresses listed on the attached service list.

**(X)   BY ELECTRONIC MAIL**  I hereby certify that I served the above-described document on the interested parties in this action by attaching an electronic copy of the document to an email addressed to the parties listed in the attached service list at their most recent e-mail address of record in this action. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful

**( )   BY OVERNIGHT COURIER**  I caused the above-referenced document(s) to be delivered to an overnight courier service (Federal Express/California Overnight Courier), for delivery to the address(es) in the attached service list and requested the delivery receipt.

**( )   BY FACSIMILE**. I caused the above-referenced documents(s) to be transmitted to the noted addressee(s) at the fax number as stated.

Executed on January 30, 2019 at Los Angeles, California.

(**X**)   STATE I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Tammy Cortez

ROVENS LAMB LLP
1500 ROSECRANS AVENUE
SUITE 418
MANHATTAN BEACH, CA 90266

PROOF OF SERVICE

Case: 19-30088   Doc# 12131-2   Filed: 04/08/22   Entered: 04/08/22 15:55:54   Page 6 of 7

# SERVICE LIST
*Amir Shahmirza v. PG&E*
San Mateo Case No. 18CIV06064

| | |
|---|---|
| Matthew Mellen<br>Duncan McGee<br>MELLEN LAW FIRM<br>1050 Marina Village Parkway<br>Suite 102<br>Alameda, CA 94501<br>Tel: 510-263-8441<br>Fax: 510-263-8453<br>Email: email@mellenlawfirm.com | Attorneys for Plaintiff AMIR SHAHMIRZA |

**PROOF OF SERVICE**

ROVENS LAMB LLP
1500 ROSECRANS AVENUE
SUITE 418
MANHATTAN BEACH, CA
90266