# EXHIBIT E

**(Ordinance 3975, issued by the City and County of San Francisco Office of the Clerk, Board of Supervisors)**



**City and County of San Francisco**
**Office of the Clerk of**
**BOARD OF SUPERVISORS**

City Hall
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102-4689

Your attention is hereby directed to the following:

I, Angela Calvillo, Clerk of the Board of the City and County of San Francisco, California do hereby certify that the annexed Ordinance No. 3975 is a full, true and correct copy of the original thereof on file in this office.

IN WITNESS, WHEREOF, I have hereunto set my hand and affixed the official seal of the City and County of San Francisco, California this 9th day of April, 2021

4/9/2021
Date

Angela Calvillo
Clerk of the Board

Case: 19-30088    Doc# 12131-5    Filed: 04/08/22    Entered: 04/08/22 15:55:54    Page 2 of 3

AUTHORIZING EXECUTION OF CONTRACT WITH THE STATE OF CALIFORNIA FOR RELOCATION OF STATE HIGHWAY ADJACENT TO SAN FRANCISCO AIRPORT, PROVIDING FOR EXCHANGE OF LANDS, AND OTHER PROVISIONS INCIDENT TO CONTRACT.

Be it ordained by the People of the State of California, as follows:

Section 1. The relocation of the State Highway known as Bayshore Highway paralleling the San Francisco Airport is essential for the proper and safe conduct of said airport. The State of California has agreed to relocate said highway to the west of its present location, in accordance with that certain map entitled, "State of California, Department of Public Works, Division of Highways, Freeway Relocation adjacent to San Francisco Airport, District IV - SM-68-F," at a cost to the City of $1,250,000, so that the Bayshore Highway will be merged with that new highway to be known as a freeway which ultimately will accommodate four lanes of traffic in each direction, such traffic lanes to be separated by a dividing strip, to provide for a four-way traffic interchange structure of the clover leaf type at the intersection of San Bruno Avenue with freeway, a traffic interchange structure at the main entrance of the San Francisco Airport, a traffic interchange structure of the partial clover leaf type at the intersection of Millbrae Avenue and the relocated highway. To construct openings for drainage purposes under said freeway all at the State's expense and for the amount specified, and will construct at the cost of City, openings through and beneath the freeway required to provide crossings for utilities, other drainage structure or structures at certain designated parts of the freeway to connect with the drainage canal system of the City.

The State will abandon and convey to the City within the confines of City's expanded property from the intersection of San Bruno Avenue and said Bayshore Highway southerly to the southerly boundary line of the City Airport, all rights of way presently owned by the State and existing in said Bayshore Highway, and that area contiguous to the highway originally acquired by the State for the purpose of expanding Bayshore Highway.

The City shall convey to the State in fee simple, title to a strip of land 230 feet in width along the location of the proposed freeway and more particularly shown on that certain map entitled, "STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC WORKS, DIVISION OF HIGHWAYS, FREEWAY RELOCATION ADJACENT TO SAN FRANCISCO AIRPORT, DIST. IV, S.M.-68-F, APRIL 1946" and additional lands required for the clover leaf interchange of traffic, and the City shall pay to the State the cost of providing for construction of openings under the freeway for the accommodation of utilities, and City shall undertake the relocation and pay for the cost of relocation and adjustment of existing transmission lines owned by Pacific Gas and Electric Company, and further pay the cost of the construction and maintenance of drainage canals and structures to intercept and provide for drainage westerly of the relocated State highway.

Section 2. The Mayor, the Clerk of the Board of Supervisors and the Members of the Public Utilities Commission are hereby authorized to enter into a contract with the State of California to provide and pay for the work described in Section 1 of this ordinance, and in said contract to make such other provisions as may be deemed necessary and incident to the construction described, and to execute all documents necessary for the State to acquire title to the land over which the freeway shall pass.

Approved PUC Resolution No. 7364

Approved as to Form

Funds Available

Secretary

City Attorney

Controller
Subject to passage of Bill No. 4214 Ord. No.

Passed for Second Reading—Board of Supervisors
San Francisco, JUL 29 1946
Ayes: Supervisors Brown, Christopher, Colman, Gallagher, Lewis, MacPhee, Mancuso, McMurray, Mead, Meyer, Sullivan.

Noes: Supervisors

Absent Supervisors

John A. McGrath, ACTING Clerk

Read Second Time and Finally Passed—Board of Supervisors
San Francisco, August 12, 1946
Ayes: Supervisors Christopher, Colman, Gallagher, MacPhee, Mancuso, McMurray, Mead, Meyer, Sullivan.

Noes: Supervisors

Absent Supervisors Brown, Lewis.

I hereby certify that the foregoing ordinance was finally passed by the Board of Supervisors of the City and County of San Francisco.

John A. McGrath, ACTING Clerk
AUG 13 1946

Approved San Francisco,

Case: 19-30088   Doc# 12131-5   Filed: 04/08/22   Entered: 04/08/22 15:55:54   Page 3 of 3