KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

ROVENS LAMB LLP
Steven A. Lamb (#132534)
(slamb@rovenslamb.com)
1500 Rosecrans Avenue, Suite 418
Manhattan Beach, CA 90266
Tel: 310 536 7830

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **NOTICE OF HEARING ON REORGANIZED DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 2090 FILED BY AMIR SHAHMIRZA** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **Response Deadline:**<br>**April 26, 2022, 4:00 p.m. (Pacific Time)** |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Hearing Information If Timely Response Made:**<br>Date: May 10, 2022<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Tele/Videoconference Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

TO: (A) THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE; (B) THE OFFICE OF THE UNITED STATES TRUSTEE; (C) THE AFFECTED CLAIMANT; AND (D) OTHER PARTIES ENTITLED TO NOTICE:

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (the "**Debtors**," or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will hold a hearing on **May 10, 2022, at 10:00 a.m. (Pacific Time)** (the "**Omnibus Hearing**") before the Honorable Dennis Montali, United States Bankruptcy Judge. Pursuant to the Bankruptcy Court's *Eighth Amended General Order No. 38 In re: COVID-19 Public Health Emergency*, dated December 1, 2021, and until otherwise ordered, **all hearings shall be conducted by video or teleconference. The Courtroom will be closed.** All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about Court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that, in addition to any other matters to be heard at the Omnibus Hearing, the Bankruptcy Court is scheduled to hear the *Reorganized Debtors' Objection to Proof of Claim No. 2090 Filed By Amir Shahmirza*, filed by the Reorganized Debtors on April 8, 2022 [Dkt. No. 12130] (the "**Objection**"). By the Objection, the Reorganized Debtors seek to disallow and expunge Proof of Claim Number 2090 (the "**Proof of Claim**"), filed by Amir Shahmirza (the "**Claimant**"), on the ground that it seeks amounts for which the Debtors are not liable. In deciding the Objection, the Court may consider any other document filed in these Chapter 11 Cases and related Adversary Proceedings.

**FILING AND SERVICE OF RESPONSE:** If the Claimant opposes the disallowance of the Proof of Claim referenced above, then the Claimant MUST file a response (a "**Response**"), in writing, with the Bankruptcy Court, and serve it on the counsel for the Reorganized Debtors at PGEclaims@kbkllp.com so as to be received by no later than **4:00 p.m. (Pacific Time) on April 26, 2022 (the "Response Deadline")**. The Response must be filed through the Court's electronic case filing ("ECF") system if the Claimant has access to the ECF system; service on the Reorganized Debtors' Counsel will occur automatically upon ECF filing; and no separate service of the Response is required. If the Claimant does NOT have access to the ECF system, service must be made by electronic mail to the Reorganized Debtors' counsel at PGEclaims@kbkllp.com, and the Claimant must arrange for the Response to be filed with the Court within two business days thereafter. If the Claimant does not have the ability to serve a Response electronically, the Response must be served by mail, express or some other means so either (a) it is actually received by the Reorganized Debtors' Counsel by the Response Deadline, or (b) it is dispatched not later than the Response Deadline through a postal or commercial express service that will make actual delivery not more than two business days after the Response Deadline, and in that case the Claimant must inform the Reorganized Debtors' counsel by email, telephone or facsimile before the Response Deadline of the fact that a paper Response is being delivered by express.

**Any Response must be accompanied by any declarations or memoranda of law the Claimant wishes to present in support of its position.**

**If there is no timely Response, the Bankruptcy Court may enter an order granting the Objection and disallowing and expunging the Proof of Claim by default without a hearing.**

**If a timely Response is filed, the Omnibus Hearing will be held at the date and time shown above. If factual disputes are presented by the Objection and the Response, the Omnibus Hearing will proceed as a status conference; factual disputes will <u>not</u> be decided at the Omnibus Hearing, but at a future evidentiary hearing that may be set at the Omnibus Hearing. Issues of a purely legal nature, where facts are not in dispute, may be decided at the Omnibus Hearing. See Bankruptcy Local Rule 3007-1.**

**PLEASE TAKE FURTHER NOTICE** that copies of the Objection and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Reorganized Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: April 8, 2022

**KELLER BENVENUTTI KIM LLP**
**ROVENS LAMB LLP**

By: _____*/s/ Thomas B. Rupp*_____
Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*