1 | RICHARD A. MARSHACK, #107291
rmarshack@marshackhays.com
2 | LAILA MASUD, #311731
lmasud@marshackhays.com
3 | MARSHACK HAYS LLP
870 Roosevelt
4 | Irvine, California 92620
Telephone: (949) 333-7777
5 | Facsimile: (949) 333-7778

6 | Gerald Singleton, SBN 208783
Gary LoCurto, SBN 270372
7 | SINGLETON SCHREIBER LLP
450 A Street, 5th Floor
8 | San Diego, CA 92101
Tel: (619) 333-7479
9 | Email: gsingleton@singletonschreiber.com
        glocurto@singletonschreiber.com
10 |

Attorneys for SLF Fire Victims Claimants

11 |

12 | UNITED STATES BANKRUPTCY COURT

13 | NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

14 | In re                                    | Case No. 19-30088 (DM)

15 | PG&E CORPORATION,                         | Chapter 11

16 | and                                      | (Lead Case-Jointly Administered)

17 | PACIFIC GAS AND ELECTRIC                  | **CERTIFICATE OF SERVICE RE:
COMPANY                                     MOTION TO ALLOW/DEEM**
18 |         Debtors.                         | **TIMELY LATE FILING OF
                                              PROOF OF CLAIM BY**

19 | Affects:                                 | **DAVE WILFORD, CAROLYN
                                              MARIE ABBOTT, DAVID**
20 | ☐ PG&E Corporation                       | **BRADLEY ABBOTT, MICHELLE
☐ Pacific Gas & Electric Company            MARIE ABBOTT, C.W.A.W.**
21 | ☒ Both Debtors                           | **(MINOR), AND R.E.A. (MINOR);
                                              MEMORANDUM OF POINTS**
22 |                                          | **AND AUTHORITIES;
*All papers shall be filed in the Lead      DECLARATION OF ALICIA**
23 | Case,                                    | **ZIMMERMAN IN SUPPORT**
No. 19-3008 (DM)
24 |

25 | / / /

26 |

27 | / / /

28 | / / /

I, LAYLA BUCHANAN, do declare and state as follows:

1.     I am employed in Orange County in the State of California. I am over the age of 18 and not a party to this action.  My business address is 870 Roosevelt, Irvine, California 92620.

2.     I certify that on April 8, 2022, I caused a true and correct copy of the following document to be served via e-mail on the Standard Party Email Service List attached hereto as **Exhibit A**:

> MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM BY DAVE WILFORD, CAROLYN MARIE ABBOTT, DAVID BRADLEY ABBOTT, MICHELLE MARIE ABBOTT, C.W.A.W. (MINOR), AND R.E.A. (MINOR); MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF ALICIA ZIMMERMAN IN SUPPORT

3.     I certify that on April 8, 2022, I caused a true and correct copy of the above document to be served via First Class Mail on the Standard Party First Class Mail Service List attached hereto as **Exhibit B**.

4.     I certify that on April 8, 2022, I caused a true and correct Chambers Copy of the above document to be served via First Class Mail on the Honorable Judge Dennis Montali at the address listed here:

> Hon. Dennis Montali – "Chambers Copies"
> U.S. Bankruptcy Judge
> Mail Box 36099
> 450 Golden Gate Avenue
> San Francisco, CA 94102

/ / /

/ / /

/ / /

/ / /

/ / /

1    5.    I have reviewed the Notice of Electronic Filing for the above-listed

2  document, and I understand that the parties listed in each NEF as having received

3  notice through electronic mail were electronically served with that document through

4  the Court's Electronic Case Filing System.

5          I declare under penalty of perjury under the laws of the United States of

6  America that the foregoing is true and correct and that if called upon to witness, I

7  could and would testify competently thereto.

8          Executed on April 8, 2022, at Irvine, California.

9                                          /s/ Layla Buchanan
                                          LAYLA BUCHANAN
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit "A"

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Debtor | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | stephen.karotkin@weil.com<br>matthew.goren@weil.com<br>jessica.liou@weil.com |
| Counsel to Debtor | Keller Benvenutti Kim LLP | Attn: Tobias S. Keller, Jane Kim | tkeller@kbkllp.com<br>jkim@kbkllp.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola, Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo | fmerola@stroock.com<br>khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities, Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Sean A. Mitchell, Neal P. Donnelly | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>smitchell@paulweiss.com |
| Office of the United States Trustee | Office of The United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov |
| Counsel to the Federal Energy Regulatory Commission | U.S. Department of Justice, Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Kirk Manhardt, Matthew Troy, Marc S. Sacks, Shane Huang, Michael S. Tye, Rodney A. Morris | shane.huang@usdoj.gov<br>michael.tye@usdoj.gov<br>Rodney.Morris2@usdoj.gov |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Gregory A. Bray, Thomas R. Kreller, Samir L. Vora | Gbray@milbank.com<br>TKreller@milbank.com<br>svora@milbank.com |
| Counsel for Official Committee of Tort Claimants | Baker & Hostetler, LLP | Attn: Eric E. Sagerman, Lauren T. Attard, Robert A. Julian, Cecily A. Dumas | esagerman@bakerlaw.com<br>lattard@bakerlaw.com<br>rjulian@bakerlaw.com<br>cdumas@bakerlaw.com |

# Exhibit "B"

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Debtors | PG&E Corporation | Attn: President or General Counsel | 77 Beale Street | P.O. Box 77000 | San Francisco | CA | 94177 |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel | U.S. NRC Region IV | 1600 E. Lamar Blvd. | Arlington | TX | 76011 |