**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:    (212) 310-8000
Fax:    (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:    (415) 496-6723
Fax:    (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR APRIL 12, 2022, 10:00 A.M. OMNIBUS HEARING**<br><br>Date: April 12, 2022<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Zoom Videoconference<br>    United States Bankruptcy Court<br>    Courtroom 17, 16th Floor<br>    San Francisco, CA 94102 |

**PROPOSED AGENDA FOR
APRIL 12, 2022, 10:00 A.M. (PACIFIC TIME)
OMNIBUS HEARING**

**I:    MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*CONTESTED MATTERS GOING FORWARD*

1.  **Greenberg Motion to Amend Claims:** *Creditor Todd Greenberg's Motion to Amend Claims Numbered 77335 and 76018* [**Dkt. 11992**].

    Responses Filed:

    A.  Pacific Gas and Electric Company's Opposition to Todd Greenberg's Motion to Amend Claims Numbered 77335 and 76018 (Greenberg Claims) [**Dkt. 12059**].

    B.  Declaration of Jennifer L. Dodge in Support of Pacific Gas and Electric Company's Opposition to Todd Greenberg's Motion to Amend Claims Numbered 77335 and 76018 (Greenberg Claims) [**Dkt. 12060**].

    Related Documents:

    C.  Reorganized Debtors' Fortieth Omnibus Objection to Claims (No Liability / Passthrough Claims) [**Dkt. 9455**].

    D.  Reorganized Debtors' One Hundred Tenth Omnibus Objection to Clai Nos. 76018 and 78381 (Greenberg Claims) [**Dkt. 11420**].

    E.  Stipulation Regarding Scheduling of Creditor Todd Greenberg's Motion to Amend Claims Numbered 77335 and 76018 [**Dkt. 12036**].

    F.  Reply Memo in Support of Creditor Todd Greenberg's Motion to Amend Claims Numbered 77335 and 76018 [**Dkt. 12081**].

    G.  Status Conference Statement Regarding Reorganized Debtors' Objections to Claims of Todd Greenberg (Claims Nos. 76018, 77335, 78381) [**Dkt. 12145**].

    Related Order:

    H.  Order Approving Stipulation Regarding Scheduling of Creditor Todd Greenberg's Motion to Amend Claims Numbered 77335 and 76018 [**Dkt. 12041**].

    Status:  This matter is going forward as a scheduling conference.

**Matters 2 and 3 will be heard together.**

  2.  **Tuscan Ridge Motion to Modify Plan Injunction:** *Motion for Relief from Plan Injunction, to Compel Arbitration and/or for Abstention* [**Dkt. 11066**].

    <u>Responses Filed</u>:

    A. Stipulation to Extend Time with Respect to Fulcrum Credit Partners LLC's Motion for Relief from Plan Injunction, to Compel Arbitration and/or for Abstention [**Dkt. 11159**].

    B. Reorganized Debtors' Opposition to Motion for Relief from Plan Injunction, to Compel Arbitration and/or for Abstention [**Dkt. 11263**].

    C. Declaration of Laura L. Goodman in Support of Reorganized Debtors' Opposition to Motion for Relief from Plan Injunction, to Compel Arbitration and/or for Abstention [**Dkt. 11264**].

    D. Reorganized Debtors' Objections to Declaration of Scott Bates [**Dkt. 11265**].

    E. Reorganized Debtors' Status Conference Statement Regarding Motion for Relief from Plan Injunction and Objection to Claim of Fulcrum Credit Partners, LLC [**Dkt. 11546**].

    F. Reorganized Debtors' Supplemental Status Conference Statement [**Dkt. 11627**].

    G. Reorganized Debtors' Status Conference Statement and Request for Revised Scheduling Order [**Dkt. 12128**].

    <u>Related Documents</u>:

    H. Reply to Opposition to Motion for Relief from Plan Injunction, to Compel Arbitration and/or for Abstention [**Dkt. 11305**].

    I. Status Report by Fulcrum Credit Partners, LLC and Tuscan Ridge Associates, LLC [**Dkt. 11543**].

    J. Fulcrum Credit Partners, LLC's and Tuscan Ridge Associates' Response to Reorganized Debtors' "Supplemental Status Report" [**Dkt. 11629**].

    K. Stipulation Confirming Application of Confidentiality and Protective Order to Tuscan Ridge Disputes [**Dkt. 12124**].

    L. Fulcrum Credit Partners, LLC & Tuscan Ridge Associates, LLC's Status

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Conference Statement [**Dkt. 12143**].

Related Orders:

M. Docket Text Order [November 5, 2021].

N. Tentative Ruling Regarding Schedule for Adjudication and Arbitration of Issues [**Dkt. 11628**].

O. Order Approving Stipulation Confirming Application of Confidentiality and Protective Order to Tuscan Ridge Disputes [**Dkt. 12127**].

Status: This matter is going forward as a scheduling conference.

3. **Tuscan Ridge Claim Objection:** *Reorganized Debtors' Objection to Proof of Claim No. 58562 Filed by Fulcrum Credit Partners LLC as Transferee of Tuscan Ridge Associates, LLC* [**Dkt. 11288**].

Responses Filed:

A. Response to Reorganized Debtors' Objection to Proof of Claim No. 58562 Filed by Fulcrum Credit Partners LLC as Transferee of Tuscan Ridge Associates, LLC [**Dkt. 11479**].

B. Status Report by Fulcrum Credit Partners, LLC and Tuscan Ridge Associates, LLC [**Dkt. 11543**].

C. Fulcrum Credit Partners, LLC's and Tuscan Ridge Associates' Response to Reorganized Debtors' "Supplemental Status Report" [**Dkt. 11629**].

D. Fulcrum Credit Partners, LLC & Tuscan Ridge Associates, LLC's Status Conference Statement [**Dkt. 12143**].

Related Documents:

E. Declaration of Elouise Jadhav in Support of Reorganized Debtors' Objection to Proof of Claim No. 58562 Filed by Fulcrum Credit Partners LLC as Transferee of Tuscan Ridge Associates, LLC [**Dkt. 11289**].

F. Declaration of Laura L. Goodman in Support of Reorganized Debtors' Objection to Proof of Claim No. 58562 Filed by Fulcrum Credit Partners LLC as Transferee of Tuscan Ridge Associates, LLC [**Dkt. 11291**].

G. Reorganized Debtors' Reply in Support of Objection to Proof of Claim No. 58562 Filed by Fulcrum Credit Partners LLC as Transferee of Tuscan Ridge Associates, LLC and Request for Scheduling Order [**Dkt. 11521**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

H.    Reorganized Debtors' Objections to Declarations of Scott Bates, Courtney McAlister, John Moreno, and Mark West in Support of the Response to Reorganized Debtors' Objection to Proof of Claim No. 58562 [Docket Nos. 11479-1, 11479-2, 11479-3, and 11479-4] [**Dkt. 11522**].

I.    Reorganized Debtors' Status Conference Statement Regarding Motion for Relief from Plan Injunction and Objection to Claim of Fulcrum Credit Partners, LLC [**Dkt. 11546**].

J.    Reorganized Debtors' Supplemental Status Conference Statement [**Dkt. 11627**].

K.    Stipulation Confirming Application of Confidentiality and Protective Order to Tuscan Ridge Disputes [**Dkt. 12124**].

L.    Reorganized Debtors' Status Conference Statement and Request for Revised Scheduling Order [**Dkt. 12128**].

Related Order:

M.    Tentative Ruling Regarding Schedule for Adjudication and Arbitration of Issues [**Dkt. 11628**].

N.    Order Approving Stipulation Confirming Application of Confidentiality and Protective Order to Tuscan Ridge Disputes [**Dkt. 12127**].

Status:  This matter is going forward as a scheduling conference.

## RESOLVED AND CONTINUED MATTERS

4.    **Ramirez Motion for Relief from Plan Injunction:** *Motion for Relief from Automatic Stay* [**Dkt. 11936**].

Status: This matter has been withdrawn by Stipulation [**Dkt. 12090**] and Order [**Dkt. 12094**].

5.    **City of Santa Clara dba Silicon Valley Power's Motion to Compel Assumption:** *City of Santa Clara dba Silicon Valley Power's Motion to Compel Assumption or Rejection of Executory Contract Concerning the Grizzly Development and Mokelumne Settlement Agreement* [**Dkt. 10998**].

Status:  This Motion has been continued to June 7, 2022, by Stipulation [**Dkt. 12011**] and Order [**Dkt. 12038**].

**Securities Omnibus Claims Objection:**

6. **Eighteenth (Duplicate Claims)** [**Dkt. 11674**]. This Securities Omnibus Objection was granted as to all Claims (except those discussed below) by **Dkt. 11818**. This matter has been resolved as to the Claims listed in **Dkt. 11967** and **Dkt. 12111**.

**Omnibus Claims Objection:**

7. **Seventy-Ninth (Books and Records Claims)** [**Dkt. 10673**]. This Omnibus Objection was granted as to most claims by **Dkt. 10858**. It has been continued to May 10, 2022, as to Marsh Landing, LLC [**Dkt. 12105**].

**Late Claim Motions:**

8. **Booth** [**Dkt. 12013**]. This matter has been resolved by Stipulation [**Dkt. 12061**] and taken off calendar by Order [**Dkt. 12082**].

9. **Bruno** [**Dkt. 12015**]. This matter has been resolved by Stipulation [**Dkt. 12062**] and taken off calendar by Order [**Dkt. 12083**].

10. **Faber** [**Dkt. 12017**]. This matter has been resolved by Stipulation [**Dkt. 12063**] and taken off calendar by Order [**Dkt. 12084**].

11. **Gummer** [**Dkt. 12019**]. This matter has been resolved by Stipulation [**Dkt. 12064**] and taken off calendar by Order [**Dkt. 12086**].

12. **Lopez** [**Dkt. 12021**]. This matter has been resolved by Stipulation [**Dkt. 12065**] and taken off calendar by Order [**Dkt. 12087**].

13. **Murphy** [**Dkt. 12027**]. This matter has been resolved by Stipulation [**Dkt. 12066**] and taken off calendar by Order [**Dkt. 12088**].

14. **Sunia** [**Dkt. 12029**]. This matter has been resolved by Stipulation [**Dkt. 12067**] and taken off calendar by Order [**Dkt. 12089**].

15. **Mason** [**Dkt. 12023**]. This matter has been withdrawn [**Dkt. 12073**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: April 11, 2022

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: */s/ Thomas B. Rupp*
      Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*