# Exhibit 1

**Duplicate Claims**

Twenty-First Securities Claims Omnibus Objection
(Duplicate Claims)

Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| | | Claim(s) to be Disallowed and Expunged | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|---|
| No. | Name and Address of Claimant | Claim# | Debtor | Claim Amount and Priority[1] | Basis For Objection | Name and Address of Claimant | Claim# | Debtor | Claim Amount and Priority |
| 1 | Agnes H. Smith Trust<br>Amy W. McBennett, Trustee<br>916 Blenheim Drive<br>Raleigh, NC 27612 | 98396 | PG&E Corporation | Unsecured: $6,877.28 | Duplicate Claim | Agnes H. Smith Trust<br>Amy W. McBennett, Trustee<br>916 Blenheim Drive<br>Raleigh, NC 27612 | 106571 | PG&E Corporation | Unsecured: $6,877.28 |
| 2 | Agnes H. Smith Trust<br>Amy W. McBennett, Trustee<br>916 Blenheim Drive<br>Raleigh, NC 27612 | 106570 | PG&E Corporation | Unsecured: $6,877.28 | Duplicate Claim | | | | |
| 3 | Birte Ann Bugelli & Emanuel Bugelli Jt Ten<br>5455 Landmark Pl Unit 1213<br>Greenwood Village, CO 80111-1958 | 99844 | PG&E Corporation | Unsecured: $10,455.09 | Duplicate Claim | BIRTE ANN BUGELLI & EMANUEL BUGELLI JT TEN<br>5455 LANDMARK PL UNIT 1213<br>GREENWOOD VILLAGE, CO 80111-1958 | 106620 | PG&E Corporation | Unsecured: $10,455.09 |
| 4 | Casto, Mark A.<br>7570 W. Parkside Drive<br>Youngstown, OH 44512 | 98406 | PG&E Corporation | Unsecured: $1,304.10 | Duplicate Claim | Casto, Mark A<br>7570 W Parkside Dr.<br>Youngstown, OH 44512 | 100261 | PG&E Corporation | Unsecured: $1,304.10 |
| 5 | Daraskavich, Matthew<br>13811 Burning Tree Lane<br>Plymouth, MI 48170 | 104148 | PG&E Corporation | Unsecured: $43.76 | Duplicate Claim | Daraskavich, Matthew<br>13811 Burning Tree Lane<br>Plymouth, MI 48170 | 104321 | PG&E Corporation | Unsecured: $43.76 |
| 6 | Daraskavich, Matthew<br>13811 Burning Tree Lane<br>Plymouth, MI 48170 | 104444 | PG&E Corporation | Unsecured: $43.76 | Duplicate Claim | | | | |
| 7 | FLETCHER FAMILY TRUST<br>22129 N SAN RAMON DRIVE<br>SUN CITY WEST, AZ 85375 | 98354 | PG&E Corporation | Unsecured: $35,904.66 | Duplicate Claim | FLETCHER FAMILY TRUST<br>22129 N SAN RAMON DRIVE<br>SUN CITY WEST, AZ 85375 | 98940 | PG&E Corporation | Unsecured: $35,904.66 |
| 8 | Gorud, Jay D.<br>Morgan Stanley<br>c/o Tricia S. O'Neil<br>One Financial Plaza, 19th Fl.<br>Providence, RI 02903 | 105394 | PG&E Corporation | Unsecured: $1,715.65 | Duplicate Claim | Gorud, Jay D<br>Morgan Stanley<br>c/o Tricia S. O'Neil<br>One Financial Plaza, 19th Fl<br>Providence , RI 02903 | 103839 | PG&E Corporation | Unsecured: $1,715.65 |
| 9 | Hartford Balanced HLS Fund<br>Class Action Claims Management<br>11121 Carmel Commons Blvd, Suite 370<br>Attn: Mke Egan<br>Charlotte, NC 28226-4561 | 101964 | Pacific Gas and Electric Company | Unsecured: $3,888,118.64 | Duplicate Claim | Hartford Balanced HLS Fund<br>Attn: Mike Egan<br>Class Action Claims Management<br>11121 Carmel Commons Blvd<br>Suite 370<br>Charlotte, NC 28226-4561 | 101161 | Pacific Gas and Electric Company | Unsecured: $3,888,118.64 |
| 10 | Hartford Global Capital Appreciation Fund<br>Class Action Claims Management<br>Attn: Mike Egan<br>11121 Carmel Commons Blvd.<br>Suite 370<br>Charlotte, NC 28226-4561 | 102044 | PG&E Corporation | Unsecured: $797,524.30 | Duplicate Claim | Hartford Global Capital Appreciation Fund<br>Class Action Claims Management<br>Attn: Mike Egan<br>11121 Carmel Commons Blvd<br>Suite 370<br>Charlotte, NC 28226-4561 | 101294 | PG&E Corporation | Unsecured: $797,524.30 |
| 11 | Hartford Global Real Asset Fund<br>Attn: Mike Egan<br>Class Action Claims Management<br>11121 Carmel Commons Blvd<br>Suite 370<br>Charlotte, NC 28226-4561 | 101282 | PG&E Corporation | Unsecured: $58,694.17 | Duplicate Claim | Hartford Global Real Asset Fund<br>Attn: Mike Egan<br>Class Action Claims Management<br>11121 Carmel Commons Blvd<br>Suite 370<br>Charlotte, NC 28226-4561 | 101960 | PG&E Corporation | Unsecured: $58,694.17 |

[1] Claims listed as $0.00 seek an unliquidated amount.

Case: 19-30088    Doc# 12149-1    Filed: 04/12/22    Entered: 04/12/22 20:08:13    Page 2 of 9

| | Claim(s) to be Disallowed and Expunged | | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|---|
| No. | Name and Address of Claimant | Claim# | Debtor | Claim Amount and Priority[1] | Basis For Objection | Name and Address of Claimant | Claim# | Debtor | Claim Amount and Priority |
| 12 | Hartford Multi Asset Income & Growth Fund<br>Class Action Claims Management<br>Attn: Mike Egan<br>11121 Carmel Commons Blvd<br>Suite 370<br>Charlotte, NC 28226-4561 | 101993 | Pacific Gas and Electric Company | Unsecured: $132,7515.00 | Duplicate Claim | Hartford Multi Asset Income & Growth Fund<br>Class Action Claims Management<br>Attn: Mike Egan<br>11121 Carmel Commons Blvd<br>Suite 370<br>Charlotte, NC 28226-4561 | 101264 | Pacific Gas and Electric Company | Unsecured: $132,7515.00 |
| 13 | Hartford Multifactor Low Volatility US Equity ETF<br>Class Action Claims Management<br>Attn: Mike Egan<br>11121 Carmel Commons Blvd<br>Suite 370<br>Charlotte, NC 28226-4561 | 101328 | PG&E Corporation | Unsecured: $0.00 | Duplicate Claim | Hartford Multifactor Low Volatility US Equity ETF<br>Class Action Claims Management<br>Attn: Mike Egan<br>11121 Carmel Commons Blvd<br>Suite 370<br>Charlotte, NC 28226-4561 | 102081 | PG&E Corporation | Unsecured: $0.00 |
| 14 | Hartford Total Return Bond ETF<br>Class Action Claims Management<br>Attn: Mike Egan<br>11121 Carmel Commons Blvd, Suite 370<br>Charlotte, NC 28226-4561 | 101958 | Pacific Gas and Electric Company | Unsecured: $87,086.02 | Duplicate Claim | Hartford Total Return Bond ETF<br>Class Action Claims Management<br>Attn: Mike Egan<br>11121 Carmel Commons Blvd<br>Suite 370<br>Charlotte, NC 28226-4561 | 101204 | Pacific Gas and Electric Company | Unsecured: $87,086.02 |
| 15 | Hartford Ultrashort Bond HLS Fund<br>Attn: Mike Egan<br>Class Action Claims Management<br>11121 Carmel Commons Blvd<br>Suite 370<br>Charlotte, NC 28226-4561 | 102111 | Pacific Gas and Electric Company | Unsecured: $3,475,000.00 | Duplicate Claim | Hartford Ultrashort Bond HLS Fund<br>Attn: Mike Egan<br>Class Action Claims Management<br>11121 Carmel Commons Blvd<br>Suite 370<br>Charlotte, NC 28226-4561 | 101168 | Pacific Gas and Electric Company | Unsecured: $3,475,000.00 |
| 16 | HIMCO Duration Matched Division Ser II<br>Attn: Mike Egan<br>Class Action Claims Management<br>11121 Carmel Commons Blvd<br>Suite 370<br>Charlotte, NC 28226-4561 | 102069 | Pacific Gas and Electric Company | Unsecured: $128,400.03 | Duplicate Claim | HIMCO Duration Matched Division Ser II<br>Class Action Claims Management<br>Attn: Mike Egan<br>11121 Carmel Commons Blvd<br>Suite 370<br>Charlotte, NC 28226-4561 | 101981 | Pacific Gas and Electric Company | Unsecured: $128,400.03 |
| 17 | HIMCO US Aggregate Bond Index Division<br>Attn: Mike Egan<br>Class Action Claims Management<br>11121 Carmel Commons Blvd.<br>Suite 370<br>Charlotte, NC 28266-4561 | 102003 | Pacific Gas and Electric Company | Unsecured: $510,078.44 | Duplicate Claim | HIMCO US Aggregate Bond Index Division<br>Class Action Claims Management<br>Attn: Mike Egan<br>11121 Carmel Commons Blvd<br>Suite 370<br>Charlotte, NC 28226-4561 | 100877 | Pacific Gas and Electric Company | Unsecured: $510,078.44 |
| 18 | Himco Vit Index Fund<br>Class Action Claims Management<br>Attn: Mike Egan<br>11121 Carmel Commons Blvd<br>Suite 370<br>Charlotte, NC 28226-4561 | 102107 | PG&E Corporation | Unsecured: $96,327.88 | Duplicate Claim | HIMCO VIT Index Fund<br>Class Action Claims Management<br>Attn: Mike Egan<br>11121 Carmel Commons Blvd<br>Suite 370<br>Charlotte, NC 29226-4561 | 100853 | PG&E Corporation | Unsecured: $96,327.88 |
| 19 | HIMCO VIT Portfolio Diversifier Fund<br>Class Action Claims Management<br>Attn: Mike Egan<br>11121 Carmel Commons Blvd., Suite 370<br>Charlotte, NC 28226-4561 | 102062 | PG&E Corporation | Unsecured: $23,868.08 | Duplicate Claim | HIMCO VIT Portfolio Diversifier Fund<br>Class Action Claims Management<br>Attn: Mike Egan<br>11121 Carmel Commons Blvd., Suite 370<br>Charlotte, NC 28226-4561 | 100883 | PG&E Corporation | Unsecured: $23,868.08 |
| 20 | HOWLAND, JANET K<br>C/O TRICIA S O'NEIL<br>MORGAN STANLEY<br>ONE FINANCIAL PLAZA, 19TH FL<br>PROVIDENCE, RI 02903 | 103837 | PG&E Corporation | Unsecured: $2,667.56 | Duplicate Claim | Howland, Janet K.<br>Morgan Stanley<br>c/o Tricia S. O'Neil<br>One Financial Plaza, 19th Fl.<br>Providence, RI 02903 | 105366 | PG&E Corporation | Unsecured: $2,667.56 |
| 21 | JHVIT Core Bond Trust<br>John Hancock Investments<br>197 Clarendon Street<br>Boston, MA 02116 | 107079 | PG&E Corporation | Unsecured: $0.00 | Duplicate Claim | JHVIT Core Bond Trust<br>John Hancock Investments<br>197 Clarendon Street<br>Boston, MA 02116 | 107088 | PG&E Corporation | Unsecured: $0.00 |

| | Claim(s) to be Disallowed and Expunged | | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|---|
| No. | Name and Address of Claimant | Claim# | Debtor | Claim Amount and Priority[1] | Basis For Objection | Name and Address of Claimant | Claim# | Debtor | Claim Amount and Priority |
| 22 | John Hancock Core Bond Fund<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107657 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | John Hancock Core Bond Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107668 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 23 | John Hancock Core Bond Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107648 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | | | | |
| 24 | John Hancock Core Bond Trust<br>525 Market Street, Floor 12<br>San Francisco, CA 94105 | 107563 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | | | | |
| 25 | John Hancock Core Bond Trust<br>525 Market Street, Floor 12<br>San Francisco, CA 94105 | 107568 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | John Hancock Core Bond Fund<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107639 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 26 | John Hancock Core Bond Trust<br>525 Market Street, Floor 12<br>San Francisco, CA 94105 | 107554 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | John Hancock Core Bond Fund<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107641 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 27 | John Hancock Core Bond Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107573 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | John Hancock Core Bond Fund<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107650 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 28 | John Hancock Core Bond Trust<br>525 Market Street, Floor 12<br>San Francisco, CA 94105 | 107576 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | John Hancock Core Bond Fund<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107658 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 29 | John Hancock Core Bond Trust<br>525 Market Street, Floor 12<br>San Francisco, CA 94105 | 107555 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | John Hancock Core Bond Fund<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107661 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 30 | John Hancock Core Bond Trust<br>525 Market Street, Floor 12<br>San Francisco, CA 94105 | 107583 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | John Hancock Core Bond Trust<br>525 Market Street floor 12<br>San Francisco, CA  94105 | 107672 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 31 | John Hancock Core Bond Trust (JHCBT)<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107741 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | John Hancock Core Bond Trust (JHCBT)<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107824 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 32 | Kapitalforeningen PenSam Invest PSI 21 Nordamerikanske Aktier<br>c/o Kessler Topaz Meltzer & Check, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087 | 101152 | PG&E Corporation | Unsecured: $0.00 | Duplicate Claim | Kapitalforeningen PenSam Invest PSI 21 Nordamerikanske Aktier<br>c/o Kessler Topaz Meltzer & Check, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087 | 102657 | PG&E Corporation | Unsecured: $0.00 |

| | Claim(s) to be Disallowed and Expunged | | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|---|
| No. | Name and Address of Claimant | Claim# | Debtor | Claim Amount and Priority[1] | Basis For Objection | Name and Address of Claimant | Claim# | Debtor | Claim Amount and Priority |
| 33 | Lovgren, Keith<br>8420 N Sixth St<br>Fresno, CA 93720 | 98789 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Lovgren, Keith Chester<br>8420 N. 6th Street<br>Fresno, CA 93720 | 98683 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 34 | Phelps, Randy<br>317 N. Palo Cedro Dr<br>Diamond Bar, CA 91765 | 103938 | PG&E Corporation | Unsecured: $6,167.00 | Duplicate Claim | Phelps, Randy<br>317 N. Palo Cedro Dr.<br>Diamond Bar, CA 91765 | 103959 | PG&E Corporation | Unsecured: $6,167.00 |
| 35 | Principal Funds, Inc. - Global Diversified Income Fund<br>c/o Principal Global Investors, LLC<br>711 High Street<br>Des Moines, IA 50392-0800 | 101626 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Principal Funds, Inc. - Global Diversified Income Fund<br>c/o Principal Global Investors, LLC<br>711 High Street<br>Des Moines, IA 50392-0800 | 101739 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 36 | Principal Funds, Inc. - Global Diversified Income Fund<br>c/o Principal Global Investors, LLC<br>711 High Street<br>Des Moines, IA 50392-0800 | 101772 | PG&E Corporation | Unsecured: $0.00 | Duplicate Claim | Principal Funds, Inc. - Global Diversified Income Fund<br>c/o Principal Global Investors, LLC<br>711 High Street<br>Des Moines, IA 50392-0800 | 101900 | PG&E Corporation | Unsecured: $0.00 |
| 37 | Russell 1000 Value Index Trust Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102529 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Russell 1000 Value Index Trust Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102091 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 38 | The Hartford Global All-Asset Fund<br>Class Action Claims Management<br>Attn: Mike Egan<br>11121 Carmel Commons Blvd<br>Suite 370<br>Charlotte, NC 28226-4561 | 102001 | PG&E Corporation | Unsecured: $9,281.42 | Duplicate Claim | The Hartford Global All-Asset Fund<br>Attn: Mike Egan<br>Class Action Claims Management<br>11121 Carmel Commons Blvd<br>Suite 370<br>Charlotte, NC 28226-4561 | 101192 | PG&E Corporation | Unsecured: $9,281.42 |
| 39 | The Hartford Strategic Income Fund<br>Class Action Claims Management<br>Attn: Mike Egan<br>11121 Carmel Commons Blvd<br>Suite 370<br>Charlotte, NC 28226-4561 | 102027 | Pacific Gas and Electric Company | Unsecured: $976,812.20 | Duplicate Claim | The Hartford Strategic Income Fund<br>Attn: Mike Egan<br>Class Action Claims Management<br>1121 Carmel Commons Blvd<br>Suite 370<br>Charlotte, NC 28226-4561 | 101189 | Pacific Gas and Electric Company | Unsecured: $976,812.20 |
| 40 | The Hartford Total Return Bond Fund<br>Class Action Claims Management<br>Attn: Mike Egan<br>11121 Carmel Commons Blvd, Suite 370<br>Charlotte, NC 28226-4561 | 101956 | Pacific Gas and Electric Company | Unsecured: $4,698,521.25 | Duplicate Claim | The Hartford Total Return Bond Fund<br>Attn: Mike Egan<br>Class Action Claims Management<br>1121 Carmel Commons Blvd<br>Suite 370<br>Charlotte, NC 28226-4561 | 101383 | Pacific Gas and Electric Company | Unsecured: $4,698,521.25 |
| 41 | The State of Oregon by and through the Oregon Investment Council on behalf of the Oregon Public Employees Retirement Fund<br>Oregon State Treasury<br>c/o Michael Viteri<br>16290 SW Upper Boones Ferry Road<br>Tigard, OR 97224 | 101363 | PG&E Corporation | Unsecured: $28,036,569 | Duplicate Claim | The State of Oregon by and through the Oregon Investment Council on behalf of the Oregon Public Employees Retirement Fund<br>Oregon State Treasury<br>c/o Michael Viteri<br>16290 SW Upper Boones Ferry Road<br>Tigard, OR 97224 | 101850 | PG&E Corporation | Unsecured: $28,036,569 |
| 42 | Thomas, Albert L.<br>2979 Uinta St Apt 201<br>Denver, CO 80238 | 105456 | PG&E Corporation | Unsecured: $24,292.00 | Duplicate Claim | Thomas, Albert L.<br>2979 Uinta St Apt 201<br>Denver, CO 80238 | 105463 | PG&E Corporation | Unsecured: $24,292.00 |
| 43 | Thomas, Albert L.<br>2979 Uinta St. Apt 201<br>Denver, CO 80235 | 105501 | PG&E Corporation | Unsecured: $27,204.00 | Duplicate Claim | Thomas, Albert L.<br>2979 Uinta St Apt 201<br>Denver, CO 80238 | 105483 | PG&E Corporation | Unsecured: $27,204.00 |

Twenty-First Securities Claims Omnibus Objection
(Duplicate Claims)

Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| | | Claim(s) to be Disallowed and Expunged | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|---|
| No. | Name and Address of Claimant | Claim# | Debtor | Claim Amount and Priority[1] | Basis For Objection | Name and Address of Claimant | Claim# | Debtor | Claim Amount and Priority |
| 44 | Vanguard Annuity Equity Index Fund<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102492 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Annuity Equity Index Fund<br>Attn: Andrew Odorisio M35<br>The Vanguard Group<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102306 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 45 | Vanguard CA Intermediate Term Tax Exempt Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102497 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard CA Intermediate Term Tax Exempt Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge , PA 19482 | 102310 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 46 | Vanguard CA Long Term Tax Exempt Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102549 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard CA Long Term Tax Exempt Fund<br>Attn: Andrew Odorisio M35<br>The Vanguard Group<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102313 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 47 | Vanguard CA Tax Exempt Money Market<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102495 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard CA Tax Exempt Money Market<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge , PA 19482 | 102321 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 48 | Vanguard Capital Value Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102547 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Capital Value Fund<br>Attn: Andrew Odorisio M35<br>The Vanguard Group<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102314 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 49 | Vanguard Equity Income<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102560 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Equity Income<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102333 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 50 | Vanguard Equity Income Annuity Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102563 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Equity Income Annuity Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102320 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 51 | Vanguard Growth and Income Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102562 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Growth and Income Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102334 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 52 | Vanguard Growth and Income Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 101817 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Growth and Income Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102094 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 53 | Vanguard Growth and Income Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge , PA 19482 | 102538 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Growth and Income Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102196 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 54 | Vanguard Index 500 Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102507 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Index 500 Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102336 | Pacific Gas and Electric Company | Unsecured: $0.00 |

| | Claim(s) to be Disallowed and Expunged | | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|---|
| No. | Name and Address of Claimant | Claim# | Debtor | Claim Amount and Priority[1] | Basis For Objection | Name and Address of Claimant | Claim# | Debtor | Claim Amount and Priority |
| 55 | Vanguard Instit. Total Stock Market Index Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102448 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Instit. Total Stock Market Index Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102338 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 56 | Vanguard Institutional Index Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102509 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Institutional Index Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102342 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 57 | Vanguard Institutional Short-Term Bond Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102566 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Institutional Short-Term Bond Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102344 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 58 | Vanguard Large Cap Index Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102573 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Large Cap Index Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102532 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 59 | Vanguard Limited Term Tax Exempt Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102576 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Limited Term Tax Exempt Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102355 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 60 | Vanguard Mega Cap Index Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102578 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Mega Cap Index Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102501 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 61 | Vanguard Mega Cap Value Index Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102500 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Mega Cap Value Index Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102376 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 62 | Vanguard Municipal Cash Management Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102499 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Municipal Cash Management Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102379 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 63 | Vanguard Precious Metals & Mining Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102580 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Precious Metals & Mining Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102383 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 64 | Vanguard Russell 1000 Index Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102454 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Russell 1000 Index Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102436 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 65 | Vanguard Russell 1000 Value Index Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102583 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Russell 1000 Value Index Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102384 | Pacific Gas and Electric Company | Unsecured: $0.00 |

Case: 19-30088    Doc# 12149-1    Filed: 04/12/22    Entered: 04/12/22 20:08:13    Page 7 of 9

| | | Claim(s) to be Disallowed and Expunged | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|---|
| No. | Name and Address of Claimant | Claim# | Debtor | Claim Amount and Priority[1] | Basis For Objection | Name and Address of Claimant | Claim# | Debtor | Claim Amount and Priority |
| 66 | Vanguard Russell 3000 Index Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102315 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Russell 3000 Index Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102385 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 67 | Vanguard Selected Value Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102585 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Selected Value Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102386 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 68 | Vanguard Short Term Bond Index Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102587 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Short Term Bond Index Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102389 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 69 | Vanguard Short-Term Corporate Bond Index Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102311 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Short-Term Corporate Bond Index Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102392 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 70 | Vanguard Tax Managed Capital Appreciation Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102588 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Tax Managed Capital Appreciation Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>PO Box 1102<br>Valley Forge, PA 19482 | 102010 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 71 | Vanguard Tax-Managed Balanced-Equity<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102458 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Tax-Managed Balanced-Equity<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102410 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 72 | Vanguard Total Stock Market Index Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102593 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Total Stock Market Index Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 101744 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 73 | Vanguard Total World Stock Index Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102594 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Total World Stock Index Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>PO Box 1102<br>Valley Forge, PA 19482 | 101980 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 74 | Vanguard U.S. Value Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102603 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard U.S. Value Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 101753 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 75 | Vanguard Ultra-Short-Term Bond Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102309 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Ultra-Short-Term Bond Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102518 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 76 | Vanguard US Value Factor ETF<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102597 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard US Value Factor ETF<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>PO Box 1102<br>Valley Forge, PA 19482 | 101754 | Pacific Gas and Electric Company | Unsecured: $0.00 |

| | Claim(s) to be Disallowed and Expunged | | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|---|
| No. | Name and Address of Claimant | Claim# | Debtor | Claim Amount and Priority[1] | Basis For Objection | Name and Address of Claimant | Claim# | Debtor | Claim Amount and Priority |
| 77 | Vanguard Utilities Index Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102598 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Utilities Index Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 101649 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 78 | Vanguard Value Index Fund<br>The Vanguard Group<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102299 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Value Index Fund<br>Attn: Andrew Odorisio M35<br>The Vanguard Group<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102415 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 79 | Vanguard Windsor Fund<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102289 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Windsor Fund<br>Attn: Andrew Odorisio M35<br>The Vanguard Group<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102421 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 80 | Vanguard Windsor Fund<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 102291 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Vanguard Windsor Fund<br>Attn: Andrew Odorisio M35<br>Post Office Box 1102<br>Valley Forge, PA 19482 | 101616 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 81 | WILLIAM MCGOVERN IRA CHARLES SCHWAB CUST<br>4953 KIT CARSON DR<br>BROOMFIELD , CO 80023 | 104029 | PG&E Corporation | Unsecured: $1,021.05 | Duplicate Claim | WILLIAM MCGOVERN IRA CHARLES SCHWAB CUST<br>4953 KIT CARSON DR<br>BROOMFIELD , CO 80023 | 104651 | PG&E Corporation | Unsecured: $1,021.05 |
| 82 | WRIGHT, JOHN T<br>1911 N PEBBLE BEACH BLVD<br>SUN CITY CTR, FL 33573 | 100474 | Pacific Gas and Electric Company | Unsecured: $15,000.00 | Duplicate Claim | Wright, John T.<br>Stevan D. Wright<br>1911 N Pebble Beach Blvd.<br>Sun City Center, FL 33573 | 100412 | Pacific Gas and Electric Company | Unsecured: $15,000.00 |