# Exhibit A
## Justin R. Hughes Biography



## Justin R. Hughes
*Senior Director, Kroll Settlement Administration*



**CONTACT**
**P:** 215.430.6005
**E:** Justin.Hughes@kroll.com

Justin R. Hughes is a senior director in the Kroll Settlement Administration practice and leads the Securities Settlement Administration team. Justin has led the administration of securities class action settlements since 2003 and has personally managed hundreds of securities class action matters including the WorldCom Inc. Securities Litigation settlement (an over $6.12 billion settlement with over 900,000 claims), the Nortel I and Nortel II Securities Litigations (each over $1.1 billion settlements and over 470,000 claims combined), and the Bank of America Securities Litigation (an over $2.4 billion settlement with approximately 719,000 claims).

Over his 18-year tenure, Justin has held leadership roles in several nationally recognized class action claims administration companies while maintaining a hands-on business approach by personally overseeing engagements, ensuring the highest quality product and expert handling. Prior to joining Kroll Settlement Administration, Justin served for seven years as the Vice President of Class Action at a nationally recognized class action claims administration company and previously spent 11 years at a leading legal services administration company.

Justin is frequently sought after to provide guidance and support in developing and reviewing Plans of Allocation, SEC plans of distribution, and class action claims processes. Many of the industry procedures used today were introduced and implemented under Justin's leadership, including the current merger settlement administration process, which leverages a corporate action process to save on costs and alleviate the need for class members to file claims. Justin also has extensive experience handling a variety of unique settlement administration requirements, such as processing and calculating losses on a variety of different types of securities, handling complicated plans of allocation, management of stock distributions to class members, and managing efficient notice programs in the face of limited budgets.

Justin holds a Bachelor of Science in financial economics from Binghamton University in New York.