# Notice Recipients

District/Off: 0971−3    User: admin    Date Created: 4/14/2022
Case: 19−30088    Form ID: TRANSC    Total: 3

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Annadel A. Almendras | annadel.almendras@doj.ca.gov |
| aty | Jane Kim | jkim@kbkllp.com |
| aty | Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |

TOTAL: 3