# Notice Recipients

| District/Off: 0971–3 | User: admin | Date Created: 4/14/2022 |
|---|---|---|
| Case: 19–30088 | Form ID: TRANSC | Total: 6 |

**Recipients of Notice of Electronic Filing:**
aty    Diane C. Stanfield    diane.stanfield@alston.com
aty    Jamie P. Dreher    jdreher@downeybrand.com
aty    Jane Kim    jkim@kbkllp.com
aty    Richard A. Lapping    rich@trodellalapping.com

TOTAL: 4

**Recipients submitted to the Claims Agent (Prime Clerk):**
LAURA L. GOODMAN, ESQ.    Gough & Hancock LLP    50 California Street, Suite 1500    San Francisco, CA 94111
JENNIFER L. DODGE, ESQ.    Law Offices of Jennifer L. Dodge Inc.    2512 Artesia Blvd. Suite 300D    Redondo Beach, CA 90278

TOTAL: 2