1   Jacob M. Faircloth, Esq. (SB No. 305390)
    Bluestone Faircloth & Olson, LLP
2   1825 Fourth Street
    Santa Rosa, CA 95404
3   Telephone: (707) 526-4250
    Email: jacob@bfolegal.com
4
    Attorneys for Movants,
5   Johann A. Hall, Mallory L. Hall,
    Weston E. Hall, and Jaqueline L. Dellinger
6
                    UNITED STATES BANKRUPTCY COURT
7                    NORTHERN DISTRICT OF CALIFORNIA
                        SAN FRANCISCO DIVISION
8

9   In Re                              Case No. 19-30088-DM

10  PG&E CORPORATION,                  Chapter 11

11      and                           (Lead Case–Jointly Administered)

12  PACIFIC GAS AND ELECTRIC          **NOTICE OF HEARING ON MOTION**
    COMPANY                           **TO ALLOW/DEEM TIMELY**
13                                    **LATE FILING OF PROOF OF**
        Debtors.                      **CLAIM BY MOVANTS JOHANN A.**
14  _____/ **HALL, MALLORY L. HALL,**
                                      **WESTON E. HALL, AND**
15  Affects:                          **JAQUELINE L. DELLINGER**
    □ PG&E Corporation
16  □ Pacific Gas & Electric Company  Date: May 24, 2022
    ☒  Both Debtors                   Time: 10:00 a.m.
17                                    Location: Via ZOOM or Telephone
    *All papers shall be filed in the Lead
18  Case, No. 19-30088
    _____/
19
           **PLEASE TAKE NOTICE THAT** Johann A. Hall, Mallory L. Hall, Weston E.
20  Hall, and Jaqueline L. Dellinger (the "Movants") filed their Motion to Allow/Deem
    Timely Late Filing of Proof of Claim by Movants Johann A. Hall, Mallory L. Hall,
21  Weston E. Hall, and Jaqueline L. Dellinger, and Memorandum of Points and Authorities
    in Support Thereof, and Declaration of Robert M. Bone in Support Thereof.
22          **Your rights may be affected.  You should read these papers carefully and**
    **discuss them with your attorney, if you have one in this bankruptcy case.  (If you do**
23  **not have an attorney, you may wish to consult one.)  Copies of the Motion papers**
    **may be viewed and/or obtained by: (1) accessing the Court's website at**
24  **http://www.canb.uscourts.gov; (which requires PACER access); (2) by contacting**
    **Jacob M. Faircloth at jacob@bfolegal.com; (3) by contacting the Office of the Clerk**
25  **of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102; and/or (4) from**
    **the Debtors' notice and claims agent, Prime Clerk, LLC, at**
26  **https://restructuring.primeclerk.com/pge or by calling (844)339-4217 (toll free) for**
    **U.S.-based parties; or +1 (929)333-8977 for International parties or by email at:**
27  **pgeinfo@primeclerk.com.**
           Please note that the hearing will not be conducted in the presiding Judge's
28  courtroom, but instead will be conducted by telephone or via Zoom.

    NOTICE OF HEARING ON MOTION TO ALLOW/DEEM TIMELY LATE
    FILING OF PROOF OF CLAIM BY MOVANTS  JOHANN A. HALL,
    MALLORY L. HALL, WESTON E. HALL, AND JAQUELINE L. DELLINGER - 1

1

　　　　If you do not want the Court to grant the Motion, or if you want the Court to

2
consider your views on the Motion, then you or your attorney should file with the Court a
written opposition to the Motion on or before May 17, 2022, and attend the hearing
scheduled to be held on Tuesday, May 24, 2022, at 10:00 a.m., via ZOOM or Courtcall.

3
　　　　All interested parties should consult the Bankruptcy Court's website at

4
www.canb.uscourts.gov for information about court operations during the COVID-19

5
pandemic. The Bankruptcy Court's website provides information regarding how to
arrange a telephonic or video appearance. If you have any questions regarding how to
appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-
7606 or by using the Live Chat feature on the Bankruptcy Court's website.

6
　　　　If you or your attorney do not take these steps, the Court may decide that you do

7
not oppose the Motion and may enter an order granting the Motion by default.

8
Dated: April 36, 2022　　　　　　　BLUESTONE FAIRCLOTH & OLSON, LLP

9
　　　　　　　　　　　　　　　　　　*/S/ Jacob M. Faircloth*

10
　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　Jacob M. Faircloth
ATTORNEYS FOR MOVANTS

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF HEARING ON MOTION TO ALLOW/DEEM TIMELY LATE
FILING OF PROOF OF CLAIM BY MOVANTS  JOHANN A. HALL,**

Case 19-50089    Doc 140    Filed 04/14/22    Entered 04/14/22 13:31:19    Page 3 of 3

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on April 14, 2022, a copy of the foregoing was filed |
| 3 | electronically.  Notice of this filing will be sent by operation of the Court's electronic |
| 4 | filing system to all parties indicated on the electronic filing receipt.  Parties may access |
| 5 | this filing through the Court's filing system. |
| 6 | DATED: April 14, 2022                     */S/ Jacob M. Faircloth* |
| 7 | By_____ |
| 8 | Jacob M. Faircloth |

MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM BY MOVANTS
KRISTA N. DUTCHER, JAMES A. VALE, LILLIAN N. DUTCHER, JAMES F. DUTCHER, IVY E. DUTCHER, AND
AMELIA R. VALE, AND MEMORANDUM OF POINTS AND
AUTHORITIES AND DECLARATION OF ROBERT BOSE IN SUPPORT THEREOF