| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Britt, John Paul<br>Box 222<br>Cobb, CA 95426 | 8921 | PG&E Corporation and Pacific Gas and Electric Company | 9/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage |
| BRUE H SHELLHAMMER<br>Bruce H Shellhammer, 14841 County Road 91B<br>Woodland, CA 95695-9356 | 83578 | PG&E Corporation and Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage |
| Duncan, James<br>1925 E. Lee Street<br>Tucson, AZ 85716 | 64527 | PG&E Corporation and Pacific Gas and Electric Company | 10/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage |
| Hackett, Ann<br>P.O. Box 1095<br>Cobb, CA 95426 | 58815 | PG&E Corporation and Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage |
| Hackett, Ann<br>P.O. Box 1095<br>Cobb, CA 95426 | 79868 | PG&E Corporation and Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $175,000.00 | $175,000.00 | Barred by Statute of Limitations - Property Damage |
| Handy, Chrissie<br>19061 Spyglass Rd<br>Hidden Valley Lake, CA 95467 | 95717 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $560.00 | $560.00 | Barred by Statute of Limitations - Property Damage |
| Isaacson, Susan Lee<br>11992 Loch Lomond Rd 11992 Loch Lomond Rd<br>Middletown, CA 95461 | 85207 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage |
| James Voliva Jr<br>9206 Tenaya Way 9206 Tenaya Way<br>Kelseyville, CA 95451 | 83887 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage and Personal Injury |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Jeanette Billette<br>United States | 84312 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage |
| McBroom, Thomas James<br>PO Box 285 PO BOX 285<br>LOWER LAKE, CA 95457 | 83029 | PG&E Corporation and Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage and Personal Injury |
| Pasquariello, Kim Ann<br>9206 Tenaya Way 9206 Tenaya Way<br>kelseyville, CA 95451 | 82820 | PG&E Corporation and Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage and Personal Injury |
| Phyllis Pitcher<br>PO Box 683<br>Cobb, CA 95426 | 85838 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage and Personal Injury |
| Pitcher, Phyllis<br>PO Box 683<br>Cobb, CA 95426 | 67855 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage |
| Ronald Edmunds<br>P.O. Box 1339<br>middletown, CA 95461 | 85299 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Personal Injury and Wrongful Death |
| Seita, Martin<br>5830 Robinhill Dr Space 45<br>Lakeport, CA 95453 | 87856 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage |
| Shope, Dave<br>P.O. Box 187<br>Middletown, CA 95461 | 63421 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Stuckey, Kelly T<br>P.o. box 1192/ 10940 Gifford Springs Rd<br>Cobb, CA  95426 | 86169 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage and Personal Injury |
| Stuckey, Kelly T.<br>10940 Gifford Springs Rd PO Box 1192<br>Cobb, CA  95426 | 70548 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage |
| Wagner, Lynne<br>Tom Closser or Lynne Wagner POB 241<br>Lower Lake, CA  95457 | 84708 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $5,240.00 | $5,240.00 | Barred by Statute of Limitations - Property Damage |
| WALTERS, ANDREW<br>#1057587 P.O. Box 7007<br>Carson City, NV  89702 | 86837 | PG&E Corporation and Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage |
| Walters, Andrew | 97977 | PG&E Corporation and Pacific Gas and Electric Company | 3/17/2020 | $0.00 | $0.00 | $0.00 | $9,000.00 | $9,000.00 | Barred by Statute of Limitations - Property Damage |
| Wendorf , Phyllis<br>PO Box 1222<br>Kenwood, CA  954525 | 84591 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage and Personal Injury |
| Wesley, William K<br>600 Kentuck St #736<br>Fairfield, CA  94533 | 5909 | PG&E Corporation and Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $300,000.00 | $300,000.00 | Barred by Statute of Limitations - Property Damage |
| Claims To Be Expunged Totals | Count: 23 | | | $0.00 | $0.00 | $0.00 | $489,800.00 | $489,800.00 | |