| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Zip Code Where Incident Took Place | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Bender, Shea<br>341 Red Hill Road 341 Red Hill Road<br>Junction City, CA  96048 | 84214 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 96048 | Barred as Out of Service Area Claims |
| Bryant, Shellie Ayers<br>2720 Tangerine St.<br>Bakersfield, CA  93306 | 66772 | PG&E Corporation and Pacific Gas and Electric Company | 10/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 93240 | Barred as Out of Service Area Claims |
| Dziadulewicz, James<br>2243 Rocklyn St<br>Camarillo, CA  93010 | 85020 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $108,000.00 | $108,000.00 | 90265 | Barred as Out of Service Area Claims |
| Erickson, Jeanette L.<br>224 West Buttne St<br>Eureka, CA  95501 | 16648 | PG&E Corporation and Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $0.00 | $80,000.00 | $80,000.00 | 96048 | Barred as Out of Service Area Claims |
| Guerin, Joan<br>James P. Frantz 402 West Broadway, Suite 860<br>San Diego, CA  92101 | 60959 | PG&E Corporation and Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 91362 | Barred as Out of Service Area Claims |
| Lan, Cindy<br>101 Red Hill Rd. 101 Red Hill Rd.<br>Junction City, CA  96048 | 86384 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 96048 | Barred as Out of Service Area Claims |
| Mickey Hulstrom and Gidget Hulstrom (Panno)<br>Gidget Lee Hulstrom Owner 2133 Holly St<br>Eureka, CA  95503 | 92471 | PG&E Corporation and Pacific Gas and Electric Company | 12/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 96048 | Barred as Out of Service Area Claims |
| **Claims To Be Expunged Totals** | **Count: 7** | | | $0.00 | $0.00 | $0.00 | $188,000.00 | $188,000.00 | | |