# EXHIBIT 2-A

**SERVICE AREA MAP**                                    Sheet 1        (N)
ELECTRIC SERVICE AREA MAPS                              (N)


# ELECTRIC SERVICE AREA MAPS

| *Advice* | 4535-E | *Issued by* | *Date Filed* | November 17, 2014 |
| *Decision* | | **Steven Malnight** | *Effective* | December 17, 2014 |
| | | *Senior Vice President* | *Resolution* | |
| | | *Regulatory Affairs* | | |

Case: 19-30088   Doc# 12173-3   Filed: 04/18/22   Entered: 04/18/22 16:59:11   Page 2 of 32



# PG&E's Electric Service Territory



PG&E's Electric Service Territory Boundary

Scroll over County name and click to view details



# PG&E's Electric Service Territory

| COUNTY | CITY | ZIP CODE* |
|---|---|---|
| ALAMEDA | ALBANY | 94706, 94707, 94710 |
| | BERKELEY | 94701, 94702, 94703, 94704, 94705, 94706, 94707, 94708, 94709, 94710, 94712, 94720 |
| | CASTRO VALLEY | 94546, 94552 |
| | DUBLIN | 94568 |
| | EMERYVILLE | 94608 |
| | FREMONT | 94536, 94537, 94538, 94539, 94555 |
| | HAYWARD | 94540, 94541, 94542, 94543, 94544, 94545, 94546, 94552 |
| | LIVERMORE | 94550, 94551 |
| | NEWARK | 94560 |
| | OAKLAND | 94601, 94602, 94603, 94604, 94605, 94606, 94607, 94608, 94609, 94610, 94611, 94612, 94613, 94614, 94615, 94618, 94619, 94620, 94621, 94622, 94623, 94649, 94659, 94660, 94661 |
| | PIEDMONT | 94602, 94610, 94611, 94618, 94620 |
| | PLEASANTON | 94566, 94568, 94588 |
| | SAN LEANDRO | 94577, 94578, 94579 |
| | SAN LORENZO | 94580 |
| | SUNOL | 94586 |
| | UNION CITY | 94587 |
| ALPINE | ARNOLD | 95223 |
| | MARKLEEVILLE | 96120 |
| AMADOR | AMADOR CITY | 95601 |
| | DRYTOWN | 95699 |
| | FIDDLETOWN | 95629 |
| | IONE | 95640 |
| | JACKSON | 95642, 95654 |
| | MARTELL | 95654 |
| | PINE GROVE | 95665 |
| | PIONEER | 95666 |
| | PLYMOUTH | 95669 |
| | RIVER PINES | 95675 |
| | SUTTER CREEK | 95685 |
| | VOLCANO | 95689 |

[Back to Map](#)

---

* Pacific Gas and Electric Company (PG&E) supplies electric service in all or portions of the listed ZIP Codes in Northern and Central California. For additional information, please call 1-800-PGE-5000.

Case: 19-30088    Doc# 12173-3    Filed: 04/18/22    Entered: 04/18/22 16:59:11    Page 4 of 32



# PG&E's Electric Service Territory

| COUNTY | CITY | ZIP CODE* |
|--------|------|-----------|
| BUTTE | BANGOR | 95914 |
| | BERRY CREEK | 95916 |
| | BIGGS | 95917 |
| | CHICO | 95926, 95927, 95928, 95929, 95973, 95976 |
| | CLIPPER MILLS | 95930 |
| | COHASSET | 95973 |
| | DURHAM | 95938 |
| | FEATHER FALLS | 95940 |
| | FORBESTOWN | 95941 |
| | FOREST RANCH | 95942 |
| | GRIDLEY | 95948 |
| | MAGALIA | 95954 |
| | NELSON | 95958 |
| | OROVILLE | 95965, 95966 |
| | PALERMO | 95968 |
| | PARADISE | 95967, 95969 |
| | PULGA | 95965 |
| | RICHVALE | 95974 |
| | STIRLING CITY | 95978 |

Back to Map

---

* Pacific Gas and Electric Company (PG&E) supplies electric service in all or portions of the listed ZIP Codes in Northern and Central California. For additional information, please call 1-800-PGE-5000.

November 2014



# PG&E's Electric Service Territory

| COUNTY | CITY | ZIP CODE* |
|---|---|---|
| CALAVERAS | ALTAVILLE | 95221 |
| | ANGELS | 95221 |
| | ANGELS CAMP | 95221, 95222 |
| | ARNOLD | 95223 |
| | AVERY | 95224 |
| | BEAR VALLEY | 95223 |
| | BURSON | 95225 |
| | CAMP CONNELL | 95223 |
| | CAMPO SECO | 95226 |
| | COPPEROPOLIS | 95228 |
| | DOUGLAS FLAT | 95229 |
| | FARMINGTON | 95230 |
| | GLENCOE | 95232 |
| | HATHAWAY PINES | 95233 |
| | MOKELUMNE HILL | 95245 |
| | MOUNTAIN RANCH | 95246 |
| | MURPHYS | 95247 |
| | RAIL ROAD FLAT | 95248 |
| | SAN ANDREAS | 95249 |
| | SHEEP RANCH | 95246, 95250 |
| | VALLECITO | 95229, 95251 |
| | VALLEY SPRINGS | 95226, 95252 |
| | WALLACE | 95254 |
| | WEST POINT | 95255 |
| | WILSEYVILLE | 95257 |
| COLUSA | ARBUCKLE | 95912 |
| | COLLEGE CITY | 95912 |
| | COLUSA | 95932 |
| | GRIMES | 95950 |
| | MAXWELL | 95955 |
| | STONYFORD | 95979 |
| | WILLIAMS | 95987 |

[Back to Map](#)

---

*   Pacific Gas and Electric Company (PG&E) supplies electric service in all or portions of the listed ZIP Codes in Northern and Central California. For additional information, please call 1-800-PGE-5000.



# PG&E's Electric Service Territory

| COUNTY | CITY | ZIP CODE* |
|---|---|---|
| CONTRA COSTA | ALAMO | 94507 |
| | ANTIOCH | 94509, 94531 |
| | BAY POINT | 94565 |
| | BETHEL ISLAND | 94511 |
| | BRENTWOOD | 94513 |
| | BYRON | 94505, 94514 |
| | CANYON | 94516 |
| | CLAYTON | 94517 |
| | CONCORD | 94518, 94519, 94520, 94521, 94522, 94523, 94524, 94527, 94529 |
| | CROCKETT | 94525 |
| | DANVILLE | 94506, 94526 |
| | DIABLO | 94528 |
| | DISCOVERY BAY | 94505, 94514 |
| | EL CERRITO | 94530 |
| | EL SOBRANTE | 94803 |
| | HERCULES | 94547 |
| | KNIGHTSEN | 94548 |
| | LAFAYETTE | 94549 |
| | MARTINEZ | 94553 |
| | MORAGA | 94556 |
| | OAKLEY | 94561 |
| | ORINDA | 94563 |
| | PACHECO | 94553 |
| | PINOLE | 94564 |
| | PITTSBURG | 94565 |
| | PLEASANT HILL | 94523 |
| | PORT COSTA | 94569 |
| | RICHMOND | 94801, 94802, 94803, 94804, 94805, 94806, 94807, 94808, 94850 |
| | RODEO | 94547, 94572 |
| | SAN PABLO | 94803, 94806 |
| | SAN RAMON | 94582, 94583 |
| | WALNUT CREEK | 94595, 94596, 94597, 94598 |

Back to Map

---

*   Pacific Gas and Electric Company (PG&E) supplies electric service in all or portions of the listed ZIP Codes in Northern and Central California. For additional information, please call 1-800-PGE-5000.

November 2014



# PG&E's Electric Service Territory

| COUNTY | CITY | ZIP CODE* |
|---|---|---|
| EL DORADO | CAMERON PARK | 95682 |
| | CAMINO | 95709 |
| | COLOMA | 95613 |
| | COOL | 95614 |
| | DIAMOND SPRINGS | 95619 |
| | ECHO LAKE | 95721 |
| | EL DORADO | 95623 |
| | EL DORADO HILLS | 95762 |
| | FAIR PLAY | 95684 |
| | GARDEN VALLEY | 95633 |
| | GEORGETOWN | 95634 |
| | GREENWOOD | 95635 |
| | GRIZZLY FLATS | 95636 |
| | KELSEY | 95667 |
| | KYBURZ | 95720 |
| | LATROBE | 95682 |
| | LOTUS | 95651 |
| | MOUNT AUKUM | 95656 |
| | PACIFIC HOUSE | 95726 |
| | PILOT HILL | 95664 |
| | PLACERVILLE | 95667 |
| | POLLOCK PINES | 95726 |
| | RESCUE | 95672 |
| | SHINGLE SPRINGS | 95682 |
| | SOMERSET | 95684 |
| | TWIN BRIDGES | 95721, 95735 |

Back to Map

---

\*   Pacific Gas and Electric Company (PG&E) supplies electric service in all or portions of the listed ZIP
   Codes in Northern and Central California. For additional information, please call 1-800-PGE-5000.

November 2014



# PG&E's Electric Service Territory

| COUNTY | CITY | ZIP CODE* |
|--------|------|-----------|
| FRESNO | AUBERRY | 93602 |
| | BIG CREEK | 93605 |
| | BIOLA | 93606 |
| | BURREL | 93607 |
| | CANTUA CREEK | 93608 |
| | CARUTHERS | 93609 |
| | CLOVIS | 93611, 93612, 93613, 93619 |
| | COALINGA | 93210 |
| | DEL REY | 93616 |
| | DUNLAP | 93621 |
| | FIREBAUGH | 93622 |
| | FIVE POINTS | 93624 |
| | FOWLER | 93625 |
| | FRESNO | 93650, 93701, 93702, 93703, 93704, 93705, 93706, 93707, 93709, 93710, 93711, 93712, 93718, 93720, 93721, 93722, 93723, 93724, 93725, 93726, 93727, 93728, 93729, 93730, 93737, 93740, 93741, 93744, 93745, 93760, 93764, 93765, 93771, 93772, 93776, 93778, 93790, 93792 |
| | HELM | 93627 |
| | HUME | 93628 |
| | HURON | 93234 |
| | KERMAN | 93630 |
| | KINGSBURG | 93631 |
| | LATON | 93242 |
| | MENDOTA | 93640 |
| | MIRAMONTE | 93641 |
| | ORANGE COVE | 93646, 93675 |
| | PARLIER | 93648 |
| | PIEDRA | 93649 |
| | PRATHER | 93651 |
| | RAISIN CITY | 93652 |
| | REEDLEY | 93654 |
| | RIVERDALE | 93607, 93656 |
| | SAN JOAQUIN | 93660 |
| | SANGER | 93657 |
| | SELMA | 93662 |
| | SHAVER LAKE | 93634, 93664 |
| | SQUAW VALLEY | 93646, 93675 |
| | TOLLHOUSE | 93667 |
| | TRANQUILLITY | 93668 |

Back to Map

* Pacific Gas and Electric Company (PG&E) supplies electric service in all or portions of the listed ZIP Codes in Northern and Central California. For additional information, please call 1-800-PGE-5000.



# PG&E's Electric Service Territory

| COUNTY | CITY | ZIP CODE* |
|--------|------|-----------|
| GLENN | ARTOIS | 95913 |
| | BUTTE CITY | 95920 |
| | ELK CREEK | 95939 |
| | GLENN | 95943 |
| | HAMILTON CITY | 95951 |
| | ORLAND | 95963 |
| | PRINCETON | 95970 |
| | WILLOWS | 95988 |

Back to Map

---

\*    Pacific Gas and Electric Company (PG&E) supplies electric service in all or portions of the listed ZIP
     Codes in Northern and Central California. For additional information, please call 1-800-PGE-5000.

November 2014



# PG&E's Electric Service Territory

| COUNTY | CITY | ZIP CODE* |
|---|---|---|
| HUMBOLDT | ALDERPOINT | 95511 |
| | ARCATA | 95518, 95521 |
| | BAYSIDE | 95524 |
| | BLOCKSBURG | 95514 |
| | BLUE LAKE | 95525 |
| | BRIDGEVILLE | 95526 |
| | CARLOTTA | 95528 |
| | CUTTEN | 95534 |
| | EUREKA | 95501, 95502, 95503, 95534 |
| | FERNDALE | 95536 |
| | FIELDS LANDING | 95537 |
| | FORTUNA | 95540 |
| | GARBERVILLE | 95542 |
| | HONEYDEW | 95545 |
| | HOOPA | 95546 |
| | HYDESVILLE | 95547 |
| | KNEELAND | 95549 |
| | KORBEL | 95550 |
| | LOLETA | 95551 |
| | MCKINLEYVILLE | 95519, 95521 |
| | MIRANDA | 95553 |
| | MYERS FLAT | 95554 |
| | ORICK | 95555 |
| | ORLEANS | 95556 |
| | PETROLIA | 95558 |
| | PHILLIPSVILLE | 95559 |
| | REDCREST | 95569 |
| | REDWAY | 95560 |
| | RIO DELL | 95562 |
| | RUTH | 95526 |
| | SALYER | 95563 |
| | SAMOA | 95564 |
| | SCOTIA | 95565 |
| | TRINIDAD | 95570 |
| | WEOTT | 95571 |
| | WHITETHORN | 95589 |
| | WILLOW CREEK | 95573 |

Back to Map

---

*   Pacific Gas and Electric Company (PG&E) supplies electric service in all or portions of the listed ZIP Codes in Northern and Central California. For additional information, please call 1-800-PGE-5000.

November 2014



# PG&E's Electric Service Territory

| COUNTY | CITY | ZIP CODE* |
|---|---|---|
| KERN | ARVIN | 93203 |
| | BAKERSFIELD | 93301, 93302, 93303, 93304, 93305, 93306, 93307, 93308, 93309, 93311, 93312, 93313, 93314, 93380, 93381, 93383, 93384, 93385, 93386, 93387, 93388, 93389, 93390 |
| | BUTTONWILLOW | 93206 |
| | EDISON | 93220 |
| | FELLOWS | 93224 |
| | LAMONT | 93241 |
| | LOST HILLS | 93249 |
| | MARICOPA | 93252 |
| | MC FARLAND | 93250 |
| | MC KITTRICK | 93251 |
| | SHAFTER | 93263 |
| | TAFT | 93268 |
| | TEHACHAPI | 93561 |
| | TUPMAN | 93276 |
| | WASCO | 93280 |
| KINGS | AVENAL | 93204 |
| | CORCORAN | 93212 |
| | HANFORD | 93230, 93232 |
| | KETTLEMAN CITY | 93239 |
| | LEMOORE | 93245, 93246 |
| | STRATFORD | 93266 |

Back to Map

---

\*    Pacific Gas and Electric Company (PG&E) supplies electric service in all or portions of the listed ZIP
     Codes in Northern and Central California. For additional information, please call 1-800-PGE-5000.

November 2014



# PG&E's Electric Service Territory

| COUNTY | CITY | ZIP CODE* |
|---|---|---|
| LAKE | CLEARLAKE | 95422, 95423, 95424 |
| | CLEARLAKE OAKS | 95423 |
| | CLEARLAKE PARK | 95424 |
| | COBB | 95426 |
| | FINLEY | 95435 |
| | GLENHAVEN | 95443 |
| | HIDDEN VALLEY LAKE | 95467 |
| | KELSEYVILLE | 95451 |
| | LAKEPORT | 95453 |
| | LOCH LOMOND | 95461 |
| | LOWER LAKE | 95457 |
| | LUCERNE | 95458 |
| | MIDDLETOWN | 95461 |
| | NICE | 95464 |
| | UPPER LAKE | 95485, 95493 |
| | WITTER SPRINGS | 95493 |
| LASSEN | BIEBER | 96009 |
| | LAKE ALMANOR | 96137 |
| | LITTLE VALLEY | 96056 |
| | MCARTHUR | 96056 |
| | NUBIEBER | 96068 |
| | WESTWOOD | 96137 |
| MADERA | AHWAHNEE | 93601 |
| | BASS LAKE | 93604, 93669 |
| | BERENDA | 93637 |
| | CHOWCHILLA | 93610 |
| | COARSEGOLD | 93614 |
| | FRIANT | 93626 |
| | MADERA | 93636, 93637, 93638, 93639 |
| | NORTH FORK | 93643 |
| | O NEALS | 93645 |
| | OAKHURST | 93644 |
| | RAYMOND | 93653 |
| | WISHON | 93669 |

Back to Map

* Pacific Gas and Electric Company (PG&E) supplies electric service in all or portions of the listed ZIP Codes in Northern and Central California. For additional information, please call 1-800-PGE-5000.

November 2014



# PG&E's Electric Service Territory

| COUNTY | CITY | ZIP CODE* |
|--------|------|-----------|
| MARIN | BELVEDERE | 94920 |
| | BOLINAS | 94924 |
| | CORTE MADERA | 94925, 94976 |
| | DILLON BEACH | 94929 |
| | FAIRFAX | 94930 |
| | FOREST KNOLLS | 94933 |
| | GREENBRAE | 94904 |
| | INVERNESS | 94937 |
| | KENTFIELD | 94904, 94914 |
| | LAGUNITAS | 94938 |
| | LARKSPUR | 94939, 94977 |
| | MARSHALL | 94940 |
| | MILL VALLEY | 94941, 94942 |
| | MUIR BEACH | 94965 |
| | NICASIO | 94946 |
| | NOVATO | 94945, 94947, 94948, 94949, 94998 |
| | OLEMA | 94950 |
| | POINT REYES STATION | 94956 |
| | ROSS | 94957 |
| | SAN ANSELMO | 94901, 94960 |
| | SAN GERONIMO | 94963 |
| | SAN QUENTIN | 94964 |
| | SAN RAFAEL | 94901, 94903, 94912, 94913, 94915 |
| | SAUSALITO | 94965, 94966 |
| | STINSON BEACH | 94970 |
| | TIBURON | 94920 |
| | TOMALES | 94971 |
| | WOODACRE | 94973 |

Back to Map

---

\*   Pacific Gas and Electric Company (PG&E) supplies electric service in all or portions of the listed ZIP Codes in Northern and Central California. For additional information, please call 1-800-PGE-5000.

Case: 19-30088   Doc# 12173-3   Filed: 04/18/22   Entered: 04/18/22 16:59:11   Page 14 of 32



# PG&E's Electric Service Territory

| COUNTY | CITY | ZIP CODE* |
|--------|------|-----------|
| MARIPOSA | CATHEYS VALLEY | 95306 |
| | COULTERVILLE | 95311 |
| | EL PORTAL | 95318 |
| | FISH CAMP | 93623 |
| | HORNITOS | 95325 |
| | LA GRANGE | 95329 |
| | MARIPOSA | 95338 |
| | MIDPINES | 95345 |
| | YOSEMITE NATIONAL PARK | 95389 |
| MENDOCINO | ALBION | 95410 |
| | BOONVILLE | 95415 |
| | BRANSCOMB | 95417 |
| | CALPELLA | 95418 |
| | CASPAR | 95420 |
| | COMPTCHE | 95427 |
| | COVELO | 95428 |
| | DOS RIOS | 95429 |
| | ELK | 95432 |
| | FORT BRAGG | 95437 |
| | GUALALA | 95445 |
| | HOPLAND | 95449 |
| | LAYTONVILLE | 95417, 95454 |
| | LEGGETT | 95585 |
| | LITTLE RIVER | 95456 |
| | MANCHESTER | 95459 |
| | MENDOCINO | 95460 |
| | NAVARRO | 95463 |
| | PHILO | 95466 |
| | PIERCY | 95587 |
| | POINT ARENA | 95468 |
| | POTTER VALLEY | 95469 |
| | REDWOOD VALLEY | 95470 |
| | TALMAGE | 95481 |
| | UKIAH | 95482 |
| | WESTPORT | 95488 |
| | WILLITS | 95490 |
| | YORKVILLE | 95494 |

Back to Map

\*   Pacific Gas and Electric Company (PG&E) supplies electric service in all or portions of the listed ZIP Codes in Northern and Central California. For additional information, please call 1-800-PGE-5000.

Case: 19-30088    Doc# 12173-3    Filed: 04/18/22    Entered: 04/18/22 16:59:11    Page 15 of 32



# PG&E's Electric Service Territory

| COUNTY | CITY | ZIP CODE* |
|---|---|---|
| MERCED | ATWATER | 95301 |
| | BALLICO | 95303 |
| | CRESSEY | 95312 |
| | DELHI | 95315 |
| | DOS PALOS | 93620, 93665 |
| | EL NIDO | 95317 |
| | GUSTINE | 95322 |
| | HILMAR | 95324 |
| | LE GRAND | 95333 |
| | LIVINGSTON | 95334 |
| | LOS BANOS | 93635 |
| | MERCED | 95340, 95341, 95343, 95344, 95348 |
| | PLANADA | 95365 |
| | SANTA NELLA | 95322 |
| | SNELLING | 95369 |
| | SOUTH DOS PALOS | 93665 |
| | STEVINSON | 95374 |
| | WINTON | 95388 |

[Back to Map](#)

---

\* Pacific Gas and Electric Company (PG&E) supplies electric service in all or portions of the listed ZIP Codes in Northern and Central California. For additional information, please call 1-800-PGE-5000.

Case: 19-30088    Doc# 12173-3    Filed: 04/18/22    Entered: 04/18/22 16:59:11    Page 16 of 32


# PG&E's Electric Service Territory

| COUNTY | CITY | ZIP CODE* |
|---|---|---|
| MONTEREY | AROMAS | 95004 |
| | BIG SUR | 93920 |
| | BRADLEY | 93426 |
| | CARMEL | 93921, 93922, 93923 |
| | CARMEL VALLEY | 93924 |
| | CASTROVILLE | 95012 |
| | CHUALAR | 93925 |
| | DEL REY OAKS | 93940 |
| | GONZALES | 93926 |
| | GREENFIELD | 93927 |
| | JOLON | 93928 |
| | KING CITY | 93930 |
| | LOCKWOOD | 93932 |
| | MARINA | 93933 |
| | MONTEREY | 93940, 93942, 93943, 93944 |
| | MOSS LANDING | 95039 |
| | PACIFIC GROVE | 93950 |
| | PEBBLE BEACH | 93953 |
| | PRUNEDALE | 93907 |
| | SALINAS | 93901, 93902, 93905, 93906, 93907, 93908, 93912, 93915, 93962 |
| | SAN ARDO | 93450 |
| | SAN LUCAS | 93954 |
| | SAND CITY | 93955 |
| | SEASIDE | 93955 |
| | SOLEDAD | 93960 |
| | SPRECKELS | 93962 |
| NAPA | AMERICAN CANYON | 94503 |
| | ANGWIN | 94508, 94576 |
| | CALISTOGA | 94515 |
| | DEER PARK | 94576 |
| | NAPA | 94558, 94559, 94581 |
| | OAKVILLE | 94562 |
| | POPE VALLEY | 94567 |
| | RUTHERFORD | 94573 |
| | SAINT HELENA | 94574 |
| | VALLEJO | 94503 |
| | YOUNTVILLE | 94599 |

Back to Map

---

* Pacific Gas and Electric Company (PG&E) supplies electric service in all or portions of the listed ZIP Codes in Northern and Central California. For additional information, please call 1-800-PGE-5000.

November 2014



# PG&E's Electric Service Territory

| COUNTY | CITY | ZIP CODE* |
|--------|------|-----------|
| NEVADA | CEDAR RIDGE | 95924 |
|  | CHICAGO PARK | 95712 |
|  | GRASS VALLEY | 95945, 95949 |
|  | NEVADA CITY | 95959 |
|  | NORTH SAN JUAN | 95960 |
|  | PENN VALLEY | 95946 |
|  | ROUGH AND READY | 95975 |
|  | SMARTSVILLE | 95977 |
|  | SODA SPRINGS | 95728 |
|  | WASHINGTON | 95986 |
| PLACER | ALTA | 95701, 95715 |
|  | APPLEGATE | 95703 |
|  | AUBURN | 95602, 95603, 95604 |
|  | COLFAX | 95713 |
|  | DUTCH FLAT | 95714 |
|  | EMIGRANT GAP | 95715 |
|  | FORESTHILL | 95631 |
|  | GOLD RUN | 95717 |
|  | GRANITE BAY | 95746 |
|  | LINCOLN | 95648 |
|  | LOOMIS | 95650 |
|  | MEADOW VISTA | 95722 |
|  | NEWCASTLE | 95658 |
|  | NORDEN | 95724 |
|  | PENRYN | 95663 |
|  | ROCKLIN | 95677, 95765 |
|  | ROSEVILLE | 95661, 95678, 95746, 95747 |
|  | SHERIDAN | 95681 |
|  | SODA SPRINGS | 95724 |
|  | WEIMAR | 95736 |

Back to Map

*    Pacific Gas and Electric Company (PG&E) supplies electric service in all or portions of the listed ZIP Codes in Northern and Central California. For additional information, please call 1-800-PGE-5000.

November 2014



# PG&E's Electric Service Territory

| COUNTY | CITY | ZIP CODE* |
|--------|------|-----------|
| PLUMAS | BELDEN | 95915 |
| | CANYON DAM | 95923 |
| | CHESTER | 96020 |
| | CRESCENT MILLS | 95934 |
| | GREENVILLE | 95947 |
| | LA PORTE | 95981 |
| | MEADOW VALLEY | 95956 |
| | QUINCY | 95971 |
| | STORRIE | 95980 |
| | STRAWBERRY VALLEY | 95981 |
| | TAYLORSVILLE | 95983 |
| | TWAIN | 95984 |
| SACRAMENTO | COURTLAND | 95615 |
| | ELVERTA | 95626 |
| | ISLETON | 95641 |
| | RYDE | 95680 |
| | SACRAMENTO | 95812 |
| | WALNUT GROVE | 95690 |
| SAN BENITO | HOLLISTER | 95023, 95024 |
| | PAICINES | 95043 |
| | SAN JUAN BAUTISTA | 95045 |
| | TRES PINOS | 95075 |

Back to Map

---

* Pacific Gas and Electric Company (PG&E) supplies electric service in all or portions of the listed ZIP Codes in Northern and Central California. For additional information, please call 1-800-PGE-5000.

November 2014



# PG&E's Electric Service Territory

| COUNTY | CITY | ZIP CODE* |
|---|---|---|
| SAN FRANCISCO | SAN FRANCISCO | 94101, 94102, 94103, 94104, 94105, 94106, 94107, 94108, 94109, 94110, 94111, 94112, 94114, 94115, 94116, 94117, 94118, 94119, 94120, 94121, 94122, 94123, 94124, 94125, 94126, 94127, 94128, 94129, 94130, 94131, 94132, 94133, 94134, 94135, 94136, 94137, 94138, 94139, 94140, 94141, 94142, 94143, 94144, 94145, 94146, 94147, 94150, 94151, 94152, 94153, 94154, 94155, 94156, 94159, 94160, 94161, 94162, 94163, 94164, 94171, 94172, 94175, 94177, 94188, 94199 |
| SAN JOAQUIN | ACAMPO | 95220 |
| | BANTA | 95304 |
| | CLEMENTS | 95227 |
| | ESCALON | 95320 |
| | FRENCH CAMP | 95231 |
| | GALT | 95632 |
| | HOLT | 95234 |
| | LATHROP | 95330 |
| | LINDEN | 95236 |
| | LOCKEFORD | 95237 |
| | LODI | 95240, 95241, 95242 |
| | MANTECA | 95336, 95337 |
| | MOUNTAIN HOUSE | 95391 |
| | RIPON | 95366 |
| | STOCKTON | 95201, 95202, 95203, 95204, 95205, 95206, 95207, 95208, 95209, 95210, 95211, 95212, 95213, 95215, 95219, 95267 |
| | THORNTON | 95686 |
| | TRACY | 95304, 95376, 95377, 95378, 95391 |
| | VICTOR | 95253 |
| | WOODBRIDGE | 95258 |

Back to Map

---

\* Pacific Gas and Electric Company (PG&E) supplies electric service in all or portions of the listed ZIP Codes in Northern and Central California. For additional information, please call 1-800-PGE-5000.

Case: 19-30088    Doc# 12173-3    Filed: 04/18/22    Entered: 04/18/22 16:59:11    Page 20 of 32



# PG&E's Electric Service Territory

| COUNTY | CITY | ZIP CODE* |
|---|---|---|
| SAN LUIS OBISPO | ARROYO GRANDE | 93420, 93421 |
| | ATASCADERO | 93422, 93423 |
| | AVILA BEACH | 93424 |
| | CAMBRIA | 93428 |
| | CAYUCOS | 93430 |
| | CRESTON | 93432 |
| | GROVER BEACH | 93433, 93483 |
| | HARMONY | 93435 |
| | HERITAGE RANCH | 93446 |
| | LOS OSOS | 93402, 93412 |
| | MORRO BAY | 93442, 93443 |
| | NIPOMO | 93444 |
| | OCEANO | 93445 |
| | PARKFIELD | 93451 |
| | PASO ROBLES | 93446, 93447 |
| | PISMO BEACH | 93448, 93449 |
| | RAGGED POINT | 93452 |
| | SAN LUIS OBISPO | 93401, 93402, 93403, 93405, 93406, 93407, 93408, 93409 |
| | SAN MIGUEL | 93451 |
| | SAN SIMEON | 93452 |
| | SANTA MARGARITA | 93453 |
| | SHANDON | 93461 |
| | TEMPLETON | 93465 |

Back to Map

*    Pacific Gas and Electric Company (PG&E) supplies electric service in all or portions of the listed ZIP
     Codes in Northern and Central California. For additional information, please call 1-800-PGE-5000.

November 2014



# PG&E's Electric Service Territory

| COUNTY | CITY | ZIP CODE* |
|---|---|---|
| SAN MATEO | ATHERTON | 94027 |
| | BELMONT | 94002 |
| | BRISBANE | 94005 |
| | BURLINGAME | 94010, 94011 |
| | COLMA | 94014 |
| | DALY CITY | 94013, 94014, 94015, 94016 |
| | EAST PALO ALTO | 94303 |
| | EL GRANADA | 94018 |
| | EMERALD HILLS | 94062 |
| | FOSTER CITY | 94404 |
| | HALF MOON BAY | 94019 |
| | HILLSBOROUGH | 94010 |
| | LA HONDA | 94020 |
| | LOMA MAR | 94021 |
| | MENLO PARK | 94025, 94026, 94027, 94028 |
| | MILLBRAE | 94030 |
| | MONTARA | 94037 |
| | MOSS BEACH | 94038 |
| | PACIFICA | 94044 |
| | PESCADERO | 94060 |
| | PORTOLA VALLEY | 94028 |
| | REDWOOD CITY | 94061, 94062, 94063, 94064, 94065 |
| | SAN BRUNO | 94066 |
| | SAN CARLOS | 94070 |
| | SAN GREGORIO | 94074 |
| | SAN MATEO | 94401, 94402, 94403, 94404, 94497 |
| | SOUTH SAN FRANCISCO | 94080, 94083 |
| | WOODSIDE | 94061, 94062 |

Back to Map

---

\*   Pacific Gas and Electric Company (PG&E) supplies electric service in all or portions of the listed ZIP Codes in Northern and Central California. For additional information, please call 1-800-PGE-5000.

Case: 19-30088    Doc# 12173-3    Filed: 04/18/22    Entered: 04/18/22 16:59:11    Page 22 of 32



# PG&E's Electric Service Territory

| COUNTY | CITY | ZIP CODE* |
|---|---|---|
| SANTA BARBARA | BALLARD | 93463 |
| | BUELLTON | 93427 |
| | CASMALIA | 93429 |
| | CUYAMA | 93254 |
| | GAVIOTA | 93117 |
| | GOLETA | 93117 |
| | GUADALUPE | 93434 |
| | LOMPOC | 93436, 93437, 93438 |
| | LOS ALAMOS | 93440 |
| | LOS OLIVOS | 93441 |
| | NEW CUYAMA | 93254 |
| | ORCUTT | 93455 |
| | SANTA BARBARA | 93101, 93105, 93110, 93111 |
| | SANTA MARIA | 93454, 93455, 93456, 93457, 93458 |
| | SANTA YNEZ | 93460 |
| | SOLVANG | 93463, 93464 |

Back to Map

---

* Pacific Gas and Electric Company (PG&E) supplies electric service in all or portions of the listed ZIP Codes in Northern and Central California. For additional information, please call 1-800-PGE-5000.

Case: 19-30088    Doc# 12173-3    Filed: 04/18/22    Entered: 04/18/22 16:59:11    Page 23 of 32



# PG&E's Electric Service Territory

| COUNTY | CITY | ZIP CODE* |
|---|---|---|
| SANTA CLARA | CAMPBELL | 95008, 95009, 95011 |
| | COYOTE | 95013 |
| | CUPERTINO | 95014, 95015 |
| | GILROY | 95020, 95021 |
| | HOLY CITY | 95026 |
| | LOS ALTOS | 94022, 94023, 94024 |
| | LOS ALTOS HILLS | 94022, 94024 |
| | LOS GATOS | 95030, 95031, 95032, 95033 |
| | MILPITAS | 95035, 95036 |
| | MONTE SERENO | 95030 |
| | MORGAN HILL | 95037, 95038 |
| | MOUNT HAMILTON | 95140 |
| | MOUNTAIN VIEW | 94035, 94039, 94040, 94041, 94042, 94043 |
| | NEW ALMADEN | 95042 |
| | REDWOOD ESTATES | 95044 |
| | SAN JOSE | 95002, 95101, 95103, 95106, 95108, 95109, 95110, 95111, 95112, 95113, 95115, 95116, 95117, 95118, 95119, 95120, 95121, 95122, 95123, 95124, 95125, 95126, 95127, 95128, 95129, 95130, 95131, 95132, 95133, 95134, 95135, 95136, 95138, 95139, 95140, 95141, 95148, 95150, 95151, 95152, 95153, 95154, 95155, 95156, 95157, 95158, 95159, 95160, 95161, 95164, 95170, 95172, 95173, 95190, 95191, 95192, 95193, 95194, 95196 |
| | SAN MARTIN | 95046 |
| | SARATOGA | 95070, 95071 |
| | STANFORD | 94305, 94309 |
| | SUNNYVALE | 94085, 94086, 94087, 94088, 94089 |

Back to Map

---

\*   Pacific Gas and Electric Company (PG&E) supplies electric service in all or portions of the listed ZIP
    Codes in Northern and Central California. For additional information, please call 1-800-PGE-5000.

Case: 19-30088   Doc# 12173-3   Filed: 04/18/22   Entered: 04/18/22 16:59:11   Page
24 of 32



# PG&E's Electric Service Territory

| COUNTY | CITY | ZIP CODE* |
|---|---|---|
| SANTA CRUZ | APTOS | 95001, 95003 |
| | BEN LOMOND | 95005 |
| | BOULDER CREEK | 95006 |
| | BROOKDALE | 95007 |
| | CAPITOLA | 95010 |
| | CORRALITOS | 95076 |
| | DAVENPORT | 95017 |
| | FELTON | 95018 |
| | FREEDOM | 95019 |
| | LA SELVA BEACH | 95076 |
| | MOUNT HERMON | 95041 |
| | SANTA CRUZ | 95060, 95061, 95062, 95063, 95064, 95065, 95066 |
| | SCOTTS VALLEY | 95060, 95066, 95067 |
| | SOQUEL | 95073 |
| | WATSONVILLE | 95076, 95077 |

[Back to Map](#)

---

\* Pacific Gas and Electric Company (PG&E) supplies electric service in all or portions of the listed ZIP Codes in Northern and Central California. For additional information, please call 1-800-PGE-5000.

Case: 19-30088    Doc# 12173-3    Filed: 04/18/22    Entered: 04/18/22 16:59:11    Page 25 of 32



# PG&E's Electric Service Territory

| COUNTY | CITY | ZIP CODE* |
|---|---|---|
| SHASTA | ANDERSON | 96007 |
| | BELLA VISTA | 96008 |
| | BIG BEND | 96011 |
| | BURNEY | 96013 |
| | CASSEL | 96016 |
| | COTTONWOOD | 96022 |
| | FALL RIVER MILLS | 96028 |
| | FRENCH GULCH | 96033 |
| | HAT CREEK | 96040 |
| | IGO | 96047 |
| | LAKEHEAD | 96051 |
| | MCARTHUR | 96056 |
| | MILLVILLE | 96062 |
| | MONTGOMERY CREEK | 96065 |
| | OAK RUN | 96069 |
| | OLD STATION | 96071 |
| | ONO | 96047 |
| | PALO CEDRO | 96073 |
| | PLATINA | 96076 |
| | REDDING | 96001, 96002, 96003, 96049, 96099 |
| | ROUND MOUNTAIN | 96084 |
| | SHASTA | 96087 |
| | SHASTA LAKE | 96019, 96089 |
| | SHINGLETOWN | 96088 |
| | WHISKEYTOWN | 96095 |
| | WHITMORE | 96096 |
| | | |
| SIERRA | ALLEGHANY | 95910 |
| | CALPINE | 96124 |
| | CAMPTONVILLE | 95922 |
| | DOWNIEVILLE | 95936 |
| | GOODYEARS BAR | 95944 |
| | NORTH SAN JUAN | 95960 |
| | SIERRA CITY | 96125 |

Back to Map

---

\*   Pacific Gas and Electric Company (PG&E) supplies electric service in all or portions of the listed ZIP Codes in Northern and Central California. For additional information, please call 1-800-PGE-5000.

November 2014



# PG&E's Electric Service Territory

| COUNTY | CITY | ZIP CODE* |
|---|---|---|
| SISKIYOU | SOMES BAR | 95568 |
| | | |
| SOLANO | BENICIA | 94510 |
| | BIRDS LANDING | 94512 |
| | DIXON | 95620 |
| | ELMIRA | 95625 |
| | FAIRFIELD | 94533, 94534, 94535 |
| | RIO VISTA | 94571 |
| | SUISUN CITY | 94534, 94585 |
| | TRAVIS AFB | 94535 |
| | VACAVILLE | 95687, 95688, 95696 |
| | VALLEJO | 94589, 94590, 94591, 94592 |

Back to Map

---

\*   Pacific Gas and Electric Company (PG&E) supplies electric service in all or portions of the listed ZIP
    Codes in Northern and Central California. For additional information, please call 1-800-PGE-5000.

November 2014



# PG&E's Electric Service Territory

| COUNTY | CITY | ZIP CODE* |
|--------|------|-----------|
| SONOMA | ANNAPOLIS | 95412 |
| | BODEGA | 94922 |
| | BODEGA BAY | 94923 |
| | BOYES HOT SPRINGS | 95416 |
| | CAMP MEEKER | 95419 |
| | CAZADERO | 95421 |
| | CLOVERDALE | 95425 |
| | COTATI | 94926, 94927, 94928, 94931 |
| | DUNCANS MILLS | 95430 |
| | EL VERANO | 95433 |
| | FORESTVILLE | 95436 |
| | FREESTONE | 95472 |
| | FULTON | 95439 |
| | GEYSERVILLE | 95441 |
| | GLEN ELLEN | 95442 |
| | GRATON | 95444 |
| | GUERNEVILLE | 95446 |
| | HEALDSBURG | 95448 |
| | JENNER | 95450 |
| | KENWOOD | 95409, 95452 |
| | LARKFIELD | 95403 |
| | MONTE RIO | 95462 |
| | OCCIDENTAL | 95465 |
| | PENNGROVE | 94951 |
| | PETALUMA | 94952, 94953, 94954, 94975, 94999 |
| | RIO NIDO | 95471 |
| | ROHNERT PARK | 94926, 94927, 94928 |
| | SANTA ROSA | 95401, 95402, 95403, 95404, 95405, 95406, 95407, 95409 |
| | SEBASTOPOL | 95472, 95473 |
| | SONOMA | 95476 |
| | STEWARTS POINT | 95480 |
| | THE SEA RANCH | 95497 |
| | VALLEY FORD | 94972 |
| | VILLA GRANDE | 95486 |
| | WINDSOR | 95492 |

Back to Map

---

\*  Pacific Gas and Electric Company (PG&E) supplies electric service in all or portions of the listed ZIP Codes in Northern and Central California. For additional information, please call 1-800-PGE-5000.

Case: 19-30088   Doc# 12173-3   Filed: 04/18/22   Entered: 04/18/22 16:59:11   Page 28 of 32



# PG&E's Electric Service Territory

| COUNTY | CITY | ZIP CODE* |
|--------|------|-----------|
| STANISLAUS | CROWS LANDING | 95313 |
| | DENAIR | 95316 |
| | FARMINGTON | 95230 |
| | KNIGHTS FERRY | 95361 |
| | MODESTO | 95353, 95355, 95357, 95358 |
| | NEWMAN | 95360 |
| | OAKDALE | 95361 |
| | PATTERSON | 95363 |
| | RIVERBANK | 95367 |
| | TRACY | 95385 |
| | TURLOCK | 95380 |
| | VALLEY HOME | 95361 |
| | VERNALIS | 95385 |
| | WATERFORD | 95386 |
| | WESTLEY | 95387 |
| SUTTER | EAST NICOLAUS | 95659 |
| | KNIGHTS LANDING | 95645 |
| | LIVE OAK | 95953 |
| | MERIDIAN | 95957 |
| | NICOLAUS | 95659 |
| | PLEASANT GROVE | 95668 |
| | RIO OSO | 95674 |
| | ROBBINS | 95676 |
| | SUTTER | 95982 |
| | YUBA CITY | 95991, 95992, 95993 |

Back to Map

* Pacific Gas and Electric Company (PG&E) supplies electric service in all or portions of the listed ZIP Codes in Northern and Central California. For additional information, please call 1-800-PGE-5000.

November 2014

Case: 19-30088    Doc# 12173-3    Filed: 04/18/22    Entered: 04/18/22 16:59:11    Page 29 of 32



# PG&E's Electric Service Territory

| COUNTY | CITY | ZIP CODE* |
|---|---|---|
| TEHAMA | CORNING | 96021, 96029 |
| | COTTONWOOD | 96022 |
| | FLOURNOY | 96029 |
| | GERBER | 96035 |
| | LOS MOLINOS | 96055 |
| | MANTON | 96059 |
| | MILL CREEK | 96061 |
| | MINERAL | 96061, 96063 |
| | PASKENTA | 96074 |
| | PAYNES CREEK | 96075 |
| | PROBERTA | 96078 |
| | RED BLUFF | 96080 |
| | TEHAMA | 96090 |
| | VINA | 96092 |
| TRINITY | BURNT RANCH | 95527 |
| | MAD RIVER | 95552 |
| | ZENIA | 95595 |
| TULARE | ALPAUGH | 93201 |
| | BADGER | 93603 |
| | CUTLER | 93615 |
| | DINUBA | 93618 |
| | EARLIMART | 93219 |
| | OROSI | 93647 |
| | PIXLEY | 93256 |
| | SPRINGVILLE | 93265 |
| | SULTANA | 93666 |
| | TIPTON | 93272 |
| | TRAVER | 93673 |
| | TULARE | 93274 |
| | VISALIA | 93277, 93279, 93291, 93292 |
| | WAUKENA | 93282 |
| | WOODLAKE | 93286 |
| | YETTEM | 93670 |

Back to Map

---

\*   Pacific Gas and Electric Company (PG&E) supplies electric service in all or portions of the listed ZIP Codes in Northern and Central California. For additional information, please call 1-800-PGE-5000.

November 2014



# PG&E's Electric Service Territory

| COUNTY | CITY | ZIP CODE* |
|---|---|---|
| TUOLUMNE | BIG OAK FLAT | 95305 |
| | CHINESE CAMP | 95309 |
| | COLD SPRINGS | 95335 |
| | COLUMBIA | 95310 |
| | GROVELAND | 95321 |
| | JAMESTOWN | 95327 |
| | LA GRANGE | 95329 |
| | LONG BARN | 95335 |
| | MI WUK VILLAGE | 95346 |
| | MOCCASIN | 95347 |
| | PINECREST | 95314, 95364 |
| | SONORA | 95370, 95373 |
| | SOULSBYVILLE | 95372 |
| | STANDARD | 95373 |
| | STRAWBERRY | 95375 |
| | TUOLUMNE | 95379 |
| | TWAIN HARTE | 95383 |
| | YOSEMITE NATIONAL PARK | 95389 |

Back to Map

* Pacific Gas and Electric Company (PG&E) supplies electric service in all or portions of the listed ZIP Codes in Northern and Central California. For additional information, please call 1-800-PGE-5000.

November 2014



# PG&E's Electric Service Territory

| COUNTY | CITY | ZIP CODE* |
|--------|------|-----------|
| YOLO | BROOKS | 95606 |
| | CAPAY | 95607 |
| | CLARKSBURG | 95612 |
| | DAVIS | 95616, 95617, 95618 |
| | DUNNIGAN | 95937 |
| | EL MACERO | 95618 |
| | ESPARTO | 95607, 95627 |
| | GUINDA | 95637 |
| | KNIGHTS LANDING | 95645 |
| | MADISON | 95653 |
| | RUMSEY | 95679 |
| | WEST SACRAMENTO | 95605, 95691, 95798, 95799 |
| | WINTERS | 95694 |
| | WOODLAND | 95695, 95776 |
| | YOLO | 95697 |
| | ZAMORA | 95698 |
| YUBA | BEALE AFB | 95903 |
| | BROWNS VALLEY | 95918 |
| | BROWNSVILLE | 95919 |
| | CAMPTONVILLE | 95922 |
| | CHALLENGE | 95925 |
| | DOBBINS | 95935 |
| | LINDA | 95901 |
| | LOMA RICA | 95901 |
| | MARYSVILLE | 95901, 95903 |
| | OLIVEHURST | 95961 |
| | OREGON HOUSE | 95962 |
| | PLUMAS LAKE | 95961 |
| | RACKERBY | 95972 |
| | SMARTSVILLE | 95977 |
| | WHEATLAND | 95692 |

Back to Map

---

* Pacific Gas and Electric Company (PG&E) supplies electric service in all or portions of the listed ZIP Codes in Northern and Central California. For additional information, please call 1-800-PGE-5000.

Case: 19-30088   Doc# 12173-3   Filed: 04/18/22   Entered: 04/18/22 16:59:11   Page 32 of 32

November 2014