# Exhibit 3

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Name of Fire | Cause of Fire | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Aaron and Brenda Jennings 2604 Indian Hill Rd. 2604 Indian Hill Rd. Clearlake Oaks, CA 95423 | 84780 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $8,097.20 | $8,097.20 | Pawnee and Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Adame, Martin J 6051 Radcliffe Ave Newark, CA 94560 | 105862 | PG&E Corporation and Pacific Gas and Electric Company | | $0.00 | $0.00 | $0.00 | $70,000.00 | $70,000.00 | Ferguson | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Adame, Martin J 6051 Radcliffe Ave Newark, CA 94560 | 57319 | PG&E Corporation and Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $30,000.00 | $30,000.00 | Ferguson | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Allen, Paulette Marie Paulette M. Allen 4645 Scotts Valley Road Lakeport, CA 95453 | 85682 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Armitage, Georgette 17938 Juniper Way Clearlake Oaks, CA 95423 | 86779 | PG&E Corporation and Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Arvizo, Loretta J Apt 16206 Saint Petersburg, FL 33716-3482 | 86372 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Athas, Jamie 3875 Vista Robles Clearlake, CA 95422 | 88535 | PG&E Corporation and Pacific Gas and Electric Company | 12/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Pawnee and Rocky | Human (No PG&E Involvement) and Equipment (Not | Barred as Third-Party Fire Claims |
| Azad , Anita 6656 Dume Dr. Malibu, CA 90265 | 83753 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,000,000.00 | Woolsey | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |

# Exhibit 3

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Name of Fire | Cause of Fire | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Banuet, Tina<br>P.O. Box 1795<br>Lakeport, CA 95453 | 95501 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Belad and Timothy Wright<br>21793 Los Altos Dr.<br>Palo Cedro, CA 96073 | 91701 | PG&E Corporation and Pacific Gas and Electric Company | 12/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Blackburn, Ruth<br>136 sout lomita avenue<br>ojai, CA 93023 | 85086 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Brower, Roxane<br>5540 Sunrise Drive<br>Kelseyville, CA 95451 | 95389 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Cabugos, Carolyn<br>4759 Andrita Street<br>Santa Barbara, CA 93110 | 85525 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Cain, Anthony<br>6381 Noosha Ln 6381 noosha ln<br>Anderson, CA 96007 | 84458 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Carnes, Stephen<br>23700 little ridge rd<br>Oak run, CA 96069 | 83030 | PG&E Corporation and Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $6,300.00 | $6,300.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Cellini, Anthony<br>6835 Virginia Dr<br>Lucerne, CA 95458 | 93897 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |

# Exhibit 3

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Name of Fire | Cause of Fire | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Clark, Joanne 16580 NW Oak Creek Dr Beaverton, OR 97006-7479 | 83275 | PG&E Corporation and Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Damgaard, Aksel 15697 Shasta Estates Dr Redding, CA 96001-9779 | 86877 | PG&E Corporation and Pacific Gas and Electric Company | 10/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Davis, Nino 6865 Stonybrook Rd Clearlake, CA 95422 | 87812 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Davis, Paul P.O. Box 931 Clearlake Oaks, CA 95423 | 88428 | PG&E Corporation and Pacific Gas and Electric Company | 12/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Debra Ann Hoglund 385 South Forbes Street Lakeport, CA 95453 | 85378 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Dennis C. Hinrichs, Hinrichs Trust, Blue Heron Custom Builders, Rainbow Buddha Farm 10788 Bachelor Valley Rd. Witter Springs, CA 95493 | 72994 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| EDHOLM, NATALLIE 15782 TEXAS SPRINGS RD REDDING, CA 96001 | 5681 | PG&E Corporation and Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Garcia DVM, Jorge L 2080 Smith Lane Clearlake Oaks, CA 95423 | 72751 | PG&E Corporation and Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |

# Exhibit 3

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Name of Fire | Cause of Fire | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Grebo, Asim 7202 SNYDER RIDGE RD MARIPOSA, CA 95338 | 5679 | PG&E Corporation and Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $480.00 | $480.00 | Ferguson | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Guiton, Mark R. PO BOX 732 Shasta, CA 96087-0732 | 84172 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Hammil, John 3171 Hilltop Drive Ventura, CA 93003 | 8911 | PG&E Corporation and Pacific Gas and Electric Company | 9/15/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| HAMMIL, JOHN 3171 HILLTOP DRIVE VENTURA, CA 93003 | 8924 | PG&E Corporation and Pacific Gas and Electric Company | 9/15/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Heerwagen, Belinda Bell CAPT Belinda Heerwagen 4502 Carlby Lane Alexandria, VA 22309 | 92789 | PG&E Corporation and Pacific Gas and Electric Company | 12/29/2019 | $0.00 | $0.00 | $0.00 | $75,000.00 | $75,000.00 | Woolsey | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Henderson, Nancy A. 21 East Arrellaga #2 Santa Barbara, CA 93101 | 59721 | PG&E Corporation and Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Whittier and Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Hockett, Michelle 525 Bevins St #1 Lakeport, CA 95453 | 61909 | PG&E Corporation and Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Hoglund, Debra 385 S. Forbes St. Lakeport, CA 95453 | 86671 | PG&E Corporation and Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |

# Exhibit 3

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Name of Fire | Cause of Fire | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Isley, Bert A. 10529 Witter Springs Rd Witter Springs, CA 95493 | 80632 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $2,984.06 | $2,984.06 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| james L Kellis 7670 Al Dr Glenhaven, CA 95443 | 86401 | PG&E Corporation and Pacific Gas and Electric Company | 10/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| JEROME DOWTY 2607 HENDRICKS RD LAKEPORT, CA 95453 | 83342 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Jones, Patricia L 430 Spire Point Dr Redding, CA 96003-5384 | 5654 | PG&E Corporation and Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Jones, Patricia L 430 Spire Point Dr Redding, CA 96003-5384 | 6790 | PG&E Corporation and Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Jones, Patricia L 430 Spire Point Dr Redding, CA 96003-5384 | 6897 | PG&E Corporation and Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Kernstein, Donna 9089 Highway 175 Kelseyville, CA 95451 | 92632 | PG&E Corporation and Pacific Gas and Electric Company | 12/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Kim Duncan and Erik Hahn 4832 El Carro Ln Carpinteria, CA 93013 | 93113 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |

# Exhibit 3

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Name of Fire | Cause of Fire | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kristin Vemo<br>1130A Faraday Street<br>Santa Ynez, CA 93460 | 85579 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Layton, Dennis and Gail<br>468 Woodward Way<br>Lakeport, CA 95453 | 7346 | PG&E Corporation and Pacific Gas and Electric Company | 8/18/2019 | $0.00 | $0.00 | $0.00 | $20,000.00 | $20,000.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Liberto, Phillip Richard<br>385 South Forbes Street<br>Lakeport, CA 95453 | 105902 | PG&E Corporation and Pacific Gas and Electric Company |  | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Liberto, Phillip Richard<br>385 South Forbes Street<br>Lakeport, CA 95453 | 85333 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Liberto, Phillip Richard<br>385 South Forbes Street<br>Lakeport, CA 95453 | 86780 | PG&E Corporation and Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Liberto, Phillip Richard<br>385 South Forbes Street<br>Lakeport, CA 95453 | 106048 | PG&E Corporation and Pacific Gas and Electric Company | 7/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Lisa M. Tellers and Alan L. Brown<br>1017 L. Street, 327<br>Sacramento, CA 95814 | 86831 | PG&E Corporation and Pacific Gas and Electric Company | 10/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Liston, Donna<br>13905 Trinity Mt Rd Sp #56<br>P.O.Box 198<br>French Gulch, CA 96033 | 96072 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |

# Exhibit 3

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Name of Fire | Cause of Fire | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Looney, Kristen 2801 Old River Road Ukiah, CA 95482 | 87865 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Lorber, Peter 4470 W Sunset Blvd Unit 90859 4470 W Sunset Blvd Unit 90859 LOS ANGELES, CA 90027 | 83168 | PG&E Corporation and Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Woolsey | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Mark, Jeffrey W.T. 3600 Dessie Drive. Lakeport, CA 95453 | 85272 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $450,000.00 | $450,000.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Marsala, Philip 8373 Kyra Lane White City, OR 97503 | 8188 | PG&E Corporation and Pacific Gas and Electric Company | 9/1/2019 | $0.00 | $0.00 | $0.00 | $8,923.50 | $8,923.50 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Meltzer, Mary Anne 17933 Juniper Way Clearlake Oaks, CA 95423 | 57361 | PG&E Corporation and Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Mesker, Catherine PO Box 584 Clearlake Oaks, CA 95423 | 88434 | PG&E Corporation and Pacific Gas and Electric Company | 12/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Michaels, Eric 1221 Avenue Americas New York, NY 10020 | 92874 | PG&E Corporation and Pacific Gas and Electric Company | 12/29/2019 | $0.00 | $0.00 | $0.00 | $250,000.00 | $250,000.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Miller, Kim Robin 140 Ruby Drive Lakeport, CA 95453 | 87604 | PG&E Corporation and Pacific Gas and Electric Company | 11/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Name of Fire | Cause of Fire | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Montgomery, James<br><br>United States | **84624** | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Morton, Frankie<br>13905 Trinity Mt Rd Space 34<br>French Gulch, CA 96033 | **96147** | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Nesbitt, Patrick<br>205 Lambert Road<br>Carpinteria, CA 93013 | **69313** | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $833,070.00 | $833,070.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Pasero Aldama , Laurie<br>thomas, aldama 284 Kingsview Ct<br>Redding, CA 96003 | **83451** | PG&E Corporation and Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Patrick Nesbitt<br>205 Lambert Road<br>Carpinteria, CA 93013 | **84968** | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $833,070.32 | $833,070.32 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| PATTERSON, CHARLIE<br>GENERAL DELIVERY<br>REDDING, CA 96049 | **62336** | PG&E Corporation and Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Reichenthal, Sara<br>P.O. Box 6134 P.O. Box 6134<br>Malibu, CA 90264 | **83459** | PG&E Corporation and Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Woolsey | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Rex, Kevin<br>5590 Bromely Dr.<br>Oak Park, CA 91377 | **84652** | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Woolsey | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |

# Exhibit 3

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Name of Fire | Cause of Fire | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Richards, Stephen Michael 5401 Norris Rd Apt 12 Bakersfield, CA 93308-2182 | 5548 | PG&E Corporation and Pacific Gas and Electric Company | 7/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Robinson, Leslie H. and Millet 30101 Tuttle Ct Tehachapi, CA 93561 | 86976 | PG&E Corporation and Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $0.00 | $600,000.00 | $600,000.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Robinson, Shochana PO Box 1824 Lakeport, CA 95453 | 94253 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Roemmich, James 3698 Foothill Blvd Redding, CA 96001 | 5691 | PG&E Corporation and Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Rookey, Brant 2565 Beach Ln. Lakeport, CA 95453 | 94087 | PG&E Corporation and Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Rosenbaum, Adam 29138 Pacific Coast Highway #704 Malibu, CA 90265 | 63307 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Woolsey | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Sandy, Daniel R. 8932 Knobhill Circle Redding, CA 96001 | 95548 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Searcy, Roon 2557 Beach Ln. Lakeport, CA 95453 | 95223 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |

# Exhibit 3

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Name of Fire | Cause of Fire | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Smith, Jasper E 311 Francisco Dr. Sonoma, CA 95476 | 95511 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Smith, Lori 6379 Tenth Ave. Lucerne, CA 95458 | 61835 | PG&E Corporation and Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Smith, Lori K P.O. Box 854 Lucerne, CA 95458 | 86819 | PG&E Corporation and Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Soloniuk Clinic A Medical Corporation 2111 Airpark Drive Redding, CA 96001 | 5578 | PG&E Corporation and Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Steven A Poirier 15023 Trinity Mountain Road French Gulch, CA 96033 | 84773 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Suzanne Lawson 115 Olive Mill Road Santa Barbara, CA 93108 | 86050 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Tetreault-Rackley, Vena L 1178 Lake Blvd Sp 19 Redding, CA 96003 | 7429 | PG&E Corporation and Pacific Gas and Electric Company | 8/18/2019 | $0.00 | $0.00 | $0.00 | $3,200.00 | $3,200.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Vorpagel, Jane P.O. Box 136 Igo, CA 96047 | 59990 | PG&E Corporation and Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $3,500.00 | $3,500.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |

# Exhibit 3

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Name of Fire | Cause of Fire | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wilson, Jennifer Bertyn<br>5935 Live Oak Dr #75<br>Kelseyville, CA 95451 | 95786 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Winterman, Mark<br>110 SW 194th St.<br>Normandy Park, WA 98166 | 80968 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $4,800.00 | $4,800.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Yob, Susan<br>PO Box 6227<br>San Jose, CA 95150-6227 | 8428 | PG&E Corporation and Pacific Gas and Electric Company | 8/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| **Claims To Be Expunged Totals** | **Count: 83** | | | **$0.00** | **$0.00** | **$0.00** | **$5,412,425.08** | **$5,412,425.08** | | | |