# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC COMPANY, | Chapter 11 |
| | (Lead Case) |
| Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Sonia Akter, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On April 14, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on Gough & Hancock LLP, Laura L. Goodman, Esq., 50 California Street, Suite 1500, San Francisco, CA 94111-4612; and Law Offices of Jennifer L. Dodge Inc., Jennifer L. Dodge, Esq., 2512 Artesia Blvd., Suite 300D, Redondo Beach, CA 90278-3277:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, attached hereto as **Exhibit A**

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

---

[1] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

| | |
|---|---|
| 1 | Executed this 19th day of April 2022, at New York, NY. |
| 2 | |
| 3 | /s/ Sonia Akter |
| | Sonia Akter |

# **Exhibit A**

SRF 60892

Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| **In re Debtor(s):** <br><br> PG&E Corporation | Case No.: 19–30088 DM 11 <br> Chapter: 11 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on April 12, 2022 at 10:00 AM was filed on April 14, 2022. The following deadlines apply:

The parties have until Thursday, April 21, 2022 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Thursday, May 5, 2022.

If a request for redaction is filed, the redacted transcript is due Monday, May 16, 2022.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Wednesday, July 13, 2022, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 4/18/22

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court