| | |
|---|---|
| 1 | BUCHALTER, a Professional Corporation |
| 2 | |
| 3 | Valerie Bantner Peo (SBN 260430) |
| 4 | 425 Market St., Suite 2900 |
| 5 | San Francisco, CA 94105-3493 |
| 6 | (415) 227-0900 |
| 7 | vbantnerpeo@buchalter.com |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re

**The updated address information shown below applies to the bankruptcy cases and adversary proceedings appearing on the attached list.**

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** the address of Buchalter, a Professional Corporation has changed. The new address is:

    425 Market St., Suite 2900
    San Francisco, CA 94105

Please update your records accordingly.

Date: April 15, 2022

/s/ Valerie Bantner Peo
                        Signature

| Case No. | Case Title | Chapter / Lead BK case |
| --- | --- | --- |
| 14-31652 | Metawise Group, Inc. | 11 |
| 17-41993 | David Arquimedez Reyes and Ondina Jaime Reyes | 13 |
| 18-41039 | Mohan Malhi | 13 |
| 18-43016 | Jasmine Chi Woo | 13 |
| 18-51956 | Noemi Gonzales | 13 |
| 19-03058 | Rose Court, LLC v. Select Portfolio Servicing, Inc. et al | |
| 19-30088 | PG&E Corporation | 11 |
| 19-31242 | Andrea Michelle Montoya | 13 |
| 19-41283 | JadooTV, Inc. | 11 |
| 19-52335 | Imperial Toy LLC | 7 |
| 20-10470 | Mad River Estates, LLC | 11 |
| 20-40954 | Specialty's Cafe and Bakery, Inc. | 7 |
| 20-41448 | Kuldeep Singh and Amandeep Kaur | 11 |
| 20-51678 | Open Medicine Institute, Inc. | 7 |
| 21-50203 | Andreas M. Kogelnik | 11 |
| 21-50660 | Gaia Interactive, Inc. | 11 |
| 19-31225 | Rose Court, LLC | 11 |