

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

April 15, 2022

| | |
|---|---|
| No.: | 22-15560 |
| D.C. No.: | 4:20-cv-07865-HSG |
| Short Title: | In re: PG&E Corporation, et al v. Elliot Management Corporation |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 15 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In the Matter of:

PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY,

Debtors,

------------------------------

ELLIOT MANAGEMENT CORPORATION, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it; CANYON CAPITAL ADVISORS LLC; CITADEL ADVISORS LLC; DAVIDSON KEMPNER CAPITAL MANAGEMENT LP; FARALLON CAPITAL MANAGEMENT LLC; SCULPTOR MASTER FUND, LTD.; SCULPTOR ENHANCED MASTER FUND, LTD.; SCULPTOR CREDIT OPPORTUNITIES MASTER FUND, LTD.; SCULPTOR GC OPPORTUNITIES MASTER FUND, LTD.; SCULPTOR SC II, LP; VARDE PARTNERS, INC., on behalf of themselves, and/or certain funds and accounts managed, advised, or sub-advised by them; PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, as investment adviser or manager for certain funds and

No. 22-15560

D.C. No. 4:20-cv-07865-HSG
U.S. District Court for Northern California, Oakland

**TIME SCHEDULE ORDER**

accounts (collectively, the RSA Noteholders),

        Appellants,

v.

PG&E CORPORATION, Reorganized PG&E,

        Appellee.

The parties shall meet the following time schedule.

| | |
|---|---|
| **Fri., April 22, 2022** | Appellant's Mediation Questionnaire due. If your registration for Appellate CM/ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Fri., June 17, 2022** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |
| **Mon., July 18, 2022** | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellee's brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Ruben Talavera
Deputy Clerk
Ninth Circuit Rule 27-7