Richard A. Lapping (SBN: 107496)
TRODELLA & LAPPING LLP
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 200-9407
Facsimile: (415) 651-9004
*Rich@TrodellaLapping.com*

Attorneys for Todd Greenberg

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **STATUS STATEMENT RE MODIFICATION OF PLAN INJUNCTION TO PERMIT TODD GREENBERG CLAIMS NUMBERED 76018 AND 78381 TO PROCEED IN STATE COURT** |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors | Date: April 12, 2022<br>Time: 10:00 a.m.<br>Place: Courtroom 17<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, California<br>Judge: Hon. Dennis Montali<br>**Via Tele/Video Conference** |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

At the Status Conference on April 12, 2022, PG&E proposed proceeding with Claims 76018 and 78381 in state court. Creditor Todd Greenberg was to file an objection by April 20, 2022 if he opposed PG&E's proposal.

On April 13, 2022, undersigned counsel emailed PG&E counsel that: "Mr. Greenberg is willing to proceed in state court provided we can agree on a form of order that implements the expectations outlined by Judge Montali at the hearing yesterday."

Counsel for PG&E have not yet provided a draft order for review, although they have indicated that they plan to do so. Accordingly, Todd Greenberg hereby files this status statement by way of reserving his rights to comment on the proposed order and oppose the transfer if the proposed form of order is unacceptable.

Dated: April 20, 2022                    TRODELLA & LAPPING LLP

                                                      By:    /s/ *Richard A. Lapping*
                                                                  Richard A. Lapping
                                                                  Attorneys for Todd Greenberg

**Trodella & Lapping LLP**
540 Pacific Avenue
San Francisco, CA 94133