Marion T. Hack (State Bar No. 179216)
marion.hack@troutman.com
Luke N. Eaton (State Bar No. 280387)
luke.eaton@troutman.com
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: 213.928.9800
Facsimile: 213.928.9850

Attorneys for
AECOM Technical Services. Inc.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>**REQUEST TO BE REMOVED FROM NOTICE OF ELECTRONIC FILING** |

TO THE COURT, ALL COUNSEL AND THEIR ATTORNEY'S OF RECORD:

PLEASE TAKE NOTICE that counsel for AECOM TECHNICAL SERVICES, INC., hereby requests to be removed from notice of electronic filing.

Dated: April 20, 2022

TROUTMAN PEPPER HAMILTON SANDERS LLP


By: /s/ Luke N. Eaton
MARION T. HACK
LUKE N. EATON
Attorneys for
AECOM TECHNICAL SERVICES, INC.

1
REQUEST TO BE REMOVED FROM NOTICE OF ELECTRONIC FILING