## Exhibit 1

| Claimant Name(s) | Claim Number |
|---|---|
| Victor Castaneda | 1530 |
| Juan Pablo Chagoya and Monica Andrade | 1766 |
| Carmen Espino | 1808 |
| Christina Espino | 1851 |
| Grace Espino | 1849 |
| Jeremias Espino | 1852 |
| Fresno County Peace Officers Association | 19845 |
| Efrain Garcia | 1467 |
| Juan Pablo Chagoya Gonzalez | 20008 |
| Kai Hang | 3625 |
| Rosario Lara | 1920 |
| Sam Ouk | 3685 |
| Gabino Alberto Pizano | 3622 |
| Fidel Ramirez | 3901 |
| Monica Andrade Sanchez | 19914 |
| Sheriffs Foundation for Public Safety, Inc. | 78362 |
| Sheriffs Foundation for Public Safety, Inc. | 58385 |
| Edgar Torres | 3623 |