1  Jacob M. Faircloth, Esq. (SB No. 305390)
   Bluestone Faircloth & Olson, LLP
2  1825 Fourth Street
   Santa Rosa, CA 95404
3  Telephone: (707) 526-4250
   Email: jacob@bfolegal.com
4
   Attorneys for Movants,
5  Ernesto Marron, Azucena Marron,
   Cielo Q. Marron, Margarita I. Marron,
6  and Ernesto T. Marron

7                  UNITED STATES BANKRUPTCY COURT
                   NORTHERN DISTRICT OF CALIFORNIA
8                     SAN FRANCISCO DIVISION

9  In Re                              Case No. 19-30088-DM

10 PG&E CORPORATION,                  Chapter 11

11     and                           (Lead Case–Jointly Administered)

12 PACIFIC GAS AND ELECTRIC           **NOTICE OF HEARING ON MOTION**
   COMPANY                            **TO ALLOW/DEEM TIMELY**
13                                    **LATE FILING OF PROOF OF**
                                      **CLAIM BY MOVANTS ERNESTO**
14     Debtors.                       **MARRON, AZUCENA MARRON,**
   _____/  **CIELO Q. MARRON, MARGARITA**
15                                    **I. MARRON, AND ERNESTO T.**
   Affects:                           **MARRON**
16 ☐ PG&E Corporation
   ☐ Pacific Gas & Electric Company   Date: June 7, 2022
17 ☒  Both Debtors                    Time: 10:00 a.m.
                                      Location: Via ZOOM or Telephone
18 *All papers shall be filed in the Lead
   Case, No. 19-30088
19 _____/

20          **PLEASE TAKE NOTICE THAT** Ernesto Marron, Azucena Marron, Cielo Q.
   Marron, Margarita I. Marron, and Ernesto T. Marron (the "Movants") filed their Motion
21 to Allow/Deem Timely Late Filing of Proof of Claim by Movants, and Memorandum of
   Points and Authorities in Support Thereof, and Declaration of Robert M. Bone in Support
22 Thereof.
           **Your rights may be affected. You should read these papers carefully and
23 discuss them with your attorney, if you have one in this bankruptcy case. (If you do
   not have an attorney, you may wish to consult one.) Copies of the Motion papers
24 may be viewed and/or obtained by: (1) accessing the Court's website at
   http://www.canb.uscourts.gov; (which requires PACER access); (2) by contacting
25 Jacob M. Faircloth at jacob@bfolegal.com; (3) by contacting the Office of the Clerk
   of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102; and/or (4) from
26 the Debtors' notice and claims agent, Prime Clerk, LLC, at
   https://restructuring.primeclerk.com/pge or by calling (844)339-4217 (toll free) for
27 U.S.-based parties; or +1 (929)333-8977 for International parties or by email at:
   pgeinfo@primeclerk.com.**
28          Please note that the hearing will not be conducted in the presiding Judge's

NOTICE OF HEARING ON MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF
OF CLAIM BY MOVANTS  ERNESTO MARRON, AZUCENA MARRON, CIELO Q. MARRON,
MARGARITA I. MARRON AND ERNESTO T. MARRON

1  courtroom, but instead will be conducted by telephone or via Zoom.
          If you do not want the Court to grant the Motion, or if you want the Court to
2  consider your views on the Motion, then you or your attorney should file with the Court a
   written opposition to the Motion on or before May 31, 2022, and attend the hearing
3  scheduled to be held on Tuesday, June 7, 2022, at 10:00 a.m., via ZOOM or Courtcall.
          All interested parties should consult the Bankruptcy Court's website at
4  www.canb.uscourts.gov for information about court operations during the COVID-19
   pandemic. The Bankruptcy Court's website provides information regarding how to
5  arrange a telephonic or video appearance. If you have any questions regarding how to
   appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-
6  7606 or by using the Live Chat feature on the Bankruptcy Court's website.
          If you or your attorney do not take these steps, the Court may decide that you do
7  not oppose the Motion and may enter an order granting the Motion by default.

8  Dated: April 43, 2022              BLUESTONE FAIRCLOTH & OLSON, LLP

9                                              */S/ Jacob M. Faircloth*
                                       By: _____
10                                              Jacob M. Faircloth
                                       ATTORNEYS FOR MOVANTS
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF HEARING ON MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF
OF CLAIM BY MOVANTS  ERNESTO MARRON, AZUCENA MARRON, CIELO Q. MARRON,**

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's filing system.

DATED: April 21, 2022                           */S/ Jacob M. Faircloth*

By_____

Jacob M. Faircloth

MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM BY MOVANTS
KRISTA N. DUTCHER, JAMES A. VALE, LILLIAN N. DUTCHER, JAMES F. DUTCHER, IVY E. DUTCHER, AND
AMELIA R. VALE, AND MEMORANDUM OF POINTS AND
AUTHORITIES AND DECLARATION OF JACOB M. FAIRCLOTH IN SUPPORT THEREOF

Case 19-10329 Doc 195 Filed 04/21/22 Entered 04/21/22 13:30:12   Page 3
of 3