**Entered on Docket**
**April 22, 2022**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



ROBERT BONTA, SBN 202668
Attorney General of California
DANETTE VALDEZ, SBN 141780
ANNADEL ALMENDRAS, SBN 192064
Supervising Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3367
Fax: (415) 703-5480
Danette.Valdez@doj.ca.gov
Annadel.Almendras@doj.ca.gov

**Signed and Filed: April 22, 2022**

DENNIS MONTALI
U.S. Bankruptcy Judge

PAUL J. PASCUZZI, SBN 148810
NICHOLAS L. KOHLMEYER, SBN 299087
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Fax: (916) 329-7435
ppascuzzi@ffwplaw.com
nkohlmeyer@ffwplaw.com

Attorneys for California Department of Water Resources, by and through the State Water Project

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Reorganized Debtors. | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**ORDER REGARDING DISPUTE BETWEEN DEBTORS AND CALIFORNIA DEPARTMENT OF WATER RESOURCES** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors | Date: April 13, 2022<br>Time: 10:00 a.m.<br>Ctrm: 17<br>Judge: Dennis Montali |

Before the Court is the California Department of Water Resources' Motion for Order Determining that The Castle Rock Agreement with PG&E Cannot be Assumed and that The Department of Water Resources' Claim No. 78104 be Paid (the "DWR Motion")[1] (Dkt. No. 11887) and the Motion of the Reorganized Debtors for Entry of an Order Modifying Plan Injunction and Compelling Arbitration of Claim of California Department of Water Resources (the "Debtors' Motion") (Dkt. No. 11896) in the above captioned chapter 11 cases; and this Court having issued its Memorandum Decision Regarding Dispute Between Debtors and the California Department of Water Resources (Dkt. No. 11999) granting the DWR Motion and denying the Debtors' Motion by orders at Docket Nos. 12000 and 12001, respectively, and setting a further briefing schedule; and the Court having considered and denied the Notice of Appearance and Ex Parte Application for Order Authorizing City of Santa Clara, dba Silicon Valley Power and Northern California Power Agency to Intervene and File a Response to California Department of Water Resources' Motion for Order Determining that The Castle Rock Agreement with PG&E Cannot be Assumed and that The Department of Water Resources' Claim No. 78104 be Paid (Dkt. 12024 and 12054); and the Court having considered the further briefing by the Debtors (Dkt. No. 12076) and DWR (Dkt. Nos. 12129 and 12129-1); and the Court having issued its Tentative Ruling Re Dispute Between Debtors and the California Department of Water Resources ("Tentative Ruling") (Dkt. No. 12147); and the Court having held hearings on March 2, 2022, and April 13, 2022, to consider the arguments and objections of the parties; and this Court, for the reasons stated by this Court on the record at the hearings, having determined that the ruling in the Court's Tentative Ruling should become the final ruling, and after due deliberation and sufficient good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The issue of DWR's liability for removal costs under the Castle Rock Agreement was properly before the Court based on the DWR Motion, the Debtors' Motion and the other pleadings and argument made to the Court in these proceedings;

2. There are no material facts in dispute;

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the DWR Motion.

3. DWR's interpretation of the applicable sections of the Castle Rock Agreement is correct;

4. DWR does not owe any estimated future removal costs or anything else to Debtors and the remaining cotenants (City of Santa Clara dba Silicon Valley Power and Northern California Power Agency) under the Castle Rock Agreement; and

5. There are no damages to be assessed, by this Court or by arbitration, under that agreement.

IT IS HEREBY FURTHER ORDERED that, except as to the rulings made herein, the Court is not making any ruling as to any dispute between DWR on the one hand, and the City of Santa Clara dba Silicon Valley Power and Northern California Power Agency on the other, under the Transmission Services Agreement between those parties, which issues shall be dealt with outside this Court.

IT IS HEREBY FURTHER ORDERED that the Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order. This Order shall be immediately effective and enforceable upon its entry.

**APPROVED AS TO FORM**

KELLER BENVENUTTI KIM LLP

____________________________

Jane Kim, Attorneys for Debtors
and Reorganized Debtors

**END OF ORDER**



Case: 19-30088 Doc# 12207 Filed: 04/22/22 Entered: 04/22/22 15:43:46 Page 3 of 3