WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF APPEAL AND STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT**<br><br>[Re: Dkt. No. 12126] |

NOTICE IS HEREBY GIVEN that PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**," or as reorganized pursuant to the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020*, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases, hereby appeal, pursuant to 28 U.S.C. § 158(a)(1), from the *Order Granting DRRT's Amended Motion For Relief From Orders Concerning Reorganized Debtors' Eleventh and Thirteenth Securities Claims Omnibus Objections (Claims Barred by the Statute of Repose)*, entered on April 8, 2022 [Dkt. No. 12126] (as may be amended or corrected,[1] the "**DRRT 60(b) Order**"). A copy of the DRRT 60(b) Order is attached hereto as **Exhibit A**.

Pursuant to 28 U.S.C. § 158(c), the Reorganized Debtors elect to have the appeal heard by the United States District Court for the Northern District of California rather than by the Bankruptcy Appellate Panel for the Ninth Circuit.

The names of all parties to the DRRT 60(b) Order and the names, addresses, and telephone numbers of their respective attorneys are:

---

[1] On April 19, 2022, at the request of and in cooperation with counsel for DRRT, the Reorganized Debtors submitted to the Bankruptcy Court a proposed corrected form of the DRRT 60(b) Order (the "**Corrected Order**") to address a clerical error in the original DRRT 60(b) Order (specifically, to include the Exhibit A that is referenced in, but was inadvertently omitted from, the original DRRT 60(b) Order). As of the time of this filing, the Bankruptcy Court has not yet entered the Corrected Order. The Reorganized Debtors agreed to the Corrected Order as a matter of form and do not object to the entry of the Corrected Order pursuant to Federal Rule of Civil Procedure Rule 60(a), as made applicable to this matter by Federal Rule of Bankruptcy Procedure 9024, or otherwise even after the filing of this Notice of Appeal. The Reorganized Debtors do not believe the entry of the Corrected Order affects this appeal.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Party | Counsel |
|---|---|
| Reorganized Debtors<br><br>*Appellants* | WEIL, GOTSHAL & MANGES LLP<br>Richard W. Slack (*pro hac vice*)<br>(richard.slack@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007<br><br>KELLER BENVENUTTI KIM LLP<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>David A. Taylor (#247433)<br>(dtaylor@kbkllp.com)<br>Thomas B. Rupp (#278041)<br>(trupp@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251 |
| DRRT<br><br>*Appellee* | DRRT<br>Jared Lay (*pro hac vice*)<br>340 West Flagler Street, 2nd Floor<br>Miami, Florida 33130<br>Telephone: (305) 760-8025<br>Facsimile: (786) 235-5005<br>Email: jlay@drrt.com<br><br>MEYER LAW GROUP LLP<br>A Limited Liability Partnership<br>BRENT D. MEYER, Cal. Bar No. 266152<br>268 Bush Street #3639<br>San Francisco, California 94104<br>Telephone: (415) 765-1588<br>Facsimile: (415) 762-5277<br>Email: brent@meyerllp.com |

Dated: April 22, 2022

WEIL, GOTSHAL & MANGES LLP

KELLER BENVENUTTI KIM LLP

By: /s/ Richard W. Slack
　　　　Richard W. Slack

*Attorneys for the Reorganized Debtors*