# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In Re: PG& E Corporation  
and Pacific Gas and Electric Company

Bankruptcy Case No. 19-30088-DM  
Chapter 11

# COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

**Notice of Appeal and Statement of Election- by PG&E Corporation and Pacific Gas & Electric Company- Dkt. #12209**

**Order Granting DRRT's Amended Motion for Relief from Orders Concerning Reorganized Debtors' Eleventh and Thirteenth Securities Claims Omnibus Objections- Dkt. #12126**

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) on the date shown below:

**Office of the U.S. Trustee / SF**  
Phillip J. Burton Federal Building  
450 Golden Gate Ave. 5th Fl., #05-0153  
San Francisco, CA 94102

Keller & Benvenutti LLP          for PG& E Corporation and  
David A. Taylor                          Pacific Gas & Electric Company  
Jane Kim  
Thomas B. Rupp  
650 California St., #1900  
San Francisco, CA 94108  
**-and-**

Weil, Gotshal & Manges LLP
Richard W. Slack
Jessica Liou
Matthew Goren
767 Fifth Ave.
New York, NY 10153
**-and-**
Cravath, Swaine & Moore LLP
Paul H. Zumbro
Kevin J. Orsini
Omid H. Nasab
825 Eighth Ave.
New York, NY 10019


DRRT                                            for DRRT
Jared Lay
340 West Flagler St., 2nd Fl.
Miami, FL 33130
**-and-**
MEYER LAW GROUP LLP
A limited Liability Partnership
Brent D. Meyer
268 Bush St., #3639
San Francisco, CA 94104




                                 <u>Da'Wana L. Chambers</u>
Date: April 25, 2022              Deputy Clerk