

Signed and Filed: April 22, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **CORRECTED ORDER GRANTING DRRT'S AMENDED MOTION FOR RELIEF FROM ORDERS CONCERNING REORGANIZED DEBTORS' ELEVENTH AND THIRTEENTH SECURITIES CLAIMS OMNIBUS OBJECTIONS (CLAIMS BARRED BY THE STATUTE OF REPOSE)** <br><br> [Re: Dkt. Nos. 11734, 11867, 11911, 12033] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Upon the *Amended Motion For Relief From Orders By Default Disallowing and Expunging Proofs of Claims Pursuant To Reorganized Debtors' Eleventh and Thirteenth Securities Claims Omnibus Objections (Claims Barred by the Statute of Repose)* [Dkt. No. 11734] (the "**Motion**"); and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found and determined that notice of the Motion as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted for the reasons stated on the record.

2. The *Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose)* [Dkt. No. 11216] and the *Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Thirteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose)* [Dkt. No. 11315] are hereby modified as to the proofs of claim filed by the DRRT Claimants (as set forth in the Motion), identified in **Exhibit 1** hereto, to reinstate such proofs of claim insofar as they assert claims arising under Sections 10(b) and 20(a) of the Securities and Exchange Act of 1934, as amended, and Rule 10b-5 promulgated thereunder.

3. The *Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose)* [Dkt. No. 11014] and the *Reorganized Debtors' Thirteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose)* [Dkt. No. 11085] continue to be sustained as to claims held by the DRRT Claimants arising under Section 11 of the Securities Act of 1933.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

4. This Order is without prejudice to the rights of the Reorganized Debtors to object to the proofs of claim filed by the DRRT Claimants on any other grounds.

5. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

**APPROVED AS TO FORM AND CONTENT:**

Dated: April 19, 2022

                                        **MEYER LAW GROUP LLP**
                                        */s/ Brent D. Meyer*
                                        Brent D. Meyer

                                        *Attorney for DRRT Claimants*

*** END OF ORDER ***

# EXHIBIT 1

## (DRRT Claims)

| No. | Original Creditor | Claim | CUSIP Number(s) Indicated in Claimant's Trading Data | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total[1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DRRT FBO BAYERNINVEST KAPITALVERWALTUNGSGESELLSCHAFT MBH 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 98950 | 694308HF7 | Pacific Gas and Electric Company | 4/10/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Eleventh Securities Claims Omnibus Objection - Claims Barred by the Statute of Repose |
| 2 | DRRT FBO CREDIT SUISSE FUNDS AG DRRT 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 101205 | 694308GN1, 694308GL5 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Eleventh Securities Claims Omnibus Objection - Claims Barred by the Statute of Repose |
| 3 | DRRT FBO CREDIT SUISSE FUNDS AG (3973) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 101102 | 694308GM3 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Eleventh Securities Claims Omnibus Objection - Claims Barred by the Statute of Repose |
| 4 | DRRT FBO DEKA INVESTMENT GMBH (12076) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 101465 | 694308GQ4 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Eleventh Securities Claims Omnibus Objection - Claims Barred by the Statute of Repose |
| 5 | DRRT FBO GIAM GENERALI INSURANCE ASSET MANAGEMENT (4147) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 100042 | 694308HC4 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Eleventh Securities Claims Omnibus Objection - Claims Barred by the Statute of Repose |
| 6 | DRRT FBO HELABA INVEST KAPITALANLAGEGESELLSCHAFT MBH 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 99550 | 694308GE1 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Eleventh Securities Claims Omnibus Objection - Claims Barred by the Statute of Repose |
| 7 | DRRT FBO INETRNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (ATRI GR) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 99604 | 694308HF7, 694308GE1 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Eleventh Securities Claims Omnibus Objection - Claims Barred by the Statute of Repose |
| 8 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 99714 | 694308GW1 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $415,950.00 | $415,950.00 | Eleventh Securities Claims Omnibus Objection - Claims Barred by the Statute of Repose |
| 9 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (AGER CIG) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 100137 | 694308GT8, 694308GV3 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Eleventh Securities Claims Omnibus Objection - Claims Barred by the Statute of Repose |
| 10 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (PMPT CB) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 99607 | 694308GE1 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Eleventh Securities Claims Omnibus Objection - Claims Barred by the Statute of Repose |
| 11 | DRRT FBO KAISER PERMANENTE 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 98964 | 694308GE1 | Pacific Gas and Electric Company | 4/9/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Eleventh Securities Claims Omnibus Objection - Claims Barred by the Statute of Repose |
| 12 | DRRT FBO KAISER PERMANENTE 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 98968 | 694308GJ0 | Pacific Gas and Electric Company | 4/9/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Eleventh Securities Claims Omnibus Objection - Claims Barred by the Statute of Repose |
| 13 | DRRT FBO KAISER PERMANENTE 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 98995 | 694308GJ0 | Pacific Gas and Electric Company | 4/10/2020 | $0.00 | $0.00 | $0.00 | $641,250.00 | $641,250.00 | Eleventh Securities Claims Omnibus Objection - Claims Barred by the Statute of Repose |

[1] Claims listed as $0.00 seek an unliquidated amount.

| No. | Original Creditor | Claim | CUSIP Number(s) Indicated in Claimant's Trading Data | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | DRRT FBO KAISER PERMANENTE<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | 99002 | 694308GW1 | Pacific Gas and Electric Company | 4/10/2020 | $0.00 | $0.00 | $0.00 | $322,437.50 | $322,437.50 | Eleventh Securities Claims Omnibus Objection - Claims Barred by the Statute of Repose |
| 15 | DRRT FBO KAISER PERMANENTE<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | 99006 | 694308GW1 | Pacific Gas and Electric Company | 4/10/2020 | $0.00 | $0.00 | $0.00 | $235,337.50 | $235,337.50 | Eleventh Securities Claims Omnibus Objection - Claims Barred by the Statute of Repose |
| 16 | DRRT FBO MEAG MUNICH ERGO KAPITALANLAGEGESELLSCHAFT MBH<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | 100717 | 694308HB6, 694308GL5 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Thirteenth Securities Claims Omnibus Objection - Claims Barred by the Statute of Repose |
| 17 | DRRT FBO METZLER ASSET MANAGEMENT GMBH (HBJ)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | 100338 | 694308GE1 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Eleventh Securities Claims Omnibus Objection - Claims Barred by the Statute of Repose |
| 18 | DRRT FBO SWISS REINSURANCE COMPANY LTD(NYSL22)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | 99707 | 694308GJ0 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Eleventh Securities Claims Omnibus Objection - Claims Barred by the Statute of Repose |
| 19 | DRRT FBO SWISS REINSURANCE COMPANY LTD(NYSLR2)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | 99816 | 694308GJ0 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Eleventh Securities Claims Omnibus Objection - Claims Barred by the Statute of Repose |
| 20 | DRRT FBO SWISS REINSURANCE COMPANY LTD(ZF67A9)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | 99829 | 694308GJ0, 694308HD2 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Eleventh Securities Claims Omnibus Objection - Claims Barred by the Statute of Repose |
| 21 | DRRT FBO SWISS REINSURANCE COMPANY LTD(ZF71DD)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | 99841 | 694308GN1, 694308GT8 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Eleventh Securities Claims Omnibus Objection - Claims Barred by the Statute of Repose |
| 22 | DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG (CH0018)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | 100514 | 694308GL5 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Eleventh Securities Claims Omnibus Objection - Claims Barred by the Statute of Repose |
| 23 | DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG(CH0086)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | 100541 | 694308GE1 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Eleventh Securities Claims Omnibus Objection - Claims Barred by the Statute of Repose |
| 24 | DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG(CH0966_B)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | 100585 | 694308GE1, 694308GJ0 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $593,525.00 | $593,525.00 | Eleventh Securities Claims Omnibus Objection - Claims Barred by the Statute of Repose |
| 25 | DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG(CH0970_C)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | 100543 | 694308GM3 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Eleventh Securities Claims Omnibus Objection - Claims Barred by the Statute of Repose |
| 26 | DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG(CH1020_B)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | 100560 | 694308GL5, 694308GE1 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $308,875.00 | $308,875.00 | Eleventh Securities Claims Omnibus Objection - Claims Barred by the Statute of Repose |

| No. | Original Creditor | Claim | CUSIP Number(s) Indicated in Claimant's Trading Data | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. (LU6370) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 100606 | 694308GW1 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Eleventh Securities Claims Omnibus Objection - Claims Barred by the Statute of Repose |
| 28 | DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. (LU9348) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 100118 | 694308GE1 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Eleventh Securities Claims Omnibus Objection - Claims Barred by the Statute of Repose |
| 29 | DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. (LU9430) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 100107 | 694308GE1 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Eleventh Securities Claims Omnibus Objection - Claims Barred by the Statute of Repose |
| 30 | DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. (LU9566) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 100670 | 694308GE1 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Eleventh Securities Claims Omnibus Objection - Claims Barred by the Statute of Repose |
| 31 | DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A.(LU9804) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 100334 | 694308GE1 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Eleventh Securities Claims Omnibus Objection - Claims Barred by the Statute of Repose |