Print | Legend     **Submitted Work for February 2016**     Previous | Next
To Create New Applications - click on the Start Date     **NORTH BAY**     HOME

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  | **Closed 1** detail<br>ALTO 1120<br>WOODACRE 1101<br>BAHIA 1104<br><SAN RAFAEL-BK2><br><LAS GALLINAS A-BK2><br>*PT*SAN RAFAEL 1107<br>*PT*SAN RAFAEL 1107 | **Closed 2** detail<br>WOODACRE 1101<br>LAS GALLINAS A-TRANSFORMER BANK 1<br>SAN RAFAEL 1107<br><SAN RAFAEL-BK2><br><LAS GALLINAS A-BK2]<br>*PT*GREENBRAE 1104 | **3** detail<br>WOODACRE 1101<br>ALTO 1124<br>BAHIA 1101<br>SAN RAFAEL 1107<br>OLEMA 1101<br><SAN RAFAEL-BK2><br>*PT*SAUSALITO 1102<br>*PT*OLEMA 1101<br>*PT*NOVATO 1102 | **Closed 4** detail<br><SAN RAFAEL-BK2><br>[GREENBRAE 1101><br>*PT*SAN RAFAEL 1106 | **Closed 5** detail<br>LAS GALLINAS SUB Apparatus NEW 115KV BUS PT, CS186 ANDTB#2 RELAYS<br>SAN RAFAEL 1106<br><SAN RAFAEL-BK2><br><GREENBRAE 1101]<br>*PT*SAN RAFAEL 1107 | **Closed 6** detail<br><SAN RAFAEL-BK2> |
| **Closed 7** detail<br><SAN RAFAEL-BK2> | **Attn 8** detail<br>SAUSALITO SUB Breaker 1102<br><SAN RAFAEL-BK2><br>*PT*WOODACRE 1101<br>*PT*ALTO 1125 | **Closed 9** detail<br>SAN RAFAEL 1105<br>ALTO 1124<br>SAN RAFAEL 1108<br><SAN RAFAEL-BK2><br>[LAS GALLINAS SUB Bus 12kV Bus F, Bank 2, Sta BK 2, BK 2 PT.><br>*PT*GREENBRAE 1103 | **Closed 10** detail<br><SAN RAFAEL-BK2><br><LAS GALLINAS SUB Bus 12kV Bus F, Bank 2, Sta BK 2, BK 2 PT.><br>*PT*IGNACIO 1104<br>*PT*SAN RAFAEL 1102 | **Closed 11** detail<br>IGNACIO 1104<br><SAN RAFAEL-BK2><br><LAS GALLINAS SUB Bus 12kV Bus F, Bank 2, Sta BK 2, BK 2 PT.]<br>[LAS GALLINAS SUB Apparatus Temporary shoo-fly cables.><br>[LAS GALLINAS SUB Bus 12kV Bus F & G, 1107/2.><br>*PT*OLEMA 1101 | **Closed 12** detail<br>LAS GALLINAS SUB Apparatus 12KV Shoo-fly<br>LAS GALLINAS SUB<br>LAS GALLINAS SUB Bus 12kV Main bus E & F<br><SAN RAFAEL-BK2><br><LAS GALLINAS SUB Apparatus Temporary shoo-fly cables.]<br><LAS GALLINAS SUB Bus 12kV Bus F & G, 1107/2.]<br>[LAS GALLINAS SUB Bus 12kV Main bus F, 12kV Aux bus F, Bank 2. > | **Closed 13** detail<br><SAN RAFAEL-BK2><br><LAS GALLINAS SUB Bus 12kV Main bus F, 12kV Aux bus F, Bank 2. > |
| **Closed 14** detail<br><SAN RAFAEL-BK2><br><LAS GALLINAS SUB Bus 12kV Main bus F, 12kV Aux bus F, Bank 2. > | **Closed 15** detail<br><SAN RAFAEL-BK2><br><LAS GALLINAS SUB Bus 12kV Main bus F, 12kV Aux bus F, Bank 2. > | **Closed 16** detail<br>LAS GALLINAS SUB Breaker 1104<br>IGNACIO SUB Apparatus CB 1102/2 AND A SECTION OF THE 1102 CIRCUIT<br>SAN RAFAEL 1109<br><SAN RAFAEL-BK2><br><LAS GALLINAS SUB Bus 12kV Main bus F, 12kV Aux bus F, Bank 2. ><br>*PT*SAN RAFAEL 1109<br>*PT*SAN RAFAEL 1109 | **Attn 17** detail<br>WOODACRE 1101<br><SAN RAFAEL-BK2><br><LAS GALLINAS SUB Bus 12kV Main bus F, 12kV Aux bus F, Bank 2. ><br>*PT*NOVATO 1104<br>*PT*NOVATO 1104<br>*PT*OLEMA 1101 | **Closed 18** detail<br>ALTO 1120<br><SAN RAFAEL-BK2><br><LAS GALLINAS SUB Bus 12kV Main bus F, 12kV Aux bus F, Bank 2. ><br>*PT*SAN RAFAEL 1107 | **Closed 19** detail<br><SAN RAFAEL-BK2><br><LAS GALLINAS SUB Bus 12kV Main bus F, 12kV Aux bus F, Bank 2. ><br>*PT*ALTO 1120 | **Closed 20** detail<br>IGNACIO 1103<br><SAN RAFAEL-BK2><br><LAS GALLINAS SUB Bus 12kV Main bus F, 12kV Aux bus F, Bank 2. > |

CONFIDENTIAL
Case: 19-30088    Doc# 12217-1    Filed: 04/20/22    Entered: 04/25/22 11:56:01    Page 1 of 2

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| **Closed 21** detail | **Closed 22** detail | **Closed 23** detail | **Closed 24** detail | **Closed 25** detail | **Closed 26** detail | **Closed 27** detail |
| <SAN RAFAEL-BK2><br><LAS GALLINAS SUB Bus 12kV Main bus F, 12kV Aux bus F, Bank 2. > | IGNACIO 1103<br><SAN RAFAEL-BK2><br><LAS GALLINAS SUB Bus 12kV Main bus F, 12kV Aux bus F, Bank 2. ><br>*PT*IGNACIO 1104<br>*PT*SAN RAFAEL 1107<br>*PT*SAN RAFAEL 1106 | HIGHWAY 1102 Field Equipment LR 650<br>IGNACIO 1103<br>GREENBRAE 1102<br>WOODACRE 1101<br>SAN RAFAEL SUB Bus 12kV Aux bus and 1110 circuit to first field switch.<br><SAN RAFAEL-BK2><br><LAS GALLINAS SUB Bus 12kV Main bus F, 12kV Aux bus F, Bank 2. ><br>[WOODACRE 1102><br>*PT*STAFFORD 1101<br>*PT*SAN RAFAEL 1108 | IGNACIO 1103<br>BOLINAS 1101<br>IGNACIO 1103<br>GREENBRAE 1102<br><SAN RAFAEL-BK2><br><LAS GALLINAS SUB Bus 12kV Main bus F, 12kV Aux bus F, Bank 2. ><br><WOODACRE 1102]<br>*PT*OLEMA 1101<br>*PT*ALTO 1122 | GREENBRAE 1104<br>IGNACIO 1103<br>IGNACIO 1103<br><SAN RAFAEL-BK2><br><LAS GALLINAS SUB Bus 12kV Main bus F, 12kV Aux bus F, Bank 2. ><br>*PT*OLEMA 1101 | IGNACIO 1103<br><SAN RAFAEL-BK2><br><LAS GALLINAS SUB Bus 12kV Main bus F, 12kV Aux bus F, Bank 2. ><br>[SAN RAFAEL SUB Bus 12kV Aux bus and 1105 circuit to first field switch. ><br>[IGNACIO 1103><br>[IGNACIO 1103><br>[IGNACIO 1103> | GREENBRAE 1102<br><SAN RAFAEL-BK2><br><LAS GALLINAS SUB Bus 12kV Main bus F, 12kV Aux bus F, Bank 2. ><br><SAN RAFAEL SUB Bus 12kV Aux bus and 1105 circuit to first field switch. ]<br><IGNACIO 1103]<br><IGNACIO 1103><br><IGNACIO 1103] |
| **Closed 28** detail | **Closed 29** detail | | | | | |
| IGNACIO 1103<br>IGNACIO 1103<br>ALTO 1125<br><SAN RAFAEL-BK2><br><LAS GALLINAS SUB Bus 12kV Main bus F, 12kV Aux bus F, Bank 2. ><br><IGNACIO 1103> | IGNACIO 1103<br>IGNACIO 1103<br>STAFFORD 1102<br>ALTO 1120<br><SAN RAFAEL-BK2><br><LAS GALLINAS SUB Bus 12kV Main bus F, 12kV Aux bus F, Bank 2. ><br><IGNACIO 1103><br>*PT*ALTO 1120<br>*PT*OLEMA 1101 | | | | | |

