# Mark Lockaby

**From:** Brown, David <DMBq@pge.com>
**Sent:** Monday, February 29, 2016 12:15 PM
**To:** Mark Lockaby
**Cc:** Brad Schwan
**Subject:** 31 Bolinas/Electrical Shut Down

Hi Mark,
So our electric group is working towards installing all the electric related cable and equipment in advance of energizing the new transformer and service to 31 Bolinas. I have this scheduled for Wednesday night-Thursday morning, March 16-17. I wanted to make sure with the city that a night time shut down can occur rather than during the daytime which should be the least impactful to the commercial. Power will be restored the morning of St. Patrick's day to allow for all the revelers to enjoy their green beers first thing in the morning.

Brad,
I know I gave you the impression that we would have the new service hotted up this week. However scheduling restraints due to the outage has pushed this activity out to March 16th.

Thanks,

David Brown
Senior New Business Representative
1220 Andersen Dr.
San Rafael, CA. 94901
415-257-3428 (office)
415-265-5610 (cell)


Pacific Gas and Electric Company

**From:** Mark Lockaby [mailto:mlockaby@townoffairfax.org]
**Sent:** Friday, December 04, 2015 3:01 PM
**To:** PGE Northern Agency Inspections
**Cc:** Brown, David; Brad Schwan; Brad Schwan
**Subject:** Electrical 31 Bolinas A, B, C, D, E, F, G

Alert: This message originated outside of PG&E. Use caution when opening attachments, clicking links or responding to requests for information.
************************************

Electrical 31 Bolinas A, B, C, D, E, F, G

Thanks

Mark Lockaby
Building Official
Town of Fairfax
142 Bolinas Road
Fairfax, CA 94930
415-458-2370