

VETERAN POWER
PO Box 639
Benicia, CA 94510

License# 986650

# DAILY WORK REPORT

| JOB INFORMATION | | | |
|---|---|---|---|
| JOB NAME | LOCATION | JOB # | SUPERINDTENDENT/FOREMAN |
| 31 Bolinas | Fairfax Ca | 15-3302 | Jesus Moreno |
| DATE | WEATHER | ESTIM. % COMPLETE | DIG ALERT TICKET # |
| 2/15/2016 | Clear | | 564538 |
| CUSTOMER JOB # | CUSTOMER CONTACT | | |
| 31164908 | | | |

## DESCRIPTION OF WORK

Today we hand dug 50' of trench at 48" deep and backfield it.

## EMPLOYEES

| NAME | JOB # | HOURS | DRIVE TIME | PER DIEM (Y/N) |
|---|---|---|---|---|
| Carlos Lozano | 15-3302 | 12 | | Yes |
| Francisco Rosales Torres | 15-3302 | 12 | | Yes |
| Jesus Moreno | 15-3302 | 12 | | Yes |
| Jose Cruz Lopez-Sandoval | 15-3302 | 12 | | Yes |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## SUBCONTRACTOR / SERVICES

| TICKET # | SUBCONTRACTOR | SERVICE/MATERIALS | QUANTITY |
|---|---|---|---|
| 01591 | | Trucking | |
| 01592 | | traffic control | |
| | | | |
| | | | |
| | | | |

## MATERIALS

| VENDOR | MATERIALS RECEIVED | MATERIALS USED | QTY USED |
|---|---|---|---|
| | sand | | 4 yards |
| | base rock | | 10 yards |
| | cold mix | | 1 yard |
| | 4" conduit | | 50' |
| | | | |

## EQUIPMENT

| EQUIPMENT # | DESCRIPTION | RENTAL COMPANY | HRS/MILES ON EQ. | HOURS USED |
|---|---|---|---|---|
| 21-003 | Crew truck Jesus | | | |
| 22-005 | Dump Truck | | | |
| 33-004 | Skid Steer Jesus | | | |
| 35-004 | E35 mini exc. | | | |
| 51-008 | Equipmen Trailer | | | |

## BORE LOGS

| TICKET # | DESCRIPTION | PRODUCT PULLED | PAID FOOTAGE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## SAFETY

| NEAR MISSES | UNMARKED UTILITIES |
|---|---|
| | |

## PROJECT PHOTOS






## ATTACHED SUBCONTRACTOR IMAGE

**FREIGHT BILL**



**LOPES TRUCKING**
11567 Crow Canyon Rd
Castro Valley, CA 94552
**(510) 538-3564**

J.R. Lopes
CA - 30977
(510) 385-4523

N⁰ 11098

TRUCK # 1   TRAILER # _____   DATE 2-15-16

UNDERLYING CARRIER (IF ANY): _____

RECEIVED FROM (CONSIGNOR) VETERANS TOWER
ADDRESS 31 BOLINAS W/1
CITY FAIRFAX CA

DELIVERED TO (CONSIGNEE) LOPES YARD
ADDRESS CROW CANYON RD
CITY CASTRO VALLEY CA

NAME AND ADDRESS OF DEBTOR (IF OTHER THAN CONSIGNOR): _____
JOB # 15-3301

| # | TIME | SCALE TAG NO. | WEIGHT | TIME | # | TIME | SCALE TAG NO. | WEIGHT | TIME |
|---|------|---------------|--------|------|---|------|---------------|--------|------|
| 1 | 9:00 | DIG TRENCH | | | 6 | | JACL SPOILS | | |
| 2 | | | | | 7 | | | | |
| 3 | | DEPAUL LEMOND | -130 | | 8 | 3:00 | DEPT U | -8:05 | |
| 4 | | | | | 9 | | | | |
| 5 | | | | | 10 | | | | |

TYPE OF ☐ TRUCK ☐ SEMI END ☐ SEMI BOTTOM ☐ EQUIPMENT ☐ TRACTOR ☐ TRANSFER ☐ OTHER

COMMODITY TRANSPORTED: FILL
NO. OF AXLES: 4

REPORTING TIME: 9:00 AM/PM
ENDING TIME: 3:00 AM/PM
OVERALL TIME: 7 HRS 2 MIN
NET CHARGEABLE TIME: 7.0

STARTING TIME LAST TRIP: ___ AM/PM
ARRIVAL TIME AT DUMP LAST TRIP: ___ AM/PM
END UNLOADING LAST TRIP: ___ AM/PM
RUNNING TIME LAST TRIP: 1.5

MEAL & TRUCK DOWN TIME: 1/2 HRS MIN
REMARKS:
CHARGES:

DEBTOR AGREES TO PAY LEGAL FEES COURT COSTS FOR COLLECTION OF DELINQUENT ACCOUNTS AND LEGAL RATE OF INTEREST FOR PAST DUE ACCOUNTS
OWNER ASSUMES ALL RESPONSIBILITY FOR DAMAGED OR BROKEN UNMARKED UNDERGROUND SERVICES ETC

ACCESSORIAL HELPERS OTHER CHARGES
TOTAL

by _____
RECEIVED IN GOOD ORDER BY AUTHORIZED REPRESENTATIVE

DRIVER'S SIGNATURE: R. Lopes

PUBLIC UTILITIES COMMISSION REQUIREMENTS FOR THESE CHARGES NOT LATER THAN THE FIFTEENTH OF THE MONTH FOLLOWING DATE OF THIS BILL.

**NOTICE***
Under the Mechanics Lien Law (California Code of Civil Procedure, Section 1181 et seq / any contractor subcontractor laborer supplier or other person who helps to improve your property but is not paid for his work of supplies has a right to enforce a claim against your property. This means that, after a court hearing, your property could be sold by a court officer and the proceeds of the sale used to satisfy the indebtedness...

Submitted in accordance with Section 7018 Business and Professions Code
NOTE We make deliveries inside curb line and on the lot at customer risk only and accept no responsibility for any damages resulting from such deliveries.

-30088   Doc# 12217-3   Filed: 04/20/22   Entered: 04/25/22 11:56 of 6

**Receipt 1 (left):**

...NDSCAPE MATERIALS INC.
580 Jacoby St, San rafael, Ca 94901
415 456 1381 fax 415 456 1754

www.americansoilandstone.com

Cashier: Rahn

| Qty | Description 1 | | |
|---|---|---|---|
| 5 cy | Recycled Base Rock | $20.50 | $102.50 |
| | Subtotal | | $102.50 |
| | Local Sales Tax 9.25 % Tax | | + $9.48 |
| | **RECEIPT TOTAL:** | | **$111.98** |

Credit Card: $111.98
Visa

Merchant # ***09411
--- Begin Tender Details ---

Credit Charge : $111.98
Visa : XXXXXXXXXXXX4983
Entry Method : Manual
Auth Code : 429290

Signature_____
I agree to the above amount according to card issuer agreement.

--- End Tender Details ---

Thanks for shopping with us!
**Please show receipt when**
you pickup materials
352007

**Receipt 2 (right):**

:47 PM        Sales Receipt #352021

...NDSCAPE MATERIALS INC
580 Jacoby St, San rafael, Ca 94901
415 456 1381 fax 415 456 1754

www.americansoilandstone.com

Cashier: 03

| Qty | Description 1 | | |
|---|---|---|---|
| 6 cy | Recycled Base Rock | $20.50 | $123.00 |
| | Subtotal | | $123.00 |
| | Local Sales Tax 9.25 % Tax | | + $11.38 |
| | **RECEIPT TOTAL:** | | **$134.38** |

Credit Card: $134.38
Visa

Merchant # ***09411
--- Begin Tender Details ---

Credit Charge : $134.38
Visa : XXXXXXXXXXXX4983
Entry Method : Swiped
Auth Code : 135734

Signature_____
I agree to the above amount according to card issuer agreement.

--- End Tender Details ---

Thanks for shopping with us!
**Please show receipt when**
pickup materials
352021

Case: 19-30088    Doc# 12217-3    Filed: 04/20/22    Entered: 04/25/22 11:56:01
of 6



# VETERAN POWER, INC
## DAILY JOB SAFETY ANALYSIS

Case: 19-30088    Doc# 1221