**Pacific Gas and Electric Company**

(Rev. 01/12)
Contract Management

# Change Order Request for CWAs

DATE: 2/15/2016

| | | | |
|---|---|---|---|
| 1. CONTRACTOR CHANGE REQUEST NO. | 1 | 2. PM ORDER NO./PCC | 31164908 |
| 3. CONTRACTOR | Veteran Power | 4. CONTRACT NO. | 2501284353 |
| 5. DATE WORK OCCURED | 2/15/16 | 6. PG&E CHANGE ORDER # | 1 |
| 7. FIELD AUTHORIZATION FORM (Y/N) | N | 8. AUTHORIZING PG&E SUPV | W. Abbott |

9. **Specific description of work that was added or removed from the scope**: <u>location of work (where it was done)</u>, <u>what was done</u> and <u>why</u>. Also note the applicable language in the contract which supports your change order request. (i.e. exclusions in the CWA).

Request change order to cover costs for additional work not addressed in the original Cost Proposal.

1. Due to the existing utilities found while potholing at the original locations of the #5 & #7 enclosures. additional prospecting was required to find new locations for the enclosures.

2. The project was redesigned twice trying to find locations for the enclosures requiring multiple visits for prospecting. This work was tracked on time and material as shown on the LME

3. The final design and new locations of the enclosures require additional trench footage and conduit to complete the installation.

4. Additional manhours, traffic control, materials and site restoration are required to complete the installation. This additional cost is shown on the unit cost breakdown.

Total Amount of Change Order=$60,387.27

See Attachment 1 & 2 for LME & Unit Cost Breakdown

| |
|---|
| 10. TOTAL CURRENT CWA VALUE |
| $84,535.69 |
| 11. TOTAL CHANGE ORDER AMOUNT |
| $60,387.27 |
| 12. NEW CWA VALUE INCLUDING CHANGE ORDER |
| $144,922.96 |

13. In addition to this document, attach an invoice listing labor and equipment classifications, hours of work, and hourly rates as applicable. Also include any sub-contractor invoices, and note their applicable mark-ups. Attach a Field Authorization Form, and LM&E's if they were utilized.

Case: 19-30088    Doc# 12217-4    Filed: 04/20/22    Entered: 04/25/22 11:56:01    Page 1 of 3

**PM31164908**
**BOLINAS FAIRFAX**

| | | PROPOSAL & CWA QUANTITIES | | | | | | | REVISED QUANTITIES | | | | | | Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UNIT # | CATEGORY | DESCRIPTION | U/M | Unit | Price | Total | | UNIT # | CATEGORY | DESCRIPTION | U/M | Unit | Price | Total | |
| CT-11 | TRENCH_OPEN_CUT_UG | 18" WIDE (DEPTH LESS THAN 48") | PER FT | 100 | $118.80 | 11,880.00 | | CT-11 | TRENCH_OPEN_CUT_UG | 18" WIDE (DEPTH LESS THAN 48") | PER FT | 193 | $118.80 | 22,928.40 | $11,048.40 |
| CT-15 | TRENCH_OPEN_CUT_UG | 18" WIDE (DEPTH 48.1" TO 72") | PER FT | 25 | $147.40 | 3,685.00 | | CT-15 | TRENCH_OPEN_CUT_UG | 18" WIDE (DEPTH 48.1" TO 72") | PER FT | 55 | $147.40 | 8,107.00 | $4,422.00 |
| CICC-3 | INSTALLATION_CONDUIT_UG | 4" DB120 CONDUIT | PER FT | 66 | $4.95 | 326.70 | | CICC-3 | INSTALLATION_CONDUIT_UG | 4" DB120 CONDUIT | PER FT | 200 | $4.95 | 990.00 | $663.30 |
| CICC-4 | INSTALLATION_CONDUIT_UG | 6" DB120 CONDUIT | PER FT | 57 | $9.68 | 551.76 | | CICC-4 | INSTALLATION_CONDUIT_UG | 6" DB120 CONDUIT | PER FT | 22 | $9.68 | 212.96 | -$338.80 |
| CICC-2 | INSTALLATION_CONDUIT_UG | 3" DB120 CONDUIT | PER FT | 0 | $3.73 | 0.00 | | CICC-2 | INSTALLATION_CONDUIT_UG | 3" DB120 CONDUIT | PER FT | 26 | $3.73 | 96.98 | $96.98 |
| CPE-27 | PRIMARY_ENCLOSURES_UG | #7 EQUIPMENT/SPLICE BOX ENCLOSURE(4'6" X 8'6" X 7'6")HEAVY FULL-TRAFFIC | EACH | 1 | $11,087.00 | 11,087.00 | | CPE-27 | PRIMARY_ENCLOSURES_UG | ENCLOSURE(4'6" X 8'6" X 7'6")HEAVY FULL-TRAFFIC | EACH | 1 | $11,087.00 | 11,087.00 | $0.00 |
| CPE-1 | PRIMARY_ENCLOSURES_UG | #5 EQUIPMENT/SPLICE ENCLOSURE(3'0"X 5'0"X 4'6") (INCIDENTAL NEW INSTAL) | EACH | 1 | $6,094.00 | 6,094.00 | | CPE-1 | PRIMARY_ENCLOSURES_UG | #5 EQUIPMENT/SPLICE ENCLOSURE(3'0"X 5'0"X 4'6") (INCIDENTAL NEW INSTAL) | EACH | 1 | $6,094.00 | 6,094.00 | $0.00 |
| CB-5 | BELLHOLES_UG | 5' OR LESS IN DEPTH (SIDEWALK) | PER SQ/FT | 80 | $82.84 | 6,627.20 | | CB-5 | BELLHOLES_UG | 5' OR LESS IN DEPTH (SIDEWALK) | PER SQ/FT | 80 | $82.84 | 6,627.20 | $0.00 |
| CO-1 | OTHER_UG | TRAFFIC CONTROL | COST PLUS | 7 | $2,000.00 | 14,000.00 | | CO-1 | OTHER_UG | TRAFFIC CONTROL | COST PLUS | 12 | $2,000.00 | 24,000.00 | $10,000.00 |
| CR-16 | RESTORATION_CLASS2BASE_UG | GREATER THAN 500 SQ/FT (6.1-12") | PER SQ/FT | 940 | $4.13 | 3,882.20 | | CR-16 | RESTORATION_CLASS2BASE_UG | GREATER THAN 500 SQ/FT (6.1-12") | PER SQ/FT | 1240 | $4.13 | 5,121.20 | $1,239.00 |
| CR-6 | RESTORATION_AC_PAVING_UG | 251-500 SQ/FT (6.1-12") | PER SQ/FT | 240 | $18.85 | 4,524.00 | | CR-6 | RESTORATION_AC_PAVING_UG | 251-500 SQ/FT (6.1-12") | PER SQ/FT | 740 | $18.85 | 13,949.00 | $9,425.00 |
| CR-31 | RESTORATION_SIDEWALK_UG | 251-500 SQ/FT (4.1-8") | PER SQ/FT | 700 | $16.90 | 11,830.00 | | CR-31 | RESTORATION_SIDEWALK_UG | 251-500 SQ/FT (4.1-8") | PER SQ/FT | 700 | $16.90 | 11,830.00 | $0.00 |
| CR-37 | RESTORATION_CURB_GUTTER_UG | 0-50 LF | PER LF | 0 | $837.30 | 0.00 | | CR-37 | RESTORATION_CURB_GUTTER_UG | 0-50 LF | PER LF | 30 | $55.90 | 1,677.00 | $1,677.00 |
| CCR-8 | CIVIL_CREW_RATE_UG | CLEARANCE 4 MAN CREW WITH CREW TRUCK (PREMIUM TIME) | PER HR | 12 | $837.30 | 10,047.60 | | CCR-8 | CIVIL_CREW_RATE_UG | 4 MAN CREW WITH CREW TRUCK (PREMIUM TIME) | PER HR | 12 | $837.30 | 10,047.60 | $0.00 |
| | | | | | | | | | LME | ADDITIONAL TIME FOR PROSPECTING TO FIND LOCATION OF ENCLOSURES. THIS WORK TRACKED ON LME | LUMP SUM | 1 | | 22,154.39 | $22,154.39 |
| | | | | | Total | $ 84,535.46 | | | | | | | Total | $ 144,922.73 | $60,387.27 |

Daily Statement of Labor, Material, and Equipment - Furnished by Contractor

| Field | Value |
|---|---|
| JOB LOCATION: | 31 BOLINAS FAIRFAX |
| CONTRACT OR SPEC. NO. | PM31164908 |
| JOB NO. | 15-3302 |
| CHANGE ORDER NO. | |
| SHEET ___ OF ___ SHEETS | |
| Date | 11/30-1/28 |

## VETERAN POWER, INC.

Description of Work, Item No.:
- 1: 11/30-12/1/15 ADD'L PROSPECTING ABOVE THE AMOUNT INCLUDED IN CONTRACT. PROSPECT AT LOC 2 & #7 FOR PLACEMENT OF #5 & #7 ENCLOSURES. MOVE TO ALLEY WAY AND PERFORM ADD'L POTHOLING. NO WINDOW WAS FOUND.
- 2: 1/26-1/28 ADD'L PROSPECTING AT NEW LOCATIONS FOR PLACEMENT OF ENCLOSURES. STILL NO WINDOW FOUND. FIELD MEET WITH ANDY WELCH & DAVID BROWN TO REDESIGN

### CONTRACTOR'S LABOR

| NAME | LABOR TYPE | RATE | | HRS | TOTAL $ | | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BEN OGDEN | Foreman IBEW | 110.90 | ST | 20.00 | 2,218.00 | ST | 20.00 | - | # - | # - | # - | # - |
| | | - | OT | - | - | OT | - | - | # - | # - | # - | # - |
| | | 196.53 | DT | - | - | DT | - | - | # - | # - | # - | # - |
| DONNY FRIEMOTH | Line Equip. Man IBEW | 84.45 | ST | 20.00 | 1,689.00 | ST | 20.00 | - | # - | # - | # - | # - |
| | | - | OT | - | - | OT | - | - | # - | # - | # - | # - |
| | | 145.95 | DT | - | - | DT | - | - | # - | # - | # - | # - |
| MANNY SAMANIEGO | Groundman IBEW | 68.71 | ST | 20.00 | 1,374.20 | ST | 20.00 | - | # - | # - | # - | # - |
| | | - | OT | - | - | OT | - | - | # - | # - | # - | # - |
| | | 114.03 | DT | - | - | DT | - | - | # - | # - | # - | # - |
| JESUS MORENO | Foreman IBEW | 68.71 | ST | 18.00 | 1,236.78 | ST | - | 18.00 | # - | # - | # - | # - |
| | | - | OT | - | - | OT | - | - | # - | # - | # - | # - |
| | | 114.03 | DT | - | - | DT | - | - | # - | # - | # - | # - |
| CRUZ LOPEZ | Line Equip. Man IBEW | 84.45 | ST | 18.00 | 1,520.10 | ST | - | 18.00 | # - | # - | # - | # - |
| | | - | OT | - | - | OT | - | - | # - | # - | # - | # - |
| | | 145.95 | DT | - | - | DT | - | - | # - | # - | # - | # - |
| FRANCISCO TORRES | Groundman IBEW | 68.71 | ST | 18.00 | 1,236.78 | ST | - | 18.00 | # - | # - | # - | # - |
| | | - | OT | - | - | OT | - | - | # - | # - | # - | # - |
| | | 114.03 | DT | - | - | DT | - | - | # - | # - | # - | # - |
| JOSE BARBOSA | Groundman IBEW | 68.71 | ST | 18.00 | 1,236.78 | ST | - | 18.00 | # - | # - | # - | # - |
| | | - | OT | - | - | OT | - | - | # - | # - | # - | # - |
| | | 114.03 | DT | - | - | DT | - | - | # - | # - | # - | # - |
| | LABOR TYPE ↓ | - | ST | - | - | ST | - | - | # - | # - | # - | # - |
| | | - | OT | - | - | OT | - | - | # - | # - | # - | # - |
| | | - | DT | - | - | DT | - | - | # - | # - | # - | # - |
| | LABOR TYPE ↓ | | ST | - | - | ST | - | - | # - | # - | # - | # - |
| | | | OT | - | - | OT | - | - | # - | # - | # - | # - |
| | | | DT | - | - | DT | - | - | # - | # - | # - | # - |
| | LABOR TYPE ↓ | | ST | - | - | ST | - | - | # - | # - | # - | # - |
| | | | OT | - | - | OT | - | - | # - | # - | # - | # - |
| | | | DT | - | - | DT | - | - | # - | # - | # - | # - |

| | $ |
|---|---|
| TOTAL PREMIUM TIME (DT) | - |
| TOTAL PREMIUM TIME (OT) | - |
| TOTAL STRAIGHT TIME (ST) | 10,511.64 |
| TOTAL LABOR | 10,511.64 |
| PAYROLL TAXES ON TOTAL LABOR OF $ | Inc. Above |
| COMP. INS. ON TOTAL LABOR OF $ | Inc. Above |
| P.L. AND P.D. ON TOTAL LABOR OF $ | Inc. Above |
| WELFARE | Inc. Above |
| SUBSISTENCE - DAYS | - |
| TOTAL LABOR, P/R TAXES, ETC. | 10,511.64 |

SELECT DROP DOWN IN THESE FIELDS

### RENTAL EQUIPMENT

| EQUIPMENT DESCRIPTION | | RATE | AMOUNT | ITEM |
|---|---|---|---|---|
| TRENCH PLATES/SHORING DELIVERY & PICK UP | 1.00 | 412.50 | 412.50 | |
| - | - | - | - | |
| - | - | - | - | |
| - | - | - | - | |
| TOTAL EQUIPMENT RENTAL | | | 412.50 | |

### ADDITIONAL SERVICES

| SERVICE DESCRIPTION | | RATE | AMOUNT | ITEM |
|---|---|---|---|---|
| TRAFFIC CONTROL-DAYS | 3.00 | 2,166.75 | 6,500.25 | |
| - | - | - | - | |
| - | - | - | - | |
| - | - | - | - | |
| TOTAL ADDITIONAL SERVICES | | | 6,500.25 | |

| MATERIAL | $ | TOTAL | ITEM |
|---|---|---|---|
| - | - | - | |
| - | - | - | |
| - | - | - | |
| TOTAL MATERIAL | | - | |

### CONTRACTOR OWNED EQUIPMENT

| EQUIPMENT DESCRIPTION | HRS | RATE | AMOUNT |
|---|---|---|---|
| CREW TRUCK | 38.00 | 32.00 | 1,216.00 |
| 5 YRD DUMP TRUCK | 38.00 | 35.00 | 1,330.00 |
| EQUIPMENT TRAILER | 38.00 | 8.00 | 304.00 |
| E35 MINI EXCAVATOR | 38.00 | 30.00 | 1,140.00 |
| 800 GALLON VACUUM EXCAVATOR | 20.00 | 37.00 | 740.00 |
| - | - | - | - |
| - | - | - | - |
| - | - | - | - |
| TOTAL OWNED EQUIPMENT | | | 4,730.00 |

| | $ |
|---|---|
| TOTAL RENTAL EQUIPMENT COST | 412.50 |
| TOTAL ADDITIONAL SERVICES FT/EA | 6,500.25 |
| TOTAL MATERIAL & SALES TAX | - |
| TOTAL CONTRACTOR OWNED EQUIP | 4,730.00 |
| TOTAL | 11,642.75 |
| **GRAND TOTAL** | **22,154.39** |

Case: 19-30088    Doc# 12217-4    Filed: 04/20/22    Entered: 04/25/22 11:56:01    Page 3 of 3