**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF CANCELLATION OF APRIL 26, 2022, 10:00 A.M. OMNIBUS HEARING**<br><br>Date: April 26, 2022<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Zoom Videoconference<br>      United States Bankruptcy Court<br>      Courtroom 17, 16th Floor<br>      San Francisco, CA 94102 |

**PLEASE TAKE NOTICE** that the following matters, which were scheduled to be heard in the above-captioned chapter 11 cases on April 26, 2022, at 10:00 a.m. (Pacific Time) (the **"Omnibus Hearing"**) have been resolved or continued.

**PLEASE TAKE FURTHER NOTICE** that, accordingly, the Omnibus Hearing is cancelled.

**I:** <u>**MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**</u>

*RESOLVED AND CONTINUED MATTERS*

**Omnibus Objection:**

    1.    <u>**Seventy-Sixth (No Liability / Passthrough Claims)**</u> [**Dkt. 10537**]. This Omnibus Objection was granted as to most claims by **Dkt. 10705**. The Hearing as to Willie & Ora Green has been taken off calendar pending final documentation of a settlement.

**Late Claim Motions:**

    2.    <u>**Avila**</u> [**Dkt. 12107**]. This matter has been resolved by Stipulation [**Dkt. 12177**] and taken off calendar by Order [**Dkt. 12181**].

    3.    <u>**Darden**</u> [**Dkt. 12109**]. This matter has been resolved by Stipulation [**Dkt. 12178**] and taken off calendar by Order [**Dkt. 12182**].

    4.    <u>**Woods**</u> [**Dkt. 12112**]. This matter has been resolved by Stipulation [**Dkt. 12179**] and taken off calendar by Order [**Dkt. 12183**].

**II:** <u>**MATTER SCHEDULED TO BE HEARD IN ADVERSARY PROCEEDINGS (Re: City of Lafayette): No. 20-03122 and 20-03124 (DM)**</u>

*CONTINUED MATTER*

    5.    <u>**Summons and Notice of Scheduling Conference**</u>: *Summons and Notice of Scheduling Conference in an Adversary Proceeding* [**Dkt. 2**].

> <u>Status</u>: The scheduling conference re AP 20-03122 and AP 20-03124 has been continued to August 23, 2022, at 10:00 a.m. by Stipulation [**Dkt. 19**] and April 20, 2022, docket entry.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (II) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Reorganized Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: April 25, 2022

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By:  */s/ Thomas B. Rupp*
         Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*