UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects Both Debtors<br><br>* *All Papers shall be filed in the Lead Case No. 19-30088 (DM)* | BANKRUPTCY CASE NO. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Julie M. Murphy, an active member in good standing of the bars of the Commonwealth of Pennsylvania and the States of New Jersey and Delaware, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing creditors Vanguard Institutional Short-Term Bond Fund and Vanguard Ultra-Short-Term Bond Fund in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the United States District Court of Delaware, or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number is:

>Gerald P. Kennedy (Bar No. 105887)
>PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
>525 B Street, Suite 2200
>San Diego, CA   92101
>Telephone:  619-238-1900
>E-mail:  gerald.kennedy@procopio.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 25, 2022             /s/  Julie M. Murphy
                                   Julie M. Murphy

# SUPREME COURT OF THE STATE OF DELAWARE

## CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Julie M. Murphy** was admitted to practice as an attorney in the Courts of this State on **September 18, 2013** and is an **active** member of the Bar of the Supreme Court of the State of Delaware in good standing.



**IN TESTIMONY WHEREOF,**

I have hereunto set my hand and affixed the seal of said Court at Dover this 14th day of March, 2022.

Lisa A. Dolph
Clerk of the Supreme Court

CLERK OF THE SUPREME COURT
55 THE GREEN
DOVER, DE 19901

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

02-01100

US POSTAGE >> PITNEY BOWES

ZIP 19901
02 7H
0001290686
$ 000.53°
APR 07 2022

FIRST-CLASS

JULIE M. MURPHY, ESQUIRE
457 HADDONFIELD ROAD, SUITE 100
CHERRY HILL, NJ 08002-2223

Received and Scanned

APR 11 2022