UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Bankruptcy Case |
|---|---|
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On April 19, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the 115th Omnibus Email Service List attached hereto as **Exhibit A**:

- Reorganized Debtors' One Hundred Fifteenth Omnibus Objection to Claims (No Liability Recategorized Claims) [Docket No. 12173] (the "***One Hundred Fifteenth Omnibus Objection***")

- Declaration of A. Anna Capelle in Support of Reorganized Debtors' One Hundred Fifteenth Omnibus Objection to Claims (No Liability Recategorized Claims) [Docket No. 12174] (the "***Declaration of Capelle***")

- Request for Judicial Notice in Support of Reorganized Debtors' One Hundred Fifteenth Omnibus Objection to Claims (No Liability Recategorized Claims) [Docket No. 12175] (the "***Request for Judicial Notice***")

---

[1] On March 29, 2022, Prime Clerk LLC change its name to Kroll Restructuring Administration LLC.

- Notice of Hearing on Reorganized Debtors' One Hundred Fifteenth Omnibus Objection to Claims (No Liability Recategorized Claims) [Docket No. 12176] (the "**Notice of Hearing**")

3. On April 19, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served via first class mail on the 115th Omnibus Service List attached hereto as **Exhibit B**:

- Notice of the Reorganized Debtors' One Hundred Fifteenth Omnibus Objection to Claims (No Liability Recategorized Claims), customized to include the claim number, debtor, claim amount and priority, and the basis for objection of the disallowed claim, and claim number and claim amount and priority of the surviving claim for each counterparty, a copy of which is attached hereto as **Exhibit C**

4. I have reviewed the Notices of Electronic Filing for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

5. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 25th day of April 2022, at New York, NY.

/s/ Alain B. Francoeur
Alain B. Francoeur

# Exhibit A

| MMLID | NAME | EMAIL |
|---|---|---|
| 7326843 | Aaron and Brenda Jennings | brenda.jennings@weintraub.com |
| 8331465 | Adame, Martin J | martysdame@gmail.com |
| 7211176 | Adame, Martin J | martysdame@gmail.com |
| 7327761 | Allen, Paulette Marie | dppools@att.net |
| 7327761 | Allen, Paulette Marie | dppools@att.net |
| 7328493 | Arvizo, Loretta J | Ljarvizo@yahoo.com |
| 7339803 | Athas, Jamie | jamiemathas1@gmail.com |
| 7325759 | Azad , Anita | Anitaazad@msn.com |
| 7482267 | Banuet, Tina | banuet1999@yahoo.com |
| 7482267 | Banuet, Tina | banuet1999@yahoo.com |
| 7326267 | Bender, Shea | sheapbender@gmail.com |
| 7327156 | Blackburn , Ruth | ruthblackburn@sbcglobal.net |
| 6176975 | Britt, John Paul | Jonpl@aol.com |
| 6176975 | Britt, John Paul | jonpl@aol.com |
| 7478507 | Brower, Roxane | roxanebrower@yahoo.com |
| 7478507 | Brower, Roxane | roxanebrower@yahoo.com |
| 7325582 | BRUE H SHELLHAMMER | hammercom@gmail.com |
| 7256743 | Bryant, Shellie Ayers | shellie.ayers@yahoo.com |
| 7327602 | Cabugos, Carolyn | ncabugos@santabarbaraca.gov |
| 7327602 | Cabugos, Carolyn | ncabugos@santabarbaraca.gov |
| 7326514 | Cain , Anthony | aprilgrant77@gmail.com |
| 7477932 | Cellini, Anthony | acellini.mcavhn@yahoo.com |
| 7325262 | Clark, Joanne | jclarkb2b.sales@gmail.com |
| 7325262 | Clark, Joanne | jclarkb2b.sales@gmail.com |
| 7336312 | Davis, Nino | Dones.taona@gmail.com |
| 7338911 | Davis, Paul | pdavis086@gmail.com |

# Exhibit A
## 115th Omnibus Email Service List
## Served via Email

| MMLID | NAME | EMAIL |
|---|---|---|
| 7289140 | Dennis C. Hinrichs, Hinrichs Trust, Blue Heron Custom Builders, Rainbow Buddha Farm | dennischinrichs@yahoo.com |
| 7236682 | Duncan, James | james_h_duncan@mac.com |
| 7327090 | Dziadulewicz, James | 3dfx@verizon.net |
| 6156432 | EDHOLM, NATALLIE | DRTHOMASE@GMAIL.COM |
| 7146584 | Erickson, Jeanette L. | teapot707@gmail.com |
| 7286242 | Garcia DVM, Jorge L | Drgarciadvm@gmail.com |
| 6156424 | Grebo, Asim | CHRAS@SBCGLOBAL.NET |
| 7179693 | Guerin, Joan | wildfires@frantzlawgroup.com |
| 7326225 | Guiton, Mark R. | mguiton7@sbcglobal.net |
| 7224022 | Hackett, Ann | aha@pacific.net |
| 7224022 | Hackett, Ann | aha@pacific.net |
| 6180016 | Hammil, John | jhammil@charter.net |
| 6180016 | Hammil, John | jhammil@charter.net |
| 7483935 | Handy, Chrissie | beachangel310@gmail.com |
| 7471501 | Heerwagen, Belinda Bell | bheerwagen@yahoo.com |
| 7228584 | Henderson, Nancy A. | nancyannhenderson@gmail.com |
| 7213417 | Hockett, Michelle | Westcoastshelly@gmail.com |
| 7330062 | Hoglund, Debra | 17da120@gmail.com |
| 7327278 | Isaacson, Susan Lee | swahada@gmail.com |
| 7304176 | Isley, Bert A. | disley5872@aol.com |
| 7328522 | James L Kellis | jamesLkellis@gmail.com |
| 7325933 | James Voliva Jr | jaymz13@gmail.com |
| 7326367 | Jeanette Billette | jeanettebillette@hotmail.com |
| 7326367 | Jeanette Billette | jeanettebillette@hotmail.com |
| 7325341 | JEROME DOWTY | JBDOWTY@HOTMAIL.COM |
| 6169456 | Jones, Patricia L | Jonescsuchico@aol.com |

# Exhibit A
## 115th Omnibus Email Service List
### Served via Email

| MMLID | NAME | EMAIL |
|---|---|---|
| 6169456 | Jones, Patricia L | Jonescsuchico@aol.com |
| 6169456 | Jones, Patricia L | Jonescsuchico@aol.com |
| 7472089 | Kernstein, Donna | donnakernstein.1@gmail.com |
| 7472954 | Kim Duncan and Erik Hahn | kimduncan@sbcglobal.net |
| 7327658 | Kristin Vemo | kristinvemo@yahoo.com |
| 7328505 | Lan, Cindy | cindyyupinglan@gmail.com |
| 6171721 | Layton, Dennis and Gail | Gsalituri@sbcglobal.net |
| 3134116 | Liberto, Phillip Richard | philliberto350@gmail.com |
| 1150924 | Liberto, Phillip Richard | philliberto350@gmail.com |
| 1152773 | Liberto, Phillip Richard | philliberto350@gmail.com |
| 10361293 | Liberto, Phillip Richard | philliberto350@gmail.com |
| 7481316 | Liston, Donna | DONNAELAINE55@GMAIL.COM |
| 7336500 | Looney, Kristen | krislooney@yahoo.com |
| 7325158 | Lorber, Peter | pmlorber@aol.com |
| 7327343 | Mark, Jeffrey W.T. | jnpzhao@gmail.com |
| 6176534 | Marsala, Philip | philmarsala@hotmail.com |
| 7325003 | McBroom, Thomas James | tommcbroom47@gmail.com |
| 7204653 | Meltzer, Mary Anne | hmeltzer@juno.com |
| 7338997 | Mesker, Catherine | ghostdreamin2@gmail.com |
| 7472820 | Michaels, Eric | michaelsfamily@gmail.com |
| 7470203 | Mickey Hulstrom and Gidget Hulstrom (Panno) | gidgethulstrom@gmail.com |
| 7334660 | Miller, Kim Robin | krmco100@gmail.com |
| 7326684 | Montgomery, James | jim@sureteq.com |
| 7270769 | Nesbitt, Patrick | pat.nesbitt@wcghotels.com |
| 7325452 | Pasero Aldama , Laurie | tomaldama@sbcglobal.net |
| 7324782 | Pasquariello, Kim Ann | presencebodywork@gmail.com |
| 7327038 | Patrick Nesbitt | pat.nesbitt@wcghotels.com |

| MMLID | NAME | EMAIL |
|---|---|---|
| 7221476 | PATTERSON, CHARLIE | patterson1324@gmail.com |
| 7327949 | Phyllis Pitcher | phylliscasarotti@gmail.com |
| 7327949 | Phyllis Pitcher | phylliscasarotti@gmail.com |
| 7262909 | Pitcher, Phyllis | kellysa420@gmail.com; phylliscasarotti@gmail.com |
| 7325460 | Reichenthal, Sara | srsunshine@yahoo.com |
| 7326712 | Rex, Kevin | kevinrex21@gmail.com; krex@mortoncapital.com |
| 6147897 | Richards, Stephen Michael | anvilpanow@outlook.com |
| 7331983 | Robinson, Leslie H. and Millet | millet@cic-inc.us |
| 7478857 | Robinson, Shochana | giantsluvr4life@gmail.com |
| 7478857 | Robinson, Shochana | giantsluvr4life@gmail.com |
| 6151219 | Roemmich, James | roemmichfamily@gmail.com |
| 7327370 | Ronald Edmunds | rolindathompson@yahoo.com |
| 7477904 | Rookey, Brant | brookey@maverickcaps.com |
| 7203269 | Rosenbaum, Adam | adam@sierrafilms.com |
| 7482974 | Sandy, Daniel R. | dsandy@shasta.com |
| 7481717 | Searcy, Roon | mccowan268@gmail.com |
| 7336425 | Seita, Martin | jerilynandmartin@gmail.com |
| 7204326 | Shope, Dave | lowpkts@att.net; twistedlady999@gmail.com |
| 7481988 | Smith, Jasper E | jasper1922@gmail.com |
| 7204797 | Smith, Lori | 854lks@gmail.com |
| 7300362 | Smith, Lori K | 854lks@gmail.com |
| 7300362 | Smith, Lori K | 854lks@gmail.com |
| 6152129 | Soloniuk Clinic A Medical Corporation | jfrisbie@reddingpainmedicine.com; RFRISBIE@SOLONIUK.COM |
| 7326836 | Steven A Poirier | smsouth@juno.com |
| 7328287 | Stuckey, Kelly T | kellysa420@gmail.com |
| 7232031 | Stuckey, Kelly T. | kellysa420@gmail.com |
| 7328166 | Suzanne Lawson | Suzanne667@aol.com |
| 6171674 | Tetreault-Rackley, Vena L | venarackley@snhu.edu |

| MMLID | NAME | EMAIL |
|---|---|---|
| 7208925 | Vorpagel, Jane | janevorp3@gmail.com |
| 7208925 | Vorpagel, Jane | janevorp3@gmail.com |
| 7326770 | Wagner, Lynne | lynnewagner108@gmail.com> |
| 7326770 | Wagner, Lynne | tc@alohabay.org |
| 7326647 | Wendorf , Phyllis | phylliswendorf1963@gmail.com |
| 7326647 | Wendorf , Phyllis | phylliswedorf1963@gmail.com |
| 6163630 | Wesley, William K | fulifebalance@yahoo.com; WILLIAM@FULLLIFEBALANCE.COM |
| 7484090 | Wilson, Jennifer Bertyn | jennbertyn999@gmail.com |
| 7307904 | Winterman, Mark | ramdigital@ramdigital.net |
| 6177903 | Yob, Susan | smyob@msn.com |

# **Exhibit B**

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| 7326843 | Aaron and Brenda Jennings | 2604 Indian Hill Rd. | | | Clearlake Oaks | CA | 95423 |
| 8331465 | Adame, Martin J | 6051 Radcliffe Ave | | | Newark | CA | 94560 |
| 7211176 | Adame, Martin J | 6051 Radcliffe Ave | | | Newark | CA | 94560 |
| 7327761 | Allen, Paulette Marie | David Allen | 4645 Scotts Valley Road | | Lakeport | CA | 95453 |
| 7327761 | Allen, Paulette Marie | Paulette M. Allen | 4645 Scotts Valley Road | | Lakeport | CA | 95453 |
| 7330374 | Armitage, Georgette | 17938 Juniper Way | | | Clearlake Oaks | CA | 95423 |
| 7328493 | Arvizo, Loretta J | 10800 Brighton Bay Blvd NE | Apt 16206 | | Saint Petersburg | FL | 33716-3482 |
| 7339803 | Athas, Jamie | 3875 Vista Robles | | | Clearlake | CA | 95422 |
| 7325759 | Azad , Anita | 6656 Dume Dr. | | | Malibu | CA | 90265 |
| 7482267 | Banuet, Tina | 1992 Todd Road, Unit B | | | Lakeport | CA | 95453 |
| 7482267 | Banuet, Tina | P.O. Box 1795 | | | Lakeport | CA | 95453 |
| 7466627 | Belad and Timothy Wright | 21793 Los Altos Dr. | | | Palo Cedro | CA | 96073 |
| 7326267 | Bender, Shea | 341 Red Hill Road | | | Junction City | CA | 96048 |
| 7327156 | Blackburn , Ruth | 136 South Lomita Avenue | | | Ojai | CA | 93023 |
| 6176975 | Britt, John Paul | Box 222 | | | Cobb | CA | 95426 |
| 6176975 | Britt, John Paul | 10632 Foothill RD | | | Loch Lomond | CA | 95462 |
| 7478507 | Brower, Roxane | 5540 Sunrise Drive | | | Kelseyville | CA | 95451 |
| 7478507 | Brower, Roxane | 5540 Sunrise Drive | | | Kelseyville | CA | 95453 |
| 7325582 | BRUE H SHELLHAMMER | Bruce H Shellhammer, | 14841 County Road 91B | | Woodland | CA | 95695-9356 |
| 7256743 | Bryant, Shellie Ayers | 2720 Tangerine St. | | | Bakersfield | CA | 93306 |
| 7327602 | Cabugos, Carolyn | 4759 Andrita Street | | | Santa Barbara | CA | 93110 |
| 7327602 | Cabugos, Carolyn | Mrs. Cabugos Waitress/ Server at Luckys | Luckys Steak House | 1279 Coast Village Road | Santa Barbara | CA | 93108 |
| 7326514 | Cain , Anthony | 220 State Route 1748 | | | Fancy Farm | KY | 42039-9522 |
| 7325004 | Carnes, Stephen | 23700 little ridge rd | | | Oak run | Ca | 96069 |
| 7477932 | Cellini, Anthony | 6835 Virginia Dr | | | Lucerne | CA | 95458 |
| 7325262 | Clark, Joanne | 16580 NW OAK CREEK DR | | | Beaverton | OR | 97006 |
| 7325262 | Clark, Joanne | 16580 NW Oak Creek Dr | | | Beaverton | OR | 97006-7479 |
| 7331981 | Damgaard, Aksel | 15697 Shasta Estates Dr | | | Redding | CA | 96001-9779 |
| 7336312 | Davis, Nino | 6865 Stonybrook Rd | | | Clearlake | CA | 95422 |
| 7338911 | Davis, Paul | P.O. Box 931 | | | Clearlake Oaks | CA | 95423 |
| 7327449 | Debra Ann Hoglund | 385 South Forbes Street | | | Lakeport | Ca | 95453 |
| 7289140 | Dennis C. Hinrichs, Hinrichs Trust, Blue Heron Custom Builders, Rainbow Buddha Farm | 10788 Bachelor Valley Rd. | | | Witter Springs | CA | 95493 |
| 7236682 | Duncan, James | 1925 E. Lee Street | | | Tucson | AZ | 85716 |
| 7327090 | Dziadulewicz, James | 2243 Rocklyn St. | | | Camarillo | CA | 93010 |
| 6156432 | EDHOLM, NATALLIE | 15782 TEXAS SPRINGS RD | | | REDDING | CA | 96001 |
| 7146584 | Erickson, Jeanette L. | 224 West Buttne St | | | Eureka | CA | 95501 |
| 7286242 | Garcia DVM, Jorge L | 2080 Smith Lane | | | Clearlake Oaks | CA | 95423 |

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| 6156424 | Grebo, Asim | 7202 SNYDER RIDGE RD | | | MARIPOSA | CA | 95338 |
| 7179693 | Guerin, Joan | James P. Frantz | 402 West Broadway, Suite 860 | | San Diego | CA | 92101 |
| 7332225 | Guiton, Mark R. | PO BOX 732 | | | Shasta | CA | 96087-0732 |
| 7224022 | Hackett, Ann | P.O. Box 1095 | | | Cobb | CA | 95426 |
| 7224022 | Hackett, Ann | P.O. Box 1095 | | | Cobb | CA | 95426 |
| 6180016 | Hammil, John | 3171 Hilltop Drive | | | Ventura | CA | 93003 |
| 6180016 | Hammil, John | 3171 Hilltop Drive | | | Ventura | CA | 93003 |
| 7483935 | Handy, Chrissie | 19061 Spyglass Rd | | | Hidden Valley Lake | CA | 95467 |
| 7471501 | Heerwagen, Belinda Bell | 3154 Cadet Ct | | | Los Angeles | CA | 90068-1854 |
| 7228584 | Henderson, Nancy A. | 21 East Arrellaga #2 | | | Santa Barbara | CA | 93101 |
| 7213417 | Hockett, Michelle | 525 Bevins St #1 | | | Lakeport | CA | 95453 |
| 7330062 | Hoglund, Debra | 385 S. Forbes St. | | | Lakeport | CA | 95453 |
| 7327278 | Isaacson, Susan Lee | 11992 Loch Lomond Rd | | | Middletown | CA | 95461 |
| 7304176 | Isley, Bert A. | 10529 Witter Springs Rd | | | Witter Springs | CA | 95493 |
| 7328522 | James L Kellis | 7670 Al Dr | | | Glenhaven | CA | 95443 |
| 7325933 | James Voliva Jr | 9206 Tenaya Way | | | Kelseyville | CA | 95451 |
| 7326367 | Jeanette Billette | 11810 Loch Lomond Road | | | Middletown | CA | 95461 |
| 7326367 | Jeanette Billette | Waxy Lady | 11810 Loch Lomond Road | | Middletown | CA | 95461 |
| 7325341 | JEROME DOWTY | 15466 LOS GATOS BLVD | STE 109 | | LOS GATOS | CA | 95032-2550 |
| 6169456 | Jones, Patricia L | 430 Spire Point Dr | | | Redding | CA | 96003-5384 |
| 6169456 | Jones, Patricia L | 430 Spire Point Dr | | | Redding | CA | 96003-5384 |
| 6169456 | Jones, Patricia L | 430 Spire Point Dr | | | Redding | CA | 96003-5384 |
| 7472089 | Kernstein, Donna | 9089 Highway 175 | | | Kelseyville | CA | 95451 |
| 7472954 | Kim Duncan and Erik Hahn | 4832 El Carro Ln | | | Carpinteria | CA | 93013 |
| 7327658 | Kristin Vemo | 1130A Faraday Street | | | Santa Ynez | CA | 93460 |
| 7328505 | Lan, Cindy | 101 Red Hill Rd. | | | Junction City | CA | 96048 |
| 6171721 | Layton, Dennis and Gail | 468 Woodward Way | | | Lakeport | CA | 95453 |
| 3134116 | Liberto, Phillip Richard | 385 South Forbes Street | | | Lakeport | CA | 95453 |
| 1150924 | Liberto, Phillip Richard | 385 South Forbes Street | | | Lakeport | CA | 95453 |
| 1152773 | Liberto, Phillip Richard | 385 South Forbes Street | | | Lakeport | CA | 95453 |
| 10361293 | Liberto, Phillip Richard | 385 South Forbes Street | | | Lakeport | CA | 95453 |
| 7320286 | Lisa M. Tellers and Alan L. Brown | 1017 L. Street, 327 | | | Sacramento | CA | 95814 |
| 7481316 | Liston, Donna | 13905 Trinity Mt Rd Sp #56 | P.O.Box 198 | | French Gulch | CA | 96033 |
| 7333500 | Looney, Kristen | 2801 Old River Road | | | Ukiah | CA | 95482 |
| 7325158 | Lorber, Peter | 4470 W Sunset Blvd, Unit 90859 | | | LOS ANGELES | CA | 90027 |
| 7327343 | Mark, Jeffrey W.T. | 3600 Dessie Drive | | | Lakeport | CA | 95453 |
| 6176534 | Marsala, Philip | 8373 Kyra Lane | | | White City | OR | 97503 |
| 7325003 | McBroom, Thomas James | PO Box 285 | | | Lower Lake | CA | 95457 |

In re: PG&E Corporation, et al.
Case No. 19-30088 (DM)
Page 2 of 4

Case: 19-30088   Doc# 12223   Filed: 04/25/22   Entered: 04/25/22 18:37:05   Page 11 of 18

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| 7204653 | Meltzer, Mary Anne | 17933 Juniper Way | | | Clearlake Oaks | CA | 95423 |
| 7338997 | Mesker, Catherine | PO Box 584 | | | Clearlake Oaks | CA | 95423 |
| 7472820 | Michaels, Eric | 1221 Avenue Americas | | | New York | NY | 10020 |
| 7470203 | Mickey Hulstrom and Gidget Hulstrom (Panno) | Gidget Lee Hulstrom | Owner | 2133 Holly St | Eureka | CA | 95503 |
| 7334660 | Miller, Kim Robin | 140 Ruby Drive | | | Lakeport | CA | 95453 |
| 7334660 | Miller, Kim Robin | PO Box 1285 | | | Lakeport | CA | 95453 |
| 7326684 | Montgomery, James | 3786 Willowick Dr | | | Ventura | CA | 93003 |
| 7480395 | Morton, Frankie | 13905 Trinity Mt Rd | Space 34 | | French Gulch | CA | 96033 |
| 7270769 | Nesbitt, Patrick | 205 Lambert Road | | | Carpinteria | CA | 93013 |
| 7325452 | Pasero Aldama , Laurie | thomas, aldama | 284 Kingsview Ct | | Redding | CA | 96003 |
| 7324782 | Pasquariello, Kim Ann | 9206 Tenaya Way | | | Kelseyville | CA | 95451 |
| 7327038 | Patrick Nesbitt | 205 Lambert Road | | | Carpinteria | CA | 93013 |
| 7221476 | PATTERSON, CHARLIE | GENERAL DELIVERY | | | REDDING | CA | 96049 |
| 7327949 | Phyllis Pitcher | 10931 Gifford Springs Rd. | | | Cobb | CA | 95426 |
| 7327949 | Phyllis Pitcher | PO Box 683 | | | Cobb | CA | 95426 |
| 7262909 | Pitcher, Phyllis | PO Box 683 | | | Cobb | CA | 95426 |
| 7262909 | Pitcher, Phyllis | 10931 Gifford Springs Road | | | Cobb | CA | 95426 |
| 7325460 | Reichenthal, Sara | P.O. Box 6134 | | | Malibu | CA | 90264 |
| 7322712 | Rex, Kevin | 5590 Bromely Dr. | | | Oak Park | CA | 91377 |
| 6147897 | Richards, Stephen Michael | 5401 Norris Rd Apt 12 | | | Bakersfield | CA | 93308-2182 |
| 7331983 | Robinson, Leslie H. and Millet | 30101 Tuttle Ct | | | Tehachapi | CA | 93561 |
| 7478857 | Robinson, Shochana | 1992 Todd Road, Unit A | | | Lakeport | CA | 95453 |
| 7478857 | Robinson, Shochana | PO Box 1824 | | | Lakeport | CA | 95453 |
| 6151219 | Roemmich, James | 3698 Foothill Blvd | | | Redding | CA | 96001 |
| 7327370 | Ronald Edmunds | P.O. Box 1339 | | | Middletown | CA | 95461 |
| 7477904 | Rookey, Brant | 2565 Beach Ln. | | | Lakeport | CA | 95453 |
| 7203269 | Rosenbaum, Adam | 27349 Old Chimney Rd. | | | Malibu | CA | 90265 |
| 7203269 | Rosenbaum, Adam | 29138 Pacific Coast Highway #704 | | | Malibu | CA | 90265 |
| 7482974 | Sandy, Daniel R. | 8932 Knobhill Circle | | | Redding | CA | 96001 |
| 7481717 | Searcy, Roon | 2557 Beach Ln. | | | Lakeport | CA | 95453 |
| 7336425 | Seita, Martin | 5830 Robinhill Dr | Space 45 | | Lakeport | CA | 95453 |
| 7204326 | Shope, Dave | P.O. Box 187 | | | Middletown | CA | 95461 |
| 7481988 | Smith, Jasper E | 311 Francisco Dr. | | | Sonoma | CA | 95476 |
| 7204797 | Smith, Lori | 6379 Tenth Ave. | | | Lucerne | CA | 95458 |
| 7300362 | Smith, Lori K | 6379 10th Ave. | | | Lucerne | CA | 95458 |
| 7300362 | Smith, Lori K | P.O. Box 854 | | | Lucerne | CA | 95458 |
| 6152129 | Soloniuk Clinic A Medical Corporation | 2111 Airpark Drive | | | Redding | CA | 96001 |

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| 7326836 | Steven A Poirier | 15023 Trinity Mountain Road | | | French Gulch | CA | 96033 |
| 7328287 | Stuckey, Kelly T | 10940 Gifford Springs Rd | P.O. box 1192 | | Cobb | CA | 95426 |
| 7232031 | Stuckey, Kelly T. | 10940 Gifford Springs Rd | PO Box 1192 | | Cobb | CA | 95426 |
| 7328166 | Suzanne Lawson | 115 Olive Mill Road | | | Santa Barbara | CA | 93108 |
| 6171674 | Tetreault-Rackley, Vena L | 1178 Lake Blvd Sp 19 | | | Redding | CA | 96003 |
| 7208925 | Vorpagel, Jane | 9131 Horse Canyon Way | | | Igo | CA | 96047 |
| 7208925 | Vorpagel, Jane | P.O. Box 136 | | | Igo | CA | 96047 |
| 7326770 | Wagner, Lynne | 11994 Loch Lomond Rd. | | | Middletown | CA | 95461 |
| 7326770 | Wagner, Lynne | Tom Closser or Lynne Wagner | POB 241 | | Lower Lake | CA | 95457 |
| 7330848 | Walters, Andrew | #1057587 | P.O. Box 7007 | | Carson City | NV | 89702 |
| 7330848 | Walters, Andrew | P O BOX 7000 | | | CARSON CITY | NV | 89702 |
| 7835315 | Walters, Andrew | #1057587 | P.O. Box 7007 | | Carson City | NV | 89702 |
| 7326647 | Wendorf , Phyllis | 10790 Alpine Avenue | | | Cobb | CA | 95426 |
| 7326647 | Wendorf , Phyllis | PO Box 1222 | | | Kenwood | CA | 954525 |
| 6163630 | Wesley, William K | 600 Kentuck St #736 | | | Fairfield | CA | 94533 |
| 7484090 | Wilson, Jennifer Bertyn | 5935 Live Oak Dr #75 | | | Kelseyville | CA | 95451 |
| 7307904 | Winterman, Mark | 110 SW 194th St. | | | Normandy Park | WA | 98166 |
| 6177903 | Yob, Susan | PO Box 6227 | | | San Jose | CA | 95150-6227 |

# **Exhibit C**

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Gabrielle L. Albert (#190895)
(galbert@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**THE OBJECTION DESCRIBED IN THIS NOTICE ASKS THE COURT TO DISALLOW AND EXPUNGE YOUR CLAIM(S) IDENTIFIED AS "OBJECTED-TO" ON THE FOLLOWING PAGE OF THIS NOTICE.**

**CLAIMANTS RECEIVING THIS NOTICE SHOULD READ THIS NOTICE CAREFULLY BECAUSE THE OBJECTION MAY AFFECT YOUR RIGHT TO RECEIVE A DISTRIBUTION ON YOUR CLAIM IN THIS CASE.**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT KROLL RESTRUCTURING ADMINISTRATION LLC, AT (844) 339-4217**

**THE LAST PARAGRAPH OF THIS NOTICE EXPLAINS HOW YOU CAN OBTAIN A COMPLETE COPY OF THE OBJECTION, AT NO COST TO YOU.**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>  - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>            **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF THE REORGANIZED DEBTORS' ONE HUNDRED FIFTEENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY RECATEGORIZED CLAIMS)**<br><br>**Response Deadline:**<br>**May 24, 2022, 4:00 p.m. (PT)**<br><br>**Hearing Information If Timely Response Made:**<br>Date: June 7, 2022<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Tele/Videoconference Appearances Only)<br>         United States Bankruptcy Court<br>         Courtroom 17, 16th Floor<br>         San Francisco, CA 94102 |

| Objected-To Claim(s) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Claim/ Schedule to be Disallowed and Expunged | Debtor | Date Filed / Scheduled | Secured | Admin | Priority | General Unsecured | Total Amount | Basis for Objection |
| | | | | | | | |

On April 17, 2022, PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors,**" or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), filed their *One Hundred Fifteenth Omnibus Objection to Claims (Passthrough Claims / Amended and Superseded Claims)* (the "**Omnibus Objection**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**"). A full copy of the Omnibus Objection may be obtained at no cost, as provided below.

**Any Response (as defined below) to the Omnibus Objection must be filed and served upon the Reorganized Debtors' Counsel by May 24, 2022 (the "Response Deadline");**

**Any Response must be accompanied by any declarations or memoranda of law any responding party wishes to present in support of its position;**

**If there is no timely Response, the Bankruptcy Court may enter an order granting the Omnibus Objection to your Proof(s) of Claim by default.**

**If you file a timely Response, the Hearing will be held at the date and time shown below. If factual disputes are presented by the Objection and the Response, the Hearing will proceed as a status conference; factual disputes will <u>not</u> be decided at the Hearing, but at a future evidentiary hearing that may be set at the Hearing. Issues of a purely legal nature, where facts are not in dispute, may be decided at the Hearing. See Bankruptcy Local Rule 3007-1.**

**If you file and serve a timely Response, the date, location and time of the Hearing are:**

**June 7, 2022, at 10:00 a.m. (Pacific Time)**

**Courtroom 17, 16th Floor, 450 Golden Gate Ave., San Francisco, CA**

The Hearing will be held before the Honorable Dennis Montali, United States Bankruptcy Judge. Pursuant to the Bankruptcy Court's *Eighth Amended General Order No. 38 In re: Coronavirus Disease Public Health Emergency*, effective December 1, 2021 and until otherwise ordered, **all hearings shall be conducted by video or teleconference. The Courtroom will be closed.** All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**These Omnibus Claims Objection Procedures DO NOT APPLY to any proofs of claim with respect to (a) FIRE VICTIM CLAIMS or (b) SUBROGATION WILDFIRE CLAIMS.**

**BASIS FOR OBJECTION TO YOUR PROOF(S) OF CLAIM:** By the Omnibus Objection, the Reorganized Debtors seek to disallow one or more of your Proof(s) of Claim (as defined therein) listed above as "Objected-To Claim(s)" on the ground that the designated Proof(s) of Claim seeks amounts for which the Debtors are not liable. If you do **NOT** oppose the disallowance of your Objected-To Proof(s) of Claim listed above, then you do NOT need to file a written Response to this Omnibus Objection and you do NOT need to appear at the Hearing. If you do nothing, the Objected-To Claim(s) will be disallowed.

**FILING AND SERVICE OF RESPONSE:** If you **DO** oppose the disallowance of your Objected-To Proof(s) of Claim listed above, then you MUST file a response (a "**Response**"), in writing, with the Bankruptcy Court, and serve it on the counsel for the Reorganized Debtors at PGEclaims@kbkllp.com so as to be received by no later than **4:00 p.m. (Pacific Time) on May 24, 2022 (the "Response Deadline")**: You must file the Response through the Court's electronic case filing ("ECF") system if you have access to the ECF system; service on the Reorganized Debtors' Counsel will occur automatically upon ECF filing; and no separate service of your Response is required. If you do NOT have access to the ECF system, service must be made by electronic mail to the Reorganized Debtors' counsel at PGEclaims@kbkllp.com, and you must arrange for the Response to be filed with the Court within two business days thereafter. If you do not have the ability to serve a Response electronically, the Response must be served by mail, express or some other means so either (a) it is actually received by the Reorganized Debtors' Counsel by the Response Deadline, or (b) it is dispatched not later that the Response Deadline through a postal or commercial express service that will make actual delivery not more than two business days after the Response Deadline, and in that case the Claimant must inform the Reorganized Debtors' counsel by email, telephone or facsimile before the Response Deadline of the Claimant's name and phone number, the number of the Omnibus Objection, and the fact that a paper Response is being delivered by express.

**CONTENTS OF RESPONSE** The Response must, at a minimum, include the following: (i) a caption setting forth the name of the Bankruptcy Court, the name of the Reorganized Debtor, the case number and title of the Omnibus Objection to which the Response is directed; (ii) your name, the assigned number(s) of your Proof(s) of Claim, and an explanation for the amount of the Proof(s) of Claim; (iii) a concise statement setting forth the reasons why the Bankruptcy Court should not sustain the Omnibus Objection; (iv) a declaration under penalty of perjury of a person with personal knowledge of the relevant facts that support the Response; (v) your name, address, telephone number, and/or the name, address, and telephone number of your attorney and/or designated representative to whom counsel for the Reorganized Debtors should serve a reply to the Response, if any; and (vi) the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on your behalf, if any.

If the Bankruptcy Court does not disallow your Objected-To Proof(s) of Claim listed above, then the Reorganized Debtors have the right to object on other grounds to your Proof(s) of Claim at a later date. You will receive a separate notice of any such objection.

**TO GET COPIES OF THE COMPLETE OBJECTION:** Copies of the complete Omnibus Objection and the other pleadings and documents identified herein can be viewed and/or obtained: (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov [PACER account required], (ii) for free by download from on the Reorganized Debtors' approved notice and claim agent's website at https://restructuring.ra.kroll.com/pge, or (iii) by mail, for free, by calling Kroll Restructuring Administration LLC (formerly known as Prime Clerk) at (844) 339-4217 (Toll Free) or by email at pgeinfo@ra.kroll.com to request a complete copy of the Omnibus Objection, including all Exhibits.

| | | |
|---|---|---|
| Dated: _____, 2022 | | **KELLER BENVENUTTI KIM LLP** |
| | | */s/ Draft* |
| | | Gabrielle L. Albert |
| | | *Attorneys for Debtors and Reorganized Debtors* |