**Entered on Docket**
**April 26, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: April 26, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  **WEIL, GOTSHAL & MANGES LLP**
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (650) 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER APPROVING STIPULATION BY AND BETWEEN REORGANIZED DEBTORS AND CERTAIN CLAIMANTS (LINE 118B)**<br><br>[No Hearing Requested] |

The Court having considered the *Stipulation By and Between Reorganized Debtors and Certain Claimants (Line 118B)* (the "**Stipulation**"),[1] entered into by PG&E Corporation ("**PG&E Corp**.") and Pacific Gas and Electric Company (the "**Utility**"), as reorganized debtors (collectively, the "**Debtors**," and as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), on the one hand, and the 16 claimants listed on <u>Exhibit 1</u> attached hereto ("**Claimants**," and, together with the Debtors and Reorganized Debtors, the "**Parties**"), on the other hand, filed on April 21, 2022 [Docket No. 12190]; and, pursuant to such Stipulation of the Parties, and good cause appearing,

**IT IS HEREBY ORDERED:**

1. Effective as of the date of the expiration of the WCAB Stay, the Plan Injunction shall be modified solely to permit Claimants to liquidate the Proofs of Claim by prosecuting the State Court Action through final judgment and any appeals thereof, but not to permit enforcement of any such judgment, which judgment, if any, shall be recoverable solely as a General Unsecured Claim in accordance with the Plan and through the claims reconciliation process in these Chapter 11 Cases.

2. Nothing herein is intended, nor shall it be construed, to be:
    a. a waiver by the Debtors or the Reorganized Debtors, as applicable, or any other party in interest, of any right to object to the Proofs of Claim on any grounds, or
    b. a waiver by any of the Claimants of their rights to assert any right in opposition of any asserted challenge to the Proofs of Claim, or
    c. a waiver by any Party of any claim or defense in the State Court Action or the WCAB Proceedings.

---

[1] Capitalized terms used but not herein defined shall have the meanings ascribed to them in the Stipulation.

3. The Stipulation shall be binding on the Parties and each of their successors in interest.

4. The Stipulation shall constitute the entire agreement and understanding of the Parties relating to the subject matter hereof and supersede all prior agreements and understandings relating to the subject matter hereof.

5. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

APPROVED AS TO FORM AND CONTENT:

[*Signatures on Next Page*]

Dated: April 21, 2022

| | |
|---|---|
| KELLER BENVENUTTI KIM LLP | WAGNER, JONES, KOPFMAN & ARTENIAN LLP |
| /s/ David A. Taylor<br>David A. Taylor | /s/ Nicholas Wagner<br>Nicholas Wagner |
| *Attorneys for Debtors and Reorganized Debtors* | *Attorneys for Claimants Sam Ouk, Edgar Torres, Gabino Alberto Pizano, Kao Hang, and Fidel Ramirez* |
| BARADAT & PABOOJIAN, INC. | LAW OFFICES OF ARA JABAGCHOURIAN, P.C. |
| /s/ Adam B. Stirrup<br>Adam B. Stirrup | /s/ Ara Jabagchourian<br>Ara Jabagchourian |
| *Attorneys for Claimant Efrain S. Garcia* | *Attorneys for Claimants Espino Family, Rosario Lara, and Victor Castaneda* |
| LAZARO SALAZAR LAW, INC. | BORTON PETRINI, LLP |
| /s/ Lazaro Salazar<br>Lazaro Salazar | /s/ Bradley A. Post<br>Bradley A. Post |
| *Attorneys for Claimants Juan Pablo Chagoya Gonzalez and Monica Andrade Sanchez* | *Attorneys for Claimant Sheriff's Foundation for Public Safety* |
| PETRIE LEATH LARRIVEE & O'ROURKE, LLP | |
| /s/ J. David Petrie<br>J. David Petrie | |
| *Attorneys for Claimant Fresno County Peace Officers Association* | |

*** END OF ORDER ***

# Exhibit 1

| Claimant Name(s) | Claim Number |
|---|---|
| Victor Castaneda | 1530 |
| Juan Pablo Chagoya and Monica Andrade | 1766 |
| Carmen Espino | 1808 |
| Christina Espino | 1851 |
| Grace Espino | 1849 |
| Jeremias Espino | 1852 |
| Fresno County Peace Officers Association | 19845 |
| Efrain Garcia | 1467 |
| Juan Pablo Chagoya Gonzalez | 20008 |
| Kai Hang | 3625 |
| Rosario Lara | 1920 |
| Sam Ouk | 3685 |
| Gabino Alberto Pizano | 3622 |
| Fidel Ramirez | 3901 |
| Monica Andrade Sanchez | 19914 |
| Sheriffs Foundation for Public Safety, Inc. | 78362 |
| Sheriffs Foundation for Public Safety, Inc. | 58385 |
| Edgar Torres | 3623 |