1  Jacob M. Faircloth, Esq. (SB No. 305390)
   Bluestone Faircloth & Olson, LLP
2  1825 Fourth Street
   Santa Rosa, CA 95404
3  Telephone: (707) 526-4250
   Email: jacob@bfolegal.com
4
   Attorneys for Movants,
5  Michelle Skinner, Abigail Skinner,
   and Madeline Skinner
6
                    UNITED STATES BANKRUPTCY COURT
7                   NORTHERN DISTRICT OF CALIFORNIA
                        SAN FRANCISCO DIVISION
8
9   In Re                                Case No. 19-30088-DM

10  PG&E CORPORATION,                     Chapter 11

11       and                             (Lead Case–Jointly Administered)

12  PACIFIC GAS AND ELECTRIC             **NOTICE OF HEARING ON MOTION
    COMPANY                              TO ALLOW/DEEM TIMELY
13                                       LATE FILING OF PROOF OF
         Debtors.                        CLAIM BY MOVANTS MICHELLE
14  _____ /    SKINNER, ABIGAIL SKINNER, AND
                                         MADELINE SKINNER**
15  Affects:
    □ PG&E Corporation                   Date: June 29, 2022
16  □ Pacific Gas & Electric Company     Time: 10:00 a.m.
    ⊠  Both Debtors                      Location: Via ZOOM or Telephone
17
    *All papers shall be filed in the Lead
18  Case, No. 19-30088
    _____ /
19
20          **PLEASE TAKE NOTICE THAT** Michelle Skinner, Abigail Skinner,
    and Madeline Skinner (the "Movants") filed their Motion to Allow/Deem Timely Late
21  Filing of Proof of Claim by Movants, and Memorandum of Points and Authorities in
    Support Thereof, and Declaration of Robert M. Bone in Support Thereof.
            **Your rights may be affected.  You should read these papers carefully and
22  discuss them with your attorney, if you have one in this bankruptcy case.  (If you do
    not have an attorney, you may wish to consult one.)  Copies of the Motion papers
23  may be viewed and/or obtained by: (1) accessing the Court's website at
    http://www.canb.uscourts.gov; (which requires PACER access); (2) by contacting
24  Jacob M. Faircloth at jacob@bfolegal.com; (3) by contacting the Office of the Clerk
    of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102; and/or (4) from
25  the Debtors' notice and claims agent, Prime Clerk, LLC, at
    https://restructuring.primeclerk.com/pge or by calling (844)339-4217 (toll free) for
26  U.S.-based parties; or +1 (929)333-8977 for International parties or by email at:
    pgeinfo@primeclerk.com.**
27          Please note that the hearing will not be conducted in the presiding Judge's
    courtroom, but instead will be conducted by telephone or via Zoom.
28          If you do not want the Court to grant the Motion, or if you want the Court to
    consider your views on the Motion, then you or your attorney should file with the Court a

NOTICE OF HEARING ON MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF
CLAIM BY MOVANTS MICHELLE SKINNER, ABIGAIL SKINNER, AND MADELINE SKINNER

Case: 19-30088   Doc# 12245   Filed: 04/26/22   Entered: 04/26/22 16:54:49   Page 1
of 3

written opposition to the Motion on or before June 22, 2022, and attend the hearing scheduled to be held on Tuesday, June 29, 2022, at 10:00 a.m., via ZOOM or Courtcall.

        All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

        If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion and may enter an order granting the Motion by default.

Dated: April 26, 2022             BLUESTONE FAIRCLOTH & OLSON, LLP

                          */S/ Jacob M. Faircloth*
                    By: _____
                        Jacob M. Faircloth
                    ATTORNEYS FOR MOVANTS

**NOTICE OF HEARING ON MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM BY MOVANTS MICHELLE SKINNER, ABIGAIL SKINNER, AND MADELINE SKINNER**

Case: 19-30088 Doc# 12245 Filed: 04/26/22 Entered: 04/26/22 16:54:49 Page 2 of 3

1 | **CERTIFICATE OF SERVICE**

2 | I hereby certify that on April 26, 2022, a copy of the foregoing was filed

3 | electronically.  Notice of this filing will be sent by operation of the Court's electronic

4 | filing system to all parties indicated on the electronic filing receipt.  Parties may access

5 | this filing through the Court's filing system.

6 | DATED: April 26, 2022                             */S/ Jacob M. Faircloth*

7 | By_____

8 | Jacob M. Faircloth

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28