Entered on Docket
April 27, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: April 27, 2022

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge



Gerald P. Kennedy (Bar No. 105887)
E-mail: gerald.kennedy@procopio.com
PROCOPIO, CORY, HARGREAVES
    & SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Marissa Parker (*Pro Hac Vice*)
Email: mparker@stradley.com
Julie M. Murphy (*Pro Hac Vice Forthcoming*)
Email: Jmmurphy@stradley.com
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Telephone:  215.564.8091
Facsimile: 215.564.8120

Attorneys for Creditors Vanguard Institutional Short-Term Bond Fund and Vanguard Ultra-Short-Term Bond Fund

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>PG&E CORPORATION<br><br>   - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>        Debtors<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects Both Debtors<br><br>\* *All Papers shall be filed in the Lead Case No. 19-30088 (DM)* | **BANKRUPTCY CASE**<br><br>NO.  19-30088 (DM)<br><br>Chapter 11 |

# ORDER GRANTING APPLICATION FOR
# ADMISSION OF ATTORNEY *PRO HAC VICE*

Julie M. Murphy, whose business address and telephone number is: Stradley Ronon Stevens & Young, LLP, 457 Haddonfield Road, Suite 100, Cherry Hill, NJ 08002; 856-321-2409 and who is an active member in good standing of the bar of United States District Court for the District of Delaware having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing creditors Vanguard Institutional Short-Term Bond Fund and Vanguard Ultra-Short-Term Bond Fund.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

** END OF ORDER **