

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**April 28, 2022**

Mark B. Busby, Clerk of Court
United States District Court
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re:    Transmittal of Notice of Appeal to District Court:

**PG&E Corporation and Pacific Gas and Electric Company, Case No. 19-30088-DM, Judge Dennis Montali**

Dear Clerk:

The following documents are electronically transmitted to your court for the above referenced matter:

  Docket Report

Notice of Appeal and Statement of Election to Have Appeal Heard by District Court- by PG&E Corporation- Dkt #12209
Order Granting DRRT's Amended Motion for Relief from Orders Concerning Reorganized Debtors' Eleventh and Thirteenth Securities Claims Omnibus Objections (Claims Barred by the Statute of Repose) - Dkt. #12126
Court Certificate of Mailing- Dkt. #12215
Certificate of Service of Sonia Akter Regarding Notice of Appeal Dkt. #12265

**Filing Fee**:   ☒ Paid $ 298.00        ☐ Not Paid    ☐ Fee Waived    ☐ Fee Waiver Pending

If you have any questions, please contact me at **(415) 268-2373**           .

Edward Emmons, Clerk
United States Bankruptcy Court

By: *DaWana Chambers*
       DaWana Chambers  Deputy Clerk

Case: 19-30088    Doc# 12267    Filed: 04/28/22    Entered: 04/28/22 07:31:19    Page 1 of 1