UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re: PG& E Corporation  　　　　　　　Bankruptcy Case No. 19-30088-DM
and Pacific Gas and Electric Company  　　Chapter 11

COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

**Notice of Appeal and Statement of Election- by PG&E Corporation and Pacific Gas & Electric Company- Dkt. #12209**

**Order Granting DRRT's Amended Motion for Relief from Orders Concerning Reorganized Debtors' Eleventh and Thirteenth Securities Claims Omnibus Objections- Dkt. #12126**

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) on the date shown below:

**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

Keller & Benvenutti LLP　　　　　for PG& E Corporation and
David A. Taylor　　　　　　　　　　Pacific Gas & Electric Company
Jane Kim
Thomas B. Rupp
650 California St., #1900
San Francisco, CA 94108
-and-

Weil, Gotshal & Manges LLP
Richard W. Slack
Jessica Liou
Matthew Goren
767 Fifth Ave.
New York, NY 10153
**-and-**
Cravath, Swaine & Moore LLP
Paul H. Zumbro
Kevin J. Orsini
Omid H. Nasab
825 Eighth Ave.
New York, NY 10019


DRRT                                      for DRRT
Jared Lay
340 West Flagler St., 2nd Fl.
Miami, FL 33130
**-and-**
MEYER LAW GROUP LLP
A limited Liability Partnership
Brent D. Meyer
268 Bush St., #3639
San Francisco, CA 94104




                                    Da'Wana L. Chambers
Date: April 25, 2022                 Deputy Clerk