WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>        - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF APPEAL AND STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT**<br><br>[Re: Dkt. No. 12126] |

NOTICE IS HEREBY GIVEN that PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**," or as reorganized pursuant to the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020*, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases, hereby appeal, pursuant to 28 U.S.C. § 158(a)(1), from the *Order Granting DRRT's Amended Motion For Relief From Orders Concerning Reorganized Debtors' Eleventh and Thirteenth Securities Claims Omnibus Objections (Claims Barred by the Statute of Repose)*, entered on April 8, 2022 [Dkt. No. 12126] (as may be amended or corrected,[1] the "**DRRT 60(b) Order**"). A copy of the DRRT 60(b) Order is attached hereto as **Exhibit A**.

Pursuant to 28 U.S.C. § 158(c), the Reorganized Debtors elect to have the appeal heard by the United States District Court for the Northern District of California rather than by the Bankruptcy Appellate Panel for the Ninth Circuit.

The names of all parties to the DRRT 60(b) Order and the names, addresses, and telephone numbers of their respective attorneys are:

---

[1] On April 19, 2022, at the request of and in cooperation with counsel for DRRT, the Reorganized Debtors submitted to the Bankruptcy Court a proposed corrected form of the DRRT 60(b) Order (the "**Corrected Order**") to address a clerical error in the original DRRT 60(b) Order (specifically, to include the Exhibit A that is referenced in, but was inadvertently omitted from, the original DRRT 60(b) Order). As of the time of this filing, the Bankruptcy Court has not yet entered the Corrected Order. The Reorganized Debtors agreed to the Corrected Order as a matter of form and do not object to the entry of the Corrected Order pursuant to Federal Rule of Civil Procedure Rule 60(a), as made applicable to this matter by Federal Rule of Bankruptcy Procedure 9024, or otherwise even after the filing of this Notice of Appeal. The Reorganized Debtors do not believe the entry of the Corrected Order affects this appeal.

| Party | Counsel |
|---|---|
| Reorganized Debtors<br><br>*Appellants* | WEIL, GOTSHAL & MANGES LLP<br>Richard W. Slack (*pro hac vice*)<br>(richard.slack@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007<br><br>KELLER BENVENUTTI KIM LLP<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>David A. Taylor (#247433)<br>(dtaylor@kbkllp.com)<br>Thomas B. Rupp (#278041)<br>(trupp@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251 |
| DRRT<br><br>*Appellee* | DRRT<br>Jared Lay (*pro hac vice*)<br>340 West Flagler Street, 2nd Floor<br>Miami, Florida 33130<br>Telephone: (305) 760-8025<br>Facsimile: (786) 235-5005<br>Email: jlay@drrt.com<br><br>MEYER LAW GROUP LLP<br>A Limited Liability Partnership<br>BRENT D. MEYER, Cal. Bar No. 266152<br>268 Bush Street #3639<br>San Francisco, California 94104<br>Telephone: (415) 765-1588<br>Facsimile: (415) 762-5277<br>Email: brent@meyerllp.com |

Dated: April 22, 2022

WEIL, GOTSHAL & MANGES LLP

KELLER BENVENUTTI KIM LLP

By: /s/ Richard W. Slack
 Richard W. Slack

*Attorneys for the Reorganized Debtors*

**Exhibit A**

(DRRT 60(b) Order)



Signed and Filed: April 7, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

---

WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>– and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER GRANTING DRRT'S AMENDED MOTION FOR RELIEF FROM ORDERS CONCERNING REORGANIZED DEBTORS' ELEVENTH AND THIRTEENTH SECURITIES CLAIMS OMNIBUS OBJECTIONS (CLAIMS BARRED BY THE STATUTE OF REPOSE)**<br><br>[Re: Dkt. Nos. 11734, 11867, 11911, 12033] |

Upon the *Amended Motion For Relief From Orders By Default Disallowing and Expunging Proofs of Claims Pursuant To Reorganized Debtors' Eleventh and Thirteenth Securities Claims Omnibus Objections (Claims Barred by the Statute of Repose)* [Dkt. No. 11734] (the "**Motion**"); and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found and determined that notice of the Motion as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted for the reasons stated on the record.

2. The *Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose)* [Dkt. No. 11216] and the *Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Thirteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose)* [Dkt. No. 11315] are hereby modified as to the proofs of claim filed by the DRRT Claimants (as set forth in the Motion), identified in Exhibit A hereto, to reinstate such proofs of claim insofar as they assert claims arising under Sections 10(b) and 20(a) of the Securities and Exchange Act of 1934, as amended, and Rule 10b-5 promulgated thereunder.

3. The *Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose)* [Dkt. No. 11014] and the *Reorganized Debtors' Thirteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose)* [Dkt. No. 11085] continue to be sustained as to claims held by the DRRT Claimants arising under Section 11 of the Securities Act of 1933.

4. This Order is without prejudice to the rights of the Reorganized Debtors to object to the proofs of claim filed by the DRRT Claimants on any other grounds.

5. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

**APPROVED AS TO FORM AND CONTENT:**

Dated: April 4, 2022

                                        **MEYER LAW GROUP LLP**
                                        */s/ Brent D. Meyer*
                                        Brent D. Meyer

                                        *Attorney for DRRT Claimants*

                          \*\*\* END OF ORDER \*\*\*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119