```
 1  Jacob M. Faircloth, Esq. (SB No. 305390)
    Bluestone Faircloth & Olson, LLP
 2  1825 Fourth Street
    Santa Rosa, CA 95404
 3  Telephone: (707) 526-4250
    Facsimile: (707) 526-0347
 4  Email: jacob@bfolegal.com

 5  Attorneys for Movant,
    Cheri Tamo
 6
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re | Case No. 19-30088-DM |
| PG&E CORPORATION, | Chapter 11 |
| and | (Lead Case–Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY | **NOTICE OF WITHDRAWAL OF MOTION TO ALLOW/DEEM TIMELY LATE FILING OF CHERI TAMO, AND MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF ROBERT BONE IN SUPPORT THEREOF** |
| Debtors. / | |
| Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors | Date: June 7, 2022<br>Time: 10:00 a.m.<br>Location: Via ZOOM or Telephone |
| *All papers shall be filed in the Lead Case, No. 19-30088-DM | |
| / | |

PLEASE TAKE NOTICE THAT Movant Cheri Tamo ("Movant"), hereby withdraws her Motion to Allow/Deem Timely Late Filing of Claim, filed as Docket No. 12203.

DATED: April 28, 2022             BLUESTONE FAIRCLOTH & OLSON, LLP
                                  /S/ Jacob M. Faircloth
                              By_____
                                     Jacob M. Faircloth
                                  ATTORNEY FOR THE MOVANT

**NOTICE OF WITHDRAWAL OF MOTION TO ALLOW/DEEM TIMELY LATE FILING OF CHERI TAMO, AND MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF ROBERT BONE IN SUPPORT THEREOF** - Page 1