

**Signed and Filed: April 28, 2022**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1 | WEIL, GOTSHAL & MANGES LLP
Theodore Tsekerides (*pro hac vice*)
2 | (theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
3 | (jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
4 | (matthew.goren@weil.com)
767 Fifth Avenue
5 | New York, NY 10153-0119
Tel: 212 310 8000
6 | Fax: 212 310 8007

7 | KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
8 | (tkeller@kbkllp.com)
Jane Kim (#298192)
9 | (jkim@kbkllp.com)
David A. Taylor (#247433)
10 | (dtaylor@kbkllp.com)
650 California Street, Suite 1900
11 | San Francisco, CA 94108
Tel: 415 496 6723
12 | Fax: 650 636 9251

13 | *Attorneys for Debtors and Reorganized Debtors*

14 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

In re:

**PG&E CORPORATION,**

    - and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

      **Debtors.**

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**ORDER APPROVING STIPULATION ENLARGING TIME FOR CLAYTON LYNCH TO FILE PROOF OF CLAIM**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Court having considered the *Stipulation Enlarging Time for Clayton Lynch to File Proof of Claim*, dated April 26, 2022 [Dkt. No. 12250] (the "**Stipulation**"),[1] entered into by PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), on the one hand, and Clayton Lynch ("**Movant**"), on the other hand; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1.    The Stipulation is approved.

2.    The Proof of Claim is deemed timely filed.

3.    The Proof of Claim and Asserted Fire Victim Claims shall for all purposes be treated and classified as Fire Victim Claims under the Plan, and shall be fully assumed by, and the sole responsibility of, the Fire Victim Trust and subject to the Channeling Injunction, to be administered, processed, settled, disallowed, resolved, liquidated, satisfied, and/or paid in accordance with the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures. Movant shall have no further recourse against the Debtors or Reorganized Debtors, as applicable, with respect to the Proof of Claim or the Asserted Fire Victim Claims.

4.    Nothing herein shall be construed to be a waiver by the Debtors or the Reorganized Debtors, as applicable, the Fire Victim Trust, or any other party in interest of any right to object to the Asserted Fire Victim Claims or the Proof of Claim on any grounds other than the untimely filing thereof.

5.    Nothing herein shall be construed to be a waiver by Movant of his rights to oppose any asserted challenge to the Asserted Fire Victim Claims or the Proof of Claim.

6.    By entry of this Order, the *Motion to Allow/Deem Timely Late Filing of Proof of Claim by Clayton Lynch* [Dkt. No. 12117] is deemed withdrawn with prejudice.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

7. The Stipulation is binding on the Parties and each of their successors in interest.

8. The Stipulation constitutes the entire agreement and understanding of the Parties relating to the subject matter thereof and supersedes all prior agreements and understandings relating to the subject matter thereof.

9. This Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

*** END OF ORDER ***

Dated: April 26, 2022

FRANTZ LAW GROUP, APLC


/s/ *James P. Frantz*
James P. Frantz, Esq.

*Attorneys for Clayton Lynch*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119