DocuSign Envelope ID: F0D7E30D-F067-43AE-A6E7-ECF06DDDEFE8

Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2600
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619)236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys for Elizabeth Costa

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:* | **Case No. 19-30088 (DM)** |
| PG&E CORPORATION | Chapter 11 (Lead Case) (Jointly Administered) |
| -and- | |
| PACIFIC GAS AND ELECTRIC COMPANY | **DECLARATION OF ELIZABETH COSTA IN SUPPORT OF MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1) TO DEEM CLAIM TIMELY FILED** |
| Debtors. | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas & Electric | Date: June 7, 2022 |
| ■ Affects Both Debtors | Time: 10:00 a.m. Place: **To Be Held Telephonically** United States Bankruptcy Court Courtroom 17 450 Golden Gate Avenue, 16th Floor San Francisco, CA |
| *All papers shall be filed in the Lead Case, No.19-30088 (DM)* | |
| | Judge: Honorable Dennis Montali |

**Objection Deadline: May 31, 2022**

I, Elizabeth Costa, hereby declare and state as follows:

1. This declaration is based upon my personal knowledge unless otherwise indicated. If called upon to testify as to the matters stated herein, I could and would competently do so.

2. On the day of the Camp Fire I was living at 1183 Gossamer Ln., Chico, California 95973.

3. On the morning of the fire I was working at the Paradise United States Post Office located at 6469 Clark Road, Paradise, California 95969. Around 8:30 am the Postmaster

1 | instructed for us to evacuate. I left work and went down Skyway to my daughter's home to make
2 | sure she was evacuating and to help her pack a few belongings.
3 |     4. I did not file a claim as it was only a few days before the cut off when I learned a claim
4 | could be filed for emotional distress. I did not think I was eligible initially to file a claim against
5 | PG&E because I did not lose a home or have property damaged or destroyed in the fire.
6 |     5. I recently found out that I could request the Bankruptcy court to allow me to file a late
7 | claim for my emotional distress sustained in the fire.
8 |     I declare under penalty of perjury under the laws of the State of California and the United
9 | States that the foregoing is true and correct.
10 |     Executed at Chico, California, on April 28, 2022.

*/s/ Elizabeth Costa*
Elizabeth Costa

DECLARATION OF ELIZABETH COSTA IN SUPPORT