DocuSign Envelope ID: 4E7F7546-FB05-4F07-AB10-D20D38855C3F

Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2600
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619) 236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys for Benjamin Walker

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:* <br><br> PG&E CORPORATION <br><br> -and- <br><br> PACIFIC GAS AND ELECTRIC COMPANY <br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas & Electric <br> ☒ Affects Both Debtors <br><br> *All papers shall be filed in the Lead Case, No.19-30088 (DM)* | **Case No. 19-30088 (DM)** <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **DECLARATION OF BENJAMIN WALKER IN SUPPORT OF MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM** <br><br> Date: June 7, 2022 <br> Time: 10:00 a.m. <br> Place: **To Be Held Telephonically** <br> United States Bankruptcy Court <br> Courtroom 17 <br> 450 Golden Gate Avenue, 16th Floor <br> San Francisco, CA <br> Judge: Honorable Dennis Montali <br><br> **Objection Deadline: May 31, 2022** |

I, Benjamin Walker, hereby declare and state as follows:

1. This declaration is based upon my personal knowledge unless otherwise indicated. If called upon to testify as to the matters stated herein, I could and would competently do so.

2. On the day of the Camp Fire I was living at 6371 Forest Lane, Paradise, California 95969 where I rented a room.

3. On the morning of the Camp Fire, I received a phone notification about a fire in Pulga. Although I was getting ready to go and run at the Lake, I thought I should stay close in case the

fire was coming in our direction. At one point, looking over my shoulder I realized there was no sun, just black smoke. I let my landlords know of the fire and gathered just a few things, leaving room in the car for my parent's items. I knew I had to go and help my parents if evacuation were necessary. I left my residence at 7:00 am and drove to my parent's home on Camino Lane in Paradise. My father was bedridden, and my brother and I were able to assist him into his truck.

4. Although we were able to evacuate, we had to take my father to the hospital once we got to Chico.

5. The house where I was renting a room was destroyed in the fire, and I lost personal property.

6. I personally felt that I was not eligible to file a claim against PG&E because I did not lose a home in the fire.

7. I recently found out that I could request the Bankruptcy court to allow me to file a late claim for loss of my personal property and emotional distress damages caused by the fire.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed at Magalia, California, on 4/28/2022.

*Benjamin Walker*
Benjamin Walker