19-30088

26 April, 2022

Judge Dennis Montalli
Courtroom 17
United States Bankruptcy Court
Northern District of California
450 Golden Gate Ave.
Mailbox 36099
San Francisco, California , 94102

FILED
MAY -2 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Trustee
John K. Trotter, Trustee of the Fire Victim Trust
Fire Victim Trust
2 Embacdero Center
Suite 1500
San Francisco, CA 94111
www.firevictimtrust.com


Fire Victim Trust
P.O. Box 25936
Richmond, VA 23260
info@firevictimtrust.com

Fire Victims Trust
Claims Processor
P.O Box 25936
Richmond, Va 23260

Rob Bonta
California Attorney General
1300 I St, Sacramento, CA 95814

FROM:
David Edward Martin  *David Martin* (signature)
3108 Aloha Lane
Chico, California 95973
In Pro Se
Claimant ID: 1045539
Claims questionnaire ID: 10041697
Claim ID: 265075
Damage category Emotional Distress-Zone of Danger.

SUBJECT:
VIOLATION OF CALIFORNIA PROPOSITION 65 BY PACIFIC GAS AND ELECTRIC COMPANY AND BUTTE COUNTY DISTRICT ATTORNEY MICHAEL LEE RAMSEY AND CLAIMS PROCESSOR FIRE VICTIM TRUST BROWNGREER PLC.

REQUEST FOR THE BANKRUPTCY TRUST AND BANKRUPTCY JUDGE DENNIS MONTALLI TO DELETE/BAR BANKRUPTCY PROTECTION FOR PACIFIC GAS AND ELECTRIC COMPANY FOR CHICO RESIDENTS INJURED/DAMAGED/CONTAMINATED BY THE ASH AND SMOKE FALLOUT OF THE CAMP FIRE.

RESPONSE TO FVT PRO RATA PAYMENT NOTIFICATION AND DETERMINATION NOTICE.

WHISTLEBLOWER PROTECTION ACT.

The Camp Fire contaminated Chico California with tons of Carcinogenic smoke and ash particulates. This contamination requires notice from responsible entities under California's proposition 65. To date no notice of toxic exposure to cancer and reproductive harm has been made to the residents of Chico who suffered this exposure.

This violation of proposition 65 is clearly a criminal coverup of the contamination of Chico, California.

Currently, Pacific Gas and Electric Company is violating Proposition 65 while hiding behind bankruptcy protection. The citizens of Chico who were just as affected for purposes of Bankruptcy as the Paradise residents were are being ignored by the Claims Processor, BROWNGREER PLC, Fire Victims Trust. At some point BROWNGREER PLC became responsible for reporting to all Chico residents that P G and E contaminated Chico with the deadly chemicals and toxins from the Camp Fire.

2

BROWNGREER PLC has made no such notice of Chico residents. Moreover, BROWNGREER PLC appears to be engaged in a criminal cover up of the Proposition 65 violations by their determination that any claims made by Chico, California residents are mere nuisance claims that have no damages.

PROPOSITION 65:

Proposition 65 requires a person or entity who exposes an individual in California to a chemical deemed by the state to cause cancer or reproductive toxicity to give "a clear and reasonable warning". Failure to give the required warning is punishable by a civil penalty, injunctive relief, and the obligation to pay plaintiff's costs and attorney's fees.

Proposition 65 is enforced through civil lawsuits. While the California Attorney General can prosecute actions for violation of Prop 65, so, too, can anyone else. Attorneys who bring an action for violation of Proposition 65 are entitled to 25% of any civil penalty, together with costs and attorney's fees.

THE FIRE VICTIM TRUST DETERMINATION THAT CHICO RESIDENTS ARE ONLY ENTITLED TO A MINOR NUISANCE CLAIM DENIES CHICO RESIDENTS DUE PROCESS UNDER THE LAW. THIS CAN BE REMEDIED BY THE BANKRUPTCY COURT ALLOWING CHICO RESIDENTS TO SEEK DAMAGES FROM P G AND E AND NOT ALLOW THE COMPANY TO HIDE BEHIND BANKRUPTCY PROTECTION WHILE BROWNGREER PLC ASSIST P G AND E IN THIS FRAUD.

I believe that Chico residents have suffered severe contamination to their bodies air, water, land and homes in violation of the clean air and water act as well as Proposition 65.

Currently Enloe Hospital is building a new cancer treatment center. The Hospital announced that it is doing this because cancer rates are estimated to increase by 40 percent. While they did not state that this is because of the contamination of the Camp Fire, one can only extrapolate that there is no other reason for such an increase other than the Camp Fire.

Since BROWNGREER PLC is involved in denying the rights of Chico residents it would be appropriate for the Bankruptcy court to make special permission for Chico residents to be exempt from the P G and E chapter 11 bankruptcy proceedings and pursue civil actions against P G and E directly through lawsuits. I know many attorneys who would prefer this action and I believe that the Chico residents would receive a more fair compensation from adjudicated civil lawsuits.

Should the Bankruptcy proceedings not bar Chico residents from pursuing a proposition 65 claim against P G and E, I request that Judge Montalli make that determination and issue an order that Attorneys and claimants are not barred by the bankruptcy procedure from pursuing claims against P G and E, Butte County District Attorney Michael Lee Ramsey, and BROWNGREER PLC.

Ramsey has violated Proposition 65. He was in charge of the prosecution of P G and E but made no notice of the Proposition 65 dangers suffered by Chico and other Butte County residents. Ramsey further violated the Hobbs Act and contributed to the Camp Fire by extorting 1.5 million dollars from P G and E in exchange for assisting P G and E in avoiding a felony federal probation violation. This public corruption payoff led directly to P G and Es inaction in shutting down the antiquated Cariboo line in high winds which sparked the Camp Fire and burned over 85 people alive and displaced 50 thousand.

27 April, 2022

TO:

David Abbondanza, Bethany Anderson, John Applin, William Atkinson, John Bates, Jaclyn Billups, Barry Broach, Orran Brown, Orran Brown, Jr., Dennis Carter Jr., Joshua Cheatha, Rae Cousin, Dustin Davis, Dennis Delmott, Ilze DuPlessis, Brian Earman, Kalena Ek, Emily Engle, Addie Fromholz, Lynn Crowder Greer, Sydney Gustafson, Matthew Hazzard, Ashley Hipps, Andrew Hunt, Robert Lawson, W. Grey Ligon II, Christina Llames, Kyle Martin, Erin Maruskin, Keith McKinell, Kerry L. McLaughlin, Morgan Meador, Jay Mense, Janet Selph Moyers, Kristene Mullins, Tom Nash, Julie Newton, Sionne D. Olson, Jennifer Owens, Jennifer Owren, Andrew Oxenreiter, Sri Panyala, Roma Petkauskas, Randall Pinkleton, Kevin Plasse, Srikanth Regula, Cherie L. Rickards, David Smith, Jessica Stankus Smith, Bob Staneart, Philip Strunk, Sarah Thompson, Frank Trani, Russ Turner, Coles McBrayer Warren, Breanna West, Benjamin Wilcher, Justin Wind, Jacob Woody.

**BrownGreer PLC**
250 Rocketts Way
Richmond, VA 23231

FROM:
David Edward Martin
3108 Aloha Lane
Chico, California 95973
In Pro Se
Claimant ID: 1045539
Claims questionnaire ID: 10041697
Claim ID: 265075
Damage category Emotional Distress-Zone of Danger.

SUBJECT:
VIOLATION OF CALIFORNIA PROPOSITION 65 BY PACIFIC GAS AND ELECTRIC COMPANY AND BUTTE COUNTY DISTRICT ATTORNEY MICHAEL LEE RAMSEY AND CLAIMS PROCESSOR FIRE VICTIM TRUST BROWNGREER PLC.

1

Case: 19-30088    Doc# 12290    Filed: 05/02/22    Entered: 05/02/22 12:25:14    Page 5 of 11

REQUEST FOR THE BANKRUPTCY TRUST AND BANKRUPTCY JUDGE DENNIS MONTALLI TO DELETE/BAR BANKRUPTCY PROTECTION FOR PACIFIC GAS AND ELECTRIC COMPANY FOR CHICO RESIDENTS INJURED/DAMAGED/CONTAMINATED BY THE ASH AND SMOKE FALLOUT OF THE CAMP FIRE.

RESPONSE TO FVT PRO RATA PAYMENT NOTIFICATION AND DETERMINATION NOTICE.

WHISTLEBLOWER PROTECTION ACT.

Please find attached report to Judge Montalli regarding violation of California Proposition 65 as it relates to the Fire Victim Trust claims of Chico, California residents affected by the fire and Bankruptcy and chemical/metal/carcinogen toxic contamination of Chico, California.

26 April, 2022

Judge Dennis Montalli
Courtroom 17
United States Bankruptcy Court
Northern District of California
450 Golden Gate Ave.
Mailbox 36099
San Francisco, California , 94102


Trustee
John K. Trotter, Trustee of the Fire Victim Trust
Fire Victim Trust
2 Embacdero Center
Suite 1500
San Francisco, CA 94111
www.firevictimtrust.com


Fire Victim Trust
P.O. Box 25936
Richmond, VA 23260
info@firevictimtrust.com

Fire Victims Trust
Claims Processor
P.O Box 25936
Richmond, Va 23260

Rob Bonta
California Attorney General
1300 I St, Sacramento, CA 95814

3

Case: 19-30088    Doc# 12290    Filed: 05/02/22    Entered: 05/02/22 12:25:14    Page 7
of 11

FROM:
David Edward Martin
3108 Aloha Lane
Chico, California 95973
In Pro Se
Claimant ID: 1045539
Claims questionnaire ID: 10041697
Claim ID: 265075
Damage category Emotional Distress-Zone of Danger.

SUBJECT:
VIOLATION OF CALIFORNIA PROPOSITION 65 BY PACIFIC GAS AND ELECTRIC COMPANY AND BUTTE COUNTY DISTRICT ATTORNEY MICHAEL LEE RAMSEY AND CLAIMS PROCESSOR FIRE VICTIM TRUST BROWNGREER PLC.

REQUEST FOR THE BANKRUPTCY TRUST AND BANKRUPTCY JUDGE DENNIS MONTALLI TO DELETE/BAR BANKRUPTCY PROTECTION FOR PACIFIC GAS AND ELECTRIC COMPANY FOR CHICO RESIDENTS INJURED/DAMAGED/CONTAMINATED BY THE ASH AND SMOKE FALLOUT OF THE CAMP FIRE.

RESPONSE TO FVT PRO RATA PAYMENT NOTIFICATION AND DETERMINATION NOTICE.

WHISTLEBLOWER PROTECTION ACT.

The Camp Fire contaminated Chico California with tons of Carcinogenic smoke and ash particulates. This contamination requires notice from responsible entities under California's proposition 65. To date no notice of toxic exposure to cancer and reproductive harm has been made to the residents of Chico who suffered this exposure.

This violation of proposition 65 is clearly a criminal coverup of the contamination of Chico, California.

Currently, Pacific Gas and Electric Company is violating Proposition 65 while hiding behind bankruptcy protection. The citizens of Chico who were just as affected for purposes of Bankruptcy as the Paradise residents were are being ignored by the Claims Processor, BROWNGREER PLC, Fire Victims Trust. At some point BROWNGREER PLC became responsible for reporting to all Chico residents that P G and E contaminated Chico with the deadly chemicals and toxins from the Camp Fire.

4

BROWNGREER PLC has made no such notice of Chico residents. Moreover, BROWNGREER PLC appears to be engaged in a criminal cover up of the Proposition 65 violations by their determination that any claims made by Chico, California residents are mere nuisance claims that have no damages.

PROPOSITION 65:

Proposition 65 requires a person or entity who exposes an individual in California to a chemical deemed by the state to cause cancer or reproductive toxicity to give "a clear and reasonable warning". Failure to give the required warning is punishable by a civil penalty, injunctive relief, and the obligation to pay plaintiff's costs and attorney's fees.

Proposition 65 is enforced through civil lawsuits. While the California Attorney General can prosecute actions for violation of Prop 65, so, too, can anyone else. Attorneys who bring an action for violation of Proposition 65 are entitled to 25% of any civil penalty, together with costs and attorney's fees.

THE FIRE VICTIM TRUST DETERMINATION THAT CHICO RESIDENTS ARE ONLY ENTITLED TO A MINOR NUISANCE CLAIM DENIES CHICO RESIDENTS DUE PROCESS UNDER THE LAW. THIS CAN BE REMEDIED BY THE BANKRUPTCY COURT ALLOWING CHICO RESIDENTS TO SEEK DAMAGES FROM P G AND E AND NOT ALLOW THE COMPANY TO HIDE BEHIND BANKRUPTCY PROTECTION WHILE BROWNGREER PLC ASSIST P G AND E IN THIS FRAUD.

I believe that Chico residents have suffered severe contamination to their bodies air, water, land and homes in violation of the clean air and water act as well as Proposition 65.

Currently Enloe Hospital is building a new cancer treatment center. The Hospital announced that it is doing this because cancer rates are estimated to increase by 40 percent. While they did not state that this is because of the contamination of the Camp Fire, one can only extrapolate that there is no other reason for such an increase other than the Camp Fire.

Since BROWNGREER PLC is involved in denying the rights of Chico residents it would be appropriate for the Bankruptcy court to make special permission for Chico residents to be exempt from the P G and E chapter 11 bankruptcy proceedings and pursue civil actions against P G and E directly through lawsuits. I know many attorneys who would prefer this action and I believe that the Chico residents would receive a more fair compensation from adjudicated civil lawsuits.

Should the Bankruptcy proceedings not bar Chico residents from pursuing a proposition 65 claim against P G and E, I request that Judge Montalli make that determination and issue an order that Attorneys and claimants are not barred by the bankruptcy procedure from pursuing claims against P G and E, Butte County District Attorney Michael Lee Ramsey, and BROWNGREER PLC.

Ramsey has violated Proposition 65. He was in charge of the prosecution of P G and E but made no notice of the Proposition 65 dangers suffered by Chico and other Butte County residents. Ramsey further violated the Hobbs Act and contributed to the Camp Fire by extorting 1.5 million dollars from P G and E in exchange for assisting P G and E in avoiding a felony federal probation violation. This public corruption payoff led directly to P G and Es inaction in shutting down the antiquated Cariboo line in high winds which sparked the Camp Fire and burned over 85 people alive and displaced 50 thousand.

24
95773

RECEIVED
MAY -2 2022 VL
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

USPS FCM LETTER
CHICO, CA 95926
APR 27 22
AMOUNT
$0.78
R2304M113102-50

Judge Dennis Montalli
Courtroom 17
U.S. Bankruptcy Court
Northern District of CA.
450 Golden Gate Ave
San Francisco, CA 94102