DocuSign Envelope ID: 7BB337F6-7771-48B3-B2CD-B818EE8254F9

Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2600
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619)236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys for Ariel Phillips

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:* <br><br> PG&E CORPORATION <br><br> -and- <br><br> PACIFIC GAS AND ELECTRIC COMPANY <br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas & Electric <br> ■ Affects Both Debtors <br><br> *All papers shall be filed in the Lead Case, No.19-30088 (DM)* | **Case No. 19-30088 (DM)** <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **DECLARATION OF ARIEL PHILLIPS IN SUPPORT OF MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM** <br><br> Date: June 7, 2022 <br> Time: 10:00 a.m. <br> Place: **To Be Held Telephonically** <br> United States Bankruptcy Court <br> Courtroom 17 <br> 450 Golden Gate Avenue, 16th Floor <br> San Francisco, CA <br> Judge: Honorable Dennis Montali <br><br> **Objection Deadline: May 31, 2022** |

I, Ariel Phillips, hereby declare and state as follows:

1. This declaration is based upon my personal knowledge unless otherwise indicated. If called upon to testify as to the matters stated herein, I could and would competently do so.

2. I lived with my mother, Michelle Couch, and stepfather, Tommie Couch, at the residence they rented: 8615 Skyway, Paradise, California 95969.

3. The night before the Camp Fire I away from the house. When I learned about the fire, I rushed home and helped my family with the evacuation.

4. The fire burned our home in its entirety. Nothing was left.

4. I lost everything I owned in the world in the fire, except for one suitcase of clothes, and I suffered emotional distress.

6. I did not file a timely claim because I had thought that I was included in my stepfather's claim, but later learned that I was not. Also, I did not own the residence and was unsure if I could file.

7. I only recently found out that I could request the Bankruptcy Court to allow me to file a late claim for my emotional distress and include my personal property loss.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed at Chico, California, on 5/1/2022.

DocuSigned by:
*Ariel Phillips*
75C990E015E1452...
Ariel Phillips