

**Signed and Filed: May 3, 2022**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1   **WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
2   (richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
3   (jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
4   (matthew.goren@weil.com)
767 Fifth Avenue
5   New York, NY 10153-0119
Tel:    (212) 310-8000
6   Fax:    (212) 310-8007

7   **KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
8   (tkeller@kbkllp.com)
Jane Kim (#298192)
9   (jkim@kbkllp.com)
650 California Street, Suite 1900
10  San Francisco, CA 94108
Tel:    (415) 496-6723
11  Fax:    (415) 636-9251

12  *Attorneys for Debtors and*
*Reorganized Debtors*

13

14

15                          **UNITED STATES BANKRUPTCY COURT**

16                          **NORTHERN DISTRICT OF CALIFORNIA**

17                          **SAN FRANCISCO DIVISION**

18  **In re:**                                Case No. 19-30088 (DM)

19  **PG&E CORPORATION,**                     Chapter 11

20          **- and -**                       (Lead Case) (Jointly Administered)

21  **PACIFIC GAS AND ELECTRIC**
    **COMPANY,**                              **ORDER GRANTING APPLICATION FOR**
22                                            **ADMISSION OF ATTORNEY**
                    **Debtors**.              ***PRO HAC VICE***
23                                            **(DAVID FRANKLIN HILL, IV)**
    ☐  Affects PG&E Corporation
24  ☐  Affects Pacific Gas and Electric Company
    ☑  Affects both Debtors
25  * *All papers shall be filed in the lead case,*
    *No. 19-30088 (DM)*
26

27

28

*(left margin, vertical text)* Weil, Gotshal & Manges LLP / 767 Fifth Avenue / New York, NY 10153-0119

David Franklin Hill, IV, whose business address and telephone number is

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

and who is an active member in good standing of the bar of the State of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing PG&E Corporation and Pacific Gas and Electric Company.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

*** END OF ORDER ***