## CERTIFICATE OF SERVICE

I am employed in the County of Sacramento; my business address is 555 Capitol Mall, Suite 1500, Sacramento, California 95814. I am over the age of eighteen years and not a party to the foregoing action.

On May 5, 2022, I served the within:

**(1) NOTICE OF APPEAL AND STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

[X] **(by mail)** on all parties in said action by regular, first class United States mail, postage fully pre-paid, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Boutin Jones Inc., mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Sacramento, California.

***See attached list of parties served by first class mail.***

| | |
|---|---|
| Lisa S. Gast<br>DUNCAN, WEINBERG, GENZER & PEMBROKE, P.C.<br>1667 K Street NW, Suite 700<br>Washington, DC 20006 | ***Appellant*** |
| JANE LUCKHARDT (SBN 141919)<br>General Counsel<br>NORTHERN CALIFORNIA POWER AGENCY<br>651 Commerce Drive<br>Roseville, CA 95678-6411 | ***Appellant*** |
| ROBERT BONTA<br>Attorney General of California<br>DANETTE VALDEZ, SBN 141780<br>ANNADEL ALMENDRAS, SBN 192064<br>Supervising Deputy Attorneys General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004 | ***Appellee*** |
| PAUL J. PASCUZZI, SBN 148810<br>NICHOLAS L. KOHLMEYER, SBN 299087<br>FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP<br>500 Capitol Mall, Suite 2250<br>Sacramento, CA 95814 | ***Appellee*** |
| Richard W. Slack (pro hac vice)<br>Theodore E. Tsekerides (pro hac vice)<br>Jessica Liou (pro hac vice)<br>Matthew Goren (pro hac vice)<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119 | ***Other Interested Parties*** |
| Jane Kim<br>David A. Taylor<br>Thomas B. Rupp<br>KELLER BENVENUTTI KIM LLP<br>650 California Street, Suite 1900<br>San Francisco, CA 94108 | ***Other Interested Parties*** |
| PG&E Corporation<br>77 Beale Street<br>P.O. Box 770000<br>San Francisco, CA 94177 | ***Debtor*** |
| Pacific Gas and Electric Company<br>77 Beale Street<br>P.O. Box 770000<br>San Francisco, CA 94177 | ***Debtor*** |
| Peter J. Benvenutti<br>Keller Benvenutti Kim LLP<br>650 California St. 19th Fl.<br>San Francisco, CA 94108 | ***Attorneys for Debtor*** |

| | |
|---|---|
| Kevin Bostel<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | ***Attorneys for Debtor*** |
| Lee Brand<br>Pillsbury Winthrop Shaw Pittman LLP<br>Four Embarcadero Center, 22nd Fl.<br>San Francisco, CA 94111-5998 | ***Attorneys for Debtor*** |
| Timothy G. Cameron<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 8th Ave.<br>New York, NY 10019 | ***Attorneys for Debtor*** |
| Jared R. Friedmann<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave.<br>New York, NY 10153 | ***Attorneys for Debtor*** |
| Andriana Georgallas<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | ***Attorneys for Debtor*** |
| Stuart J. Goldring<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave.<br>New York, NY 10153 | ***Attorneys for Debtor*** |
| Matthew Goren<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | ***Attorneys for Debtor*** |
| David A. Herman<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | ***Attorneys for Debtor*** |
| Stephen Karotkin<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | ***Attorneys for Debtor*** |
| Tobias S. Keller<br>Keller Benvenutti Kim LLP<br>650 California St. #1900<br>San Francisco, CA 94108 | ***Attorneys for Debtor*** |
| Jane Kim<br>Keller Benvenutti Kim LLP<br>650 California St, Suite 1900<br>San Francisco, CA 94108 | ***Attorneys for Debtor*** |
| Katherine Kohn<br>Groom Law Group, Chartered<br>1701 Pennsylvania Ave, NW #1200<br>Washington, DC 20006 | ***Attorneys for Debtor*** |

| | |
|---|---|
| Kevin Kramer<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | ***Attorneys for Debtor*** |
| David Levine<br>Groom Law Group, Chartered<br>1701 Pennsylvania Ave, NW #1200<br>Washington, DC 20006 | ***Attorneys for Debtor*** |
| Dara Levinson Silveira<br>Keller Benvenutti Kim LLP<br>650 California St. #1900<br>San Francisco, CA 94108 | ***Attorneys for Debtor*** |
| Jessica Liou<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | ***Attorneys for Debtor*** |
| Omid H. Nasab<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | ***Attorneys for Debtor*** |
| John Nolan<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | ***Attorneys for Debtor*** |
| Kevin J. Orsini<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | ***Attorneys for Debtor*** |
| Thomas B. Rupp<br>Keller Benvenutti Kim LLP<br>650 California Street, Suite 1900<br>San Francisco, CA 94108 | ***Attorneys for Debtor*** |
| Bradley R. Schneider<br>Munger Tolles and Olson LLP<br>350 S Grand Ave., 50th Fl.<br>Los Angeles, CA 90071 | ***Attorneys for Debtor*** |
| Ray C. Schrock<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | ***Attorneys for Debtor*** |
| Richard W. Slack<br>Weil Gotshal and Manges, LLP<br>767 Fifth Ave.<br>New York, NY 10153-0119 | ***Attorneys for Debtor*** |
| Theodore Tsekerides<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | ***Attorneys for Debtor*** |
| Paul H. Zumbro<br>Cravath, Swaine & Moore LLP<br>85 Eighth Avenue<br>New York, NY 10019 | ***Attorneys for Debtor*** |
| | |

| | |
|---|---|
| Office of the United States Trustee for Region 17<br>Attn: James L. Snyder, Esq. and Timothy Laffredi, Esq.<br>450 Golden Gate Avenue, 5th Floor, Suite #05-0153<br>San Francisco, CA 94102 | ***U.S. Trustee*** |
| Annadel A. Almendras<br>California Attorney General's Office<br>455 Golden Gate Ave., #11000<br>San Francisco, CA 94102 | ***Attorneys for California Department of Water Resources*** |
| Xavier Becerra<br>Office of the Attorney General<br>1515 Clay St., 20th Fl.<br>P.O. Box 70550<br>Oakland, CA 94612-0550 | ***Attorneys for California Department of Water Resources*** |
| Steven H. Felderstein<br>Felderstein Fitzgerald Willoughby et al<br>500 Capitol Mall #2250<br>Sacramento, CA 95814 | ***Attorneys for California Department of Water Resources*** |
| Paul J. Pascuzzi<br>Felderstein Fitzgerald et al LLP<br>500 Capitol Mall #2250<br>Sacramento, CA 95814 | ***Attorneys for California Department of Water Resources*** |
| James Potter<br>Office of the Attorney General<br>1515 Clay St., 20th Fl.<br>P.O. Box 70550<br>Oakland, CA 94612-0550 | ***Attorneys for California Department of Water Resources*** |
| Danette E. Valdez<br>Office of the Attorney General<br>455 Golden Gate Ave. #11000<br>San Francisco, CA 94102-7005 | ***Attorneys for California Department of Water Resources*** |
| Rob Bonta<br>Attorney General of California<br>Margarita Padilla Supervising Deputy Attorney General<br>Annadel A. Almendras<br>Supervising Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004 | ***Attorneys for California Department of Water Resources*** |

///

///

///

///

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 5/5/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:**

- **Elliot Adler** eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- **Aaron L. Agenbroad** alagenbroad@jonesday.com, saltamirano@jonesday.com
- **Gabrielle L. Albert** galbert@kbkllp.com
- **Annadel A. Almendras** annadel.almendras@doj.ca.gov
- **Destiny N. Almogue** Destiny.Almogue@skadden.com, wendy.lamanna@skadden.com
- **Monique D. Almy** malmy@crowell.com
- **Anne Andrews** aa@andrewsthornton.com, aandrews@andrewsthornton.com
- **Philip Anker** philip.anker@wilmerhale.com, whdocketing@wilmerhale.com
- **Richard L. Antognini** rlalawyer@yahoo.com, hallonaegis@gmail.com
- **Tyson Arbuthnot** tarbuthnot@rjo.com, jyeung@rjo.com
- **Lauren T. Attard** lattard@bakerlaw.com, agrosso@bakerlaw.com
- **Herb Baer** hbaer@primeclerk.com, ecf@primeclerk.com
- **Kathryn E. Barrett** keb@svlg.com, amt@svlg.com
- **Chris Bator** cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- **Ronald S. Beacher** rbeacher@pryorcashman.com
- **Hagop T. Bedoyan** hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- **Andrew David Behlmann** abehlmann@lowenstein.com, elawler@lowenstein.com
- **Tanya Behnam** tbehnam@polsinelli.com, ladocketing@polsinelli.com
- **James C. Behrens** jbehrens@milbank.com, mkoch@milbank.com
- **Jacob Taylor Beiswenger** jbeiswenger@omm.com, llattin@omm.com
- **Peter J. Benvenutti** pbenvenutti@kbkllp.com
- **Robert Berens** rberens@smtdlaw.com, sr@smtdlaw.com
- **Ronald F. Berestka** rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
- **Heinz Binder** heinz@bindermalter.com
- **Jared D. Bissell** jared.bissell@troutman.com
- **Neil Jon Bloomfield** njbloomfield@njblaw.com, gklump@njblaw.com
- **Jason Blumberg** jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- **Richard Bodnar** rbodnar@rksllp.com
- **Melissa Boey** melissa.boey@morganlewis.com
- **Paige Boldt** pboldt@wattsguerra.com, cwilson@wattsguerra.com
- **Jason Borg** jborg@jasonborglaw.com
- **Evan C. Borges** eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- **Mark Bostick** mbostick@wendel.com, bankruptcy@wendel.com
- **James L. Bothwell** jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
- **Peter R. Boutin** peter.boutin@kyl.com, lara.joel@kyl.com
- **Erin N. Brady** erin.brady@hoganlovells.com
- **Lee Brand** lee.brand@pillsburylaw.com, docket@pillsburylaw.com
- **Gregory A. Bray** gbray@milbank.com

- **Michael D. Breslauer** mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- **W. Steven Bryant** molly.batiste-debose@lockelord.com
- **Chane Buck** cbuck@jonesday.com
- **Kathlene Burke** kathlene.burke@skadden.com, burke.kathlene@gmail.com
- Frank Busch busch@wvbrlaw.com, pallister@wvbrlaw.com
- **Elizabeth J. Cabraser** ecabraser@lchb.com, awolf@lchb.com
- **Anthony P. Cali** anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- **Peter C. Califano** pcalifano@cwclaw.com
- **Steven M. Campora** scampora@dbbwc.com, nlechuga@dbbwc.com
- **Leah E. Capritta** Leah.Capritta@hklaw.com, reena.kaur@hklaw.com
- **Nicholas A. Carlin** nac@phillaw.com, rac@phillaw.com
- **Katherine Rose Catanese** kcatanese@foley.com
- **Matthew Cave** mcave@kfc.law
- **Barry A. Chatz** barry.chatz@saul.com, barry.chatz@gmail.com
- **Karen J. Chedister** kchedister@h-jlaw.com
- **Christina Lin Chen** christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- **Richard A. Chesley** richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- **Kevin Chiu** kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com
- **Jacquelyn H. Choi** jacquelyn.choi@rimonlaw.com, docketing@rimonlaw.com
- **Shawn M. Christianson** schristianson@buchalter.com
- **Robert N.H. Christmas** rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- **Jae Angela Chun** ajc@chun.law, teresa@tosdallaw.com
- **Gerard T. Cicero** GCicero@brownrudnick.com, NKhalatova@brownrudnick.com
- **Louis J. Cisz** lcisz@nixonpeabody.com
- **Valerie E. Clemen** mcarter@coombslaw.com
- **Alicia Clough** aclough@loeb.com
- **Tiffany Strelow Cobb** tscobb@vorys.com
- **John B. Coffman** john@johncoffman.net
- **Kevin G. Collins** kevin.collins@btlaw.com
- **Brian S. Conlon** bsc@phillaw.com, rac@phillaw.com
- **Charles Cording** ccording@willkie.com, mao@willkie.com
- **Manuel Corrales** mannycorrales@yahoo.com, hcskanchy@hotmail.com
- **Anne Costin** anne@costinlawfirm.com
- **Christopher J. Cox** chris.cox@hoganlovells.com
- **Donald H. Cram** dhc@severson.com
- **Ashley Vinson Crawford** avcrawford@akingump.com, dkrasa-berstell@akingump.com
- **Douglas S. Crosno** douglas.crosno@hoganlovells.com
- **Andrea Crowl** acrowl@dbbwc.com
- **J. Russell Cunningham** rcunningham@dnlc.net, emehr@dnlc.net
- **Keith J. Cunningham** rkelley@pierceatwood.com
- **James D. Curran** jcurran@wolkincurran.com, dstorms@wolkincurran.com
- **Tambra Curtis** tambra.curtis@sonoma-county.org, Megan.Sweeley@sonoma-county.org
- **Stacy A. Dasaro** sdasaro@goodwinlaw.com

- **James M. Davis** jdavis@cglaw.com
- **Nicolas De Lancie** ndelancie@jmbm.com
- **Judith A. Descalso** jad_9193@ecf.courtdrive.com
- **Andrew G. Devore** andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com
- **Erin Elizabeth Dexter** edexter@milbank.com
- **Shounak S. Dharap** ssd@arnslaw.com, mec@arnslaw.com
- **Kathryn S. Diemer** kdiemer@diemerwei.com
- **Kathryn S. Diemer** kdiemer@diemerwhitman.com
- **John P. Dillman** Houston_bankruptcy@publicans.com
- **Caroline R. Djang** caroline.djang@bbklaw.com, Laurie.Verstegen@bbklaw.com
- **Krystal Dong** ykdong@gmail.com
- **Jonathan R. Doolittle** jonathan.doolittle@pillsburylaw.com
- **Jonathan R. Doolittle** jdoolittle@reedsmith.com
- **Jennifer V. Doran** jdoran@hinckleyallen.com
- **Dustin M. Dow** ddow@bakerlaw.com, jmcguigan@bakerlaw.com
- **Jamie P. Dreher** jdreher@downeybrand.com
- **Todd Dressel** tdressel@mcguirewoods.com, jtabisaura@mcguirewoods.com
- **Geoffrey B. Dryvynsyde** gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
- **Jeffrey Aaron Dubbin** jdubbin@labaton.com, echan-lee@labaton.com
- **Matthew Ducharme** matthew.ducharme@hoganlovells.com, tracy.southwell@hoganlovells.com
- **Cecily Ann Dumas** cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- **Dennis F. Dunne** cprice@milbank.com, jbrewster@milbank.com
- **Dennis F. Dunne** ddunne@milbank.com, jbrewster@milbank.com
- **Huonganh Annie Duong** annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- **Luke N. Eaton** eatonl@pepperlaw.com, monugiac@pepperlaw.com
- **Daniel G. Egan** daniel.egan@ropesgray.com, nova.alindogan@ropesgray.com
- **Joseph A. Eisenberg** JAE1900@yahoo.com
- **Michele Ellison** mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- **David Emerzian** Melany.Hertel@mccormickbarstow.com
- **G. Larry Engel** larry@engeladvice.com
- **Krista M. Enns** kenns@beneschlaw.com
- **Scott Esbin** sesbin@esbinalter.com
- **Joseph M. Esmont** jesmont@bakerlaw.com
- **Michael P. Esser** michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- **Richard W. Esterkin** richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- **Michael S. Etkin** metkin@lowenstein.com
- **Jacob M. Faircloth** jacob@bfolegal.com
- **Brett D. Fallon** bfallon@morrisjames.com, wweller@morrisjames.com
- **Michael C. Fallon** manders@fallonlaw.net
- **Joana Fang** jf@kbklawyers.com, icd@kbklawyers.com
- **Joseph Kyle Feist** jfeistesq@gmail.com, info@norcallawgroup.net
- **David M. Feldman** DFeldman@gibsondunn.com
- **Matthew A. Feldman** mfeldman@willkie.com
- **Jennifer Feldsher** jennifer.feldsher@morganlewis.com

- **Mark E. Felger** mfelger@cozen.com
- **James J. Ficenec** James.Ficenec@ndlf.com
- **John D. Fiero** jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- **Kimberly S. Fineman** kfineman@fhlawllp.com
- **Stephen D. Finestone** sfinestone@fhlawllp.com
- **Timothy M. Flaherty** tflaherty@mpplaw.com
- **Daniel I. Forman** dforman@willkie.com
- **Matthew Hampton Foushee** hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- **Carolyn Frederick** cfrederick@prklaw.com
- **Peter Friedman** pfriedman@omm.com
- **Roger F. Friedman** rfriedman@rutan.com, csolorzano@rutan.com
- **Xiyi Fu** jackie.fu@lockelord.com, taylor.warren@lockelord.com
- **Lars H. Fuller** lfuller@bakerlaw.com
- **Thomas M. Gaa** tgaa@bbslaw.com
- **Larry W. Gabriel** nfields@bg.law
- **Gregg M. Galardi** gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com
- **Craig Solomon Ganz** ganzc@ballardspahr.com, hartt@ballardspahr.com
- **Jeffrey K. Garfinkle** jgarfinkle@buchalter.com
- **Oscar Garza** ogarza@thegarzafirm.com
- **Lisa S. Gast** lsg@dwgp.com, lmk@dwgp.com
- **Paul R. Gaus** pgaus@downeybrand.com
- **Duane M. Geck** dmg@severson.com
- **Evelina Gentry** evelina.gentry@akerman.com
- **Janet D. Gertz** jgertz@btlaw.com
- **Christopher Gessner** cgessner@akingump.com, NYMCO@akingump.com
- **R. Dale Ginter** dginter@downeybrand.com
- **Jon T. Givens** givensjt@gmail.com, cwilson@wattsguerra.com
- **Barry S. Glaser** bglaser@salvatoboufadel.com
- **Paul R. Glassman** pglassman@sycr.com
- **Gabriel I. Glazer** gglazer@pszjlaw.com
- **Gabrielle Glemann** gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- **Jaime Godin** Jtouchstone@fddcm.com
- **Matthew A. Gold** courts@argopartners.net
- **Eric D. Goldberg** eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Craig Goldblatt** Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com
- **Amy L. Goldman** goldman@lbbslaw.com
- **Eric S. Goldstein** egoldstein@goodwin.com
- **Rhonda Stewart Goldstein** Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- **Richard H. Golubow** rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- **Michael J. Gomez** mgomez@frandzel.com, dmoore@frandzel.com
- **Michael W. Goodin** mgoodin@clausen.com, mgenova@clausen.com
- **Eric R. Goodman** egoodman@bakerlaw.com
- **Michael R. Goodstein** mgoodstein@baileycav.com
- **Michael I. Gottfried** mgottfried@elkinskalt.com, AAburto@elkinskalt.com
- **Louis Gottlieb** Lgottlieb@labaton.com, mpenrhyn@labaton.com

- **Elizabeth Graham** egraham@gelaw.com
- **Eric A. Grasberger** eric.grasberger@stoel.com, docketclerk@stoel.com
- **Debra I. Grassgreen** hphan@pszjlaw.com
- **Debra I. Grassgreen** dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- **Eric A. Gravink** eric@rhrc.net
- **Elizabeth A. Green** egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- **Tracy Green** tgreen@wendel.com, bankruptcy@wendel.com
- **Mitchell B. Greenberg** mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- **Brian Gregory** b.gregory@veenfirm.com, EL.Team@Veenfirm.com
- **Susan Sieger Grimm** SSieger-Grimm@brownrudnick.com, NKhalatova@brownrudnick.com
- **Matthew W. Grimshaw** matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com
- **Stuart G. Gross** sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- **Carl L. Grumer** cgrumer@manatt.com, mchung@manatt.com
- **Elizabeth M. Guffy** eguffy@lockelord.com, autodocket@lockelord.com
- **Lloyd C. Guintivano** anitag@co.lake.ca.us, lloydg@co.lake.ca.us
- **Cameron M. Gulden** cameron.m.gulden@usdoj.gov
- **Mirco J. Haag** mhaag@buchalter.com, dcyrankowski@buchalter.com
- **Laurie Hager** lhager@sussmanshank.com
- **J. Noah Hagey** hagey@braunhagey.com, tong@braunhagey.com
- **Oren Buchanan Haker** oren.haker@stoel.com, rene.alvin@stoel.com
- **Michael Hampson** mhampson@rksllp.com
- **Kristopher M. Hansen** dmohamed@stroock.com, mmagzamen@stroock.com
- **Joseph George Harraka** jgharraka@becker.legal
- **Adam C. Harris** adam.harris@srz.com
- **Robert G. Harris** rob@bindermalter.com
- **Christopher H. Hart** chart@nutihart.com, nwhite@nutihart.com
- **Bryan L. Hawkins** bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- **Jennifer C. Hayes** jhayes@fhlawllp.com
- **Geoffrey A. Heaton** gheaton@duanemorris.com, dmicros@duanemorris.com
- **Michael C. Hefter** michael.hefter@hoganlovells.com, tracy.southwell@hoganlovells.com
- **Alaina R. Heine** alaina.heine@dechert.com, brett.stone@dechert.com
- **Matthew Henderson** matthew.henderson@msrlegal.com, karen.wigylus@msrlegal.com
- **Stephen E. Hessler, P.C.** jozette.chong@kirkland.com
- **Matthew Heyn** matthew.heyn@doj.ca.gov
- **Sean T. Higgins** aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- **James P. Hill** hill@sullivanhill.com, bkstaff@sullivanhill.com
- **Morgan R. Hirst** mhirst@jonesday.com, mmelvin@jonesday.com
- **Michael R. Hogue** hoguem@gtlaw.com, navarrom@gtlaw.com
- **David Holtzman** david.holtzman@hklaw.com
- **Alexandra S. Horwitz** allie.horwitz@dinsmore.com
- **Marsha Houston** mhouston@reedsmith.com, hvalencia@reedsmith.com
- **Linda Wendell Hsu** lhsu@selmanlaw.com, psmith@selmanlaw.com
- **Shane Huang** shane.huang@usdoj.gov
- **Brian D. Huben** hubenb@ballardspahr.com, carolod@ballardspahr.com

- **Kelly L. Huey** khuey@burkeandkesslerlaw.com
- **Christopher Hughes** chughes@nossaman.com
- **Jonathan Hughes** jane.rustice@aporter.com
- **Edward R. Huguenin** ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
- **Michael A. Isaacs** misaacs@rinconlawllp.com, aworthing@rinconlawllp.com
- **Mark V. Isola** misola@brotherssmithlaw.com
- **J. Eric Ivester** Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- **J. Eric Ivester** Andrea.Bates@skadden.com
- **Lawrence A. Jacobson** laj@cohenandjacobson.com, mcycle48@gmail.com
- **Kizzy L. Jarashow** KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com
- **Ivan C. Jen** ivan@icjenlaw.com
- **Amanda Jereige** AJereige@winston.com, amanda-jereige-5954@ecf.pacerpro.com
- **Monique Jewett-Brewster** mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- **James O. Johnston** jjohnston@jonesday.com
- **Chris Johnstone** chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- **Andrew Jones** andrew@ajoneslaw.com
- **Gregory K. Jones** GJones@dykema.com, cacossano@dykema.com
- **John L. Jones** JJones@chwlaw.us, JLJones2@outlook.com
- **Robert A. Julian** rjulian@bakerlaw.com, hhammonturano@bakerlaw.com
- **George H. Kalikman** sdavenport@schnader.com
- **Roberto J. Kampfner** rkampfner@whitecase.com, mco@whitecase.com
- **Bonnie E. Kane** bonnie@thekanelawfirm.com, skane@thekanelawfirm.com
- **Eve H. Karasik** ehk@lnbyb.com
- **Michael G. Kasolas** trustee@kasolas.net, ecf.alert+Kasolas@titlexi.com
- **Elyssa S. Kates** ekates@bakerlaw.com
- **Ori Katz** okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- **William M. Kaufman** wkaufman@smwb.com, eschneider@smwb.com
- **Jane G. Kearl** jkearl@watttieder.com, jbenton@watttieder.com
- **Tobias S. Keller** tkeller@kbkllp.com
- **Tobias S. Keller** tkeller@kellerbenvenutti.com
- **Lynette C. Kelly** ustpregion17.oa.ecf@usdoj.gov
- **Sarah Elisabeth Kelly-Kilgore** skellykilgore@ggtriallaw.com, dvultaggio@ggtriallaw.com
- **Matthew K. Kelsey** mkelsey@gibsondunn.com
- **Gerald P. Kennedy** gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
- **Erica L. Kerman** ekerman@willkie.com
- **Samuel A. Khalil** skhalil@milbank.com, jbrewster@milbank.com
- **Samuel M. Kidder** skidder@ktbslaw.com
- **Marc Kieselstein** carrie.oppenheim@kirkland.com
- **Jane Kim** jkim@kbkllp.com
- **Mary H. Kim** Mary.Kim@dechert.com, brett.stone@dechert.com
- **Susan E. Kirkgaard** carlyn.jorgensen@bullivant.com
- **Kody D. L. Kleber** kkleber@bakerlaw.com, dmartinez@bakerlaw.com

- **Matthew Ryan Klinger** mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- **Bradley C. Knapp** bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- **Kelly V. Knight** kelly.knight@srz.com
- **Lydia Vanessa Ko** Lvko@stonelawoffice.com
- **Thomas F. Koegel** tkoegel@crowell.com
- **Katherine Kohn** kkohn@groom.com, ashahinllari@groom.com
- **Andy S. Kong** kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- **Anna Kordas** akordas@jonesday.com, mmelvin@jonesday.com
- **Alan W. Kornberg** akornberg@paulweiss.com
- **Bernard Kornberg** bernard.kornberg@practus.com
- **David I. Kornbluh** dkornbluh@venturahersey.com, jpatterson@venturahersey.com
- **Lauren Kramer** lkramer@rjo.com
- **Marc Kramer** mkramer@rksllp.com
- **Jeffrey C. Krause** jkrause@gibsondunn.com
- **Thomas R. Kreller** tkreller@milbank.com
- **Lindsey E. Kress** lkress@lockelord.com, autodocket@lockelord.com
- **Hannah C. Kreuser** hkreuser@porterlaw.com, ooberg@porterlaw.com
- **Kevin Kroll** kkroll@kfc.law
- **Michael Thomas Krueger** michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- **Marek P. Krzyzowski** MKrzyzowski@brownrudnick.com, SCalderon@brownrudnick.com
- **Robert T. Kugler** robert.kugler@stinson.com
- **Duane Kumagai** dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com
- **Brendan M. Kunkle** bkunkle@abbeylaw.com, lmeyer@abbeylaw.com
- **Alisa C. Lacey** alisa.lacey@stinson.com, karen.graves@stinson.com
- **Timothy S. Laffredi** timothy.s.laffredi@usdoj.gov
- **Timothy S. Laffredi** timothy.s.laffredi@usdoj.gov
- **Richard A. Lapping** rich@trodellalapping.com
- **Omeed Latifi** olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- **John E. Lattin** jlattin@ostergar.com, cslovenec@ostergar.com
- **Paul J. Laurin** plaurin@btlaw.com, slmoore@btlaw.com
- **Michael Lauter** mlauter@sheppardmullin.com
- **Kenneth T. Law** klaw@bbslaw.com
- **Francis J. Lawall** francis.lawall@troutman.com, susan.henry@troutman.com
- **Andrew Michael Leblanc** ALeblanc@milbank.com
- **Erica Lee** Erica.Lee@doj.ca.gov
- **Scott Lee** scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- **Paul J. Leeds** leedsp@higgslaw.com
- **Edward J. Leen** eleen@mkbllp.com
- **Lisa Lenherr** llenherr@wendel.com, bankruptcy@wendel.com
- **Matthew A. Lesnick** matt@lesnickprince.com, jmack@lesnickprince.com
- **Bryn G. Letsch** bletsch@braytonlaw.com
- **David B. Levant** david.levant@stoel.com, rene.alvin@stoel.com
- **Andrew H. Levin** alevin@wcghlaw.com
- **David Levine** dnl@groom.com
- **Marc A. Levinson** Malevinson@orrick.com, casestream@ecf.courtdrive.com

- **Dara Levinson Silveira** dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com
- **Alexander James Demitro Lewicki** kdiemer@diemerwei.com
- **Alexander James Demitro Lewicki** alewicki@diemerwei.com
- **Lauren Lifland** lauren.lifland@wilmerhale.com, whdocketing@wilmerhale.com
- **William S. Lisa** jcaruso@nixonpeabody.com
- **William S. Lisa** wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- **Jonathan A. Loeb** jon.loeb@bingham.com
- **Michael B. Lubic** michael.lubic@klgates.com
- **John William Lucas** ocarpio@pszjlaw.com
- **Joseph R. Lucia** PersonalInjuryGroup@RLSlawyers.com
- **Jane Luciano** jane-luciano@comcast.net
- **Kerri Lyman** klyman@irell.com, #-FirmPSDocketing@Steptoe.com
- **John H. MacConaghy** macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- **Iain A. Macdonald** imac@macfern.com, 6824376420@filings.docketbird.com
- **Malcolm A. Mackenzie** mmackenzie@coombslaw.com, vclemen@coombslaw.com
- **Tracy L. Mainguy** tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Samuel R. Maizel** samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- **Adam Malatesta** adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- **Katharine Malone** malonek@gtlaw.com
- **Liam K. Malone** malone@oles.com, shahin@oles.com
- **Michael W. Malter** michael@bindermalter.com
- **Ankur Mandhania** amandhania@mayerbrown.com
- **Craig Margulies** cmargulies@margulies-law.com, lsalazar@margulies-law.com
- **Geoffrey E. Marr** gemarr59@hotmail.com
- **Richard A. Marshack** rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com
- **Catherine Martin** cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- **Laila Masud** lmasud@marshackhays.com, lmasud@ecf.courtdrive.com
- **David P. Matthews** jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- **Patrick C. Maxcy** patrick.maxcy@snrdenton.com
- **Simon Richard Mayer** simon.mayer@lockelord.com, Rellis@lockelord.com
- **James J. Mazza** james.mazza@skadden.com, wendy.lamanna@skadden.com
- **Benjamin P. McCallen** bmccallen@willkie.com
- **C. Luckey McDowell** Luckey.McDowell@Shearman.com
- **Matthew D. McGill** MMcGill@gibsondunn.com
- **Melissa C. McLaughlin** mcmclaughlin@venable.com, ataylor@venable.com
- **Edward Joseph McNeilly** edward.mcneilly@hoganlovells.com, verbon.davenport@hoganlovells.com
- **Scott H. McNutt** SMcNutt@ml-sf.com, csnell@ml-sf.com
- **Thomas Melone** Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- **Peter Meringolo** peter@pmrklaw.com
- **Frank A. Merola** lacalendar@stroock.com, mmagzamen@stroock.com
- **Jennifer L. Mersing** jennifer.mersing@stoel.com, lisa.petras@stoel.com

- **Joshua M. Mester** jmester@jonesday.com
- **Matthew D. Metzger** belvederelegalecf@gmail.com
- **Merle C. Meyers** mmeyers@mlg-pc.com
- **Randy Michelson** randy.michelson@michelsonlawgroup.com
- **Gerardo Mijares-Shafai** Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com
- **Joel S. Miliband** jmiliband@brownrudnick.com
- **Joseph G. Minias** jminias@willkie.com
- **M. David Minnick** dminnick@pillsburylaw.com, docket@pillsburylaw.com
- **Benjamin Mintz** benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com
- **Nancy Mitchell** nmitchell@omm.com
- **Thomas C. Mitchell** tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- **John A. Moe** john.moe@dentons.com, glenda.spratt@dentons.com
- **Aaron J. Mohamed** ajm@brereton.law, aaronmohamedlaw@gmail.com
- **Kevin Montee** kmontee@monteeassociates.com
- **Christopher D. Moon** chris@moonlawapc.com, kevin@moonlawapc.com
- **David W. Moon** lacalendar@stroock.com, mmagzamen@stroock.com
- **Diane Marger Moore** dmargermoore@baumhedlundlaw.com
- **Erika L. Morabito** emorabito@foley.com, hsiagiandraughn@foley.com
- **Candace J. Morey** cjm@cpuc.ca.gov
- **Courtney L. Morgan** morgan.courtney@pbgc.gov
- **Richard Morin** 6863427420@filings.docketbird.com
- **Kimberly S. Morris** kmorris@bakerlaw.com, hhammonturano@bakerlaw.com
- **Rodney Allen Morris** Rodney.Morris2@usdoj.gov
- **Joshua D. Morse** Joshua.Morse@dlapiper.com, docket@pillsburylaw.com
- **Andrew H. Morton** andrew.morton@stoel.com, lisa.petras@stoel.com
- **Peter S. Munoz** pmunoz@reedsmith.com, gsandoval@reedsmith.com
- **John Leland Murphree** LMurphree@maynardcooper.com, mshabpareh@maynardcooper.com
- **Bennett J. Murphy** bmurphy@bennettmurphylaw.com
- **Julie M. Murphy** jmmurphy@stradley.com
- **Michael S. Myers** myersm@ballardspahr.com
- **David L. Neale** dln@lnbyg.com
- **David Neier** dneier@winston.com
- **Brittany J. Nelson** bnelson@foley.com, hsiagiandraughn@foley.com
- **Michael S. Neumeister** MNeumeister@gibsondunn.com
- **Howard S. Nevins** hnevins@hsmlaw.com
- **Samuel A. Newman** sam.newman@sidley.com, laefilingnotice@sidley.com
- **Melissa T. Ngo** ngo.melissa@pbgc.gov, efile@pbgc.gov
- **Mario R. Nicholas** mario.nicholas@stoel.com, ana.trask@stoel.com
- **Sean Nolan** snolan@akingump.com, NYMCO@akingump.com
- **Gregory C. Nuti** chart@nutihart.com, nwhite@nutihart.com
- **Abigail O'Brient** aobrient@mintz.com, docketing@mintz.com
- **Alicia D. O'Neill** aoneill@wattsguerra.com, cwilson@wattsguerra.com
- **Julie E. Oelsner** joelsner@weintraub.com, bjennings@weintraub.com
- **Office of the U.S. Trustee / SF** USTPRegion17.SF.ECF@usdoj.gov
- **Aron M. Oliner** roliner@duanemorris.com, dmicros@duanemorris.com

- **Matthew Jon Olson** matt@macfern.com, stell.laura@dorsey.com
- **Scott Olson** scott.olson@bclplaw.com
- **Steven M. Olson** steve@bfolegal.com
- **Aram Ordubegian** Ordubegian.Aram@ArentFox.com
- **Jose Antonio Ortiz** aortiz@jhwclaw.com
- **Keith C. Owens** kowens@foxrothschild.com, bclark@venable.com
- **Gabriel Ozel** gabeozel@gmail.com
- **Amy S. Park** amy.park@skadden.com
- **Marissa Parker** mparker@stradley.com
- **Donna Taylor Parkinson** donna@parkinsonphinney.com
- **Peter S. Partee** ppartee@huntonak.com, candonian@huntonak.com
- **Paul J. Pascuzzi** ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- **Kenneth Pasquale** mlaskowski@stroock.com
- **Dow Wakefield Patten** dow@forthrightlaw.com
- **Larry Allan Peluso** pelusolaw@gmail.com, firm@pelusolaw.net
- **Valerie Bantner Peo** vbantnerpeo@buchalter.com
- **Yosef Peretz** skim@peretzlaw.com
- **Christian A. Pereyda** CPereyda@maynardcooper.com, mshabpareh@maynardcooper.com
- **Thomas R. Phinney** tom@parkinsonphinney.com
- **R. Alexander Pilmer** alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- **M. Ryan Pinkston** rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- **Estela O. Pino** epino@epinolaw.com, rmahal@epinolaw.com
- **Gregory Plaskett** gregory.plaskett@gmail.com
- **Mark D. Plevin** mplevin@crowell.com
- **Steven G. Polard** spolard@eisnerlaw.com, calendar-lao@ropers.com
- **Mark D. Poniatowski** ponlaw@ponlaw.com
- **Cara M. Porter** cara.porter@doj.ca.gov, rachel.patu@doj.ca.gov
- **Christopher E. Prince** cprince@lesnickprince.com
- **Douglas B. Provencher** dbp@provlaw.com
- **Amy C. Quartarolo** amy.quartarolo@lw.com
- **Lary Alan Rappaport** lrappaport@proskauer.com, PHays@proskauer.com
- **Justin E. Rawlins** justinrawlins@paulhastings.com
- **Hugh M. Ray** hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- **Paul F. Ready** smeyer@farmerandready.com
- **Caroline A. Reckler** caroline.reckler@lw.com
- **David M. Reeder** david@reederlaw.com, secretary@reederlaw.com
- **Steven J. Reisman** sreisman@katten.com, nyc.bknotices@kattenlaw.com
- **Jeffrey M. Reisner** jreisner@irell.com, #-FirmPSDocketing@Steptoe.com
- **Jack A. Reitman** srichmond@lgbfirm.com
- **Emily P. Rich** erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **David J. Richardson** drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
- **Christopher O. Rivas** crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **David B. Rivkin** drivkin@bakerlaw.com, jmeeks@bakerlaw.com
- **John R. Rizzardi** kcoselman@cairncross.com, tnguyen@cairncross.com
- **Daniel Robertson** robertson.daniel@pbgc.gov, efile@pbgc.gov

- **Michael Rogers** mrogers@lambertrogers.com, jan@lambertrogers.com
- **Lawrence M. Rolnick** lrolnick@rksllp.com
- **Jorian L. Rose** jrose@bakerlaw.com
- **Laurence M. Rosen** lrosen@rosenlegal.com, zstanco@rosenlegal.com
- **Paul M. Rosenblatt** prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- **David A. Rosenzweig** david.rosenzweig@nortonrosefulbright.com
- **Jay M. Ross** jross@hopkinscarley.com, eamaro@hopkinscarley.com
- **Gregory A. Rougeau** grougeau@brlawsf.com
- **Jason C. Rubinstein** jrubinstein@fklaw.com, mclerk@fklaw.com
- **Nathan Q. Rugg** nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- **Thomas B. Rupp** trupp@kbkllp.com
- **Steven B. Sacks** ssacks@sackslawoffice.com
- **Eric E. Sagerman** esagerman@bakerlaw.com
- **Robert Sahyan** rsahyan@sheppardmullin.com, lsegura@sheppardmullin.com
- **Gregory M. Salvato** gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- **Jonathan C. Sanders** jsanders@stblaw.com
- **Nanette D. Sanders** nanette@ringstadlaw.com, becky@ringstadlaw.com
- **Natalie Kathleen Sanders** natalie.sanders@bakerbotts.com
- **Lovee Sarenas** Lovee.sarenas@lewisbrisbois.com
- **Brandy A. Sargent** brandy.sargent@klgates.com, docketclerk@stoel.com
- **Patricia Savage** psavesq@gmail.com, jodi.savage@gmail.com
- **Caroline A.H. Sayers** caroline.sayers@lathropgpm.com, patricia.johnson@lathropgpm.com
- **Sblend A. Sblendorio** sas@hogefenton.com
- **Francis O. Scarpulla** fos@scarpullalaw.com, cpc@scarpullalaw.com
- **Daren M Schlecter** daren@schlecterlaw.com, info@schlecterlaw.com
- **Bradley R. Schneider** bradley.schneider@mto.com
- **Harvey S. Schochet** Harveyschochet@dwt.com
- **Nathan A. Schultz** nschultzesq@gmail.com, kjarashow@goodwinlaw.com
- **Lisa Schweitzer** lschweitzer@cgsh.com
- **Eric J. Seiler** eseiler@fklaw.com, mclerk@fklaw.com
- **Leonard M. Shulman** lshulman@shbllp.com
- **Andrew I. Silfen** andrew.silfen@arentfox.com
- **Wayne A. Silver** w_silver@sbcglobal.net, ws@waynesilverlaw.com
- **Brandt Silver-Korn** bsilverkorn@edelson.com, docket@edelson.com
- **Craig S. Simon** csimon@bergerkahn.com, aketcher@bergerkahn.com
- **Gerald Singleton** gerald@slffirm.com, BKECFCANB@SLFfirm.com
- **Steven J. Skikos** sskikos@skikos.com, mmontoya@skikos.com
- **Michael K. Slattery** mslattery@lkfirm.com, rramirez@lkfirm.com
- **Dania Slim** dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- **Jennifer N. Slocum** jennifer.slocum@stoel.com, docketclerk@stoel.com
- **Aaron C. Smith** asmith@lockelord.com, autodocket@lockelord.com
- **Alan D. Smith** adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- **Jan D. Sokol** jdsokol@lawssl.com
- **Daniel Solish** cocolaw@stancounty.com, solishd@stancounty.com
- **Randye B. Soref** rsoref@polsinelli.com, ccripe@polsinelli.com
- **Joseph Sorkin** jsorkin@akingump.com, NYMCO@akingump.com

- **Michael St. James** ecf@stjames-law.com
- **Diane C. Stanfield** diane.stanfield@alston.com, nelly.villaneda@alston.com
- **Howard J. Steinberg** steinbergh@gtlaw.com, pearsallt@gtlaw.com
- **Harriet A. Steiner** harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- **Lillian G. Stenfeldt** lillian.stenfeldt@rimonlaw.com, docketing@rimonlaw.com
- **Cheryl L. Stengel** clstengel@outlook.com, stengelcheryl40@gmail.com
- **David M. Stern** dstern@ktbslaw.com
- **Geoffrey S. Stewart** gstewart@jonesday.com, mmelvin@jonesday.com
- **Alan J. Stone** AStone@milbank.com, DMcCracken@Milbank.com
- **Jason D. Strabo** jstrabo@mwe.com
- **Michael H. Strub** mstrub@ggtriallaw.com, mhstrub1@gmail.com
- **Rebecca Suarez** rsuarez@crowell.com
- **Brad T. Summers** docketing-pdx@lanepowell.com
- **Karin Swope** kswope@cpmlegal.com
- Kristine Theodesia Takvoryan ktakvoryan@ckrlaw.com
- **Kesha Tanabe** kesha@tanabelaw.com
- **Mary Ellmann Tang** mtang@frenchlyontang.com, nfears@frenchlyontang.com
- **Dante Taylor** dtaylor@lbbklaw.com
- **Elizabeth Lee Thompson** ethompson@stites.com, docketclerk@stites.com
- **John C. Thornton** jct@andrewsthornton.com, aandrews@andrewsthornton.com
- **Elisa Tolentino** cao.main@sanjoseca.gov
- **Meagan S. Tom** meagan.tom@lockelord.com, autodocket@lockelord.com
- **Edward J. Tredinnick** etredinnick@foxrothschild.com
- **Matthew Jordan Troy** matthew.troy@usdoj.gov
- **Rocky C. Tsai** rocky.tsai@ropesgray.com, matthew.haut@ropesgray.com
- **Michael Tye** Michael.Tye@usdoj.gov
- **Gary D. Underdahl** gunderdahl@askllp.com, lmiskowiec@askllp.com
- **Andrew Van Ornum** avanornum@vlmglaw.com, hchea@vlmglaw.com
- **Shmuel Vasser** shmuel.vasser@dechert.com, brett.stone@dechert.com
- **Victor A. Vilaplana** vavilaplana@foley.com, rhurst@foley.com
- **Marta Villacorta** marta.villacorta@usdoj.gov
- **Carol C. Villegas** cvillegas@labaton.com, NDonlon@labaton.com
- **John A. Vos** InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- **Bao M. Vu** bao.vu@stoel.com, sharon.witkin@stoel.com
- **Nicholas Wagner** kschemen@wagnerjones.com, bwagner@wagnerjones.com
- **Jonathan D. Waisnor** jwaisnor@willkie.com, mao@willkie.com
- **Rachel M. Walsh** rwalsh@goodwinlaw.com, tsutton@goodwinlaw.com
- **Riley C. Walter** jalfaro@wjhattorneys.com
- **Phillip K. Wang** phillip.wang@rimonlaw.com
- **Samuel M. Ward** sward@barrack.com, cfessia@barrack.com
- **Philip S. Warden** philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- **Gregory P. Waters** gwaters@elllaw.com, gregorywatersesq@gmail.com
- **Guy L. Watts** gwatts@wattsguerra.com, cwilson@wattsguerra.com
- **Mikal C. Watts** mcwatts@wattsguerra.com, cwilson@wattsguerra.com
- **Lindsi M. Weber** lweber@polsinelli.com, yderac@polsinelli.com
- **Joseph M. Welch** jwelch@buchalter.com, dcyrankowski@buchalter.com
- **Todd J. Wenzel** todd@wenzellawoffices.com
- **Meredith Werner** meredith.werner@clydeco.us

- **David Walter Wessel** DWessel@efronlawfirm.com, hporter@chdlawyers.com
- **Joseph West** westjoseph@earthlink.net, josephw998@gmail.com
- **Drew M. Widders** dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- **Jason P. Williams** maryanne@wplgattorneys.com
- **Eric R. Wilson** kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- **Kimberly S. Winick** kwinick@clarktrev.com, knielsen@clarktrev.com
- **Rebecca J. Winthrop** rebecca.winthrop@nortonrosefulbright.com, diana.cardenas@nortonrosefulbright.com
- **David Wirt** david.wirt@hklaw.com, denise.harmon@hklaw.com
- **Ryan A. Witthans** rwitthans@fhlawllp.com
- **Keith H. Wofford** keith.wofford@ropesgray.com, nova.alindogan@ropesgray.com
- **Risa Lynn Wolf-Smith** rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- **Douglas Wolfe** asm@asmcapital.com
- **Andrea Wong** wong.andrea@pbgc.gov, efile@pbgc.gov
- **Christopher Kwan Shek Wong** christopher.wong@arentfox.com
- **David A. Wood** dwood@marshackhays.com, lbuchanan@marshackhays.com
- **Kirsten A. Worley** worleyk@higgslaw.com, admin@wlawcorp.com
- **Kinga Wright** kinga.wright@lockelord.com, autodocket@lockelord.com
- **Antonio Yanez** ayanez@willkie.com
- **Cathy Yanni** cathy@cathyyanni.com, pstrunk@browngreer.com
- **Andrew Yaphe** andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
- **Stephanie Yee** syee@janglit.com, klockwood@janglit.com
- **Tacie H. Yoon** tyoon@crowell.com
- **Bennett G. Young** byoung@jmbm.com, jb8@jmbm.com
- **Eric G. Young** eyoung@dcalaw.com, Jackie@dcalaw.com
- **Nicole M. Zeiss** nzeiss@labaton.com
- **Paul H. Zumbro** mao@cravath.com
- **Brittany Zummer** bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- **Dario de Ghetaldi** deg@coreylaw.com, lf@coreylaw.com

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on May 5, 2022, at Sacramento, California.

*/s/ Carmelia V. Domingo*
CARMELIA V. DOMINGO

1239852.1