DocuSign Envelope ID: ECC78D39-C75B-437A-9A62-BBD3FD61B119

```
1  Steven S. Kane, Esq., SBN: 061670
   Bonnie E. Kane, Esq., SBN: 167700
2  THE KANE LAW FIRM
   402 W. Broadway, Suite 2600
3  San Diego, CA 92101
   Telephone: (619) 236-8700
4  Facsimile: (619)236-1370
   E-mail: skane@thekanelawfirm.com
5  E-mail: bonnie@thekanelawfirm.com

6  Attorneys for Ivan Lane
```

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:* | **Case No. 19-30088 (DM)** |
| PG&E CORPORATION | Chapter 11 (Lead Case) (Jointly Administered) |
| -and- | |
| PACIFIC GAS AND ELECTRIC COMPANY | **DECLARATION OF IVAN LANE IN SUPPORT OF MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM** |
| Debtors. | |
| ☐ Affects PG&E Corporation | Date: June 7, 2022 |
| ☐ Affects Pacific Gas & Electric | Time: 10:00 a.m. |
| ■ Affects Both Debtors | Place: **To Be Held Telephonically** United States Bankruptcy Court Courtroom 17 450 Golden Gate Avenue, 16th Floor San Francisco, CA |
| *All papers shall be filed in the Lead Case, No.19-30088 (DM)* | Judge: Honorable Dennis Montali |
| | **Objection Deadline: May 31, 2022** |

I, Ivan Lane, hereby declare and state as follows:

1. This declaration is based upon my personal knowledge unless otherwise indicated. If called upon to testify as to the matters stated herein, I could and would competently do so.

2. On the day of the Camp Fire my wife, Marcia Lane, and I were living at 6232 Leicester Drive, Magalia, California 95954. We packed up what we could and evacuated, driving toward Chico and eventually ending up in San Jose. We were not allowed to return to our home for over a month.

DocuSign Envelope ID: ECC78D39-C75B-437A-9A62-BBD3FD61B119

3. Our home did not burn. However, our home was covered in soot and ash from the fire, which we had to clean up.

5. I did not think that we were allowed to file a claim for compensation as our home did not burn and I was unaware that we could be compensated for the soot and ash damage to our home and for emotional distress caused by the evacuation and loss of use of our home.

6. I recently found out that I could request the Bankruptcy court to allow us to file a late claim.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed at Magalia, California, on 5/3/2022

*Ivan Lane*
IVAN LANE