Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2600
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619) 236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys for IVAN LANE and MARCIA LANE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:* | Case No: 19-30088(DM) |
| PG&E CORPORATION | **CERTIFICATE OF SERVICE** |
| -and- | |
| PACIFIC GAS AND ELECTRIC COMPANY | |
| Debtors. | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas & Electric | |
| ■ Affects Both Debtors | |
| _____ | |

# **CERTIFICATE OF SERVICE**

I, Bonnie E. Kane, declare

I am employed in San Diego County, California and am over the age of eighteen years and not a party to the within-entitled action. My business address is 402 W. Broadway, Suite 2600, San Diego, California 92101. On May 5, 2022, I served a copy of the following documents: by transmitting electronically through the Court's CM/ECF system.

    1. Motion to Allow/Deem Timely Late Filing of Proof of Claim By Ryan Rogers; Memorandum of Points and Authorities; Declaration of Ryan Rogers;

    2. Notice of Hearing on Motion to Allow/Deem Timely Late Filing of Proof of Claim by Ryan Rogers.

In addition, I caused, on the same date, to be served via Electronic Mail all parties listed on Exhibit 1, except where indicated by U.S. Mail.

I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on May 5, 2022, at San Diego County, California.

                                                  /s/ Bonnie E. Kane
                                                        Bonnie E. Kane

**Exhibit 1**

| Parties and Counsel | Served At |
|---|---|
| The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company | 77 Beale Street<br>P. O. Box 77000<br>San Francisco, CA 94105<br>*Via First Class Mail* |
| Stephen Karotkin<br>Jessica Liou<br>Matthew Goren<br>Weil, Gotshal & Manges, LLP<br>Counsel to *Debtors* | stephen.karotkin@weil.com<br>jessica.liou@weil.com<br>matthew.goren@weil.com |
| Tobias Keller<br>Jane Kim<br>Keller Benvenutti Kim LLP<br>Counsel to *Debtors* | tkeller@kbkllp.com<br>jkim@kbkllp.com |
| James L. Snyder<br>Timothey Laffredi<br>Marta E. Villacorta<br>Office of the United States Trustee | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov |
| Kristopher M. Hansen<br>Erez E. Gilad<br>Matthew G. Garofalo<br>Frank Merola<br>Strook & Stroock & Lavan LLP<br>Counsel for the Administrative Agent Under the Debtors' Debtor-in-Possession Financing Facility | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>fmerola@stroock.com |
| Eli J. Vonnegut<br>David Schiff<br>Timothy Graulich<br>Davis Polk & Wardwell LLP<br>Counsel for the Collateral Agent | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |
| Alan W. Kornberg<br>Brian S. Hermann<br>Walter R. Rieman<br>Sean A. Mitchell<br>Paul Weiss, Rifkind, Wharton & Garrison LLP<br>Counsel to the California Public Utilities Commission | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com |

| | | |
|---|---|---|
| Shane Huang | | Shane.huang@usdoj.gov |
| Michael S. Tye | | michael.tye@usdoj.gov |
| Rodney A. Morris | | Rodney.Morris2@usdoj.gov |

Shane Huang
Michael S. Tye
Rodney A. Morris
U.S. Department of Justice
Civil Division
Counsel to the Federal Energy
Regulatory Commission

Dennis F. Dunne — ddunne@milbank.com
Samuel A. Khalil — skhalil@milbank.com
Gregory A. Bray — gbray@milbank.com
Thomas R. Kreller — TKreller@milbank.com
Milbank LLP
Counsel for the Official Committee of
Unsecured Creditors

Eric E. Sagerman — esagerman@bakerlaw.com
Lauren T. Attard — lattard@bakerlaw.com
Robert A. Julian — rjulian@bakerlaw.com
Cecily A. Dumas — cdumas@bakerlaw.com
Baker & Hostetler LLP
Counsel for Official Committee of Tort Claimants

Nuclear Regulatory Commission — 1600 E. Lamar Blvd.
Attn: General Counsel — Arlington, TX 76011
U.S. NRC Region IV — *Via First Class Mail*