1  Jacob M. Faircloth, Esq. (SB No. 305390)
   Bluestone Faircloth & Olson, LLP
2  1825 Fourth Street
   Santa Rosa, CA 95404
3  Telephone: (707) 526-4250
   Email: jacob@bfolegal.com
4
   Attorneys for Movants,
5  Jason A. Frengel, Rava D. Frengel,
   Miles T. Frengel, Rylan W. Frengel, and
6  Jaxson A. Frengel

7                  UNITED STATES BANKRUPTCY COURT
                   NORTHERN DISTRICT OF CALIFORNIA
8                      SAN FRANCISCO DIVISION

9  In Re                                Case No. 19-30088-DM

10 PG&E CORPORATION,                     Chapter 11

11     and                              (Lead Case–Jointly Administered)

12 PACIFIC GAS AND ELECTRIC              **NOTICE OF HEARING ON MOTION**
   COMPANY                              **TO ALLOW/DEEM TIMELY**
13                                       **LATE FILING OF PROOF OF**
                                         **CLAIM BY MOVANTS JASON A.**
14     Debtors.                          **FRENGEL, RAVA D. FRENGEL,**
   _____ /   **MILES T. FRENGEL, RYLAN W.**
15                                       **FRENGEL, AND JAXSON A.**
   Affects:                              **FRENGEL**
16 □ PG&E Corporation
   □ Pacific Gas & Electric Company
17 ⊠  Both Debtors                       Date: June 29, 2022
                                         Time: 10:00 a.m.
18 *All papers shall be filed in the Lead Location: Via ZOOM or Telephone
   Case, No. 19-30088
19 _____ /

20        **PLEASE TAKE NOTICE THAT** Jason A. Frengel, Rava D. Frengel,
   Miles T. Frengel, Rylan W. Frengel, and Jaxson A. Frengel (the "Movants") filed their
21 Motion to Allow/Deem Timely Late Filing of Proof of Claim by Movants, and
   Memorandum of Points and Authorities in Support Thereof, and Declaration of Robert
22 M. Bone in Support Thereof.
      **Your rights may be affected.  You should read these papers carefully and**
23 **discuss them with your attorney, if you have one in this bankruptcy case.  (If you do**
   **not have an attorney, you may wish to consult one.)  Copies of the Motion papers**
24 **may be viewed and/or obtained by: (1) accessing the Court's website at**
   **http://www.canb.uscourts.gov; (which requires PACER access); (2) by contacting**
25 **Jacob M. Faircloth at jacob@bfolegal.com; (3) by contacting the Office of the Clerk**
   **of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102; and/or (4) from**
26 **the Debtors' notice and claims agent, Prime Clerk, LLC, at**
   **https://restructuring.primeclerk.com/pge or by calling (844)339-4217 (toll free) for**
27 **U.S.-based parties; or +1 (929)333-8977 for International parties or by email at:**
   **pgeinfo@primeclerk.com.**
28        Please note that the hearing will not be conducted in the presiding Judge's

NOTICE OF HEARING ON MOTION TO ALLOW/DEEM TIMELY LATE FILING OF
PROOF OF CLAIM BY MOVANTS JASON A. FRENGEL, RAVA D. FRENGEL,
MILES T. FRENGEL, RYLAN W. FRENGEL, AND JAXSON A. FRENGEL

Case: 19-30088   Doc# 12440   Filed: 06/06/22   Entered: 06/06/22 08:52:52   Page 1
of 3

1  courtroom, but instead will be conducted by telephone or via Zoom.
2          If you do not want the Court to grant the Motion, or if you want the Court to
   consider your views on the Motion, then you or your attorney should file with the Court a
   written opposition to the Motion on or before June 22, 2022, and attend the hearing
3  scheduled to be held on Tuesday, June 29, 2022, at 10:00 a.m., via ZOOM or Courtcall.
          All interested parties should consult the Bankruptcy Court's website at
4  www.canb.uscourts.gov for information about court operations during the COVID-19
   pandemic. The Bankruptcy Court's website provides information regarding how to
5  arrange a telephonic or video appearance. If you have any questions regarding how to
   appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-
6  7606 or by using the Live Chat feature on the Bankruptcy Court's website.
          If you or your attorney do not take these steps, the Court may decide that you do
7  not oppose the Motion and may enter an order granting the Motion by default.

8  Dated: May 6, 2022                    BLUESTONE FAIRCLOTH & OLSON, LLP

9                                        /S/ Jacob M. Faircloth
                                   By: _____
10                                        Jacob M. Faircloth
                                   ATTORNEYS FOR MOVANTS
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF HEARING ON MOTION TO ALLOW/DEEM TIMELY LATE FILING OF**
**PROOF OF CLAIM BY MOVANTS JASON A. FRENGEL, RAVA D. FRENGEL,**
**MILES J. FRENGEL, RYAN W. FRENGEL, AND JAXSON A. FRENGEL**

1    **<u>CERTIFICATE OF SERVICE</u>**

2         I hereby certify that on May 6, 2022, a copy of the foregoing was filed

3    electronically.  Notice of this filing will be sent by operation of the Court's electronic

4    filing system to all parties indicated on the electronic filing receipt.  Parties may access

5    this filing through the Court's filing system.

6    DATED: May 6, 2022                    */S/ Jacob M. Faircloth*

7                                          By_____

8                                               Jacob M. Faircloth

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28