UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re: PG& E Corporation  Bankruptcy Case No. 19-30088-DM
and Pacific Gas and Electric Company  Chapter 11

COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

**Notice of Appeal and Statement of Election- by Creditor City of Santa Clara dba Silicon Valley Power, Northern California Power Agency - Dkt. #12310**

**Memorandum Decision Regarding Dispute Between Debtors and the California Department of Water Resources- Dkt. #11999**

**Order Granting California Department of Water Resources' Motion For Order Determining That The Castle Rock Agreement With PG&E Cannot Be Assumed And Claim No. 78104 Be Paid- Dkt. #12000**

**Order Denying Debtors' Motion For Entry Of An Order Modifying Plan Injunction And Compelling Arbitration Of Claim Of California Department Of Water Resources- Dkt. #12001**

**Order Denying Motion to Intervene by City of Santa Clara, DBA Silicon Valley Power and Northern California Power Agency- Dkt. #12054**

**Order Regarding Dispute Between Debtors and California Department of Water Resources- Dkt. #12207**

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) on the date shown below:

**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102


| | |
|---|---|
| Boutin Jones Inc. | for City of Santa Clara, dba |
| Thomas G. Mouzes | Silicon Valley Power and |
| Robert D. Swanson | Northern California Power Agency |
| Michael E. Chase | |
| 555 Capitol Mall, Suite 1500 | |
| Sacramento, CA 95814 | |

**-and-**
Duncan, Weinberg, Genzer and Pembroke, P.C.
Lisa S. Gast
1667 K Street NW, Suite 700
Washington, DC 20006
**-and-**
Jane Luckhardt
General Counsel
Northern California Power Agency
651 Commerce Dr.
Roseville, CA 95678-6411


| | |
|---|---|
| Robert Bonta | for California Department of Water Resources |
| Attorney General of California | |
| Danette Valdez | |
| Annadel Almendras | |
| Supervising Deputy Attorneys General | |
| 455 Golden Gate Ave., Suite 11000 | |
| San Francisco, CA 94102-7004 | |

**-and-**
FELDERSTEIN, FITZGERALD, WILLOUGHBY, PASCUZZI and RIOS, LLP
Paul J. Pascuzzi
Nicholas L. Kohlmeyer
500 Capitol Mall, Suite 2250
Sacramento, CA 95814


| | |
|---|---|
| Keller & Benvenutti LLP | for PG& E Corporation and |
| David A. Taylor | Pacific Gas & Electric Company |
| Jane Kim | |
| Thomas B. Rupp | |
| 650 California St., #1900 | |
| San Francisco, CA 94108 | |

-and-

Weil, Gotshal & Manges LLP
Richard W. Slack
Theodore E. Tsekerides
Jessica Liou
Matthew Goren
767 Fifth Ave.
New York, NY 10153-0119

Da'Wana L. Chambers
Date: May 6, 2022                    Deputy Clerk