UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re: PG& E Corporation  Bankruptcy Case No. 19-30088-DM
and Pacific Gas and Electric Company  Chapter 11

COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

**Notice of Appeal and Statement of Election- by Creditor City of Santa Clara dba Silicon Valley Power, Northern California Power Agency - Dkt. #12311**

**Memorandum Decision Regarding Dispute Between Debtors and the California Department of Water Resources- Dkt. #11999**

**Order Granting California Department of Water Resources' Motion For Order Determining That The Castle Rock Agreement With PG&E Cannot Be Assumed And Claim No. 78104 Be Paid- Dkt. #12000**

**Order Denying Debtors' Motion For Entry Of An Order Modifying Plan Injunction And Compelling Arbitration Of Claim Of California Department Of Water Resources- Dkt. #12001**

**Order Denying Motion to Intervene by City of Santa Clara, DBA Silicon Valley Power and Northern California Power Agency- Dkt. #12054**

**Order Regarding Dispute Between Debtors and California Department of Water Resources- Dkt. #12207**

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) on the date shown below:

**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

| | |
|---|---|
| Boutin Jones Inc.<br>Thomas G. Mouzes<br>Robert D. Swanson<br>Ian K. McGlone<br>555 Capitol Mall, Suite 1500<br>Sacramento, CA 95814<br>**-and-**<br>Duncan, Weinberg, Genzer and Pembroke, P.C.<br>Lisa S. Gast<br>1667 K Street NW, Suite 700<br>Washington, DC 20006 | for City of Santa Clara, dba Silicon Valley Power and Northern California Power Agency |
| Robert Bonta<br>Attorney General of California<br>Danette Valdez<br>Annadel Almendras<br>Supervising Deputy Attorneys General<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102-7004<br>**-and-**<br>FELDERSTEIN, FITZGERALD, WILLOUGHBY, PASCUZZI and RIOS, LLP<br>Paul J. Pascuzzi<br>Nicholas L. Kohlmeyer<br>500 Capitol Mall, Suite 2250<br>Sacramento, CA 95814 | for California Department of Water Resources |
| Boutin Jones Inc.<br>Thomas G. Mouzes<br>Robert D. Swanson<br>Ian K. McGlone<br>555 Capitol Mall, Suite 1500<br>Sacramento, CA 95814<br>**-and-**<br>Jane Luckhardt<br>General Counsel<br>NORTHERN CALIFORNIA POWER AGENCY<br>651 Commerce Dr.<br>Roseville, CA 95678-6411 | for Northern California Power Agency |

| | |
|---|---|
| Keller & Benvenutti LLP<br>David A. Taylor<br>Jane Kim<br>Thomas B. Rupp<br>650 California St., #1900<br>San Francisco, CA 94108<br>**-and-**<br>Weil, Gotshal & Manges LLP<br>Richard W. Slack<br>Theodore E. Tsekerides<br>Jessica Liou<br>Matthew Goren<br>767 Fifth Ave.<br>New York, NY 10153-0119 | for PG& E Corporation and<br>Pacific Gas & Electric Company |

|  |  |
|---|---|
|  | Da'Wana L. Chambers |
| Date: May 6, 2022 | Deputy Clerk |