WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>        **- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**REORGANIZED DEBTORS' STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL**<br><br>**[Re: Dkt. No. 12209]** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Pursuant to Rule 8009(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), PG&E Corporation and Pacific Gas and Electric Company, as reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**," as applicable) in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), submit this statement of issues and designation of record on appeal.[1]

## STATEMENT OF ISSUES ON APPEAL

The issues on appeal are: (i) whether the Bankruptcy Court erred by failing to apply the proper legal test in granting relief under Rule 60(b)(1) of the Federal Rules of Civil Procedure (the "**Civil Rules**"), as made applicable by Bankruptcy Rule 9024, where the movant sought relief under Civil Rule 60(b)(1) only on the basis of "excusable neglect" and the Bankruptcy Court failed to apply or analyze the factors set forth in *Pioneer Investment Services Co. v. Brunswick Associates Ltd. P'ship*, 507 U.S. 380 (1993); (ii) whether the Bankruptcy Court erred by revisiting and considering the merits of the underlying judgment in granting relief under Civil Rule 60(b); and (iii) whether an international law firm's failure to open its mail and email for months, where the law firm admittedly received service of the objections at the mailing address and email address listed by the law firm on its proofs of claim and also had received notice of the Debtors' bankruptcy and the procedures therein and therefore knew that the Debtors would be filing objections to proofs of claim, constitutes "excusable neglect" that justifies relief under Civil Rule 60(b)(1).

## DESIGNATION OF RECORD ON APPEAL

The Reorganized Debtors hereby designate the following items to be included in the record on appeal, each of which includes any and all exhibits and addenda attached thereto and filed therewith and any and all documents incorporated by reference therein:

| Filing Date | Dkt. No. | Item |
|---|---|---|
| September 1, 2020 | 8964 | Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims |

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the *Reorganized Debtors' Opposition to the DRRT Claimants' Motion for Reconsideration* [Dkt. No. 11867].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Filing Date | Dkt. No. | Item |
|---|---|---|
| January 25, 2021 | 10015 | Order Approving Securities ADR and Related Procedures for Resolving Subordinated Securities Claims |
| August 3, 2021 | 11014 | Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| August 3, 2021 | 11015 | Declaration of Edward J. Radetich, Jr. in Support of Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| August 3, 2021 | 11016 | Declaration of Michael A. Keable in Support of Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| August 3, 2021 | 11017 | Notice of Hearing on Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| August 6, 2021 | 11030 | Certificate of Service re: Eleventh Securities Claims Omnibus Objection |
| August 18, 2021 | 11085 | Reorganized Debtors' Thirteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| August 18, 2021 | 11086 | Declaration of Edward J. Radetich, Jr. in Support of Reorganized Debtors' Thirteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| August 18, 2021 | 11087 | Declaration of Michael A. Keable in Support of Reorganized Debtors' Thirteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| August 18, 2021 | 11088 | Notice of Hearing on Reorganized Debtors' Thirteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| August 24, 2021 | 11140 | Certificate of Service re: Thirteenth Securities Claims Omnibus Objection |
| September 8, 2021 | 11210 | Reorganized Debtors' Amended Report on Responses to Eleventh Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) and Request for Order by Default as to Unopposed Objections |
| September 9, 2021 | 11216 | Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| September 14, 2021 | 11254 | Certificate of Service re: Order Granting Eleventh Securities Claims Omnibus Objection |

| Filing Date | Dkt. No. | Item |
|---|---|---|
| September 22, 2021 | 11301 | Reorganized Debtors' Report on Responses to Thirteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) and Request for Order by Default as to Unopposed Objections |
| September 24, 2021 | 11315 | Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Thirteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| September 30, 2021 | 11363 | Certificate of Service re: Order Granting Thirteenth Securities Claims Omnibus Objection |
| November 18, 2021 | 11601 | DRRT's Motion Seeking Relief from Orders Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Eleventh and Thirteenth Securities Claims Omnibus Objections (Claims Barred by the Statute of Repose) |
| December 21, 2021 | 11734 | DRRT's Amended Motion for Relief from Orders by Default Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Eleventh and Thirteenth Securities Claims Omnibus Objections (Claims Barred by the Statute of Repose) |
| January 25, 2022 | 11867 | Reorganized Debtors' Opposition to the DRRT Claimants' Motion for Reconsideration |
| January 25, 2022 | 11868 | Declaration of Herb Baer in Support of Reorganized Debtors' Opposition to the DRRT Claimants' Motion for Reconsideration |
| February 8, 2022 | 11911 | Reply in Support of Amended Motion for Relief from Orders by Default Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Eleventh and Thirteenth Securities Claims Omnibus Objections (Claims Barred by the Statute of Repose) |
| March 15, 2022 | - | Transcript of Proceedings Before the Honorable Dennis Montali, United States Bankruptcy Judge |
| April 7, 2022 | 12126 | Order Granting DRRT's Amended Motion for Relief from Orders Concerning Reorganized Debtors' Eleventh and Thirteenth Securities Claims Omnibus Objections (Claims Barred by the Statute of Repose) |
| April 22, 2022 | 12209 | Notice of Appeal and Statement of Election to Have Appeal Heard by District Court |
| April 22, 2022 | 12216 | Corrected Order Granting DRRT's Amended Motion for Relief from Orders Concerning Reorganized Debtors' Eleventh and Thirteenth Securities Claims Omnibus Objections (Claims Barred by the Statute of Repose) |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Dated:  May 6, 2022

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**


By:   */s/ Richard W. Slack*
　　　　　Richard W. Slack

*Attorneys for the Reorganized Debtors*