**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>\* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR MAY 10, 2022, 10:00 A.M. OMNIBUS HEARING**<br><br>Date: May 10, 2022<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Zoom Videoconference<br>      United States Bankruptcy Court<br>      Courtroom 17, 16th Floor<br>      San Francisco, CA 94102 |

**PROPOSED AGENDA FOR
MAY 10, 2022, 10:00 A.M. (PACIFIC TIME)
OMNIBUS HEARING**

I:     **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*CONTESTED MATTER GOING FORWARD*

    1.     **Seventy-Ninth (Books and Records Claims) (Addington Claim No. 3093):** *Reorganized Debtors' Seventy-Ninth Omnibus Objection to Claims (Books and Records Claims)* [**Dkt. 10673**].

    Responses Filed:

    A.     Creditor David P. Addington's Response to Status Conference Statement of the Reorganized Debtors' Seventy-Ninth Omnibus Objection to Claims (Books and Records Claims); Declaration of David P. Addington [**Dkt. 10872**].

    B.     Creditor David P. Addington's Status Conference Statement [**Dkt. 11551**].

    C.     Creditor David P. Addington's Opposition to Debtors' Objection to Claim of David P. Addington (Claim No. 3093) [**Dkt. 12101**].

    D.     Declaration in Support of Creditor David P. Addington's Oppositions to Debtors' Objection to Claim of David P. Addington (Claim No. 3093) [**Dkt. 12102**].

    E.     Notice of Errata Regarding Exhibits of Creditor David P. Addington's Opposition to Debtors' Objection to Claim of David P. Addington (Claim No. 3093) [**Dkt. TBD**].

    Related Documents:

    F.     Status Conference Statement Regarding Reorganized Debtors' Seventy-Ninth Omnibus Objection to Claims – Claim of David Addington (Claim No. 3093) [**Dkt. 10851**].

    G.     Reorganized Debtors' Report on Status of Objection to Claim 3093 (David P. Addington) [**Dkt. 10896**].

    H.     Status Conference Statement Regarding Reorganized Debtors' Seventy-Ninth Omnibus Objection to Claims – Claim of David Addington (Claim No. 3093) [**Dkt. 11545**].

    I.     Parties' Joint Statement of Undisputed Facts Regarding Reorganized Debtors' Seventy-Ninth Omnibus Objection to Claims – Claim of David

Addington (Claim No. 3093) [**Dkt. 11736**].

J.     Stipulation to Continue Hearing and Modify Briefing Schedule Regarding Reorganized Debtors' Seventy-Ninth Omnibus Objection to Claims – Claim of David Addington (Claim No. 3093) [**Dkt. 11737**].

K.     Reorganized Debtors' Opening Brief in Support of Objection to Claim of David P. Addington (Claim No. 3093) [**Dkt. 11767**].

L.     Second Stipulation to Continue Hearing and Modify Briefing Schedule Regarding Reorganized Debtors' Seventy-Ninth Omnibus Objection to Claims – Claim of David Addington (Claim No. 3093) [**Dkt. 11879**].

M.     Third Stipulation to Continue Hearing and Modify Briefing Schedule Regarding Reorganized Debtors' Seventy-Ninth Omnibus Objection to Claims – Claim of David Addington (Claim No. 3093) [**Dkt. 11980**].

N.     Reorganized Debtors' Reply Brief in Support of Objection to Claim of David P. Addington (Claim No. 3093) [**Dkt. 12307**].

O.     Reorganized Debtors' Motion to Strike and Evidentiary Objections to Additional Documents Filed by David P. Addington [**Dkt. 12308**].

Related Orders:

P.     Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Seventy-Ninth Omnibus Objection to Claims (Books and Records Claims) [**Dkt. 10858**].

Q.     Order Setting Status Conference on Seventy-Ninth Omnibus Objection to Claims as to David Addington (Proof of Claim #3093) [**Dkt. 11517**].

R.     Scheduling Order on Seventy-Ninth Omnibus Objection to Claims as to David Addington (Proof of Claim #3093) [**Dkt. 11572**].

S.     Order Approving Stipulation to Continue Hearing and Modify Briefing Schedule Regarding Reorganized Debtors' Seventy-Ninth Omnibus Objection to Claims – Claim of David Addington (Claim No. 3093) [**Dkt. 11741**].

T.     Order Approving Second Stipulation to Continue Hearing and Modify Briefing Schedule Regarding Reorganized Debtors' Seventy-Ninth Omnibus Objection to Claims – Claim of David Addington (Claim No. 3093) [**Dkt. 11882**].

U.     Order Approving Third Stipulation to Continue Hearing and Modify Briefing Schedule Regarding Reorganized Debtors' Seventy-Ninth

Omnibus Objection to Claims – Claim of David Addington (Claim No. 3093) [**Dkt. 11990**].

V. Docket Text Order [May 6, 2022].

<u>Status</u>: The Objection re David Addington is going forward.

*RESOLVED AND CONTINUED MATTERS*

2. **Fulcrum/Tuscan Ridge Motion to Modify Plan Injunction:** *Motion for Relief from Plan Injunction, to Compel Arbitration and/or for Abstention* [**Dkt. 11066**].

<u>Status</u>: The pre-trial conference has been continued to May 17, 2022, by agreement of the parties.

3. **Fulcrum/Tuscan Ridge Claim Objection:** *Reorganized Debtors' Objection to Proof of Claim No. 58562 Filed by Fulcrum Credit Partners LLC as Transferee of Tuscan Ridge Associates, LLC* [**Dkt. 11288**].

<u>Status</u>: The pre-trial conference has been continued to May 17, 2022, by agreement of the parties.

**Individual Claim Objection:**

4. **Shahmirza** [**Dkt. 12130**]. This Claim Objection has been continued to July 12, 2022 [**Dkt. 12208**].

**Omnibus Claims Objections:**

5. **Seventy-Ninth (Books and Records Claims)** [**Dkt. 10673**]. This Omnibus Objection was granted as to most claims by **Dkt. 10858**. It has been continued to June 7, 2022, as to Marsh Landing, LLC [**Dkt. 12305**].

6. **One Hundred Thirteenth (City of San Jose Claims)** [**Dkt. 11844**]. This Omnibus Objection has been continued to July 12, 2022 [**Dkt. 12261**].

**Late Claim Motions:**

7. **Barnes** [**Dkt. 12133**]. This matter has been resolved by Stipulation [**Dkt. 12210**] and taken off calendar by Order [**Dkt. 12227**].

8. **Cabrera** [**Dkt. 12135**]. This matter has been resolved by Stipulation [**Dkt. 12211**] and taken off calendar by Order [**Dkt. 12228**].

9. **Sharpe** [**Dkt. 12137**]. This matter has been resolved by Stipulation [**Dkt. 12212**] and taken off calendar by Order [**Dkt. 12262**].

10. **Von Rekowski** [**Dkt. 12139**]. This matter has been resolved by Stipulation [**Dkt. 12213**] and taken off calendar by Order [**Dkt. 12263**].

11. **Wilford** [**Dkt. 12141**]. This matter has been resolved by Stipulation [**Dkt. 12214**] and taken off calendar by Order [**Dkt. 12264**].

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: May 9, 2022

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By:   */s/ Thomas B. Rupp*
         Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*