Ronald L.M. Goldman, Esq. (State Bar No. 33422)
*rgoldman@baumhedlundlaw.com*
Diane Marger Moore, Esq. (*Pro Hac Vice*)
*dmargermoore@gmail.com*
**BAUM HEDLUND ARISTEI & GOLDMAN, PC**
10940 Wilshire Boulevard, Suite 1600
Los Angeles, California 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

*Attorneys for Creditors,
Majesti Mai Bagorio, et al.*

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - **and –** <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> *EX PARTE* **MOTION FOR WITHDRAWAL OF** *PRO HAC VICE* **APPEARANCE OF DIANE MARGER MOORE** |

Pursuant to B.L.R. 1001-2(a) adopting N.D. Cal. Civil L.R. 11-5, creditors Majesti Mai Bagorio, et al., move to withdraw the *pro hac vice* appearance of Diane Marger Moore, as one of their attorneys. This court admitted Diane Marger Moore *pro hac vice* on August 1, 2019. [Doc #3356]. The basis for this withdrawal is that Diane Marger Moore has retired from Baum Hedlund Aristei & Goldman, P.C. Attorney Ronald L.M. Goldman, an admitted member of the bar of the Northern District of California who has appeared on behalf of creditors from the outset of this action, will continue to represent them in this matter.

| | | |
|---|---|---|
| 1 | Dated: May 9, 2022 | Respectfully submitted, |
| 2 | | BAUM HEDLUND ARISTEI & GOLDMAN, PC |
| 3 | | /S/ *Ronald L.M. Goldman* |
| 4 | | By:_____ |
| 5 | | Ronald L.M. Goldman |
| | | Diane Marger Moore, *Pro Hac Vice* |
| 6 | | Attorneys for Creditors, |
| | | Majesti Mai Bagorio, et al. |

# PROOF OF SERVICE

I am over the age of 18 years and not a party to the within cause. My business address is Baum, Hedlund, Aristei & Goldman, 10940 Wilshire Boulevard, Suite 1600, Los Angeles, California 90024. On this day, May 9, 2022, I served the following document(s) in the manner described below:

***EX PARTE* MOTION FOR WITHDRAWAL OF *PRO HAC VICE* APPEARANCE OF DIANE MARGER MOORE**

✘     **VIA ECF**: I caused the aforementioned documents to be filed via the Electronic Case Filing (ECF) system in the United States Bankruptcy Court for the Northern District of California, on all parties registered for e-filing in Case Number Case No. 19-30088 (DM). Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed on May 9, 2022.

                                           *Diane Marger Moore*
                                           DIANE MARGER MOORE