Ronald L.M. Goldman, Esq. (State Bar No. 33422)
*rgoldman@baumhedlundlaw.com*
Diane Marger Moore, Esq. (*Pro Hac Vice*)
*dmargermoore@gmail.com*
**BAUM HEDLUND ARISTEI & GOLDMAN, PC**
10940 Wilshire Boulevard, Suite 1600
Los Angeles, California 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

*Attorneys for Creditors,*
*Majesti Mai Bagorio, et al.*

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | |
| - **and –** | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| | (Jointly Administered) |
| **Debtors.** | **[PROPOSED] ORDER GRANTING** *EX PARTE* **MOTION FOR WITHDRAWAL OF** *PRO HAC VICE* **APPEARANCE OF DIANE MARGER MOORE** |

A motion to withdraw the pro hac vie appearance of Diane Marger, as counsel for creditors Majesti Mai Bagorio, et al. in case number 19-30088 (DM) has been filed and considered by the undersigned.

**IT IS ORDERED THAT:**

The *pro hac vice* appearance of Diane Marger Moore is withdrawn.

_____     _____
Date                                          United States Bankruptcy Judge/Magistrate Judge

## PROOF OF SERVICE

I am over the age of 18 years and not a party to the within cause. My business address is Baum, Hedlund, Aristei & Goldman, 10940 Wilshire Boulevard, Suite 1600, Los Angeles, California 90024. On this day, May 9, 2022, I served the following document(s) in the manner described below:

**[PROPOSED] ORDER GRANTING *EX PARTE* MOTION FOR WITHDRAWAL OF *PRO HAC VICE* APPEARANCE OF DIANE MARGER MOORE**

✘    **VIA ECF**: I caused the aforementioned documents to be filed via the Electronic Case Filing (ECF) system in the United States Bankruptcy Court for the Northern District of California, on all parties registered for e-filing in Case Number Case No. 19-30088 (DM). Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed on May 9, 2022.

*Diane Marger Moore*
DIANE MARGER MOORE