DocuSign Envelope ID: 723F439B-953E-458D-9D18-35E6DF4E91BA

# **DECLARATION OF DEBORAH STRAIT**

I, Deborah Strait, declare:

1. This declaration is based upon my personal knowledge and if called upon to testify as to the matters stated herein, I could and would competently do so.

2. I am the daughter of Brent and Katherine Massae. Following my father's death, my mother was identified as his Representative Claimant (See Exh. 1). Following my mother's death, I was identified as her representative claimant (See Exh. 2) such that I now stand as the Representative Claimant for both of my parents, Brent and Katherine Massae. I am also the trustee of the July 28, 2009 Massae Trust (See Certification of Trust at Exh. 3), which was the title holder of the property located at 6150 Sawmill Rd in Paradise, California, 95969, which property was damaged by the November 8, 2018, Camp Fire and is the subject matter of the claims herein.

3. My father Brent suffered from a heart condition that preceded the Fire and worsened after it. My mother suffered from panic attacks, high blood pressure and post-traumatic stress following the Fire.

4. Due to their advanced age and infirmed physical and mental condition, I was very involved in the post-Fire administration.

5. My parents moved back to Paradise in late January of 2019. The area looked like a war zone. My mother often thought that the town was still on fire.

6. My mom was too traumatized to file a proof of claim in the early months of 2019. Also, a deadline had not yet been set so we were unaware of any deadline to file. Nor we aware of any procedural mandate that would require us to file a claim on behalf of my father before he died in order to preserve his claims arising from the fire.

7. After my father's death, my mother's conditioned worsened and she was ready to give up on life.

1

**DECLARATION OF DEBORAH STRAIT**

8. I was finally able to convince my mother to file a proof of claim prior to the December 31, 2019 deadline. We submitted it through my email, but the form we used did not allow for the inclusion of other claimants like my father. This proof of claim, POC – 92859, did not include a place to list any additional family members such as my father.

9. I did not know that my mother had mailed an earlier proof of claim on behalf of both my parents in the days before the deadline. I did not help my mother with this and so can only assume that a friend or neighbor helped her.

10. We did not hire counsel (LeviN Law Group, PLC) until June of 2020, long after any deadlines and procedural requirements had passed and so did not have the benefit of counsel.

11. My mother passed on May 12, 2021.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge. Executed this 4th day of May 2022 at Shasta County, California.

DocuSigned by:
*Deborah Strait*
DEBORAH STRAIT

2
**DECLARATION OF DEBORAH STRAIT**