# STATE OF OREGON
## CERTIFICATION OF VITAL RECORD

**OREGON HEALTH AUTHORITY**
**CENTER FOR HEALTH STATISTICS**
**CERTIFICATE OF DEATH**

I.D. TAG NO. 849379

| Field | Value |
|---|---|
| 1. Legal Name | Michael Wayne Harris |
| 2. Death Date | March 03, 2019 |
| 3. Sex | Male |
| 4. Age | 56 years |
| 5. Social Security Number | 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 |
| 6. County of Death | Deschutes |
| 7. Birthdate | December 28, 1962 |
| 8. Birthplace | Sacramento, California |
| 9. Decedent's Education | High school grad. or GED |
| 10. Was Decedent of Hispanic Origin? | No |
| 11. Decedent's Race(s) | White |
| 12. Was Decedent Ever in U.S. Armed Forces? | No |
| 13. Residence: Number and Street | 6284 Pueblo Drive |
| 14. City/Town | Magalia |
| 15. Residence County | Butte |
| 16. State or Foreign Country | California |
| 17. Zip Code + 4 | 95954 |
| 18. Inside City Limits? | Yes |
| 19. Marital Status at Time of Death | Never married |
| 20. Spouse's Name Prior to First Marriage | |
| 21. Usual Occupation | Electrician |
| 22. Kind of Business/Industry | Residential |
| 23. Father's Name | Michael - Harris |
| 24. Mother's Name Prior to First Marriage | Jeannie - Bisagno |
| 25. Informant's Name | Jeannie Weil |
| 26. Telephone Number | Not Available |
| 27. Relationship to Decedent | Mother |
| 28. Mailing Address | P. O. Box 296, Fort Jones, CA 96032 |
| 29. Place of Death | Hospital-Inpatient |
| 30. Facility Name | St. Charles Medical Center - Bend |
| 31. Location of Death | 2500 NE Neff Road |
| 32. City/Town or Location of Death | Bend |
| 33. State | Oregon |
| 34. Zip Code + 4 | 97701 |
| 35. Method of Disposition | Cremation |
| 36. Place of Disposition | Autumn Crematory |
| 37. Location | Bend, Oregon |
| 38. Name and Complete Address of Funeral Facility | Autumn Funerals, Bend — 61555 Parrell Rd, Bend, Oregon 97702 |
| 39. Date of Disposition | TBD |
| 40. Funeral Director's Signature | Michael R McNeil (Electronically Signed) |
| 41. OR License Number | CO-3893 |
| 42. Registrar's Signature | Kelly A. Eckerman |
| 43. Date Received | March 14, 2019 |
| 44. Local File Number | 3742 |
| 45. Amendment | |

### Cause of Death

| 46. Was case referred to Medical Examiner? | No |
| 47. Autopsy? | No |
| 48. Were autopsy findings available to complete the cause of death? | |
| 49. Time of Death | 1804 |

**50. Chain of events — Cause of Death**

| Line | Cause | Approximate Interval |
|---|---|---|
| a. Immediate Cause | Acute Hemorrhagic Stroke | 24 hrs |
| b. Due to | Malignant Hypertension | 3 yrs |
| c. Due to | Methamphetamine Abuse | 5 yrs |
| d. Due to | Chronic Kidney Disease, Congestive Heart Failure | |

**51. Other significant conditions:** Chronic Kidney Disease, Congestive Heart Failure

| 52. Manner of Death | Natural |
| 54. Did tobacco use contribute to death? | Probably |
| 62. Name and Address of Certifier | Christopher M Schulz MD, 211 NW Larch Ave, Redmond, OR 97756 |
| 64. Title of Certifier | MD |
| 65. License Number | 18455 |
| 66. Date Signed | 03/07/2019 |

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL CERTIFICATE ON FILE OR THE VITAL RECORDS FACTS ON FILE IN THE OREGON CENTER FOR HEALTH STATISTICS.

DATE ISSUED: MAR 14 2019

JENNIFER A. WOODWARD, Ph.D.


