# State of California Affidavit of Successor

(1) The decedent's name: Michael Harris
    The successor's name: Jeannie Bisagno
    Relationship to the decedent: Mother

(2) The date and place of the decedent's death.
    Date: 03/03/2019
    City, State: Bend, Oregon

(3) "No proceeding is now pending in California for administration of the decedent's estate."

(4) If the decedent's estate was administered, a copy of the final order showing the distribution of the decedent's cause of action to the successor in interest.

(5) Either of the following, as appropriate, with facts in support thereof:
(A) "The affiant or declarant is the decedent's successor in interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeeds to the decedent's interest in the action or proceeding."
(B) "The affiant or declarant is authorized to act on behalf of the decedent's successor in interest (as defined in Section 377.11 of the California Code of Civil Procedure) with respect to the decedent's interest in the action or proceeding."

(6) "No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding."

(7) "The affiant or declarant affirms or declares under penalty of perjury under the laws of the State of California that the foregoing is true and correct."
(b) Where more than one person executes the affidavit or declaration under this section, the statements required by subdivision (a) shall be modified as appropriate to reflect that fact.
(c) A certified copy of the decedent's death certificate shall be attached to the affidavit or declaration.

3/29/22
Date

_Jeannie Bisagno_
Jeannie Bisagno

# NOTARY ACKNOWLEDGMENT

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Siskiyou

On March 29, 2022, before me, Celeste McFall, Notary Public, personally appeared Jeannie Bsagno who proved to me on the basic of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of in the State of California that the foregoing paragraph is true and correct.

Celeste J. McFall
COMM# 2391742
NOTARY PUBLIC—CALIFORNIA
Siskiyou County
MY COMM. EXPIRES 1/26/2026

Place Notary Seal Above

WITNESS my hand and official seal.

Signature Celeste J. McFall

Print Name Celeste J. McFall