**LEVIN LAW GROUP PLC**
EMILY S. LEVIN (SBN 232366)
emily@levinlawgroupplc.com
2615 Forest Avenue, Suite 120
Chico, California 95928
Telephone: 530-353-1679
Facsimile: 877-310-0160

Attorneys for Deborah Strait, Authorized Representative of
Claimants Brent Massae (deceased) and Katherine Massae (deceased)

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>And<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>X – Affects Both Debtors | CASE NO. 19-30088-DM<br><br>**NOTICE OF HEARING RE: MOTION PURSUANT TO FED. R. BANKR. 9006(b)(1) TO DEEM MICHAEL HARRIS'S CLAIM TIMELY FILED**<br><br>Date: June 29, 2022<br>Time: 10:00 a.m.<br>Place: Via Telephonically<br>450 Golden Gate Avenue<br>Courtroom 17<br>San Francisco, CA 94102<br>Judge: Hon. Dennis Montali<br><br>Objection Deadline: May 31, 2022 |

LEVIN LAW GROUP PLC

**PLEASE TAKE NOTICE THAT** a hearing to be conducted via telephone or video has been scheduled for **June 29, 2022 at 10:00 a.m.** (the "Hearing"), before the Honorable Dennis Montali, United States Bankruptcy Judge, to consider Jeannie Bisagno, Authorized Representative of Claimant Michael Harris's (deceased) Motion to Deem Claim Timely Filed.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Local Rule 9014-1(c)(1), any opposition to the relief requested in the Motion must be filed with the Clerk of the Court and be served on the moving party no later than **May 31, 2022**.

**PLEASE TAKE FURTHER NOTICE** that the Court may deem the failure of any party in interest to file a timely objection to the Motion to constitute consent to the relief requested in such Motion.

DATED: May 9, 2022            LEVIN LAW GROUP PLC

By: _____
EMILY S. LEVIN
Attorneys for Brent Massae and Katherine Massae

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
**NOTICE OF HEARING**