# DECLARATION OF ROBERT VICKERS

I, Robert Vickers, declare:

1. This declaration is based upon my personal knowledge and if called upon to testify as to the matters stated herein, I could and would competently do so.

2. After my father's death my mentality was: nothing is going to bring him back and any what, if any money, we would receive through the FVT's process wouldn't begin to compensate us for our loss.

3. Since my brother John and I did not live in Paradise and didn't have our finger on the pulse of the unfolding process, we assumed that we were not entitled to anything as heirs.

4. Neither of us had been through any process like this and we were unfamiliar with the process and potential results.

5. Once we waded through the insurance claim process and were able to dispel our concerns and fears about the FVT program, we decided to proceed with a claim.

6. Even though there was no possibility that we could have filed a claim on his behalf in advance of his death, it still took us months to get comfortable with the process and deal with the death and transition before we could even contemplate filing a claim.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge. Executed this 6 day of May 2022 at Santa Cruz, California.

*Robert Vickers*
186556956754484
ROBERT VICKERS

5

**MOTION TO ENLARGE TIME TO FILE PROOF OF CLAIM**