1  STEVEN M. CAMPORA, SBN 110909
2  **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
   20 Bicentennial Circle
3  Sacramento, CA 95826
   Telephone:     (916) 379-3500
4  Facsimile:     (916) 379-3599

5
   Attorneys for Creditors, Michael Ramey; Michael Ramey and Associates, Inc.; and Michael Ramey
6  as Trustee of the Ramey Colby 2007 Trust.

7  ESTELA O. PINO, SBN 112975
8  **PINO & ASSOCIATES**
   1520 Eureka Rd., Suite 101,
9  Roseville, CA 95661
   Telephone:     (916) 641-2288
10 Facsimile:     (916) 244-0989

11 Attorneys for Dreyer Babich Buccola Wood Campora, LLP

12
                THE UNITED STATES BANKRUPTCY COURT
13        IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION
14

15 **In re:**                              )    Case Nos.  19-30088 (DM)
                                           )
16 **PG&E CORPORATION,**                   )    Chapter 11
                                           )
17      -and-                              )
                                           )
18                                         )
   **In re:**                              )    **NOTICE AND OPPORTUNITY FOR**
19                                         )    **HEARING ON MOTION FOR ORDER**
                                           )    **AUTHORIZING WITHDRAWAL OF**
20 **PACIFIC GAS AND ELECTRIC**            )    **COUNSEL TO: MICHAEL RAMEY;**
   **COMPANY,**                            )    **MICHAEL RAMEY AND ASSOCIATES,**
21                                         )    **INC.; AND MICHAEL RAMEY AS**
                                           )    **TRUSTEE OF THE RAMEY COLBY 2007**
22      Debtors.                           )    **TRUST**
   Affects PG&E Corporation                )
23 ☐ Affects Pacific Gas and Electric      )
   ☐ Company                               )
24   Affects both Debtors                  )
   ☒                                       )
25 * All papers shall be filed in the lead case, No. )
26 19-30088(DM)                            )
                                           )
27 ─────────────────────────────────      )    JUDGE:     Hon. Dennis Montali

28

Case: 19-30088   Doc# 12350   Filed: 05/10/22   Entered: 05/10/22 16:04:50   Page 1 of 3

TO THE HONORABLE DENNIS MONTALI, THE UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that Dreyer Babich Buccola Wood Campora, LLP (hereinafter referred to as "Dreyer Babich"), current attorneys of record for: Michael Ramey; Michael Ramey and Associates, Inc.; and Michael Ramey as Trustee of the Ramey Colby 2007 Trust (hereinafter collectively referred to as the "Creditors"), by and through its attorneys of record, has filed a Motion for Order Authorizing Withdrawal of Counsel to: Michael Ramey; Michael Ramey and Associates, Inc.; and Michael Ramey as Trustee of the Ramey Colby 2007 Trust (hereinafter referred to as the "Motion").

**PLEASE TAKE FURTHER NOTICE** that Dreyer Babich has and hereby does move this Court for an order authorizing it to withdraw as counsel of record for the Creditors in the above-captioned bankruptcy cases.

**PLEASE TAKE FURTHER NOTICE** that the Motion is based upon this Notice and Opportunity for Hearing and the Declaration of Steve M. Campora, all filed concurrently herewith.

**PLEASE TAKE FURTHER NOTICE** that,

- **Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing the notice; and**

- **Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position; and**

| | |
|---|---|
| 1 | • If there is no timely objection to the requested relief or a request for |
| 2 | hearing, the Court may enter an order granting the relief by default. |
| 3 | |
| 4 | • In the event of a timely objection or request for hearing, the initiating |
| 5 | party will give at least seven days written notice of the hearing to the |
| 6 | |
| 7 | objecting or requesting party, and to any trustee or committee appointed |
| 8 | in the case. |

PLEASE TAKE FURTHER NOTICE that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: MAY 10 , 2022

Respectfully submitted,

DREYER BABICH BUCCOLA
WOOD CAMPORA, LLP

By: _____
Steve Campora, Counsel for Creditors, Michael
Ramey; Michael Ramey and Associates, Inc.; and
Michael Ramey as Trustee of the Ramey
Colby 2007 Trust

Date: May 10, , 2022

PINO & ASSOCIATES

By: _____
Estela O. Pino, Counsel for
Dreyer Babich Buccola Wood Campora, LLP