| | |
|---|---|
| 1 | Steven S. Kane, Esq., SBN: 061670 |
| | Bonnie E. Kane, Esq., SBN: 167700 |
| 2 | **THE KANE LAW FIRM** |
| | 402 W. Broadway, Suite 2600 |
| 3 | San Diego, CA 92101 |
| | Telephone: (619) 236-8700 |
| 4 | Facsimile: (619)236-1370 |
| | E-mail: skane@thekanelawfirm.com |
| 5 | E-mail: bonnie@thekanelawfirm.com |
| 6 | Attorneys for Justin Haugse |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

*In re:*

PG&E CORPORATION

-and-

PACIFIC GAS AND ELECTRIC COMPANY
        Debtors.

☐ Affects PG&E Corporation

☐ Affects Pacific Gas & Electric

■ Affects Both Debtors

*All papers shall be filed in the Lead Case, No.19-30088 (DM)*

**Case No. 19-30088 (DM)**

Chapter 11
(Lead Case)
(Jointly Administered)

**DECLARATION OF JUSTIN HAUGSE IN SUPPORT OF MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM**

Date: June 29, 2022
Time: 10:00 a.m.
Place: **To Be Held Telephonically**
United States Bankruptcy Court
Courtroom 17
450 Golden Gate Avenue, 16th Floor
San Francisco, CA
Judge: Honorable Dennis Montali

**Objection Deadline: June 22, 2022**

I, Justin Haugse, hereby declare and state as follows:

1. This declaration is based upon my personal knowledge unless otherwise indicated. If called upon to testify as to the matters stated herein, I could and would competently do so.

2. On the day of the Camp Fire I was living at 13980 Creston Rd., Magalia, California with my fiancée. This was a 3 bedroom, 2 ½ bathroom house that I rented. The house burned.

3. My personal property was destroyed. I lost a dirt bike, parts, firearms,

appliances, furnishings, clothing and other personal property. I also suffered emotional distress because of the fire and the loss of my home and property.

4. I did not own the home, so I did not think I could file a claim. I was unaware that I could file a claim for the loss of my personal property and emotional distress damages.

5. I recently found out that I could request the Bankruptcy Court to allow me to file a late claim for my emotional distress and personal property loss sustained in the fire.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed at Corning California, on 5/4/2022 .
(Date)

_____
Justin Haugse

DocuSign Envelope ID: 35A35925-93EC-4B64-8023-E5F9F951498C