Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2600
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619)236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys for Fire Victim Claimants, including Justin Haugse

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br>        Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas & Electric<br><br>■ Affects Both Debtors<br><br>All papers shall be filed in the Lead Case, No.19-30088 (DM) | **Case No. 19-30088 (DM)**<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF HEARING ON MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM BY JUSTIN HAUGSE**<br><br>Date:    June 29, 2022<br>Time:   10:00 a.m.<br>Place:  **To Be Held Telephonically**<br>        United States Bankruptcy Court<br>        Courtroom 17<br>        450 Golden Gate Avenue, 16th Floor<br>        San Francisco, CA<br>Judge:  Honorable Dennis Montali<br><br>**Objection Deadline: June 22, 2022** |

    **PLEASE TAKE NOTICE THAT** on the date hereof Justin Haugse filed a Motion pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) to deem his Claim in this bankruptcy timely filed.

    **PLEASE TAKE FURTHER NOTICE THAT** the Bankruptcy Court will hold a hearing on the Motion on June 29, 2022, 10:00 a.m. before the Honorable Dennis Montali.

**PLEASE TAKE FURTHER NOTICE THAT,** the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that the deadline to object to the Motion is **June 22, 2022.**

**PLEASE TAKE FURTHER NOTICE THAT,** copies of the Motion and its supporting papers can be viewed and/or obtained: (1) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free for U.S.-based parties); or +1 (929) 333-8977 for International parties or by email at pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Date: May 4, 2022            THE KANE LAW FIRM

                             By:_____/s/_____
                             BONNIE E. KANE
                             Attorneys for Justin Haugse