Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2600
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619) 236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys for JUSTIN HAUGSE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:* | Case No:     19-30088(DM) |
| PG&E CORPORATION | |
| -and- | **CERTIFICATE OF SERVICE** |
| PACIFIC GAS AND ELECTRIC COMPANY | |
|         Debtors. | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas & Electric | |
| ■ Affects Both Debtors | |
| _____ | |

# CERTIFICATE OF SERVICE

I, Bonnie E. Kane, declare

I am employed in San Diego County, California and am over the age of eighteen years and not a party to the within-entitled action. My business address is 402 W. Broadway, Suite 2600, San Diego, California 92101. On May 10, I served a copy of the following documents:

by transmitting electronically through the Court's CM/ECF system.

1. Motion to Allow/Deem Timely Late Filing of Proof of Claim By Justin Haugse; Memorandum of Points and Authorities in Support Thereof; Exhibit A – Proof of Claim; Declaration of Justin Haugse;

2. Notice of Hearing on Motion to Allow/Deem Timely Late Filing of Proof of Claim by Justin Haugse.

In addition, I caused, on the same date, to be served via Electronic Mail all parties listed on Exhibit 1, except where indicated by U.S. Mail.

I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on May 10, 2022, at San Diego County, California.

_____ /s/ Bonnie E. Kane_____
Bonnie E. Kane

1

<u>**Exhibit 1**</u>

2

<u>**Parties and Counsel**</u>                    <u>**Served At**</u>

3

The Debtors, c/o PG&E Corporation and          77 Beale Street
4 Pacific Gas and Electric Company              P. O. Box 77000
                                               San Francisco, CA 94105
5                                              *Via First Class Mail*

6

7 Stephen Karotkin                             stephen.karotkin@weil.com
  Jessica Liou                                 jessica.liou@weil.com
8 Matthew Goren                                matthew.goren@weil.com
  Weil, Gotshal & Manges, LLP
9 Counsel to *Debtors*

10 Tobias Keller                               tkeller@kbkllp.com
   Jane Kim                                    jkim@kbkllp.com
11 Keller Benvenutti Kim LLP
   Counsel to *Debtors*
12

13 James L. Snyder                             James.L.Snyder@usdoj.gov
   Timothey Laffredi                          timothy.s.laffredi@usdoj.gov
14 Marta E. Villacorta                         Marta.Villacorta@usdoj.gov
   Office of the United States Trustee
15

16 Kristopher M. Hansen                        khansen@stroock.com
   Erez E. Gilad                               egilad@stroock.com
17 Matthew G. Garofalo                         mgarofalo@stroock.com
   Frank Merola                                fmerola@stroock.com
18 Strook & Stroock & Lavan LLP
   Counsel for the Administrative Agent
19 Under the Debtors' Debtor-in-Possession
   Financing Facility
20

21 Eli J. Vonnegut                             eli.vonnegut@davispolk.com
   David Schiff                                david.schiff@davispolk.com
22 Timothy Graulich                            timothy.graulich@davispolk.com
   Davis Polk & Wardwell LLP
23 Counsel for the Collateral Agent

24
   Alan W. Kornberg                            akornberg@paulweiss.com
25 Brian S. Hermann                            bhermann@paulweiss.com
   Walter R. Rieman                            wrieman@paulweiss.com
26 Sean A. Mitchell                            smitchell@paulweiss.com
   Paul Weiss, Rifkind, Wharton & Garrison
27 LLP
   Counsel to the California Public Utilities
28 Commission

| | | |
|---|---|---|
| 1 | Shane Huang | Shane.huang@usdoj.gov |
| 2 | Michael S. Tye | michael.tye@usdoj.gov |
| | Rodney A. Morris | Rodney.Morris2@usdoj.gov |
| 3 | U.S. Department of Justice | |
| | Civil Division | |
| 4 | Counsel to the Federal Energy | |
| | Regulatory Commission | |
| 5 | | |
| 6 | Dennis F. Dunne | ddunne@milbank.com |
| | Samuel A. Khalil | skhalil@milbank.com |
| 7 | Gregory A. Bray | gbray@milbank.com |
| | Thomas R. Kreller | TKreller@milbank.com |
| 8 | Milbank LLP | |
| | Counsel for the Official Committee of | |
| 9 | Unsecured Creditors | |
| 10 | Eric E. Sagerman | esagerman@bakerlaw.com |
| 11 | Lauren T. Attard | lattard@bakerlaw.com |
| | Robert A. Julian | rjulian@bakerlaw.com |
| 12 | Cecily A. Dumas | cdumas@bakerlaw.com |
| | Baker & Hostetler LLP | |
| 13 | Counsel for Official Committee of Tort | |
| | Claimants | |
| 14 | | |
| 15 | Nuclear Regulatory Commission | 1600 E. Lamar Blvd. |
| 16 | Attn: General Counsel | Arlington, TX 76011 |
| | U.S. NRC Region IV | *Via First Class Mail* |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |