# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: admin | Date Created: 5/11/2022 |
| Case: 19−30088 | Form ID: TRANSC | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty     Thomas B. Rupp     trupp@kbkllp.com

                                                                                                                                        TOTAL: 1

**Recipients submitted to the Claims Agent (Kroll Restructuring Administration, LLC):**
intp     David P. Addington     298 Saint James D     Piedmont, CA 94611

                                                                                                                                         TOTAL: 1