BRADLEY R. SCHNEIDER (State Bar No. 235296)
bradley.schneider@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for
PACIFIC GAS & ELECTRIC CORP.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>And<br><br>PACIFIC GAS & ELECTRIC COMPANY<br><br>Debtors. | Case No. 19-30088 (DM) (Lead Case)<br>19-30089<br><br>Chapter 11<br><br>**REQUEST TO BE REMOVED FROM NOTICE OF ELECTRONIC FILING (NEF)** |

To the Clerk of the United States Bankruptcy Court, Northern District of California:

I am an attorney for Pacific Gas & Electric Corporation. I request removal from the electronic notification because I no longer wish to receive Notices of Electronic Filings in the above referenced cases.

DATED: May 11, 2022          MUNGER, TOLLES & OLSON LLP


By: ___/s/ Bradley R. Schneider___
BRADLEY R. SCHNEIDER
Attorneys for PACIFIC GAS & ELECTRIC CORP.