**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

In Re: PG& E Corporation  
and Pacific Gas and Electric Company

Bankruptcy Case No. 19-30088-DM  
Chapter 11

**COURT CERTIFICATE OF MAILING**

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

**Notice of Appeal and Statement of Election- by Creditor City of Santa Clara dba Silicon Valley Power, Northern California Power Agency - Dkt. #12311**

**Memorandum Decision Regarding Dispute Between Debtors and the California Department of Water Resources- Dkt. #11999**

**Order Granting California Department of Water Resources' Motion For Order Determining That The Castle Rock Agreement With PG&E Cannot Be Assumed And Claim No. 78104 Be Paid- Dkt. #12000**

**Order Denying Debtors' Motion For Entry Of An Order Modifying Plan Injunction And Compelling Arbitration Of Claim Of California Department Of Water Resources- Dkt. #12001**

**Order Denying Motion to Intervene by City of Santa Clara, DBA Silicon Valley Power and Northern California Power Agency- Dkt. #12054**

**Order Regarding Dispute Between Debtors and California Department of Water Resources- Dkt. #12207**

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) on the date shown below:

Office of the U.S. Trustee / SF
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102


| | |
|---|---|
| Boutin Jones Inc.<br>Thomas G. Mouzes<br>Robert D. Swanson<br>Ian K. McGlone<br>555 Capitol Mall, Suite 1500<br>Sacramento, CA 95814<br>**-and-**<br>Duncan, Weinberg, Genzer and Pembroke, P.C.<br>Lisa S. Gast<br>1667 K Street NW, Suite 700<br>Washington, DC 20006 | for City of Santa Clara, dba Silicon Valley Power and Northern California Power Agency |
| Robert Bonta<br>Attorney General of California<br>Danette Valdez<br>Annadel Almendras<br>Supervising Deputy Attorneys General<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102-7004<br>**-and-**<br>FELDERSTEIN, FITZGERALD, WILLOUGHBY, PASCUZZI and RIOS, LLP<br>Paul J. Pascuzzi<br>Nicholas L. Kohlmeyer<br>500 Capitol Mall, Suite 2250<br>Sacramento, CA 95814 | for California Department of Water Resources |
| Boutin Jones Inc.<br>Thomas G. Mouzes<br>Robert D. Swanson<br>Ian K. McGlone<br>555 Capitol Mall, Suite 1500<br>Sacramento, CA 95814<br>**-and-**<br>Jane Luckhardt<br>General Counsel<br>NORTHERN CALIFORNIA POWER AGENCY<br>651 Commerce Dr.<br>Roseville, CA 95678-6411 | for Northern California Power Agency |

Keller & Benvenutti LLP  
David A. Taylor  
Jane Kim  
Thomas B. Rupp  
650 California St., #1900  
San Francisco, CA 94108  
**-and-**  
Weil, Gotshal & Manges LLP  
Richard W. Slack  
Theodore E. Tsekerides  
Jessica Liou  
Matthew Goren  
767 Fifth Ave.  
New York, NY 10153-0119  

for PG& E Corporation and  
Pacific Gas & Electric Company  


Date: May 6, 2022

<u>Da'Wana L. Chambers</u>  
Deputy Clerk