**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

In Re: PG& E Corporation                    Bankruptcy Case No. 19-30088-DM
and Pacific Gas and Electric Company              Chapter 11

**CORRECTED COURT CERTIFICATE OF MAILING**

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

**Notice of Appeal and Statement of Election- by PG& E Corporation and Pacific Gas and Electric Company- Dkt. #12311**

**Memorandum Decision Regarding Dispute Between Debtors and the California Department of Water Resources- Dkt. #11999**

**Order Granting California Department of Water Resources' Motion For Order Determining That The Castle Rock Agreement With PG&E Cannot Be Assumed And Claim No. 78104 Be Paid- Dkt. #12000**

**Order Denying Debtors' Motion For Entry Of An Order Modifying Plan Injunction And Compelling Arbitration Of Claim Of California Department Of Water Resources- Dkt. #12001**

**Order Denying Motion to Intervene by City of Santa Clara, DBA Silicon Valley Power and Northern California Power Agency- Dkt. #12054**

**Order Regarding Dispute Between Debtors and California Department of Water Resources- Dkt. #12207**

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) on the date shown below:

**Office of the U.S. Trustee / SF**

Phillip J. Burton Federal Building

450 Golden Gate Ave. 5th Fl., #05-0153

San Francisco, CA 94102


Boutin Jones Inc.                                          for City of Santa Clara, dba

Thomas G. Mouzes                                         Silicon Valley Power and

Robert D. Swanson                                         Northern California Power Agency

Ian K. McGlone

555 Capitol Mall, Suite 1500

Sacramento, CA 95814

**-and-**

Duncan, Weinberg, Genzer and Pembroke, P.C.

Lisa S. Gast

1667 K Street NW, Suite 700

Washington, DC 20006


Robert Bonta                                          for California Department of Water Resources

Attorney General of California

Danette Valdez

Annadel Almendras

Supervising Deputy Attorneys General

455 Golden Gate Ave., Suite 11000

San Francisco, CA 94102-7004

**-and-**

FELDERSTEIN, FITZGERALD, WILLOUGHBY, PASCUZZI and RIOS, LLP

Paul J. Pascuzzi

Nicholas L. Kohlmeyer

500 Capitol Mall, Suite 2250

Sacramento, CA 95814


Boutin Jones Inc.                                          for Northern California Power Agency

Thomas G. Mouzes

Robert D. Swanson

Ian K. McGlone

555 Capitol Mall, Suite 1500

Sacramento, CA 95814

**-and-**

Jane Luckhardt

General Counsel

NORTHERN CALIFORNIA POWER AGENCY

651 Commerce Dr.

Roseville, CA 95678-6411

Keller & Benvenutti LLP       for PG& E Corporation and
David A. Taylor                 Pacific Gas & Electric Company
Jane Kim
Thomas B. Rupp
650 California St., #1900
San Francisco, CA 94108
**-and-**
Weil, Gotshal & Manges LLP
Richard W. Slack
Theodore E. Tsekerides
Jessica Liou
Matthew Goren
767 Fifth Ave.
New York, NY 10153-0119



<u>Da'Wana L. Chambers</u>
Deputy Clerk

Date: May 12, 2022