# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Sonia Akter, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("**Kroll**")[1], the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On May 6, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Appeal and Statement of Election to Have Appeal Heard by United States District Court for the Northern District of California [Docket No. 12310]

3. I have reviewed the Notices of Electronic Filing for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

---

[1] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Executed this 11th day of May 2022, at New York, NY.

/s/ Sonia Akter
Sonia Akter

# **Exhibit A**

Exhibit A
Notice Parties Service List
Served via first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| Boutin Jones Inc. | Attn: Thomas G. Mouzes, Robert D. Swanson, Michael E. Chase | 555 Capitol Mall, Suite 1500 | Sacramento | CA | 95814 |
| California Department of Water Resources | Attn: Robert Bonta, Danette Valdez, Annadel Almendras | 455 Golden Gate Ave., Suite 11000 | San Francisco | CA | 4102-7004 |
| Duncan, Weinberg, Genzer and Pembroke, P.C. | Attn: Lisa S. Gast | 1667 K Street NW, Suite 700 | Washington | DC | 20006 |
| Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul J. Pascuzzi & Nicholas L. Kohlmeyer | 500 Capitol Mall, Suite 2250 | Sacramento | CA | 95814 |
| Northern California Power Agency | Attn: Jane Luckhardt, General Counsel | 651 Commerce Dr. | Roseville | CA | 95678-6411 |
| Office of the U.S. Trustee / SF | Phillip J. Burton Federal Building | 450 Golden Gate Ave. 5th Fl., #05-0153 | San Francisco | CA | 94102 |

In re: PG&E Corporation, *et al.*
Case No. 19-30088 (DM)

Page 1 of 1