

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**May 12, 2022**

Mark B. Busby, Clerk of Court
United States District Court
Phillip Burton Federal Building &
United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

District Court Appeal Number:

Re: Transmission of Document(s) on Appeal:

**PG&E Corporation and Pacific Gas and Electric Company, Case No. 19-30088-DM, Judge Dennis Montali**

Dear Clerk:

We are transferring the following document(s) to your Court for the above referenced appeal:

Corrected Courts Certificate of Mailing Re Notice of Appeal filed by PG& E Corporation and Pacific Gas and Electric Company- dkt. #12365
Related to the Transmission of Notice of Appeal to District Court on 5/12/2022- dkt. #12364

If you have any questions, please contact me at **(415) 268-2373**  .

Edward Emmons, Clerk
United States Bankruptcy Court

By: *DaWana Chambers*

DaWana Chambers  Deputy Clerk