UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: PG& E Corporation<br>and Pacific Gas and Electric Company | Bankruptcy Case No. 19-30088-DM<br>Chapter 11 |

## CORRECTED COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

**Notice of Appeal and Statement of Election- by PG& E Corporation and Pacific Gas and Electric Company- Dkt. #12311**

**Memorandum Decision Regarding Dispute Between Debtors and the California Department of Water Resources- Dkt. #11999**

**Order Granting California Department of Water Resources' Motion For Order Determining That The Castle Rock Agreement With PG&E Cannot Be Assumed And Claim No. 78104 Be Paid- Dkt. #12000**

**Order Denying Debtors' Motion For Entry Of An Order Modifying Plan Injunction And Compelling Arbitration Of Claim Of California Department Of Water Resources- Dkt. #12001**

**Order Denying Motion to Intervene by City of Santa Clara, DBA Silicon Valley Power and Northern California Power Agency- Dkt. #12054**

**Order Regarding Dispute Between Debtors and California Department of Water Resources- Dkt. #12207**

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) on the date shown below:

**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102


| | |
|---|---|
| Boutin Jones Inc.<br>Thomas G. Mouzes<br>Robert D. Swanson<br>Ian K. McGlone<br>555 Capitol Mall, Suite 1500<br>Sacramento, CA 95814<br>**-and-**<br>Duncan, Weinberg, Genzer and Pembroke, P.C.<br>Lisa S. Gast<br>1667 K Street NW, Suite 700<br>Washington, DC 20006 | for City of Santa Clara, dba Silicon Valley Power and Northern California Power Agency |

Robert Bonta                                          for California Department of Water Resources
Attorney General of California
Danette Valdez
Annadel Almendras
Supervising Deputy Attorneys General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
**-and-**
FELDERSTEIN, FITZGERALD, WILLOUGHBY, PASCUZZI and RIOS, LLP
Paul J. Pascuzzi
Nicholas L. Kohlmeyer
500 Capitol Mall, Suite 2250
Sacramento, CA 95814


Boutin Jones Inc.                                     for Northern California Power Agency
Thomas G. Mouzes
Robert D. Swanson
Ian K. McGlone
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
**-and-**
Jane Luckhardt
General Counsel
NORTHERN CALIFORNIA POWER AGENCY
651 Commerce Dr.
Roseville, CA 95678-6411

| | |
|---|---|
| Keller & Benvenutti LLP<br>David A. Taylor<br>Jane Kim<br>Thomas B. Rupp<br>650 California St., #1900<br>San Francisco, CA 94108<br>**-and-**<br>Weil, Gotshal & Manges LLP<br>Richard W. Slack<br>Theodore E. Tsekerides<br>Jessica Liou<br>Matthew Goren<br>767 Fifth Ave.<br>New York, NY 10153-0119 | for PG& E Corporation and<br>Pacific Gas & Electric Company |

|  |  |
|---|---|
| Date: May 12, 2022 | <u>Da'Wana L. Chambers</u><br>Deputy Clerk |