

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**May 12, 2022**

Mark B. Busby, Clerk of Court
United States District Court
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re:  Transmittal of Notice of Appeal to District Court:

**PG&E Corporation and Pacific Gas and Electric Company, Case No. 19-30088-DM, Judge Dennis Montali**

Dear Clerk:

The following documents are electronically transmitted to your court for the above referenced matter:

  Docket Report

Notice of Appeal and Statement of Election by Creditor City of Santa Clara dba Silicon Valley Power, Northern California Power Agency -Dkt. #12310
Memorandum Decision Regarding Dispute Between Debtors and the California Department of Water Resources- Dkt. #11999
Order Granting California Department of Water Resources' Motion For Order Determining That The Castle Rock Agreement With PG&E Cannot Be Assumed And Claim No. 78104 Be Paid - Dkt. #12000
Order Denying Debtors' Motion For Entry Of An Order Modifying Plan Injunction And Compelling Arbitration Of Claim Of California Department Of Water Resources - Dkt. #12001
Order Denying Motion to Intervene by City of Santa Clara, DBA Silicon Valley Power and Northern California Power Agency - Dkt. #12054
Order Regarding Dispute Between Debtors and California Department of Water Resources- Dkt. #12207
Court Certificate of Mailing- Dkt. #12322
Certificate of Service of Sonia Akter Regarding Notice of Appeal Dkt. #12366

**Filing Fee**:  ☒ Paid $ 298.00        ☐ Not Paid     ☐ Fee Waived     ☐ Fee Waiver Pending

If you have any questions, please contact me at **(415) 268-2373**        .

Edward Emmons, Clerk
United States Bankruptcy Court

By: *DaWana Chambers*

DaWana Chambers  Deputy Clerk

Case: 19-30088    Doc# 12369    Filed: 05/12/22    Entered: 05/12/22 10:44:09    Page 1 of 1