THOMAS G. MOUZES (SBN 99446)
ROBERT D. SWANSON (SBN 162816)
MICHAEL E. CHASE (SBN 214506)
**BOUTIN JONES INC.**
555 Capitol Mall, Fifteenth Floor
Sacramento, CA 95814
Telephone: (916) 321-4444
Email: tmouzes@boutinjones.com
         rswanson@boutinjones.com
         mchase@boutinjones.com

*Attorneys for Creditors and Parties-in-Interest*
*CITY OF SANTA CLARA, dba*
*SILICON VALLEY POWER, and*
*NORTHERN CALIFORNIA POWER AGENCY*

LISA S. GAST (*pro hac vice*)
**DUNCAN, WEINBERG, GENZER & PEMBROKE, P.C.**
1667 K Street NW, Suite 700
Washington, DC 20006
Telephone: (202) 791-3601
Email: lsg@dwgp.com

*Attorney for Creditor and Party-in-Interest*
*CITY OF SANTA CLARA, dba SILICON VALLEY POWER*

JANE LUCKHARDT (SBN 141919)
General Counsel
**NORTHERN CALIFORNIA POWER AGENCY**
651 Commerce Drive
Roseville, CA 95678-6411
Phone: 916.781.3636
Email: Jane.Luckhardt@ncpa.com

*Attorney for Creditor and Party-in-Interest*
*NORTHERN CALIFORNIA POWER AGENCY*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | ) Case Nos. 19-30088 DM (Lead Case) |
| | )                 19-30089 DM |
| PG&E CORPORATION | ) |
| -and- | ) Chapter 11 |
| PACIFIC GAS AND ELECTRIC | ) Jointly Administered |
| COMPANY, | ) |

| | | |
|---|---|---|
| 1 | Debtors. ) | **NOTICE OF APPEAL AND STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA** |
| 2 | ☐ Affects PG&E Corporation ) | |
| 3 | ☐Affects Pacific Gas and Electric Company ) | |
| 4 | ☒ Affects both Debtors. ) | **[Related to Dkt. Nos. 11999, 12000, 12001, 12054, 12207]** |
| 5 | * All papers shall be filed in the Lead Case ) | |
| 6 | No. 19-30088 DM ) | |

NOTICE IS HEREBY GIVEN that City Of Santa Clara, dba Silicon Valley Power, and Northern California Power Agency hereby both appeal, pursuant to 28 U.S.C. § 158(a)(1), from the *Order Regarding Dispute Between Debtors and California Department of Water Resources* [Dkt. No. 12207], entered on April 22, 2022, a copy of which is attached hereto as **Exhibit A** (the "**Final Order**"), and each of the following interlocutory orders and decisions (collectively with the Final Order, the "**Orders**"):

- *Memorandum Decision Regarding Dispute Between Debtors and the California Department of Water Resources* [Dkt. No. 11999], entered on March 8, 2022, a copy of which is attached hereto as **Exhibit B**;

- *Order Granting California Department Of Water Resources' Motion For Order Determining That The Castle Rock Agreement With PG&E Cannot Be Assumed And Claim No. 78104 Be Paid* [Dkt. No. 12000], entered on March 8, 2022, a copy of which is attached hereto as **Exhibit C**;

- *Order Denying Motion of the Reorganized Debtors for Entry of an Order Modifying Plan Injunction and Compelling Arbitration of Claim of California Department of Water Resources* [Dkt. No. 12001], entered on March 8, 2022, a copy of which is attached hereto as **Exhibit D**; and

- *Order Denying Motion to Intervene by City of Santa Clara, dba Silicon Valley Power and Northern California Power Agency* [Dkt. No. 12054], entered on March 22, 2022, a copy of which is attached hereto as **Exhibit E**.

City Of Santa Clara, dba Silicon Valley Power, and Northern California Power Agency are creditors and parties in interest. 11 U.S.C. §§ 101(10), 1009.

Pursuant to 28 U.S.C. § 158(c)(1), City Of Santa Clara, dba Silicon Valley Power, and Northern California Power Agency elect to have the appeal heard by the United States District Court for the Northern District of California rather than by the Bankruptcy Appellate Panel for the Ninth Circuit.

The names of the parties to the Orders and Memorandum Decision and the name, address, and telephone number of their respective attorneys, are:

**APPELLANT**

| Party | Counsel |
|---|---|
| **Appellants**<br><br>City of Santa Clara, dba Silicon Valley Power, and Northern California Power Agency | Thomas G. Mouzes (SBN 99446)<br>Robert D. Swanson (SBN 162816)<br>Michael E. Chase (SBN 214506)<br>BOUTIN JONES INC.<br>555 Capitol Mall, Suite 1500<br>Sacramento, CA 95814<br>Telephone: (916) 321-4444<br>Email:  tmouzes@boutinjones.com<br>         rswanson@boutinjones.com<br>         mchase@boutinjones.com<br><br>Lisa S. Gast<br>DUNCAN, WEINBERG, GENZER & PEMBROKE, P.C.<br>1667 K Street NW, Suite 700<br>Washington, DC 20006<br>Telephone:  (202) 791-3601<br>Email: lsg@dwgp.com<br><br>JANE LUCKHARDT (SBN 141919)<br>General Counsel<br>NORTHERN CALIFORNIA POWER AGENCY |

| | 651 Commerce Drive<br>Roseville, CA 95678-6411<br>Phone: 916.781.3636<br>Email: Jane.Luckhardt@ncpa.com |
|---|---|

**APPELLEE**

| Party | Counsel |
|---|---|
| **Appellee**<br><br>California Department of Water Resources | ROBERT BONTA<br>Attorney General of California<br>DANETTE VALDEZ, SBN 141780<br>ANNADEL ALMENDRAS, SBN 192064<br>Supervising Deputy Attorneys General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 510-3367<br>Fax: (415) 703-5480<br>Email: Danette.Valdez@doj.ca.gov<br>      Annadel.Almendras@doj.ca.gov<br><br>PAUL J. PASCUZZI, SBN 148810<br>NICHOLAS L. KOHLMEYER, SBN 299087<br>FELDERSTEIN FITZGERALD<br>WILLOUGHBY PASCUZZI & RIOS LLP<br>500 Capitol Mall, Suite 2250<br>Sacramento, CA 95814<br>Telephone: (916) 329-7400<br>Fax: (916) 329-7435<br>Email: ppascuzzi@ffwplaw.com<br>      nkohlmeyer@ffwplaw.com |

**OTHER PARTIES TO THE ORDERS AND MEMORANDUM DECISION**

| Party | Counsel |
|---|---|
| **Other Interested Parties**<br><br>PG&E Corporation ("PG&E Corp.") and Pacific Gas and Electric Company (the "Utility"), as debtors and reorganized debtors (collectively, the "Debtors," or as reorganized pursuant to the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan* | Richard W. Slack *(pro hac vice)*<br>Theodore E. Tsekerides *(pro hac vice)*<br>Jessica Liou *(pro hac vice)*<br>Matthew Goren *(pro hac vice)*<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Telephone: (212) 310-8000<br>Fax: (212) 310-8007<br>Email: Richard.slack@weil.com<br>      Theodore.tsekerides@weil.com |

| | |
|---|---|
| *of Reorganization Dated June 19, 2020,* the "Reorganized Debtors") | Jessica.liou@weil.com<br>Matthew.goren@weil.com<br><br>Jane Kim<br>David A. Taylor<br>Thomas B. Rupp<br>KELLER BENVENUTTI KIM LLP<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Telephone: (415) 496-6723<br>Fax: (415) 636-9251<br>Email: jkim@kbkllp.com<br>dtaylor@kbkllp.com<br>trupp@kbkllp.com |

DATED: May 5, 2022.             BOUTIN JONES INC.


By: ___/s/ Thomas G. Mouzes___
            Thomas G. Mouzes
            Robert D. Swanson
            Michael E. Chase

-and-

Lisa S. Gast
DUNCAN, WEINBERG, GENZER & PEMBROKE, P.C.

Attorney *for Creditor and Party-in-Interest,*
*CITY OF SANTA CLARA, dba SILICON VALLEY*
*POWER*

-and-

Jane Luckhardt
General Counsel
NORTHERN CALIFORNIA POWER AGENCY

*Attorney for Creditor and Party-in-Interest*
*NORTHERN CALIFORNIA POWER AGENCY*

1                 **EXHIBIT A**

2                 **(Final Order)**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



**Entered on Docket**
**April 22, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

1   ROBERT BONTA, SBN 202668
    Attorney General of California
2   DANETTE VALDEZ, SBN 141780
    ANNADEL ALMENDRAS, SBN 19206´
3   Supervising Deputy Attorneys General
    455 Golden Gate Avenue, Suite 11000
4   San Francisco, CA 94102-7004
    Telephone: (415) 510-3367
5   Fax: (415) 703-5480
    Danette.Valdez@doj.ca.gov
6   Annadel.Almendras@doj.ca.gov

7   PAUL J. PASCUZZI, SBN 148810
    NICHOLAS L. KOHLMEYER, SBN 299087
8   FELDERSTEIN FITZGERALD
    WILLOUGHBY PASCUZZI & RIOS LLP
9   500 Capitol Mall, Suite 2250
    Sacramento, CA  95814
10  Telephone: (916) 329-7400
    Fax: (916) 329-7435
11  ppascuzzi@ffwplaw.com
    nkohlmeyer@ffwplaw.com
12
    Attorneys for California Department of Water
13  Resources, by and through the State Water Project

Signed and Filed: April 22, 2022

_Dennis Montali_
_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

14              UNITED STATES BANKRUPTCY COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16              SAN FRANCISCO DIVISION

17

18  In re:                              Bankruptcy Case
                                        No.  19-30088 (DM)
19  PG&E CORPORATION
                                        Chapter 11
        - and –
20                                      (Lead Case)
    PACIFIC GAS AND ELECTRIC
21  COMPANY,                            (Jointly Administered)

22          Reorganized Debtors.        **ORDER REGARDING DISPUTE**
                                        **BETWEEN DEBTORS AND CALIFORNIA**
23                                      **DEPARTMENT OF WATER RESOURCES**

24

25  ☐    Affects PG&E Corporation       Date:    April 13, 2022
                                        Time:    10:00 a.m.
26  ☐    Affects Pacific Gas and        Ctrm:    17
         Electric Company               Judge:   Dennis Montali
27  ☑    Affects both Debtors

28

1    Before the Court is the California Department of Water Resources' Motion for Order

2    Determining that The Castle Rock Agreement with PG&E Cannot be Assumed and that The

3    Department of Water Resources' Claim No. 78104 be Paid (the "DWR Motion")[1] (Dkt. No. 11887)

4    and the Motion of the Reorganized Debtors for Entry of an Order Modifying Plan Injunction and

5    Compelling Arbitration of Claim of California Department of Water Resources (the "Debtors'

6    Motion") (Dkt. No. 11896) in the above captioned chapter 11 cases; and this Court having issued

7    its Memorandum Decision Regarding Dispute Between Debtors and the California Department of

8    Water Resources (Dkt. No. 11999) granting the DWR Motion and denying the Debtors' Motion by

9    orders at Docket Nos. 12000 and 12001, respectively, and setting a further briefing schedule; and

10   the Court having considered and denied the Notice of Appearance and Ex Parte Application for

11   Order Authorizing City of Santa Clara, dba Silicon Valley Power and Northern California Power

12   Agency to Intervene and File a Response to California Department of Water Resources' Motion

13   for Order Determining that The Castle Rock Agreement with PG&E Cannot be Assumed and that

14   The Department of Water Resources' Claim No. 78104 be Paid (Dkt. 12024 and 12054); and the

15   Court having considered the further briefing by the Debtors (Dkt. No. 12076) and DWR (Dkt. Nos.

16   12129 and 12129-1); and the Court having issued its Tentative Ruling Re Dispute Between Debtors

17   and the California Department of Water Resources ("Tentative Ruling") (Dkt. No. 12147); and the

18   Court having held hearings on March 2, 2022, and April 13, 2022, to consider the arguments and

19   objections of the parties; and this Court, for the reasons stated by this Court on the record at the

20   hearings, having determined that the ruling in the Court's Tentative Ruling should become the final

21   ruling, and after due deliberation and sufficient good cause appearing therefor,

22       IT IS HEREBY ORDERED THAT:

23       1.    The issue of DWR's liability for removal costs under the Castle Rock Agreement

24   was properly before the Court based on the DWR Motion, the Debtors' Motion and the other

25   pleadings and argument made to the Court in these proceedings;

26       2.    There are no material facts in dispute;

27

28   [1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the DWR Motion.

1    3.    DWR's interpretation of the applicable sections of the Castle Rock Agreement is

2    correct;

3    4.    DWR does not owe any estimated future removal costs or anything else to Debtors

4    and the remaining cotenants (City of Santa Clara dba Silicon Valley Power and Northern California

5    Power Agency) under the Castle Rock Agreement; and

6    5.    There are no damages to be assessed, by this Court or by arbitration, under that

7    agreement.

8    IT IS HEREBY FURTHER ORDERED that, except as to the rulings made herein, the Court

9    is not making any ruling as to any dispute between DWR on the one hand, and the City of Santa

10   Clara dba Silicon Valley Power and Northern California Power Agency on the other, under the

11   Transmission Services Agreement between those parties, which issues shall be dealt with outside

12   this Court.

13   IT IS HEREBY FURTHER ORDERED that the Court retains jurisdiction to hear and

14   determine all matters arising from or related to the implementation, interpretation, or enforcement

15   of this Order.  This Order shall be immediately effective and enforceable upon its entry.

16   **APPROVED AS TO FORM**

17   KELLER BENVENUTTI KIM LLP

18   _____
     Jane Kim, Attorneys for Debtors
19   and Reorganized Debtors

20                                **END OF ORDER**

21

22

23

24

25

26

27

28

1

## EXHIBIT B

2

**(Memorandum Decision dated March 8, 2022)**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Signed and Filed: March 8, 2022**

_[signature]_

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088-DM |
| PG&E CORPORATION, | |
|       - and - | Chapter 11 |
| PACIFIC GAS AND ELECTRIC COMPANY, | Jointly Administered |
|         Reorganized Debtors. | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| _* All papers shall be filed in the Lead Case, No. 19-30088 (DM)._ | |

**MEMORANDUM DECISION REGARDING DISPUTE BETWEEN DEBTORS AND THE CALIFORNIA DEPARTMENT OF WATER RESOURCES**

On March 2, 2022, the court heard oral argument regarding _California Department of Water Resources' Motion for Order Determining that The Castle Rock Agreement with PG&E Cannot be Assumed and that The Department of Water Resources' Claim No. 78104 be Paid_ (the "DWR Motion") (Dkt. 11887) and the _Motion of_

-1-

1   *the Reorganized Debtors for Entry of an Order Modifying Plan*

2   *Injunction and Compelling Arbitration of Claim of California*

3   *Department of Water Resources* (the "Debtors' Motion") (Dkt.

4   11896), together with the accompanying memoranda, declarations

5   and other filings.

6       Having considered the matters fully, the court concludes

7   that the DWR Motion should be GRANTED and the Debtors' Motion

8   should be DENIED.

9       Long before these bankruptcy cases were filed, the dispute

10  between these opposing parties was identified and framed, and

11  either side could have initiated the arbitration procedures of

12  the 1984 Cotenancy Agreement ("Agreement"). Neither did. Even

13  after the petitions were filed on January 29, 2019, that

14  procedure was available, either by DWR, perhaps after first

15  seeking relief from stay, or by Debtors. Again, neither pursued

16  that procedure.

17      All that changed when the Debtors' Plan of Reorganization

18  (the "Plan") was negotiated, filed, considered and confirmed.

19  As pointed out by DWR, specific provisions were inserted into

20  the Plan and the Order Confirming the Plan (the "OCP") to deal

21  with and reserve for later resolution very numerous open issues

22  relating to executory contracts between Debtors and many

23  governmental agencies, including DWR.

24      Among the most relevant of them are:

25  34. Determination of Cure Disputes.
26  a. Pursuant to Section 8.2(c) of the Plan, **in the event
    of an unresolved dispute regarding** (i) any Cure Amount,
27  (ii) the ability of the Reorganized Debtors or any
    assignee to provide "adequate assurance of future
28  performance" (within the meaning of section 365 of the

                              -2-

Bankruptcy Code) under the executory contract or unexpired lease to be assumed, or **(iii) any other matter pertaining to assumption, assumption and assignment, or the Cure Amounts required by section 365(b)(1) of the Bankruptcy Code (each, a "Cure Dispute"), such Cure Dispute shall be resolved by a Final Order of the Court,** which may be entered after the Effective Date. (emphasis added).

67. <u>Governmental Performance Obligations.</u>
d. Notwithstanding anything in this Confirmation Order, the Plan, or the Plan Documents, the listing of a matter as an "executory contract" or an "unexpired lease" in the Debtors' schedules or Plan Documents (a "Potentially Assumed Contract/Lease") is without prejudice to any contention by any Governmental Unit that the matter is not in fact an executory contract or unexpired lease as set forth in section 365 of the Bankruptcy Code. With respect to any Cure Amount for a Potentially Assumed Contract/Lease for which the United States or any department, agency, or instrumentality of the State of California (collectively, the "Governmental Parties") is listed as the Non-Debtor Counterparty, all parties reserve all rights to dispute such Cure Amount. **If any Governmental Party disputes (i) that any Potentially Assumed Contract/Lease is in fact an executory contract or unexpired lease** or (ii) any Cure Amount, such Governmental Party shall have no later than ninety (90) days after the Confirmation Date (or such later date as may be mutually agreed upon between the applicable Governmental Party and the Debtors or Reorganized Debtors) to file and serve an objection setting forth such dispute, and **any such dispute shall be resolved by the Bankruptcy Court.** (Emphasis added).

DWR is adamant that after it gave its notice of termination of its participation in the Agreement on June 30, 2018, effective one year later, there was nothing left for it to do or for Debtors to assume.  All that remains is for Debtors to pay a refund of $101,026.75, now reflected in Proof of Claim No. 78104 that is presumptively allowed and has not been the subject of an objection.

-3-

1    Debtors take a contrary view, reflected as early as when

2  the court was considering confirmation of the Plan.  Debtors

3  filed their *Schedule of Executory Contracts and Unexpired Leases*

4  *to be Assumed Pursuant to the Plan and Proposed Cure Amounts*

5  attached to the Plan Supplement as Exhibit B ("Cure Notice")

6  (Dkt. 7037).

7    That lengthy schedule included the Agreement.  Thus, even

8  to the present date, Debtors maintain that the Agreement was

9  subject to assumption because it was not rejected, and the

10  resolution of the remaining dispute that is the subject of the

11  present motions is part and parcel of the entire bundle of

12  rights and obligations of the parties that must be resolved

13  through arbitration.

14    Given the very specific attention given to matters that

15  plainly include the present dispute, the court is satisfied that

16  the Plan and the OCP reserving jurisdiction in this court to

17  resolve them prevail over those relied on by Debtors to require

18  the court to order arbitration.

19    In *In re Thorpe Insulation Co.,* 671 F.3d 1011 (9th Cir.

20  2012), the court established the principles that guide

21  bankruptcy courts in dealing with arbitration provisions versus

22  bankruptcy alternatives.  Those principles convince this court

23  to exercise its discretion not to order arbitration at present.

24    *Thorpe* involved a very complex reorganization of an

25  asbestos mass torts case and the implementation of 11 U.S.C. §

26  524(g).  It was a dispute of massive proportions and was

27  obviously quite critical to the outcome of the bankruptcy as a

28  whole.

-4-

In contrast, Debtors would not have been in bankruptcy at all but for the tragic wildfires of 2015, 2017 and 2018, none of which have anything to do with the present dispute. It is easy to assume that had those fires not occurred, no bankruptcy court would have been called upon to deal with the present dispute with DWR.

The determination of whether the Agreement is an executory contract that may be assumed, and if so under what circumstances and leading to what consequences, is clearly a core matter for determination unless the arbitration option is more appropriate. The core question is not a dispositive factor, but one that should be considered. *Thorpe* taught that "[i]n core proceedings, by contrast, the bankruptcy court at least when it sees a conflict with bankruptcy law, has discretion to deny enforcement of an arbitration agreement." *Thorpe* 671 F.3d at 1021 (citations omitted).

The Ninth Circuit agreed with other circuit courts that permit bankruptcy court discretion to decline enforcement or otherwise applicable arbitration provisions "only if arbitration would conflict the underlying purposes of the Bankruptcy Code." *Id.* (citations omitted). Had either party initiated arbitration after DWR gave its notice of termination in 2018 but before the bankruptcy, there is no doubt that such course would have to be followed. Even if either party had sought to do so after bankruptcy, but before consideration of the Plan, the same result appears likely.

Regardless of what could have happened, Debtors chose to reserve the disposition of this dispute as a post-Confirmation

-5-

1 matter as indicated above. While this court is not unmindful of

2 the tremendous complexity of the reorganization effort, and even

3 the complexities encountered apart from the wildfire problems,

4 Debtors still made an election of how best to proceed. They

5 could have excluded the Agreement from the list of matters to be

6 disposed of later but did not. Thus, the deferral of resolving

7 the issue through the plan mechanisms was a conscious choice.

8     *Thorpe* stated:

9     "Arbitration of a creditor's claim against a debtor, even

10     if conducted expeditiously, prevents the coordinated
    resolution of debtor-creditor rights and can delay the

11     confirmation of a plan of reorganization."

12     *Id.* at 1023.

13     There was no delay in consideration of the Plan and its

14 subsequent confirmation and implementation. The court cannot

15 ignore that conscious choice of the Debtors to proceed under the

16 procedures and reservations they established and which DWR and

17 other governmental agencies responded by their reservation of

18 rights as noted.

19     Even though this issue is presented to the court nearly two

20 years after the Plan was confirmed, there is still a risk that

21 an outcome achieved via arbitration, at least on the issues of

22 whether the Agreement was to the reserved assumption provisions

23 of the Plan at all, and whether DWR could be required to pay

24 anything after it gave its notice of termination, would conflict

25 with those policies articulated by *Thorpe* and memorialized in

26 the Plan and the OCP.

27     Under the circumstances presented, and consistent with the

28 admonitions of *Thorpe*, the court prefers to exercise its

-6-

discretion and keep that dispute here. If the outcome is as DWR hopes, the matter is over, subject only to the possibility of appellate review. If the outcome favors Debtors, the question of liquidation of the <u>amount</u> of damages to be paid by DWR <u>may</u> be more appropriately determined through arbitration.

There are no material facts in dispute regarding whether DWR should or should not be ordered to pay its share of the net loss upon termination of the Agreement. DWR looks to Section 14.5 of the Agreement to insulate it from such a charge because the other parties continued to operate under it. Debtors rely on Section 14.7 to hold DWR responsible for its share for termination in the future.

Collateral to that, and of relatively minor importance, is whether Claim No. 78104 should be paid. So far Debtors have not asserted any substantive objection to it, but maintain that if they prevail on the termination issue that would represent little more than a minor offset in DWR's favor.

It is now time to put this dispute to rest. Debtors have until March 25, 2022, to file a memorandum, not to exceed twenty pages and limited to this discrete issue described above, in support of their position. DWR has until April 8, 2022, to file a reply memorandum, not to exceed twenty pages and similarly limited. After that the matter will stand submitted unless the court decides to consider oral argument.

If the decision is that DWR prevails, then that should be the end of it, subject only to Debtors paying Claim No. 78104. If Debtors prevail on that discrete issue, the court will revisit the question of the amount DWR's future liability upon

-7-

1  termination should be determined through arbitration or via a
2  damages trial in this court.

3       The court is concurrently issuing orders consistent with
4  this Memorandum Decision.

5                    **END OF MEMORANDUM DECISION**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-8-

1

**EXHIBIT C**

2

**(Order Granting CDWR Motion Dated March 8, 2022)**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit C
Page 20

**Entered on Docket**
**March 08, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: March 8, 2022

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                           ) Bankruptcy Case
                                                 ) No. 19-30088-DM
PG&E CORPORATION,                                )
                                                 ) Chapter 11
              - and -                            )
                                                 ) Jointly Administered
PACIFIC GAS AND ELECTRIC COMPANY,)
                                                 )
         Reorganized Debtors.                    )
                                                 )
☐ Affects PG&E Corporation                       )
☐ Affects Pacific Gas and                        )
    Electric Company                             )
☒ Affects both Debtors                           )
                                                 )
* All papers shall be filed in                   )
the Lead Case, No. 19-30088 (DM).                )
                                                 )
                                                 )
_____  )

**ORDER GRANTING CALIFORNIA DEPARTMENT OF WATER RESOURCES' MOTION
FOR ORDER DETERMINING THAT THE CASTLE ROCK AGREEMENT WITH PG&E
CANNOT BE ASSUMED AND CLAIM NO. 78104 BE PAID**

     For the reasons stated in the Memorandum Decision Regarding
Dispute Between Debtors and The California Department of Water
Resources being issued concurrently, *California Department of
Water Resources' Motion for Order Determining that The Castle*

-1-

Exhibit C
Page 21

1 | *Rock Agreement with PG&E Cannot be Assumed and that The*
2 | *Department of Water Resources' Claim No. 78104 be Paid* (Dkt.
3 | 11887) is GRANTED.
4 | **\*\*END OF ORDER\*\***

-2-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT D**

**(Order Denying PG&E Motion Dated March 8, 2022)**



**Entered on Docket**
**March 08, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: March 8, 2022

_Dennis Montali_

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088-DM |
| PG&E CORPORATION, | |
|         - and - | Chapter 11 |
| PACIFIC GAS AND ELECTRIC COMPANY, | Jointly Administered |
|       Reorganized Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| _* All papers shall be filed in the Lead Case, No. 19-30088 (DM)._ | |

**ORDER DENYING DEBTORS' MOTION FOR ENTRY OF AN ORDER MODIFYING
PLAN INJUNCTION AND COMPELLING ARBITRATION OF CLAIM OF
CALIFORNIA DEPARTMENT OF WATER RESOURCES**

For the reasons stated in the Memorandum Decision Regarding
Dispute Between Debtors and The California Department of Water
Resources being issued concurrently, the _Motion of the
Reorganized Debtors for Entry of an Order Modifying Plan_

-1-

1 | *Injunction and Compelling Arbitration of Claim of California*

2 | *Department of Water Resources* (Dkt. 11896) is DENIED.

3 | **\*\*END OF ORDER\*\***

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

−2−

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT E

**(Order Denying Motion to Intervene Entered March 22, 2022)**

**Entered on Docket**
**March 22, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: March 21, 2022

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Bankruptcy Case |
| | ) No. 19-30088-DM |
| PG&E CORPORATION, | ) |
| | ) Chapter 11 |
| - and - | ) |
| | ) Jointly Administered |
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| | ) |
| Reorganized Debtors. | ) |
| | ) |
| ☐ Affects PG&E Corporation | ) |
| ☐ Affects Pacific Gas and | ) |
| Electric Company | ) |
| ☒ Affects both Debtors | ) |
| | ) |
| * All papers shall be filed in | ) |
| the Lead Case, No. 19-30088 (DM). | ) |
| | ) |

ORDER DENYING MOTION TO INTERVENE BY CITY OF SANTA CLARA, DBA
SILICON VALLEY POWER AND NORTHERN CALIFORNIA POWER AGENCY

On March 15, 2022, interested parties City of Santa Clara,
dba Silicon Valley Power ("SVP") and Northern California Power
Agency ("NCPA") filed a *Notice of Appearance and Ex Parte
Application for Order Authorizing City of Santa Clara, dba
Silicon Valley Power and Northern California Power Agency to
Intervene and File a Response to California Department of Water*

-1-

*Resources' Motion for Order Determining that the Castle Rock*
*Agreement Cannot Be Assumed and that the Department of Water*
*Resources Claim No. 78014 be Paid* (the "Intervention Motion")
(Dkt. 12024). On March 17, 2022 the California Department of
Water Resources' ("DWR") filed an Opposition to the Intervention
Motion (Dkt. 12035).

The Intervention Motion seeks to enter the fray of a
longstanding and nearly adjudicated dispute by filing a brief
according to the schedule set by the court's *Memorandum Decision*
*Regarding Dispute Between Debtors and the California Department*
*of Water Resources* (Dkt. 11999) (the "Memo"). The Memo detailed
the court's decision to grant DWR's *Motion for Order Determining*
*that the Castle Rock Agreement with PG&E Cannot be Assumed and*
*Claim No. 78104 be Paid* ("DWR Motion") (Dkt. 11887) and
subsequently set a further briefing schedule for DWR and
Debtors. SVP and NCPA were both served notice of the DWR Motion
when it was first filed on February 1, 2022. The Intervention
Motion makes clear that SVP and NCPA conferred with Debtors and
deliberately chose not to respond to the substance of the DWR
Motion in the belief that Debtors would prevail in their *Motion*
*of the Reorganized Debtors for Entry of an Order Modifying Plan*
*Injunction and Compelling Arbitration of Claim of California*
*Department of Water Resources* (Dkt. 11896), which the court
denied.

In the related dispute between Debtors and DWR, DWR
acknowledged the existence of an agreement among it, SVP and
NCPA (but not Debtors) known as the Layoff Agreement.
Responding to the *Reorganized Debtors' Motion for Order*

-2-

1  *Modifying Plan Injunction and Compelling Arbitration* (Dkt.
2  11896), DWR stated:

> 4  Whether DWR effectively terminated its interest in
> 5  the Castle Rock Agreement is a separate issue that
>    can be determined without reference to the Layoff
> 6  Agreement. To the extent that NCPA and SVP believe
>    they may have any cognizable action against DWR,
> 7  they should pursue it in state court rather than
>    attempt to manipulate the bankruptcy court
> 8  proceeding to seek relief through the Executory
>    Contract and Cure Dispute and claims allowance
> 9  process. (Dkt. 11942 at 14).

11     In determining whether a motion to intervene is timely,
12  courts consider three factors: "(1) the stage of the
13  proceedings; (2) whether the parties would be prejudiced; and
14  (3) the reason for any delay in moving to intervene." *Nw. Forest
15  Res. Council v. Glickman*, 82 F.3d 825, 836 (9th Cir. 1996), *as
16  amended on denial of reh'g* (May 30, 1996). As noted above, SVP
17  and NCPA chose not to participate in the DWR Motion for the past
18  month and a half while DWR made clear its interest in
19  determining the merits of the DWR Motion as to the Debtors from
20  the beginning. They remained on the sideline, casting their
21  fate with the Reorganized Debtors. To allow them to have a
22  second chance now would not be fair to DWR.
23     The proceedings are nearly over, DWR would be prejudiced in
24  having previously defaulted parties enter the fray, and the
25  reason for the delay is entirely the choice of SVP and NCPA.
26  All three factors weigh in favor of denying the Intervention
27  Motion. Even without intervention, DWR, SVP, and NCPA will

-3-

1  still be able to determine remaining rights under the Layoff

2  Agreement in another forum.

3          Accordingly, the Intervention Motion is DENIED.

4                          **END OF ORDER**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

1                 <u>COURT SERVICE LIST</u>

2   ECF Recipients

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-5-

## CERTIFICATE OF SERVICE

I am employed in the County of Sacramento; my business address is 555 Capitol Mall, Suite 1500, Sacramento, California 95814. I am over the age of eighteen years and not a party to the foregoing action.

On May 5, 2022, I served the within:

**(1) NOTICE OF APPEAL AND STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**



**(by mail)** on all parties in said action by regular, first class United States mail, postage fully pre-paid, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Boutin Jones Inc., mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Sacramento, California.

*See attached list of parties served by first class mail.*

| | |
|---|---|
| Lisa S. Gast<br>DUNCAN, WEINBERG, GENZER &<br>PEMBROKE, P.C.<br>1667 K Street NW, Suite 700<br>Washington, DC 20006 | *Appellant* |
| JANE LUCKHARDT (SBN 141919)<br>General Counsel<br>NORTHERN CALIFORNIA POWER<br>AGENCY<br>651 Commerce Drive<br>Roseville, CA 95678-6411 | *Appellant* |
| ROBERT BONTA<br>Attorney General of California<br>DANETTE VALDEZ, SBN 141780<br>ANNADEL ALMENDRAS, SBN 192064<br>Supervising Deputy Attorneys General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004 | *Appellee* |
| PAUL J. PASCUZZI, SBN 148810<br>NICHOLAS L. KOHLMEYER, SBN 299087<br>FELDERSTEIN FITZGERALD<br>WILLOUGHBY PASCUZZI & RIOS LLP<br>500 Capitol Mall, Suite 2250<br>Sacramento, CA 95814 | *Appellee* |
| Richard W. Slack (pro hac vice)<br>Theodore E. Tsekerides (pro hac vice)<br>Jessica Liou (pro hac vice)<br>Matthew Goren (pro hac vice)<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119 | *Other Interested Parties* |
| Jane Kim<br>David A. Taylor<br>Thomas B. Rupp<br>KELLER BENVENUTTI KIM LLP<br>650 California Street, Suite 1900<br>San Francisco, CA 94108 | *Other Interested Parties* |
| PG&E Corporation<br>77 Beale Street<br>P.O. Box 770000<br>San Francisco, CA 94177 | *Debtor* |
| Pacific Gas and Electric Company<br>77 Beale Street<br>P.O. Box 770000<br>San Francisco, CA 94177 | *Debtor* |
| Peter J. Benvenutti<br>Keller Benvenutti Kim LLP<br>650 California St. 19th Fl.<br>San Francisco, CA 94108 | *Attorneys for Debtor* |

| | |
|---|---|
| Kevin Bostel<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | *Attorneys for Debtor* |
| Lee Brand<br>Pillsbury Winthrop Shaw Pittman LLP<br>Four Embarcadero Center, 22nd Fl.<br>San Francisco, CA 94111-5998 | *Attorneys for Debtor* |
| Timothy G. Cameron<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 8th Ave.<br>New York, NY 10019 | *Attorneys for Debtor* |
| Jared R. Friedmann<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave.<br>New York, NY 10153 | *Attorneys for Debtor* |
| Andriana Georgallas<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | *Attorneys for Debtor* |
| Stuart J. Goldring<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave.<br>New York, NY 10153 | *Attorneys for Debtor* |
| Matthew Goren<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | *Attorneys for Debtor* |
| David A. Herman<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | *Attorneys for Debtor* |
| Stephen Karotkin<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | *Attorneys for Debtor* |
| Tobias S. Keller<br>Keller Benvenutti Kim LLP<br>650 California St. #1900<br>San Francisco, CA 94108 | *Attorneys for Debtor* |
| Jane Kim<br>Keller Benvenutti Kim LLP<br>650 California St, Suite 1900<br>San Francisco, CA 94108 | *Attorneys for Debtor* |
| Katherine Kohn<br>Groom Law Group, Chartered<br>1701 Pennsylvania Ave, NW #1200<br>Washington, DC 20006 | *Attorneys for Debtor* |

| | |
|---|---|
| Kevin Kramer<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | *Attorneys for Debtor* |
| David Levine<br>Groom Law Group, Chartered<br>1701 Pennsylvania Ave, NW #1200<br>Washington, DC 20006 | *Attorneys for Debtor* |
| Dara Levinson Silveira<br>Keller Benvenutti Kim LLP<br>650 California St. #1900<br>San Francisco, CA 94108 | *Attorneys for Debtor* |
| Jessica Liou<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | *Attorneys for Debtor* |
| Omid H. Nasab<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | *Attorneys for Debtor* |
| John Nolan<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | *Attorneys for Debtor* |
| Kevin J. Orsini<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | *Attorneys for Debtor* |
| Thomas B. Rupp<br>Keller Benvenutti Kim LLP<br>650 California Street, Suite 1900<br>San Francisco, CA 94108 | *Attorneys for Debtor* |
| Bradley R. Schneider<br>Munger Tolles and Olson LLP<br>350 S Grand Ave., 50th Fl.<br>Los Angeles, CA 90071 | *Attorneys for Debtor* |
| Ray C. Schrock<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | *Attorneys for Debtor* |
| Richard W. Slack<br>Weil Gotshal and Manges, LLP<br>767 Fifth Ave.<br>New York, NY 10153-0119 | *Attorneys for Debtor* |
| Theodore Tsekerides<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | *Attorneys for Debtor* |
| Paul H. Zumbro<br>Cravath, Swaine & Moore LLP<br>85 Eighth Avenue<br>New York, NY 10019 | *Attorneys for Debtor* |

| | |
|---|---|
| Office of the United States Trustee for Region 17<br>Attn: James L. Snyder, Esq. and Timothy Laffredi, Esq.<br>450 Golden Gate Avenue, 5th Floor, Suite #05-0153<br>San Francisco, CA 94102 | *U.S. Trustee* |
| Annadel A. Almendras<br>California Attorney General's Office<br>455 Golden Gate Ave., #11000<br>San Francisco, CA 94102 | *Attorneys for California Department of Water Resources* |
| Xavier Becerra<br>Office of the Attorney General<br>1515 Clay St., 20th Fl.<br>P.O. Box 70550<br>Oakland, CA 94612-0550 | *Attorneys for California Department of Water Resources* |
| Steven H. Felderstein<br>Felderstein Fitzgerald Willoughby et al<br>500 Capitol Mall #2250<br>Sacramento, CA 95814 | *Attorneys for California Department of Water Resources* |
| Paul J. Pascuzzi<br>Felderstein Fitzgerald et al LLP<br>500 Capitol Mall #2250<br>Sacramento, CA 95814 | *Attorneys for California Department of Water Resources* |
| James Potter<br>Office of the Attorney General<br>1515 Clay St., 20th Fl.<br>P.O. Box 70550<br>Oakland, CA 94612-0550 | *Attorneys for California Department of Water Resources* |
| Danette E. Valdez<br>Office of the Attorney General<br>455 Golden Gate Ave. #11000<br>San Francisco, CA 94102-7005 | *Attorneys for California Department of Water Resources* |
| Rob Bonta<br>Attorney General of California<br>Margarita Padilla Supervising Deputy Attorney General<br>Annadel A. Almendras<br>Supervising Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004 | *Attorneys for California Department of Water Resources* |

///

///

///

///

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**
Pursuant to controlling General Orders and LBR, the foregoing document will be served by
the court via NEF and hyperlink to the document. On (date) <u>5/5/2022,</u> I checked the CM/ECF
docket for this bankruptcy case or adversary proceeding and determined that the following
persons are on the Electronic Mail Notice List to receive NEF transmission at the email
addresses stated below:

- **Elliot Adler**  eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- **Aaron L. Agenbroad**  alagenbroad@jonesday.com, saltamirano@jonesday.com
- **Gabrielle L. Albert**  galbert@kbkllp.com
- **Annadel A. Almendras**  annadel.almendras@doj.ca.gov
- **Destiny N. Almogue**  Destiny.Almogue@skadden.com,
  wendy.lamanna@skadden.com
- **Monique D. Almy**  malmy@crowell.com
- **Anne Andrews**  aa@andrewsthornton.com, aandrews@andrewsthornton.com
- **Philip Anker**  philip.anker@wilmerhale.com, whdocketing@wilmerhale.com
- **Richard L. Antognini**  rlalawyer@yahoo.com, hallonaegis@gmail.com
- **Tyson Arbuthnot**  tarbuthnot@rjo.com, jyeung@rjo.com
- **Lauren T. Attard**  lattard@bakerlaw.com, agrosso@bakerlaw.com
- **Herb Baer**  hbaer@primeclerk.com, ecf@primeclerk.com
- **Kathryn E. Barrett**  keb@svlg.com, amt@svlg.com
- **Chris Bator**  cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- **Ronald S. Beacher**  rbeacher@pryorcashman.com
- **Hagop T. Bedoyan**  hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- **Andrew David Behlmann**  abehlmann@lowenstein.com,
  elawler@lowenstein.com
- **Tanya Behnam**  tbehnam@polsinelli.com, ladocketing@polsinelli.com
- **James C. Behrens**  jbehrens@milbank.com, mkoch@milbank.com
- **Jacob Taylor Beiswenger**  jbeiswenger@omm.com, llattin@omm.com
- **Peter J. Benvenutti**  pbenvenutti@kbkllp.com
- **Robert Berens**  rberens@smtdlaw.com, sr@smtdlaw.com
- **Ronald F. Berestka**  rberestka@stonelawoffice.com,
  csepulveda@stonelawoffice.com
- **Heinz Binder**  heinz@bindermalter.com
- **Jared D. Bissell**  jared.bissell@troutman.com
- **Neil Jon Bloomfield**  njbloomfield@njblaw.com, gklump@njblaw.com
- **Jason Blumberg**  jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- **Richard Bodnar**  rbodnar@rksllp.com
- **Melissa Boey**  melissa.boey@morganlewis.com
- **Paige Boldt**  pboldt@wattsguerra.com, cwilson@wattsguerra.com
- **Jason Borg**  jborg@jasonborglaw.com
- **Evan C. Borges**  eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- **Mark Bostick**  mbostick@wendel.com, bankruptcy@wendel.com
- **James L. Bothwell**  jbothwell@hueueninkahn.com, jguzman@hueueninkahn.com
- **Peter R. Boutin**  peter.boutin@kyl.com, lara.joel@kyl.com
- **Erin N. Brady**  erin.brady@hoganlovells.com
- **Lee Brand**  lee.brand@pillsburylaw.com, docket@pillsburylaw.com
- **Gregory A. Bray**  gbray@milbank.com

- **Michael D. Breslauer**   mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- **W. Steven Bryant**   molly.batiste-debose@lockelord.com
- **Chane Buck**   cbuck@jonesday.com
- **Kathlene Burke**   kathlene.burke@skadden.com, burke.kathlene@gmail.com
- Frank Busch   busch@wvbrlaw.com, pallister@wvbrlaw.com
- **Elizabeth J. Cabraser**   ecabraser@lchb.com, awolf@lchb.com
- **Anthony P. Cali**   anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- **Peter C. Califano**   pcalifano@cwclaw.com
- **Steven M. Campora**   scampora@dbbwc.com, nlechuga@dbbwc.com
- **Leah E. Capritta**   Leah.Capritta@hklaw.com, reena.kaur@hklaw.com
- **Nicholas A. Carlin**   nac@phillaw.com, rac@phillaw.com
- **Katherine Rose Catanese**   kcatanese@foley.com
- **Matthew Cave**   mcave@kfc.law
- **Barry A. Chatz**   barry.chatz@saul.com, barry.chatz@gmail.com
- **Karen J. Chedister**   kchedister@h-jlaw.com
- **Christina Lin Chen**   christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- **Richard A. Chesley**   richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- **Kevin Chiu**   kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com
- **Jacquelyn H. Choi**   jacquelyn.choi@rimonlaw.com, docketing@rimonlaw.com
- **Shawn M. Christianson**   schristianson@buchalter.com
- **Robert N.H. Christmas**   rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- **Jae Angela Chun**   ajc@chun.law, teresa@tosdallaw.com
- **Gerard T. Cicero**   GCicero@brownrudnick.com, NKhalatova@brownrudnick.com
- **Louis J. Cisz**   lcisz@nixonpeabody.com
- **Valerie E. Clemen**   mcarter@coombslaw.com
- **Alicia Clough**   aclough@loeb.com
- **Tiffany Strelow Cobb**   tscobb@vorys.com
- **John B. Coffman**   john@johncoffman.net
- **Kevin G. Collins**   kevin.collins@btlaw.com
- **Brian S. Conlon**   bsc@phillaw.com, rac@phillaw.com
- **Charles Cording**   ccording@willkie.com, mao@willkie.com
- **Manuel Corrales**   mannycorrales@yahoo.com, hcskanchy@hotmail.com
- **Anne Costin**   anne@costinlawfirm.com
- **Christopher J. Cox**   chris.cox@hoganlovells.com
- **Donald H. Cram**   dhc@severson.com
- **Ashley Vinson Crawford**   avcrawford@akingump.com, dkrasa-berstell@akingump.com
- **Douglas S. Crosno**   douglas.crosno@hoganlovells.com
- **Andrea Crowl**   acrowl@dbbwc.com
- **J. Russell Cunningham**   rcunningham@dnlc.net, emehr@dnlc.net
- **Keith J. Cunningham**   rkelley@pierceatwood.com
- **James D. Curran**   jcurran@wolkincurran.com, dstorms@wolkincurran.com
- **Tambra Curtis**   tambra.curtis@sonoma-county.org, Megan.Sweeley@sonoma-county.org
- **Stacy A. Dasaro**   sdasaro@goodwinlaw.com

- **James M. Davis**   jdavis@cglaw.com
- **Nicolas De Lancie**   ndelancie@jmbm.com
- **Judith A. Descalso**   jad_9193@ecf.courtdrive.com
- **Andrew G. Devore**   andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com
- **Erin Elizabeth Dexter**   edexter@milbank.com
- **Shounak S. Dharap**   ssd@arnslaw.com, mec@arnslaw.com
- **Kathryn S. Diemer**   kdiemer@diemerwei.com
- **Kathryn S. Diemer**   kdiemer@diemerwhitman.com
- **John P. Dillman**   Houston_bankruptcy@publicans.com
- **Caroline R. Djang**   caroline.djang@bbklaw.com, Laurie.Verstegen@bbklaw.com
- **Krystal Dong**   ykdong@gmail.com
- **Jonathan R. Doolittle**   jonathan.doolittle@pillsburylaw.com
- **Jonathan R. Doolittle**   jdoolittle@reedsmith.com
- **Jennifer V. Doran**   jdoran@hinckleyallen.com
- **Dustin M. Dow**   ddow@bakerlaw.com, jmcguigan@bakerlaw.com
- **Jamie P. Dreher**   jdreher@downeybrand.com
- **Todd Dressel**   tdressel@mcguirewoods.com, jtabisaura@mcguirewoods.com
- **Geoffrey B. Dryvynsyde**   gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
- **Jeffrey Aaron Dubbin**   jdubbin@labaton.com, echan-lee@labaton.com
- **Matthew Ducharme**   matthew.ducharme@hoganlovells.com, tracy.southwell@hoganlovells.com
- **Cecily Ann Dumas**   cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- **Dennis F. Dunne**   cprice@milbank.com, jbrewster@milbank.com
- **Dennis F. Dunne**   ddunne@milbank.com, jbrewster@milbank.com
- **Huonganh Annie Duong**   annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- **Luke N. Eaton**   eatonl@pepperlaw.com, monugiac@pepperlaw.com
- **Daniel G. Egan**   daniel.egan@ropesgray.com, nova.alindogan@ropesgray.com
- **Joseph A. Eisenberg**   JAE1900@yahoo.com
- **Michele Ellison**   mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- **David Emerzian**   Melany.Hertel@mccormickbarstow.com
- **G. Larry Engel**   larry@engeladvice.com
- **Krista M. Enns**   kenns@beneschlaw.com
- **Scott Esbin**   sesbin@esbinalter.com
- **Joseph M. Esmont**   jesmont@bakerlaw.com
- **Michael P. Esser**   michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- **Richard W. Esterkin**   richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- **Michael S. Etkin**   metkin@lowenstein.com
- **Jacob M. Faircloth**   jacob@bfolegal.com
- **Brett D. Fallon**   bfallon@morrisjames.com, wweller@morrisjames.com
- **Michael C. Fallon**   manders@fallonlaw.net
- **Joana Fang**   jf@kbklawyers.com, icd@kbklawyers.com
- **Joseph Kyle Feist**   jfeistesq@gmail.com, info@norcallawgroup.net
- **David M. Feldman**   DFeldman@gibsondunn.com
- **Matthew A. Feldman**   mfeldman@willkie.com
- **Jennifer Feldsher**   jennifer.feldsher@morganlewis.com

- **Mark E. Felger**   mfelger@cozen.com
- **James J. Ficenec**   James.Ficenec@ndlf.com
- **John D. Fiero**   jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- **Kimberly S. Fineman**   kfineman@fhlawllp.com
- **Stephen D. Finestone**   sfinestone@fhlawllp.com
- **Timothy M. Flaherty**   tflaherty@mpplaw.com
- **Daniel I. Forman**   dforman@willkie.com
- **Matthew Hampton Foushee**   hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- **Carolyn Frederick**   cfrederick@prklaw.com
- **Peter Friedman**   pfriedman@omm.com
- **Roger F. Friedman**   rfriedman@rutan.com, csolorzano@rutan.com
- **Xiyi Fu**   jackie.fu@lockelord.com, taylor.warren@lockelord.com
- **Lars H. Fuller**   lfuller@bakerlaw.com
- **Thomas M. Gaa**   tgaa@bbslaw.com
- **Larry W. Gabriel**   nfields@bg.law
- **Gregg M. Galardi**   gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com
- **Craig Solomon Ganz**   ganzc@ballardspahr.com, hartt@ballardspahr.com
- **Jeffrey K. Garfinkle**   jgarfinkle@buchalter.com
- **Oscar Garza**   ogarza@thegarzafirm.com
- **Lisa S. Gast**   lsg@dwgp.com, lmk@dwgp.com
- **Paul R. Gaus**   pgaus@downeybrand.com
- **Duane M. Geck**   dmg@severson.com
- **Evelina Gentry**   evelina.gentry@akerman.com
- **Janet D. Gertz**   jgertz@btlaw.com
- **Christopher Gessner**   cgessner@akingump.com, NYMCO@akingump.com
- **R. Dale Ginter**   dginter@downeybrand.com
- **Jon T. Givens**   givensjt@gmail.com, cwilson@wattsguerra.com
- **Barry S. Glaser**   bglaser@salvatoboufadel.com
- **Paul R. Glassman**   pglassman@sycr.com
- **Gabriel I. Glazer**   gglazer@pszjlaw.com
- **Gabrielle Glemann**   gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- **Jaime Godin**   Jtouchstone@fddcm.com
- **Matthew A. Gold**   courts@argopartners.net
- **Eric D. Goldberg**   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Craig Goldblatt**   Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com
- **Amy L. Goldman**   goldman@lbbslaw.com
- **Eric S. Goldstein**   egoldstein@goodwin.com
- **Rhonda Stewart Goldstein**   Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- **Richard H. Golubow**   rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- **Michael J. Gomez**   mgomez@frandzel.com, dmoore@frandzel.com
- **Michael W. Goodin**   mgoodin@clausen.com, mgenova@clausen.com
- **Eric R. Goodman**   egoodman@bakerlaw.com
- **Michael R. Goodstein**   mgoodstein@baileycav.com
- **Michael I. Gottfried**   mgottfried@elkinskalt.com, AAburto@elkinskalt.com
- **Louis Gottlieb**   Lgottlieb@labaton.com, mpenrhyn@labaton.com

1
- **Elizabeth Graham**    egraham@gelaw.com
- **Eric A. Grasberger**    eric.grasberger@stoel.com, docketclerk@stoel.com

2
- **Debra I. Grassgreen**    hphan@pszjlaw.com
- **Debra I. Grassgreen**    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

3
- **Eric A. Gravink**    eric@rhrc.net

4
- **Elizabeth A. Green**    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- **Tracy Green**    tgreen@wendel.com, bankruptcy@wendel.com

5
- **Mitchell B. Greenberg**    mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- **Brian Gregory**    b.gregory@veenfirm.com, EL.Team@Veenfirm.com

6
- **Susan Sieger Grimm**    SSieger-Grimm@brownrudnick.com, NKhalatova@brownrudnick.com

7
- **Matthew W. Grimshaw**    matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com

8
- **Stuart G. Gross**    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

9
- **Carl L. Grumer**    cgrumer@manatt.com, mchung@manatt.com
- **Elizabeth M. Guffy**    eguffy@lockelord.com, autodocket@lockelord.com

10
- **Lloyd C. Guintivano**    anitag@co.lake.ca.us, lloydg@co.lake.ca.us
- **Cameron M. Gulden**    cameron.m.gulden@usdoj.gov

11
- **Mirco J. Haag**    mhaag@buchalter.com, dcyrankowski@buchalter.com

12
- **Laurie Hager**    lhager@sussmanshank.com
- **J. Noah Hagey**    hagey@braunhagey.com, tong@braunhagey.com

13
- **Oren Buchanan Haker**    oren.haker@stoel.com, rene.alvin@stoel.com
- **Michael Hampson**    mhampson@rksllp.com

14
- **Kristopher M. Hansen**    dmohamed@stroock.com, mmagzamen@stroock.com

15
- **Joseph George Harraka**    jgharraka@becker.legal
- **Adam C. Harris**    adam.harris@srz.com

16
- **Robert G. Harris**    rob@bindermalter.com
- **Christopher H. Hart**    chart@nutihart.com, nwhite@nutihart.com

17
- **Bryan L. Hawkins**    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com

18
- **Jennifer C. Hayes**    jhayes@fhlawllp.com
- **Geoffrey A. Heaton**    gheaton@duanemorris.com, dmicros@duanemorris.com

19
- **Michael C. Hefter**    michael.hefter@hoganlovells.com, tracy.southwell@hoganlovells.com

20
- **Alaina R. Heine**    alaina.heine@dechert.com, brett.stone@dechert.com
- **Matthew Henderson**    matthew.henderson@msrlegal.com, karen.wigylus@msrlegal.com

21

22
- **Stephen E. Hessler, P.C.**    jozette.chong@kirkland.com
- **Matthew Heyn**    matthew.heyn@doj.ca.gov

23
- **Sean T. Higgins**    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com

24
- **James P. Hill**    hill@sullivanhill.com, bkstaff@sullivanhill.com
- **Morgan R. Hirst**    mhirst@jonesday.com, mmelvin@jonesday.com

25
- **Michael R. Hogue**    hoguem@gtlaw.com, navarrom@gtlaw.com
- **David Holtzman**    david.holtzman@hklaw.com

26
- **Alexandra S. Horwitz**    allie.horwitz@dinsmore.com

27
- **Marsha Houston**    mhouston@reedsmith.com, hvalencia@reedsmith.com
- **Linda Wendell Hsu**    lhsu@selmanlaw.com, psmith@selmanlaw.com

28
- **Shane Huang**    shane.huang@usdoj.gov
- **Brian D. Huben**    hubenb@ballardspahr.com, carolod@ballardspahr.com

- **Kelly L. Huey**   khuey@burkeandkesslerlaw.com
- **Christopher Hughes**   chughes@nossaman.com
- **Jonathan Hughes**   jane.rustice@aporter.com
- **Edward R. Huguenin**   ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
- **Michael A. Isaacs**   misaacs@rinconlawllp.com, aworthing@rinconlawllp.com
- **Mark V. Isola**   misola@brotherssmithlaw.com
- **J. Eric Ivester**   Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- **J. Eric Ivester**   Andrea.Bates@skadden.com
- **Lawrence A. Jacobson**   laj@cohenandjacobson.com, mcycle48@gmail.com
- **Kizzy L. Jarashow**   KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com
- **Ivan C. Jen**   ivan@icjenlaw.com
- **Amanda Jereige**   AJereige@winston.com, amanda-jereige-5954@ecf.pacerpro.com
- **Monique Jewett-Brewster**   mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- **James O. Johnston**   jjohnston@jonesday.com
- **Chris Johnstone**   chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- **Andrew Jones**   andrew@ajoneslaw.com
- **Gregory K. Jones**   GJones@dykema.com, cacossano@dykema.com
- **John L. Jones**   JJones@chwlaw.us, JLJones2@outlook.com
- **Robert A. Julian**   rjulian@bakerlaw.com, hhammonturano@bakerlaw.com
- **George H. Kalikman**   sdavenport@schnader.com
- **Roberto J. Kampfner**   rkampfner@whitecase.com, mco@whitecase.com
- **Bonnie E. Kane**   bonnie@thekanelawfirm.com, skane@thekanelawfirm.com
- **Eve H. Karasik**   ehk@lnbyb.com
- **Michael G. Kasolas**   trustee@kasolas.net, ecf.alert+Kasolas@titlexi.com
- **Elyssa S. Kates**   ekates@bakerlaw.com
- **Ori Katz**   okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- **William M. Kaufman**   wkaufman@smwb.com, eschneider@smwb.com
- **Jane G. Kearl**   jkearl@watttieder.com, jbenton@watttieder.com
- **Tobias S. Keller**   tkeller@kbkllp.com
- **Tobias S. Keller**   tkeller@kellerbenvenutti.com
- **Lynette C. Kelly**   ustpregion17.oa.ecf@usdoj.gov
- **Sarah Elisabeth Kelly-Kilgore**   skellykilgore@ggtriallaw.com, dvultaggio@ggtriallaw.com
- **Matthew K. Kelsey**   mkelsey@gibsondunn.com
- **Gerald P. Kennedy**   gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
- **Erica L. Kerman**   ekerman@willkie.com
- **Samuel A. Khalil**   skhalil@milbank.com, jbrewster@milbank.com
- **Samuel M. Kidder**   skidder@ktbslaw.com
- **Marc Kieselstein**   carrie.oppenheim@kirkland.com
- **Jane Kim**   jkim@kbkllp.com
- **Mary H. Kim**   Mary.Kim@dechert.com, brett.stone@dechert.com
- **Susan E. Kirkgaard**   carlyn.jorgensen@bullivant.com
- **Kody D. L. Kleber**   kkleber@bakerlaw.com, dmartinez@bakerlaw.com

- **Matthew Ryan Klinger**    mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- **Bradley C. Knapp**    bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- **Kelly V. Knight**    kelly.knight@srz.com
- **Lydia Vanessa Ko**    Lvko@stonelawoffice.com
- **Thomas F. Koegel**    tkoegel@crowell.com
- **Katherine Kohn**    kkohn@groom.com, ashahinllari@groom.com
- **Andy S. Kong**    kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- **Anna Kordas**    akordas@jonesday.com, mmelvin@jonesday.com
- **Alan W. Kornberg**    akornberg@paulweiss.com
- **Bernard Kornberg**    bernard.kornberg@practus.com
- **David I. Kornbluh**    dkombluh@venturahersey.com, jpatterson@venturahersey.com
- **Lauren Kramer**    lkramer@rjo.com
- **Marc Kramer**    mkramer@rksllp.com
- **Jeffrey C. Krause**    jkrause@gibsondunn.com
- **Thomas R. Kreller**    tkreller@milbank.com
- **Lindsey E. Kress**    lkress@lockelord.com, autodocket@lockelord.com
- **Hannah C. Kreuser**    hkreuser@porterlaw.com, ooberg@porterlaw.com
- **Kevin Kroll**    kkroll@kfc.law
- **Michael Thomas Krueger**    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- **Marek P. Krzyzowski**    MKrzyzowski@brownrudnick.com, SCalderon@brownrudnick.com
- **Robert T. Kugler**    robert.kugler@stinson.com
- **Duane Kumagai**    dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com
- **Brendan M. Kunkle**    bkunkle@abbeylaw.com, lmeyer@abbeylaw.com
- **Alisa C. Lacey**    alisa.lacey@stinson.com, karen.graves@stinson.com
- **Timothy S. Laffredi**    timothy.s.laffredi@usdoj.gov
- **Timothy S. Laffredi**    timothy.s.laffredi@usdoj.gov
- **Richard A. Lapping**    rich@trodellalapping.com
- **Omeed Latifi**    olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- **John E. Lattin**    jlattin@ostergar.com, cslovenec@ostergar.com
- **Paul J. Laurin**    plaurin@btlaw.com, slmoore@btlaw.com
- **Michael Lauter**    mlauter@sheppardmullin.com
- **Kenneth T. Law**    klaw@bbslaw.com
- **Francis J. Lawall**    francis.lawall@troutman.com, susan.henry@troutman.com
- **Andrew Michael Leblanc**    ALeblanc@milbank.com
- **Erica Lee**    Erica.Lee@doj.ca.gov
- **Scott Lee**    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- **Paul J. Leeds**    leedsp@higgslaw.com
- **Edward J. Leen**    eleen@mkbllp.com
- **Lisa Lenherr**    llenherr@wendel.com, bankruptcy@wendel.com
- **Matthew A. Lesnick**    matt@lesnickprince.com, jmack@lesnickprince.com
- **Bryn G. Letsch**    bletsch@braytonlaw.com
- **David B. Levant**    david.levant@stoel.com, rene.alvin@stoel.com
- **Andrew H. Levin**    alevin@wcghlaw.com
- **David Levine**    dnl@groom.com
- **Marc A. Levinson**    Malevinson@orrick.com, casestream@ecf.courtdrive.com

- **Dara Levinson Silveira**   dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com
- **Alexander James Demitro Lewicki**   kdiemer@diemerwei.com
- **Alexander James Demitro Lewicki**   alewicki@diemerwei.com
- **Lauren Lifland**   lauren.lifland@wilmerhale.com, whdocketing@wilmerhale.com
- **William S. Lisa**   jcaruso@nixonpeabody.com
- **William S. Lisa**   wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- **Jonathan A. Loeb**   jon.loeb@bingham.com
- **Michael B. Lubic**   michael.lubic@klgates.com
- **John William Lucas**   ocarpio@pszjlaw.com
- **Joseph R. Lucia**   PersonalInjuryGroup@RLSlawyers.com
- **Jane Luciano**   jane-luciano@comcast.net
- **Kerri Lyman**   klyman@irell.com, #-FirmPSDocketing@Steptoe.com
- **John H. MacConaghy**   macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- **Iain A. Macdonald**   imac@macfern.com, 6824376420@filings.docketbird.com
- **Malcolm A. Mackenzie**   mmackenzie@coombslaw.com, vclemen@coombslaw.com
- **Tracy L. Mainguy**   tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Samuel R. Maizel**   samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- **Adam Malatesta**   adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- **Katharine Malone**   malonek@gtlaw.com
- **Liam K. Malone**   malone@oles.com, shahin@oles.com
- **Michael W. Malter**   michael@bindermalter.com
- **Ankur Mandhania**   amandhania@mayerbrown.com
- **Craig Margulies**   cmargulies@margulies-law.com, lsalazar@margulies-law.com
- **Geoffrey E. Marr**   gemarr59@hotmail.com
- **Richard A. Marshack**   rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com
- **Catherine Martin**   cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- **Laila Masud**   lmasud@marshackhays.com, lmasud@ecf.courtdrive.com
- **David P. Matthews**   jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- **Patrick C. Maxcy**   patrick.maxcy@snrdenton.com
- **Simon Richard Mayer**   simon.mayer@lockelord.com, Rellis@lockelord.com
- **James J. Mazza**   james.mazza@skadden.com, wendy.lamanna@skadden.com
- **Benjamin P. McCallen**   bmccallen@willkie.com
- **C. Luckey McDowell**   Luckey.McDowell@Shearman.com
- **Matthew D. McGill**   MMcGill@gibsondunn.com
- **Melissa C. McLaughlin**   mcmclaughlin@venable.com, ataylor@venable.com
- **Edward Joseph McNeilly**   edward.mcneilly@hoganlovells.com, verbon.davenport@hoganlovells.com
- **Scott H. McNutt**   SMcNutt@ml-sf.com, csnell@ml-sf.com
- **Thomas Melone**   Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- **Peter Meringolo**   peter@pmrklaw.com
- **Frank A. Merola**   lacalendar@stroock.com, mmagzamen@stroock.com
- **Jennifer L. Mersing**   jennifer.mersing@stoel.com, lisa.petras@stoel.com

- **Joshua M. Mester**    jmester@jonesday.com
- **Matthew D. Metzger**    belvederelegalecf@gmail.com
- **Merle C. Meyers**    mmeyers@mlg-pc.com
- **Randy Michelson**    randy.michelson@michelsonlawgroup.com
- **Gerardo Mijares-Shafai**    Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com
- **Joel S. Miliband**    jmiliband@brownrudnick.com
- **Joseph G. Minias**    jminias@willkie.com
- **M. David Minnick**    dminnick@pillsburylaw.com, docket@pillsburylaw.com
- **Benjamin Mintz**    benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com
- **Nancy Mitchell**    nmitchell@omm.com
- **Thomas C. Mitchell**    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- **John A. Moe**    john.moe@dentons.com, glenda.spratt@dentons.com
- **Aaron J. Mohamed**    ajm@brereton.law, aaronmohamedlaw@gmail.com
- **Kevin Montee**    kmontee@monteeassociates.com
- **Christopher D. Moon**    chris@moonlawapc.com, kevin@moonlawapc.com
- **David W. Moon**    lacalendar@stroock.com, mmagzamen@stroock.com
- **Diane Marger Moore**    dmargermoore@baumhedlundlaw.com
- **Erika L. Morabito**    emorabito@foley.com, hsiagiandraughn@foley.com
- **Candace J. Morey**    cjm@cpuc.ca.gov
- **Courtney L. Morgan**    morgan.courtney@pbgc.gov
- **Richard Morin**    6863427420@filings.docketbird.com
- **Kimberly S. Morris**    kmorris@bakerlaw.com, hhammonturano@bakerlaw.com
- **Rodney Allen Morris**    Rodney.Morris2@usdoj.gov
- **Joshua D. Morse**    Joshua.Morse@dlapiper.com, docket@pillsburylaw.com
- **Andrew H. Morton**    andrew.morton@stoel.com, lisa.petras@stoel.com
- **Peter S. Munoz**    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- **John Leland Murphree**    LMurphree@maynardcooper.com, mshabpareh@maynardcooper.com
- **Bennett J. Murphy**    bmurphy@bennettmurphylaw.com
- **Julie M. Murphy**    jmmurphy@stradley.com
- **Michael S. Myers**    myersm@ballardspahr.com
- **David L. Neale**    dln@lnbyg.com
- **David Neier**    dneier@winston.com
- **Brittany J. Nelson**    bnelson@foley.com, hsiagiandraughn@foley.com
- **Michael S. Neumeister**    MNeumeister@gibsondunn.com
- **Howard S. Nevins**    hnevins@hsmlaw.com
- **Samuel A. Newman**    sam.newman@sidley.com, laefilingnotice@sidley.com
- **Melissa T. Ngo**    ngo.melissa@pbgc.gov, efile@pbgc.gov
- **Mario R. Nicholas**    mario.nicholas@stoel.com, ana.trask@stoel.com
- **Sean Nolan**    snolan@akingump.com, NYMCO@akingump.com
- **Gregory C. Nuti**    chart@nutihart.com, nwhite@nutihart.com
- **Abigail O'Brient**    aobrient@mintz.com, docketing@mintz.com
- **Alicia D. O'Neill**    aoneill@wattsguerra.com, cwilson@wattsguerra.com
- **Julie E. Oelsner**    joelsner@weintraub.com, bjennings@weintraub.com
- **Office of the U.S. Trustee / SF**    USTPRegion17.SF.ECF@usdoj.gov
- **Aron M. Oliner**    roliner@duanemorris.com, dmicros@duanemorris.com

- **Matthew Jon Olson**   matt@macfern.com, stell.laura@dorsey.com
- **Scott Olson**   scott.olson@bclplaw.com
- **Steven M. Olson**   steve@bfolegal.com
- **Aram Ordubegian**   Ordubegian.Aram@ArentFox.com
- **Jose Antonio Ortiz**   aortiz@jhwclaw.com
- **Keith C. Owens**   kowens@foxrothschild.com, bclark@venable.com
- **Gabriel Ozel**   gabeozel@gmail.com
- **Amy S. Park**   amy.park@skadden.com
- **Marissa Parker**   mparker@stradley.com
- **Donna Taylor Parkinson**   donna@parkinsonphinney.com
- **Peter S. Partee**   ppartee@huntonak.com, candonian@huntonak.com
- **Paul J. Pascuzzi**   ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- **Kenneth Pasquale**   mlaskowski@stroock.com
- **Dow Wakefield Patten**   dow@forthrightlaw.com
- **Larry Allan Peluso**   pelusolaw@gmail.com, firm@pelusolaw.net
- **Valerie Bantner Peo**   vbantnerpeo@buchalter.com
- **Yosef Peretz**   skim@peretzlaw.com
- **Christian A. Pereyda**   CPereyda@maynardcooper.com, mshabpareh@maynardcooper.com
- **Thomas R. Phinney**   tom@parkinsonphinney.com
- **R. Alexander Pilmer**   alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- **M. Ryan Pinkston**   rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- **Estela O. Pino**   epino@epinolaw.com, rmahal@epinolaw.com
- **Gregory Plaskett**   gregory.plaskett@gmail.com
- **Mark D. Plevin**   mplevin@crowell.com
- **Steven G. Polard**   spolard@eisnerlaw.com, calendar-lao@ropers.com
- **Mark D. Poniatowski**   ponlaw@ponlaw.com
- **Cara M. Porter**   cara.porter@doj.ca.gov, rachel.patu@doj.ca.gov
- **Christopher E. Prince**   cprince@lesnickprince.com
- **Douglas B. Provencher**   dbp@provlaw.com
- **Amy C. Quartarolo**   amy.quartarolo@lw.com
- **Lary Alan Rappaport**   lrappaport@proskauer.com, PHays@proskauer.com
- **Justin E. Rawlins**   justinrawlins@paulhastings.com
- **Hugh M. Ray**   hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- **Paul F. Ready**   smeyer@farmerandready.com
- **Caroline A. Reckler**   caroline.reckler@lw.com
- **David M. Reeder**   david@reederlaw.com, secretary@reederlaw.com
- **Steven J. Reisman**   sreisman@katten.com, nyc.bknotices@kattenlaw.com
- **Jeffrey M. Reisner**   jreisner@irell.com, #-FirmPSDocketing@Steptoe.com
- **Jack A. Reitman**   srichmond@lgbfirm.com
- **Emily P. Rich**   erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **David J. Richardson**   drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
- **Christopher O. Rivas**   crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **David B. Rivkin**   drivkin@bakerlaw.com, jmeeks@bakerlaw.com
- **John R. Rizzardi**   kcoselman@cairncross.com, tnguyen@cairncross.com
- **Daniel Robertson**   robertson.daniel@pbgc.gov, efile@pbgc.gov

- **Michael Rogers**    mrogers@lambertrogers.com, jan@lambertrogers.com
- **Lawrence M. Rolnick**    lrolnick@rksllp.com
- **Jorian L. Rose**    jrose@bakerlaw.com
- **Laurence M. Rosen**    lrosen@rosenlegal.com, zstanco@rosenlegal.com
- **Paul M. Rosenblatt**    prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- **David A. Rosenzweig**    david.rosenzweig@nortonrosefulbright.com
- **Jay M. Ross**    jross@hopkinscarley.com, eamaro@hopkinscarley.com
- **Gregory A. Rougeau**    grougeau@brlawsf.com
- **Jason C. Rubinstein**    jrubinstein@fklaw.com, mclerk@fklaw.com
- **Nathan Q. Rugg**    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- **Thomas B. Rupp**    trupp@kbkllp.com
- **Steven B. Sacks**    ssacks@sackslawoffice.com
- **Eric E. Sagerman**    esagerman@bakerlaw.com
- **Robert Sahyan**    rsahyan@sheppardmullin.com, lsegura@sheppardmullin.com
- **Gregory M. Salvato**    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- **Jonathan C. Sanders**    jsanders@stblaw.com
- **Nanette D. Sanders**    nanette@ringstadlaw.com, becky@ringstadlaw.com
- **Natalie Kathleen Sanders**    natalie.sanders@bakerbotts.com
- **Lovee Sarenas**    Lovee.sarenas@lewisbrisbois.com
- **Brandy A. Sargent**    brandy.sargent@klgates.com, docketclerk@stoel.com
- **Patricia Savage**    psavesq@gmail.com, jodi.savage@gmail.com
- **Caroline A.H. Sayers**    caroline.sayers@lathropgpm.com, patricia.johnson@lathropgpm.com
- **Sblend A. Sblendorio**    sas@hogefenton.com
- **Francis O. Scarpulla**    fos@scarpullalaw.com, cpc@scarpullalaw.com
- **Daren M Schlecter**    daren@schlecterlaw.com, info@schlecterlaw.com
- **Bradley R. Schneider**    bradley.schneider@mto.com
- **Harvey S. Schochet**    Harveyschochet@dwt.com
- **Nathan A. Schultz**    nschultzesq@gmail.com, kjarashow@goodwinlaw.com
- **Lisa Schweitzer**    lschweitzer@cgsh.com
- **Eric J. Seiler**    eseiler@fklaw.com, mclerk@fklaw.com
- **Leonard M. Shulman**    lshulman@shbllp.com
- **Andrew I. Silfen**    andrew.silfen@arentfox.com
- **Wayne A. Silver**    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- **Brandt Silver-Korn**    bsilverkorn@edelson.com, docket@edelson.com
- **Craig S. Simon**    csimon@bergerkahn.com, aketcher@bergerkahn.com
- **Gerald Singleton**    gerald@slffirm.com, BKECFCANB@SLFfirm.com
- **Steven J. Skikos**    sskikos@skikos.com, mmontoya@skikos.com
- **Michael K. Slattery**    mslattery@lkfirm.com, rramirez@lkfirm.com
- **Dania Slim**    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- **Jennifer N. Slocum**    jennifer.slocum@stoel.com, docketclerk@stoel.com
- **Aaron C. Smith**    asmith@lockelord.com, autodocket@lockelord.com
- **Alan D. Smith**    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- **Jan D. Sokol**    jdsokol@lawssl.com
- **Daniel Solish**    cocolaw@stancounty.com, solishd@stancounty.com
- **Randye B. Soref**    rsoref@polsinelli.com, ccripe@polsinelli.com
- **Joseph Sorkin**    jsorkin@akingump.com, NYMCO@akingump.com

- **Michael St. James**  ecf@stjames-law.com
- **Diane C. Stanfield**  diane.stanfield@alston.com, nelly.villaneda@alston.com
- **Howard J. Steinberg**  steinbergh@gtlaw.com, pearsallt@gtlaw.com
- **Harriet A. Steiner**  harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- **Lillian G. Stenfeldt**  lillian.stenfeldt@rimonlaw.com, docketing@rimonlaw.com
- **Cheryl L. Stengel**  clstengel@outlook.com, stengelcheryl40@gmail.com
- **David M. Stern**  dstern@ktbslaw.com
- **Geoffrey S. Stewart**  gstewart@jonesday.com, mmelvin@jonesday.com
- **Alan J. Stone**  AStone@milbank.com, DMcCracken@Milbank.com
- **Jason D. Strabo**  jstrabo@mwe.com
- **Michael H. Strub**  mstrub@ggtriallaw.com, mhstrub1@gmail.com
- **Rebecca Suarez**  rsuarez@crowell.com
- **Brad T. Summers**  docketing-pdx@lanepowell.com
- **Karin Swope**  kswope@cpmlegal.com
- Kristine Theodesia Takvoryan  ktakvoryan@ckrlaw.com
- **Kesha Tanabe**  kesha@tanabelaw.com
- **Mary Ellmann Tang**  mtang@frenchlyontang.com, nfears@frenchlyontang.com
- **Dante Taylor**  dtaylor@lbbklaw.com
- **Elizabeth Lee Thompson**  ethompson@stites.com, docketclerk@stites.com
- **John C. Thornton**  jct@andrewsthornton.com, aandrews@andrewsthornton.com
- **Elisa Tolentino**  cao.main@sanjoseca.gov
- **Meagan S. Tom**  meagan.tom@lockelord.com, autodocket@lockelord.com
- **Edward J. Tredinnick**  etredinnick@foxrothschild.com
- **Matthew Jordan Troy**  matthew.troy@usdoj.gov
- **Rocky C. Tsai**  rocky.tsai@ropesgray.com, matthew.haut@ropesgray.com
- **Michael Tye**  Michael.Tye@usdoj.gov
- **Gary D. Underdahl**  gunderdahl@askllp.com, lmiskowiec@askllp.com
- **Andrew Van Ornum**  avanornum@vlmglaw.com, hchea@vlmglaw.com
- **Shmuel Vasser**  shmuel.vasser@dechert.com, brett.stone@dechert.com
- **Victor A. Vilaplana**  vavilaplana@foley.com, rhurst@foley.com
- **Marta Villacorta**  marta.villacorta@usdoj.gov
- **Carol C. Villegas**  cvillegas@labaton.com, NDonlon@labaton.com
- **John A. Vos**  InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- **Bao M. Vu**  bao.vu@stoel.com, sharon.witkin@stoel.com
- **Nicholas Wagner**  kschemen@wagnerjones.com, bwagner@wagnerjones.com
- **Jonathan D. Waisnor**  jwaisnor@willkie.com, mao@willkie.com
- **Rachel M. Walsh**  rwalsh@goodwinlaw.com, tsutton@goodwinlaw.com
- **Riley C. Walter**  jalfaro@wjhattorneys.com
- **Phillip K. Wang**  phillip.wang@rimonlaw.com
- **Samuel M. Ward**  sward@barrack.com, cfessia@barrack.com
- **Philip S. Warden**  philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- **Gregory P. Waters**  gwaters@elllaw.com, gregorywatersesq@gmail.com
- **Guy L. Watts**  gwatts@wattsguerra.com, cwilson@wattsguerra.com
- **Mikal C. Watts**  mcwatts@wattsguerra.com, cwilson@wattsguerra.com
- **Lindsi M. Weber**  lweber@polsinelli.com, yderac@polsinelli.com
- **Joseph M. Welch**  jwelch@buchalter.com, dcyrankowski@buchalter.com
- **Todd J. Wenzel**  todd@wenzellawoffices.com
- **Meredith Werner**  meredith.werner@clydeco.us

- **David Walter Wessel**     DWessel@efronlawfirm.com, hporter@chdlawyers.com
- **Joseph West**     westjoseph@earthlink.net, josephw998@gmail.com
- **Drew M. Widders**     dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- **Jason P. Williams**     maryanne@wplgattorneys.com
- **Eric R. Wilson**     kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- **Kimberly S. Winick**     kwinick@clarktrev.com, knielsen@clarktrev.com
- **Rebecca J. Winthrop**     rebecca.winthrop@nortonrosefulbright.com, diana.cardenas@nortonrosefulbright.com
- **David Wirt**     david.wirt@hklaw.com, denise.harmon@hklaw.com
- **Ryan A. Witthans**     rwitthans@fhlawllp.com
- **Keith H. Wofford**     keith.wofford@ropesgray.com, nova.alindogan@ropesgray.com
- **Risa Lynn Wolf-Smith**     rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- **Douglas Wolfe**     asm@asmcapital.com
- **Andrea Wong**     wong.andrea@pbgc.gov, efile@pbgc.gov
- **Christopher Kwan Shek Wong**     christopher.wong@arentfox.com
- **David A. Wood**     dwood@marshackhays.com, lbuchanan@marshackhays.com
- **Kirsten A. Worley**     worleyk@higgslaw.com, admin@wlawcorp.com
- **Kinga Wright**     kinga.wright@lockelord.com, autodocket@lockelord.com
- **Antonio Yanez**     ayanez@willkie.com
- **Cathy Yanni**     cathy@cathyyanni.com, pstrunk@browngreer.com
- **Andrew Yaphe**     andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
- **Stephanie Yee**     syee@janglit.com, klockwood@janglit.com
- **Tacie H. Yoon**     tyoon@crowell.com
- **Bennett G. Young**     byoung@jmbm.com, jb8@jmbm.com
- **Eric G. Young**     eyoung@dcalaw.com, Jackie@dcalaw.com
- **Nicole M. Zeiss**     nzeiss@labaton.com
- **Paul H. Zumbro**     mao@cravath.com
- **Brittany Zummer**     bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- **Dario de Ghetaldi**     deg@coreylaw.com, lf@coreylaw.com

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on May 5, 2022, at Sacramento, California.

_____/s/ Carmelia V. Domingo_____
CARMELIA V. DOMINGO

1239852.1