| | |
|---|---|
| 1 | STEVEN M. CAMPORA, SBN 110909 |
| 2 | **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP** |
| 3 | 20 Bicentennial Circle |
|   | Sacramento, CA 95826 |
| 4 | Telephone: (916) 379-3500 |
| 5 | Facsimile: (916) 379-3599 |
| 6 | Attorneys for Creditors, Michael Ramey; Michael Ramey and Associates, Inc.; and Michael Ramey |
| 7 | as Trustee of the Ramey Colby 2007 Trust. |
| 8 | ESTELA O. PINO, SBN 112975 |
|   | **PINO & ASSOCIATES** |
| 9 | 1520 Eureka Rd., Suite 101, |
|   | Roseville, CA 95661 |
| 10 | Telephone: (916) 641-2288 |
| 11 | Facsimile: (916) 244-0989 |
| 12 | Attorneys for Dreyer Babich Buccola Wood Campora, LLP |

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case Nos. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| -and- | |
| In re: | **PROOF OF SERVICE VIA UNITED STATES MAIL** |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Debtors. | |
| ☐ Affects PG&E Corporation | JUDGE: Hon. Dennis Montali |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| *All papers shall be filed in the lead case, No. 19-30088(DM)* | RELATED DOCKET: 12349, 12350, & 12351 |

Case: 19-30088    Doc# 12370    Filed: 05/12/22    Entered: 05/12/22 10:47:27    Page 1 of 3

| | |
|---|---|
| 1 | I am employed in the County of Placer, California. My business address is 1520 Eureka Rd., |
| 2 | Suite 101, Roseville, CA 95661. I am over the age of eighteen years and not a party to the foregoing |
| 3 | action. |
| 4 | |
| 5 | On May 10, 2022, I served the documents named below on the parties in said action by |
| 6 | causing true copies thereof to be placed in a sealed envelope with postage thereon fully prepaid in the |
| 7 | United States mail in Roseville, California, addressed as follows: |

**Documents Served:**

1. **MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL TO: MICHAEL RAMEY; MICHAEL RAMEY AND ASSOCIATES, INC.; AND MICHAEL RAMEY AS TRUSTEE OF THE RAMEY COLBY 2007 TRUST; and**

2. **DECLARATION OF STEVE M. CAMPORA IN SUPPORT OF MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL TO: MICHAEL RAMEY; MICHAEL RAMEY AND ASSOCIATES, INC.; AND MICHAEL RAMEY AS TRUSTEE OF THE RAMEY COLBY 2007 TRUST; and**

3. **NOTICE AND OPPORTUNITY FOR HEARING ON MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL TO: MICHAEL RAMEY; MICHAEL RAMEY AND ASSOCIATES, INC.; AND MICHAEL RAMEY AS TRUSTEE OF THE RAMEY COLBY 2007 TRUST.**

**Parties Served:**

Michael Ramey
P.O. Box 28379
Santa Ana, CA 92799.

Michael Ramey & Associates Inc.
Michael Ramey, MBA, CFE, SCLA
P.O. Box 28379
Santa Ana, CA 92799.

///
///
///

| | |
|---|---|
| 1 | Michael Ramey & Associates Inc. |
| 2 | c/o Michael Ramey |
| 3 | Agent for Service of Process |
| 4 | 530 La Gonda Way, Suite D |
| 5 | Danville, CA 94526. |
| 6 | Michael Ramey & Associates Inc. |
| 7 | Michael Ramey, MBA, CFE, SCLA |
|   | P.O. Box 744, |
| 8 | Danville, CA 94526. |
| 9 | Michael Ramey as Trustee of the Ramey |
| 10 | Colby 2007 Trust |
| 11 | P.O. Box 28379 |
|    | Santa Ana, CA 92799. |
| 12 | |
| 13 | I declare under penalty of perjury under the laws of the United States of America that the |
| 14 | foregoing is true and correct. |
| 15 | |
| 16 | Executed on May 12, 2022, at Roseville, Placer County, California. |

_____

Ramandeep K. Mahal