Northern California Law Group, PC.
Joseph Feist, SBN 249447
2611 Esplanade
Chico, CA 95973
Tel: 530-433-0233 | Fax: 916-426-7848
info@norcallawgroup.net

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re** | Case No. 19-30088-DM |
| **PG&E Corporation,** | Chapter 11 |
| | Lead Case, Jointly Administered |
| **and** | |
| | **PROOF OF SERVICE** |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| | Date: June 29th, 2022 |
| | Time: 10:00 a.m. (Pacific Time) |
| **Debtors.** | Place: Telephonic/Video Appearances Only |
| | United States Bankruptcy Court |
| | Courtroom 17, |
| | 450 Golden Gate Ave., 16th Floor |
| | San Francisco, CA |
| | Judge: Hon. Dennis Montali |
| | |
| | Objection Date: June 15th, 2022 |

## CERTIFICATE OF SERVICE

I, Joanna Melena, do declare and state as follows:

1. I am employed at Northern California Law Group, the firm that represents the Movant's, Jay and Linda Johnston in the above referenced chapter 11 bankruptcy case and am not a party to the action.

2. On May 12th, 2022, I served the following documents by the method set forth on the Master Service List attached hereto as Exhibit "B":

- MOTION PURSUANT TO FED. R. BANKR. PROC. 7015 AND 7017 TO ENLARGE TIME TO FILE PROOF OF CLAIM PURSUANT TO FED. R. BANKR. PROC. 9006(b)(1) (the "*Motion*")
- NOTICE OF HEARING PURSUANT TO FED. R. BANKR. PROC. 7015 AND 7017 TO ENLARGE TIME TO FILE PROOF OF CLAIM PURSUANT TO FED. R. BANKR. PROC. 9006(b)(1) (the "*Notice of Hearing*")
- DECLARATION OF MOVANT IN SUPPORT OF MOTION PURSUANT TO FED. R. BANKR. PROC. 7015 AND 7017 TO ENLARGE TIME TO FILE PROOF OF CLAIM PURSUANT TO FED. R. BANKR. PROC. 9006(b)(1) (the "*Declaration of Movants*")
- DECLARATION OF JOSEPH FEIST IN SUPPORT OF MOTION PURSUANT TO FED. R. BANKR. PROC. 7015 AND 7017 TO ENLARGE TIME TO FILE PROOF OF CLAIM PURSUANT TO FED. R. BANKR. PROC. 9006(b)(1) (the "*Declaration of Joseph Feist*")
- PROOF OF CLAIM FILED BY THE MOVANT'S ATTORNEY (the "*Proof of Claim Exhibit "A"*")

3. On May 12th, 2022, at the direction of Joseph K. Feist a partner at Northern California Law Group, PC. caused the Motion, Notice of Motion, Declaration of Movants, the Declaration of Joseph Feist and Exhibits "A" & "B", to be served via first class mail and email on Abbey, Weitzenberg, Warren & Emery, P.C., Attn: Brendan M. Kunkle, Michael D. Green, 100 Stony Point Road, Suite 200, Santa Rosa, CA 95401, bkunkle@abbeylaw.com; mgreen@abbeylaw.com., Corey, Luzaich De Ghetaldi & Riddle LLP, Attn. Dario De Ghetaldi, Amanda L. Riddle, 700 El Camino Real PO BOX 669, Millbrae, CA 94030, deg@coreylaw.com, alr@coreylaw.com, Danko Meredith Attn: Kristine K. Meredith, 333 Twin Dolphin Dr. Ste. 145, Redwood Shores, CA 94605, kmeredith@dankolaw.com, Gibbs Law Group LLP, Attn: Eric Gibbs, Dylan Hughes, 505 14th St. Ste 1110 Oakland, CA 94612,

ehg@classlawgroup.com, dsh@classlawgroup.com; via email to PG&E Counsel, Kevin Kramer, Kevin.Kramer@weil.com.

4. I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

5. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 12th day of May 2022, at Sacramento, CA.

/s/ *Joanna Melena*

Joanna Melena