| | |
|---|---|
| 1 | Northern California Law Group, PC. |
| | Joseph Feist, SBN 249447 |
| 2 | 2611 Esplanade |
| | Chico, CA 95973 |
| 3 | Tel: 530-433-0233 | Fax: 916-426-7848 |
| | info@norcallawgroup.net |
| 4 | |
| 5 | Attorney for Claimants |
| | Jay and Linda Johnston |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 19-30088-DM |
| | ) | |
| PG&E Corporation, | ) | Chapter 11 |
| | ) | Lead Case, Jointly Administered |
| and | ) | |
| | ) | **DECLARATION OF MOVANTS IN** |
| PACIFIC GAS AND ELECTRIC | ) | **SUPPORT OF MOTION PURSUANT TO** |
| COMPANY, | ) | **FED. R. BANKR. PROC. 7015 AND 7017 TO** |
| | ) | **ENLARGE TIME TO FILE PROOF OF** |
| Debtors. | ) | **CLAIM PURSUANT TO FED. R. BANKR.** |
| | ) | **PROC. 9006(b)(1)** |
| [x] Affects both Debtors | ) | |
| | ) | Date: June 29th, 2022 |
| *All paper shall be filed in the Lead Case, No. 19-30088-DM | ) | Time: 10:00 a.m. (Pacific Time) |
| | ) | Place: Telephonic/Video Appearances Only |
| | ) | United States Bankruptcy Court |
| | ) | Courtroom 17, |
| | ) | 450 Golden Gate Ave., 16th Floor |
| | ) | San Francisco, CA |
| | ) | Judge: Hon. Dennis Montali |
| | ) | |
| | ) | Objection Date: June 15th, 2022 |

I, Jay and Linda Johnston, hereby declare:

1. We are the movants in this matter and share ownership in Joint Tenancy, of the property commonly known as 6217 Cannon Ct. Magalia, CA 95954 on November 8, 2018, which was our primary residency at the time of the Camp Fire and continues to be. We are only seeking to file zone of danger and nuisance claims due to our evacuation experience and the loss of use and enjoyment of our real and personal property and loss of community.

2. Our Proof of Claim filing for damages sustained in the Camp Fire of November 8, 2018, was delayed due to our reasonable belief that we did not have a claim associated with the fire as our home did not sustain any physical damage.

3. On May 6th, 2022, we contacted Northern California Law Group, PC., to obtain a consultation. We were informed at that time, that we did have a valid claim against PG&E for the losses suffered on November 8, 2018, and on this date, we first learned that we were able to bring a claim against PG&E.

4. On May 9th, 2021, we retained Northern California Law Group, PC to file this motion, file our Proof of Claim and represent us in the Fire Victims Trust process.

5. All statements in this declaration are based on our own personal knowledge and observation. If called to testify on this matter, we can and would competently testify to the matters set forth in this Declaration.

We declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of May 2022, in Magalia, CA.

/s/Linda Johnston
Linda Johnston
Movant

/s/Jay Johnston
Jay Johnston
Movant