Entered on Docket
May 12, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: May 12, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☒ Affects Pacific Gas and Electric Company <br> ☐ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **ORDER APPROVING FIFTH SCHEDULING AND MEDIATION STIPULATION WITH RESPECT TO THE CITY OF SANTA CLARA DBA SILICON VALLEY POWER'S MOTION TO COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACT CONCERNING THE GRIZZLY DEVELOPMENT AND MOKELUMNE SETTLEMENT AGREEMENT** <br><br> **Related Docket No.: 10998, 11153, 11337, 11538, 11759, 11881, 12038 and 12343** |

The Court having considered the *Fifth Scheduling and Mediation Stipulation with Respect to the City of Santa Clara DBA Silicon Valley Power's Motion to Compel Assumption or Rejection of Executory Contract Concerning the Grizzly Development and Mokelumne Settlement Agreement*, dated May 9, 2022 [Docket No. 12343] (the "**Fifth Scheduling and Mediation Stipulation**"),[1] entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**"), on the one hand, and City of Santa Clara DBA Silicon Valley Power ("**Santa Clara**," and together with the Debtors and the Reorganized Debtors, the "**Parties**"), on the other hand; and pursuant to such Fifth Scheduling and Mediation Stipulation and agreement of the Parties, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Fifth Scheduling and Mediation Stipulation is approved.

2. The Hearing Date shall be continued to August 9, 2022, at 10:00 am (Prevailing Pacific Time). The June 7, 2022 hearing on the Motion is taken off the Court's calendar.

3. Reorganized Debtors' response to the Motion must be filed with the Court by July 19, 2022.

4. Any reply by Santa Clara must be filed with the Court by August 2, 2022.

5. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation or any Order approving the terms of this Stipulation.

APPROVED AS TO FORM AND CONTENT:

Dated: May 9, 2022

BOUTIN JONES INC.

*/s/ Robert D. Swanson*

Robert D. Swanson

*Attorneys for the City of Santa Clara DBA Silicon Valley Power*

**END OF ORDER**

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Fifth Scheduling and Mediation Stipulation.