**Entered on Docket**
**May 12, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: May 12, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Richard A. Lapping (SBN: 107496)
TRODELLA & LAPPING LLP
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 200-9407
Facsimile: (415) 651-9004
*Rich@TrodellaLapping.com*

Attorneys for Todd Greenberg

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br> **PG&E CORPORATION,** <br>   - and - <br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br> **Debtors.** <br> ☐ Affects PG&E Corporation <br> ☒ Affects Pacific Gas and Electric Company <br> ☐ Affects both Debtors <br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br> Chapter 11 <br> (Lead Case) (Jointly Administered) <br> **ORDER GRANTING CREDITOR TODD GREENBERG'S MOTION TO AMEND PROOF OF CLAIM NO. 77335** <br> [Related to Docket No. 11992] <br> Date: April 12, 2022 <br> Time: 10:00 a.m. <br> Place: Courtroom 17 <br> 450 Golden Gate Avenue, 16th Floor <br> San Francisco, California <br> Judge: Hon. Dennis Montali <br> **Via Video Conference** |

Creditor Todd Greenberg's Motion to Amend Claims Numbered 77335 and 76018 [Docket No. 11992] (the "Motion") came on for continued hearing on April 12, 2022. Appearances were as noted on the record. For the reasons stated on the record, and for good cause shown, **IT IS HEREBY ORDERED:**

1. The Motion is granted with respect to Proof of Claim No. 77335.

2. Greenberg may file a proof of claim (the "Updated Refrigerator Claim"), in the form

attached to the Motion as Exhibit 1, amending Proof of Claim No. 77335.

3. Upon the filing of the Updated Refrigerator Claim, Proof of Claim No. 77335 shall be disallowed and expunged from the claims register in the above-captioned chapter 11 cases, solely on the basis that it has been superseded by the Updated Refrigerator Claim.

4. Nothing in this Order shall affect the rights, claims, or defenses of any party with respect to the Updated Refrigerator Claim.

5. The Reorganized Debtors' objection to Proof of Claim No. 77335 [Docket No. 9455] shall be deemed to object to the Updated Refrigerator Claim, and the Scheduling Order dated February 16, 2022 [Docket No. 11943] shall remain in full force and effect and apply to the Updated Refrigerator Claim, without change, as if it were Proof of Claim No. 77335.

6. The Reorganized Debtors' objection to Proof of Claim No. 76018 and all related proceedings shall be stayed upon the entry of an order modifying the Plan Injunction to allow the claims against the Reorganized Debtors set forth in Claim No. 76018 to be liquidated in the state court action captioned *Greenberg v. Teichert Pipelines, Inc., et al.*, Case No. CV2200278, currently pending in the Superior Court of California, County of Marin ("State Court Action"), and shall remain stayed until a judgment in the State Court Action shall become final and not appealable.

7. The Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

***END OF ORDER***

APPROVED AS TO FORM:

KELLER BENVENUTTI KIM LLP

By: /s/ *Thomas B. Rupp*
Thomas B. Rupp
Attorneys for Debtors and
Reorganized Debtors