

Ronald L.M. Goldman, Esq. (State Bar No. 33422)
rgoldman@baumhedlundlaw.com
Diane Marger Moore, Esq. (*Pro Hac Vice*)
dmargermoore@gmail.com
**BAUM HEDLUND ARISTEI & GOLI**
10940 Wilshire Boulevard, Suite 1600
Los Angeles, California 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

*Signed and Filed: May 16, 2022*

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

*Attorneys for Creditors,
Majesti Mai Bagorio, et al.*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- **and –**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**ORDER GRANTING**<br >***EX PARTE* MOTION FOR WITHDRAWAL OF *PRO HAC VICE* APPEARANCE OF DIANE MARGER MOORE**<br>**[DOC #12336]** |

An *ex parte* motion to withdraw the *pro hac vice* appearance of Diane Marger, as counsel for creditors Majesti Mai Bagorio, et al. in case number 19-30088 (DM) has been filed [Doc #12336] and considered.

**IT IS ORDERED THAT:**

The *pro hac vice* appearance of Diane Marger Moore is withdrawn.

\*\*END OF ORDER\*\*