1

**LEVIN LAW GROUP PLC**
EMILY S. LEVIN (SBN 232366)
2  emily@levinlawgroupplc.com
2615 Forest Avenue, Suite 120
3  Chico, California   95928
Telephone: 530-353-1679
4  Facsimile:  877-310-0160

5  Attorneys for Robert Vickers, Authorized Representative
Of Claimant William Vickers (Deceased)
6

7

8

9                         **UNITED STATES BANKRUPTCY COURT**

10                        **NORTHERN DISTRICT OF CALIFORNIA**

11

12  In re                                          | **CASE NO. 19-30088-DM**

PG&E CORPORATION,                      **NOTICE OF WITHDRAWAL OF**
13                                                **MOTION TO ALLOW/DEEM TIMELY**
And                                            **LATE FILING OF ROBERT VICKERS, ,**
14                                               **AUTHORIZED REPRESENTATIVE OF**
PACIFIC GAS AND ELECTRIC COMPANY,  **CLAIMANT WILLIAM VICKERS**
15                                              **(DECEASED); MEMORANDUM OF**
Debtors.                                 **POINTS AND AUTHRITOIES AND**
16                                               **DECLARTION OF EMILY S. LEVIN IN**
X – Affects Both Debtors                 **SUPPORT THEREOF**
17

18                                               Date:     June 29, 2022
Time:     10:00 a.m.
19                                               Place:    Via Telephonically
450 Golden Gate Avenue
20                                                         Courtroom 17
San Francisco, CA  94102
21                                               Judge:    Hon. Dennis Montali

22                                               Objection Deadline:  May 31, 2022

23

24

25

26

27

28  **NOTICE OF WITHDRWAL OF MOTION TO ALLOW/DEEM TIMELY LATE FILING**

PLEASE TAKE NOTICE that Robert Vickers, Authorized Representative of Claimant William Vickers (deceased), hereby withdraws his Motion to Allow/Deem Timely Late Filing of Claim, filed as Docket No. 82641, filed October 19, 2019.

DATED: May 16, 2022                    LEVIN LAW GROUP PLC


By: __/s/ Emily S. Levin_____
        EMILY S. LEVIN
        Robert Vickers, Authorized Representative
        of Claimant William Vickers

**NOTICE OF WITHDRWAL OF MOTION TO ALLOW/DEEM TIMELY LATE FILING**