**LEVIN LAW GROUP PLC**
EMILY S. LEVIN (SBN 232366)
emily@levinlawgroupplc.com
2615 Forest Avenue, Suite 120
Chico, California 95928
Telephone: 530-353-1679
Facsimile: 877-310-0160

Attorneys for Zoila Alvarado (deceased) and
Tony Alvarado, Authorized Representative

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>And<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>X – Affects Both Debtors | CASE NO. 19-30088-DM<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO ALLOW/DEEM TIMELY LATE FILING OF TONY ALVARADO, AUTHORIZED REPRESENTATIVE OF ZOILA ALVARADO (DECEASED); MEMORANDUM OF POINTS AND AUTHRITOIES AND DECLARTION OF EMILY S. LEVIN IN SUPPORT THEREOF**<br><br>Date: June 29, 2022<br>Time: 10:00 a.m.<br>Place: Via Telephonically<br>       450 Golden Gate Avenue<br>       Courtroom 17<br>       San Francisco, CA 94102<br>Judge: Hon. Dennis Montali<br><br>Objection Deadline: May 31, 2022 |

LEVIN LAW GROUP PLC

PLEASE TAKE NOTICE that Tony Alvarado, son and authorized representative of Zoila Alvarado (deceased), hereby withdraws his Motion to Allow/Deem Timely Late Filing of Claim, filed as Docket No. 89226, filed December 19, 2019.

DATED: May 16, 2022  LEVIN LAW GROUP PLC

By: /s/ Emily S. Levin
EMILY S. LEVIN
Tony Alvarado (Authorized Representative) and Zoila Alvarado