WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **NOTICE OF CONTINUED HEARING WITH RESPECT TO ONE CLAIM IN THE REORGANIZED DEBTORS' FIFTEENTH SECURITIES CLAIMS OMNIBUS OBJECTION (SECURITIES ACQUIRED OUTSIDE SUBJECT PERIOD)** <br><br> **[Re: Dkt. Nos. 11343, 11520, 11638, 11809, 12057]** <br><br> Date: June 7, 2022 <br> Time: 10:00 a.m. (Pacific Time) <br> Place: (Tele/Videoconference Appearances Only) <br> United States Bankruptcy Court <br> Courtroom 17, 16th Floor <br> San Francisco, CA 94102 |

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (the "**Debtors**," or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** by order dated June 20, 2020, the Bankruptcy Court confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated June 19, 2020* [Docket No. 8048] (the "**Plan**"). The Plan became effective on July 1, 2020.

**PLEASE TAKE FURTHER NOTICE** that on January 25, 2021, the Bankruptcy Court entered the *Order Approving Securities ADR and Related Procedures for Resolving Subordinated Securities Claims* [Docket No. 10015] (the "**Securities Claims Procedures Order**"), pursuant to which the Bankruptcy Court established procedures by which the Debtors and Reorganized Debtors could file objections to multiple Subordinated Securities Claims (as defined therein).

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Securities Claims Procedures Order, the Reorganized Debtors filed the *Reorganized Debtors' Fifteenth Securities Claims Omnibus Objection (Securities Acquired Outside Subject Period)* [Docket No. 11343] (the "**Fifteenth Securities Claims Omnibus Objection**") and received one informal response identified below (the "**Fifteenth Securities Claims Omnibus Objection Response**"):

| Omnibus Objection | Objection Filed | Response Deadline | Response Received | Claim Number | Current Hearing Date | Continued Hearing Date |
|---|---|---|---|---|---|---|
| Fifteenth Securities Claims Omnibus Objection | September 28, 2021 | October 26, 2021, at 4:00 p.m. (Pacific Time) | Franklin F. Oliveros & Zenaida C. Oliveros | 102822 | May 24, 2022, at 10:00 a.m. (Pacific Time) | June 7, 2022, at 10:00 a.m. (Pacific Time) |

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Fifteenth Securities Claims Omnibus Objection *solely with respect to the specific claim identified* will be **further continued** to the omnibus hearing on June 7, 2022, at 10:00 a.m. (Pacific Time). The Reorganized Debtors' reply deadline

*solely with respect to the specific claim identified* is further extended to May 31, 2022, at 4:00 p.m. (Pacific Time).

**PLEASE TAKE FURTHER NOTICE** that copies of each document identified herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Reorganized Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: May 17, 2022

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**

By: */s/ Richard W. Slack*

Richard W. Slack

*Attorneys for Debtors and Reorganized Debtors*