WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **REORGANIZED DEBTORS' REPORT ON RESPONSES TO TWENTY-FIRST SECURITIES CLAIMS OMNIBUS OBJECTION (DUPLICATE CLAIMS) AND REQUEST FOR ORDER BY DEFAULT AS TO UNOPPOSED OBJECTIONS** <br><br> [Re: Dkt. No. 12149] <br><br> **Resolving Objections Set for Hearing May 24, 2022 at 10:00 a.m. (Pacific Time)** |

**REQUEST FOR ENTRY OF ORDER BY DEFAULT**

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby request, pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Docket No. 1996], that the Court enter an order by default on the *Reorganized Debtors' Twenty-First Securities Claims Omnibus Objection (Duplicate Claims)* [Docket No. 12149] (the "**Twenty-First Securities Claims Omnibus Objection**").

**RELIEF REQUESTED IN THE
TWENTY-FIRST SECURITIES CLAIMS OMNIBUS OBJECTION**

The Twenty-First Securities Claims Omnibus Objection seeks to disallow and expunge certain proofs of claim that duplicate others submitted in the Chapter 11 Cases. The claims subject to the Twenty-First Securities Claims Omnibus Objection are listed in **Exhibit 1** to that Objection.

**NOTICE AND SERVICE**

The Reorganized Debtors filed the *Notice of Hearing on Reorganized Debtors' Twenty-First Securities Claims Omnibus Objection (Duplicate Claims)* [Docket No. 12151] (the "**Notice of Hearing**"). The Twenty-First Securities Claims Omnibus Objection was supported by the *Declaration of Justin R. Hughes in Support of Reorganized Debtors' Twenty-First Securities Claims Omnibus Objection (Duplicate Claims)* [Docket No. 12150] (the "**Hughes Declaration**"). The Twenty-First Securities Claims Omnibus Objection, the Notice of Hearing, and the Hughes Declaration were served as described in the *Certificate of Service* of Sonia Akter, filed on April 15, 2022 [Docket No. 12172] (the "**Certificate of Service**"). As further described in the Certificate of Service, on April 12, 2022, each holder of a claim listed on **Exhibit 1** to the Twenty-First Securities Claims Omnibus Objection received a notice including the claim number, debtor, claim amount, and the basis for the Reorganized Debtors' objection with respect to the applicable claim to be disallowed and expunged.

The deadline to file responses or oppositions to the Twenty-First Securities Claims Omnibus Objection has passed. The Reorganized Debtors have received the following informal responses:

| Docket No. | Claimant | Claim Nos. | Resolution |
|---|---|---|---|
| Informal | John Hancock Core Bond Fund | 107657 | Claimant has WITHDRAWN one of the two duplicate claims identified on the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection has been WITHDRAWN with respect to this claim. |
| Informal | John Hancock Core Bond Trust | 107648, 107563, 107568, 107554, 107573, 107555, 107583 | Claimant has WITHDRAWN the claims that are subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to these claims. |
| Informal | John Hancock Core Bond Trust | 107576 | Claimant has WITHDRAWN one of the two duplicate claims identified on the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection has been WITHDRAWN with respect to this claim. |
| Informal | John Hancock Core Bond Trust (JHCBT) | 107741 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Hartford Balanced HLS Fund | 101964 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Hartford Global Capital Appreciation Fund | 102044 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Docket No. | Claimant | Claim Nos. | Resolution |
|---|---|---|---|
| Informal | Hartford Global Real Asset Fund | 101282 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Hartford Multi Asset Income & Growth Fund | 101993 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Hartford Multifactor Low Volatility US Equity ETF | 101328 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Hartford Total Return Bond ETF | 101958 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Hartford Ultrashort Bond HLS Fund | 102111 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | HIMCO Duration Matched Division Ser II | 102069 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | HIMCO US Aggregate Bond Index Division | 102003 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Docket No. | Claimant | Claim Nos. | Resolution |
|---|---|---|---|
| Informal | Himco Vit Index Fund | 102107 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | HIMCO VIT Portfolio Diversifier Fund | 102062 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | The Hartford Global All-Asset Fund | 102001 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | The Hartford Strategic Income Fund | 102027 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | The Hartford Total Return Bond Fund | 101956 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Russell 1000 Value Index Trust Fund | 102529 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Vanguard Annuity Equity Index Fund | 102492 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Docket No. | Claimant | Claim Nos. | Resolution |
|---|---|---|---|
| Informal | Vanguard CA Intermediate Term Tax Exempt Fund | 102497 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Vanguard CA Long Term Tax Exempt Fund | 102549 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Vanguard CA Tax Exempt Money Market | 102495 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Vanguard Capital Value Fund | 102547 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Vanguard Equity Income | 102560 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Vanguard Equity Income Annuity Fund | 102563 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Vanguard Growth and Income Fund | 102562 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Docket No. | Claimant | Claim Nos. | Resolution |
|---|---|---|---|
| Informal | Vanguard Growth and Income Fund | 101817 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Vanguard Growth and Income Fund | 102538 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Vanguard Index 500 Fund | 102507 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Vanguard Instit. Total Stock Market Index Fund | 102448 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Vanguard Institutional Index Fund | 102509 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Vanguard Institutional Short-Term Bond Fund | 102566 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Vanguard Large Cap Index Fund | 102573 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Docket No. | Claimant | Claim Nos. | Resolution |
|---|---|---|---|
| Informal | Vanguard Limited Term Tax Exempt Fund | 102576 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Vanguard Mega Cap Index Fund | 102578 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Vanguard Mega Cap Value Index Fund | 102500 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Vanguard Municipal Cash Management Fund | 102499 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Vanguard Precious Metals & Mining Fund | 102580 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Vanguard Russell 1000 Index Fund | 102454 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Vanguard Russell 1000 Value Index Fund | 102583 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Docket No. | Claimant | Claim Nos. | Resolution |
|---|---|---|---|
| Informal | Vanguard Russell 3000 Index Fund | 102315 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Vanguard Selected Value Fund | 102585 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Vanguard Short Term Bond Index Fund | 102587 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Vanguard Short-Term Corporate Bond Index Fund | 102311 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Vanguard Tax Managed Capital Appreciation Fund | 102588 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Vanguard Tax-Managed Balanced-Equity | 102458 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Vanguard Total Stock Market Index Fund | 102593 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |

| Docket No. | Claimant | Claim Nos. | Resolution |
|---|---|---|---|
| Informal | Vanguard Total World Stock Index Fund | 102594 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Vanguard U.S. Value Fund | 102603 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Vanguard Ultra-Short-Term Bond Fund | 102309 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Vanguard US Value Factor ETF | 102597 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Vanguard Utilities Index Fund | 102598 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Vanguard Value Index Fund | 102299 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | Vanguard Windsor Fund | 102289 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Docket No. | Claimant | Claim Nos. | Resolution |
|---|---|---|---|
| Informal | Vanguard Windsor Fund | 102291 | Claimant has WITHDRAWN the claim that is subject to the Twenty-First Securities Claims Omnibus Objection, and therefore the Twenty-First Securities Claims Omnibus Objection is MOOT as to this claim. |
| Informal | William McGovern IRA Charles Schwab Cust | 104029 | The Reorganized Debtors have filed a Notice of Continued Hearing with respect to this claim, further extending the hearing to June 29, 2022. |

## DECLARATION OF NO OPPOSITION RECEIVED

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am a member of the law firm of Weil, Gotshal & Manges LLP ("**Weil**"), counsel for the Reorganized Debtors.

2. The Court's docket in the Chapter 11 Cases has been reviewed and Weil has determined that no responses have been filed with respect to the Twenty-First Securities Claims Omnibus Objection except as described herein.

WHEREFORE, the Reorganized Debtors hereby request entry of an order disallowing and expunging the proofs of claim listed in the column headed "Claim(s) to be Disallowed and Expunged" in **Exhibit A** to this Request, which listed claims identical to those in **Exhibit 1** to the Twenty-First Securities Claims Omnibus Objection, except as otherwise discussed above.

Dated May 17, 2022

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**

By: /s/ Richard W. Slack

Richard W. Slack

*Attorneys for Debtors and Reorganized Debtors*