**Exhibit A**

**Claims to be Disallowed and Expunged**

| | | Claim(s) to be Disallowed and Expunged | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|---|
| No. | Name and Address of Claimant | Claim# | Debtor | Claim Amount and Priority[1] | Basis For Objection | Name and Address of Claimant | Claim# | Debtor | Claim Amount and Priority |
| 1 | Agnes H. Smith Trust<br>Amy W. McBennett, Trustee<br>916 Blenheim Drive<br>Raleigh, NC 27612 | 98396 | PG&E Corporation | Unsecured: $6,877.28 | Duplicate Claim | Agnes H. Smith Trust<br>Amy W. McBennett, Trustee<br>916 Blenheim Drive<br>Raleigh, NC 27612 | 106571 | PG&E Corporation | Unsecured: $6,877.28 |
| 2 | Agnes H. Smith Trust<br>Amy W. McBennett, Trustee<br>916 Blenheim Drive<br>Raleigh, NC 27612 | 106570 | PG&E Corporation | Unsecured: $6,877.28 | Duplicate Claim | | | | |
| 3 | Birte Ann Bugelli & Emanuel Bugelli Jt Ten<br>5455 Landmark Pl Unit 1213<br>Greenwood Village, CO 80111-1958 | 99844 | PG&E Corporation | Unsecured: $10,455.09 | Duplicate Claim | BIRTE ANN BUGELLI & EMANUEL BUGELLI JT TEN<br>5455 LANDMARK PL UNIT 1213<br>GREENWOOD VILLAGE, CO 80111-1958 | 106620 | PG&E Corporation | Unsecured: $10,455.09 |
| 4 | Casto, Mark A.<br>7570 W. Parkside Drive<br>Youngstown, OH 44512 | 98406 | PG&E Corporation | Unsecured: $1,304.10 | Duplicate Claim | Casto, Mark A<br>7570 W Parkside Dr.<br>Youngstown, OH 44512 | 100261 | PG&E Corporation | Unsecured: $1,304.10 |
| 5 | Daraskavich, Matthew<br>13811 Burning Tree Lane<br>Plymouth, MI 48170 | 104148 | PG&E Corporation | Unsecured: $43.76 | Duplicate Claim | Daraskavich, Matthew<br>13811 Burning Tree Lane<br>Plymouth, MI 48170 | 104321 | PG&E Corporation | Unsecured: $43.76 |
| 6 | Daraskavich, Matthew<br>13811 Burning Tree Lane<br>Plymouth, MI 48170 | 104444 | PG&E Corporation | Unsecured: $43.76 | Duplicate Claim | | | | |
| 7 | FLETCHER FAMILY TRUST<br>22129 N SAN RAMON DRIVE<br>SUN CITY WEST, AZ 85375 | 98354 | PG&E Corporation | Unsecured: $35,904.66 | Duplicate Claim | FLETCHER FAMILY TRUST<br>22129 N SAN RAMON DRIVE<br>SUN CITY WEST, AZ 85375 | 98940 | PG&E Corporation | Unsecured: $35,904.66 |
| 8 | Gorud, Jay D.<br>Morgan Stanley<br>c/o Tricia S. O'Neil<br>One Financial Plaza, 19th Fl.<br>Providence, RI 02903 | 105394 | PG&E Corporation | Unsecured: $1,715.65 | Duplicate Claim | Gorud, Jay D<br>Morgan Stanley<br>c/o Tricia S. O'Neil<br>One Financial Plaza, 19th Fl<br>Providence , RI 02903 | 103839 | PG&E Corporation | Unsecured: $1,715.65 |
| 9 | HOWLAND, JANET K<br>C/O TRICIA S O'NEIL<br>MORGAN STANLEY<br>ONE FINANCIAL PLAZA, 19TH FL<br>PROVIDENCE, RI 02903 | 103837 | PG&E Corporation | Unsecured: $2,667.56 | Duplicate Claim | Howland, Janet K.<br>Morgan Stanley<br>c/o Tricia S. O'Neil<br>One Financial Plaza, 19th Fl.<br>Providence, RI 02903 | 105366 | PG&E Corporation | Unsecured: $2,667.56 |
| 10 | JHVIT Core Bond Trust<br>John Hancock Investments<br>197 Clarendon Street<br>Boston, MA 02116 | 107079 | PG&E Corporation | Unsecured: $0.00 | Duplicate Claim | JHVIT Core Bond Trust<br>John Hancock Investments<br>197 Clarendon Street<br>Boston, MA 02116 | 107088 | PG&E Corporation | Unsecured: $0.00 |
| 11 | Kapitalforeningen PenSam Invest PSI 21 Nordamerikanske Aktier<br>c/o Kessler Topaz Meltzer & Check, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087 | 101152 | PG&E Corporation | Unsecured: $0.00 | Duplicate Claim | Kapitalforeningen PenSam Invest PSI 21 Nordamerikanske Aktier<br>c/o Kessler Topaz Meltzer & Check, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087 | 102657 | PG&E Corporation | Unsecured: $0.00 |
| 12 | Lovgren, Keith<br>8420 N Sixth St<br>Fresno, CA 93720 | 98789 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Lovgren, Keith Chester<br>8420 N. 6th Street<br>Fresno, CA 93720 | 98683 | Pacific Gas and Electric Company | Unsecured: $0.00 |

[1] Claims listed as $0.00 seek an unliquidated amount.

Case: 19-30088    Doc# 12397-1    Filed: 05/17/22    Entered: 05/17/22 19:34:50    Page 2 of 3

Twenty-First Securities Claims Omnibus Objection  
(Duplicate Claims)

Exhibit A

PG&E Corporation and Pacific Gas and Electric Company  
Case No. 19-30088 (DM), Jointly Administered

| | Claim(s) to be Disallowed and Expunged | | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|---|
| No. | Name and Address of Claimant | Claim# | Debtor | Claim Amount and Priority | Basis For Objection | Name and Address of Claimant | Claim# | Debtor | Claim Amount and Priority |
| 13 | Phelps, Randy<br>317 N. Palo Cedro Dr<br>Diamond Bar, CA 91765 | 103938 | PG&E Corporation | Unsecured: $6,167.00 | Duplicate Claim | Phelps, Randy<br>317 N. Palo Cedro Dr.<br>Diamond Bar, CA 91765 | 103959 | PG&E Corporation | Unsecured: $6,167.00 |
| 14 | Principal Funds, Inc. - Global Diversified Income Fund<br>c/o Principal Global Investors, LLC<br>711 High Street<br>Des Moines, IA 50392-0800 | 101626 | Pacific Gas and Electric Company | Unsecured: $0.00 | Duplicate Claim | Principal Funds, Inc. - Global Diversified Income Fund<br>c/o Principal Global Investors, LLC<br>711 High Street<br>Des Moines, IA 50392-0800 | 101739 | Pacific Gas and Electric Company | Unsecured: $0.00 |
| 15 | Principal Funds, Inc. - Global Diversified Income Fund<br>c/o Principal Global Investors, LLC<br>711 High Street<br>Des Moines, IA 50392-0800 | 101772 | PG&E Corporation | Unsecured: $0.00 | Duplicate Claim | Principal Funds, Inc. - Global Diversified Income Fund<br>c/o Principal Global Investors, LLC<br>711 High Street<br>Des Moines, IA 50392-0800 | 101900 | PG&E Corporation | Unsecured: $0.00 |
| 16 | The State of Oregon by and through the Oregon Investment Council on behalf of the Oregon Public Employees Retirement Fund<br>Oregon State Treasury<br>c/o Michael Viteri<br>16290 SW Upper Boones Ferry Road<br>Tigard, OR 97224 | 101363 | PG&E Corporation | Unsecured: $28,036,569 | Duplicate Claim | The State of Oregon by and through the Oregon Investment Council on behalf of the Oregon Public Employees Retirement Fund<br>Oregon State Treasury<br>c/o Michael Viteri<br>16290 SW Upper Boones Ferry Road<br>Tigard, OR 97224 | 101850 | PG&E Corporation | Unsecured: $28,036,569 |
| 17 | Thomas, Albert L.<br>2979 Uinta St Apt 201<br>Denver, CO 80238 | 105456 | PG&E Corporation | Unsecured: $24,292.00 | Duplicate Claim | Thomas, Albert L.<br>2979 Uinta St. Apt 201<br>Denver, CO 80238 | 105463 | PG&E Corporation | Unsecured: $24,292.00 |
| 18 | Thomas, Albert L.<br>2979 Uinta St. Apt 201<br>Denver, CO 80235 | 105501 | PG&E Corporation | Unsecured: $27,204.00 | Duplicate Claim | Thomas, Albert L.<br>2979 Uinta St Apt 201<br>Denver, CO 80238 | 105483 | PG&E Corporation | Unsecured: $27,204.00 |
| 19 | WRIGHT, JOHN T<br>1911 N PEBBLE BEACH BLVD<br>SUN CITY CTR, FL 33573 | 100474 | Pacific Gas and Electric Company | Unsecured: $15,000.00 | Duplicate Claim | Wright, John T.<br>Stevan D. Wright<br>1911 N Pebble Beach Blvd.<br>Sun City Center, FL 33573 | 100412 | Pacific Gas and Electric Company | Unsecured: $15,000.00 |

Case: 19-30088    Doc# 12397-1    Filed: 05/17/22    Entered: 05/17/22 19:34:50    Page 3 of 3

Page 2 of 2