# CERTIFICATE OF SERVICE

I am employed in the County of Sacramento; my business address is 555 Capitol Mall, Suite 1500, Sacramento, California 95814. I am over the age of eighteen years and not a party to the foregoing action.

On May 18, 2022, I served the within:

**(1) STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL AND DESIGNATION OF RECORD ON APPEAL OF APPELLANTS CITY OF SANTA CLARA, DBA SILICON VALLEY POWER, AND NORTHERN CALIFORNIA POWER AGENCY; CERTIFICATE REGARDING TRANSCRIPTS**

[X] **(by mail)** on all parties in said action by regular, first class United States mail, postage fully pre-paid, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Boutin Jones Inc., mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Sacramento, California.

*See attached list of parties served by first class mail.*

| | | |
|---|---|---|
| 1<br>2<br>3 | Lisa S. Gast<br>DUNCAN, WEINBERG, GENZER &<br>PEMBROKE, P.C.<br>1667 K Street NW, Suite 700<br>Washington, DC 20006 | *Appellant* |
| 4<br>5<br>6<br>7 | JANE LUCKHARDT (SBN 141919)<br>General Counsel<br>NORTHERN CALIFORNIA POWER<br>AGENCY<br>651 Commerce Drive<br>Roseville, CA 95678-6411 | *Appellant* |
| 8<br>9<br>10<br>11 | ROBERT BONTA<br>Attorney General of California<br>DANETTE VALDEZ, SBN 141780<br>ANNADEL ALMENDRAS, SBN 192064<br>Supervising Deputy Attorneys General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004 | *Appellee* |
| 12<br>13<br>14 | PAUL J. PASCUZZI, SBN 148810<br>NICHOLAS L. KOHLMEYER, SBN 299087<br>FELDERSTEIN FITZGERALD<br>WILLOUGHBY PASCUZZI & RIOS LLP<br>500 Capitol Mall, Suite 2250<br>Sacramento, CA 95814 | *Appellee* |
| 15<br>16<br>17<br>18 | Richard W. Slack (pro hac vice)<br>Theodore E. Tsekerides (pro hac vice)<br>Jessica Liou (pro hac vice)<br>Matthew Goren (pro hac vice)<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119 | *Other Interested Parties* |
| 19<br>20<br>21<br>22 | Jane Kim<br>David A. Taylor<br>Thomas B. Rupp<br>KELLER BENVENUTTI KIM LLP<br>650 California Street, Suite 1900<br>San Francisco, CA 94108 | *Other Interested Parties* |
| 23<br>24 | PG&E Corporation<br>77 Beale Street<br>P.O. Box 770000<br>San Francisco, CA 94177 | *Debtor* |
| 25<br>26 | Pacific Gas and Electric Company<br>77 Beale Street<br>P.O. Box 770000<br>San Francisco, CA 94177 | *Debtor* |
| 27<br>28 | Peter J. Benvenutti<br>Keller Benvenutti Kim LLP<br>650 California St. 19th Fl.<br>San Francisco, CA 94108 | *Attorneys for Debtor* |

| | |
|---|---|
| Kevin Bostel<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | ***Attorneys for Debtor*** |
| Lee Brand<br>Pillsbury Winthrop Shaw Pittman LLP<br>Four Embarcadero Center, 22nd Fl.<br>San Francisco, CA 94111-5998 | ***Attorneys for Debtor*** |
| Timothy G. Cameron<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 8th Ave.<br>New York, NY 10019 | ***Attorneys for Debtor*** |
| Jared R. Friedmann<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave.<br>New York, NY 10153 | ***Attorneys for Debtor*** |
| Andriana Georgallas<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | ***Attorneys for Debtor*** |
| Stuart J. Goldring<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave.<br>New York, NY 10153 | ***Attorneys for Debtor*** |
| Matthew Goren<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | ***Attorneys for Debtor*** |
| David A. Herman<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | ***Attorneys for Debtor*** |
| Stephen Karotkin<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | ***Attorneys for Debtor*** |
| Tobias S. Keller<br>Keller Benvenutti Kim LLP<br>650 California St. #1900<br>San Francisco, CA 94108 | ***Attorneys for Debtor*** |
| Jane Kim<br>Keller Benvenutti Kim LLP<br>650 California St, Suite 1900<br>San Francisco, CA 94108 | ***Attorneys for Debtor*** |
| Katherine Kohn<br>Groom Law Group, Chartered<br>1701 Pennsylvania Ave, NW #1200<br>Washington, DC 20006 | ***Attorneys for Debtor*** |

| | |
|---|---|
| Kevin Kramer<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | *Attorneys for Debtor* |
| David Levine<br>Groom Law Group, Chartered<br>1701 Pennsylvania Ave, NW #1200<br>Washington, DC 20006 | *Attorneys for Debtor* |
| Dara Levinson Silveira<br>Keller Benvenutti Kim LLP<br>650 California St. #1900<br>San Francisco, CA 94108 | *Attorneys for Debtor* |
| Jessica Liou<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | *Attorneys for Debtor* |
| Omid H. Nasab<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | *Attorneys for Debtor* |
| John Nolan<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | *Attorneys for Debtor* |
| Kevin J. Orsini<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | *Attorneys for Debtor* |
| Thomas B. Rupp<br>Keller Benvenutti Kim LLP<br>650 California Street, Suite 1900<br>San Francisco, CA 94108 | *Attorneys for Debtor* |
| Bradley R. Schneider<br>Munger Tolles and Olson LLP<br>350 S Grand Ave., 50th Fl.<br>Los Angeles, CA 90071 | *Attorneys for Debtor* |
| Ray C. Schrock<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | *Attorneys for Debtor* |
| Richard W. Slack<br>Weil Gotshal and Manges, LLP<br>767 Fifth Ave.<br>New York, NY 10153-0119 | *Attorneys for Debtor* |
| Theodore Tsekerides<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | *Attorneys for Debtor* |
| Paul H. Zumbro<br>Cravath, Swaine & Moore LLP<br>85 Eighth Avenue<br>New York, NY 10019 | *Attorneys for Debtor* |

| | | |
|---|---|---|
| 1 | Office of the United States Trustee for Region 17<br>Attn: James L. Snyder, Esq. and Timothy Laffredi, Esq.<br>450 Golden Gate Avenue, 5th Floor, Suite #05-0153<br>San Francisco, CA 94102 | ***U.S. Trustee*** |
| 2 | Annadel A. Almendras<br>California Attorney General's Office<br>455 Golden Gate Ave., #11000<br>San Francisco, CA 94102 | ***Attorneys for California Department of Water Resources*** |
| 3 | Xavier Becerra<br>Office of the Attorney General<br>1515 Clay St., 20th Fl.<br>P.O. Box 70550<br>Oakland, CA 94612-0550 | ***Attorneys for California Department of Water Resources*** |
| 4 | Steven H. Felderstein<br>Felderstein Fitzgerald Willoughby et al<br>500 Capitol Mall #2250<br>Sacramento, CA 95814 | ***Attorneys for California Department of Water Resources*** |
| 5 | Paul J. Pascuzzi<br>Felderstein Fitzgerald et al LLP<br>500 Capitol Mall #2250<br>Sacramento, CA 95814 | ***Attorneys for California Department of Water Resources*** |
| 6 | James Potter<br>Office of the Attorney General<br>1515 Clay St., 20th Fl.<br>P.O. Box 70550<br>Oakland, CA 94612-0550 | ***Attorneys for California Department of Water Resources*** |
| 7 | Danette E. Valdez<br>Office of the Attorney General<br>455 Golden Gate Ave. #11000<br>San Francisco, CA 94102-7005 | ***Attorneys for California Department of Water Resources*** |
| 8 | Rob Bonta<br>Attorney General of California<br>Margarita Padilla Supervising Deputy Attorney General<br>Annadel A. Almendras<br>Supervising Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004 | ***Attorneys for California Department of Water Resources*** |

///

///

///

///

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) <u>5/18/2022,</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Elliot Adler**  eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- **Aaron L. Agenbroad**  alagenbroad@jonesday.com, saltamirano@jonesday.com
- **Gabrielle L. Albert**  galbert@kbkllp.com
- **Annadel A. Almendras**  annadel.almendras@doj.ca.gov
- **Destiny N. Almogue**  Destiny.Almogue@skadden.com, wendy.lamanna@skadden.com
- **Monique D. Almy**  malmy@crowell.com
- **Anne Andrews**  aa@andrewsthornton.com, aandrews@andrewsthornton.com
- **Philip Anker**  philip.anker@wilmerhale.com, whdocketing@wilmerhale.com
- **Richard L. Antognini**  rlalawyer@yahoo.com, hallonaegis@gmail.com
- **Tyson Arbuthnot**  tarbuthnot@rjo.com, jyeung@rjo.com
- **Lauren T. Attard**  lattard@bakerlaw.com, agrosso@bakerlaw.com
- **Herb Baer**  hbaer@primeclerk.com, ecf@primeclerk.com
- **Kathryn E. Barrett**  keb@svlg.com, amt@svlg.com
- **Chris Bator**  cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- **Ronald S. Beacher**  rbeacher@pryorcashman.com
- **Hagop T. Bedoyan**  hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- **Andrew David Behlmann**  abehlmann@lowenstein.com, elawler@lowenstein.com
- **Tanya Behnam**  tbehnam@polsinelli.com, ladocketing@polsinelli.com
- **James C. Behrens**  jbehrens@milbank.com, mkoch@milbank.com
- **Jacob Taylor Beiswenger**  jbeiswenger@omm.com, llattin@omm.com
- **Peter J. Benvenutti**  pbenvenutti@kbkllp.com
- **Robert Berens**  rberens@smtdlaw.com, sr@smtdlaw.com
- **Ronald F. Berestka**  rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
- **Heinz Binder**  heinz@bindermalter.com
- **Jared D. Bissell**  jared.bissell@troutman.com
- **Neil Jon Bloomfield**  njbloomfield@njblaw.com, gklump@njblaw.com
- **Jason Blumberg**  jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- **Richard Bodnar**  rbodnar@rksllp.com
- **Melissa Boey**  melissa.boey@morganlewis.com
- **Paige Boldt**  pboldt@wattsguerra.com, cwilson@wattsguerra.com
- **Jason Borg**  jborg@jasonborglaw.com
- **Evan C. Borges**  eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- **Mark Bostick**  mbostick@wendel.com, bankruptcy@wendel.com
- **James L. Bothwell**  jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
- **Peter R. Boutin**  peter.boutin@kyl.com, lara.joel@kyl.com
- **Erin N. Brady**  erin.brady@hoganlovells.com
- **Lee Brand**  lee.brand@pillsburylaw.com, docket@pillsburylaw.com
- **Gregory A. Bray**  gbray@milbank.com

- **Michael D. Breslauer** mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- **W. Steven Bryant** molly.batiste-debose@lockelord.com
- **Chane Buck** cbuck@jonesday.com
- **Kathlene Burke** kathlene.burke@skadden.com, burke.kathlene@gmail.com
- **Frank Busch** busch@wvbrlaw.com, pallister@wvbrlaw.com
- **Elizabeth J. Cabraser** ecabraser@lchb.com, awolf@lchb.com
- **Anthony P. Cali** anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- **Peter C. Califano** pcalifano@cwclaw.com
- **Steven M. Campora** scampora@dbbwc.com, nlechuga@dbbwc.com
- **Leah E. Capritta** Leah.Capritta@hklaw.com, reena.kaur@hklaw.com
- **Nicholas A. Carlin** nac@phillaw.com, rac@phillaw.com
- **Katherine Rose Catanese** kcatanese@foley.com
- **Matthew Cave** mcave@kfc.law
- **Barry A. Chatz** barry.chatz@saul.com, barry.chatz@gmail.com
- **Karen J. Chedister** kchedister@h-jlaw.com
- **Christina Lin Chen** christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- **Richard A. Chesley** richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- **Kevin Chiu** kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com
- **Jacquelyn H. Choi** jacquelyn.choi@rimonlaw.com, docketing@rimonlaw.com
- **Shawn M. Christianson** schristianson@buchalter.com
- **Robert N.H. Christmas** rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- **Jae Angela Chun** ajc@chun.law, teresa@tosdallaw.com
- **Gerard T. Cicero** GCicero@brownrudnick.com, NKhalatova@brownrudnick.com
- **Louis J. Cisz** lcisz@nixonpeabody.com
- **Valerie E. Clemen** mcarter@coombslaw.com
- **Alicia Clough** aclough@loeb.com
- **Tiffany Strelow Cobb** tscobb@vorys.com
- **John B. Coffman** john@johncoffman.net
- **Kevin G. Collins** kevin.collins@btlaw.com
- **Brian S. Conlon** bsc@phillaw.com, rac@phillaw.com
- **Charles Cording** ccording@willkie.com, mao@willkie.com
- **Manuel Corrales** mannycorrales@yahoo.com, hcskanchy@hotmail.com
- **Anne Costin** anne@costinlawfirm.com
- **Christopher J. Cox** chris.cox@hoganlovells.com
- **Donald H. Cram** dhc@severson.com
- **Ashley Vinson Crawford** avcrawford@akingump.com, dkrasa-berstell@akingump.com
- **Douglas S. Crosno** douglas.crosno@hoganlovells.com
- **Andrea Crowl** acrowl@dbbwc.com
- **J. Russell Cunningham** rcunningham@dnlc.net, emehr@dnlc.net
- **Keith J. Cunningham** rkelley@pierceatwood.com
- **James D. Curran** jcurran@wolkincurran.com, dstorms@wolkincurran.com
- **Tambra Curtis** tambra.curtis@sonoma-county.org, Megan.Sweeley@sonoma-county.org
- **Stacy A. Dasaro** sdasaro@goodwinlaw.com

- **James M. Davis** jdavis@cglaw.com
- **Nicolas De Lancie** ndelancie@jmbm.com
- **Judith A. Descalso** jad_9193@ecf.courtdrive.com
- **Andrew G. Devore** andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com
- **Erin Elizabeth Dexter** edexter@milbank.com
- **Shounak S. Dharap** ssd@arnslaw.com, mec@arnslaw.com
- **Kathryn S. Diemer** kdiemer@diemerwei.com
- **Kathryn S. Diemer** kdiemer@diemerwhitman.com
- **John P. Dillman** Houston_bankruptcy@publicans.com
- **Caroline R. Djang** caroline.djang@bbklaw.com, Laurie.Verstegen@bbklaw.com
- **Krystal Dong** ykdong@gmail.com
- **Jonathan R. Doolittle** jonathan.doolittle@pillsburylaw.com
- **Jonathan R. Doolittle** jdoolittle@reedsmith.com
- **Jennifer V. Doran** jdoran@hinckleyallen.com
- **Dustin M. Dow** ddow@bakerlaw.com, jmcguigan@bakerlaw.com
- **Jamie P. Dreher** jdreher@downeybrand.com
- **Todd Dressel** tdressel@mcguirewoods.com, jtabisaura@mcguirewoods.com
- **Geoffrey B. Dryvynsyde** gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
- **Jeffrey Aaron Dubbin** jdubbin@labaton.com, echan-lee@labaton.com
- **Matthew Ducharme** matthew.ducharme@hoganlovells.com, tracy.southwell@hoganlovells.com
- **Cecily Ann Dumas** cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- **Dennis F. Dunne** cprice@milbank.com, jbrewster@milbank.com
- **Dennis F. Dunne** ddunne@milbank.com, jbrewster@milbank.com
- **Huonganh Annie Duong** annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- **Luke N. Eaton** eatonl@pepperlaw.com, monugiac@pepperlaw.com
- **Daniel G. Egan** daniel.egan@ropesgray.com, nova.alindogan@ropesgray.com
- **Joseph A. Eisenberg** JAE1900@yahoo.com
- **Michele Ellison** mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- **David Emerzian** Melany.Hertel@mccormickbarstow.com
- **G. Larry Engel** larry@engeladvice.com
- **Krista M. Enns** kenns@beneschlaw.com
- **Scott Esbin** sesbin@esbinalter.com
- **Joseph M. Esmont** jesmont@bakerlaw.com
- **Michael P. Esser** michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- **Richard W. Esterkin** richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- **Michael S. Etkin** metkin@lowenstein.com
- **Jacob M. Faircloth** jacob@bfolegal.com
- **Brett D. Fallon** bfallon@morrisjames.com, wweller@morrisjames.com
- **Michael C. Fallon** manders@fallonlaw.net
- **Joana Fang** jf@kbklawyers.com, icd@kbklawyers.com
- **Joseph Kyle Feist** jfeistesq@gmail.com, info@norcallawgroup.net
- **David M. Feldman** DFeldman@gibsondunn.com
- **Matthew A. Feldman** mfeldman@willkie.com
- **Jennifer Feldsher** jennifer.feldsher@morganlewis.com

- **Mark E. Felger**     mfelger@cozen.com
- **James J. Ficenec**     James.Ficenec@ndlf.com
- **John D. Fiero**     jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- **Kimberly S. Fineman**     kfineman@fhlawllp.com
- **Stephen D. Finestone**     sfinestone@fhlawllp.com
- **Timothy M. Flaherty**     tflaherty@mpplaw.com
- **Daniel I. Forman**     dforman@willkie.com
- **Matthew Hampton Foushee**     hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- **Carolyn Frederick**     cfrederick@prklaw.com
- **Peter Friedman**     pfriedman@omm.com
- **Roger F. Friedman**     rfriedman@rutan.com, csolorzano@rutan.com
- **Xiyi Fu**     jackie.fu@lockelord.com, taylor.warren@lockelord.com
- **Lars H. Fuller**     lfuller@bakerlaw.com
- **Thomas M. Gaa**     tgaa@bbslaw.com
- **Larry W. Gabriel**     nfields@bg.law
- **Gregg M. Galardi**     gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com
- **Craig Solomon Ganz**     ganzc@ballardspahr.com, hartt@ballardspahr.com
- **Jeffrey K. Garfinkle**     jgarfinkle@buchalter.com
- **Oscar Garza**     ogarza@thegarzafirm.com
- **Lisa S. Gast**     lsg@dwgp.com, lmk@dwgp.com
- **Paul R. Gaus**     pgaus@downeybrand.com
- **Duane M. Geck**     dmg@severson.com
- **Evelina Gentry**     evelina.gentry@akerman.com
- **Janet D. Gertz**     jgertz@btlaw.com
- **Christopher Gessner**     cgessner@akingump.com, NYMCO@akingump.com
- **R. Dale Ginter**     dginter@downeybrand.com
- **Jon T. Givens**     givensjt@gmail.com, cwilson@wattsguerra.com
- **Barry S. Glaser**     bglaser@salvatoboufadel.com
- **Paul R. Glassman**     pglassman@sycr.com
- **Gabriel I. Glazer**     gglazer@pszjlaw.com
- **Gabrielle Glemann**     gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- **Jaime Godin**     Jtouchstone@fddcm.com
- **Matthew A. Gold**     courts@argopartners.net
- **Eric D. Goldberg**     eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Craig Goldblatt**     Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com
- **Amy L. Goldman**     goldman@lbbslaw.com
- **Eric S. Goldstein**     egoldstein@goodwin.com
- **Rhonda Stewart Goldstein**     Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- **Richard H. Golubow**     rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- **Michael J. Gomez**     mgomez@frandzel.com, dmoore@frandzel.com
- **Michael W. Goodin**     mgoodin@clausen.com, mgenova@clausen.com
- **Eric R. Goodman**     egoodman@bakerlaw.com
- **Michael R. Goodstein**     mgoodstein@baileycav.com
- **Michael I. Gottfried**     mgottfried@elkinskalt.com, AAburto@elkinskalt.com
- **Louis Gottlieb**     Lgottlieb@labaton.com, mpenrhyn@labaton.com

- **Elizabeth Graham**    egraham@gelaw.com
- **Eric A. Grasberger**    eric.grasberger@stoel.com, docketclerk@stoel.com
- **Debra I. Grassgreen**    hphan@pszjlaw.com
- **Debra I. Grassgreen**    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- **Eric A. Gravink**    eric@rhrc.net
- **Elizabeth A. Green**    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- **Tracy Green**    tgreen@wendel.com, bankruptcy@wendel.com
- **Mitchell B. Greenberg**    mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- **Brian Gregory**    b.gregory@veenfirm.com, EL.Team@Veenfirm.com
- **Susan Sieger Grimm**    SSieger-Grimm@brownrudnick.com, NKhalatova@brownrudnick.com
- **Matthew W. Grimshaw**    matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com
- **Stuart G. Gross**    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- **Carl L. Grumer**    cgrumer@manatt.com, mchung@manatt.com
- **David Matthew G**    dguess@buchalter.com
- **Elizabeth M. Guffy**    eguffy@lockelord.com, autodocket@lockelord.com
- **Lloyd C. Guintivano**    anitag@co.lake.ca.us, lloydg@co.lake.ca.us
- **Cameron M. Gulden**    cameron.m.gulden@usdoj.gov
- **Mirco J. Haag**    mhaag@buchalter.com, dcyrankowski@buchalter.com
- **Laurie Hager**    lhager@sussmanshank.com
- **J. Noah Hagey**    hagey@braunhagey.com, tong@braunhagey.com
- **Oren Buchanan Haker**    oren.haker@stoel.com, rene.alvin@stoel.com
- **Michael Hampson**    mhampson@rksllp.com
- **Kristopher M. Hansen**    dmohamed@stroock.com, mmagzamen@stroock.com
- **Joseph George Harraka**    jgharraka@becker.legal
- **Adam C. Harris**    adam.harris@srz.com
- **Robert G. Harris**    rob@bindermalter.com
- **Christopher H. Hart**    chart@nutihart.com, nwhite@nutihart.com
- **Bryan L. Hawkins**    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- **Jennifer C. Hayes**    jhayes@fhlawllp.com
- **Geoffrey A. Heaton**    gheaton@duanemorris.com, dmicros@duanemorris.com
- **Michael C. Hefter**    michael.hefter@hoganlovells.com, tracy.southwell@hoganlovells.com
- **Alaina R. Heine**    alaina.heine@dechert.com, brett.stone@dechert.com
- **Matthew Henderson**    matthew.henderson@msrlegal.com, karen.wigylus@msrlegal.com
- **Stephen E. Hessler, P.C.**    jozette.chong@kirkland.com
- **Matthew Heyn**    matthew.heyn@doj.ca.gov
- **Sean T. Higgins**    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- **James P. Hill**    hill@sullivanhill.com, bkstaff@sullivanhill.com
- **Morgan R. Hirst**    mhirst@jonesday.com, mmelvin@jonesday.com
- **Michael R. Hogue**    hoguem@gtlaw.com, navarrom@gtlaw.com
- **David Holtzman**    david.holtzman@hklaw.com
- **Alexandra S. Horwitz**    allie.horwitz@dinsmore.com
- **Marsha Houston**    mhouston@reedsmith.com, hvalencia@reedsmith.com
- **Linda Wendell Hsu**    lhsu@selmanlaw.com, psmith@selmanlaw.com
- **Shane Huang**    shane.huang@usdoj.gov

- **Brian D. Huben**   hubenb@ballardspahr.com, carolod@ballardspahr.com
- **Kelly L. Huey**   khuey@burkeandkesslerlaw.com
- **Christopher Hughes**   chughes@nossaman.com
- **Jonathan Hughes**   jane.rustice@aporter.com
- **Edward R. Huguenin**   ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
- **Michael A. Isaacs**   misaacs@rinconlawllp.com, aworthing@rinconlawllp.com
- **Mark V. Isola**   misola@brotherssmithlaw.com
- **J. Eric Ivester**   Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- **J. Eric Ivester**   Andrea.Bates@skadden.com
- **Lawrence A. Jacobson**   laj@cohenandjacobson.com, mcycle48@gmail.com
- **Kizzy L. Jarashow**   KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com
- **Ivan C. Jen**   ivan@icjenlaw.com
- **Amanda Jereige**   AJereige@winston.com, amanda-jereige-5954@ecf.pacerpro.com
- **Monique Jewett-Brewster**   mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- **James O. Johnston**   jjohnston@jonesday.com
- **Chris Johnstone**   chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- **Andrew Jones**   andrew@ajoneslaw.com
- **Gregory K. Jones**   GJones@dykema.com, cacossano@dykema.com
- **John L. Jones**   JJones@chwlaw.us, JLJones2@outlook.com
- **Robert A. Julian**   rjulian@bakerlaw.com, hhammonturano@bakerlaw.com
- **George H. Kalikman**   sdavenport@schnader.com
- **Roberto J. Kampfner**   rkampfner@whitecase.com, mco@whitecase.com
- **Bonnie E. Kane**   bonnie@thekanelawfirm.com, skane@thekanelawfirm.com
- **Eve H. Karasik**   ehk@lnbyb.com
- **Michael G. Kasolas**   trustee@kasolas.net, ecf.alert+Kasolas@titlexi.com
- **Elyssa S. Kates**   ekates@bakerlaw.com
- **Ori Katz**   okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- **William M. Kaufman**   wkaufman@smwb.com, eschneider@smwb.com
- **Jane G. Kearl**   jkearl@watttieder.com, jbenton@watttieder.com
- **Tobias S. Keller**   tkeller@kbkllp.com
- **Tobias S. Keller**   tkeller@kellerbenvenutti.com
- **Lynette C. Kelly**   ustpregion17.oa.ecf@usdoj.gov
- **Sarah Elisabeth Kelly-Kilgore**   skellykilgore@ggtriallaw.com, dvultaggio@ggtriallaw.com
- **Matthew K. Kelsey**   mkelsey@gibsondunn.com
- **Gerald P. Kennedy**   gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
- **Erica L. Kerman**   ekerman@willkie.com
- **Samuel A. Khalil**   skhalil@milbank.com, jbrewster@milbank.com
- **Samuel M. Kidder**   skidder@ktbslaw.com
- **Marc Kieselstein**   carrie.oppenheim@kirkland.com
- **Jane Kim**   jkim@kbkllp.com
- **Mary H. Kim**   Mary.Kim@dechert.com, brett.stone@dechert.com
- **Susan E. Kirkgaard**   carlyn.jorgensen@bullivant.com

- **Kody D. L. Kleber**   kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- **Matthew Ryan Klinger**   mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- **Bradley C. Knapp**   bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- **Kelly V. Knight**   kelly.knight@srz.com
- **Lydia Vanessa Ko**   Lvko@stonelawoffice.com
- **Thomas F. Koegel**   tkoegel@crowell.com
- **Katherine Kohn**   kkohn@groom.com, ashahinllari@groom.com
- **Andy S. Kong**   kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- **Anna Kordas**   akordas@jonesday.com, mmelvin@jonesday.com
- **Alan W. Kornberg**   akornberg@paulweiss.com
- **Bernard Kornberg**   bernard.kornberg@practus.com
- **David I. Kornbluh**   dkombluh@venturahersey.com, jpatterson@venturahersey.com
- **Lauren Kramer**   lkramer@rjo.com
- **Marc Kramer**   mkramer@rkslp.com
- **Jeffrey C. Krause**   jkrause@gibsondunn.com
- **Thomas R. Kreller**   tkreller@milbank.com
- **Lindsey E. Kress**   lkress@lockelord.com, autodocket@lockelord.com
- **Hannah C. Kreuser**   hkreuser@porterlaw.com, ooberg@porterlaw.com
- **Kevin Kroll**   kkroll@kfc.law
- **Michael Thomas Krueger**   michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- **Marek P. Krzyzowski**   MKrzyzowski@brownrudnick.com, SCalderon@brownrudnick.com
- **Robert T. Kugler**   robert.kugler@stinson.com
- **Duane Kumagai**   dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com
- **Brendan M. Kunkle**   bkunkle@abbeylaw.com, lmeyer@abbeylaw.com
- **Alisa C. Lacey**   alisa.lacey@stinson.com, karen.graves@stinson.com
- **Timothy S. Laffredi**   timothy.s.laffredi@usdoj.gov
- **Timothy S. Laffredi**   timothy.s.laffredi@usdoj.gov
- **Richard A. Lapping**   rich@trodellalapping.com
- **Omeed Latifi**   olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- **John E. Lattin**   jlattin@ostergar.com, cslovenec@ostergar.com
- **Paul J. Laurin**   plaurin@btlaw.com, slmoore@btlaw.com
- **Michael Lauter**   mlauter@sheppardmullin.com
- **Kenneth T. Law**   klaw@bbslaw.com
- **Francis J. Lawall**   francis.lawall@troutman.com, susan.henry@troutman.com
- **Andrew Michael Leblanc**   ALeblanc@milbank.com
- **Erica Lee**   Erica.Lee@doj.ca.gov
- **Scott Lee**   scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- **Paul J. Leeds**   leedsp@higgslaw.com
- **Edward J. Leen**   eleen@mkbllp.com
- **Lisa Lenherr**   llenherr@wendel.com, bankruptcy@wendel.com
- **Matthew A. Lesnick**   matt@lesnickprince.com, jmack@lesnickprince.com
- **Bryn G. Letsch**   bletsch@braytonlaw.com
- **David B. Levant**   david.levant@stoel.com, rene.alvin@stoel.com
- **Andrew H. Levin**   alevin@wcghlaw.com
- **David Levine**   dnl@groom.com

- **Emily Sarah Levin**    elevin@levinlawgroupplc.com
- **Marc A. Levinson**    Malevinson@orrick.com, casestream@ecf.courtdrive.com
- **Dara Levinson Silveira**    dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com
- **Alexander James Demitro Lewicki**    kdiemer@diemerwei.com
- **Alexander James Demitro Lewicki**    alewicki@diemerwei.com
- **Lauren Lifland**    lauren.lifland@wilmerhale.com, whdocketing@wilmerhale.com
- **William S. Lisa**    jcaruso@nixonpeabody.com
- **William S. Lisa**    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- **Jonathan A. Loeb**    jon.loeb@bingham.com
- **Michael B. Lubic**    michael.lubic@klgates.com
- **John William Lucas**    ocarpio@pszjlaw.com
- **Joseph R. Lucia**    PersonalInjuryGroup@RLSlawyers.com
- **Jane Luciano**    jane-luciano@comcast.net
- **Kerri Lyman**    klyman@irell.com, #-FirmPSDocketing@Steptoe.com
- **John H. MacConaghy**    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- **Iain A. Macdonald**    imac@macfern.com, 6824376420@filings.docketbird.com
- **Malcolm A. Mackenzie**    mmackenzie@coombslaw.com, vclemen@coombslaw.com
- **Tracy L. Mainguy**    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Samuel R. Maizel**    samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- **Adam Malatesta**    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- **Katharine Malone**    malonek@gtlaw.com
- **Liam K. Malone**    malone@oles.com, shahin@oles.com
- **Michael W. Malter**    michael@bindermalter.com
- **Ankur Mandhania**    amandhania@mayerbrown.com
- **Craig Margulies**    cmargulies@margulies-law.com, lsalazar@margulies-law.com
- **Geoffrey E. Marr**    gemarr59@hotmail.com
- **Richard A. Marshack**    rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com
- **Catherine Martin**    cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- **Laila Masud**    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com
- **David P. Matthews**    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- **Patrick C. Maxcy**    patrick.maxcy@snrdenton.com
- **Simon Richard Mayer**    simon.mayer@lockelord.com, Rellis@lockelord.com
- **James J. Mazza**    james.mazza@skadden.com, wendy.lamanna@skadden.com
- **Benjamin P. McCallen**    bmccallen@willkie.com
- **C. Luckey McDowell**    Luckey.McDowell@Shearman.com
- **Matthew D. McGill**    MMcGill@gibsondunn.com
- **Melissa C. McLaughlin**    mcmclaughlin@venable.com, ataylor@venable.com
- **Edward Joseph McNeilly**    edward.mcneilly@hoganlovells.com, verbon.davenport@hoganlovells.com
- **Scott H. McNutt**    SMcNutt@ml-sf.com, csnell@ml-sf.com
- **Thomas Melone**    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- **Peter Meringolo**    peter@pmrklaw.com

- **Frank A. Merola**  lacalendar@stroock.com, mmagzamen@stroock.com
- **Jennifer L. Mersing**  jennifer.mersing@stoel.com, lisa.petras@stoel.com
- **Joshua M. Mester**  jmester@jonesday.com
- **Matthew D. Metzger**  belvederelegalecf@gmail.com
- **Merle C. Meyers**  mmeyers@mlg-pc.com
- **Randy Michelson**  randy.michelson@michelsonlawgroup.com
- **Gerardo Mijares-Shafai**  Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com
- **Joel S. Miliband**  jmiliband@brownrudnick.com
- **Joseph G. Minias**  jminias@willkie.com
- **M. David Minnick**  dminnick@pillsburylaw.com, docket@pillsburylaw.com
- **Benjamin Mintz**  benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com
- **Nancy Mitchell**  nmitchell@omm.com
- **Thomas C. Mitchell**  tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- **John A. Moe**  john.moe@dentons.com, glenda.spratt@dentons.com
- **Aaron J. Mohamed**  ajm@brereton.law, aaronmohamedlaw@gmail.com
- **Kevin Montee**  kmontee@monteeassociates.com
- **Christopher D. Moon**  chris@moonlawapc.com, kevin@moonlawapc.com
- **David W. Moon**  lacalendar@stroock.com, mmagzamen@stroock.com
- **Diane Marger Moore**  dmargermoore@baumhedlundlaw.com
- **Erika L. Morabito**  emorabito@foley.com, hsiagiandraughn@foley.com
- **Candace J. Morey**  cjm@cpuc.ca.gov
- **Courtney L. Morgan**  morgan.courtney@pbgc.gov
- **Richard Morin**  6863427420@filings.docketbird.com
- **Kimberly S. Morris**  kmorris@bakerlaw.com, hhammonturano@bakerlaw.com
- **Rodney Allen Morris**  Rodney.Morris2@usdoj.gov
- **Joshua D. Morse**  Joshua.Morse@dlapiper.com, docket@pillsburylaw.com
- **Andrew H. Morton**  andrew.morton@stoel.com, lisa.petras@stoel.com
- **Peter S. Munoz**  pmunoz@reedsmith.com, gsandoval@reedsmith.com
- **John Leland Murphree**  LMurphree@maynardcooper.com, mshabpareh@maynardcooper.com
- **Bennett J. Murphy**  bmurphy@bennettmurphylaw.com
- **Julie M. Murphy**  jmmurphy@stradley.com
- **Michael S. Myers**  myersm@ballardspahr.com
- **David L. Neale**  dln@lnbyg.com
- **David Neier**  dneier@winston.com
- **Brittany J. Nelson**  bnelson@foley.com, hsiagiandraughn@foley.com
- **Michael S. Neumeister**  MNeumeister@gibsondunn.com
- **Howard S. Nevins**  hnevins@hsmlaw.com
- **Samuel A. Newman**  sam.newman@sidley.com, laefilingnotice@sidley.com
- **Melissa T. Ngo**  ngo.melissa@pbgc.gov, efile@pbgc.gov
- **Mario R. Nicholas**  mario.nicholas@stoel.com, ana.trask@stoel.com
- **Sean Nolan**  snolan@akingump.com, NYMCO@akingump.com
- **Gregory C. Nuti**  chart@nutihart.com, nwhite@nutihart.com
- **Abigail O'Brient**  aobrient@mintz.com, docketing@mintz.com
- **Alicia D. O'Neill**  aoneill@wattsguerra.com, cwilson@wattsguerra.com
- **Julie E. Oelsner**  joelsner@weintraub.com, bjennings@weintraub.com

| | |
|---|---|
| 1 | • **Office of the U.S. Trustee / SF**     USTPRegion17.SF.ECF@usdoj.gov |
| 2 | • **Aron M. Oliner**     roliner@duanemorris.com, dmicros@duanemorris.com |
| | • **Matthew Jon Olson**     matt@macfern.com, stell.laura@dorsey.com |

- Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov
- Aron M. Oliner     roliner@duanemorris.com, dmicros@duanemorris.com
- Matthew Jon Olson     matt@macfern.com, stell.laura@dorsey.com
- Scott Olson     scott.olson@bclplaw.com
- Steven M. Olson     steve@bfolegal.com
- Aram Ordubegian     Ordubegian.Aram@ArentFox.com
- Jose Antonio Ortiz     aortiz@jhwclaw.com
- Keith C. Owens     kowens@foxrothschild.com, bclark@venable.com
- Gabriel Ozel     gabeozel@gmail.com
- Amy S. Park     amy.park@skadden.com
- Marissa Parker     mparker@stradley.com
- Donna Taylor Parkinson     donna@parkinsonphinney.com
- Peter S. Partee     ppartee@huntonak.com, candonian@huntonak.com
- Paul J. Pascuzzi     ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- Kenneth Pasquale     mlaskowski@stroock.com
- Dow Wakefield Patten     dow@forthrightlaw.com
- Larry Allan Peluso     pelusolaw@gmail.com, firm@pelusolaw.net
- Valerie Bantner Peo     vbantnerpeo@buchalter.com
- Yosef Peretz     skim@peretzlaw.com
- Christian A. Pereyda     CPereyda@maynardcooper.com, mshabpareh@maynardcooper.com
- Thomas R. Phinney     tom@parkinsonphinney.com
- R. Alexander Pilmer     alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston     rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino     epino@epinolaw.com, rmahal@epinolaw.com
- Gregory Plaskett     gregory.plaskett@gmail.com
- Mark D. Plevin     mplevin@crowell.com
- Steven G. Polard     spolard@eisnerlaw.com, calendar-lao@ropers.com
- Mark D. Poniatowski     ponlaw@ponlaw.com
- Cara M. Porter     cara.porter@doj.ca.gov, rachel.patu@doj.ca.gov
- Christopher E. Prince     cprince@lesnickprince.com
- Douglas B. Provencher     dbp@provlaw.com
- Amy C. Quartarolo     amy.quartarolo@lw.com
- Lary Alan Rappaport     lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins     justinrawlins@paulhastings.com
- Hugh M. Ray     hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready     smeyer@farmerandready.com
- Caroline A. Reckler     caroline.reckler@lw.com
- David M. Reeder     david@reederlaw.com, secretary@reederlaw.com
- Steven J. Reisman     sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner     jreisner@irell.com, #-FirmPSDocketing@Steptoe.com
- Jack A. Reitman     srichmond@lgbfirm.com
- Emily P. Rich     erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- David J. Richardson     drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
- Christopher O. Rivas     crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- David B. Rivkin     drivkin@bakerlaw.com, jmeeks@bakerlaw.com

- **John R. Rizzardi**    kcoselman@cairncross.com, tnguyen@cairncross.com
- **Daniel Robertson**    robertson.daniel@pbgc.gov, efile@pbgc.gov
- **Michael Rogers**    mrogers@lambertrogers.com, jan@lambertrogers.com
- **Lawrence M. Rolnick**    lrolnick@rksllp.com
- **Jorian L. Rose**    jrose@bakerlaw.com
- **Laurence M. Rosen**    lrosen@rosenlegal.com, zstanco@rosenlegal.com
- **Paul M. Rosenblatt**    prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- **David A. Rosenzweig**    david.rosenzweig@nortonrosefulbright.com
- **Jay M. Ross**    jross@hopkinscarley.com, eamaro@hopkinscarley.com
- **Gregory A. Rougeau**    grougeau@brlawsf.com
- **Jason C. Rubinstein**    jrubinstein@fklaw.com, mclerk@fklaw.com
- **Nathan Q. Rugg**    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- **Thomas B. Rupp**    trupp@kbkllp.com
- **Steven B. Sacks**    ssacks@sackslawoffice.com
- **Eric E. Sagerman**    esagerman@bakerlaw.com
- **Robert Sahyan**    rsahyan@sheppardmullin.com, lsegura@sheppardmullin.com
- **Gregory M. Salvato**    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- **Jonathan C. Sanders**    jsanders@stblaw.com
- **Nanette D. Sanders**    nanette@ringstadlaw.com, becky@ringstadlaw.com
- **Natalie Kathleen Sanders**    natalie.sanders@bakerbotts.com
- **Lovee Sarenas**    Lovee.sarenas@lewisbrisbois.com
- **Brandy A. Sargent**    brandy.sargent@klgates.com, docketclerk@stoel.com
- **Patricia Savage**    psavesq@gmail.com, jodi.savage@gmail.com
- **Caroline A.H. Sayers**    caroline.sayers@lathropgpm.com, patricia.johnson@lathropgpm.com
- **Sblend A. Sblendorio**    sas@hogefenton.com
- **Francis O. Scarpulla**    fos@scarpullalaw.com, cpc@scarpullalaw.com
- **Daren M Schlecter**    daren@schlecterlaw.com, info@schlecterlaw.com
- **Bradley R. Schneider**    bradley.schneider@mto.com
- **Harvey S. Schochet**    Harveyschochet@dwt.com
- **Nathan A. Schultz**    nschultzesq@gmail.com, kjarashow@goodwinlaw.com
- **Lisa Schweitzer**    lschweitzer@cgsh.com
- **Eric J. Seiler**    eseiler@fklaw.com, mclerk@fklaw.com
- **Leonard M. Shulman**    lshulman@shbllp.com
- **Andrew I. Silfen**    andrew.silfen@arentfox.com
- **Wayne A. Silver**    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- **Brandt Silver-Korn**    bsilverkorn@edelson.com, docket@edelson.com
- **Craig S. Simon**    csimon@bergerkahn.com, aketcher@bergerkahn.com
- **Gerald Singleton**    gerald@slffirm.com, BKECFCANB@SLFfirm.com
- **Steven J. Skikos**    sskikos@skikos.com, mmontoya@skikos.com
- **Michael K. Slattery**    mslattery@lkfirm.com, rramirez@lkfirm.com
- **Dania Slim**    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- **Jennifer N. Slocum**    jennifer.slocum@stoel.com, docketclerk@stoel.com
- **Aaron C. Smith**    asmith@lockelord.com, autodocket@lockelord.com
- **Alan D. Smith**    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- **Jan D. Sokol**    jdsokol@lawssl.com
- **Daniel Solish**    cocolaw@stancounty.com, solishd@stancounty.com

- **Randye B. Soref**   rsoref@polsinelli.com, ccripe@polsinelli.com
- **Joseph Sorkin**   jsorkin@akingump.com, NYMCO@akingump.com
- **Michael St. James**   ecf@stjames-law.com
- **Diane C. Stanfield**   diane.stanfield@alston.com, nelly.villaneda@alston.com
- **Howard J. Steinberg**   steinbergh@gtlaw.com, pearsallt@gtlaw.com
- **Harriet A. Steiner**   harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- **Lillian G. Stenfeldt**   lillian.stenfeldt@rimonlaw.com, docketing@rimonlaw.com
- **Cheryl L. Stengel**   clstengel@outlook.com, stengelcheryl40@gmail.com
- **David M. Stern**   dstern@ktbslaw.com
- **Geoffrey S. Stewart**   gstewart@jonesday.com, mmelvin@jonesday.com
- **Alan J. Stone**   AStone@milbank.com, DMcCracken@Milbank.com
- **Jason D. Strabo**   jstrabo@mwe.com
- **Michael H. Strub**   mstrub@ggtriallaw.com, mhstrub1@gmail.com
- **Rebecca Suarez**   rsuarez@crowell.com
- **Brad T. Summers**   docketing-pdx@lanepowell.com
- **Karin Swope**   kswope@cpmlegal.com
- Kristine Theodesia Takvoryan   ktakvoryan@ckrlaw.com
- **Kesha Tanabe**   kesha@tanabelaw.com
- **Mary Ellmann Tang**   mtang@frenchlyontang.com, nfears@frenchlyontang.com
- **Dante Taylor**   dtaylor@lbbklaw.com
- **Elizabeth Lee Thompson**   ethompson@stites.com, docketclerk@stites.com
- **John C. Thornton**   jct@andrewsthornton.com, aandrews@andrewsthornton.com
- **Elisa Tolentino**   cao.main@sanjoseca.gov
- **Meagan S. Tom**   meagan.tom@lockelord.com, autodocket@lockelord.com
- **Edward J. Tredinnick**   etredinnick@foxrothschild.com
- **Matthew Jordan Troy**   matthew.troy@usdoj.gov
- **Rocky C. Tsai**   rocky.tsai@ropesgray.com, matthew.haut@ropesgray.com
- **Michael Tye**   Michael.Tye@usdoj.gov
- **Gary D. Underdahl**   gunderdahl@askllp.com, lmiskowiec@askllp.com
- **Andrew Van Ornum**   avanornum@vlmglaw.com, hchea@vlmglaw.com
- **Shmuel Vasser**   shmuel.vasser@dechert.com, brett.stone@dechert.com
- **Victor A. Vilaplana**   vavilaplana@foley.com, rhurst@foley.com
- **Marta Villacorta**   marta.villacorta@usdoj.gov
- **Carol C. Villegas**   cvillegas@labaton.com, NDonlon@labaton.com
- **John A. Vos**   InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- **Bao M. Vu**   bao.vu@stoel.com, sharon.witkin@stoel.com
- **Nicholas Wagner**   kschemen@wagnerjones.com, bwagner@wagnerjones.com
- **Jonathan D. Waisnor**   jwaisnor@willkie.com, mao@willkie.com
- **Rachel M. Walsh**   rwalsh@goodwinlaw.com, tsutton@goodwinlaw.com
- **Riley C. Walter**   jalfaro@wjhattorneys.com
- **Phillip K. Wang**   phillip.wang@rimonlaw.com
- **Samuel M. Ward**   sward@barrack.com, cfessia@barrack.com
- **Philip S. Warden**   philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- **Gregory P. Waters**   gwaters@elllaw.com, gregorywatersesq@gmail.com
- **Guy L. Watts**   gwatts@wattsguerra.com, cwilson@wattsguerra.com
- **Mikal C. Watts**   mcwatts@wattsguerra.com, cwilson@wattsguerra.com
- **Lindsi M. Weber**   lweber@polsinelli.com, yderac@polsinelli.com
- **Joseph M. Welch**   jwelch@buchalter.com, dcyrankowski@buchalter.com

1. - **Todd J. Wenzel** todd@wenzellawoffices.com
2. - **Meredith Werner** meredith.werner@clydeco.us
3. - **David Walter Wessel** DWessel@efronlawfirm.com, hporter@chdlawyers.com
4. - **Joseph West** westjoseph@earthlink.net, josephw998@gmail.com
5. - **Drew M. Widders** dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
6. - **Jason P. Williams** maryanne@wplgattorneys.com
7. - **Eric R. Wilson** kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
8. - **Kimberly S. Winick** kwinick@clarktrev.com, knielsen@clarktrev.com
9. - **Rebecca J. Winthrop** rebecca.winthrop@nortonrosefulbright.com, diana.cardenas@nortonrosefulbright.com
10. - **David Wirt** david.wirt@hklaw.com, denise.harmon@hklaw.com
11. - **Ryan A. Witthans** rwitthans@fhlawllp.com
12. - **Keith H. Wofford** keith.wofford@ropesgray.com, nova.alindogan@ropesgray.com
13. - **Risa Lynn Wolf-Smith** rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
14. - **Douglas Wolfe** asm@asmcapital.com
15. - **Andrea Wong** wong.andrea@pbgc.gov, efile@pbgc.gov
16. - **Christopher Kwan Shek Wong** christopher.wong@arentfox.com
17. - **David A. Wood** dwood@marshackhays.com, lbuchanan@marshackhays.com
18. - **Kirsten A. Worley** worleyk@higgslaw.com, admin@wlawcorp.com
19. - **Kinga Wright** kinga.wright@lockelord.com, autodocket@lockelord.com
20. - **Antonio Yanez** ayanez@willkie.com
21. - **Cathy Yanni** cathy@cathyyanni.com, pstrunk@browngreer.com
22. - **Andrew Yaphe** andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
23. - **Stephanie Yee** syee@janglit.com, klockwood@janglit.com
24. - **Tacie H. Yoon** tyoon@crowell.com
25. - **Bennett G. Young** byoung@jmbm.com, jb8@jmbm.com
26. - **Eric G. Young** eyoung@dcalaw.com, Jackie@dcalaw.com
27. - **Nicole M. Zeiss** nzeiss@labaton.com
28. - **Paul H. Zumbro** mao@cravath.com
29. - **Brittany Zummer** bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
30. - **Dario de Ghetaldi** deg@coreylaw.com, lf@coreylaw.com

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on May 18, 2022, at Sacramento, California.

                                                                 */s/ Carmelia V. Domingo*
                                                                  CARMELIA V. DOMINGO

1242124.1