**DRRT**
JARED LAY, Fl. Bar No. 120351*
340 West Flagler Street, 2nd Floor
Miami, Florida 33130
Telephone:   (305) 760-8025
Facsimile:   (786) 235-5005
Email:       jlay@drrt.com

* Admitted *Pro Hac Vice*

**MEYER LAW GROUP LLP**
  A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone:   (415) 765-1588
Facsimile:   (415) 762-5277
Email:       brent@meyerllp.com

Attorneys for Creditors
DRRT CLAIMANTS

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects Both Debtors<br><br>* *All papers shall be filed in Lead Case 19-30088-DM* | BK Case No.: 19-30088-DM (Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**APPELLEE'S DESIGNATION OF RECORD ON APPEAL** |



Appellee DRRT as the duly appointed claims filing representative for individual claimants Bayerninvest Kapitalverwaltungsgesell Schaft MBH, Credit Suisse Funds AG, Deka Investment GMBH, Giam Generali Insurance Asset Management, Helaba Invest Kapitalanlagegesellschaft MBH, Internationale Kapitalanlagegesellschaft MBH, Internationale Kapitalanlagegesellschaft MBH, Kaiser Permanente, Metzler Asset Management GMBH, Swiss Reinsurance Company Ltd., UBS Fund Management (Switzerland) AG, UBS Fund Management Luxembourg S.A., Meag Munich Ergo Kapitalanlagegesellschaft MBH, (collectively, the "DRRT Claimants") hereby designate the following items to be included in the record on appeal, each of which includes any and all exhibits and addenda attached thereto and filed therewith and any and all documents incorporated by reference therein:

| Docket Number | Filing Date | Pleading Description |
|---|---|---|
| 11168 | 8/31/2021 | Response and Opposition to Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| 11169 | 8/31/2021 | Declaration of Richard A. Bodnar in opposition of Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| 11170 | 8/31/2021 | Response /Opposition to Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred By The Statute of Repose) |
| 11207 | 9/8/2021 | Response to Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| 11208 | 9/8/2021 | Declaration of Jeremy C. Kleinman in Support of PepsiCo, Inc. Master Trust's Response to Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| 11209 | 9/8/2021 | Joinder Vanguard Funds' Joinder in Response and Opposition to Reorganized Debtors' Eleventh Securities Claim Omnibus Objection (Claims Barred By the Statute of Repose) |
| 11246 | 9/13/2021 | Opposition re: Reorganized Debtors' Thirteenth Securities Claims Omnibus Objection (RE: related document(s)11085 Objection) |
| 11260 | 9/152021 | Joinder and Statement in Opposition to Reorganized Debtors' Thirteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| 11339 | 9/28/2021 | Omnibus Objection to Securities Claims (Fourteenth) (Claims |





| | | |
|---|---|---|
| | | Barred by the Statute of Repose) |
| 11340 | 9/28/2021 | Declaration of Edward J. Radetich, Jr. in Support of Reorganized Debtors' Fourteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| 11341 | 9/28/2021 | Declaration of Michael A. Keable in Support of Reorganized Debtors' Fourteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| 11342 | 9/28/2021 | Notice of Hearing on Reorganized Debtors' Fourteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) (RE: related document(s)11339 Omnibus Objection to Securities Claims (Fourteenth) (Claims Barred by the Statute of Repose) |
| 11400 | 10/12/2021 | Statement of Reorganized Debtors' Report on Resolution of Eleventh Securities Claims Omnibus Objection (Claims Barred By the Statute of Repose) With Respect to Certain Claims |
| 11401 | 10/12/2021 | Statement of Reorganized Debtors' Report on Resolution of Thirteenth Securities Claims Omnibus Objection (Claims Barred By the Statute of Repose) With Respect to Certain Claims |
| 11439 | 10/18/2021 | Amended Statement of Reorganized Debtors' Report on Resolution of Eleventh Securities Claims Omnibus Objection |
| 11466 | 10/22/2021 | Response Horizon Blue Cross Blue Shield Of NJ Employees Retirement Plans Response To Reorganized Debtors Fourteenth Securities Claims Omnibus Objection (Claims Barred By The Statute Of Repose) |
| 11468 | 10/22/2021 | Response by Blue Cross Blue Shield of North Carolina to Reorganized Debtors' Fourteenth Securities Claim Omnibus Objection |
| 11495 | 10/26/2021 | Response by Dennis Brawford to Reorganized Debtors' Fourteenth Securities Claim Omnibus Objection |
| 11498 | 10/27/2021 | Brief/Memorandum in Opposition to Motion for Leave to File Late and Opposition to Reorganized Debtors Eleventh, Thirteenth, and Fourteenth Securities Claims Omnibus Objections (Claims Barred by the Statute of Repose) |
| 11516 | 11/2/2021 | Request for Entry of Default Re: Unopposed Objections to Fourteenth Securities Omnibus Objection and Report on Responses Thereto |
| 11518 | 11/2/2021 | Notice of Continued Hearing With Respect to One Claim in the Reorganized Debtors' Fourteenth Securities Claims Omnibus Objection (Claims Barred By the Statute of Repose) |
| 11530 | 11/4/2021 | Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Fourteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| 11588 | 11/16/2021 | Statement of Reorganized Debtors' Report on Resolution of Fourteenth Securities Claims Omnibus Objection (Claims |

| | | Barred By the Statute of Repose) With Respect to the One Remaining Claim Subject to the Objection |

Dated: May 20, 2022

**DRRT**

By: /s/ JARED LAY
    Jared Lay, Esq.
    Attorneys for Creditors
    DRRT CLAIMANTS

Dated: May 20, 2022

**MEYER LAW GROUP LLP**

By: /s/ BRENT D. MEYER
    Brent D. Meyer, Esq.
    Attorneys for Creditors
    DRRT CLAIMANTS