| | |
|---|---|
| 1 | JONATHAN A. SHAPIRO (SBN 257199)<br>*JShapiro@goodwinlaw.com*<br>**GOODWIN PROCTER LLP**<br>Three Embarcadero Center, Suite 2800<br>San Francisco, CA 94111<br>Tel.: +1 415 733 6000<br>Fax: +1 415 677 9041 |
| 2 | |
| 3 | |
| 4 | |
| 5 | DANIEL MARTIN (SBN 306794)<br>*Daniel.martin@bakerbotts.com*<br>TINA NGO (SBN 324102)<br>*Tina.ngo@bakerbotts.com*<br>**BAKER BOTTS LLP**<br>101 California Street, Suite 3600<br>San Francisco, CA 94111<br>Tel: +1.415.291.6200<br>Fax: +1.415.291.6300 |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | Attorneys for<br>BLACK & VEATCH CONSTRUCTION, INC. |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Bankruptcy<br>⠀⠀⠀⠀Case No. 19-30088 (DM) (Lead Case)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS**<br><br>Courtroom:⠀17<br>Judge:⠀⠀⠀⠀Hon. Dennis Montali<br>⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀450 Golden Gate Ave.,<br>⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀San Francisco, CA 94102<br><br>Filed:⠀⠀⠀⠀2019<br>Trial:⠀⠀⠀⠀⠀TBD |

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICE AND SERVICE OF PAPERS

Case No. 19-30088 (DM)

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that Goodwin Procter LLP, hereby appears in the above- |
| 2 | captioned Chapter 11 bankruptcy proceeding (the "Proceeding") on behalf of BLACK & |
| 3 | VEATCH CONSTRUCTION, INC. ("B&V) as a creditor in the above-captioned chapter 11 case, |
| 4 | and requests, pursuant to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") |
| 5 | 2002, 9007 and 9010 that all notices given or required to be given and all papers served or |
| 6 | required to be served in this case be given to and served on the undersigned at the following |
| 7 | addresses and through CM/ECF: |

> JONATHAN A. SHAPIRO (SBN 257199)
> JShapiro@goodwinlaw.com
> GOODWIN PROCTER LLP
> Three Embarcadero Center, Suite 2800
> San Francisco, CA 94111
> Tel.: +1 415 733 6000
> Fax: +1 415 677 9041

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also, without limitation, all orders, notices, pleadings, complaints, notices of hearing, applications, motions, requests or demands, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise which affect or seek to affect in any way any rights of B&V.

Dated: May 20, 2022

Respectfully submitted,

By: /s/ Jonathan A. Shapiro
JONATHAN A. SHAPIRO (SBN 257199)
*JShapiro@goodwinlaw.com*
**GOODWIN PROCTER LLP**

Attorneys for Creditor
BLACK & VEATCH CONSTRUCTION, INC.

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **May 20, 2022**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **May 20, 2022**.

                                                      */s/ Jonathan A. Shapiro*
                                                     JONATHAN A. SHAPIRO