NATALIE SANDERS (SBN 329916)
Natalie.sanders@bakerbotts.com
BAKER BOTTS L.L.P.
1001 Page Mill Road Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7536
Facsimile: (650) 739-7636

Attorney for
BLACK & VEATCH CONSTRUCTION, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>PG&E CORPORATION,<br><br>   - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>          Debtors. | Bankruptcy Case<br>Case No.: 19-30088-DM (Lead Case)<br>Chapter 11<br><br>(Jointly Administered)<br><br>**NOTICE OF MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL** |

NOTICE OF MOTION

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Black & Veatch Construction, Inc., hereby moves this Court for an Order Authorizing Withdrawal of Counsel in the above-captioned chapter 11 cases. This motion (the "Motion") is pursuant to the applicable Rules of Procedure and is based upon this notice, the Motion, the Declaration of Natalie K. Sanders, and the pleadings and documents filed in this case.

PLEASE TAKE FURTHER NOTICE that, in accordance with Bankruptcy Local Rule 9014-1(3)(A), any objection to the requested relief, or a request for hearing on the matter, must be filed with the Clerk of Court and served upon the initiating party within 21 days of mailing the notice;

Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;

If there is no timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

In the event of a timely objection or request for hearing, the initiating party will give at least seven days written notice of the hearing to the objecting or requesting party and to any trustee or committee appointed in the case.

DATED: May 20, 2022

Respectfully submitted,

**BAKER BOTTS L.L.P.**

_/s/ Natalie K. Sanders_

Natalie K. Sanders

Attorney for Black & Veatch Construction, Inc.

3
NOTICE OF MOTION

# CERTIFICATE OF SERVICE

All counsel of record were served via the Court's electronic filing system.

*/s/ Natalie Sanders*

Natalie Sanders
