# CERTIFICATE OF SERVICE

All counsel of record were served via the Court's electronic filing system.

/s/ Natalie Sanders

Natalie Sanders