NATALIE SANDERS (SBN 329916)
Natalie.sanders@bakerbotts.com
BAKER BOTTS L.L.P.
1001 Page Mill Road Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7536
Facsimile: (650) 739-7636

Attorney for
BLACK & VEATCH CONSTRUCTION, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Bankruptcy Case<br>Case No.: 19-30088-DM (Lead Case)<br>Chapter 11<br><br>(Jointly Administered)<br><br>**DECLARATION OF NATALIE K. SANDERS IN SUPPORT OF MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL** |

Declaration of N. Sanders ISO Motion to For Order Authorizing Withdrawal

Case: 19-30088    Doc# 12437-3    Filed: 05/20/22    Entered: 05/20/22 14:45:19    Page 1 of 2

# DECLARATION OF NATALIE K. SANDERS IN SUPPORT OF MOTION FOR AN ORDER AUTHORIZING THE WITHDRAWAL OF COUNSEL

I, Natalie K. Sanders, declare as follows:

1. I am an individual over 18 years of age and am competent to make this Declaration.

2. I am an attorney at law duly admitted to practice before the United States District Court for the Northern District of California.

3. I am currently an attorney employed by the law firm of Baker Botts LLP, counsel of record for Black & Veatch Construction, Inc. ("Black & Veatch").

4. I seek to withdraw as counsel to Black & Veatch in the above-captioned cases because I will no longer be affiliated with Baker Botts LLP.

5. Black & Veatch's primary counsel, Jonathan Shapiro, of the law firm Goodwin Procter LLP will continue to represent them in this matter.

DATED: May 20, 2022

Respectfully submitted,

**BAKER BOTTS L.L.P.**

_/s/ Natalie K. Sanders_

Natalie K. Sanders

Attorney for Black & Veatch Construction, Inc.