NATALIE SANDERS (SBN 329916)
Natalie.sanders@bakerbotts.com
BAKER BOTTS L.L.P.
1001 Page Mill Road Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7536
Facsimile: (650) 739-7636

Attorney for
BLACK & VEATCH CONSTRUCTION, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | Bankruptcy Case |
| | Case No.: 19-30088-DM (Lead Case) |
| PG&E CORPORATION, | Chapter 11 |
| - and - | (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY, | ORDER AUTHORIZING WITHDRAWAL OF COUNSEL |
| Debtors. | |

[Proposed] Order

## ORDER AUTHORIZING WITHDRAWAL OF
## NATALIE K. SANDERS AS COUNSEL TO BLACK & VEATCH

Upon consideration of the motion (the "Motion") of Black & Veatch Construction, Inc. ("Black & Veatch") seeking an order authorizing the withdrawal of counsel of Natalie K. Sanders as counsel to Black & Veatch, pursuant to Rule 11-5(a); and adequate notice of the Motion having been given; and it appearing that no other or further notice is necessary; and the Court having determined that the legal and factual grounds set forth in the Motion establish just cause for the relief requested in the Motion; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1.  The Motion is GRANTED.
2.  Natalie K. Sanders is hereby permitted to withdraw as counsel to Black & Veatch.


**END OF ORDER**