DocuSign Envelope ID: 4ED4181D-7BA9-4368-8A35-9CB022C96A6A

Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2600
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619)236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys for Kathleen Deiner and Charles Deiner

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:* | **Case No. 19-30088 (DM)** |
| | Chapter 11 |
| PG&E CORPORATION | (Lead Case) |
| | (Jointly Administered) |
| -and- | |
| | **DECLARATION OF KATHLEEN DEINER IN SUPPORT OF MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM** |
| PACIFIC GAS AND ELECTRIC COMPANY | |
| Debtors. | |
| ☐ Affects PG&E Corporation | Date: June 29, 2022 |
| ☐ Affects Pacific Gas & Electric | Time: 10:00 a.m. |
| | Place: **To Be Held Telephonically** |
| ☒ Affects Both Debtors | United States Bankruptcy Court |
| | Courtroom 17 |
| *All papers shall be filed in the Lead Case, No.19-30088 (DM)* | 450 Golden Gate Avenue |
| | 16th Floor |
| | San Francisco, CA |
| | Judge: Honorable Dennis Montali |
| | **Objection Deadline: June 22, 2022** |

I, Kathleen Deiner, hereby declare and state as follows:

1. This declaration is based upon my personal knowledge unless otherwise indicated. If called upon to testify as to the matters stated herein, I could and would competently do so.

2. On the day of the Camp Fire I was living at 8416 Montna Drive, Paradise, California 95969 with my husband, Charles Deiner. We owned this property. The fire destroyed the house and all our possessions.

3. Not only did we lose our home, but we also lost most of our personal property,

DocuSign Envelope ID: 4ED4181D-7BA9-4368-8A35-9CB022C96A6A

including collectibles, antiques, art, antique clocks, china, crystal, silverware, a piano and all other furnishings, surveying equipment, tools, guns, fishing gear, a utility trailer, boats, clothing, jewelry, and medications.

4. My husband and I were unable to evacuate together. He had to go help family members evacuate and I was at the Walgreens pharmacy awaiting transportation away from the fire. We had been married for nearly 50 years and I was fearful I would not see him again.

5. We were displaced for about four months.

6. Not only did we lose our home, our in-laws, son and granddaughter lost their respective homes.

7. My elderly father-in-law has dementia, and because my in-laws' home burned down, they came to live with us. We had to care for them all the time we were having to deal with their insurance claims, as well as our insurance claims. The insurance company made us deal with different adjusters for each part of the respective claims. We believed that we might receive sufficient money from our insurance company and were just too overwhelmed by trying to ensure our in-laws' well-being and dealing with both insurance claims to deal with filing a claim in the PG&E bankruptcy. We were completely overwhelmed and were unsure if all of our losses would be covered by the insurance or through the claims process.

8. We know now that all our losses are not all covered by insurance, and we recently learned that we can also file a claim in the PG&E bankruptcy.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed at Paradise, California, on 5/12/2022.

                              *Kathleen L. Deiner*
                              Kathleen Deiner