William B. Abrams
end2endconsulting@gmail.com
1519 Branch Owl Place
Santa Rosa, CA, 95409
Tel: 707 397 5727

*Pro Se Claimant and*

*Party to California Public Utilities Commission Proceeding I.15-08-019 to Determine whether Pacific Gas and Electric Company and PG&E's Corporation's Organizational Culture and Governance Prioritizes Safety*

*Party to California Public Utilities Commission Proceeding A.20-06-011 which is the Application of Pacific Gas and Electric Company for Approval of Regionalization Proposal*

*Party to California Public Utilities Commission Proceeding R.18-10-007 which is the Order Instituting Rulemaking to Implement Electric Utility Wildfire Mitigation Plans Pursuant to Senate Bill 901*



FILED

MAY 23 2022

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

In re:

PG&E CORPORATION,

-and-

PACIFIC GAS AND ELECTRIC COMPANY,
 Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☑ Affects both Debtors

\* *All papers shall be filed in the lead case, No. 19-30088 (DM)*

Bankr. Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administrated)

**DECLARATION OF WILLIAM B. ABRAMS IN SUPPORT OF MOTION OF WILLIAM B. ABRAMS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR ENTRY OF AN ORDER AUTHORIZING DISCOVERY AND HEARINGS REGARDING THE ADMINISTRATION OF THE FIRE VICTM TRUST**

I, William B. Abrams, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a claimant and a PG&E Fire Survivor who has engaged in this proceeding as a Pro Se party to promote and collaborate with core parties in good-faith towards a plan, PG&E Fire Victim Trust Agreement and to ensure prudent Trust oversight that provides just settlements for all claimants as well as adequate restructuring for Pacific Gas and Electric Corporation so our communities are safer and more secure.

2. I submit this declaration in support of this *Motion of William B. Abrams Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of an Order Authorizing Discovery and Hearings Regarding the Administration of the Fire Victim Trust* (the "**Motion**") filed concurrently herewith.

3. I submit that the email and other correspondence referenced within this motion (paragraph 9 and 10) between myself and representatives of the PG&E Fire Victim Trust are true and accurate representations of those communications.

4. After the PG&E Fires of 2017, I felt compelled to engage as a party to certain proceedings at the California Public Utilities Commission to work collaboratively towards solutions that address wildfire mitigation and other utility/energy issues. Some of these proceedings are related to this case. All of my filed comments are in the public record through the Commission's website. As an intervenor in these proceedings, I have received some compensation from Investor Owned Utilities including Pacific Gas and Electric Company. I have no financial interests in this case that are adverse to those of victims. I have no litigation financing or lines of credit tied to PG&E shareholders, bondholders or any other party in this case. I have not and do not intend to get any compensation for my involvement in this case other than through my claim and those claims of my family through the PG&E Fire Victim Trust. I have not engaged in activities to undermine the value of the Fire Victim Trust or to slow the Trust administration process.

5. I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct and that this declaration was executed at Santa Rosa, California on May 23, 2022.

William B. Abrams
Pro Se Claimant