**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION**,

- and -

**PACIFIC GAS AND ELECTRIC COMPANY**,

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

* *All papers shall be filed in the lead case, No. 19-30088 (DM)*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**NOTICE OF AGENDA FOR MAY 24, 2022, 10:00 A.M. OMNIBUS HEARING**

Date: May 24, 2022
Time: 10:00 a.m. (Pacific Time)
Place: Zoom Videoconference
United States Bankruptcy Court
Courtroom 17, 16th Floor
San Francisco, CA 94102

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

### PROPOSED AGENDA FOR
### MAY 24, 2022, 10:00 A.M. (PACIFIC TIME)
### OMNIBUS HEARING

**I:      MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*CONTESTED MATTERS GOING FORWARD*

**Matters 1 and 2 will be heard together.**

1. **Tuscan Ridge Motion to Modify Plan Injunction:** *Motion for Relief from Plan Injunction, to Compel Arbitration and/or for Abstention* [**Dkt. 11066**].

    Responses Filed:

    A.   Stipulation to Extend Time with Respect to Fulcrum Credit Partners LLC's Motion for Relief from Plan Injunction, to Compel Arbitration and/or for Abstention [**Dkt. 11159**].

    B.   Reorganized Debtors' Opposition to Motion for Relief from Plan Injunction, to Compel Arbitration and/or for Abstention [**Dkt. 11263**].

    C.   Declaration of Laura L. Goodman in Support of Reorganized Debtors' Opposition to Motion for Relief from Plan Injunction, to Compel Arbitration and/or for Abstention [**Dkt. 11264**].

    D.   Reorganized Debtors' Objections to Declaration of Scott Bates [**Dkt. 11265**].

    E.   Reorganized Debtors' Status Conference Statement Regarding Motion for Relief from Plan Injunction and Objection to Claim of Fulcrum Credit Partners, LLC [**Dkt. 11546**].

    F.   Reorganized Debtors' Supplemental Status Conference Statement [**Dkt. 11627**].

    G.   Reorganized Debtors' Status Conference Statement and Request for Revised Scheduling Order [**Dkt. 12128**].

    Related Documents:

    H.   Reply to Opposition to Motion for Relief from Plan Injunction, to Compel Arbitration and/or for Abstention [**Dkt. 11305**].

    I.   Status Report by Fulcrum Credit Partners, LLC and Tuscan Ridge Associates, LLC [**Dkt. 11543**].

| | |
|---|---|
| J. | Fulcrum Credit Partners, LLC's and Tuscan Ridge Associates' Response to Reorganized Debtors' "Supplemental Status Report" [**Dkt. 11629**]. |
| K. | Stipulation Confirming Application of Confidentiality and Protective Order to Tuscan Ridge Disputes [**Dkt. 12124**]. |
| L. | Fulcrum Credit Partners, LLC & Tuscan Ridge Associates, LLC's Status Conference Statement [**Dkt. 12143**]. |

Related Orders:

| | |
|---|---|
| M. | Docket Text Order [November 5, 2021]. |
| N. | Tentative Ruling Regarding Schedule for Adjudication and Arbitration of Issues [**Dkt. 11628**]. |
| O. | Order Approving Stipulation Confirming Application of Confidentiality and Protective Order to Tuscan Ridge Disputes [**Dkt. 12127**]. |

Status: This matter is going forward as a status conference.

2. **Tuscan Ridge Claim Objection:** *Reorganized Debtors' Objection to Proof of Claim No. 58562 Filed by Fulcrum Credit Partners LLC as Transferee of Tuscan Ridge Associates, LLC* [**Dkt. 11288**].

Responses Filed:

| | |
|---|---|
| A. | Response to Reorganized Debtors' Objection to Proof of Claim No. 58562 Filed by Fulcrum Credit Partners LLC as Transferee of Tuscan Ridge Associates, LLC [**Dkt. 11479**]. |
| B. | Status Report by Fulcrum Credit Partners, LLC and Tuscan Ridge Associates, LLC [**Dkt. 11543**]. |
| C. | Fulcrum Credit Partners, LLC's and Tuscan Ridge Associates' Response to Reorganized Debtors' "Supplemental Status Report" [**Dkt. 11629**]. |
| D. | Fulcrum Credit Partners, LLC & Tuscan Ridge Associates, LLC's Status Conference Statement [**Dkt. 12143**]. |

Related Documents:

| | |
|---|---|
| E. | Declaration of Elouise Jadhav in Support of Reorganized Debtors' Objection to Proof of Claim No. 58562 Filed by Fulcrum Credit Partners LLC as Transferee of Tuscan Ridge Associates, LLC [**Dkt. 11289**]. |
| F. | Declaration of Laura L. Goodman in Support of Reorganized Debtors' |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Objection to Proof of Claim No. 58562 Filed by Fulcrum Credit Partners LLC as Transferee of Tuscan Ridge Associates, LLC [**Dkt. 11291**].

G. Reorganized Debtors' Reply in Support of Objection to Proof of Claim No. 58562 Filed by Fulcrum Credit Partners LLC as Transferee of Tuscan Ridge Associates, LLC and Request for Scheduling Order [**Dkt. 11521**].

H. Reorganized Debtors' Objections to Declarations of Scott Bates, Courtney McAlister, John Moreno, and Mark West in Support of the Response to Reorganized Debtors' Objection to Proof of Claim No. 58562 [Docket Nos. 11479-1, 11479-2, 11479-3, and 11479-4] [**Dkt. 11522**].

I. Reorganized Debtors' Status Conference Statement Regarding Motion for Relief from Plan Injunction and Objection to Claim of Fulcrum Credit Partners, LLC [**Dkt. 11546**].

J. Reorganized Debtors' Supplemental Status Conference Statement [**Dkt. 11627**].

K. Stipulation Confirming Application of Confidentiality and Protective Order to Tuscan Ridge Disputes [**Dkt. 12124**].

L. Reorganized Debtors' Status Conference Statement and Request for Revised Scheduling Order [**Dkt. 12128**].

Related Order:

M. Tentative Ruling Regarding Schedule for Adjudication and Arbitration of Issues [**Dkt. 11628**].

N. Order Approving Stipulation Confirming Application of Confidentiality and Protective Order to Tuscan Ridge Disputes [**Dkt. 12127**].

Status: This matter is going forward as a status conference.

*RESOLVED AND CONTINUED MATTERS*

    3.    **Fourth Motion to Extend Time to Object to Claims:** *Motion for Entry of an Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and for Related Relief* [**Dkt. 12229**].

    Status: This Motion has been granted by Order [**Dkt. 12432**].

    4.    **Pre-Trial Conference on Claim No. 77335 of Todd Greenberg:** *Reorganized Debtors' Fortieth Omnibus Objection to Claims (No Liability / Passthrough Claims)* [**Dkt. 9455**].

    Status: The pre-trial conference has been continued to June 7, 2022, by agreement of the parties.

**Securities Omnibus Claims Objection:**

    5.    **Fifteenth (Securities Acquired Outside Subject Period)** [**Dkt. 11343**]. This Securities Omnibus Claims Objection was granted as to all Claims (except the Claim discussed below) by **Dkt. 11531**. This matter has been continued to June 7, 2022, as to the Claim listed in **Dkt. 12394**.

    6.    **Twenty-First (Duplicate Claims)** [**Dkt. 12149**]. This Securities Omnibus Claims Objection was granted as to all Claims (except the Claims discussed below) by **Dkt. 12422**. This matter has been resolved as to the Claims listed in **Dkt. 12397** (except the Claim of William McGovern IRA Charles Schwab Cust, which has been continued to June 29, 2022, by **Dkt. 12398**).

**Late Claim Motions:**

    7.    **Dutcher** [**Dkt. 12159**]. This matter has been resolved by Stipulation [**Dkt. 12255**] and taken off calendar by Order [**Dkt. 12277**].

    8.    **Hall** [**Dkt. 12161**]. This matter has been resolved by Stipulation [**Dkt. 12256**] and taken off calendar by Order [**Dkt. 12276**].

    9.    **Dellinger** [**Dkt. 12163**]. This matter has been resolved by Stipulation [**Dkt. 12257**] and taken off calendar by Order [**Dkt. 12278**].

    10.    **Thompson** [**Dkt. 12165**]. This matter has been resolved by Stipulation [**Dkt. 12258**] and taken off calendar by Order [**Dkt. 12279**].

    11.    **Vanderhorst** [**Dkt. 12167**]. This matter has been resolved by Stipulation [**Dkt. 12259**] and taken off calendar by Order [**Dkt. 12280**].

    12.    **Schloemp** [**Dkt. 12169**]. This matter has been resolved by Stipulation [**Dkt. 12260**] and taken off calendar by Order [**Dkt. 12281**].

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: May 23, 2022

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: */s/ Thomas B. Rupp*
Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119