**Signed and Filed: May 23, 2022**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>      Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>   Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br>Date: June 7, 2022<br>Time: 10:00 AM<br>Via Zoom<br>www.canb.uscourts.gov/calendars |

**ORDER SETTING PRELIMINARY HEARING**

    The court has reviewed the *Motion of William B. Abrams Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of an Order Authorizing Discovery and Hearings Regarding the Administration of The Fire Victim Trust* (Dkt. 12440) (the "Motion") and its accompanying declaration (Dkt. 12441) filed on

-1-

May 23, 2022. The court wishes to hear from Justice John K. Trotter (Ret.), in his capacity as the Fire Victim Trustee (the "Trustee"), at a preliminary status conference before it directs the Trustee to file any substantive response to the Motion and before it directs responses to discovery requested by Mr. Abrams.

The court will hold a preliminary hearing on June 7, 2022 at 10:00 AM via Zoom. At that hearing, counsel for the Trustee should be prepared to indicate how and when he intends to respond or otherwise deal with the Motion. Nothing needs to be filed before or in connection with that hearing.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

William B. Abrams
1519 Branch Owl Place
Santa Rosa, CA 94509