# U.S. Bankruptcy Court
## California Northern Bankruptcy Court (San Francisco)
### Bankruptcy Petition #: 19−30088

|  |  |
|---|---|
| *Assigned to:* Judge Dennis Montali | *Date filed:* 01/29/2019 |
| Chapter 11 | *Plan confirmed:* 06/20/2020 |
| Voluntary | *341 meeting:* 04/29/2019 |
| Asset | *Deadline for filing claims:* 10/21/2019 |
|  | *Deadline for filing claims (govt.):* 10/21/2019 |

*Debtor*
**PG&E Corporation**
77 Beale Street
P.O. Box 770000
San Francisco, CA 94177
SAN FRANCISCO−CA
(929) 333−8977
Tax ID / EIN: 94−3234914

represented by **Max Africk**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000
*TERMINATED: 11/12/2019*

**Peter J. Benvenutti**
Keller Benvenutti Kim LLP
650 California St. 19th Fl.
San Francisco, CA 94108
(415) 364−6798
Email: pbenvenutti@kbkllp.com

**Kevin Bostel**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Lee Brand**
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Fl.
San Francisco, CA 94111−5998
415−983−1116
Email: lee.brand@pillsburylaw.com

**Timothy G. Cameron**
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Ave.
New York, NY 10019
(212) 474−1120

**Jared R. Friedmann**
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
(212) 310−8000

**Andriana Georgallas**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Stuart J. Goldring**
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
(212) 310−8000

**Matthew Goren**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**David A. Herman**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000

**David Franklin Hill, IV**
Weil, Gotshal and Manges, LLP
767 Fifth Ave.
New York, NY 10153
(212) 310−8000

**Stephen Karotkin**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Tobias S. Keller**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108
(415) 796−0709
Email: tkeller@kbkllp.com

**Jane Kim**
Keller Benvenutti Kim LLP
650 California St, Suite 1900
San Francisco, CA 94108
(415) 364−6793
Email: jkim@kbkllp.com

**Katherine Kohn**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200
Washington, DC 20006
(202) 861−2607
Email: kkohn@groom.com

**Kevin Kramer**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**David Levine**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200
Washington, DC 20006
(202) 861−5436

Email: dnl@groom.com

**Dara Levinson Silveira**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108
415−364−6793
Email: dsilveira@kbkllp.com

**Jessica Liou**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Omid H. Nasab**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000

**John Nolan**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Kevin J. Orsini**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000

**Thomas B. Rupp**
Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, CA 94108
415−636−9015
Email: trupp@kbkllp.com

**Bradley R. Schneider**
Munger Tolles and Olson LLP
350 S Grand Ave., 50th Fl.
Los Angeles, CA 90071
(213) 683−9100
Email: bradley.schneider@mto.com
*TERMINATED: 05/18/2022*

**Ray C. Schrock**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Richard W. Slack**
Weil Gotshal and Manges, LLP
767 Fifth Ave.
New York, NY 10153−0119
(212) 310−8000
Email: richard.slack@weil.com

**Theodore Tsekerides**
Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153
212−310−8000

**Paul H. Zumbro**
Cravath, Swaine & Moore LLP
85 Eighth Avenue
New York, NY 10019
2124741000
Email: mao@cravath.com

*Responsible Ind*
**Jason P. Wells**
Senior Vice President
Chief Financial Officer PG&E Corporation
77 Beale St.
San Francisco, CA 94177
(929) 333−8977

*U.S. Trustee*
**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102
(415)705−3333

represented by **Jason Blumberg**
Office of the U.S. Trustee
501 I St. #7−500
Sacramento, CA 95814
(916) 930−2076
Email: jason.blumberg@usdoj.gov

**Cameron M. Gulden**
Office of the United States Trustee
300 Booth St., Room 3009
Reno, NV 89509
(775) 784−5335
Email: cameron.m.gulden@usdoj.gov

**Lynette C. Kelly**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102
(415) 252−2065
Email: ustpregion17.oa.ecf@usdoj.gov

**Timothy S. Laffredi**
Office of the U. S. Trustee − San Jose
280 South 1 St., Suite 268
San Jose, CA 95113
(408) 535−5525
Email: timothy.s.laffredi@usdoj.gov

**Timothy S. Laffredi**
Office of the U.S. Trustee − SF
450 Golden Gate Ave.
Suite 05−0153
San Francisco, CA 94102
(415) 705−3333
Email: timothy.s.laffredi@usdoj.gov

**Marta Villacorta**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102
(415) 252−2062

Email: marta.villacorta@usdoj.gov

*Creditor Committee*
**Official Committee Of Unsecured Creditors**
represented by **Paul S. Aronzon**
Milbank LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067
(424) 386−4000
Email: paronzon@milbank.com

**James C. Behrens**
Milbank, LLP
2029 Century Park E, 33rd Fl.
Los Angeles, CA 90067
(424) 386−4436
Email: jbehrens@milbank.com

**Gregory A. Bray**
Milbank LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067
(424) 386−4470
Email: gbray@milbank.com

**Erin Elizabeth Dexter**
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835−7500
Email: edexter@milbank.com

**Dennis F. Dunne**
Milbank, LLP
55 Hudson Yards
New York, NY 10001−2163
(212) 530−5000
Email: ddunne@milbank.com

**Samuel A. Khalil**
Milbank, LLP
55 Hudson Yards
New York, NY 10001−2163
(212) 530−5000
Email: skhalil@milbank.com

**Thomas R. Kreller**
Milbank LLP
2029 Century Park East, 33rd
Los Angeles, CA 90067
(424) 386−4463
Email: tkreller@milbank.com

**Andrew Michael Leblanc**
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835−7500
Email: ALeblanc@milbank.com

**Alan J. Stone**
Milbank LLP
55 Hudson Yards
New York, NY 10001

(212) 530−5000
Email: AStone@milbank.com

**Creditor Committee**
**Official Committee of Tort Claimants**

represented by **Lauren T. Attard**
Baker Hostetler LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025−0509
(310) 820−8800
Email: lattard@bakerlaw.com

**Chris Bator**
Baker & Hostetler LLP
127 Public Square #2000
Cleveland, OH 44114
(216) 621−0200
Email: cbator@bakerlaw.com

**Dustin M. Dow**
Baker & Hostetler LLP
127 Public Square #2000
Cleveland, OH 44114
(216) 621−0200
Email: ddow@bakerlaw.com

**Cecily Ann Dumas**
Baker and Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111−2806
415−659−2600
Email: cdumas@bakerlaw.com

**Joseph M. Esmont**
Baker & Hostetler LLP
127 Public Sq., #2000
Cleveland, OH 44147
(216) 861−7835
Email: jesmont@bakerlaw.com

**Lars H. Fuller**
Baker & Hostetler LLP
1801 California St #4400
Denver, CO 80202
(303) 764−4114
Email: lfuller@bakerlaw.com

**Eric R. Goodman**
Brown Rudnick LLP
601 Thirteenth St. NW, #600
Washington, DC 20005
(202) 536−1740
Email: egoodman@bakerlaw.com
*TERMINATED: 04/07/2021*

**Elizabeth A. Green**
BakerHostetler LLP
200 S. Orange Ave. #2300
Orlando, FL 32801
(407) 649−4000
Email: egreen@bakerlaw.com

**Robert A. Julian**

Baker and Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111−2806
(415) 569−2600
Email: rjulian@bakerlaw.com

**Elyssa S. Kates**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589−4227
Email: ekates@bakerlaw.com

**Kody D. L. Kleber**
Baker & Hostetler LLP
811 Main St., #1100
Houston, TX 77005
(713) 703−1315
Email: kkleber@bakerlaw.com

**John H. MacConaghy**
MacConaghy and Barnier
645 1st St. W #D
Sonoma, CA 95476
(707) 935−3205
Email: macclaw@macbarlaw.com

**Kimberly S. Morris**
Baker & Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
(415) 659−2600
Email: kmorris@bakerlaw.com

**David J. Richardson**
Baker & Hostetler, LLP
11601 Wilshire Blvd.,
14th Floor
Los Angeles, CA 90025
(310) 442−8858
Email: drichardson@bakerlaw.com

**David B. Rivkin, Jr.**
Baker and Hostetler LLP
1050 Connecticut Ave., N.W., #1100
Washington, DC 20036
(202) 861−1731
Email: drivkin@bakerlaw.com

**Jorian L. Rose**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589−4200
Email: jrose@bakerlaw.com

**Eric E. Sagerman**
Baker and Hostetler LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025
(310) 442−8875

Email: esagerman@bakerlaw.com

**Catherine E. Woltering**
Baker & Hostetler LLP
Key Tower, 127 Public Sq., #2000
Cleveland, OH 44114−1214
(614) 462−2677
Email: cwoltering@bakerlaw.com
*TERMINATED: 04/01/2020*

| Filing Date | # | Docket Text |
|---|---|---|
| 05/06/2022 | 12333 | Appellant Designation of Contents For Inclusion in Record On Appeal *Reorganized Debtors' Statement of Issues and Designation of Record on Appeal* (RE: related document(s)12209 Notice of Appeal and Statement of Election filed by Debtor PG&E Corporation). Appellee designation due by 05/23/2022. Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 05/06/2022) |
| 05/20/2022 | 12435 | Appellee Designation of Contents for Inclusion in Record of Appeal (RE: related document(s)12209 Notice of Appeal and Statement of Election filed by Debtor PG&E Corporation, 12311 Notice of Appeal and Statement of Election filed by Debtor PG&E Corporation). (Attachments: # 1 Certificate of Service) Filed by Creditor DRRT Claimants (Meyer, Brent) (Entered: 05/20/2022) |

WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>   **- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>               **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**REORGANIZED DEBTORS' STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL**<br><br>**[Re: Dkt. No. 12209]** |

WEIL, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Pursuant to Rule 8009(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), PG&E Corporation and Pacific Gas and Electric Company, as reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**," as applicable) in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), submit this statement of issues and designation of record on appeal.[1]

## STATEMENT OF ISSUES ON APPEAL

The issues on appeal are: (i) whether the Bankruptcy Court erred by failing to apply the proper legal test in granting relief under Rule 60(b)(1) of the Federal Rules of Civil Procedure (the "**Civil Rules**"), as made applicable by Bankruptcy Rule 9024, where the movant sought relief under Civil Rule 60(b)(1) only on the basis of "excusable neglect" and the Bankruptcy Court failed to apply or analyze the factors set forth in *Pioneer Investment Services Co. v. Brunswick Associates Ltd. P'ship*, 507 U.S. 380 (1993); (ii) whether the Bankruptcy Court erred by revisiting and considering the merits of the underlying judgment in granting relief under Civil Rule 60(b); and (iii) whether an international law firm's failure to open its mail and email for months, where the law firm admittedly received service of the objections at the mailing address and email address listed by the law firm on its proofs of claim and also had received notice of the Debtors' bankruptcy and the procedures therein and therefore knew that the Debtors would be filing objections to proofs of claim, constitutes "excusable neglect" that justifies relief under Civil Rule 60(b)(1).

## DESIGNATION OF RECORD ON APPEAL

The Reorganized Debtors hereby designate the following items to be included in the record on appeal, each of which includes any and all exhibits and addenda attached thereto and filed therewith and any and all documents incorporated by reference therein:

| Filing Date | Dkt. No. | Item |
|---|---|---|
| September 1, 2020 | 8964 | Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims |

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the *Reorganized Debtors' Opposition to the DRRT Claimants' Motion for Reconsideration* [Dkt. No. 11867].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Filing Date | Dkt. No. | Item |
|---|---|---|
| January 25, 2021 | 10015 | Order Approving Securities ADR and Related Procedures for Resolving Subordinated Securities Claims |
| August 3, 2021 | 11014 | Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| August 3, 2021 | 11015 | Declaration of Edward J. Radetich, Jr. in Support of Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| August 3, 2021 | 11016 | Declaration of Michael A. Keable in Support of Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| August 3, 2021 | 11017 | Notice of Hearing on Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| August 6, 2021 | 11030 | Certificate of Service re: Eleventh Securities Claims Omnibus Objection |
| August 18, 2021 | 11085 | Reorganized Debtors' Thirteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| August 18, 2021 | 11086 | Declaration of Edward J. Radetich, Jr. in Support of Reorganized Debtors' Thirteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| August 18, 2021 | 11087 | Declaration of Michael A. Keable in Support of Reorganized Debtors' Thirteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| August 18, 2021 | 11088 | Notice of Hearing on Reorganized Debtors' Thirteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| August 24, 2021 | 11140 | Certificate of Service re: Thirteenth Securities Claims Omnibus Objection |
| September 8, 2021 | 11210 | Reorganized Debtors' Amended Report on Responses to Eleventh Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) and Request for Order by Default as to Unopposed Objections |
| September 9, 2021 | 11216 | Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| September 14, 2021 | 11254 | Certificate of Service re: Order Granting Eleventh Securities Claims Omnibus Objection |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Filing Date | Dkt. No. | Item |
|---|---|---|
| September 22, 2021 | 11301 | Reorganized Debtors' Report on Responses to Thirteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) and Request for Order by Default as to Unopposed Objections |
| September 24, 2021 | 11315 | Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Thirteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| September 30, 2021 | 11363 | Certificate of Service re: Order Granting Thirteenth Securities Claims Omnibus Objection |
| November 18, 2021 | 11601 | DRRT's Motion Seeking Relief from Orders Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Eleventh and Thirteenth Securities Claims Omnibus Objections (Claims Barred by the Statute of Repose) |
| December 21, 2021 | 11734 | DRRT's Amended Motion for Relief from Orders by Default Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Eleventh and Thirteenth Securities Claims Omnibus Objections (Claims Barred by the Statute of Repose) |
| January 25, 2022 | 11867 | Reorganized Debtors' Opposition to the DRRT Claimants' Motion for Reconsideration |
| January 25, 2022 | 11868 | Declaration of Herb Baer in Support of Reorganized Debtors' Opposition to the DRRT Claimants' Motion for Reconsideration |
| February 8, 2022 | 11911 | Reply in Support of Amended Motion for Relief from Orders by Default Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Eleventh and Thirteenth Securities Claims Omnibus Objections (Claims Barred by the Statute of Repose) |
| March 15, 2022 | - | Transcript of Proceedings Before the Honorable Dennis Montali, United States Bankruptcy Judge |
| April 7, 2022 | 12126 | Order Granting DRRT's Amended Motion for Relief from Orders Concerning Reorganized Debtors' Eleventh and Thirteenth Securities Claims Omnibus Objections (Claims Barred by the Statute of Repose) |
| April 22, 2022 | 12209 | Notice of Appeal and Statement of Election to Have Appeal Heard by District Court |
| April 22, 2022 | 12216 | Corrected Order Granting DRRT's Amended Motion for Relief from Orders Concerning Reorganized Debtors' Eleventh and Thirteenth Securities Claims Omnibus Objections (Claims Barred by the Statute of Repose) |

Dated: May 6, 2022

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**

By:  */s/ Richard W. Slack*
           Richard W. Slack

*Attorneys for the Reorganized Debtors*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

**DRRT**
JARED LAY, Fl. Bar No. 120351*
340 West Flagler Street, 2nd Floor
Miami, Florida 33130
Telephone:   (305) 760-8025
Facsimile:   (786) 235-5005
Email:       jlay@drrt.com

* Admitted *Pro Hac Vice*

**MEYER LAW GROUP LLP**
  A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone:   (415) 765-1588
Facsimile:   (415) 762-5277
Email:       brent@meyerllp.com

Attorneys for Creditors
DRRT CLAIMANTS

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

In re

PG&E CORPORATION,

- and -

PACIFIC GAS AND ELECTRIC
COMPANY,

            Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects Both Debtors

* *All papers shall be filed in Lead Case 19-30088-DM*

BK Case No.: 19-30088-DM (Lead Case)
(Jointly Administered)

Chapter 11

**APPELLEE'S DESIGNATION
OF RECORD ON APPEAL**



MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
w w w . m e y e r l l p . c o m

Case: 19-30088    Doc# 12438-1    Filed: 05/20/22    Entered: 05/20/22 21:54:01    Page 14
                                                                                    of 433

14

Appellee DRRT as the duly appointed claims filing representative for individual claimants Bayerninvest Kapitalverwaltungsgesell Schaft MBH, Credit Suisse Funds AG, Deka Investment GMBH, Giam Generali Insurance Asset Management, Helaba Invest Kapitalanlagegesellschaft MBH, Internationale Kapitalanlagegesellschaft MBH, Internationale Kapitalanlagegesellschaft MBH, Kaiser Permanente, Metzler Asset Management GMBH, Swiss Reinsurance Company Ltd., UBS Fund Management (Switzerland) AG, UBS Fund Management Luxembourg S.A., Meag Munich Ergo Kapitalanlagegesellschaft MBH, (collectively, the "DRRT Claimants") hereby designate the following items to be included in the record on appeal, each of which includes any and all exhibits and addenda attached thereto and filed therewith and any and all documents incorporated by reference therein:

| Docket Number | Filing Date | Pleading Description |
|---|---|---|
| 11168 | 8/31/2021 | Response and Opposition to Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| 11169 | 8/31/2021 | Declaration of Richard A. Bodnar in opposition of Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| 11170 | 8/31/2021 | Response /Opposition to Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred By The Statute of Repose) |
| 11207 | 9/8/2021 | Response to Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| 11208 | 9/8/2021 | Declaration of Jeremy C. Kleinman in Support of PepsiCo, Inc. Master Trust's Response to Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| 11209 | 9/8/2021 | Joinder Vanguard Funds' Joinder in Response and Opposition to Reorganized Debtors' Eleventh Securities Claim Omnibus Objection (Claims Barred By the Statute of Repose) |
| 11246 | 9/13/2021 | Opposition re: Reorganized Debtors' Thirteenth Securities Claims Omnibus Objection (RE: related document(s)11085 Objection) |
| 11260 | 9/152021 | Joinder and Statement in Opposition to Reorganized Debtors' Thirteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| 11339 | 9/28/2021 | Omnibus Objection to Securities Claims (Fourteenth) (Claims |

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
w w w . m e y e r l l p . c o m

| | | | |
|---|---|---|---|
| | | | Barred by the Statute of Repose) |
| | 11340 | 9/28/2021 | Declaration of Edward J. Radetich, Jr. in Support of Reorganized Debtors' Fourteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| | 11341 | 9/28/2021 | Declaration of Michael A. Keable in Support of Reorganized Debtors' Fourteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| | 11342 | 9/28/2021 | Notice of Hearing on Reorganized Debtors' Fourteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) (RE: related document(s)11339 Omnibus Objection to Securities Claims (Fourteenth) (Claims Barred by the Statute of Repose) |
| | 11400 | 10/12/2021 | Statement of Reorganized Debtors' Report on Resolution of Eleventh Securities Claims Omnibus Objection (Claims Barred By the Statute of Repose) With Respect to Certain Claims |
| | 11401 | 10/12/2021 | Statement of Reorganized Debtors' Report on Resolution of Thirteenth Securities Claims Omnibus Objection (Claims Barred By the Statute of Repose) With Respect to Certain Claims |
| | 11439 | 10/18/2021 | Amended Statement of Reorganized Debtors' Report on Resolution of Eleventh Securities Claims Omnibus Objection |
| | 11466 | 10/22/2021 | Response Horizon Blue Cross Blue Shield Of NJ Employees Retirement Plans Response To Reorganized Debtors Fourteenth Securities Claims Omnibus Objection (Claims Barred By The Statute Of Repose) |
| | 11468 | 10/22/2021 | Response by Blue Cross Blue Shield of North Carolina to Reorganized Debtors' Fourteenth Securities Claim Omnibus Objection |
| | 11495 | 10/26/2021 | Response by Dennis Brawford to Reorganized Debtors' Fourteenth Securities Claim Omnibus Objection |
| | 11498 | 10/27/2021 | Brief/Memorandum in Opposition to Motion for Leave to File Late and Opposition to Reorganized Debtors Eleventh, Thirteenth, and Fourteenth Securities Claims Omnibus Objections (Claims Barred by the Statute of Repose) |
| | 11516 | 11/2/2021 | Request for Entry of Default Re: Unopposed Objections to Fourteenth Securities Omnibus Objection and Report on Responses Thereto |
| | 11518 | 11/2/2021 | Notice of Continued Hearing With Respect to One Claim in the Reorganized Debtors' Fourteenth Securities Claims Omnibus Objection (Claims Barred By the Statute of Repose) |
| | 11530 | 11/4/2021 | Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Fourteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| | 11588 | 11/16/2021 | Statement of Reorganized Debtors' Report on Resolution of Fourteenth Securities Claims Omnibus Objection (Claims |



MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
w w w . m e y e r l l p . c o m

BK CASE NO. 19-30088-DM
APPELLEE'S DESIGNATION OF RECORD ON APPEAL

- 3 -

Case: 19-30088   Doc# 12438-1   Filed: 05/24/22   Entered: 05/24/22 21:54:51   Page 8
of 33

16

| | | Barred By the Statute of Repose) With Respect to the One Remaining Claim Subject to the Objection |
|---|---|---|

Dated: May 20, 2022

**DRRT**

By: /s/ JARED LAY
    Jared Lay, Esq.
    Attorneys for Creditors
    DRRT CLAIMANTS

Dated: May 20, 2022

**MEYER LAW GROUP LLP**

By: /s/ BRENT D. MEYER
    Brent D. Meyer, Esq.
    Attorneys for Creditors
    DRRT CLAIMANTS

- 4 -


MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
w w w . m e y e r l l p . c o m

BK CASE NO. 19-30088-DM
APPELLEE'S DESIGNATION OF RECORD ON APPEAL

Case: 19-30088    Doc# 12438-1    Filed: 05/20/22    Entered: 05/20/22 21:54:01    Page 4 of 33

17

1   **DRRT**
    JARED LAY, Fl. Bar No. 120351*
2   340 West Flagler Street, 2nd Floor
    Miami, Florida 33130
3   Telephone:   (305) 760-8025
    Facsimile:   (786) 235-5005
4   Email:       jlay@drrt.com

5   * Admitted *Pro Hac Vice*

6   **MEYER LAW GROUP LLP**
      A Limited Liability Partnership
7   BRENT D. MEYER, Cal. Bar No. 266152
    268 Bush Street #3639
8   San Francisco, California 94104
    Telephone:   (415) 765-1588
9   Facsimile:   (415) 762-5277
    Email:       brent@meyerllp.com
10
    Attorneys for Creditors
11  DRRT CLAIMANTS

12              UNITED STATES BANKRUPTCY COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                  SAN FRANCISCO DIVISION

15  In re                                BK Case No.: 19-30088-DM (Lead Case)
16                                        (Jointly Administered)
    PG&E CORPORATION,
17                                        Chapter 11
                - and -
18                                        **CERTIFICATE OF SERVICE**
19  PACIFIC GAS AND ELECTRIC
    COMPANY,
20
21              Debtors.

22  ☐ Affects PG&E Corporation
    ☐ Affects Pacific Gas and Electric Company
23  ☒ Affects Both Debtors

24  * All papers shall be filed in Lead Case 19-30088-DM

25

26

27

28



1        I, Brent D. Meyer, hereby declare as follows:

2

3        I am an active member of the State Bar of California and I am not a party to the above-captioned action; my business mailing address is 268 Bush Street #3639, San Francisco,

4  California, 94104.

5        On May 20, 2022, I served copies of the following document(s):

6

7    **APPELLEE'S DESIGNATION OF RECORD ON APPEAL**

8  in the following manner on the parties listed below:

9  ☐  **BY FEDERAL EXPRESS**: I enclosed said document(s) in an envelope or package provided by Federal Express and addressed to the persons at the address(es) listed below.

10     I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of Federal Express or delivered such document(s) to a courier

11     or driver authorized by Federal Express to receive documents.

12  ☐  **BY FIRST CLASS MAIL**: Pursuant to Federal Rule of Bankruptcy Procedure 7004(b),

13     I enclosed said document(s) in a sealed envelope addressed to the persons at the address(es) listed below, placed first class postage fully prepaid thereon, and deposited

14     said envelope in a United States mailbox.

15  ☐  **BY CERTIFIED MAIL**: Pursuant to Federal Rule of Bankruptcy Procedure 7004(h), I

16     enclosed said document(s) in a sealed envelope addressed to the persons at the address(es) listed below, transported said envelope to a United States Post Office, placed

17     first class postage fully prepaid thereon with certified and return receipt requested, and deposited said envelope with an agent of the United States Postal Service. The Certified

18     Mail Receipt Number for each party served with the document(s) is as specified below.

19

20  ☒  **BY NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to Bankruptcy Local Rule 9013-3(c), service of the document(s) was also effective on the following persons whom

21     are registered participants of the Court's CM/ECF system, consented to electronic service, and received an electronic copy of the document(s) by the Clerk of the Court via

22     Notice of Electronic Filing.

23    **SEE ATTACHED LIST**

24        I declare under penalty of perjury under the laws of the United States of America that the

25  forgoing is true and correct.

26        Executed on this 20th day of May, 2022 at Alamo, California.

27

28                       /s/ BRENT D. MEYER
                                 Brent D. Meyer



MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
w w w . m e y e r l l p . c o m

BK CASE NO. 19-30088-DM
CERTIFICATE OF SERVICE

# ELECTRONIC SERVICE LIST

- Elliot Adler    eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Aaron L. Agenbroad    alagenbroad@jonesday.com, saltamirano@jonesday.com
- Gabrielle L. Albert    galbert@kbkllp.com
- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Destiny N. Almogue    Destiny.Almogue@skadden.com, wendy.lamanna@skadden.com
- Monique D. Almy    malmy@crowell.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Philip Anker    philip.anker@wilmerhale.com, whdocketing@wilmerhale.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Tyson Arbuthnot    tarbuthnot@rjo.com, jyeung@rjo.com
- Lauren T. Attard    lattard@bakerlaw.com, agrosso@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Chris Bator    cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- Andrew David Behlmann    abehlmann@lowenstein.com, elawler@lowenstein.com
- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti    pbenvenutti@kbkllp.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Ronald F. Berestka    rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
- Heinz Binder    heinz@bindermalter.com
- Jared D. Bissell    jared.bissell@troutman.com
- Neil Jon Bloomfield    njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg    jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- Richard Bodnar    rbodnar@rksllp.com
- Melissa Boey    melissa.boey@morganlewis.com
- Paige Boldt    pboldt@wattsguerra.com, cwilson@wattsguerra.com
- Jason Borg    jborg@jasonborglaw.com
- Evan C. Borges    eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- Mark Bostick    mbostick@wendel.com, bankruptcy@wendel.com
- James L. Bothwell    jbothwell@hueueninkahn.com, jguzman@hueueninkahn.com
- Peter R. Boutin    peter.boutin@kyl.com, lara.joel@kyl.com
- Erin N. Brady    erin.brady@hoganlovells.com
- Lee Brand    lee.brand@pillsburylaw.com, docket@pillsburylaw.com
- Gregory A. Bray    gbray@milbank.com
- Michael D. Breslauer    mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Chane Buck    cbuck@jonesday.com



MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

1
- Kathlene Burke    kathlene.burke@skadden.com, burke.kathlene@gmail.com
- Elizabeth J. Cabraser    ecabraser@lchb.com, awolf@lchb.com

2
- Anthony P. Cali    anthony.cali@stinson.com, lindsay.petrowski@stinson.com

3
- Peter C. Califano    pcalifano@cwclaw.com
- Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com

4
- Leah E. Capritta    Leah.Capritta@hklaw.com, reena.kaur@hklaw.com

5
- Nicholas A. Carlin    nac@phillaw.com, rac@phillaw.com
- Katherine Rose Catanese    kcatanese@foley.com

6
- Matthew Cave    mcave@kfc.law

7
- Barry A. Chatz    barry.chatz@saul.com, barry.chatz@gmail.com
- Karen J. Chedister    kchedister@h-jlaw.com

8
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com

9
- Kevin Chiu    kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com

10
- Jacquelyn H. Choi    jacquelyn.choi@rimonlaw.com, docketing@rimonlaw.com
- Shawn M. Christianson    schristianson@buchalter.com

11
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

12
- Jae Angela Chun    ajc@chun.law, teresa@tosdallaw.com

13
- Gerard T. Cicero    GCicero@brownrudnick.com, NKhalatova@brownrudnick.com

14
- Louis J. Cisz    lcisz@nixonpeabody.com
- Valerie E. Clemen    , mcarter@coombslaw.com

15
- Alicia Clough    aclough@loeb.com
- Tiffany Strelow Cobb    tscobb@vorys.com

16
- John B. Coffman    john@johncoffman.net
- Kevin G. Collins    kevin.collins@btlaw.com

17
- Brian S. Conlon    bsc@phillaw.com, rac@phillaw.com

18
- Charles Cording    ccording@willkie.com, mao@willkie.com
- Manuel Corrales    mannycorrales@yahoo.com, hcskanchy@hotmail.com

19
- Anne Costin    anne@costinlawfirm.com

20
- Christopher J. Cox    chris.cox@hoganlovells.com
- Donald H. Cram    dhc@severson.com

21
- Ashley Vinson Crawford    avcrawford@akingump.com, dkrasa-berstell@akingump.com

22
- Douglas S. Crosno    douglas.crosno@hoganlovells.com

23
- J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net

24
- Keith J. Cunningham    , rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com

25
- Tambra Curtis    tambra.curtis@sonoma-county.org, Megan.Sweeley@sonoma-county.org

26
- Stacy A. Dasaro    sdasaro@goodwinlaw.com

27
- James M. Davis    jdavis@cglaw.com

28
- Nicolas De Lancie    ndelancie@jmbm.com
- Judith A. Descalso    , jad_9193@ecf.courtdrive.com



MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- Andrew G. Devore    andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com
- Erin Elizabeth Dexter    edexter@milbank.com
- Shounak S. Dharap    ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer    kdiemer@diemerwei.com
- Kathryn S. Diemer    kdiemer@diemerwhitman.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Caroline R. Djang    caroline.djang@bbklaw.com, Laurie.Verstegen@bbklaw.com
- Krystal Dong    ykdong@gmail.com
- Jonathan R. Doolittle    jonathan.doolittle@pillsburylaw.com
- Jonathan R. Doolittle    jdoolittle@reedsmith.com
- Jennifer V. Doran    jdoran@hinckleyallen.com
- Dustin M. Dow    ddow@bakerlaw.com, jmcguigan@bakerlaw.com
- Jamie P. Dreher    jdreher@downeybrand.com
- Todd Dressel    tdressel@mcguirewoods.com, jtabisaura@mcguirewoods.com
- Geoffrey B. Dryvynsyde    gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
- Jeffrey Aaron Dubbin    jdubbin@labaton.com, echan-lee@labaton.com
- Matthew Ducharme    matthew.ducharme@hoganlovells.com, tracy.houston@hoganlovells.com
- Cecily Ann Dumas    cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- Dennis F. Dunne    cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne    ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Luke N. Eaton    eatonl@pepperlaw.com, monugiac@pepperlaw.com
- Daniel G. Egan    daniel.egan@ropesgray.com, nova.alindogan@ropesgray.com
- Joseph A. Eisenberg    JAE1900@yahoo.com
- Michele Ellison    mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- David Emerzian    , Melany.Hertel@mccormickbarstow.com
- G. Larry Engel    larry@engeladvice.com
- Krista M. Enns    kenns@beneschlaw.com
- Scott Esbin    sesbin@esbinalter.com
- Joseph M. Esmont    jesmont@bakerlaw.com
- Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- Richard W. Esterkin    richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- Michael S. Etkin    metkin@lowenstein.com
- Jacob M. Faircloth    jacob.faircloth@smolsonlaw.com
- Brett D. Fallon    bfallon@morrisjames.com, wweller@morrisjames.com
- Michael C. Fallon    , manders@fallonlaw.net
- Joana Fang    jf@kbklawyers.com, icd@kbklawyers.com
- Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
- David M. Feldman    DFeldman@gibsondunn.com
- Matthew A. Feldman    mfeldman@willkie.com
- Jennifer Feldsher    jennifer.feldsher@morganlewis.com



- 5 -

CERTIFICATE OF SERVICE

22

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- Mark E. Felger    mfelger@cozen.com
- James J. Ficenec    James.Ficenec@ndlf.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman    kfineman@nutihart.com, admin@nutihart.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Timothy M. Flaherty    tflaherty@mpplaw.com
- Daniel I. Forman    dforman@willkie.com
- Matthew Hampton Foushee    hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick    cfrederick@prklaw.com
- Peter Friedman    pfriedman@omm.com
- Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Lars H. Fuller    lfuller@bakerlaw.com
- Thomas M. Gaa    tgaa@bbslaw.com
- Larry W. Gabriel    , nfields@bg.law
- Gregg M. Galardi    gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com
- Craig Solomon Ganz    ganzc@ballardspahr.com, hartt@ballardspahr.com
- Jeffrey K. Garfinkle    jgarfinkle@buchalter.com
- Oscar Garza    ogarza@gibsondunn.com
- Lisa S. Gast    lsg@dwgp.com, lmk@dwgp.com
- Paul R. Gaus    pgaus@downeybrand.com
- Duane M. Geck    dmg@severson.com
- Janet D. Gertz    jgertz@btlaw.com
- Christopher Gessner    cgessner@akingump.com, NYMCO@akingump.com
- R. Dale Ginter    dginter@downeybrand.com
- Jon T. Givens    givensjt@gmail.com, cwilson@wattsguerra.com
- Barry S. Glaser    bglaser@salvatoboufadel.com
- Paul R. Glassman    pglassman@sycr.com
- Gabriel I. Glazer    gglazer@pszjlaw.com
- Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Jaime Godin    Jtouchstone@fddcm.com
- Matthew A. Gold    courts@argopartners.net
- Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Craig Goldblatt    Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com
- Amy L. Goldman    goldman@lbbslaw.com
- Eric S. Goldstein    egoldstein@goodwin.com
- Rhonda Stewart Goldstein    Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- Michael W. Goodin    mgoodin@clausen.com, mgenova@clausen.com
- Eric R. Goodman    egoodman@bakerlaw.com
- Michael R. Goodstein    mgoodstein@baileycav.com
- Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutinjones.com

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

1
- Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutinjones.com
2
- Michael I. Gottfried    mgottfried@elkinskalt.com, AAburto@elkinskalt.com
- Louis Gottlieb    Lgottlieb@labaton.com, mpenrhyn@labaton.com
3
- Elizabeth Graham    egraham@gelaw.com
4
- Eric A. Grasberger    eric.grasberger@stoel.com, docketclerk@stoel.com
- Debra I. Grassgreen    , hphan@pszjlaw.com
5
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Eric A. Gravink    eric@rhrc.net
6
- Elizabeth A. Green    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
7
- Tracy Green    tgreen@wendel.com, bankruptcy@wendel.com
- Mitchell B. Greenberg    mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
8
- Brian Gregory    b.gregory@veenfirm.com, EL.Team@Veenfirm.com
9
- Susan Sieger Grimm    SSieger-Grimm@brownrudnick.com, NKhalatova@brownrudnick.com
10
- Matthew W. Grimshaw    matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com
- Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
11
- Carl L. Grumer    cgrumer@manatt.com, mchung@manatt.com
12
- Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com
- Lloyd C. Guintivano    anitag@co.lake.ca.us, lloydg@co.lake.ca.us
13
- Cameron M. Gulden    cameron.m.gulden@usdoj.gov
14
- Mirco J. Haag    mhaag@buchalter.com, dcyrankowski@buchalter.com
- Laurie Hager    lhager@sussmanshank.com
15
- J. Noah Hagey    hagey@braunhagey.com, tong@braunhagey.com
- Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com
16
- Michael Hampson    mhampson@rksllp.com
17
- Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com
- Joseph George Harraka    jgharraka@becker.legal
18
- Adam C. Harris    adam.harris@srz.com
19
- Robert G. Harris    rob@bindermalter.com
- Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com
20
- Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
21
- Jennifer C. Hayes    jhayes@fhlawllp.com
- Geoffrey A. Heaton    gheaton@duanemorris.com, dmicros@duanemorris.com
22
- Michael C. Hefter    michael.hefter@hoganlovells.com, tracy.southwell@hoganlovells.com
23
- Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com
24
- Matthew Henderson    matthew.henderson@msrlegal.com, karen.wigylus@msrlegal.com
- Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com
25
- Matthew Heyn    matthew.heyn@doj.ca.gov
26
- Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- James P. Hill    hill@sullivanhill.com, bkstaff@sullivanhill.com
27
- Morgan R. Hirst    mhirst@jonesday.com, mmelvin@jonesday.com
- Michael R. Hogue    hoguem@gtlaw.com, navarrom@gtlaw.com
28
- David Holtzman    david.holtzman@hklaw.com



MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

BK CASE NO. 19-30088-DM
CERTIFICATE OF SERVICE

1  • Alexandra S. Horwitz    allie.horwitz@dinsmore.com
2  • Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com
   • Linda Wendell Hsu    lhsu@selmanlaw.com, psmith@selmanlaw.com
3  • Shane Huang    shane.huang@usdoj.gov
   • Brian D. Huben    hubenb@ballardspahr.com
4  • Kelly L. Huey    khuey@burkeandkesslerlaw.com
   • Christopher Hughes    chughes@nossaman.com
5  • Jonathan Hughes    , jane.rustice@aporter.com
6  • Edward R. Huguenin    ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
   • Michael A. Isaacs    misaacs@rinconlawllp.com, aworthing@rinconlawllp.com
7  • Mark V. Isola    misola@brotherssmithlaw.com
8  • J. Eric Ivester    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
   • J. Eric Ivester    , Andrea.Bates@skadden.com
9  • Lawrence A. Jacobson    laj@cohenandjacobson.com, mcycle48@gmail.com
10 • Kizzy L. Jarashow    KJarashow@goodwinlaw.com,
   AFraticelliLouallen@goodwinlaw.com
11 • Ivan C. Jen    ivan@icjenlaw.com
   • Amanda Jereige    AJereige@winston.com, amanda-jereige-5954@ecf.pacerpro.com
12 • Monique Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
13 • James O. Johnston    jjohnston@jonesday.com
   • Chris Johnstone    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
14 • Andrew Jones    andrew@ajoneslaw.com
15 • Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com
   • John L. Jones    JJones@chwlaw.us, JLJones2@outlook.com
16 • Robert A. Julian    rjulian@bakerlaw.com, hhammonturano@bakerlaw.com
17 • George H. Kalikman    , sdavenport@schnader.com
   • Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com
18 • Bonnie E. Kane    bonnie@thekanelawfirm.com, skane@thekanelawfirm.com
19 • Eve H. Karasik    ehk@lnbyb.com
   • Michael G. Kasolas    trustee@kasolas.net,
20 CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com
   • Elyssa S. Kates    ekates@bakerlaw.com
21 • Ori Katz    okatz@sheppardmullin.com, LSegura@sheppardmullin.com
22 • William M. Kaufman    wkaufman@smwb.com, eschneider@smwb.com
   • Jane G. Kearl    jkearl@watttieder.com, jbenton@watttieder.com
23 • Tobias S. Keller    tkeller@kbkllp.com
24 • Tobias S. Keller    tkeller@kellerbenvenutti.com
   • Lynette C. Kelly    ustpregion17.oa.ecf@usdoj.gov
25 • Sarah Elisabeth Kelly-Kilgore    skellykilgore@ggtriallaw.com,
26 dvultaggio@ggtriallaw.com
   • Matthew K. Kelsey    mkelsey@gibsondunn.com
27 • Gerald P. Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
   • Erica L. Kerman    ekerman@willkie.com
28 • Samuel A. Khalil    skhalil@milbank.com, jbrewster@milbank.com



MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

- 8 -

1
- Samuel M. Kidder    skidder@ktbslaw.com
- Marc Kieselstein    , carrie.oppenheim@kirkland.com
2
- Jane Kim    jkim@kbkllp.com
3
- Mary H. Kim    Mary.Kim@dechert.com, brett.stone@dechert.com
- Susan E. Kirkgaard    , carlyn.jorgensen@bullivant.com
4
- Kody D. L. Kleber    kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- Matthew Ryan Klinger    mklinger@sheppardmullin.com,
5
  DGatmen@sheppardmullin.com
6
- Bradley C. Knapp    bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- Kelly V. Knight    kelly.knight@srz.com
7
- Lydia Vanessa Ko    Lvko@stonelawoffice.com
8
- Thomas F. Koegel    tkoegel@crowell.com
- Katherine Kohn    kkohn@groom.com, ashahinllari@groom.com
9
- Andy S. Kong    kong.andy@arentfox.com, Yvonne.Li@arentfox.com
10
- Anna Kordas    akordas@jonesday.com, mmelvin@jonesday.com
- Alan W. Kornberg    , akornberg@paulweiss.com
11
- Bernard Kornberg    bernard.kornberg@practus.com
12
- David I. Kornbluh    dkombluh@venturahersey.com, jpatterson@venturahersey.com
- Lauren Kramer    lkramer@rjo.com
13
- Marc Kramer    mkramer@rksllp.com
14
- Jeffrey C. Krause    jkrause@gibsondunn.com
- Thomas R. Kreller    tkreller@milbank.com
15
- Lindsey E. Kress    lkress@lockelord.com, autodocket@lockelord.com
16
- Hannah C. Kreuser    hkreuser@porterlaw.com, ooberg@porterlaw.com
- Kevin Kroll    kkroll@kfc.law
17
- Michael Thomas Krueger    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Marek P. Krzyzowski    MKrzyzowski@brownrudnick.com,
18
  SCalderon@brownrudnick.com
19
- Robert T. Kugler    robert.kugler@stinson.com
- Duane Kumagai    dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com
20
- Brendan M. Kunkle    bkunkle@abbeylaw.com, lmeyer@abbeylaw.com
21
- Alisa C. Lacey    alisa.lacey@stinson.com, karen.graves@stinson.com
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
22
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping    rich@trodellalapping.com
23
- Omeed Latifi    olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
24
- John E. Lattin    jlattin@ostergar.com, cslovenec@ostergar.com
- Paul J. Laurin    plaurin@btlaw.com, slmoore@btlaw.com
25
- Michael Lauter    mlauter@sheppardmullin.com
26
- Kenneth T. Law    klaw@bbslaw.com
- Francis J. Lawall    francis.lawall@troutman.com, susan.henry@troutman.com
27
- Andrew Michael Leblanc    ALeblanc@milbank.com
28
- Erica Lee    Erica.Lee@doj.ca.gov
- Scott Lee    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com



MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

BK CASE NO. 19-30088-DM
CERTIFICATE OF SERVICE

Case: 19-30088   Doc# 12345-1   Filed: 05/24/22   Entered: 05/24/22 15:42:51   Page 9
of 63

26

1

- Paul J. Leeds    leedsp@higgslaw.com
- Edward J. Leen    eleen@mkbllp.com

2

- Lisa Lenherr    llenherr@wendel.com, bankruptcy@wendel.com

3

- Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch    bletsch@braytonlaw.com

4

- David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com

5

- Andrew H. Levin    alevin@wcghlaw.com
- David Levine    dnl@groom.com

6

- Marc A. Levinson    Malevinson@orrick.com, casestream@ecf.courtdrive.com

7

- Dara Levinson Silveira    dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com
- Alexander James Demitro Lewicki    kdiemer@diemerwei.com

8

- Alexander James Demitro Lewicki    alewicki@diemerwei.com
- Lauren Lifland    lauren.lifland@wilmerhale.com, whdocketing@wilmerhale.com

9

- William S. Lisa    , jcaruso@nixonpeabody.com

10

- William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb    jon.loeb@bingham.com

11

- Michael B. Lubic    michael.lubic@klgates.com

12

- John William Lucas    , ocarpio@pszjlaw.com
- Joseph R. Lucia    PersonallnjuryGroup@RLSlawyers.com

13

- Jane Luciano    jane-luciano@comcast.net

14

- Kerri Lyman    klyman@irell.com, #-FirmPSDocketing@Steptoe.com
- John H. MacConaghy    macclaw@macbarlaw.com,

15

  smansour@macbarlaw.com;kmuller@macbarlaw.com

16

- Iain A. Macdonald    imac@macfern.com, 6824376420@filings.docketbird.com
- Malcolm A. Mackenzie    mmackenzie@coombslaw.com, vclemen@coombslaw.com

17

- Tracy L. Mainguy    tmainguy@unioncounsel.net,
  bankruptcycourtnotices@unioncounsel.net

18

- Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com

19

- Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Katharine Malone    malonek@gtlaw.com

20

- Liam K. Malone    malone@oles.com, shahin@oles.com

21

- Michael W. Malter    michael@bindermalter.com
- Ankur Mandhania    amandhania@mayerbrown.com

22

- Craig Margulies    cmargulies@margulies-law.com, lsalazar@margulies-law.com

23

- Geoffrey E. Marr    gemarr59@hotmail.com
- Richard A. Marshack    rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com

24

- Catherine Martin    cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com

25

- Laila Masud    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com
- David P. Matthews    jrhoades@thematthewslawfirm.com,

26

  aharrison@thematthewslawfirm.com

27

- Patrick C. Maxcy    patrick.maxcy@snrdenton.com
- Simon Richard Mayer    simon.mayer@lockelord.com, Rellis@lockelord.com

28

- James J. Mazza    james.mazza@skadden.com, wendy.lamanna@skadden.com
- Benjamin P. McCallen    bmccallen@willkie.com

MEYER LAW GROUP LLP
268 BUSH STREET #3933
SAN FRANCISCO CA 94104
www.meyerllp.com

1  - C. Luckey McDowell    Luckey.McDowell@Shearman.com
   - Matthew D. McGill    MMcGill@gibsondunn.com
2  - Melissa C. McLaughlin    mcmclaughlin@venable.com, ataylor@venable.com
3  - Edward Joseph McNeilly    edward.mcneilly@hoganlovells.com,
     verbon.davenport@hoganlovells.com
4  - Scott H. McNutt    SMcNutt@ml-sf.com, csnell@ml-sf.com
   - Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
5  - Peter Meringolo    peter@pmrklaw.com
6  - Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com
   - Jennifer L. Mersing    jennifer.mersing@stoel.com, lisa.petras@stoel.com
7  - Joshua M. Mester    jmester@jonesday.com
8  - Matthew D. Metzger    belvederelegalecf@gmail.com
   - Merle C. Meyers    mmeyers@mlg-pc.com
9  - Randy Michelson    randy.michelson@michelsonlawgroup.com
10 - Gerardo Mijares-Shafai    Gerardo.Mijares-Shafai@arnoldporter.com,
     kenneth.anderson@arnoldporter.com
11 - Joel S. Miliband    jmiliband@brownrudnick.com
   - Joseph G. Minias    jminias@willkie.com
12 - M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com
13 - Benjamin Mintz    benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com
   - Nancy Mitchell    nmitchell@omm.com
14 - Thomas C. Mitchell    tcmitchell@orrick.com,
15   Dcmanagingattorneysoffice@ecf.courtdrive.com
   - John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
16 - Aaron J. Mohamed    ajm@brereton.law, aaronmohamedlaw@gmail.com
   - Kevin Montee    kmontee@monteeassociates.com
17 - Christopher D. Moon    chris@moonlawapc.com, kevin@moonlawapc.com
18 - David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
   - Diane Marger Moore    dmargermoore@baumhedlundlaw.com
19 - Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com
20 - Candace J. Morey    cjm@cpuc.ca.gov
21 - Courtney L. Morgan    morgan.courtney@pbgc.gov
   - Richard Morin    , 6863427420@filings.docketbird.com
22 - Kimberly S. Morris    kmorris@bakerlaw.com, hhammonturano@bakerlaw.com
   - Rodney Allen Morris    Rodney.Morris2@usdoj.gov
23 - Joshua D. Morse    Joshua.Morse@dlapiper.com, docket@pillsburylaw.com
24 - Andrew H. Morton    andrew.morton@stoel.com, lisa.petras@stoel.com
   - Thomas G. Mouzes    tmouzes@boutininc.com
25 - Thomas G. Mouzes    tmouzes@boutinjones.com
26 - Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
   - John Leland Murphree    LMurphree@maynardcooper.com,
27   mshabpareh@maynardcooper.com
   - Bennett J. Murphy    bmurphy@bennettmurphylaw.com
28 - Michael S. Myers    myersm@ballardspahr.com



MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

BK CASE NO. 19-30088-DM
CERTIFICATE OF SERVICE

Case: 19-30088    Doc# 12438-1    Filed: 05/20/22    Entered: 05/20/22 15:42:05    Page
28 of 33

28

1
- David L. Neale    dln@lnbyg.com
- David Neier    dneier@winston.com
2
- Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com
3
- Michael S. Neumeister    MNeumeister@gibsondunn.com
- Howard S. Nevins    hnevins@hsmlaw.com
4
- Samuel A. Newman    sam.newman@sidley.com, laefilingnotice@sidley.com
5
- Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas    mario.nicholas@stoel.com, ana.trask@stoel.com
6
- Sean Nolan    snolan@akingump.com, NYMCO@akingump.com
7
- Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com
8
- Alicia D. O'Neill    aoneill@wattsguerra.com, cwilson@wattsguerra.com
- Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com
9
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
10
- Aron M. Oliner    roliner@duanemorris.com, dmicros@duanemorris.com
- Matthew Jon Olson    matt@macfern.com, stell.laura@dorsey.com
11
- Scott Olson    scott.olson@bclplaw.com
12
- Steven M. Olson    smo@smolsonlaw.com
- Aram Ordubegian    Ordubegian.Aram@ArentFox.com
13
- Jose Antonio Ortiz    aortiz@jhwclaw.com
- Keith C. Owens    kowens@venable.com, bclark@venable.com
14
- Gabriel Ozel    , gabeozel@gmail.com
15
- Amy S. Park    amy.park@skadden.com
- Marissa Parker    mparker@stradley.com
16
- Donna Taylor Parkinson    donna@parkinsonphinney.com
17
- Peter S. Partee    ppartee@huntonak.com, candonian@huntonak.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, docket@ffwplaw.com
18
- Kenneth Pasquale    , mlaskowski@stroock.com
19
- Larry Allan Peluso    pelusolaw@gmail.com, firm@pelusolaw.net
- Valerie Bantner Peo    vbantnerpeo@buchalter.com
20
- Yosef Peretz    , skim@peretzlaw.com
21
- Christian A. Pereyda    CPereyda@maynardcooper.com, mshabpareh@maynardcooper.com
22
- Thomas R. Phinney    tom@parkinsonphinney.com
- R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
23
- M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com
24
- Estela O. Pino    epino@epinolaw.com, rmahal@epinolaw.com
25
- Gregory Plaskett    GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
26
- Mark D. Plevin    mplevin@crowell.com
- Steven G. Polard    spolard@eisnerlaw.com, calendar-lao@ropers.com
27
- Mark D. Poniatowski    ponlaw@ponlaw.com
- Cara M. Porter    cara.porter@doj.ca.gov, rachel.patu@doj.ca.gov
28
- Christopher E. Prince    cprince@lesnickprince.com



MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

BK CASE NO. 19-30088-DM
CERTIFICATE OF SERVICE

- 12 -

1  - Douglas B. Provencher    dbp@provlaw.com
2  - Amy C. Quartarolo    amy.quartarolo@lw.com
   - Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com
3  - Justin E. Rawlins    justinrawlins@paulhastings.com
   - Hugh M. Ray    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
4  - Paul F. Ready    smeyer@farmerandready.com
   - Caroline A. Reckler    caroline.reckler@lw.com
5  - David M. Reeder    david@reederlaw.com, secretary@reederlaw.com
6  - Steven J. Reisman    sreisman@katten.com, nyc.bknotices@kattenlaw.com
   - Jeffrey M. Reisner    jreisner@irell.com, #-FirmPSDocketing@Steptoe.com
7  - Jack A. Reitman    , srichmond@lgbfirm.com
8  - Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
   - David J. Richardson    drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
9  - Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
10 - David B. Rivkin    drivkin@bakerlaw.com, jmeeks@bakerlaw.com
   - John R. Rizzardi    kcoselman@cairncross.com, tnguyen@cairncross.com
11 - Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov
12 - Michael Rogers    mrogers@lambertrogers.com, jan@lambertrogers.com
   - Lawrence M. Rolnick    lrolnick@rksllp.com
13 - Jorian L. Rose    jrose@bakerlaw.com
   - Laurence M. Rosen    lrosen@rosenlegal.com, zstanco@rosenlegal.com
14 - Paul M. Rosenblatt    prosenblatt@kilpatricktownsend.com,
15   mwilliams@kilpatricktownsend.com
   - David A. Rosenzweig    david.rosenzweig@nortonrosefulbright.com
16 - Allan Robert Rosin    arrosin@alr-law.com
17 - Jay M. Ross    jross@hopkinscarley.com, eamaro@hopkinscarley.com
   - Gregory A. Rougeau    grougeau@brlawsf.com
18 - Jason C. Rubinstein    jrubinstein@fklaw.com, mclerk@fklaw.com
19 - Nathan Q. Rugg    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
   - Thomas B. Rupp    trupp@kbkllp.com
20 - Steven B. Sacks    ssacks@srclaw.com, ksieckman@srclaw.com
21 - Eric E. Sagerman    esagerman@bakerlaw.com
   - Robert Sahyan    rsahyan@sheppardmullin.com, lsegura@sheppardmullin.com
22 - Gregory M. Salvato    gsalvato@salvatolawoffices.com,
     calendar@salvatolawoffices.com
23 - Jonathan C. Sanders    jsanders@stblaw.com
24 - Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com
   - Natalie Kathleen Sanders    natalie.sanders@bakerbotts.com
25 - Lovee Sarenas    Lovee.sarenas@lewisbrisbois.com
26 - Brandy A. Sargent    brandy.sargent@stoel.com, docketclerk@stoel.com
   - Patricia Savage    psavesq@gmail.com, jodi.savage@gmail.com
27 - Caroline A.H. Sayers    caroline.sayers@lathropgpm.com,
     patricia.johnson@lathropgpm.com
28 - Sblend A. Sblendorio    sas@hogefenton.com



MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

BK CASE NO. 19-30088-DM
CERTIFICATE OF SERVICE

- Francis O. Scarpulla     fos@scarpullalaw.com, cpc@scarpullalaw.com
- Daren M Schlecter     daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider     bradley.schneider@mto.com
- Harvey S. Schochet     Harveyschochet@dwt.com
- Nathan A. Schultz     nschultzesq@gmail.com, kjarashow@goodwinlaw.com
- Lisa Schweitzer     lschweitzer@cgsh.com
- Eric J. Seiler     eseiler@fklaw.com, mclerk@fklaw.com
- James A. Shepherd     , lawofficesofjamesshepherd@jubileebk.net
- Leonard M. Shulman     lshulman@shbllp.com
- Andrew I. Silfen     andrew.silfen@arentfox.com
- Wayne A. Silver     w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Brandt Silver-Korn     bsilverkorn@edelson.com, docket@edelson.com
- Craig S. Simon     csimon@bergerkahn.com, aketcher@bergerkahn.com
- Gerald Singleton     gerald@slffirm.com, BKECFCANB@SLFfirm.com
- Steven J. Skikos     sskikos@skikos.com, mmontoya@skikos.com
- Michael K. Slattery     mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim     dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum     jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith     asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith     adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol     jdsokol@lawssl.com
- Daniel Solish     cocolaw@stancounty.com, solishd@stancounty.com
- Randye B. Soref     rsoref@polsinelli.com
- Joseph Sorkin     jsorkin@akingump.com, NYMCO@akingump.com
- Michael St. James     ecf@stjames-law.com
- Diane C. Stanfield     diane.stanfield@alston.com, nelly.villaneda@alston.com
- Howard J. Steinberg     steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner     harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt     lillian.stenfeldt@rimonlaw.com, docketing@rimonlaw.com
- Cheryl L. Stengel     clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern     dstern@ktbslaw.com
- Geoffrey S. Stewart     gstewart@jonesday.com, mmelvin@jonesday.com
- Alan J. Stone     AStone@milbank.com, DMcCracken@Milbank.com
- Jason D. Strabo     jstrabo@mwe.com
- Michael H. Strub     mstrub@ggtriallaw.com, mhstrub1@gmail.com
- Rebecca Suarez     rsuarez@crowell.com
- Brad T. Summers     , docketing-pdx@lanepowell.com
- Karin Swope     kswope@cpmlegal.com
- Kristine Theodesia Takvoryan     ktakvoryan@ckrlaw.com
- Derrick Talerico     dtalerico@ztlegal.com, sfritz@ztlegal.com
- Kesha Tanabe     kesha@tanabelaw.com
- Mary Ellmann Tang     mtang@frenchlyontang.com, nfears@frenchlyontang.com
- Dante Taylor     dtaylor@lbbklaw.com
- Elizabeth Lee Thompson     ethompson@stites.com, docketclerk@stites.com



MEYER LAW GROUP LLP
268 BUSH STREET #3932
SAN FRANCISCO CA 94104
www.meyerllp.com

BK CASE NO. 19-30088-DM
CERTIFICATE OF SERVICE

Case: 19-30088    Doc# 12436-1    Filed: 05/20/22    Entered: 05/20/22 15:43:05    Page
34 of 38

31

1. - John C. Thornton   jct@andrewsthornton.com, aandrews@andrewsthornton.com
   - Elisa Tolentino   cao.main@sanjoseca.gov
2. - Meagan S. Tom   meagan.tom@lockelord.com, autodocket@lockelord.com
   - Edward J. Tredinnick   etredinnick@greeneradovsky.com
3. - Matthew Jordan Troy   matthew.troy@usdoj.gov
4. - Rocky C. Tsai   rocky.tsai@ropesgray.com, matthew.haut@ropesgray.com
   - Michael Tye   Michael.Tye@usdoj.gov
5. - Gary D. Underdahl   gunderdahl@askllp.com, lmiskowiec@askllp.com
6. - Andrew Van Ornum   avanornum@vlmglaw.com, hchea@vlmglaw.com
   - Shmuel Vasser   shmuel.vasser@dechert.com, brett.stone@dechert.com
7. - Victor A. Vilaplana   vavilaplana@foley.com, rhurst@foley.com
8. - Marta Villacorta   marta.villacorta@usdoj.gov
   - Carol C. Villegas   cvillegas@labaton.com, NDonlon@labaton.com
9. - John A. Vos   InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
10. - Bao M. Vu   bao.vu@stoel.com, sharon.witkin@stoel.com
   - Nicholas Wagner   kschemen@wagnerjones.com, bwagner@wagnerjones.com
11. - Jonathan D. Waisnor   jwaisnor@willkie.com, mao@willkie.com
12. - Rachel M. Walsh   rwalsh@goodwinlaw.com, tsutton@goodwinlaw.com
   - Riley C. Walter   ecf@W2LG.com
13. - Phillip K. Wang   phillip.wang@rimonlaw.com
   - Samuel M. Ward   sward@barrack.com, cfessia@barrack.com
14. - Philip S. Warden   philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
15. - Gregory P. Waters   gwaters@elllaw.com, gregorywatersesq@gmail.com
   - Guy L. Watts   gwatts@wattsguerra.com, cwilson@wattsguerra.com
16. - Mikal C. Watts   mcwatts@wattsguerra.com, cwilson@wattsguerra.com
17. - Lindsi M. Weber   lweber@polsinelli.com, yderac@polsinelli.com
   - Joseph M. Welch   jwelch@buchalter.com, dcyrankowski@buchalter.com
18. - Todd J. Wenzel   todd@wenzellawoffices.com
19. - Meredith Werner   meredith.werner@clydeco.us
   - David Walter Wessel   DWessel@efronlawfirm.com, hporter@chdlawyers.com
20. - Joseph West   westjoseph@earthlink.net, josephw998@gmail.com
   - Drew M. Widders   dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
21. - Jason P. Williams   , maryanne@wplgattorneys.com
22. - Eric R. Wilson   kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
   - Kimberly S. Winick   kwinick@clarktrev.com, knielsen@clarktrev.com
23. - Rebecca J. Winthrop   rebecca.winthrop@nortonrosefulbright.com, diana.cardenas@nortonrosefulbright.com
24. - David Wirt   david.wirt@hklaw.com, denise.harmon@hklaw.com
25. - Ryan A. Witthans   rwitthans@fhlawllp.com
26. - Keith H. Wofford   keith.wofford@ropesgray.com, nova.alindogan@ropesgray.com
   - Risa Lynn Wolf-Smith   rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
27. - Douglas Wolfe   asm@asmcapital.com
   - Andrea Wong   wong.andrea@pbgc.gov, efile@pbgc.gov
28. - Christopher Kwan Shek Wong   christopher.wong@arentfox.com



MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

BK CASE NO. 19-30088-DM
CERTIFICATE OF SERVICE

- 15 -

1      • David A. Wood    dwood@marshackhays.com, lbuchanan@marshackhays.com
2      • Kirsten A. Worley    worleyk@higgslaw.com, admin@wlawcorp.com
     • Kinga Wright    kinga.wright@lockelord.com, autodocket@lockelord.com
3      • Antonio Yanez    ayanez@willkie.com
     • Cathy Yanni    cathy@cathyyanni.com, pstrunk@browngreer.com
4      • Andrew Yaphe    andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
5      • Stephanie Yee    syee@janglit.com, klockwood@janglit.com
     • Tacie H. Yoon    tyoon@crowell.com
6      • Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com
7      • Eric G. Young    eyoung@dcalaw.com, Jackie@dcalaw.com
     • Nicole M. Zeiss    nzeiss@labaton.com
8      • Paul H. Zumbro    mao@cravath.com
9      • Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
     • Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
w w w . m e y e r l l p . c o m

- 16 -

BK CASE NO. 19-30088-DM
CERTIFICATE OF SERVICE