Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2600
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619) 236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys for KATHLEEN DEINER and CHARLES DEINER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:* | Case No: 19-30088(DM) |
| PG&E CORPORATION | **CERTIFICATE OF SERVICE** |
| -and- | |
| PACIFIC GAS AND ELECTRIC COMPANY | |
| Debtors. | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas & Electric | |
| ▪ Affects Both Debtors | |
| _____ | |

# **CERTIFICATE OF SERVICE**

I, Bonnie E. Kane, declare

I am employed in San Diego County, California and am over the age of eighteen years and not a party to the within-entitled action. My business address is 402 W. Broadway, Suite 2600, San Diego, California 92101. On May 20, I served a copy of the following documents:

by transmitting electronically through the Court's CM/ECF system.

   1. Motion to Allow/Deem Timely Late Filing of Proof of Claim By Kathleen Deiner and Charles Deiner, Memorandum of Points and Authorities in Support Thereof; Exhibit A – Proof of Claim; Declaration of Kathleen Deiner;

   2. Notice of Hearing on Motion to Allow/Deem Timely Late Filing of Proof of Claim by Kathleen Deiner and Charles Deiner.

In addition, I caused, on the same date, to be served via Electronic Mail all parties listed on Exhibit 1, except where indicated by U.S. Mail.

I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on May 24, 2022, at San Diego County, California.

                                                             /s/ Bonnie E. Kane
                                                                Bonnie E. Kane

**Exhibit 1**

| Parties and Counsel | Served At |
|---|---|
| The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company | 77 Beale Street<br>P. O. Box 77000<br>San Francisco, CA 94105<br>*Via First Class Mail* |
| Stephen Karotkin<br>Jessica Liou<br>Matthew Goren<br>Weil, Gotshal & Manges, LLP<br>Counsel to *Debtors* | stephen.karotkin@weil.com<br>jessica.liou@weil.com<br>matthew.goren@weil.com |
| Tobias Keller<br>Jane Kim<br>Keller Benvenutti Kim LLP<br>Counsel to *Debtors* | tkeller@kbkllp.com<br>jkim@kbkllp.com |
| James L. Snyder<br>Timothey Laffredi<br>Marta E. Villacorta<br>Office of the United States Trustee | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov |
| Kristopher M. Hansen<br>Erez E. Gilad<br>Matthew G. Garofalo<br>Frank Merola<br>Strook & Stroock & Lavan LLP<br>Counsel for the Administrative Agent Under the Debtors' Debtor-in-Possession Financing Facility | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>fmerola@stroock.com |
| Eli J. Vonnegut<br>David Schiff<br>Timothy Graulich<br>Davis Polk & Wardwell LLP<br>Counsel for the Collateral Agent | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |
| Alan W. Kornberg<br>Brian S. Hermann<br>Walter R. Rieman<br>Sean A. Mitchell<br>Paul Weiss, Rifkind, Wharton & Garrison LLP<br>Counsel to the California Public Utilities Commission | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com |

| | | |
|---|---|---|
| 1 | Shane Huang | Shane.huang@usdoj.gov |
| | Michael S. Tye | michael.tye@usdoj.gov |
| 2 | Rodney A. Morris | Rodney.Morris2@usdoj.gov |
| 3 | U.S. Department of Justice | |
| | Civil Division | |
| 4 | Counsel to the Federal Energy | |
| | Regulatory Commission | |
| 5 | | |
| 6 | Dennis F. Dunne | ddunne@milbank.com |
| | Samuel A. Khalil | skhalil@milbank.com |
| 7 | Gregory A. Bray | gbray@milbank.com |
| | Thomas R. Kreller | TKreller@milbank.com |
| 8 | Milbank LLP | |
| | Counsel for the Official Committee of | |
| 9 | Unsecured Creditors | |
| 10 | Eric E. Sagerman | esagerman@bakerlaw.com |
| 11 | Lauren T. Attard | lattard@bakerlaw.com |
| | Robert A. Julian | rjulian@bakerlaw.com |
| 12 | Cecily A. Dumas | cdumas@bakerlaw.com |
| | Baker & Hostetler LLP | |
| 13 | Counsel for Official Committee of Tort | |
| | Claimants | |
| 14 | | |
| 15 | | |
| | Nuclear Regulatory Commission | 1600 E. Lamar Blvd. |
| 16 | Attn: General Counsel | Arlington, TX 76011 |
| | U.S. NRC Region IV | *Via First Class Mail* |