James D. Curran, Esq. (SBN 126586)
WOLKIN · CURRAN, LLP
111 Maiden Lane, 6th Floor
San Francisco, California 94108
Telephone:	(415) 982-9390
Facsimile:	(415) 982-4328
Email: jcurran@wolkincurran.com

Jan D. Sokol, Esq.
SOKOL LARKIN
4380 S. Macadam Avenue, Suite 530
Portland, Oregon 97239
Telephone:	(503) 221-0699
Facsimile:	(503) 223-5706
E-mail: jdsokol@lawssl.com

Attorneys for Creditor,
LIBERTY MUTUAL INSURANCE COMPANY

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    Debtor.<br><br>Tax I.D. No. 94-3234914<br><br>In re:<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>    Debtor.<br><br>Tax I.D. No. 94-0742640 | Case No.: 19-30088 (DM)<br>Case No.: 19-30089 (DM)<br><br>Chapter 11<br><br>**WITHDRAWAL OF CO-COUNSEL FOR LIBERTY MUTUAL INSURANCE COMPANY AND REQUEST FOR REMOVAL FROM SERVICE LIST** |

**TO THE CLERK OF THE COURT, DEBTORS, UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:**

1.

WITHDRAWAL OF CO-COUNSEL FOR LIBERTY MUTUAL INSURANCE COMPANY AND REQUEST FOR REMOVAL FROM SERVICE LIST    CASE NO.: 19-30088 (DM)
CASE NO.: 19-30089 (DM)

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that James D. Curran of Wolkin Curran, LLP is |
| 2 | withdrawing as co-counsel for creditor LIBERTY MUTUAL INSURANCE COMPANY, |
| 3 | and its related entities, including SAFECO INSURANCE COMPANY OF AMERICA |
| 4 | (collectively, "Liberty"), in this matter. Liberty hereby requests that the following address |
| 5 | be removed from the service list: |

        James D. Curran, Esq. (SBN 126586)
        WOLKIN · CURRAN, LLP
        111 Maiden Lane, 6th Floor
        San Francisco, California 94108
        Telephone:   (415) 982-9390
        Facsimile:    (415) 982-4328
        Email:   jcurran@wolkincurran.com

Going forward, Liberty is represented solely by Jan D. Sokol of Sokol Larkin in this matter. All notices and service of any related documentation should continue to be addressed to Liberty's counsel of record as follows:

        Jan D. Sokol, Esq.
        SOKOL LARKIN
        4380 S. Macadam Avenue, Suite 530
        Portland, Oregon 97239
        Telephone:   (503) 221-0699
        Facsimile:    (503) 223-5706
        E-mail:   jdsokol@lawssl.com

The foregoing request includes the type of notice referred to in Bankruptcy Rules 2002(a)-(i) and 3017(a) and also includes, without limitation, all schedules, notices of any order, applications complaints, demands, hearings, motions, petitions, pleadings, or requests, and any other documents brought before the Court in this case, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, telegraph, telex, or otherwise.

Dated: May 25, 2022                              WOLKIN · CURRAN, LLP

                                           By:   /s/ *James D. Curran*
                                                  James D. Curran
                                                  Attorneys for Creditor,
                                                  LIBERTY MUTUAL INSURANCE
                                                  COMPANY

2.
WITHDRAWAL OF CO-COUNSEL FOR LIBERTY MUTUAL INSURANCE   CASE NO.: 19-30088 (DM)
COMPANY AND REQUEST FOR REMOVAL FROM SERVICE LIST   CASE NO.: 19-30089 (DM)

Case: 19-30088   Doc# 12451   Filed: 05/25/22   Entered: 05/25/22 10:46:40   Page 2 of 2