UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

-oOo-

| | |
|---|---|
| In Re:<br><br>PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | ) Case No. 19-30088<br>) Chapter 11<br>)<br>) San Francisco, California<br>) Tuesday, May 24, 2022<br>) 10:00 AM<br>)<br>PRE-TRIAL CONFERENCE RE REORGANIZED DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 58562 FILED BY FULCRUM CREDIT PARTNERS LLC AS TRANSFEREE OF TUSCAN RIDGE ASSOCIATES, LLC FILED BY PG&E CORPORATION [11288]<br><br>PRE-TRIAL CONFERENCE RE MOTION FOR RELIEF FROM STAY FILED BY FULCRUM CREDIT PARTNERS LLC [11066] |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE DENNIS MONTALI
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES (All present by video or telephone):

| | |
|---|---|
| For the Reorganized Debtors: | JANE KIM, ESQ.<br>Keller Benvenutti Kim LLP<br>650 California Street<br>Suite 1900<br>San Francisco, CA 94108<br>(415)496-6723<br><br>LAURA L. GOODMAN, ESQ.<br>Gough & Hancock LLP<br>50 California Street<br>Suite 1500<br>San Francisco, CA 94111<br>(415)848-8918 |


eScribers (973)406-2250 | operations@escribers.net | www.escribers.net

For Fulcrum Credit Partners LLC: DIANE C. STANFIELD, ESQ.
Alston & Bird LLP
333 S. Hope Street
16th Floor
Los Angeles, CA 90071
(213)576-1000

For Tuscan Ridge Associates, LLC: TYLER J. HORN, ESQ.
Downey Brand LLP
621 Capitol Mall
18th Floor
Sacramento, CA 95841
(916)444-1000

Court Recorder: LORENA PARADA/ANKEY THOMAS
United States Bankruptcy Court
450 Golden Gate Avenue
San Francisco, CA 94102

Transcriber: RIVER WOLFE
eScribers, LLC
7227 N. 16th Street
Suite #207
Phoenix, AZ 85020
(973)406-2250

Proceedings recorded by electronic sound recording; transcript provided by transcription service.


Case: 19-30088 Doc# 12452 Filed: 05/25/22 Entered: 05/25/22 11:44:41 Page 2 of 10

PG&E Corporation and Pacific Gas and Electric Company

SAN FRANCISCO, CALIFORNIA, TUESDAY, MAY 24, 2022, 10:00 AM

-oOo-

(Call to order of the Court.)

THE CLERK: Court is now in session, the Honorable Dennis Montali presiding. Calling the matter of PG&E Corporation, and I'll bring counsel in now.

THE COURT: Okay. Good morning, Ms. Kim. Why don't you go ahead and state your appearance, and then Ms. Stanfield and then Mr. Horn and then Ms. Goodman.

MS. KIM: Good morning, Your Honor. Jane Kim, Keller Benvenutti Kim, on behalf of the reorganized debtors.

MS. STANFIELD: Good morning, Your Honor. Diane Stanfield of Alston & Bird appearing for Fulcrum Credit Partners.

MR. HORN: And good morning, Your Honor. Tyler Horn of Downey Brand on behalf of Tuscan Ridge Associates, LLC.

THE COURT: And Ms. Goodman, you have your mic mooted -- muted. Muted, not mooted. Muted.

MS. GOODMAN: Sorry. Can you hear me now, Your Honor?

THE COURT: Yes.

MS. GOODMAN: Yeah. Laura Goodman, Gough & Hancock, for PG&E.

THE COURT: Mr. Horn, you had your hand up, but we got you in here. Was there something else you wanted --

MR. HORN: No.


eScribers (973)406-2250 | operations@escribers.net | www.escribers.net

THE COURT: Okay.

MR. HORN: No, that was -- yep. Sorry about that.

THE COURT: No, that's all right.

So in anticipation of the hearing today, I went back and reviewed the trial scheduling order of April 22nd, and I kind of thought you all would end up putting this thing over.

So here we are. I'm not sure what we need to do. I will just tell you a update, in a sense that the scheduling order anticipates a sort of rehearsal in August, and at least as of now, we have no present plan to go back into the old-fashioned courtroom style.

Some of the judges have been experimenting with a so-called hybrid, but I'm not prepared to, not with the infection rate and issues, both physically and in our own building in San Francisco, but also San Francisco generally. So I think we're going to be doing this remotely as we planned.

So really, I'll toss it back to any of you. Is there anything we really need to discuss about today, and what's on your mind?

MS. GOODMAN: So Your Honor, Laura Goodman, for PG&E.

We had this set, and we put it off a couple times because there have been no issues. Where we're at is we've received -- the parties have done -- (indiscernible) completed their document productions. We have an extremely large production from Tuscan Ridge that's been coming in over time,



eScribers (973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

which is fine.

We're working through it, and I anticipate the next step will be some additional written discovery subpoenas and depos, so that's where we are. I don't have any issues for you today.

THE COURT: Okay.

MR. HORN: And --

THE COURT: Mr. Horn.

MR. HORN: Yes. Your Honor, Tyler Horn on behalf of Tuscan Ridge. Again, we produced documents, as Ms. Goodman noted. We've reviewed the privilege log. We anticipate maybe some meeting conferring over privilege log issues, but I think that's something the parties can hopefully resolve themselves. It's not major issues, but maybe some slight motion practice may be necessary. But we'll be hopeful to avoid that if possible.

THE COURT: Okay. Well, at the risk of repeating myself, I'll repeat myself. Some of the lawyers who know me well know that my definition of hell is a judge who has to do endless discovery disputes. And I'm trying to avoid it at this time. But if there are disputes, remember my procedure for meet and confer, brief telephone conference, and so on.

Let me make one other comment that I should have made in the opening statement. When we started learning about Zoom and remote and COVID, and lawyers and judges and everybody else


escribers (973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

around the world were not familiar with doing things the way we're now familiar with doing it, so when I originally developed the provision in my scheduling order that has morphed its way into this scheduling order, I anticipated we'd have to have kind of a practice session to make sure people know how to turn their cameras on and plug in their remote cables and more importantly, get their clients and witnesses comfortable.

I don't need to do that if you're all comfortable with it, and you don't have to make a decision now. But I will just repeat -- I think Ms. Kim knows that -- she's seen this in other matters that I've been presiding over, but perhaps not the rest of you. Just make sure you do practice with your particularly unsophisticated or inexperienced people who don't know how to do things on a screen or in a laptop or in the formal setting of the court that isn't very formal when we're all in our -- wherever we are.

And as that date approaches, we probably should have at least another session like this just to touch base.

But I don't need to tell all of you how to turn your cameras on, or I will assume that your witnesses and clients will have been prepped. So enough said of that.

Anybody else want to raise anything today?

Okay. Well --

MS. STANFIELD: (Indiscernible) thank you.

THE COURT: I'm sorry, Ms. Stanfield. Just say that


eScribers (973)406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company again.

MS. STANFIELD: Sorry, just saying, I don't think I have anything to add. Thank you.

THE COURT: Okay. Okay. Well, we didn't have to do this, but it's nice to see you all.

I can do --

MS. STANFIELD: You, too, Your Honor.

THE COURT: I can do the usual trial judge's admonition to tell you there is no rule against settling this case before we go to trial. But again --

MS. GOODMAN: We appreciate that. We've been making efforts.

THE COURT: You all know that, I know. Okay. Thank you for your time. Good luck. I look forward to seeing you.

MS. GOODMAN: Thank you.

MR. HORN: Thank you, Your Honor.

THE COURT: Okay.

MS. KIM: Thank you, Your Honor.

THE COURT: Thanks.

(Whereupon these proceedings were concluded at 10:06 AM)


eScribers (973) 406-2250 | operations@escribers.net | www.escribers.net

C E R T I F I C A T I O N

I, River Wolfe, certify that the foregoing transcript is a true and accurate record of the proceedings.

_______________________________________

/s/ RIVER WOLFE, CDLT-265

eScribers

7227 N. 16th Street, Suite #207

Phoenix, AZ 85020

Date:  May 25, 2022


eScribers (973) 406-2250 | operations@escribers.net | www.escribers.net

## A

**add (1)** 7:3
**additional (1)** 5:3
**admonition (1)** 7:9
**Again (3)** 5:10;7:1,10
**against (1)** 7:9
**ahead (1)** 3:8
**Alston (1)** 3:13
**anticipate (2)** 5:2,11
**anticipated (1)** 6:4
**anticipates (1)** 4:9
**anticipation (1)** 4:4
**appearance (1)** 3:8
**appearing (1)** 3:13
**appreciate (1)** 7:11
**approaches (1)** 6:17
**April (1)** 4:5
**around (1)** 6:1
**Associates (1)** 3:16
**assume (1)** 6:20
**August (1)** 4:9
**avoid (2)** 5:15,20

## B

**back (3)** 4:4,10,17
**base (1)** 6:18
**behalf (3)** 3:11,16;5:9
**Benvenutti (1)** 3:11
**Bird (1)** 3:13
**both (1)** 4:14
**Brand (1)** 3:16
**brief (1)** 5:22
**bring (1)** 3:6
**building (1)** 4:14

## C

**cables (1)** 6:6
**CALIFORNIA (1)** 3:1
**Call (1)** 3:3
**called (1)** 4:13
**Calling (1)** 3:5
**cameras (2)** 6:6,20
**Can (4)** 3:19;5:13;7:6,8
**case (1)** 7:10
**CLERK (1)** 3:4
**clients (2)** 6:7,20
**comfortable (2)** 6:7,8
**coming (1)** 4:25
**comment (1)** 5:23
**completed (1)** 4:23
**concluded (1)** 7:20
**confer (1)** 5:22
**conference (1)** 5:22
**conferring (1)** 5:12
**Corporation (1)** 3:6
**counsel (1)** 3:6
**couple (1)** 4:21
**Court (18)** 3:3,4,7,17,20,23;4:1,3;5:6,8,17;6:15,25;7:4,8,13,17,19
**courtroom (1)** 4:11
**COVID (1)** 5:25
**Credit (1)** 3:13

## D

**date (1)** 6:17
**debtors (1)** 3:11
**decision (1)** 6:9
**definition (1)** 5:19
**Dennis (1)** 3:5
**depos (1)** 5:4
**developed (1)** 6:3
**Diane (1)** 3:12
**discovery (2)** 5:3,20
**discuss (1)** 4:18
**disputes (2)** 5:20,21
**document (1)** 4:24
**documents (1)** 5:10
**done (1)** 4:23
**Downey (1)** 3:16

## E

**efforts (1)** 7:12
**else (3)** 3:24;5:25;6:22
**end (1)** 4:6
**endless (1)** 5:20
**enough (1)** 6:21
**everybody (1)** 5:25
**experimenting (1)** 4:12
**extremely (1)** 4:24

## F

**familiar (2)** 6:1,2
**fashioned (1)** 4:11
**fine (1)** 5:1
**formal (2)** 6:15,15
**forward (1)** 7:14
**FRANCISCO (3)** 3:1;4:15,15
**Fulcrum (1)** 3:13

## G

**generally (1)** 4:15
**Good (5)** 3:7,10,12,15;7:14
**Goodman (10)** 3:9,17,19,21,21;4:20,20;5:10;7:11,15
**Gough (1)** 3:21

## H

**Hancock (1)** 3:21
**hand (1)** 3:23
**hear (1)** 3:19
**hearing (1)** 4:4
**hell (1)** 5:19
**Honor (9)** 3:10,12,15,19;4:20;5:9;7:7,16,18
**Honorable (1)** 3:4
**hopeful (1)** 5:15
**hopefully (1)** 5:13
**Horn (11)** 3:9,15,15,23,25;4:2;5:7,8,9,9;7:16
**hybrid (1)** 4:13

## I

**importantly (1)** 6:7
**indiscernible (2)** 4:23;6:24
**inexperienced (1)** 6:13
**infection (1)** 4:13
**into (2)** 4:10;6:4
**issues (5)** 4:14,22;5:4,12,14

## J

**Jane (1)** 3:10
**judge (1)** 5:19
**judges (2)** 4:12;5:25
**judge's (1)** 7:8

## K

**Keller (1)** 3:10
**Kim (6)** 3:7,10,10,11;6:10;7:18
**kind (2)** 4:6;6:5
**knows (1)** 6:10

## L

**laptop (1)** 6:14
**large (1)** 4:24
**Laura (2)** 3:21;4:20
**lawyers (2)** 5:18,25
**learning (1)** 5:24
**least (2)** 4:9;6:18
**LLC (1)** 3:16
**log (2)** 5:11,12
**look (1)** 7:14
**luck (1)** 7:14

## M

**major (1)** 5:14
**making (1)** 7:11
**matter (1)** 3:5
**matters (1)** 6:11
**MAY (2)** 3:1;5:15
**maybe (2)** 5:11,14
**meet (1)** 5:22
**meeting (1)** 5:12
**mic (1)** 3:17
**mind (1)** 4:19




Case: 19-30088 Doc# 12452 Filed: 05/25/22 Entered: 05/25/22 11:44:41 Page 9 of 10

**Montali (1)**
3:5
**mooted (2)**
3:18,18
**more (1)**
6:6
**morning (4)**
3:7,10,12,15
**morphed (1)**
6:3
**motion (1)**
5:14
**Muted (3)**
3:18,18,18
**myself (2)**
5:18,18

**N**

**necessary (1)**
5:15
**need (4)**
4:7,18;6:8,19
**next (1)**
5:2
**nice (1)**
7:5
**noted (1)**
5:11

**O**

**off (1)**
4:21
**old- (1)**
4:10
**one (1)**
5:23
**oOo- (1)**
3:2
**opening (1)**
5:24
**order (5)**
3:3;4:5,9;6:3,4
**originally (1)**
6:2
**over (4)**
4:6,25;5:12;6:11
**own (1)**
4:14

**P**

**particularly (1)**
6:13
**parties (2)**
4:23;5:13
**Partners (1)**
3:14
**people (2)**
6:5,13
**perhaps (1)**
6:11
**PG&E (3)**
3:5,22;4:20
**physically (1)**
4:14
**plan (1)**
4:10
**planned (1)**
4:16
**plug (1)**
6:6
**possible (1)**
5:16
**practice (3)**
5:14;6:5,12
**prepared (1)**
4:13
**prepped (1)**
6:21
**present (1)**
4:10
**presiding (2)**
3:5;6:11
**privilege (2)**
5:11,12
**probably (1)**
6:17
**procedure (1)**
5:21
**proceedings (1)**
7:20
**produced (1)**
5:10
**production (1)**
4:25
**productions (1)**
4:24
**provision (1)**
6:3
**put (1)**
4:21
**putting (1)**
4:6

**R**

**raise (1)**
6:22
**rate (1)**
4:14
**really (2)**
4:17,18
**received (1)**
4:23
**rehearsal (1)**
4:9
**remember (1)**
5:21
**remote (2)**
5:25;6:6
**remotely (1)**
4:16
**reorganized (1)**
3:11
**repeat (2)**
5:18;6:10
**repeating (1)**
5:17
**resolve (1)**
5:13
**rest (1)**
6:12
**reviewed (2)**
4:5;5:11
**Ridge (3)**
3:16;4:25;5:10
**right (1)**
4:3
**risk (1)**
5:17
**rule (1)**
7:9

**S**

**SAN (3)**
3:1;4:14,15
**saying (1)**
7:2
**scheduling (4)**
4:5,8;6:3,4
**screen (1)**
6:14
**seeing (1)**
7:14
**sense (1)**
4:8
**session (3)**
3:4;6:5,18
**set (1)**
4:21
**setting (1)**
6:15
**settling (1)**
7:9
**slight (1)**
5:14
**so- (1)**
4:12
**Sorry (4)**
3:19;4:2;6:25;7:2
**sort (1)**
4:9
**Stanfield (7)**
3:8,12,13;6:24,25;
7:2,7
**started (1)**
5:24
**state (1)**
3:8
**statement (1)**
5:24
**step (1)**
5:3
**style (1)**
4:11
**subpoenas (1)**
5:3
**sure (3)**
4:7;6:5,12

**T**

**telephone (1)**
5:22
**Thanks (1)**
7:19
**thought (1)**
4:6
**times (1)**
4:21
**today (4)**
4:4,18;5:5;6:22
**toss (1)**
4:17
**touch (1)**
6:18
**trial (3)**
4:5;7:8,10
**trying (1)**
5:20
**TUESDAY (1)**
3:1
**turn (2)**
6:6,19
**Tuscan (3)**
3:16;4:25;5:10
**Tyler (2)**
3:15;5:9

**U**

**unsophisticated (1)**
6:13
**up (2)**
3:23;4:6
**update (1)**
4:8
**usual (1)**
7:8

**W**

**way (2)**
6:1,4
**what's (1)**
4:18
**Whereupon (1)**
7:20
**wherever (1)**
6:16
**witnesses (2)**
6:7,20
**working (1)**
5:2
**world (1)**
6:1
**written (1)**
5:3

**Y**

**yep (1)**
4:2

**Z**

**Zoom (1)**
5:24

**1**

**10:06 (1)**
7:20

**2**

**2022 (1)**
3:1
**22nd (1)**
4:5
**24 (1)**
3:1


Case: 19-30088 Doc# 12452 Filed: 05/25/22 Entered: 05/25/22 11:44:41 Page 10 of 10