Form TRANSC

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | |
|---|---|
| **In re Debtor(s):** | Case No.: 19–30088 DM 11 |
| | Chapter: 11 |
| PG&E Corporation | |

**NOTICE OF FILING OF TRANSCRIPT**
**AND DEADLINES RELATED TO RESTRICTION AND REDACTION**

A transcript of the proceeding held on May 24, 2022 at 10:00 AM was filed on May 25, 2022. The following deadlines apply:

The parties have until Wednesday, June 1, 2022 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Wednesday, June 15, 2022.

If a request for redaction is filed, the redacted transcript is due Monday, June 27, 2022.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Tuesday, August 23, 2022, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: <u>5/31/22</u>                        For the Court:

                                                Edward J. Emmons
                                                Clerk of Court
                                                United States Bankruptcy Court