# Notice Recipients

District/Off: 0971–3           User: admin                    Date Created: 5/26/2022
Case: 19–30088                 Form ID: TRANSC                Total: 4

**Recipients of Notice of Electronic Filing:**
aty        Diane C. Stanfield          diane.stanfield@alston.com
aty        Jane Kim         jkim@kbkllp.com

                                                                    TOTAL: 2

**Recipients submitted to the Claims Agent (Kroll Restructuring Administration, LLC):**
        LAURA L. GOODMAN, ESQ.        Gough & Hancock LLP        50 California Street, Suite 1500        San
        Francisco, CA 94111
        TYLER J. HORN, ESQ.        Downey Brand LLP        621 Capitol Mall 18th Floor        Sacramento, CA 95841

                                                                    TOTAL: 2