# U.S. Bankruptcy Court
## California Northern Bankruptcy Court (San Francisco)
### Bankruptcy Petition #: 19−30088

| | |
|---|---|
| *Date filed:* | 01/29/2019 |
| *Plan confirmed:* | 06/20/2020 |
| *341 meeting:* | 04/29/2019 |
| *Deadline for filing claims:* | 10/21/2019 |
| *Deadline for filing claims (govt.):* | 10/21/2019 |

*Assigned to:* Judge Dennis Montali
Chapter 11
Voluntary
Asset

**Debtor**
**PG&E Corporation**
77 Beale Street
P.O. Box 770000
San Francisco, CA 94177
SAN FRANCISCO−CA
(929) 333−8977
Tax ID / EIN: 94−3234914

represented by **Max Africk**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000
*TERMINATED: 11/12/2019*

**Peter J. Benvenutti**
Keller Benvenutti Kim LLP
650 California St. 19th Fl.
San Francisco, CA 94108
(415) 364−6798
Email: pbenvenutti@kbkllp.com

**Kevin Bostel**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Lee Brand**
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Fl.
San Francisco, CA 94111−5998
415−983−1116
Email: lee.brand@pillsburylaw.com

**Timothy G. Cameron**
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Ave.
New York, NY 10019
(212) 474−1120

**Jared R. Friedmann**
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
(212) 310−8000

**Andriana Georgallas**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Stuart J. Goldring**
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
(212) 310−8000

**Matthew Goren**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**David A. Herman**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000

**David Franklin Hill, IV**
Weil, Gotshal and Manges, LLP
767 Fifth Ave.
New York, NY 10153
(212) 310−8000

**Stephen Karotkin**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Tobias S. Keller**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108
(415) 796−0709
Email: tkeller@kbkllp.com

**Jane Kim**
Keller Benvenutti Kim LLP
650 California St, Suite 1900
San Francisco, CA 94108
(415) 364−6793
Email: jkim@kbkllp.com

**Katherine Kohn**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200
Washington, DC 20006
(202) 861−2607
Email: kkohn@groom.com

**Kevin Kramer**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**David Levine**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200
Washington, DC 20006
(202) 861−5436

Email: dnl@groom.com

**Dara Levinson Silveira**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108
415−364−6793
Email: dsilveira@kbkllp.com

**Jessica Liou**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Omid H. Nasab**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000

**John Nolan**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Kevin J. Orsini**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000

**Thomas B. Rupp**
Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, CA 94108
415−636−9015
Email: trupp@kbkllp.com

**Bradley R. Schneider**
Munger Tolles and Olson LLP
350 S Grand Ave., 50th Fl.
Los Angeles, CA 90071
(213) 683−9100
Email: bradley.schneider@mto.com
*TERMINATED: 05/18/2022*

**Ray C. Schrock**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Richard W. Slack**
Weil Gotshal and Manges, LLP
767 Fifth Ave.
New York, NY 10153−0119
(212) 310−8000
Email: richard.slack@weil.com

**Theodore Tsekerides**
Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153
212−310−8000

**Paul H. Zumbro**
Cravath, Swaine & Moore LLP
85 Eighth Avenue
New York, NY 10019
2124741000
Email: mao@cravath.com

*Responsible Ind*
**Jason P. Wells**
Senior Vice President
Chief Financial Officer PG&E Corporation
77 Beale St.
San Francisco, CA 94177
(929) 333−8977

*U.S. Trustee*
**Office of the U.S. Trustee / SF**     represented by **Jason Blumberg**
Phillip J. Burton Federal Building           Office of the U.S. Trustee
450 Golden Gate Ave. 5th Fl., #05−0153       501 I St. #7−500
San Francisco, CA 94102                      Sacramento, CA 95814
(415)705−3333                                (916) 930−2076
                                             Email: jason.blumberg@usdoj.gov

**Cameron M. Gulden**
Office of the United States Trustee
300 Booth St., Room 3009
Reno, NV 89509
(775) 784−5335
Email: cameron.m.gulden@usdoj.gov

**Lynette C. Kelly**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102
(415) 252−2065
Email: ustpregion17.oa.ecf@usdoj.gov

**Timothy S. Laffredi**
Office of the U. S. Trustee − San Jose
280 South 1 St., Suite 268
San Jose, CA 95113
(408) 535−5525
Email: timothy.s.laffredi@usdoj.gov

**Timothy S. Laffredi**
Office of the U.S. Trustee − SF
450 Golden Gate Ave.
Suite 05−0153
San Francisco, CA 94102
(415) 705−3333
Email: timothy.s.laffredi@usdoj.gov

**Marta Villacorta**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102
(415) 252−2062

Email: marta.villacorta@usdoj.gov

*Creditor Committee*
**Official Committee Of Unsecured Creditors**            represented by **Paul S. Aronzon**
Milbank LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067
(424) 386−4000
Email: paronzon@milbank.com

**James C. Behrens**
Milbank, LLP
2029 Century Park E, 33rd Fl.
Los Angeles, CA 90067
(424) 386−4436
Email: jbehrens@milbank.com

**Gregory A. Bray**
Milbank LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067
(424) 386−4470
Email: gbray@milbank.com

**Erin Elizabeth Dexter**
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835−7500
Email: edexter@milbank.com

**Dennis F. Dunne**
Milbank, LLP
55 Hudson Yards
New York, NY 10001−2163
(212) 530−5000
Email: ddunne@milbank.com

**Samuel A. Khalil**
Milbank, LLP
55 Hudson Yards
New York, NY 10001−2163
(212) 530−5000
Email: skhalil@milbank.com

**Thomas R. Kreller**
Milbank LLP
2029 Century Park East, 33rd
Los Angeles, CA 90067
(424) 386−4463
Email: tkreller@milbank.com

**Andrew Michael Leblanc**
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835−7500
Email: ALeblanc@milbank.com

**Alan J. Stone**
Milbank LLP
55 Hudson Yards
New York, NY 10001

(212) 530−5000
Email: AStone@milbank.com

**Creditor Committee**
**Official Committee of Tort Claimants**

represented by **Lauren T. Attard**
Baker Hostetler LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025−0509
(310) 820−8800
Email: lattard@bakerlaw.com

**Chris Bator**
Baker & Hostetler LLP
127 Public Square #2000
Cleveland, OH 44114
(216) 621−0200
Email: cbator@bakerlaw.com

**Dustin M. Dow**
Baker & Hostetler LLP
127 Public Square #2000
Cleveland, OH 44114
(216) 621−0200
Email: ddow@bakerlaw.com

**Cecily Ann Dumas**
Baker and Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111−2806
415−659−2600
Email: cdumas@bakerlaw.com

**Joseph M. Esmont**
Baker & Hostetler LLP
127 Public Sq., #2000
Cleveland, OH 44147
(216) 861−7835
Email: jesmont@bakerlaw.com

**Lars H. Fuller**
Baker & Hostetler LLP
1801 California St #4400
Denver, CO 80202
(303) 764−4114
Email: lfuller@bakerlaw.com

**Eric R. Goodman**
Brown Rudnick LLP
601 Thirteenth St. NW, #600
Washington, DC 20005
(202) 536−1740
Email: egoodman@bakerlaw.com
*TERMINATED: 04/07/2021*

**Elizabeth A. Green**
BakerHostetler LLP
200 S. Orange Ave. #2300
Orlando, FL 32801
(407) 649−4000
Email: egreen@bakerlaw.com

**Robert A. Julian**

Baker and Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111−2806
(415) 569−2600
Email: rjulian@bakerlaw.com

**Elyssa S. Kates**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589−4227
Email: ekates@bakerlaw.com

**Kody D. L. Kleber**
Baker & Hostetler LLP
811 Main St., #1100
Houston, TX 77005
(713) 703−1315
Email: kkleber@bakerlaw.com

**John H. MacConaghy**
MacConaghy and Barnier
645 1st St. W #D
Sonoma, CA 95476
(707) 935−3205
Email: macclaw@macbarlaw.com

**Kimberly S. Morris**
Baker & Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
(415) 659−2600
Email: kmorris@bakerlaw.com

**David J. Richardson**
Baker & Hostetler, LLP
11601 Wilshire Blvd.,
14th Floor
Los Angeles, CA 90025
(310) 442−8858
Email: drichardson@bakerlaw.com

**David B. Rivkin, Jr.**
Baker and Hostetler LLP
1050 Connecticut Ave., N.W., #1100
Washington, DC 20036
(202) 861−1731
Email: drivkin@bakerlaw.com

**Jorian L. Rose**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589−4200
Email: jrose@bakerlaw.com

**Eric E. Sagerman**
Baker and Hostetler LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025
(310) 442−8875

Email: esagerman@bakerlaw.com

**Catherine E. Woltering**
Baker & Hostetler LLP
Key Tower, 127 Public Sq., #2000
Cleveland, OH 44114−1214
(614) 462−2677
Email: cwoltering@bakerlaw.com
*TERMINATED: 04/01/2020*

| Filing Date | # | Docket Text |
|---|---|---|
| 05/18/2022 | 12409 | Appellant Designation of Contents For Inclusion in Record On Appeal *Reorganized Debtors' Statement of Issues and Designation of Record on Appeal* (RE: related document(s)12311 Notice of Appeal and Statement of Election filed by Debtor PG&E Corporation). Appellee designation due by 06/3/2022. Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 05/18/2022) |
| 05/20/2022 | 12435 | Appellee Designation of Contents for Inclusion in Record of Appeal (RE: related document(s)12209 Notice of Appeal and Statement of Election filed by Debtor PG&E Corporation, 12311 Notice of Appeal and Statement of Election filed by Debtor PG&E Corporation). (Attachments: # 1 Certificate of Service) Filed by Creditor DRRT Claimants (Meyer, Brent) (Entered: 05/20/2022) |

**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (650) 636 9251

*Attorneys for Appellants (Debtors and
Reorganized Debtors)*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>   - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                **Reorganized Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Reorganized Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>District Court Case No. 4:22-cv-02833-HSG<br><br>**REORGANIZED DEBTORS' STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL**<br><br>**[Re: Dkt. No. 12311]** |

Pursuant to Rule 8009(a) of the <mark>Federal Rules of Bankruptcy Procedure (the</mark> "**Bankruptcy Rules**"), PG&E Corporation and Pacific Gas and Electric Company, as reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**," as applicable) in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), submit this statement of issues and designation of record on appeal.

## I. STATEMENT OF ISSUES ON APPEAL

The issues on appeal are:

(i) Whether the bankruptcy court erred in concluding that its denial of the Reorganized Debtors' request to modify the Plan injunction to compel arbitration of the California Department of Water Resources' ("**CDWR**") proof of claim [Claim No. 78014] and the issue of whether CDWR had properly terminated the *Agreement of Cotenancy in the Castle Rock Junction-Lakeville 230-kV Transmission Line among Pacific Gas and Electric Company, State of California Department of Water Resources, Northern California Power Agency and the City of Santa Clara* (the "**Cotenancy Agreement**"), was also a denial of the Reorganized Debtors' right to arbitrate its non-core affirmative claims against the CDWR under the Cotenancy Agreement, even though the Reorganized Debtors had not filed an affirmative claim against CDWR or claim objection to CDWR's proof of claim.

(ii) Whether, after denying the Reorganized Debtors' request to arbitrate the proof of claim dispute and CDWR's termination of the Cotenancy Agreement, and after the Reorganized Debtors submitted that they would consent to the relief sought by CDWR in its *Motion for Order Determining that the Castle Rock Agreement with PG&E Cannot Be Assumed and that the Department of Water Resources' Claim No. 78104 Be Paid* [<mark>Dkt. No. 11887</mark>] (the "**CDWR Motion**") by agreeing to pay CDWR's proof of claim in full and not to contest that the Cotenancy Agreement was not executory as to CDWR and could not be assumed as to CDWR, the bankruptcy court erred in determining that the issues before it through the CDWR Motion had not been resolved in full.

(iii) Whether, after denying the Reorganized Debtors' request to arbitrate the proof of claim dispute and CDWR's termination of the Cotenancy Agreement, and after the Reorganized Debtors submitted that they would consent to the relief sought by CDWR in the CDWR Motion by agreeing to pay CDWR's proof of claim in full and not to contest that the Cotenancy Agreement was not

executory as to CDWR and could not be assumed as to CDWR, the bankruptcy court erred in determining that the Reorganized Debtors' non-core affirmative contractual claim against CDWR under the Cotenancy Agreement was before the bankruptcy court, even though the Reorganized Debtors had not filed an affirmative claim against CDWR or claim objection to CDWR's proof of claim.

(iv)     Whether the bankruptcy court exceeded its jurisdiction by entering a final judgment on the merits on the Reorganized Debtors' non-core affirmative contractual claim against CDWR under the Cotenancy Agreement, even though the Reorganized Debtors had not consented to the bankruptcy court entering final judgment on its claim and had not put its affirmative claim at issue.

(v)     Whether the bankruptcy court erred in denying the Reorganized Debtors' request to present its non-core affirmative contractual claim against CDWR through an adversary proceeding and in determining that the Reorganized Debtors had waived their rights to the procedural protections of an adversary proceeding pursuant to Rule 7001 of the Federal Rules of Bankruptcy Procedure.

(vi)     Whether the bankruptcy court erred in disallowing the Reorganized Debtors' non-core affirmative contractual claim against CDWR under the Cotenancy Agreement on the merits.

(vii)     Whether the bankruptcy court erred in determining that CDWR's interpretation of the Cotenancy Agreement was correct.

(viii)     Whether the bankruptcy court erred in determining that CDWR did not owe any estimated future removal costs or any other damages to PG&E or the other cotenants under the Cotenancy Agreement.

(ix)     Whether the bankruptcy court otherwise erred in its determinations against the Reorganized Debtors under the Cotenancy Agreement.

(x)     Whether the bankruptcy court erred in denying the motion to intervene of non-debtors Silicon Valley Power and Northern California Power Agency, and then making a dispositive ruling and final judgment by default on their contractual claims against the California Department of Water Resources arising under the Cotenancy Agreement.

## II.  DESIGNATION OF RECORD ON APPEAL

The Reorganized Debtors hereby designate the following items to be included in the record on appeal, each of which includes any and all exhibits and addenda attached thereto and filed therewith and any and all documents incorporated by reference therein:

Docket items from *In re PG&E Corp., et al*., Case No. 19-30088 (DM):

| Dkt. No. | Docket Items | Date |
|---|---|---|
| 263 | Amended Declaration of Jason P. Wells in Support of First Day Motions and Related Relief | 02/01/2019 |
| 7037 | Notice of Filing of Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 | 05/01/2020 |
| 7276 | California State Agencies' Objections to Schedule of Executory Contracts and Unexpired Leases to be Assumed Pursuant to the Plan and Proposed Cure Amounts [Docket No. 7037] | 05/15/2020 |
| 8048 | Amended Chapter 11 Plan Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 Filed by Debtor PG&E Corporation | 06/19/2020 |
| 8053 | Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 | 06/20/2020 |
| 11887 | California Department of Water Resources' Motion for Order Determining that the Castle Rock Agreement with PG&E Cannot Be Assumed and that the Department of Water Resources' Claim No. 78104 Be Paid | 02/01/2022 |
| 11888 | Notice of Hearing on California Department of Water Resources' Motion for Order Determining that the Castle Rock Agreement with PG&E Cannot Be Assumed and that the Department of Water Resources' Claim No. 78104 Be Paid | 02/01/2022 |
| 11889 | Declaration of Ghassan Alqaser in Support of California Department of Water Resources' Motion for Order Determining that the Castle Rock Agreement with PG&E Cannot Be Assumed and that the Department of Water Resources' Claim No. 78104 Be Paid | 02/01/2022 |
| 11895 | Certificate of Service | 02/02/2022 |

| Dkt. No. | Docket Items | Date |
|----------|--------------|------|
| 11896 | Motion of the Reorganized Debtors for Entry of an Order Modifying Plan Injunction and Compelling Arbitration of Claim of California Department of Water Resources | 02/02/2022 |
| 11897 | Declaration of Joshua S Levenberg in Support of Motion of the Reorganized Debtors for Entry of an Order Modifying Plan Injunction and Compelling Arbitration of Claim of California Department of Water Resources | 02/02/2022 |
| 11898 | Notice of Hearing on Motion of the Reorganized Debtors for Entry of an Order Modifying Plan Injunction and Compelling Arbitration of Claim of California Department of Water Resources | 02/02/2022 |
| 11914 | Certificate of Service of Alain B. Francoeur Regarding One Hundred Eighth Omnibus Objection Stipulation, California Department of Water Resources Arbitration Motion, Levenberg Declaration, and Notice of Hearing | 02/09/2022 |
| 11937 | The Reorganized Debtors' (I) Preliminary Opposition to California Department of Water Resources' Motion for Order Determining that Castle Rock Agreement with PG&E Cannot be Assumed and that the Department of Water Resources' Claim No. 78104 be Paid and (II) Request, in the Alternative, for a Status Conference | 02/16/2022 |
| 11942 | California Department of Water Resources' Opposition to Reorganized Debtors' Motion for Order Modifying Plan Injunction and Compelling Arbitration | 02/16/2022 |
| 11962 | California Department of Water Resources' Reply to the Reorganized Debtors' Preliminary Opposition to Motion for Order Determining that the Castle Rock Agreement with PG&E Cannot Be Assumed and that the Department of Water Resources' Claim No 78104 Be Paid | 02/23/2022 |
| 11963 | Reply in Further Support of Motion of the Reorganized Debtors for Entry of an Order Modifying Plan Injunction and Compelling Arbitration of Claim of California Department of Water Resources | 02/23/2022 |
| 11964 | Supplemental Declaration of Joshua S Levenberg in Support of Motion of the Reorganized Debtors for Entry of an Order Modifying Plan Injunction and Compelling Arbitration of Claim of California Department of Water Resources | 02/23/2022 |
| N/A | Docket Text Order | 02/28/2022 |

| Dkt. No. | Docket Items | Date |
|----------|--------------|------|
| 11999 | Memorandum Decision Regarding Dispute Between Debtors and the California Department of Water Resources | 03/08/2022 |
| 12000 | Order Granting California Department of Water Resources' Motion for Order Determining that the Castle Rock Agreement with PG&E Cannot Be Assumed and Claim No. 78104 Be Paid | 03/08/2022 |
| 12001 | Order Denying Debtors' Motion for Entry of an Order Modifying Plan Injunction and Compelling Arbitration of Claim of California Department of Water Resources | 03/08/2022 |
| 12024 | Notice of Appearance and Ex Parte Application for Order Authorizing City of Santa Clara, dba Silicon Valley Power and Northern California Power Agency to Intervene and File a Response to California Department of Water Resources' Motion for Order Determining that the Castle Rock Agreement Cannot Be Assumed and that the Department of Water Resources' Claim No. 78014 Be Paid | 03/15/2022 |
| 12035 | California Department of Water Resources' Opposition to the Ex Parte Application for Order Authorizing City of Santa Clara, dba Silicon Valley Power and Northern California Power Agency to Intervene and File a Response to California Department of Water Resources' Motion for Order Determining that the Castle Rock Agreement Cannot Be Assumed and that the Department of Water Resources' Claim No. 78014 Be Paid | 03/17/2022 |
| 12054 | Order Denying Motion to Intervene by City of Santa Clara, dba Silicon Valley Power and Northern California Power Agency | 03/21/2022 |
| 12076 | Memorandum of the Reorganized Debtors Regarding Claim of California Department of Water Resources | 03/25/2022 |
| 12077 | Declaration of Joshua S Levenberg in Support of Memorandum of the Reorganized Debtors Regarding Claim of California Department of Water Resources | 03/25/2022 |
| 12129 | California Department of Water Resources' Reply to PG&E's Memorandum Regarding Department of Water Resources' Claim No. 78104 and Further Briefing of Issues; Request for Order Staying Arbitration | 04/08/2022 |
| N/A | Docket Text Order | 04/10/2022 |

| Dkt. No. | Docket Items | Date |
|---|---|---|
| 12147 | Tentative Ruling Re Dispute Between Debtors and the California Department of Water Resources | 04/11/2022 |
| 12207 | Order Regarding Dispute Between Debtors and California Department of Water Resources | 04/22/2022 |
| 12310 | Notice of Appeal and Statement of Election to Have Appeal Heard by United States District Court for the Northern District of California | 05/05/2022 |
| 12311 | Notice of Appeal and Statement of Election to Have Appeal Heard by United States District Court for the Northern District of California | 05/05/2022 |
| 12322 | Courts Certificate of Mailing | 05/05/2022 |
| 12323 | Courts Certificate of Mailing | 05/05/2022 |

Hearing Transcripts from *In re PG&E Corp., et al.*, Case No. 19-30088 (DM):

| Dkt. No. | Transcripts | Date |
|---|---|---|
| 8066 | June 19, 2020 Hearing Transcript | 06/22/2020 |
| 11986 | March 2, 2022 Hearing Transcript | 03/03/2022 |
| 12156 | April 13, 2022 Hearing Transcript | 04/14/2022 |

Proofs of Claim filed in *In re PG&E Corp., et al.*, Case No. 19-30088 (DM):

| Claim No. | Claimant | Date |
|---|---|---|
| 78104 | California Department of Water Resources | 10/18/2019 |

The Reorganized Debtors reserve the right to designate additional items for inclusion in the record or restate the issues presented on appeal.

/ / /

/ / /

1  Dated: May 18, 2022

2                                           **KELLER BENVENUTTI KIM LLP**

3

4                                           By:  */s/ Jane Kim*
                                                 Jane Kim
5
                                            *Attorneys for the Appellants (Debtors and*
6                                           *Reorganized Debtors)*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
**DRRT**
JARED LAY, Fl. Bar No. 120351*
2
340 West Flagler Street, 2nd Floor
Miami, Florida 33130
3
Telephone:  (305) 760-8025
Facsimile:  (786) 235-5005
4
Email:       jlay@drrt.com
5
* Admitted *Pro Hac Vice*
6
**MEYER LAW GROUP LLP**
 A Limited Liability Partnership
7
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
8
San Francisco, California 94104
Telephone:  (415) 765-1588
9
Facsimile:  (415) 762-5277
Email:       brent@meyerllp.com
10
11
Attorneys for Creditors
DRRT CLAIMANTS
12
    UNITED STATES BANKRUPTCY COURT
13
    NORTHERN DISTRICT OF CALIFORNIA
14
    SAN FRANCISCO DIVISION
15
In re
16
PG&E CORPORATION,
17
18
         - and -
19
PACIFIC GAS AND ELECTRIC
COMPANY,
20
21
              Debtors.
22
☐ Affects PG&E Corporation
23
☐ Affects Pacific Gas and Electric Company
☒ Affects Both Debtors
24
* All papers shall be filed in Lead Case 19-30088-DM
25
26
27
28

BK Case No.: 19-30088-DM (Lead Case)
(Jointly Administered)

Chapter 11

**APPELLEE'S DESIGNATION OF RECORD ON APPEAL**

- 1 -


MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
w w w . m e y e r l l p . c o m

Appellee DRRT as the duly appointed claims filing representative for individual claimants Bayerninvest Kapitalverwaltungsgesell Schaft MBH, Credit Suisse Funds AG, Deka Investment GMBH, Giam Generali Insurance Asset Management, Helaba Invest Kapitalanlagegesellschaft MBH, Internationale Kapitalanlagegesellschaft MBH, Internationale Kapitalanlagegesellschaft MBH, Kaiser Permanente, Metzler Asset Management GMBH, Swiss Reinsurance Company Ltd., UBS Fund Management (Switzerland) AG, UBS Fund Management Luxembourg S.A., Meag Munich Ergo Kapitalanlagegesellschaft MBH, (collectively, the "DRRT Claimants") hereby designate the following items to be included in the record on appeal, each of which includes any and all exhibits and addenda attached thereto and filed therewith and any and all documents incorporated by reference therein:

| Docket Number | Filing Date | Pleading Description |
|---|---|---|
| 11168 | 8/31/2021 | Response and Opposition to Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| 11169 | 8/31/2021 | Declaration of Richard A. Bodnar in opposition of Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| 11170 | 8/31/2021 | Response /Opposition to Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred By The Statute of Repose) |
| 11207 | 9/8/2021 | Response to Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| 11208 | 9/8/2021 | Declaration of Jeremy C. Kleinman in Support of PepsiCo, Inc. Master Trust's Response to Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| 11209 | 9/8/2021 | Joinder Vanguard Funds' Joinder in Response and Opposition to Reorganized Debtors' Eleventh Securities Claim Omnibus Objection (Claims Barred By the Statute of Repose) |
| 11246 | 9/13/2021 | Opposition re: Reorganized Debtors' Thirteenth Securities Claims Omnibus Objection (RE: related document(s)11085 Objection) |
| 11260 | 9/152021 | Joinder and Statement in Opposition to Reorganized Debtors' Thirteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| 11339 | 9/28/2021 | Omnibus Objection to Securities Claims (Fourteenth) (Claims |

MEYER LAW GROUP LLP
268 BUSH STREET #3933
SAN FRANCISCO CA 94104
w w w . m e y e r l l p . c o m

BK CASE NO. 19-30088-DM
APPELLEE'S DESIGNATION OF RECORD ON APPEAL

Case: 19-30088    Doc# 12458-1 Filed: 05/26/22 Entered: 05/26/22 21:23:03 Page 2 of 36

18

| | | | |
|---|---|---|---|
| | | | Barred by the Statute of Repose) |
| 11340 | 9/28/2021 | Declaration of Edward J. Radetich, Jr. in Support of Reorganized Debtors' Fourteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| 11341 | 9/28/2021 | Declaration of Michael A. Keable in Support of Reorganized Debtors' Fourteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| 11342 | 9/28/2021 | Notice of Hearing on Reorganized Debtors' Fourteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) (RE: related document(s)11339 Omnibus Objection to Securities Claims (Fourteenth) (Claims Barred by the Statute of Repose) |
| 11400 | 10/12/2021 | Statement of Reorganized Debtors' Report on Resolution of Eleventh Securities Claims Omnibus Objection (Claims Barred By the Statute of Repose) With Respect to Certain Claims |
| 11401 | 10/12/2021 | Statement of Reorganized Debtors' Report on Resolution of Thirteenth Securities Claims Omnibus Objection (Claims Barred By the Statute of Repose) With Respect to Certain Claims |
| 11439 | 10/18/2021 | Amended Statement of Reorganized Debtors' Report on Resolution of Eleventh Securities Claims Omnibus Objection |
| 11466 | 10/22/2021 | Response Horizon Blue Cross Blue Shield Of NJ Employees Retirement Plans Response To Reorganized Debtors Fourteenth Securities Claims Omnibus Objection (Claims Barred By The Statute Of Repose) |
| 11468 | 10/22/2021 | Response by Blue Cross Blue Shield of North Carolina to Reorganized Debtors' Fourteenth Securities Claim Omnibus Objection |
| 11495 | 10/26/2021 | Response by Dennis Brawford to Reorganized Debtors' Fourteenth Securities Claim Omnibus Objection |
| 11498 | 10/27/2021 | Brief/Memorandum in Opposition to Motion for Leave to File Late and Opposition to Reorganized Debtors Eleventh, Thirteenth, and Fourteenth Securities Claims Omnibus Objections (Claims Barred by the Statute of Repose) |
| 11516 | 11/2/2021 | Request for Entry of Default Re: Unopposed Objections to Fourteenth Securities Omnibus Objection and Report on Responses Thereto |
| 11518 | 11/2/2021 | Notice of Continued Hearing With Respect to One Claim in the Reorganized Debtors' Fourteenth Securities Claims Omnibus Objection (Claims Barred By the Statute of Repose) |
| 11530 | 11/4/2021 | Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Fourteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose) |
| 11588 | 11/16/2021 | Statement of Reorganized Debtors' Report on Resolution of Fourteenth Securities Claims Omnibus Objection (Claims |



MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
w w w . m e y e r l l p . c o m

| | | Barred By the Statute of Repose) With Respect to the One Remaining Claim Subject to the Objection |
|---|---|---|

Dated: May 20, 2022

**DRRT**

By: /s/ JARED LAY
    Jared Lay, Esq.
    Attorneys for Creditors
    DRRT CLAIMANTS

Dated: May 20, 2022

**MEYER LAW GROUP LLP**

By: /s/ BRENT D. MEYER
    Brent D. Meyer, Esq.
    Attorneys for Creditors
    DRRT CLAIMANTS

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
w w w . m e y e r l l p . c o m

1  **DRRT**
   JARED LAY, Fl. Bar No. 120351*
2  340 West Flagler Street, 2nd Floor
   Miami, Florida 33130
3  Telephone:   (305) 760-8025
   Facsimile:   (786) 235-5005
4  Email:       jlay@drrt.com

5  * Admitted *Pro Hac Vice*

6  **MEYER LAW GROUP LLP**
     A Limited Liability Partnership
7  BRENT D. MEYER, Cal. Bar No. 266152
   268 Bush Street #3639
8  San Francisco, California 94104
   Telephone:   (415) 765-1588
9  Facsimile:   (415) 762-5277
   Email:       brent@meyerllp.com

10
   Attorneys for Creditors
11 DRRT CLAIMANTS

12              **UNITED STATES BANKRUPTCY COURT**

13              **NORTHERN DISTRICT OF CALIFORNIA**

14                  **SAN FRANCISCO DIVISION**

15 In re                          BK Case No.: 19-30088-DM (Lead Case)
                                   (Jointly Administered)
16 PG&E CORPORATION,

17                                 Chapter 11

18          - and -
                                   **CERTIFICATE OF SERVICE**
19 PACIFIC GAS AND ELECTRIC
   COMPANY,
20
21              Debtors.

22 ☐ Affects PG&E Corporation
   ☐ Affects Pacific Gas and Electric Company
23 ☒ Affects Both Debtors

24 * All papers shall be filed in Lead Case 19-30088-DM

25
26
27
28



1      I, Brent D. Meyer, hereby declare as follows:

2

3      I am an active member of the State Bar of California and I am not a party to the above-captioned action; my business mailing address is 268 Bush Street #3639, San Francisco, California, 94104.

5      On May 20, 2022, I served copies of the following document(s):

6      **APPELLEE'S DESIGNATION OF RECORD ON APPEAL**

in the following manner on the parties listed below:

☐    **BY FEDERAL EXPRESS**: I enclosed said document(s) in an envelope or package provided by Federal Express and addressed to the persons at the address(es) listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of Federal Express or delivered such document(s) to a courier or driver authorized by Federal Express to receive documents.

☐    **BY FIRST CLASS MAIL**: Pursuant to ==Federal Rule of Bankruptcy Procedure 7004(b)==, I enclosed said document(s) in a sealed envelope addressed to the persons at the address(es) listed below, placed first class postage fully prepaid thereon, and deposited said envelope in a United States mailbox.

☐    **BY CERTIFIED MAIL**: Pursuant to ==Federal Rule of Bankruptcy Procedure 7004(h)==, I enclosed said document(s) in a sealed envelope addressed to the persons at the address(es) listed below, transported said envelope to a United States Post Office, placed first class postage fully prepaid thereon with certified and return receipt requested, and deposited said envelope with an agent of the United States Postal Service. The Certified Mail Receipt Number for each party served with the document(s) is as specified below.

☒    **BY NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to Bankruptcy Local Rule 9013-3(c), service of the document(s) was also effective on the following persons whom are registered participants of the Court's CM/ECF system, consented to electronic service, and received an electronic copy of the document(s) by the Clerk of the Court via Notice of Electronic Filing.

**SEE ATTACHED LIST**

      I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

      Executed on this 20th day of May, 2022 at Alamo, California.

          /s/ BRENT D. MEYER
          Brent D. Meyer



- 2 -
MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
w w w . m e y e r l l p . c o m
BK CASE NO. 19-30088-DM
CERTIFICATE OF SERVICE
Case: 19-30088    Doc# 12485-11    Filed: 05/20/22    Entered: 05/20/22 21:34:63    Page 2
22 of 36

22

# **ELECTRONIC SERVICE LIST**

- Elliot Adler    eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Aaron L. Agenbroad    alagenbroad@jonesday.com, saltamirano@jonesday.com
- Gabrielle L. Albert    galbert@kbkllp.com
- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Destiny N. Almogue    Destiny.Almogue@skadden.com, wendy.lamanna@skadden.com
- Monique D. Almy    malmy@crowell.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Philip Anker    philip.anker@wilmerhale.com, whdocketing@wilmerhale.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Tyson Arbuthnot    tarbuthnot@rjo.com, jyeung@rjo.com
- Lauren T. Attard    lattard@bakerlaw.com, agrosso@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Chris Bator    cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- Andrew David Behlmann    abehlmann@lowenstein.com, elawler@lowenstein.com
- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti    pbenvenutti@kbkllp.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Ronald F. Berestka    rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
- Heinz Binder    heinz@bindermalter.com
- Jared D. Bissell    jared.bissell@troutman.com
- Neil Jon Bloomfield    njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg    jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- Richard Bodnar    rbodnar@rksllp.com
- Melissa Boey    melissa.boey@morganlewis.com
- Paige Boldt    pboldt@wattsguerra.com, cwilson@wattsguerra.com
- Jason Borg    jborg@jasonborglaw.com
- Evan C. Borges    eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- Mark Bostick    mbostick@wendel.com, bankruptcy@wendel.com
- James L. Bothwell    jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
- Peter R. Boutin    peter.boutin@kyl.com, lara.joel@kyl.com
- Erin N. Brady    erin.brady@hoganlovells.com
- Lee Brand    lee.brand@pillsburylaw.com, docket@pillsburylaw.com
- Gregory A. Bray    gbray@milbank.com
- Michael D. Breslauer    mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Chane Buck    cbuck@jonesday.com



MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com
BK CASE NO. 19-30088-DM
CERTIFICATE OF SERVICE

23

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- Kathlene Burke     kathlene.burke@skadden.com, burke.kathlene@gmail.com
- Elizabeth J. Cabraser     ecabraser@lchb.com, awolf@lchb.com
- Anthony P. Cali     anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- Peter C. Califano     pcalifano@cwclaw.com
- Steven M. Campora     scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta     Leah.Capritta@hklaw.com, reena.kaur@hklaw.com
- Nicholas A. Carlin     nac@phillaw.com, rac@phillaw.com
- Katherine Rose Catanese     kcatanese@foley.com
- Matthew Cave     mcave@kfc.law
- Barry A. Chatz     barry.chatz@saul.com, barry.chatz@gmail.com
- Karen J. Chedister     kchedister@h-jlaw.com
- Christina Lin Chen     christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley     richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Kevin Chiu     kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com
- Jacquelyn H. Choi     jacquelyn.choi@rimonlaw.com, docketing@rimonlaw.com
- Shawn M. Christianson     schristianson@buchalter.com
- Robert N.H. Christmas     rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Jae Angela Chun     ajc@chun.law, teresa@tosdallaw.com
- Gerard T. Cicero     GCicero@brownrudnick.com, NKhalatova@brownrudnick.com
- Louis J. Cisz     lcisz@nixonpeabody.com
- Valerie E. Clemen     , mcarter@coombslaw.com
- Alicia Clough     aclough@loeb.com
- Tiffany Strelow Cobb     tscobb@vorys.com
- John B. Coffman     john@johncoffman.net
- Kevin G. Collins     kevin.collins@btlaw.com
- Brian S. Conlon     bsc@phillaw.com, rac@phillaw.com
- Charles Cording     ccording@willkie.com, mao@willkie.com
- Manuel Corrales     mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Anne Costin     anne@costinlawfirm.com
- Christopher J. Cox     chris.cox@hoganlovells.com
- Donald H. Cram     dhc@severson.com
- Ashley Vinson Crawford     avcrawford@akingump.com, dkrasa-berstell@akingump.com
- Douglas S. Crosno     douglas.crosno@hoganlovells.com
- J. Russell Cunningham     rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham     , rkelley@pierceatwood.com
- James D. Curran     jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis     tambra.curtis@sonoma-county.org, Megan.Sweeley@sonoma-county.org
- Stacy A. Dasaro     sdasaro@goodwinlaw.com
- James M. Davis     jdavis@cglaw.com
- Nicolas De Lancie     ndelancie@jmbm.com
- Judith A. Descalso     , jad_9193@ecf.courtdrive.com



MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
w w w . m e y e r l l p . c o m

- 4 -

BK CASE NO. 19-30088-DM
CERTIFICATE OF SERVICE

1  - Andrew G. Devore    andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com
2  - Erin Elizabeth Dexter    edexter@milbank.com
   - Shounak S. Dharap    ssd@arnslaw.com, mec@arnslaw.com
3  - Kathryn S. Diemer    kdiemer@diemerwei.com
   - Kathryn S. Diemer    kdiemer@diemerwhitman.com
4  - John P. Dillman    houston_bankruptcy@publicans.com
5  - Caroline R. Djang    caroline.djang@bbklaw.com, Laurie.Verstegen@bbklaw.com
   - Krystal Dong    ykdong@gmail.com
6  - Jonathan R. Doolittle    jonathan.doolittle@pillsburylaw.com
   - Jonathan R. Doolittle    jdoolittle@reedsmith.com
7  - Jennifer V. Doran    jdoran@hinckleyallen.com
8  - Dustin M. Dow    ddow@bakerlaw.com, jmcguigan@bakerlaw.com
   - Jamie P. Dreher    jdreher@downeybrand.com
9  - Todd Dressel    tdressel@mcguirewoods.com, jtabisaura@mcguirewoods.com
10 - Geoffrey B. Dryvynsyde    gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
   - Jeffrey Aaron Dubbin    jdubbin@labaton.com, echan-lee@labaton.com
11 - Matthew Ducharme    matthew.ducharme@hoganlovells.com,
12   tracy.houston@hoganlovells.com
   - Cecily Ann Dumas    cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
13 - Dennis F. Dunne    cprice@milbank.com, jbrewster@milbank.com
   - Dennis F. Dunne    ddunne@milbank.com, jbrewster@milbank.com
14 - Huonganh Annie Duong    annie.duong@mccormickbarstow.com,
15   dawn.houston@mccormickbarstow.com
   - Luke N. Eaton    eatonl@pepperlaw.com, monugiac@pepperlaw.com
16 - Daniel G. Egan    daniel.egan@ropesgray.com, nova.alindogan@ropesgray.com
17 - Joseph A. Eisenberg    JAE1900@yahoo.com
   - Michele Ellison    mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
18 - David Emerzian    , Melany.Hertel@mccormickbarstow.com
19 - G. Larry Engel    larry@engeladvice.com
   - Krista M. Enns    kenns@beneschlaw.com
20 - Scott Esbin    sesbin@esbinalter.com
   - Joseph M. Esmont    jesmont@bakerlaw.com
21 - Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
22 - Richard W. Esterkin    richard.esterkin@morganlewis.com,
     melissa.boey@morganlewis.com
23 - Michael S. Etkin    metkin@lowenstein.com
24 - Jacob M. Faircloth    jacob.faircloth@smolsonlaw.com
   - Brett D. Fallon    bfallon@morrisjames.com, wweller@morrisjames.com
25 - Michael C. Fallon    , manders@fallonlaw.net
26 - Joana Fang    jf@kbklawyers.com, icd@kbklawyers.com
   - Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
27 - David M. Feldman    DFeldman@gibsondunn.com
   - Matthew A. Feldman    mfeldman@willkie.com
28 - Jennifer Feldsher    jennifer.feldsher@morganlewis.com



MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

1
- Mark E. Felger    mfelger@cozen.com
2
- James J. Ficenec    James.Ficenec@ndlf.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
3
- Kimberly S. Fineman    kfineman@nutihart.com, admin@nutihart.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
4
- Timothy M. Flaherty    tflaherty@mpplaw.com
5
- Daniel I. Forman    dforman@willkie.com
- Matthew Hampton Foushee    hampton.foushee@hoganlovells.com, hfoushee@gmail.com
6
- Carolyn Frederick    cfrederick@prklaw.com
7
- Peter Friedman    pfriedman@omm.com
8
- Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com
9
- Lars H. Fuller    lfuller@bakerlaw.com
10
- Thomas M. Gaa    tgaa@bbslaw.com
- Larry W. Gabriel    , nfields@bg.law
11
- Gregg M. Galardi    gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com
12
- Craig Solomon Ganz    ganzc@ballardspahr.com, hartt@ballardspahr.com
- Jeffrey K. Garfinkle    jgarfinkle@buchalter.com
13
- Oscar Garza    ogarza@gibsondunn.com
14
- Lisa S. Gast    lsg@dwgp.com, lmk@dwgp.com
- Paul R. Gaus    pgaus@downeybrand.com
15
- Duane M. Geck    dmg@severson.com
- Janet D. Gertz    jgertz@btlaw.com
16
- Christopher Gessner    cgessner@akingump.com, NYMCO@akingump.com
17
- R. Dale Ginter    dginter@downeybrand.com
- Jon T. Givens    givensjt@gmail.com, cwilson@wattsguerra.com
18
- Barry S. Glaser    bglaser@salvatoboufadel.com
19
- Paul R. Glassman    pglassman@sycr.com
- Gabriel I. Glazer    gglazer@pszjlaw.com
20
- Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
21
- Jaime Godin    Jtouchstone@fddcm.com
- Matthew A. Gold    courts@argopartners.net
22
- Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Craig Goldblatt    Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com
23
- Amy L. Goldman    goldman@lbbslaw.com
24
- Eric S. Goldstein    egoldstein@goodwin.com
- Rhonda Stewart Goldstein    Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
25
- Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
26
- Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- Michael W. Goodin    mgoodin@clausen.com, mgenova@clausen.com
27
- Eric R. Goodman    egoodman@bakerlaw.com
- Michael R. Goodstein    mgoodstein@baileycav.com
28
- Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutinjones.com



MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

- 6 -

1  • Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutinjones.com
2  • Michael I. Gottfried    mgottfried@elkinskalt.com, AAburto@elkinskalt.com
3  • Louis Gottlieb    Lgottlieb@labaton.com, mpenrhyn@labaton.com
   • Elizabeth Graham    egraham@gelaw.com
4  • Eric A. Grasberger    eric.grasberger@stoel.com, docketclerk@stoel.com
   • Debra I. Grassgreen    , hphan@pszjlaw.com
5  • Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
   • Eric A. Gravink    eric@rhrc.net
6  • Elizabeth A. Green    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
7  • Tracy Green    tgreen@wendel.com, bankruptcy@wendel.com
   • Mitchell B. Greenberg    mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
8  • Brian Gregory    b.gregory@veenfirm.com, EL.Team@Veenfirm.com
9  • Susan Sieger Grimm    SSieger-Grimm@brownrudnick.com,
     NKhalatova@brownrudnick.com
10 • Matthew W. Grimshaw    matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com
   • Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
11 • Carl L. Grumer    cgrumer@manatt.com, mchung@manatt.com
   • Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com
12 • Lloyd C. Guintivano    anitag@co.lake.ca.us, lloydg@co.lake.ca.us
13 • Cameron M. Gulden    cameron.m.gulden@usdoj.gov
   • Mirco J. Haag    mhaag@buchalter.com, dcyrankowski@buchalter.com
14 • Laurie Hager    lhager@sussmanshank.com
15 • J. Noah Hagey    hagey@braunhagey.com, tong@braunhagey.com
   • Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com
16 • Michael Hampson    mhampson@rksllp.com
17 • Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com
   • Joseph George Harraka    jgharraka@becker.legal
18 • Adam C. Harris    adam.harris@srz.com
19 • Robert G. Harris    rob@bindermalter.com
   • Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com
20 • Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
21 • Jennifer C. Hayes    jhayes@fhlawllp.com
   • Geoffrey A. Heaton    gheaton@duanemorris.com, dmicros@duanemorris.com
22 • Michael C. Hefter    michael.hefter@hoganlovells.com,
     tracy.southwell@hoganlovells.com
23 • Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com
24 • Matthew Henderson    matthew.henderson@msrlegal.com, karen.wigylus@msrlegal.com
   • Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com
25 • Matthew Heyn    matthew.heyn@doj.ca.gov
26 • Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
   • James P. Hill    hill@sullivanhill.com, bkstaff@sullivanhill.com
27 • Morgan R. Hirst    mhirst@jonesday.com, mmelvin@jonesday.com
   • Michael R. Hogue    hoguem@gtlaw.com, navarrom@gtlaw.com
28 • David Holtzman    david.holtzman@hklaw.com



MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

1
- Alexandra S. Horwitz    allie.horwitz@dinsmore.com
- Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com

2
- Linda Wendell Hsu    lhsu@selmanlaw.com, psmith@selmanlaw.com

3
- Shane Huang    shane.huang@usdoj.gov
- Brian D. Huben    hubenb@ballardspahr.com

4
- Kelly L. Huey    khuey@burkeandkesslerlaw.com

5
- Christopher Hughes    chughes@nossaman.com
- Jonathan Hughes    , jane.rustice@aporter.com

6
- Edward R. Huguenin    ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com

7
- Michael A. Isaacs    misaacs@rinconlawllp.com, aworthing@rinconlawllp.com
- Mark V. Isola    misola@brotherssmithlaw.com

8
- J. Eric Ivester    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com

9
- J. Eric Ivester    , Andrea.Bates@skadden.com
- Lawrence A. Jacobson    laj@cohenandjacobson.com, mcycle48@gmail.com

10
- Kizzy L. Jarashow    KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com

11
- Ivan C. Jen    ivan@icjenlaw.com

12
- Amanda Jereige    AJereige@winston.com, amanda-jereige-5954@ecf.pacerpro.com
- Monique Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com

13
- James O. Johnston    jjohnston@jonesday.com

14
- Chris Johnstone    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Andrew Jones    andrew@ajoneslaw.com

15
- Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com

16
- John L. Jones    JJones@chwlaw.us, JLJones2@outlook.com
- Robert A. Julian    rjulian@bakerlaw.com, hhammonturano@bakerlaw.com

17
- George H. Kalikman    , sdavenport@schnader.com

18
- Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com
- Bonnie E. Kane    bonnie@thekanelawfirm.com, skane@thekanelawfirm.com

19
- Eve H. Karasik    ehk@lnbyb.com

20
- Michael G. Kasolas    trustee@kasolas.net, CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com

21
- Elyssa S. Kates    ekates@bakerlaw.com

22
- Ori Katz    okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- William M. Kaufman    wkaufman@smwb.com, eschneider@smwb.com

23
- Jane G. Kearl    jkearl@watttieder.com, jbenton@watttieder.com
- Tobias S. Keller    tkeller@kbklllp.com

24
- Tobias S. Keller    tkeller@kellerbenvenutti.com

25
- Lynette C. Kelly    ustpregion17.oa.ecf@usdoj.gov
- Sarah Elisabeth Kelly-Kilgore    skellykilgore@ggtriallaw.com, dvultaggio@ggtriallaw.com

26
- Matthew K. Kelsey    mkelsey@gibsondunn.com

27
- Gerald P. Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
- Erica L. Kerman    ekerman@willkie.com

28
- Samuel A. Khalil    skhalil@milbank.com, jbrewster@milbank.com



MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
w w w . m e y e r l l p . c o m

- Samuel M. Kidder    skidder@ktbslaw.com
- Marc Kieselstein    , carrie.oppenheim@kirkland.com
- Jane Kim    jkim@kbkllp.com
- Mary H. Kim    Mary.Kim@dechert.com, brett.stone@dechert.com
- Susan E. Kirkgaard    , carlyn.jorgensen@bullivant.com
- Kody D. L. Kleber    kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- Matthew Ryan Klinger    mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- Bradley C. Knapp    bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- Kelly V. Knight    kelly.knight@srz.com
- Lydia Vanessa Ko    Lvko@stonelawoffice.com
- Thomas F. Koegel    tkoegel@crowell.com
- Katherine Kohn    kkohn@groom.com, ashahinllari@groom.com
- Andy S. Kong    kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Anna Kordas    akordas@jonesday.com, mmelvin@jonesday.com
- Alan W. Kornberg    , akornberg@paulweiss.com
- Bernard Kornberg    bernard.kornberg@practus.com
- David I. Kornbluh    dkombluh@venturahersey.com, jpatterson@venturahersey.com
- Lauren Kramer    lkramer@rjo.com
- Marc Kramer    mkramer@rksllp.com
- Jeffrey C. Krause    jkrause@gibsondunn.com
- Thomas R. Kreller    tkreller@milbank.com
- Lindsey E. Kress    lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser    hkreuser@porterlaw.com, ooberg@porterlaw.com
- Kevin Kroll    kkroll@kfc.law
- Michael Thomas Krueger    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Marek P. Krzyzowski    MKrzyzowski@brownrudnick.com, SCalderon@brownrudnick.com
- Robert T. Kugler    robert.kugler@stinson.com
- Duane Kumagai    dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com
- Brendan M. Kunkle    bkunkle@abbeylaw.com, lmeyer@abbeylaw.com
- Alisa C. Lacey    alisa.lacey@stinson.com, karen.graves@stinson.com
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping    rich@trodellalapping.com
- Omeed Latifi    olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- John E. Lattin    jlattin@ostergar.com, cslovenec@ostergar.com
- Paul J. Laurin    plaurin@btlaw.com, slmoore@btlaw.com
- Michael Lauter    mlauter@sheppardmullin.com
- Kenneth T. Law    klaw@bbslaw.com
- Francis J. Lawall    francis.lawall@troutman.com, susan.henry@troutman.com
- Andrew Michael Leblanc    ALeblanc@milbank.com
- Erica Lee    Erica.Lee@doj.ca.gov
- Scott Lee    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- Paul J. Leeds    leedsp@higgslaw.com
- Edward J. Leen    eleen@mkbllp.com
- Lisa Lenherr    llenherr@wendel.com, bankruptcy@wendel.com
- Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch    bletsch@braytonlaw.com
- David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin    alevin@wcghlaw.com
- David Levine    dnl@groom.com
- Marc A. Levinson    Malevinson@orrick.com, casestream@ecf.courtdrive.com
- Dara Levinson Silveira    dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com
- Alexander James Demitro Lewicki    kdiemer@diemerwei.com
- Alexander James Demitro Lewicki    alewicki@diemerwei.com
- Lauren Lifland    lauren.lifland@wilmerhale.com, whdocketing@wilmerhale.com
- William S. Lisa    , jcaruso@nixonpeabody.com
- William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb    jon.loeb@bingham.com
- Michael B. Lubic    michael.lubic@klgates.com
- John William Lucas    , ocarpio@pszjlaw.com
- Joseph R. Lucia    PersonallnjuryGroup@RLSlawyers.com
- Jane Luciano    jane-luciano@comcast.net
- Kerri Lyman    klyman@irell.com, #-FirmPSDocketing@Steptoe.com
- John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald    imac@macfern.com, 6824376420@filings.docketbird.com
- Malcolm A. Mackenzie    mmackenzie@coombslaw.com, vclemen@coombslaw.com
- Tracy L. Mainguy    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Katharine Malone    malonek@gtlaw.com
- Liam K. Malone    malone@oles.com, shahin@oles.com
- Michael W. Malter    michael@bindermalter.com
- Ankur Mandhania    amandhania@mayerbrown.com
- Craig Margulies    cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr    gemarr59@hotmail.com
- Richard A. Marshack    rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com
- Catherine Martin    cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- Laila Masud    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com
- David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy    patrick.maxcy@snrdenton.com
- Simon Richard Mayer    simon.mayer@lockelord.com, Rellis@lockelord.com
- James J. Mazza    james.mazza@skadden.com, wendy.lamanna@skadden.com
- Benjamin P. McCallen    bmccallen@willkie.com

- 10 -

MEYER LAW GROUP LLP
268 BUSH STREET #3933
SAN FRANCISCO CA 94104
www.meyerllp.com

BK CASE NO. 19-30088-DM
CERTIFICATE OF SERVICE

Case: 19-30088    Doc# 12456-1    Filed: 05/26/22    Entered: 05/26/22 12:14:03    Page
30 of 36

30

| | |
|---|---|
| 1 | • C. Luckey McDowell    Luckey.McDowell@Shearman.com<br>• Matthew D. McGill    MMcGill@gibsondunn.com |
| 2 | • Melissa C. McLaughlin    mcmclaughlin@venable.com, ataylor@venable.com |
| 3 | • Edward Joseph McNeilly    edward.mcneilly@hoganlovells.com,<br>verbon.davenport@hoganlovells.com |
| 4 | • Scott H. McNutt    SMcNutt@ml-sf.com, csnell@ml-sf.com |
| 5 | • Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com<br>• Peter Meringolo    peter@pmrklaw.com |
| 6 | • Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com |
| 7 | • Jennifer L. Mersing    jennifer.mersing@stoel.com, lisa.petras@stoel.com<br>• Joshua M. Mester    jmester@jonesday.com |
| 8 | • Matthew D. Metzger    belvederelegalecf@gmail.com |
| 9 | • Merle C. Meyers    mmeyers@mlg-pc.com<br>• Randy Michelson    randy.michelson@michelsonlawgroup.com |
| 10 | • Gerardo Mijares-Shafai    Gerardo.Mijares-Shafai@arnoldporter.com,<br>kenneth.anderson@arnoldporter.com |
| 11 | • Joel S. Miliband    jmiliband@brownrudnick.com |
| 12 | • Joseph G. Minias    jminias@willkie.com<br>• M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com |
| 13 | • Benjamin Mintz    benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com |
| 14 | • Nancy Mitchell    nmitchell@omm.com<br>• Thomas C. Mitchell    tcmitchell@orrick.com, |
| 15 | Dcmanagingattorneysoffice@ecf.courtdrive.com |
| 16 | • John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com<br>• Aaron J. Mohamed    ajm@brereton.law, aaronmohamedlaw@gmail.com |
| 17 | • Kevin Montee    kmontee@monteeassociates.com |
| 18 | • Christopher D. Moon    chris@moonlawapc.com, kevin@moonlawapc.com<br>• David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com |
| 19 | • Diane Marger Moore    dmargermoore@baumhedlundlaw.com |
| 20 | • Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com<br>• Candace J. Morey    cjm@cpuc.ca.gov |
| 21 | • Courtney L. Morgan    morgan.courtney@pbgc.gov |
| 22 | • Richard Morin    , 6863427420@filings.docketbird.com<br>• Kimberly S. Morris    kmorris@bakerlaw.com, hhammonturano@bakerlaw.com |
| 23 | • Rodney Allen Morris    Rodney.Morris2@usdoj.gov<br>• Joshua D. Morse    Joshua.Morse@dlapiper.com, docket@pillsburylaw.com |
| 24 | • Andrew H. Morton    andrew.morton@stoel.com, lisa.petras@stoel.com |
| 25 | • Thomas G. Mouzes    tmouzes@boutininc.com<br>• Thomas G. Mouzes    tmouzes@boutinjones.com |
| 26 | • Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com |
| 27 | • John Leland Murphree    LMurphree@maynardcooper.com,<br>mshabpareh@maynardcooper.com |
| 28 | • Bennett J. Murphy    bmurphy@bennettmurphylaw.com<br>• Michael S. Myers    myersm@ballardspahr.com |



MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

31

1  • David L. Neale    dln@lnbyg.com
   • David Neier    dneier@winston.com
2  • Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com
3  • Michael S. Neumeister    MNeumeister@gibsondunn.com
   • Howard S. Nevins    hnevins@hsmlaw.com
4  • Samuel A. Newman    sam.newman@sidley.com, laefilingnotice@sidley.com
5  • Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
   • Mario R. Nicholas    mario.nicholas@stoel.com, ana.trask@stoel.com
6  • Sean Nolan    snolan@akingump.com, NYMCO@akingump.com
7  • Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com
   • Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com
8  • Alicia D. O'Neill    aoneill@wattsguerra.com, cwilson@wattsguerra.com
   • Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com
9  • Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
10 • Aron M. Oliner    roliner@duanemorris.com, dmicros@duanemorris.com
   • Matthew Jon Olson    matt@macfern.com, stell.laura@dorsey.com
11 • Scott Olson    scott.olson@bclplaw.com
12 • Steven M. Olson    smo@smolsonlaw.com
   • Aram Ordubegian    Ordubegian.Aram@ArentFox.com
13 • Jose Antonio Ortiz    aortiz@jhwclaw.com
   • Keith C. Owens    kowens@venable.com, bclark@venable.com
14 • Gabriel Ozel    , gabeozel@gmail.com
15 • Amy S. Park    amy.park@skadden.com
   • Marissa Parker    mparker@stradley.com
16 • Donna Taylor Parkinson    donna@parkinsonphinney.com
17 • Peter S. Partee    ppartee@huntonak.com, candonian@huntonak.com
   • Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, docket@ffwplaw.com
18 • Kenneth Pasquale    , mlaskowski@stroock.com
19 • Larry Allan Peluso    pelusolaw@gmail.com, firm@pelusolaw.net
   • Valerie Bantner Peo    vbantnerpeo@buchalter.com
20 • Yosef Peretz    , skim@peretzlaw.com
21 • Christian A. Pereyda    CPereyda@maynardcooper.com,
     mshabpareh@maynardcooper.com
22 • Thomas R. Phinney    tom@parkinsonphinney.com
   • R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
23 • M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com
24 • Estela O. Pino    epino@epinolaw.com, rmahal@epinolaw.com
25 • Gregory Plaskett    GREGORY.PLASKETT@GMAIL.COM,
     HKHAPPYGRL1@GMAIL.COM
26 • Mark D. Plevin    mplevin@crowell.com
   • Steven G. Polard    spolard@eisnerlaw.com, calendar-lao@ropers.com
27 • Mark D. Poniatowski    ponlaw@ponlaw.com
   • Cara M. Porter    cara.porter@doj.ca.gov, rachel.patu@doj.ca.gov
28 • Christopher E. Prince    cprince@lesnickprince.com


MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

1
- Douglas B. Provencher      dbp@provlaw.com
- Amy C. Quartarolo      amy.quartarolo@lw.com
2
- Lary Alan Rappaport      lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins      justinrawlins@paulhastings.com
3
- Hugh M. Ray      hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
4
- Paul F. Ready      smeyer@farmerandready.com
- Caroline A. Reckler      caroline.reckler@lw.com
5
- David M. Reeder      david@reederlaw.com, secretary@reederlaw.com
6
- Steven J. Reisman      sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner      jreisner@irell.com, #-FirmPSDocketing@Steptoe.com
7
- Jack A. Reitman      , srichmond@lgbfirm.com
8
- Emily P. Rich      erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- David J. Richardson      drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
9
- Christopher O. Rivas      crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
10
- David B. Rivkin      drivkin@bakerlaw.com, jmeeks@bakerlaw.com
- John R. Rizzardi      kcoselman@cairncross.com, tnguyen@cairncross.com
11
- Daniel Robertson      robertson.daniel@pbgc.gov, efile@pbgc.gov
- Michael Rogers      mrogers@lambertrogers.com, jan@lambertrogers.com
12
- Lawrence M. Rolnick      lrolnick@rksllp.com
13
- Jorian L. Rose      jrose@bakerlaw.com
- Laurence M. Rosen      lrosen@rosenlegal.com, zstanco@rosenlegal.com
14
- Paul M. Rosenblatt      prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
15
- David A. Rosenzweig      david.rosenzweig@nortonrosefulbright.com
16
- Allan Robert Rosin      arrosin@alr-law.com
17
- Jay M. Ross      jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau      grougeau@brlawsf.com
18
- Jason C. Rubinstein      jrubinstein@fklaw.com, mclerk@fklaw.com
19
- Nathan Q. Rugg      nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp      trupp@kbkllp.com
20
- Steven B. Sacks      ssacks@srclaw.com, ksieckman@srclaw.com
21
- Eric E. Sagerman      esagerman@bakerlaw.com
- Robert Sahyan      rsahyan@sheppardmullin.com, lsegura@sheppardmullin.com
22
- Gregory M. Salvato      gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
23
- Jonathan C. Sanders      jsanders@stblaw.com
24
- Nanette D. Sanders      nanette@ringstadlaw.com, becky@ringstadlaw.com
- Natalie Kathleen Sanders      natalie.sanders@bakerbotts.com
25
- Lovee Sarenas      Lovee.sarenas@lewisbrisbois.com
26
- Brandy A. Sargent      brandy.sargent@stoel.com, docketclerk@stoel.com
- Patricia Savage      psavesq@gmail.com, jodi.savage@gmail.com
27
- Caroline A.H. Sayers      caroline.sayers@lathropgpm.com, patricia.johnson@lathropgpm.com
28
- Sblend A. Sblendorio      sas@hogefenton.com



MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

BK CASE NO. 19-30088-DM
CERTIFICATE OF SERVICE

33

- Francis O. Scarpulla    fos@scarpullalaw.com, cpc@scarpullalaw.com
- Daren M Schlecter    daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider    bradley.schneider@mto.com
- Harvey S. Schochet    Harveyschochet@dwt.com
- Nathan A. Schultz    nschultzesq@gmail.com, kjarashow@goodwinlaw.com
- Lisa Schweitzer    lschweitzer@cgsh.com
- Eric J. Seiler    eseiler@fklaw.com, mclerk@fklaw.com
- James A. Shepherd    , lawofficesofjamesshepherd@jubileebk.net
- Leonard M. Shulman    lshulman@shbllp.com
- Andrew I. Silfen    andrew.silfen@arentfox.com
- Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Brandt Silver-Korn    bsilverkorn@edelson.com, docket@edelson.com
- Craig S. Simon    csimon@bergerkahn.com, aketcher@bergerkahn.com
- Gerald Singleton    gerald@slffirm.com, BKECFCANB@SLFfirm.com
- Steven J. Skikos    sskikos@skikos.com, mmontoya@skikos.com
- Michael K. Slattery    mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum    jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol    jdsokol@lawssl.com
- Daniel Solish    cocolaw@stancounty.com, solishd@stancounty.com
- Randye B. Soref    rsoref@polsinelli.com
- Joseph Sorkin    jsorkin@akingump.com, NYMCO@akingump.com
- Michael St. James    ecf@stjames-law.com
- Diane C. Stanfield    diane.stanfield@alston.com, nelly.villaneda@alston.com
- Howard J. Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@rimonlaw.com, docketing@rimonlaw.com
- Cheryl L. Stengel    clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern    dstern@ktbslaw.com
- Geoffrey S. Stewart    gstewart@jonesday.com, mmelvin@jonesday.com
- Alan J. Stone    AStone@milbank.com, DMcCracken@Milbank.com
- Jason D. Strabo    jstrabo@mwe.com
- Michael H. Strub    mstrub@ggtriallaw.com, mhstrub1@gmail.com
- Rebecca Suarez    rsuarez@crowell.com
- Brad T. Summers    , docketing-pdx@lanepowell.com
- Karin Swope    kswope@cpmlegal.com
- Kristine Theodesia Takvoryan    ktakvoryan@ckrlaw.com
- Derrick Talerico    dtalerico@ztlegal.com, sfritz@ztlegal.com
- Kesha Tanabe    kesha@tanabelaw.com
- Mary Ellmann Tang    mtang@frenchlyontang.com, nfears@frenchlyontang.com
- Dante Taylor    dtaylor@lbbklaw.com
- Elizabeth Lee Thompson    ethompson@stites.com, docketclerk@stites.com

- 14 -

BK CASE NO. 19-30088-DM
CERTIFICATE OF SERVICE

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

Case: 19-30088    Doc# 12458-1    Filed: 05/26/22    Entered: 05/26/22 12:14:05    Page
34 of 36

1  - John C. Thornton    jct@andrewsthornton.com, aandrews@andrewsthornton.com
   - Elisa Tolentino    cao.main@sanjoseca.gov
2  - Meagan S. Tom    meagan.tom@lockelord.com, autodocket@lockelord.com
3  - Edward J. Tredinnick    etredinnick@greeneradovsky.com
   - Matthew Jordan Troy    matthew.troy@usdoj.gov
4  - Rocky C. Tsai    rocky.tsai@ropesgray.com, matthew.haut@ropesgray.com
5  - Michael Tye    Michael.Tye@usdoj.gov
   - Gary D. Underdahl    gunderdahl@askllp.com, lmiskowiec@askllp.com
6  - Andrew Van Ornum    avanornum@vlmglaw.com, hchea@vlmglaw.com
7  - Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com
   - Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
8  - Marta Villacorta    marta.villacorta@usdoj.gov
9  - Carol C. Villegas    cvillegas@labaton.com, NDonlon@labaton.com
   - John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
10 - Bao M. Vu    bao.vu@stoel.com, sharon.witkin@stoel.com
11 - Nicholas Wagner    kschemen@wagnerjones.com, bwagner@wagnerjones.com
   - Jonathan D. Waisnor    jwaisnor@willkie.com, mao@willkie.com
12 - Rachel M. Walsh    rwalsh@goodwinlaw.com, tsutton@goodwinlaw.com
13 - Riley C. Walter    ecf@W2LG.com
   - Phillip K. Wang    phillip.wang@rimonlaw.com
14 - Samuel M. Ward    sward@barrack.com, cfessia@barrack.com
   - Philip S. Warden    philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
15 - Gregory P. Waters    gwaters@elllaw.com, gregorywatersesq@gmail.com
16 - Guy L. Watts    gwatts@wattsguerra.com, cwilson@wattsguerra.com
   - Mikal C. Watts    mcwatts@wattsguerra.com, cwilson@wattsguerra.com
17 - Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com
   - Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com
18 - Todd J. Wenzel    todd@wenzellawoffices.com
19 - Meredith Werner    meredith.werner@clydeco.us
   - David Walter Wessel    DWessel@efronlawfirm.com, hporter@chdlawyers.com
20 - Joseph West    westjoseph@earthlink.net, josephw998@gmail.com
21 - Drew M. Widders    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
   - Jason P. Williams    , maryanne@wplgattorneys.com
22 - Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
   - Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
23 - Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com,
     diana.cardenas@nortonrosefulbright.com
24 - David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
25 - Ryan A. Witthans    rwitthans@fhlawllp.com
26 - Keith H. Wofford    keith.wofford@ropesgray.com, nova.alindogan@ropesgray.com
   - Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
27 - Douglas Wolfe    asm@asmcapital.com
28 - Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov
   - Christopher Kwan Shek Wong    christopher.wong@arentfox.com

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

1 • David A. Wood    dwood@marshackhays.com, lbuchanan@marshackhays.com
• Kirsten A. Worley    worleyk@higgslaw.com, admin@wlawcorp.com
2 • Kinga Wright    kinga.wright@lockelord.com, autodocket@lockelord.com
• Antonio Yanez    ayanez@willkie.com
3 • Cathy Yanni    cathy@cathyyanni.com, pstrunk@browngreer.com
4 • Andrew Yaphe    andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
• Stephanie Yee    syee@janglit.com, klockwood@janglit.com
5 • Tacie H. Yoon    tyoon@crowell.com
6 • Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com
• Eric G. Young    eyoung@dcalaw.com, Jackie@dcalaw.com
7 • Nicole M. Zeiss    nzeiss@labaton.com
8 • Paul H. Zumbro    mao@cravath.com
• Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
9 • Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
w w w . m e y e r l l p . c o m

BK CASE NO. 19-30088-DM
CERTIFICATE OF SERVICE