One Hundred Fifteenth Omnibus Objection

# Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Britt, John Paul PO Box 222 Cobb, CA 95426 | 8921 | PG&E Corporation and Pacific Gas and Electric Company | 9/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage |
| BLUE H SHELLHAMMER Bruce H Shellhammer, 14841 County Road 91B Woodland, CA 95695-9356 | 83578 | PG&E Corporation and Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage |
| Duncan, James 1925 E. Lee Street Tucson, AZ 85716 | 64527 | PG&E Corporation and Pacific Gas and Electric Company | 10/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage |
| Hackett, Ann P.O. Box 1095 Cobb, CA 95426 | 58815 | PG&E Corporation and Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage |
| Hackett, Ann P. Box 1095 Cobb, CA 95426 | 79868 | PG&E Corporation and Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $175,000.00 | $175,000.00 | Barred by Statute of Limitations - Property Damage |
| Handy, Chrissie 10561 Spyglass Rd Hidden Valley Lake, CA 95467 | 95717 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $560.00 | $560.00 | Barred by Statute of Limitations - Property Damage |
| Isaacson, Susan Lee 11992 Loch Lomond Rd 11992 Loch Lomond Rd Middletown, CA 95461 | 85207 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage |
| James Voliva Jr 9206 Tenaya Way 9206 Tenaya Way Kelseyville, CA 95451 | 83887 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage and Personal Injury |

# Exhibit 1

| Claims To Be Disallowed and Expunged | Original Creditor | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| 84312 | Jeanette Billette, United States | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage |
| 83029 | Broom, Thomas James PO Box 285 PO BOX 285 LOWER LAKE, CA 95457 | PG&E Corporation and Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage and Personal Injury |
| 82820 | Squariello, Kim Ann 9206 Tenaya Way 9206 Tenaya Way kelseyville, CA 95451 | PG&E Corporation and Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage and Personal Injury |
| 85838 | Phyllis Pitcher PO Box 683 Cobb, CA 95426 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage and Personal Injury |
| 67855 | Pitcher, Phyllis PO Box 683 Cobb, CA 95426 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage |
| 85299 | Ronald Edmunds P.O. Box 1339 Middletown, CA 95461 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Personal Injury and Wrongful Death |
| 87856 | Sata, Martin 20670 Robinhill Dr Space 45 Lakeport, CA 95453 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage |
| 63421 | Shope, Dave P.O. Box 187 Middletown, CA 95461 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage |

| Claims To Be Disallowed and Expunged | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Original Creditor | | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
| Stuckey, Kelly T<br>PO box 1192/ 10940 Gifford Springs Rd<br>Cobb, CA 95426 | 86169 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage and Personal Injury |
| Stuckey, Kelly T.<br>10940 Gifford Springs Rd PO Box 1192<br>Cobb, CA 95426 | 70548 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage |
| Wagner, Lynne<br>Tom Closser or Lynne Wagner<br>POB 241<br>Clearlake, CA 95457 | 84708 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $5,240.00 | $5,240.00 | Barred by Statute of Limitations - Property Damage |
| Walters, Andrew | 97977 | PG&E Corporation and Pacific Gas and Electric Company | 3/17/2020 | $0.00 | $0.00 | $0.00 | $9,000.00 | $9,000.00 | Barred by Statute of Limitations - Property Damage |
| Wendorf, Phyllis<br>PO Box 1222<br>Kenwood, CA 95452 | 84591 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage and Personal Injury |
| Wesley, William K<br>911 Kentuck St #736<br>Fairfield, CA 94533 | 5909 | PG&E Corporation and Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $300,000.00 | $300,000.00 | Barred by Statute of Limitations - Property Damage |
| Claims To Be Expunged Totals | Count: 22 | | | $0.00 | $0.00 | $0.00 | $489,800.00 | $489,800.00 | |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Zip Code Where Incident Took Place | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Bender, Shea 340 Red Hill Road 341 Red Hill Road Junction City, CA 96048 | 84214 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 96048 | Barred as Out of Service Area Claims |
| Bryant, Shellie Ayers 2420 Tangerine St. Bakersfield, CA 93306 | 66772 | PG&E Corporation and Pacific Gas and Electric Company | 10/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 93240 | Barred as Out of Service Area Claims |
| Dziadulewicz, James 2243 Rocklyn St Camarillo, CA 93010 | 85020 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $108,000.00 | $108,000.00 | 90265 | Barred as Out of Service Area Claims |
| Erickson, Jeanette L. 607 West Buttne St Eureka, CA 95501 | 16648 | PG&E Corporation and Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $0.00 | $80,000.00 | $80,000.00 | 96048 | Barred as Out of Service Area Claims |
| Guerin, Joan James P. Frantz 402 West Broadway, Suite 860 San Diego, CA 92101 | 60959 | PG&E Corporation and Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 91362 | Barred as Out of Service Area Claims |
| Ho, Cindy 272 Red Hill Rd. 101 Red Hill Rd. Junction City, CA 96048 | 86384 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 96048 | Barred as Out of Service Area Claims |
| Mickey Hulstrom and Gidget Hulstrom (Panno) Gidget Lee Hulstrom Owner 2133 Holly St Eureka, CA 95503 | 92471 | PG&E Corporation and Pacific Gas and Electric Company | 12/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 96048 | Barred as Out of Service Area Claims |
| **Claims To Be Expunged Totals** | **Count:7** | | | **$0.00** | **$0.00** | **$0.00** | **$188,000.00** | **$188,000.00** | | |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Name of Fire | Cause of Fire | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Aaron and Brenda Jennings 2604 Indian Hill Rd. Clearlake Oaks, CA 95423 | 84780 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $8,097.20 | $8,097.20 | Pawnee and Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Allen, Paulette Marie 4645 Scotts Valley Road Lakeport, CA 95453 | 85682 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Armitage, Georgette 17938 Juniper Way Clearlake Oaks, CA 95423 | 86779 | PG&E Corporation and Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Arrizo, Loretta J 16206 Saint Petersburg, FL 33716-3482 | 86372 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Arias, Jamie 2275 Vista Robles Clearlake, CA 95422 | 88535 | PG&E Corporation and Pacific Gas and Electric Company | 12/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Pawnee and Rocky | Human (No PG&E Involvement) and Equipment (Not | Barred as Third-Party Fire Claims |
| Assad, Anita 6676 Dume Dr. Malibu, CA 90265 | 83753 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,000,000.00 | Woolsey | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Banuet, Tina P.O. Box 1795 Lakeport, CA 95453 | 95501 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Brad and Timothy Wright 2093 Los Altos Dr. Rio Cedro, CA 96073 | 91701 | PG&E Corporation and Pacific Gas and Electric Company | 12/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Name of Fire | Cause of Fire | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Blackburn, Ruth 130 sout lomita avenue ojai, CA 93023 | 85086 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Bower, Roxane 5940 Sunrise Drive Kelseyville, CA 95451 | 95389 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Bugos, Carolyn 4159 Andrita Street Santa Barbara, CA 93110 | 85525 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Cain, Anthony 220 State Route 1748 Lucy Farm, KY 42039-9522 | 84458 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Carnes, Stephen 23700 little ridge rd Oak run, CA 96069 | 83030 | PG&E Corporation and Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $6,300.00 | $6,300.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Cellini, Anthony 6855 Virginia Dr Valerme, CA 95458 | 93897 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Clark, Joanne 1180 NW Oak Creek Dr Beaverton, OR 97006-7479 | 83275 | PG&E Corporation and Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Damgaard, Aksel 15697 Shasta Estates Dr Redding, CA 96001-9779 | 86877 | PG&E Corporation and Pacific Gas and Electric Company | 10/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Name of Fire | Cause of Fire | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Davis, Nino<br>6305 Stonybrook Rd<br>Clearlake, CA 95422 | 87812 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Davis, Paul<br>P.O. Box 931<br>Clearlake Oaks, CA 95423 | 88428 | PG&E Corporation and Pacific Gas and Electric Company | 12/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Debra Ann Hoglund<br>315 South Forbes Street<br>Lakeport, CA 95453 | 85378 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Dennis C. Hinrichs, Hinrichs Trust, Blue Heron Custom Builders, Rainbow Buddha Farm 14388 Bachelor Valley Rd. Witter Springs, CA 95493 | 72994 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| EKHOLM, NATALLIE<br>1782 TEXAS SPRINGS RD<br>REDDING, CA 96001 | 5681 | PG&E Corporation and Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Garcia DVM, Jorge L<br>2730 Smith Lane<br>Clearlake Oaks, CA 95423 | 72751 | PG&E Corporation and Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Gasabo, Asim<br>4922 SNYDER RIDGE RD<br>MARIPOSA, CA 95338 | 5679 | PG&E Corporation and Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $480.00 | $480.00 | Ferguson | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Grøtton, Mark R.<br>P.O. BOX 732<br>Shasta, CA 96087-0732 | 84172 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |

| Claims To Be Disallowed and Expunged | Original Creditor | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Name of Fire | Cause of Fire | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8924 | HAMMIL, JOHN 261 HILLTOP DRIVE VENTURA, CA 93003 | PG&E Corporation and Pacific Gas and Electric Company | 9/15/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| 8911 | Hammil, John 261 Hilltop Drive Ventura, CA 93003 | PG&E Corporation and Pacific Gas and Electric Company | 9/15/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| 92789 | Herrwagen, Belinda Bell 154 Cadet Ct Los Angeles, CA 90068-1854 | PG&E Corporation and Pacific Gas and Electric Company | 12/29/2019 | $0.00 | $0.00 | $0.00 | $75,000.00 | $75,000.00 | Woolsey | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| 59721 | Henderson, Nancy A. 201 East Arrellaga #2 Santa Barbara, CA 93101 | PG&E Corporation and Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Whittier and Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| 61909 | Hockett, Michelle 525 Bevins St #1 Lakeport, CA 95453 | PG&E Corporation and Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| 86671 | Hoglund, Debra 385 S. Forbes St. Lakeport, CA 95453 | PG&E Corporation and Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| 80632 | Ivey, Bert A. 11429 Witter Springs Rd Witter Springs, CA 95493 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $2,984.06 | $2,984.06 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| 86401 | James L Kellis 7670 A1 Dr Glenhaven, CA 95443 | PG&E Corporation and Pacific Gas and Electric Company | 10/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Name of Fire | Cause of Fire | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JEROME DOWTY 16366 LOS GATOS BLVD STE 109 LOS GATOS, CA 95032-2550 | 83342 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Jones, Patricia L 430 Spire Point Dr Redding, CA 96003-5384 | 5654 | PG&E Corporation and Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Jones, Patricia L 430 Spire Point Dr Redding, CA 96003-5384 | 6790 | PG&E Corporation and Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Jones, Patricia L 430 Spire Point Dr Redding, CA 96003-5384 | 6897 | PG&E Corporation and Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Kernstein, Donna 899 Highway 175 Lakeseyville, CA 95451 | 92632 | PG&E Corporation and Pacific Gas and Electric Company | 12/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Kim Duncan and Erik Hahn 452 El Carro Ln Carpinteria, CA 93013 | 93113 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Kustin Verno 1110A Faraday Street Santa Ynez, CA 93460 | 85579 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Layton, Dennis and Gail 403 Woodward Way Lakeport, CA 95453 | 7346 | PG&E Corporation and Pacific Gas and Electric Company | 8/18/2019 | $0.00 | $0.00 | $0.00 | $20,000.00 | $20,000.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Name of Fire | Cause of Fire | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Inserto, Phillip Richard<br>383 South Forbes Street<br>Lakeport, CA 95453 | 105902 | PG&E Corporation and Pacific Gas and Electric Company | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Inserto, Phillip Richard<br>383 South Forbes Street<br>Lakeport, CA 95453 | 85333 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Inserto, Phillip Richard<br>383 South Forbes Street<br>Lakeport, CA 95453 | 86780 | PG&E Corporation and Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Inserto, Phillip Richard<br>383 South Forbes Street<br>Lakeport, CA 95453 | 106048 | PG&E Corporation and Pacific Gas and Electric Company | 7/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Lisa M. Tellers and Alan L. Brown<br>1017 L. Street, 327<br>Sacramento, CA 95814 | 86831 | PG&E Corporation and Pacific Gas and Electric Company | 10/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Liston, Donna<br>13905 Trinity Mt Rd Sp #56<br>P.Box 198<br>French Gulch, CA 96033 | 96072 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Looney, Kristen<br>2301 Old River Road<br>Ukiah, CA 95482 | 87865 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Lorber, Peter<br>4470 W Sunset Blvd Unit 90859<br>4470 W Sunset Blvd Unit 90859<br>LOS ANGELES, CA 90027 | 83168 | PG&E Corporation and Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Woolsey | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Name of Fire | Cause of Fire | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mack, Jeffrey W.T. 3400 Dessie Drive. Lakeport, CA 95453 | 85272 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $450,000.00 | $450,000.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Marsala, Philip 673 Kyra Lane White City, OR 97503 | 8188 | PG&E Corporation and Pacific Gas and Electric Company | 9/1/2019 | $0.00 | $0.00 | $0.00 | $8,923.50 | $8,923.50 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Metzger, Mary Anne 17933 Juniper Way Clearlake Oaks, CA 95423 | 57361 | PG&E Corporation and Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Metzker, Catherine PO Box 584 Clearlake Oaks, CA 95423 | 88434 | PG&E Corporation and Pacific Gas and Electric Company | 12/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Michaels, Eric 1221 Avenue Americas New York, NY 10020 | 92874 | PG&E Corporation and Pacific Gas and Electric Company | 12/29/2019 | $0.00 | $0.00 | $0.00 | $250,000.00 | $250,000.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Montgomery, James United States | 84624 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Morton, Frankie 13905 Trinity Mt Rd Space 34 French Gulch, CA 96033 | 96147 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Nesbitt, Patrick 205 Lambert Road Carpinteria, CA 93013 | 69313 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $833,070.00 | $833,070.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Name of Fire | Cause of Fire | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Aero Aldama, Laurie Thomas, aldama 284 Kingsview Ct Redding, CA 96003 | 83451 | PG&E Corporation and Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Derick Nesbitt 402 Lambert Road Carpinteria, CA 93013 | 84968 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $833,070.32 | $833,070.32 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| PATTERSON, CHARLIE GENERAL DELIVERY REDDING, CA 96049 | 62336 | PG&E Corporation and Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Reichenthal, Sara P.O. Box 6134 P.O. Box 6134 Malibu, CA 90264 | 83459 | PG&E Corporation and Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Woolsey | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Rex, Kevin 5590 Bromely Dr. Oak Park, CA 91377 | 84652 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Woolsey | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Robinson, Leslie H. and Millet 801 Tuttle Ct Tehachapi, CA 93561 | 86976 | PG&E Corporation and Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $0.00 | $600,000.00 | $600,000.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Robinson, Shoctana PO Box 1824 Lakeport, CA 95453 | 94253 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Roemmich, James 3498 Foothill Blvd Redding, CA 96001 | 5691 | PG&E Corporation and Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Name of Fire | Cause of Fire | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rickey, Brant 2635 Beach Ln. Lakeport, CA 95453 | 94087 | PG&E Corporation and Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Rosenbaum, Adam 26538 Pacific Coast Highway #204 Malibu, CA 90265 | 63307 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Woolsey | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Sandy, Daniel R. 3132 Knobhill Circle Redding, CA 96001 | 95548 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Searcy, Roon 2637 Beach Ln. Lakeport, CA 95453 | 95223 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Smith, Jasper E 311 Francisco Dr. Sonoma, CA 95476 | 95511 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Smith, Lori 109 Tenth Ave. Lucerne, CA 95458 | 61835 | PG&E Corporation and Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Smith, Lori K P.O. Box 854 Lucerne, CA 95458 | 86819 | PG&E Corporation and Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Soloniuk Clinic A Medical Corporation 2851 Airpark Drive Redding, CA 96001 | 5578 | PG&E Corporation and Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |

# Exhibit 3

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Name of Fire | Cause of Fire | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Steven A Poirier 16423 Trinity Mountain Road French Gulch, CA 96033 | 84773 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Suzanne Lawson 126 Olive Mill Road Santa Barbara, CA 93108 | 86050 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Tetreault-Rackley, Vena L 1778 Lake Blvd Sp 19 Redding, CA 96003 | 7429 | PG&E Corporation and Pacific Gas and Electric Company | 8/18/2019 | $0.00 | $0.00 | $0.00 | $3,200.00 | $3,200.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Spagel, Jane P.O. Box 136 Lucerne, CA 96047 | 59990 | PG&E Corporation and Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $3,500.00 | $3,500.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Wilson, Jennifer Bertyn 5935 Live Oak Dr #75 Kelseyville, CA 95451 | 95786 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Winterman, Mark 110 SW 194th St. Normandy Park, WA 98166 | 80968 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $4,800.00 | $4,800.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Yo, Susan PO Box 6227 San Jose, CA 95150-6227 | 8428 | PG&E Corporation and Pacific Gas and Electric Company | 8/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Claims To Be Expunged Totals | Count:79 | | | $0.00 | $0.00 | $0.00 | $5,312,425.08 | $5,312,425.08 | | | |