WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **DECLARATION OF RICHARD W. SLACK IN FURTHER SUPPORT OF REORGANIZED DEBTORS' FIFTEENTH SECURITIES CLAIMS OMNIBUS OBJECTION (SECURITIES ACQUIRED OUTSIDE SUBJECT PERIOD)** <br><br> **[Related to Docket Nos. 11343, 11520, 11638, 11809, 12057, 12394]** <br><br> Date: June 7, 2022 <br> Time: 10:00 a.m. (Pacific Time) <br> Place: (Tele/Videoconference Appearances Only) <br> United States Bankruptcy Court <br> Courtroom 17, 16th Floor <br> San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Pursuant to 28 U.S.C. § 1746, I, Richard W. Slack, hereby declare under penalty of perjury and state as follows:

1. I am a member of Weil, Gotshal & Manges LLP, counsel for the debtors and reorganized debtors in the above-captioned action (collectively, the "**Reorganized Debtors**"). I am admitted to this Court *pro hac vice* and respectfully submit this declaration in further support of the *Reorganized Debtors' Fifteenth Securities Claims Omnibus Objection (Securities Acquired Outside Subject Period)*, dated September 28, 2021 [Docket No. 11343] (the "**Objection**").

2. Attached as **Exhibit A** is a true and correct copy of Claim No. 102822, received from Franklin F. Oliveros and Zenaida C. Oliveros (the "**Claimants**") on April 24, 2020.

3. Attached as **Exhibit B** is a true and correct copy of the informal response to the Objection received from the Claimants on October 21, 2021 (the "**Response**").

4. Attached as **Exhibit C** is a true and correct copy of the Reorganized Debtors' reply letter to the Response, dated January 19, 2022 (the "**Reply Letter**").

5. Attached as **Exhibit D** is a true and correct copy of the Reorganized Debtors' follow-up letter to the Response, dated March 9, 2022 (the "**Follow-up Letter**").

Executed: May 31, 2022
        New York, New York

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: */s/ Richard W. Slack*
      Richard W. Slack

*Attorneys for Debtors and Reorganized Debtors*