**Exhibit B**

**Response**

RECEIVED
OCT 21 2021
PRIME CLERK LLC

10/12/21

To: U.S. Bankruptcy Ct
Northern District of California
San Francisco Division

Dear bankruptcy Ct Judge.

We Zenaida C. Oliveros & husband Franklin small investors of PGE and Gas & Electric company hereby object the offer of PG-E the debtors in this case.

In this case we just want the company to pay our stopped dividends. and if possible our plan to sell the stock.

Thank you for their support.

Zenaida C & Franklin
F. Oliveros

c.c. chapter 11 Bankruptcy ct
of Northern District of California
San Francisco Division

a.e. Zenaida C. & Franklin F. Oliveros
Jt Tenants of this case
2143 Blueridge Dr.
Milpitas, CA 95035

Fr. Franklin F. Oliveros
& Zenaida E. Oliveros ) Tenant
2143 Blueridge Dr.
Milpitas, CA 95035-7803

SAN JOSE CA 950
1 RECEIVED 21 PM 4 L
OCT 21 2021
PRIME CLERK



TO: Prime Clerk LLC
Grand Central Station
P.O. Box 4850
NEW York, NY 10163-4850

10163-485050