KELLER BENVENUTTI KIM LLP
Peter J. Benvenutti (# 60566)
(pbenvenutti@kbkllp.com)
Michael J. Coffino (# 88109)
(mcoffino@kbkllp.com)
Jane Kim (# 298192)
(jkim@kbkllp.com)
David A. Taylor (# 247433)
(dtaylor@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

JENNER & BLOCK LLP
Laurie Edelstein (#164466)
455 Market Street, Suite 2100
San Francisco, California 94105
Telephone: (628) 267-6800
Facsimile: (628) 267-6859
Email: ledelstein@jenner.com

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **NOTICE OF CONTINUED HEARING ON REORGANIZED DEBTORS' ONE HUNDRED THIRTEENTH OMNIBUS OBJECTION TO CLAIMS (CLAIM NOS. 77225, 78534, 78745 (in part), 78623 (in part), 105680, AND 105681) (CITY OF SAN JOSE CLAIMS))** <br><br> **Response Deadline:** <br> **August 9, 2022, 4:00 p.m. (PT)** <br><br> **Hearing Information If Timely Response Made:** <br> Date: August 23, 2022 <br> Time: 10:00 a.m. (Pacific Time) <br> Place: (Tele/Videoconference Appearances Only) <br>       United States Bankruptcy Court <br>       Courtroom 17, 16th Floor <br>       San Francisco, CA 94102 |

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (the "**Debtors**," or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**"). |

      **PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (the "**Debtors**," or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

      **PLEASE TAKE FURTHER NOTICE** that on January 21, 2022, the Reorganized Debtors filed the *Reorganized Debtors' One Hundred Thirteenth Omnibus Objection to Claims (Claim Nos. 77225, 78534, 78745 (in part), 78623 (in part), 105680, and 105681) (City of San Jose Claims))* [Dkt. No. 11844] (the "**Omnibus Objection**").

      **PLEASE TAKE FURTHER NOTICE** that the hearing on the Omnibus Objection first was continued to June 7, 2022 with a response deadline of May 24, 2022 and again continued to July 12, 2022 with a response deadline of June 28, 2022.

      **PLEASE TAKE FURTHER NOTICE** that the hearing on the Omnibus Objection **will be further continued** to the omnibus hearing on August 23, 2022. The response deadline is continued to August 9, 2022.

      **PLEASE TAKE FURTHER NOTICE** that copies of Omnibus Objection and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Reorganized Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: May 31, 2022                                **KELLER BENVENUTTI KIM LLP**

                                                 */s/ Dara L. Silveira*
                                                 Dara L. Silveira

                                                 *Attorneys for Debtors and Reorganized Debtors*