ROB BONTA
Attorney General of California
DANETTE E. VALDEZ, SBN 141780
ANNADEL A. ALMENDRAS, SBN 192064
Supervising Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3367
Fax: (415) 703-5480
Danette.Valdez@doj.ca.gov
Annadel.Almendras@doj.ca.gov

PAUL J. PASCUZZI, SBN 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Fax: (916) 329-7435
ppascuzzi@ffwplaw.com

*Attorneys for California Department of Water Resources, by and through the State Water Project*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br>        **And**<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                                                    Debtor.<br><br>· Affects PG&E Corporation<br>· Affects Pacific Gas and Electric Company<br>X Affects both Debtors | Bankruptcy Case<br>No. 19-30088(DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Joint Administered)<br><br>District Court Case No. 22-cv-02834<br><br>**CALIFORNIA DEPARTMENT OF WATER RESOURCES' DESIGNATION OF ADDITIONAL RECORD ON APPEAL AND STATEMENT OF ISSUES** |

1

Pursuant to Rule 8009(a) of the Federal Rules of Bankruptcy Procedure, the California Department of Water Resources ("DWR") submits its Designation of Additional Record on Appeal and Statement of Issues. DWR reserves the right to designate additional items for inclusion in the record or restate the issues presented on appeal.

**DWR DESIGNATION OF RECORD ON APPEAL**

DWR designates all of the items to be included in the record on appeal that were designated by the Appellants Silicon Valley Power and Northern California Power Agency, and designates the additional items referenced below, each of which includes all exhibits and addenda attached thereto and filed therewith and any and all documents incorporated by reference therein.

| Dkt. No. | Additional Items Designated by DWR | Date |
|---|---|---|
| 65221 | Northern California Power Agency Proof of Claim | 10/18/2019 |
| 60676 | City of Santa Clara dba Silicon Valley Power Proof of Claim | 10/18/2019 |
| 7231 | Municipal Objectors' (including Northern California Power Agency) Objection to Plan Confirmation and Objection to Cure Notice and Other Matters Pertaining to Assumption Pursuant to Section 365(B)(1) of the Bankruptcy Code | 5/15/2020 |
| 7281 | California State Agencies' Objection to Confirmation of Debtors' and Shareholders Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [Docket No. 6320] | 5/15/20 |

**DWR STATEMENT OF ISSUES ON APPEAL**

DWR objects to the issues as framed by Appellants. DWR presents the following issues as proper for the Court on appeal:

1. Whether Appellants Silicon Valley Power ("SVP") and Northern California Power Agency ("NCPA") have standing to appeal the bankruptcy court's Order Regarding Dispute Between Debtors and California Department of Water Resources (Dkt # 12207) and Order Denying Motion of the Reorganized Debtors for Entry of an Order Modifying Plan Injunction and Compelling Arbitration of Claim of California Department of Water Resources (Dkt #12001).

2. Whether the bankruptcy court properly denied SVP's and NCPA's motion to intervene after it had already issued its Memorandum Decision regarding DWR and the Debtors'

| | |
|---|---|
| 1 | Motions (Dkt #11999), and SVP and NCPA had been served with notice of DWR's Motion (Dkt # |
| 2 | 11887) but chose not to respond to such motion. |
| 3 | 3. Whether Appellants' appeal from the Order Denying Motion of the Reorganized |
| 4 | Debtors for Entry of an Order Modifying Plan Injunction and Compelling Arbitration of Claim of |
| 5 | California Department of Water Resources (Dkt #12001) entered March 8, 2022, is timely. |
| 6 | 4. If Appellants have standing and the appeal is timely, whether the bankruptcy court |
| 7 | properly exercised its discretion under *In re Thorpe Insulation Co.*, 671 F.3d 1011 (9th Cir. 2012) |
| 8 | in denying Debtors' request for arbitration because it conflicted with provisions in the Plan and |
| 9 | Confirmation Order that Debtors agreed to and that expressly reserved jurisdiction for the Court to |
| 10 | decide executory contract, cure dispute and claims allowance issues. |
| 11 | 5. If Appellants have standing and the appeal is timely, whether the bankruptcy court |
| 12 | properly determined, based on the undisputed facts and the terms of the Castle Rock Agreement, |
| 13 | that DWR's notice of termination was effective one year after it gave its notice of termination and |
| 14 | that DWR did not owe anything, including any removal costs, to the Debtors or SVP and NCPA as |
| 15 | a prerequisite for or consequence of such termination. |
| 16 | DWR notes that there is another appeal that concerns substantially the same parties, |
| 17 | property, transaction and events pending before this Court and the Honorable Haywood S. Gilliam, |
| 18 | Jr. as Case No. 4:22-cv02833-HSG. Since the two appeals are before the same District Court Judge, |
| 19 | DWR does not believe an Administrative Motion to Consider Whether Cases Should be Related as |
| 20 | provided in Local Rule 3-12 is necessary. |
| 21 | *[Signatures Begin on the Following Page]* |

| | | |
|---|---|---|
| Dated: June 1, 2022 | | Respectfully submitted, |

Rob Bonta
Attorney General of California
DANETTE VALDEZ, SBN 141780
ANNADEL ALMENDRAS, SBN 192064
Supervising Deputy Attorneys General

By: */s/ Paul J. Pascuzzi*

PAUL J. PASCUZZI
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
Attorneys for California Department of
Water Resources, by and through the State
Water Project

SF2019200301
43236450.docx

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Susan R. Darms, declare: |
| 3 | I am a resident of the State of California and over the age of eighteen years, and not a party |
| 4 | to the within action; my business address is 500 Capitol Mall, Suite 2250, Sacramento, CA 95814. |
| 5 | On June 1, 2022, I served the within document: |
| 6 | **CALIFORNIA DEPARTMENT OF WATER RESOURCES' DESIGNATION OF ADDITIONAL RECORD ON APPEAL AND STATEMENT OF ISSUES** |
| 7 | By Electronic Service only via CM/ECF. |
| 8 | |
| 9 | */s/ Susan R. Darms*<br>Susan R. Darms |