**Entered on Docket**
**June 01, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: June 1, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>      - and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>      Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER REGARDING DISCOVERY DISPUTE BETWEEN**
**FIRE VICTIM TRUST AND PRICEWATERHOUSECOOPERS LLP**

The court has reviewed the emails of May 24, 27 and 31, 2022, by and among counsel for the Fire Victim Trust ("FVT") and PricewaterhouseCoopers LLP ("PwC"). This dispute between the FVT and PwC has thankfully been off the court's radar for over

nine months. Perhaps the court naively assumed the problems had been solved. Now it appears that the parties are still at odds.

There is the usual back and forth about what has been or has not been produced. What is surprising is the suggestion the FVT was silent for nearly six months after a September 1, 2021, production by PwC. If the reason was the pending appeal, then this court's denial of a stay pending appeal was meaningless.

Now the FVP wants to depose Mr. Le in the next few days. Over two weeks ago PwC declined to provide the FVT with convenient dates and now it reports that Mr. Le is on a leave of absence. If counsel for PcW withheld that fact from counsel for the FVT, shame on him; if counsel for the FVT withheld that fact from the court when the early June dates were requested, shame on her.

The court hereby ORDERS Mr. Le to be available within two weeks of the end of his June 27, 2022, leave of absence unless counsel for the FVT agrees to a later date. Counsel are to continue their meet and confer efforts to avoid duplication of Mr. Le's deposition. If it later turns out that PwC was dragging its feet, the court will order further desposition(s). If it turns out the FVT could have agreed to reasonable continuances but wouldn't, then there will not be any further deposition of Mr. Le.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

ECF Recipients