| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Britt, John Paul<br>PO 222<br>Cobb, CA 95426 | 8921 | PG&E Corporation and Pacific Gas and Electric Company | 9/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage |
| BRUCE H SHELLHAMMER<br>Bruce H Shellhammer, 14841 County Road 91B<br>Woodland, CA 95695-9356 | 83578 | PG&E Corporation and Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage |
| Duncan, James<br>1925 E. Lee Street<br>Tucson, AZ 85716 | 64527 | PG&E Corporation and Pacific Gas and Electric Company | 10/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage |
| Hackett, Ann<br>PO Box 1095<br>Cobb, CA 95426 | 58815 | PG&E Corporation and Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage |
| Hackett, Ann<br>PO Box 1095<br>Cobb, CA 95426 | 79868 | PG&E Corporation and Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $175,000.00 | $175,000.00 | Barred by Statute of Limitations - Property Damage |
| Hardy, Chrissie<br>10561 Spyglass Rd<br>Hidden Valley Lake, CA 95467 | 95717 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $560.00 | $560.00 | Barred by Statute of Limitations - Property Damage |
| Isaacson, Susan Lee<br>11992 Loch Lomond Rd<br>Loch Lomond Rd<br>Middletown, CA 95461 | 85207 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage |
| James Voliva Jr<br>9206 Tenaya Way 9206 Tenaya Way<br>Kelseyville, CA 95451 | 83887 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage and Personal Injury |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Jeanette Billette<br>United States | 84312 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage |
| Broom, Thomas James<br>PO Box 285 PO BOX 285<br>LOWER LAKE, CA 95457 | 83029 | PG&E Corporation and Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage and Personal Injury |
| Pasquariello, Kim Ann<br>9146 Tenaya Way 9206 Tenaya Way<br>Kelseyville, CA 95451 | 82820 | PG&E Corporation and Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage and Personal Injury |
| Phyllis Pitcher<br>PO Box 683<br>Cobb, CA 95426 | 85838 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage and Personal Injury |
| Pitcher, Phyllis<br>PO Box 683<br>Cobb, CA 95426 | 67855 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage |
| Ronald Edmunds<br>PO Box 1339<br>Middletown, CA 95461 | 85299 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Personal Injury and Wrongful Death |
| Sa, Martin<br>5820 Robinhill Dr Space 45<br>Lakeport, CA 95453 | 87856 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage |
| Shope, Dave<br>PO Box 187<br>Middletown, CA 95461 | 63421 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Stuckey, Kelly T PO box 1192/ 10940 Gifford Springs Rd Cobb, CA 95426 | 86169 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage and Personal Injury |
| Stuckey, Kelly T. 10940 Gifford Springs Rd PO Box 1192 Cobb, CA 95426 | 70548 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage |
| Wagner, Lynne Tom Closser or Lynne Wagner POB 241 Lower Lake, CA 95457 | 84708 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $5,240.00 | $5,240.00 | Barred by Statute of Limitations - Property Damage |
| Walters, Andrew | 97977 | PG&E Corporation and Pacific Gas and Electric Company | 3/17/2020 | $0.00 | $0.00 | $0.00 | $9,000.00 | $9,000.00 | Barred by Statute of Limitations - Property Damage |
| Westdorf , Phyllis PO Box 1222 Kenwood, CA 954525 | 84591 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Property Damage and Personal Injury |
| Wesley, William K 6710 Kentuck St #736 Fairfield, CA 94533 | 5909 | PG&E Corporation and Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $300,000.00 | $300,000.00 | Barred by Statute of Limitations - Property Damage |
| Claims To Be Expunged Totals | Count:22 | | | $0.00 | $0.00 | $0.00 | $489,800.00 | $489,800.00 | |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Zip Code Where Incident Took Place | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Bender, Shea 3 Red Hill Road 341 Red Hill Road Junction City, CA 96048 | 84214 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 96048 | Barred as Out of Service Area Claims |
| Bryant, Shellie Ayers 2770 Tangerine St. Bakersfield, CA 93306 | 66772 | PG&E Corporation and Pacific Gas and Electric Company | 10/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 93240 | Barred as Out of Service Area Claims |
| Dziadulewicz, James 2243 Rocklyn St Camarillo, CA 93010 | 85020 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $108,000.00 | $108,000.00 | 90265 | Barred as Out of Service Area Claims |
| Erickson, Jeanette L. 2 West Buttne St Eureka, CA 95501 | 16648 | PG&E Corporation and Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $0.00 | $80,000.00 | $80,000.00 | 96048 | Barred as Out of Service Area Claims |
| Guerin, Joan James P. Frantz 402 West Broadway, Suite 860 San Diego, CA 92101 | 60959 | PG&E Corporation and Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 91362 | Barred as Out of Service Area Claims |
| Lee, Cindy 101 Red Hill Rd. 101 Red Hill Rd. Junction City, CA 96048 | 86384 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 96048 | Barred as Out of Service Area Claims |
| Mckey Hulstrom and Gidget Hulstrom (Panno) Gidget Lee Hulstrom Owner 2133 Holy St Eureka, CA 95503 | 92471 | PG&E Corporation and Pacific Gas and Electric Company | 12/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 96048 | Barred as Out of Service Area Claims |
| Claims To Be Expunged Totals | Count:7 | | | $0.00 | $0.00 | $0.00 | $188,000.00 | $188,000.00 | | |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Name of Fire | Cause of Fire | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Algan and Brenda Jennings 2604 Indian Hill Rd. 2604 Indian Hill Rd. Clearlake Oaks, CA 95423 | 84780 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $8,097.20 | $8,097.20 | Pawnee and Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Allen, Paulette Marie Paulette M. Allen 4645 Scotts Valley Road Lakeport, CA 95453 | 85682 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Armitage, Georgette 17938 Juniper Way Clearlake Oaks, CA 95423 | 86779 | PG&E Corporation and Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Arrazzo, Loretta J 016206 Saint Petersburg, FL 33716-3482 | 86372 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Arms, Jamie 3225 Vista Robles Clearlake, CA 95422 | 88535 | PG&E Corporation and Pacific Gas and Electric Company | 12/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Pawnee and Rocky | Human (No PG&E Involvement) and Equipment (Not | Barred as Third-Party Fire Claims |
| Axed, Anita 6676 Dume Dr. Malibu, CA 90265 | 83753 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,000,000.00 | Woolsey | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Bethuel, Tina P.O. Box 1795 Lakeport, CA 95453 | 95501 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Boyd and Timothy Wright 2193 Los Altos Dr. Palo Cedro, CA 96073 | 91701 | PG&E Corporation and Pacific Gas and Electric Company | 12/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Name of Fire | Cause of Fire | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Blackburn, Ruth<br>189 sout lomita avenue<br>ojai CA 93023 | 85086 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Bower, Roxane<br>5070 Sunrise Drive<br>Kelseyville, CA 95451 | 95389 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Burgos, Carolyn<br>459 Andrita Street<br>Santa Barbara, CA 93110 | 85525 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Caff, Anthony<br>20 State Route 1748<br>Ermcy Farm, KY 42039-9522 | 84458 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Canes, Stephen<br>23700 little ridge rd<br>Cali run, CA 96069 | 83030 | PG&E Corporation and Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $6,300.00 | $6,300.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Cerini, Anthony<br>685 Virginia Dr<br>Lucerne, CA 95458 | 93897 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Clark, Joanne<br>180 NW Oak Creek Dr<br>Beaverton, OR 97006-7479 | 83275 | PG&E Corporation and Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Damgaard, Aksel<br>15697 Shasta Estates Dr<br>Redding, CA 96001-9779 | 86877 | PG&E Corporation and Pacific Gas and Electric Company | 10/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Name of Fire | Cause of Fire | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Davis, Nino<br>6905 Stonybrook Rd<br>Clearlake, CA 95422 | 87812 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Davis, Paul<br>PO Box 931<br>Clearlake Oaks, CA 95423 | 88428 | PG&E Corporation and Pacific Gas and Electric Company | 12/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Debra Ann Hoglund<br>3414 South Forbes Street<br>Lakeport, CA 95453 | 85378 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Dennis C. Hinrichs, Hinrichs Trust, Blue Heron Custom Builders, Rainbow Buddha Farm<br>11388 Bachelor Valley Rd.<br>Witter Springs, CA 95493 | 72994 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| EHOLM, NATALLIE<br>15782 TEXAS SPRINGS RD<br>REDDING, CA 96001 | 5681 | PG&E Corporation and Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Garcia DVM, Jorge L<br>2090 Smith Lane<br>Clearlake Oaks, CA 95423 | 72751 | PG&E Corporation and Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Gibo, Asin<br>742 SNYDER RIDGE RD<br>MARIPOSA, CA 95338 | 5679 | PG&E Corporation and Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $480.00 | $480.00 | Ferguson | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Gibson, Mark R.<br>PO BOX 732<br>Shasta, CA 96087-0732 | 84172 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Name of Fire | Cause of Fire | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HAMMIL, JOHN 301 HILLTOP DRIVE VENTURA, CA 93003 | 8924 | PG&E Corporation and Pacific Gas and Electric Company | 9/15/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Hammil, John 301 Hilltop Drive Ventura, CA 93003 | 8911 | PG&E Corporation and Pacific Gas and Electric Company | 9/15/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Herwagen, Belinda Bell 3154 Cadet Ct Los Angeles, CA 90068-1854 | 92789 | PG&E Corporation and Pacific Gas and Electric Company | 12/29/2019 | $0.00 | $0.00 | $0.00 | $75,000.00 | $75,000.00 | Woolsey | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Henderson, Nancy A. 2 East Arrellaga #2 Santa Barbara, CA 93101 | 59721 | PG&E Corporation and Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Whittier and Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Hockett, Michelle 525 Bevins St #1 Lakeport, CA 95453 | 61909 | PG&E Corporation and Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Haslund, Debra 385 S. Forbes St. Lakeport, CA 95453 | 86671 | PG&E Corporation and Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Isley, Bert A. 1929 Witter Springs Rd Witter Springs, CA 95493 | 80632 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $2,984.06 | $2,984.06 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| james L Kellis 7670 A1 Dr Clearhaven, CA 95443 | 86401 | PG&E Corporation and Pacific Gas and Electric Company | 10/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Name of Fire | Cause of Fire | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JEROME DOWTY 16466 LOS GATOS BLVD STE 108 LOS GATOS, CA 95032-2550 | 83342 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Joess, Patricia L 430 Spire Point Dr Redding, CA 96003-5384 | 5654 | PG&E Corporation and Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Johes, Patricia L 430 Spire Point Dr Redding, CA 96003-5384 | 6790 | PG&E Corporation and Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Joess, Patricia L 430 Spire Point Dr Redding, CA 96003-5384 | 6897 | PG&E Corporation and Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Kernstein, Donna 9180 Highway 175 Kelseyville, CA 95451 | 92632 | PG&E Corporation and Pacific Gas and Electric Company | 12/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Kim Duncan and Erik Hahn 4662 El Carro Ln Carpinteria, CA 93013 | 93113 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Kristin Verno 1190A Faraday Street Santa Ynez, CA 93460 | 85579 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Layton, Dennis and Gail 469 Woodward Way Lakeport, CA 95453 | 7346 | PG&E Corporation and Pacific Gas and Electric Company | 8/18/2019 | $0.00 | $0.00 | $0.00 | $20,000.00 | $20,000.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Name of Fire | Cause of Fire | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Liberto, Phillip Richard<br>395 South Forbes Street<br>Lakeport, CA 95453 | 105902 | PG&E Corporation and Pacific Gas and Electric Company | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Liberto, Phillip Richard<br>395 South Forbes Street<br>Lakeport, CA 95453 | 85333 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Liberto, Phillip Richard<br>395 South Forbes Street<br>Lakeport, CA 95453 | 86780 | PG&E Corporation and Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Liberto, Phillip Richard<br>395 South Forbes Street<br>Lakeport, CA 95453 | 106048 | PG&E Corporation and Pacific Gas and Electric Company | 7/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Lisa M. Tellers and Alan L. Brown<br>1017 L. Street, 327<br>Sacramento, CA 95814 | 86831 | PG&E Corporation and Pacific Gas and Electric Company | 10/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Lon, Donna<br>13905 Trinity Mt. Rd Sp #56<br>PO Box 198<br>French Gulch, CA 96033 | 96072 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Looney, Kristen<br>261 Old River Road<br>Ukiah, CA 95482 | 87865 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Lorber, Peter<br>4470 W Sunset Blvd Unit 90859<br>4470 W Sunset Blvd Unit 90859<br>LOS ANGELES, CA 90027 | 83168 | PG&E Corporation and Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Woolsey | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Name of Fire | Cause of Fire | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mank, Jeffrey W.T. 330 Dessie Drive. Loleport, CA 95453 | 85272 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $450,000.00 | $450,000.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Marsala, Philip 883 Kyra Lane White City, OR 97503 | 8188 | PG&E Corporation and Pacific Gas and Electric Company | 9/1/2019 | $0.00 | $0.00 | $0.00 | $8,923.50 | $8,923.50 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Metzer, Mary Anne 17933 Juniper Way Clearlake Oaks, CA 95423 | 57361 | PG&E Corporation and Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Mesker, Catherine PO Box 584 Clearlake Oaks, CA 95423 | 88434 | PG&E Corporation and Pacific Gas and Electric Company | 12/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Michaels, Eric 1221 Avenue Americas New York, NY 10020 | 92874 | PG&E Corporation and Pacific Gas and Electric Company | 12/29/2019 | $0.00 | $0.00 | $0.00 | $250,000.00 | $250,000.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Montgomery, James United States | 84624 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Morton, Frankie 13205 Trinity Mt Rd Space 34 French Gulch, CA 96033 | 96147 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Nesbitt, Patrick 205 Lambert Road Carpinteria, CA 93013 | 69313 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $833,070.00 | $833,070.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Name of Fire | Cause of Fire | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Recro Aldama, Laurie<br>thomas, aldama 284 Kingsview Ct<br>Redding, CA 96003 | 83451 | PG&E Corporation and Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Patrick Nesbitt<br>203 Lambert Road<br>Carpinteria, CA 93013 | 84968 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $833,070.32 | $833,070.32 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| PETTERSON, CHARLIE<br>GENERAL DELIVERY<br>REDDING, CA 96049 | 62336 | PG&E Corporation and Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Reichenthal, Sara<br>P.O. Box 6134 P.O. Box 6134<br>Malibu, CA 90264 | 83459 | PG&E Corporation and Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Woolsey | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Rex, Kevin<br>5590 Bromely Dr.<br>Oak Park, CA 91377 | 84652 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Woolsey | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Robinson, Leslie H. and Millet<br>3001 Tuttle Ct<br>Tehachapi, CA 93561 | 86976 | PG&E Corporation and Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $0.00 | $600,000.00 | $600,000.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Robinson, Shochana<br>PO Box 1824<br>Lakeport, CA 95453 | 94253 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Roemmich, James<br>3498 Foothill Blvd<br>Redding, CA 96001 | 5691 | PG&E Corporation and Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Name of Fire | Cause of Fire | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rickey, Brant<br>205 Beach Ln.<br>Leggport, CA 95453 | 94087 | PG&E Corporation and Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Rosenbaum, Adam<br>28438 Pacific Coast Highway #504<br>Malibu, CA 90265 | 63307 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Woolsey | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Saggly, Daniel R.<br>8752 Knobhill Circle<br>Redding, CA 96001 | 95548 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Searcy, Roon<br>207 Beach Ln.<br>Leggport, CA 95453 | 95223 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Smith, Jasper E<br>311 Francisco Dr.<br>Sonoma, CA 95476 | 95511 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Smith, Lori<br>6520 Tenth Ave.<br>Lucerne, CA 95458 | 61835 | PG&E Corporation and Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Smith, Lori K<br>PO Box 854<br>Lucerne, CA 95458 | 86819 | PG&E Corporation and Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Soloniuk Clinic A Medical Corporation<br>2451 Airpark Drive<br>Redding, CA 96001 | 5578 | PG&E Corporation and Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Name of Fire | Cause of Fire | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Steven A Poirier<br>1323 Trinity Mountain Road<br>French Gulch, CA 96033 | 84773 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Suzanne Lawson<br>105 Olive Mill Road<br>Santa Barbara, CA 93108 | 86050 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Thomas | Power Lines (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Tetreault-Rackley, Vena L<br>1178 Lake Blvd Sp 19<br>Redding, CA 96003 | 7429 | PG&E Corporation and Pacific Gas and Electric Company | 8/18/2019 | $0.00 | $0.00 | $0.00 | $3,200.00 | $3,200.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Vespagel, Jane<br>P.O. Box 136<br>Lewiston, CA 96047 | 59990 | PG&E Corporation and Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $3,500.00 | $3,500.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Watson, Jennifer Bertyn<br>5935 Live Oak Dr #75<br>Kelseyville, CA 95451 | 95786 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Ranch Fire (Mendocino Complex) | Human (No PG&E Involvement) | Barred as Third-Party Fire Claims |
| Waterman, Mark<br>110 SW 194th St.<br>Normandy Park, WA 98166 | 80968 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $4,800.00 | $4,800.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Ye, Susan<br>PO Box 6227<br>San Jose, CA 95150-6227 | 8428 | PG&E Corporation and Pacific Gas and Electric Company | 8/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Carr | Vehicle (Not Owned by PG&E) | Barred as Third-Party Fire Claims |
| Claims To Be Expunged Totals | Count:79 | | | $0.00 | $0.00 | $0.00 | $5,312,425.08 | $5,312,425.08 | | | |