# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Sonia Akter, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On May 26, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on Downey Brand LLP, Attn: Tyler J. Horn, Esq., 621 Capitol Mall 18th Floor, Sacramento, CA 95814-4731 and Gough & Hancock LLP, Attn: Laura L. Goodman, Esq., 50 California Street, Suite 1500, San Francisco, CA 94111-4612:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, a copy attached hereto as **Exhibit A**.

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

---

[1] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Executed this 2nd day of June 2022, at New York, NY.

*/s/ Sonia Akter*
Sonia Akter

# **Exhibit A**

SRF 61756

Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| **In re Debtor(s):**<br><br>PG&E Corporation | Case No.: 19–30088 DM 11<br>Chapter: 11 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on May 24, 2022 at 10:00 AM was filed on May 25, 2022. The following deadlines apply:

The parties have until Wednesday, June 1, 2022 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Wednesday, June 15, 2022.

If a request for redaction is filed, the redacted transcript is due Monday, June 27, 2022.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Tuesday, August 23, 2022, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 5/31/22        For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court