| From: | Richard Lane |
|---|---|
| Cc: | Lorena Parada; |
| Subject: | Case #19-30088-DM / Docket# 12440 |
| Date: | Wednesday, June 1, 2022 9:38:37 AM |

**CAUTION - EXTERNAL:**

Please post to the Courtroom Docket

Judge Montali
Courtroom 17
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102

Dear Judge Montali:

"I would like there to be a hearing in the Bankruptcy Count of Case #19-30088, Docket# 12440 as I am in full support of more transparency from the Fire Victims Trust."

Richard Lane, Tubbs Fire Survivor
1857 Crimson Lane
Santa Rosa, CA 95403
415-336-8765

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.