**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel:    (212) 310-8000
Fax:    (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:    (415) 496-6723
Fax:    (415) 636-9251

*Attorneys for Debtors and*
*Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>        **- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    **Debtors**.<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☒  Affects both Debtors<br>*\* All papers shall be filed in the lead case,*<br>*No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR JUNE 7, 2022, 10:00 A.M. OMNIBUS HEARING**<br><br>Date:   June 7, 2022<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  Zoom Videoconference<br>         United States Bankruptcy Court<br>         Courtroom 17, 16th Floor<br>         San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR**
**JUNE 7, 2022, 10:00 A.M. (PACIFIC TIME)**
**OMNIBUS HEARING**

**I:**     <u>**MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**</u>

*CONTESTED MATTERS GOING FORWARD*

  1.     <u>**Preliminary Hearing on Abrams Rule 2004 Motion:**</u> *Motion of William B. Abrams Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of an Order Authorizing Discovery and Hearings Regarding the Administration of the Fire Victim Trust Filed by William Abrams* [**Dkt. 12440**].

<u>Responses Filed</u>:  No responses filed.

<u>Related Documents</u>:

A.     Declaration of William B. Abrams in Support of Motion of William B. Abrams Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of an Order Authorizing Discovery and Hearings Regarding the Administration of the Fire Victim Trust [**Dkt. 12441**].

B.     Request for Hearing Filed by Richard Lane [**Dkt. 12483**].

<u>Related Order</u>:

C.     Order Setting Preliminary Hearing [**Dkt. 12443**].

<u>Status</u>:  This matter is going forward as a preliminary hearing.

  2.     <u>**Fifteenth Securities Omnibus Objection to Claims (Securities Acquired Outside Subject Period) (Oliveros):**</u> *Reorganized Debtors' Fifteenth Securities Claims Omnibus Objection (Securities Acquired Outside Subject Period)* [**Dkt. 11343**].

<u>Response Filed</u>:

A.     Franklin F. and Zenaida C. Oliveros [**Informal Response Included as Exhibit B to Slack Declaration, Dkt. 12472-2**].

<u>Related Documents</u>:

B.     Declaration of Edward J. Radetich, Jr. in Support of Reorganized Debtors' Fifteenth Securities Claims Omnibus Objection (Securities Acquired Outside Subject Period) [**Dkt. 11344**].

C.     Reorganized Debtors' Report on Responses to Fifteenth Securities Claims Omnibus Objection (Securities Acquired Outside Subject Period) and

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Request for Order by Default as to Unopposed Objections **[Dkt. 11519]**.

    D.    Reorganized Debtors' Reply in Further Support of Fifteenth Securities Claims Omnibus Objection (Securities Acquired Outside Subject Period) **[Dkt. 12471]**.

    E.    Declaration of Richard W. Slack in Further Support of Reorganized Debtors' Fifteenth Securities Claims Omnibus Objection (Securities Acquired Outside Subject Period) **[Dkt. 12472]**.

Related Order:

    F.    Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Fifteenth Securities Claims Omnibus Objection (Securities Acquired Outside Subject Period) **[Dkt. 11531]**.

Status:  This matter is going forward on a contested basis with respect to Proof of Claim No. 102822 filed by Franklin F. and Zenaida C. Oliveros. This Securities Omnibus Claims Objection was granted as to all Claims (except the Claim discussed above) by **Dkt. 11531**.

    3.    **Pre-Trial Conference on Claim No. 77335 of Todd Greenberg:** *Reorganized Debtors' Fortieth Omnibus Objection to Claims (No Liability / Passthrough Claims)* **[Dkt. 9455]**.

Responses Filed:

    A.    Response and Reservation of Rights by Todd Greenberg to Reorganized Debtors' Fifth Omnibus Objection to Claims (Duplicate Claims) **[Dkt. 9083]**.

    B.    Response by Todd Greenberg to Reorganized Debtors' Fortieth Omnibus Objection to Claims (No Liability / Passthrough Claims) **[Dkt. 9646]**.

    C.    Creditor Todd Greenberg's Response to Reorganized Debtor's Further Objection to Claim No. 77335 **[Dkt. 11387]**.

    D.    Declaration of Todd Greenberg in Opposition to Reorganized Debtors' One Hundred Tenth Omnibus Objection to Claim Nos. 76018 and 78381 (Greenberg Claims) **[Dkt. 11678]**.

    E.    Reply Memo in Support of Creditor Todd Greenberg's Motion to Amend Claims Numbered 77335 and 76018 **[Dkt. 12081]**.

    F.    Status Statement Re Modification of Plan Injunction to Permit Todd Greenberg Claims Numbered 76018 and 78381 to Proceed in State Court **[Dkt. 12187]**.

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

G.  Email re Dispute re Todd Greenberg Claim No. 77335 [**Dkt. 12217**].

<u>Related Documents</u>:

H.  Stipulation Fixing Schedule with Respect to Claim No. 77335 (Todd Greenberg) [**Dkt. 10566**].

I.  Stipulation Regarding Mediation and Amending Briefing Schedule with Respect to Claim No. 77335 (Todd Greenberg) [**Dkt. 10916**].

J.  Reorganized Debtors' Further Objection to Claim No. 77335 (Todd Greenberg) and Request to Schedule One Evidentiary Hearing for Three Claims Filed by Claimant Todd Greenberg [**Dkt. 10995**].

K.  Declaration of Jennifer L. Dodge in Support of Reorganized Debtors' Further Objection to Claim No. 77335 (Todd Greenberg) [**Dkt. 10996**].

L.  Third Stipulation Regarding Briefing Schedule with Respect to Claim No. 77335 (Todd Greenberg) [**Dkt. 11184**].

M.  Reorganized Debtors' Reply to Claimant's Response to Further Objection to Claim No. 77335 (Todd Greenberg) [**Dkt. 11486**].

N.  Creditor Todd Greenberg's Motion to Amend Claims Numbered 77335 and 76018 [**Dkt. 11992**].

O.  Stipulation Regarding Scheduling of Creditor Todd Greenberg's Motion to Amend Claims Numbered 77335 and 76018 [**Dkt. 12036**].

P.  Pacific Gas and Electric Company's Opposition to Todd Greenberg's Motion to Amend Claims Numbered 77335 and 76018 (Greenberg Claims) [**Dkt. 12059**].

Q.  Declaration of Jennifer L. Dodge in Support of Pacific Gas and Electric Company's Opposition to Todd Greenberg's Motion to Amend Claims Numbered 77335 and 76018 (Greenberg Claims) [**Dkt. 12060**].

R.  Status Conference Statement Regarding Reorganized Debtors' Objections to Claims of Todd Greenberg (Claims Nos. 76018, 77335, 78381) [**Dkt. 12145**].

S.  Letter in Response to Discovery Dispute re Todd Greenberg Claim No. 77335 [**Dkt. 12218**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Related Orders:

T.     Order Approving Stipulation Fixing Schedule with Respect to Claim No. 77335 (Todd Greenberg) [**Dkt. 10587**].

U.     Order Approving Stipulation Regarding Mediation and Amending Briefing Schedule with Respect to Claim No. 77335 (Todd Greenberg) [**Dkt. 10932**].

V.     Order Approving Third Stipulation Regarding Briefing Schedule with Respect to Claim No. 77335 (Todd Greenberg) **[Dkt. 11194**].

W.     Order Continuing Scheduling Conference on Fortieth Omnibus Objection to Todd Greenberg Claim [**Dkt. 11536**].

X.     Order Approving Stipulation Between Claimant Todd Greenberg and Reorganized Debtor Pacific Gas and Electric Company to Continue Trial Date for Claim Nos. 77335, 76081 and 78381 **[Dkt. 11927**].

Y.     Order Approving Stipulation Regarding Scheduling of Creditor Todd Greenberg's Motion to Amend Claims Numbered 77335 and 76018 **[Dkt. 12041**].

Z.     Scheduling Order for Remote Trial **[Dkt. 11943**].

AA.     Order Regarding Discovery Dispute Concerning Proof of Claim # 77335 (Todd Greenberg) **[Dkt. 12221**].

BB.     Order Granting Creditor Todd Greenberg's Motion to Amend Proof of Claim No. 77335 **[Dkt. 12375**].

Status:  This matter is going forward as a pre-trial conference.

***RESOLVED AND CONTINUED MATTERS***

4. **City of Santa Clara dba Silicon Valley Power's Motion to Compel Assumption:** *City of Santa Clara dba Silicon Valley Power's Motion to Compel Assumption or Rejection of Executory Contract Concerning the Grizzly Development and Mokelumne Settlement Agreement* [**Dkt. 10998**].

Status: This Motion has been continued to August 9, 2022, by Stipulation [**Dkt. 12343**] and Order [**Dkt. 12374**].

**Omnibus Claims Objections:**

5. **Seventy-Ninth (Books and Records Claims)** [**Dkt. 10673**]. This Omnibus Objection was granted as to most claims by **Dkt. 10858**. It has been continued to July 12, 2022, as to Marsh Landing, LLC [**Dkt. 12470**].

6. **One Hundred Thirteenth (City of San Jose Claims)** [**Dkt. 11844**]. This Omnibus Objection has been continued to August 23, 2022 [**Dkt. 12473**].

7. **One Hundred Fifteenth (No Liability Recategorized Claims)** [**Dkt. 12173**]. This Omnibus Objection was granted as to most claims by **Dkt. 12479**. This Omnibus Objection has been continued to July 12, 2022, as to Martin Adame, Kim Miller, Stephen Richards, and Andrew Walters [**Dkt. 12470**].

**Late Claim Motions:**

8. **Canelo** [**Dkt. 12191**]. This matter has been resolved by Stipulation [**Dkt. 12295**] and taken off calendar by Order [**Dkt. 12325**].

9. **Conneely** [**Dkt. 12193**]. This matter has been resolved by Stipulation [**Dkt. 12296**] and taken off calendar by Order [**Dkt. 12326**].

10. **Faircloth** [**Dkt. 12195**]. This matter has been resolved by Stipulation [**Dkt. 12297**] and taken off calendar by Order [**Dkt. 12327**].

11. **Marron** [**Dkt. 12197**]. This matter has been resolved by Stipulation [**Dkt. 12298**] and taken off calendar by Order [**Dkt. 12328**].

12. **Schelter** [**Dkt. 12199**]. This matter has been resolved by Stipulation [**Dkt. 12299**] and taken off calendar by Order [**Dkt. 12329**].

13. **Olson** [**Dkt. 12201**]. This matter has been resolved by Stipulation [**Dkt. 12300**] and taken off calendar by Order [**Dkt. 12330**].

14. **Tamo** [**Dkt. 12203**]. This matter has been withdrawn [**Dkt. 12268**].

15. **Costa** [**Dkt. 12283**]. This matter has been resolved by Stipulation [**Dkt. 12301**]

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

and taken off calendar by Order [**Dkt. 12331**].

16. **Walker** [**Dkt. 12288**]. This matter has been resolved by Stipulation [**Dkt. 12386**] and taken off calendar by Order [**Dkt. 12420**].

17. **Phillips** [**Dkt. 12292**]. This matter has been resolved by Stipulation [**Dkt. 12387**] and taken off calendar by Order [**Dkt. 12421**].

18. **Lane** [**Dkt. 12314**]. This matter has been resolved by Stipulation [**Dkt. 12401**] and taken off calendar by Order [**Dkt. 12426**].

19. **Rogers** [**Dkt. 12316**]. This matter has been resolved by Stipulation [**Dkt. 12402**] and taken off calendar by Order [**Dkt. 12427**].

20. **McCuan** [**Dkt. 12354**]. This matter has been resolved by Stipulation [**Dkt. 12406**] and taken off calendar by Order [**Dkt. 12431**].

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: June 6, 2022

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: _/s/ Thomas B. Rupp_
      Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119