Northern California Law Group, PC.
Joseph Feist, SBN 249447
2611 Esplanade
Chico, CA 95973
Tel: 530-433-0233 | Fax: 916-426-7848
info@norcallawgroup.net

Attorney for Claimant
Lori Corbin

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088-DM |
| PG&E Corporation, | Chapter 11 |
| and | Lead Case, Jointly Administered |
| PACIFIC GAS AND ELECTRIC COMPANY, | **DECLARATION OF JOSEPH FEIST IN SUPPORT OF MOTION PURSUANT TO FED. R. BANKR. PROC. 7015 AND 7017 TO ENLARGE TIME TO FILE PROOF OF CLAIM PURSUANT TO FED. R. BANKR. PROC. 9006(b)(1)** |
| Debtors. | |
| [x] Affects both Debtors | Date: July 26th, 2022 |
| *All paper shall be filed in the Lead Case, No. 19-30088-DM | Time: 10:00 a.m. (Pacific Time) |
| | Place: Telephonic/Video Appearances Only United States Bankruptcy Court Courtroom 17, 450 Golden Gate Ave., 16th Floor San Francisco, CA |
| | Judge: Hon. Dennis Montali |
| | Response Due Date: July 12th, 2022 |

I, Joseph K. Feist, hereby declare:

1. I am an attorney at law duly licensed to practice before all state and federal courts of the State of California.

2. My firm represents wildfire victims who sustained losses from the Camp Fire in 2018.

3. I represent Lori Corbin, as creditor in the PG&E bankruptcy and through the Fire Victim Trust process.

4. On November 8th, 2018, Lori suffered a harrowing evacuation experience and lost her community to the fire commonly known as the Camp Fire.

5. The movant had a good faith belief that she was not eligible to file a claim against PG&E because her home did not suffer any physical damage.

6. Due to most if not all mail informing the movant of her rights against PG&E resembling spam mail, she inadvertently tossed the documents.

7. On May 18th, 2022, Movant contacted my office for a consultation, and we verbally informed her that she did in fact have a valid claim against PG&E for the losses suffered from the Camp Fire.

8. On May 18th, 2022, Movant retained Northern California Law Group, PC to file this motion, file a Proof of Claim and represent her through the Fire Victims Trust process.

9. All statements in this declaration are based on my own personal knowledge and observation and from my review of the court and business records in this case, or upon information and believed as indicated. If called to testify on this matter, I can and would competently testify to the matters set forth in this Declaration.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of June 2022, in Sacramento, California.

                                                                             */s/ Joseph Feist*

                                                                        Joseph K. Feist, Attorney for Movant