Northern California Law Group, PC.
Joseph Feist, SBN 249447
2611 Esplanade
Chico, CA 95973
Tel: 530-433-0233 | Fax: 916-426-7848
info@norcallawgroup.net

Attorney for Claimant
Lori Corbin

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | ) Case No. 19-30088-DM |
| | ) |
| PG&E Corporation, | ) Chapter 11 |
| | ) Lead Case, Jointly Administered |
| and | ) |
| | ) **DECLARATION OF MOVANT IN** |
| PACIFIC GAS AND ELECTRIC COMPANY, | ) **SUPPORT OF MOTION PURSUANT TO** |
| | ) **FED. R. BANKR. PROC. 7015 AND 7017 TO** |
| | ) **ENLARGE TIME TO FILE PROOF OF** |
| Debtors. | ) **CLAIM PURSUANT TO FED. R. BANKR.** |
| | ) **PROC. 9006(b)(1)** |
| [x] Affects both Debtors | ) |
| | ) Date: July 26th, 2022 |
| *All paper shall be filed in the Lead Case, No. 19-30088-DM | ) Time: 10:00 a.m. (Pacific Time) |
| | ) Place: Telephonic/Video Appearances Only |
| | )       United States Bankruptcy Court |
| | )       Courtroom 17, |
| | )       450 Golden Gate Ave., 16th Floor |
| | )       San Francisco, CA |
| | ) Judge: Hon. Dennis Montali |
| | ) |
| | )    Objection Date: July 12th, 2022 |

I, Lori Corbin, hereby declare:

1. I am the movant in this matter and am the sole owner, of the property commonly known as 14586 Nimshew Rd. Magalia, CA 95954 on November 8, 2018, which was my primary residency at the time of the Camp Fire and continues to be. I am only seeking to file claims for emotional distress zone of danger and nuisance relating to damages sustained in the Camp fire.

2. My Proof of Claim filing for damages sustained in the Camp Fire of November 8, 2018, was delayed due to my reasonable belief that I did not have a claim associated with the fire as my home did not sustain any physical damage.

3. On May 18th, 2022, I contacted Northern California Law Group, PC., to obtain a consultation. I was informed at that time, that I did have a valid claim against PG&E for the losses suffered on November 8, 2018, and on this date, I first learned that I was able to bring a claim against PG&E.

4. On May 18th, 2022, I retained Northern California Law Group, PC to file this motion, file my Proof of Claim and represent me in the Fire Victims Trust process.

5. All statements in this declaration are based on my own personal knowledge and observation. If called to testify on this matter, I can and would competently testify to the matters set forth in this Declaration.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

                Executed this 6th day of June 2022, in Magalia, CA.

                                                        /s/Lori Corbin

                                                         Lori Corbin
                                                         Movant