Northern California Law Group, PC.
Joseph Feist, SBN 249447
2611 Esplanade
Chico, CA 95973
Tel: 530-433-0233 | Fax: 916-426-7848
info@norcallawgroup.net

Attorney for Claimant
Lori Corbin

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | ) Case No. 19-30088-DM |
| | ) |
| PG&E Corporation, | ) Chapter 11 |
| | ) Lead Case, Jointly Administered |
| and | ) |
| | ) **NOTICE OF HEARING PURSUANT TO** |
| PACIFIC GAS AND ELECTRIC | ) **FED. R. BANKR. PROC. 7015 AND 7017 TO** |
| COMPANY, | ) **ENLARGE TIME TO FILE PROOF OF** |
| | ) **CLAIM PURSUANT TO FED. R. BANKR.** |
| Debtors. | ) **PROC. 9006(b)(1)** |
| | ) |
| [x] Affects both Debtors | ) Date: July 26th, 2022 |
| | ) Time: 10:00 a.m. (Pacific Time) |
| *All paper shall be filed in the Lead Case, | ) Place: Telephonic/Video Appearances Only |
| No. 19-30088-DM | )      United States Bankruptcy Court |
| | )      Courtroom 17, |
| | )      450 Golden Gate Ave., 16th Floor |
| | )      San Francisco, CA |
| | ) Judge: Hon. Dennis Montali |
| | ) |
| | )      Objection Date: July 12th, 2022 |

**PLEASE TAKE NOTICE** that the Bankruptcy Court will hear and consider the Motion Pursuant to Fed. R. Bankr. Proc. 7015 and 7017 to Enlarge Time to File Proof of Claim Pursuant to Fed. R. Bankr. Proc. 9006(b)(1)("Motion"), on July 26th, 2022, (Pacific Time) via video conferencing or telephone.

All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

PLEASE TAKE FURTHER NOTICE that the deadline to object to the Motion is July 12th, 2022.

PLEASE TAKE FURTHER NOTICE that copies of Motion can be viewed and obtained: (1) by accessing the Court's website at http://www.canb.uscourts.gov, (2) by contacting the Office of the Clerk at 450 Golden Gate Ave, San Francisco, CA 94102, or (3) from the Debtor's notice and claims agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/pge or by calling (844)339-4217 (toll free) for U.S. based parties; or 1 (929) 333-8977 for international parties or by email at: pginfo@primeclerk.com . Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: 6/6/2022

                                              ___/s/ Joseph K. Feist___

                                              Joseph K. Feist
                                              Attorney for Claimant