# U.S. Bankruptcy Court
## California Northern Bankruptcy Court (San Francisco)
## Bankruptcy Petition #: 19–30088

*Assigned to:* Judge Dennis Montali
Chapter 11
Voluntary
Asset

*Date filed:* 01/29/2019
*Plan confirmed:* 06/20/2020
*341 meeting:* 04/29/2019
*Deadline for filing claims:* 10/21/2019
*Deadline for filing claims (govt.):* 10/21/2019

*Debtor*
**PG&E Corporation**
77 Beale Street
P.O. Box 770000
San Francisco, CA 94177
SAN FRANCISCO–CA
(929) 333–8977
Tax ID / EIN: 94–3234914

represented by **Max Africk**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000
*TERMINATED: 11/12/2019*

**Peter J. Benvenutti**
Keller Benvenutti Kim LLP
650 California St. 19th Fl.
San Francisco, CA 94108
(415) 364–6798
Email: pbenvenutti@kbkllp.com

**Kevin Bostel**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000

**Lee Brand**
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Fl.
San Francisco, CA 94111–5998
415–983–1116
Email: lee.brand@pillsburylaw.com

**Timothy G. Cameron**
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Ave.
New York, NY 10019
(212) 474–1120

**Jared R. Friedmann**
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
(212) 310–8000

**Andriana Georgallas**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000

**Stuart J. Goldring**
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
(212) 310–8000

**Matthew Goren**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000

**David A. Herman**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212–474–1000

**David Franklin Hill, IV**
Weil, Gotshal and Manges, LLP
767 Fifth Ave.
New York, NY 10153
(212) 310–8000

**Stephen Karotkin**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000

**Tobias S. Keller**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108
(415) 796–0709
Email: tkeller@kbkllp.com

**Jane Kim**
Keller Benvenutti Kim LLP
650 California St, Suite 1900
San Francisco, CA 94108
(415) 364–6793
Email: jkim@kbkllp.com

**Katherine Kohn**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200
Washington, DC 20006
(202) 861–2607
Email: kkohn@groom.com

**Kevin Kramer**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000

**David Levine**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200
Washington, DC 20006
(202) 861–5436

Email: dnl@groom.com

**Dara Levinson Silveira**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108
415−364−6793
Email: dsilveira@kbkllp.com

**Jessica Liou**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Omid H. Nasab**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000

**John Nolan**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Kevin J. Orsini**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000

**Thomas B. Rupp**
Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, CA 94108
415−636−9015
Email: trupp@kbkllp.com

**Bradley R. Schneider**
Munger Tolles and Olson LLP
350 S Grand Ave., 50th Fl.
Los Angeles, CA 90071
(213) 683−9100
Email: bradley.schneider@mto.com
*TERMINATED: 05/18/2022*

**Ray C. Schrock**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Richard W. Slack**
Weil Gotshal and Manges, LLP
767 Fifth Ave.
New York, NY 10153−0119
(212) 310−8000
Email: richard.slack@weil.com

**Theodore Tsekerides**
Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153
212−310−8000

**Paul H. Zumbro**
Cravath, Swaine & Moore LLP
85 Eighth Avenue
New York, NY 10019
2124741000
Email: mao@cravath.com

*Responsible Ind*
**Jason P. Wells**
Senior Vice President
Chief Financial Officer PG&E Corporation
77 Beale St.
San Francisco, CA 94177
(929) 333−8977

*U.S. Trustee*
**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102
(415)705−3333

represented by **Jason Blumberg**
Office of the U.S. Trustee
501 I St. #7−500
Sacramento, CA 95814
(916) 930−2076
Email: jason.blumberg@usdoj.gov

**Cameron M. Gulden**
Office of the United States Trustee
300 Booth St., Room 3009
Reno, NV 89509
(775) 784−5335
Email: cameron.m.gulden@usdoj.gov

**Lynette C. Kelly**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102
(415) 252−2065
Email: ustpregion17.oa.ecf@usdoj.gov

**Timothy S. Laffredi**
Office of the U. S. Trustee − San Jose
280 South 1 St., Suite 268
San Jose, CA 95113
(408) 535−5525
Email: timothy.s.laffredi@usdoj.gov

**Timothy S. Laffredi**
Office of the U.S. Trustee − SF
450 Golden Gate Ave.
Suite 05−0153
San Francisco, CA 94102
(415) 705−3333
Email: timothy.s.laffredi@usdoj.gov

**Marta Villacorta**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102
(415) 252−2062

Email: marta.villacorta@usdoj.gov

| | | |
|---|---|---|
| *Creditor Committee*<br>**Official Committee Of Unsecured Creditors** | represented by | **Paul S. Aronzon**<br>Milbank LLP<br>2029 Century Park East, 33rd Fl.<br>Los Angeles, CA 90067<br>(424) 386–4000<br>Email: paronzon@milbank.com<br><br>**James C. Behrens**<br>Milbank, LLP<br>2029 Century Park E, 33rd Fl.<br>Los Angeles, CA 90067<br>(424) 386–4436<br>Email: jbehrens@milbank.com<br><br>**Gregory A. Bray**<br>Milbank LLP<br>2029 Century Park East, 33rd Fl.<br>Los Angeles, CA 90067<br>(424) 386–4470<br>Email: gbray@milbank.com<br><br>**Erin Elizabeth Dexter**<br>Milbank LLP<br>1850 K St., NW, #1100<br>Washington, DC 20006<br>(202) 835–7500<br>Email: edexter@milbank.com<br><br>**Dennis F. Dunne**<br>Milbank, LLP<br>55 Hudson Yards<br>New York, NY 10001–2163<br>(212) 530–5000<br>Email: ddunne@milbank.com<br><br>**Samuel A. Khalil**<br>Milbank, LLP<br>55 Hudson Yards<br>New York, NY 10001–2163<br>(212) 530–5000<br>Email: skhalil@milbank.com<br><br>**Thomas R. Kreller**<br>Milbank LLP<br>2029 Century Park East, 33rd<br>Los Angeles, CA 90067<br>(424) 386–4463<br>Email: tkreller@milbank.com<br><br>**Andrew Michael Leblanc**<br>Milbank LLP<br>1850 K St., NW, #1100<br>Washington, DC 20006<br>(202) 835–7500<br>Email: ALeblanc@milbank.com<br><br>**Alan J. Stone**<br>Milbank LLP<br>55 Hudson Yards<br>New York, NY 10001 |

|  |  |  |
|---|---|---|
| | | (212) 530–5000<br>Email: AStone@milbank.com |
| *Creditor Committee*<br>**Official Committee of Tort Claimants** | represented by | **Lauren T. Attard**<br>Baker Hostetler LLP<br>11601 Wilshire Blvd. #1400<br>Los Angeles, CA 90025–0509<br>(310) 820–8800<br>Email: lattard@bakerlaw.com |
| | | **Chris Bator**<br>Baker & Hostetler LLP<br>127 Public Square #2000<br>Cleveland, OH 44114<br>(216) 621–0200<br>Email: cbator@bakerlaw.com |
| | | **Dustin M. Dow**<br>Baker & Hostetler LLP<br>127 Public Square #2000<br>Cleveland, OH 44114<br>(216) 621–0200<br>Email: ddow@bakerlaw.com |
| | | **Cecily Ann Dumas**<br>Baker and Hostetler LLP<br>Transamerica Pyramid Center<br>600 Montgomery Street, Suite 3100<br>San Francisco, CA 94111–2806<br>415–659–2600<br>Email: cdumas@bakerlaw.com |
| | | **Joseph M. Esmont**<br>Baker & Hostetler LLP<br>127 Public Sq., #2000<br>Cleveland, OH 44147<br>(216) 861–7835<br>Email: jesmont@bakerlaw.com |
| | | **Lars H. Fuller**<br>Baker & Hostetler LLP<br>1801 California St #4400<br>Denver, CO 80202<br>(303) 764–4114<br>Email: lfuller@bakerlaw.com |
| | | **Eric R. Goodman**<br>Brown Rudnick LLP<br>601 Thirteenth St. NW, #600<br>Washington, DC 20005<br>(202) 536–1740<br>Email: egoodman@bakerlaw.com<br>*TERMINATED: 04/07/2021* |
| | | **Elizabeth A. Green**<br>BakerHostetler LLP<br>200 S. Orange Ave. #2300<br>Orlando, FL 32801<br>(407) 649–4000<br>Email: egreen@bakerlaw.com |
| | | **Robert A. Julian** |

Baker and Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111–2806
(415) 569–2600
Email: rjulian@bakerlaw.com

**Elyssa S. Kates**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589–4227
Email: ekates@bakerlaw.com

**Kody D. L. Kleber**
Baker & Hostetler LLP
811 Main St., #1100
Houston, TX 77005
(713) 703–1315
Email: kkleber@bakerlaw.com

**John H. MacConaghy**
MacConaghy and Barnier
645 1st St. W #D
Sonoma, CA 95476
(707) 935–3205
Email: macclaw@macbarlaw.com

**Kimberly S. Morris**
Baker & Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
(415) 659–2600
Email: kmorris@bakerlaw.com

**David J. Richardson**
Baker & Hostetler, LLP
11601 Wilshire Blvd.,
14th Floor
Los Angeles, CA 90025
(310) 442–8858
Email: drichardson@bakerlaw.com

**David B. Rivkin, Jr.**
Baker and Hostetler LLP
1050 Connecticut Ave., N.W., #1100
Washington, DC 20036
(202) 861–1731
Email: drivkin@bakerlaw.com

**Jorian L. Rose**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589–4200
Email: jrose@bakerlaw.com

**Eric E. Sagerman**
Baker and Hostetler LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025
(310) 442–8875

Email: esagerman@bakerlaw.com

**Catherine E. Woltering**
Baker & Hostetler LLP
Key Tower, 127 Public Sq., #2000
Cleveland, OH 44114–1214
(614) 462–2677
Email: cwoltering@bakerlaw.com
*TERMINATED: 04/01/2020*

| Filing Date | # | Docket Text |
|---|---|---|
| 05/18/2022 | 12409 | Appellant Designation of Contents For Inclusion in Record On Appeal *Reorganized Debtors' Statement of Issues and Designation of Record on Appeal* (RE: related document(s)12311 Notice of Appeal and Statement of Election filed by Debtor PG&E Corporation). Appellee designation due by 06/3/2022. Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 05/18/2022) |
| 06/01/2022 | 12476 | Appellee Designation of Contents for Inclusion in Record of Appeal *Designation of Additional Record on Appeal and Statement of Issues* (RE: related document(s)12311 Notice of Appeal and Statement of Election filed by Debtor PG&E Corporation). Filed by Interested Party California Department of Water Resources (Pascuzzi, Paul) (Entered: 06/01/2022) |

**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (650) 636 9251

*Attorneys for Appellants (Debtors and Reorganized Debtors)*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>          Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Reorganized Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>District Court Case No. 4:22-cv-02833-HSG<br><br>**REORGANIZED DEBTORS' STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL**<br><br>[Re: **Dkt. No. 12311**] |

Pursuant to Rule 8009(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), PG&E Corporation and Pacific Gas and Electric Company, as reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**," as applicable) in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), submit this statement of issues and designation of record on appeal.

I.  STATEMENT OF ISSUES ON APPEAL

The issues on appeal are:

(i) Whether the bankruptcy court erred in concluding that its denial of the Reorganized Debtors' request to modify the Plan injunction to compel arbitration of the California Department of Water Resources' ("**CDWR**") proof of claim [Claim No. 78014] and the issue of whether CDWR had properly terminated the *Agreement of Cotenancy in the Castle Rock Junction-Lakeville 230-kV Transmission Line among Pacific Gas and Electric Company, State of California Department of Water Resources, Northern California Power Agency and the City of Santa Clara* (the "**Cotenancy Agreement**"), was also a denial of the Reorganized Debtors' right to arbitrate its non-core affirmative claims against the CDWR under the Cotenancy Agreement, even though the Reorganized Debtors had not filed an affirmative claim against CDWR or claim objection to CDWR's proof of claim.

(ii) Whether, after denying the Reorganized Debtors' request to arbitrate the proof of claim dispute and CDWR's termination of the Cotenancy Agreement, and after the Reorganized Debtors submitted that they would consent to the relief sought by CDWR in its *Motion for Order Determining that the Castle Rock Agreement with PG&E Cannot Be Assumed and that the Department of Water Resources' Claim No. 78104 Be Paid* [Dkt. No. 11887] (the "**CDWR Motion**") by agreeing to pay CDWR's proof of claim in full and not to contest that the Cotenancy Agreement was not executory as to CDWR and could not be assumed as to CDWR, the bankruptcy court erred in determining that the issues before it through the CDWR Motion had not been resolved in full.

(iii) Whether, after denying the Reorganized Debtors' request to arbitrate the proof of claim dispute and CDWR's termination of the Cotenancy Agreement, and after the Reorganized Debtors submitted that they would consent to the relief sought by CDWR in the CDWR Motion by agreeing to pay CDWR's proof of claim in full and not to contest that the Cotenancy Agreement was not

executory as to CDWR and could not be assumed as to CDWR, the bankruptcy court erred in determining that the Reorganized Debtors' non-core affirmative contractual claim against CDWR under the Cotenancy Agreement was before the bankruptcy court, even though the Reorganized Debtors had not filed an affirmative claim against CDWR or claim objection to CDWR's proof of claim.

(iv) Whether the bankruptcy court exceeded its jurisdiction by entering a final judgment on the merits on the Reorganized Debtors' non-core affirmative contractual claim against CDWR under the Cotenancy Agreement, even though the Reorganized Debtors had not consented to the bankruptcy court entering final judgment on its claim and had not put its affirmative claim at issue.

(v) Whether the bankruptcy court erred in denying the Reorganized Debtors' request to present its non-core affirmative contractual claim against CDWR through an adversary proceeding and in determining that the Reorganized Debtors had waived their rights to the procedural protections of an adversary proceeding pursuant to Rule 7001 of the Federal Rules of Bankruptcy Procedure.

(vi) Whether the bankruptcy court erred in disallowing the Reorganized Debtors' non-core affirmative contractual claim against CDWR under the Cotenancy Agreement on the merits.

(vii) Whether the bankruptcy court erred in determining that CDWR's interpretation of the Cotenancy Agreement was correct.

(viii) Whether the bankruptcy court erred in determining that CDWR did not owe any estimated future removal costs or any other damages to PG&E or the other cotenants under the Cotenancy Agreement.

(ix) Whether the bankruptcy court otherwise erred in its determinations against the Reorganized Debtors under the Cotenancy Agreement.

(x) Whether the bankruptcy court erred in denying the motion to intervene of non-debtors Silicon Valley Power and Northern California Power Agency, and then making a dispositive ruling and final judgment by default on their contractual claims against the California Department of Water Resources arising under the Cotenancy Agreement.

## II. DESIGNATION OF RECORD ON APPEAL

The Reorganized Debtors hereby designate the following items to be included in the record on appeal, each of which includes any and all exhibits and addenda attached thereto and filed therewith and any and all documents incorporated by reference therein:

Docket items from *In re PG&E Corp., et al.*, Case No. 19-30088 (DM):

| Dkt. No. | Docket Items | Date |
| --- | --- | --- |
| 263 | Amended Declaration of Jason P. Wells in Support of First Day Motions and Related Relief | 02/01/2019 |
| 7037 | Notice of Filing of Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 | 05/01/2020 |
| 7276 | California State Agencies' Objections to Schedule of Executory Contracts and Unexpired Leases to be Assumed Pursuant to the Plan and Proposed Cure Amounts [Docket No. 7037] | 05/15/2020 |
| 8048 | Amended Chapter 11 Plan Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 Filed by Debtor PG&E Corporation | 06/19/2020 |
| 8053 | Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 | 06/20/2020 |
| 11887 | California Department of Water Resources' Motion for Order Determining that the Castle Rock Agreement with PG&E Cannot Be Assumed and that the Department of Water Resources' Claim No. 78104 Be Paid | 02/01/2022 |
| 11888 | Notice of Hearing on California Department of Water Resources' Motion for Order Determining that the Castle Rock Agreement with PG&E Cannot Be Assumed and that the Department of Water Resources' Claim No. 78104 Be Paid | 02/01/2022 |
| 11889 | Declaration of Ghassan Alqaser in Support of California Department of Water Resources' Motion for Order Determining that the Castle Rock Agreement with PG&E Cannot Be Assumed and that the Department of Water Resources' Claim No. 78104 Be Paid | 02/01/2022 |
| 11895 | Certificate of Service | 02/02/2022 |

Case: 19-30088    Doc# 12499-1    Filed: 05/68/22    Entered: 05/68/22 20:13:52    Page 4 of 8

| Dkt. No. | Docket Items | Date |
|---|---|---|
| 11896 | Motion of the Reorganized Debtors for Entry of an Order Modifying Plan Injunction and Compelling Arbitration of Claim of California Department of Water Resources | 02/02/2022 |
| 11897 | Declaration of Joshua S Levenberg in Support of Motion of the Reorganized Debtors for Entry of an Order Modifying Plan Injunction and Compelling Arbitration of Claim of California Department of Water Resources | 02/02/2022 |
| 11898 | Notice of Hearing on Motion of the Reorganized Debtors for Entry of an Order Modifying Plan Injunction and Compelling Arbitration of Claim of California Department of Water Resources | 02/02/2022 |
| 11914 | Certificate of Service of Alain B. Francoeur Regarding One Hundred Eighth Omnibus Objection Stipulation, California Department of Water Resources Arbitration Motion, Levenberg Declaration, and Notice of Hearing | 02/09/2022 |
| 11937 | The Reorganized Debtors' (I) Preliminary Opposition to California Department of Water Resources' Motion for Order Determining that Castle Rock Agreement with PG&E Cannot be Assumed and that the Department of Water Resources' Claim No. 78104 be Paid and (II) Request, in the Alternative, for a Status Conference | 02/16/2022 |
| 11942 | California Department of Water Resources' Opposition to Reorganized Debtors' Motion for Order Modifying Plan Injunction and Compelling Arbitration | 02/16/2022 |
| 11962 | California Department of Water Resources' Reply to the Reorganized Debtors' Preliminary Opposition to Motion for Order Determining that the Castle Rock Agreement with PG&E Cannot Be Assumed and that the Department of Water Resources' Claim No 78104 Be Paid | 02/23/2022 |
| 11963 | Reply in Further Support of Motion of the Reorganized Debtors for Entry of an Order Modifying Plan Injunction and Compelling Arbitration of Claim of California Department of Water Resources | 02/23/2022 |
| 11964 | Supplemental Declaration of Joshua S Levenberg in Support of Motion of the Reorganized Debtors for Entry of an Order Modifying Plan Injunction and Compelling Arbitration of Claim of California Department of Water Resources | 02/23/2022 |
| N/A | Docket Text Order | 02/28/2022 |

| Dkt. No. | Docket Items | Date |
|---|---|---|
| 11999 | Memorandum Decision Regarding Dispute Between Debtors and the California Department of Water Resources | 03/08/2022 |
| 12000 | Order Granting California Department of Water Resources' Motion for Order Determining that the Castle Rock Agreement with PG&E Cannot Be Assumed and Claim No. 78104 Be Paid | 03/08/2022 |
| 12001 | Order Denying Debtors' Motion for Entry of an Order Modifying Plan Injunction and Compelling Arbitration of Claim of California Department of Water Resources | 03/08/2022 |
| 12024 | Notice of Appearance and Ex Parte Application for Order Authorizing City of Santa Clara, dba Silicon Valley Power and Northern California Power Agency to Intervene and File a Response to California Department of Water Resources' Motion for Order Determining that the Castle Rock Agreement Cannot Be Assumed and that the Department of Water Resources' Claim No. 78014 Be Paid | 03/15/2022 |
| 12035 | California Department of Water Resources' Opposition to the Ex Parte Application for Order Authorizing City of Santa Clara, dba Silicon Valley Power and Northern California Power Agency to Intervene and File a Response to California Department of Water Resources' Motion for Order Determining that the Castle Rock Agreement Cannot Be Assumed and that the Department of Water Resources' Claim No. 78014 Be Paid | 03/17/2022 |
| 12054 | Order Denying Motion to Intervene by City of Santa Clara, dba Silicon Valley Power and Northern California Power Agency | 03/21/2022 |
| 12076 | Memorandum of the Reorganized Debtors Regarding Claim of California Department of Water Resources | 03/25/2022 |
| 12077 | Declaration of Joshua S Levenberg in Support of Memorandum of the Reorganized Debtors Regarding Claim of California Department of Water Resources | 03/25/2022 |
| 12129 | California Department of Water Resources' Reply to PG&E's Memorandum Regarding Department of Water Resources' Claim No. 78104 and Further Briefing of Issues; Request for Order Staying Arbitration | 04/08/2022 |
| N/A | Docket Text Order | 04/10/2022 |

| Dkt. No. | Docket Items | Date |
|---|---|---|
| 12147 | Tentative Ruling Re Dispute Between Debtors and the California Department of Water Resources | 04/11/2022 |
| 12207 | Order Regarding Dispute Between Debtors and California Department of Water Resources | 04/22/2022 |
| 12310 | Notice of Appeal and Statement of Election to Have Appeal Heard by United States District Court for the Northern District of California | 05/05/2022 |
| 12311 | Notice of Appeal and Statement of Election to Have Appeal Heard by United States District Court for the Northern District of California | 05/05/2022 |
| 12322 | Courts Certificate of Mailing | 05/05/2022 |
| 12323 | Courts Certificate of Mailing | 05/05/2022 |

Hearing Transcripts from *In re PG&E Corp., et al.*, Case No. 19-30088 (DM):

| Dkt. No. | Transcripts | Date |
|---|---|---|
| 8066 | June 19, 2020 Hearing Transcript | 06/22/2020 |
| 11986 | March 2, 2022 Hearing Transcript | 03/03/2022 |
| 12156 | April 13, 2022 Hearing Transcript | 04/14/2022 |

Proofs of Claim filed in *In re PG&E Corp., et al.*, Case No. 19-30088 (DM):

| Claim No. | Claimant | Date |
|---|---|---|
| 78104 | California Department of Water Resources | 10/18/2019 |

The Reorganized Debtors reserve the right to designate additional items for inclusion in the record or restate the issues presented on appeal.

/ / /

/ / /

Dated: May 18, 2022

**KELLER BENVENUTTI KIM LLP**

By: /s/ Jane Kim
    Jane Kim

*Attorneys for the Appellants (Debtors and Reorganized Debtors)*

1  ROB BONTA
   Attorney General of California
2  DANETTE E. VALDEZ, SBN 141780
3  ANNADEL A. ALMENDRAS, SBN 192064
   Supervising Deputy Attorneys General
4  455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
5  Telephone: (415) 510-3367
   Fax: (415) 703-5480
6  Danette.Valdez@doj.ca.gov
7  Annadel.Almendras@doj.ca.gov

8  PAUL J. PASCUZZI, SBN 148810
   FELDERSTEIN FITZGERALD
9  WILLOUGHBY PASCUZZI & RIOS LLP
   500 Capitol Mall, Suite 2250
10 Sacramento, CA 95814
   Telephone: (916) 329-7400
11 Fax: (916) 329-7435
12 ppascuzzi@ffwplaw.com

13 *Attorneys for California Department of Water
   Resources, by and through the State Water Project*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088(DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| **And** | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) (Joint Administered) |
| Debtor. | District Court Case No. 4:22-cv02833-HSG |
| · Affects PG&E Corporation | **CALIFORNIA DEPARTMENT OF WATER RESOURCES' DESIGNATION OF ADDITIONAL RECORD ON APPEAL AND STATEMENT OF ISSUES** |
| · Affects Pacific Gas and Electric Company | |
| X Affects both Debtors | |

1

Pursuant to Rule 8009(a) of the Federal Rules of Bankruptcy Procedure, the California Department of Water Resources ("DWR") submits its Designation of Additional Record on Appeal and Statement of Issues. DWR reserves the right to designate additional items for inclusion in the record or restate the issues presented on appeal.

**DWR DESIGNATION OF RECORD ON APPEAL**

DWR designates all of the items to be included in the record on appeal that were designated by the Appellants PG&E Corporation and Pacific Gas & Electric Company, and designates the additional items referenced below, each of which includes all exhibits and addenda attached thereto and filed therewith and any and all documents incorporated by reference therein.

| Dkt. No. | Docket Items | Date |
|---|---|---|
| 65221 | Northern California Power Agency Proof of Claim | 10/18/2019 |
| 60676 | City of Santa Clara dba Silicon Valley Power Proof of Claim | 10/18/2019 |
| 7231 | Municipal Objectors' (including Northern California Power Agency) Objection to Plan Confirmation and Objection to Cure Notice and Other Matters Pertaining to Assumption Pursuant to Section 365(B)(1) of the Bankruptcy Code | 5/15/2020 |
| 7281 | California State Agencies' Objection to Confirmation of Debtors' and Shareholders Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [Docket No. 6320] | 5/15/20 |

**STATEMENT OF ISSUES ON APPEAL**

DWR objects to the issues as framed by Appellants. DWR presents the following issues as proper for the Court on appeal:

1. Whether Debtor's appeal on May 13, 2022, from the Order Denying Motion of the Reorganized Debtors for Entry of an Order Modifying Plan Injunction and Compelling Arbitration of Claim of California Department of Water Resources [Dkt No. 12001] entered March 8, 2022, is timely.

2. If Appellant's appeal is timely, whether the bankruptcy court properly exercised its discretion under *In re Thorpe Insulation Co.*, 671 F.3d 1011 (9th Cir. 2012) in denying Debtors' request for arbitration because it conflicted with provisions in the Plan and Confirmation Order that

Debtors agreed to and that expressly reserved jurisdiction for the Court to decide executory contract, cure dispute and claims allowance issues.

3. Whether the bankruptcy court properly determined, based on the undisputed facts and the terms of the Castle Rock Agreement, that DWR's notice of termination was effective one year after it gave its notice of termination and that DWR did not owe anything, including any removal costs, to the Debtor or Silicon Valley Power and Northern California Power Agency as a prerequisite for or consequence of such termination.

DWR notes that there is another appeal that concerns substantially the same parties, property, transaction and events pending before this Court and the Honorable Haywood S. Gilliam, Jr. as Case No. 4:22-cv02834-HSG. Since the two appeals are already pending before the same District Court Judge, DWR does not believe an Administrative Motion to Consider Whether Cases Should be Related as provided in Local Rule 3-12 is necessary.

Dated: June 1, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
DANETTE VALDEZ, SBN 141780
ANNADEL ALMENDRAS, SBN 192064
Supervising Deputy Attorneys General

By: /s/ Paul J. Pascuzzi

PAUL J. PASCUZZI
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
Attorneys for California Department of
Water Resources, by and through the State
Water Project

SF2019200301
43236578.docx

# PROOF OF SERVICE

I, Susan R. Darms, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 500 Capitol Mall, Suite 2250, Sacramento, CA 95814. On June 1, 2022, I served the within document:

**CALIFORNIA DEPARTMENT OF WATER RESOURCES' DESIGNATION OF ADDITIONAL RECORD ON APPEAL AND STATEMENT OF ISSUES**

By Electronic Service only via CM/ECF.

                                              */s/ Susan R. Darms*
                                              Susan R. Darms

4

Case: 19-30088    Doc# 12496-1    Filed: 06/01/22    Entered: 06/01/22 10:03:45    Page 4 of 20