# U.S. Bankruptcy Court
## California Northern Bankruptcy Court (San Francisco)
## Bankruptcy Petition #: 19–30088

|  |  |
|---|---|
| *Assigned to:* Judge Dennis Montali | *Date filed:* 01/29/2019 |
| Chapter 11 | *Plan confirmed:* 06/20/2020 |
| Voluntary | *341 meeting:* 04/29/2019 |
| Asset | *Deadline for filing claims:* 10/21/2019 |
|  | *Deadline for filing claims (govt.):* 10/21/2019 |

*Debtor*
**PG&E Corporation**
77 Beale Street
P.O. Box 770000
San Francisco, CA 94177
SAN FRANCISCO–CA
(929) 333–8977
Tax ID / EIN: 94–3234914

represented by **Max Africk**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000
*TERMINATED: 11/12/2019*

**Peter J. Benvenutti**
Keller Benvenutti Kim LLP
650 California St. 19th Fl.
San Francisco, CA 94108
(415) 364–6798
Email: pbenvenutti@kbkllp.com

**Kevin Bostel**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000

**Lee Brand**
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Fl.
San Francisco, CA 94111–5998
415–983–1116
Email: lee.brand@pillsburylaw.com

**Timothy G. Cameron**
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Ave.
New York, NY 10019
(212) 474–1120

**Jared R. Friedmann**
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
(212) 310–8000

**Andriana Georgallas**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000

**Stuart J. Goldring**
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
(212) 310–8000

**Matthew Goren**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000

**David A. Herman**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212–474–1000

**David Franklin Hill, IV**
Weil, Gotshal and Manges, LLP
767 Fifth Ave.
New York, NY 10153
(212) 310–8000

**Stephen Karotkin**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000

**Tobias S. Keller**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108
(415) 796–0709
Email: tkeller@kbkllp.com

**Jane Kim**
Keller Benvenutti Kim LLP
650 California St, Suite 1900
San Francisco, CA 94108
(415) 364–6793
Email: jkim@kbkllp.com

**Katherine Kohn**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200
Washington, DC 20006
(202) 861–2607
Email: kkohn@groom.com

**Kevin Kramer**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000

**David Levine**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200
Washington, DC 20006
(202) 861–5436

Email: dnl@groom.com

**Dara Levinson Silveira**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108
415–364–6793
Email: dsilveira@kbkllp.com

**Jessica Liou**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000

**Omid H. Nasab**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212–474–1000

**John Nolan**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000

**Kevin J. Orsini**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212–474–1000

**Thomas B. Rupp**
Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, CA 94108
415–636–9015
Email: trupp@kbkllp.com

**Bradley R. Schneider**
Munger Tolles and Olson LLP
350 S Grand Ave., 50th Fl.
Los Angeles, CA 90071
(213) 683–9100
Email: bradley.schneider@mto.com
*TERMINATED: 05/18/2022*

**Ray C. Schrock**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000

**Richard W. Slack**
Weil Gotshal and Manges, LLP
767 Fifth Ave.
New York, NY 10153–0119
(212) 310–8000
Email: richard.slack@weil.com

**Theodore Tsekerides**
Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153
212–310–8000

**Paul H. Zumbro**
Cravath, Swaine & Moore LLP
85 Eighth Avenue
New York, NY 10019
2124741000
Email: mao@cravath.com

*Responsible Ind*
**Jason P. Wells**
Senior Vice President
Chief Financial Officer PG&E Corporation
77 Beale St.
San Francisco, CA 94177
(929) 333–8977

*U.S. Trustee*
**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05–0153
San Francisco, CA 94102
(415)705–3333

represented by **Jason Blumberg**
Office of the U.S. Trustee
501 I St. #7–500
Sacramento, CA 95814
(916) 930–2076
Email: jason.blumberg@usdoj.gov

**Cameron M. Gulden**
Office of the United States Trustee
300 Booth St., Room 3009
Reno, NV 89509
(775) 784–5335
Email: cameron.m.gulden@usdoj.gov

**Lynette C. Kelly**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05–0153
San Francisco, CA 94102
(415) 252–2065
Email: ustpregion17.oa.ecf@usdoj.gov

**Timothy S. Laffredi**
Office of the U. S. Trustee – San Jose
280 South 1 St., Suite 268
San Jose, CA 95113
(408) 535–5525
Email: timothy.s.laffredi@usdoj.gov

**Timothy S. Laffredi**
Office of the U.S. Trustee – SF
450 Golden Gate Ave.
Suite 05–0153
San Francisco, CA 94102
(415) 705–3333
Email: timothy.s.laffredi@usdoj.gov

**Marta Villacorta**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05–0153
San Francisco, CA 94102
(415) 252–2062

Email: marta.villacorta@usdoj.gov

| | | |
|---|---|---|
| *Creditor Committee*<br>**Official Committee Of Unsecured Creditors** | represented by | **Paul S. Aronzon**<br>Milbank LLP<br>2029 Century Park East, 33rd Fl.<br>Los Angeles, CA 90067<br>(424) 386–4000<br>Email: paronzon@milbank.com |

**James C. Behrens**
Milbank, LLP
2029 Century Park E, 33rd Fl.
Los Angeles, CA 90067
(424) 386–4436
Email: jbehrens@milbank.com

**Gregory A. Bray**
Milbank LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067
(424) 386–4470
Email: gbray@milbank.com

**Erin Elizabeth Dexter**
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835–7500
Email: edexter@milbank.com

**Dennis F. Dunne**
Milbank, LLP
55 Hudson Yards
New York, NY 10001–2163
(212) 530–5000
Email: ddunne@milbank.com

**Samuel A. Khalil**
Milbank, LLP
55 Hudson Yards
New York, NY 10001–2163
(212) 530–5000
Email: skhalil@milbank.com

**Thomas R. Kreller**
Milbank LLP
2029 Century Park East, 33rd
Los Angeles, CA 90067
(424) 386–4463
Email: tkreller@milbank.com

**Andrew Michael Leblanc**
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835–7500
Email: ALeblanc@milbank.com

**Alan J. Stone**
Milbank LLP
55 Hudson Yards
New York, NY 10001

(212) 530–5000
Email: AStone@milbank.com

**Creditor Committee**
**Official Committee of Tort Claimants**

represented by **Lauren T. Attard**
Baker Hostetler LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025–0509
(310) 820–8800
Email: lattard@bakerlaw.com

**Chris Bator**
Baker & Hostetler LLP
127 Public Square #2000
Cleveland, OH 44114
(216) 621–0200
Email: cbator@bakerlaw.com

**Dustin M. Dow**
Baker & Hostetler LLP
127 Public Square #2000
Cleveland, OH 44114
(216) 621–0200
Email: ddow@bakerlaw.com

**Cecily Ann Dumas**
Baker and Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111–2806
415–659–2600
Email: cdumas@bakerlaw.com

**Joseph M. Esmont**
Baker & Hostetler LLP
127 Public Sq., #2000
Cleveland, OH 44147
(216) 861–7835
Email: jesmont@bakerlaw.com

**Lars H. Fuller**
Baker & Hostetler LLP
1801 California St #4400
Denver, CO 80202
(303) 764–4114
Email: lfuller@bakerlaw.com

**Eric R. Goodman**
Brown Rudnick LLP
601 Thirteenth St. NW, #600
Washington, DC 20005
(202) 536–1740
Email: egoodman@bakerlaw.com
*TERMINATED: 04/07/2021*

**Elizabeth A. Green**
BakerHostetler LLP
200 S. Orange Ave. #2300
Orlando, FL 32801
(407) 649–4000
Email: egreen@bakerlaw.com

**Robert A. Julian**

Baker and Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111–2806
(415) 569–2600
Email: rjulian@bakerlaw.com

**Elyssa S. Kates**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589–4227
Email: ekates@bakerlaw.com

**Kody D. L. Kleber**
Baker & Hostetler LLP
811 Main St., #1100
Houston, TX 77005
(713) 703–1315
Email: kkleber@bakerlaw.com

**John H. MacConaghy**
MacConaghy and Barnier
645 1st St. W #D
Sonoma, CA 95476
(707) 935–3205
Email: macclaw@macbarlaw.com

**Kimberly S. Morris**
Baker & Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
(415) 659–2600
Email: kmorris@bakerlaw.com

**David J. Richardson**
Baker & Hostetler, LLP
11601 Wilshire Blvd.,
14th Floor
Los Angeles, CA 90025
(310) 442–8858
Email: drichardson@bakerlaw.com

**David B. Rivkin, Jr.**
Baker and Hostetler LLP
1050 Connecticut Ave., N.W., #1100
Washington, DC 20036
(202) 861–1731
Email: drivkin@bakerlaw.com

**Jorian L. Rose**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589–4200
Email: jrose@bakerlaw.com

**Eric E. Sagerman**
Baker and Hostetler LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025
(310) 442–8875

Email: esagerman@bakerlaw.com

**Catherine E. Woltering**
Baker & Hostetler LLP
Key Tower, 127 Public Sq., #2000
Cleveland, OH 44114–1214
(614) 462–2677
Email: cwoltering@bakerlaw.com
*TERMINATED: 04/01/2020*

| Filing Date | # | Docket Text |
|---|---|---|
| 05/18/2022 | 12408 | Statement of Issues on Appeal, *and Designation of Record on Appeal of Appellants City of Santa Clara, dba Silicon Valley Power, and Northern California Power Agency; Certificate Regarding Transcripts* (RE: related document(s)12310 Notice of Appeal and Statement of Election filed by Creditor Northern California Power Agency, Creditor City of Santa Clara dba Silicon Valley Power). (Attachments: # 1 Certificate of Service) Filed by Creditors City of Santa Clara dba Silicon Valley Power, Northern California Power Agency (Mouzes, Thomas) (Entered: 05/18/2022) |
| 06/01/2022 | 12477 | Appellee Designation of Contents for Inclusion in Record of Appeal *Designation of Additional Record on Appeal and Statement of Issues* (RE: related document(s)12310 Notice of Appeal and Statement of Election filed by Creditor Northern California Power Agency, Creditor City of Santa Clara dba Silicon Valley Power). Filed by Interested Party California Department of Water Resources (Pascuzzi, Paul) (Entered: 06/01/2022) |

THOMAS G. MOUZES (SBN 99446)
ROBERT D. SWANSON (SBN 162816)
MICHAEL E. CHASE (SBN 214506)
IAN MCGLONE (SBN 315201)
**BOUTIN JONES INC.**
555 Capitol Mall, Fifteenth Floor
Sacramento, CA 95814
Telephone: (916) 321-4444
Email: tmouzes@boutinjones.com
       rswanson@boutinjones.com
       mchase@boutinjones.com
       imcglone@boutinjones.com

*Attorneys for Creditors and Parties-in-Interest*
*CITY OF SANTA CLARA, dba*
*SILICON VALLEY POWER, and*
*NORTHERN CALIFORNIA POWER AGENCY*

LISA S. GAST (*pro hac vice*)
**DUNCAN, WEINBERG, GENZER & PEMBROKE, P.C.**
1667 K Street NW, Suite 700
Washington, DC 20006
Telephone: (202) 791-3601
Email: lsg@dwgp.com

*Attorney for Creditor and Party-in-Interest*
*CITY OF SANTA CLARA, dba SILICON VALLEY POWER*

JANE LUCKHARDT (SBN 141919)
General Counsel
**NORTHERN CALIFORNIA POWER AGENCY**
651 Commerce Drive
Roseville, CA 95678-6411
Phone: 916.781.3636
Email: Jane.Luckhardt@ncpa.com

*Attorney for Creditor and Party-in-Interest*
*NORTHERN CALIFORNIA POWER AGENCY*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | ) Case Nos. 19-30088 DM (Lead Case) |
| | )          19-30089 DM |
| PG&E CORPORATION | ) |
| -and- | ) Chapter 11 |
| PACIFIC GAS AND ELECTRIC | ) Jointly Administered |
| COMPANY, | ) |

| 1 | Debtors. | ) | District Court Case No. 22-cv-02834-HSG |
|---|---|---|---|

1                Debtors.    )   District Court Case No. 22-cv-02834-HSG

2   ☐ Affects PG&E Corporation    )   **STATEMENT OF ISSUES TO BE**
                                        )   **PRESENTED ON APPEAL AND**

3   ☐Affects Pacific Gas and Electric Company )   **DESIGNATION OF RECORD ON APPEAL**
                                        )   **OF APPELLANTS CITY OF SANTA**

4   ☒ Affects both Debtors.              )   **CLARA, DBA SILICON VALLEY POWER,**
                                        )   **AND NORTHERN CALIFORNIA POWER**

5   * All papers shall be filed in the Lead Case   )   **AGENCY; CERTIFICATE REGARDING**

6   No. 19-30088 DM                  )   **TRANSCRIPTS.**
                                        )

7                                         )   **[Related to Dkt. Nos. 11999, 12000, 12001,**

8                                         )   **12054, 12207]**

9

10     **PLEASE TAKE NOTICE** that, pursuant to Rule 8009 of the Federal Rules of Bankruptcy

11 Procedure, City of Santa Clara, dba Silicon Valley Power ("Santa Clara"), and Northern California

12 Power Agency ("NCPA") (sometimes collectively the "Appellants"), creditors and parties in interest,

13 by and through its undersigned counsel, hereby submit this (a) statement of issues to be presented on

14 appeal and (b) designation of items to be included in the record on appeal in connection with their

15 appeal to the United States District Court for the Northern District of California from the *Order*

16 *Regarding Dispute Between Debtors and California Department of Water Resources* [Dkt. No.

17 12207], entered on April 22, 2022 (the "**Final Order**"), and each of the following interlocutory orders

18 and decisions (collectively with the Final Order, the "**Orders**"):

19     (a) *Memorandum Decision Regarding Dispute Between Debtors and the California*

20 *Department of Water Resources* [Dkt. No. 11999], entered on March 8, 2022;

21     (b) *Order Granting California Department Of Water Resources' Motion For Order*

22 *Determining That The Castle Rock Agreement With PG&E Cannot Be Assumed And Claim No. 78104*

23 *Be Paid* [Dkt. No. 12000], entered on March 8, 2022;

24     (c) *Order Denying Motion of the Reorganized Debtors for Entry of an Order Modifying Plan*

25 *Injunction and Compelling Arbitration of Claim of California Department of Water Resources* [Dkt.

26 No. 12001], entered on March 8, 2022; and,

27     (d) *Order Denying Motion to Intervene by City of Santa Clara, dba Silicon Valley Power and*

28 *Northern California Power Agency* [Dkt. No. 12054], entered on March 22, 2022.

**I.     STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

1.     Whether the Bankruptcy Court erred by concluding that its denial of the motion of PG&E Corporation ("PG&E Corp.") and Pacific Gas and Electric Company (the "Utility") as debtors and reorganized debtors (collectively, "PG&E," the "Debtors," or the "Reorganized Debtors") to modify the Plan Injunction of the confirmed Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 ("Plan") to compel arbitration of the proof of claim [Claim No. 78014] filed by California Department of Water Resources ("DWR") and whether DWR had properly terminated the Agreement of Cotenancy in the Castle Rock Junction-Lakeville 230-kv Transmission Line ("Cotenancy Agreement") among PG&E, Santa Clara, NCPA, was also a denial of the Reorganized Debtors', Santa Clara's, and NCPA's right to arbitrate their non-core affirmative claims against DWR under the Cotenancy Agreement and the dispute between and among DWR, Santa Clara and NCPA concerning the related Castle Rock-Lakeville 230 kv Transmission Line Transmission Service Agreement ("Transmission Agreement").

2.     Whether the Bankruptcy Court, having denied the Debtors' motion to compel arbitration of DWR's proof of claim [Claim No. 78014] and DWR's termination of the Cotenancy Agreement, erred and exceeded its jurisdiction by failing to require the filing of an adversary proceeding with PG&E, Santa Clara, NCPA and DWR as parties thereto.

3.     Whether the Bankruptcy Court, having denied the Debtors' motion to compel arbitration of DWR's proof of claim [Claim No. 78014] and DWR's termination of the Cotenancy Agreement, erred and exceeded its jurisdiction by proceeding further as a contested matter and denying Santa Clara and NCPA the right to have their non-core affirmative contract claims against DWR arising under the Cotenancy Agreement and Transmission Agreement decided by an Article III Court, including where Santa Clara and NCPA had not consented to the Bankruptcy Court entering any final judgment and had not put their non-core affirmative contract claims at issue.

4.     Whether the Bankruptcy Court, having denied the Debtors' motion to compel arbitration of DWR's proof of claim [Claim No. 78014] and DWR's termination of the Cotenancy Agreement, erred in denying Santa Clara's and NCPA's, creditors and parties in interest, intervention motion and request to participate in the contested matter encompassing their non-core affirmative

1   contract claims against DWR arising under the Cotenancy Agreement.

2        5.    Whether after PG&E agreed to pay the DWR proof of claim [Claim No. 78014] in full

3   and PG&E confirmed that PG&E would not contest that the Cotenancy Agreement had been

4   terminated by DWR and no actual controversy existed, the Bankruptcy Court erred and exceeded its

5   jurisdiction including by issuing the Final Order.

6        6.    Whether after PG&E agreed to pay the DWR proof of claim [Claim No. 78014] in full

7   and PG&E confirmed that PG&E would not contest that the Cotenancy Agreement had been

8   terminated by DWR and the controversy rendered moot and hypothetical, the Bankruptcy Court erred

9   and exceeded its jurisdiction including by issuing the Final Order.

10       7.    Whether the Bankruptcy Court, having denied the Debtors' motion to compel

11   arbitration of DWR's proof of claim [Claim No. 78014] and DWR's termination of the Cotenancy

12   Agreement, erred and exceeded its jurisdiction in the Final Order including by binding Santa Clara

13   and NCPA in that Final Order, and determining the rights, interests, and/or obligations of the

14   respective parties, including Santa Clara and NCPA, under the Cotenancy Agreement by a contested

15   matter.

16       8.    Whether the Bankruptcy Court, as to Santa Clara and NCPA, erred and exceeded its

17   jurisdiction and/or denied Santa Clara and NCPA their respective due process rights.

18       9.    Whether the Bankruptcy Court erred in denying the request of PG&E to present its non-

19   core affirmative contract claims with DWR through an adversary proceeding and in determining that

20   PG&E waived their rights to an adversary proceeding and the procedure protections afforded pursuant

21   to the Federal Rules of Bankruptcy Procedures.

22       10    Whether the Bankruptcy Court erred in determining that the dispute concerning Santa

23   Clara' and NCPA's non-core affirmative contract claims against DWR concerning DWR's liability

24   for removal costs under the Cotenancy Agreement was properly before the Bankruptcy Court.

25       11.    Assuming the Bankruptcy Court properly reached the merits of the dispute concerning

26   the Cotenancy Agreement, whether the Bankruptcy Court erred in determining that DWR's

27   interpretation of the Cotenancy Agreement was correct.

28   ///

1   12.   Assuming the Bankruptcy Court properly reached the merits of the dispute concerning

2   the Cotenancy Agreement, whether the Bankruptcy Court erred in determining that DWR did not owe

3   any estimated future removal costs or anything else to PG&E and Santa Clara and NCPA under the

4   Cotenancy Agreement.

5   13.   Assuming the Bankruptcy Court properly reached the merits of the dispute concerning

6   the Cotenancy Agreement, whether the Bankruptcy Court erred in determining that there are no

7   damages to be assessed by the Bankruptcy Court or by arbitration, under the Cotenancy Agreement.

8   14.   Whether the Bankruptcy Court otherwise erred in its determinations against Santa Clara

9   and NCPA concerning the Cotenancy Agreement.

10   **II.   DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD**

11   The Appellants hereby designate the items below to be included in the record on appeal, which

12   includes all exhibits and attachments thereto and filed therewith and all documents incorporated by

13   reference therein.

14   ***IN RE PG&E CORPORATION, ET AL. (U.S.B.C. CASE NO. 19-20088 (DM))***

15   ***Jointly Administered***

| Date Filed | Docket No. | Docket Text |
|---|---|---|
| 2/1/2019 | 263 | Amended Declaration of Jason P. Wells in Support of First Day Motions and Related Relief |
| 10/18/2019 | Proof of Claim No. 78104 | Proof of Claim of California Department of Water Resources |
| 5/01/2020 | 7037 | Notice Regarding Filing of Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 (RE: related document(s)6320 Amended Chapter 11 Plan Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 Filed by Debtor PG&E Corporation (RE: related document(s)3841 Chapter 11 Plan filed by Debtor PG&E Corporation, 3966 Amended Chapter 11 Plan filed by Debtor PG&E Corporation, 4563 Amended Chapter 11 Plan filed by Debtor PG&E Corporation, 5101 Amended Chapter 11 Plan filed by Debtor PG&E Corporation, 5590 Amended Chapter 11 Plan filed by Debtor PG&E Corporation, 6217 Amended Chapter 11 Plan filed by Debtor PG&E Corporation).). Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 05/01/2020) |

| | | |
|---|---|---|
| 5/15/2020 | 7276 | California State Agencies' Objections to Schedule of Executory Contracts and Unexpired Leases to be Assumed Pursuant to the Plan and Proposed Cure Amounts [Docket No. 7037] |
| 6/19/2020 | 8048 | Amended Chapter 11 Plan Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 Filed by Debtor PG&E Corporation (RE: related document(s) 7521 Amended Chapter 11 Plan filed by Debtor PG&E Corporation). (Rupp, Thomas) (Entered: 06/19/2020) |
| 6/20/2020 | 8053 | Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 and Notice of Order Confirming Plan (RE: related document(s) 8048 Amended Chapter 11 Plan filed by Debtor PG&E Corporation). (Attachments: # 1 Exhibit A - Debtors and Shareholder Proponents Joint Plan of Chapter 11 Reorganization Dated June 19, 2020 # 2 Exhibit B - Rights Offering Procedures # 3 Exhibit C - Schedule of Pending Investigations) (lp) Additional attachment(s) Notice of Order Confirming Plan added on 6/22/2020 (dc). (Entered: 06/20/2020) |
| 6/22/2020 | 8066 | June 19, 2020 Hearing Transcript |
| 2/1/2022 | 11887 | Motion to Reject Lease or Executory Contract Motion for Order Determining that the Castle Rock Agreement with PG&E Cannot be Assumed and that the Department of Water Resources' Claim No. 78104 be Paid Filed by Interested Party California Department of Water Resources (Pascuzzi, Paul) (Entered: 02/01/2022) |
| 2/1/2022 | 11888 | Notice of Hearing on Motion for Order Determining that the Castle Rock Agreement with PG&E Cannot be Assumed and that the Department of Water Resources' Claim No. 78104 be Paid (RE: related document(s) 11887 Motion to Reject Lease or Executory Contract Motion for Order Determining that the Castle Rock Agreement with PG&E Cannot be Assumed and that the Department of Water Resources' Claim No. 78104 be Paid Filed by Interested Party California Department of Water Resources). **Hearing scheduled for 3/2/2022 at 10:00 AM via Tele/Videoconference -** www.canb.uscourts.gov/calendars. Filed by Interested Party California Department of Water Resources (Pascuzzi, Paul) (Entered: 02/01/2022) |
| 2/1/2022 | 11889 | Declaration of Ghassan AlQaser in support of Motion for Order Determining that the Castle Rock Agreement with PG&E Cannot be Assumed and that the Department of Water Resources' Claim No. 78104 be Paid (RE: related document(s) 11887 Motion to Reject Lease or Executory Contract). Filed by Interested Party California Department of Water Resources (Attachments: # 1 Exhibit Exhibit 1 - Part 1 # 2 Exhibit Exhibit 1 - Part 2 # 3 Exhibit Exhibit 2 # 4 Exhibit Exhibit 3 - Part 1 # 5 Exhibit Exhibit 3 - Part 2 # 6 Exhibit Exhibit 4 # 7 Exhibit Exhibit 5 # 8 Exhibit Exhibit 6) (Pascuzzi, Paul) (Entered: |

| | | 02/01/2022) |
|---|---|---|
| 2/2/2022 | 11895 | Certificate of Service (RE: related document(s) 11887 Motion to Reject Lease or Executory Contract, 11888 Notice of Hearing, 11889 Declaration). Filed by Interested Party California Department of Water Resources (Pascuzzi, Paul) (Entered: 02/02/2022) |
| 2/2/2022 | 11896 | Motion of the Reorganized Debtors for Entry of an Order Modifying Plan Injunction and Compelling Arbitration of Claim of California Department of Water Resources Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 02/02/2022) |
| 2/2/2022 | 11897 | Declaration of Joshua S. Levenberg in Support of Motion of the Reorganized Debtors for Entry of an Order Modifying Plan Injunction and Compelling Arbitration of Claim of California Department of Water Resources (RE: related document(s) 11896 Motion Miscellaneous Relief). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit 1 - Cotenancy Agreement # 2 Exhibit 2 - Transmission Service Agreement # 3 Exhibit 3 - CDWR Letter of July 30, 2018 # 4 Exhibit 4 - Proof of Claim # 5 Exhibit 5 - FERC Order) (Rupp, Thomas) (Entered: 02/02/2022) |
| 2/2/2022 | 11898 | Notice of Hearing on Motion of the Reorganized Debtors for Entry of an Order Modifying Plan Injunction and Compelling Arbitration of Claim of California Department of Water Resources (RE: related document(s) 11896 Motion Motion of the Reorganized Debtors for Entry of an Order Modifying Plan Injunction and Compelling Arbitration of Claim of California Department of Water Resources Filed by Debtor PG&E Corporation). Hearing scheduled for 3/2/2022 at 10:00 AM via Tele/Videoconference - www.canb.uscourts.gov/calendars. Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 02/02/2022) |
| 2/9/2022 | 11914 | Certificate of Service of Alain B. Francoeur Regarding One Hundred Eighth Omnibus Objection Stipulation, California Department of Water Resources Arbitration Motion, Levenberg Declaration, and Notice of Hearing Filed by Other Prof. Prime Clerk LLC (related document(s) 11894 Stipulation to Continue Hearing, 11896 Motion Miscellaneous Relief, 11897 Declaration, 11898 Notice of Hearing). (Malo, David) (Entered: 02/09/2022) |
| 2/16/2022 | 11937 | Brief/Memorandum in Opposition to // The Reorganized Debtors' (I) Preliminary Opposition to California Department of Water Resources' Motion for Order Determining that Castle Rock Agreement with PG&E Cannot Be Assumed and that the Department of Water Resources' Claim No. 78104 Be Paid and (II) Request, in the Alternative, for a Status Conference (RE: related document(s) 11887 Motion to Reject Lease or Executory Contract). Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 02/16/2022) |

| 2/16/2022 | 11942 | Brief/Memorandum in Opposition to Reorganized Debtors' Motion for Order Modifying Plan Injunction and Compelling Arbitration (RE: related document(s) 11896 Motion Miscellaneous Relief). Filed by Interested Party California Department of Water Resources (Attachments: # 1 Declaration of Ghassan AlQaser) (Pascuzzi, Paul) (Entered: 02/16/2022) |
|---|---|---|
| 2/23/2022 | 11962 | Reply to the Reorganized Debtors' Preliminary Opposition to Motion for Order Determining that the Castle Rock Agreement with PG&E Cannot be Assumed and that the Department of Water Resources' Claim No 78104 be Paid (RE: related document(s) 11887 Motion to Reject Lease or Executory Contract, 11937 Opposition Brief/Memorandum). Filed by Interested Party California Department of Water Resources (Pascuzzi, Paul) (Entered: 02/23/2022) |
| 2/23/2022 | 11963 | Reply in Further Support of Motion of the Reorganized Debtors for Entry of an Order Modifying Plan Injunction and Compelling Arbitration of Claim of California Department of Water Resources (RE: related document(s) 11896 Motion Miscellaneous Relief). Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 02/23/2022) |
| 2/23/2022 | 11964 | Supplemental Declaration of Joshua S Levenberg in Support of Motion of the Reorganized Debtors for Entry of an Order Modifying Plan Injunction and Compelling Arbitration of Claim of California Department of Water Resources (RE: related document(s) 11896 Motion Miscellaneous Relief). Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 02/23/2022) |
| 2/28/2022 | | DOCKET TEXT ORDER (no separate order issued:) On March 2, 2022, at 10:00 AM, the court will begin with the PURPA claims objections and responses (Dkt ## 11230, 11231, 11232; 11476, 11477; 11654, 11655; 11947, 11948). Each side will have twenty minutes, with counsel for Claimants going first and expected to reserve a portion of the time for rebuttal. Next the court will consider TOGETHER the California DWR Motion (Dkt 11887, et seq.) and the Debtors' Motion To Modify (Dkt 11896, et seq.). Each side will have twenty minutes, with counsel for the DWR going first and expected to reserve a portion of the time for rebuttal. (Montali, Dennis) (Entered: 02/28/2022) |
| 3/2/2022 | 11986 | Transcript regarding Hearing Held 3/2/2022 RE: Reorganized Debtors' One Hundred Eighth Omnibus Objection To Claims (Purpa Claims) Filed By PG&E Corporation 11230; California Department Of Water Resources' Motion For Order Determining That The Castle Rock Agreement With PG&E Cannot Be Assumed And That The Department Of Water Resources' Claim No. 78104 Be Paid (11887); Motion Of The Reorganized Debtors For Entry Of An Order Modifying Plan Injunction And Compelling Arbitration Of Claim Of California Department Of Water Resources Filed By PG&E |

| | | Corporation (11896). |
|---|---|---|
| 3/8/2022 | 11999 | Memorandum Decision Regarding Dispute Between Debtors and the California Department of Water Resources (RE: related document(s) 11887 Motion to Reject Lease or Executory Contract filed by Interested Party California Department of Water Resources, 11896 Motion Miscellaneous Relief filed by Debtor PG&E Corporation). (lp) (Entered: 03/08/2022) |
| 3/8/2022 | 12000 | Order Granting California Department of Water Resources' Motion For Order Determining That The Castle Rock Agreement With PG&E Cannot Be Assumed And Claim No. 78104 Be Paid (Related Doc # 11887) (lp) (Entered: 03/08/2022) |
| 3/8/2022 | 12001 | Order Denying Debtors' Motion For Entry Of An Order Modifying Plan Injunction And Compelling Arbitration Of Claim Of California Department Of Water Resources (Related Doc # 11896) (lp) (Entered: 03/08/2022) |
| 3/15/2022 | 12024 | Motion Notice of Appearance and Ex Parte Application for Order Authorizing City of Santa Clara, dba Silicon Valley Power and Northern California Power Agency to Intervene and File a Response to California Department of Water Resources' Motion for Order Determining That the Castle Rock Agreement Cannot Be Assumed and That the Department of Water Resources' Claim No. 78014 be be Paid Filed by Creditors City of Santa Clara dba Silicon Valley Power, Northern California Power Agency (Attachments: # 1 Declaration of Thomas G. Mouzes iso Notice of Appearance and Ex Parte Application for Order # 2 Certificate of Service) (Mouzes, Thomas) (Entered: 03/15/2022) |
| 3/17/2022 | 12035 | Brief/Memorandum in Opposition to the Ex Parte Application for Order Authorizing City of Santa Clara, DBA Silicon Valley Power and Northern California Power Agency to Intervene and File a Response to California Department of Water Resources' Motion for Order Determining that the Castle Rock Agreement with PG&E Cannot be Assumed and that the Department of Water Resources' Claim No. 78104 be Paid (RE: related document(s) 12024 Motion Miscellaneous Relief). Filed by Interested Party California Department of Water Resources (Pascuzzi, Paul) (Entered: 03/17/2022) |
| 3/21/2022 | 12054 | Order Denying Motion to Intervene by City of Santa Clara, DBA Silicon Valley Power and Northern California Power Agency (Related Doc # 12024) (lp) (Entered: 03/22/2022) |
| 3/25/2022 | 12076 | Response Memorandum of the Reorganized Debtors Regarding Claim of California Department of Water Resources (RE: related document(s) 11999 Memorandum Decision). Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 03/25/2022) |

| 3/25/2022 | 12077 | Declaration of Joshua S Levenberg in Support of Memorandum of the Reorganized Debtors Regarding Claim of California Department of Water Resources |
|---|---|---|
| 4/8/2022 | 12129 | Reply to PG&E's Memorandum Regarding Department of Water Resources' Claim No. 78104 and Further Briefing of Issues; Request for Order Staying Arbitration (RE: related document(s) 11999 Memorandum Decision, 12076 Response). Filed by Interested Party California Department of Water Resources (Attachments: # 1 Declaration of Danette E. Valdez # 2 Certificate of Service) (Pascuzzi, Paul) (Entered: 04/08/2022) |
| 4/10/2022 | | DOCKET TEXT ORDER (no separate order issued:) The court will hold a hearing on an expedited basis via Zoom on Wednesday, April 13, 2022, at 10:00 AM. This is short notice of a fast-developing matter. The court will discuss with counsel the situation following the March 8 Memorandum Decision (Dkt 11999) and the two related now-final orders to deny the PG&E request for arbitration (Dkt 12001) and to reserve to this court whether CDWR owes ANY estimated future removal costs to PG&E (Dkt 12000), the somewhat opaque and ambiguous statement (Dkt 12076) by PG&E that the core bankruptcy matters that were before the court have been resolved (when they have not been), the subsequent demand for arbitration by SVP and NCPA, thereafter joined by PG&E, CDWR's request for an injunction (Dkt 12129) and related matters. The court may refine and elaborate on its concerns before the hearing. Nothing should be filed by any party before then. (Montali, Dennis) (Entered: 04/10/2022) |
| 4/11/2022 | 12147 | Tentative Ruling Re Dispute Between Debtors and the California Department of Water Resources (lp) (Entered: 04/11/2022) |
| 4/13/2002 | 12156 | Transcript regarding Hearing Held 4/13/2022 RE: STATUS CONFERENCE RE THE COURT'S DOCKET TEXT ORDER (DKT 11999) (DKT 12001) (DKT 12000) (DKT 12076) (DKT 12129). |
| 4/22/2022 | 12207 | Order Regarding Dispute Between Debtors and California Department of Water Resources (RE: related document(s) 11887 Motion to Reject Lease or Executory Contract filed by Interested Party California Department of Water Resources). (lp) (Entered: 04/22/2022) |
| 5/05/2022 | 12310 | Notice of Appeal and Statement of Election to Have Appeal Heard by United States District Court for the Northern District of California, Fee Amount $ 298. (RE: related document(s)11999 Memorandum Decision, 12000 Order on Motion to Reject Lease or Executory Contract, 12001 Order on Motion for Miscellaneous Relief, 12054 Order on Motion for Miscellaneous Relief, 12207 Order). Appellant Designation due by 05/23/2022. Transmission of Record to District Court due by 06/6/2022. Statement of Issues due by 05/23/2022. (Attachments: # 1 Certificate of Service) Filed by Creditors City of |

| | | Santa Clara dba Silicon Valley Power, Northern California Power Agency. (Mouzes, Thomas) (Entered: 05/05/2022) |
|---|---|---|
| 05/05/2022 | 12322 | Courts Certificate of Mailing. Number of notices mailed: 18 (RE: related document(s) 12310 Notice of Appeal and Statement of Election). (dc) (Entered: 05/06/2022) |

## III.    CERTIFICATE REGARDING TRANSCRIPTS

Pursuant to Rule 8009(b)(1)(B) of the Federal Rules of Bankruptcy Procedure, Appellants hereby file this certificate stating that Appellants are not ordering any transcripts.  All transcripts have been prepared, are filed on the docket and are designated in the foregoing designation of record.

DATED: May 18, 2022.                     BOUTIN JONES INC.

By:    _/s/ Thomas G. Mouzes_
                                  Thomas G. Mouzes
                                  Robert D. Swanson
                                  Michael E. Chase
                                  Ian McGlone

-and-

Lisa S. Gast
DUNCAN, WEINBERG, GENZER & PEMBROKE,
P.C.

Attorney *for Creditor and Party-in-Interest,*
*CITY OF SANTA CLARA, dba SILICON VALLEY*
*POWER*

-and-

Jane Luckhardt
General Counsel
NORTHERN CALIFORNIA POWER AGENCY
*Attorney for Creditor and Party-in-Interest*
*NORTHERN CALIFORNIA POWER AGENCY*

# CERTIFICATE OF SERVICE

I am employed in the County of Sacramento; my business address is 555 Capitol Mall, Suite 1500, Sacramento, California 95814. I am over the age of eighteen years and not a party to the foregoing action.

On May 18, 2022, I served the within:

**(1) STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL AND DESIGNATION OF RECORD ON APPEAL OF APPELLANTS CITY OF SANTA CLARA, DBA SILICON VALLEY POWER, AND NORTHERN CALIFORNIA POWER AGENCY; CERTIFICATE REGARDING TRANSCRIPTS**

| X | **(by mail)** on all parties in said action by regular, first class United States mail, postage fully pre-paid, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Boutin Jones Inc., mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Sacramento, California. |

*See attached list of parties served by first class mail.*

| | | |
|---|---|---|
| 1 | Lisa S. Gast<br>DUNCAN, WEINBERG, GENZER &<br>PEMBROKE, P.C.<br>1667 K Street NW, Suite 700<br>Washington, DC 20006 | *Appellant* |
| 2 | | |
| 3 | | |
| 4 | JANE LUCKHARDT (SBN 141919)<br>General Counsel<br>NORTHERN CALIFORNIA POWER<br>AGENCY<br>651 Commerce Drive<br>Roseville, CA 95678-6411 | *Appellant* |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | ROBERT BONTA<br>Attorney General of California<br>DANETTE VALDEZ, SBN 141780<br>ANNADEL ALMENDRAS, SBN 192064<br>Supervising Deputy Attorneys General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004 | *Appellee* |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | PAUL J. PASCUZZI, SBN 148810<br>NICHOLAS L. KOHLMEYER, SBN 299087<br>FELDERSTEIN FITZGERALD<br>WILLOUGHBY PASCUZZI & RIOS LLP<br>500 Capitol Mall, Suite 2250<br>Sacramento, CA 95814 | *Appellee* |
| 13 | | |
| 14 | | |
| 15 | Richard W. Slack (pro hac vice)<br>Theodore E. Tsekerides (pro hac vice)<br>Jessica Liou (pro hac vice)<br>Matthew Goren (pro hac vice)<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119 | *Other Interested Parties* |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | Jane Kim<br>David A. Taylor<br>Thomas B. Rupp<br>KELLER BENVENUTTI KIM LLP<br>650 California Street, Suite 1900<br>San Francisco, CA 94108 | *Other Interested Parties* |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | PG&E Corporation<br>77 Beale Street<br>P.O. Box 770000<br>San Francisco, CA 94177 | *Debtor* |
| 24 | | |
| 25 | Pacific Gas and Electric Company<br>77 Beale Street<br>P.O. Box 770000<br>San Francisco, CA 94177 | *Debtor* |
| 26 | | |
| 27 | Peter J. Benvenutti<br>Keller Benvenutti Kim LLP<br>650 California St. 19th Fl.<br>San Francisco, CA 94108 | *Attorneys for Debtor* |
| 28 | | |

| | |
|---|---|
| Kevin Bostel<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | *Attorneys for Debtor* |
| Lee Brand<br>Pillsbury Winthrop Shaw Pittman LLP<br>Four Embarcadero Center, 22nd Fl.<br>San Francisco, CA 94111-5998 | *Attorneys for Debtor* |
| Timothy G. Cameron<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 8th Ave.<br>New York, NY 10019 | *Attorneys for Debtor* |
| Jared R. Friedmann<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave.<br>New York, NY 10153 | *Attorneys for Debtor* |
| Andriana Georgallas<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | *Attorneys for Debtor* |
| Stuart J. Goldring<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave.<br>New York, NY 10153 | *Attorneys for Debtor* |
| Matthew Goren<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | *Attorneys for Debtor* |
| David A. Herman<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | *Attorneys for Debtor* |
| Stephen Karotkin<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | *Attorneys for Debtor* |
| Tobias S. Keller<br>Keller Benvenutti Kim LLP<br>650 California St. #1900<br>San Francisco, CA 94108 | *Attorneys for Debtor* |
| Jane Kim<br>Keller Benvenutti Kim LLP<br>650 California St, Suite 1900<br>San Francisco, CA 94108 | *Attorneys for Debtor* |
| Katherine Kohn<br>Groom Law Group, Chartered<br>1701 Pennsylvania Ave, NW #1200<br>Washington, DC 20006 | *Attorneys for Debtor* |

| | |
|---|---|
| Kevin Kramer<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | *Attorneys for Debtor* |
| David Levine<br>Groom Law Group, Chartered<br>1701 Pennsylvania Ave, NW #1200<br>Washington, DC 20006 | *Attorneys for Debtor* |
| Dara Levinson Silveira<br>Keller Benvenutti Kim LLP<br>650 California St. #1900<br>San Francisco, CA 94108 | *Attorneys for Debtor* |
| Jessica Liou<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | *Attorneys for Debtor* |
| Omid H. Nasab<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | *Attorneys for Debtor* |
| John Nolan<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | *Attorneys for Debtor* |
| Kevin J. Orsini<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | *Attorneys for Debtor* |
| Thomas B. Rupp<br>Keller Benvenutti Kim LLP<br>650 California Street, Suite 1900<br>San Francisco, CA 94108 | *Attorneys for Debtor* |
| Bradley R. Schneider<br>Munger Tolles and Olson LLP<br>350 S Grand Ave., 50th Fl.<br>Los Angeles, CA 90071 | *Attorneys for Debtor* |
| Ray C. Schrock<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | *Attorneys for Debtor* |
| Richard W. Slack<br>Weil Gotshal and Manges, LLP<br>767 Fifth Ave.<br>New York, NY 10153-0119 | *Attorneys for Debtor* |
| Theodore Tsekerides<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | *Attorneys for Debtor* |
| Paul H. Zumbro<br>Cravath, Swaine & Moore LLP<br>85 Eighth Avenue<br>New York, NY 10019 | *Attorneys for Debtor* |

| | |
|---|---|
| Office of the United States Trustee for Region 17<br>Attn: James L. Snyder, Esq. and Timothy Laffredi, Esq.<br>450 Golden Gate Avenue, 5th Floor, Suite #05-0153<br>San Francisco, CA 94102 | *U.S. Trustee* |
| Annadel A. Almendras<br>California Attorney General's Office<br>455 Golden Gate Ave., #11000<br>San Francisco, CA 94102 | *Attorneys for California Department of Water Resources* |
| Xavier Becerra<br>Office of the Attorney General<br>1515 Clay St., 20th Fl.<br>P.O. Box 70550<br>Oakland, CA 94612-0550 | *Attorneys for California Department of Water Resources* |
| Steven H. Felderstein<br>Felderstein Fitzgerald Willoughby et al<br>500 Capitol Mall #2250<br>Sacramento, CA 95814 | *Attorneys for California Department of Water Resources* |
| Paul J. Pascuzzi<br>Felderstein Fitzgerald et al LLP<br>500 Capitol Mall #2250<br>Sacramento, CA 95814 | *Attorneys for California Department of Water Resources* |
| James Potter<br>Office of the Attorney General<br>1515 Clay St., 20th Fl.<br>P.O. Box 70550<br>Oakland, CA 94612-0550 | *Attorneys for California Department of Water Resources* |
| Danette E. Valdez<br>Office of the Attorney General<br>455 Golden Gate Ave. #11000<br>San Francisco, CA 94102-7005 | *Attorneys for California Department of Water Resources* |
| Rob Bonta<br>Attorney General of California<br>Margarita Padilla Supervising Deputy Attorney General<br>Annadel A. Almendras<br>Supervising Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004 | *Attorneys for California Department of Water Resources* |

///

///

///

///

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) <u>5/18/2022,</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Elliot Adler**    eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- **Aaron L. Agenbroad**    alagenbroad@jonesday.com, saltamirano@jonesday.com
- **Gabrielle L. Albert**    galbert@kbkllp.com
- **Annadel A. Almendras**    annadel.almendras@doj.ca.gov
- **Destiny N. Almogue**    Destiny.Almogue@skadden.com, wendy.lamanna@skadden.com
- **Monique D. Almy**    malmy@crowell.com
- **Anne Andrews**    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- **Philip Anker**    philip.anker@wilmerhale.com, whdocketing@wilmerhale.com
- **Richard L. Antognini**    rlalawyer@yahoo.com, hallonaegis@gmail.com
- **Tyson Arbuthnot**    tarbuthnot@rjo.com, jyeung@rjo.com
- **Lauren T. Attard**    lattard@bakerlaw.com, agrosso@bakerlaw.com
- **Herb Baer**    hbaer@primeclerk.com, ecf@primeclerk.com
- **Kathryn E. Barrett**    keb@svlg.com, amt@svlg.com
- **Chris Bator**    cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- **Ronald S. Beacher**    rbeacher@pryorcashman.com
- **Hagop T. Bedoyan**    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- **Andrew David Behlmann**    abehlmann@lowenstein.com, elawler@lowenstein.com
- **Tanya Behnam**    tbehnam@polsinelli.com, ladocketing@polsinelli.com
- **James C. Behrens**    jbehrens@milbank.com, mkoch@milbank.com
- **Jacob Taylor Beiswenger**    jbeiswenger@omm.com, llattin@omm.com
- **Peter J. Benvenutti**    pbenvenutti@kbkllp.com
- **Robert Berens**    rberens@smtdlaw.com, sr@smtdlaw.com
- **Ronald F. Berestka**    rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
- **Heinz Binder**    heinz@bindermalter.com
- **Jared D. Bissell**    jared.bissell@troutman.com
- **Neil Jon Bloomfield**    njbloomfield@njblaw.com, gklump@njblaw.com
- **Jason Blumberg**    jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- **Richard Bodnar**    rbodnar@rksllp.com
- **Melissa Boey**    melissa.boey@morganlewis.com
- **Paige Boldt**    pboldt@wattsguerra.com, cwilson@wattsguerra.com
- **Jason Borg**    jborg@jasonborglaw.com
- **Evan C. Borges**    eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- **Mark Bostick**    mbostick@wendel.com, bankruptcy@wendel.com
- **James L. Bothwell**    jbothwell@huegeninkahn.com, jguzman@huegeninkahn.com
- **Peter R. Boutin**    peter.boutin@kyl.com, lara.joel@kyl.com
- **Erin N. Brady**    erin.brady@hoganlovells.com
- **Lee Brand**    lee.brand@pillsburylaw.com, docket@pillsburylaw.com
- **Gregory A. Bray**    gbray@milbank.com

- **Michael D. Breslauer**   mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- **W. Steven Bryant**   molly.batiste-debose@lockelord.com
- **Chane Buck**   cbuck@jonesday.com
- **Kathlene Burke**   kathlene.burke@skadden.com, burke.kathlene@gmail.com
- Frank Busch   busch@wvbrlaw.com, pallister@wvbrlaw.com
- **Elizabeth J. Cabraser**   ecabraser@lchb.com, awolf@lchb.com
- **Anthony P. Cali**   anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- **Peter C. Califano**   pcalifano@cwclaw.com
- **Steven M. Campora**   scampora@dbbwc.com, nlechuga@dbbwc.com
- **Leah E. Capritta**   Leah.Capritta@hklaw.com, reena.kaur@hklaw.com
- **Nicholas A. Carlin**   nac@phillaw.com, rac@phillaw.com
- **Katherine Rose Catanese**   kcatanese@foley.com
- **Matthew Cave**   mcave@kfc.law
- **Barry A. Chatz**   barry.chatz@saul.com, barry.chatz@gmail.com
- **Karen J. Chedister**   kchedister@h-jlaw.com
- **Christina Lin Chen**   christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- **Richard A. Chesley**   richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- **Kevin Chiu**   kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com
- **Jacquelyn H. Choi**   jacquelyn.choi@rimonlaw.com, docketing@rimonlaw.com
- **Shawn M. Christianson**   schristianson@buchalter.com
- **Robert N.H. Christmas**   rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- **Jae Angela Chun**   ajc@chun.law, teresa@tosdallaw.com
- **Gerard T. Cicero**   GCicero@brownrudnick.com, NKhalatova@brownrudnick.com
- **Louis J. Cisz**   lcisz@nixonpeabody.com
- **Valerie E. Clemen**   mcarter@coombslaw.com
- **Alicia Clough**   aclough@loeb.com
- **Tiffany Strelow Cobb**   tscobb@vorys.com
- **John B. Coffman**   john@johncoffman.net
- **Kevin G. Collins**   kevin.collins@btlaw.com
- **Brian S. Conlon**   bsc@phillaw.com, rac@phillaw.com
- **Charles Cording**   ccording@willkie.com, mao@willkie.com
- **Manuel Corrales**   mannycorrales@yahoo.com, hcskanchy@hotmail.com
- **Anne Costin**   anne@costinlawfirm.com
- **Christopher J. Cox**   chris.cox@hoganlovells.com
- **Donald H. Cram**   dhc@severson.com
- **Ashley Vinson Crawford**   avcrawford@akingump.com, dkrasa-berstell@akingump.com
- **Douglas S. Crosno**   douglas.crosno@hoganlovells.com
- **Andrea Crowl**   acrowl@dbbwc.com
- **J. Russell Cunningham**   rcunningham@dnlc.net, emehr@dnlc.net
- **Keith J. Cunningham**   rkelley@pierceatwood.com
- **James D. Curran**   jcurran@wolkincurran.com, dstorms@wolkincurran.com
- **Tambra Curtis**   tambra.curtis@sonoma-county.org, Megan.Sweeley@sonoma-county.org
- **Stacy A. Dasaro**   sdasaro@goodwinlaw.com

- **James M. Davis**   jdavis@cglaw.com
- **Nicolas De Lancie**   ndelancie@jmbm.com
- **Judith A. Descalso**   jad_9193@ecf.courtdrive.com
- **Andrew G. Devore**   andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com
- **Erin Elizabeth Dexter**   edexter@milbank.com
- **Shounak S. Dharap**   ssd@arnslaw.com, mec@arnslaw.com
- **Kathryn S. Diemer**   kdiemer@diemerwei.com
- **Kathryn S. Diemer**   kdiemer@diemerwhitman.com
- **John P. Dillman**   Houston_bankruptcy@publicans.com
- **Caroline R. Djang**   caroline.djang@bbklaw.com, Laurie.Verstegen@bbklaw.com
- **Krystal Dong**   ykdong@gmail.com
- **Jonathan R. Doolittle**   jonathan.doolittle@pillsburylaw.com
- **Jonathan R. Doolittle**   jdoolittle@reedsmith.com
- **Jennifer V. Doran**   jdoran@hinckleyallen.com
- **Dustin M. Dow**   ddow@bakerlaw.com, jmcguigan@bakerlaw.com
- **Jamie P. Dreher**   jdreher@downeybrand.com
- **Todd Dressel**   tdressel@mcguirewoods.com, jtabisaura@mcguirewoods.com
- **Geoffrey B. Dryvynsyde**   gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
- **Jeffrey Aaron Dubbin**   jdubbin@labaton.com, echan-lee@labaton.com
- **Matthew Ducharme**   matthew.ducharme@hoganlovells.com, tracy.southwell@hoganlovells.com
- **Cecily Ann Dumas**   cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- **Dennis F. Dunne**   cprice@milbank.com, jbrewster@milbank.com
- **Dennis F. Dunne**   ddunne@milbank.com, jbrewster@milbank.com
- **Huonganh Annie Duong**   annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- **Luke N. Eaton**   eatonl@pepperlaw.com, monugiac@pepperlaw.com
- **Daniel G. Egan**   daniel.egan@ropesgray.com, nova.alindogan@ropesgray.com
- **Joseph A. Eisenberg**   JAE1900@yahoo.com
- **Michele Ellison**   mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- **David Emerzian**   Melany.Hertel@mccormickbarstow.com
- **G. Larry Engel**   larry@engeladvice.com
- **Krista M. Enns**   kenns@beneschlaw.com
- **Scott Esbin**   sesbin@esbinalter.com
- **Joseph M. Esmont**   jesmont@bakerlaw.com
- **Michael P. Esser**   michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- **Richard W. Esterkin**   richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- **Michael S. Etkin**   metkin@lowenstein.com
- **Jacob M. Faircloth**   jacob@bfolegal.com
- **Brett D. Fallon**   bfallon@morrisjames.com, wweller@morrisjames.com
- **Michael C. Fallon**   manders@fallonlaw.net
- **Joana Fang**   jf@kbklawyers.com, icd@kbklawyers.com
- **Joseph Kyle Feist**   jfeistesq@gmail.com, info@norcallawgroup.net
- **David M. Feldman**   DFeldman@gibsondunn.com
- **Matthew A. Feldman**   mfeldman@willkie.com
- **Jennifer Feldsher**   jennifer.feldsher@morganlewis.com

- **Mark E. Felger**   mfelger@cozen.com
- **James J. Ficenec**   James.Ficenec@ndlf.com
- **John D. Fiero**   jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- **Kimberly S. Fineman**   kfineman@fhlawllp.com
- **Stephen D. Finestone**   sfinestone@fhlawllp.com
- **Timothy M. Flaherty**   tflaherty@mpplaw.com
- **Daniel I. Forman**   dforman@willkie.com
- **Matthew Hampton Foushee**   hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- **Carolyn Frederick**   cfrederick@prklaw.com
- **Peter Friedman**   pfriedman@omm.com
- **Roger F. Friedman**   rfriedman@rutan.com, csolorzano@rutan.com
- **Xiyi Fu**   jackie.fu@lockelord.com, taylor.warren@lockelord.com
- **Lars H. Fuller**   lfuller@bakerlaw.com
- **Thomas M. Gaa**   tgaa@bbslaw.com
- **Larry W. Gabriel**   nfields@bg.law
- **Gregg M. Galardi**   gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com
- **Craig Solomon Ganz**   ganzc@ballardspahr.com, hartt@ballardspahr.com
- **Jeffrey K. Garfinkle**   jgarfinkle@buchalter.com
- **Oscar Garza**   ogarza@thegarzafirm.com
- **Lisa S. Gast**   lsg@dwgp.com, lmk@dwgp.com
- **Paul R. Gaus**   pgaus@downeybrand.com
- **Duane M. Geck**   dmg@severson.com
- **Evelina Gentry**   evelina.gentry@akerman.com
- **Janet D. Gertz**   jgertz@btlaw.com
- **Christopher Gessner**   cgessner@akingump.com, NYMCO@akingump.com
- **R. Dale Ginter**   dginter@downeybrand.com
- **Jon T. Givens**   givensjt@gmail.com, cwilson@wattsguerra.com
- **Barry S. Glaser**   bglaser@salvatoboufadel.com
- **Paul R. Glassman**   pglassman@sycr.com
- **Gabriel I. Glazer**   gglazer@pszjlaw.com
- **Gabrielle Glemann**   gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- **Jaime Godin**   Jtouchstone@fddcm.com
- **Matthew A. Gold**   courts@argopartners.net
- **Eric D. Goldberg**   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Craig Goldblatt**   Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com
- **Amy L. Goldman**   goldman@lbbslaw.com
- **Eric S. Goldstein**   egoldstein@goodwin.com
- **Rhonda Stewart Goldstein**   Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- **Richard H. Golubow**   rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- **Michael J. Gomez**   mgomez@frandzel.com, dmoore@frandzel.com
- **Michael W. Goodin**   mgoodin@clausen.com, mgenova@clausen.com
- **Eric R. Goodman**   egoodman@bakerlaw.com
- **Michael R. Goodstein**   mgoodstein@baileycav.com
- **Michael I. Gottfried**   mgottfried@elkinskalt.com, AAburto@elkinskalt.com
- **Louis Gottlieb**   Lgottlieb@labaton.com, mpenrhyn@labaton.com

- **Elizabeth Graham**    egraham@gelaw.com
- **Eric A. Grasberger**    eric.grasberger@stoel.com, docketclerk@stoel.com
- **Debra I. Grassgreen**    hphan@pszjlaw.com
- **Debra I. Grassgreen**    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- **Eric A. Gravink**    eric@rhrc.net
- **Elizabeth A. Green**    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- **Tracy Green**    tgreen@wendel.com, bankruptcy@wendel.com
- **Mitchell B. Greenberg**    mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- **Brian Gregory**    b.gregory@veenfirm.com, EL.Team@Veenfirm.com
- **Susan Sieger Grimm**    SSieger-Grimm@brownrudnick.com, NKhalatova@brownrudnick.com
- **Matthew W. Grimshaw**    matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com
- **Stuart G. Gross**    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- **Carl L. Grumer**    cgrumer@manatt.com, mchung@manatt.com
- **David Matthew G**    dguess@buchalter.com
- **Elizabeth M. Guffy**    eguffy@lockelord.com, autodocket@lockelord.com
- **Lloyd C. Guintivano**    anitag@co.lake.ca.us, lloydg@co.lake.ca.us
- **Cameron M. Gulden**    cameron.m.gulden@usdoj.gov
- **Mirco J. Haag**    mhaag@buchalter.com, dcyrankowski@buchalter.com
- **Laurie Hager**    lhager@sussmanshank.com
- **J. Noah Hagey**    hagey@braunhagey.com, tong@braunhagey.com
- **Oren Buchanan Haker**    oren.haker@stoel.com, rene.alvin@stoel.com
- **Michael Hampson**    mhampson@rksllp.com
- **Kristopher M. Hansen**    dmohamed@stroock.com, mmagzamen@stroock.com
- **Joseph George Harraka**    jgharraka@becker.legal
- **Adam C. Harris**    adam.harris@srz.com
- **Robert G. Harris**    rob@bindermalter.com
- **Christopher H. Hart**    chart@nutihart.com, nwhite@nutihart.com
- **Bryan L. Hawkins**    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- **Jennifer C. Hayes**    jhayes@fhlawllp.com
- **Geoffrey A. Heaton**    gheaton@duanemorris.com, dmicros@duanemorris.com
- **Michael C. Hefter**    michael.hefter@hoganlovells.com, tracy.southwell@hoganlovells.com
- **Alaina R. Heine**    alaina.heine@dechert.com, brett.stone@dechert.com
- **Matthew Henderson**    matthew.henderson@msrlegal.com, karen.wigylus@msrlegal.com
- **Stephen E. Hessler, P.C.**    jozette.chong@kirkland.com
- **Matthew Heyn**    matthew.heyn@doj.ca.gov
- **Sean T. Higgins**    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- **James P. Hill**    hill@sullivanhill.com, bkstaff@sullivanhill.com
- **Morgan R. Hirst**    mhirst@jonesday.com, mmelvin@jonesday.com
- **Michael R. Hogue**    hoguem@gtlaw.com, navarrom@gtlaw.com
- **David Holtzman**    david.holtzman@hklaw.com
- **Alexandra S. Horwitz**    allie.horwitz@dinsmore.com
- **Marsha Houston**    mhouston@reedsmith.com, hvalencia@reedsmith.com
- **Linda Wendell Hsu**    lhsu@selmanlaw.com, psmith@selmanlaw.com
- **Shane Huang**    shane.huang@usdoj.gov

- **Brian D. Huben**    hubenb@ballardspahr.com, carolod@ballardspahr.com
- **Kelly L. Huey**    khuey@burkeandkesslerlaw.com
- **Christopher Hughes**    chughes@nossaman.com
- **Jonathan Hughes**    jane.rustice@aporter.com
- **Edward R. Huguenin**    ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
- **Michael A. Isaacs**    misaacs@rinconlawllp.com, aworthing@rinconlawllp.com
- **Mark V. Isola**    misola@brotherssmithlaw.com
- **J. Eric Ivester**    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- **J. Eric Ivester**    Andrea.Bates@skadden.com
- **Lawrence A. Jacobson**    laj@cohenandjacobson.com, mcycle48@gmail.com
- **Kizzy L. Jarashow**    KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com
- **Ivan C. Jen**    ivan@icjenlaw.com
- **Amanda Jereige**    AJereige@winston.com, amanda-jereige-5954@ecf.pacerpro.com
- **Monique Jewett-Brewster**    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- **James O. Johnston**    jjohnston@jonesday.com
- **Chris Johnstone**    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- **Andrew Jones**    andrew@ajoneslaw.com
- **Gregory K. Jones**    GJones@dykema.com, cacossano@dykema.com
- **John L. Jones**    JJones@chwlaw.us, JLJones2@outlook.com
- **Robert A. Julian**    rjulian@bakerlaw.com, hhammonturano@bakerlaw.com
- **George H. Kalikman**    sdavenport@schnader.com
- **Roberto J. Kampfner**    rkampfner@whitecase.com, mco@whitecase.com
- **Bonnie E. Kane**    bonnie@thekanelawfirm.com, skane@thekanelawfirm.com
- **Eve H. Karasik**    ehk@lnbyb.com
- **Michael G. Kasolas**    trustee@kasolas.net, ecf.alert+Kasolas@titlexi.com
- **Elyssa S. Kates**    ekates@bakerlaw.com
- **Ori Katz**    okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- **William M. Kaufman**    wkaufman@smwb.com, eschneider@smwb.com
- **Jane G. Kearl**    jkearl@watttieder.com, jbenton@watttieder.com
- **Tobias S. Keller**    tkeller@kbkllp.com
- **Tobias S. Keller**    tkeller@kellerbenvenutti.com
- **Lynette C. Kelly**    ustpregion17.oa.ecf@usdoj.gov
- **Sarah Elisabeth Kelly-Kilgore**    skellykilgore@ggtriallaw.com, dvultaggio@ggtriallaw.com
- **Matthew K. Kelsey**    mkelsey@gibsondunn.com
- **Gerald P. Kennedy**    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
- **Erica L. Kerman**    ekerman@willkie.com
- **Samuel A. Khalil**    skhalil@milbank.com, jbrewster@milbank.com
- **Samuel M. Kidder**    skidder@ktbslaw.com
- **Marc Kieselstein**    carrie.oppenheim@kirkland.com
- **Jane Kim**    jkim@kbkllp.com
- **Mary H. Kim**    Mary.Kim@dechert.com, brett.stone@dechert.com
- **Susan E. Kirkgaard**    carlyn.jorgensen@bullivant.com

- **Kody D. L. Kleber**    kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- **Matthew Ryan Klinger**    mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- **Bradley C. Knapp**    bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- **Kelly V. Knight**    kelly.knight@srz.com
- **Lydia Vanessa Ko**    Lvko@stonelawoffice.com
- **Thomas F. Koegel**    tkoegel@crowell.com
- **Katherine Kohn**    kkohn@groom.com, ashahinllari@groom.com
- **Andy S. Kong**    kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- **Anna Kordas**    akordas@jonesday.com, mmelvin@jonesday.com
- **Alan W. Kornberg**    akornberg@paulweiss.com
- **Bernard Kornberg**    bernard.kornberg@practus.com
- **David I. Kornbluh**    dkombluh@venturahersey.com, jpatterson@venturahersey.com
- **Lauren Kramer**    lkramer@rjo.com
- **Marc Kramer**    mkramer@rksllp.com
- **Jeffrey C. Krause**    jkrause@gibsondunn.com
- **Thomas R. Kreller**    tkreller@milbank.com
- **Lindsey E. Kress**    lkress@lockelord.com, autodocket@lockelord.com
- **Hannah C. Kreuser**    hkreuser@porterlaw.com, ooberg@porterlaw.com
- **Kevin Kroll**    kkroll@kfc.law
- **Michael Thomas Krueger**    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- **Marek P. Krzyzowski**    MKrzyzowski@brownrudnick.com, SCalderon@brownrudnick.com
- **Robert T. Kugler**    robert.kugler@stinson.com
- **Duane Kumagai**    dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com
- **Brendan M. Kunkle**    bkunkle@abbeylaw.com, lmeyer@abbeylaw.com
- **Alisa C. Lacey**    alisa.lacey@stinson.com, karen.graves@stinson.com
- **Timothy S. Laffredi**    timothy.s.laffredi@usdoj.gov
- **Timothy S. Laffredi**    timothy.s.laffredi@usdoj.gov
- **Richard A. Lapping**    rich@trodellalapping.com
- **Omeed Latifi**    olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- **John E. Lattin**    jlattin@ostergar.com, cslovenec@ostergar.com
- **Paul J. Laurin**    plaurin@btlaw.com, slmoore@btlaw.com
- **Michael Lauter**    mlauter@sheppardmullin.com
- **Kenneth T. Law**    klaw@bbslaw.com
- **Francis J. Lawall**    francis.lawall@troutman.com, susan.henry@troutman.com
- **Andrew Michael Leblanc**    ALeblanc@milbank.com
- **Erica Lee**    Erica.Lee@doj.ca.gov
- **Scott Lee**    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- **Paul J. Leeds**    leedsp@higgslaw.com
- **Edward J. Leen**    eleen@mkbllp.com
- **Lisa Lenherr**    llenherr@wendel.com, bankruptcy@wendel.com
- **Matthew A. Lesnick**    matt@lesnickprince.com, jmack@lesnickprince.com
- **Bryn G. Letsch**    bletsch@braytonlaw.com
- **David B. Levant**    david.levant@stoel.com, rene.alvin@stoel.com
- **Andrew H. Levin**    alevin@wcghlaw.com
- **David Levine**    dnl@groom.com

- **Emily Sarah Levin**   elevin@levinlawgroupplc.com
- **Marc A. Levinson**   Malevinson@orrick.com, casestream@ecf.courtdrive.com
- **Dara Levinson Silveira**   dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com
- **Alexander James Demitro Lewicki**   kdiemer@diemerwei.com
- **Alexander James Demitro Lewicki**   alewicki@diemerwei.com
- **Lauren Lifland**   lauren.lifland@wilmerhale.com, whdocketing@wilmerhale.com
- **William S. Lisa**   jcaruso@nixonpeabody.com
- **William S. Lisa**   wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- **Jonathan A. Loeb**   jon.loeb@bingham.com
- **Michael B. Lubic**   michael.lubic@klgates.com
- **John William Lucas**   ocarpio@pszjlaw.com
- **Joseph R. Lucia**   PersonalInjuryGroup@RLSlawyers.com
- **Jane Luciano**   jane-luciano@comcast.net
- **Kerri Lyman**   klyman@irell.com, #-FirmPSDocketing@Steptoe.com
- **John H. MacConaghy**   macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- **Iain A. Macdonald**   imac@macfern.com, 6824376420@filings.docketbird.com
- **Malcolm A. Mackenzie**   mmackenzie@coombslaw.com, vclemen@coombslaw.com
- **Tracy L. Mainguy**   tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Samuel R. Maizel**   samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- **Adam Malatesta**   adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- **Katharine Malone**   malonek@gtlaw.com
- **Liam K. Malone**   malone@oles.com, shahin@oles.com
- **Michael W. Malter**   michael@bindermalter.com
- **Ankur Mandhania**   amandhania@mayerbrown.com
- **Craig Margulies**   cmargulies@margulies-law.com, lsalazar@margulies-law.com
- **Geoffrey E. Marr**   gemarr59@hotmail.com
- **Richard A. Marshack**   rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com
- **Catherine Martin**   cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- **Laila Masud**   lmasud@marshackhays.com, lmasud@ecf.courtdrive.com
- **David P. Matthews**   jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- **Patrick C. Maxcy**   patrick.maxcy@snrdenton.com
- **Simon Richard Mayer**   simon.mayer@lockelord.com, Rellis@lockelord.com
- **James J. Mazza**   james.mazza@skadden.com, wendy.lamanna@skadden.com
- **Benjamin P. McCallen**   bmccallen@willkie.com
- **C. Luckey McDowell**   Luckey.McDowell@Shearman.com
- **Matthew D. McGill**   MMcGill@gibsondunn.com
- **Melissa C. McLaughlin**   mcmclaughlin@venable.com, ataylor@venable.com
- **Edward Joseph McNeilly**   edward.mcneilly@hoganlovells.com, verbon.davenport@hoganlovells.com
- **Scott H. McNutt**   SMcNutt@ml-sf.com, csnell@ml-sf.com
- **Thomas Melone**   Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- **Peter Meringolo**   peter@pmrklaw.com

- **Frank A. Merola**   lacalendar@stroock.com, mmagzamen@stroock.com
- **Jennifer L. Mersing**   jennifer.mersing@stoel.com, lisa.petras@stoel.com
- **Joshua M. Mester**   jmester@jonesday.com
- **Matthew D. Metzger**   belvederelegalecf@gmail.com
- **Merle C. Meyers**   mmeyers@mlg-pc.com
- **Randy Michelson**   randy.michelson@michelsonlawgroup.com
- **Gerardo Mijares-Shafai**   Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com
- **Joel S. Miliband**   jmiliband@brownrudnick.com
- **Joseph G. Minias**   jminias@willkie.com
- **M. David Minnick**   dminnick@pillsburylaw.com, docket@pillsburylaw.com
- **Benjamin Mintz**   benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com
- **Nancy Mitchell**   nmitchell@omm.com
- **Thomas C. Mitchell**   tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- **John A. Moe**   john.moe@dentons.com, glenda.spratt@dentons.com
- **Aaron J. Mohamed**   ajm@brereton.law, aaronmohamedlaw@gmail.com
- **Kevin Montee**   kmontee@monteeassociates.com
- **Christopher D. Moon**   chris@moonlawapc.com, kevin@moonlawapc.com
- **David W. Moon**   lacalendar@stroock.com, mmagzamen@stroock.com
- **Diane Marger Moore**   dmargermoore@baumhedlundlaw.com
- **Erika L. Morabito**   emorabito@foley.com, hsiagiandraughn@foley.com
- **Candace J. Morey**   cjm@cpuc.ca.gov
- **Courtney L. Morgan**   morgan.courtney@pbgc.gov
- **Richard Morin**   6863427420@filings.docketbird.com
- **Kimberly S. Morris**   kmorris@bakerlaw.com, hhammonturano@bakerlaw.com
- **Rodney Allen Morris**   Rodney.Morris2@usdoj.gov
- **Joshua D. Morse**   Joshua.Morse@dlapiper.com, docket@pillsburylaw.com
- **Andrew H. Morton**   andrew.morton@stoel.com, lisa.petras@stoel.com
- **Peter S. Munoz**   pmunoz@reedsmith.com, gsandoval@reedsmith.com
- **John Leland Murphree**   LMurphree@maynardcooper.com, mshabpareh@maynardcooper.com
- **Bennett J. Murphy**   bmurphy@bennettmurphylaw.com
- **Julie M. Murphy**   jmmurphy@stradley.com
- **Michael S. Myers**   myersm@ballardspahr.com
- **David L. Neale**   dln@lnbyg.com
- **David Neier**   dneier@winston.com
- **Brittany J. Nelson**   bnelson@foley.com, hsiagiandraughn@foley.com
- **Michael S. Neumeister**   MNeumeister@gibsondunn.com
- **Howard S. Nevins**   hnevins@hsmlaw.com
- **Samuel A. Newman**   sam.newman@sidley.com, laefilingnotice@sidley.com
- **Melissa T. Ngo**   ngo.melissa@pbgc.gov, efile@pbgc.gov
- **Mario R. Nicholas**   mario.nicholas@stoel.com, ana.trask@stoel.com
- **Sean Nolan**   snolan@akingump.com, NYMCO@akingump.com
- **Gregory C. Nuti**   chart@nutihart.com, nwhite@nutihart.com
- **Abigail O'Brient**   aobrient@mintz.com, docketing@mintz.com
- **Alicia D. O'Neill**   aoneill@wattsguerra.com, cwilson@wattsguerra.com
- **Julie E. Oelsner**   joelsner@weintraub.com, bjennings@weintraub.com

- **Office of the U.S. Trustee / SF**   USTPRegion17.SF.ECF@usdoj.gov
- **Aron M. Oliner**   roliner@duanemorris.com, dmicros@duanemorris.com
- **Matthew Jon Olson**   matt@macfern.com, stell.laura@dorsey.com
- **Scott Olson**   scott.olson@bclplaw.com
- **Steven M. Olson**   steve@bfolegal.com
- **Aram Ordubegian**   Ordubegian.Aram@ArentFox.com
- **Jose Antonio Ortiz**   aortiz@jhwclaw.com
- **Keith C. Owens**   kowens@foxrothschild.com, bclark@venable.com
- **Gabriel Ozel**   gabeozel@gmail.com
- **Amy S. Park**   amy.park@skadden.com
- **Marissa Parker**   mparker@stradley.com
- **Donna Taylor Parkinson**   donna@parkinsonphinney.com
- **Peter S. Partee**   ppartee@huntonak.com, candonian@huntonak.com
- **Paul J. Pascuzzi**   ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- **Kenneth Pasquale**   mlaskowski@stroock.com
- **Dow Wakefield Patten**   dow@forthrightlaw.com
- **Larry Allan Peluso**   pelusolaw@gmail.com, firm@pelusolaw.net
- **Valerie Bantner Peo**   vbantnerpeo@buchalter.com
- **Yosef Peretz**   skim@peretzlaw.com
- **Christian A. Pereyda**   CPereyda@maynardcooper.com, mshabpareh@maynardcooper.com
- **Thomas R. Phinney**   tom@parkinsonphinney.com
- **R. Alexander Pilmer**   alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- **M. Ryan Pinkston**   rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- **Estela O. Pino**   epino@epinolaw.com, rmahal@epinolaw.com
- **Gregory Plaskett**   gregory.plaskett@gmail.com
- **Mark D. Plevin**   mplevin@crowell.com
- **Steven G. Polard**   spolard@eisnerlaw.com, calendar-lao@ropers.com
- **Mark D. Poniatowski**   ponlaw@ponlaw.com
- **Cara M. Porter**   cara.porter@doj.ca.gov, rachel.patu@doj.ca.gov
- **Christopher E. Prince**   cprince@lesnickprince.com
- **Douglas B. Provencher**   dbp@provlaw.com
- **Amy C. Quartarolo**   amy.quartarolo@lw.com
- **Lary Alan Rappaport**   lrappaport@proskauer.com, PHays@proskauer.com
- **Justin E. Rawlins**   justinrawlins@paulhastings.com
- **Hugh M. Ray**   hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- **Paul F. Ready**   smeyer@farmerandready.com
- **Caroline A. Reckler**   caroline.reckler@lw.com
- **David M. Reeder**   david@reederlaw.com, secretary@reederlaw.com
- **Steven J. Reisman**   sreisman@katten.com, nyc.bknotices@kattenlaw.com
- **Jeffrey M. Reisner**   jreisner@irell.com, #-FirmPSDocketing@Steptoe.com
- **Jack A. Reitman**   srichmond@lgbfirm.com
- **Emily P. Rich**   erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **David J. Richardson**   drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
- **Christopher O. Rivas**   crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **David B. Rivkin**   drivkin@bakerlaw.com, jmeeks@bakerlaw.com

- **John R. Rizzardi**  kcoselman@cairncross.com, tnguyen@cairncross.com
- **Daniel Robertson**  robertson.daniel@pbgc.gov, efile@pbgc.gov
- **Michael Rogers**  mrogers@lambertrogers.com, jan@lambertrogers.com
- **Lawrence M. Rolnick**  lrolnick@rksllp.com
- **Jorian L. Rose**  jrose@bakerlaw.com
- **Laurence M. Rosen**  lrosen@rosenlegal.com, zstanco@rosenlegal.com
- **Paul M. Rosenblatt**  prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- **David A. Rosenzweig**  david.rosenzweig@nortonrosefulbright.com
- **Jay M. Ross**  jross@hopkinscarley.com, eamaro@hopkinscarley.com
- **Gregory A. Rougeau**  grougeau@brlawsf.com
- **Jason C. Rubinstein**  jrubinstein@fklaw.com, mclerk@fklaw.com
- **Nathan Q. Rugg**  nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- **Thomas B. Rupp**  trupp@kbkllp.com
- **Steven B. Sacks**  ssacks@sackslawoffice.com
- **Eric E. Sagerman**  esagerman@bakerlaw.com
- **Robert Sahyan**  rsahyan@sheppardmullin.com, lsegura@sheppardmullin.com
- **Gregory M. Salvato**  gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- **Jonathan C. Sanders**  jsanders@stblaw.com
- **Nanette D. Sanders**  nanette@ringstadlaw.com, becky@ringstadlaw.com
- **Natalie Kathleen Sanders**  natalie.sanders@bakerbotts.com
- **Lovee Sarenas**  Lovee.sarenas@lewisbrisbois.com
- **Brandy A. Sargent**  brandy.sargent@klgates.com, docketclerk@stoel.com
- **Patricia Savage**  psavesq@gmail.com, jodi.savage@gmail.com
- **Caroline A.H. Sayers**  caroline.sayers@lathropgpm.com, patricia.johnson@lathropgpm.com
- **Sblend A. Sblendorio**  sas@hogefenton.com
- **Francis O. Scarpulla**  fos@scarpullalaw.com, cpc@scarpullalaw.com
- **Daren M Schlecter**  daren@schlecterlaw.com, info@schlecterlaw.com
- **Bradley R. Schneider**  bradley.schneider@mto.com
- **Harvey S. Schochet**  Harveyschochet@dwt.com
- **Nathan A. Schultz**  nschultzesq@gmail.com, kjarashow@goodwinlaw.com
- **Lisa Schweitzer**  lschweitzer@cgsh.com
- **Eric J. Seiler**  eseiler@fklaw.com, mclerk@fklaw.com
- **Leonard M. Shulman**  lshulman@shbllp.com
- **Andrew I. Silfen**  andrew.silfen@arentfox.com
- **Wayne A. Silver**  w_silver@sbcglobal.net, ws@waynesilverlaw.com
- **Brandt Silver-Korn**  bsilverkorn@edelson.com, docket@edelson.com
- **Craig S. Simon**  csimon@bergerkahn.com, aketcher@bergerkahn.com
- **Gerald Singleton**  gerald@slffirm.com, BKECFCANB@SLFfirm.com
- **Steven J. Skikos**  sskikos@skikos.com, mmontoya@skikos.com
- **Michael K. Slattery**  mslattery@lkfirm.com, rramirez@lkfirm.com
- **Dania Slim**  dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- **Jennifer N. Slocum**  jennifer.slocum@stoel.com, docketclerk@stoel.com
- **Aaron C. Smith**  asmith@lockelord.com, autodocket@lockelord.com
- **Alan D. Smith**  adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- **Jan D. Sokol**  jdsokol@lawssl.com
- **Daniel Solish**  cocolaw@stancounty.com, solishd@stancounty.com

- **Randye B. Soref**    rsoref@polsinelli.com, ccripe@polsinelli.com
- **Joseph Sorkin**    jsorkin@akingump.com, NYMCO@akingump.com
- **Michael St. James**    ecf@stjames-law.com
- **Diane C. Stanfield**    diane.stanfield@alston.com, nelly.villaneda@alston.com
- **Howard J. Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com
- **Harriet A. Steiner**    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- **Lillian G. Stenfeldt**    lillian.stenfeldt@rimonlaw.com, docketing@rimonlaw.com
- **Cheryl L. Stengel**    clstengel@outlook.com, stengelcheryl40@gmail.com
- **David M. Stern**    dstern@ktbslaw.com
- **Geoffrey S. Stewart**    gstewart@jonesday.com, mmelvin@jonesday.com
- **Alan J. Stone**    AStone@milbank.com, DMcCracken@Milbank.com
- **Jason D. Strabo**    jstrabo@mwe.com
- **Michael H. Strub**    mstrub@ggtriallaw.com, mhstrub1@gmail.com
- **Rebecca Suarez**    rsuarez@crowell.com
- **Brad T. Summers**    docketing-pdx@lanepowell.com
- **Karin Swope**    kswope@cpmlegal.com
- Kristine Theodesia Takvoryan    ktakvoryan@ckrlaw.com
- **Kesha Tanabe**    kesha@tanabelaw.com
- **Mary Ellmann Tang**    mtang@frenchlyontang.com, nfears@frenchlyontang.com
- **Dante Taylor**    dtaylor@lbbklaw.com
- **Elizabeth Lee Thompson**    ethompson@stites.com, docketclerk@stites.com
- **John C. Thornton**    jct@andrewsthornton.com, aandrews@andrewsthornton.com
- **Elisa Tolentino**    cao.main@sanjoseca.gov
- **Meagan S. Tom**    meagan.tom@lockelord.com, autodocket@lockelord.com
- **Edward J. Tredinnick**    etredinnick@foxrothschild.com
- **Matthew Jordan Troy**    matthew.troy@usdoj.gov
- **Rocky C. Tsai**    rocky.tsai@ropesgray.com, matthew.haut@ropesgray.com
- **Michael Tye**    Michael.Tye@usdoj.gov
- **Gary D. Underdahl**    gunderdahl@askllp.com, lmiskowiec@askllp.com
- **Andrew Van Ornum**    avanornum@vlmglaw.com, hchea@vlmglaw.com
- **Shmuel Vasser**    shmuel.vasser@dechert.com, brett.stone@dechert.com
- **Victor A. Vilaplana**    vavilaplana@foley.com, rhurst@foley.com
- **Marta Villacorta**    marta.villacorta@usdoj.gov
- **Carol C. Villegas**    cvillegas@labaton.com, NDonlon@labaton.com
- **John A. Vos**    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- **Bao M. Vu**    bao.vu@stoel.com, sharon.witkin@stoel.com
- **Nicholas Wagner**    kschemen@wagnerjones.com, bwagner@wagnerjones.com
- **Jonathan D. Waisnor**    jwaisnor@willkie.com, mao@willkie.com
- **Rachel M. Walsh**    rwalsh@goodwinlaw.com, tsutton@goodwinlaw.com
- **Riley C. Walter**    jalfaro@wjhattorneys.com
- **Phillip K. Wang**    phillip.wang@rimonlaw.com
- **Samuel M. Ward**    sward@barrack.com, cfessia@barrack.com
- **Philip S. Warden**    philip.warden@pillsburylaw.com,
  kathy.stout@pillsburylaw.com
- **Gregory P. Waters**    gwaters@elllaw.com, gregorywatersesq@gmail.com
- **Guy L. Watts**    gwatts@wattsguerra.com, cwilson@wattsguerra.com
- **Mikal C. Watts**    mcwatts@wattsguerra.com, cwilson@wattsguerra.com
- **Lindsi M. Weber**    lweber@polsinelli.com, yderac@polsinelli.com
- **Joseph M. Welch**    jwelch@buchalter.com, dcyrankowski@buchalter.com

- **Todd J. Wenzel** todd@wenzellawoffices.com
- **Meredith Werner** meredith.werner@clydeco.us
- **David Walter Wessel** DWessel@efronlawfirm.com, hporter@chdlawyers.com
- **Joseph West** westjoseph@earthlink.net, josephw998@gmail.com
- **Drew M. Widders** dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- **Jason P. Williams** maryanne@wplgattorneys.com
- **Eric R. Wilson** kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- **Kimberly S. Winick** kwinick@clarktrev.com, knielsen@clarktrev.com
- **Rebecca J. Winthrop** rebecca.winthrop@nortonrosefulbright.com, diana.cardenas@nortonrosefulbright.com
- **David Wirt** david.wirt@hklaw.com, denise.harmon@hklaw.com
- **Ryan A. Witthans** rwitthans@fhlawllp.com
- **Keith H. Wofford** keith.wofford@ropesgray.com, nova.alindogan@ropesgray.com
- **Risa Lynn Wolf-Smith** rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- **Douglas Wolfe** asm@asmcapital.com
- **Andrea Wong** wong.andrea@pbgc.gov, efile@pbgc.gov
- **Christopher Kwan Shek Wong** christopher.wong@arentfox.com
- **David A. Wood** dwood@marshackhays.com, lbuchanan@marshackhays.com
- **Kirsten A. Worley** worleyk@higgslaw.com, admin@wlawcorp.com
- **Kinga Wright** kinga.wright@lockelord.com, autodocket@lockelord.com
- **Antonio Yanez** ayanez@willkie.com
- **Cathy Yanni** cathy@cathyyanni.com, pstrunk@browngreer.com
- **Andrew Yaphe** andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
- **Stephanie Yee** syee@janglit.com, klockwood@janglit.com
- **Tacie H. Yoon** tyoon@crowell.com
- **Bennett G. Young** byoung@jmbm.com, jb8@jmbm.com
- **Eric G. Young** eyoung@dcalaw.com, Jackie@dcalaw.com
- **Nicole M. Zeiss** nzeiss@labaton.com
- **Paul H. Zumbro** mao@cravath.com
- **Brittany Zummer** bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- **Dario de Ghetaldi** deg@coreylaw.com, lf@coreylaw.com

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on May 18, 2022, at Sacramento, California.

_____ /s/ Carmelia V. Domingo_____
CARMELIA V. DOMINGO

1242124.1

1  ROB BONTA
   Attorney General of California
2  DANETTE E. VALDEZ, SBN 141780
3  ANNADEL A. ALMENDRAS, SBN 192064
   Supervising Deputy Attorneys General
4  455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
5  Telephone: (415) 510-3367
   Fax: (415) 703-5480
6  Danette.Valdez@doj.ca.gov
   Annadel.Almendras@doj.ca.gov
7
8  PAUL J. PASCUZZI, SBN 148810
   FELDERSTEIN FITZGERALD
9  WILLOUGHBY PASCUZZI & RIOS LLP
   500 Capitol Mall, Suite 2250
10 Sacramento, CA 95814
   Telephone: (916) 329-7400
11 Fax: (916) 329-7435
12 ppascuzzi@ffwplaw.com

13 *Attorneys for California Department of Water
   Resources, by and through the State Water Project*

14

15              IN THE UNITED STATES BANKRUPTCY COURT

16              FOR THE NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18 **In re:** | Bankruptcy Case No. 19-30088(DM) |
| 19 **PG&E CORPORATION,** | |
| 20    **And** | Chapter 11 |
| 21 **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) (Joint Administered) |
| 22      Debtor. | District Court Case No. 22-cv-02834 |
| 23 | **CALIFORNIA DEPARTMENT OF WATER RESOURCES' DESIGNATION OF ADDITIONAL RECORD ON APPEAL AND STATEMENT OF ISSUES** |
| 24 · Affects PG&E Corporation | |
| 25 · Affects Pacific Gas and Electric Company | |
| 26 | |
| 27 X Affects both Debtors | |
| 28 | |

1

Pursuant to Rule 8009(a) of the Federal Rules of Bankruptcy Procedure, the California Department of Water Resources ("DWR") submits its Designation of Additional Record on Appeal and Statement of Issues. DWR reserves the right to designate additional items for inclusion in the record or restate the issues presented on appeal.

## DWR DESIGNATION OF RECORD ON APPEAL

DWR designates all of the items to be included in the record on appeal that were designated by the Appellants Silicon Valley Power and Northern California Power Agency, and designates the additional items referenced below, each of which includes all exhibits and addenda attached thereto and filed therewith and any and all documents incorporated by reference therein.

| Dkt. No. | Additional Items Designated by DWR | Date |
|---|---|---|
| 65221 | Northern California Power Agency Proof of Claim | 10/18/2019 |
| 60676 | City of Santa Clara dba Silicon Valley Power Proof of Claim | 10/18/2019 |
| 7231 | Municipal Objectors' (including Northern California Power Agency) Objection to Plan Confirmation and Objection to Cure Notice and Other Matters Pertaining to Assumption Pursuant to Section 365(B)(1) of the Bankruptcy Code | 5/15/2020 |
| 7281 | California State Agencies' Objection to Confirmation of Debtors' and Shareholders Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [Docket No. 6320] | 5/15/20 |

## DWR STATEMENT OF ISSUES ON APPEAL

DWR objects to the issues as framed by Appellants. DWR presents the following issues as proper for the Court on appeal:

1. Whether Appellants Silicon Valley Power ("SVP") and Northern California Power Agency ("NCPA") have standing to appeal the bankruptcy court's Order Regarding Dispute Between Debtors and California Department of Water Resources (Dkt # 12207) and Order Denying Motion of the Reorganized Debtors for Entry of an Order Modifying Plan Injunction and Compelling Arbitration of Claim of California Department of Water Resources (Dkt #12001).

2. Whether the bankruptcy court properly denied SVP's and NCPA's motion to intervene after it had already issued its Memorandum Decision regarding DWR and the Debtors'

2

1  Motions (Dkt #11999), and SVP and NCPA had been served with notice of DWR's Motion (Dkt #

2  11887) but chose not to respond to such motion.

3      3.    Whether Appellants' appeal from the Order Denying Motion of the Reorganized

4  Debtors for Entry of an Order Modifying Plan Injunction and Compelling Arbitration of Claim of

5  California Department of Water Resources (Dkt #12001) entered March 8, 2022, is timely.

6      4.    If Appellants have standing and the appeal is timely, whether the bankruptcy court

7  properly exercised its discretion under *In re Thorpe Insulation Co.*, 671 F.3d 1011 (9th Cir. 2012)

8  in denying Debtors' request for arbitration because it conflicted with provisions in the Plan and

9  Confirmation Order that Debtors agreed to and that expressly reserved jurisdiction for the Court to

10  decide executory contract, cure dispute and claims allowance issues.

11      5.    If Appellants have standing and the appeal is timely, whether the bankruptcy court

12  properly determined, based on the undisputed facts and the terms of the Castle Rock Agreement,

13  that DWR's notice of termination was effective one year after it gave its notice of termination and

14  that DWR did not owe anything, including any removal costs, to the Debtors or SVP and NCPA as

15  a prerequisite for or consequence of such termination.

16      DWR notes that there is another appeal that concerns substantially the same parties,

17  property, transaction and events pending before this Court and the Honorable Haywood S. Gilliam,

18  Jr. as Case No. 4:22-cv02833-HSG.  Since the two appeals are before the same District Court Judge,

19  DWR does not believe an Administrative Motion to Consider Whether Cases Should be Related as

20  provided in Local Rule 3-12 is necessary.

21      *[Signatures Begin on the Following Page]*

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | Dated: June 1, 2022 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | SF2019200301 |

Dated: June 1, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
DANETTE VALDEZ, SBN 141780
ANNADEL ALMENDRAS, SBN 192064
Supervising Deputy Attorneys General

By: _/s/ Paul J. Pascuzzi_

PAUL J. PASCUZZI
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
Attorneys for California Department of
Water Resources, by and through the State
Water Project

SF2019200301
43236450.docx

1

<u>**PROOF OF SERVICE**</u>

2

I, Susan R. Darms, declare:

3

I am a resident of the State of California and over the age of eighteen years, and not a party

4

to the within action; my business address is 500 Capitol Mall, Suite 2250, Sacramento, CA 95814.

5

On June 1, 2022, I served the within document:

6

**CALIFORNIA DEPARTMENT OF WATER RESOURCES' DESIGNATION OF ADDITIONAL RECORD ON APPEAL AND STATEMENT OF ISSUES**

7

By Electronic Service only via CM/ECF.

8

9

*/s/ Susan R. Darms*
Susan R. Darms

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28