# Notice Recipients

**Recipients of Notice of Electronic Filing:**

aty          Richard A. Lapping          rich@trodellalapping.com

aty          Thomas B. Rupp          trupp@kbkllp.com

                                        TOTAL: 2

**Recipients submitted to the Claims Agent (Kroll Restructuring Administration, LLC):**

intp          William B. Abrams          1519 Branch Owl Pl.          Santa Rosa, CA 95409

intp          Jennifer L. Dodge          2512 Artesia Blvd.          Redondo Beach, CA 90278

aty          David Franklin Hill, IV          Weil, Gotshal and Manges, LLP          767 Fifth Ave.          New York, NY 10153

aty          David J. Molton          Brown Rudnick LLP          7 Times Square          New York, NY 10036

                                        TOTAL: 4