STEVEN M. CAMPORA, SBN 110909
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

Attorneys for Creditors, Michael Ramey; Michael Ramey and Associates, Inc.; and Michael Ramey as Trustee of the Ramey Colby 2007 Trust.

ESTELA O. PINO, SBN 112975
**PINO & ASSOCIATES**
1520 Eureka Rd., Suite 101,
Roseville, CA 95661
Telephone: (916) 641-2288
Facsimile: (916) 244-0989

Attorneys for Dreyer Babich Buccola Wood Campora, LLP

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>In re:<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the lead case, No. 19-30088(DM) | Case Nos. 19-30088 (DM)<br><br>Chapter 11<br><br>**REQUEST FOR RELIEF UPON DEFAULT RE: MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL TO: MICHAEL RAMEY; MICHAEL RAMEY AND ASSOCIATES, INC.; AND MICHAEL RAMEY AS TRUSTEE OF THE RAMEY COLBY 2007 TRUST**<br><br>JUDGE: Hon. Dennis Montali<br><br>[Re: Dkt. No. 12349, 12350, 12351, & 12370] |

Dreyer Babich Buccola Wood Campora, LLP (hereinafter referred to as "Dreyer Babich") by and through its attorneys of record, respectfully submits this Request for Relief upon Default re: Motion for Order Authorizing Withdrawal of Counsel To: Michael Ramey; Michael Ramey and Associates, Inc.; and Michael Ramey as Trustee of the Ramey Colby 2007 Trust (hereinafter referred to as the "Request For Relief Upon Default ").

## REQUEST FOR RELIEF UPON DEFAULT

B.L.R. 9014(b)(4), styled "**Request Upon Default**" (emphasis found in original), provides that,

> [w]hen no objection or request for a hearing has been filed or served within the time provided in B.L.R. 9014-1(b)(3)(A), the initiating party may request relief by default by submitting a request for entry of an order by default and a proposed order.

Accordingly, Dreyer Babich, by and through its counsel, hereby requests that the Court enter an order by default on its Motion for Order Authorizing Withdrawal of Counsel To: Michael Ramey; Michael Ramey and Associates, Inc.; and Michael Ramey as Trustee of the Ramey Colby 2007 Trust (hereinafter referred to as the "Motion") (ECF 12349).

## RELIEF REQUESTED

Pursuant to the Motion, Dreyer Babich seeks an order authorizing Dreyer Babich to withdraw as counsel of record for Michael Ramey; Michael Ramey and Associates, Inc.; and Michael Ramey as Trustee of the Ramey Colby 2007 Trust (hereinafter collectively referred to as the "Creditors").

## NOTICE AND SERVICE

On May 10, 2022, the Motion; the Notice and Opportunity for Hearing on Motion for Order Authorizing Withdrawal of Counsel To: Michael Ramey; Michael Ramey and Associates, Inc.; and

Michael Ramey as Trustee of the Ramey Colby 2007 Trust (hereinafter referred to as the "Notice and Opportunity of Hearing") (ECF 12350); and the Declaration of Steve M. Campora in Support of Motion for Order Authorizing Withdrawal of Counsel To: Michael Ramey; Michael Ramey and Associates, Inc.; and Michael Ramey as Trustee of the Ramey Colby 2007 Trust (hereinafter referred to as the "Declaration of Steve Campora") (ECF12351), were filed with the Court in connection with the above referenced matter.

The Notice and Opportunity of Hearing provided that the deadline to file and serve a written response or request for a hearing with regards to the Motion was twenty-one (21) days from the date of mailing of the Notice and Opportunity of Hearing.

On May 10, 2022, all three (3) documents - the Motion, the Notice and Opportunity of Hearing, and the Declaration of Steve Campora were served on the Creditors, via United States Mail. *See Proof of Service via United States Mail (ECF 12370)*.

The deadline to file a response or an opposition to the Motion has passed, and no opposition or request for hearing in connection with the Motion has been filed with the Court or received by Dreyer Babich and/or its counsel.

**WHEREFORE**, Dreyer Babich, by and through its counsel, hereby respectuflly requests that the Court enter the proposed order, lodged concurrently herewith, granting the Motion for the reasons set forth therein.

Date: June 8, 2022

Respectfully submitted,

**PINO & ASSOCIATES**

By: _____

Estela O. Pino, Counsel for
Dreyer Babich Buccola Wood Campora, LLP

## DECLARATION OF NO OPPOSITION RECEIVED

I, Estela O. Pino, declare as follows in support of the Request For Relief Upon Default:

1. I am an individual over 18 years of age.

2. I have personal knowledge of the matters set forth herein and if called upon to testify, I could do so truthfully and competently.

3. I am an attorney licensed to practice law in the State of California and I am admitted to practice before this Court.

4. I am the principal of the law firm of Pino & Associates, which maintains its offices at 1520 Eureka Rd., Suite 101, Roseville, CA 95661.

5. Pino & Associates represents Dreyer Babich in connection with the Motion.

6. Pino & Associates has not received any opposition or response to the Motion.

7. I have reviewed the docket of the above-captioned bankruptcy cases and have determined that no opposition or response to the Motion has been filed.

8. Based on the foregoing and pursuant to B.L.R. 9014-1(3)(A), a hearing has not been requested and is not required.

///

///

///

///

9. A proposed order will be lodged concurrently as provide for in B.L.R. 9014-1(b)(3)(A).

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on this 8th day of June, 2022, at Roseville, Placer County, California.



Estela O. Pino