STEVEN M. CAMPORA, SBN 110909
**DREYER BABICH BUCCOLA**
**WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone:      (916) 379-3500
Facsimile:      (916) 379-3599

Attorneys for Creditors, Michael Ramey; Michael Ramey and Associates, Inc.; and Michael Ramey as Trustee of the Ramey Colby 2007 Trust.

ESTELA O. PINO, SBN 112975
**PINO & ASSOCIATES**
1520 Eureka Rd., Suite 101,
Roseville, CA 95661
Telephone:      (916) 641-2288
Facsimile:      (916) 244-0989

Attorneys for Dreyer Babich Buccola Wood Campora, LLP

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** ) | Case Nos.  19-30088 (DM) |
| ) | |
| **PG&E CORPORATION,** ) | Chapter 11 |
| ) | |
|     **-and-** ) | |
| ) | |
| **In re:** ) | **PROOF OF SERVICE VIA UNITED** |
| ) | **STATES MAIL** |
| **PACIFIC GAS AND ELECTRIC** ) | |
| **COMPANY,** ) | |
| ) | |
|     Debtors. ) | |
| ) | |
| ☐ Affects PG&E Corporation ) | JUDGE:      Hon. Dennis Montali |
| ☐ Affects Pacific Gas and Electric ) | |
|    Company ) | |
| ☒ Affects both Debtors ) | |
| ) | |
| * *All papers shall be filed in the lead case, No.* ) | RELATED DOCKET: 12349, 12350, 12351, & |
| *19-30088(DM)* ) | 12370 |

I am employed in the County of Placer, California. My business address is 1520 Eureka Rd., Suite 101, Roseville, CA 95661. I am over the age of eighteen years and not a party to the foregoing action.

On June 8, 2022, I served the documents named below on the parties in said action by causing true copies thereof to be placed in a sealed envelope with postage thereon fully prepaid in the United States mail in Roseville, California, addressed as follows:

<u>Documents Served:</u>

1. **REQUEST FOR RELIEF UPON DEFAULT RE: MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL TO: MICHAEL RAMEY; MICHAEL RAMEY AND ASSOCIATES, INC.; AND MICHAEL RAMEY AS TRUSTEE OF THE RAMEY COLBY 2007 TRUST; and**

2. **[PROPOSED] ORDER AUTHORIZING WITHDRAWAL OF COUNSEL TO: MICHAEL RAMEY; MICHAEL RAMEY AND ASSOCIATES, INC.; AND MICHAEL RAMEY AS TRUSTEE OF THE RAMEY COLBY 2007 TRUST.**

<u>Parties Served:</u>

Michael Ramey
P.O. Box 28379
Santa Ana, CA 92799.

Michael Ramey & Associates Inc.
Michael Ramey, MBA, CFE, SCLA
P.O. Box 28379
Santa Ana, CA 92799.

Michael Ramey & Associates Inc.
c/o Michael Ramey
Agent for Service of Process
530 La Gonda Way, Suite D
Danville, CA 94526.

///

Michael Ramey & Associates Inc.

Michael Ramey, MBA, CFE, SCLA

P.O. Box 744,

Danville, CA 94526.

Michael Ramey as Trustee of the Ramey
Colby 2007 Trust

P.O. Box 28379

Santa Ana, CA 92799.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 8, 2022, at Roseville, Placer County, California.

Estela O. Pino