Samy S. Henein, Esq. (#171356)
SUPPA, TRUCCHI & HENEIN, LLP
3055 India Street
San Diego, CA 92103-6013
Telephone No. (619) 297-7330
Fax No. (619) 297-9658

Attorneys for Creditors
JEFFERY PAUL and CAROLE PAUL

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re PG&E CORPORATION,<br><br>    Debtor. | Case No.: 19-30088-DM<br><br>**NOTICE OF HEARING ON CREDITORS JEFFERY PAUL AND CAROLE PAUL'S MOTION FOR LEAVE TO FILE A LATE PROOF OF CLAIM**<br><br>DATE: July 12, 2022<br>TIME: 10:00 a.m.<br>CRTRM: 17<br><br>Hon. Dennis Montali |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, DEBTOR PG&E CORPORATION AND ITS ATTORNEYS OF RECORD, AND ALL PARTIES IN INTEREST:**

    **PLEASE TAKE NOTICE** that on July 12, 2022, at 10:00 a.m., a hearing will be held before the Honorable Dennis Montali, United States Bankruptcy Judge, in his courtroom located at 450 Golden Gate Avenue, San Francisco, CA 94102, Courtroom 17, on Jeffery Paul and Carole Paul's motion for leave to file a late proof of claim regarding the Camp Fire (the "Motion").

    The Motion is based on the accompanying Motion for Leave to File a Late Proof of Claim, Memorandum of Points and Authorities, Declaration of Jeffery and Carole Paul, Declaration of Samy Henein, the pleadings and records on file with respect to PG&E Corporation's bankruptcy case, and such other and further evidence and oral argument as may be presented to the Court at the hearing.

    PLEASE TAKE FURTHER NOTICE that pursuant to Local Bankruptcy Rule 9014-l(c)(1), parties who wish to oppose the Motion shall, not later than fourteen (14) days prior to the hearing date,

| | |
|---|---|
| 1 | file with the Clerk of the United States Bankruptcy Court, Northern District of California, located 450 |
| 2 | Golden Gate Avenue, San Francisco, CA 94102, and serve on Samy Henein, Esq., SUPPA, TRUCCHI |
| 3 | & HENEIN, LLP, 3055 India Street, San Diego, CA 92103, counsel for Movants herein, a complete |
| 4 | written statement of all reasons in opposition to the Motion, an answering memorandum of points and |
| 5 | authorities and copies of all documentary evidence on which the responding party intends to rely. |
| 6 | All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov |
| 7 | for information about Court operations during the COVID-19 pandemic. The Bankruptcy Court's |
| 8 | website provides information regarding how to arrange a telephonic or video appearance. If you have |
| 9 | any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by |
| 10 | calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website. |
| 11 | WHEREFORE, Jeffery and Carole Paul pray that this Court grant the Motion, and for such other |
| 12 | and further relief as the Court deems just and proper. |

SUPPA, TRUCCHI & HENEIN, LLP.

DATED: June 10, 2022                    By: /s/ Samy Henein
                                            Samy Henein, Esq.
                                            Attorneys for Jeffery and Carole Paul