Samy S. Henein, Esq. (#171356)
SUPPA, TRUCCHI & HENEIN, LLP
3055 India Street
San Diego, CA 92103-6013
Telephone No. (619) 297-7330
Fax No. (619) 297-9658

Attorneys for Creditors
JEFFERY PAUL and CAROLE PAUL

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re PG&E CORPORATION, | Case No.: 19-30088–DM |
| Debtor. | **CERTIFICATE OF SERVICE** |
| | DATE: July 12, 2022 |
| | TIME: 10:00 a.m. |
| | CRTRM: 17 |
| | Hon. Dennis Montali |

    I hereby certify that on June 10, 2022, a copy of the foregoing CREDITORS JEFFERY AND CAROLE PAUL'S MOTION FOR LEAVE TO FILE A LATE PROOF OF CLAIM, NOTICE OF HEARING, MEMORANDUM OF POINTS AND AUTHORITIES, DECLARATION OF JEFFERY PAUL AND CAROLE PAUL, DECLARATION OF SAMY HENEIN, CERTIFICATE OF SERVICE were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties.

Date: June 10, 2022          By: /s/ Samy Henein
                                                    Samy Henein