| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| 1169 Euclid Avenue LLC<br>Ego Properties 1212A Union Street<br>San Francisco, CA 94109 | 106354 | PG&E Corporation and Pacific Gas and Electric Company | 8/13/2020 | $0.00 | $0.00 | $0.00 | $979.14 | $979.14 | No Response to Information Request |
| Birney, Sheri<br>516 Christine Lynn Dr.<br>Morgan Hill, CA 95037 | 85515 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $450.00 | $450.00 | No Response to Information Request |
| Bohanna, Scott<br>2383 Corte de la Jara<br>Pleasanton, CA 94566 | 5765 | PG&E Corporation and Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Broussard, Cheraun Lovell<br>2460 Willow Pass Rd #321<br>Bay Point, CA 94565 | 86674 | PG&E Corporation and Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Clever, Alex<br>c/g Skikos One Sansome Street, Ste 2830<br>San Francisco, CA 94104 | 86282 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Deane, Linda<br>152 Highland Ave<br>Los Gatos, CA 95030 | 5495 | PG&E Corporation and Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $8,954.65 | $8,954.65 | No Response to Information Request |
| Deane, Linda<br>152 Highland Ave<br>Los Gatos, CA 95030 | 220 | PG&E Corporation and Pacific Gas and Electric Company | 2/12/2019 | $0.00 | $0.00 | $0.00 | $8,954.65 | $8,954.65 | No Response to Information Request |
| David and Kit Sondergeld<br>4241 Aspara Dr<br>Clayton, Ca 94517 | 83969 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $250,000.00 | $250,000.00 | No Response to Information Request |

# Exhibit 1

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Fallstead, Linda<br>9203 Pinto Pl<br>Lower Lake, CA 95457 | 94841 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Flores, Dominga<br>P.O. BOX 1238<br>Woodbridge, CA 95258 | 83230 | PG&E Corporation and Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $13,344.57 | $13,344.57 | No Response to Information Request |
| Flores, Dominga<br>P.O. Box 1238<br>Woodbridge, CA 95258 | 1657 | PG&E Corporation and Pacific Gas and Electric Company | 3/15/2019 | $0.00 | $0.00 | $0.00 | $13,344.57 | $13,344.57 | No Response to Information Request |
| Gauthier, Carol<br>P.O. Box 6285/ 16247 30th Ave<br>Clearlake, CA 95422 | 88564 | PG&E Corporation and Pacific Gas and Electric Company | 12/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| George McArthur, McArthur Livestock Co.<br>Mark D. Norcross 2515 Park Marina Drive, Ste. 102<br>Redding, CA 96001 | 87025 | PG&E Corporation and Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $29,869.00 | $29,869.00 | No Response to Information Request |
| Gipson , Idella<br>877 Browning street #8<br>Redding, CA 96003 | 94485 | PG&E Corporation and Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $25,000.00 | $25,000.00 | No Response to Information Request |
| Hagerty, Peter<br>7645 oak leaf dr 7645 oak leaf dr<br>SANTA ROSA, CA 95409 | 86271 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Johnson, Cassandra<br>220 Willow Pass Rd Unit 314 Bldg 3<br>Bay Point, CA 94565-3374 | 86826 | PG&E Corporation and Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |

# Exhibit 1

| Claims To Be Disallowed and Expunged | Original Creditor | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| 4319 | Just, Margaret A 2700 Veronese Ct St Augustine, FL 32086 | PG&E Corporation and Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| 86689 | Daly, Linda L. 1706 High Street SE Salem, OR 97301 | PG&E Corporation and Pacific Gas and Electric Company | 10/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| 60744 | Donohue, Roderick 1322 Fiori Lane Sebastopol, CA 95472 | PG&E Corporation and Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $2,200.00 | $2,200.00 | No Response to Information Request |
| 95237 | Laura Thompson-Sanford & Richard JA Thompson 12645 Fawn Ridge Dr PO Box French Gulch, CA 96033 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| 5905 | Meiggs, Deanna 251 Donnie Ln Willows, CA 95988-2914 | PG&E Corporation and Pacific Gas and Electric Company | 8/3/2019 | $0.00 | $0.00 | $0.00 | $1,867.00 | $1,867.00 | No Response to Information Request |
| 79158 | Mountain F Enterprises, Inc. C/O Kelley Reid 660 Las Gallinas Avenue, Suite B San Rafael, CA 94903 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $625,000.00 | $625,000.00 | No Response to Information Request |
| 35529 | Nani, James 4440 Eight Mile Rd Chino, CA 95709-9551 | PG&E Corporation and Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| 8209 | Sierra Jeep Tours LLC Christina Tracy PO Box 133 Fish Camp, CA 93623 | PG&E Corporation and Pacific Gas and Electric Company | 9/3/2019 | $0.00 | $0.00 | $0.00 | $32,822.23 | $32,822.23 | No Response to Information Request |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Soliz, Jarred c/o Attorney John C. Lemon 1350 Columbia Street, Suite 600 San Diego, CA 92101 | 92148 | PG&E Corporation and Pacific Gas and Electric Company | 12/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Soliz, Jarred John C. Lemon 1350 Columbia Street, Suite 600 San Diego, CA 92101 | 92196 | PG&E Corporation and Pacific Gas and Electric Company | 12/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Soliz, Jarred c/o Attorney John C. Lemon 1350 Columbia Street, Suite 600 San Diego, CA 92101 | 92155 | PG&E Corporation and Pacific Gas and Electric Company | 12/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Titus, V Michelle PM River Mills, CA 96028 Box 920 | 93929 | PG&E Corporation and Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $110,000.00 | $110,000.00 | No Response to Information Request |
| Turtle Creek Ranch, LLC 165 Santa Maria Dr. Concord, CA 94518 | 8124 | PG&E Corporation and Pacific Gas and Electric Company | 8/27/2019 | $0.00 | $0.00 | $0.00 | $123,185.00 | $123,185.00 | No Response to Information Request |
| Valley High LLC c/o Skikos One Sansome Street, Ste 2830 San Francisco, CA 94104 | 63526 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Whiteley, Daniel C 3103 Cherry Valley Cir Fairfield, CA 94534 | 56673 | PG&E Corporation and Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $102,893.00 | $102,893.00 | No Response to Information Request |
| Whiteley, Daniel C 3103 Cherry Valley CIR Fairfield, CA 94534 | 75553 | PG&E Corporation and Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $102,893.00 | $102,893.00 | No Response to Information Request |

# Exhibit 1

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Williams Jr, Michael J. 28 Starview Dr Oakland, CA 94618 | 85194 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| **Claims To Be Expunged Totals** | **Count:33** | | | **$0.00** | **$0.00** | **$0.00** | **$1,451,756.81** | **$1,451,756.81** | |