Andrew Walters
P.O. Box 208
Indian Springs, NV 89018
In Pro Per.

FILED
JUN 16 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

United States Bankruptcy Court
Northern District of California
San Francisco Division

| | |
|---|---|
| Andrew Walters, Creditor | Bankruptcy Case No. # 19-30088 (DM) Chapter 11 |
| v | Notice of Motion, Motion for Appointment of Counsel |
| PG&E, PG&E Corp., et, al. Debtors' | |

### Request for Appointment of Counsel

Notice is hereby given for motion for appointment of counsel. The creditor, who is without funds, assets or ability to obtain counsel now petition the court for an order granting motion.

The creditor, is a novice and untrained in bankruptcy law. In addition he has no legal resources to refer to such as; case law, FLP procedural rule, etc. To properly defend his claims, such disadvantage support the appointment of counsel motion.

Appointment of counsel should be available to creditor under (28) 42 USCS 1915(d) "where a clear disadvantage is present".

Therefore, Andrew Walters pray for an order granting motion for appointment of counsel

Dated: June 10, 2022

Andrew Walters
Creditor

Andrew Walters
P.O. Box 208
Indian Springs, NV 89018



LAS VEGAS NV 890
13 JUN 2022 PM 4 L

U.S. Bankruptcy Court
Northern District of California -
Courtroom 17, 16th Floor
450 Golden Gate Ave
San Francisco, Calif. 94102

RECEIVED
JUN 16 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

94102-355199

Case: 19-30088    Doc# 12512    Filed: 06/16/22    Entered: 06/16/22 15:03:58    Page 2 of 2