KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (650) 636-9251

LAW OFFICES OF JENNIFER L. DODGE INC.
Jennifer L. Dodge (#195321)
(jdodgelaw@jenniferdodgelaw.com)
2512 Artesia Blvd., Suite 300D
Redondo Beach, California 90278
Tel: (310) 372.3344
Fax: (310) 861.8044

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☑ Affects Pacific Gas and Electric Company<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**REORGANIZED DEBTOR PACIFIC GAS AND ELECTRIC COMPANY'S WITNESS LIST FOR TRIAL OF CLAIM NO. 77335 (TODD GREENBERG)**<br><br>Trial: June 27, 2022<br>Time: 9:00 a.m. (Pacific Time)<br>Place: (Via Zoom Videoconference)<br>   United States Bankruptcy Court<br>   Courtroom 17, 16th Floor<br>   San Francisco, CA 94102 |

In compliance with the Scheduling Order for Remote Trial entered by this Court on February 16, 2022 [Dkt. No. 11943], Pacific Gas and Electric Company (the "**Utility**"), as debtor and reorganized debtor ("**PG&E**" or "**Reorganized Debtor**") in the above-captioned Chapter 11 cases (the "**Chapter 11 Cases**"), with regard to Proof of Claim number 77335 (the "**Claim**") filed by Todd Greenberg ("**Greenberg**" or "**Claimant**"), pursuant to Section 502 of Title 11 of the United States Code (the "**Bankruptcy Code**"), hereby submits this list of witnesses that it may call at the trial of this matter. PG&E reserves the right to supplement this list and/or call additional witnesses for the purposes of impeachment and rebuttal during the trial of this matter, as set forth in the Scheduling Order.

| Witness | Summary of Testimony |
|---|---|
| Dustin Dear<br>Distribution Operation Engineering Manager, PG&E | Outages in 2016 Related to Property located at 47 Bolinas Road, Fairfax, California |
| David Brown<br>Senior New Business Representative, PG&E | Work Related to 31 Bolinas Road, Fairfax, California; 2/28/2016 Email Referencing Future Outage |
| Todd Greenberg, Claimant | Claim; Damages |
| Dustin Perkins<br>Claims Investigator, PG&E | Claims History and Interaction with Todd Greenberg in 2016; Inspection at 47 Bolinas Road, Fairfax, California |

June 16, 2022

KELLER BENVENUTTI KIM LLP

LAW OFFICES OF JENNIFER L. DODGE INC.

By: _____
Jennifer L. Dodge

Attorneys for Debtors and Reorganized Debtors