KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (650) 636-9251

LAW OFFICES OF JENNIFER L. DODGE INC.
Jennifer L. Dodge (#195321)
(jdodgelaw@jenniferdodgelaw.com)
2512 Artesia Blvd., Suite 300D
Redondo Beach, California 90278
Tel: (310) 372.3344
Fax: (310) 861.8044

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☑ Affects Pacific Gas and Electric Company<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**REORGANIZED DEBTOR PACIFIC GAS AND ELECTRIC COMPANY'S EXHIBIT LIST FOR TRIAL OF CLAIM NO. 77335 (TODD GREENBERG)**<br><br>Trial: June 27, 2022<br>Time: 9:00 a.m. (Pacific Time)<br>Place: (Via Zoom Videoconference)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

In compliance with the Scheduling Order for Remote Trial entered by this Court on February 16, 2022 [Dkt. No. 11943], Pacific Gas and Electric Company (the "**Utility**"), as debtor and reorganized debtor ("**PG&E**" or "**Reorganized Debtor**") in the above-captioned Chapter 11 cases (the "**Chapter 11 Cases**"), with regard to Proof of Claim number 77335 (the "**Claim**") filed by Todd Greenberg ("**Greenberg**" or "**Claimant**"), pursuant to Section 502 of Title 11 of the United States Code (the "**Bankruptcy Code**"), hereby submits this list of exhibits it may use during the trial of this matter. PG&E reserves the right to supplement this list and/or reference additional exhibits for the purposes of impeachment and rebuttal during the trial of this matter, as set forth in the Scheduling Order.

| Exh. No. | Docket No. | Date | Description |
|---|---|---|---|
| 1 | | 1/16/13 | Emails between T. Greenberg and Craigslist Seller of Used refrigerator (Bates Nos. TW 204-TW 205) |
| 2 | | 2/22/16 | Emails and Claim Documents Related to T. Greenberg's 2016 Claim to PG&E Claims Dept. regarding power outage/refrigerator (Bates Nos. PGE0001-PGE0029; PGE0031-PGE0038) |
| 3 | | 3/15/16 | PG&E Claims Denial Letter to T. Greenberg dated March 15, 2016 (Bates No. PGE0030) |
| 4 | | 4/7/16 | 8 Photographs taken by PG&E Claims Investigator D. Perkins during site visit to 47 Bolinas Road, Fairfax (Bates No. PGE0041-PGE0049) |
| 5 | | 4/22/16 | PG&E Claims Denial Letter to T. Greenberg dated April 22, 2016 (Bates No. PGE0039-PGE0040) |
| 6 | | 5/5/16 | PG&E Email from D. Perkins to T. Greenberg With Outage Reports for 47 Bolinas Road, Fairfax, California from November 2015 to May 2016 (Bates No. PGE0050-PGE0053) |

| Exh. No. | Docket No. | Date | Description |
|---|---|---|---|
| 7 | 10996-1 | 2/25/16 | Appliance Doctor Invoice and LG Appliance Serial Number Lookup Information (Exh. A to Dodge Decl.) |
| 8 | | Various | https://www.quora.com/Do-LG-fridges-have-issues-with-a-failing-compressor |
| 9 | | 9/9/20 | https://www.classaction.org/lg-refrigerator-linear-compressor-failure-lawsuits |
| 10 | | 11/21/11 | https://www.appliancejunk.com/forums/index.php?topic=879.0 (LG Refrigerator Compressor Not Starting – Model # LRSC26922TT) |
| 11 | | 2/28/16 | Email from D. Brown to M. Lockaby Referencing Future Outage (Exh. O to Brown Deposition) |
| 12 | | 10/21/19 | T. Greenberg's Proof of Claim No. 77335 |
| 13 | 11992 | 3/4/22 | T. Greenberg's Amended Proof of Claim No. 77335 (attached to T. Greenberg's Motion to Amend Proof of Claim No. 77335) |
| 14 | | 5/17/22 | Photographs taken by J. Dodge during 5/17/22 inspection of Property |
| 15 | | 5/17/22 | Video taken by J. Dodge during 5/17/22 inspection of Property |
| 16 | | 12/2/12 | 2012 Claim by T. Greenberg to PG&E Regarding Power Outage |
| 17 | | 11/29/12 | 11/29/12 Outage Report |

Law Offices of
Jennifer L. Dodge Inc

Case: 19-30088    Doc# 12516    Filed: 06/16/22    Entered: 06/16/22 17:07:04    Page 3 of 4

| Exh. No. | Docket No. | Date | Description |
|---|---|---|---|
| 18 | | 12/4/12 | PG&E Claims Denial Letter to T. Greenberg |
| 19 | | 1/6/20 | Claim by T. Greenberg to PG&E Regarding Outage Related to Public Safety Power Shutoff Event on 10/26/19 |
| 20 | | 1/7/20 | PG&E Claims Denial Letter to T. Greenberg |
| 21 | | 10/28/21 | Email from A. Ibrahim (PG&E) to T. Greenberg with 10-year Outage History for Property (Exh. W to Deposition of D. Dear) |
| 22 | | 11/1/21 | Email from A. Ibrahim (PG&E) to T. Greenberg Responding to T. Greenberg's Questions Regarding Outages (Exh. X to Deposition of D. Dear) |
| 23 | | 5/5/22 | T. Greenberg's Responses to PG&E's Discovery Requests (Special Interrogatories, Requests for Admission and Requests for Production of Documents) |
| 24 | 10996-3 | 5/1/03 | PG&E Electric Rule No. 14 (Exh. C to Dodge Decl.) |
| 25 | | 10/25/20 | PG&E Electric Rule No. 2 |

June 16, 2022

KELLER BENVENUTTI KIM LLP

LAW OFFICES OF JENNIFER L. DODGE INC.

By: _____
Jennifer L. Dodge

Attorneys for Debtors and Reorganized Debtors