Richard A. Lapping (SBN: 107496)
TRODELLA & LAPPING LLP
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 399-1015
Facsimile: (415) 651-9004
*Rich@TrodellaLapping.com*

Attorneys for Todd Greenberg

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**CREDITOR TODD GREENBERG'S WITNESS LIST**<br><br>[Related to Dkt. Nos. 9455, 9646]<br><br>Date: June 27, 2022<br>Time: 9:00 a.m.<br>Courtroom 17 - Video<br>Judge: Hon. Dennis Montali |

Creditor Todd Greenberg ("Greenberg") intends to call the following witnesses regarding the testimony indicated brief in support of his Claim No. 77335.

| **Witness** | **Brief summary of testimony** |
|---|---|
| Todd Greenberg | All aspects of his claim and damages. |
| Dennis Webb | Expected costs to repair floor damaged by PG&E, including explanation of the estimate provided as Exhibit QQ. |
| Alexander Garandza | Technician who replaced starter relay will testify concerning the damage to the starter relay switch. |

| | | |
|---|---|---|
| 1 | Vince Castro | PG&E foreman of 31 Bolinas Road.  Course and duration of |
| 2 | | the project at 31 Bolinas. |
| 3 | David Brown | PG&E project manager for 31 Bolinas.  Course and duration |
| 4 | | of the project at 31 Bolinas |
| 5 | Dustin Perkins | Observation of damages to flooring; denial of claim. |
| 6 | Duncan Dear | Outages and surges per deposition testimony. |

Dated:  June 16, 2022                           TRODELLA & LAPPING LLP

By:     /s/ Richard A. Lapping
       Richard A. Lapping
       Attorneys for Todd Greenberg

Trodella & Lapping LLP
540 Pacific Avenue
San Francisco, CA 94133