Richard A. Lapping (SBN: 107496)
TRODELLA & LAPPING LLP
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 399-1015
Facsimile: (415) 651-9004
*Rich@TrodellaLapping.com*

Attorneys for Todd Greenberg

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**CREDITOR TODD GREENBERG'S WITNESS LIST**<br><br>[Related to Dkt. Nos. 9455, 9646]<br><br>Date: June 27, 2022<br>Time: 9:00 a.m.<br>Courtroom 17 - Video<br>Judge: Hon. Dennis Montali |

Creditor Todd Greenberg ("Greenberg") submits the following exhibit list the testimony indicated brief in support of his Claim No. 77335.

| Exhibit | Pre-trial No.[1] | Date | Description |
|---|---|---|---|
| A | TG 182 | 2/1/2021 | Title transfer of 47 Bolinas |
| B | TW 175 | 2/22/2016 | United Air Flight Info |
| C | DKT 10995 | 7/29/2021 | PG&E Supplemental objection to Refrigerator claim |

---

[1] Bates numbers for Greenberg were TG or TW; VP refers to Veteran Power production. PGE refers to documents produced by PG&E.

Trodella & Lapping LLP
540 Pacific Avenue
San Francisco, CA 94133

| | | | |
|---|---|---|---|
| D | DKT 10996-2 | 7/29/2021 | Exhibit B to Dodge Decl excerpt pp 22-23 |
| E | PGE0030 | 3/15/2016 | PG&E Letter (Stacy Lam) to TG re claim causation |
| F | PGE0039 | 4/22/2016 | Letter D. Perkins to T. Greenberg |
| G | TG 352 | 11/8/2021 | Emails to Fairfax re document requests |
| H | TG 320 | 2/29/2016 | David Brown email 2-29-16 |
| I | TG Unnumbered | 6/8/2022 | Certification of Veteran Power's custodian of records |
| J | VP | 10/27/2015 | Original contract work authorization by PG&E for Bolinas Rd. |
| K | VP | 9/10/2015 | Construction Map in Color 31 Bolinas Rd. |
| L | VP | 9/8/2015 | Circuit Map 31 Bolinas Rd. |
| M | VP | 9/14/2015 | Traffic control map for 31 Bolinas Rd. |
| N | VP | 11/30/2015 | Daily Work Report 31 Bolinas Rd. |
| O | VP | 12/1/2015 | Daily Work Report 31 Bolinas Rd. |
| P | TG389 | 12/1/2015 | David Brown - Mark Lockaby emails re project delays at 31 Bolinas Rd. |
| Q | PGE0069 | 4/14/2016 | PG&E's "As Built" Map for 31 Bolinas Rd. |
| R | PGE0072 | 4/14/2016 | PG&E's "As Built" Circuit Map 31 Bolinas Rd. |
| S | VP | 12/28/2015 | Construction Map - Black and White |
| T | VP | 2/9/2016 | Daily Work Report 31 Bolinas Rd. |
| U | VP | 2/15/2016 | Change Order request |
| V | VP | 2/15/2016 | Daily Work Report 31 Bolinas Rd. |
| W | VP | 2/16/2016 | Daily Work Report 31 Bolinas Rd. |
| X | VP | 2/17/2016 | Daily Work Report 31 Bolinas Rd. |
| Y | VP | 2/18/2016 | Daily Work Report 31 Bolinas Rd. |
| Z | VP | 2/22/2016 | Daily Work Report 31 Bolinas Rd. |
| AA | VP | 3/2/2016 | Change Order authorization |

| | | | | |
|---|---|---|---|---|
| BB | VP | 3/16/2022 | Daily Work Report 31 Bolinas Rd. |
| CC | VP | 3/17/2016 | Change Order request |
| DD | PGE0050 | 5/5/2016 | Email from Dustin Perkins re outages; also Exhibit U to Dustin Dear deposition |
| EE | VP | 4/6/2016 | Daily Work Report 31 Bolinas Rd. |
| FF | TG 155 | 2/25/2016 | Appliance Doctor Receipt |
| GG | TW 176 | 2/25/2016 | Internet explanation of Relay failure |
| HH | TG 160 | 2/22/2016 | Itemized contents and prices |
| II | PGE0022 | 2/22/2016 | Photo of Floor Feb 2016 |
| JJ | TG 163 | 2/22/2016 | Photos of Food |
| KK | PGE0036 | 4/12/2016 | Email T. Greenberg to D. Perkins |
| LL | PGE0029 | 3/4/2016 | City Carpets estimate March 2016 |
| MM | PGE0027 | 3/14/2016 | AIP Estimate March 2016 |
| NN | TG 174 | 4/6/2019 | Storage receipt |
| OO | PGE0041 | 4/25/2016 | Photos from Dustin Perkins file |
| PP | TG 157 | 5/12/2022 | City Carpet May 22 2022 estimate |
| QQ | TG Unnumbered | 6/6/2022 | 47 BOLINAS RD ESTIMATE |
| RR | TG Unnumbered | | Deposition of Duncan Dear of PG&E |
| SS | TG Unnumbered | | Deposition of David Brown of PG&E |
| TT | TG Unnumbered | 6/16/22 | Recent photos of floor damage |

Dated: June 16, 2022

TRODELLA & LAPPING LLP

By: /s/ Richard A. Lapping
Richard A. Lapping
Attorneys for Todd Greenberg

Trodella & Lapping LLP
540 Pacific Avenue
San Francisco, CA 94133