James Cerda

2312 Jose Ave

Santa Rosa CA. 95401

707-495-3887

Jcerda@theoremvineyards.com

I would like to file a motion for an extension to be part of the Fire Victims Trust, case #19-030088 against PG&E for the 2017 fires. I was unaware of this settlement up until yesterday, June 15th 2022. I was made aware by a friend who received compensation for what they went through in the 2017 fires. I would have filed sooner if I was aware of this settlement, but I am acting as quickly as possible with the information I have in front of me.

My family and I lived through the 2017 fires and it was a traumatic experience that we still hold with us today. We live in the heart of Santa Rosa, my wife was pregnant at the time, we were evacuated from our house, lost multiple days of work, were exposed to unhealthy levels of smoke and we have PTSD from the experience.

I believe that we are candidates for this trust and I ask the court to grant us an extension to file our claim. As mentioned above, I would have acted sooner had I known about this settlement, but I was only made aware of it yesterday, June 15th 2022. I thank you for your time and I look forward to hearing from you.