

1 | STEVEN M. CAMPORA, SBN 110909
2 | **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
3 | 20 Bicentennial Circle
Sacramento, CA 95826
4 | Telephone: (916) 379-3500
5 | Facsimile: (916) 379-3599

**CHANGES MADE BY COURT**

**Signed and Filed: June 17, 2022**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

6 | Attorneys for Creditors, Michael Ramey; Michael Ramey and Associates, Inc.; and Michael Ramey
7 | as Trustee of the Ramey Colby 2007 Trust.

8 | ESTELA O. PINO, SBN 112975
**PINO & ASSOCIATES**
9 | 1520 Eureka Rd., Suite 101,
Roseville, CA 95661
10 | Telephone: (916) 641-2288
Facsimile: (916) 244-0989
11 |
12 | Attorneys for Dreyer Babich Buccola Wood Campora, LLP

13 | THE UNITED STATES BANKRUPTCY COURT
14 | IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
15 |

| | |
|---|---|
| **In re:** | Case Nos. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | |
| **In re:** | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **ORDER AUTHORIZING WITHDRAWAL OF COUNSEL TO: MICHAEL RAMEY; MICHAEL RAMEY AND ASSOCIATES, INC.; AND MICHAEL RAMEY AS TRUSTEE OF THE RAMEY COLBY 2007 TRUST** |
| Debtors. | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | JUDGE: Hon. Dennis Montali |
| ☒ Affects both Debtors | |
| * *All papers shall be filed in the lead case, No. 19-30088(DM)* | [Re: Dkt. No. 12349, 12350, 12351, & 12370] |

On May 10, 2022, Dreyer Babich Buccola Wood Campora, LLP (hereinafter referred to as "Dreyer Babich") by and through its attorneys of record, filed the Motion for Order Authorizing Withdrawal of Counsel To: Michael Ramey; Michael Ramey and Associates, Inc.; and Michael Ramey as Trustee of the Ramey Colby 2007 Trust (hereinafter referred to as the "Motion") (ECF 12349), in the above captioned bankruptcy cases.

Having reviewed the pleadings filed with the Court in connection with the Motion; and adequate notice of the Motion having been given; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion and the relief requested therein; and the Court having determined that the legal and factual grounds set forth in the Motion establish just cause for the relief requested in the Motion; and based on said findings of facts and conclusion of law, and good cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. The Motion is granted; and

2. Dreyer Babich is permitted to withdraw as counsel to: Michael Ramey; Michael Ramey and Associates, Inc.; and Michael Ramey as Trustee of the Ramey Colby 2007 Trust (hereinafter collectively referred to as the "Creditors"); and

3. Dreyer Babich shall continue to forward all notices and papers in connection with Proof of Claim numbers 27325, 30710, and 30720 to the Creditors, until the Creditors appear in the above-captioned bankruptcy cases via counsel or pro se;

4. Dreyer Babich shall serve this Order upon the Creditors upon entry of the Order.

** END OF ORDER**