| | |
|---|---|
| 1 | STEVEN M. CAMPORA, SBN 110909 |
| 2 | **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP** |
| 3 | 20 Bicentennial Circle |
| | Sacramento, CA 95826 |
| 4 | Telephone: (916) 379-3500 |
| 5 | Facsimile: (916) 379-3599 |
| 6 | Attorneys for Creditors, Michael Ramey; Michael Ramey and Associates, Inc.; and Michael Ramey |
| 7 | as Trustee of the Ramey Colby 2007 Trust. |
| 8 | ESTELA O. PINO, SBN 112975 |
| | **PINO & ASSOCIATES** |
| 9 | 1520 Eureka Rd., Suite 101, |
| | Roseville, CA 95661 |
| 10 | Telephone: (916) 641-2288 |
| 11 | Facsimile: (916) 244-0989 |
| 12 | Attorneys for Dreyer Babich Buccola Wood Campora, LLP |

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| In re: | ) | Case Nos. 19-30088 (DM) |
| | ) | |
| **PG&E CORPORATION,** | ) | Chapter 11 |
| | ) | |
| -and- | ) | |
| | ) | |
| In re: | ) | |
| | ) | **NOTICE OF ENTRY OF ORDER** |
| **PACIFIC GAS AND ELECTRIC COMPANY**, | ) | **AUTHORIZING WITHDRAWAL OF COUNSEL TO: MICHAEL RAMEY; MICHAEL RAMEY AND ASSOCIATES, INC.; AND MICHAEL RAMEY AS TRUSTEE OF THE RAMEY COLBY 2007 TRUST** |
| Debtors. | ) | |
| ☐ Affects PG&E Corporation | ) | |
| ☐ Affects Pacific Gas and Electric Company | ) | |
| ☒ Affects both Debtors | ) | JUDGE: Hon. Dennis Montali |
| | ) | |
| *All papers shall be filed in the lead case, No. 19-30088(DM)* | ) | [Re: Dkt. No. 12522] |

Case: 19-30088  Doc# 12523  Filed: 06/20/22  Entered: 06/20/22 12:09:52  Page 1 of 4

1     **PLEASE TAKE NOTICE** that on June 17, 2022, the United States Bankruptcy Court for
2 the Northern District of California, entered on the docket an Order Authorizing Withdrawal of
3 Counsel To: Michael Ramey; Michael Ramey and Associates, Inc.; and Michael Ramey as Trustee of
4 the Ramey Colby 2007 Trust (hereinafter referred to as the "Order") (ECF 12522).
5
6     **PLEASE TAKE FURTHER NOTICE** that a true and correct copy of the Order is attached
7 hereto and incorporated by reference herein as **Exhibit 1**.
8
9 DATED: June 20, 2022                 Respectfully submitted,
10
11                                       **PINO & ASSOCIATES**
12
13                                       By: _____
14                                       Estela O. Pino, Counsel for
                                      Dreyer Babich Buccola Wood Campora, LLP



1  STEVEN M. CAMPORA, SBN 110909
2  **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
3  20 Bicentennial Circle
   Sacramento, CA 95826
4  Telephone:   (916) 379-3500
5  Facsimile:   (916) 379-3599

**CHANGES MADE BY COURT**

Signed and Filed: June 17, 2022

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

6  Attorneys for Creditors, Michael Ramey; Michael Ramey and Associates, Inc.; and Michael Ramey
7  as Trustee of the Ramey Colby 2007 Trust.

8  ESTELA O. PINO, SBN 112975
   **PINO & ASSOCIATES**
9  1520 Eureka Rd., Suite 101,
   Roseville, CA 95661
10 Telephone:   (916) 641-2288
11 Facsimile:   (916) 244-0989

12 Attorneys for Dreyer Babich Buccola Wood Campora, LLP

13          THE UNITED STATES BANKRUPTCY COURT
14     IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
                SAN FRANCISCO DIVISION

15
16 **In re:**                           ) Case Nos. 19-30088 (DM)
                                        )
17 **PG&E CORPORATION,**                ) Chapter 11
                                        )
18        -and-                         )
                                        )
19 **In re:**                           )
                                        ) **ORDER AUTHORIZING WITHDRAWAL**
20 **PACIFIC GAS AND ELECTRIC**         ) **OF COUNSEL TO: MICHAEL RAMEY;**
21 **COMPANY,**                         ) **MICHAEL RAMEY AND ASSOCIATES,**
                                        ) **INC.; AND MICHAEL RAMEY AS**
22        Debtors.                      ) **TRUSTEE OF THE RAMEY COLBY 2007**
                                        ) **TRUST**
23   ☐ Affects PG&E Corporation         )
24   ☐ Affects Pacific Gas and Electric )
        Company                         ) JUDGE:   Hon. Dennis Montali
25   ☒ Affects both Debtors             )
                                        )
26 * All papers shall be filed in the lead case, No. )
27 19-30088(DM)                         )
                                        ) [Re: Dkt. No. 12349, 12350, 12351, & 12370]
28 _____

Exhibit 1
Page 1 of 2

On May 10, 2022, Dreyer Babich Buccola Wood Campora, LLP (hereinafter referred to as "Dreyer Babich") by and through its attorneys of record, filed the Motion for Order Authorizing Withdrawal of Counsel To: Michael Ramey; Michael Ramey and Associates, Inc.; and Michael Ramey as Trustee of the Ramey Colby 2007 Trust (hereinafter referred to as the "Motion") (ECF 12349), in the above captioned bankruptcy cases.

Having reviewed the pleadings filed with the Court in connection with the Motion; and adequate notice of the Motion having been given; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion and the relief requested therein; and the Court having determined that the legal and factual grounds set forth in the Motion establish just cause for the relief requested in the Motion; and based on said findings of facts and conclusion of law, and good cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. The Motion is granted; and

2. Dreyer Babich is permitted to withdraw as counsel to: Michael Ramey; Michael Ramey and Associates, Inc.; and Michael Ramey as Trustee of the Ramey Colby 2007 Trust (hereinafter collectively referred to as the "Creditors"); and

3. Dreyer Babich shall continue to forward all notices and papers in connection with Proof of Claim numbers 27325, 30710, and 30720 to the Creditors, until the Creditors appear in the above-captioned bankruptcy cases via counsel or pro se;

4. Dreyer Babich shall serve this Order upon the Creditors upon entry of the Order.

** END OF ORDER**