1   STEVEN M. CAMPORA, SBN 110909

2   **DREYER BABICH BUCCOLA**
  **WOOD CAMPORA, LLP**

3   20 Bicentennial Circle
  Sacramento, CA 95826

4   Telephone:   (916) 379-3500

5   Facsimile:   (916) 379-3599

6   Attorneys for Creditors, Michael Ramey; Michael Ramey and Associates, Inc.; and Michael Ramey
  as Trustee of the Ramey Colby 2007 Trust.

7

8   ESTELA O. PINO, SBN 112975
  **PINO & ASSOCIATES**

9   1520 Eureka Rd., Suite 101,
  Roseville, CA 95661

10   Telephone:   (916) 641-2288

11   Facsimile:   (916) 244-0989

12   Attorneys for Dreyer Babich Buccola Wood Campora, LLP

13             THE UNITED STATES BANKRUPTCY COURT

14        IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                 SAN FRANCISCO DIVISION

16   **In re:**                   )  Case Nos. 19-30088 (DM)
                        )

17   **PG&E CORPORATION,**       )  Chapter 11
                        )

18       -and-                )
                        )

19   **In re:**                   )  **PROOF OF SERVICE VIA UNITED**

20                         )  **STATES MAIL**
  **PACIFIC GAS AND ELECTRIC**   )

21   **COMPANY**,            )
                        )

22          Debtors.        )
                        )

23   ☐ Affects PG&E Corporation   )
  ☐ Affects Pacific Gas and Electric  )  JUDGE:   Hon. Dennis Montali

24     Company            )

25   ☒              )
    Affects both Debtors     )

26                         )

27   *All papers shall be filed in the lead case, No.* )  RELATED DOCKET: 12522 and 12523
  *19-30088(DM)*          )

28

I am employed in the County of Placer, California. My business address is 1520 Eureka Rd., Suite 101, Roseville, CA 95661. I am over the age of eighteen years and not a party to the foregoing action.

On June 20, 2022, I served the document named below on the parties in said action by causing true copies thereof to be placed in sealed envelopes with postage thereon fully prepaid in the United States mail in Roseville, California, addressed as follows:

**Document Served:**

    **NOTICE OF ENTRY OF ORDER AUTHORIZING WITHDRAWAL OF COUNSEL TO: MICHAEL RAMEY; MICHAEL RAMEY AND ASSOCIATES, INC.; AND MICHAEL RAMEY AS TRUSTEE OF THE RAMEY COLBY 2007 TRUST [ALONG WITH A COPY OF THE ORDER ATTACHED AS EXHIBIT 1].**

**Parties Served:**

Michael Ramey
P.O. Box 28379
Santa Ana, CA 92799.

Michael Ramey & Associates Inc.
Michael Ramey, MBA, CFE, SCLA
P.O. Box 28379
Santa Ana, CA 92799.

Michael Ramey & Associates Inc.
c/o Michael Ramey
Agent for Service of Process
530 La Gonda Way, Suite D
Danville, CA 94526.

///

///

///

Michael Ramey & Associates Inc.

Michael Ramey, MBA, CFE, SCLA

P.O. Box 744,

Danville, CA 94526.

Michael Ramey as Trustee of the Ramey
Colby 2007 Trust

P.O. Box 28379

Santa Ana, CA 92799.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on June 20, 2022, at Roseville, Placer County, California.

Katelyn Simpson