Andrew Walters
P.O. Box 208
Indian Springs, NV 89018

**FILED**
JUN 21 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

United States Bankruptcy Court
Northern District of California
San Francisco Division

| | |
|---|---|
| Andrew Walters<br>Creditor<br><br>v.<br><br>PG&E Corporation,<br>Pacific Gas & Electric Co.,<br>Debtors | Bankruptcy Case No. # 19-30088 (DM)<br>Request Extension of Hearing Date of July 12, 2022<br>(Extension Pass Hearing Date) |

Andrew Walters filed a timely response which factual disputes are presented by the Debtors omnibus objections and the Creditor Response.

Extension of time is needed for the purposes of strategy, obtain legal assistance, meet & confer and other legal options.

At the Debtors option a date can be chosen which will not be opposed by this Creditor.

Wherefore, Andrew Walters pray for an order granting extension.

Dated: June 16, 2022

Andrew Walters
Creditor

Andrew Walters
P.O. Box 206
Indian Springs, Nevada
89018

LAS VEGAS NV 890
16 JUN 2022 PM 3 L

U.S. MARSHALS SERVICE
JUN 21 2022
INSP

U.S. Bankruptcy Court
CourtRoom 17-16th Floor
450 Goldengate Ave
San Francisco, Calif. 94102

RECEIVED
JUN 21 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

94102-385155

