1  RICHARD A. MARSHACK, #107291
   rmarshack@marshackhays.com
2  LAILA MASUD, #311731
   lmasud@marshackhays.com
3  MARSHACK HAYS LLP
   870 Roosevelt
4  Irvine, California 92620
   Telephone: (949) 333-7777
5  Facsimile: (949) 333-7778

6  Gerald Singleton, SBN 208783
   Gary LoCurto, SBN 270372
7  SINGLETON SCHREIBER LLP
   450 A Street, 5th Floor
8  San Diego, CA 92101
   Tel: (619) 333-7479
9  Email:  gsingleton@singletonschreiber.com
           glocurto@singletonschreiber.com
10
11 Attorneys for SLF Fire Victim Claimants

12              UNITED STATES BANKRUPTCY COURT
      NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| 13  In re | Case No. 19-30088 (DM) |
| 14  PG&E CORPORATION, | Chapter 11 |
| 15       and | (Lead Case–Jointly Administered) |
| 16  PACIFIC GAS AND ELECTRIC COMPANY | NOTICE OF HEARING ON MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM BY MATTHEW SESSER |
| 17 | |
| 18            Debtors | |
| 19  Affects: | |
| 20  ☐ PG&E Corporation | |
| 21  ☐ Pacific Gas & Electric Company | Date:    July 12, 2022 |
|     ☒ Both Debtors | Time:    10:00 a.m. (Pacific) |
| 22 | Place:   **Telephonic Appearances Only** |
|    * All papers shall be filed in the Lead |          United States Bankruptcy |
| 23  Case, | Court:   Courtroom 17, 16th Floor |
|      No. 19-30088 (DM). |          San Francisco, CA 94102 |
| 24 | |
| 25 | Objection Deadline: July 5, 2022 |

26
27  / / /
28  / / /

PLEASE TAKE NOTICE that on June 21, 2022, as Dk. No. 12530, the Singleton Law Firm ("SLF")[1] respectfully filed a motion on behalf of Matthew Sesser to deem timely a late filed proof of claim ("Motion").

PLEASE TAKE NOTICE that the telephonic hearing on the Motion will take place on July 12, 2022, at 10:00 a.m. (Pacific Time) in the Courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, CA 91402.

PLEASE TAKE NOTICE that all interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

PLEASE TAKE FURTHER NOTICE that any oppositions or responses to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for the SLF Fire Victim Claimants at the above-referenced addresses so as to be received by the time set by the Bankruptcy Court. Any oppositions or responses must be filed and served on all "Standard Parties" as defined in, and in accordance with, the Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019 (EFC No. 1996) ("Case Management Order"). Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order. In deciding the Motion, the Court may consider any other document filed in these Chapter 11 Cases and related adversary proceedings.

---

[1] Now known as Singleton Schreiber LLP.

1  **PLEASE TAKE FURTHER NOTICE THAT** that copies of the Motion and

2  its supporting papers can be viewed and/or obtained: (i) by accessing the Court's

3  website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of

4  the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the

5  Debtors' notice and claims agent, Prime Clerk LLC, at

6  https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for

7  U.S.-based parties; or +1 (929) 333-8977 for International parties or by email at:

8  pgeinfo@primeclerk.com.

9       Note that a PACER password is needed to access documents on the Bankruptcy

10  Court's website.

11

12   Dated:  June 21, 2022                    MARSHACK HAYS LLP

13                                      */s/ Laila Masud*

14                            BY: RICHARD A. MARSHACK

15                               LAILA MASUD

                             ATTORNEYS FOR SLF CLAIMANTS

16

17

18

19

20

21

22

23

24

25

26

27

28