# EXHIBIT A



## PG&E - Todd Greenberg

**Richard Lapping** <rich@trodellalapping.com>                        Mon, Jun 6, 2022 at 3:22 PM
To: Jennifer Dodge <jdodgelaw@jenniferdodgelaw.com>

Jennifer,

Attached is a new estimate from a general contractor that Mr. Greenberg obtained for repairing the flooring.  Since it requires that he vacate the premises for 3 or 4 months, lost rent and replacement premises are included in his damage claim, along with the prior small items.  That brings his total claim to $117,239.8 or $109,239.85, depending on the 3 versus 4 months.

Rich Lapping



TRODELLA & LAPPING LLP

540 Pacific Ave • San Francisco, CA 94133
Direct: 415.399.1015 • Mobile: 415.200.9407 • rich@trodellalapping.com

[www.trodellalapping.com](http://www.trodellalapping.com)

**This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

📄 **47 BOLINAS RD ESTIMATE.pdf**
179K



**DENNIS WEBB CONSTRUCTION**          <u>**ESTIMATE NO. 9677**</u>

71 GLEN DRIVE SAUSALITO, CA 94965
415-505-3562
License 821554

**CLIENT:**  Todd Greenberg            **Project:** 47 Bolinas Rd. Unit B (Lower Unit),
Fairfax, CA 94930

_____

ESTIMATE TO REPAIR 47 BOLINAS RD. UNIT B (LOWER UNIT)
MOISTURE/ WATER DAMAGES TO FLOOR CAUSED BY REFRIGERATOR
MELT DOWN.

Note: this building was built in 1920 and nothing is easy to repair or replace as there
are always unexpected items that arise.

BELOW IS A SHORT SYNOPSIS OF THE CHAIN OF EVENTS TO
COMPLETE REPAIRS CAUSED BY THE WATER DAMAGE

NORMAL SEQUENCE OF EVENTS:

- ALL BELONGINGS OUT/ APARTMENT EMPTIED

- 1) Moving co to pack all owner belongings / inventory
- 2)) Rent Port-a-Potty for all workers
- 3) Moving co to transport owners belonging
- 4) Moving co to store belongings in storage
- 5) Pickup/ delivery of thermal ply protection material/ supplies
- 6)) Install all site protection on walls, doors, windows, kitchen, and any affected areas
- 7) Contractor to remove previously wet laminate flooring
- 8) Contractor to remove previously wet underlayment
- 9) Contractor to remove previously wet baseboard
- 10) Contractor to run dehumidifiers if needed

1

- 11) Contractor checking sub floor with moisture meter as needed
- 13) Contractor to replace damaged sub floor. Call for qualified hazardous material person to check for contaminants, mold, asbestos, lead based paint, and determine if additional remediation is needed.
- 14) Contractor to pick current production new laminate flooring 800.00 sq feet (existing damaged flooring no longer available)
- 15) Contractor orders different replacement laminate flooring 8-10 weeks turnaround time if paid in advance
- 16) Apartment will need to remain vacant while flooring is being ordered. After initial demolition and assessment, abatement company to obtain samples and test as needed.  Possible additional 2 to 3 weeks remediation work if samples come back positive for contaminants, depending on availability of subcontractor.
- 17) Flooring arrives
- 18) Flooring acclimation on site for 5 days
- 19) Installation of 3 in 1 moisture barrier underlayment
- 20) Installation of 800 sq feet of laminate flooring
- 21) Adjust or replace doors to fit new floor as necessary
- 22) Transport and dispose all debris
- 23) P/ up delivery of base board 217 lineal feet
- 24)Transport base board to lower unit
- 25) Install 217 lineal feet of base board
- 26) P/ up/ delivery of primer/ spackle/ caulking and paint protection supplies
- 27) Prime, prep, spackle, caulk, and apply 2 coats of finish paint on 217ft lineal feet of base board
- 28) Misc. paint/ touch up on walls.
- 29) Remove site protection/ disposal
- 30) Cleaning service to clean apartment
- 31) Moving company to transport couch/ clothing to cleaning service to clean owners' belongings
- 32) Moving co to pick up all stored belongings and cleaned belongings and deliver.
- 33) Moving co to unbox/ unpack and set up owners' belongings
- 34) Owner to finally move back in

2

-Moving/ packing/ appliance co allowance $12,000
-Storage: 3 mos $2,250.00
-Rental: Port-a-Potty 3 month allowance $390.00
-Removal of flooring/ underlayment $2,612.00
-Disposal and Transport all debris $925.00
-Flooring / underlayment 800 sq feet $ 1,650.00
-Delivery/ transport of flooring and underlayment $725.00
-De humidifier /  fans /  servicing $800.00 allowance if needed
-Flooring installation 800 sq feet $ 14,918.00
-Base board p/ up/ delivery/ transport $ 300.00
-Base board purchase and installation $3,850.00 217 lineal feet
-Prep/ paint base board / materials $3120.00 217 lineal feet materials. $532.54
-Allowance for door adjustments or replacement to fit new floor   $1250.00
-Allowance for Hazmat Remediation if needed is $10,000.00. This is a TBD item.
-Site protection thermal ply/ tape install/ remove/ disposal: materials: $842.00 labor: $1800.00
-House cleaners $650.00
-Furniture/ clothing cleaning $1,200.00 allowance
-Site supervision/ coordination/ unlock/ lock/  set alarm 2/ hrs per day at $150 per hr 31 day allowance $9,300.00

-Subtotal                                      $69,114.54
-Contractor's Profit/ overhead 20%             $13,822.91

Total                                          $82,937.45

Dennis Webb Construction
General Contractor
C: (415) 505-3562
License # 821554

_____

**Due to continuous price increases from the supplier, prices are valid through May 31, 2022. New price increase will go in effect thereafter and will be subject to change on this estimate total. Total estimated cost increase could be 10% or more of this quoted cost; however no exact amount can be confirmed at this time. A deposit of 50% is required to reserve these materials on your behalf. ** Due to the manufactures production dates and our installation schedule, it will take 8-10 weeks to get the material and get you on the installation schedule. We are not responsible for unknown or unforeseen conditions under the existing flooring that may delay or increase the cost of work. If additional work is required due

3

to such conditions, a revised estimate and/work order including any changes in scope and cost of the proposed work will be provided to the customer. Please sign below to acknowledge you have read and understand the above listed prices and descriptions. We require a signature and deposit prior to materials being ordered.

Signature: _____ Date: _____

4

INITIALS _____