# EXHIBIT B



Jennifer Dodge <jdodgelaw@jenniferdodgelaw.com>

## PG&E - Greenberg
12 messages

**Richard Lapping** <rich@trodellalapping.com>  Wed, May 18, 2022 at 2:04 PM
To: Jennifer Dodge <jdodgelaw@jenniferdodgelaw.com>

Jennifer,

I understand from our conversation yesterday after David Brown's deposition that since PG&E cannot produce a witness for one of the areas specified in the PMQ deposition this week, that you will produce a witness sometime next week at a date and time to be agreed upon, notwithstanding that the discovery cutoff is May 20, 2022. Please confirm.

Rich Lapping



www.trodellalapping.com

**This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

---

**Jennifer Dodge** <jdodgelaw@jenniferdodgelaw.com>  Wed, May 18, 2022 at 5:03 PM
To: Richard Lapping <rich@trodellalapping.com>
Bcc: Jennifer Dodge <jdodgelaw@gmail.com>

Rich,

Confirmed.

Since we are agreeing to conduct discovery beyond the discovery cut-off, I think that it might be a good idea to request a continuance of the Pre-Trial Status Conference scheduled for May 24 until the week of May 30 because all discovery will be complete at that time. Please let me know your availability that week. There is an omnibus hearing scheduled for June 7 if the week of May 30 does not work for you or if the Court is not available.

Jennifer

[Quoted text hidden]

--
Law Offices of Jennifer L. Dodge Inc.
2512 Artesia Blvd., Suite 300D
Redondo Beach, CA  90278
T:  310.372.3344
F:  310.861.8044
C:  310.890.7922

_____

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

---

**Richard Lapping** <rich@trodellalapping.com>                                   Wed, May 18, 2022 at 5:08 PM
To: Jennifer Dodge <jdodgelaw@jenniferdodgelaw.com>

Thanks.  I assume you meant May 31, which is the Tuesday after Memorial Day.  I could do that or June 7.

Rich Lappaing

[Quoted text hidden]

---

**Jennifer Dodge** <jdodgelaw@jenniferdodgelaw.com>                             Wed, May 18, 2022 at 5:12 PM
To: Richard Lapping <rich@trodellalapping.com>
Cc: Thomas Rupp <trupp@kbkllp.com>
Bcc: Jennifer Dodge <jdodgelaw@gmail.com>

Yes, correct.  May 31 is a Tuesday; I don't know if the Court is available that day.  If it is not, we could do June 7.  Tom is going to send an email to the Court requesting the continuance to one of those dates.

Jennifer

[Quoted text hidden]