KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (650) 636-9251

LAW OFFICES OF JENNIFER L. DODGE INC.
Jennifer L. Dodge (#195321)
(jdodgelaw@jenniferdodgelaw.com)
2512 Artesia Blvd., Suite 300D
Redondo Beach, California 90278
Tel: (310) 372.3344
Fax: (310) 861.8044

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☑ Affects Pacific Gas and Electric Company<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**REORGANIZED DEBTOR PACIFIC GAS AND ELECTRIC COMPANY'S MOTION IN LIMINE NO. 2 TO EXCLUDE LOST RENT DAMAGES OF $86,400 SOUGHT BY CLAIMANT TODD GREENBERG AT TRIAL OF CLAIM NO. 77335 (TODD GREENBERG)**<br><br>Trial: June 27, 2022<br>Time: 9:00 a.m. (Pacific Time)<br>Place: (Via Zoom Videoconference)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

In compliance with the Scheduling Order for Remote Trial entered by this Court on February 16, 2022 [Dkt. No. 11943], Pacific Gas and Electric Company (the "**Utility**"), as debtor and reorganized debtor ("**PG&E**" or "**Reorganized Debtor**") in the above-captioned Chapter 11 cases (the "**Chapter 11 Cases**"), with regard to Proof of Claim number 77335 (the "**Claim**") filed by Todd Greenberg ("**Greenberg**" or "**Claimant**"), pursuant to Section 502 of Title 11 of the United States Code (the "**Bankruptcy Code**"), hereby files this Motion in Limine No. 2 to exclude damages of $86,400 for two years of lost rent alleged by Greenberg in his Amended Claim, based upon (1) Greenberg's admission that no prospective tenants told him that they did not want to rent the unit due to any damaged flooring, and (2) even if Greenberg could prove these damages (which he cannot), he only tried to rent the unit from July 2019 to May 2020, an 11-month period.

In accordance with the Scheduling Order regarding Pre-Trial Objections and Motions in Limine, counsel for PG&E certifies that she has complied in good faith with the meet and confer requirements set forth therein and that she has met and conferred with counsel for Greenberg prior to filing this Motion in Limine. Declaration of Jennifer L. Dodge ("Dodge Decl."), ¶ 3.

Greenberg filed a motion to amend his claim in March 2022 [Dkt. No. 11992], which the Court tentatively granted at the hearing on the motion in April 2022. The Court's Order allowing Greenberg to amend his Claim was entered on May 12, 2022 [Dkt. No. 12375]. The Amended Claim increased the damages sought in the original Claim for lost rent from $3,025 for one month to $86,400 for 24 months at $3,600 per month. To date Greenberg has not filed the Amended Claim.

Greenberg testified at his deposition that he moved into the upper unit of the duplex in July 2019 and began efforts to rent the lower unit from that time until May 2020, a period of 11 months. See Deposition of Todd Greenberg attached as Exhibit A (pages 45-46, 62-67) to Dodge Decl., ¶ 4. Greenberg admitted that none of the prospective tenants of the unit told him that they did not want to rent the unit due to any damaged flooring. See Exhibit A to Dodge Decl., ¶ 4, pages 88-91. This certainly makes sense, given that the inspection conducted on May

17, 2022 clearly demonstrated that there is no visible staining or damage to the laminate flooring. See photographs attached as Exhibit B to Dodge Decl., ¶ 5.

The damages for two years of lost rent alleged by Greenberg should be excluded because (1) none of the prospective tenants advised Greenberg they decided not to move forward with renting the property because of any damaged flooring, and (2) even if Greenberg could prove these damages (which he cannot), he only attempted to rent the unit for a total of 11 months, not two years.

For the foregoing reasons, PG&E respectfully submits that the $86,400 in damages alleged by Greenberg for two years of lost rent should be excluded from the trial of this matter.

June 21, 2022               Respectfully submitted,

KELLER BENVENUTTI KIM LLP

LAW OFFICES OF JENNIFER L. DODGE INC.

By: _____
           Jennifer L. Dodge

Attorneys for Debtors and Reorganized Debtors