# EXHIBIT B


Case: 19-30088 Doc# 12535-2 Filed: 06/21/22 Entered: 06/21/22 18:54:35 EXHIBIT 14 Page 2 of 14


Case: 19-30088   Doc# 12535-2   Filed: 06/21/22   Entered: 06/21/22 18:54:35   Page 3 of 14


Case: 19-30088    Doc# 12535-2    Filed: 06/21/22    Entered: 06/21/22 18:54:35    Page 4 of 14






Case: 19-30088    Doc# 12535-2    Filed: 06/21/22    Entered: 06/21/22 18:54:35    Page 7 of 14


Case: 19-30088    Doc# 12535-2    Filed: 06/21/22    Entered: 06/21/22 18:54:35    Page 8 of 14


Case: 19-30088 Doc# 12535-2 Filed: 06/21/22 Entered: 06/21/22 18:54:35 Page 9 of 14


Case: 19-30088    Doc# 12535-2    Filed: 06/21/22    Entered: 06/21/22 18:54:35    Page 10 of 14



Case: 19-30088    Doc# 12535-2    Filed: 06/21/22    Entered: 06/21/22 18:54:35    Page 11 of 14



Case: 19-30088 Doc# 12535-2 Filed: 06/21/22 Entered: 06/21/22 18:54:35 Page 12 of 14



Case: 19-30088 Doc# 12535-2 Filed: 06/21/22 Entered: 06/21/22 18:54:35 Page 13 of 14



Case: 19-30088    Doc# 12535-2    Filed: 06/21/22    Entered: 06/21/22 18:54:35    Page 14 of 14