
Case: 19-30088 Doc# 12535-3 Filed: 06/21/22 Entered: 06/21/22 18:54:35 Page 1 of 14


Case: 19-30088    Doc# 12535-3    Filed: 06/21/22    Entered: 06/21/22 18:54:35    Page 2 of 14







**LG** 

HOUSEHOLD REFRIGERATOR 656U
c UL us LISTED

| | | | |
|---|---|---|---|
| MODEL No. | LRSC26922TT | SOURCE | 115V~ |
| AMPS | 3.5 A | FREQUENCY | 60Hz |
| CHARGE | 6.53 Oz | REFRIGERANT | R134a |
| | | PHASE | SINGLE |

DESIGN PRESSURES
HIGH SIDE 400 PSI Ga
LOW SIDE 140 PSI Ga

SER.No.: 404KRDJ00762

DIMENSIONS 908(W) x 897(D) x 1771(H)mm

**FREE STANDING INSTALLATION ONLY**

MANUFACTURED : 2004.
MADE IN KOREA

3850JZ1119L







Case: 19-30088 Doc# 12535-3 Filed: 06/21/22 Entered: 06/21/22 18:54:35 Page 8 of 14



Case: 19-30088    Doc# 12535-3    Filed: 06/21/22    Entered: 06/21/22 18:54:35    Page 9 of 14



Case: 19-30088    Doc# 12535-3    Filed: 06/21/22    Entered: 06/21/22 18:54:35    Page 10 of 14



Case: 19-30088    Doc# 12535-3    Filed: 06/21/22    Entered: 06/21/22 18:54:35    Page 11 of 14



Case: 19-30088 Doc# 12535-3 Filed: 06/21/22 Entered: 06/21/22 18:54:35 Page 12 of 14


Case: 19-30088    Doc# 12535-3    Filed: 06/21/22    Entered: 06/21/22 18:54:35    Page 13 of 14



Case: 19-30088    Doc# 12535-3    Filed: 06/21/22    Entered: 06/21/22 18:54:35    Page 14 of 14