
Case: 19-30088    Doc# 12535-4    Filed: 06/21/22    Entered: 06/21/22 18:54:35    Page 1 of 14


Case: 19-30088    Doc# 12535-4    Filed: 06/21/22    Entered: 06/21/22 18:54:35    Page 2 of 14



Case: 19-30088    Doc# 12535-4    Filed: 06/21/22    Entered: 06/21/22 18:54:35    Page 3 of 14


Case: 19-30088    Doc# 12535-4    Filed: 06/21/22    Entered: 06/21/22 18:54:35    Page 4 of 14


Case: 19-30088    Doc# 12535-4    Filed: 06/21/22    Entered: 06/21/22 18:54:35    Page 5 of 14




Case: 19-30088    Doc# 12535-4    Filed: 06/21/22    Entered: 06/21/22 18:54:35    Page 7 of 14


Case: 19-30088    Doc# 12535-4    Filed: 06/21/22    Entered: 06/21/22 18:54:35    Page 8 of 14




Case: 19-30088   Doc# 12535-4   Filed: 06/21/22   Entered: 06/21/22 18:54:35   Page 10 of 14


Case: 19-30088    Doc# 12535-4    Filed: 06/21/22    Entered: 06/21/22 18:54:35    Page 11 of 14



Case: 19-30088    Doc# 12535-4    Filed: 06/21/22    Entered: 06/21/22 18:54:35    Page 12 of 14


Case: 19-30088    Doc# 12535-4    Filed: 06/21/22    Entered: 06/21/22 18:54:35    Page 13 of 14

