KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (650) 636-9251

LAW OFFICES OF JENNIFER L. DODGE INC.
Jennifer L. Dodge (#195321)
(jdodgelaw@jenniferdodgelaw.com)
2512 Artesia Blvd., Suite 300D
Redondo Beach, California 90278
Tel: (310) 372.3344
Fax: (310) 861.8044

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>        - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                Debtors.<br><br>☒ Affects Pacific Gas and Electric Company<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF JENNIFER L. DODGE IN SUPPORT OF REORGANIZED DEBTOR PACIFIC GAS AND ELECTRIC COMPANY'S MOTION IN LIMINE NO. 3 TO EXCLUDE DAMAGES OF $5,000 SOUGHT BY CLAIMANT TODD GREENBERG AS COMPENSATION FOR HIS TIME AT TRIAL OF CLAIM NO. 77335 (TODD GREENBERG)**<br><br>Trial:   June 27, 2022<br>Time:   9:00 a.m. (Pacific Time)<br>Place:   (Via Zoom Videoconference)<br>            United States Bankruptcy Court<br>            Courtroom 17, 16th Floor<br>            San Francisco, CA 94102 |

I, Jennifer L. Dodge, pursuant to Section 1746 of Title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am the owner and president of Law Offices of Jennifer L. Dodge Inc. and serve as legal counsel for Pacific Gas and Electric Company (the "**Utility**"), as debtor and reorganized debtor ("**PG&E**" or "**Reorganized Debtor**") in the above-captioned Chapter 11 cases (the "**Chapter 11 Cases**"), with regard to Proof of Claim number 77335 (the "**Claim**") filed by Todd Greenberg ("**Greenberg**" or "**Claimant**"). I have been a member of the California State Bar Association since 1998 and am admitted to practice in the Northern District of California. I submit this Declaration in support of *Reorganized Debtor Pacific Gas and Electric Company's Motion in Limine No. 3 to Exclude Damages of $5,000 Sought by Claimant Todd Greenberg As Compensation for His Time at Trial of Claim Number 77335 (Todd Greenberg)*, filed contemporaneously herewith.

2. Except as otherwise indicated herein, all facts set forth in this Declaration are based upon my personal knowledge and my review of relevant documents and information. If called upon to testify, I would testify competently to the facts set forth in this Declaration. I am authorized to submit this declaration on behalf of the Reorganized Debtors.

3. In accordance with the Scheduling Order regarding Pre-Trial Objections and Motions in Limine, I certify that I have complied in good faith with the meet and confer requirements set forth therein and have met and conferred with counsel for Greenberg prior to filing this Motion in Limine.

4. Attached hereto as Exhibit A is a true and correct copy of the condensed version of the deposition of Claimant Todd Greenberg taken on May 13, 2022.

///

///

///

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this 21st day of June, 2022.

_____
Jennifer L. Dodge