# EXHIBIT B


Case: 19-30088 Doc# 12539-2 Filed: 06/21/22 Entered: 06/21/22 19:26:00 EXHIBIT 14 Page 2 of 14



Case: 19-30088    Doc# 12539-2    Filed: 06/21/22    Entered: 06/21/22 19:26:00    Page 3 of 14










Case: 19-30088    Doc# 12539-2    Filed: 06/21/22    Entered: 06/21/22 19:26:00    Page 8 of 14


Case: 19-30088 Doc# 12539-2 Filed: 06/21/22 Entered: 06/21/22 19:26:00 Page 9 of 14


Case: 19-30088 Doc# 12539-2 Filed: 06/21/22 Entered: 06/21/22 19:26:00 Page 10 of 14



Case: 19-30088 Doc# 12539-2 Filed: 06/21/22 Entered: 06/21/22 19:26:00 Page 11 of 14


Case: 19-30088 Doc# 12539-2 Filed: 06/21/22 Entered: 06/21/22 19:26:00 Page 12 of 14


Case: 19-30088 Doc# 12539-2 Filed: 06/21/22 Entered: 06/21/22 19:26:00 Page 13 of 14


Case: 19-30088    Doc# 12539-2    Filed: 06/21/22    Entered: 06/21/22 19:26:00    Page 14 of 14