
Case: 19-30088   Doc# 12539-3   Filed: 06/21/22   Entered: 06/21/22 19:26:00   Page 1 of 14


Case: 19-30088    Doc# 12539-3    Filed: 06/21/22    Entered: 06/21/22 19:26:00    Page 2 of 14


Case: 19-30088    Doc# 12539-3    Filed: 06/21/22    Entered: 06/21/22 19:26:00    Page 3 of 14





**LG** 

c(UL)us LISTED  HOUSEHOLD REFRIGERATOR 656U

| | |
|---|---|
| MODEL No. | LRSC26922TT |
| AMPS | 3.5 A |
| CHARGE | 6.53 Oz |
| DESIGN PRESSURES | |
| HIGH SIDE | 400 PSI Ga |
| LOW SIDE | 140 PSI Ga |
| SOURCE | 115V~ |
| FREQUENCY | 60Hz |
| REFRIGERANT | R134a |
| PHASE | SINGLE |
| SER.No.: | 404KRDJ00762 |
| DIMENSIONS | 908(W) × 897(D) × 1771(H)mm |

**FREE STANDING INSTALLATION ONLY**

3850JZ1119L

MANUFACTURED : 2004.
MADE IN KOREA



Case: 19-30088    Doc# 12539-3    Filed: 06/21/22    Entered: 06/21/22 19:26:00    Page 6 of 14


Case: 19-30088    Doc# 12539-3    Filed: 06/21/22    Entered: 06/21/22 19:26:00    Page 7 of 14


Case: 19-30088    Doc# 12539-3    Filed: 06/21/22    Entered: 06/21/22 19:26:00    Page 8 of 14



Case: 19-30088    Doc# 12539-3    Filed: 06/21/22    Entered: 06/21/22 19:26:00    Page 9 of 14



Case: 19-30088 Doc# 12539-3 Filed: 06/21/22 Entered: 06/21/22 19:26:00 Page 10 of 14



Case: 19-30088    Doc# 12539-3    Filed: 06/21/22    Entered: 06/21/22 19:26:00    Page 11 of 14


Case: 19-30088 Doc# 12539-3 Filed: 06/21/22 Entered: 06/21/22 19:26:00 Page 12 of 14


Case: 19-30088 Doc# 12539-3 Filed: 06/21/22 Entered: 06/21/22 19:26:00 Page 13 of 14



Case: 19-30088    Doc# 12539-3    Filed: 06/21/22    Entered: 06/21/22 19:26:00    Page 14 of 14