
Case: 19-30088   Doc# 12539-4   Filed: 06/21/22   Entered: 06/21/22 19:26:00   Page 1 of 14





Case: 19-30088   Doc# 12539-4   Filed: 06/21/22   Entered: 06/21/22 19:26:00   Page 3 of 14







Case: 19-30088    Doc# 12539-4    Filed: 06/21/22    Entered: 06/21/22 19:26:00    Page 6 of 14





Case: 19-30088     Doc# 12539-4     Filed: 06/21/22     Entered: 06/21/22 19:26:00     Page 8 of 14





Case: 19-30088   Doc# 12539-4   Filed: 06/21/22   Entered: 06/21/22 19:26:00   Page 10 of 14



Case: 19-30088   Doc# 12539-4   Filed: 06/21/22   Entered: 06/21/22 19:26:00   Page 11 of 14



Case: 19-30088   Doc# 12539-4   Filed: 06/21/22   Entered: 06/21/22 19:26:00   Page 12 of 14





Case: 19-30088   Doc# 12539-4   Filed: 06/21/22   Entered: 06/21/22 19:26:00   Page 14 of 14