
Case: 19-30088    Doc# 12539-5    Filed: 06/21/22    Entered: 06/21/22 19:26:00    Page 1 of 14




Case: 19-30088   Doc# 12539-5   Filed: 06/21/22   Entered: 06/21/22 19:26:00   Page 3 of 14



Case: 19-30088    Doc# 12539-5    Filed: 06/21/22    Entered: 06/21/22 19:26:00    Page 4 of 14



Case: 19-30088    Doc# 12539-5    Filed: 06/21/22    Entered: 06/21/22 19:26:00    Page 5 of 14



Case: 19-30088 Doc# 12539-5 Filed: 06/21/22 Entered: 06/21/22 19:26:00 Page 6 of 14


Case: 19-30088    Doc# 12539-5    Filed: 06/21/22    Entered: 06/21/22 19:26:00    Page 7 of 14


Case: 19-30088    Doc# 12539-5    Filed: 06/21/22    Entered: 06/21/22 19:26:00    Page 8 of 14


Case: 19-30088 Doc# 12539-5 Filed: 06/21/22 Entered: 06/21/22 19:26:00 Page 9 of 14




Case: 19-30088    Doc# 12539-5    Filed: 06/21/22    Entered: 06/21/22 19:26:00    Page 11 of 14



Case: 19-30088    Doc# 12539-5    Filed: 06/21/22    Entered: 06/21/22 19:26:00    Page 12 of 14


Case: 19-30088 Doc# 12539-5 Filed: 06/21/22 Entered: 06/21/22 19:26:00 Page 13 of 14



Case: 19-30088    Doc# 12539-5    Filed: 06/21/22    Entered: 06/21/22 19:26:00    Page 14 of 14