| | |
|---|---|
| 1 | WEIL, GOTSHAL & MANGES LLP |
| | Richard W. Slack (*pro hac vice*) |
| 2 | (richard.slack@weil.com) |
| | Jessica Liou (*pro hac vice*) |
| 3 | (jessica.liou@weil.com) |
| | Matthew Goren (*pro hac vice*) |
| 4 | (matthew.goren@weil.com) |
| | 767 Fifth Avenue |
| 5 | New York, NY 10153-0119 |
| | Tel: 212 310 8000 |
| 6 | Fax: 212 310 8007 |
| 7 | KELLER BENVENUTTI KIM LLP |
| | Jane Kim (#298192) |
| 8 | (jkim@kbkllp.com) |
| | David A. Taylor (#247433) |
| 9 | (dtaylor@kbkllp.com) |
| | Thomas B. Rupp (#278041) |
| 10 | (trupp@kbkllp.com) |
| | 650 California Street, Suite 1900 |
| 11 | San Francisco, CA 94108 |
| | Tel: 415 496 6723 |
| 12 | Fax: 650 636 9251 |

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **DECLARATION OF RICHARD W. SLACK IN FURTHER SUPPORT OF REORGANIZED DEBTORS' TWENTY-FIRST SECURITIES CLAIMS OMNIBUS OBJECTION (DUPLICATE CLAIMS) RELATING TO CLAIM OF WILLIAM MCGOVERN IRA CHARLES SCHWAB CUSTODIAN** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | **[Related to Docket Nos. 12149, 12398]** |
| ☒ Affects both Debtors | Date: June 29, 2022 |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Time: 10:00 a.m. (Pacific Time) |
| | Place: (Tele/Videoconference Appearances Only) |
| | United States Bankruptcy Court |
| | Courtroom 17, 16th Floor |
| | San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Pursuant to 28 U.S.C. § 1746, I, Richard W. Slack, hereby declare under penalty of perjury and state as follows:

1. I am a member of Weil, Gotshal & Manges LLP, counsel for the debtors and reorganized debtors in the above-captioned action (collectively, the "**Reorganized Debtors**"). I am admitted to this Court *pro hac vice* and respectfully submit this declaration in further support of the *Reorganized Debtors' Twenty-First Securities Claims Omnibus Objection (Duplicate Claims)*, dated April 12, 2022 [Docket No. 12149] (the "**Objection**").

2. Attached as **Exhibit A** is a true and correct copy of Claim No. 104029, received from William McGovern IRA Charles Schwab Custodian (the "**Claimant**") on May 7, 2020.

3. Attached as **Exhibit B** is a true and correct copy of Claim No. 104651 (together with Claim No. 104029, the "**McGovern Claims**"), received from the Claimant on May 14, 2020.

4. Attached as **Exhibit C** is a true and correct copy of a statement submitted by Diana Harrison, CPA, to the Reorganized Debtors' claims administrator, Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC), dated September 12, 2021.

5. Attached as **Exhibit D** is a true and correct copy of the informal responses submitted on behalf of the Claimant dated April 14, 2022 and May 1, 2022.

6. Attached as **Exhibit E** is a true and correct copy of the Reorganized Debtors' communications with Diana Harrison, CPA, who filed the McGovern Claims on behalf of the Claimant, dated May 10, 2022.

7. Attached as **Exhibit F** is a true and correct copy of follow-up emails, dated May 13, 2022 through May 24, 2022, by the Reorganized Debtors to representatives of the Claimant, including Ms. Harrison.

| | |
|---|---|
| 1 | |
| 2 | Executed: June 22, 2022 |
| 3 | New York, New York |

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**


By: */s/ Richard W. Slack*
     Richard W. Slack

*Attorneys for Debtors and Reorganized Debtors*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119