**Exhibit C**

**Signed Statement**

**From:** DIANA HARRISON
**Sent:** Sunday, September 12, 2021 6:41:49 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** PGEsecuritiesclaims
**Subject:** CLAIM NO 104029 & 104651


Stay Safe

Financial Investment Team, Inc
15350 SW Sequoia Parkway #150
Portland, OR 97224
503-906-5202  Office
503-781-2261  Cell
503-639-4292  Fax
Email diana@fi-team.com


Secureit

Investment advisory services offered through Financial Investment Team, Inc., an investment advisor registered with the U.S. SEC.  Securities offered through Peak Brokerage Services, LLC.  Member FINRA/SIPC.  Financial Investment Team, Inc. is a separate and independent entity from Peak Brokerage Services, LLC.
California Insurance Licenses OG28007

This Email is sent by or on behalf of a broker-dealer.  It is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this Email or any part of it.  If you have received this Email in error, please notify us by Email and destroy all copies of this communication.

Please be advised that you may conduct securities transactions only by speaking directly with your Registered Representative.  I cannot accept trade instructions using email or voice mail.  If any trade instructions are left, they will not be acted on.

To help protect your privacy, we strongly recommend that you avoid sending sensitive information, such as account numbers and social security numbers, via email.  secureit

Please be further advised that, pursuant to the Bank Secrecy Act, the USA PATRIOT Act, and similar laws, any communication in this email is subject to regulatory, supervisory, and law enforcement review.

BANKRUPTCY CASE NO. 19-30088(DM)

CHAPTER 11

IN RE:

PG&E CORPORATION

AND

PACIFIC GAS AND ELECTRIC COMPANY

OMNIBUS OBJECTION 3. UNAUTHORIZED BULK CLAIMS

THIRD PARTY: DIANA HARRISON-CPA

ORIGINAL CREDITOR: WILLIAM McGOVERN IRA

CLAIM NUMBER 104029 AND 104651(DUPLICATE FILING)

DUE TO ISSUES RELATED TO COVID THE DOCUMENTS DID NOT ARRIVE IN TIME FOR A RESPONSE BY THE DEADLINE. THE POSTAL SERVICE STOPPED A MAIL FORWARD REQUEST EARLY AND WITHOUT NOTICE SO ALL MAIL WAS NOT DELIVERED OVER A 3 WEEK TIME PERIOD

I DIANA HARRISON, UNDER PENALTY OF PERJURY ATTEST TO THE ABOVE STATEMENT

WILLIAM McGOVERN

4953 KIT CARSON DR

BROOMFIELD, CO 80023

303-993-3781

THIRD PARTY:

DIANA LJ HARRISON CPA, CFP®

15350 SW SEQUOIA PARKWAY

PORTLAND OR 97224

503-906-5205

NOTICE AND SERVICE THIRD PARTY ADRESS ABOVE



X William McGovern

![citrix RightSignature]

# SIGNATURE CERTIFICATE

**REFERENCE NUMBER**
A5C67C17-9753-45ED-B2BF-8C25FF22F4DF

## TRANSACTION DETAILS

**Reference Number**
A5C67C17-9753-45ED-B2BF-8C25FF22F4DF
**Transaction Type**
Signature Request
**Sent At**
09/12/2021 11:41 PDT
**Executed At**
09/12/2021 15:18 PDT
**Identity Method**
email
**Distribution Method**
email
**Signed Checksum**
e755336e3c0a43179f978f753b1591ad6578c24449a81e6dc4b1d72ffdf50145
**Signer Sequencing**
Disabled
**Document Passcode**
Disabled

## DOCUMENT DETAILS

**Document Name**
Bankruptcy Case No 104029 104651
**Filename**
bankruptcy_case_no_104029_104651.pdf
**Pages**
1 page
**Content Type**
application/pdf
**File Size**
86.8 KB
**Original Checksum**
bd22f9b9a7a50f0ef68c47f36b231542446f58913f27f2c540d5053e2f0046ec

# SIGNERS

| SIGNER | E-SIGNATURE | EVENTS |
|---|---|---|
| **Name**<br>William McGovern<br>**Email**<br>karensings@me.com<br>**Components**<br>1 | **Status**<br>signed<br>**Multi-factor Digital Fingerprint Checksum**<br>26a3b8eddd55a1f26428c9ff8873d794f37ecec6187976c055ba6ae83b73664d<br>**IP Address**<br>67.190.67.95<br>**Device**<br>Firefox via Mac<br>**Drawn Signature**<br>*[signature: William R McGovern]*<br>**Signature Reference ID**<br>2701D322<br>**Signature Biometric Count**<br>725 | **Viewed At**<br>09/12/2021 15:17 PDT<br>**Identity Authenticated At**<br>09/12/2021 15:18 PDT<br>**Signed At**<br>09/12/2021 15:18 PDT |

# AUDITS

| TIMESTAMP | AUDIT |
|---|---|
| 09/12/2021 11:41 PDT | DIANA HARRISON (diana@fi-team.com) created document 'bankruptcy_case_no_104029_104651.pdf' on Chrome via Windows from 96.60.22.158. |
| 09/12/2021 11:41 PDT | William McGovern (karensings@me.com) was emailed a link to sign. |
| 09/12/2021 15:17 PDT | William McGovern (karensings@me.com) viewed the document on Firefox via Mac from 67.190.67.95. |
| 09/12/2021 15:18 PDT | William McGovern (karensings@me.com) authenticated via email on Firefox via Mac from 67.190.67.95. |
| 09/12/2021 15:18 PDT | William McGovern (karensings@me.com) signed the document on Firefox via Mac from 67.190.67.95. |