**Exhibit D**

**Response**

| | |
|---|---|
| **From:** | Karen McGovern <karensings@me.com> |
| **Sent:** | Sunday, May 1, 2022 7:41 PM |
| **To:** | Info.pgesecuritiesclaimfiling |
| **Subject:** | [EXTERNAL] Re: PGE - securities settlement claimant inquiry |

I think these are the correct claim numbers. Diana is taking over managing this matter for us due to medical difficulties we are having. Please tell me what I need to do now.
Karen McGovern

> On Apr 14, 2022, at 8:13 PM, Info.pgesecuritiesclaimfiling <info@pgesecuritiesclaimfiling.com> wrote:
>
> Ms. McGovern,
>
> It appears your e-mail is regarding the *Reorganized Debtors' Twenty-First Securities Claims Omnibus Objection (Duplicate Claims)* [Docket No. 12149] and related documents as forwarded in your below e-mail.
>
> If so, please confirm whether you are inquiring about Claims 104029 and 104651 as listed on Exhibit 1 (page 17) of the Objection.
>
> <image001.png>
>
> As stated in the notice, this Objection seeks to expunge (disallow) certain proofs of claim that duplicate others submitted in PG&E's Chapter 11 Cases. You should review the notices carefully. If you determine you agree with the objection no further action may be needed. However, if you disagree with the objection and/or wish to respond, you will find the response procedures outlined therein. The associated **Response Deadline is May 10, 2022, 4:00 p.m. (PT)**.
>
> In the interim, if you have any questions you may reply to this e-mail.
>
> Thank you,
>
> **Lauren Breines**
> Kroll
>
> ---
>
> **From:** Karen McGovern <karensings@me.com>
> **Sent:** Thursday, April 14, 2022 2:09 PM
> **To:** Akter, Sonia <Mossammat.Akter@kroll.com>
> **Subject:** [EXTERNAL] Re: In re PG&E Corporation, et al., Case No. 19-30088-DM, United States Bankruptcy Court for the Northern District of California (San Francisco Division)
>
> Much to my regret, I failed to meet the deadline to file my case re PG&E. Please tell me what steps I can take to fi this.
>
> Karen McGovern

303-506-5841

> On Apr 12, 2022, at 9:48 PM, Akter, Sonia <Mossammat.Akter@kroll.com> wrote:
>
> Please find below links to the following important documents recently filed in the bankruptcy proceedings of PG&E Corporation, Case No. 19-30088-DM, United States Bankruptcy Court for the Northern District of California (San Francisco Division):
>
> - **Reorganized Debtors' Twenty-First Securities Claims Omnibus Objection (Duplicate Claims)** [Docket No. 12149]
>
> - **Declaration of Justin R. Hughes in Support of Reorganized Debtors' Twenty-First Securities Claims Omnibus Objection (Duplicate Claims) (Related Document: 12149)** [Docket No. 12150]
>
> - **Notice of Hearing on Reorganized Debtors' Twenty-First Securities Claims Omnibus Objection (Duplicate Claims). Hearing Scheduled for May 24, 2022 at 10:00 a.m. (PT). Responses due by May 10, 2022 at 4:00 p.m. (PT) (Related Document: 12149)** [Docket No. 12151]
>
> For additional information, and to download all documents filed in the Debtors' chapter 11 cases free of charge, please visit https://restructuring.ra.kroll.com/pge.
>
> Effective March 29, 2022, Prime Clerk has rebranded as Kroll. All emails sent by us will now have the domain @Kroll.com. Emails sent to the domain @primeclerk.com will continue to be received. Please be assured that your information remains secure and is only being used by us in connection with the purpose for which it is held. This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.

Effective March 29, 2022, Prime Clerk has rebranded as Kroll. All emails sent by us will now have the domain @Kroll.com. Emails sent to the domain @primeclerk.com will continue to be received. Please be assured that your information remains secure and is only being used by us in connection with the purpose for which it is held. This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.

ref:_00D1N1uIqY._5003l1Lwmjt:ref

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.