**Exhibit E**

**Reply Email**

| | |
|---|---|
| **From:** | Hill, David |
| **Sent:** | Tuesday, May 10, 2022 4:25 PM |
| **To:** | diana@dljhcpa.com; diana@fi-team.com |
| **Cc:** | Nolan, Jack |
| **Subject:** | PG&E - Reorganized Debtors' Twenty-First Securities Claims Omnibus Objection (Duplicate Claims) |
| **Attachments:** | 1cdbf8e9-efff-40d4-86c1-7c4e42346be9 (1).pdf |

Dear Ms. Harrison,

        I tried to reach you by phone several times last week but was unsuccessful. I write in regard to the proofs of claim of Karen McGovern filed in the PG&E bankruptcy, specifically proofs of claim numbers 104029 and 104651. We received an email from Ms. McGovern, indicating that you were "taking over" this matter, in relation to the attached *Reorganized Debtors' Twenty-First Securities Claims Omnibus Objection (Duplicate Claims)* (the "Motion") filed in the United States Bankruptcy Court for the Northern District of California. As set forth in the Motion, we believe proof of claim no. 104029 is duplicative of 104651 and are seeking to have it disallowed and expunged. Please note that the response deadline of the Motion is today, May 10, 2022.

Sincerely,
    David Hill



**David F. Hill, IV**
Associate
Pronouns: He/His/Him

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
david.hill@weil.com
+1 212 310 8361 Direct
+1 212 310 8007 Fax