# Exhibit F
# Follow-up Emails

| | |
|---|---|
| **From:** | Hill, David |
| **Sent:** | Tuesday, May 24, 2022 4:04 PM |
| **To:** | karensings@me.com; diana@dljhcpa.com; diana@fi-team.com |
| **Cc:** | Nolan, Jack; Zhang, John; Kane, Alex |
| **Subject:** | RE: PG&E - 21st Omni (Duplicate Claims) |
| **Attachments:** | Twenty-First Omnibus Motion.pdf |

Dear Ms. McGovern and Ms Harrison,

As set forth in my previous emails, I write in regard to the proofs of claim of Karen McGovern filed in the PG&E bankruptcy, specifically proofs of claim numbers 104029 and 104651. We received an email from Ms. McGovern, indicating that Ms. Harrison was "taking over" this matter, in relation to the attached *Reorganized Debtors' Twenty-First Securities Claims Omnibus Objection (Duplicate Claims)* (the "**Motion**") filed in the United States Bankruptcy Court for the Northern District of California. As set forth in the Motion, we believe proof of claim no. 104029 is duplicative of 104651 and are therefore seeking to have proof of claim 104029 (but not proof of claim 104651) disallowed and expunged. Based on the prior correspondence, it is unclear if you disagree with our position. I am happy to set up a time to discuss.

Sincerely,
David Hill



**David F. Hill, IV**
Associate
Pronouns: He/His/Him

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
david.hill@weil.com
+1 212 310 8361 Direct
+1 212 310 8007 Fax

---

**From:** Hill, David
**Sent:** Friday, May 13, 2022 8:37 PM
**To:** 'karensings@me.com' <karensings@me.com>
**Cc:** Nolan, Jack <Jack.Nolan@weil.com>; Zhang, John <John.Zhang@weil.com>; Kane, Alex <Alex.Kane@weil.com>
**Subject:** PG&E - 21st Omni (Duplicate Claims)

Dear Ms. McGovern,

Per your email request, we reached out to Diana Harrison, CPA, multiple times by phone and email over the past two weeks, without receiving a response, with regard to PG&E's 21st Omni (Duplicate Claims) motion (the "**Motion**") (attached for your convenience). Based on your correspondence with our team, it does not appear that you dispute the basis of the Motion: that proof of claim number 104029 is duplicative of proof of claim number 104651. As set forth in the Motion, proof of claim number 104651 is not at issue in the Motion. If you disagree with our assessment, please let me know by email or at the number below by this Monday, May 16, 2022.

Sincerely,

David Hill



**David F. Hill, IV**
Associate
Pronouns: He/His/Him

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
david.hill@weil.com
+1 212 310 8361 Direct
+1 212 310 8007 Fax