ERIC A. GRASBERGER (Admitted *Pro Hac Vice*)
MARIO R. NICHOLAS (SBN 273122)
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

David B. Levant (Admitted *Pro Hac Vice*)
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: 208.389.9000
Facsimile: 208.389.9040

Attorneys for JH Kelly, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>REQUEST TO BE REMOVED FROM NOTICE OF ELECTRONIC FILING |

**TO THE COURT, ALL COUNSEL AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned counsel for JH Kelly, LLC hereby request to be removed from notice of electronic filing.

Dated: June 23, 2022.                    STOEL RIVES LLP


By: */s/ Mario R. Nicholas*
MARIO R. NICHOLAS
ERIC A. GRASBERGER
DAVID B. LEVANT

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

REQUEST TO BE REMOVED FROM NOTICE OF ELECTRONIC FILING

-1-

115917308.2 0034592-00012

Case: 19-30088    Doc# 12545    Filed: 06/23/22    Entered: 06/23/22 11:42:50    Page 1 of 1