

Signed and Filed: June 23, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

---

WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING CLAIM NO. 102822 (FRANKLIN F OLIVEROS & ZENAIDA C OLIVEROS JT TEN) PURSUANT TO REORGANIZED DEBTORS' FIFTEENTH SECURITIES CLAIMS OMNIBUS OBJECTION (SECURITIES ACQUIRED OUTSIDE SUBJECT PERIOD)**<br><br>[Re: Docket Nos. 11343, 12471, 12472]<br><br>Date: June 7, 2022<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Tele/Videoconference Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

The Court, having considered the *Reorganized Debtors' Fifteenth Securities Claims Omnibus Objection (Securities Acquired Outside Subject Period)*, dated September 28, 2021 [Docket No. 11343] (the "**Fifteenth Securities Claims Omnibus Objection**") of PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, as reorganized pursuant to the Plan,[1] the "**Reorganized Debtors**") in the above-captioned chapter 11 cases, and this Court having jurisdiction to consider the Fifteenth Securities Claims Omnibus Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Fifteenth Securities Claims Omnibus Objection and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Fifteenth Securities Claims Omnibus Objection as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and upon consideration of the proof of claim filed by Franklin F Oliveros & Zenaida C Oliveros Jt Ten (Claim No. 102822), the Fifteenth Securities Claims Omnibus Objection, the *Declaration of Edward J. Radetich, Jr. in Support of Reorganized Debtors' Fifteenth Securities Claims Omnibus Objection (Securities Acquired Outside Subject Period)*, dated September 28, 2021 [Docket No. 11344], the informal response of Claimant Franklin F Oliveros & Zenaida C Oliveros Jt Ten received on October 21, 2021 (the "**Response**"), the *Reply in Support of Reorganized Debtors' Fifteenth Securities Claims Omnibus Objection (Securities Acquired Outside Subject Period)*, dated May 31, 2022 [Docket No. 12471], the *Declaration of Richard W. Slack in Further Support of Reorganized Debtors' Fifteenth Securities Claims Omnibus Objection (Securities Acquired Outside Subject Period)*, dated May 31, 2022 [Docket No. 12472], and the arguments made at the hearing on the Fifteenth Securities Claims Omnibus Objection held at the above-captioned date and time, with David F. Hill, IV of Weil, Gotshal & Manges LLP appearing on behalf of the Reorganized Debtors and no appearance by or on behalf of Claimant Franklin F Oliveros & Zenaida C Oliveros Jt Ten; and this Court having determined that the legal and factual bases set forth in the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Fifteenth Securities Claims Omnibus Objection.

Fifteenth Securities Claims Omnibus Objection establish just cause for the relief sought; and upon all of the proceedings previously before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Fifteenth Securities Claims Omnibus Objection is sustained with respect to the Claim of Franklin F Oliveros & Zenaida C Oliveros Jt Ten (Claim No. 102822), for the reasons stated on the record.

2. The arguments made in the Response are overruled.

3. Claim No. 102822 shall be disallowed and expunged in its entirety.

4. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this order.

*** END OF ORDER ***

## COURT SERVICE LIST

Franklin F Oliveros & Zenaida C Oliveros Jt Ten
2143 Blue Ridge Dr.
Milpitas, CA 95035-7803