MICHAEL G. COLANTUONO, (State Bar No. 143551)
MATTHEW W. MCALEER (State Bar No. 278595)
JOHN L. JONES II (State Bar No. 225411)
**COLANTUONO, HIGHSMITH & WHATLEY, PC**
790 E. Colorado Boulevard, Suite 850
Pasadena, California 91101-2109
Telephone: (213) 542-5700
Facsimile: (213) 542-5710
Email: MColantuono@chwlaw.us
Email: MMcaleer@chwlaw.us
Email: JJones@chwlaw.us

Special Counsel for Creditors,
CITIES OF ARCATA, BLUE LAKE, CHICO, CUPERTINO, DINUBA, MONTEREY, ORANGE COVE, OROVILLE, PACIFIC GROVE, SACRAMENTO, SALINAS, SAN LEANDRO, SANGER, SANTA CRUZ, SUNNYVALE, VALLEJO, WOODLAKE and the COUNTY OF SACRAMENTO

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☒ Affects Pacific Gas and Electric Company <br> ☐ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19–30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **NOTICE OF CHANGE IN COUNSEL** |

1    **PLEASE TAKE NOTICE THAT** John L. Jones II of Colantuono, Highsmith & Whatley, PC ("CHW") hereby withdraws as attorney of record for the Cities of Arcata, Blue Lake, Chico, Cupertino, Dinuba, Monterey, Orange Cove, Oroville, Pacific Grove, Sacramento, Salinas, San Leandro, Sanger, Santa Cruz, Sunnyvale, Vallejo, Woodlake, and the County of Sacramento (collectively "Cities") and requests that he be removed from the noticing list for the above-referenced cases.

**PLEASE TAKE FURTHER NOTICE** that Michael G. Colantuono and Matthew W. McAleer of CHW will remain as counsel of record for Cities.

DATED: June 24, 2022

**COLANTUONO, HIGHSMITH & WHATLEY, PC**

/s/ John L. Jones II
MICHAEL G. COLANTUONO
MATTHEW W. MCALEER
JOHN L. JONES II
Creditors Cities of Arcata, Blue Lake, Chico, Cupertino, Dinuba, Monterey, Orange Cove, Oroville, Pacific Grove, Sacramento, Salinas, San Leandro, Sanger, Santa Cruz, Sunnyvale, Vallejo, Woodlake and the County of Sacramento