# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("**Kroll**")[1], the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On June 17, 2022, at my direction and under my supervision employees of Kroll caused the following materials to be served via overnight delivery to Ankey Thomas, Judicial Assistant to Hon. Dennis Montali, United States Bankruptcy Court, Northern District of California - San Francisco Division, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, CA 94102:

- A flash drive containing PDF images of the: Greenberg v. PG&E – Exhibits 1 – 25

1. *List Greenberg v. PG&E – Exhibits 1 – 25 from the service request*

(Collectively, the "Greenberg v. PG&E – Exhibits 1 – 25 **Flash Drive**")

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

---

[1] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Case: 19-30088    Doc# 12551    Filed: 06/26/22    Entered: 06/26/22 02:50:30    Page 1 of 2

Executed this 24th day of June 2022, at New York, NY.

/s/ *Alain B. Francoeur*
Alain B. Francoeur

SRF 62213