# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
| **Reorganized Debtors.** | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Sonia Akter, do declare and state as follows:

1.     I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2.     On June 17, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the 116th Omnibus Email Service List attached hereto as **Exhibit A**:

- Reorganized Debtors' One Hundred Sixteenth Omnibus Objection to Claims (ADR No Liability Claims) [Docket No. 12506] (the "***One Hundred Sixteenth Omnibus Objection***")

- Declaration of Robb McWilliams in Support of Reorganized Debtors' One Hundred Sixteenth Omnibus Objection to Claims (ADR No Liability Claims) [Docket No. 12507] (the "***Declaration of Robb McWilliams***")

- Notice of Hearing on Reorganized Debtors' One Hundred Sixteenth Omnibus Objection to Claims (ADR No Liability Claims) [Docket No. 12508] (the "***Notice of Hearing***")

---

[1] On March 29, 2022, Prime Clerk LLC change its name to Kroll Restructuring Administration LLC.

3.      On June 17, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the 117th Omnibus Email Service List attached hereto as **Exhibit B**:

- Reorganized Debtors' One Hundred Seventeenth Omnibus Objection to Claims (Satisfied Claims / No Liability Claims) [Docket No. 12509] (the "***One Hundred Seventeenth Omnibus Objection***")

- Declaration of Robb McWilliams in Support of Reorganized Debtors' One Hundred Seventeenth Omnibus Objection to Claims (Satisfied Claims / No Liability Claims) [Docket No. 12510] (the "***Declaration of Robb McWilliams***")

- Notice of Hearing on Reorganized Debtors' One Hundred Seventeenth Omnibus Objection to Claims (Satisfied Claims / No Liability Claims) [Docket No. 12511] (the "***Notice of Hearing")***

4.      On June 17, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the 116th Omnibus Service List attached hereto as **Exhibit C**:

- Notice of the Reorganized Debtors' One Hundred Sixteenth Omnibus Objection to Claims (ADR No Liability Claims), customized to include the claim number, debtor, claim amount and priority, and the basis for objection of the disallowed claim, and claim number and claim amount and priority of the surviving claim for each counterparty, a copy of which is attached hereto as **Exhibit D**

5.      On June 17, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the 117th Omnibus Service List attached hereto as **Exhibit E**:

- Notice of the Reorganized Debtors' One Hundred Seventeenth Omnibus Objection to Claims (Satisfied Claims / No Liability Claims), customized to include the claim number, debtor, claim amount and priority, and the basis for objection of the disallowed claim, and claim number and claim amount and priority of the surviving claim for each counterparty, a copy of which is attached hereto as **Exhibit F**

6.     I have reviewed the Notices of Electronic Filing for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

7.     I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 24th day of June 2022, at New York, NY.

/s/ Sonia Akter
Sonia Akter

SRF 62177

# **Exhibit A**

# Exhibit A
## 116th Omnibus Email Service List
### Served via Email

| MMLID | NAME | EMAIL1 | EMAIL2 |
|---|---|---|---|
| 10548545 | 1169 Euclid Avenue LLC | jt@pregoproerties.com | |
| 7327592 | Barney, Sheri | sheribarney@yahoo.com | |
| 6163888 | Bohanna, Scott | craniumguitar@yahoo.com | |
| 7329924 | Broussard, Cheraun Lovell | broussardroots@gmail.com | |
| 7218184 | Clever, Alex | gskikos@skikos.com | |
| 5013537 | Daane, Linda | jldaane@comcast.net | |
| 5013537 | Daane, Linda | jldaane@comcast.net | |
| 7326016 | David and Kit Sondergeld | dsonder@mindspring.com | |
| 7326016 | David and Kit Sondergeld | kitneal16@gmail.com | |
| 7481159 | Fallstead, Linda | eden.manus@gmail.com | |
| 7325215 | Flores , Dominga | d.cardenas@live.com | |
| 5822823 | Flores, Dominga | d.cardensas@live.com | |
| 7339851 | Gauthier, Carol | james_g_64@yahoo.com | |
| 7330621 | George McArthur, McArthur Livestock Co. | mark@jswansonlaw.com | |
| 7479722 | Gibson , Idella | charlotted.thomas@gmail.com | |
| 7479722 | Gibson , Idella | charlotted.thomas@gmail.com | |
| 7328391 | Haggerty, Peter | p_haggerty@sbcglobal.net | |
| 6158870 | Just, Margaret A | majust7@hotmail.com | |
| 7330539 | Kelly, Linda L. | dariarose@gmail.com | |
| 7191519 | Larue, Roderick | rodericklarue@yahoo.com | |
| 7481928 | Laura Thompson-Sanford & Richard JA Thompson | callie_lievsay@yahoo.com | laurasanford9@gmail.com |
| 6158793 | Meiggs, Deanna | dee_qt@yahoo.com | |
| 7220679 | Mountain F Enterprises, Inc. | kreid@bortonpetrini.com | |
| 7180666 | Plant, James | james.plant@buhlergroup.com | |
| 6176714 | Sierra Jeep Tours LLC | kristina@sierranevadamotorsports.com | |
| 7468372 | Soliz, Jarred | john@jcl-lawoffice.com | |
| 7468352 | Soliz, Jarred | john@jcl-lawoffice.com | |
| 7467955 | Soliz, Jarred | john@jcl-lawoffice.com | |

In re:  PG&E Corporation, *et al.*

Case No. 19-30088 (DM)

Case: 19-30088   Doc# 12553   Filed: 06/26/22   Entered: 06/26/22 15:39:25   Page 5 of 26

| MMLID | NAME | EMAIL1 | EMAIL2 |
|---|---|---|---|
| 7475670 | Titus, V Michelle | michelletitus@ymail.com | michelle@clearwaterlodge.com |
| 6176034 | Turtle Creek Ranch, LLC | bmccosker@indycc.com | |
| 7214627 | Valley High LLC | gskikos@skikos.com | |
| 7284731 | Whiteley, Daniel C | WHITELEYDC@gmail.com | |
| 7284731 | Whiteley, Daniel C | WHITELEYDC@gmail.com | |
| 7327265 | Williams Jr , Michael  J. | mjw445@comcast.net | |

**Exhibit B**

| MMLID | NAME | EMAIL1 | EMAIL2 |
|---|---|---|---|
| 5805122 | American Equity Investment Life Insurance Company | araftis@american-equity.com | jlorenzen@american-equity.com |
| 7328735 | Schock, Henry | schockheywood@aol.com | |
| 12047130 | Wambolt, Ann | awambolt@comcast.net | |

# **Exhibit C**

# Exhibit C

## 116th Omnibus Service List
## Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 10548545 | 1169 Euclid Avenue LLC | Prego Properties | 1212A Union Street | San Francisco | CA | 94109 |
| 7327592 | Barney, Sheri | 136 Christine Lynn Dr. | | Morgan Hill | CA | 95037 |
| 6163888 | Bohanna, Scott | 2383 Corte de la Jara | | Pleasanton | CA | 94566 |
| 7329924 | Broussard, Cheraun Lovell | 2420 Willow Pass Rd #321 | | Baypoint | CA | 94565 |
| 7218184 | Clever, Alex | Greg Skikos | One Sansome Street, Ste. 2830 | San Francisco | CA | 94104 |
| 5013537 | Daane, Linda | 156 Highland Ave | | Los Gatos | CA | 95030 |
| 5013537 | Daane, Linda | 156 Highland Ave | | Los Gatos | CA | 95030 |
| 7326016 | David and Kit Sondergeld | 3251 Aspara Dr | | Clayton | Ca | 94517 |
| 7326016 | David and Kit Sondergeld | | 3251 Aspara Drive | Clayton | CA | 94517 |
| 7481159 | Fallstead, Linda | 9493 Pinto Pl | | Lower Lake | CA | 95457 |
| 7325215 | Flores , Dominga | P.O. BOX 1238 | | Woodridge | CA | 95258 |
| 5822823 | Flores, Dominga | P.O. Box 1238 | | Woodbridge | CA | 95258 |
| 7339851 | Gauthier, Carol | PO Box 6285/ | 16247 30th Ave | Clearlake | CA | 95422 |
| 7330621 | George McArthur, McArthur Livestock Co. | Mark D. Norcross | 2515 Park Marina Drive, Ste. 102 | Redding | CA | 96001 |
| 7479722 | Gibson , Idella | 870 Browning street #8 | | Redding | CA | 96003 |
| 7479722 | Gibson , Idella | Charlotte Thomas | 210 Sage St | Vallejo | CA | 94589 |
| 7328391 | Haggerty, Peter | 7645 oak leaf dr | | SANTA ROSA | CA | 95409 |
| 7332422 | Johnson, Cassandra | 2420 Willow Pass Rd Unit 314 Bldg 3 | | Bay Point | CA | 94565-3374 |
| 6158870 | Just, Margaret A | 20 Veronese Ct | | St. Augustine | FL | 32086 |
| 7330539 | Kelly, Linda L. | 690 High Street SE | | Salem | OR | 97301 |
| 7191519 | Larue, Roderick | 12322 Fiori Lane | | Sebastopol | CA | 95472 |
| 7481928 | Laura Thompson-Sanford & Richard JA Thompson | 15345 Fawn Ridge Dr | PO Box 151 | French Gulch | CA | 96033 |
| 6158793 | Meiggs, Deanna | 25 Donnie Ln | | Willows | CA | 95988-2914 |
| 7220679 | Mountain F Enterprises, Inc. | G. Kelley Reid | 660 Las Gallinas Avenue, Suite B | San Rafael | CA | 94903 |
| 7180666 | Plant, James | 4560 Eight Mile Rd | | Camino | CA | 95709-9551 |
| 6176714 | Sierra Jeep Tours LLC | Kristina Tracy | PO Box 133 | Fish Camp | CA | 93623 |
| 7468372 | Soliz, Jarred | c/o Attorney John C. Lemon | 1350 Columbia Street, Suite 600 | San Diego | CA | 92101 |
| 7468352 | Soliz, Jarred | c/o Attorney John C. Lemon | 1350 Columbia Street, Suite 600 | San Diego | CA | 92101 |
| 7467955 | Soliz, Jarred | John C. Lemon | 1350 Columbia Street, Suite 600 | San Diego | CA | 92101 |
| 7475670 | Titus, V Michelle | PO Box 920 | | Fall River Mills | CA | 96028 |
| 6176034 | Turtle Creek Ranch, LLC | 3165 Santa Maria Dr. | | Concord | CA | 94518 |
| 7214627 | Valley High LLC | Greg Skikos | One Sansome Street, Ste. 2830 | San Francisco | CA | 94104 |
| 7284731 | Whiteley, Daniel C | 3103 Cherry Valley CIR | | Fairfield | CA | 94534 |
| 7284731 | Whiteley, Daniel C | 3103 Cherry Valley CIR | | Fairfield | CA | 94534 |
| 7327265 | Williams Jr , Michael  J. | 28 Starview Dr | | Oakland | CA | 94618 |

Case: 19-30088    Doc# 12553    Filed: 06/26/22    Entered: 06/26/22 15:39:25    Page 10 of 26

# **Exhibit D**

Exhibit D

117th Omnibus Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 5805122 | American Equity Investment Life Insurance Company | Legal Department | 6000 Westown Parkway | West Des Moines | IA | 50263 |
| 7328735 | Schock, Henry | 1095 S Stelling Rd | | Cupertino | CA | 95014-5018 |
| 7248038 | Sonya A. Saichek TTEE Sonya Saichek Trust U/A DTD 1/25/08 | 3009 E. Belvoir Oval | | Shaker Heights | OH | 44122-2983 |
| 12047130 | Wambolt, Ann | 82 Summer Lane | | North Haven | CT | 06473 |

# **Exhibit E**

1   KELLER BENVENUTTI KIM LLP
    Jane Kim (#298192)
2   (jkim@kbkllp.com)
    David A. Taylor (#247433)
3   (dtaylor@kbkllp.com)
    Dara L. Silveira (#274923)
4   (dsilveira@kbkllp.com)
    650 California Street, Suite 1900
5   San Francisco, CA 94108
    Tel: 415 496 6723
6   Fax: 650 636 9251

7   *Attorneys for Debtors and Reorganized Debtors*

---

**THE OBJECTION DESCRIBED IN THIS NOTICE ASKS THE COURT TO DISALLOW AND/OR EXPUNGE YOUR CLAIM(S) IDENTIFIED AS "OBJECTED-TO" ON THE FOLLOWING PAGE OF THIS NOTICE.**

**CLAIMANTS RECEIVING THIS NOTICE SHOULD READ THIS NOTICE CAREFULLY BECAUSE THE OBJECTION MAY AFFECT YOUR RIGHT TO RECEIVE A DISTRIBUTION ON YOUR CLAIM IN THIS CASE.**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT KROLL RESTRUCTURING ADMINISTRATION LLC, AT (844) 339-4217**

**THE LAST PARAGRAPH OF THIS NOTICE EXPLAINS HOW YOU CAN OBTAIN A COMPLETE COPY OF THE OBJECTION, AT NO COST TO YOU.**

---

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **NOTICE OF THE REORGANIZED DEBTORS' ONE HUNDRED SIXTEENTH OMNIBUS OBJECTION TO CLAIMS (ADR NO LIABILITY CLAIMS)** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **Response Deadline:**<br>**July 12, 2022, 4:00 p.m. (PT)** |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Hearing Information If Timely Response Made:**<br>Date:  July 26, 2022<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  (Tele/Videoconference Appearances Only)<br>      United States Bankruptcy Court<br>      Courtroom 17, 16th Floor<br>      San Francisco, CA 94102 |

| Objected-To Claim(s) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Claim/ Schedule to be Disallowed and Expunged | Debtor | Date Filed / Scheduled | Secured | Admin | Priority | General Unsecured | Total Amount | Basis for Objection |
| | | | | | | | | |

On June 16, 2022, PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors,**" or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), filed their *One Hundred Sixteenth Omnibus Objection to Claims (ADR No Liability Claims)* (the "**Omnibus Objection**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**"). A full copy of the Omnibus Objection may be obtained at no cost, as provided below.

> **Any Response (as defined below) to the Omnibus Objection must be filed and served upon the Reorganized Debtors' Counsel by July 12, 2022 (the "Response Deadline");**

> **Any Response must be accompanied by any declarations or memoranda of law any responding party wishes to present in support of its position;**

> **If there is no timely Response, the Bankruptcy Court may enter an order granting the Omnibus Objection to your Proof(s) of Claim by default.**

> **If you file a timely Response, the Hearing will be held at the date and time shown below. If factual disputes are presented by the Objection and the Response, the Hearing will proceed as a status conference; factual disputes will <u>not</u> be decided at the Hearing, but at a future evidentiary hearing that may be set at the Hearing. Issues of a purely legal nature, where facts are not in dispute, may be decided at the Hearing. See Bankruptcy Local Rule 3007-1.**

> **If you file and serve a timely Response, the date, location and time of the Hearing are:**

> > **July 26, 2022, at 10:00 a.m. (Pacific Time)**

> > **Courtroom 17, 16th Floor, 450 Golden Gate Ave., San Francisco, CA**

The Hearing will be held before the Honorable Dennis Montali, United States Bankruptcy Judge. Pursuant to the Bankruptcy Court's *Eighth Amended General Order No. 38 In re: Coronavirus Disease Public Health Emergency*, effective December 1, 2021 and until otherwise ordered, **all hearings shall be conducted by video or teleconference. The Courtroom will be closed.** All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**These Omnibus Claims Objection Procedures DO NOT APPLY to any proofs of claim with respect to (a) FIRE VICTIM CLAIMS or (b) SUBROGATION WILDFIRE CLAIMS.**

**BASIS FOR OBJECTION TO YOUR PROOF(S) OF CLAIM:** By the Omnibus Objection, the Reorganized Debtors seek to disallow and/or expunge one or more of your Proof(s) of Claim (as defined therein) listed above as "Objected-To Claim(s)" on the grounds that the designated Proof(s) of Claim seek recovery of amounts for which the Debtors are not liable because you failed to comply with the General ADR Procedures.

If you do **NOT** oppose the disallowance and/or expungement of your Objected-To Proof(s) of Claim listed above, then you do NOT need to file a written Response to this Omnibus Objection and you do NOT need to appear at the Hearing. If you do nothing, the Objected-To Claim(s) will be disallowed and/or expunged.

**FILING AND SERVICE OF RESPONSE:** If you **DO** oppose the disallowance and/or expungement of your Objected-To Proof(s) of Claim listed above, then you MUST file a response (a "**Response**"), in writing, with the Bankruptcy Court, and serve it on the counsel for the Reorganized Debtors at PGEclaims@kbkllp.com so as to be received by no later than **4:00 p.m. (Pacific Time) on July 12, 2022 (the "Response Deadline")**: You must file the Response through the Court's electronic case filing ("ECF") system if you have access to the ECF system; service on the Reorganized Debtors' Counsel will occur automatically upon ECF filing; and no separate service of your Response is required. If you do NOT have access to the ECF system, service must be made by electronic mail to the Reorganized Debtors' counsel at PGEclaims@kbkllp.com, and you must arrange for the Response to be filed with the Court within two business days thereafter. If you do not have the ability to serve a Response electronically, the Response must be served by mail, express or some other means so either (a) it is actually received by the Reorganized Debtors' Counsel by the Response Deadline, or (b) it is dispatched not later that the Response Deadline through a postal or commercial express service that will make actual delivery not more than two business days after the Response Deadline, and in that case the Claimant must inform the Reorganized Debtors' counsel by email, telephone or facsimile before the Response Deadline of the Claimant's name and phone number, the number of the Omnibus Objection, and the fact that a paper Response is being delivered by express.

**CONTENTS OF RESPONSE** The Response must, at a minimum, include the following: (i) a caption setting forth the name of the Bankruptcy Court, the name of the Reorganized Debtor, the case number and title of the Omnibus Objection to which the Response is directed; (ii) your name, the assigned number(s) of your Proof(s) of Claim, and an explanation for the amount of the Proof(s) of Claim; (iii) a concise statement setting forth the reasons why the Bankruptcy Court should not sustain the Omnibus Objection; (iv) a declaration under penalty of perjury of a person with personal knowledge of the relevant facts that support the Response; (v) your name, address, telephone number, and/or the name, address, and telephone number of your attorney and/or designated representative to whom counsel for the Reorganized Debtors should serve a reply to the Response, if any; and (vi) the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on your behalf, if any.

If the Bankruptcy Court does not disallow and/or expunge your Objected-To Proof(s) of Claim listed above, then the Reorganized Debtors have the right to object on other grounds to your Proof(s) of Claim at a later date. You will receive a separate notice of any such objection.

**TO GET COPIES OF THE COMPLETE OBJECTION:** Copies of the complete Omnibus Objection and the other pleadings and documents identified herein can be viewed and/or obtained: (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov [PACER account

required], (ii) for free by downloading on the Reorganized Debtors' approved notice and claim agent's website at https://restructuring.ra.kroll.com/pge, or (iii) by mail, for free, by calling by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com.

Dated:  June 16, 2022

**KELLER BENVENUTTI KIM LLP**

*/s/ Dara L. Silveira*
Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*

**<u>Exhibit F</u>**

1  KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
2  (jkim@kbkllp.com)
David A. Taylor (#247433)
3  (dtaylor@kbkllp.com)
Dara L. Silveira (#274923)
4  (dsilveira@kbkllp.com)
650 California Street, Suite 1900
5  San Francisco, CA 94108
Tel: 415 496 6723
6  Fax: 650 636 9251

7  *Attorneys for Debtors and Reorganized Debtors*

**THE OBJECTION DESCRIBED IN THIS NOTICE ASKS THE COURT TO DISALLOW AND EXPUNGE YOUR CLAIM(S) IDENTIFIED AS "OBJECTED-TO" ON THE FOLLOWING PAGE OF THIS NOTICE.**

**CLAIMANTS RECEIVING THIS NOTICE SHOULD READ THIS NOTICE CAREFULLY BECAUSE THE OBJECTION MAY AFFECT YOUR RIGHT TO RECEIVE A DISTRIBUTION ON YOUR CLAIM IN THIS CASE.**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT KROLL RESTRUCTURING ADMINISTRATION LLC, AT (844) 339-4217**

**THE LAST PARAGRAPH OF THIS NOTICE EXPLAINS HOW YOU CAN OBTAIN A COMPLETE COPY OF THE OBJECTION, AT NO COST TO YOU.**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **NOTICE OF THE REORGANIZED DEBTORS' ONE HUNDRED SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS / NO LIABILITY CLAIMS)** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation ☐ Affects Pacific Gas and Electric Company ☒ Affects both Debtors | **Response Deadline: July 12, 2022, 4:00 p.m. (PT)** |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Hearing Information If Timely Response Made:** Date: July 26, 2022 Time: 10:00 a.m. (Pacific Time) Place: (Tele/Videoconference Appearances Only) United States Bankruptcy Court Courtroom 17, 16th Floor San Francisco, CA 94102 |

| Objected-To Claim(s) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Claim/ Schedule to be Disallowed and Expunged | Debtor | Date Filed / Scheduled | Secured | Admin | Priority | General Unsecured | Total Amount | Basis for Objection |
| | | | | | | | | |

On June 16, 2022, PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors,**" or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), filed their *One Hundred Seventeenth Omnibus Objection to Claims (Satisfied Claims / No Liability Claims)* (the "**Omnibus Objection**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**"). A full copy of the Omnibus Objection may be obtained at no cost, as provided below.

**Any Response (as defined below) to the Omnibus Objection must be filed and served upon the Reorganized Debtors' Counsel by July 12, 2022 (the "Response Deadline");**

**Any Response must be accompanied by any declarations or memoranda of law any responding party wishes to present in support of its position;**

**If there is no timely Response, the Bankruptcy Court may enter an order granting the Omnibus Objection to your Proof(s) of Claim by default.**

**If you file a timely Response, the Hearing will be held at the date and time shown below. If factual disputes are presented by the Objection and the Response, the Hearing will proceed as a status conference; factual disputes will <u>not</u> be decided at the Hearing, but at a future evidentiary hearing that may be set at the Hearing. Issues of a purely legal nature, where facts are not in dispute, may be decided at the Hearing. See Bankruptcy Local Rule 3007-1.**

**If you file and serve a timely Response, the date, location and time of the Hearing are:**

**July 26, 2022, at 10:00 a.m. (Pacific Time)**

**Courtroom 17, 16th Floor, 450 Golden Gate Ave., San Francisco, CA**

The Hearing will be held before the Honorable Dennis Montali, United States Bankruptcy Judge. Pursuant to the Bankruptcy Court's *Eighth Amended General Order No. 38 In re: Coronavirus Disease Public Health Emergency*, effective December 1, 2021 and until otherwise ordered, **all hearings shall be conducted by video or teleconference. The Courtroom will be closed.** All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**These Omnibus Claims Objection Procedures DO NOT APPLY to any proofs of claim with respect to (a) FIRE VICTIM CLAIMS or (b) SUBROGATION WILDFIRE CLAIMS.**

**BASIS FOR OBJECTION TO YOUR PROOF(S) OF CLAIM:** By the Omnibus Objection, the Reorganized Debtors seek to disallow one or more of your Proof(s) of Claim (as defined therein) listed above as "Objected-To Claim(s)" on the ground that the designated Proof(s) of Claim has been satisfied and/or seeks amounts for which the Debtors are not liable. If you do **NOT** oppose the disallowance of your Objected-To Proof(s) of Claim listed above, then you do NOT need to file a written Response to this Omnibus Objection and you do NOT need to appear at the Hearing. If you do nothing, the Objected-To Claim(s) will be disallowed.

**FILING AND SERVICE OF RESPONSE:** If you **DO** oppose the disallowance of your Objected-To Proof(s) of Claim listed above, then you MUST file a response (a "**Response**"), in writing, with the Bankruptcy Court, and serve it on the counsel for the Reorganized Debtors at PGEclaims@kbkllp.com so as to be received by no later than **4:00 p.m. (Pacific Time) on July 12, 2022 (the "Response Deadline")**: You must file the Response through the Court's electronic case filing ("ECF") system if you have access to the ECF system; service on the Reorganized Debtors' Counsel will occur automatically upon ECF filing; and no separate service of your Response is required. If you do NOT have access to the ECF system, service must be made by electronic mail to the Reorganized Debtors' counsel at PGEclaims@kbkllp.com, and you must arrange for the Response to be filed with the Court within two business days thereafter. If you do not have the ability to serve a Response electronically, the Response must be served by mail, express or some other means so either (a) it is actually received by the Reorganized Debtors' Counsel by the Response Deadline, or (b) it is dispatched not later that the Response Deadline through a postal or commercial express service that will make actual delivery not more than two business days after the Response Deadline, and in that case the Claimant must inform the Reorganized Debtors' counsel by email, telephone or facsimile before the Response Deadline of the Claimant's name and phone number, the number of the Omnibus Objection, and the fact that a paper Response is being delivered by express.

**CONTENTS OF RESPONSE** The Response must, at a minimum, include the following: (i) a caption setting forth the name of the Bankruptcy Court, the name of the Reorganized Debtor, the case number and title of the Omnibus Objection to which the Response is directed; (ii) your name, the assigned number(s) of your Proof(s) of Claim, and an explanation for the amount of the Proof(s) of Claim; (iii) a concise statement setting forth the reasons why the Bankruptcy Court should not sustain the Omnibus Objection; (iv) a declaration under penalty of perjury of a person with personal knowledge of the relevant facts that support the Response; (v) your name, address, telephone number, and/or the name, address, and telephone number of your attorney and/or designated representative to whom counsel for the Reorganized Debtors should serve a reply to the Response, if any; and (vi) the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on your behalf, if any.

If the Bankruptcy Court does not disallow your Objected-To Proof(s) of Claim listed above, then the Reorganized Debtors have the right to object on other grounds to your Proof(s) of Claim at a later date. You will receive a separate notice of any such objection.

**TO GET COPIES OF THE COMPLETE OBJECTION:** Copies of the complete Omnibus Objection and the other pleadings identified herein can be viewed and/or obtained: (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov [PACER account required], (ii) for free by downloading on the Reorganized Debtors' approved notice and claim agent's website at https://restructuring.ra.kroll.com/pge, or (iii) by mail, for free, by calling by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com.

Dated: June 16, 2022

**KELLER BENVENUTTI KIM LLP**

*/s/ Dara L. Silveira*
Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*