DocuSign Envelope ID: CE5B5B1A-E864-4915-B439-E406B16A9FFA

Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2600
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile:(619)236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys for Kimberly Stewart-Asuit, individually and
As successor in interest for Andrew Asuit

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:* <br><br> PG&E CORPORATION <br><br> -and- <br><br> PACIFIC GAS AND ELECTRIC COMPANY <br>     Debtors. <br><br> ☐ Affects PG&E Corporation <br><br> ☐ Affects Pacific Gas & Electric <br><br> ■ Affects Both Debtors <br><br> *All papers shall be filed in the Lead Case, No.19-30088 (DM)* <br><br> _____ | **Case No. 19-30088 (DM)** <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **DECLARATION OF KIMBERLY STEWART-ASUIT IN SUPPORT OF MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM** <br><br> Date: July 26, 2022 <br> Time: 10:00 a.m. <br> Place: **To Be Held Telephonically** <br>    United States Bankruptcy Court <br>    Courtroom 17 <br>    450 Golden Gate Avenue <br>    16th Floor <br>    San Francisco, CA <br> Judge: Honorable Dennis Montali <br><br> **Objection Deadline: July 17, 2022** |

I, Kimberly Stewart-Asuit, hereby declare and state as follows:

1. This declaration is based upon my personal knowledge unless otherwise indicated. If called upon to testify as to the matters stated herein, I could and would competently do so.

2. On the day of the Camp Fire I owned and resided at 6656 Pentz Rd. #3, Paradise, California 95969 with my husband, Andrew Asuit.

3. Our home burned completely in the fire and we lost all of our personal belongings. My husband and I had to evacuate from the fire. We were devastated.

4. Following the fire my husband and I stayed with friends and family in Chico for about a month. Due to my husband's bone cancer, we moved to Reno with our son. My husband was very sick and dying from cancer. He eventually died on March 10, 2019 from the cancer. I stayed in Reno after his death.

5. After losing my husband and everything I owned, I was in an extremely poor emotional state. I did not even think about a potential claim against PG&E. I had no insurance.

6. Given my emotional state and residing in Reno, Nevada, I was not in touch with the claim process. I failed to file a timely claim.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed at Reno, Nevada, on 6/27/2022 _____.

*kimberly Steward-Asuit*
9270A96A230B421...
Kimberly Stewart-Asuit