1  EVAN C. BORGES, State Bar No. 128706
     EBorges@GGTrialLaw.com
2  SARAH KELLY-KILGORE, State Bar No. 284571
     SKellyKilgore@GGTrialLaw.com
3  GREENBERG GROSS LLP
   601 S. Figueroa Street, 30th Floor
4  Los Angeles, California 90017
   Telephone: (213) 334-7000
5  Facsimile: (213) 334-7001

6  *Attorneys for The Honorable John K. Trotter (Ret.), Trustee of the PG&E Fire Victim Trust*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ■ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **AMENDED NOTICE OF SUBPOENA ISSUED TO PRICEWATERHOUSECOOPERS LLP EMPLOYEE HUGH LE** |

# AMENDED NOTICE OF SUBPOENA

## TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 45, as incorporated through Rule 9016 of the Federal Rules of Bankruptcy Procedure, the Honorable John K. Trotter (Ret.), Trustee of the PG&E Fire Victim Trust (the "Trustee"), by and through its undersigned counsel, hereby gives notice that a subpoena for documents and testimony will be served on PricewaterhouseCoopers LLP employee Hugh Le, pursuant to this Court's Order Granting Ex Parte Application of the Fire Victim Trustee Pursuant to Federal Rule of Bankruptcy Procedure 2004 for an Order Authorizing Service of a Subpoena on PricewaterhouseCoopers LLP Employee Hugh Le, signed and filed July 16, 2021 (Dkt. No. 10947), as well as this Court's Order Regarding Discovery Dispute Between Fire Victim Trust and PricewaterhouseCoopers LLP, signed and filed June 1, 2022 (Dkt. No. 12478). The examination will begin on July 12, 2022 at 10:00 a.m. CDT, and will be taken at JTR Development, 910 West Avenue, 16, Austin, TX 78701. The testimony will be recorded by audio and video technology in addition to the stenographic method.

A copy of the subpoena is attached hereto as **Exhibit A**. The items that the Trustee has requested be produced are described in Attachment 1 of the subpoena.

DATED: June 27, 2022              GREENBERG GROSS LLP

By:   /s/ *Sarah Kelly-Kilgore*
      Evan C. Borges
      Sarah Kelly-Kilgore

      *Attorneys for The Honorable John K. Trotter*
      *(Ret.), Trustee of the PG&E Fire Victim Trust*

# CERTIFICATE OF SERVICE

I hereby certify that, on June 27, 2022, the foregoing was served upon all parties or their attorneys in a manner authorized by Federal Rule of Civil Procedure 5(b)(1).

/s/ *Sarah Kelly-Kilgore*
Sarah Kelly-Kilgore