| | |
|---|---|
| Jacob M. Faircloth, Esq. (SB No. 305390)<br>Bluestone Faircloth & Olson, LLP<br>1825 Fourth Street<br>Santa Rosa, CA 95404<br>Telephone: (707) 526-4250<br>Facsimile: (707) 526-0347<br>Email: jacob@bfolegal.com<br><br>Attorneys for Irene Pomeroy | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In Re*:<br><br>PG&E CORPORATION,<br><br>   and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>    Debtors.<br>_____ /<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒   Both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM<br>_____ / | Case No. 19-30088-DM<br><br>**CERTIFICATE OF SERVICE OF PROPOSED ORDER GRANTING MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM BY MOVANT IRENE POMEROY** |

//

//

//

//

//

//

//

//

# CERTIFICATE OF SERVICE

I, Emilee Paoli, declare as follows:

I am employed in Sonoma County, California and am over the age of eighteen years and not a party to the within-entitled action. My business address is 1825 4th Street, Santa Rosa, CA 95404.

On June 28, 2022, I served a copy of the following documents by transmitting electronically through the Court's CM/ECF system:

**[PROPOSED] ORDER GRANTING MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM BY MOVANT IRENE POMEROY**

In addition, I caused, on the same date, to be served via Electronic Mail all parties listed on Exhibit 1, except where indicated by U.S. Mail.

I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on June 28, 2022, at Sonoma County, California.

By: ___*/s/ Emilee Paoli*_____
     Emilee Paoli

**Exhibit 1**

| Parties and Counsel | Served At |
|---|---|
| The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company<br>Attn: Janet Loduca, Esq. | 77 Beale Street<br>P. O. Box 77000<br>San Francisco, CA 94105<br>*Via First Class Mail* |
| Stephen Karotkin<br>Jessica Liou<br>Matthew Goren<br>Weil, Gotshal & Manges, LLP<br>Counsel to *Debtors* | stephen.karotkin@weil.com<br>jessica.liou@weil.com<br>matthew.goren@weil.com |
| Tobias Keller<br>Jane Kim<br>Keller Benvenutti Kim LLP<br>Counsel to *Debtors* | tkeller@kbkllp.com<br>jkim@kbkllp.com |
| James L. Snyder<br>Timothey Laffredi<br>Marta E. Villacorta<br>Office of the United States Trustee | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov |
| Kristopher M. Hansen<br>Erez E. Gilad<br>Matthew G. Garofalo<br>Frank Merola<br>Strook & Stroock & Lavan LLP<br>Counsel for the Administrative Agent Under the Debtors' Debtor-in-Possession Financing Facility | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>fmerola@stroock.com |
| Eli J. Vonnegut<br>David Schiff<br>Timothy Graulich<br>Davis Polk & Wardwell LLP<br>Counsel for the Collateral Agent | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |
| Alan W. Kornberg<br>Brian S. Hermann<br>Walter R. Rieman<br>Sean A. Mitchell<br>Paul Weiss, Rifkind, Wharton & Garrison LLP<br>Counsel to the California Public Utilities Commission | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com |

| | | |
|---|---|---|
| 1 | Shane Huang | Shane.huang@usdoj.gov |
| | Michael S. Tye | michael.tye@usdoj.gov |
| 2 | Rodney A. Morris | Rodney.Morris2@usdoj.gov |
| | U.S. Department of Justice | |
| 3 | Civil Division | |
| | Counsel to the Federal Energy | |
| 4 | Regulatory Commission | |
| | | |
| 5 | Dennis F. Dunne | ddunne@milbank.com |
| | Samuel A. Khalil | skhalil@milbank.com |
| 6 | Gregory A. Bray | gbray@milbank.com |
| | Thomas R. Kreller | TKreller@milbank.com |
| 7 | Milbank LLP | |
| | Counsel for the Official Committee of | |
| 8 | Unsecured Creditors | |
| | | |
| 9 | Eric E. Sagerman | esagerman@bakerlaw.com |
| | Lauren T. Attard | lattard@bakerlaw.com |
| 10 | Robert A. Julian | rjulian@bakerlaw.com |
| | Cecily A. Dumas | cdumas@bakerlaw.com |
| 11 | Baker & Hostetler LLP | |
| | Counsel for Official Committee of Tort | |
| 12 | Claimants | |
| | | |
| 13 | Nuclear Regulatory Commission Attn: | 1600 E. Lamar Blvd. |
| | General Counsel | Arlington, TX  76011 |
| 14 | U.S. NRC Region IV | *Via First Class Mail* |