**Entered on Docket**
**June 28, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1  Steven S. Kane, Esq., SBN: 061670
   Bonnie E. Kane, Esq., SBN: 167700
2  **THE KANE LAW FIRM**
   402 W. Broadway, Suite 2500
3  San Diego, CA 92101
   Telephone: (619) 236-8700
4  Facsimile: (619)236-1370
   E-mail: skane@thekanelawfirm.com
5  E-mail: bonnie@thekanelawfirm.com

**Signed and Filed: June 28, 2022**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

6  Attorneys for Fire Victim Claimants, including Kathleen Deiner and Charles Deiner

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10              **SAN FRANCISCO DIVISION**

11  *In re:*                              )  **Case No. 19-30088 (DM)**
                                          )  Chapter 11
12  PG&E CORPORATION                      )  (Lead Case)
                                          )  (Jointly Administered)
13  -and-                                 )
                                          )  **ORDER ALLOWING AND DEEMING**
14  PACIFIC GAS AND ELECTRIC              )  **TIMELY FILED PROOF OF CLAIM BY**
    COMPANY                               )  **KATHLEEN DEINER AND CHARLES**
15                      Debtors.          )  **DEINER**
                                          )
16  ☐Affects PG&E Corporation            )
                                          )
17  ☐Affects Pacific Gas & Electric      )
                                          )
18  ■ Affects Both Debtors                )
                                          )
19  *All papers shall be filed in the Lead Case,*  )
    *No.19-30088 (DM)*                    )
20  _____     )

21

22          The Court having considered the *Motion to Allow/Deem Timely Late Filing of Proof of*

23  *Claim by Kathleen Deiner and Charles Deiner* dated May 20, 2022 [Dkt. No. 12438], no

24  objection or opposition having been filed thereto and good cause appearing,

25

26          IT IS HEREBY ORDERED THAT:

27      1.      The motion is granted;

28      2.      The Proof of Claim is deemed timely filed.

3.  The Proof of Claim and Asserted Fire Victim Claims shall for all purposes be treated and classified as Fire Victim Claims under the Plan, and shall be fully assumed by, and the sole responsibility of, the Fire Victim Trust and subject to the Channeling Injunction, to be administered, processed, settled, disallowed, resolved, liquidated, satisfied and/or paid in accordance with the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures.

**END OF ORDER**