

Jacob M. Faircloth, Esq. (SB No. 305390)
Bluestone Faircloth & Olson, LLP
1825 Fourth Street
Santa Rosa, CA 95404
Telephone: (707) 526-4250
Facsimile: (707) 526-0347
Email: jacob@bfolegal.com

Attorneys for Irene Pomeroy

Signed and Filed: June 28, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re

PG&E CORPORATION,

and

PACIFIC GAS AND ELECTRIC COMPANY

Debtors.
_____/

Affects:
☐ PG&E Corporation
☐ Pacific Gas & Electric Company
☒ Both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088-DM

_____/

Case No. 19-30088-DM

Chapter 11

(Lead Case–Jointly Administered)

**ORDER GRANTING MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM BY MOVANT IRENE POMEROY**

Irene Pomeroy, the Movant, having filed her Motion to Allow/Deem Timely Late Filing of Proof of Claim, as Docket No. 12433, by which the Movant seeks to have her claim, No. 108505, deemed timely; no interested party having timely objected to the motion; the Court having granted the motion via Docket Text Order on June 25, 2022; and the relief set forth herein appearing to be well grounded; accordingly, it is

ORDERED, Proof of Claim No. 108505, filed on behalf of Irene Pomeroy, is

ORDER GRANTING MOTION TO ALLOW/DEEM TIMELY LATE
FILING OF PROOF OF CLAIM BY MOVANT IRENE POMEROY - Page 1

deemed timely; and it is further

ORDERED, the Proof of Claim and Asserted Fire Victim Claims shall for all purposes be treated and classified as Fire Victim Claims under the Plan, and shall be fully assumed by, and the sole responsibility of, the Fire Victim Trust and subject to the Channeling Injunction, to be administered, processed, settled, disallowed, resolved, liquidated, satisfied and/or paid in accordance with the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures.

*** END OF ORDER ***

**APPROVED AS TO FORM AND CONTENT:**

DATED: June __, 2022      WEIL GOTSHAL & MANGES LLP

By: */S/ Matthew Goren*
      Matthew Goren, Esq.
ATTORNEYS FOR DEBTORS AND
REORGANIZED DEBTORS

DATED: June __, 2022      BROWN RUDNICK LLP

By: */S/ Susan Sieger-Grimm*
      Susan Sieger-Grimm, Esq.
ATTORNEYS FOR FIRE VICTIM TRUSTEE

**COURT SERVICE LIST**

ECF Service List only.