**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel:    (212) 310-8000
Fax:    (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:    (415) 496-6723
Fax:    (415) 636-9251

*Attorneys for Debtors and*
*Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>               **Debtors**.<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☑  Affects both Debtors<br>*\* All papers shall be filed in the lead case,*<br>*No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF CANCELLATION OF JUNE 29, 2022, 10:00 A.M. OMNIBUS HEARING**<br><br>Date:  June 29, 2022<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  AT&T Teleconference<br>         United States Bankruptcy Court<br>         Courtroom 17, 16th Floor<br>         San Francisco, CA 94102 |

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY  10153-0119

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

**PLEASE TAKE NOTICE** that the following matters, which were scheduled to be heard in the above-captioned chapter 11 cases on June 29, 2022, at 10:00 a.m. (Pacific Time) (the **"Omnibus Hearing"**) have been resolved or continued.

**PLEASE TAKE FURTHER NOTICE** that, accordingly, the Omnibus Hearing is cancelled.

**I:**      **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*RESOLVED AND CONTINUED MATTERS*

1.    **Reorganized Debtors' Twenty-First Securities Claims Omnibus Objection (McGovern):** *Reorganized Debtors' Twenty-First Securities Claims Omnibus Objection (Duplicate Claims)* [Dkt. 12149].

Response Filed:

A.    William McGovern IRA Charles Schwab Custodian [**Informal; Exhibit D to Slack Declaration, Dkt. 12543-4**].

Related Documents:

B.    Declaration of Justin R. Hughes in Support of Reorganized Debtors' Twenty-First Securities Claims Omnibus Objection (Duplicate Claims) [**Dkt. 12150**].

C.    Reorganized Debtors' Report on Responses to Twenty-First Securities Claims Omnibus Objection (Duplicate Claims) and Request for Order by Default as to Unopposed Objections [**Dkt. 12397**].

D.    Reorganized Debtors' Reply in Further Support of Twenty-First Securities Claims Omnibus Objections (Duplicate Claims) Relating to Claim of William McGovern IRA Charles Schwab Custodian [**Dkt. 12542**].

E.    Declaration of Richard W. Slack in Further Support of Reorganized Debtors' Twenty-First Securities Claims Omnibus Objection (Duplicate Claims) Relating to Claim of William McGovern IRA Charles Schwab Custodian [**Dkt. 12543**].

Related Order:

F.    Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Twenty-First Securities Claims Omnibus Objection (Duplicate Claims) [**Dkt. 12422**].

Status:   This Securities Omnibus Objection was previously granted as to all Claims (except the Claim discussed below and the withdrawn Claims identified in **Dkt. 12397**) by **Dkt. 12422**. With respect to Proof of Claim No. 104029 filed

by William McGovern IRA Charles Schwab Custodian, chambers has communicated to the parties that the Court will issue an order disallowing the claim and the hearing will be taken off calendar.

**Late Claim Motions:**

2. <u>**Pomerov**</u> [**Dkt. 12433**]. Counsel for movant shall submit a proposed order pursuant to the June 25 Judge Docket Order.

3. <u>**Deiner**</u> [**Dkt. 12438**]. Counsel for movant shall submit a proposed order pursuant to the June 25 Judge Docket Order.

4. <u>**Massae**</u> [**Dkt. 12339**]. This matter has been resolved by Stipulation [**Dkt. 12453**] and taken off calendar by Order [**Dkt. 12461**].

5. <u>**Harris**</u> [**Dkt. 12344**]. This matter has been resolved by Stipulation [**Dkt. 12454**] and taken off calendar by Order [**Dkt. 12463**].

6. <u>**Johnston**</u> [**Dkt. 12371**]. This matter has been resolved by Stipulation [**Dkt. 12456**] and taken off calendar by Order [**Dkt. 12465**].

7. <u>**Messner**</u> [**Dkt. 12337**]. This matter has been resolved by Stipulation [**Dkt. 12404**] and taken off calendar by Order [**Dkt. 12429**].

8. <u>**Frengel**</u> [**Dkt. 12320**]. This matter has been resolved by Stipulation [**Dkt. 12403**] and taken off calendar by Order [**Dkt. 12428**].

9. <u>**Haugse**</u> [**Dkt. 12352**]. This matter has been resolved by Stipulation [**Dkt. 12405**] and taken off calendar by Order [**Dkt. 12430**].

10. <u>**Augello**</u> [**Dkt. 12232**]. This matter has been resolved by Stipulation [**Dkt. 12378**] and taken off calendar by Order [**Dkt. 12412**].

11. <u>**Chovick**</u> [**Dkt. 12234**]. This matter has been resolved by Stipulation [**Dkt. 12379**] and taken off calendar by Order [**Dkt. 12413**].

12. <u>**Cottman**</u> [**Dkt. 12236**]. This matter has been resolved by Stipulation [**Dkt. 12380**] and taken off calendar by Order [**Dkt. 12414**].

13. <u>**Davis**</u> [**Dkt. 12238**]. This matter has been resolved by Stipulation [**Dkt. 12381**] and taken off calendar by Order [**Dkt. 12415**].

14. <u>**Frazier**</u> [**Dkt. 12240**]. This matter has been resolved by Stipulation [**Dkt. 12382**] and taken off calendar by Order [**Dkt. 12416**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

15. **Larson** [**Dkt. 12242**]. This matter has been resolved by Stipulation [**Dkt. 12383**] and taken off calendar by Order [**Dkt. 12417**].

16. **Skinner** [**Dkt. 12244**]. This matter has been resolved by Stipulation [**Dkt. 12384**] and taken off calendar by Order [**Dkt. 12418**].

17. **Staebell** [**Dkt. 12246**]. This matter has been resolved by Stipulation [**Dkt. 12385**] and taken off calendar by Order [**Dkt. 12419**].

18. **Bosco** [**Dkt. 12312**]. This matter has been resolved by Stipulation [**Dkt. 12400**] and taken off calendar by Order [**Dkt. 12424**].

19. **Alvarado** [**Dkt. 12341**]. This matter has been withdrawn [**Dkt. 12391**].

20. **Vickers** [**Dkt. 12346**]. This matter has been withdrawn [**Dkt. 12390**].

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: June 28, 2022

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: _/s/ Thomas B. Rupp_
        Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119