

**Signed and Filed: June 28, 2022**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

```
                UNITED STATES BANKRUPTCY COURT

                NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

## ORDER SUSTAINING REORGANIZED DEBTORS' TWENTY-FIRST SECURITIES CLAIMS OMNIBUS OBJECTION (DUPLICATE CLAIMS) RELATING TO CLAIM OF WILLIAM MCGOVERN IRA CHARLES SCHWAB CUSTODIAN

The court has reviewed and considered the *Reorganized Debtors' Twenty-First Securities Claims Omnibus Objection (Duplicate Claims)* ("Objection") (Dkt. 12149), the *Reorganized Debtors' Reply in Further Support of Twenty-First Securities*

-1-

*Claims Omnibus Objection (Duplicate Claims)* (Dkt. 12542) and the accompanying declarations.

IT IS HEREBY ORDER that,

(1) the Objection is sustained and dropped from the June 29, 2022 calendar,

(2) Proof of Claim No. 104029 is disallowed and expunged, and

(3) Proof of Claim No. 104651 is the surviving claim.

**\*\*END OF ORDER\*\***

<u>COURT SERVICE LIST</u>

William McGovern IRA Charles Schwab Custodian
4953 Kit Carson St.
Broomfield, CO 80023

Diana LJ Harrison, CPA
15350 SW Sequoia Parkway, #150
Portland, OR 97224