LAWRENCE A. JACOBSON, SBN 057393
SEAN M. JACOBSON, SBN 227241
COHEN AND JACOBSON, LLP
66 Bovet Road, Suite 285
San Mateo, CA 94402
Telephone: (650) 261-6280
laj@cohenandjacobson.com

Attorneys for Amir Shahmirza

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO OBJECTION TO CLAIM #2090** |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors | **Date: July 12, 2022**<br>**Time: 10:00 a.m.**<br>**Place: (Tele/Videoconference Appearances Only)**<br>**United States Bankruptcy Court**<br>**Courtroom 17, 16th Floor**<br>**San Francisco, CA 94102** |

Responding Party Amir Shahmirza, for himself and on behalf of Komir, Inc., requests that, pursuant to Rule 201 of the Federal Rules of Evidence, the Court take judicial notice of the following pleadings and documents that are attached to the accompanying Declaration of Lawrence A. Jacobson in Support of Opposition to Objection to Claim #2090:

    Exhibit A:    Complaint for Damages and Equitable Relief filed on November 9, 2018

    Exhibit B:    Notice of Demurrer and Complaint filed on January 11, 2019

| | | |
|---|---|---|
| Exhibit C: | Memorandum of Points and Authorities in Support of Demurrer filed on January 11, 2019 |
| Exhibit D: | PG&E Corporations Notice of Bankruptcy Filing and Imposition of Automatic Stay filed on January 30, 2019 (referring to filing of Bankruptcy Cases on January 29, 2019) |
| Exhibit E: | Notice of Withdrawal of Demurrer to Complaint filed on February 25, 2019 |
| Exhibit F: | Proof of Claim filed on March 19, 2019 in the Bankruptcy Cases. |
| Exhibit: G | Notice of Assignment for All Purposes filed on December 4, 2020. |
| Exhibit H: | Docket of Lawsuit |
| Exhibit I: | Statement of Financial Affairs, Section 7, Legal Actions (Docket No. 1460-3, page 213 of 539) |

The pleadings were filed in the courts identified in the captions.

Respectfully submitted.

Dated: June 28, 2022                    COHEN AND JACOBSON, LLP


By: /s/ Lawrence A. Jacobson
    Lawrence A. Jacobson
    Attorneys for Claimant and Respondent