# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: admin | Date Created: 6/29/2022 |
| Case: 19−30088 | Form ID: TRANSC | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty  Richard A. Lapping  rich@trodellalapping.com

                                                                                  TOTAL: 1

**Recipients submitted to the Claims Agent (Kroll Restructuring Administration, LLC):**
intp  Jennifer L. Dodge  2512 Artesia Blvd.  Redondo Beach, CA 90278

                                                                                  TOTAL: 1