Jay D. Harker (State Bar No. 167063)
jharker@clausen.com
CLAUSEN MILLER P.C.
27285 Las Ramblas, Suite 200
Mission Viejo, CA 92691
Telephone: (949) 260-3100 | Facsimile: (949) 260-3190

Attorneys for Creditors, XL INSURANCE AMERICA, INC. (for itself and its subrogees ALBERTSONS COMPANIES, INC. and SAFEWAY INC.); CATLIN SPECIALTY INSURANCE COMPANY (for itself and its subrogees DAVID W. MAEHL and RHONDA J. MAEHL); STARR SURPLUS LINES INSURANCE COMPANY, CHUBB CUSTOM INSURANCE COMPANY; GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA (GSINDA); MARKEL BERMUDA LIMITED and XL INSURANCE AMERICA, INC. (for themselves and their mutual subrogees ASHFORD INC. and ASHFORD HOSPITALITY TRUST, INC.)

## UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>   Debtors. | Case No. 19-30088 (DM)<br><br>**SUBSTITUTION OF ATTORNEY**<br><br>**(WITHOUT COURT ORDER)** |

THE COURT AND ALL PARTIES ARE NOTIFIED that Creditor XL INSURANCE AMERICA, INC. (for itself and its subrogees ALBERTSONS COMPANIES, LLC and SAFEWAY INC.) makes the following substitution:

/ / /

/ / /

1

1. Former legal representative - Attorney:

    a.  Name: Jay D. Harker     b. State Bar No. 167063

    c.  Address:
        Clausen Miller, P.C.
        27285 Las Ramblas
        Suite 200
        Mission Viejo, CA 92691

    d. Telephone Number: (949) 260-3100; Facsimile Number: (949) 260-3190

2. New legal representative - Attorney: Michael W. Goodin

3. The party making this substitution is a Creditor.

4. I consent to this substitution.

   Dated: __May 9___, 2022

   *Jeffrey Fischer*                        _____
   (Type or Print Name)                     (Signature of Party)

5. I consent to this substitution.

   Dated: __May 10_____, 2022

   *Michael W. Goodin*                      _____
   (Type or Print Name)                     (Signature of Former Attorney)

6. I consent to this substitution.

   Dated: __May 18_____, 2022

   *Jay D. Harker*                          _____
   (Type or Print Name)                     (Signature of New Attorney)

8230381.1

Case: 19-30088    Doc# 12574    Filed: 06/30/22    Entered: 06/30/22 16:48:07    Page 2 of 2