| | |
|---|---|
| 1 | Jay D. Harker (State Bar No. 167063) |
| 2 | jharker@clausen.com |
| | CLAUSEN MILLER P.C. |
| 3 | 27285 Las Ramblas, Suite 200 |
| | Mission Viejo, CA 92691 |
| 4 | Telephone: (949) 260-3100 | Facsimile: (949) 260-3190 |
| 5 | |
| 6 | Attorneys for Creditor, XL INSURANCE AMERICA, INC. (for itself and its subrogees ALBERTSONS COMPANIES, INC. and SAFEWAY INC.); CATLIN SPECIALTY INSURANCE COMPANY (for itself and its subrogees DAVID W. MAEHL and RHONDA J. MAEHL); STARR SURPLUS LINES INSURANCE COMPANY, CHUBB CUSTOM INSURANCE COMPANY; GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA (GSINDA); MARKEL BERMUDA LIMITED and XL INSURANCE AMERICA, INC. (for themselves and their mutual subrogees ASHFORD INC. and ASHFORD HOSPITALITY TRUST, INC.) |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>   Debtors. | Case No. 19-30088 (DM)<br><br>**SUBSTITUTION OF ATTORNEY**<br><br>**(WITHOUT COURT ORDER)** |

THE COURT AND ALL PARTIES ARE NOTIFIED that Creditor CATLIN SPECIALTY INSURANCE COMPANY (for itself and its subrogees DAVID W. MAEHL and RHONDA J. MAEHL) makes the following substitution:

/ / /

/ / /

3

1. **Former legal representative - Attorney:** Michael W. Goodin
2. **New legal representative - Attorney:**
   a. Name: Jay D. Harker    b. State Bar No. 167063
   c. Address:
      Clausen Miller, P.C.
      27285 Las Ramblas
      Suite 200
      Mission Viejo, CA 92691

   d. Telephone Number: (949) 260-3100; Facsimile Number: (949) 260-3190
3. The party making this substitution is a Creditor.
4. I consent to this substitution.

   Dated: 5/9/22 , 2022

   *Aaron Divine*                    _____

   (Type or Print Name)              (Signature of Party)

5. I consent to this substitution.

   Dated: May 10 , 2022

   *Michael W. Goodin*                _____

   (Type or Print Name)              (Signature of Former Attorney)

6. I consent to this substitution.

   Dated: May 18 , 2022

   *Jay D. Harker*                    _____

   (Type or Print Name)              (Signature of New Attorney)

8230895.1