# Notice Recipients

District/Off: 0971–3   User: admin   Date Created: 7/5/2022
Case: 19–30088   Form ID: TRANSC   Total: 2

**Recipients of Notice of Electronic Filing:**
aty   Richard A. Lapping   rich@trodellalapping.com

                                          TOTAL: 1

**Recipients submitted to the Claims Agent (Kroll Restructuring Administration, LLC):**
intp   Jennifer L. Dodge   2512 Artesia Blvd.   Redondo Beach, CA 90278

                                            TOTAL: 1