Northern California Law Group, PC.
Joseph Feist, SBN 249447
2611 Esplanade
Chico, CA 95973
Tel: 530-433-0233 | Fax: 916-426-7848
info@norcallawgroup.net

Attorney for Claimants
Roger Rosse, RaNae Rosse, Angeline Rosse, Nokoni Olen Rosse, Keoni William Watson and Deegan Riley Watson

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>[x] Affects both Debtors<br><br>*All paper shall be filed in the Lead Case, No. 19-30088-DM | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**DECLARATION OF MOVANTS ROGER ROSSE & RANAE ROSSE IN SUPPORT OF MOTION PURSUANT TO FED. R. BANKR. PROC. 7015 AND 7017 TO ENLARGE TIME TO FILE PROOF OF CLAIM PURSUANT TO FED. R. BANKR. PROC. 9006(b)(1)**<br><br>Date: August 23rd, 2022<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Telephonic/Video Appearances Only<br>    United States Bankruptcy Court<br>    Courtroom 17,<br>    450 Golden Gate Ave., 16th Floor<br>    San Francisco, CA<br>Judge: Hon. Dennis Montali<br><br>Response Due Date: August 9th, 2022 |

We, Roger Rosse & RaNae Rosse hereby declare:

1. We are two of the movants in this matter and had shared ownership in Joint Tenancy, of the property commonly known as 5596 Wolf Trail Rd. Marysville, CA 95901 on October 8, 2017, which was our primary residency at the time of the Cascade Fire and continues to be today.

2. Our Daughter, Angeline Rosse, resided with us at the property commonly known as 5596 Wolf Trail Rd. Marysville, CA 95901 on October 8, 2017, which was her primary residency at the time of the Cascade Fire and continues to be.

3. Our Grandchildren, Nokoni Olen Rosse, Keoni William Watson and Deegan Riley Watson, were visiting us at our home commonly known as 5596 Wolf Trail Rd. Marysville, CA 95901 on October 8, 2017.

4. Our Proof of Claim filing for damages sustained in the Cascade Fire of October 8, 2017, was delayed due to our reasonable belief that we did not have a claim associated with the fire as our home was insured.

5. On May 30th, 2022, we contacted Northern California Law Group, PC., to obtain a consultation. We were informed at that time, that we did have a valid claim against PG&E for the losses suffered on or about October 7th, 2017, and on this date, we first learned that we were able to bring a claim against PG&E.

6. On May 31st, 2021, we retained Northern California Law Group, PC to file this motion, file our Proof of Claim and represent us in the Fire Victims Trust process.

7. All statements in this declaration are based on our own personal knowledge and observation. If called to testify on this matter, we can and would competently testify to the matters set forth in this Declaration.

We declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct. Executed this 1st day of July 2022, in Marysville, CA.

/s/Roger Rosse
Roger Rosse, Movant

/s/RaNae Rosse
RaNae Rosse, Movant