Jay D. Harker (State Bar No. 167063)
jharker@clausen.com
CLAUSEN MILLER P.C.
27285 Las Ramblas, Suite 200
Mission Viejo, CA 92691
Telephone: (949) 260-3100 | Facsimile: (949) 260-3190

Attorneys for Creditors, XL INSURANCE AMERICA, INC. (for itself and its subrogees ALBERTSONS COMPANIES, INC. and SAFEWAY INC.); CATLIN SPECIALTY INSURANCE COMPANY (for itself and its subrogees DAVID W. MAEHL and RHONDA J. MAEHL); STARR SURPLUS LINES INSURANCE COMPANY, CHUBB CUSTOM INSURANCE COMPANY; GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA (GSINDA); MARKEL BERMUDA LIMITED and XL INSURANCE AMERICA, INC. (for themselves and their mutual subrogees ASHFORD INC. and ASHFORD HOSPITALITY TRUST, INC.)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>        Debtors. | Case No. 19-30088 (DM)<br><br>**SUBSTITUTION OF ATTORNEY**<br><br>**(WITHOUT COURT ORDER)** |

   THE COURT AND ALL PARTIES ARE NOTIFIED that Creditor CATLIN SPECIALTY INSURANCE COMPANY (for itself and its subrogees RONALD SINCLAIR AND THOMAS SINCLAIR) makes the following substitution:

/ / /

/ / /

3

SUBSTITUTION OF ATTORNEY
8:21-CV-00199

| | |
|---|---|
| 1 | 1. **Former legal representative - Attorney:** Michael W. Goodin |
| 2 | 2. **New legal representative - Attorney:** |
| 3 |     a.    Name: Jay D. Harker     b. State Bar No. 167063 |
| 4 |     c.    Address: |
| 5 |           Clausen Miller, P.C. |
| |           27285 Las Ramblas |
| 6 |           Suite 200 |
| 7 |           Mission Viejo, CA 92691 |
| 8 |     d. Telephone Number: (949) 260-3100; Facsimile Number: (949) 260-3190 |
| 9 | 3. The party making this substitution is a Creditor. |
| 10 | 4. I consent to this substitution. |
| 11 |     Dated: 5/9/22 , 2022 |
| 12 |     *Aaron Divine*                     /s/ Aaron Divine |
| 13 |     (Type or Print Name)           (Signature of Party) |
| 14 | 5. I consent to this substitution. |
| 15 |     Dated: May 10 , 2022 |
| 16 |     *Michael W. Goodin*            /s/ Michael W. Goodin |
| 17 |     (Type or Print Name)           (Signature of Former Attorney) |
| 18 | 6. I consent to this substitution. |
| 19 |     Dated: May 18 , 2022 |
| 20 |     *Jay D. Harker*                /s/ Jay D. Harker |
| 21 |     (Type or Print Name)           (Signature of New Attorney) |

8236011.1