| | |
|---|---|
| KELLER BENVENUTTI KIM LLP<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>David A. Taylor (#247433)<br>(dtaylor@kbkllp.com)<br>Dara L. Silveira (#274923)<br>(dsilveira@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251 | |

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF GABRIELLE L. ALBERT IN SUPPORT OF REORGANIZED DEBTORS' OMNIBUS REPLY IN FURTHER SUPPORT OF THE ONE HUNDRED FIFTEENTH OMNIBUS OBJECTION (NO LIABILITY RECATEGORIZED CLAIMS)**<br><br>**[Re: Dkt. Nos. 12173, 12469, 12377, 12470]**<br><br>Date: July 12, 2022<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Tele/Videoconference Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

| | |
|---|---|
| 1 | I, Gabrielle L. Albert, hereby declare pursuant to 28 U.S.C. § 1746: |
| 2 | 1. I am an attorney with the firm Keller Benvenutti Kim LLP ("**KBK**"), a law firm with |
| 3 | offices at 650 California Street, Suite 1900, San Francisco, California 94108, counsel to PG&E |
| 4 | Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and |
| 5 | reorganized debtors (collectively, the "**Debtors**," "**PG&E**," or the "**Reorganized Debtors**") in the |
| 6 | above-captioned chapter 11 cases. |
| 7 | 2. I submit this declaration (the "**Declaration**") in support of the *Omnibus Reply in* |
| 8 | *Further Support of the One Hundred Fifteenth Omnibus Objection to Claims (No Liability* |
| 9 | *Recategorized Claims)*. Unless otherwise stated in this Declaration, I have personal knowledge of the |
| 10 | facts set forth herein and could and would testify competently thereto. |
| 11 | 3. On May 13, 2022, KBK received two voicemails from claimant Martin Adame. Both |
| 12 | voicemails said that Mr. Adame would like to file an objection with respect to his claims, but provided |
| 13 | no additional information. |
| 14 | 4. I called Mr. Adame on May 13, 2022 and May 31, 2022, and left voicemails both times. |
| 15 | I have not received a response to either voicemail. |
| 16 | 5. Attached hereto as **Exhibit A** is a true and correct copy of an email I received from |
| 17 | claimant Stephen Richards. |
| 18 | 6. Attached hereto as **Exhibit B** is a true and correct copy of a letter KBK received from |
| 19 | claimant Andrew Walters. |
| 20 | I declare under penalty of perjury that, to the best of my knowledge and after reasonable |
| 21 | inquiry, the foregoing is true and correct. Executed this first day of July, 2022, in San Francisco, |
| 22 | California. |

                /s/ Gabrielle L. Albert
                 Gabrielle L. Albert