1    **Exhibit A**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Subject:** Give Me Funds Case #19-30088

**Date:**    Monday, April 25, 2022 at 11:46:09 PM Pacific Daylight Time

**From:**    Stephen Richards

**To:**    SBA Answer Desk, David Taylor, Gabrielle Albert, Jane Kim

From Case #19-30088, Doc #12173-4, Exhibit 3, Page 9 and
https://www.lakeconews.com/news?__cf_chl_jschl_tk__=6038628...&start=6504, please give me ten million dollars
because I am a Ranch Fire (Mendocino Complex) victim and the U.S. SBA did not give me a loan.