**Exhibit B**

Andrew Walters
P.O. Box 208
Indian Springs, NV 89018

Bankruptcy Case No. #19-30088 (DM)

Subject: Request copy of all investigative findings ("Cal Fires")
2017-2020 (Shasta, Lassen, Modoc, Tehama Counties)

Re: PG&E Northern California Wildfires 2017-2019
Bankruptcy Claim No. #86837

Dear Sir or Madam,
   Prior to subpena I formally ask this firm to provide;

1. A copy of Calfires' findings,
2. Accu Weather Inc. Regional Report (Fire Period), Emissions Pollutions, Regional Forecast

Purpose: To present as supportive evidence for "Reconsideration Review"
   Note: This is not offered to creditors (Violation 4th Amend.)
Under the Fire Victim Trust 4.26 of Plan, there is a process to resolve eligible claims (Review Claims) at this time, creditors' have no avenue to appeal or to respond to debtors' determination (Due Process Issue).

Action Requested:
① Settlement,
② Recertify case back to "Fire Victim Trust - (General Secured Claim)
③ Direct Response

Sincerely,
Andrew Walters