KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **STIPULATION TO CONTINUE HEARING ON REORGANIZED DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 2090 FILED BY AMIR SHAHMIRZA** <br><br> [Related to Docket No. 12130] |

PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), on the one hand, and Creditor Amir Shahmirza ("**Shahmirza**," and together with the Reorganized Debtors, the "**Parties**" and each, a "**Party**") on the other hand, by and through their respective counsel, hereby stipulate and agree as follows:

## RECITALS

A. On April 8, 2022, the Reorganized Debtors filed the *Reorganized Debtors' Objection to Proof of Claim No. 2090 Filed by Amir Shahmirza* (the "**Objection**") [Docket No. 12130]. Concurrently with the Objection, the Reorganized Debtors filed the *Notice of Hearing on Reorganized Debtors' Objection to Proof of Claim No. 2090 Filed by Amir Shahmirza* [Docket No. 12132], which set a hearing on the Objection for May 10, 2022 (the "**Hearing**").

B. On April 22, 2022, after the Parties conferred regarding continuing the Hearing and response deadline for Shahmirza, the Reorganized Debtors filed the *Notice of Continued Hearing on Reorganized Debtors' Objection to Proof of Claim No. 2090 Filed by Amir Shahmirza* [Docket No. 12208], which continued the Hearing to July 12, 2022.

C. On June 28, 2022, Shahmirza filed the *Response and Points and Authorities in Opposition to Objection to Claim #2090* [Docket No. 12572].

D. The Parties have conferred again and have agreed to further continue the Hearing.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE BANKRUPTCY COURT TO ORDER, THAT:**

1. The Stipulation is approved.

2. The Reorganized Debtors' reply will be filed no later than October 4, 2022.

3. The Hearing on the Reorganized Debtors' Objection to the claim of Amir Shahmirza is continued to **October 11, 2022**, at 10:00 a.m. (Pacific Time).

4. The Stipulation and any Order approving the terms of this Stipulation are without prejudice to any Party requesting a further continuance of the Hearing or otherwise modifying the briefing schedule on the Objection.

5. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation or any Order approving the terms of this Stipulation.

6. In the event that the terms of this Stipulation are not approved by the Bankruptcy Court, it shall be null and void and have no force or effect.

Dated: July 1, 2022

KELLER BENVENUTTI KIM LLP

/s/ *David A. Taylor*
David A. Taylor
*Attorneys for Debtors and Reorganized Debtors*

COHEN AND JACOBSON, LLP

/s/ [signature]
Lawrence A. Jacobson
*Attorneys for Amir Shahmirza*