

**Entered on Docket**
**July 05, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: July 5, 2022**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>   Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL**

The court is in receipt of a *Request for Appointment of Counsel* filed by Andrew Walters (Dkt. 12512). Mr. Walters stated that he "is a novice and untrained in bankruptcy law . . ." and asks the court to appoint counsel "to properly defend his claim." Mr. Walters references "(28) 42 USCS 1915(d)" but the correct citation is 28 U.S.C. § 1915. Mr. Walters also cites no authority for this bankruptcy court to

-1-

order the appointment of counsel for him and the court knows of none.  See *In re Perroton*, 958 F.2d 889 (9th Cir. 1992).

In light of the foregoing, the court hereby ORDERS that the Request for Appointment of Counsel is DENIED.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST

Andrew Walters
P.O. Box 208
Indian Springs, NV 89018