

**Signed and Filed: July 5, 2022**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Bankruptcy Case<br>) No. 19-30088-DM<br>) |
| PG&E CORPORATION, | ) Chapter 11 |
| - and - | )<br>) Jointly Administered |
| PACIFIC GAS AND ELECTRIC COMPANY, | )<br>) |
| Reorganized Debtors. | ) Date:  August 9, 2022<br>) Time:  10:00 AM |
| ☐ Affects PG&E Corporation | ) Via Tele/Videoconference<br>) www.canb.uscourts.gov/calendars |
| ☐ Affects Pacific Gas and<br>    Electric Company | )<br>) |
| ☒ Affects both Debtors | )<br>) |
| * *All papers shall be filed in*<br>*the Lead Case, No. 19-30088 (DM).* | )<br>) |

## ORDER GRANTING REQUEST FOR EXTENSION AND CONTINUING HEARING ON ONE HUNDRED FIFTEENTH OMNIBUS OBJECTION TO CLAIMS AS TO ANDREW WALTERS

The court has reviewed and considered Mr. Andrew Walters' *Request Extension of Hearing Date of July 12, 2022 (Extension Pass Hearing Date)* (Dkt. 12529) and the *Reorganized Debtors' Omnibus Reply in Further Support of the One Hundred Fifteenth*

-1-

*Omnibus Objection (No Liability Recategorized Claims)* (Dkt. 12581).

The court hereby GRANTS Mr. Walters' requested continuance over the Reorganized Debtors' opposition and CONTINUES the hearing set on July 12, 2022 to August 9, 2022, at 10:00 AM, in order to let Mr. Walters to have an opportunity to seek advice from counsel if he is able to.[1]

The court notes, however, that the Reorganized Debtors' argument in opposition regarding the statute of limitations appears well-taken.  Either Mr. Walters or his counsel must present an argument or authorities dealing specifically with that issue at or before the continued hearing or the court will sustain the objection and disallow Mr. Walters' claim without further discussion or delay.

**\*\*END OF ORDER\*\***

---

[1] The court is concurrently issuing an *Order Denying Request for Appointment of Counsel*.

-2-

Andrew Walters
P.O. Box 208
Indian Springs, NV 89018

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-