UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>   - and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>      Reorganized Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Jose Zambrano, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On June 29, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Kristin Vemo (MMLID: 7327658), 1904 Gillespie St, Santa Barbara, CA 93101-4646:

- Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' One Hundred Fifteenth Omnibus Objection to Claims (No Liability Recategorized Claims) [Docket No. 12479]

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 5th day of July 2022, at New York, NY.

                                             */s/ Jose Zambrano*
                                             Jose Zambrano

---

[1] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.