

Signed and Filed: July 6, 2022

_____

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1
2
3
4
5
6

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

7

*Attorneys for Debtors and Reorganized Debtors*

8
9
10

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

11

Bankruptcy Case No. 19-30088 (DM)

12

**In re:**

Chapter 11

13

**PG&E CORPORATION,**

(Lead Case) (Jointly Administered)

14

- and -

15
16

**PACIFIC GAS AND ELECTRIC COMPANY,**

17

**Debtors.**

**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON REORGANIZED DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 2090 FILED BY AMIR SHAHMIRZA**

**[Related to Docket No. 12130]**

18
19

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

20

*All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

21
22
23
24
25
26
27
28

The Court having considered the *Stipulation to Continue Hearing on Reorganized Debtors'*
*Objection to Proof of Claim No. 2090 Filed by Amir Shahmirza*, dated July 1 , 2022 (the "**Stipulation**"),[1]
entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized
debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11
cases (the "**Chapter 11 Cases**") on the one hand, and Creditor Amir Shahmirza ("**Shahmirza**") on the
other hand; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1.      The Stipulation is approved.

2.      The Reorganized Debtors' reply will be filed no later than October 4, 2022.

3.      The Hearing on the Reorganized Debtors' Objection to the claim of Amir Shahmirza is
continued to **October 11, 2022**, at 10:00 a.m. (Pacific Time).

4.      The Stipulation and this Order are without prejudice to any Party requesting a further
continuance of the Hearing or otherwise modifying the briefing schedule on the Objection.

5.      The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies
arising from the Stipulation or this Order.

*** END OF ORDER ***

APPROVED AS TO FORM AND CONTENT:

Dated: July 1 , 2022

COHEN AND JACOBSON, LLP

/s/
Lawrence A. Jacobson
*Attorneys for Amir Shahmirza*

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in
the Stipulation.