DocuSign Envelope ID: 06D9C224-ABEA-48F2-9727-646462D97D2E

Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2600
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619)236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys for Kelly Flint

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br>            Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas & Electric<br><br>■ Affects Both Debtors<br><br>*All papers shall be filed in the Lead Case, No.19-30088 (DM)* | **Case No. 19-30088 (DM)**<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF KELLY FLINT IN SUPPORT OF MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM**<br><br>Date:  August 9, 2022<br>Time:  10:00 a.m.<br>Place: **To Be Held Telephonically**<br>          United States Bankruptcy Court<br>          Courtroom 17<br>          450 Golden Gate Avenue<br>          16th Floor<br>          San Francisco, CA<br>Judge: Honorable Dennis Montali<br><br>**Objection Deadline:  August 2, 2022** |

I, Kelly Flint, hereby declare and state as follows:

1. This declaration is based upon my personal knowledge unless otherwise indicated.  If called upon to testify as to the matters stated herein, I could and would competently do so.

2. On the day of the Camp Fire I was living at 6650 Myrtle Way, Paradise, California 95969. I was renting from my father and stepmother, James Daniel Flint and Nancy Cody Flint. The house burned in the fire and was a total loss.

3. I evacuated from Paradise and was without a place to live for several weeks.

4. I lost my personal property that was at the house. My personal property included my 2000 Buick Century, some clothing, and books. I also suffered emotional distress because of the fire and what it did to me and my family.

5. I did not file a claim earlier because I was confused about the process. I was first told that I should file a claim with my father and stepmother. I was later advised that I could file separately. However, someone else advised not to file a claim because I was a renter. I was working as a nanny at that time and was also going to school to become a social worker. I was unable to sort out this conflicting information before the deadline.

6. When I found out that I could request the Bankruptcy Court to allow me to file a late claim for my lost personal property as well as emotional distress, I contacted counsel to do so.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed at Chico, California, on 7/8/2022

*Kelly Flint*
Kelly Flint