# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: admin | Date Created: 7/11/2022 |
| Case: 19−30088 | Form ID: TRANSC | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty     Richard A. Lapping     rich@trodellalapping.com

TOTAL: 1

**Recipients submitted to the Claims Agent (Kroll Restructuring Administration, LLC)**
intp     Jennifer L. Dodge     2512 Artesia Blvd.     Redondo Beach, CA 90278

TOTAL: 1