**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**,<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY**,<br>**Debtors**.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR JULY 12, 2022, 10:00 A.M. OMNIBUS HEARING**<br><br>Date: July 12, 2022<br>Time: 10:00 a.m. (Pacific Time)<br>Place: AT&T Teleconference<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

**PROPOSED AGENDA FOR
JULY 12, 2022, 10:00 A.M. (PACIFIC TIME)
OMNIBUS HEARING**

I: <u>**MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**</u>

*CONTESTED MATTER GOING FORWARD*

    1. <u>**Reorganized Debtors' One Hundred Fifteenth Omnibus Objection (Adame, Miller, Richards, Walters):**</u> *Reorganized Debtors' One Hundred Fifteenth Omnibus Objection to Claims (No Liability Recategorized Claims)* [**Dkt. 12173**].

        <u>Responses Filed</u>:

        A.    Martin Adame [**Informal, Claim Nos. 57319 and 105862**].

        B.    Kim Miller [**Informal, Claim No. 87604**]**.**

        C.    Stephen Richards [**Informal, Claim No. 5548**].

        D.    Andrew Walters [**Dkt. 12377, Claim No. 86837**].

        <u>Related Documents</u>:

        E.    Declaration of A. Anna Capelle in Support of Reorganized Debtors' One Hundred Fifteenth Omnibus Objection to Claims (No Liability Recategorized Claims) [**Dkt. 12174**].

        F.    Request to Take Judicial Notice in Support of Reorganized Debtors' One Hundred Fifteenth Omnibus Objection to Claims (No Liability Recategorized Claims) [**Dkt. 12175**].

        G.    Request for Appointment of Counsel filed by Claimant Andrew Walters [**Dkt. 12512**].

        H.    Request Extension of Hearing Regarding Date of 7/12/2022 (Extension Pass Hearing Date) filed by Creditor Andrew Walters [**Dkt. 12529**].

        I.    Reorganized Debtors' Omnibus Reply in Further Support of the One Hundred Fifteenth Omnibus Objection (No Liability Recategorized Claims) [**Dkt. 12581**].

        J.    Declaration of Gabrielle L. Albert in Support of Reorganized Debtors' Omnibus Reply in Further Support of the One Hundred Fifteenth Omnibus Objection (No Liability Recategorized Claims) [**Dkt. 12582**].

Related Orders:

K. Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' One Hundred Fifteenth Omnibus Objection to Claims (No Liability Recategorized Claims) **[Dkt. 12479]**.

L. Order Denying Request for Appointment of Counsel [**Dkt. 12587**].

M. Order Granting Request for Extension and Continuing Hearing on One Hundred Fifteenth Omnibus Objection to Claims as to Andrew Walters [**Dkt. 12588**].

Status: This Omnibus Objection was granted as to all Claims (except as otherwise described in this paragraph) by Order [**Dkt. 12479**]. It has been continued to the August 9, 2022 omnibus hearing as to Claim No. 87604 (Kim Miller) by Notice [**Dkt. 12583**] and as to Claim No. 86837 (Andrew Walters) by Order [**Dkt. 12588**].

This matter is going forward on a contested basis as to Claim Nos. 57319 and 105862 (Martin Adame) and Claim No. 5548 (Stephen Richards).

## RESOLVED AND CONTINUED MATTERS

2. **Shahmirza Claim Objection** *Reorganized Debtors' Objection to Proof of Claim No. 2090 Filed by Amir Shahmirza* [**Dkt. 12339**]. This matter has continued to the October 11, 2022 omnibus hearing by Stipulation [**Dkt. 12585**] and Order [**Dkt. 12594**].

**Omnibus Claims Objections:**

3. **Seventy-Ninth Omnibus Objection (Books and Records Claims)** [**Dkt. 10673**]. This Omnibus Objection has been resolved as to the Claims of Marsh Landing LLC (Proof of Claim Nos. 2026 and 74870) by Stipulation [**Dkt. 12526**] and Order [**Dkt. 12547**].

4. **One Hundred Thirteenth Omnibus Objection (City of San Jose Claims)** [**Dkt. 11844**]. This Omnibus Objection was continued to August 23, 2022 [**Dkt. 12473**], but has now been resolved as to all Claims therein [**Dkt. 12584**].

**Late Claim Motions:**

5. **Paul** [**Dkt. 12500**]. The motion is granted pursuant to the July 8, 2022 docket text order. Counsel for the movant has been directed to serve and upload an order granting the motion.

6. **Sesser** [**Dkt. 12530**]. The motion is granted pursuant to the July 8, 2022 docket text order. Counsel for the movant has been directed to serve and upload an order granting the motion.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: July 11, 2022

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: _/s/ Thomas B. Rupp_
     Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*