ALAN A. GREENBERG, State Bar No. 150827
  AGreenberg@GGTrialLaw.com
EVAN C. BORGES, State Bar No. 128706
  EBorges@GGTrialLaw.com
SARAH KELLY-KILGORE, State Bar No. 284571
  SKellyKilgore@GGTrialLaw.com
GREENBERG GROSS LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone: (213) 334-7000
Facsimile: (213) 334-7001

*Attorneys for Fire Victim Trustee*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ■ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS** |

Case: 19-30088    Doc# 12608    Filed: 07/11/22    Entered: 07/11/22 15:31:15    Page 1 of 3

PLEASE TAKE NOTICE that Alan A. Greenberg of Greenberg Gross LLP, hereby appears in the above captioned Chapter 11 bankruptcy proceeding on behalf of the Fire Victim Trustee and requests, pursuant to the Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010, that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned at the following addresses and through CM/ECF:

> Alan A. Greenberg
> AGreenberg@GGTrialLaw.com
> Greenberg Gross LLP
> 601 S. Figueroa Street, 30th Floor
> Los Angeles, California 90017
> Telephone: (213) 334-7000
> Facsimile: (213) 334-7001

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also, without limitation, all orders, notices, pleadings, complaints, notices of hearing, applications, motions, requests or demands, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise which affect or seek to affect in any way any rights of the Fire Victim Trustee.

DATED: July 11, 2022                  GREENBERG GROSS LLP

By:    /s/ *Alan A. Greenberg*
       Alan A. Greenberg
       Evan C. Borges
       Sarah Kelly-Kilgore

       *Attorneys for Fire Victim Trustee*

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 27, 2022, the foregoing was served upon all parties or their attorneys in a manner authorized by Federal Rule of Civil Procedure 5(b)(1).

        /s/ Alan A. Greenberg
        Alan A. Greenberg