| INTERIM COUNTY COUNSEL<br>BRAD J. STEPHENS<br><br>ASSISTANT COUNTY COUNSEL<br>KATHLEEN KEHOE GREESON |  | CHIEF DEPUTY COUNTY COUNSEL<br>FELIX WANNENMACHER<br>ROGER S. WILSON<br><br>DEPUTY COUNTY COUNSEL<br>BRUNELLA WOOD |
|---|---|---|

**OFFICE OF THE COUNTY COUNSEL**
**COUNTY OF BUTTE**
25 COUNTY CENTER DRIVE, SUITE 210
OROVILLE, CALIFORNIA 95965
PHONE: (530) 552-4070 FAX: (530) 538-6891

July 7, 2022

Honorable Judge Dennis Montali
Courtroom 17
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

      Re:    In re: PG&E Corporation; Bankr. Case No. 19-30088 (DM)
            **Please Post on Public Docket**

Dear Judge Montali:

      This office represents Butte County and the Butte County Board of Supervisors. As you may know, in May and June of 2022 the Board of Supervisors and County staff exchanged written and verbal correspondence with the former Trustee of the Fire Victim Trust, Justice John K. Trotter, regarding Butte County's reasonable requests for information concerning the administration of the Trust.

      Our office has reviewed the *Motion of William B. Abrams for Entry of Order Authorizing Discovery and Hearing Regarding the Administration of the Fire Victim Trust* [Docket #12440], and also listened to the hearing on the motion held in your courtroom on June 7, 2022. We have also reviewed the *Objection of the Fire Victim Trustee* [Docket #12527], and the *Reply to the Objection* [Docket #12593].

      The purpose of this letter is to convey the support of Butte County and its Board of Supervisors for the release of information concerning the administration, management and oversight of the Fire Victim Trust, as set out in the above referenced motion. Thank you for considering our position in this matter.

                                Sincerely,

                                BRAD J. STEPHENS
                                Interim Butte County Counsel

                                By _____

Cc:    Butte County Board of Supervisors
        Chief Administrative Officer, Andy Pickett
        William Abrams, Pro Se Claimant

