**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (*pro hac vice*)
(pzumbro@cravath.com)
Kevin J. Orsini (*pro hac vice*)
(korisni@cravath.com)
Omid H. Nasab (*pro hac vice*)
(onasab@cravath.com)
Timothy G. Cameron (*pro hac vice*)
(tcameron@cravath.com)
825 Eighth Avenue
New York, NY 10019
Tel:     (212) 474-1000
Fax:    (212) 474-3700

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:     (415) 496-6723
Fax:    (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION**, <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☑ Affects both Debtors <br> *\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (SCOTT B. REENTS)** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Scott B. Reents, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing PG&E Corporation and Pacific Gas and Electric Company, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I have not been granted *pro hac vice* admission by this court in the 12 months preceding this application.

3. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

4. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Jane Kim (#298192)
> KELLER BENVENUTTI KIM LLP
> 650 California Street, Suite 1900
> San Francisco, CA 94108
> (415) 496-6723
> trupp@kbkllp.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 8, 2022          By:   */s/ Scott B. Reents*
                                         Scott B. Reents