Jay D. Harker (State Bar No. 167063)
jharker@clausen.com
CLAUSEN MILLER P.C.
27285 Las Ramblas, Suite 200
Mission Viejo, CA 92691
Telephone: (949) 260-3100 | Facsimile: (949) 260-3190

Attorneys for Creditors, XL INSURANCE AMERICA, INC. (for itself and its subrogees ALBERTSONS COMPANIES, INC. and SAFEWAY INC.); CATLIN SPECIALTY INSURANCE COMPANY (for itself and its subrogees DAVID W. MAEHL and RHONDA J. MAEHL); STARR SURPLUS LINES INSURANCE COMPANY, CHUBB CUSTOM INSURANCE COMPANY; GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA (GSINDA); MARKEL BERMUDA LIMITED and XL INSURANCE AMERICA, INC. (for themselves and their mutual subrogees ASHFORD INC. and ASHFORD HOSPITALITY TRUST, INC.)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088 (DM)<br><br>**SUBSTITUTION OF ATTORNEY**<br><br>**(WITHOUT COURT ORDER)** |

THE COURT AND ALL PARTIES ARE NOTIFIED that Creditor XL INSURANCE AMERICA, INC. (for themselves and their mutual subrogees ASHFORD INC. and ASHFORD HOSPITALITY TRUST, INC.) makes the following substitution:

/ / /

3

1. **Former legal representative - Attorney:** Michael W. Goodin

2. **New legal representative - Attorney:**

   a. Name: Jay D. Harker    b. State Bar No. 167063

   c. Address:
   Clausen Miller, P.C.
   27285 Las Ramblas
   Suite 200
   Mission Viejo, CA 92691

   d. Telephone Number: (949) 260-3100; Facsimile Number: (949) 260-3190

3. The party making this substitution is a Creditor.

4. I consent to this substitution.

   Dated: _July 5th_, 2022

   _William Prebil_                                _[signature]_
   (Type or Print Name)                            (Signature of Party)

5. I consent to this substitution.

   Dated: July 8, 2022, 2022

   _Michael W. Goodin_                             _[signature]_
   (Type or Print Name)                            (Signature of Former Attorney)

6. I consent to this substitution.

   Dated: July 12, 2022

   _Jay D. Harker_                                 _[signature]_
   (Type or Print Name)                            (Signature of New Attorney)

8236021.1

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 27285 Las Ramblas, Suite 200, Mission Viejo, California 92691.

On July 12, 2022, I caused the following document(s) to be served on the interested parties in this action, as follows:

**SUBSTITUTION OF ATTORNEY**

**(WITHOUT COURT ORDER)**

**[X] BY ELECTRONIC FILING AND SERVICE**: By electronic filing and service of the foregoing document(s) using the CM/ECF System in accordance with F.R.C.P. 5(b)(2)(E) and Civil Local Rule 5.4, I electronically filed the above-listed documents by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

**[X] BY FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 12, 2022, in Corona, California.

*/s/ Mary Lynn Genova*
_____
Mary Lynn Genova

---

1

CERTIFICATE OF SERVICE
CASE NO. 19-30088 (DM)