Jay D. Harker (State Bar No. 167063)
jharker@clausen.com
CLAUSEN MILLER P.C.
27285 Las Ramblas, Suite 200
Mission Viejo, CA 92691
Telephone: (949) 260-3100 | Facsimile: (949) 260-3190

Attorneys for Creditors, XL INSURANCE AMERICA, INC. (for itself and its subrogees ALBERTSONS COMPANIES, INC. and SAFEWAY INC.); CATLIN SPECIALTY INSURANCE COMPANY (for itself and its subrogees DAVID W. MAEHL and RHONDA J. MAEHL); STARR SURPLUS LINES INSURANCE COMPANY, CHUBB CUSTOM INSURANCE COMPANY; GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA (GSINDA); MARKEL BERMUDA LIMITED and XL INSURANCE AMERICA, INC. (for themselves and their mutual subrogees ASHFORD INC. and ASHFORD HOSPITALITY TRUST, INC.)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>        Debtors. | Case No. 19-30088 (DM)<br><br>**SUBSTITUTION OF ATTORNEY**<br><br>**(WITHOUT COURT ORDER)** |

THE COURT AND ALL PARTIES ARE NOTIFIED that Creditor STARR SURPLUS LINES INSURANCE COMPANY makes the following substitution:

/ / /

/ / /

/ / /

3

| | |
|---|---|
| 1 | 1. **Former legal representative - Attorney:** Michael W. Goodin |
| 2 | 2. **New legal representative - Attorney:** |
| 3 |     a.    Name: Jay D. Harker    b. State Bar No. 167063 |
| 4 |     c.    Address: |
| 5 |             Clausen Miller, P.C. |
| |             27285 Las Ramblas |
| 6 |             Suite 200 |
| 7 |             Mission Viejo, CA 92691 |
| 8 |     d. Telephone Number: (949) 260-3100; Facsimile Number: (949) 260-3190 |
| 9 | 3. The party making this substitution is a Creditor. |
| 10 | 4. I consent to this substitution. |
| 11 |     Dated: _May 31_____, 2022 |
| 12 |     _____*Ashley Davis*_____    _____[signature]_____ |
| 13 |     (Type or Print Name)    (Signature of Party) |
| 14 | 5. I consent to this substitution. |
| 15 |     Dated: _July 8, 2022_____, 2022 |
| 16 |     _____*Michael W. Goodin*_____    _____[signature]_____ |
| 17 |     (Type or Print Name)    (Signature of Former Attorney) |
| 18 | 6. I consent to this substitution. |
| 19 |     Dated: _July 12_____, 2022 |
| 20 |     _____*Jay D. Harker*_____    _____[signature]_____ |
| 21 |     (Type or Print Name)    (Signature of New Attorney) |

8230894.1

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 27285 Las Ramblas, Suite 200, Mission Viejo, California 92691.

On July 12, 2022, I caused the following document(s) to be served on the interested parties in this action, as follows:

**SUBSTITUTION OF ATTORNEY**

**(WITHOUT COURT ORDER)**

**[X] BY ELECTRONIC FILING AND SERVICE**: By electronic filing and service of the foregoing document(s) using the CM/ECF System in accordance with F.R.C.P. 5(b)(2)(E) and Civil Local Rule 5.4, I electronically filed the above-listed documents by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

**[X] BY FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 12, 2022, in Corona, California.

_____
Mary Lynn Genova