Jay D. Harker (State Bar No. 167063)
jharker@clausen.com
CLAUSEN MILLER P.C.
27285 Las Ramblas, Suite 200
Mission Viejo, CA 92691
Telephone: (949) 260-3100 | Facsimile: (949) 260-3190

Attorneys for Creditors, XL INSURANCE AMERICA, INC. (for itself and its subrogees ALBERTSONS COMPANIES, INC. and SAFEWAY INC.); CATLIN SPECIALTY INSURANCE COMPANY (for itself and its subrogees DAVID W. MAEHL and RHONDA J. MAEHL); STARR SURPLUS LINES INSURANCE COMPANY, CHUBB CUSTOM INSURANCE COMPANY; GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA (GSINDA); MARKEL BERMUDA LIMITED and XL INSURANCE AMERICA, INC. (for themselves and their mutual subrogees ASHFORD INC. and ASHFORD HOSPITALITY TRUST, INC.)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| In re: | Case No. 19-30088 (DM) |
|---|---|
| PG&E CORPORATION, | **SUBSTITUTION OF ATTORNEY** |
| and | **(WITHOUT COURT ORDER)** |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Debtors. | |

        THE COURT AND ALL PARTIES ARE NOTIFIED that Creditor GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA makes the following substitution:

/ / /

/ / /

Case: 19-30088    Doc# 12616    Filed: 07/12/22    Entered: 07/12/22 14:01:57    Page 1 of 3

SUBSTITUTION OF ATTORNEY
8:21-CV-00199

1.     **Former legal representative - Attorney:**  Michael W. Goodin

2.     **New legal representative - Attorney:**

      a.     Name:  Jay D. Harker       b.  State Bar No. 167063

      c.     Address:
           Clausen Miller, P.C.
           27285 Las Ramblas
           Suite 200
           Mission Viejo, CA 92691

      d.  Telephone Number:  (949) 260-3100; Facsimile Number:  (949) 260-3190

3.     The party making this substitution is a Creditor.

4.     I consent to this substitution.

    Dated:  May 31st       , 2022

    _Ashley Davis_

    (Type or Print Name)            (Signature of Party)

5.     I consent to this substitution.

    Dated:  July 8, 2022       , 2022

    _Michael W. Goodin_

    (Type or Print Name)            (Signature of Former Attorney)

6.     I consent to this substitution.

    Dated:  July 12       , 2022

    _Jay D. Harker_

    (Type or Print Name)            (Signature of New Attorney)

8235998.1

4

Case: 19-30088    Doc# 12616    Filed: 07/12/22    Entered: 07/12/22 14:01:57    Page 2 of 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 27285 Las Ramblas, Suite 200, Mission Viejo, California 92691.

On July 12, 2022, I caused the following document(s) to be served on the interested parties in this action, as follows:

### SUBSTITUTION OF ATTORNEY

### (WITHOUT COURT ORDER)

**[X]  BY ELECTRONIC FILING AND SERVICE**:  By electronic filing and service of the foregoing document(s) using the CM/ECF System in accordance with F.R.C.P. 5(b)(2)(E) and Civil Local Rule 5.4, I electronically filed the above-listed documents by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

**[X]  BY FEDERAL:**  I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 12, 2022, in Corona, California.

Mary Lynn Genova

_____
Mary Lynn Genova

CERTIFICATE OF SERVICE
CASE NO. 19-30088 (DM)