| | |
|---|---|
| 1 | NATALIE SANDERS (SBN 329916)<br>Natalie.sanders@bakerbotts.com |
| 2 | BAKER BOTTS L.L.P.<br>1001 Page Mill Road Building One, Suite 200 |
| 3 | Palo Alto, CA 94304<br>Telephone: (650) 739-7536 |
| 4 | Facsimile: (650) 739-7636 |
| 5 | Attorney for<br>BLACK & VEATCH CONSTRUCTION, INC. |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                Debtors. | Bankruptcy Case<br>Case No.: 19-30088-DM (Lead Case)<br>Chapter 11<br><br>(Jointly Administered)<br><br>ORDER AUTHORIZING<br>WITHDRAWAL OF COUNSEL |

[PROPOSED] ORDER

# ORDER AUTHORIZING WITHDRAWAL OF NATALIE K. SANDERS AS COUNSEL TO BLACK & VEATCH

Upon consideration of the motion (the "Motion") of Black & Veatch Construction, Inc. ("Black & Veatch") seeking an order authorizing the withdrawal of counsel of Natalie K. Sanders as counsel to Black & Veatch, pursuant to Rule 11-5(a); and adequate notice of the Motion having been given; and it appearing that no other or further notice is necessary; and the Court having determined that the legal and factual grounds set forth in the Motion establish just cause for the relief requested in the Motion; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.
2. Natalie K. Sanders is hereby permitted to withdraw as counsel to Black & Veatch.

**END OF ORDER**