WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>     - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                              **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**SIXTH SCHEDULING AND MEDIATION STIPULATION WITH RESPECT TO THE CITY OF SANTA CLARA DBA SILICON VALLEY POWER'S MOTION TO COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACT CONCERNING THE GRIZZLY DEVELOPMENT AND MOKELUMNE SETTLEMENT AGREEMENT**<br><br>**Related Docket No.: 10998, 11153, 11337, 11538, 11759, 11881, 12038, 12374**<br><br>Adjourning Hearing scheduled for August 9, 2022 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**WHEREAS**, on January 29, 2019, PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**" and, together with PG&E Corp., the "**Debtors**" or "**Reorganized Debtors**", as applicable), commenced with the Court voluntary cases under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). The *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated June 19, 2020* [Docket No. 8048] (the "**Plan**") was confirmed by Order of the Court dated June 20, 2020 [Docket No. 8053] (the "**Confirmation Order**"). The Plan became effective on July 1, 2020.

**WHEREAS**, on May 15, 2020, the City of Santa Clara dba Silicon Valley Power ("**Santa Clara**," and together with the Reorganized Debtors, the "**Parties**") filed an *Objection to Cure Amount and Request for Adequate Assurance of Future Performance by Counterparty City of Santa Clara DBA Silicon Valley Power* [Docket No. 7208].

**WHEREAS**, on July 30, 2021, Santa Clara filed the *City of Santa Clara DBA Silicon Valley Power's Motion to Compel Assumption or Rejection of Executory Contract Concerning the Grizzly Development and Mokelumne Settlement Agreement* [Docket No. 10998] (the "**Motion**") which noticed a response deadline of August 31, 2021, and a hearing date of September 14, 2021 (the "**Hearing Date**").

**WHEREAS**, on August 24, 2021, the Parties filed the *Scheduling Stipulation with Respect to the City of Santa Clara DBA Silicon Valley Power's Motion to Compel Assumption or Rejection of Executory Contract Concerning the Grizzly Development and Mokelumne Settlement Agreement* [Docket No. 11144] (the "**First Scheduling Stipulation**"), pursuant to which the Parties agreed to an adjournment of the Hearing Date and a briefing schedule with respect to the Motion as set forth therein. The First Scheduling Stipulation was approved by order of the Court, dated August 25, 2021 [Docket No. 11153].

**WHEREAS**, on September 27, 2021, the Parties filed the *Second Scheduling Stipulation with Respect to the City of Santa Clara DBA Silicon Valley Power's Motion to Compel Assumption or Rejection of Executory Contract Concerning the Grizzly Development and Mokelumne Settlement Agreement* [Docket No. 11331] (the "**Second Scheduling Stipulation**"), pursuant to which the Parties agreed to further adjourn the Hearing Date and briefing schedule with respect to the Motion as set

forth therein. The Second Scheduling Stipulation was approved by order of the Court, dated September 28, 2021 [Docket No. 11337].

**WHEREAS**, on November 1, 2021, the Parties filed the *Scheduling and Mediation Stipulation with Respect to the City of Santa Clara DBA Silicon Valley Power's Motion to Compel Assumption or Rejection of Executory Contract Concerning the Grizzly Development and Mokelumne Settlement Agreement* [Docket No. 11508] (the "**First Scheduling and Mediation Stipulation**"), pursuant to which the Parties agreed, among other things, to adjourn the Hearing Date on the Motion to allow for mediation with the Honorable Randall J. Newsome (Ret.) (the "**Mediation**") and agreed to further adjourn the Hearing Date and briefing schedule with respect to the Motion as set forth therein. The First Scheduling and Mediation Stipulation was approved by order of the Court, dated November 4, 2021 [Docket No. 11538].

**WHEREAS**, on December 27, 2021, the Parties filed the *Second Scheduling and Mediation Stipulation with Respect to the City of Santa Clara DBA Silicon Valley Power's Motion to Compel Assumption or Rejection of Executory Contract Concerning the Grizzly Development and Mokelumne Settlement Agreement* [Docket No. 11751] (the "**Second Scheduling and Mediation Stipulation**"), pursuant to which the Parties agreed, among other things, to adjourn the Hearing Date on the Motion to allow for the Mediation to continue and agreed to further adjourn the Hearing Date and briefing schedule with respect to the Motion as set forth therein. The Second Scheduling and Mediation Stipulation was approved by order of the Court, dated December 27, 2021 [Docket No. 11759].

**WHEREAS**, on January 28, 2022, the Parties filed the *Third Scheduling and Mediation Stipulation with Respect to the City of Santa Clara DBA Silicon Valley Power's Motion to Compel Assumption or Rejection of Executory Contract Concerning the Grizzly Development and Mokelumne Settlement Agreement* [Docket No. 11878] (the "**Third Scheduling and Mediation Stipulation**"), pursuant to which the Parties agreed, among other things, to adjourn the Hearing Date on the Motion to allow for the Mediation to continue and agreed to further adjourn the Hearing Date and briefing schedule with respect to the Motion as set forth therein. The Third Scheduling and Mediation Stipulation was approved by order of the Court, dated January 31, 2022 [Docket No. 11881].

**WHEREAS**, on March 14, 2022, the Parties filed the *Fourth Scheduling and Mediation*

*Stipulation with Respect to the City of Santa Clara DBA Silicon Valley Power's Motion to Compel Assumption or Rejection of Executory Contract Concerning the Grizzly Development and Mokelumne Settlement Agreement* [Docket No. 12011] (the "**Fourth Scheduling and Mediation Stipulation**"), pursuant to which the Parties agreed, among other things, to adjourn the Hearing Date on the Motion to allow for the Mediation to continue and agreed to further adjourn the Hearing Date and briefing schedule with respect to the Motion as set forth therein. The Fourth Scheduling and Mediation Stipulation was approved by order of the Court, dated March 17, 2022 [Docket No. 12038].

**WHEREAS**, on May 9, 2022, the Parties filed the *Fifth Scheduling and Mediation Stipulation with Respect to the City of Santa Clara DBA Silicon Valley Power's Motion to Compel Assumption or Rejection of Executory Contract Concerning the Grizzly Development and Mokelumne Settlement Agreement* [Docket No. 12343] (the "**Fifth Scheduling and Mediation Stipulation**"), pursuant to which the Parties agreed, among other things, to adjourn the Hearing Date on the Motion to allow for the Mediation to continue and agreed to further adjourn the Hearing Date and briefing schedule with respect to the Motion as set forth therein. The Fifth Scheduling and Mediation Stipulation was approved by order of the Court, dated May 12, 2022 [Docket No. 12374].

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE BANKRUPTCY COURT TO ORDER, THAT:**

1. The Hearing Date on the Motion shall be continued to September 28, 2022, at 10:00 am (Prevailing Pacific Time). The August 9, 2022 hearing on the Motion is taken off the Court's calendar.

2. The Reorganized Debtors' response to the Motion must be filed with the Court by September 7, 2022.

3. Any reply by Santa Clara must be filed with the Court by September 21, 2022.

4. The Parties agree to continue to participate in the Mediation as necessary, including in any sessions scheduled or recommended by Judge Newsome and agreed to by the Parties.

5. Nothing herein prevents the Parties from agreeing to a further adjustment of the above schedule, subject to Court approval.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

6. In the event that the terms of this Stipulation are not approved by the Bankruptcy Court, it shall be null and void and have no force or effect. The Parties agree that this Stipulation as it relates to the Mediation is covered by both settlement and mediation confidentiality and privilege and shall be of no evidentiary value whatsoever in any proceedings.

**7.** Nothing herein shall be construed to be a waiver by the Debtors or the Reorganized Debtors, as applicable, or any other party in interest, of any rights or defenses with respect to the Motion or otherwise.

8. This Stipulation shall be binding on the Parties and each of their successors in interest.

9. This Stipulation shall constitute the entire agreement and understanding of the Parties relating to the subject matter hereof and supersede all prior agreements and understandings relating to the subject matter hereof.

10. This Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same agreement.

11. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation or any Order approving the terms of this Stipulation.

Dated: July 12, 2022

WEIL, GOTSHAL & MANGES LLP
KELLER BENVENUTTI KIM LLP

*/s/ Richard W. Slack*
Richard W. Slack

*Attorneys for the Debtors and Reorganized Debtors*

Dated: July 12, 2022

BOUTIN JONES INC.

*/s/ Robert D. Swanson*
Robert D. Swanson

*Attorneys for the City of Santa Clara DBA Silicon Valley Power*