# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 7/13/2022 |
| Case: 19–30088 | Form ID: TRANSC | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty    Dara Levinson Silveira    dsilveira@kbkllp.com

TOTAL: 1