Judge Montali
Courtroom 17
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102

RE: Case #19 30088 DM/ Docket# 12440,
PLEASE POST TO THE COURTROOM DOCKET. I would like there to be a hearing in the Bankruptcy court case listed above, as I am in full support of more transparency from the Fire Victims Trust.

We are Camp Fire victims, Nov. 8, 2018.
   After all the initial information was given to RodinsCloud in 2019, For over a year now we have been sending basic information that was included in our Camp Fire Claim to Robins Cloud upon their request. They will email us requesting "additional" information is needed for the Fire Victims Trust. The first was on 5 18 21, the request was for Tax ID verification. The second one was 2 14 22, it was a request for the Living Trust to show I am the Trustee. Third one was 6 9 22, it was a request for my Dads death certificate. All of this information was sent to them in 2020, I know this because I made a complete copy set of everything I sent them. Each time we receive and answer a request, we think a settlement is in the near future but nothing happens.our case and others have been delayed. At this point we feel that this is a delay of fair settlement. We feel that all parties are wasting time. We don't know if it's Robins Cloud or the Fire Victims Trust. This has set us back from a fair settlement for our property and loss of income since 11 8 2018. We know of several other Camp fire victims that are experiencing the same requests and delays.

   This has been a great hardship for us. This property was income for us. We have been without this income since Nov. 8, 2018. We did not have insurance on the building to cover such an event. We have not received one penny since that day.

                                                    Sincerely,

cc [redacted]                                        Dayna Griffin, Trustee
                                                    William D. Williams living trust
cc:Lorena Parada@canb.uscourts.gov

cc [redacted]

cc.Sergio Garcia, scg@scgplc.law