**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

In re

**The updated address information shown below applies to the bankruptcy cases and adversary proceedings appearing on the attached list.**

**NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE** the address of has changed.  The new address is:

Please update your records accordingly.

Date:

Signature

| Case No. | Case Title | Chapter / Lead BK case |
|---|---|---|
| 11-31376 | Howrey LLP | 7 |
| 14-44191 | CEP Reorganization, Inc. | 11 |
| 18-31087 | Sedgwick LLP | 11 |
| 19-30088 | PG&E Corporation | 11 |
| 19-52335 | Imperial Toy LLC | 7 |
| 20-41626 | James Patrick Petersen and Tricia Yeh Petersen | 7 |
| 20-50682 | Wave Computing, Inc. | 11 |