**Entered on Docket
July 14, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: July 14, 2022

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

LAW OFFICES OF JENNIFER L. DODGE INC.
Jennifer L. Dodge (#195321)
(jdodgelaw@jenniferdodgelaw.com)
2512 Artesia Blvd., Suite 300D
Redondo Beach, California 90278
Tel: (310) 372.3344
Fax: (310) 861.8044

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>     - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOF OF CLAIM NO. 108542 FILED BY TODD GREENBERG PURSUANT TO REORGANIZED DEBTORS' FORTIETH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY / PASSTHROUGH CLAIMS)**<br><br>[Re: Docket No. 9455]<br><br>Date:  July 8, 2022<br>Time: 10:15 a.m. (Pacific Time)<br>Place: (Zoom Videoconference)<br>         United States Bankruptcy Court<br>         Courtroom 17, 16th Floor<br>         San Francisco, CA 94102 |

The Court, having considered the *Reorganized Debtors' Fortieth Omnibus Objection to Claims (No Liability / Passthrough Claims)* [Docket No. 9455] (the "**Fortieth Omnibus Objection**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan[1], the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and this Court having jurisdiction to consider the Fortieth Omnibus Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Fortieth Omnibus Objection and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Fortieth Omnibus Objection as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and upon consideration of Proof of Claim No. 108542 (filed as an amendment to Proof of Claim No. 77335) filed by Todd Greenberg, the Fortieth Omnibus Objection, all of the documents filed by the Reorganized Debtors and Todd Greenberg with respect to the Fortieth Omnibus Objection, and the evidence submitted and arguments made at the hearings held on the Fortieth Omnibus Objection, including the evidentiary hearing held on June 27, 2022, with appearances as noted on the record; and this Court having determined that the legal and factual bases set forth by the Reorganized Debtors establish just cause for the relief sought in the Fortieth Omnibus Objection with respect to Proof of Claim No. 108542; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor, and this Court having held a hearing on July 8, 2022, with appearances as noted on the record, where the Court stated its findings of fact and conclusions of law on the record as provided by Rule 52(a) of the Federal Rules of Civil Procedure, as made applicable to this contested matter in a bankruptcy case by Rules 7052 and 9014(c) of the Federal Rules of Bankruptcy Procedure,

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Fortieth Omnibus Objection.

**IT IS HEREBY ORDERED THAT:**

1. The Fortieth Omnibus Objection is sustained with respect to Proof of Claim No. 108542, filed by Todd Greenberg, for the reasons stated on the record at the hearing held on July 8, 2022.

2. Proof of Claim No. 108542 shall be disallowed and expunged in its entirety.

3. For the avoidance of doubt, Proof of Claim No. 77335, filed by Todd Greenberg, which was previously disallowed and expunged pursuant to the *Order Granting Creditor Todd Greenberg's Motion to Amend Proof of Claim No. 77335*, entered on May 12, 2022, [Docket No. 12375] on the basis that it was superseded by the filing of Proof of Claim No. 108542 (and such Order providing that the Fortieth Omnibus Objection would be deemed to object to Proof of Claim No. 108542), remains disallowed and expunged in its entirety.

4. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

APPROVED AS TO FORM:

Dated: July 14, 2022

TRODELLA & LAPPING LLP

*/s/ Richard A. Lapping*
Richard A. Lapping

*Attorneys for Creditor Todd Greenberg*