UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Reorganized Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On July 8, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via overnight mail on Richards, Stephen Michael, 5401 Norris Rd Apt 12 Bakersfield, CA 93308-2182 and Adame, Martin J, 6051 Radcliffe Ave Newark, CA 94560:

- Teleconference Instructions, attached hereto as **Exhibit A**

3. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

---
[1] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 13th day of July 2022, at New York, NY.

*/s/ Alain B. Francoeur*
Alain B. Francoeur

# Exhibit A

# U.S. BANKRUPTCY COURT
# FOR THE CALIFORNIA NORTHERN BANKRUPTCY COURT

Honorable Dennis Montali
Tuesday, July 12, 2022

Current as of 7/6/2022 at 5:37 PM

Via Tele/Videoconference

www.canb.uscourts.gov/calendars

Tele/Videoconference

| | | | |
|---|---|---|---|
| 10:00 AM | **19-30088** Ch 11 | PG&E Corporation | |
| Moving: | Tobias S. Keller | | |
| Opposing: | | | 1 |
| Matter: | Reorganized Debtors' One Hundred Fifteenth Omnibus Objection to Claims (No Liability Recategorized Claims) Filed by PG&E Corporation [12173] | | |
| 10:00 AM | **19-30088** Ch 11 | PG&E Corporation | |
| Moving: | Samy Saad Henein | | |
| Opposing: | | | 2 |
| Matter: | Creditors Jeffery and Carole Paul's Motion for Leave to File a Late Proof of Claim After Claims Bar Date Filed by Carole Paul [12500] | | |
| 10:00 AM | **19-30088** Ch 11 | PG&E Corporation | |
| Moving: | Gerald Singleton | | |
| Opposing: | | | 3 |
| Matter: | Motion to Allow/Deem Timely Late Filing of Proof of Claim by Matthew Sesser Filed by SLF Fire Victim Claimants [12530] | | |



# Procedures for Appearing on an AT&T Conference Call for the Honorable Dennis Montali

Using information below, please login to the AT&T Conference call **5 to 10 minutes prior** to the scheduled hearing.

- If signing in by computer, **the Court's preferred method**, identify yourself when prompted.
- If calling in by telephone, the courtroom deputy will take roll prior to the hearing.
- The Court will ask parties to state their appearances when a case is called.
- Please ensure your **equipment** is adequate. Also, ensure that you have a dedicated, **quiet space** for the call.
- Please place your line on mute (not on hold) until your matter is called.

Reservations are not required.  There is no fee to participate by AT&T Conference.

### Procedures for joining by computer (the Court's preferred method):

1. Click on the web address link https://teleconference.uc.att.com/ecm/
2. Select "**As Guest**"
3. Enter **(888) 808-6929** in the Dial-in phone number
4. Enter Meeting access code:   **3770525**
5. Enter your **first and last name and case name, case number or line number**
6. Check the box "**I'm not a robot" and follow the prompt**
7. Click on the "**Call me**" button. Enter your phone number.   AT&T will dial out to the number you provided.
8. Answer the phone call. When prompted, **select #1** to join the conference

### Procedures for joining by telephone:

1. Call the dial-in phone number: **(888) 808-6929**
2. Enter Meeting access code:   **3770525**

### Important Notice to the Media and Public

Persons granted remote access to hearings and other proceedings held before the Court via telephone conference or any other communication service are reminded that recording, photographing, rebroadcasting or retransmission of such proceedings (including streaming, screen-shots or any other audio or video reproduction) is absolutely prohibited by policy of the Judicial Conference of the United States.

A violation of these prohibitions is subject to sanctions, including but not limited to removal of court-issued media credentials, restricted access to future hearings, or any other sanctions deemed necessary by the Court.