Samy S. Henein, Esq. (#171356)
SUPPA, TRUCCHI & HENEIN, LLP
3055 India Street
San Diego, CA 92103-6013
Telephone No. (619) 297-7330
Fax No. (619) 297-9658

Attorneys for Creditors
JEFFERY PAUL and CAROLE PAUL

Signed and Filed: July 14, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re PG&E CORPORATION,<br><br>Debtor.<br><br>_____ | Case No.: 19-30088-DM<br><br>**ORDER GRANTING JEFFERY PAUL AND CAROLE PAUL'S MOTION FOR LEAVE TO FILE A LATE PROOF OF CLAIM**<br><br>DATE: July 12, 2022<br>TIME: 10:00 a.m.<br>CRTRM: 17<br><br>Hon. Dennis Montali |

The Court having considered the Motion to Allow/Deem Timely Late Filing of Proof of Claim by Jeffery Paul and Carole Paul, no objection or opposition having been filed thereto, and having determined that the motion is well taken and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The motion is granted;

2. The Proof of Claim shall be filed within 30 days after entry of this Order and is deemed timely filed.

3. The Proof of Claim and Asserted Fire Victim Claims shall for all purposes be treated and classified as Fire Victim Claims under the Plan, and shall be fully assumed by, and the sole responsibility of, the Fire Victim Trust and subject to the Channeling Injunction, to be administered, processed, settled, disallowed, resolved, liquidated, satisfied and/or paid in accordance with the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures.

**\*\*END OF ORDER\*\***