Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2600
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619)236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys forSignalized Intersection West, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:*<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br>        Debtors.<br><br>☐Affects PG&E Corporation<br><br>☐Affects Pacific Gas & Electric<br><br>■ Affects Both Debtors<br><br>*All papers shall be filed in the Lead Case, No.19-30088 (DM)*<br>_____ | **Case No. 19-30088 (DM)**<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF DANIEL L. ALLENIN SUPPORT OF MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM**<br><br>Date:  August 9, 2022<br>Time:  10:00 a.m.<br>Place:  **To Be Held Telephonically**<br>       United States Bankruptcy Court<br>       Courtroom 17<br>       450 Golden Gate Avenue<br>       16th Floor<br>       San Francisco, CA<br>Judge:  Honorable Dennis Montali<br><br>**Objection Deadline:  August 2, 2022** |

I, Daniel L. Allen, hereby declare and state as follows:

1.This declaration is based upon my personal knowledge unless otherwise indicated.  If called upon to testify as to the matters stated herein, I could and would competently do so.

2. I am the principle and owner of Signalized Intersection West, LLC, the claimant herein.

3. Signalized Intersection West, LLC owns 3 parcels of undeveloped real estate that wereburned in the Camp Fire.  The Camp Fire burned numerous trees and underbrush, and some

gates that were on the property.

4. Signalized Intersection West did not file a timely claim because I was not aware that PG&E would pay for damage to undeveloped real property include the destruction of trees.

5. Once I found out that I could request the Bankruptcy Court to allow me to file a late claim for damage to undeveloped real estate, I contacted counsel immediately and asked them to file a motion for late claimon my behalf.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed at Poway, California, on 7/16/2022_____.

_____
Daniel L. Allen