# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Sonia Akter, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On July 5, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on Jennifer L. Dodge, 2512 Artesia Blvd., Redondo Beach, CA, 90278-3264:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, a copy of which is attached hereto as **Exhibit A**

3. On July 5, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served via first class mail on Andrew Walters, P.O. Box 208, Indian Springs, NV 89018:

- Order Denying Request for Appointment of Counsel [Docket No. 12587]

- Order Grating Request for Extension and Continuing Hearing on One Hundred Fifteenth Omnibus Objection to Claims as to Andrew Walters [Docket No. 12588]

4. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed documents, and I understand that parties listed in each NEF as having received notice through

---

[1] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

5. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 13th day of July 2022, at New York, NY.

*/s/ Sonia Akter*
Sonia Akter

# **Exhibit A**

Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| **In re Debtor(s):** PG&E Corporation | Case No.: 19–30088 DM 11<br>Chapter: 11 |
|---|---|

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on June 27, 2022 at 9:00 AM was filed on July 1, 2022. The following deadlines apply:

The parties have until Friday, July 8, 2022 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Friday, July 22, 2022.

If a request for redaction is filed, the redacted transcript is due Monday, August 1, 2022.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Thursday, September 29, 2022, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 7/7/22

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court