# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| In re:<br>   PG&E CORPORATION,<br>   - and -<br>   PACIFIC GAS AND ELECTRIC COMPANY,<br>                      Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

# Proof of Claim (Fire Claim Related)

Read the instructions before filing this claim form. This form is for tort claimants who have a claim against the Debtor(s) (PG&E Corporation and Pacific Gas and Electric Company) that arose prior to the Debtors filing for bankruptcy (i.e. prior to January 29, 2019) and arose from, or relates to, a fire.

**Do not use this form for non-fire claims. Non-fire tort claimants should use Form 410.**

Do NOT file a fraudulent claim. A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Please type or print in the spaces below. Do NOT use red ink or pencil.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Lewandowski, Kayla
Name of the current creditor (the person or entity to be paid for this claim)

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Are you filing this claim on behalf of your family?**
☑ No
☐ Yes
If you checked "Yes", please provide the full name of each family member on whose behalf of:

A family is a group of two or more people related by birth, marriage, domestic partnership, or adoption and residing together. All such people are considered as members of one family.

**4. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Name **(See Attachment)**
Attorney Name (if applicable) _____
Attorney Bar Number (if applicable) _____
Street Address _____
City _____
State _____
Zip Code _____

Where should payments to the creditor be sent? (if different)
Name **(See Attachment)**
Attorney Name (if applicable) _____
Attorney Bar Number (if applicable) _____
Street Address _____
City _____
State _____
Zip Code _____

| Part 2: | Give Information About the Claim as of the Date this Claim Form is Filed |
|---|---|

7. **What fire is the basis of your claim?**
   Check all that apply.
   - [✔] Camp Fire (2018)
   - [ ] North Bay Fires (2017)
   - [ ] Ghost Ship Fire (2016)
   - [ ] Butte Fire (2015)
   - [ ] Other (please provide date and brief description of fire: _____

8. **What are the loss location(s) where you and/or your family suffered harm? (e.g. home or business address, place of injury, place from which you were evacuated, if different.?**

   Location(s): 840 Sun River Ct. Paradise, CA 95969

9. **How were you and/or your family harmed?**
   Check all that apply
   - [✔] Property Damage (homes, structures, personal property, land, trees, landscaping, and a damage)
     - [ ] Owner [ ] Renter [✔] Occupant [ ] Other (Please specify): _____
   - [ ] Personal Injury
   - [ ] Wrongful Death (if checked, please provide the name of the deceased) _____
   - [ ] Business Loss/Interruption
   - [ ] Lost wages and earning capacity
   - [✔] Loss of community and essential services
   - [ ] Agricultural loss
   - [ ] Other (Please specify): _____

10. **What damages are you and/or your family claiming/seeking?**
    Check all that apply
    - [✔] Economic damages (including replacement cost of damaged property, diminution in valu inventory, lost profits, and other economic damage)
    - [✔] Non-economic damages (including loss of society and support, loss of consortium, pain emotional distress, annoyance and discomfort, and other non-economic damage)
    - [✔] Punitive, exemplary, and statutory damages
    - [✔] Attorney's fees and litigation costs
    - [✔] Interest
    - [✔] Any and all other damages recoverable under California law

Case: 19-30088    Doc# 12641-1    Filed: 07/17/22    Entered: 07/17/22 20:22:07    Page 3 of 10

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the info and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Signature: *Steven S. Kane*
Steven S. Kane (Mar 23, 2022 12:33 PDT)

Email: skane@thekanelawfirm.com

_____
Signature

Print the name of the person who is completing and signing this claim:

Name: Steven S. Kane, Esq.
First name / Middle name / Last name

Title: Attorney

Company: The Kane Law Firm
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 402 W. Broadway, Suite 2600
Number / Street
San Diego                                    CA          92101
City                                         State       ZIP Code

Contact phone: (619) 236-8700      Email: skane@

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in si]

☒ I have supporting documentation.
(attach below)

☐ I do <u>not</u> have supporting documentation.

 Attachment

PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND
ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTAC]
ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW O

IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUI
DOCUMENTATION When you submit a proof of claim and any supporting documental
only the last four digits of any social-security, individual's tax-identification, or financial
only the initials of a minor's name, and only the year of any person's date of birth. If the c
the delivery of health care goods or services, limit the disclosure of the goods or services s
embarrassment or the disclosure of confidential health care information.

A document has been redacted when the person filing it has masked, edited out, or othen
information. The responsibility for redacting personal data identifiers (as defined in Fed
Bankruptcy Procedure 9037) rests solely with the party submitting the documentation an
Prime Clerk and the Clerk of the Court will not review any document for redaction or cor
Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the
disclosure of any personal data identifiers included in your submission. In the event Prin
of the Court discover that personal identifier data or information concerning a minor inc
included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their so
redact all such information from the text of the filing and make an entry indicating the cc

# Instructions for Proof of Claim (Fire Claim Related)

United States Bankruptcy Court

You may have a claim against the Debtors for monetary loss, personal injury (including death), or other [cut off] out of or related to a fire. You should consider obtaining the advice of an attorney, especially if you are u[cut off] 11 process and privacy regulations.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date this claim form is filed.**
- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.
- **For a minor child, fill in only the child's initials and the full name of the child's parent or guardian.** For example, write *A.B., a minor child (John Doe, parent)*. See Bankruptcy Rule 9037.
- **You may but are not required to attach supporting documents to this form.**
  Supporting documents will be gathered, maintained, and provided at a later date as instructed by the Court. If you do attach documents, you should attach redacted documents as supporting documentation will be made publicly available and will not be kept confidential. *See* the definition of *redaction* of information below.
- **Do not attach original documents because attachments may be destroyed after scanning.**
- **Question 3.** Members of a family may but are not required to file a proof of claim as a family but may, if they choose, submit individual claim forms for each family member that has a claim against the debtors.

- **Question 9.** If you suffered proper[cut off] the street address of each real prop[cut off] suffered property damage. If you v[cut off] evacuated as the result of a fire, th[cut off] or intersection closest to where yo[cut off] and began evacuation. If you suffe[cut off] and were evacuated from a differe[cut off] If you were a renter, provide the a[cut off]
- **Question 10.** This question reques[cut off] underlying facts relating to harm a[cut off] exhaustive or preclusive.
- **Question 11.** You are not require[cut off] amount with your proof of claim. [cut off] amount at this time is optional.

## Confirmation that the claim h[cut off]

To receive confirmation that the clain[cut off] a stamped self-addressed envelope an[cut off] together with the original. You may v[cut off] in this case by visiting the Claims and[cut off] website at
https://restructuring.primeclerk.com/p[cut off]

## Understand the terms used in this form

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. In this instance, PG&E Corporation and Pacific Gas & Electric Company.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Proof of claim:** A form that shows the creditor has a claim against the debtors on or before the date of the bankruptcy filing (in these cases, January 29, 2019). The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim,

## Please send completed Proo[f]

**If by first class mail:**
PG&E Corporation Claims Processin[g]
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand deli[very]**
PG&E Corporation Claims Processin[g]
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also hand deliver your cor[…] Claim to any of the following servic[…] (beginning July 15, 2019 through th[…] 2019) during the hours of 8:30 a.m. […] Pacific Time):**

Chico Service Center
350 Salem Street
Chico, CA 95928

Marysville Service Center
231 "D" Street
Marysville, CA 95901

Napa Service Center
1850 Soscol Ave. Ste 105
Napa, CA 94559

Oroville Service Center
1567 Huntoon Street
Oroville, CA 95965

Redding Service Center
3600 Meadow View Road
Redding, CA 96002

Santa Rosa Service Center
111 Stony Circle
Santa Rosa, CA 95401

**Photocopy machines will not be ava[ilable at] Service Centers; you must bring a p[hotocopy] of Claim if you wish to receive a dat[…]**

| In re:<br>PG&E Corporation and PACIFIC GAS AND ELECTRIC COMPANY,<br>Debtors | Kayla Lewandowski<br>Creditor |
|---|---|
| **Attachment to Proof of Claim (Fire Claim Related)** ||

**No. 4: Where should Notices to the Creditor be sent?**

Laureti & Associates, APC
Anthony Laureti, Esq. SBN: 147086
Phone: (619) 236-8700
arl@lauretilaw.com

The Kane Law Firm
Bonnie E. Kane Esq. SBN: 167700
Steven S. Kane, Esq. SBN: 61670
Phone: (619) 804-3356
bonnie@thekanelawfirm.com
skane@thekanelawfirm.com

402 W. Broadway, Suite 2500, San Diego, CA 92101

**No. 4: Where should Payments to the Creditor be sent?**

Camp Fire Clients' Special Trust Account
Steven S. Kane, Esq. SBN: 61670
402 W. Broadway Suite 2500
San Diego, CA 92101
Phone: (619) 804-3356
skane@thekanelawfirm.com

### RESERVATION OF RIGHTS

At all times, Kayla Lewandowski ("Claimant") has demanded and continues to demand a jury trial. Claimant does not consent to a jury trial by the Bankruptcy Judge/Bankruptcy Court.

or in equity that Claimant has or may have against the Debtors, *or any other pe* whether such right or remedy arises before, upon, or after the Petition Date, **inc connection with any subrogation claims that may be asserted by any insur** this Proof of Claim is intended or should be construed to limit Claimant's right interests with respect to the subject matter of this Proof of Claim. For the avoi this Proof of Claim shall not be deemed to be a waiver of: (a) Claimant's right orders in non-core matters entered only after de novo review by a United States Judge; (b) Claimant's right to trial by jury on any matter so triable; or (c) Claim seek withdrawal of the reference to the United States District Court.

This Proof of Claim is being filed in order to protect the rights of the Cla of the claims bar date established by this Court. By filing this Proof of Claim, not waive any rights provided to them under the Constitution of the United Stat or the Constitution of the State of California, including but not limited to, the ri trial, which right is specifically retained and reserved. A jury trial is required t amount of the claim.

Claimant reserves the right to (i) amend, modify, or supplement this Proc any time and in any respect, including to (a) include additional claims, docume information, (b) provide additional detail regarding the claims set forth herein, alternative theories of recovery, or (d) fix the amount of any contingent or unli and (ii) file additional proofs of claim for additional claims that may be based additional conduct of the Debtors or other liability or indebtedness of the Debt

The Claimant reserves the right to attach or rely upon additional docume in support of this Proof of Claim if, as, and when such additional documents or become available.

# Electronic Proof of Claim_*UW$H27402[[CSLT#4025#CF]]

Final Audit Report  2022-03-23

| | |
|---|---|
| Created: | 2022-03-23 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAAaw6T3xa8U3c_pCNoXV4sCNMqzh5lWAw |

## "Electronic Proof of Claim_*UW$H27402[[CSLT#4025#CF]]" History

📄 Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
2022-03-23 - 7:27:18 PM GMT

📎 Steven S. Kane (skane@thekanelawfirm.com) uploaded the following supporting documents:
  📎 Attachment
2022-03-23 - 7:33:35 PM GMT

📄 Web Form filled in by Steven S. Kane (skane@thekanelawfirm.com)
2022-03-23 - 7:33:35 PM GMT- IP address: 70.167.179.11

🔏 (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.82 Safari/537.36)
2022-03-23 - 7:33:37 PM GMT- IP address: 70.167.179.11

✅ Agreement completed.
2022-03-23 - 7:33:37 PM GMT