DocuSign Envelope ID: DB8FB658-E2B4-4DF8-9A51-CE96540CCA25

Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2600
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619)236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys for Kayla Lewandowski

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:*<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br>　　　　　Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas & Electric<br><br>■ Affects Both Debtors<br><br>*All papers shall be filed in the Lead Case, No.19-30088 (DM)*<br>_____ | **Case No. 19-30088 (DM)**<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF KAYLA LEWANDOWSKI IN SUPPORT OF MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM**<br><br>Date:　August 9, 2022<br>Time:　10:00 a.m.<br>Place:　**To Be Held Telephonically**<br>　　　　United States Bankruptcy Court<br>　　　　Courtroom 17<br>　　　　450 Golden Gate Avenue<br>　　　　16th Floor<br>　　　　San Francisco, CA<br>Judge:　Honorable Dennis Montali<br><br>**Objection Deadline:  August 2, 2022** |

I, Kayla Lewandowski, hereby declare and state as follows:

1. This declaration is based upon my personal knowledge unless otherwise indicated. If called upon to testify as to the matters stated herein, I could and would competently do so.

2. On the day of the Camp Fire I was living in a rented apartment in Chico, California. I had lived in Paradise, California for most of my life. My parents' home is located at 840 Sun River Court, Paradise, California 95969. I had stored personal property at my parents' home in anticipation of returning to Paradise and renting a place of my own. My parents' home burned in

1  the fire.

2      3. I lost personal property because of the fire. My personal property loss includes furniture, clothing, photos, and other childhood mementos.

    4. I suffered emotional distress because of the fire. All my possessions that reminded me of my life in Paradise were destroyed. The day of the fire I was fearful that my parents, grandfather, and boyfriend would not get out alive. They finally arrived in Chico where I assisted them with food and shelter. For 3 weeks, 12 people were living in my 2-bedroom apartment. I then frequently drove to Paradise to assist my parents in salvaging what they could from their destroyed home and businesses.

    5. I personally felt that I was not eligible to file a claim against PG&E because I did not lose my home in the fire.

    6. Once I found out that I could request the Bankruptcy Court to allow me to file a late claim for all my property loss and emotional distress damages, I contacted counsel immediately and asked them to file a motion for late claim on my behalf.

    I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

    Executed at Sacramento, California, on 7/15/2022.

_____
Kayla Lewandowski