| | |
|---|---|
| 1 | Steven S. Kane, Esq., SBN: 061670 |
| | Bonnie E. Kane, Esq., SBN: 167700 |
| 2 | **THE KANE LAW FIRM** |
| | 402 W. Broadway, Suite 2600 |
| 3 | San Diego, CA 92101 |
| | Telephone: (619) 236-8700 |
| 4 | Facsimile: (619)236-1370 |
| | E-mail: skane@thekanelawfirm.com |
| 5 | E-mail: bonnie@thekanelawfirm.com |

Attorneys for Troy Rogers, Carrie Rogers, and Travis Rogers

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:* | **Case No. 19-30088 (DM)** |
| | Chapter 11 |
| PG&E CORPORATION | (Lead Case) |
| | (Jointly Administered) |
| -and- | |
| | **DECLARATION OF CARRIE ROGERS** |
| PACIFIC GAS AND ELECTRIC COMPANY | **IN SUPPORT OF MOTION TO** |
| | **ALLOW/DEEM TIMELY LATE FILING** |
| Debtors. | **OF PROOF OF CLAIM** |
| | |
| ☐ Affects PG&E Corporation | Date: August 9, 2022 |
| | Time: 10:00 a.m. |
| ☐ Affects Pacific Gas & Electric | Place: **To Be Held Telephonically** |
| | United States Bankruptcy Court |
| ■ Affects Both Debtors | Courtroom 17 |
| | 450 Golden Gate Avenue |
| *All papers shall be filed in the Lead Case, No.19-30088 (DM)* | 16th Floor |
| | San Francisco, CA |
| _____ | Judge: Honorable Dennis Montali |
| | |
| | **Objection Deadline: August 2, 2022** |

I, Carrie Rogers, hereby declare and state as follows:

1. This declaration is based upon my personal knowledge unless otherwise indicated. If called upon to testify as to the matters stated herein, I could and would competently do so.

2. On the day of the Camp Fire I was living at 5086 Foster Road, Paradise, California 95969 with my husband, Troy Rogers, and our adult son Travis Rogers. Another adult son, Ryan Rogers, stored personal property at our home.

3. My husband and I own our home. Although our home is still standing, it suffered some

damage due to the fire. We also lost several outbuildings, such as a chicken coop, barns, and storage sheds, including their contents.

4. On the day of the fire, I first reported to work but soon learned that we were to evacuate. I rescued a few items at work upon my boss's request and I then went home to arrange for the evacuation with my husband and sons Travis Rogers and Ryan Rogers. We first had to evacuate my parents and 94-year-old grandfather who lived in upper Paradise.

5. Once we were all present at our home, I drove with my parents and grandfather toward Chico. I left my husband and two sons behind so that they could secure our home and follow later.

6. It was nearly six hours before we all were able to reconvene at our arranged meeting place in Chico.

7. The ordeal was severely distressing to me. My husband and, I as well as our adult sons, lost personal property in the fire, including a 1965 Chevy truck, household appliances and furnishings, clothing, and outdoor lawn and patio furniture, as well as the out-buildings and their contents.

8. We did not file a claim earlier because we thought our insurance would compensate us for all our losses, including emotional distress and displacement. However, we now know that our insurance does not cover all of our losses.

9. Once I found out that I could request the Bankruptcy Court to allow me to file a late claim for our losses, I contacted counsel immediately and asked them to file a motion for late claim on my behalf.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed at Paradise, California, on 7/17/2022 _____.

_____
Carrie Rogers