ERIC A. GRASBERGER (*pro hac vice*)
eric.grasberger@stoel.com
MARIO R. NICHOLAS (SB #273122)
mario.nicholas@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

DAVID B. LEVANT (*pro hac vice*)
david.levant@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: 208.389.9000
Facsimile: 208.389.9040

Attorneys for JH Kelly, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br> - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>      **Debtors.**<br><br>☐   Affects PG&E Corporation<br>☐   Affects Pacific Gas and Electric Company<br>☒   Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) (Lead Case)<br>Chapter 11<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, Ana Trask, do declare and state as follows:

1. I am a resident of the state of Oregon, over the age of eighteen years, not a party to the proceeding or interested therein. My business address is that of Stoel Rives LLP, 760 SW Ninth Ave, Suite 3000.

2. I certify that on July 18, 2022, I caused a true and correct copy of each of the following documents to be electronically filed with the Clerk of the Court using the CM/ECF system, which will in turn automatically generate a Notice of Electronic Filing to all parties in the case who are registered users of the CM/ECF system:

- JH Kelly's Motion for Permission to Withdraw Proofs of Claim
- Proposed Order Granting JH Kelly's Motion for Permission to Withdraw Proofs of Claim

3. I certify that on July 18, 2022, I caused a true and correct copy of each of the following documents to be mailed and emailed to:

**Debtors Counsel:**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
Stephen Karotkin
Jessica Liou
Matthew Goren

Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
Paul H. Zumbro
George E. Zobitz
Kevin J. Orsini

Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, CA 94108
Tobias S. Keller
Jane Kim

| | |
|---|---|
| 1 | **Creditors Committee** |
| 2 | |
| | Milbank LLP 55 Hudson Yards New York, New York 10001-2163 |
| 3 | Attn: Dennis F. Dunne (Email: ddunne@milbank.com) |
| 4 | Milbank LLP 2029 Century Park East, 33rd Floor Los Angeles, CA US 90067-3019 |
| | Attn: Thomas A. Kreller (Email: tkreller@milbank.com) |
| 5 | **Tort Claimants Committee** |
| 6 | Baker & Hostetler LLP 600 Montgomery Street, Suite 3100 San Francisco, CA 94111 |
| | Attn: Robert Julian Cecily A. Dumas (Email: rjulian@bakerlaw.com and |
| 7 | cdumas@bakerlaw.com) |
| 8 | |
| | Baker & Hostetler LLP 11601 Wilshire Boulevard, Suite 1400 Los Angeles, CA 90025 |
| 9 | Attn: Eric E. Sagerman and Lauren T. Attard (Email: esagerman@bakerlaw.com, |
| | lattard@bakerlaw.com) |
| 10 | |

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify competently thereto.

EXECUTED this 18th day of July 2022, at Portland, Oregon.

                                                    */s/ Ana Trask*
                                                    Ana Trask, Paralegal