Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2600
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619) 236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys for Kimberly Stewart-Asuit

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:* | Case No: 19-30088(DM) |
| PG&E CORPORATION | **CERTIFICATE OF SERVICE** |
| -and- | |
| PACIFIC GAS AND ELECTRIC COMPANY | |
| Debtors. | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas & Electric | |
| ■ Affects Both Debtors | |
| _____ | |

1

## **CERTIFICATE OF SERVICE**

2

I, Bonnie E. Kane, declare:

3

I am employed in San Diego County, California and am over the age of eighteen years and

4

not a party to the within-entitled action. My business address is 402 W. Broadway, Suite 2600,

5

San Diego, California 92101. On June 27, 2022, I served a copy of the following documents:

6

by transmitting electronically through the Court's CM/ECF system.

7

8    1. MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE
9006(b)(1) TO DEEM KIMBERLY STEWART-ASUIT AND ANDREW ASUIT'S CLAIM
9    TIMELY FILED;

10   2. EXHIBIT A TO MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY
PROCEDURE 9006(b)(1) TO DEEM KIMBERLY STEWART-ASUIT AND ANDREW
11   ASUIT'S CLAIM TIMELY FILED;

12
3. DECLARATION OF KIMBERLY STEWART-ASUIT IN SUPPORT OF MOTION TO
13   ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM;

14   4. NOTICE OF HEARING ON MOTION PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 9006(b)(1) TO DEEM KIMBERLY STEWART-
15   ASUIT AND ANDREW ASUIT'S CLAIM TIMELY FILED

16
In addition, I caused, on the same date, to be served via Electronic Mail all parties listed
17
on Exhibit 1, except where indicated by U.S. Mail.

18
I have reviewed the Notices of Electronic Filing for the above-listed documents, and I
19
understand that parties listed in each NEF as having received notice through electronic mail were
20
electronically served with that document through the Court's Electronic Case Filing System.
21

22   I declare under penalty of perjury under the laws of the State of California and the United

23   States of America that the above is true and correct.

24   Executed on July 18, 2022, at San Diego County, California.

25
_____/s/ Bonnie E. Kane_____
26                                                    Bonnie E. Kane

27

28

**Exhibit 1**

**Parties and Counsel**                        **Served At**

       The Debtors, c/o PG&E Corporation and          77 Beale Street
Pacific Gas and Electric Company               P. O. Box 77000
                                                      San Francisco, CA  94105
*Via First Class Mail*

Stephen Karotkin                               stephen.karotkin@weil.com
       Jessica Liou                                   jessica.liou@weil.com
Matthew Goren                                  matthew.goren@weil.com
       Weil, Gotshal & Manges, LLP
Counsel to *Debtors*

Tobias Keller                                  tkeller@kbkllp.com
Jane Kim                                        jkim@kbkllp.com
       Keller Benvenutti Kim LLP
Counsel to *Debtors*

James L. Snyder                                James.L.Snyder@usdoj.gov
       Timothey Laffredi                              timothy.s.laffredi@usdoj.gov
Marta E. Villacorta                            Marta.Villacorta@usdoj.gov
       Office of the United States Trustee

Kristopher M. Hansen                           khansen@stroock.com
       Erez E. Gilad                                  egilad@stroock.com
Matthew G. Garofalo                            mgarofalo@stroock.com
       Frank Merola                                   fmerola@stroock.com
Strook & Stroock & Lavan LLP
       Counsel for the Administrative Agent
Under the Debtors' Debtor-in-Possession
       Financing Facility

Eli J. Vonnegut                                eli.vonnegut@davispolk.com
       David Schiff                                   david.schiff@davispolk.com
Timothy Graulich                               timothy.graulich@davispolk.com
       Davis Polk & Wardwell LLP
Counsel for the Collateral Agent

       Alan W. Kornberg                               akornberg@paulweiss.com
Brian S. Hermann                               bhermann@paulweiss.com
       Walter R. Rieman                               wrieman@paulweiss.com
Sean A. Mitchell                               smitchell@paulweiss.com
       Paul Weiss, Rifkind, Wharton & Garrison
LLP
       Counsel to the California Public Utilities
Commission

| | |
|---|---|
| Shane Huang | Shane.huang@usdoj.gov |
| Michael S. Tye | michael.tye@usdoj.gov |
| Rodney A. Morris | Rodney.Morris2@usdoj.gov |
| U.S. Department of Justice | |
| Civil Division | |
| Counsel to the Federal Energy | |
| Regulatory Commission | |

| | |
|---|---|
| Dennis F. Dunne | ddunne@milbank.com |
| Samuel A. Khalil | skhalil@milbank.com |
| Gregory A. Bray | gbray@milbank.com |
| Thomas R. Kreller | TKreller@milbank.com |
| Milbank LLP | |
| Counsel for the Official Committee of | |
| Unsecured Creditors | |

| | |
|---|---|
| Eric E. Sagerman | esagerman@bakerlaw.com |
| Lauren T. Attard | lattard@bakerlaw.com |
| Robert A. Julian | rjulian@bakerlaw.com |
| Cecily A. Dumas | cdumas@bakerlaw.com |
| Baker & Hostetler LLP | |
| Counsel for Official Committee of Tort | |
| Claimants | |

| | |
|---|---|
| Nuclear Regulatory Commission | 1600 E. Lamar Blvd. |
| Attn: General Counsel | Arlington, TX  76011 |
| U.S. NRC Region IV | *Via First Class Mail* |