William B. Abrams
2041 Stagecoach Rd.
Santa Rosa, CA, 95404

July 14, 2022

FILED
JUL 19 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Honorable Judge Dennis Montali
United States Bankruptcy Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA, 94102

**RE: In re PG&E Corporation and Pacific Gas and Electric Co., Case No. 19-30088 (DM)
Related To Docket No. 12623, 12440 and Associated Court Order on June 7, 2022**

Dear Hon. Judge Montali:

I am sending this letter as a point of order. On June 7, 2022, Your Honor ordered specific instructions regarding the Motion for Trust Discovery [Dkt. 12440] which stated the following:

*"Mr. Molton shall file a response to Mr. Abrams' Motion dkt. no. 12440 by 6/21/22. Mr. Abrams may file a reply by 7/19/22. The court will then determine if further hearing is required."*

As a pro se claimant, I have done my best to post letters and hand deliver motions to the clerk's counter in accordance with pro se processes because I have not had the access to the court's electronic filing systems for more timely filing. However, the Trustee has gone outside the specific instructions provided within Your Honor's order to file on July 13, 2022 a supplemental statement [Dkt. 12623]. Over the past few weeks and since I filed my Motion for Trust Discovery, I have reached out several times to Mr. Molton, Trustee counsel requesting a meeting with Ms. Yanni and members of the Trust Oversight Committee to find common ground regarding this motion and to advance the interests of victims within this case. These good faith attempts to meet and confer have been denied each and every time without explanation. This again brings into question how the Trustee views her role and the degree to which she has employed "equitable powers" to administer the Trust justly and fairly for all victims.

I will refrain from further supplemental statements in response to the Trustee's July 13, 2022 letter to ensure I am following the Court's order provided on June 7, 2022. I am hopeful that the Court will grant a hearing where I will be able to provide my response to this letter and other more central issues to the Motion for Trust Discovery to further just and fair treatment of victims within this case.

Respectfully submitted,

William B. Abrams
Pro Se Claimant

W. Abrams
2041 Stagecoach Rd.
Santa Rosa, CA, 95404



RECEIVED
JUL 19 2022
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

US Bankruptcy Court
Office of the Clerk
450 Golden Gate Ave.
Mailbox: 36099
San Francisco, CA, 94102
94102-341024

Case: 19-30088   Doc# 12649   Filed: 07/19/22   Entered: 07/19/22 11:15:50   Page 2 of 2