| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| 1169 Euclid Avenue LLC<br>Ego Properties 1212A Union Street<br>San Francisco, CA 94109 | 106354 | PG&E Corporation and Pacific Gas and Electric Company | 8/13/2020 | $0.00 | $0.00 | $0.00 | $979.14 | $979.14 | No Response to Information Request |
| Bjorney, Sheri<br>536 Christine Lynn Dr.<br>Morgan Hill, CA 95037 | 85515 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $450.00 | $450.00 | No Response to Information Request |
| Bohanna, Scott<br>2383 Corte de la Jara<br>Pleasanton, CA 94566 | 5765 | PG&E Corporation and Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Broussard, Cheraun Lovell<br>2740 Willow Pass Rd #321<br>Baypoint, CA 94565 | 86674 | PG&E Corporation and Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Clever, Alex<br>c/o Skikos One Sansome Street, Ste 2830<br>San Francisco, CA 94104 | 86282 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Doane, Linda<br>128 Highland Ave<br>Los Gatos, CA 95030 | 5495 | PG&E Corporation and Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $8,954.65 | $8,954.65 | No Response to Information Request |
| Doane, Linda<br>128 Highland Ave<br>Los Gatos, CA 95030 | 220 | PG&E Corporation and Pacific Gas and Electric Company | 2/12/2019 | $0.00 | $0.00 | $0.00 | $8,954.65 | $8,954.65 | No Response to Information Request |
| Droid and Kit Sondergeld<br>201 Aspara Dr<br>Clayton, Ca 94517 | 83969 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $250,000.00 | $250,000.00 | No Response to Information Request |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Fallstead, Linda 9303 Pinto Pl Clover Lake, CA 95457 | 94841 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Flores , Dominga P.O. BOX 1238 Woodbridge, CA 95258 | 83230 | PG&E Corporation and Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $13,344.57 | $13,344.57 | No Response to Information Request |
| Flores, Dominga P.L. Box 1238 Woodbridge, CA 95258 | 1657 | PG&E Corporation and Pacific Gas and Electric Company | 3/15/2019 | $0.00 | $0.00 | $0.00 | $13,344.57 | $13,344.57 | No Response to Information Request |
| Gauthier, Carol PO Box 6285/ 16247 30th Ave Clearlake, CA 95422 | 88564 | PG&E Corporation and Pacific Gas and Electric Company | 12/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| George McArthur, McArthur Livestock Co. Mark D. Norcross 2515 Park Marina Drive, Ste. 102 Redding, CA 96001 | 87025 | PG&E Corporation and Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $29,869.00 | $29,869.00 | No Response to Information Request |
| Gipson , Idella 877 Browning street #8 Redding, CA 96003 | 94485 | PG&E Corporation and Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $25,000.00 | $25,000.00 | No Response to Information Request |
| Hagerty, Peter 7645 oak leaf dr 7645 oak leaf dr SANTA ROSA, CA 95409 | 86271 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Johnson, Cassandra 2200 Willow Pass Rd Unit 314 Bldg 3 Bay Point, CA 94565-3374 | 86826 | PG&E Corporation and Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Just, Margaret A 2000 Veronese Ct St Augustine, FL 32086 | 4319 | PG&E Corporation and Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Kelly, Linda L. 1370 High Street SE Salem, OR 97301 | 86689 | PG&E Corporation and Pacific Gas and Electric Company | 10/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Larue, Roderick 1322 Fiori Lane Sebastopol, CA 95472 | 60744 | PG&E Corporation and Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $2,200.00 | $2,200.00 | No Response to Information Request |
| Laura Thompson-Sanford & Richard JA Thompson 17345 Fawn Ridge Dr PO Box 1 French Gulch, CA 96033 | 95237 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Meiggs, Deanna 225 Donnie Ln Willows, CA 95988-2914 | 5905 | PG&E Corporation and Pacific Gas and Electric Company | 8/3/2019 | $0.00 | $0.00 | $0.00 | $1,867.00 | $1,867.00 | No Response to Information Request |
| Mountain F Enterprises, Inc. C/O Kelley Reid 660 Las Gallinas Avenue, Suite B San Rafael, CA 94903 | 79158 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $625,000.00 | $625,000.00 | No Response to Information Request |
| Plant, James 4900 Eight Mile Rd Camino, CA 95709-9551 | 35529 | PG&E Corporation and Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Sierra Jeep Tours LLC Christina Tracy PO Box 133 Fish Camp, CA 93623 | 8209 | PG&E Corporation and Pacific Gas and Electric Company | 9/3/2019 | $0.00 | $0.00 | $0.00 | $32,822.23 | $32,822.23 | No Response to Information Request |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Soliz, Jarred c/o Attorney John C. Lemon 1350 Columbia Street, Suite 600 San Diego, CA 92101 | 92148 | PG&E Corporation and Pacific Gas and Electric Company | 12/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Soliz, Jarred John C. Lemon 1350 Columbia Street, Suite 600 San Diego, CA 92101 | 92196 | PG&E Corporation and Pacific Gas and Electric Company | 12/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Soliz, Jarred c/o Attorney John C. Lemon 1350 Columbia Street, Suite 600 San Diego, CA 92101 | 92155 | PG&E Corporation and Pacific Gas and Electric Company | 12/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Titus, V Michelle PO Box 920 River Mills, CA 96028 | 93929 | PG&E Corporation and Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $110,000.00 | $110,000.00 | No Response to Information Request |
| Turtle Creek Ranch, LLC 165 Santa Maria Dr. Concord, CA 94518 | 8124 | PG&E Corporation and Pacific Gas and Electric Company | 8/27/2019 | $0.00 | $0.00 | $0.00 | $123,185.00 | $123,185.00 | No Response to Information Request |
| Valley High LLC Greg Skikos One Sansome Street, STE 2830 San Francisco, CA 94104 | 63526 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Whiteley, Daniel C 3103 Cherry Valley Cir Fairfield, CA 94534 | 56673 | PG&E Corporation and Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $102,893.00 | $102,893.00 | No Response to Information Request |
| Whiteley, Daniel C 3103 Cherry Valley CIR Fairfield, CA 94534 | 75553 | PG&E Corporation and Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $102,893.00 | $102,893.00 | No Response to Information Request |

Case: 19-30088    Doc# 12650-1    Filed: 07/19/22    Entered: 07/19/22 13:35:18    Page 4 of 5

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Williams Jr, Michael J. 280 Starview Dr Oakland, CA 94618 | 85194 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| **Claims To Be Expunged Totals** | **Count: 33** | | | **$0.00** | **$0.00** | **$0.00** | **$1,451,756.81** | **$1,451,756.81** | |