# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| American Equity Investment Life Insurance Company 6000 Westown Parkway West Des Moines, IA 50263 | | 1305 | Pacific Gas and Electric Company | 3/5/2019 | $0.00 | $0.00 | $0.00 | $61,935,000.00 | $61,935,000.00 | Beneficial Bondholder Claims |
| Bujnock, Henry 1095 S Stelling Rd Cupertino, CA 95014-5018 | | 86464 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $20,060.00 | $20,060.00 | Equity Interest Claims |
| Saichek, Sonya A. TTEE Sonya Saichek Trust U/A DTD 1/25/08 3009 E. Belvoir Oval Shaker Heights, OH 44122-2983 | | 79747 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $20,040.80 | $20,040.80 | Equity Interest Claims |
| Weinbolt, Ann 82 Summer Lane North Haven, CT 06473 | | 107561 | PG&E Corporation | 7/2/2021 | $0.00 | $0.00 | $5,000.00 | $0.00 | $5,000.00 | Equity Interest Claims |
| Claims To Be Expunged Totals | | Count:4 | | | $0.00 | $0.00 | $5,000.00 | $61,975,100.80 | $61,980,100.80 | |