**Entered on Docket**
**July 20, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: July 20, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Dara L. Silveira (#274923)
(dsilveira@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>         **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' ONE HUNDRED SIXTEENTH OMNIBUS OBJECTION TO CLAIMS (ADR NO LIABILITY CLAIMS)**<br><br>[Re: Docket Nos. 12506 and 12650] |

Upon the *Reorganized Debtors' Report on Responses to One Hundred Sixteenth Omnibus Objection to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 12650] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' One Hundred Sixteenth Omnibus Objection to Claims (ADR No Liability Claims)* [Docket No. 12506] (the "**Omnibus Objection**")[1], all as more fully set forth in the Request, and this Court having jurisdiction to consider the Omnibus Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Omnibus Objection and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Omnibus Objection as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Omnibus Objection establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Claims listed in the column headed "Claims to Be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the One Hundred Sixteenth Omnibus Objection.

2.     This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| 199 Euclid Avenue LLC Pago Properties 1212A Union Street San Francisco, CA 94109 | 106354 | PG&E Corporation and Pacific Gas and Electric Company | 8/13/2020 | $0.00 | $0.00 | $0.00 | $979.14 | $979.14 | No Response to Information Request |
| Dorney, Sheri 133 Christine Lynn Dr. Morgan Hill, CA 95037 | 85515 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $450.00 | $450.00 | No Response to Information Request |
| Hanna, Scott 2383 Corte de la Jara Pleasanton, CA 94566 | 5765 | PG&E Corporation and Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Houssard, Cheraun Lovell 7750 Willow Pass Rd #321 Bay Point, CA 94565 | 86674 | PG&E Corporation and Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Clever, Alex C/o Greg Skikos One Sansome Street, Ste 2830 San Francisco, CA 94104 | 86282 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Deane, Linda 171 Highland Ave Los Gatos, CA 95030 | 5495 | PG&E Corporation and Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $8,954.65 | $8,954.65 | No Response to Information Request |
| Deane, Linda 171 Highland Ave Los Gatos, CA 95030 | 220 | PG&E Corporation and Pacific Gas and Electric Company | 2/12/2019 | $0.00 | $0.00 | $0.00 | $8,954.65 | $8,954.65 | No Response to Information Request |
| David and Kit Sondergeld 61 Aspara Dr Clayton, Ca 94517 | 83969 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $250,000.00 | $250,000.00 | No Response to Information Request |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Olmstead, Linda 9303 Pinto Pl Lower Lake, CA 95457 | 94841 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Flores , Dominga P.O. BOX 1238 Woodridge, CA 95258 | 83230 | PG&E Corporation and Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $13,344.57 | $13,344.57 | No Response to Information Request |
| Flores, Dominga P.O. Box 1238 Woodbridge, CA 95258 | 1657 | PG&E Corporation and Pacific Gas and Electric Company | 3/15/2019 | $0.00 | $0.00 | $0.00 | $13,344.57 | $13,344.57 | No Response to Information Request |
| Gauthier, Carol PO Box 6285/ 16247 30th Ave Clearlake, CA 95422 | 88564 | PG&E Corporation and Pacific Gas and Electric Company | 12/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| George McArthur, McArthur Livestock Co. Erick D. Norcross 2515 Park Marina Drive, Ste. 102 Redding, CA 96001 | 87025 | PG&E Corporation and Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $29,869.00 | $29,869.00 | No Response to Information Request |
| Gibson , Idella 820 Browning street #8 Redding, CA 96003 | 94485 | PG&E Corporation and Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $25,000.00 | $25,000.00 | No Response to Information Request |
| Haggerty, Peter 7645 oak leaf dr 7645 oak leaf dr SANTA ROSA, CA 95409 | 86271 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Janson, Cassandra 2050 Willow Pass Rd Unit 314 Bldg 3 Bay Point, CA 94565-3374 | 86826 | PG&E Corporation and Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Jay, Margaret A 210 Veronese Ct St Augustine, FL 32086 | 4319 | PG&E Corporation and Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Kelly, Linda L. 106 High Street SE Salem, OR 97301 | 86689 | PG&E Corporation and Pacific Gas and Electric Company | 10/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Lalanne, Roderick 12322 Fiori Lane Sebastopol, CA 95472 | 60744 | PG&E Corporation and Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $2,200.00 | $2,200.00 | No Response to Information Request |
| Laura Thompson-Sanford & Richard JA Thompson 5745 Fawn Ridge Dr PO Box French Gulch, CA 96033 | 95237 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Meggs, Deanna Donnie Ln Willows, CA 95988-2914 | 5905 | PG&E Corporation and Pacific Gas and Electric Company | 8/3/2019 | $0.00 | $0.00 | $0.00 | $1,867.00 | $1,867.00 | No Response to Information Request |
| Mountain F Enterprises, Inc. c/o Kelley Reid 660 Las Gallinas Avenue, Suite B San Rafael, CA 94903 | 79158 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $625,000.00 | $625,000.00 | No Response to Information Request |
| Peart, James 4550 Eight Mile Rd Camino, CA 95709-9551 | 35529 | PG&E Corporation and Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Sierra Jeep Tours LLC Kristina Tracy PO Box 133 Fish Camp, CA 93623 | 8209 | PG&E Corporation and Pacific Gas and Electric Company | 9/3/2019 | $0.00 | $0.00 | $0.00 | $32,822.23 | $32,822.23 | No Response to Information Request |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Soliz, Jarred c/o Attorney John C. Lemon 1350 Columbia Street, Suite 600 San Diego, CA 92101 | 92148 | PG&E Corporation and Pacific Gas and Electric Company | 12/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Soliz, Jarred John C. Lemon 1350 Columbia Street, Suite 600 San Diego, CA 92101 | 92196 | PG&E Corporation and Pacific Gas and Electric Company | 12/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Soliz, Jarred c/o Attorney John C. Lemon 1350 Columbia Street, Suite 600 San Diego, CA 92101 | 92155 | PG&E Corporation and Pacific Gas and Electric Company | 12/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Thomas, V Michelle PO Box 920 River Mills, CA 96028 | 93929 | PG&E Corporation and Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $110,000.00 | $110,000.00 | No Response to Information Request |
| Turtle Creek Ranch, LLC 145 Santa Maria Dr. Concord, CA 94518 | 8124 | PG&E Corporation and Pacific Gas and Electric Company | 8/27/2019 | $0.00 | $0.00 | $0.00 | $123,185.00 | $123,185.00 | No Response to Information Request |
| Valley High LLC c/o Greg Skikos One Sansome Street, Ste 2830 San Francisco, CA 94104 | 63526 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Whiteley, Daniel C 3103 Cherry Valley Cir Fairfield, CA 94534 | 56673 | PG&E Corporation and Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $102,893.00 | $102,893.00 | No Response to Information Request |
| Whiteley, Daniel C 3103 Cherry Valley CIR Fairfield, CA 94534 | 75553 | PG&E Corporation and Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $102,893.00 | $102,893.00 | No Response to Information Request |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Williams Jr, Michael J. 2 Starview Dr Oakland, CA 94618 | 85194 | PG&E Corporation and Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| **Claims To Be Expunged Totals** | **Count: 33** | | | **$0.00** | **$0.00** | **$0.00** | **$1,451,756.81** | **$1,451,756.81** | |