Judge Montali
Courtroom 17
450 Golden Gate Avenue
Mail Box 36099
San Fransicsco, CA 94102
RE: Case #19  30088 DM/Docket # 12440

*Please post to the courtroom docket*

FILED

JUL 21 2022

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Honorable Judge Montali;

I am in support of docket #12440.

I am writing to you regarding the management of the Fire Victim's Trust and the need for transparency.

I am a Campfire survivor and I am writing to you to help support wildfire survivors who have been through so much: **losing everything to preventable fires, living in subpar conditions, waiting for years to be compensated while judges, lawyers and everyone else stuffs their pockets with survivor money.**

Wildfire survivors were told they would be **"made whole", yet lawyers, judges and FVT staff are literal are the ones walking away with our money.** Wildfire survivors have been treated badly from the start. Everyone shaking hands and making great deals behind closed doors off survivor's backs. The PG$E bankruptcy will forever be the most corrupt lawsuit in California history.

**Wildfire survivors deserve transparency and to be "made whole", not partially whole, as promised.**

Best regards,

Tina Reszler

Reslie
3099 Hartford Dr #1
Rio CA 95728

SACRAMENTO CA 957

19 JUL 2022 PM

UNITED STATES POSTAGE
PITNEY BOWES

02 1P $ 000.57⁰
0000935200   JUL 18 2022
MAILED FROM ZIP CODE 95973

Courtroom 17
450 Golden Gate Ave
Mail Box 36099
San Francisco CA 94102

94102-341024



RECEIVED
JUL 21 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA