

1  Northern California Law Group, PC.
   Joseph Feist, SBN 249447
2  Jonathan Griffith, SBN 266891
   2611 Esplanade
3  Chico, CA 95973
   Tel: 530-433-0233 | Fax: 916-426-7848
4  info@norcallawgroup.net

5  *Attorney for Plaintiff*

Signed and Filed: July 22, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

6              **UNITED STATES BANKRUPTCY COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
7                   **SAN FRANCISCO DIVISION**

8  In re                                )  CASE NO: 19-30088(DM)
                                         )
9  PG&E CORPORATION,                     )  Chapter 11
                                         )
                                         )  (Lead Case-Jointly Administered)
10                                       )
            and                          )  ORDER GRANTING MOTION TO
11                                       )  ALLOW/DEEM TIMELY LATE FILING OF
                                         )  CLAIM BY LORI CORBIN
12 PACIFIC GAS AND ELECTRIC              )
   COMPANY                               )  Date: July 26, 2022
13                                       )  Time: 10:00 a.m. (Pacific)
   * All papers shall be filed in the Lead )  Place: Telephonic Appearances Only
14 Case,                                 )        United Stated Bankruptcy
   No. 19-30088 (DM).                    )  Court: Courtroom 17, 16th Floor
15                                       )        San Francisco, CA 94102
                                         )
                                         )  Objection Deadline: July 12, 2022
                                         )

16       Lori Corbin, the Movant, having filed her Motion to Allow/Deem Timely Late Filing of Proof of

17  Claim, as Docket No. 12487, by which Movant seeks to have her claim, No. 108504, deemed timely;

18  no interested party having timely objection to the motion; the Court having granted the motion via

19  Docket Text Order on July 21, 2022; and the relief set forth herein appearing to be well grounded;

20  accordingly, it is

21       ORDERED, Proof of Claim No. 108504, filed on behalf of Lori Corbin, is deemed timely; and it

22  is further

23       ORDERED, the Proof of Claim and Asserted Fire Victim Claims shall for all

24

purposes be treated and classified as Fire Victim Claims under the Plan, and shall be fully assumed by, and the sole responsibility of, the Fire Victim Trust and subject to the Channeling Injunction, to be administered, processed, settled, disallowed, resolved, liquidated, satisfied and/or paid in accordance with the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures.

ORDERED, nothing herein shall be construed to be a waiver by the Debtors or the Reorganized Debtors, as applicable, the Fire Victim Trust, or any other party in interest of any right to object to the Asserted Fire Victim Claims or the Proof of Claim on any grounds other than the untimely filing thereof.

ORDERED, nothing herein shall be construed to be a waiver by Movant of her rights to oppose any asserted challenge to the Asserted Fire Victim Claims or the Proof of Claim.

ORDERED this Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

**\*\* END OF ORDER\*\***

Case: 19-30088    Doc# 12658    Filed: 07/22/22    Entered: 07/22/22 15:09:11    Page 2 of 2