Entered on Docket
July 22, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



```
Northern California Law Group, PC.          Signed and Filed: July 22, 2022
Joseph Feist, SBN 249447
Jonathan Griffith, SBN 266891
2611 Esplanade
Chico, CA 95973
Tel: 530-433-0233 | Fax: 916-426-7848
info@norcallawgroup.net
                                            _____
Attorney for Plaintiff                      DENNIS MONTALI
                                            U.S. Bankruptcy Judge
```

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>* All papers shall be filed in the Lead Case,<br>No. 19-30088 (DM). | CASE NO: 19-30088(DM)<br>Chapter 11<br>(Lead Case-Jointly Administered)<br><br>ORDER GRANTING MOTION TO ALLOW/DEEM TIMELY LATE FILING OF CLAIM BY BEVERLY STOVER<br><br>Date: July 26, 2022<br>Time: 10:00 a.m. (Pacific)<br>Place: Telephonic Appearances Only<br>      United Stated Bankruptcy<br>Court: Courtroom 17, 16th Floor<br>      San Francisco, CA 94102<br><br>Objection Deadline: July 12, 2022 |

    Beverly Stover, the Movant, having filed her Motion to Allow/Deem Timely Late Filing of Proof of Claim, as Docket No. 12485, by which Movant seeks to have her claim, No. 108507, deemed timely; no interested party having timely objection to the motion; the Court having granted the motion via Docket Text Order on July 21, 2022; and the relief set forth herein appearing to be well grounded; accordingly, it is

    ORDERED, Proof of Claim No. 108507, filed on behalf of Beverly Stover, is deemed timely; and it is further

    ORDERED, the Proof of Claim and Asserted Fire Victim Claims shall for all

purposes be treated and classified as Fire Victim Claims under the Plan, and shall be fully assumed by, and the sole responsibility of, the Fire Victim Trust and subject to the Channeling Injunction, to be administered, processed, settled, disallowed, resolved, liquidated, satisfied and/or paid in accordance with the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures.

ORDERED, nothing herein shall be construed to be a waiver by the Debtors or the Reorganized Debtors, as applicable, the Fire Victim Trust, or any other party in interest of any right to object to the Asserted Fire Victim Claims or the Proof of Claim on any grounds other than the untimely filing thereof.

ORDERED, nothing herein shall be construed to be a waiver by Movant of her rights to oppose any asserted challenge to the Asserted Fire Victim Claims or the Proof of Claim.

ORDERED this Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

**\*\* END OF ORDER\*\***