| | |
|---|---|
| DOWNEY BRAND LLP<br>JAMIE P. DREHER (Bar No. 209380)<br>jdreher@downeybrand.com<br>BRIAN ATON (Bar No. 339266)<br>baton@downeybrand.com<br>621 Capitol Mall, 18th Floor<br>Sacramento, California 95814<br>Telephone:   916.444.1000<br>Facsimile:   916.444.2100<br><br>Attorneys for Timothy W. Gleason, Miriam Gleason, and Luke Gleason | |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**NOTICE OF HEARING ON MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO ENLARGE THE TIME TO FILE PROOF OF CLAIM**<br><br>Date:   August 23, 2022<br>Time:   10:00 a.m.<br>Court:  **Telephonic Appearances Only**<br>         Courtroom 17<br>         450 Golden Gate Avenue<br>         San Francisco, CA 94102<br>Judge:  Hon. Dennis Montali<br><br>Objection deadline: August 16, 2022<br>                       4:00 p.m. (Pacific Time) |

**PLEASE TAKE NOTICE THAT** on January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company, the debtors in the above captioned chapter 11 cases (the "Chapter 11 Cases"), each filed a voluntary petition for relief under chapter 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE THAT** that the telephonic hearing on the Motion will take place on August 23, 2022, at 10:00 a.m. (Pacific Time) in the Courtroom of the

1

NOTICE OF HEARING ON MOTION TO ENLARGE THE TIME TO FILE PROOF OF CLAIM

Case No. 19-30088-DM

Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, CA 91402.

**PLEASE TAKE FURTHER NOTICE THAT**, in addition to any other matters scheduled for the Omnibus Hearing, the Bankruptcy Court is scheduled to hear the Motion pursuant to Fed. R. Bankr. P. 9006(b)(1) to Enlarge the Time for Timothy W. Gleason, Miriam Gleason and Luke Gleason (the "Movants") to File Proofs of Claim (the "Motion").

**PLEASE TAKE FURTHER NOTICE THAT**, that all interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website

**PLEASE TAKE FURTHER NOTICE THAT** any oppositions or responses to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for Movants at the above-referenced addresses so as to be received by no later than 4:00 p.m. (Pacific Time) on August 16, 2022. Any oppositions or responses must be filed and served on all "Standard Parties" as defined in, and in accordance with, the Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019 [Dkt. No. 1996] (the "Case Management Order"). Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order. In deciding the Motion, the Court may consider any other document filed in these Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims again, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 for U.S. based parties; or +1(929) 333-8977 for International parties or by e-mail at

1 pgeinfo@primeclerk.com. Note that at PACER password is needed to access documents on the
2 Bankruptcy Court's website.

4 DATED: July 22, 2022  DOWNEY BRAND LLP

By: _____/s/ Jamie P. Dreher_____
JAMIE P. DREHER
Attorneys for Timothy W. Gleason, Miriam
Gleason, and Luke Gleason