
FILED
JUL 28 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

1 ANDREW WALTERS
2 P.O. Box 208
3 Indian Springs, NV 89018
4
5 United States Bankruptcy Court
6 Northern District of California
7 San Francisco Division
8 Bankruptcy Case No. 19-30088 (DM)
9 ANDREW WALTERS        Chapter 11
10   Creditor,
11  v.              Proof of Claim No. #86837
12 PG&E Corporation,
13 Pacific Gas & Electric Co.
14   Debtors

16 OPPOSITION TO STATUTE OF LIMITATION
17 ARGUMENT 1.
18 IN VIEW OF THE "DEBTORS'" ARGUMENT REGARDING THE
19 STATUTE OF LIMITATION ("BASIS FOR OBJECTION OF CLAIM")
20 CREDITOR ANDREW WALTERS SEEK PROTECTION UNDER
21 US CONST. 4TH AMEND. (DUE PROCESS), PROVISIONS OF CALIF. CODE
22 OF CIVIL PROCEDURE, 42 U.S.C. § 1983 which SUPPORT HIS
23 POSITION AND STATE; "A CLAIMANT IS AFFORDED ADDITIONAL
24 TIME TO FILE, PROSECUTE OR AMEND A COMPLAINT AFTER
25 LEARNING OF INJURY" (PROPERTY DAMAGE). BOTH COMPLAINT
26 AND PRESENT CLAIM SEEK RELIEF FOR DAMAGES THEREFORE
27 "SIMILARLY SITUATED". THESE LAWS, STATUTES & PROVISIONS

Page 1

REPEAT THE STATUTE OF LIMITATION CLAIM. THE "DEBTORS' CLAIM FAIL TO SHOW THAT MR. WALTERS FAILED TO COMPLETE A FILING REQUIREMENT FROM 2018. NOTE FIRES FROM 2015-2017 STATUTE EXPIRE BUT THE 2018 CLAIMS THEMSELVES DOES NOT.

ARGUMENT 2.
CREDITOR WALTERS OR "CLASS ATTORNEYS" ARE AFFORDED BY LAW 1 YEAR FROM THE DATE OF INCIDENT (2018) TO FILE SUIT AND COMPLETE FILING PROCEDURE, HOWEVER, DUE TO THE DEBTORS' FILING OF CHAPTER 11 (JANUARY 2019) DOES INFRINGE ON THE 2018 CREDITORS "TIME PERIOD".

ARGUMENT 3.
THE CREDITORS' SOLE RESPONSIBILITY IS TO SUBMIT CLAIM FORM BY OCTOBER 21, 2019 DEADLINE.

ARGUMENT 4.
CLAIMANT (CREDITOR) ERRONEOUSLY INDICATED THE 2014 DAY FIRE ON CLAIM FORM - UNKNOWN TO HIM AS "CAMP FIRE 2018" CLEARLY THE CLAIM FORM INDICATES FROM 2015-2018. THIS CREDITOR FROM THE ONSET OMMIT AN ERROR. THIS SHOULD NOT LEAD TO DISMISSAL, IF HE BY DEFINITION IS REFERENCING THE 2018 CAMP FIRE.

Page 2

Case: 19-30088    Doc# 12669    Filed: 07/28/22    Entered: 07/28/22 14:53:46    Page 2 of 5

## ARGUMENT 5.

DUE PROCESS IS NOT CARRIED OUT WHERE A STATUTE OF LIMITATION CLAIM CAN BE USED AGAINST CLAIM. MOREOVER, ISSUES RAISED IN "RESPONSE" ADEQUATELY ADDRESS BOTH LEGAL & FACTUAL BASES FOR CLAIM TO CONTINUE.

## ARGUMENT 6.

CREDITOR, ANDREW WALTERS CONTEST AND OBJECT TO ALL FACTUAL OR LEGAL GROUNDS DEBTORS' HAVE REFERENCED.

## RELIEF SOUGHT

CREDITOR, ANDREW WALTERS ASK THAT THE COURT NOT SUSTAIN THE OBJECTION TO DISALLOW CLAIM, TO WHICH CLAIM CAN BE POSSIBLY RESOLVED THROUGH OTHER OPTIONS.

DATED: 7/21/22

Andrew Walters
CREDITOR

Andrew Walters
P.O. Box 208
Indian Springs, NV 89018

LAS VEGAS NV 890
25 JUL 2022 PM 4 L

RECEIVED
JUL 28 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. Bankruptcy Court
Northern District of California
Courtroom 17 16th Floor
450 Golden Gate Ave
San Francisco, Calif. 94102

94102-35519