COUNTY OF SONOMA
BOARD OF SUPERVISORS
575 ADMINISTRATION DRIVE, RM. 100A
SANTA ROSA, CALIFORNIA 95403

(707) 565-2241
FAX (707) 565-3778



MEMBERS OF THE BOARD

JAMES GORE
CHAIR

CHRIS COURSEY
VICE CHAIR

SUSAN GORIN

DAVID RABBITT

LYNDA HOPKINS

July 21, 2022


FILED
JUL 28 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Honorable Judge Dennis Montali
Courtroom 17
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re: In re PG&E Corporation, Bankruptcy Case No. 19-30088(DM)

Dear Judge Montali,

I am the Chairperson of the Board of Supervisors of the County of Sonoma., On behalf of the full Board, we write to support the fire victims of the devastating 2017 North Bay Wildfires. Without any intent to interfere with or cause delay in the distribution of the settlement proceeds held in the Fire Victims Trust, we do write to you to support transparency in administration for the benefit of the fire victims.

Thank you for considering our position and the needs of all fire victims.

Sincerely,

James Gore

James Gore, Chair
Sonoma County Board of Supervisors

**Signature:** _____
district4@sonoma-county.org district4@sonoma-county.org (Jul 21, 2022 20:53 MDT)

**Email:** district4@sonoma-county.org

**COUNTY COUNSEL**
COUNTY OF SONOMA
COUNTY ADMINISTRATION CENTER
575 ADMINISTRATION DRIVE, ROOM 105A
SANTA ROSA, CALIFORNIA 95403-2881

Return Service Requested

RECEIVED
JUL 28 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Honorable Judge Dennis Montali
Courtroom 17
450 Golden Gate Ave., 16th Floor
San Francisco, CA 94102

US POSTAGE
ZIP 95401
$000.42
0001389748 JUL 25 2022