| | |
|---|---|
| ERIC A. GRASBERGER (*pro hac vice*) <br> eric.grasberger@stoel.com <br> MARIO R. NICHOLAS (SB #273122) <br> mario.nicholas@stoel.com <br> STOEL RIVES LLP <br> 760 SW Ninth Avenue, Suite 3000 <br> Portland, OR 97205 <br> Telephone: 503.224.3380 <br> Facsimile: 503.220.2480 | DAVID B. LEVANT (*pro hac vice*) <br> david.levant@stoel.com <br> STOEL RIVES LLP <br> 101 S. Capitol Boulevard, Suite 1900 <br> Boise, ID 83702 <br> Telephone: 208.389.9000 <br> Facsimile: 208.389.9040 |

*Attorneys for JH Kelly, LLC*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br>                   **Debtors.** <br><br> ☐   Affects PG&E Corporation <br> ☐   Affects Pacific Gas and Electric Company <br> ☒   Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) <br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **NOTICE OF HEARING ON JH KELLY, LLC'S MOTION FOR PERMISSION TO WITHDRAW PROOF OF CLAIM (WITH PREJUDICE)** <br><br> Date: August 23, 2022 <br> Time: 10:00 a.m. (PT) <br> Place: **To Be Held Telephonically** <br>       United States Bankruptcy Court <br>       Courtroom 17, 16th Floor <br>       San Francisco, CA 94102 <br><br> **Objection Deadline:** <br><br>     **August 16, 2022, at 4:00 p.m. (PT)** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on **August 23, 2022** at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 17 of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California 94102, Interested Party JH Kelly, LLC will and hereby does move the Court for an Order granting:

1. JH Kelly permission pursuant to Rule 3006 of the Federal Rule of Bankruptcy Procedure to submit to the Debtors and their agent, Kroll Restructuring Administration, a completed "Claim Withdrawal Form" with respect to the Proof of Claim using the form available at https://restructuring.ra.kroll.com/pge/EPOC-Index;
2. Withdrawal of the Proof of Claim with prejudice;
3. Withdrawal of the Proof of Claim shall not be subject to any other terms or conditions.

PLEASE TAKE FURTHER NOTICE that any oppositions or responses to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for JH Kelly at the above-referenced addresses so as to be received by no later than 4:00 p.m. (Pacific Time) on **August 16, 2022**. Any oppositions or responses must be filed and served on all "Standard Parties". Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed and served. In deciding the Motion, the Court may consider any other document filed in these Chapter 11 Cases and related Adversary Proceedings.

PLEASE TAKE FURTHER NOTICE that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC , at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

PLEASE TAKE FURTHER NOTICE THAT, the hearing will not be conducting in the presiding judge's courtroom but will instead be conducted by telephone. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

DATED: July 28, 2022.            STOEL RIVES LLP

　　　　　　　　　　　　　　　　　　　　*/s/Mario R. Nicholas*
　　　　　　　　　　　　　　　　　　　　David B. Levant (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Eric A. Grasberger (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Mario R. Nicholas
　　　　　　　　　　　　　　　　　　　　760 SW Ninth Avenue, Suite 3000
　　　　　　　　　　　　　　　　　　　　Portland, OR 97205
　　　　　　　　　　　　　　　　　　　　Telephone: 503.224.3380
　　　　　　　　　　　　　　　　　　　　Facsimile: 503.220.2480

　　　　　　　　　　　　　　　　　　　　*Attorneys for JH Kelly, LLC*