ERIC A. GRASBERGER (*pro hac vice*)
eric.grasberger@stoel.com
MARIO R. NICHOLAS (SB #273122)
mario.nicholas@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

DAVID B. LEVANT (*pro hac vice*)
david.levant@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: 208.389.9000
Facsimile: 208.389.9040

*Attorneys for JH Kelly, LLC*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>      **Debtors.**<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☒  Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) (Lead Case)<br>Chapter 11<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, Ana Trask, do declare and state as follows:

1. I am a resident of the state of Oregon, over the age of eighteen years, not a party to the proceeding or interested therein. My business address is that of Stoel Rives LLP, 760 SW Ninth Ave, Suite 3000.

2. I certify that on July 28, 2022, I caused a true and correct copy of each of the following documents to be electronically filed with the Clerk of the Court using the CM/ECF system, which will in turn automatically generate a Notice of Electronic Filing to all parties in the case who are registered users of the CM/ECF system:

- JH Kelly's Motion for Permission to Withdraw Proofs of Claim;
- JH Kelly's Notice of Motion for Permission to Withdraw Proofs of Claim; and
- Proposed Order Granting JH Kelly's Motion for Permission to Withdraw Proofs of Claim

3. I certify that on July 28, 2022, I caused a true and correct copy of each of the following documents to be mailed and emailed to:

**Creditors Committee**
Milbank LLP 55 Hudson Yards New York, New York 10001-2163
Attn: Dennis F. Dunne (Email: ddunne@milbank.com)

Milbank LLP 2029 Century Park East, 33rd Floor Los Angeles, CA US 90067-3019
Attn: Thomas A. Kreller (Email: tkreller@milbank.com)

**Tort Claimants Committee**
Baker & Hostetler LLP 600 Montgomery Street, Suite 3100 San Francisco, CA 94111
Attn: Robert Julian Cecily A. Dumas (Email: rjulian@bakerlaw.com and cdumas@bakerlaw.com)

Baker & Hostetler LLP 11601 Wilshire Boulevard, Suite 1400 Los Angeles, CA 90025
Attn: Eric E. Sagerman and Lauren T. Attard (Email: esagerman@bakerlaw.com, lattard@bakerlaw.com)

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify competently thereto.

EXECUTED this 28th day of July 2022, at Portland, Oregon.

/s/ Ana Trask
Ana Trask, Paralegal