ROBIN D. SHOFNER (272552)
shofner@mobolaw.com
**MOBO LAW, LLP**
10280 Donner Pass Road
Truckee, California 96161
Tel:   (530) 214-8700
Fax:  (530) 214-8158

Attorneys for Mary McAlvain

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re*: | **Case No.: 19-30088 (DM)** |
| | Chapter 11 |
| PG&E CORPORATION | (Lead Case) |
| | (Jointly Administered) |
| -and- | |
| | **NOTICE OF HEARING ON MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1) TO DEEM THE CLAIM OF MARY McALVAIN TIMELY FILED** |
| PACIFIC GAS AND ELECTRIC COMPANY | |
| Debtors. | |
| | Date:   August 23, 2022 |
| | Time:  10:00 a.m. |
| ☐  Affects PG&E Corporation | Dept.:  To Be Held Telephonically |
| ☐  Affects Pacific Gas & Electric | United States Bankruptcy Court |
| ☒  Affects Both Debtors | Courtroom 17 |
| | 450 Golden Gate Avenue, 16th Floor |
| All papers shall be filed in the Lead Case, No. 19-30088 (DM) | San Francisco, CA |
| | Judge:  Honorable Dennis Montali |
| | **Objection Deadline: August 16, 2022** |

**PLEASE TAKE NOTICE THAT** on the date hereof MARY MCALVAIN, by and through her attorney, Robin D. Shofner of MOBO Law, LLP, filed her Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) to Deem the Claim of Mary McAlvain

Timely Filed.

**PLEASE TAKE FURTHER NOTICE THAT** the Bankruptcy Court will hold a hearing on the Motion on August 23, 2022, at 10:00 a.m. before the Honorable Dennis Montali.

**PLEASE TAKE FURTHER NOTICE THAT**, the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to object to the Motion is **August 16, 2022**.

**PLEASE TAKE FURTHER NOTICE THAT**, copies of the Motion and its supporting papers can be viewed and/or obtained: (1) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, California 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free for U.S.-based parties); or +1 (929) 333-8977 for International parties or by email at pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: August 2, 2022

Respectfully submitted by,
**MOBO LAW, LLP**

/s/ Robin D. Shofner
Robin D. Shofner
Attorneys for Movant:
MARY MCALVAIN