ROBIN D. SHOFNER (272552)
shofner@mobolaw.com
**MOBO LAW, LLP**
10280 Donner Pass Road
Truckee, California 96161
Tel: (530) 214-8700
Fax: (530) 214-8158

Attorneys for Mary McAlvain

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re*: | **Case No.: 19-30088 (DM)** |
| | Chapter 11 |
| PG&E CORPORATION | (Lead Case) |
| | (Jointly Administered) |
| -and- | |
| | **CERTIFICATE OF SERVICE** |
| PACIFIC GAS AND ELECTRIC COMPANY | |
| | Date: August 23, 2022 |
| | Time: 10:00 a.m. |
| | Dept.: To Be Held Telephonically |
| | United States Bankruptcy Court |
| Debtors. | Courtroom 17 |
| | 450 Golden Gate Avenue, 16th Floor |
| ☐ Affects PG&E Corporation | San Francisco, CA |
| ☐ Affects Pacific Gas & Electric | Judge: Honorable Dennis Montali |
| ☒ Affects Both Debtors | |
| | **Objection Deadline: August 16, 2022** |
| All papers shall be filed in the Lead Case, No. 19-30088 (DM) | |

# CERTIFICATE OF SERVICE

I, Sandra L. Berg, declare I am employed in Nevada County, California and am over the age of eighteen years and not a party to the within-entitled action. My business address is 10280 Donner Pass Road, Truckee, California 96161. On August 2, 2022, I served a copy of the following documents: by transmitting electronically through the Court's CM/ECF system.

1. Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) to Deem the Claim of Mary McAlvain Timely Filed;
2. Notice of Hearing on Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) to Deem the Claim of Mary McAlvain Timely Filed;
3. Declaration of Mary McAlvain in Support of Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) to Deem the Claim of Mary McAlvain Timely Filed; and
4. Declaration of Robin D. Shofner in Support of Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) to Deem the Claim of Mary McAlvain Timely Filed.

In addition, I caused, on the same date, to be served via Electronic Mail all parties listed on Exhibit 1, except where indicated by U.S. Mail. I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on August 2, 2022, at Placer County, California.

_____
Sandra L. Berg

**Exhibit 1**

| Parties and Counsel | Served At |
|---|---|
| The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company | Attn: Janet Loduca, Esq.<br>77 Beale Street<br>P. O. Box 77000<br>San Francisco, CA  94105<br>*Via First Class Mail* |
| Stephen Karotkin, Esq.<br>Jessica Liou, Esq.<br>Matthew Goren, Esq.<br>Weil, Gotshal & Manges, LLP<br>*Counsel to Debtors* | stephen.karotkin@weil.com<br>jessica.liou@weil.com<br>matthew.goren@weil.com |
| Tobias Keller, Esq.<br>Jane Kim, Esq.<br>Keller Benvenutti Kim LLP<br>*Counsel to Debtors* | tkeller@kbkllp.com<br>jkim@kbkllp.com |
| Kristopher M. Hansen, Esq.<br>Erez E. Gilad, Esq.<br>Matthew G. Garofalo, Esq.<br>Frank Merola, Esq.<br>Stroock & Stroock & Lavan LLP<br>*Counsel for the Administrative Agent Under the Debtors' Debtor-in-Possession Financing Facility* | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>fmerola@stroock.com |
| Eli J. Vonnegut, Esq.<br>David Schiff, Esq.<br>Timothy Graulich, Esq.<br>Davis Polk & Wardwell LLP<br>*Counsel for the Collateral Agent* | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |
| Alan W. Kornberg, Esq.<br>Brian S. Hermann, Esq.<br>Walter R. Rieman, Esq.<br>Sean A. Mitchell, Esq.<br>Neal P. Donnelly, Esq.<br>Paul Weiss, Rifkind, Wharton & Garrison LLP<br>*Counsel to the California Public Utilities Commission* | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com |

| | |
|---|---|
| James L. Snyder, Esq.<br>Timothey Laffredi, Esq.<br>Marta E. Villacorta, Esq.<br>*Office of the United States Trustee* | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov |
| Nuclear Regulatory Commission<br>U.S. NRC Region IV | Attn: General Counsel<br>1600 E. Lamar Blvd.<br>Arlington, TX 76011<br>*Via First Class Mail*<br><br>Attn: General Counsel<br>Washington, DC 20555-001<br>*Via First Class Mail* |
| Federal Energy Regulatory Commission | Attn: General Counsel<br>888 First Street, NE<br>Washington, DC 20426<br>*Via First Class Mail* |
| Daniell A. Pham, Esq.<br>Joseph S. Hunt, Esq.<br>Ruth A. Harvey, Esq.<br>Kirk Manhardt, Esq.<br>Matthew Troy, Esq.<br>Marc S. Sacks, Esq.<br>Shane Huang, Esq.<br>Michael S. Tye, Esq.<br>Rodney A. Morris, Esq.<br>U.S. Department of Justice Civil Division<br>*Counsel to the Federal Energy Regulatory Commission* | Shane.huang@usdoj.gov<br>michael.tye@usdoj.gov<br>Rodney.Morris2@usdoj.gov |
| Dennis F. Dunne, Esq.<br>Samuel A. Khalil, Esq.<br>Paul S. Aronzon, Esq.<br>Gregory A. Bray<br>Thomas R. Kreller<br>Samir L. Vora<br>Milbank LLP<br>*Counsel for the Official Committee of Unsecured Creditors* | ddunne@milbank.com<br>skhalil@milbank.com<br>gbray@milbank.com<br>TKreller@milbank.com<br>svora@milibank.com |

| | |
|---|---|
| Eric E. Sagerman, Esq.<br>Lauren T. Attard, Esq.<br>Robert A. Julian, Esq.<br>Cecily A. Dumas, Esq.<br>Baker & Hostetler LLP<br>*Counsel for Official Committee of Tort Claimants* | esagerman@bakerlaw.com<br>lattard@bakerlaw.com<br>rjulian@bakerlaw.com<br>cdumas@bakerlaw.com |
| Epiq Corporate Restructuring, LLC<br>*Information Agent for the Official Committee of Unsecured Creditors, and the Official Committee of Tort Claimants* | sgarabato@epiqglobal.com |