ROBIN D. SHOFNER (272552)
shofner@mobolaw.com
**MOBO LAW, LLP**
10280 Donner Pass Road
Truckee, California 96161
Tel: (530) 214-8700
Fax: (530) 214-8158

Attorneys for Mary McAlvain

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re*: | **Case No.: 19-30088 (DM)** |
| | Chapter 11 |
| PG&E CORPORATION | (Lead Case) |
| | (Jointly Administered) |
| -and- | |
| | **DECLARATION OF MARY McALVAIN IN SUPPORT OF MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1) TO DEEM THE CLAIM OF MARY McALVAIN TIMELY FILED** |
| PACIFIC GAS AND ELECTRIC COMPANY | |
| Debtors. | |
| | Date: August 23, 2022 |
| ☐ Affects PG&E Corporation | Time: 10:00 a.m. |
| ☐ Affects Pacific Gas & Electric | Dept.: To Be Held Telephonically |
| ☒ Affects Both Debtors | United States Bankruptcy Court |
| | Courtroom 17 |
| All papers shall be filed in the Lead Case, No. 19-30088 (DM) | 450 Golden Gate Avenue, 16th Floor San Francisco, CA |
| | Judge: Honorable Dennis Montali |
| | **Objection Deadline: August 16, 2022** |

I, Mary McAlvain, declare and state as follows:

1. This Declaration is based upon my personal knowledge unless otherwise

1. indicated. If called upon to testify as to the matters stated herein, I could and would competently do so.

2. On the day of the Camp Fire, I was living at 1531 Judy Lane, Paradise, California, where I had resided for almost twenty-five (25) years.

3. I spoke several times on the phone with my niece about the smoke in the sky and we believed it was coming from Pulga and did not believe the fire would cross over Highway 70 or make it to Oroville Lake and down the Feather River Canyon to Paradise. We kept a watchful eye on the news reports for evacuation orders for Zone 7 where I was located.

4. In the meantime, I checked on several of my neighbors to make sure they were aware of the situation.

5. I made plans with my niece that we would evacuate together as soon as we received the evacuation order. Shortly thereafter, I realized that Feather River Hospital was being evacuated, which was approximately one-and-a-half (1.5) miles from my home.

6. Zones 3 and 8, which bordered my location in Zone 7, were under mandatory evacuation orders. At this point I realized there were no sirens, no planes; just an eerie silence. Emergency vehicles were not on their way to offer assistance in evacuating even though there were falling embers, exploding propane tanks, and sparking power lines.

7. Due to the fast-moving fire and ferocious winds, my niece and I made the panicked decision to ditch our plans to evacuate together in order to save precious time, fearing for our safety and well-being.

8. Evacuation was arduous due to road closures, downed trees and electrical wires and general hysteria. I had to make a u-turn because treetops were on fire preventing safe travel; after forty-five (45) minutes I was only seven houses away from my home as it took forty-five (45) minutes to move three car lengths. The two-way street was filled with bumper-to-bumper cars five lanes wide, downed mailboxes, children and adults and dogs abandoning cars and running down the road. All traffic from Ponderosa Elementary School and Pentz Road and the hospital were in mass exodus simultaneously; the evacuation orders were failing.

9. It was during the evacuation that I realized that I would most likely not have a

home or a town to return to. I was thankful that I had more than half a tank of gas. It was only 9:00 a.m. and the skies were full of smoke and as black as night.

10. The images I encountered on Clark Road were unbelievable. Don's Saw and Mower's business sign was aflame as well as dozens of lawnmowers, weed eaters and power saws and tools.

11. I was rear-ended during the evacuation and while trying to exchange information with the other driver, people were yelling at me and telling me to just keep moving so I got back in my car and kept moving.

12. It took another one-and-a-half (1.5) hours to get to Neal Road where the roadway widened allowing more traffic to move. Normally, this would have been a seven (7) to eight (8) minute drive but on the day of the Camp Fire it took over two (2) hours. I finally saw a short band of blue sky as I approached Highway 99; there was nothing but black in my rear-view mirror.

13. I finally arrived in Chico around noon, re-fueled, and drove to my friend's house with my pet dog. The situation intensified that afternoon and evening.

14. I drove to Santa Rosa the next day to stay with a different friend indefinitely. I had to borrow her clothes until I could go shopping as all I had was my pajamas and a pair of shoes. I lived with this friend for approximately six (6) weeks until I was able to find a rental.

15. My car was damaged from the heat, smoke, and ash and had to be replaced.

16. I lived in the rental for approximately six (6) months and then made the decision to move to Idaho in June 2019 in order to be closer to family. There was little hope for rebuilding and/or returning to Paradise. The entire town had been destroyed by fire; it was toxic due to water contamination and failed septic systems.

17. I developed PTSD and could barely manage my affairs. The amount of things requiring my attention were overwhelming such as the home insurance claim, replacing my car, and trying to adjust to my changed circumstances. I also developed high blood pressure and still suffer from post-traumatic stress disorder (PTSD) to this date.

18. I continue to have difficulty with managing daily tasks and have relied more and

more on my niece for assistance. I feel damaged and that my life has been altered forever. I am unable to function as well as I used to. It will be a continual process to heal from this loss; some days are better than others.

19. I had lost all hope until learning that I could request the Bankruptcy Court to allow me to file a late claim due to the emotional distress sustained by the fire when my niece contacted MOBO. It took me some time to draft this Declaration and gather the information to file the Proof of Claim as recounting the Camp Fire is still, and will likely always be, a source of sadness, distress, and anxiety for me.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: June __30__, 2022

_Mary McAlvain_
Mary McAlvain