# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| PG&E CORPORATION, and<br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>         Debtors. | Case No. 19-30088 (DM)<br>(Lead Case)<br>AND<br>Case No. 19-30089 (DM)<br>(Jointly Administered) |

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **PMK Contractors, LLC**<br>Name of Transferee | **OPeak LLC**<br>Name of Transferor |
| Name and Address where notices to Transferee Should be sent:<br>**Binder & Malter, LLP**<br>Attn: Christian Binder and Robert G. Harris<br>2775 Park Avenue<br>Santa Clara, CA, 95050 | Phone: (212) 373-1197<br>Last Four Digits of Acct #: N/A<br><br>Case No.: Pacific Gas and Electric Company (19-30089) as Jointly Administered under Lead Case PG&E Corporation (19-30088) |
| Name and Address where transferee payments should be sent (if different from above):<br><br>**PMK Contractors, LLC**<br>Attn: Preet Johal<br>1580 Chabot Ct., 2nd Fl.<br>Hayward, CA 94545<br>Phone: (510) 566-2180<br>Last Four Digits of Acct #: | Claim Number(s): 1056 and 58531<br><br>Date Claim(s) Filed: 1056 filed in Case No. 19-30089 on 2/21/19, and 58531 filed in Case No. 19-30089 on 10/17/19<br><br>Total Amount of Claim(s): $3,650,320.49<br><br>**Transferred Amount of Claim(s):**<br>$3,650,320.49 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /S/ Preet Johal          Date: 8/01/2022
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: 63074B1D-E492-4444-A571-8FEA55CF9D21

# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court
Northern District of California
San Francisco Division (the "**Bankruptcy Court**")
Attn: Clerk

AND TO: PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**"); Case No. 19-30088 (DM) and Case No. 19-30089 (DM) (collectively, the "**Bankruptcy Case**"), Jointly Administered.

OPeak LLC ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to:

PMK Contractors, LLC
Attn: Eric Sheppard
1580 Chabot Ct., 2nd Fl.
Hayward, CA 94545

its successors and assigns ("**Buyer**"), all right, title and interest in and to proof of claim numbers 1056 (filed on 2/21/19 in Case No. 19-30089) and 58531 (filed on 10/17/19 in Case No. 19-30089) (collectively, the "**Claims**") filed in the Debtors' Bankruptcy Case, or any other court with jurisdiction.

Seller hereby waives any objection to the transfer of the Claims to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the U.S. Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claims or the Bankruptcy Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claims to Buyer.

[Signature Page Follows]

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of July 28, 2022.

Seller:

**OPeak LLC**

By: Olympus Peak Asset Management LP, its manager

By: Olympus Peak Asset Management GP LLC, its general partner

By: *Leah Silverman*
Name: Leah Silverman
Title: Authorized Signatory

Buyer:

**PMK Contractors, LLC**

By:

By: _____
Name:
Title:

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of July 28, 2022.

Seller:

**OPeak LLC**

By: Olympus Peak Asset Management LP, its manager

By: Olympus Peak Asset Management GP LLC, its general partner

By: _____
Name:
Title:

Buyer:

**PMK Contractors, LLC**

By: _____
*DocuSigned by:*
By: _____
     F3EB0C594DD64E7...
Name: Preet Johal
Title: President