# Exhibit A

**Response to objection to proof of claim**

**United States Bankruptcy Court Northern District of California San Francisco Division**

**Name of Reorganized debtors**

**PG&E Corp**

**Pacific Gas and Electric Company**

**Case # 19-30088 (DM)**

**Notice of the reorganized debtors of One Hundren and Fifteenth Omnibus Objection to claims (no liability recatorgorized claims)**

**Assigned proof of claim # 87604**

Directly affected by the "**River Fire**" part of the "**Mendocino Complex Fire**"

Year of fire**:**    2018

Affected Residence:

**Address**
**County**            **APN**

140 Ruby Dr Lakeport CA 95453-4920                Lake            025-641-060-000

**Explanation for the amount of proof of claim**

We were evacuated...forced to leave our home for a week. We lost everything that we had in the freezer and refridgerator. We could see the flames from our home and the planes that were dropping fire retardent on the fires were flying right over our house. My children were scared to death and we eventually had to just fill my truck up with    a few of our most preceious items and leave, it was horrific. Once we were out of there we had to make other arrangements for accomadations/meals and suffered much financial and emotional hardship with my children particularly Teagan suffering a long term trauma from the event.

| Name/Claiments SSN | Relationship | Birth Date |
|---|---|---|
| Kim Robin Miller ▓1393 | Father | ▓/1956 |
| Joanna Madeline Miller ▓3401 | Mother | ▓/1974 |

| | | |
|---|---|---|
| Mia H. Miller | Daughter | ██/2000 |
| ████3343 | | |
| Teagan Ketch Miller | Daughter | ██/2003 |
| ████5319 | | |
| ASM ████████ | Daughter | ██/2007 |
| ████8553 | | |

**Reasons why United States Bankruptcy court should not sustain the omnibus objection**

PG&Es responsibilty for the Mendocino Complex Fire which included the River fire investigation has been found as inconclusive which leaves much in question. If PG&E have been found resposible for many other wildfires in the area it seems unlikely they were not resposible for this one. The subsequent Public Safety Power Outages we suffer in this area due to the dangers that PG&E infrastructure would cause if it was active in high winds are proof enough that they have failed to maintain their lines and poles etc to a satisfactory standard as to where it is available for reasonable use at all times. Given that PG&E have a complete monopoly on the electric service in Northen California and therefore we have no other viable option as a service provider implies that seeing as power is one of the basic needs and requirements of humans living in this area they have failed in their resposibility to maintain necessary maintanance and upkeep their equipment needed.

We are charged more for electricity by PG&E than at least 90% of the country and with such high rates the least customers could expect is basic maintanace upkeep and care of equipment and the PSPO are proof they have not fulfilled this expectation and likely caused the River fire along with the others.

The level of damage and distruction caused in this area by the wildfires PG&E are definately being held responsible for have caused a lack of housing available as many homes have burnt down and are slow to be replaced which has driven up the cost of rent in the area which all have a financial impact on the residents.

PG&Es rates seem to always increase and the level of service diminishes and we have no other option that to accept their business practices.

As a continuing customer of PG&E which is not by choice my expectation is that they would pay this claim as it is only a small reimbursement compared to the financial impact they cause on an ongoing monthly basis.

I declare under the penalty and perjury of law that I attest that this statement of facts are true and I personally have direct knowledge of these events

Kim R Miller (electronic sig)

Kim R Miller 2723 Lakeshore Blvd #5 Lakeport CA 95453

707 349 8914

krmco100@gmail.com

My wife Joanna Miller of the same address Telephone # 707 533 6698 email thisistherealdeal@gmail.com is also authorized to reconcile, settle or oitherwise resolve the Omnibus Objection on my behalf.