```
 1  KELLER BENVENUTTI KIM LLP
    Jane Kim (#298192)
 2  (jkim@kbkllp.com)
    David A. Taylor (#247433)
 3  (dtaylor@kbkllp.com)
    Dara L. Silveira (#274923)
 4  (dsilveira@kbkllp.com)
    650 California Street, Suite 1900
 5  San Francisco, CA 94108
    Tel: 415 496 6723
 6  Fax: 650 636 9251

 7  *Attorneys for Debtors and Reorganized Debtors*
```

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REORGANIZED DEBTORS' ONE HUNDRED FIFTEENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY RECATEGORIZED CLAIMS)** <br><br> [Re: Docket No. 12173] <br><br> Date: August 9, 2022 <br> Time: 10:00 a.m. (Pacific Time) <br> Place: (Tele/Videoconference Appearances Only) <br> United States Bankruptcy Court <br> Courtroom 17, 16th Floor <br> San Francisco, CA 94102 |

**TO: (A) THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE; (B) THE OFFICE OF THE UNITED STATES TRUSTEE; (C) THE AFFECTED CLAIMANTS; AND (D) OTHER PARTIES ENTITLED TO NOTICE:**

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**," or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned Chapter 11 cases (the "**Chapter 11 Cases**"), respectfully request that the Court take judicial notice pursuant to Federal Rule of Evidence 201 of the contents and information contained in the following website described in subparagraph a, below.

    a. <u>River Fire (Mendocino Complex Incident)</u>: CAL FIRE, "River Fire (Mendocino Complex Incident)," https://www.fire.ca.gov/incidents/2018/7/27/river-fire-mendocino-complex/

Under Federal Rules of Evidence 201, the Court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(b). The above website may be judicially noticed because it is not subject to reasonable dispute and "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Further, courts may take judicial notice of government agency website pages. *See Cairns v. Franklin Mint Co.*, 107 F. Supp. 2d 1212, 1216 (C.D. Cal. 2000) (taking judicial notice of pages from a museum's website); *McLaughlin v. Volkswagen of Am., Inc.*, 2000 WL 1793071, n.3 (E.D. Pa. Dec. 6, 2000) (taking judicial notice of contents of the National Highway Transportation Safety Website). The Reorganized Debtors have satisfied this criterion by this Supplemental Request for Judicial Notice. Accordingly, the Reorganized Debtors respectfully request that the Court take judicial notice of the above-described website submitted as evidence in further support of the Reorganized Debtors' One Hundred Fifteenth Omnibus Objection to Claims (No Liability Recategorized Claims).

Dated: August 2, 2022                  **KELLER BENVENUTTI KIM LLP**

By: /s/ *Dara L. Silveira*
     Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*