Melissa T. Harris (VA 87854)
Courtney L. Morgan (MD 9856)
Daniel Robertson (FL 1010844)
Andrea Wong (DC 449128)
Pension Benefit Guaranty Corporation
Office of the General Counsel
445 12th Street, SW
Washington, DC 20024-2101
Telephone: (202) 326-4020
Facsimile: (202) 326-4138
Emails: harris.melissa@pbgc.gov and efile@pbgc.gov
morgan.courtney@pbgc.gov and efile@pbgc.gov
robertson.daniel@pbgc.gov and efile@pbgc.gov
wong.andrea@pbgc.gov and efile@pbgc.gov

Attorneys for Creditor Pension Benefit Guaranty Corporation

# IN THE UNITED STATE BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION, et al.**,<br>    **Debtors**.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☐ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br><br>**NOTICE OF CHANGE OF ADDRESS** |

      **PLEASE TAKE NOTICE** that, as of July 25, 2022, the mailing address for the Pension Benefit Guaranty Corporation (PBGC), the undersigned counsel in the above-captioned chapter 11 cases, has changed to:

New Address:
Pension Benefit Guaranty Corporation
445 12th Street, SW
Washington, DC 20024-2101
Attention: Office of the General Counsel

Old Address:
Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, DC 20005-4026
Attention: Office of the General Counsel

**PLEASE TAKE FURTHER NOTICE** that all email addresses, telephone numbers, and Facsimile number affiliated with PBGC will remain the same.

**PLEASE TAKE FURTHER NOTICE** that all future pleadings, correspondence, and other documents that require receipt by or service on PBGC are to be directed to the new mailing address set forth above and also sent via email to harris.melissa@pbgc.gov; morgan.courtney@pbgc.gov; robertson.daniel@pbgc.gov; and wong.andrea@pbgc.gov.

DATE: August 3, 2022　　　　　　　　　/s/ Melissa T. Harris
　　　　　　　　　　　　　　　　　　　Melissa T. Harris
　　　　　　　　　　　　　　　　　　　Courtney L. Morgan
　　　　　　　　　　　　　　　　　　　Daniel Robertson
　　　　　　　　　　　　　　　　　　　Andrea Wong

　　　　　　　　　　　　　　　　　　　*Attorneys for the Pension Benefit Guaranty Corporation*

Page 2