Jeremy Robertson

2964 SW Redmond Hill Road

McMinnville, Oregon 97128

408-712-4469

8/1/2022

Honorable Judge Dennis Montali

United States Bankruptcy Court Northern District of California

Re: The PG&E Bankruptcy Case number 19-30088

Dear Judge Montali,

    My name is Jeremy Robertson, and an electrical technician at A-dec which is a dental equipment manufacturing company. My address is 2964 SW Redmond Hill Rd, McMinnville, OR I am writing you on behalf of my aunt, Deborah Ann Robertson in response to the Camp fire that took place in Paradise/ Magalia, California on November 8th, 2018. My aunt and I lived on 13678 Endicot Circle in Magalia, Ca 95954. I lived with my elderly aunt who relied on a scooter to move around and was also on dialysis. In living with her, it allowed her to maintain a sense of independence by me helping with the household items and taking care of her pets.

    We were evacuated the day of the fire; we were only able to take a limited number of items due to her immobility to move around. We were having to stay with friends, family, and in hotels until the middle of March 2019 when we were finally able to get into a home in McMinnville, Oregon. Though my aunt wanted to stay in California, she was unable to afford a replacement home. My aunt was okay with moving out of state at first, but she repeatedly stated how upset she was that she lost everything in the fire which included multiple generations of belongings from her grandparents, parents, bother (who passed away in 1972), and her own personal possessions. In the two years after the fire, her quality of life diminished to the point that she did not care anymore by doing things like skipping dialysis days, not eating correctly, or maintain her active lifestyle like she did before the fire.

    I had asked my aunt multiple times if she was going to file for the fire victim's lawsuit. She stated that she was not sure, but she was putting things together, her biggest worry was PG&E would come after her. However, she was a private lady and was wanting to handle things on her own. After her passing in March of 2021, having to take care of her estate, I noticed that she had not filed the claim. I started in April of 2021, putting together the items that I thought I would need to file; it took several months to obtain everything that I would need. I, then, started filing the claim through the fire victim's trust. I was told that I could file a late claim if I was not represented by an attorney. I filed the claim on January 6th, 2022. I sent over numerous documents like her death certificate, letters of testamentary, insurance documents, pictures, loan information, etc. At no time did they tell me that I had to be

approved through the PG&E bankruptcy for the late claim. I have been in contact with them multiple times since January, asking if they needed any further documentation. I then received an email on August 1, 2022, stating that I need to be approved for a late claim through the bankruptcy court.

Since the fire, our lives have been upside down trying to get back to some type of normalcy. Thank you for taking the time in reading this. I hope that you find it in your heart to approve for the late claim.

Sincerely,

Jeremy Robertson.

Scanned with CamScanner



Case: 19-30088    Doc# 12684    Filed: 08/01/22    Entered: 08/03/22 16:03:31    Page 3 of 5
Scanned with CamScanner



