

Signed and Filed: August 4, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Bankruptcy Case |
| | ) No. 19-30088-DM |
| PG&E CORPORATION, | ) |
| | ) Chapter 11 |
|       - and - | ) |
| | ) Jointly Administered |
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| | ) |
|     Reorganized Debtors. | ) Date: September 13, 2022 |
| | ) Time: 10:00 AM |
| ☐ Affects PG&E Corporation | ) Via Tele/Videoconference |
| ☐ Affects Pacific Gas and | ) www.canb.uscourts.gov/calendars |
|     Electric Company | ) |
| ☒ Affects both Debtors | ) |
| | ) |
| *All papers shall be filed in* | ) |
| *the Lead Case, No. 19-30088 (DM).* | ) |

**ORDER AND NOTICE OF HEARING ON 1) MOTION TO EXTEND TIME TO FILE LATE PROOF OF CLAIM BY JAMES CERDA; AND 2) MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM BY JEREMY ROBERTSON**

NOTICE IS HEREBY GIVEN that fire claimant James Cerda filed a *Motion to Extend Time to File Late Proof of Claim* (Dkt. 12520) on June 6, 2022, and fire claimant Jeremy Robertson has filed a *Motion to Allow/Deem Timely Late Filing of Proof of Claim* (Dkt. 12684) on August 1, 2022 (collectively, the "Motions").

-1-

1

     IT IS HEREBY ORDERED that the Fire Victim Trust shall file

2

any written objections to the Motions by August 30, 2022.  If

3

any objections are filed, the court will hold a hearing on

4

September 13, 2022, at 10:00 AM.[1]  If no objections are filed,

5

the court will promptly issue orders granting the Motions and

6

drop the hearing from the September 13, 2022, calendar.

7

**\*\*END OF ORDER\*\***

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[1]  All hearings will be conducted by telephone or video
conference (unless otherwise noted).  Please review the specific
calendar page (pdf) posted on the Bankruptcy Court's website for
further instructions one week prior to the hearing.

<u>COURT SERVICE LIST</u>

James Cerda
2312 Jose Ave.
Santa Rosa, CA 95401

Jeremy Robertson
2964 SW Redmond Hill Rd
McMinnville, OR 97128

-3-