**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR AUGUST 9, 2022, 10:00 A.M. OMNIBUS HEARING**<br><br>Date: August 9, 2022<br>Time: 10:00 a.m. (Pacific Time)<br>Place: AT&T Teleconference<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR
AUGUST 9, 2022, 10:00 A.M. (PACIFIC TIME)
OMNIBUS HEARING**

**I:** **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*CONTESTED MATTER GOING FORWARD*

1. **Reorganized Debtors' One Hundred Fifteenth Omnibus Objection (Miller; Walters):** *Reorganized Debtors' One Hundred Fifteenth Omnibus Objection to Claims (No Liability Recategorized Claims)* [**Dkt. 12173**].

    Responses Filed:

    A.  Kim Miller [**Informal, Claim No. 87604**].

    B.  Andrew Walters [**Dkts. 12377, 12669, Claim No. 86837**].

    C.  Request for Appointment of Counsel filed by Andrew Walters [**Dkt. 12512**].

    Related Documents:

    D.  Reorganized Debtors' Omnibus Reply in Further Support of the One Hundred Fifteenth Omnibus Objection (No Liability Recategorized Claims) [**Dkt. 12581**].

    E.  Declaration of Gabrielle Albert in Support of Reorganized Debtors' Omnibus Reply in Further Support of the One Hundred Fifteenth Omnibus Objection (No Liability Recategorized Claims) [**Dkt. 12582**].

    F.  Reorganized Debtors' Reply in Further Support of the One Hundred Fifteenth Omnibus Objection (No Liability Recategorized Claims) with Respect to Claim No. 87604 (Kim Miller) [**Dkt. 12680**].

    G.  Supplemental Request for Judicial Notice in Support of Reorganized Debtors' One Hundred Fifteenth Omnibus Objection to Claims (No Liability Recategorized Claims) [**Dkt. 12681**].

    Status:  This matter is going forward on a contested basis.

*RESOLVED AND CONTINUED MATTERS*

2. **City of Santa Clara dba Silicon Valley Power's Motion to Compel Assumption:** *City of Santa Clara dba Silicon Valley Power's Motion to Compel Assumption or Rejection of Executory Contract Concerning the Grizzly Development and Mokelumne Settlement Agreement* [**Dkt. 10998**].

Status: This Motion has been continued to September 28, 2022, by Stipulation [**Dkt. 12618**] and Order [**Dkt. 12627**].

**Late Claim Motions:**

    3.    **Flint [Dkt. 12598]**. This motion is granted pursuant to the August 8, 2022 docket text order. Counsel for the movant has been directed to serve and upload an order granting the motion.

    4.    **Signalized Intersection West** [**Dkt. 12635**]. The motion is granted pursuant to the August 8, 2022 docket text order. Counsel for the movant has been directed to serve and upload an order granting the motion.

    5.    **Lewandowski [Dkt. 12641]**. The motion is granted pursuant to the August 8, 2022 docket text order. Counsel for the movant has been directed to serve and upload an order granting the motion.

    6.    **Rogers [Dkt. 12643]**. The motion is granted pursuant to the August 8, 2022 docket text order. Counsel for the movant has been directed to serve and upload an order granting the motion.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: August 8, 2022

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By:    */s/ Thomas B. Rupp*
       Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*