

**Entered on Docket**
**August 09, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: August 9, 2022**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

```
1   Steven S. Kane, Esq., SBN: 061670
    Bonnie E. Kane, Esq., SBN: 167700
2   THE KANE LAW FIRM
    402 W. Broadway, Suite 2500
3   San Diego, CA 92101
    Telephone: (619) 236-8700
4   Facsimile: (619)236-1370
    E-mail: skane@thekanelawfirm.com
5   E-mail: bonnie@thekanelawfirm.com

6   Attorneys for Signalized Intersection West, LLC
```

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:* <br><br> PG&E CORPORATION <br><br> -and- <br><br> PACIFIC GAS AND ELECTRIC COMPANY <br>           Debtors. <br><br> ☐ Affects PG&E Corporation <br><br> ☐ Affects Pacific Gas & Electric <br><br> ■ Affects Both Debtors <br><br> *All papers shall be filed in the Lead Case, No.19-30088 (DM)* | **Case No. 19-30088 (DM)** <br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **ORDER ALLOWING AND DEEMING TIMELY FILED THE PROOF OF CLAIM OF SIGNALIZED INTERSECTION WEST, LLC** |

The Court having considered the *Motion To Allow/Deem Timely Late Filing of Proof of Claim by Signalized Intersection West, LLC,* dated July 16, 2022 [Dkt. No. 12635], no objection or opposition having been filed thereto, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The motion is granted;

2. The Proof of Claim is deemed timely filed.

3. The Proof of Claim and Asserted Fire Victim Claims shall for all purposes be treated and classified as Fire Victim Claims under the Plan, and shall be fully assumed by, and the sole responsibility of, the Fire Victim Trust and subject to the Channeling Injunction, to be administered, processed, settled, disallowed, resolved, liquidated, satisfied and/or paid in accordance with the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures.

**END OF ORDER**