UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

-oOo-

| | |
|---|---|
| In Re: | ) Case No. 19-30088 |
| | ) Chapter 11 |
| PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| | ) San Francisco, California |
| | ) Tuesday, August 9, 2022 |
| Debtors. | ) 10:00 AM |
| _____ | ) |
| | REORGANIZED DEBTORS' ONE HUNDRED FIFTEENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY RECATEGORIZED CLAIMS) FILED BY PG&E CORPORATION [12173] |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE DENNIS MONTALI
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES (All present by video or telephone):

| | |
|---|---|
| For the Reorganized Debtors: | DARA L. SILVEIRA, ESQ. Keller Benvenutti Kim LLP 650 California Street Suite 1900 San Francisco, CA 94108 (415)496-6723 |
| Also Present: | Jen McConnell, AlixPartners |
| Court Recorder: | LORENA PARADA/ANKEY THOMAS United States Bankruptcy Court 450 Golden Gate Avenue San Francisco, CA 94102 |
| Transcriber: | MICHAEL DRAKE eScribers, LLC 7227 N. 16th Street Suite #207 Phoenix, AZ 85020 (973)406-2250 |

Proceedings recorded by electronic sound recording;
transcript provided by transcription service.

PG&E Corporation and Pacific Gas and Electric Company

1  SAN FRANCISCO, CALIFORNIA, TUESDAY, AUGUST 9, 2022, 10:00 AM

2                              -oOo-

3       (Call to order of the Court.)

4       THE CLERK:  Court is now in session, the Honorable

5  Dennis Montali presiding.

6       Calling the matter of PG&E Corporation.

7       THE COURT:  All right.  Good morning.  This is Judge

8  Montali.  It doesn't appear that we have any claimant on the

9  call.  Who's appearing for the debtor today?

10      MS. SILVEIRA:  Good morning, Your Honor.  Dara

11 Silveira, Keller Benvenutti Kim, on behalf of the debtors, the

12 reorganized debtors.

13      THE COURT:  Okay, Ms. Silveira.  So this is the

14 hearing, continued hearing on the 115th omnibus objection

15 claimants Andrew Walters and Kim Miller.  Have you heard

16 anything recently from either of them?

17      MS. SILVEIRA:  No, Your Honor.  We've served them with

18 the teleconference instructions but haven't heard from them.

19      THE COURT:  Well, I've reviewed both of your

20 objections.  They both appear to be well-taken.  It appears

21 that Mr. Walters' claim is barred by the statute of limitations

22 before the PG&E, as you argued.  And I will sustain his -- or

23 your objection to his -- I guess that's his remaining claim

24 number 86837.  But also, and so there's -- whatever liability

25 may have existed, it's barred by applicable nonbankruptcy law

PG&E Corporation and Pacific Gas and Electric Company

1  and tolled -- I mean not tolled, excuse me, but barred before
2  the bankruptcy in January of 2019.
3              And in the case of Kim Miller, Mr. Miller at least
4  alleges on some sort of unfounded theory that the fire that he
5  claims about was caused by the debtors.  But your opposition
6  put that squarely in issue, and he hasn't rebutted it.  So I'm
7  prepared to sustain the debtors' objections to both of those
8  claims and disallow them.
9              And I don't know there's anything else we need to do.
10 Anything you want to raise what we conclude?
11             MS. SILVEIRA:  No, Your Honor, although it does appear
12 that someone else has just --
13             THE COURT:  All right.  Someone just joined the PG&E
14 matter.  Can you please identify yourself?
15             MS. MCCONNELL:  Yeah.  This is Jen McConnell from
16 AlixPartners.
17             THE COURT:  I'm sorry.  Who is this?
18             MS. MCCONNELL:  Jen McConnell from AlixPartners.
19             THE COURT:  And what are you hearing -- what are you
20 interested in today?  Are you just learning, just listening?
21             MS. MCCONNELL:  I represent the debtor as well.  I'm a
22 financial advisor.
23             THE COURT:  Okay,  Well, then Ms. Silveira, I think
24 that there's nothing else to do.  Well, just to conclude the
25 matter unless you think I'm missing something.

1 MS. SILVEIRA: No, Your Honor. Thank you very much.
2 We'll upload in order.
3 THE COURT: Okay. Thank you very much. That will
4 conclude the hearing. Thank you all for your time. We had a
5 big turnout and no one on the other side. I'll thank my staff
6 and conclude the matter. Thank you.
7 MS. SILVEIRA: Thank you, Your Honor.
8 (Whereupon these proceedings were concluded at 10:03 AM)

```
                           C E R T I F I C A T I O N


I, Michael Drake, certify that the foregoing transcript is a
true and accurate record of the proceedings.



         [signature: Michael Drake]
_____
/s/ MICHAEL DRAKE, CER-513, CET-513


eScribers
7227 N. 16th Street, Suite #207
Phoenix, AZ 85020

Date:   August 10, 2022
```

**A**

**advisor (1)**
  3:22
**AlixPartners (2)**
  3:16,18
**alleges (1)**
  3:4
**although (1)**
  3:11
**Andrew (1)**
  2:15
**appear (3)**
  2:8,20;3:11
**appearing (1)**
  2:9
**appears (1)**
  2:20
**applicable (1)**
  2:25
**argued (1)**
  2:22
**AUGUST (1)**
  2:1

**B**

**bankruptcy (1)**
  3:2
**barred (3)**
  2:21,25;3:1
**behalf (1)**
  2:11
**Benvenutti (1)**
  2:11
**big (1)**
  4:5
**both (3)**
  2:19,20;3:7

**C**

**CALIFORNIA (1)**
  2:1
**Call (2)**
  2:3,9
**Calling (1)**
  2:6
**Can (1)**
  3:14
**case (1)**
  3:3
**caused (1)**
  3:5
**claim (2)**
  2:21,23
**claimant (1)**
  2:8
**claimants (1)**
  2:15
**claims (2)**
  3:5,8

**CLERK (1)**
  2:4
**conclude (4)**
  3:10,24;4:4,6
**concluded (1)**
  4:8
**continued (1)**
  2:14
**Corporation (1)**
  2:6
**Court (10)**
  2:3,4,7,13,19;3:13,
  17,19,23;4:3

**D**

**Dara (1)**
  2:10
**debtor (2)**
  2:9;3:21
**debtors (3)**
  2:11,12;3:5
**debtors' (1)**
  3:7
**Dennis (1)**
  2:5
**disallow (1)**
  3:8

**E**

**either (1)**
  2:16
**else (3)**
  3:9,12,24
**excuse (1)**
  3:1
**existed (1)**
  2:25

**F**

**financial (1)**
  3:22
**fire (1)**
  3:4
**FRANCISCO (1)**
  2:1

**G**

**Good (2)**
  2:7,10
**guess (1)**
  2:23

**H**

**heard (2)**
  2:15,18
**hearing (4)**
  2:14,14;3:19;4:4
**Honor (5)**
  2:10,17;3:11;4:1,7
**Honorable (1)**
  2:4

**I**

**identify (1)**
  3:14
**instructions (1)**
  2:18
**interested (1)**
  3:20
**issue (1)**
  3:6

**J**

**January (1)**
  3:2
**Jen (2)**
  3:15,18
**joined (1)**
  3:13
**Judge (1)**
  2:7

**K**

**Keller (1)**
  2:11
**Kim (3)**
  2:11,15;3:3

**L**

**law (1)**
  2:25
**learning (1)**
  3:20
**least (1)**
  3:3
**liability (1)**
  2:24
**limitations (1)**
  2:21
**listening (1)**
  3:20

**M**

**matter (4)**
  2:6;3:14,25;4:6
**may (1)**
  2:25
**McConnell (5)**
  3:15,15,18,18,21
**mean (1)**
  3:1
**Miller (3)**
  2:15;3:3,3
**missing (1)**
  3:25
**Montali (2)**
  2:5,8
**morning (2)**
  2:7,10
**much (2)**
  4:1,3

**N**

**need (1)**
  3:9
**nonbankruptcy (1)**
  2:25
**number (1)**
  2:24

**O**

**objection (2)**
  2:14,23
**objections (2)**
  2:20;3:7
**omnibus (1)**
  2:14
**one (1)**
  4:5
**oOo- (1)**
  2:2
**opposition (1)**
  3:5
**order (2)**
  2:3;4:2

**P**

**PG&E (3)**
  2:6,22;3:13
**please (1)**
  3:14
**prepared (1)**
  3:7
**presiding (1)**
  2:5
**proceedings (1)**
  4:8
**put (1)**
  3:6

**R**

**raise (1)**
  3:10
**rebutted (1)**
  3:6
**recently (1)**
  2:16
**remaining (1)**
  2:23
**reorganized (1)**
  2:12
**represent (1)**
  3:21
**reviewed (1)**
  2:19

**right (2)**
  2:7;3:13

**S**

**SAN (1)**
  2:1
**served (1)**
  2:17
**session (1)**
  2:4
**side (1)**
  4:5
**SILVEIRA (8)**
  2:10,11,13,17;3:11,
  23;4:1,7
**someone (2)**
  3:12,13
**sorry (1)**
  3:17
**sort (1)**
  3:4
**squarely (1)**
  3:6
**staff (1)**
  4:5
**statute (1)**
  2:21
**sustain (2)**
  2:22;3:7

**T**

**teleconference (1)**
  2:18
**theory (1)**
  3:4
**today (2)**
  2:9;3:20
**tolled (2)**
  3:1,1
**TUESDAY (1)**
  2:1
**turnout (1)**
  4:5

**U**

**unfounded (1)**
  3:4
**unless (1)**
  3:25
**upload (1)**
  4:2

**W**

**Walters (1)**
  2:15
**Walters' (1)**
  2:21
**well-taken (1)**
  2:20

**Whereupon (1)**
  4:8
**Who's (1)**
  2:9

**1**

**10:03 (1)**
  4:8
**115th (1)**
  2:14

**2**

**2019 (1)**
  3:2
**2022 (1)**
  2:1

**8**

**86837 (1)**
  2:24

**9**

**9 (1)**
  2:1