Kevin Chiu (*admitted pro hac vice*)
kevin.chiu@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
Telephone: 214.953.6417
Facsimile: 214.661.4417

Christina A. Romak (SBN 341472)
christina.romak@bakerbotts.com
BAKER BOTTS L.L.P.
1001 California Street, Suite 3200
San Francisco, California 94111
Telephone: 415.291.6265
Facsimile: 415.291.6365

*Counsel for Centaurus Capital LP and Wright Solar Park LLC*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19 - 30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL [Civ. L.R. 5-1(c)(2)(B)]** |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE pursuant to Civil Local Rule 5-1(c)(2)(B) that Christina Romak of the law firm Baker Botts L.L.P. is hereby appearing as counsel of record for Centaurus Capital LP in the above-entitled action, replacing Natalie Sanders, formerly of Baker Botts L.L.P. Ms. Sanders should be removed from the Court's service list with respect to this action. All other attorneys of record for Centaurus Capital LP remain unchanged.

Centaurus Capital LP hereby requests that all notices given or required to be given, and all papers filed or served or required to be served, in this action be provided to and served on:

Christina A. Romak (SBN 341472)
christina.romak@bakerbotts.com
BAKER BOTTS L.L.P.
1001 California Street, Suite 3200
San Francisco, California 94111
Telephone: 415.291.6265
Facsimile: 415.291.6365

Kevin Chiu (*admitted pro hac vice*)
kevin.chiu@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
Telephone: 214.953.6417
Facsimile: 214.661.4417

*[Remainder Intentionally Left Blank]*

Dated: August 10, 2022

**BAKER BOTTS L.L.P.**

*/s/ Christina Romak*

Christina A. Romak (SBN 341472)
christina.romak@bakerbotts.com
BAKER BOTTS L.L.P.
1001 California Street, Suite 3200
San Francisco, California 94111
Telephone: 415.291.6265
Facsimile: 415.291.6365

Kevin Chiu (*admitted pro hac vice*)
kevin.chiu@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
Telephone: 214.953.6417
Facsimile: 214.661.4417

*Counsel for Centaurus Capital LP
and Wright Solar Park LLC*