Mathew Tyler
550 Vallombrosa Ave # 6471
Chico, CA 95927



Case # 19-30088-DM / Docket# 12440 – Please Post to the Courtroom Docket

Judge Montali
Courtroom 17
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102

As a crime victim of the 2018 "Camp Fire," in accordance with California Constitution Article 1, section 28(c)(1), I am enforcing my rights as a crime victim enumerated in California Constitution Article 1, section 28(b). I wish to be heard pursuant to California Constitution Article 1, section 28(b)(8) and 18 U.S. Code § 3771(a)(4).

People of the 2018 "Camp Fire" and 2021 "Dixie Fire" are crime victims as codified by California Constitution Article 1, section 28(e), 18 U.S. Code § 3771(e)(2)(A), 34 U.S. Code § 20141(e)(2). I call on the Court to issue a press release affirming this as some of my community are confused having never been informed by the State.

Why did Butte County district attorney's office and California Attorney General's office deprive my community and myself of our rights as crime victims by not informing us of our rights as crime victims? Required by: California Constitution Article 1, section 28(b)(17), California Penal Code § 679.026(c)(1), 18 U.S. Code § 3771(a)(10), and as stated on the California Attorney General's website under the section, "When does the Marsy's rights card need to be given to the victim?" https://oag.ca.gov/victimservices/content/faq

Why was I denied the right to confer with the prosecution, especially before a plea and settlement agreement was made? California Constitution Article 1, section 28(b)(6) and 18 U.S. Code § 3771(a)(5)

Why did the Court deprive my community and myself of our rights as crime victims? 18 U.S. Code § 3771(b)(1).

Please explain how depriving my community and myself of our rights is treating us with fairness and respect. California Constitution Article 1, section 28(b)(1) and 18 U.S. Code § 3771(a)(8)

Where is the criminal restitution afforded to me as a crime victim, as required by California Constitution Article 1, section 28(b)(13)(B)? 18 U.S. Code § 3771(a)(6).

How can any of these matters be considered legitimate when the State and the Court have blatantly acted criminally against crime victims? The State and Court have deprived us of our rights without first

Case# 19-30088-DM / Docket# 12440                                                                  Mathew Tyler – Page 1 of 3

Case: 19-30088    Doc# 12698    Filed: 08/10/22    Entered: 08/10/22 13:21:36    Page 1 of 4

affording us "due process"; 18 U.S. Code § 242 in accordance with the fourteenth amendment to the US Constitution pursuant to Article 6, clause 2 to the US Constitution.

Why was the $13 billion dollar aggregate settlement that was not unanimously accepted allowed to be accepted? I personally voted against it; according to California Rules of Professional Conduct: Rule 1.8.7. my vote alone should have been sufficient to stop the aggregate settlement from being accepted. Instead, I was victimized again by having these rights deprived too.

Since the State through Butte County District Attorney's office and California Attorney General's office were only representing the 86 people that officially died in the 2018 "Camp Fire" when a plea & settlement agreement was made, when is the State going to criminally represent the rest of us crime victims as we were not part of the plea and settlement agreement that the State entered into with PG&E. We were not represented. We were not even informed of our rights. When will we be represented? When will our rights pervade the criminal justice system as required by California Constitution Article 1, section 28(3)?

Statute of limitation wise, either each day is a new offense or it's a continuation of the initial offense. What I mean by this is, if a person is battered on three different days, that person has been battered three times. Each day Butte County District Attorney's office and California Attorney General don't inform crime victims of their rights is a new offense or continuation of the initial offense thereby extending the statute of limitation accordingly. Similarly the same applies to each day the Court has presided over this case, each day the Court has not ensured crime victims are informed of their rights is either a new offense or continuation of the initial offense.

How does any of the aforementioned not satisfy a violation of California Business and Professions Code § 6104?

How is any of this not moral turpitude? Dishonesty or corruption? California Business and Professions Code § 6106. California Business and Professions Code § 6077.

Why are we, the crime victims, having to be further victimised by having to oversee you people who are not doing the job you're hired to do which is effectively still victimizing us? Why am I having to write this letter to bring all of this to light which you people know or should know? 18 U.S.C. § 1346 (Honest services fraud)

What's more, in accordance with the fifth amendment to the US Constitution, the State is going to have to justly compensate me for the private property that is my time that I am effectively having seized from me by the State in having to research all of this to be able to write this letter and oversee you people. I think this also qualifies for deprivation of life and liberty without first being afforded "due process" as well as cruel and unusual punishment, this might be considered torture rather than cruel and unusual as this isn't supposed to be punishment for me.

Natural gas and energy being commodities that PG&E buys, sells, and presumably trades, how can PG&E being a commodity broker file for Chapter 11? 11 U.S. Code § 109(d).

Why have the attorneys and the Court contrived different terminology; e.g., "fire victim," "fire survivor" rather than the preexisting, codified terminology of a "crime victim"? Constitution Article 1, section 28(e) and 18 U.S. Code § 3771(e)(2)(A).

How many citations, notices, and warnings did CalFire issue in Paradise, CA from 2012 to 2018? How many since November 8th, 2018?

Sincerely,

*[signature: Mathew Tyler]*

Mathew Tyler, US Presidential candidate for life
TylerPresident.com

Case# 19-30088-DM / Docket# 12440

Mathew Tyler – Page 3 of 3

Case: 19-30088    Doc# 12698    Filed: 08/10/22    Entered: 08/10/22 13:21:36    Page 3 of 4

# PRIORITY MAIL

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE
  * Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

RECEIVED
AUG 10 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

AUG 09 2022
U.S. M...

FROM:

EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT
ORDER FREE S...

PS00001000014

---

**UNITED STATES POSTAL SERVICE® Click-N-Ship®**

usps.com
$8.95
US POSTAGE
Flat Rate Env

9405 5036 9930 0317 0403 09 0089 5000 0029 4102

U.S. POSTAGE PAID
Click-N-Ship®

08/08/2022    Mailed from 95927    0000

**PRIORITY MAIL®**  Expected Delivery Date: 08/11/22

MATHEW L TYLER
PO BOX 6471
CHICO CA 95927-6471

C004

JUDGE MONTALI
MAILBOX 36099
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102-3661

USPS TRACKING #

9405 5036 9930 0317 0403 09

Electronic Rate Approved #038555749