MICHAEL B. LUBIC (SBN 122591)
MATTHEW G. BALL (SBN 208881)
CONNOR J. MEGGS (SBN 336519)
K&L GATES LLP
Embarcadero Center, Suite 1200
San Francisco, CA 94111-5994
Telephone:     415.882.8200
Facsimile:     415.882.8220
Email:          michael.lubic@klgates.com
                matthew.ball@klgates.com
                connor.meggs@klgates.com

*Attorneys for Cupertino Electric, Inc.*

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY, | Chapter 11 |
|   Debtors, | **NOTICE OF WITHDRAWAL OF LIMITED CURE OBJECTION OF CUPERTINO ELECTRIC, INC. TO THE DEBTORS' PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS PURSUANT TO THE DEBTORS' AND SHAREHOLDERS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects Both Debtors | |
| *\* All papers shall be filed in the Lead Case, no. 19-30088 (DM)* | |

**NOTICE OF WITHDRAWAL OF LIMITED CURE OBJECTION**

1     NOTICE IS HEREBY GIVEN that Cupertino Electric Inc. hereby withdraws its Limited

2   Objection and Reservation of Rights to the Debtors' Proposed Assumption of Executory

3   Contracts Pursuant to Chapter 11 Plan, which was filed as Docket No. 7330 on June 15, 2020.

4

5

6                                                       MICHAEL B. LUBIC
                                                        MATTHEW G. BALL
7                                                       CONNOR J. MEGGS
                                                        K&L GATES LLP
8

9     Dated:  August 10, 2022                  By: /s/ Michael B. Lubic
10                                                   Michael B. Lubic

11                                                   *Attorneys for Cupertino Electric, Inc.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is K&L GATES LLP, 10100 Santa Monica Boulevard, 8th Floor, Los Angeles, California 90067.

On August 11, 2022, I served the document described as:

**NOTICE OF WITHDRAWAL OF LIMITED CURE OBJECTION OF CUPERTINO ELECTRIC, INC. TO THE DEBTORS' PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS PURSUANT TO THE DEBTORS' AND SHAREHOLDERS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020**

on the interested parties in this action by delivering a true copy thereof enclosed in sealed envelope(s) addressed as follows:

☒ **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** The foregoing document will be served by the court via NEF and hyperlink to the document. On August 11, 2022, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated on the next pages.

**See attached Electronic Mail Notice List**

☒ **BY MAIL:** I placed for collection and processing such envelope(s) to be deposited in the mail at Los Angeles, California with postage thereon fully prepaid to the office of the addressee(s) as indicated in the attached Manual Notice List. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day, with postage fully prepaid, in the ordinary course of business herein attested to. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

**See attached Manual Notice List**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 11, 2022, at Los Angeles, California.

/s/ Jonathan Randolph
Jonathan Randolph

1
CERTIFICATE OF SERVICE

# SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)

- Elliot Adler    eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Aaron L. Agenbroad    alagenbroad@jonesday.com, saltamirano@jonesday.com
- Gabrielle L. Albert    galbert@kbkllp.com
- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Destiny N. Almogue    Destiny.Almogue@skadden.com, wendy.lamanna@skadden.com
- Monique D. Almy    malmy@crowell.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Philip Anker    philip.anker@wilmerhale.com, whdocketing@wilmerhale.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Tyson Arbuthnot    tarbuthnot@rjo.com, jyeung@rjo.com
- Lauren T. Attard    lattard@bakerlaw.com, agrosso@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Chris Bator    cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- Andrew David Behlmann    abehlmann@lowenstein.com, elawler@lowenstein.com
- Tanya Behnam    tbehnam@polsinelli.com, ladocketing@polsinelli.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti    pbenvenutti@kbkllp.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Ronald F. Berestka    rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
- Christian Paul Binder    chris@bindermalter.com, cbinder@bindermalter.com
- Heinz Binder    heinz@bindermalter.com
- Jared D. Bissell    jared.bissell@troutman.com
- Jason Blumberg    jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- Richard Bodnar    rbodnar@rksllp.com
- Melissa Boey    melissa.boey@morganlewis.com
- Paige Boldt    pboldt@wattsguerra.com, cwilson@wattsguerra.com
- Jason Borg    jborg@jasonborglaw.com
- Evan C. Borges    eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- Mark Bostick    mbostick@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com
- James L. Bothwell    jbothwell@huengeninkahn.com, jguzman@hueninkahn.com
- Peter R. Boutin    peter.boutin@kyl.com, lara.joel@kyl.com
- Erin N. Brady    erin.brady@hoganlovells.com
- Lee Brand    lee.brand@pillsburylaw.com, docket@pillsburylaw.com
- Gregory A. Bray    gbray@milbank.com
- Michael D. Breslauer    mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Chane Buck    cbuck@jonesday.com
- Kathlene Burke    kathlene.burke@skadden.com, burke.kathlene@gmail.com
- Frank Busch    busch@wvbrlaw.com, pallister@wvbrlaw.com
- Elizabeth J. Cabraser    ecabraser@lchb.com, awolf@lchb.com
- Anthony P. Cali    anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- Peter C. Califano    pcalifano@cwclaw.com
- Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com

- Leah E. Capritta    Leah.Capritta@hklaw.com, reena.kaur@hklaw.com
- Nicholas A. Carlin    nac@phillaw.com, rac@phillaw.com
- Katherine Rose Catanese    kcatanese@foley.com
- Matthew Cave    mcave@kfc.law
- Barry A. Chatz    barry.chatz@saul.com, barry.chatz@gmail.com
- Karen J. Chedister    kchedister@h-jlaw.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin_chen@gmail.com
- Richard A. Chesley    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Kevin Chiu    kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com
- Jacquelyn H. Choi    jacquelyn.choi@rimonlaw.com, docketing@rimonlaw.com
- Shawn M. Christianson    schristianson@buchalter.com
- Robert N.H. Christmas    rchristmas@nixonpeabody.com,
  nyc.managing.clerk@nixonpeabody.com
- Jae Angela Chun    ajc@chun.law, teresa@tosdallaw.com
- Gerard T. Cicero    GCicero@brownrudnick.com, NKhalatova@brownrudnick.com
- Louis J. Cisz    lcisz@nixonpeabody.com
- Valerie E. Clemen    , mcarter@coombslaw.com
- Alicia Clough    aclough@loeb.com
- Tiffany Strelow Cobb    tscobb@vorys.com
- John B. Coffman    john@johncoffman.net
- Kevin G. Collins    kevin.collins@btlaw.com
- Brian S. Conlon    bsc@phillaw.com, rac@phillaw.com
- Charles Cording    ccording@willkie.com, mao@willkie.com
- Manuel Corrales    mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Anne Costin    anne@costinlawfirm.com
- Christopher J. Cox    chris.cox@hoganlovells.com
- Donald H. Cram    dhc@severson.com
- Ashley Vinson Crawford    avcrawford@akingump.com, dkrasa-berstell@akingump.com
- Douglas S. Crosno    douglas.crosno@hoganlovells.com
- Andrea Crowl    acrowl@dbbwc.com
- J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham    , rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis    tambra.curtis@sonoma-county.org, Megan.Sweeley@sonoma-county.org
- Stacy A. Dasaro    sdasaro@goodwinlaw.com
- James M. Davis    jdavis@cglaw.com
- Nicolas De Lancie    ndelancie@jmbm.com
- Judith A. Descalso    , jad_9193@ecf.courtdrive.com
- Andrew G. Devore    andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com
- Erin Elizabeth Dexter    edexter@milbank.com
- Shounak S. Dharap    ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer    kdiemer@diemerwei.com
- Kathryn S. Diemer    kdiemer@diemerwhitman.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Caroline R. Djang    cdjang@buchalter.com, Laurie.Verstegen@bbklaw.com
- Krystal Dong    ykdong@gmail.com
- Jonathan R. Doolittle    jonathan.doolittle@pillsburylaw.com
- Jonathan R. Doolittle    jdoolittle@reedsmith.com
- Jennifer V. Doran    jdoran@hinckleyallen.com

3

- Dustin M. Dow    ddow@bakerlaw.com, jmcguigan@bakerlaw.com
- Jamie P. Dreher    jdreher@downeybrand.com
- Todd Dressel    tdressel@mcguirewoods.com, jtabisaura@mcguirewoods.com
- Geoffrey B. Dryvynsyde    gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
- Jeffrey Aaron Dubbin    jdubbin@labaton.com, echan-lee@labaton.com
- Matthew Ducharme    matthew.ducharme@hoganlovells.com, tracy.southwell@hoganlovells.com
- Cecily Ann Dumas    cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- Dennis F. Dunne    cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne    ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Luke N. Eaton    eatonl@pepperlaw.com, monugiac@pepperlaw.com
- Daniel G. Egan    daniel.egan@ropesgray.com, nova.alindogan@ropesgray.com
- Joseph A. Eisenberg    JAE1900@yahoo.com
- Michele Ellison    mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- David Emerzian    , Melany.Hertel@mccormickbarstow.com
- G. Larry Engel    larry@engeladvice.com
- Krista M. Enns    kenns@beneschlaw.com
- Scott Esbin    sesbin@esbinalter.com
- Joseph M. Esmont    jesmont@bakerlaw.com
- Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- Richard W. Esterkin    richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- Michael S. Etkin    metkin@lowenstein.com
- Jacob M. Faircloth    jacob@bfolegal.com
- Brett D. Fallon    bfallon@morrisjames.com, wweller@morrisjames.com
- Michael C. Fallon    , manders@fallonlaw.net
- Joana Fang    jf@kbklawyers.com, icd@kbklawyers.com
- Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
- David M. Feldman    DFeldman@gibsondunn.com
- Matthew A. Feldman    mfeldman@willkie.com
- Jennifer Feldsher    jennifer.feldsher@morganlewis.com
- Mark E. Felger    mfelger@cozen.com
- James J. Ficenec    James.Ficenec@ndlf.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman    kfineman@fhlawllp.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Timothy M. Flaherty    tflaherty@mpplaw.com
- Daniel I. Forman    dforman@willkie.com
- Matthew Hampton Foushee    hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick    cfrederick@prklaw.com
- Peter Friedman    pfriedman@omm.com
- Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Lars H. Fuller    lfuller@bakerlaw.com
- Thomas M. Gaa    tgaa@bbslaw.com
- Larry W. Gabriel    , nfields@bg.law
- Gregg M. Galardi    gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com
- Craig Solomon Ganz    ganzc@ballardspahr.com, hartt@ballardspahr.com

4

1 • Jeffrey K. Garfinkle    jgarfinkle@buchalter.com
2 • Oscar Garza    ogarza@thegarzafirm.com
  • Lisa S. Gast    lsg@dwgp.com, lmk@dwgp.com
3 • Paul R. Gaus    pgaus@downeybrand.com
  • Duane M. Geck    dmg@severson.com
4 • Evelina Gentry    evelina.gentry@akerman.com
  • Janet D. Gertz    jgertz@btlaw.com
5 • Christopher Gessner    cgessner@akingump.com, NYMCO@akingump.com
6 • R. Dale Ginter    dginter@downeybrand.com
  • Jon T. Givens    givensjt@gmail.com, cwilson@wattsguerra.com
7 • Barry S. Glaser    bglaser@salvatoboufadel.com
  • Paul R. Glassman    pglassman@sycr.com
8 • Gabriel I. Glazer    gglazer@pszjlaw.com
  • Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
9 • Jaime Godin    Jtouchstone@fddcm.com
  • Matthew A. Gold    courts@argopartners.net
10 • Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
11 • Craig Goldblatt    Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com
  • Amy L. Goldman    goldman@lbbslaw.com
12 • Eric S. Goldstein    egoldstein@goodwin.com
13 • Rhonda Stewart Goldstein    Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
  • Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
14 • Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com
  • Eric R. Goodman    egoodman@bakerlaw.com
15 • Michael R. Goodstein    mgoodstein@baileycav.com
16 • Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutinjones.com
  • Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutinjones.com
17 • Michael I. Gottfried    mgottfried@elkinskalt.com, AAburto@elkinskalt.com
  • Louis Gottlieb    Lgottlieb@labaton.com, mpenrhyn@labaton.com
18 • Elizabeth Graham    egraham@gelaw.com
19 • Eric A. Grasberger    eric.grasberger@stoel.com, docketclerk@stoel.com
  • Debra I. Grassgreen    , hphan@pszjlaw.com
20 • Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
  • Eric A. Gravink    eric@rhrc.net
21 • Elizabeth A. Green    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
  • Tracy Green    tgreen@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com
22 • Mitchell B. Greenberg    mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
  • Brian Gregory    b.gregory@veenfirm.com, EL.Team@Veenfirm.com
23 • Susan Sieger Grimm    SSieger-Grimm@brownrudnick.com,
  NKhalatova@brownrudnick.com
24 • Matthew W. Grimshaw    matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com
25 • Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
  • Carl L. Grumer    cgrumer@manatt.com, mchung@manatt.com
26 • David Matthew Guess    dguess@buchalter.com
  • Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com
27 • Lloyd C. Guintivano    anitag@co.lake.ca.us, lloydg@co.lake.ca.us
  • Cameron M. Gulden    cameron.m.gulden@usdoj.gov
28 • Mirco J. Haag    mhaag@buchalter.com, dcyrankowski@buchalter.com
  • Laurie Hager    lhager@sussmanshank.com

5

- J. Noah Hagey    hagey@braunhagey.com, tong@braunhagey.com
- Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com
- Michael Hampson    mhampson@rksllp.com
- Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com
- Jay Harker    jharker@clausen.com, mgenova@clausen.com
- Joseph George Harraka    jgharraka@becker.legal
- Adam C. Harris    adam.harris@srz.com
- Robert G. Harris    rob@bindermalter.com
- Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Jennifer C. Hayes    jhayes@fhlawllp.com
- Geoffrey A. Heaton    gheaton@duanemorris.com, dmicros@duanemorris.com
- Michael C. Hefter    michael.hefter@hoganlovells.com, tracy.southwell@hoganlovells.com
- Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com
- Matthew Henderson    matthew.henderson@msrlegal.com, karen.wigylus@msrlegal.com
- Samy Saad Henein    samyhenein@aol.com, mh@suppalaw.com
- Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com
- Matthew Heyn    matthew.heyn@doj.ca.gov
- Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- James P. Hill    hill@sullivanhill.com, bkstaff@sullivanhill.com
- Morgan R. Hirst    mhirst@jonesday.com, mmelvin@jonesday.com
- Michael R. Hogue    hoguem@gtlaw.com, navarrom@gtlaw.com
- David Holtzman    david.holtzman@hklaw.com
- Alexandra S. Horwitz    allie.horwitz@dinsmore.com
- Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com
- Linda Wendell Hsu    lhsu@selmanlaw.com, psmith@selmanlaw.com
- Shane Huang    shane.huang@usdoj.gov
- Brian D. Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com
- Kelly L. Huey    khuey@burkeandkesslerlaw.com
- Christopher Hughes    chughes@nossaman.com
- Jonathan Hughes    , jane.rustice@aporter.com
- Edward R. Huguenin    ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
- Michael A. Isaacs    misaacs@rinconlawllp.com, aworthing@rinconlawllp.com
- Mark V. Isola    misola@brotherssmithlaw.com
- J. Eric Ivester    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester    , Andrea.Bates@skadden.com
- Lawrence A. Jacobson    laj@cohenandjacobson.com, mcycle48@gmail.com
- Kizzy L. Jarashow    KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com
- Ivan C. Jen    ivan@icjenlaw.com
- Amanda Jereige    AJereige@winston.com, amanda-jereige-5954@ecf.pacerpro.com
- Monique Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- James O. Johnston    jjohnston@jonesday.com
- Chris Johnstone    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Andrew Jones    andrew@ajoneslaw.com
- Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com
- John L. Jones    JJones@chwlaw.us, JLJones2@outlook.com
- Robert A. Julian    rjulian@bakerlaw.com, hhammonturano@bakerlaw.com
- George H. Kalikman    , sdavenport@schnader.com
- Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com

6

- Bonnie E. Kane     bonnie@thekanelawfirm.com, skane@thekanelawfirm.com
- Eve H. Karasik     ehk@lnbyb.com
- Michael G. Kasolas     trustee@kasolas.net, ecf.alert+Kasolas@titlexi.com
- Elyssa S. Kates     ekates@bakerlaw.com
- Ori Katz     okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- William M. Kaufman     wkaufman@smwb.com, eschneider@smwb.com
- Jane G. Kearl     jkearl@watttieder.com, jbenton@watttieder.com
- Tobias S. Keller     tkeller@kbkllp.com
- Lynette C. Kelly     ustpregion17.oa.ecf@usdoj.gov
- Sarah Elisabeth Kelly-Kilgore     skellykilgore@ggtriallaw.com, dvultaggio@ggtriallaw.com
- Matthew K. Kelsey     mkelsey@gibsondunn.com
- Gerald P. Kennedy     gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
- Erica L. Kerman     ekerman@willkie.com
- Samuel A. Khalil     skhalil@milbank.com, jbrewster@milbank.com
- Samuel M. Kidder     skidder@ktbslaw.com
- Marc Kieselstein     , carrie.oppenheim@kirkland.com
- Jane Kim     jkim@kbkllp.com
- Mary H. Kim     Mary.Kim@dechert.com, brett.stone@dechert.com
- Susan E. Kirkgaard     , carlyn.jorgensen@bullivant.com
- Kody D. L. Kleber     kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- Matthew Ryan Klinger     mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- Bradley C. Knapp     bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- Kelly V. Knight     kelly.knight@srz.com
- Lydia Vanessa Ko     Lvko@stonelawoffice.com
- Thomas F. Koegel     tkoegel@crowell.com
- Katherine Kohn     kkohn@groom.com, ashahinllari@groom.com
- Andy S. Kong     kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Anna Kordas     akordas@jonesday.com, mmelvin@jonesday.com
- Alan W. Kornberg     , akornberg@paulweiss.com
- Bernard Kornberg     bernard.kornberg@practus.com
- David I. Kornbluh     dkombluh@venturahersey.com, jpatterson@venturahersey.com
- Lauren Kramer     lkramer@rjo.com
- Marc Kramer     mkramer@rksllp.com
- Jeffrey C. Krause     jkrause@gibsondunn.com
- Thomas R. Kreller     tkreller@milbank.com
- Lindsey E. Kress     lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser     hkreuser@porterlaw.com, ooberg@porterlaw.com
- Kevin Kroll     kkroll@kfc.law
- Michael Thomas Krueger     michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Marek P. Krzyzowski     MKrzyzowski@brownrudnick.com, SCalderon@brownrudnick.com
- Robert T. Kugler     robert.kugler@stinson.com
- Duane Kumagai     dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com
- Brendan M. Kunkle     bkunkle@abbeylaw.com, lmeyer@abbeylaw.com
- Alisa C. Lacey     alisa.lacey@stinson.com, karen.graves@stinson.com
- Timothy S. Laffredi     timothy.s.laffredi@usdoj.gov
- Timothy S. Laffredi     timothy.s.laffredi@usdoj.gov
- Richard A. Lapping     rich@trodellalapping.com
- Omeed Latifi     olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- John E. Lattin     jlattin@ostergar.com, cslovenec@ostergar.com

CERTIFICATE OF SERVICE

1
- Paul J. Laurin    plaurin@btlaw.com, slmoore@btlaw.com
2
- Michael Lauter    mlauter@sheppardmullin.com
- Kenneth T. Law    klaw@bbslaw.com
3
- Francis J. Lawall    francis.lawall@troutman.com, susan.henry@troutman.com
- Andrew Michael Leblanc    ALeblanc@milbank.com
4
- Erica Lee    Erica.Lee@doj.ca.gov
- Scott Lee    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
5
- Paul J. Leeds    Pleeds@fsl.law
6
- Edward J. Leen    eleen@mkbllp.com
- Lisa Lenherr    llenherr@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com
7
- Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch    bletsch@braytonlaw.com
8
- David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin    alevin@wcghlaw.com
9
- Emily Sarah Levin    elevin@levinlawgroupplc.com
10
- David Levine    dnl@groom.com
- Marc A. Levinson    Malevinson@orrick.com, casestream@ecf.courtdrive.com
11
- Dara Levinson Silveira    dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com
- Alexander James Demitro Lewicki    kdiemer@diemerwei.com
12
- Alexander James Demitro Lewicki    alewicki@diemerwei.com
13
- Lauren Lifland    lauren.lifland@wilmerhale.com, whdocketing@wilmerhale.com
- William S. Lisa    , jcaruso@nixonpeabody.com
14
- William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb    jon.loeb@bingham.com
15
- Michael B. Lubic    michael.lubic@klgates.com
- John William Lucas    , ocarpio@pszjlaw.com
16
- Joseph R. Lucia    PersonalInjuryGroup@RLSlawyers.com
- Jane Luciano    jane-luciano@comcast.net
17
- Kerri Lyman    klyman@irell.com, #-FirmPSDocketing@Steptoe.com
18
- John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
19
- Iain A. Macdonald    imac@macfern.com, 6824376420@filings.docketbird.com
- Malcolm A. Mackenzie    mmackenzie@coombslaw.com, vclemen@coombslaw.com
20
- Tracy L. Mainguy    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
21
- Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
22
- Katharine Malone    malonek@gtlaw.com
23
- Liam K. Malone    malone@oles.com, shahin@oles.com
- Michael W. Malter    michael@bindermalter.com
24
- Ankur Mandhania    amandhania@mayerbrown.com
- Craig Margulies    cmargulies@margulies-law.com, lsalazar@margulies-law.com
25
- Geoffrey E. Marr    gemarr59@hotmail.com
- Richard A. Marshack    rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com
26
- Catherine Martin    cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- Laila Masud    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com
27
- David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
28
- Patrick C. Maxcy    patrick.maxcy@snrdenton.com
- Simon Richard Mayer    simon.mayer@lockelord.com, Rellis@lockelord.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- James J. Mazza    james.mazza@skadden.com, wendy.lamanna@skadden.com
- Benjamin P. McCallen    bmccallen@willkie.com
- C. Luckey McDowell    luckey.mcdowell@shearman.com
- Matthew D. McGill    MMcGill@gibsondunn.com
- Melissa C. McLaughlin    mcmclaughlin@venable.com, ataylor@venable.com
- Edward Joseph McNeilly    edward.mcneilly@hoganlovells.com, verbon.davenport@hoganlovells.com
- Scott H. McNutt    SMcNutt@ml-sf.com, csnell@ml-sf.com
- Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo    peter@pmrklaw.com
- Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com
- Jennifer L. Mersing    jennifer.mersing@stoel.com, lisa.petras@stoel.com
- Joshua M. Mester    jmester@jonesday.com
- Matthew D. Metzger    belvederelegalecf@gmail.com, 8450177420@filings.docketbird.com
- Merle C. Meyers    mmeyers@mlg-pc.com
- Randy Michelson    randy.michelson@michelsonlawgroup.com
- Gerardo Mijares-Shafai    Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com
- Joel S. Miliband    jmiliband@brownrudnick.com
- John W. Mills    jmills@joneswalker.com
- Joseph G. Minias    jminias@willkie.com
- M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Benjamin Mintz    benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com
- Nancy Mitchell    nmitchell@omm.com
- Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Aaron J. Mohamed    ajm@brereton.law, aaronmohamedlaw@gmail.com
- Kevin Montee    kmontee@monteeassociates.com
- Christopher D. Moon    chris@moonlawapc.com, kevin@moonlawapc.com
- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com
- Candace J. Morey    cjm@cpuc.ca.gov
- Courtney L. Morgan    morgan.courtney@pbgc.gov
- Richard Morin    , 6863427420@filings.docketbird.com
- Kimberly S. Morris    kmorris@bakerlaw.com, hhammonturano@bakerlaw.com
- Rodney Allen Morris    Rodney.Morris2@usdoj.gov
- Joshua D. Morse    Joshua.Morse@dlapiper.com, docket@pillsburylaw.com
- Andrew H. Morton    andrew.morton@stoel.com, lisa.petras@stoel.com
- Thomas G. Mouzes    tmouzes@boutininc.com
- Thomas G. Mouzes    tmouzes@boutinjones.com
- Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- John Leland Murphree    LMurphree@maynardcooper.com, mshabpareh@maynardcooper.com
- Bennett J. Murphy    bmurphy@bennettmurphylaw.com
- Julie M. Murphy    jmmurphy@stradley.com
- Michael S. Myers    myersm@ballardspahr.com
- David L. Neale    dln@lnbyg.com
- David Neier    dneier@winston.com

9

1  • Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com
2  • Michael S. Neumeister    MNeumeister@gibsondunn.com
   • Howard S. Nevins    hnevins@hsmlaw.com
3  • Samuel A. Newman    sam.newman@sidley.com, laefilingnotice@sidley.com
   • Melissa T. Ngo    harris.melissa@pbgc.gov, efile@pbgc.gov
4  • Mario R. Nicholas    mario.nicholas@stoel.com, ana.trask@stoel.com
   • Sean Nolan    snolan@akingump.com, NYMCO@akingump.com
5  • Gregory C. Nuti    chart@nutihart.com, nwhite@nutihart.com
6  • Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com
   • Alicia D. O'Neill    aoneill@wattsguerra.com, cwilson@wattsguerra.com
7  • Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com
   • Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
8  • Aron M. Oliner    roliner@duanemorris.com, dmicros@duanemorris.com
   • Matthew Jon Olson    matt@macfern.com, stell.laura@dorsey.com
9  • Scott Olson    scott.olson@bclplaw.com
   • Steven M. Olson    steve@bfolegal.com
10 • Aram Ordubegian    Ordubegian.Aram@ArentFox.com
11 • Jose Antonio Ortiz    aortiz@jhwclaw.com
   • Keith C. Owens    kowens@foxrothschild.com, bclark@venable.com
12 • Gabriel Ozel    , gabeozel@gmail.com
   • Amy S. Park    amy.park@skadden.com
13 • Marissa Parker    mparker@stradley.com
14 • Donna Taylor Parkinson    donna@parkinsonphinney.com
   • Peter S. Partee    ppartee@huntonak.com, candonian@huntonak.com
15 • Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, docket@ffwplaw.com
   • Kenneth Pasquale    , mlaskowski@stroock.com
16 • Dow Wakefield Patten    dow@forthrightlaw.com
   • Larry Allan Peluso    pelusolaw@gmail.com, firm@pelusolaw.net
17 • Valerie Bantner Peo    vbantnerpeo@buchalter.com
18 • Yosef Peretz    , skim@peretzlaw.com
   • Christian A Pereyda    cpereyda@maynardcooper.com
19 • Thomas R. Phinney    tom@parkinsonphinney.com
   • R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
20 • M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com
   • Estela O. Pino    epino@epinolaw.com, rmahal@epinolaw.com
21 • Gregory Plaskett    GREGORY.PLASKETT@GMAIL.COM
22 • Mark D. Plevin    mplevin@crowell.com
   • Steven G. Polard    spolard@eisnerlaw.com, calendar-lao@ropers.com
23 • Mark D. Poniatowski    ponlaw@ponlaw.com
   • Cara M. Porter    cara.porter@doj.ca.gov, rachel.patu@doj.ca.gov
24 • Christopher E. Prince    cprince@lesnickprince.com
   • Douglas B. Provencher    dbp@provlaw.com
25 • Amy C. Quartarolo    amy.quartarolo@lw.com
26 • Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com
   • Justin E. Rawlins    justinrawlins@paulhastings.com
27 • Hugh M. Ray    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
   • Paul F. Ready    smeyer@farmerandready.com
28 • Caroline A. Reckler    caroline.reckler@lw.com
   • David M. Reeder    david@reederlaw.com, secretary@reederlaw.com

**CERTIFICATE OF SERVICE**

- Scott Reents    sreents@cravath.com
- Steven J. Reisman    sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner    jreisner@irell.com, #-FirmPSDocketing@Steptoe.com
- Jack A. Reitman    , srichmond@lgbfirm.com
- Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- David J. Richardson    drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
- Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- David B. Rivkin    drivkin@bakerlaw.com, jmeeks@bakerlaw.com
- John R. Rizzardi    kcoselman@cairncross.com, tnguyen@cairncross.com
- Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov
- Michael Rogers    mrogers@lambertrogers.com, jan@lambertrogers.com
- Lawrence M. Rolnick    lrolnick@rksllp.com
- Christina Anne Romak    christina.romak@bakerbotts.com
- Jorian L. Rose    jrose@bakerlaw.com
- Laurence M. Rosen    lrosen@rosenlegal.com, zstanco@rosenlegal.com
- Paul M. Rosenblatt    prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- David A. Rosenzweig    david.rosenzweig@nortonrosefulbright.com
- Jay M. Ross    jross@hopkinscarley.com, nsvoboda@hopkinscarley.com
- Gregory A. Rougeau    grougeau@brlawsf.com
- Jason C. Rubinstein    jrubinstein@fklaw.com, mclerk@fklaw.com
- Nathan Q. Rugg    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp    trupp@kbkllp.com
- Steven B. Sacks    ssacks@sackslawoffice.com
- Eric E. Sagerman    esagerman@bakerlaw.com
- Robert Sahyan    rsahyan@sheppardmullin.com, lsegura@sheppardmullin.com
- Gregory M. Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- Jonathan C. Sanders    jsanders@stblaw.com
- Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com
- Lovee Sarenas    Lovee.sarenas@lewisbrisbois.com
- Brandy A. Sargent    brandy.sargent@klgates.com, docketclerk@stoel.com
- Patricia Savage    psavesq@gmail.com, jodi.savage@gmail.com
- Caroline A.H. Sayers    caroline.sayers@lathropgpm.com, patricia.johnson@lathropgpm.com
- Sblend A. Sblendorio    sas@hogefenton.com
- Francis O. Scarpulla    fos@scarpullalaw.com, cpc@scarpullalaw.com
- Daren M Schlecter    daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider    bschneider@kbkfirm.com
- Harvey S. Schochet    Harveyschochet@dwt.com
- Nathan A. Schultz    nschultzesq@gmail.com, kjarashow@goodwinlaw.com
- Lisa Schweitzer    lschweitzer@cgsh.com
- Eric J. Seiler    eseiler@fklaw.com, mclerk@fklaw.com
- Jonathan A. Shapiro    JShapiro@goodwinlaw.com
- Robin D Shofner    shofner@mobolaw.com
- Leonard M. Shulman    lshulman@shbllp.com
- Andrew I. Silfen    andrew.silfen@arentfox.com
- Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Brandt Silver-Korn    bsilverkorn@edelson.com, docket@edelson.com
- Craig S. Simon    csimon@bergerkahn.com, aketcher@bergerkahn.com
- Gerald Singleton    gerald@slffirm.com, BKECFCANB@SLFfirm.com

11

CERTIFICATE OF SERVICE

1

- Steven J. Skikos    sskikos@skikos.com, mmontoya@skikos.com
2
- Michael K. Slattery    mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
3
- Jennifer N. Slocum    jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com
4
- Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol    jdsokol@lawssl.com
5
- Daniel Solish    cocolaw@stancounty.com, solishd@stancounty.com
6
- Randye B. Soref    rsoref@polsinelli.com, ccripe@polsinelli.com
- Joseph Sorkin    jsorkin@akingump.com, NYMCO@akingump.com
7
- Michael St. James    ecf@stjames-law.com
- Diane C. Stanfield    diane.stanfield@alston.com, nelly.villaneda@alston.com
8
- Howard J. Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
9
- Lillian G. Stenfeldt    lillian.stenfeldt@rimonlaw.com, docketing@rimonlaw.com
10
- Cheryl L. Stengel    clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern    dstern@ktbslaw.com
11
- Geoffrey S. Stewart    gstewart@jonesday.com, mmelvin@jonesday.com
- Alan J. Stone    AStone@milbank.com, DMcCracken@Milbank.com
12
- Jason D. Strabo    jstrabo@mwe.com
- Michael H. Strub    mstrub@ggtriallaw.com, mhstrub1@gmail.com
13
- Rebecca Suarez    rsuarez@crowell.com
14
- Brad T. Summers    , docketing-pdx@lanepowell.com
- Karin Swope    kswope@cpmlegal.com
15
- Kristine Theodesia Takvoryan    ktakvoryan@ckrlaw.com
- Kesha Tanabe    kesha@tanabelaw.com
16
- Mary Ellmann Tang    mtang@frenchlyontang.com, nfears@frenchlyontang.com
- Dante Taylor    dtaylor@lbbklaw.com
17
- Elizabeth Lee Thompson    ethompson@stites.com, docketclerk@stites.com
18
- John C. Thornton    jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Elisa Tolentino    cao.main@sanjoseca.gov
19
- Meagan S. Tom    meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward J. Tredinnick    etredinnick@foxrothschild.com
20
- Matthew Jordan Troy    matthew.troy@usdoj.gov
21
- Rocky C. Tsai    rocky.tsai@ropesgray.com, matthew.haut@ropesgray.com
- Michael Tye    Michael.Tye@usdoj.gov
22
- Gary D. Underdahl    gunderdahl@askllp.com, lmiskowiec@askllp.com
- Andrew Van Ornum    avanornum@vlmglaw.com, hchea@vlmglaw.com
23
- Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
24
- Marta Villacorta    marta.villacorta@usdoj.gov
25
- Carol C. Villegas    cvillegas@labaton.com, NDonlon@labaton.com
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
26
- Bao M. Vu    bao.vu@stoel.com, sharon.witkin@stoel.com
- Nicholas Wagner    kschemen@wagnerjones.com, bwagner@wagnerjones.com
27
- Jonathan D. Waisnor    jwaisnor@willkie.com, mao@willkie.com
- Rachel M. Walsh    rwalsh@goodwinlaw.com, tsutton@goodwinlaw.com
28
- Riley C. Walter    galfano@wjhattorneys.com
- Phillip K. Wang    phillip.wang@rimonlaw.com

12

- Samuel M. Ward    sward@barrack.com, cfessia@barrack.com
- Philip S. Warden    philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- Gregory P. Waters    gwaters@elllaw.com, gregorywatersesq@gmail.com
- Guy L. Watts    gwatts@wattsguerra.com, cwilson@wattsguerra.com
- Mikal C. Watts    mcwatts@wattsguerra.com, cwilson@wattsguerra.com
- Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com
- Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com
- Todd J. Wenzel    todd@wenzellawoffices.com
- Meredith Werner    meredith.werner@clydeco.us
- David Walter Wessel    DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Joseph West    westjoseph@earthlink.net, josephw998@gmail.com
- Drew M. Widders    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Jason P. Williams    , maryanne@wplgattorneys.com
- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, diana.cardenas@nortonrosefulbright.com
- David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans    rwitthans@fhlawllp.com
- Keith H. Wofford    keith.wofford@ropesgray.com, nova.alindogan@ropesgray.com
- Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Douglas Wolfe    asm@asmcapital.com
- Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher Kwan Shek Wong    christopher.wong@arentfox.com
- David A. Wood    dwood@marshackhays.com, lbuchanan@marshackhays.com
- Kirsten A. Worley    worleyk@higgslaw.com, admin@wlawcorp.com
- Kinga Wright    kinga.wright@lockelord.com, autodocket@lockelord.com
- Antonio Yanez    ayanez@willkie.com
- Cathy Yanni    cathy@cathyyanni.com, pstrunk@browngreer.com
- Andrew Yaphe    andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
- Stephanie Yee    syee@janglit.com, klockwood@janglit.com
- Tacie H. Yoon    tyoon@crowell.com
- Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com
- Eric G. Young    eyoung@dcalaw.com, Jackie@dcalaw.com
- Nicole M. Zeiss    nzeiss@labaton.com
- Paul H. Zumbro    mao@cravath.com
- Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com

## SERVED BY MANUAL NOTICE LIST

**William B. Abrams**
1519 Branch Owl Pl.
Santa Rosa, CA 95409

**Carolyn Acosta**
11163 W. Carriage Hill Ct.
Nampa, ID 83686

**William L. Adams**
Merrill, Arnone & Jones, LLP
3554 Round Barn Blvd., #303
Santa Rosa, CA 95403

**David P. Addington**
298 Saint James D
Piedmont, CA 94611

13
CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | **Max Africk**<br>Weil, Gotshal & Manges LLP | **Avenue Strategic Opportunities Fund, LP**<br>Attn: David Leinwand |
| 2 | 767 Fifth Avenue<br>New York, NY 10153 | 11 West 42nd Street 9th Floor<br>New York, NY 10036 |
| 3 | | |
| 4 | **Arocles Aguilar**<br>California Public Utilities Commission | **BG Subrogation Partners I-A, L.L.C.**<br>The Baupost Group, L.L.C. |
| 5 | 505 Van Ness Ave.<br>San Francisco, CA 94102 | 10 St. James Avenue<br>17th Floor |
| 6 | **Robert Albery** | Attn: Frederick H. Fogel<br>Boston, MA 02116 |
| 7 | Associate General Counsel<br>Jacobs Engineering<br>9191 South Jamaica St. | **Khaldoun A. Baghdadi** |
| 8 | Englewood, CO 80112 | Walkup, Melodia, Kelly and Schoenberger<br>650 California St. 26th Fl. |
| 9 | **Mary E. Alexander**<br>Mary Alexander & Associates, P.C. | San Francisco, CA 94108 |
| 10 | 44 Montgomery St., #1303<br>San Francisco, CA 94104 | **Todd M. Bailey**<br>California Franchise Tax Board |
| 11 | **Mark A. Angelov** | P.O.Box 1720, M.S. A-260<br>Rancho Cordova, CA 95741-1720 |
| 12 | Arent Fox LLP<br>1301 Avenue of the Americas, 42nd Fl. | **Rafey S. Balabanian** |
| 13 | New York, NY 10019 | Edelson PC<br>150 California St., #18th Fl. |
| 14 | **Yelena Archiyan**<br>Akerman LLP | San Francisco, CA 94111 |
| 15 | 2001 Ross Ave., #3600<br>Dallas, TX 75201 | **Bret Banducci**<br>1958 Ridgewood Dr. |
| 16 | **Paul S. Aronzon** | 6363 Parris Ln<br>Eureka, CA 95503 |
| 17 | Milbank LLP<br>2029 Century Park East, 33rd Fl | **Mark I. Bane** |
| 18 | Los Angeles, CA 90067 | Ropes & Gray LLP<br>1211 Avenue of the Americas |
| 19 | **Paul S. Aronzon**<br>Milbank LLP | New York, NY 10036-8704 |
| 20 | 2029 Century Park East, 33rd Fl.<br>Los Angeles, CA 90067 | **Daniel E. Barenbaum**<br>Berman Tabacco |
| 21 | **Deborah J. Astrin** | 44 Montgomery St., #650<br>San Francisco, CA 94104 |
| 22 | 8528 Lakewood Ave.<br>Cotati, CA 94931 | **Michael J. Barrie** |
| 23 | | Benesch, Friedlander, Coplan et LLP<br>222 Delaware Ave., #801 |
| 24 | **Norman R. Astrin**<br>8528 Lakewood Avenue | Wilmington, DE 19801 |
| 25 | Cotati, CA 94931 | **Mary Jo Barry** |
| 26 | **Paul G. Attard**<br>296 Camino Sobrante | Kaufman Dolowich Voluck LLP<br>425 California St. #2100 |
| 27 | Orinda, CA 94563 | San Francisco, CA 94104 |
| 28 | **Tamara L. Attard**<br>296 Camino Sobrante<br>Orinda, CA 94563 | |

CERTIFICATE OF SERVICE

Case: 19-30088    Doc# 12699    Filed: 08/11/22    Entered: 08/11/22 10:07:46    Page 16
of 42

| | |
|---|---|
| **Bryan E. Bates**<br>Parker, Hudson, Rainer & Dobbs, LLP<br>303 Peachtree Street, Suite 3600<br>Atlanta, GA 30308 | **Joshua B. Bevitz**<br>Newmeyer & Dillion LLP<br>1333 N. California Blvd. #600<br>Walnut Creek, CA 94596 |
| **Robert Bean BSN, PHN, RN**<br>5049 Russell Drive<br>Paradise, CA 95969 | **Martin J. Bienenstock**<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036 |
| **Xavier Becerra**<br>Office of the Attorney General<br>1515 Clay St., 20th Fl.<br>P.O. Box 70550<br>Oakland, CA 94612-0550 | **Philip Blanchard**<br>Rutan & Tucker, LLP<br>18575 Jamboree Rd., 9th Fl<br>Irvine, CA 92612 |
| **Carolynn K. Beck**<br>Pierce Bainbridge Beck Price & Hecht LLP<br>355 South Grand Ave., 4400<br>Los Angeles, CA 90071 | **Todd Blischke**<br>Williams Kastner<br>601 Union St., #4100<br>Seattle, WA 98101 |
| **Jerome M. Behrens**<br>Lozano Smith<br>7404 N. Spalding Ave.<br>Fresno, CA 93720 | **Abigail D. Blodgett**<br>Cochett, Pitre & McCarthy, LLP<br>San Francisco Airport Office Center<br>840 Malcolm Rd., Suite 200<br>Burlingame, CA 94010 |
| **Christopher R. Belmonte**<br>Duane Morris LLP<br>230 Park Ave., #1130<br>New York, NY 10169 | **Kimberly Blowney**<br>36816 Hilview Road<br>Hinkley, CA 92347 |
| **James T. Bentley**<br>Schulte Roth & Zabel LLP<br>919 3rd Ave.<br>New York, NY 10022 | **Carolyn Bolin**<br>36310 Lenwood Road<br>Hinkley, CA 92347 |
| **Timothy Bergam**<br>813 Fairfax Dr.<br>Salinas, CA 93901 | **William Bolin**<br>36310 Lenwood Road<br>Hinkley, CA 92347 |
| **Sandra Berger**<br>230 East 15th St. #5D<br>New York, NY 10003 | **Robert M. Bone**<br>Law Offices of Robert M. Bone<br>645 Fourth St., #205<br>Santa Rosa, CA 95404 |
| **Steven M. Berki**<br>Corey, Luzaich, De Ghetaldi & Riddle LLP<br>700 El Camino Real<br>P.O. Box 669<br>Millbrae, CA 94030-0669 | **Pamela A. Bosswick**<br>Duane Morris LLP<br>230 Park Ave., #1130<br>New York, NY 10169 |
| | **Kevin Bostel**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| **David H. Botter**<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036 | **Beth M. Brownstein**<br>Arent Fox LLP<br>1301 Avenue of the Americas, 42nd Fl.<br>New York, NY 10019 |
| **Francis A. Bottini**<br>Bottini & Bottini, Inc.<br>7817 Ivanhoe Ave. #102<br>La Jolla, CA 92037 | **Bob B. Bruner**<br>Norton Rose Fulbright US LLP<br>1301 McKinney #5100<br>Houston, TX 77010 |
| **Bradford Capital Management, LLC**<br>1051 Bloomfield Avenue, Suite 10<br>Clifton, NJ 07012 | **Robert Bryson**<br>Robins Cloud LLP<br>808 Wilshire Boulevard, #450<br>Santa Monica, CA 90401 |
| **Thomas J. Brandi**<br>Law Offices of Thomas J. Brandi<br>345 Pine St. 3rd Fl<br>San Francisco, CA 94104 | **Burnett & Sons Planing Mill and Lumber Co.**<br>Porter Law Group, Inc.<br>7801 Folsom Blvd., Suite 101<br>Sacramento, CA 95826 |
| **Dennis Brawford**<br>2031 Vernon Rd.<br>Lake Stevens, WA 98258 | **Burns & McDonnell Engineering Company, Inc.**<br>9400 Ward Parkway<br>Kansas City, MO 64114 |
| **Ken W. Bray**<br>P.O. Box 897<br>Menlo Park, CA 94026 | |
| **Alan R. Brayton**<br>Law Offices of Brayton and Purcell<br>222 Rush Landing Rd.<br>Novato, CA 94945 | **Michael G. Busenkell**<br>Morris, Nichols, Arsht and Tunnell<br>1201 N Market St.<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 |
| **Allan S. Brilliant**<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY 10036 | **Maurice Brendan Butler**<br>114 South Weed Blvd.<br>Weed, CA 96094 |
| **Lynette Brown**<br>P.O. Box 344<br>Hinkley, CA 92347 | **CHYF, Ltd**<br>427 Bedford Rd<br>#230<br>Pleasantville, NY 10570 |
| **Matthew C. Brown**<br>White & Case LLP<br>Southeast Financial Center<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131-2352 | **JOHN C COX**<br>70 Stony Point Road, Ste A<br>Santa Rosa, CA 95401 |
| **Ronald Brown**<br>42750 Orchard Rd.<br>Hinkley, CA 92347 | **Sam V Cabrera**<br>P.O. Box HD<br>Barstow, CA 92312 |
| **Sandra L. Brown**<br>P.O. Box 192<br>Hinkley, CA 92347 | **California Department of Industrial Relations**<br>Office of the Director<br>455 Golden Gate Avenue<br>Suite 9516<br>SAN FRANCISCO, CA 94102 |

16

CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | **William C. Callaham**<br>Wilcoxen Callaham, LLP<br>2114 K St.<br>Sacramento, CA 95816 | **Amy Caton**<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |

1

2

3 **William C. Callaham**
Wilcoxen Callaham, LLP
4 2114 K St.
Sacramento, CA 95816

5 **Timothy G. Cameron**
Cravath, Swaine & Moore LLP
6 Worldwide Plaza
825 8th Ave.
7 New York, NY 10019

8 **Kevin M. Capuzzi**
Benesch, Friedlander, Coplan et LLP
9 222 Delaware Ave., #801
Wilmington, DE 19801

**Amy Caton**
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

**James Cerda**
2312 Jose Ave.
Santa Rosa, CA 95401

**Certex USA, Inc.**
c/o VonWin Capital Management, LP
261 Fifth Avenue
22nd Floor
New York, NY 10016


**William C. Callaham**
Wilcoxen Callaham, LLP
2114 K St.
Sacramento, CA 95816

**Timothy G. Cameron**
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Ave.
New York, NY 10019

**Kevin M. Capuzzi**
Benesch, Friedlander, Coplan et LLP
222 Delaware Ave., #801
Wilmington, DE 19801

**Eric and Julie Carlson**
P.O. Box 407
Calistoga, CA 94515

**James Carr**
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10078

**Augustin Carrera**
866 Gina Ct.
Upland, CA 91784

**Maritza Carrera**
866 Gina Ct.
Upland, CA 91784

**David S. Casey**
Casey Gerry Schenk Francavilla Blatt &
Penfield, LLP
110 Laurel St.
San Diego, CA 92101

**Eric S. Casher**
Meyers, Nave, Riback, Silver & Wilson
1999 Harrison St., 9th Fl.
Oakland, CA 94612

**John E. Cassinat**
Cassinat Law Corporation
4815 Laguna Park Dr., Suite C
Elk Grove, CA 95758

**Valri and Christian Castleman**
750 Highland Dr.
Boulder Creek, CA 95006

**Amy Caton**
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

**James Cerda**
2312 Jose Ave.
Santa Rosa, CA 95401

**Certex USA, Inc.**
c/o VonWin Capital Management, LP
261 Fifth Avenue
22nd Floor
New York, NY 10016

**L. C. Chappell**
PO Box 1411
Morgan Hill, CA 95037

**Patricia I. Chen**
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600

**Cherokee Debt Acquisition, LLC**
Attn: Vladimir Jelisavcic
1325 Avenue of Americas, 28th Fl.
New York, NY 10019

**Donald Chewning**
463 Wooster Ave Apt D12
San Jose, CA 95116

**Tamara Lee Childs**
1415 N. Local 302 Rd.
Palmer, AK 99645

**Michelle Choi**
Gibson, Dunn & Crutcher LLP
333 South Grand Ave.
Los Angeles, CA 90071

**Robert Christensen**
CNA Coverage Litigation Group BatesCarey
555 12th St. #600
Oakland, CA 94607

**Joel A Christison**
P.O. Box 9048
Alta Loma, CA 91701

**Steve Christopher**
P.O. Box 281
Altaville, CA 95221

CERTIFICATE OF SERVICE

Case: 19-30088    Doc# 12699    Filed: 08/11/22    Entered: 08/11/22 10:07:46    Page 19
of 42

| | |
|---|---|
| **Patricia A. Cirucci** | **Kathryn A. Coleman** |
| Southern California Edison Company | Hughes Hubbard & Reed LLP |
| 2244 Walnut Grove Ave., 3rd Fl. | One Battery Park Plaza |
| Rosemead, CA 91770 | New York, NY 10004 |
| | |
| **CitiGroup Financial Products Inc.** | **Kevin M. Coles** |
| 388 Greenwich Street | Stewart Sokol and Larkin LLC |
| Trading Tower 6th Floo | 2300 SW 1st Ave. #200 |
| New York, NY 10013 | Portland, OR 97201 |
| | |
| **Clarence Dyer & Cohen LLP** | **Commonwealth Annuity and Life Insurance** |
| 899 Ellis St. | **Company** |
| San Francisco, CA 94109 | c/o Irwin B. Schwartz |
| | Bla Schwarts, PC |
| **Brian M. Clarke** | 515 S. Flower Street, 18th Floor |
| Hunton Andrews Kurth LLP | Los Angeles, CA 90071 |
| 200 Park Ave. | |
| New York, NY 10166 | **Alfred C. Constants** |
| | Coughlin Midlige and Garland LLP |
| **Patrick B. Clayton** | 350 Mt. Kemble Ave. |
| Law Offices of Francis O. Scarpulla | P.O. Box 1917 |
| 456 Montgomery St. 17th Fl. | Morristown, NJ 07962 |
| San Francisco, CA 94104 | |
| | **Contrarian Funds, LLC** |
| **Owen Clements** | 411 West Putnam Ave., Ste. 425 |
| San Francisco City Attorneys Office | Greenwich, CT 06830 |
| 1390 Market Street, 7th Floor | |
| San Francisco, CA 94102 | **Cliff Cooper** |
| | 305 Fruitvale Rd. |
| **Alicia Clough** | Vacaville, CA 95688 |
| Loeb & Loeb LLP | |
| 10100 Santa Monica Blvd. #2200 | **Dustin C. Cooper** |
| Los Angeles, CA 90067 | Minasian, Meith, Soares, |
| | Sexton & Cooper, LLP |
| **Cohanzick Management LLC** | 1681 Bird St. |
| 427 Bedford Rd | P.O. Box 1679 |
| #230 | Oroville, CA 95965 |
| Pleasantville, NY 10570 | |
| | **Alison E. Cordova** |
| **Marc Cohen** | Cochett, Pitre & McCarthy, LLP |
| Loeb & Loeb LLP | San Francisco Airport Office Center |
| 10100 Santa Monica Blvd. #2200 | 840 Malcolm Rd., Suite 200 |
| Los Angeles, CA 90067 | Burlingame, CA 94010 |
| | |
| **Marc S. Cohen** | **Corre Horizon Fund, LP** |
| Loeb & Loeb LLP | 12 East 49th Street, Suite 4003 |
| 10100 Santa Monica Blvd., #2200 | New York, NY 10017 |
| Los Angeles, CA 90067 | |
| | **Corre Opportunities II Master Fund, LP** |
| **Michael G. Colantuono** | 12 East 49th Street, Suite 4003 |
| Coloantuono, Highsmith and Whatley, PC | New York, NY 10017 |
| 790 E. Colorado Blvd., #850 | |
| Pasadena, CA 91101-2109 | **Corre Opportunities Qualified Master** |
| | **Fund, LP** |
| | 12 East 49th Street, Suite 4003 |
| | New York, NY 10017 |

Case: 19-30088    Doc# 12699    Filed: 08/11/22    Entered: 08/11/22 10:07:46    Page 20
of 42

Joseph Corrigan
One Federal Street
Boston, MA 02110

Clell Courtney
25595 Ash Rd.
Barstow, CA 92311

Hennie Courtney
25595 Ash Rd.
Barstow, CA 92311

Cowen Special Investments LLC
599 Lexington Avenue, 21st Floor
New York, NY 10022

Blaine R. Cox
Damrell Nelson Schrimp Pallios & Silva
1601 I Street, 5th Fl.
Modesto, CA 95354

Creditor Liquidity LLC
3536 Los Pinos Drive
Santa Barbara, CA 93105

Adam Cronin
101 Hannaford Ct.
Folsom, CA 95630

Leo T. Crowley
31 West 52nd St.
New York, NY 10019

David F. Cutter
CNA Coverage Litigation Group BatesCarey
191 N. Upper Wacker Dr. #2400
Chicago, IL 60606

Ivo G. Daniele
Newmeyer & Dillion LLP
1333 N. California Blvd., #600
Walnut Creek, CA 94596

Michael S. Danko
O'Reilly, Collins and Danko
2500 Sand Hill Rd. #201
Menlo Park, CA 94025

Todd DeGrandmont
302 Palm Ave.
Galt, CA 95632

Lisa Decottignies
c/o Richard H. Levin
Levin Law Group PLC
2615 Forest Avenue, Suite 120
Chico, CA 95928

Terry Decottignies
c/o Richard H. Levin
2615 Forest Avenue, Suite 120
Chico, CA 95928

Laurie A. Deuschel
5120 2nd St.
Rocklin, CA 95677

Shounak S. Dharap
The Arns Law Firm
515 Folsom St
San Francisco, CA 94105

Navi Dhillon
Baker Botts L.L.P.
101 California St., #3600
San Francisco, CA 94111

Susan F. DiCicco
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Scott W. Ditfurth
BEST BEST & KRIEGER LLP
3390 University Ave., 5th Fl.
P.O. Box 1028
Riverside, CA 92502

Ira S. Dizengoff
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Jennifer L. Dodge
2512 Artesia Blvd.
Redondo Beach, CA 90278

Neal P. Donnelly
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019

Ginn M. Doose
c/o P.O. 2310
Clearlake, CA 95422

CERTIFICATE OF SERVICE

William J. Dorsey
Katten Muchin Rosenman LLP
525 West Monroe St.
Chicago, IL 60661-3693

Cindy Sue Downing
P.O. Box 376
Hinkley, CA 92347

Roger Drummond
935 Oakes St.
East Palo Alto, CA 94303

Thomas A. Dubbs
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

Michael Duffy
Peabody and Arnold LLP
600 Atlantic Ave.
Boston, MA 02210

Marcus Duivenvoorden
19490 Draper Rd.
Cottonwood, CA 96022

Andrew Dykens
Arent Fox LLP
1301 Avenue of the Americas, 42nd Fl.
New York, NY 10019

James M. Eaneman
11672 East Arabian Park Dr.
Scottsdale, AZ 85259

Joseph M. Earley
Law Offices of Joseph M. Earley III
2561 California Park Dr., #100
Chico, CA 95928

Matthew R. Eason
Law Offices of Eason and Tambornini
1819 K St. #200
Sacramento, CA 95811

Darren Eastman
21446 Oneda Court
Los Gatos, CA 95033

Kevin M. Eckhardt
Hunton & Williams LLP
101 S. Tryon St, #3500
Charlotte, NC 28280

Cary Economou
Clyde and Co US LLP
4 Embarcadero Center #1350
San Francisco, CA 94111

Epiq Corporate Restructuring, LLC
Attn: PG&E UCC and PG&E TCC
777 Third Ave., 12th Floor
New York, NY 10017

Robert J. Ernst
4500 Viejo Rd.
Carmel, CA 93923

Sander L. Esserman
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan St. #2200
Dallas, TX 75201-2689

Andrew Etringer
145 Dufour St.
Santa Cruz, CA 95060

Fair Harbor Capital, LLC
PO Box 237037
New York, NY 10023

Darwin E. Farrar
The Public Advocates Office
California Public Utilities Commission
505 Van Ness Avenue
San Francisco, CA 94102

Shadi Farzan
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Fl.
San Francisco, CA 94111-4109

Benjamin D. Feder
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10078

Michael S. Feinberg
Michael S. Feinberg, APLC
41911 Fifth St., #300
Temecula, CA 92590

Debra Felder
Orrick, Herrington & Sutcliffe LLP
1152 15th St., NW
Washington, DC 20005

20

| | |
|---|---|
| **Steven H. Felderstein**<br>Felderstein Fitzgerald Willoughby et al<br>500 Capitol Mall #2250<br>Sacramento, CA 95814 | **James P. Frantz**<br>Frantz Law Group, APLC<br>71 Stevenson Building, Suite 400<br>San Francisco, CA 94105 |
| **Jamie J. Fell**<br>Simpson, Thacher & Bartlett LLP<br>425 Lexington Ave.<br>New York, NY 10017 | **Aquilla Frederick**<br>20455 Halstead Road<br>Hinkley, CA 92347 |
| **Maximilian A. Ferullo**<br>Nixon Peabody LLP<br>55 West 46th St.<br>New York, NY 10036 | **Aquilla Fredrick**<br>20455 Halstead Road<br>Hinkley, CA 92347 |
| **Todd K Field**<br>2327 Bartlett St.<br>Oakland, CA 94601 | **Leslie A. Freiman, Esq.**<br>c/o EDP Renewables North America LLC<br>808 Travis, #700<br>Houston, TX 77002 |
| **Tom Findley**<br>36816 Hilview Road<br>Hinkley, CA 92347 | **Brian Anthony Freitas**<br>C/O Katz Law, APC<br>11620 Wilshire Blvd. #900<br>Los Angeles, CA 90025 |
| **Robert Finley**<br>PO Box 549<br>Templeton, CA 93465-0549 | **Fremont Bank**<br>c/o Wm. Thomas Lewis<br>Robertson & Lewis<br>P.O. Box 1257<br>Gilroy, CA 95121-1257 |
| **Michael A. Firestein**<br>Proskauer Rose LLP<br>29 Century Park East, #2400<br>Los Angeles, CA 90067 | **Jared R. Friedmann**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave.<br>New York, NY 10153 |
| **John Fiske**<br>Baron & Budd P.C.<br>3102 Oak Lawn Avenue #1100<br>Dallas, TX 75219 | **Debra J. Frost**<br>432 W Shaw Rd.<br>Elizabeth, IL 61028 |
| **Jeffrey S. Flashman**<br>McGuinness & Associates<br>3858 Carson St., #301<br>Torrance, CA 90503 | **Vinton Frost**<br>391 Ellis St.<br>San Francisco, CA 94102 |
| **Jonathan Forstot**<br>Troutman Sanders LLP<br>875 3rd Ave.<br>New York, NY 10022 | **Steven Fruchter**<br>Arnold & Porter Kaye Scholer LLP<br>250 W 55th St.<br>New York, NY 10019 |
| **Theresa A. Foudy**<br>Katten Muchin Rosenman LLP<br>575 Madison Ave.<br>New York, NY 10022-2585 | **BRichard L. Gallagher**<br>Ropes and Gray LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111 |
| **Manuel Salvador Franco**<br>c/o 3147 Michigan Ave.<br>Stockton, CA 95204 | **Richard-Reyes Gallegos**<br>c/o 4719 Quail Lakes Dr., Suite G<br>PMB 166<br>Stockton, CA 95207 |

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| **Matthew J. Gardner**<br>Wiley Rein LLP<br>1776 K St. NW<br>Washington, DC 20006 | **Leonard P. Goldberger**<br>Stevens & Lee, P.C.<br>620 Freedom Business Center, #200<br>King of Prussia, PA 19406 |
| **Matthew G. Garofalo**<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Ln.<br>New York, NY 10038-4982 | **Richard A. Golden**<br>9437 Wooded Glen Ave.<br>Burke, VA 22015 |
| **Martin Garza**<br>P.O. Box 344<br>Hinkley, CA 92347 | **Stephanie L. Golden**<br>9437 Wooded Glen Ave.<br>Burke, VA 22015 |
| **Erica Gelsey**<br>590 Farrington Hwy., Unit 524<br>Kapolei, HI 96707 | **Golden Bay Fence Plus Iron Works, Inc.**<br>Sweeney Mason Wilson & Bosomworth<br>983 University Ave. Ste. 104C<br>Los Gatos, CA 95032 |
| **Andriana Georgallas**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | **Nicholas Goldin**<br>Simpson, Thacher & Bartlett LLP<br>425 Lexington Ave.<br>New York, NY 10017 |
| **Eric Gibbs**<br>Gibbs Law Group<br>505 14th St., #1110<br>Oakland, CA 94612 | **Ronald L.M. Goldman**<br>Baum Hedlund Artistei & Goldman, PC<br>10940 Wilshire Blvd., 17th Fl.<br>Los Angeles, CA 90024 |
| **Alan Giberson**<br>15561 Glen Una Dr.<br>Los Gatos, CA 95030 | **Stuart J. Goldring**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave.<br>New York, NY 10153 |
| **Erez E. Gilad**<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Ln.<br>New York, NY 10038-4982 | **Lorraine F. Gonsalves**<br>5747 21st Ave.<br>Sacramento, CA 95820 |
| **Brenda Gilchrist**<br>3574 Alkirst Court<br>Santa Rosa, CA 95403 | **Douglas R. Gooding**<br>Choate, Hall and Stewart LLP<br>Two International Pl.<br>Boston, MA 02110 |
| **Jerry Gladstone**<br>364 Singing Brook Circle<br>Santa Rosa, CA 95409 | **Mark C. Goodman**<br>Baker MacKenzie LLP<br>2 Embarcadero Center, 11 Fl.<br>San Francisco, CA 94111 |
| **Amanda C. Glaubach**<br>Togut, Segal & Segal LLP<br>One Penn Plaza, #3335<br>New York, NY 10119 | **Michael R. Goodstein**<br>Law Offices of Bailey Cavalieri<br>100 W Broad St. #2100<br>Columbus, OH 43215 |
| **Leah S. Goldberg**<br>General Counsel<br>1111 Broadway, 3rd Flr.<br>Oakland, CA 94607 | **Matthew Goren**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |

Case: 19-30088   Doc# 12699   Filed: 08/01/22   Entered: 08/01/22 10:07:46   Page 24
of 42

CERTIFICATE OF SERVICE

| | |
|---|---|
| **Richard L. Gowins**<br>P.O. Box 1715<br>Paradise, CA 95967 | **Marion T. Hack**<br>Pepper Hamilton LLP<br>350 S. Grand Ave.<br>Two California Plaza, #3400<br>Los Angeles, CA 90071 |
| **Linda Grady**<br>2307 Allen Dr.<br>Auburn, CA 95602 | **Marion T. Hack**<br>Pepper Hamilton LLP<br>350 South Grand Ave. |
| **Timothy Graulich**<br>Davis Polk and Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017 | Two California Plaza, #3400<br>Los Angeles, CA 90071-3427 |
| **Willie & Ora Green**<br>2845 Magnolia Street<br>Oakland, CA 97608 | **Hain Capital Group, LLC**<br>301 Route 17<br>6th Floor<br>Rutherford, NJ 07070 |
| **Alan A. Greenberg**<br>Greenberg Gross LLP<br>601 S. Figueroa St., 30th Fl.<br>Los Angeles, CA 90017 | **Marcus T. Hall**<br>Troutman Sanders LLP<br>3 Embarcadero Center, #800<br>San Francisco, CA 94111 |
| **William R. Greendyke**<br>Norton Rose Fulbright US LLP<br>1301 McKinney #5100<br>Houston, TX 77010-3095 | **Jeremiah F. Hallisey**<br>Hallisey and Johnson<br>465 California St., #405<br>San Francisco, CA 94104 |
| **Robert Grimm**<br>4344 Combs Canyon Rd.<br>Carson City, NV 89703 | **Daniel E. Halloran**<br>17582 Chaparral Drive<br>Penn Valley, CA 95946 |
| **Mark S. Grotefeld**<br>Grotefeld Hoffmann<br>700 Larkspur Landing Circle, #280<br>Larkspur, CA 94939 | **Gary Halstead**<br>20455 Halstead Road<br>Hinkley, CA 92347 |
| **James W. Grudus**<br>One AT&T Way, Rm 3A115<br>Bedminster, NJ 07921 | **Norman Halstead**<br>20455 Halstead Road<br>Hinkley, CA 92347 |
| **P. Camille Guerra**<br>Casey Gerry Schenk Francavilla Blatt &<br>Penfield, LLP<br>110 Laurel St.<br>San Diego, CA 92101 | **Christopher J. Harney**<br>Seyfarth Shaw LLP<br>560 Mission St., #3100<br>San Francisco, CA 94105 |
| **Ralph Guirgis**<br>Clyde and Co US LLP<br>2020 Main St. #1100<br>Irvine, CA 92614-8234 | **Christopher Harris**<br>Latham & Watkins LLP<br>885 Third Ave.<br>New York, NY 10022 |
| **Gokalp Y. Gurer**<br>Angelo Kilday & Kilduff<br>601 University Avenue #150<br>Sacramento, CA 95825 | **Edwin J. Harron**<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square, 1000 North King St.<br>Wilmington, DE 19801 |

<div style="text-align:center">23<br>CERTIFICATE OF SERVICE</div>

| | |
|---|---|
| **Theodore J. Hartl**<br>Ballard Spahr LLP<br>1225 17th St., #2300<br>Denver, CO 80202 | **Matthew L. Hinker**<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, NY 10036 |
| **Michael J. Hartley**<br>Baute Crochetiere Hartley and Velkei LLP<br>777 S. Figueroa St. #3800<br>Los Angeles, CA 90017-5880 | **Miriam E. Hiser**<br>Law Offices of Miriam E. Hiser<br>550 Montgomery St. #650<br>San Francisco, CA 94111 |
| **Keith Hawes**<br>P.O. Box 376<br>Hinkley, CA 92347 | **Allen Ho**<br>BEST BEST & KRIEGER LLP<br>3390 University Ave., 5th Fl.<br>P.O. Box 1028<br>Riverside, CA 92502 |
| **William J. Healy**<br>Law Office of William J. Healy<br>748 Holbrook Pl<br>Sunnyvale, CA 94087 | **George Hofmann**<br>Cohne Kinghorn, P.C.<br>111 East Broadway 11th Fl.<br>Salt Lake City, UT 84111 |
| **David J. Hensler**<br>Hogan Lovells US LLP<br>4085 Campbell Ave. #100<br>Menlo Park, CA 94025 | **Shirley Holcroft**<br>P.O. Box HD<br>Barstow, CA 92312 |
| **David A. Herman**<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | **Wendy Hopkins**<br>2733 16th st.<br>Sacramento, CA 95818 |
| **Brian S. Hermann**<br>Law Offices of Brian S. Hermann<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | **Ricky-Dean Horton**<br>751 Rosemary Ct.<br>Fairfield, CA 94533 |
| **Rosalba Hernandez**<br>18284 Pacific St.<br>Hesperia, CA 92345 | **Linda Tai Hoshide**<br>Wilson, Elser, Moskowitz,<br>Edelman & Dicker, LLP<br>555 S Flower St., #2900<br>Los Angeles, CA 90071 |
| **Alicia and Sherman Herritt**<br>16 Riverside Dr.<br>Palmyra, VA 22963 | **John E. Howell**<br>Wiley Rein LLP<br>1776 K St. NW<br>Washington, DC 20006 |
| **High Five Capital LLC**<br>15 E 67th Street, 6th Floor<br>New York, NY 10065 | **Monique B. Howery**<br>Reed Smith LLP<br>10 S. Wacker Dr., 40th Flr.<br>Chicago, IL 60606 |
| **David Franklin Hill**<br>Weil, Gotshal and Manges, LLP<br>767 Fifth Ave.<br>New York, NY 10153 | **Henry Huang**<br>2635 Market St.<br>Oakland, CA 94607 |
| **Lisa Hill**<br>P.O. Box 3381<br>Chico, CA 95927 | **Shou Kun Huang**<br>2635 Market St.<br>Oakland, CA 94607 |

CERTIFICATE OF SERVICE

| | |
|---|---|
| **Dylan Hughes**<br>Gibbs Law Group<br>505 14th St., #1110<br>Oakland, CA 94612 | **Dora M. Johnson**<br>P.O. Box 3314<br>Paso Robles, CA 93447 |
| **Hypower, Inc.**<br>2229 Harbor Bay Parkway<br>Alameda, CA 94502 | **Lawrence A. Johnson**<br>8351 N. Chamise Ave.<br>Clovis, CA 93619-8817 |
| **Internal Revenue Service**<br>Insolvency Section<br>Attn C. Tang, Mail Stop 5420<br>55 S. Market St.<br>San Jose, CA 95113 | **Shelby A. Jordan**<br>Jordan, Holzer & Ortiz, PC<br>500 N. Shoreline #900<br>Corpus Christi, TX 78401 |
| **Ithaca Homes, LLC**<br>c/o Richard H. Levin<br>Levin Law Group PLC<br>2615 Forest Avenue, Suite 120<br>Chico, CA 95928 | **Michael Jurkovic**<br>P.O. Box 3179<br>San Ramon, CA 94583 |
| **Barbara Jacoubowsky**<br>277 Mar Vista Dr.<br>Monterey, CA 93940 | **Steven S. Kane**<br>The Kane Law Firm<br>402 W. Broadway, # 2500<br>San Diego, CA 92101 |
| **Boris V. Jacoubowsky**<br>277 Mar Vista Dr.<br>Monterey, CA 93940 | **Andrew Paul Kangas**<br>15 Boardman Pl. 2nd Fl.<br>San Francisco, CA 94103 |
| **Todd E. James**<br>Stanislaus County Counsel<br>1010 10th St., #6400<br>Modesto, CA 95354 | **Stephen Karotkin**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| **Alan J. Jang**<br>Jang & Associates, LLP<br>1766 Lacassie Ave., #200<br>Walnut Creek, CA 94596 | **Rumi S. Kawashima**<br>3336 Melendy Dr.<br>San Carlos, CA 94070 |
| **Donna Janssen**<br>**Tyisha Jefferson**<br>1375 Quail Valley Run<br>Oakley, CA 94561 | **Heather Diane Keifer**<br>7350 Baldwin St.<br>Valley Springs, CA 95252 |
| **Darlene Herring Jenkins**<br>P.O. Box 376<br>Hinkley, CA 92347 | **Thomas G. Kelch**<br>Lamb & Kawakami LLP<br>333 South Grand Ave., #4200<br>Los Angeles, CA 90071 |
| **Scott E. Jenny**<br>Jenny & Jenny, LLP<br>736 Ferry St.<br>Martinez, CA 94553 | **Daniel James Kelly**<br>2958 Syracuse St., #314<br>Denver, CO 80238 |
| | **Michael A. Kelly**<br>Walkup, Melodia, Kelly and Schoenberger<br>650 California St. 26th Fl.<br>San Francisco, CA 94108 |

CERTIFICATE OF SERVICE

Case: 19-30088   Doc# 12699   Filed 08/01/22   Entered 08/01/22 10:07:46   Page 27 of 42

| | |
|---|---|
| **Sarah Kelly-Kilgore**<br>Greenberg Gross LLP<br>601 S. Figueroa St., 30th Fl.<br>Los Angeles, CA 90017 | **Marilyn S. Klinger**<br>SMTD Law LLP<br>355 S. Grand Ave., #2450<br>Los Angeles, CA 90071 |
| **Mimi Kennedy**<br>6535 Langdon Ave.<br>Van Nuys, CA 91406 | **Karl Knight**<br>1339 Pearl St., #201<br>Napa, CA 94558 |
| **Kern County Taxpayers Association**<br>1401 19th St., #200<br>Bakersfield, CA 93301 | **Sara Beth A.R. Kohut**<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square, 1000 North King St.<br>Wilmington, DE 19801 |
| **Justin A. Kesselman**<br>Arent Fox LLP<br>800 Boylston St., 32nd Fl.<br>Boston, MA 02199 | **Kevin Kramer**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| **Aurang Zaib Khan**<br>1969 East Cooley Ave<br>San Bernardino, CA 92408 | **Andreas Krebs**<br>San Francisco, CA |
| **Kevin Kieffer**<br>Troutman Pepper Hamilton Sanders LLP<br>5 Park Plaza #1400<br>Irvine, CA 92614 | **Bruce E. Krell**<br>Law Offices of Bruce E. Krell<br>345 Grove St., 1st Fl.<br>San Francisco, CA 94102 |
| **Yvonne Kirkpatrick**<br>23394 Alcudia Road<br>Hinkley, CA 92347 | **Kroll Restructuring Administration LLC**<br>(f/k/a Prime Clerk LLC)<br>55 East 52nd Street<br>17th Floor<br>New York, NY 10055 |
| **Linda E. Klamm**<br>1676 No. California Blvd. #620<br>Walnut Creek, CA 94596 | **David H. Kwasniewski**<br>BraunHagey & Borden LLP<br>351 California St., 10th Fl.<br>San Francisco, CA 94104 |
| **Frank Klassen**<br>6037 E Billing St.<br>Mesa, AZ 85205 | **Robert J. Labate**<br>Holland & Knight LLP<br>50 California St., #2800<br>San Francisco, CA 94111 |
| **Kenneth N. Klee**<br>KTBS Law LLP<br>1801 Century Park East, 26th Fl.<br>Los Angeles, CA 90067 | **Kathy Labriola**<br>1307 University Ave.<br>Berkeley, CA 94702 |
| **Mark A Klein**<br>19405 Park Ridge Dr.<br>Hidden Valley Lake, CA 95467 | **Daniel Laguardia**<br>Shearman & Sterling LLP<br>535 Mission St., 25th Fl.<br>San Francisco, CA 94105 |
| **Banjamin M. Kleinman**<br>Kilpatrick Townsend & Stockton LLP<br>Two Embarcadero Center, Suite 1900<br>San Francisco, CA 94111 | **Kevin J. Lamb**<br>Lamb & Kawakami LLP<br>333 South Grand Ave., #4200<br>Los Angeles, CA 90071 |

26

Case: 19-30088   Doc# 12699   Filed: 08/01/22   Entered: 08/01/22 10:07:46   Page 28 of 42

| | | |
|---|---|---|
| 1 | | Kim Martin Lewis |
| 2 | **Richard and Alison Lane** | Law Offices of Dinsmore and Shohl |
| | 1857 Crimson Ln. | 1900 Chemed Center |
| 3 | Santa Rosa, CA 95403 | 255 E 5th St. |
| | | Cincinnati, OH 45202 |

**Richard and Alison Lane**
1857 Crimson Ln.
Santa Rosa, CA 95403

**Kim Martin Lewis**
Law Offices of Dinsmore and Shohl
1900 Chemed Center
255 E 5th St.
Cincinnati, OH 45202

**Donald A. Larkin**
City of Morgan Hill
17575 Peak Ave.
Morgan Hill, CA 96037-4128

**Jessica Liou**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**Latham & Watkins LLP**
355 South Grand Ave., Ste. 100
Los Angeles, CA 90071

**Todd Logan**
Edelson PC
150 California St., #18th Fl.
San Francisco, CA 94111

**Thomas E. Lauria**
Law Offices of White and Case
Southeast Financial Center
200 South Biscayne Blvd. #4900
Miami, FL 33131-2352

**Joseph C. Loguidice**
144 Dufour St.
Santa Cruz, CA 95060

**Lazard Freres & Co.**
Lazard Freres & Co. LLC
30 Rockefeller Plaza, 48th Fl.
New York, NY 10020

**Brian Lohan**
Arnold & Porter Kaye Scholer LLP
250 W 55th St.
New York, NY 10019

**Donna Learmont**
37241 Sycamore Street
Hiinkley, CA 92347

**Melissa Davis Lowe**
Shulman Hodges & Bastian LLP
100 Spectrum Center Dr., #600
Irvine, CA 92618

**John Lemon**
Singleton Law Firm, APC
450 A St., 5th Fl.
San Diego, CA 92101

**Jane Luckhardt**
Northern California Power Agency
651 Commerce Dr.
Roseville, CA 95678-6411

**Richard Levin**
Levin Law Group PLC
2615 Forest Avenue, Suite 120
Chico, CA 95928

**Lauren Macksoud**
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089

**Richard H. Levin**
Levin Law Group, PLC
2615 Forest Ave., #120
Chico, CA 95928

**Michael D. D. Madden**
14290 Wintu Way
Redding, CA 96003

**Andrew Levine**
BraunHagey & Borden LLP
351 California St., 10th Fl.
San Francisco, CA 94104

**Francine and William Maffei**
,

**Roslyn Maier**
,

**Howard M. Levine**
Law Offices of Sussman and Shank
1000 SW Broadway #1400
Portland, OR 97205

**Mammoth One LLC**
4 Embarcadero Center
17 Floor
Attn: Michael Lauter, Esq,
San Francisco, CA 94111

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| **Mammoth Three, LLC**<br>4 Embarcadero Center<br>17th Floor<br>San Francisco, CA 94111 | **Matsue Matthiesen**<br>36771 Hidden River Road<br>Hinkley, CA 92347 |
| **Steven Micheal Manley**<br>2254 Ordihance Rd.<br>Santa Rosa, CA 95403 | **Eric May**<br>Senior Deputy County Counsel<br>County of Yolo<br>625 Ct. St., #201<br>Woodland, CA 95695 |
| **Sumble Manzoor**<br>Corey, Luzaich, De Ghetaldi & Riddle LLP<br>700 El Camino Real<br>P.O. Box 669<br>Millbrae, CA 94030-0669 | **Matthew W. McAleer**<br>Coloantuono, Highsmith and Whatley, PC<br>790 E. Colorado Blvd., #850<br>Pasadena, CA 91101-2109 |
| **Paul Marotta**<br>1342 Rollins Rd.<br>Burlingame, CA 94010 | **Patricia A. McColm**<br>P.O. Box 113<br>Lewiston, CA 96052 |
| **Jonathan D. Marshall**<br>Choate, Hall & Stewart LLP<br>Two International Pl.<br>Boston, MA 02110 | **John McCusker**<br>Bank of America Tower<br>Mail code NY1-100-21-01<br>One Bryant Park<br>New York, NY 10036 |
| **Nicholas A. Marten**<br>Arent Fox LLP<br>1301 Avenue of the Americas, 42nd Fl.<br>New York, NY 10019 | **John McCusker**<br>Bank of America Tower<br>Mail code: NY1-100-21-01<br>One Bryant Park<br>New York, NY 10036 |
| **David Martin**<br>3108 Aloha Ln.<br>Chico, CA 95973 | **Hugh M. McDonald**<br>Troutman Sanders LLP<br>875 3rd Ave.<br>New York, NY 10022 |
| **Juliana Martinez**<br>36633 Hidden River Rd<br>Hinkley, CA 92347 | **Steven J. McDonald**<br>3175 Somerset Dr.<br>Lafayette, CA 94549 |
| **Manuel Martinez**<br>36633 Hidden River Rd<br>Hinkley, CA 92347 | **Theresa Ann McDonald**<br>5044 Russell Drive<br>Paradise, CA 95969 |
| **Colleen Mast**<br>P.O. Box 12734<br>Oakland, CA 94604 | **Matthew L. McGinnis**<br>Ropes and Gray LLP<br>Prudential Tower<br>800 Boylston St.<br>Boston, MA 02199-3600 |
| **Candace Matthiesen**<br>36709 Hidden River Road<br>Hinkley, CA 92347 | |
| **Charles Matthiesen**<br>36771 Hidden River Road<br>Hinkley, CA 92347 | **Lorraine McGowen**<br>Orrick, Herrington & Sutcliffe LLP<br>51 West 52nd St.<br>New York, NY 10019 |
| **David Matthiesen**<br>36709 Hidden River Road<br>Hinkley, CA 92347 | |

28

Case: 19-30088    Doc# 12699    Filed 08/11/22    Entered 08/11/22 10:07:46    Page 30 of 42

| | |
|---|---|
| **H.R. Bob McGrath** | **Roy E. Miller** |
| 4712 Montgomery Ln. | Hansen and Miller Law Firm |
| Santa Rosa, CA 95409 | 415 Russell Ave. |
| | Santa Rosa, CA 95403 |
| **Joseph G. McGuinness** | |
| McGuinness & Associates | **Shawn R. Miller** |
| 3858 Carson St., #301 | Danko Meredith |
| Torrance, CA 90503 | 333 Twin Dolphin Dr., #145 |
| | Redwood Shores, CA 94065 |
| **Mark McKane** | |
| Kirkland & Ellis LLP | **Sherry J. Millman** |
| 555 California Street | Stroock & Stroock & Lavan LLP |
| San Francisco, CA 94104 | 180 Maiden Ln. |
| | New York, NY 10038-4982 |
| **Kathrine A. McLendon** | |
| Simpson, Thacher and Bartlett | **Karen Norene Mills** |
| 425 Lexington Ave. | California Farm Bureau Federation |
| New York, NY 10017 | 2300 River Plaza Dr. |
| | Sacramento, CA 95833 |
| **Linton McNeal** | |
| P.O. Box 1423 | **Mark A. Minich** |
| Richmond, CA 945801 | Assistant General Counsel |
| | Kinder Morgan, Inc. |
| **Kimberly M. Melvin** | Two North Nevada |
| Wiley Rein LLP | Colorado Springs, CO 80903 |
| 1776 K St. NW | |
| Washington, DC 20006 | **Mark A. Minich** |
| | Assistant General Counsel |
| **Kristine K. Meredith** | Kinder Morgan, Inc. |
| Danko Meredith | Two North Nevada |
| 333 Twin Dolphin Dr., #145 | Colorado Springs, CO 80903 |
| Redwood Shores, CA 94065 | |
| | **Douglas Mintz** |
| **James Mesterharm** | Orrick, Herrington & Sutcliffe LLP |
| Alix Partners | 1152 15th St., NW |
| 909 3rd Ave., 30th Fl. | Washington, DC 20005-1706 |
| New York, NY 10022 | |
| | **Mission Constructors** |
| **Suzanne Midlige** | 2235 Palou Ave. |
| Coughlin Midlige and Garland LLP | San Francisco, CA 94124 |
| 350 Mt. Kemble Ave. | |
| P.O. Box 1917 | **John E. Mitchell** |
| Morristown, NJ 07962 | Law Offices of Vinson and Elkins |
| | 3700 Trammell Crow Center |
| **Robert Miller** | 2001 Ross Ave. |
| 37241 Sycamore Street | Dallas, TX 75201-2975 |
| Hinkley, CA 92347 | |
| | **Sean A. Mitchell** |
| **Robert J. Miller** | Paul, Weiss, Rifkind, Wharton & Garrison |
| 8555 Old Carriage Trail | 1285 Avenue of the Americas |
| Cincinnati, OH 45242 | New York, NY 10019 |

| | |
|---|---|
| 1 | **Stephen Moeller-Sally**<br>Ropes and Gray LLP |
| 2 | Prudential Tower<br>800 Boylston St. |
| 3 | Boston, MA 02199-3600 |
| 4 | **Richard J. Molin**<br>Stewart, Humpherys, Burchett and Molin |
| 5 | P.O. Box 720<br>Chico, CA 95927 |
| 6 | |
| 7 | **David J. Molton**<br>Brown Rudnick LLP<br>7 Times Square |
| 8 | New York, NY 10036 |
| 9 | **Bill Moore**<br>1617 Loma Verde Dr. |
| 10 | El Dorado Hills, CA 95762 |
| 11 | **Gordon Moore**<br>c/o Enenstein Pham & Glass LLP |
| 12 | 12121 Wilshire Blvd., #600<br>Los Angeles, CA 90025 |
| 13 | |
| 14 | **Dean Morehous**<br>Troutman Sanders LLP<br>580 California St., #1100 |
| 15 | San Francisco, CA 94104 |
| 16 | **Morrison and Foerster LLP**<br>Joshua Hill, Jr. |
| 17 | Christine Y. Wong<br>425 Market St. |
| 18 | San Francisco, CA 94105 |
| 19 | **Julia A. Mosel**<br>Southern California Edison Company |
| 20 | 2244 Walnut Grove Ave., 3rd Fl.<br>Rosemead, CA 91770 |
| 21 | |
| 22 | **Alan Moskowitz**<br>Gibson, Dunn and Crutcher LLP<br>333 S Grand Ave. |
| 23 | Los Angeles, CA 90071-3197 |
| 24 | **Alan A. Moskowitz**<br>Gibson, Dunn and Crutcher LLP |
| 25 | 200 Park Ave.<br>New York, NY 10166-0193 |
| 26 | |
| 27 | **Christopher A. Muessel**<br>7730 Silverado Trail<br>Napa, CA 94558 |
| 28 | |

**Thomas A. Mullady**
820 Briarhill Drive
Newark, OH 43055

**Brendan V. Mullan**
Crowell & Moring LLP
Three Embarcadero Center, 26th Fl.
San Francisco, CA 94111

**Jessica R. Mullan**
General Counsel
Sonoma Clean Power Authority
50 Santa Rosa Ave., 5th Fl.
San Rosa, CA 95494

**Lucian B. Murley**
Saul Ewing Arnstein & Lehr LLP
1201 N. Market St., #2300
Wilmington, DE 19801

**Omid H. Nasab**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

**Mia Nash**
10536 Banner Lava Cap Road
Nevada City, CA 95959

**Stephanie C. Navarrette-Loguidice**
144 Dufour St.
Santa Cruz, CA 95060

**Salvador Negrete**
431 Spruce Street
Half Moon Bay, CA 94019

**Herbert Nethery**
23394 Alcudia Road
Hinkley, CA 92347

**Tracy Nick**
221 Union St. Unit C
San Rafael, CA 94901

**Yetem Nicodimos**
Waterbar Restaurant
728 Alabama St.
San Francisco, CA 94110

**Haisam Nijem**
221 Union St. Unit C
San Rafael, CA 94901

CERTIFICATE OF SERVICE

| | |
|---|---|
| **Ken Nitao**<br>244 S. Curtis Ave<br>Alhambra, CA 91801 | **Olympus Peak Master Fund LP**<br>c/o Leah Silverman<br>745 5th Ave., #1604<br>New York, NY 10151 |
| **John Nolan**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | **Saray Ordaz**<br>1042 E Sandison St. Apt No. 1<br>Wilmington, CA 90744 |
| **Sally Noma**<br>Jang & Associates, LLP<br>1766 Lacassie Ave., #200<br>Walnut Creek, CA 94596 | **Jose Ornelas**<br>18284 Pacific St.<br>Hesperia, CA 92345 |
| **Jacqueline O'Neil**<br>3485 Old Lawley Toll Rd.<br>Calistoga, CA 94515 | **Kevin J. Orsini**<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 |
| **Maura Walsh Ochoa**<br>Grotefeld Hoffmann<br>700 Larkspur Landing Circle, #280<br>Larkspur, CA 94939 | **Antonio Ortiz**<br>Jordan, Holzer & Ortiz, PC<br>500 N. Shoreline #900<br>Corpus Christi, TX 78401 |
| **Amy M. Oden**<br>Togut, Segal & Segal LLP<br>One Penn Plaza, #3335<br>New York, NY 10119 | **Kyle J. Ortiz**<br>Togut, Segal & Segal LLP<br>One Penn Plaza, #3335<br>New York, NY 10119 |
| **Office of Unemployment Compensation Tax Services**<br>Department of Labor and Industry<br>Commonwealth of Pennsylvania<br>Collections Support Unit<br>651 Boas St., Room 702<br>Harrisburg, PA 17121 | **Samuel S. Ory**<br>Frederic Dorwart, Lawyers PLLC<br>124 E 4th St.<br>Tulsa, OK 74103-5010 |
| **Ronald L. Ohren**<br>Baker MacKenzie LLP<br>300 E. Randolph St. #5000<br>Chicago, IL 60601 | **Owen Clements, Esq**<br>San Francisco City Attorney's Office<br>1390 Market St., 7th Flr.<br>San Francisco, CA 94102 |
| **Jan A. Okimoto**<br>P.O. Box 22691<br>Sacramento, CA 95822 | **Owl Creek Investments I, LLC**<br>640 5th Ave.<br>New York, NY 10019 |
| **Gabriel L. Olivera**<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068 | **Isaac M. Pachulski**<br>Pachulski Stang Ziehl & Jones<br>150 California Street, 15th Floor<br>San Francisco, CA 94111 |
| **Harold A. Olsen**<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Ln.<br>New York, NY 10038-4982 | **Michael S. Palmieri**<br>Friedman Kaplan Seiler Adelman LLP<br>7 Times Sq.<br>New York, NY 10036 |
| | **Nick Panchev**<br>25633 Anderson Ave.<br>Barstow, CA 92311 |

31

| | | |
|---|---|---|
| 1 | **Brian Panish** | **John M. Pierce** |
| | Panish Shea & Boyle LLP | Pierce Bainbridge Beck Price & Hecht LLP |
| 2 | 11111 Santa Monica Blvd., #700 | 355 South Grand Ave., #4400 |
| | Los Angeles, CA 90025 | Los Angeles, CA 90071 |
| 3 | | |
| | **Teresa Paris** | **Pillsbury Winthrop Shaw Pittman LLP** |
| 4 | 3132 M L King, Jr Way, #309 | Four Embarcadeor Center |
| | Berkeley, CA 94703 | 22nd Floor |
| 5 | | San Francisco, CA 94111 |
| | **David E. Parks** | |
| 6 | 116 North Elm St | **Oscar N. Pinkas** |
| | Jacksonville, AR 72076 | 1221 Avenue of the Americas |
| 7 | | New York, NY 10020-1089 |
| | **Andrew M. Parlen** | |
| 8 | Latham & Watkins LLP | **Oscar N. Pinkas** |
| | 885 Third Ave. | Dentons US LLP |
| 9 | New York, NY 10022 | 1221 Avenue of the Americas |
| | | New York, NY 10020-1089 |
| 10 | **Peak Credit LLC** | |
| | POB 20692 | **Philip J. Piserchio** |
| 11 | New York, NY 10023 | 1620 Claremont Dr. |
| | | San Bruno, CA 94066 |
| 12 | **Joshua Pearson** | |
| | EDF Renewables, Inc. | **Frank Pitre** |
| 13 | 15445 Innovation Dr. | Cochett, Pitre & McCarthy, LLP |
| | San Diego, CA 92128 | San Francisco Airport Office Center |
| 14 | | 840 Malcolm Rd., Suite 200 |
| | **Richard C. Pedone** | Burlingame, CA 94010 |
| 15 | Nixon Peabody LLP | |
| | Exchange Place | **Frank M. Pitre** |
| 16 | 53 State St. | Cotchett, Pitre & McCarthy, LLP |
| | Boston, MA 02109 | 840 Malcolm Rd., Suite 200 |
| 17 | | Burlingame, CA 94010 |
| | **Mosby Perrow** | |
| 18 | Vice President & Deputy General Counsel | **Corey M. Pollak** |
| | Kinder Morgan, Inc. | Pollak Law, LLP |
| 19 | 1001 Louisana #1000 | 700 El Camino Real, #201 |
| | Houston, TX 77002 | Millbrae, CA 94030 |
| 20 | | |
| | **Mosby Perrow** | **James Potter** |
| 21 | Vice President & Deputy General Counsel | Office of the Attorney General |
| | Kinder Morgan, Inc. | 1515 Clay St., 20th Fl. |
| 22 | 1001 Louisiana. #1000 | P.O. Box 70550 |
| | Houston, TX 77002 | Oakland, CA 94612-0550 |
| 23 | | |
| | **Edgar Perry** | **Constantine D. Pourakis** |
| 24 | 2540 Market Ave. | Stevens & Lee, P.C. |
| | San Pablo, CA 94806-4542 | 485 Madison Ave., 20th Fl. |
| 25 | | New York, NY 10022 |
| | **Waylon J. Pickett** | |
| 26 | Grotefeld Hoffmann | **David M. Powlen** |
| | 700 Larkspur Landing Circle, #280 | Barnes and Thornburg LLP |
| 27 | Larkspur, CA 94939 | 1000 N. West St., #1500 |
| | | Wilmington, DE 19801 |
| 28 | | |

Case: 19-30088   Doc# 12699   Filed: 08/01/22   Entered: 08/01/22 10:07:46   Page 34
of 42

| | |
|---|---|
| **Stephen B. Pree**<br>3301 Buchanan Rd., #40<br>Antioch, CA 94509 | **Amanda L. Riddle**<br>Corey, Luzaich, De Ghetaldi & Riddle LLP<br>700 El Camino Real<br>P.O. Box 669<br>Millbrae, CA 94030-0669 |
| **Patricia Williams Prewitt**<br>Law Offices of Patricia Williams Prewitt<br>10953 Vista Lake Ct.<br>Navasota, TX 77868 | **Adolfo Riebeling**<br>4600 Jerry Ave<br>Baldvin Park, CA 91706 |
| **Prime Clerk LLC**<br>830 Third Avenue<br>3rd Floor<br>New York, NY 10017 | **Marina Riebeling**<br>4600 Jerry Ave<br>Baldvin Park, CA 91706 |
| **Primeshares**<br>261 Fifth Ave. 22nd floor<br>New York, NY 10016 | **Walter R. Rieman**<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019 |
| **Amy C. Quartarolo**<br>Law Offices of Latham and Watkins<br>355 S Grand Ave., #100<br>Los Angeles, CA 90071-1560 | **David Riley**<br>DLA Piper LLP<br>2000 Ave. of the Stars<br>Suite 400 North Tower<br>Los Angeles, CA 90067-4704 |
| **RailPros Field Services, Inc.**<br>c/o Stuart P. Hall<br>1705 West Northwest Hwy., #150<br>Grapeview, TX 76051 | **RiverPark Strategic Income Fund**<br>RiverPark Advisors LLC<br>156 W 56th Street<br>Suite 1704<br>New York, NY 10019 |
| **John Ramirez**<br>38006 Pueblo Road<br>Hinkley, CA 92347 | |
| **Marta Ramirez**<br>38006 Pueblo Road<br>Hinkley, CA 92347 | **Christy Rivera**<br>Norton Rose Fulbright US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 |
| **John J. Rapisardi**<br>O'Melveny & Myers LLP<br>7 Times Sq.<br>New York, NY 10036 | **Road Safety, Inc.**<br>4335 Pacific St., Ste. A<br>Rocklin, CA 95677 |
| **Tina Reszler**<br>2099 Hartford Dr., Unit 1<br>Chico, CA 95928 | **Ian E. Roberts**<br>Baker Botts L.L.P.<br>2001 Ross Ave., #1000<br>Dallas, TX 75201 |
| **Darwin E. Richards**<br>C/o Symmetry Device Research, Inc.<br>22078 Arbor Ave., #234<br>Hayward, CA 94541 | **Larry M. Roberts**<br>The Perry Law Firm, APLC<br>20523 Crescent Bay Dr., 2nd Fl.<br>Lake Forest, CA 92630 |
| **John T. Richards**<br>Richards Law Firm<br>101 W. Broadway, #1950<br>San Diego, CA 92101 | **Matthew G. Roberts**<br>Troutman Sanders LLP<br>600 Peachtree St., NE, #3000<br>Atlanta, GA 30308 |

33

Case: 19-30088   Doc# 12699   Filed: 08/11/22   Entered: 08/11/22 10:07:46   Page 35 of 42

| | | |
|---|---|---|
| 1 | **Jeremy Robertson**<br>2964 SW Redmond Hill Road | **Duncan Ross**<br>6341 Rambling Way |
| 2 | McMinnville, OR 97128 | Magalia, CA 95954 |
| 3 | **Bill Robins**<br>Robins Cloud LLP | **James Rowins**<br>102 Saint Pauls Dr. |
| 4 | 808 Wilshire Blvd., #450<br>Santa Monica, CA 90401 | Ventura, CA 93003 |
| 5 | | **John H. Rowland** |
| 6 | **Robins Cloud LLP**<br>c/o Bill Robins III | Baker Donelson Bearman Caldwell & Berkow<br>211 Commerce St |
| 7 | c/o Robert Bryson<br>808 Wilshire Blvd., #450 | Nashville, TN 37201 |
| 8 | Santa Monica, CA 90401 | **Kenneth Roye**<br>142 West 2nd St. |
| 9 | **Jeremy Robinson**<br>Casey Gerry Schenk Francavilla Blatt & | Suite B<br>Chico, CA 95928 |
| 10 | Penfield, LLP<br>110 Laurel St. | **Laura Ruettgers** |
| 11 | San Diego, CA 92101 | Kaufman Dolowich Voluck LLP<br>425 California St. #2100 |
| 12 | **Rocky Point Claims LLC**<br>P.O. Box 165 | San Francisco, CA 94104 |
| 13 | Norwalk, CT 06853 | **SPCP Group, LLC**<br>Two Greenwich Plaza |
| 14 | **Martha E. Romero**<br>Law Offices of Romero and Associates | Greenwich, CT 06830 |
| 15 | 12518 Beverly Blvd.<br>Whittier, CA 90601 | **Marc S. Sacks**<br>U.S. Department of Justice |
| 16 | **Matthew M. Roose** | P.O. Box 875<br>Ben Franklin Station |
| 17 | Ropes & Gray LLP<br>1211 Avenue of the Americas | Washington, DC 20044-0875 |
| 18 | New York, NY 10036-8704 | **Thomas J. Salerno**<br>Stinson LLP |
| 19 | **Brian S. Rosen**<br>Proskauer Rose LLP | 1850 N. Central Ave., #2100<br>Phoenix, AZ 85004 |
| 20 | Eleven Times Square<br>P.O. Box 770000 | **Kenneth Salomon** |
| 21 | New York, NY 10036 | 740 Chiles Ave.<br>St. Helena, CA 94574 |
| 22 | **Andrew Rosenblatt**<br>Norton Rose Fulbright US LLP | **Sanco Pipelines, Inc.** |
| 23 | 1301 Avenue of the Americas<br>New York, NY 10019 | 727 University Avenue<br>Los Gatos, CA 95032 |
| 24 | **Michael A. Rosenthal**<br>Gibson, Dunn and Crutcher LLP | **Sunny S. Sarkis**<br>Stoel Rives LLP |
| 25 | 200 Park Ave.<br>New York, NY 10166-0193 | 500 Capitol Mall #1600<br>Sacramento, CA 98514 |
| 26 | | **Marguerite Sawyer** |
| 27 | **Michael A. Rosenthal**<br>Gibson, Dunn and Crutcher LLP | 139 W. Lassen Ave., #29<br>Chico, CA 95973 |
| 28 | 333 S Grand Ave.<br>Los Angeles, CA 90071-3197 | |

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | **Randy A. Sawyer, Esq.**<br>c/o EDP Renewables North America LLC<br>808 Travis, #700<br>Houston, TX 77002 | **David R. Seligman**<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654 |
| 2 | | |
| 3 | | |
| 4 | **Margaret Schierberl**<br>Cleary, Gottlieb, Sheen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 | **Sequoia Engineering and Design Associates**<br>c/o Eli Yagor, P.E.<br>575 Lennon Ln., #145<br>Walnut Creek, CA 94598 |
| 5 | | |
| 6 | **David Schiff**<br>Davis Polk and Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017 | **Daniel S. Shamah**<br>O'Melveny & Myers LLP<br>7 Times Sq.<br>New York, NY 10036 |
| 7 | | |
| 8 | | |
| 9 | **Thomas E. Schiff**<br>3930 Hansford Court<br>Santa Rosa, CA 95404 | **Bruce and Kathleen Shaw**<br>566 Viejo Rd.<br>Carmel, CA 93923 |
| 10 | | |
| 11 | **Ray C. Schrock**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | **David B. Shemano**<br>Peitzman, Weg & Kempinsky LLP<br>2029 Century Park East, # 3100<br>Los Angeles, CA 90067 |
| 12 | | |
| 13 | **Max A. Schuver**<br>Walkup, Melodia, Kelly and Schoenberger<br>650 California St. 26th Fl.<br>San Francisco, CA 94108 | **James A. Shepherd**<br>Law Offices of James Shepherd<br>2121 N. California Blvd<br>Suite 290<br>Walnut Creek, CA 94596-7351 |
| 14 | | |
| 15 | | |
| 16 | **Lawrence M. Schwab**<br>Bialson, Bergen and Schwab<br>633 Menlo Ave., Suite 100<br>Menlo Park, CA 94025 | **Nora Sheriff**<br>Buchalter<br>55 Second St., #1700<br>San Francisco, CA 94105-3493 |
| 17 | | |
| 18 | **Irwin B. Schwartz**<br>BLA Schwartz, PC<br>515 S. Flower St., #18th Fl.<br>Los Angeles, CA 90071 | **J. Christopher Shore**<br>Law Offices of White and Case<br>1221 Avenue of the Americas<br>New York, NY 10020-1095 |
| 19 | | |
| 20 | | |
| 21 | **Lisa Schweitzer**<br>Cleary, Gottlieb, Sheen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 | **George W. Shuster**<br>7 World Trade Center<br>New York, NY 10007 |
| 22 | | |
| 23 | **Helen Sedwick**<br>P.O. Box 1807<br>Glen Ellen, CA 95442 | **Sierra Business Council**<br>c/o Kerri L. Timmer<br>P.O. Box 2428<br>Truckee, CA 96160 |
| 24 | | |
| 25 | **Howard Seife**<br>Norton Rose Fulbright US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 | **Siller Construction Co.**<br>1350 Fruitvale Rd<br>Lincoln, CA 95648 |
| 26 | | |
| 27 | | |
| 28 | | |

CERTIFICATE OF SERVICE

| | |
|---|---|
| **Paul N. Silverstein**<br>Hunton Andrews Kurth LLP<br>200 Park Ave.<br>New York, NY 10166 | **Michael S. Stamer**<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036 |
| **David P. Simonds**<br>Akin Gump Strauss Hauer & Feld LLP<br>1999 Avenue of the Stars, #600<br>Los Angeles, CA 90067 | **Star V Partners LLC**<br>745 Fifth Avenue, Suite 1604<br>New York<br>NY, NY 10151 |
| **Robert P. Simons**<br>Reed Smith LLP<br>225 5th Ave., #1200<br>Pittsburg, PA 15222 | **Starch Concrete, Inc.**<br>555 Capitol Mall Suite 700<br>Sacramento, CA 95814 |
| **Thomas Sinkiewicz**<br>818 Wake Forest Dr.<br>Mountain View, CA 94043 | **Monica Starr**<br>P.O. Box 128<br>Angels Camp, CA 95222 |
| **Richard W. Slack**<br>Weil Gotshal and Manges, LLP<br>767 Fifth Ave.<br>New York, NY 10153-0119 | **Andrew J. Strabone**<br>Irell and Manella LLP<br>1800 Avenue of the Stars, #900<br>Los Angeles, CA 90067-4276 |
| **Edwin E. Smith**<br>Morgan, Lewis & Bockius LLP<br>101 Park Ave.<br>New York, NY 10178-0060 | **Victor Suarez**<br>1042 E Sandison St. Apt No. 1<br>Wilmington, CA 90744 |
| **Fulton Smith**<br>Cozen O'Connor<br>101 Montgomery St., #1400<br>San Francisco, CA 94101 | **Sullivan Hill Rez & Engel, APLC**<br>600 B Street, Suite 1700<br>San Diego, CA 92101 |
| **Abigail Snow**<br>Satterlee Stephens LLP<br>230 Park Ave.<br>New York, NY 10169 | **Matthew G. Summers**<br>Ballard Spahr LLP<br>919 N Market St., 11th Fl.<br>Wilmington, DE 19801 |
| **Solano Irrigation District**<br>c/o Andrew J. McClure<br>Sexton & Cooper, LLP<br>1681 Bird Street<br>P.O. Box 1679<br>Oroville, CA 95965 | **Scott Summy**<br>Baron & Budd P.C.<br>3102 Oak Lawn Avenue #1100<br>Dallas, TX 75219 |
| **Mark A. Speiser**<br>Stroock; Stroock and Lavan<br>180 Maiden Ln.<br>New York, NY 10038 | **Surf to Snow Environmental Resource Management, Inc.**<br>Brian Frantz, COO<br>696 San Ramon Valley Blvd. #368<br>Danville, CA 94526 |
| **Stadtner Co., Inc. dba Sierra Electric Co.**<br>3112 Geary Blvd<br>San Francisco, CA 94118 | **Robert D. Swanson**<br>Boutin Jones Inc.<br>555 Capitol Mall, 15th Fl.<br>Sacramento, CA 95814 |

36

CERTIFICATE OF SERVICE

| | |
|---|---|
| **Mark Swendsen**<br>Attorney at Law<br>660 South Fitch Mountain Rd.<br>Healdsburg, CA 95448-4606 | **Marc J. Tobak**<br>Davis Polk and Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017 |
| **Ron A. Symm**<br>Assistant General Counsel<br>Aera Energy LLC<br>10000 Ming Avenue<br>Bakersfield, CA 93311 | **Albert Togut**<br>Togut, Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York, NY 10119 |
| **Tanforan Industrial Park, LLC**<br>c/o Jeffrey H. Lowenthal<br>Steyer Lowenthal Boodrookas Alvarez LLP<br>235 Pine St., 15th Fl.<br>San Francisco, CA 94104 | **Jackson D. Toof**<br>Arent Fox LLP<br>1717 K St., NW<br>Washington, DC 20006 |
| **Richard S. Tanner**<br>P.O. Box 474<br>Murphys, CA 95247 | **Michael H. Torkin**<br>Simpson, Thacher & Bartlett LLP<br>425 Lexington Ave.<br>New York, NY 10017 |
| **Tannor Partners Credit Fund, LP**<br>3536 Los Pinos Dr.<br>Santa Barbara, CA 93105 | **Thomas Tosdal**<br>Tosdal Law Firm<br>777 S. Highway 101, #215<br>Solana Beach, CA 92075 |
| **Cliff I. Taylor**<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan St. #2200<br>Dallas, TX 75201-2689 | **Total Control Traffic, Inc.**<br>c/o Tracy Green<br>Wendel Rosen LLP<br>1111 Broadway, 24th Floor<br>Oakland, CA 94607 |
| **Stanley J. Terry**<br>Carney Badley Spellman<br>701 5th Ave., #3600<br>Seattle, WA 98104 | **Matthew Troy**<br>U.S. Department of Justice<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 |
| **Jeffrey M. Theodore**<br>BraunHagey & Borden LLP<br>351 California St., 10th Fl.<br>San Francisco, CA 94104 | **Brian Trust**<br>Mayer Brown LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 |
| **Tony Lynn Thomas**<br>c/o P.O Box 9099<br>Stockton, CA 95208-1099 | **Theodore Tsekerides**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| **Judy D. Thompson**<br>JD Thompson Law<br>P.O. Box 33127<br>Charlotte, NC 28233 | **Daniel Turek**<br>Rodriguez & Associates<br>2020 Eye St.<br>Bakersfield, CA 93301 |
| **Kevin Thompson**<br>10536 Banner Lava Cap Road<br>Nevada City, CA 95959 | **Michael M. Turkel**<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 |

37

CERTIFICATE OF SERVICE

Matthew Tyler
550 Vallombrosa Ave #6471
Chico, CA 95927

U.S. TelePacific Corp. dba TPx
Communications
515 S. Flower St.
45th Flr.
Los Angeles, CA 90071

Union Pacific Railroad Company
Attn: Tonya W. Conley
Attn: Lila L. Howe
1400 Douglas St. Stop 1580
Omaha, NE 68179

Oscar Urbina
3617 Slauson Ave
Maywood, CA 90270

Danette E. Valdez
Office of the Attorney General
455 Golden Gate Ave. #11000
San Francisco, CA 94102-7005

Craig Varnen
Irell and Manella LLP
1800 Avenue of the Stars, #900
Los Angeles, CA 90067-4276

Vendor Recovery Fund IV, LLC
PO Box 669
SMITHTOWN, NY 11787

Philip Verwey
19765 13th Avenue
Hanford, CA 93230

Marie T. Villalobos
6085 Shasta Rd.
Garden Valley, CA 95633

Robert A. Villalobos
6085 Shasta Rd.
Garden Valley, CA 95633

Kenneth Roy Viney
2425 Soda Canyon Rd.
Napa, CA 94558

Barbara A Vinson
3220 Cindy Circle
Anderson, CA 96007

Lloyd K Vinson
P.O. Box 2552
Barstow, CA 92312

VonWin Capital Management, LP
261 Fifth Avenue, 22nd Floor
New York, NY 10016

Eli J. Vonnegut
Davis Polk and Wardwell LLP
450 Lexington Ave.
New York, NY 10017

Tom Vontz
468 Milo Ave.
Buttonwillow, CA 93206

Diane Vuocolo
Greenberg Traurig, LLP
1717 Arch St., #400
Philadelphia, PA 19103

WBox 2019-6 LLC
3033 Excelsior Blvd.
Suite 500
Minneapolis, MN 55416-4675

Bonnie Wagner
32331 W Wayburn St.
Farmington Hills, MI 48334

Richard Wagner
6 Grand View Terrace
San Francisco, CA 94114

James M. Wagstaffe
Wagstaffe, Von Loewenfeldt, Busch &
Radwick , LLP
100 Pine St., #725
San Francisco, CA 94111

Craig Wallace
Smith Currie and Hancock LLP
275 Battery St., #1300
San Francisco, CA 94111

Mary Kim Wallace
P.O. Box 1632
Magalia, CA 95954

Andrew Walters
P.O. Box 208
Indian Springs, NV 89018

| | |
|---|---|
| **Juli Kaprielian Ward**<br>3795 N. Angus St.<br>Fresno, CA 93726 | **Peter L. Welsh**<br>Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600 |
| **Thomas D. Warren**<br>Pierce Bainbridge Beck Price & Hecht LLP<br>355 South Grand Ave., #4400<br>Los Angeles, CA 90071 | **Dorcas Wheeler**<br>3019 Shasta Way<br>Santa Rosa, CA 95403 |
| **Megan Wasson**<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | **Paul S. White**<br>Wilson, Elser, Moskowitz,<br>Edelman & Dicker, LLP<br>555 S Flower St., #2900<br>Los Angeles, CA 90071 |
| **John I. Weaver**<br>2948 E Joaquin Pl.<br>Fresno, CA 93726 | **Nigel A. Whitehead**<br>Ernst Law Group<br>1020 Palm St.<br>San Luis Obispo, CA 93401 |
| **Victor Weber**<br>c/o Andrea B. Malin Esq.<br>Genova, Malin and Trier, LLP<br>Hampton Business Center<br>1136 Route 9<br>Wappingers Falls, NY 12590 | **Jeffrey S. Whittington**<br>Kaufman Borgeest and Ryan<br>21700 Oxnard St. #1450<br>Woodland Hills, CA 91367-7581 |
| **William F. Weidman**<br>108 Connolly Rd., #136<br>P.O. Box 136<br>Benson, MD 21018 | **Joseph Whittington**<br>Rodriguez & Associates<br>2020 Eye St.<br>Bakersfield, CA 93301 |
| **Eva M. Weiler**<br>Shook, Hardy and Bacon L.L.P.<br>5 Park Plaza, #1600<br>Irvine, CA 92614-2546 | **Daniel E. Wilcoxen**<br>Law Offices of Wilcoxen and Montgomery<br>2114 K St.<br>Sacramento, CA 95816 |
| **Genevieve G. Weiner**<br>Gibson Dunn & Crutcher LLP<br>333 S Grand Ave.<br>Los Angeles, CA 90071 | **Michael L. Wilhelm**<br>Walter and Wilhelm Law Group<br>205 E. River Park Circle #410<br>Fresno, CA 93720 |
| **David E. Weiss**<br>Reed Smith LLP<br>101 Second St., #1800<br>San Francisco, CA 94105 | **Bruce Willems**<br>1546 46th Avenue<br>San Francisco, CA 94122 |
| **Jason P. Wells**<br>Senior Vice President<br>Chief Financial Officer PG&E Corporation<br>77 Beale St.<br>San Francisco, CA 94177 | **Andrea Williams**<br>36796 Hillview Road<br>Hinkley, CA 92347 |
| | **Daniel S. Williams**<br>36796 Hillview Road<br>Hinkley, CA 92347 |
| **Leonard K. Welsh**<br>Law Offices of Leonard K. Welsh<br>4550 California Ave. 2nd Fl.<br>Bakersfield, CA 93309 | **Clifton and Deborah Williamson**<br>4201 Burnham Ct.<br>Santa Rosa, CA 95404 |

Case: 19-30088   Doc# 12699   Filed: 08/11/22   Entered: 08/11/22 10:07:46   Page 41
of 42

| | |
|---|---|
| **Evan Willis**<br>Richards Law Firm<br>101 W. Broadway, #1950<br>San Diego, CA 92101 | **Michael A. Yuffee**<br>Winston and Strawn LLP<br>1700 K St., N.W.<br>Washington, DC 20006-3817 |
| **Dean Wills**<br>1234 Kains Ave.<br>Berkeley, CA 94706 | **Halima Zahib**<br>1969 East Cooley Ave<br>San Bernardino, CA 92408 |
| **Cynthia Ann Wilson**<br>481 Ash St.<br>Los Osos, CA 93402 | **David M. Zensky**<br>One Bryant Park<br>New York, NY 10036 |
| **Harris B. Winsberg**<br>Troutman Sanders LLP<br>600 Peachtree St., NE, #3000<br>Atlanta, GA 30308 | **Maja Zerjal**<br>Proskauer Rose LLP<br>Eleven Times Square<br>P.O. Box 770000<br>New York, NY 10036 |
| **Robert B. Wister**<br>26256 Hickory Ave.<br>Hayward, CA 94544 | **Xiang Guang Zhang**<br>4717 Percheron Dr.<br>Elk Grove, CA 95757 |
| **Peter Wolfson**<br>Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 | **Sharon Zimmerman**<br>c/o Eric Rainoff Law Corp<br>401 Watt Ave.<br>Sacramento, CA 95864 |
| **Robert Ree Worley**<br>c/o 16061 Prescott Rd.<br>Manteca, CA 95336 | **Zoe Partners, LP**<br>c/o PKF O'Connor Davies<br>500 Mamaroneck Avenue<br>Suite 301<br>Harrison, NY 10528 |
| **John H Wrynn**<br>195 Wood Pond Rd<br>South Windsor, CT 06074 | |
| **Xiaopeng Xu**<br>624 Talbot Ave.<br>Albany, CA 94706 | **Paul H. Zumbro**<br>Cravath, Swaine & Moore LLP<br>85 Eighth Avenue<br>New York, NY 10019 |
| **Luqman Yacub**<br>P.O. Box 1026<br>Hartville, OH 44632 | **Joaquin de Baca**<br>Mayer Brown LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 |
| **Jasmin Yang**<br>Lewis Brisbois Bisgaard & Smith<br>633 West 5th St. #4000<br>Los Angeles, CA 90071 | |
| **Aparna Yenamandra**<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022 | |
| **Donald T. Yorke**<br>2679 Sundance Ct.<br>Walnut Creek, CA 94598 | |

40

CERTIFICATE OF SERVICE