**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
| **Reorganized Debtors.** | **(Jointly Administered)** |

### CERTIFICATE OF SERVICE

I, Liz Santodomingo, do declare and state as follows:

1.      I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2.      On August 8, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on (1) the Master Service List attached hereto as **Exhibit A**; and (2) the Affected Claimants Service List attached hereto as **Exhibit B**:

- Notice of Agenda for August 9, 2022, 10:00 a.m. Omnibus Hearing [Docket No. 12688]

3.      I have reviewed the Notices of Electronic Filing (NEF) for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4.      I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Executed this 10th day of August 2022, at New York, NY.

/s/ Liz Santodomingo
Liz Santodomingo

SRF 63255

## **Exhibit A**

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to ADVENTIST HEALTHSYSTEM/WEST, a California non-profit religious corporation | Adventist Health System/West | ATTN: ROBERT L. LAYTON<br>ONE Adventist Health Way<br>Roseville CA 95661 | laytonrl@ah.org | Email |
| Counsel to TRANSWESTERN PIPELINE COMPANY, LLC | Akerman LLP | Attn: YELENA ARCHIYAN<br>2001 Ross Avenue, Suite 3600<br>Dallas TX 75201 | | First Class Mail |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter<br>One Bryant Park<br>New York NY 10036 | mstamer@akingump.com<br>idizengoff@akingump.com<br>dbotter@akingump.com | Email |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | Arent Fox LLP | Attn: Andrew I. Silfen, Beth M. Brownstein<br>1301 Avenue of the Americas<br>42nd Floor<br>New York NY 10019 | Beth.Brownstein@arentfox.com | Email |
| Counsel for Genesys Telecommunications Laboratories Inc. | Arent Fox LLP | Attn: Andy S. Kong and Christopher K.S. Wong<br>555 West Fifth Street<br>48th Floor<br>Los Angeles CA 90013-1065 | andy.kong@arentfox.com | Email |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | Arent Fox LLP | Attn: Aram Ordubegian<br>555 West Fifth Street<br>48th Floor<br>Los Angeles CA 90013-1065 | Aram.Ordubegian@arentfox.com | Email |
| Counsel for AT&T | Arnold & Porter Kaye Scholer LLP | Attn: Brian Lohan, Esq.<br>250 West 55th Street<br>New York NY 10019 | brian.lohan@arnoldporter.com | Email |
| Counsel for AT&T | AT&T | Attn: James W. Grudus, Esq.<br>One AT&T Way, Room 3A115<br>Bedminster NJ 07921 | Jg5786@att.com | Email |
| Counsel for the City of Santa Cruz | Atchison, Barisone & Condotti | Attn: Alexander Geise<br>PO Box 481<br>Santa Cruz CA 95061 | ageise@abc-law.com | Email |
| Counsel to California State Agencies | Attorney General of California | Attn: XAVIER BECERRA, DANETTE VALDEZ, and ANNADEL ALMENDRAS<br>455 Golden Gate Avenue<br>Suite 11000<br>San Francisco CA 94102-7004 | Danette.Valdez@doj.ca.gov | Email |
| Counsel to California State Agencies | Attorney General of California | Attn: XAVIER BECERRA, MARGARITA PADILLA, and JAMES POTTER<br>1515 Clay Street, 20th Floor<br>P.O. Box 70550<br>Oakland CA 94612-0550 | James.Potter@doj.ca.gov | Email |
| Counsel to California State Agencies | Attorney General of California | Attn: XAVIER BECERRA, MARGARITA PADILLA, and JAMES POTTER<br>300 South Spring Street<br>Suite 1702<br>Los Angeles CA 90013 | James.Potter@doj.ca.gov | Email |
| Special Bankruptcy Counsel for Certain Fire Damage Plaintiffs Claimants | Bailey And Romero Law Firm | Attn: MARTHA E. ROMERO<br>12518 Beverly Boulevard<br>Whittier CA 90601 | marthaeromerolaw@gmail.com | Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Black & Veatch Construction, Inc. | Baker Botts L.L.P. | Attn: Jonathan Shapiro<br>101 California Street, Suite 3600<br>San Francisco CA 94111 | jonathan.shapiro@bakerbotts.com | Email |
| Counsel for Phillips and Jordan | Baker, Donelson, Bearman, Caldwell & Berkowitz, Pc | Attn: John H. Rowland<br>211 Commerce Street<br>Suite 800<br>Nashville TN 37201 | jrowland@bakerdonelson.com | Email |
| URENCO Limited and Louisiana Energy Services, LLC | Ballard Spahr LLP | Attn: Matthew G. Summers<br>919 North Market Street<br>11th Floor<br>Wilmington DE 19801 | summersm@ballardspahr.com | Email |
| Counsel to Campos EPC, LLC | Ballard Spahr LLP | Attn: Theodore J. Hartl, Esq.<br>1225 17th Street<br>Suite 2300<br>Denver CO 80202 | hartlt@ballardspahr.com | Email |
| Counsel for Bank of America, N.A. | Bank of America | Attn: John McCusker<br>Mail Code: NY1-100-21-01<br>One Bryant Park<br>New York NY 10036 | | First Class Mail |
| Counsel for Public Entities Impacted by the Wildfires | Baron & Budd, P.C. | Attn: Scott Summy, John Fiske<br>3102 Oak Lawn Avenue #1100<br>Dallas TX 75219 | ssummy@baronbudd.com<br>jfiske@baronbudd.com | Email |
| Counsel to Majesti Mai Bagorio, et al., creditors and plaintiffs in Bagorio, et al. v. PG&E Corporation, et al., case number CNC-19-554581 | Baum Hedlund Aristei & Goldman, PC | Attn: Ronald L.M. Goldman, Diane Marger Moore<br>10940 Wilshire Boulevard, 17th Floor<br>Los Angeles CA 90024 | rgoldman@baumhedlundlaw.com | Email |
| Counsel for Infosys Limited, Counsel for ACRT, Inc. | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Michael J. Barrie<br>222 Delaware Avenue<br>Suite 801<br>Wilmington DE 19801 | kcapuzzi@beneschlaw.com<br>mbarrie@beneschlaw.com | Email |
| Counsel to Oklahoma Firefighters Pension and Reitrement System | Berman Tabacco | Attn: Daniel E. Barenbaum<br>44 Montgomery Street, Suite 650<br>San Francisco CA 94104 | dbarenbaum@bermantabacco.com | Email |
| Counsel to Hartford Life and Annuity Insurance Company (now known as Talcott Resolution Life Insurance Company), Hartford Total Return Bond Fund, Hartford Total Return Bond ETF, Hartford Total Return Bond Fund, Hartford Total Return Bond HLS Fund, The Hartford Strategic Income Fund, HIMCO Duration Matched Division Ser. II, HIMCO US Aggregate Bond Index Division | Bla Schwartz PC | Attn: Irwin B. Schwartz<br>515 S. Flower Street, 18th Floor<br>Los Angeles CA 90071 | ischwartz@blaschwartz.com | Email |
| Counsel to American Construction and Supply, Inc. | Bloomfield Law Group, Inc., P.C. | Attn: Neil J. Bloomfield<br>901 E St., Suite 100<br>San Rafael CA 94901 | bklargecase@njblaw.com | Email |
| Co-Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Braunhagey & Borden LLP | Attn: J. Noah Hagey, Jeffrey M. Theodore, David H. Kwasniewski, Andrew Levine<br>351 California Street<br>Tenth Floor<br>San Francisco CA 94104 | theodore@braunhagey.com<br>kwasniewski@braunhagey.com<br>levine@braunhagey.com | Email |
| Counsel for MDR Inc. (dba Accu-Bore Directional Drilling), Veteran Power, Inc. | Brothers Smith LLP | Attn: Mark V. Isola<br>2033 N. Main Street<br>Suite 720<br>Walnut Creek CA 94596 | misola@brotherssmithlaw.com | Email |

Case: 19-30088    Doc# 12700    Filed: 08/11/22    Entered: 08/11/22 17:41:37    Page 5 of 24

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Trustee and Claims Administrator | Brown Rudnick LLP | Attn: David J. Molton<br>Seven Times Square<br>New York NY 10036 | DMolton@brownrudnick.com | Email |
| California Public Utilities Commission | California Public Utilities Commission | Attn: Arocles Aguilar, Geoffrey Dryvynsyde, and Candace Morey<br>505 Van Ness Avenue<br>San Francisco CA 94102 | candace.morey@cpuc.ca.gov | Email |
| Counsel to Certain Victims from the Camp Fire and 2017 North Bay Fires, Patricia Garrison | Casey Gerry Schenk Francavilla Blatt & Penfield, LLP | Attn: David S. Casey, Jr., Jeremy Robinson, P. Camille Guerra, and James M. Davis<br>110 Laurel Street<br>San Diego CA 92101 | dcasey@cglaw.com<br>jrobinson@cglaw.com<br>camille@cglaw.com | Email |
| Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc. | Chevron Products Company, A Division of Chevron U.S.A. Inc. | Attn: Melanie Cruz, M. Armstrong<br>6001 Bollinger Canyon Road<br>T2110<br>San Ramon CA 94583 | melaniecruz@chevron.com<br>marmstrong@chevron.com | Email |
| Counsel to Liberty Mutual Insurance Company | Choate, Hall & Stewart LLP | Attn: Douglas R. Gooding<br>Two International Place<br>Boston MA 02110 | dgooding@choate.com | Email |
| Counsel to Liberty Mutual Insurance Company | Choate, Hall & Stewart LLP | Attn: Johnathan D. Marshall<br>Two International Place<br>Boston MA 02110 | jmarshall@choate.com | Email |
| Counsel to Solon | CKR Law, LLP | Attn: Kristine Takvoryan<br>1800 Century Park East, 14th Floor<br>Los Angeles CA 90067 | | First Class Mail |
| Counsel to Amir Shahmirza | Cohen and Jacobson, LLP | Attn: Lawrence A. Jacobson<br>66 Bovet Road, Suite 285<br>San Mateo CA 94402 | laj@cohenandjacobson.com | Email |
| Counsel to Western Electricity Coordinating Council | Cohne Kinghorn, P.C. | Attn: George Hofmann<br>111 East Broadway, 11th Floor<br>Salt Lake City UT 84111 | ghofmann@cohnekinghorn.com | Email |
| Counsel for Office of Unemployment Compensation Tax Services | Commonwealth of Pennsylvania | Department of Labor and Industry<br>Collections Support Unit<br>651 Boas Street, Room 702<br>Harrisburg PA 17121 | ra-li-ucts-bankrupt@state.pa.us | Email |
| Counsel for Fire Victim Creditors | Corey, Luzaich, De Ghetaldi & Riddle LLP | Attn: Dario de Ghetaldi, Amanda L. Riddle, Steven M. Berki, Sumble Manzoor<br>700 El Camino Real<br>PO Box 669<br>Millbrae CA 94030-0669 | alr@coreylaw.com<br>smb@coreylaw.com<br>sm@coreylaw.com | Email |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Cotchett, Pitre & Mccarthy, LLP | Attn: Frank M. Pitre, Alison E. Cordova<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame CA 94010 | fpitre@cpmlegal.com | Email |
| Counsel for Valley Clean Energy Alliance | County of Yolo | Attn: Eric May<br>625 Court Street<br>Room 201<br>Woodland CA 95695 | eric.may@yolocounty.org | Email |

Case: 19-30088   Doc# 12700   Filed: 08/11/22   Entered: 08/11/22 17:41:37   Page 6 of 24

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Liberty Mutual Insurance Company | Cozen O'Connor | Attn: Joe Ziemianski<br>101 Montgomery Street<br>Suite 1400<br>San Francisco CA 94101 | JZiemianski@cozen.com | Email |
| Counsel for Fire Victim Creditors | Danko Meredith | Attn: Michael S. Danko, Kristine K. Meredith, Shawn R. Miller<br>333 Twin Dolphin Drive<br>Suite 145<br>Redwood Shores CA 94065 | mdanko@dankolaw.com<br>kmeredith@dankolaw.com<br>smiller@dankolaw.com | Email |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities, Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich<br>450 Lexington Avenue<br>New York NY 10017 | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com | Email |
| Creditor | Debra Grassgreen | Attn: Karl Knight<br>1339 Pearl Street<br>Suite 201<br>Napa CA 94558 | dgrassgreen@gmail.com | Email |
| Counsel for State Farm Mutual Automobile Insurance Company and its affiliates | Dechert LLP | Attn: Allan S. Brilliant, Shmuel Vasser, Alaina R. Heine<br>1095 Avenue of the Americas<br>New York NY 10036 | allan.brilliant@dechert.com<br>shmuel.vasser@dechert.com | Email |
| Counsel for Capital Power Corporation and Halkirk I Wind Project LP | Dentons US LLP | Attn: Lauren Macksoud<br>1221 Avenue of the Americas<br>New York NY 10020-1089 | Lauren.macksoud@dentons.com | Email |
| Counsel for Capital Power Corporation and Halkirk I Wind Project LP | Dentons US LLP | Attn: Oscar N. Pinkas<br>1221 Avenue of the Americas<br>New York NY 10020-1089 | | First Class Mail |
| Counsel for Travelers Insurance | Dentons Us LLP | Attn: Peter D. Wolfson<br>1221 Avenue of the Americas<br>New York NY 10020 | peter.wolfson@dentons.com | Email |
| Counsel for the Ad Hoc Committee of Unsecured Tort Claimant Creditors | Dla Piper LLP (Us) | Attn: Eric Goldberg and David Riley<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles CA 90067-4704 | eric.goldberg@dlapiper.com | Email |
| Counsel to City of Santa Clara dba Silicon Valley Power | Duncan. Weinberg, Genzer & Pembroke, P.C. | Attn: Lisa S. Gast<br>1667 K Street NW, Suite 700<br>Washington DC 20006 | lsg@dwgp.com | Email |
| Counsel for East Bay Community Energy Authority | East Bay Community Energy Authority | Attn: Leah S. Goldberg<br>1999 Harrison Street<br>Suite 800<br>Oakland CA 94612 | lgoldberg@ebce.org | First Class Mail |
| Counsel for survivors of the Camp Fire | Edelson Pc | Attn: Rafey S. Balabanian, Todd Logan, Brandt Silver-Korn<br>123 Townsend Street, Suite 100<br>San Francisco CA 94107 | rbalabanian@edelson.com<br>tlogan@edelson.com<br>bsilverkorn@edelson.com | Email |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Edp Renewables North America LLC | Attn: Randy Sawyer<br>808 Travis<br>Suite 700<br>Houston TX 77002 | Randy.Sawyer@edpr.com | Email |
| Information Agent for the Official Committee of Unsecured Creditors, and the Official Committee of Tort Claimants | Epiq Corporate Restructuring, LLC | Attn: PG&E UCC and PG&E TCC<br>777 Third Avenue, 12th Floor<br>New York NY 10017 | sgarabato@epiqglobal.com | Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Federal Energy Regulatory Commission | Federal Energy Regulatory Commission | Attn: General Counsel<br>888 First St NE<br>Washington DC 20426 | | First Class Mail |
| Attorneys for Objector Patricia Garrison | Feinberg Fitch | Attn: Michael S. Feinberg<br>41911 Fifth Street, Ste. 300<br>Temecula CA 92590 | feinberg@feinbergfitchlaw.com | Email |
| Counsel to California State Agencies | Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Attn: STEVEN H. FELDERSTEIN and PAUL J. PASCUZZI<br>500 Capitol Mall, Suite 2250<br>Sacramento CA 95814 | sfelderstein@ffwplaw.com | Email |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | Frederic Dorwart, Lawyers PLLC | Attn: Samuel S. Ory<br>124 East Fourth Street<br>Tulsa OK 74103-5010 | sory@fdlaw.com | Email |
| Counsel for Itron, Inc. | Gellert Scali Busenkell & Brown, LLC | Attn: Michael Busenkell<br>1201 N. Orange St.<br>Suite 300<br>Wilmington DE 19801 | mbusenkell@gsbblaw.com | Email |
| Counsel for Fire Victim Creditors | Gibbs Law Group | Attn: Eric Gibbs, Dylan Hughes<br>505 14th Street, Suite 1110<br>Oakland CA 94612 | ehg@classlawgroup.com<br>dsh@classlawgroup.com | Email |
| Counsel for Topaz Solar Farms LLC | Gibson, Dunn & Crutcher LLP | Attn: Michael A. Rosenthal<br>200 Park Avenue<br>New York NY 10166-0193 | Mrosenthal@gibsondunn.com | Email |
| Counsel to the Ad Hoc Committee of Holders of Trade Claims | Gibson, Dunn & Crutcher LLP | Attn: Michael S. Neumeister and Michelle Choi<br>333 South Grand Avenue<br>Los Angeles CA 90071-3197 | mchoi@gibsondunn.com | Email |
| Counsel to Black & Veatch Construction, Inc. | Goodwin Procter LLP | Attn: Jonathan A. Shapiro<br>Three Embarcadero Center, Suite 2800<br>San Francisco CA 94111 | JShapiro@goodwinlaw.com | Email |
| Counsel for MassMutual Life Insurance Company and Its Funds | Goodwin Procter LLP | Attn: Kizzy L. Jarashow, Stacy Dasaro<br>620 Eighth Avenue<br>New York NY 10018 | sdasaro@goodwinlaw.com | Email |
| Counsel for MassMutual Life Insurance Company and Its Funds | Goodwin Procter LLP | Attn: Nathan A. Schultz, Rachel M. Walsh<br>3 Embarcadero Center, 28th Floor<br>San Francisco CA 94111 | RWalsh@goodwinlaw.com | Email |
| Counsel to Interested Party John K. Trotter, Trustee of the PG&E Fire Victim Trust | Greenberg Gross LLP | Attn: Evan C. Borges<br>650 Town Center Drive, Suite 1700<br>Costa Mesa CA 92626 | EBorges@GGTrialLaw.com | Email |
| Counsel to John K. Trotter, Trustee of the PG&E Fire Victim Trust | Greenberg Gross LLP | Attn: Sarah Kelly-Kilgore, Alan A. Greenberg<br>601 S. Figueroa Street, 30th Floor<br>Los Angeles CA 90017 | SKellyKilgore@GGTrialLaw.com<br>AGreenberg@GGTrialLaw.com | Email |
| Counsel for Cardno, Inc. | Greenberg Traurig, LLP | Attn: Diane Vuocolo<br>1717 Arch Street<br>Suite 400<br>Philadelphia PA 19103 | vuocolod@gtlaw.com | Email |
| Counsel for Nationwide Entities | Grotefeld Hoffmann | Attn: Mark S. Grotefeld, Maura Walsh Ochoa, Waylon J. Pickett<br>700 Larkspur Landing Circle, Suite 280<br>Larkspur CA 94939 | mgrotefeld@ghlaw-llp.com<br>mochoa@ghlaw-llp.com<br>wpickett@ghlaw-llp.com | Email |

Case: 19-30088   Doc# 12700   Filed: 08/11/22   Entered: 08/11/22 17:41:37   Page 8 of 24

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to KAREN ROBERDS and ANITA FREEMAN | Hallisey And Johnson PC | Attn: Jeremiah F. Hallisay, Esq.<br>465 California St., Ste. 405<br>San Francisco CA 94104 | jfhallisey@gmail.com | Email |
| Attorneys for Certain Kincade (2019) claimants | Hansen&Miller Law Firm | Attn: Roy E. Miller<br>415 Russell Ave.<br>Santa Rosa CA 95403 | roy@hansenmiller.com | Email |
| Counsel to Trustee and Claims Administrator for the Fire Victim Trust | Hanson Bridgett LLP | Attn: Linda E. Klamm<br>1676 No. California Blvd.<br>Suite 620<br>Walnut Creek CA 94596 | lklamm@hansonbridgett.com | Email |
| Counsel to Anthony Gantner | Hausfeld LLP | Attn: Bonny E. Sweeney, Seth R. Gassman<br>600 Montgomery Street, Suite 3200<br>San Francisco CA 94111 | bsweeney@hausfeld.com<br>sgassman@hausfeld.com | Email |
| Attorneys for HercRentals | Hercrentals | Attn: Sharon Petrosino, Esq.<br>27500 Riverview Center Blvd.<br>Bonita Springs FL 34134 | Sharon.petrosino@hercrentals.com | Email |
| Counsel to Pacific Investment Management Company LLC | Hogan Lovells US LLP | Attn: David P. Simonds, Edward J. McNeilly<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles CA 90067 | david.simonds@hoganlovells.com<br>edward.mcneilly@hoganlovells.com | Email |
| Counsel to Pacific Investment Management Company LLC | Hogan Lovells US LLP | Attn: Michael C. Hefter, Matthew Ducharme<br>390 Madison Avenue<br>New York NY 10017 | michael.hefter@hoganlovells.com<br>matthew.ducharme@hoganlovells.com | Email |
| Counsel for Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company as Indenture Trustees for certain bondholders | Holland & Knight LLP | Attn: Robert J. Labate, David I. Holtzman<br>50 California Street<br>Suite 2800<br>San Francisco CA 94111 | robert.labate@hklaw.com | Email |
| Counsel to Hyundai Corporation USA | Hughes Hubbard & Reed LLP | Attn: Kathryn A. Coleman<br>One Battery Park Plaza<br>New York NY 10004 | katie.coleman@hugheshubbard.com | Email |
| Counsel for DTE Stockton, LLC, Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P., Potrero Hills Energy Producers, LLC, Sunshine Gas Producers, LLC, Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd. | Hunton Andrews Kurth LLP | Attn: Peter S. Partee, Sr.<br>200 Park Avenue<br>53rd Floor<br>New York NY 10166 | ppartee@huntonak.com | Email |
| Counsel to International Business Machines Corp | IBM Corporation | Attn: Marie-Josee Dube<br>275 Viger East<br>Montreal QC H2X 3R7 Canada | | First Class Mail |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia PA 19104-5016 | | First Class Mail |
| Counsel for BlueMountain Capital Management, LLC | Irell & Manella LLP | Attn: Craig Varnen, Andrew J. Strabone<br>1800 Avenue of the Stars<br>Suite 900<br>Los Angeles CA 90067-4276 | astrabone@irell.com | Email |
| Counsel to Iron Mountain Information Management, LLC | Iron Mountain Information Management, LLC | Attn: Joseph Corrigan<br>One Federal Street<br>Boston MA 02110 | Bankruptcy2@ironmountain.com | Email |

In re: PG&E Corporation, et al.
Case No. 19-30088 (DM)

Page 6 of 19

Case: 19-30088    Doc# 12700    Filed: 08/11/22    Entered: 08/11/22 17:41:37    Page 9 of 24

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Interested Party CH2M HILL Engineers, Inc. | Jacobs Engineering | Attn: Robert Albery<br>Associate General Counsel<br>9191 South Jamaica Street<br>Englewood CO 80112 | robert.albery@jacobs.com | Email |
| Counsel for Nationwide Entities | Jang & Associates, LLP | Attn: Alan J. Jang<br>1766 Lacassie Ave., Suite 200<br>Walnut Creek CA 94596 | ajang@janglit.com | Email |
| Counsel to Sodexo, Inc. | JD Thompson Law | Attn: Judy D. Thompson, Esq.<br>P.O. Box 33127<br>Charlotte NC 28233 | | First Class Mail |
| Interested Party John A. Vos A | John A. Vos | 1430 Lincoln Avenue<br>San Rafael CA 94901 | | First Class Mail |
| Counsel for Kompogas SLO LLC and Tata Consultancy Services | Kelley Drye & Warren LLP | Attn: Benjamin D. Feder<br>101 Park Avenue<br>New York NY 10178 | bfeder@kelleydrye.com | Email |
| Counsel to PricewaterhouseCoopers LLP | Kibler Fowler & Cave LLP | Attn: Michael D. Kibler, Matthew J. Cave, Kevin Kroll<br>11100 Santa Monica Blvd.<br>Suite 360<br>Los Angeles CA 90025 | mkibler@kfc.law<br>mcave@kfc.law<br>kkroll@kfc.law | Email |
| Counsel to Oldcastle Infrastructure, Inc. f/k/a Oldcastle Precast, Inc. and Affiliates | Kilpatrick Townsend & Stockton LLP | Attn: Benjamin M. Kleinman, Esq.<br>Two Embarcadero Center, Suite 1900<br>San Francisco CA 94111 | bkleinman@kilpatricktownsend.com | Email |
| Counsel for Ruby Pipeline, L.L.C. | Kinder Morgan, Inc. | Attn: Mark A. Minich<br>Two North Nevada<br>Colorado Springs CO 80903 | Mark_Minich@kindermorgan.com | Email |
| Counsel for Ruby Pipeline, L.L.C. | Kinder Morgan, Inc. | Attn: Mosby Perrow<br>1001 Louisiana<br>Suite 1000<br>Houston TX 77002 | | First Class Mail |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: Aparna Yenamandra<br>601 Lexington Avenue<br>New York NY 10022 | aparna.yenamandra@kirkland.com | Email |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: David R. Seligman, P.C.<br>300 North LaSalle<br>Chicago IL 60654 | david.seligman@kirkland.com | Email |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP | Attn: Marc Kieselstein, P.C.<br>300 North LaSalle<br>Chicago IL 60654 | | First Class Mail |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: Mark McKane, P.C., Michael P. Esser<br>555 California Street<br>San Francisco CA 94104 | mark.mckane@kirkland.com | Email |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP | Attn: Stephen E. Hessler, P.C.<br>601 Lexington Avenue<br>New York NY 10022 | stephen.hessler@kirkland.com | Email |
| Counsel for NextEra Energy Inc. et al. | Klee, Tuchin, Bogdanoff & Stern LLP | Attn: Kenneth N. Klee, David M. Stern, Samuel M. Kidder<br>1999 Avenue of the Stars<br>Thirty-Ninth Floor<br>Los Angeles CA 90067 | kklee@ktbslaw.com | Email |

Case: 19-30088    Doc# 12700    Filed: 08/11/22    Entered: 08/11/22 17:41:37    Page 10 of 24

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for PG&E Holdco Group | Kramer Levin Naftalis & Frankel LLP | Attn: Amy Caton and Megan Wasson<br>1177 Avenue of the Americas<br>New York NY 10036 | acaton@kramerlevin.com<br>mwasson@kramerlevin.com | Email |
| Counsel to Public Employees Retirement Association of New Mexico | Labaton Sucharow LLP | Attn: Thomas A. Dubbs, Louis Gottlieb, Carol C. Villegas & Jeffrey A. Dubbin<br>140 Broadway<br>New York NY 10005 | tdubbs@labaton.com<br>cvillegas@labaton.com<br>jdubbin@labaton.com | Email |
| Counsel to County of San Luis Obispo | Lamb & Kawakami LLP | Attn: Kevin J. Lamb, Michael K. Slattery<br>333 South Grand Avenue<br>Suite 4200<br>Los Angeles CA 90071 | klamb@lkfirm.com | Email |
| Counsel to Dynegy Marketing and Trade, LLC | Latham & Watkins LLP | Attn: Caroline A. Reckler, Andrew M. Parlen<br>885 Third Avenue<br>New York NY 10022-4834 | caroline.reckler@lw.com | Email |
| Counsel for Crockett Cogeneration, Middle River Power, LLC, and MRP San Joaquin Energy, LLC | Latham & Watkins LLP | Attn: Christopher Harris<br>885 Third Avenue<br>New York NY 10022 | christopher.harris@lw.com | Email |
| Unsecured Creditor | Laurie A. Deuschel | Attn: Laurie A. Deuschel<br>5120 Second Street<br>Rocklin CA 95677 | ldeuschel@hotmail.com | Email |
| Attorneys for Objector Patricia Garrison | Law Office of Angela Jae Chun | Attn: Angela Jae Chun<br>777 S. Highway 101, Ste. 215<br>Solana Beach CA 92075 | ajc@chun.law | Email |
| Counsel for Ruby Pipeline, L.L.C. | Law Office of Patricia Williams Prewitt | Attn: Patricia Williams Prewitt<br>10953 Vista Lake Ct.<br>Navasota TX 77868 | pwp@pattiprewittlaw.com | Email |
| Counsel to GER HOSPITALITY, LLC and RICHARD W. CARPENETI | Law Offices of Francis O. Scarpulla | Attn: Francis O. Scarpulla and Patrick B. Clayton<br>456 Montgomery Street, 17th Floor<br>San Francisco CA 94104 | pbc@scarpullalaw.com | Email |
| Counsel to Ruckman-Leal Creditors, Counsel to Michael Marroquin | Law Offices of Leonard K. Welsh | Attn: Leonard K. Welsh, Esq.<br>4550 California Avenue, Second Floor<br>Bakersfield CA 93309 | lwelsh@lkwelshlaw.com | Email |
| Counsel to Debra Grassgreen | Law Offices of Thomas J. Brandi | Attn: Thomas J. Brandi<br>345 Pine Street<br>3rd Floor<br>San Francisco CA 94104 | tjb@brandilaw.com | Email |
| Counsel to Kepco California LLC, RE Astoria LLC | Lewis Brisbois Bisgaard & Smith LLP | Attn: Lovee D. Sarenas, Scott Lee, Amy L. Goldman<br>633 West 5th Street, Suite 4000<br>Los Angeles CA 90071 | Amy.Goldman@lewisbrisbois.com | Email |
| Counsel to Quanta Energy Services, Inc., Underground Construction Co., Inc., Mears Group, Inc., Dashiell Corporation, Quanta Technology LLC, and PAR Electrical Contractors | Locke Lord LLP | Attn: Elizabeth M. Guffy<br>JPMorgan Chase Tower<br>600 Travis, Suite 2800<br>Houston TX 77002 | eguffy@lockelord.com | Email |
| Counsel to Quanta Energy Services, Inc., Underground Construction Co., Inc., Mears Group, Inc., Dashiell Corporation, Quanta Technology LLC, and PAR Electrical Contractors | Locke Lord LLP | Attn: Kinga L. Wright<br>101 Montgomery Street, Suite 1950<br>San Francisco CA 94104 | | First Class Mail |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | Attn: W. Steven Bryant<br>600 Congress Street<br>Suite 2200<br>Austin TX 78701 | sbryant@lockelord.com | Email |

Case: 19-30088    Doc# 12700    Filed: 08/11/22    Entered: 08/11/22 17:41:37    Page 11 of 24

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Quanta Energy Services LLC | Locke Lord LLP | Attn: Xiyi Fu<br>101 Montgomery Street, Suite 1950<br>San Francisco CA 94104 | | First Class Mail |
| Counsel for California Power Exchange Corporation | Loeb & Loeb LLP | Attn: Marc S. Cohen, Alicia Clough<br>10100 Santa Monica Blvd<br>Suite 2200<br>Los Angeles CA 90067 | mscohen@loeb.com | Email |
| Counsel to Public Employees Retirement Association of New Mexico | Lowenstein Sandler LLP | Attn: Michael S. Etkin, Andrew Behlmann<br>One Lowenstein Drive<br>Roseland NJ 070068 | metkin@lowenstein.com<br>abehlmann@lowenstein.com | Email |
| Interested Party | Macdonald \| Fernandez LLP | Attn: Iain A. Macdonald<br>221 Sansome Street<br>Third Floor<br>San Francisco CA 94104-2323 | imac@macfern.com | Email |
| Counsel to Aegion Corporation and its subsidiary entities: Corrpro Companies, Inc., Insituform Technologies, LLC and Fibrwrap Construction Services, Inc. | Margulies Faith, LLP | ATTN: CRAIG G. MARGULIES<br>16030 VENTURA BOULEVARD<br>SUTIE 470<br>ENCINO CA 91436 | Craig@MarguliesFaithLaw.com | Email |
| Counsel to SLF Fire Victim Claimants | Marshack Hays LLP | Attn: RICHARD A. MARSHACK, DAVID A. WOOD, LAILA MASUD<br>870 Roosevelt<br>Irvine CA 92620 | dwood@marshackhays.com | Email |
| Counsel for Ghost Ship Warehouse Plaintiffs' Executive Committee | Mary Alexander & Associates, P.C. | Attn: Mary E. Alexander<br>44 Montgomery Street, Suite 1303<br>San Francisco CA 94104 | malexander@maryalexanderlaw.com | Email |
| Counsel to BNP Paribas | Mayer Brown LLP | Attn: Ankur Mandhania<br>575 Market St.<br>Suite 2500<br>San Francisco CA 94105-3670 | amandhania@mayerbrown.com | Email |
| Counsel to BNP Paribas | Mayer Brown LLP | Attn: Brian Trust, Joaquin C de Baca<br>1221 Avenue of the Americas<br>New York NY 10020 | btrust@mayerbrown.com<br>jcdebaca@mayerbrown.com | Email |
| Counsel to Mesa Associates, Inc. | Maynard, Cooper & Gale | Attn: Duane Kumagai<br>1901 Avenue of the Stars Suite 1900<br>Los Angeles CA 90067 | dkumagai@maynardcooper.com | Email |
| Counsel for A.J. Excavation Inc. | Mccormick Barstow LLP | Attn: David L. Emerzian, H. Annie Duong<br>Counsel for A.J. Excavation Inc.<br>7647 North Fresno Street<br>Fresno CA 93720 | demerzian@mccormickbarstow.com | Email |
| Counsel to Davey Tree Expert Company, Davey Tree Surgery Company, and Davey Resource Group, Inc. | Mcdermott Will & Emery LLP | Attn: Jeffrey M. Reisner<br>2049 Century Park East, Suite 3200<br>Los Angeles CA 90067-3206 | | First Class Mail |
| Counsel to Winners Industry Co., Ltd. | Mckoool Smith, P.C. | Attn: James H. Smith<br>One Bryant Park, 47th Floor<br>New York NY 10036 | jsmith@mckoolsmith.com | Email |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Gregory A. Bray, Thomas R. Kreller, Samir L. Vora<br>2029 Century Park East, 33rd Floor<br>Los Angeles CA 90067 | Gbray@milbank.com | Email |

Case: 19-30088    Doc# 12700    Filed: 08/11/22    Entered: 08/11/22 17:41:37    Page 12 of 24

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Samir L. Vora<br>1850 K St., N.W., Suite 1100<br>Washington DC 20006 | svora@milbank.com | Email |
| Counsel for Marin Clean Energy | Mintz Levin Cohn Ferris Glovsky And Popeo, P.C. | Attn: Abigail V. O'Brient, Andrew B. Levin<br>2029 Century Park East<br>Suite 3100<br>Los Angeles CA 90067 | avobrient@mintz.com<br>ablevin@mintz.com | Email |
| Counsel for Exponent, Inc. | Newmeyer & Dillion LLP | Attn: James J. Ficenec<br>1333 N. California Blvd<br>Suite 600<br>Walnut Creek CA 94596 | Joshua.Bevitz@ndlf.com | Email |
| Counsel for CALIFORNIA SELF-INSURERS' SECURITY FUND | Nixon Peabody LLP | Attn: MAXIMILIAN A. FERULLO<br>55 West 46th Street<br>New York NY 10036 | | First Class Mail |
| Counsel for CALIFORNIA SELF-INSURERS' SECURITY FUND | Nixon Peabody LLP | Attn: RICHARD C. PEDONE<br>Exchange Place<br>53 State Street<br>Boston MA 02109 | rpedone@nixonpeabody.com | Email |
| Counsel for Michael Vairo, Marie Dierssen, Catherine McClure, Tonia Hanson, Deirdre Coderre, Denise Stooksberry, John Stooksberry, Bryan Sullivan, Sara Hill, Isaiah Vera, Michael Williams, Joel Batts, Annaleisa Batts, Claudia Bijstra, Andries Bijstra, Roger Martinez, Candice Seals, Gretchen Franklin, Christopher Franklin, Paul Bowen, Kelly Jones, Tami Coleman, Cecil Morris, Linda Schooling, Jennifer Makin, Barbara Cruise, Benjamin Hernandez, Irma Enriquez, Constantina Howard, Leroy Howard, Edward Delongfield, Brenda Howell, Lynda Howell, Angela Coker, Sally Thorp, Paradise Moose Lodge, Nancy Seals | Northern California Law Group, Pc | Attn: Joseph Feist<br>2611 Esplanade<br>Chico CA 95973 | joe@norcallawgroup.net | Email |
| Counsel to City of Santa Clara dba Northern California Power Agency | Northern California Power Agency | Attn: Jane Luckhardt<br>651 Commerce Drive<br>Roseville CA 95678-6411 | Jane.Luckhardt@ncpa.com | Email |
| Counsel to ADVENTIST HEALTHSYSTEM/WEST, a California non-profit religious corporation | Norton Rose Fulbright US LLP | ATTN: DAVID A. ROSENZWEIG<br>1301 Avenue of the Americas, Floor 2945<br>New York NY 10019-6022 | david.rosenzweig@nortonrosefulbright.com | Email |
| Counsel for NextEra Energy Inc., NextEra Energy Partners, L.P. | Norton Rose Fulbright Us LLP | Attn: Howard Seife, Andrew Rosenblatt, Christy Rivera<br>1301 Avenue of the Americas<br>New York NY 10019-6022 | howard.seife@nortonrosefulbright.com<br>andrew.rosenblatt@nortonrosefulbright.com<br>christy.rivera@nortonrosefulbright.com | Email |
| Counsel to Department of Finance for the State of California and Governor Gavin Newsom | O'Melveny & Myers LLP | Attn: John J. Rapisardi, Nancy A. Mitchell and Daniel S. Shamah<br>7 Times Square<br>New York NY 10036 | jrapisardi@omm.com<br>dshamah@omm.com | Email |
| Office of the California Attorney General | Office Of The California Attorney General | Attn: Bankruptcy Dept<br>P.O. Box 944255<br>Sacramento CA 94244-2550 | bankruptcy@coag.gov | Email |
| Office of the United States Attorney for the Northern District of California | Office Of The United States Attorney For The Northern District of California | Attn: Bankruptcy Unit<br>Federal Courthouse<br>450 Golden Gate Avenue<br>San Francisco CA 94102 | | First Class Mail |

Case: 19-30088    Doc# 12700    Filed: 08/11/22    Entered: 08/11/22 17:41:37    Page 13 of 24

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Office of the United States Trustee | Office of The United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta 450 Golden Gate Ave Suite 05-0153 San Francisco CA 94102 | James.L.Snyder@usdoj.gov | Email |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | Attn: Debra Felder 1152 15th Street, NW Washington DC 20005 | dfelder@orrick.com | Email |
| Counsel to Centerbridge Partners, L.P. | Orrick, Herrington & Sutcliffe LLP | Attn: Douglas S. Mintz Columbia Center 1152 15th Street, N.W. Washington DC 20005-1706 | | First Class Mail |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | Attn: Lorraine McGowen 51 West 52nd Street New York NY 10019 | lmcgowen@orrick.com | Email |
| Counsel for The Baupost Group, L.L.C., as the general partner and investment manager for certain entities | Pachulski Stang Ziehl & Jones LLP | Attn: Isaac M. Pachulski, Debra I. Grassgreen, Gabriel I. Glazer, John W. Lucas 150 California Street 15th Floor San Francisco CA 94111 | ipachulski@pszjlaw.com | Email |
| Counsel to Southwire Company LLC | Parker, Hudson, Rainer & Dobbs, LLP | Attn: Bryan E. Bates, Esq. 303 Peachtree St., NE, Suite 5300 Atlanta GA 30308 | bbates@phrd.com | Email |
| Counsel to Southwire Company, LLC | Parker, Hudson, Rainer & Dobbs, LLP | Attn: Bryan E. Bates, Esq. 303 Peachtree Street, Suite 3600 Atlanta GA 30308 | bbates@phrd.com | Email |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Sean A. Mitchell, Neal P. Donnelly 1285 Avenue of the Americas New York NY 10019-6064 | bhermann@paulweiss.com smitchell@paulweiss.com | Email |
| Attorney for Certain Camp Fire Claimants and as Ad Hoc Counsel for Camp Fire Real Property Owners | Peluso Law Group, Pc | Attn: Larry A. Peluso P.O. Box 7620 Incline Village NV 89450 | firm@pelusolaw.net | Email |
| Counsel to Consolidated Edison Development, Inc. | Pillsbury Winthrop Shaw Pittman LLP | ATTN: HUGH M. MCDONALD 31 West 52nd Street New York NY 10019-6131 | hugh.mcdonald@pillsburylaw.com | Email |
| Counsel to Consolidated Edison Development, Inc. | Pillsbury Winthrop Shaw Pittman LLP | ATTN: JONATHAN DOOLITTLE Four Embarcadero Center, 22nd Floor San Francisco CA 94111-5998 | jonathan.doolittle@pillsburylaw.com | Email |
| Counsel for Bank of America, N.A. | Pillsbury Winthrop Shaw Pittman LLP | Attn: Leo T. Crowley 1540 Broadway New York NY 10036 | leo.crowley@pillsburylaw.com | Email |
| Interested Party Placer County Office of the Treasurer-Tax Collector | Placer County Office of the Treasurer-Tax Collector | Attn: Robert Kanngiesser 2976 Richardson Drive Auburn CA 95603 | | First Class Mail |
| Counsel to Whitebox Multi-Strategy Partners, LP, Whitebox GT Fund, LP, Pandora Select Partners, LP and Whitebox CAJA Blanca Fund, LP | Polsinelli LLP | Attn: Tanya Behnam 2049 Century Park East Suite 2900 Los Angeles CA 90067 | tbehnam@polsinelli.com | Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. | Proskauer Rose LLP | Attn: Martin J. Bienenstock, Brian S. Rosen, Maja Zerjal<br>Eleven Times Square<br>New York NY 10036-8299 | mbienenstock@proskauer.com<br>brosen@proskauer.com<br>mzerjal@proskauer.com | Email |
| Counsel for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. | Proskauer Rose LLP | Attn: Michael A. Firestein, Lary Alan Rappaport, Steve Y. Ma<br>2029 Century Park East<br>Suite 2400<br>Los Angeles CA 90067-3010 | mfirestein@proskauer.com<br>sma@proskauer.com | Email |
| Counsel to Canyon Capital Advisors LLC | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Bennett Murphy<br>865 South Figueroa Street<br>10th Floor<br>Los Angeles CA 90017-2543 | bennettmurphy@quinnemanuel.com | Email |
| Counsel for Nevada Irrigation District, Lodi Gas Storage, L.L.P., Wild Goose, LLC | Reed Smith LLP | Attn: Monique B. Howery<br>10 S. Wacker Drive<br>40th Floor<br>Chicago IL 60606 | | First Class Mail |
| Counsel for Bank of New York Mellon | Reed Smith LLP | Attn: Robert P. Simons<br>225 Fifth Avenue<br>Suite 1200<br>Pittsburgh PA 15222 | | First Class Mail |
| Counsel for Matthew E. Gerspacher and Abigail N. Gerspacher (Davis) | Reimer Law, PC | Attn: Nicole B. Reimer<br>313 Walnut Street<br>Ste 120<br>Chico CA 95973 | nbreimer.esq@gmail.com | Email |
| Counsel to Richards Law Firm Claimants | Richards Law Firm | Attn: John T. Richards, Evan Willis<br>101 W. Broadway<br>Suite 1950<br>San Diego CA 92101 | john@jtrlaw1.com<br>evan@jtrlaw1.com | Email |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Robins Cloud LLP | Attn: Bill Robins, III, Robert Bryson<br>650 California Street<br>Site 450<br>Santa Monica CA 90401 | robins@robinscloud.com<br>rbryson@robinscloud.com | Email |
| Counsel to Ruckman-Leal Creditors, Counsel to Michael Marroquin | Rodriguez & Associates | Attn: Joseph Whittington, Esq. and Daniel Turek, Esq.<br>1128 Truxtun Ave<br>Bakersfield CA 93301-4618 | | First Class Mail |
| Counsel to Various Rescission and Damage Claimants | Rolnick Kramer Sadighi LLP | Attn: Richard A. Bodnar<br>1251 Avenue of the Americas<br>New York NY 10020 | rbodnar@rksllp.com | Email |
| Counsel to CREATIVE CEILINGS, INC. | Ropers, Majeski, Kohn & Bentley | Attn: STEVEN G. POLARD<br>445 South Figueroa Street, Suite 3000<br>Los Angeles CA 90071 | steven.polard@rmkb.com | Email |
| Counsel for ELLIOTT MANAGEMENT CORPORATION, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it | Ropes & Gray LLP | Attn: Gregg M. Galardi, Hannah Boyaggi, Daniel G. Egan<br>1211 Avenue of the Americas<br>New York NY 10036-8704 | gregg.galardi@ropesgray.com<br>hannah.boyaggi@ropesgray.com<br>daniel.egan@ropesgray.com | Email |
| Counsel for ELLIOTT MANAGEMENT CORPORATION, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it | Ropes & Gray LLP | Attn: Matthew L. McGinnis<br>Prudential Tower, 800 Boylston Street<br>Boston MA 02199-3600 | matthew.mcginnis@ropesgray.com | Email |

Case: 19-30088    Doc# 12700    Filed: 08/11/22    Entered: 08/11/22 17:41:37    Page 15 of 24

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for The Baupost Group L.L.C., as the managing general partner and/or investment manager for certain entities | Ropes & Gray LLP | Attn: Matthew M. Roose, Mark I. Bane<br>1211 Avenue of the Americas<br>New York NY 10036-8704 | mark.bane@ropesgray.com<br>matthew.roose@ropesgray.com | Email |
| Counsel for The Baupost Group L.L.C., as the managing general partner and/or investment manager for certain entities | Ropes & Gray LLP | Attn: Peter L. Welsh & Patricia I. Chen<br>Prudential Tower<br>800 Boylston Street<br>Boston MA 02199-3600 | peter.welsh@ropesgray.com<br>patricia.chen@ropesgray.com | Email |
| Counsel for ARB, INC. | Rutan & Tucker, LLP | Attn: Roger F. Friedman, Philip J. Blanchard<br>611 Anton Boulevard<br>Suite 1400<br>Costa Mesa CA 92626-1931 | pblanchard@rutan.com | Email |
| Counsel for Sonoma County Treasurer & Tax Collector, Counsel for the County of Placer | Salvato Boufadel LLP | Attn: Barry S. Glaser<br>355 South Grand Avenue<br>Suite 2450<br>Los Angeles CA 90071-9500 | | First Class Mail |
| Counsel for for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | San Francisco City Attorney'S Office | Attn: Owen Clements<br>1390 Market Street<br>7th Floor<br>San Francisco CA 94102 | Owen.Clements@sfcityatty.org | Email |
| Counsel for International Business Machines Corp. | Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Esq., Pamela A. Bosswick, Esq.<br>230 Park Avenue<br>New York NY 10169 | cbelmonte@ssbb.com<br>pbosswick@ssbb.com | Email |
| Counsel for SBA Steel II, LLC | Saul Ewing Arnstein & Lehr LLP | Attn: Barry A. Chatz<br>161 N. Clark Street, Suite 4200<br>Chicago IL 60601 | barry.chatz@saul.com | Email |
| Counsel for SBA Steel II, LLC | Saul Ewing Arnstein & Lehr LLP | Attn: Lucian B. Murley<br>1201 North Market Street, Suite 2300<br>Wilmington DE 19801 | luke.murley@saul.com | Email |
| COUNSEL TO MARIE VALENZA, BRANDEE GOODRICH, KRISTAL DAVIS-BOLIN, ASHLEY DUITSMAN, BARBARA MORRIS, MARY HAINES | Savage, Lamb & Lunde, PC | ATTN: E. RYAN LAMB<br>1550 Humboldt Road, Suite 4<br>CHICO CA 95928 | erlamblaw@gmail.com | Email |
| Counsel to Agua Caliente Solar, LLC, Clearway Energy Group LLC, Clearway Energy, Inc., MC Shiloh IV Holdings LLC, NRG Energy, Inc., Solar Partners II LLC, Solar Partners VIII LLC, and TerraForm Power, Inc. | Shearman & Sterling LLP | Attn: Daniel Laguardia<br>535 Mission Street 25th Floor<br>San Francisco CA 94105 | daniel.laguardia@shearman.com | Email |
| Counsel for East Bay Community Energy Authority | Shemanolaw | Attn: David B. Shemano<br>1801 Century Park East<br>Suite 1600<br>Los Angeles CA 90067 | dshemano@shemanolaw.com | Email |
| Counsel for PG&E Holdco Group | Sheppard, Mullin, Richter & Hampton LLP | Attn: ORI KATZ, MICHAEL M. LAUTER, and SHADI FARZAN<br>Four Embarcadero Center, 17th Floor<br>San Francisco CA 94111-4109 | sfarzan@sheppardmullin.com | Email |
| Attorneys for Cushman & Wakefield, Inc. | Shulman Hodges & Bastian LLP | Attn: Leonard M. Shulman, Melissa Davis Lowe<br>100 Spectrum Center Drive<br>Suite 600<br>Irvine CA 92618 | mlowe@shbllp.com | Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Board of PG&E Corporation and Pacific Gas and Electric Company and Certain Current and Former Independent Directors | Simpson Thacher & Bartlett LLP | Attn: Michael H. Torkin, Nicholas Goldin, Kathrine A. McLendon, Jamie J. Fell<br>425 Lexington Avenue<br>New York NY 10017 | michael.torkin@stblaw.com<br>ngoldin@stblaw.com<br>kmclendon@stblaw.com<br>jamie.fell@stblaw.com | Email |
| Counsel to the Ad Hoc Committee of Unsecured Tort Claimant Creditors and the Singleton Law Firm Fire Victim Claimants | Singleton Law Firm, APC | Attn: Gerald Singleton & John C. Lemon<br>450 A Street, 5th Floor<br>San Diego CA 92101 | | First Class Mail |
| Counsel to Atlantica Yield plc and Mojave Solar LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Destiny N. Almogue<br>300 South Grand Avenue<br>Suite 3400<br>Los Angeles CA 90071 | Destiny.Almogue@Skadden.com | Email |
| Counsel to Atlantica Yield plc and Mojave Solar LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Kathlene M. Burke<br>40 Bank Street<br>Canary Wharf<br>London E14 5DS United Kingdom | Kathlene.Burke@skadden.com | Email |
| Counsel to Righetti Ranch, LP and Righetti NC, LLC | Solomon Ward Seidenwurm & Smith, LLP | Attn: Michael D. Breslauer<br>401 B Street, Suite 1200<br>San Diego CA 92101 | mbreslauer@swsslaw.com | Email |
| Counsel for Southern California Edison Company | Southern California Edison Company | Attn: Julia A. Mosel, Patricia A. Cirucci<br>2244 Walnut Grove Avenue<br>3rd Floor<br>Rosemead CA 91770 | Julia.Mosel@sce.com<br>patricia.cirucci@sce.com | Email |
| Counsel to Various Rescission and Damage Claimants | ST. JAMES LAW, P.C. | Attn: Michael St. James<br>22 Battery Street<br>Suite 810<br>San Francisco CA 94111 | Ecf@stjames-law.com<br>michael@stjames-law.com | Email |
| Attorney for California Department of Industrial Relations Office of Self-Insured Plans | State of California, Department of Industrial Relations | Attn: Pamela Allen<br>1515 Clay Street, 17th Floor<br>Oakland CA 94612 | pallen@dir.ca.gov | First Class Mail |
| Counsel to Davey Tree Expert Company, Davey Tree Surgery Company, and Davey Resource Group, Inc. | Steptoe & Johnson LLP | Attn: Jeffrey M. Reisner & Kerri A. Lyman<br>633 West Fifth Street, Suite 1900<br>Los Angeles CA 90071 | jreisner@steptoe.com<br>klyman@steptoe.com | First Class Mail and Email |
| Individual 2015 Butte Fire Victim Creditor | Steve Christopher | PO Box 281<br>Altaville CA 95221 | sc2104271@gmail.com | Email |
| Counsel to Allianz Global Corporate & Specialty | Stevens & Lee, P.C. | Attn: Constantine D. Pourakis<br>485 Madison Avenue<br>20th Floor<br>New York NY 10022 | cp@stevenslee.com | Email |
| Counsel to Allianz Global Corporate & Specialty | Stevens & Lee, P.C. | Attn: Leonard P. Goldberger<br>620 Freedom Business Center<br>Suite 200<br>King of Prussia PA 19406 | lpg@stevenslee.com | Email |
| Counsel to Vanguard Institutional Short-Term Bond Fund and Vanguard Ultra-Short-Term Bond Fund | Stradley Ronon Stevens & Young, LLP | Attn: Marissa Parker & Julie M. Murphy<br>2005 Market Street, Suite 2600<br>Philadelphia PA 19103 | mparker@stradley.com<br>Jmmurphy@stradley.com | Email |
| Counsel to South San Joaquin Irrigation District | Stradling Yocca Carlson & Rauth, P.C. | ATTN: PAUL R GLASSMAN<br>100 Wilshire Boulevard, 4th Floor<br>Santa Monica CA 90401 | pglassman@sycr.com | Email |

Case: 19-30088    Doc# 12700    Filed: 08/11/22    Entered: 08/11/22 17:41:37    Page 17 of 24

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Mizuho Bank, Ltd. | Stroock & Stroock & Lavan LLP | Attn: David W. Moon<br>2029 Century Park East<br>Los Angeles CA 90067-3086 | dmoon@stroock.com | Email |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola<br>2029 Century Park East<br>Los Angeles CA 90067-3086 | fmerola@stroock.com | Email |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo<br>180 Maiden Lane<br>New York NY 10038-4982 | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com | Email |
| Counsel for Mizuho Bank, Ltd. | Stroock & Stroock & Lavan LLP | Attn: Mark A. Speiser, Kenneth Pasquale, Sherry J. Millman, Harold A. Olsen<br>180 Maiden Lane<br>New York NY 10038-4982 | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>holsen@stroock.com<br>mspeiser@stroock.com<br>kpasquale@stroock.com<br>smillman@stroock.com | Email |
| Counsel for Public Entities Impacted by the Wildfires | Stutzman, Bromberg, Esserman & Plifka, P.C. | Attn: Sander L. Esserman, Cliff I. Taylor<br>2323 Bryan Street<br>Suite 2200<br>Dallas TX 5201-2689 | esserman@sbep-law.com | Email |
| Counsel for BrightView Enterprise Solutions, LLC, Counsel for Granite Construction Incorporated, BrightView Landscape Services, Inc. | Taylor English Duma LLP | Attn: John W. Mills, III<br>1600 Parkwood Circle<br>Suite 200<br>Atlanta GA 30339 | jmills@taylorenglish.com | Email |
| Counsel for The Davey Tree Expert Company | The Davey Tree Expert Company | Attn: Erika J. Schoenberger, General Counel<br>1500 N. Mantua Street<br>Kent OH 44240 | Erika.Schoenberger@davey.com | Email |
| Counsel to International Church of the Foursquare Gospel | The Law Office of Joseph West | Attn: Joseph West Esq.<br>575 E. Locust Ave., Suite 120<br>Fresno CA 93720 | josephwest@westlawfirmofcalifornia.com | Email |
| ATTORNEYS FOR ZACKARY FERNANDEZ, Individually, and as Successor in Interest to, JESUS PEDRO FERNANDEZ, Deceased | The Veen Firm, P.C. | Attn: Elinor Leary, Brian Gregory<br>20 Haight Street<br>San Francisco CA 94102 | | First Class Mail |
| Counsel to Compass Lexecon, LLC | Togut, Segal & Segal LLP | Attn: Albert Togut, Kyle J. Ortiz, Amy M. Oden, Amanda C. Glaubach<br>One Penn Plaza<br>Suite 3335<br>New York NY 10119 | altogut@teamtogut.com<br>kortiz@teamtogut.com<br>aoden@teamtogut.com<br>aglaubach@teamtogut.com | Email |
| Attorneys for Objector Patricia Garrison | Tosdal Law Firm | Attn: Thomas Tosdal<br>777 S. Highway 101, Ste. 215<br>Solana Beach CA 92075 | tom@tosdallaw.com | Email |
| Counsel for Consolidated Edison Development Inc. | Troutman Pepper Hamilton Sanders LLP | Attn: Gabriel Ozel, Jared D. Bissell<br>11682 El Camino Real, Suite 400<br>San Diego CA 92130-2092 | | First Class Mail |
| Counsel to Southern Power Company, Consolidated Edison Development, Inc. | Troutman Sanders LLP | Attn: Dean Morehous<br>3 Embarcadero Center<br>Suite 800<br>San Francisco CA 94111 | dean.morehous@troutman.com | Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Southern Power Company and Osmose Utilities Services, Inc. | Troutman Sanders LLP | Attn: LaShaun Jones<br>600 Peachtree St. NE<br>Suite 3000<br>Atlanta GA 30308 | LaShaun.Jones@troutman.com | Email |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel<br>U.S. NRC Region IV<br>1600 E. Lamar Blvd.<br>Arlington TX 76011 | | First Class Mail |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel<br>Washington DC 20555-0001 | | First Class Mail |
| Interested Party | Union Pacific Railroad Company | Attn: Tonya W. Conley, Lila L. Howe<br>1400 Douglas Street<br>STOP 1580<br>Omaha NE 68179 | bankrupcynotices@up.com | Email |
| Unsecured Creditor Claim No. 7072 | Unsecured Creditor Claim No. 7072 | Attn: John Ramirez, Marta Ramirez<br>38006 Pueblo Road<br>Hinkley CA 92347 | | First Class Mail |
| Unsecured Creditor Claim No. 7083 | Unsecured Creditor Claim No. 7083 | Attn: Aurang Zaib Khan, Halima Zahib<br>1969 East Cooley Ave.<br>San Bernardino CA 92408 | | First Class Mail |
| Unsecured Creditor Claim No. 7167 | Unsecured Creditor Claim No. 7167 | Attn: Ken Nitao<br>244 S. Citrus Avenue<br>Alhambra CA 91801 | | First Class Mail |
| Unsecured Creditor Claim No. 7168 | Unsecured Creditor Claim No. 7168 | Attn: Robert Miller, Donna Learmont<br>37241 Sycamore Street<br>Hinkley CA 92347 | | First Class Mail |
| Unsecured Creditor Claim No. 7171 | Unsecured Creditor Claim No. 7171 | Attn: Shirley Holcroft, Sam Cabrera<br>2610 S Mariposa Rd<br>Apache Jct AZ 85119-9252 | | First Class Mail |
| Unsecured Creditor Claim No. 7175 | Unsecured Creditor Claim No. 7175 | Attn: Andrea Williams, Dan S. Williams<br>36796 Hillview Road<br>Hinkley CA 92347 | | First Class Mail |
| Unsecured Creditor Claim No. 7176 | Unsecured Creditor Claim No. 7176 | Attn: Keith Hawes<br>P.O. Box 376<br>Hinkley CA 92347 | | First Class Mail |
| Unsecured Creditor Claim No. 7180 | Unsecured Creditor Claim No. 7180 | Attn: Oscar Urbina<br>3617 Slauson Ave.<br>Maywood CA 90270 | | First Class Mail |
| Unsecured Creditor Claim No. 7183 | Unsecured Creditor Claim No. 7183 | Attn: Martin Garza, Lynette Brown<br>P.O. Box 344<br>Hinkley CA 92347 | | First Class Mail |
| Unsecured Creditor Claim No. 7199 | Unsecured Creditor Claim No. 7199 | Attn: Carolyn Bolin, William Bolin<br>36310 Lenwood Road<br>Hinkley CA 92347 | | First Class Mail |
| Unsecured Creditor Claim No. 7200 | Unsecured Creditor Claim No. 7200 | Attn: Sandra L. Brown<br>5432 Macedonia Church Rd<br>Prosperity SC 29127-7389 | | First Class Mail |
| Unsecured Creditor Claim No. 7201 | Unsecured Creditor Claim No. 7201 | Attn: Barbara A. Vinson, Lloyd K. Vinson<br>3220 Cindy Circle<br>Anderson CA 96007 | | First Class Mail |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Unsecured Creditor Claim No. 7226 | Unsecured Creditor Claim No. 7226 | Attn: Rosaiba Hernandez<br>18284 Pacific Street<br>Hesperia CA 92345 | | First Class Mail |
| Unsecured Creditor Claim No. 7229 | Unsecured Creditor Claim No. 7229 | Attn: David Matthiesen, Candace Matthiesen<br>36709 Hidden River Road<br>Hinkley CA 92347 | | First Class Mail |
| Unsecured Creditor Claim No. 7244 | Unsecured Creditor Claim No. 7244 | Attn: Agustin Carrera, Maritza Carrera<br>886 Gina Ct.<br>Upland  CA 91784 | | First Class Mail |
| Unsecured Creditor Claim No. 7244 | Unsecured Creditor Claim No. 7244 | Attn: Aquilla Frederick<br>20455 Halstead Road<br>Hinkley CA 92347 | | First Class Mail |
| Unsecured Creditor Claim No. 7264 | Unsecured Creditor Claim No. 7264 | Attn: Darlene Herring Jenkins<br>PO Box 512<br>Newberry Spgs CA 92365-0512 | | First Class Mail |
| Unsecured Creditor Claim No. 7301 | Unsecured Creditor Claim No. 7301 | Attn: Marina Riebeling, Adolfo Riebeling<br>4600 Jerry Ave.<br>Baldwin Park CA 91706 | | First Class Mail |
| Unsecured Creditor Claim No. 7585 | Unsecured Creditor Claim No. 7585 | Attn: Clell Courtney, Hennie Courtney<br>25595 Ash Road<br>Barstow CA 92311 | | First Class Mail |
| Unsecured Creditor Claim No. 7591 | Unsecured Creditor Claim No. 7591 | Attn: Cindy Sue Downing<br>P.O. Box 376<br>Hinkley CA 92347 | | First Class Mail |
| Unsecured Creditor Claim No. 7657 | Unsecured Creditor Claim No. 7657 | Attn: Joel A. Christison<br>PO Box 2635<br>Big River CA 92242-2635 | | First Class Mail |
| Unsecured Creditor Claim No. 7704 | Unsecured Creditor Claim No. 7704 | Attn: Nick Panchev<br>25633 Anderson Avenue<br>Barstow CA 92311 | | First Class Mail |
| Unsecured Creditor Claim No. 8273 | Unsecured Creditor Claim No. 8273 | Attn: Charles Matthiesen, Matsue Matthiesen<br>36771 Hidden River Rd.<br>Hinkley CA 92347 | | First Class Mail |
| Unsecured Creditor Claim No. 8274 | Unsecured Creditor Claim No. 8274 | Attn: Juliana Martinez, Manuel Martinez<br>36633 Hidden River Road<br>Hinkley CA 92347 | | First Class Mail |
| Unsecured Creditor Claim No. 8274 | Unsecured Creditor Claim No. 8274 | Attn: Norman Halstead<br>20455 Halstead Road<br>Hinkley CA 92347 | | First Class Mail |
| Unsecured Creditor Claim No. 8278 | Unsecured Creditor Claim No. 8278 | Attn: Kimberly Blowney<br>36816 Hillview Road<br>Hinkley CA 92347 | | First Class Mail |
| Unsecured Creditor Claim No. 8283 | Unsecured Creditor Claim No. 8283 | Attn: Saray Ordaz, Victor Suarez<br>1042 E. Sandison St. Apt. 1<br>Wilmington CA 90744 | | First Class Mail |
| Unsecured Creditor Claim No. Pending | Unsecured Creditor Claim No. Pending | Attn: Yvonne Kirkpatrick, Herbert Nethery<br>23394 Alcudia Rd.<br>Hinkley CA 92347 | | First Class Mail |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| US Securities and Exchange Commission | Us Securities And Exchange Commission | Attn: Jina Choi, Regional Director<br>San Francisco Regional Office<br>44 Montgomery Street, Suite 2800<br>San Francisco CA 94104 | sanfrancisco@sec.gov | Email |
| US Securities and Exchange Commission | Us Securities And Exchange Commission | Attn: Office of General Counsel<br>100 F St. NE MS 6041B<br>Washington DC 20549 | secbankruptcy@sec.gov | Email |
| Counsel for Interstate Fire & Casualty Company | Vedder Price Ca LLP | Attn: Scott H. Olson<br>275 Battery Street, Suite 2464<br>San Francisco CA 94111 | solson@vedderprice.com | First Class Mail |
| Counsel to Public Employees Retirement Association of New Mexico | Wagstaffe, Von Loewenfeldt, Busch & Radwick, LLP | Attn: James M. Wagstaffe & Frank Busch<br>100 Pine Street<br>Suite 725<br>San Francisco CA 94111 | wagstaffe@wvbrlaw.com<br>busch@wvbrlaw.com | Email |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Walkup Melodia Kelly & Schoenberger | Attn: Michael A. Kelly, Khaldoun A. Baghdadi, Max Schuver<br>650 California Street<br>26th Floor<br>San Francisco CA 94108 | mkelly@walkuplawoffice.com<br>kbaghdadi@walkuplawoffice.com<br>mschuver@walkuplawoffice.com | Email |
| Counsel for Aera Energy LLC, Midway Sunset Congeneration Company | Walter Wilhelm Law Group A Professional Corporation | Attn: Michael L. Wilhelm<br>205 E. River Park Circle<br>Suite 410<br>Fresno CA 93720 | Mwilhelm@W2LG.com | Email |
| Counsel for Engineers and Scientists of California, Local 20, IFPTE, Counsel for SEIU United Service Workers - West | Weinberg Roger & Rosenfeld | Attn: Emily P. Rich<br>1001 Marina Village Parkway<br>Suite 200<br>Alameda CA 94501-1091 | cgray@unioncounsel.net | Email |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: J.Christopher Shore<br>1221 Avenue of the Americas<br>New York NY 10020-1095 | cshore@whitecase.com | Email |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: Thomas E Lauria, Matthew C. Brown<br>Southeast Financial Center<br>200 South Biscayne Boulevard, Suite 4900<br>Miami FL 33131-2352 | tlauria@whitecase.com<br>mbrown@whitecase.com | Email |
| Counsel for Ballard Marine Construction, Inc. | Williams Kastner | Attn: Todd W. Blischke<br>601 Union Street<br>Suite 4100<br>Seattle WA 98101-2380 | | First Class Mail |
| Counsel to Subrogation Trust Advisory Board | Willkie Farr & Gallagher LLP | Attn: Alexander L. Cheney<br>One Front Street<br>San Francisco CA 94111 | acheney@willkie.com | Email |
| Counsel to Subrogation Trust Advisory Board | Willkie Farr & Gallagher LLP | Attn: Benjamin P. McCallen, Daniel Forman, Charles D. Cording<br>787 Seventh Avenue<br>New York NY 10019 | bmccallen@willkie.com<br>dforman@willkie.com<br>ccording@willkie.com | Email |
| Counsel for Macquarie Energy LLC | Winston & Strawn LLP | Attn: Michael A. Yuffee<br>1901 L Street NW<br>Washington DC 20036 | myuffee@winston.com | First Class Mail |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Subrogation Wildfire Trust | Young Conaway Stargatt & Taylor, LLP | Attn: Edwin J. Harron, Sara Beth A.R. Kohut<br>Rodney Square, 1000 North King Street<br>Wilmington DE 19801 | eharron@ycst.com<br>skohut@ycst.com | Email |
| Counsel to Santiago Gatto and Anastasia Tkal | Young Ward & Lothert, A Professional Law Corporation | Attn: Scott Ward, Esq.<br>995 Morning Star Dr., Suite C<br>Sonora CA 95370-5192 | info@youngwardlothert.com | Email |

Case: 19-30088    Doc# 12700    Filed: 08/11/22    Entered: 08/11/22 17:41:37    Page 22 of 24

**Exhibit B**

Exhibit B

Affected Claimants Service List

Served as set forth below

| ADDRESSID | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| 4082577 | Miller, Kim Robin | Address on File | Email on File | First Class Mail and Email |
| 4083623 | Miller, Kim Robin | Address on File | | First Class Mail |
| 4077785 | Walters, Andrew | Address on File | | First Class Mail |
| 4080669 | Walters, Andrew | Address on File | | First Class Mail |

In re:  PG&E Corporation, *et al.*

Case No. 19-30088 (DM)

Case: 19-30088    Doc# 12700    Filed: 08/11/22    Entered: 08/11/22 17:41:37    Page 24 of 24