UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
|    - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
|         Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Sonia Akter, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On August 5, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Claimants Service List attached hereto as **Exhibit A**:

- Procedures for Appearing on an AT&T Conference Call for the Honorable Dennis Montali, a copy of which is attached hereto as **Exhibit B**

3. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

| | |
|---|---|
| 1 | |
| 2 | Executed this 11th day of August 2022, at New York, NY. |
| 3 | /s/ Sonia Akter |
| 4 | Sonia Akter |

# **Exhibit A**

Exhibit A
Claimants Service List
Served as set forth below

| ADDRESSID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|
| 4082577 | Miller, Kim Robin | 140 Ruby Drive | Lakeport | CA | 95453 | krmco100@gmail.com | Overnight Mail and Email |
| 4083623 | Miller, Kim Robin | PO Box 1285 | Lakeport | CA | 95453 | | Overnight Mail |
| 4080670 | Walters, Andrew | P O BOX 7000 | CARSON CITY | NV | 89702 | | Overnight Mail |
| 4077785 | Walters, Andrew | P.O. Box 208 | Indian Springs | NV | 89018 | | Overnight Mail |

# **Exhibit B**

SRF 63226



# Procedures for Appearing on an AT&T Conference Call for the Honorable Dennis Montali

Using information below, please login to the AT&T Conference call **5 to 10 minutes prior** to the scheduled hearing.

- If signing in by computer, **the Court's preferred method**, identify yourself when prompted.
- If calling in by telephone, the courtroom deputy will take roll prior to the hearing.
- The Court will ask parties to state their appearances when a case is called.
- Please ensure your **equipment** is adequate. Also, ensure that you have a dedicated, **quiet space** for the call.
- Please place your line on mute (not on hold) until your matter is called.

Reservations are <u>not</u> required. There is no fee to participate by AT&T Conference.

### Procedures for joining by computer (the Court's preferred method):

1. Click on the web address link https://teleconference.uc.att.com/ecm/
2. Select "**As Guest**"
3. Enter **(888) 808-6929** in the Dial-in phone number
4. Enter Meeting access code: **3770525**
5. Enter your **first and last name and case name, case number or line number**
6. Check the box "**I'm not a robot**" and follow the prompt
7. Click on the "**Call me**" button. Enter your phone number.  AT&T will dial out to the number you provided.
8. Answer the phone call. When prompted, **select #1** to join the conference

### Procedures for joining by telephone:

1. Call the dial-in phone number: **(888) 808-6929**
2. Enter Meeting access code: **3770525**

### Important Notice to the Media and Public

Persons granted remote access to hearings and other proceedings held before the Court via telephone conference or any other communication service are reminded that recording, photographing, rebroadcasting or retransmission of such proceedings (including streaming, screen-shots or any other audio or video reproduction) is absolutely prohibited by policy of the Judicial Conference of the United States.

A violation of these prohibitions is subject to sanctions, including but not limited to removal of court-issued media credentials, restricted access to future hearings, or any other sanctions deemed necessary by the Court.