**Entered on Docket**
**August 15, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: August 15, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Dara L. Silveira (#274923)
(dsilveira@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING CLAIM NOS. 87604 (KIM MILLER) AND 86837 (ANDREW WALTERS) PURSUANT TO REORGANIZED DEBTORS' ONE HUNDRED FIFTEENTH OMNIBUS OBJECTION (NO LIABILITY RECATEGORIZED CLAIMS)**<br><br>**[Re: Docket No. 12173]**<br><br>Date: August 9, 2022<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Tele/Videoconference Appearances Only)<br>    United States Bankruptcy Court<br>    Courtroom 17, 16th Floor<br>    San Francisco, CA 94102 |

The Court, having considered the *Reorganized Debtors' One Hundred Fifteenth Omnibus Objection to Claims (No Liability Recategorized Claims)* [Docket No. 12173] (the "**Omnibus Objection**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan[1], the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and this Court having jurisdiction to consider the Omnibus Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Omnibus Objection and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Omnibus Objection as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and upon consideration of the Proofs of Claim filed by Kim Miller (Claim No. 87604) and Andrew Walters (Claim No. 86837), the Omnibus Objection, the Declaration of A. Anna Capelle [Docket No. 12174] and the Request to Take Judicial Notice [Docket No. 12175] filed concurrently therewith, the Claimants' responses thereto [Docket Nos. 12377, 12669, and 12680-1], the *Reorganized Debtors' Omnibus Reply in Further Support of the One Hundred Fifteenth Omnibus Objection (No Liability Recategorized Claims)*, filed on July 1, 2022 [Docket No. 12581], the *Reorganized Debtors' Reply in Further Support of the One Hundred Fifteenth Omnibus Objection (No Liability Recategorized Claims) with Respect to Claim No. 87604 (Kim Miller)*, filed on August 2, 2022 [Docket No. 12680]; and the arguments made at the hearing on the Omnibus Objection held at the above-captioned date and time, with Dara L. Silveira of Keller Benvenutti Kim LLP appearing on behalf of the Reorganized Debtors and neither Claimant Kim Miller nor Claimant Andrew Walters having appeared; and this Court having determined that the legal and factual bases set forth in the Omnibus Objection establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

**IT IS HEREBY ORDERED THAT:**

1. The Omnibus Objection is sustained with respect to the Claims of Kim Miller (Claim No. 87604) and Andrew Walters (Claim No. 86837).

2. Claim Nos. 87604 and 86837 shall be disallowed and expunged in their entirety.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

# COURT SERVICE LIST

Andrew Walters
P.O. Box 208
Indian Springs, NV 89018

Kim Miller
140 Ruby Drive
Lakeport, CA 95453