PATRICIA A. SAVAGE, SBN 236235
SAVAGE & LAMB, PC
1550 Humboldt Road, Suite 4
Chico, CA 95928
Telephone: (530) 592-3861
Fax: (530) 592-3865

Attorney for Claimants
JAMES P. HUGHES and SIERRA S. METZ,
DYLAN H. BARTELS and SAVANNAH D. GALLARDO

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | ) Case No. 19-30088-DM |
| | ) |
| PG&E Corporation, | ) Chapter 11 |
| | ) Lead Case, Jointly Administered |
| and | ) |
| | ) **NOTICE OF HEARING PURSUANT TO** |
| PACIFIC GAS AND ELECTRIC | ) **FED. R. BANKR. PROC. 7015 AND 7017 TO** |
| COMPANY, | ) **ENLARGE TIME TO FILE PROOF OF** |
| | ) **CLAIM PURSUANT TO FED. R. BANKR.** |
| Debtors. | ) **PROC. 9006(b)(1)** |

[x] Affects both Debtors

*All paper shall be filed in the Lead Case, No. 19-30088-DM

Date: September 13, 2022
Time: 10:00 a.m. (Pacific Time)
Place: Telephonic/Video Appearances Only
United States Bankruptcy Court
Courtroom 17,
450 Golden Gate Ave., 16th Floor
San Francisco, CA
Judge: Hon. Dennis Montali

Objection Date: August 30, 2022

**PLEASE TAKE NOTICE** that the Bankruptcy Court will hear and consider the Motion

Pursuant to Fed. R. Bankr. Proc. 7015 and 7017 to Enlarge Time to File Proof of Claim Pursuant to

Fed. R. Bankr. Proc. 9006(b)(1)("Motion"), on October 11, 2022 (Pacific Time) via video conferencing or telephone.

All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

PLEASE TAKE FURTHER NOTICE that the deadline to object to the Motion is August 30, 2022.

PLEASE TAKE FURTHER NOTICE that copies of Motion can be viewed and obtained: (1) by accessing the Court's website at http://www.canb.uscourts.gov, (2) by contacting the Office of the Clerk at 450 Golden Gate Ave, San Francisco, CA 94102, or (3) from the Debtor's notice and claims agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/pge or by calling (844)339-4217 (toll free) for U.S. based parties; or 1 (929) 333-8977 for international parties or by email at: pginfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

*Patricia Savage*

Dated: August 16, 2022

Patricia A. Savage
Attorney for Claimant