Alfredo Yanez
707 695 1113
2509 Vallejo St
Santa Rosa, Ca 95405

Case No 19-30088

## MOTION TO OBTAIN RELIEF TO ALLOW TO FILE LATE PROOF OF CLAIM

To Judge Montali,
Or to whom it may concern,

This letter is intended as a proper motion to obtain relief to allow to file late proof of claim. We kindly and respectfully ask that you allow late proof of claim for the claimants listed below. My family and I did not file a claim on time since we did not know we were eligible to file one. No one ever told us and we never heard about it. We were under the impression that only people that lost their homes in the fires were eligible. It wasn't until recently that we learned that we could. A friend of mine mentioned it to me.
We did not lose our home to the fires but we were affected by the North Bay fires in many ways. We ask that you please allow late proof of claim.

**FVT Claimants with a Submitted CQ and No Timely POC (As of 7/29/22)**

| Claimant Name | Claimant ID | Prime Clerk Claim No. | POC Filing Date |
|---|---|---|---|
| Alfredo Yanez | 1090832 | 108543 | 6/21/2022 |
| Dominic Eli Yanez | 1090913 | 108543 | 6/21/2022 |
| Maritza Yanez | 1091041 | 108543 | 6/21/2022 |
| Mia Natalia Yanez | 1091033 | 108543 | 6/21/2022 |

Respectfully,

Alfredo Yanez
Maritza Yanez
Dominic Eli Yanez
Mia Natalia Yanez

*Alfredo Yanez*
*Maritza Yanez*