**Entered on Docket**
**August 16, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: August 16, 2022**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088-DM |
| PG&E CORPORATION, | Chapter 11 |
| - and - | Jointly Administered |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Reorganized Debtors. | Date: September 13, 2022<br>Time: 10:00 AM<br>Via Tele/Videoconference<br>www.canb.uscourts.gov/calendars |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

**ORDER AND NOTICE OF HEARING ON MOTION TO FILE CLAIM AFTER CLAIMS BAR DATE BY ALFREDO YANEZ, MARITZA YANEZ, DOMINIC ELI YANEZ, MIA NATALIA YANEZ**

NOTICE IS HEREBY GIVEN that fire claimants Alfredo Yanez, Maritza Yanez, Dominic Eli Yanez, Mia Natalia Yanez filed a *Motion to File Claim After Claims Bar Date* (Dkt. 12718) on August 16, 2022 (the "Motion").

IT IS HEREBY ORDERED that the Fire Victim Trust shall file any written objections to the Motion by August 30, 2022. If any objections are filed, the court will hold a hearing on September 13, 2022, at 10:00 AM.[1] If no objections are filed, the court will promptly issue an order granting the Motion and drop the hearing from the September 13, 2022, calendar.

**\*\*END OF ORDER\*\***

---

[1] All hearings will be conducted by telephone or video conference (unless otherwise noted). Please review the specific calendar page (pdf) posted on the Bankruptcy Court's website for further instructions one week prior to the hearing.

Case: 19-30088    Doc# 12719    Filed: 08/16/22    Entered: 08/16/22 16:29:05    Page 2 of 3

COURT SERVICE LIST

Alfredo Yanez
2509 Vallejo St.
Santa Rosa, CA 95405