1 | RICHARD A. MARSHACK, #107291
rmarshack@marshackhays.com
2 | LAILA MASUD, #311731
lmasud@marshackhays.com
3 | MARSHACK HAYS LLP
870 Roosevelt
4 | Irvine, California 92620
Telephone: (949) 333-7777
5 | Facsimile: (949) 333-7778

6 | Gerald Singleton, SBN 208783
Gary LoCurto, SBN 270372
7 | SINGLETON SCHREIBER LLP
450 A Street, 5th Floor
8 | San Diego, CA 92101
Tel: (619) 333-7479
9 | Email: gsingleton@singletonschreiber.com
glocurto@singletonschreiber.com
10 |
Attorneys for SLF Fire Victims Claimants
11 |
UNITED STATES BANKRUPTCY COURT
12 |
NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION
13 |

14 | In re | Case No. 19-30088 (DM)

15 | PG&E CORPORATION, | Chapter 11

16 | and | (Lead Case-Jointly Administered)

17 | PACIFIC GAS AND ELECTRIC | **CERTIFICATE OF SERVICE RE: MOTION TO ALLOW/DEEM**
18 | COMPANY | **TIMELY LATE FILING OF**
Debtors. | **PROOF OF CLAIM BY DENISE**
| **ALLISON ELLIOTT AND TRACY**
19 | Affects: | **HAWTHORNE JEFFORDS;**
☐ PG&E Corporation | **MEMORANDUM OF POINTS**
20 | ☐ Pacific Gas & Electric Company | **AND AUTHORITIES;**
| **DECLARATION OF ALICIA**
21 | ☒ Both Debtors | **ZIMMERMAN IN SUPPORT**

22 | *All papers shall be filed in the Lead
23 | Case,
No. 19-3008 (DM)
24 |

25 | / / /

26 |

27 | / / /

28 | / / /

1    I, LAYLA BUCHANAN, do declare and state as follows:

2       1.    I am employed in Orange County in the State of California. I am over the

3    age of 18 and not a party to this action.  My business address is 870 Roosevelt, Irvine,

4    California 92620.

5       2.    I certify that on August 16, 2022, I caused a true and correct copy of the

6    following document to be served via e-mail on the Standard Party Email Service List

7    attached hereto as **Exhibit A**:

8       MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF
        CLAIM BY DENISE ALLISON ELLIOTT AND TRACY HAWTHORNE
9       JEFFORDS; MEMORANDUM OF POINTS AND AUTHORITIES;
        DECLARATION OF ALICIA ZIMMERMAN IN SUPPORT
10

11      3.    I certify that on August 16, 2022, I caused a true and correct copy of the

12   above document to be served via First Class Mail on the Standard Party First Class

13   Mail Service List attached hereto as **Exhibit B**.

14      4.    Pursuant to the Open Calendar Procedure of Judge Dennis Montali, the

15   requirement for Chambers Copies is waived until further notice.

16      5.    I have reviewed the Notice of Electronic Filing for the above-listed

17   document, and I understand that the parties listed in each NEF as having received

18   notice through electronic mail were electronically served with that document through

19   the Court's Electronic Case Filing System.

20      I declare under penalty of perjury under the laws of the United States of

21   America that the foregoing is true and correct and that if called upon to witness, I

22   could and would testify competently thereto.

23      Executed on August 16, 2022, at Irvine, California.

                                            */s/ Layla Buchanan*
24                                          LAYLA BUCHANAN

25

26

27

28

# Exhibit "A"

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Debtor | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | stephen.karotkin@weil.com matthew.goren@weil.com jessica.liou@weil.com |
| Counsel to Debtor | Keller Benvenutti Kim LLP | Attn: Tobias S. Keller, Jane Kim | tkeller@kbkllp.com jkim@kbkllp.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola | fmerola@stroock.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo | khansen@stroock.com egilad@stroock.com mgarofalo@stroock.com |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities, Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | eli.vonnegut@davispolk.com david.schiff@davispolk.com timothy.graulich@davispolk.com |
| Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Andrew D. Yaphe | andrew.yaphe@davispolk.com |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann,  Sean A. Mitchell, Neal P. Donnelly | akornberg@paulweiss.com bhermann@paulweiss.com smitchell@paulweiss.com |
| Office of the United States Trustee | Office of The United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | James.L.Snyder@usdoj.gov timothy.s.laffredi@usdoj.gov Marta.Villacorta@usdoj.gov |
| Counsel to the Federal Energy Regulatory Commission | U.S. Department of Justice, Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Kirk Manhardt, Matthew Troy, Marc S. Sacks, Shane Huang, Michael S. Tye, Rodney A. Morris | shane.huang@usdoj.gov michael.tye@usdoj.gov Rodney.Morris2@usdoj.gov |
| Counsel to the Federal Energy Regulatory Commission | U.S. Department of Justice, Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Kirk Manhardt, Matthew Troy, Marc S. Sacks, Shane Huang, Michael S. Tye, Rodney A. Morris | shane.huang@usdoj.gov michael.tye@usdoj.gov Rodney.Morris2@usdoj.gov |
| Counsel for the Official Committee of  Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil | ddunne@milbank.com skhalil@milbank.com |
| Counsel for the Official Committee of  Unsecured Creditors | Milbank LLP | Attn: Gregory A. Bray, Thomas R. Kreller, Samir L. Vora | Gbray@milbank.com TKreller@milbank.com svora@milbank.com |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Samir L. Vora | svora@milbank.com |
| Counsel for Official Committee of Tort Claimants | Baker & Hostetler, LLP | Attn: Eric E. Sagerman, Lauren T. Attard | esagerman@bakerlaw.com lattard@bakerlaw.com |
| Counsel for Official Committee of Tort Claimants | Baker & Hostetler, LLP | Attn: Robert A. Julian, Cecily A. Dumas | rjulian@bakerlaw.com cdumas@bakerlaw.com |

Case: 19-30088    Doc# 12725    Filed: 08/16/22    Entered: 08/16/22 17:19:23    Page 4 of 6

# Exhibit "B"

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Debtors | PG&E Corporation | Attn: President or General Counsel | 77 Beale Street | P.O. Box 77000 | San Francisco | CA | 94177 |
| Federal Energy Regulatory Commission | Federal Energy Regulatory Commission | Attn: General Counsel | 888 First St NE | | Washington | DC | 20426 |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel | | | Washington | DC | 20555-0001 |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel | U.S. NRC Region IV | 1600 E. Lamar Blvd. | Arlington | TX | 76011 |

Case: 19-30088    Doc# 12725    Filed: 08/16/22    Entered: 08/16/22 17:19:23    Page 6 of 6