RICHARD A. MARSHACK, #107291
rmarshack@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Gerald Singleton, SBN 208783
Gary LoCurto, SBN 270372
SINGLETON SCHREIBER LLP
450 A Street, 5th Floor
San Diego, CA 92101
Tel: (619) 333-7479
Email: gsingleton@singletonschreiber.com
glocurto@singletonschreiber.com

Attorneys for SLF Fire Victims Claimants

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br>        Debtors.<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br><br>*All papers shall be filed in the Lead Case,<br>No. 19-3008 (DM) | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case-Jointly Administered)<br><br>**CERTIFICATE OF SERVICE RE: MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM BY SHAWNA MARIE VANARMAN AND STEPHANIE LEE VANARMAN; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF ALICIA ZIMMERMAN IN SUPPORT** |

/ / /

/ / /

/ / /

I, LAYLA BUCHANAN, do declare and state as follows:

1. I am employed in Orange County in the State of California. I am over the age of 18 and not a party to this action. My business address is 870 Roosevelt, Irvine, California 92620.

2. I certify that on August 16, 2022, I caused a true and correct copy of the following document to be served via e-mail on the Standard Party Email Service List attached hereto as **Exhibit A**:

> MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM BY SHAWNA MARIE VANARMAN AND STEPHANIE LEE VANARMAN; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF ALICIA ZIMMERMAN IN SUPPORT

3. I certify that on August 16, 2022, I caused a true and correct copy of the above document to be served via First Class Mail on the Standard Party First Class Mail Service List attached hereto as **Exhibit B**.

4. Pursuant to the Open Calendar Procedure of Judge Dennis Montali, the requirement for Chambers Copies is waived until further notice.

5. I have reviewed the Notice of Electronic Filing for the above-listed document, and I understand that the parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that if called upon to witness, I could and would testify competently thereto.

Executed on August 16, 2022, at Irvine, California.

/s/ Layla Buchanan
LAYLA BUCHANAN

# Exhibit "A"

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Debtor | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | stephen.karotkin@weil.com<br>matthew.goren@weil.com<br>jessica.liou@weil.com |
| Counsel to Debtor | Keller Benvenutti Kim LLP | Attn: Tobias S. Keller, Jane Kim | tkeller@kbkllp.com<br>jkim@kbkllp.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola | fmerola@stroock.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities, Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |
| Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Andrew D. Yaphe | andrew.yaphe@davispolk.com |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Sean A. Mitchell, Neal P. Donnelly | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>smitchell@paulweiss.com |
| Office of the United States Trustee | Office of The United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov |
| Counsel to the Federal Energy Regulatory Commission | U.S. Department of Justice, Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Kirk Manhardt, Matthew Troy, Marc S. Sacks, Shane Huang, Michael S. Tye, Rodney A. Morris | shane.huang@usdoj.gov<br>michael.tye@usdoj.gov<br>Rodney.Morris2@usdoj.gov |
| Counsel to the Federal Energy Regulatory Commission | U.S. Department of Justice, Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Kirk Manhardt, Matthew Troy, Marc S. Sacks, Shane Huang, Michael S. Tye, Rodney A. Morris | shane.huang@usdoj.gov<br>michael.tye@usdoj.gov<br>Rodney.Morris2@usdoj.gov |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil | ddunne@milbank.com<br>skhalil@milbank.com |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Gregory A. Bray, Thomas R. Kreller, Samir L. Vora | Gbray@milbank.com<br>TKreller@milbank.com<br>svora@milbank.com |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Samir L. Vora | svora@milbank.com |
| Counsel for Official Committee of Tort Claimants | Baker & Hostetler, LLP | Attn: Eric E. Sagerman, Lauren T. Attard | esagerman@bakerlaw.com<br>lattard@bakerlaw.com |
| Counsel for Official Committee of Tort Claimants | Baker & Hostetler, LLP | Attn: Robert A. Julian, Cecily A. Dumas | rjulian@bakerlaw.com<br>cdumas@bakerlaw.com |

# Exhibit "B"

Case: 19-30088    Doc# 12739-1    Filed: 08/16/22    Entered: 08/16/22 17:56:39    Page 5 of 6

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Debtors | PG&E Corporation | Attn: President or General Counsel | 77 Beale Street | P.O. Box 77000 | San Francisco | CA | 94177 |
| Federal Energy Regulatory Commission | Federal Energy Regulatory Commission | Attn: General Counsel | 888 First St NE | | Washington | DC | 20426 |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel | | | Washington | DC | 20555-0001 |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel | U.S. NRC Region IV | 1600 E. Lamar Blvd. | Arlington | TX | 76011 |