Hi my name is Sequoyah Wallach. I am enquiring about case number 19-30088-dm assigned to honorable Dennis Montali. Iam filing a motion of relief to obtain a late claim for the Fire Victims Trust .I submitted 2 claims but was told I was too late My claim #1091124. I was not made aware of the fire victims trust until after the due date but feel PG&E was very deliberate about not letting people know who was eligible for benefits through the fire victims trust. A friend of mine who went through similar hardships during the fires notified me that he received benefits and I filed immediately.The physical and emotional distress caused by the fires continue to affect me to this day. Please let me know how to proceed, thank you.

Sincerely,
Sequoyah Wallach