| | |
|---|---|
| Robert S. Arns, State Bar No. 65071 (rsa@arnslaw.com)<br>Jonathan E. Davis, State Bar No. 191346 (jed@arnslaw.com)<br>Shounak S. Dharap, State Bar No. 311557 (ssd@arnslaw.com)<br>Truong X. Pham, State Bar No. 339998 (txp@arnslaw.com)<br>**THE ARNS LAW FIRM**<br>A Professional Corporation<br>515 Folsom Street, 3rd Floor<br>San Francisco, California 94105<br>Phone: (415) 495-7800<br>Fax: (415) 495-7888<br><br>Attorneys for Cherie, Brody, and Kellen Lehman | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re<br><br>PG&E CORPORATION,<br><br>    and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors.<br><br>[ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas & Electric<br>[x] Affects Both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM | Case No.: 19-30088-DM<br><br>Chapter 11<br><br>(Lead Case—Jointly Administered)<br><br>**NOTICE OF HEARING ON MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM**<br><br>Date: September 28, 2022<br>Time: 10:00 a.m.<br>Location: Via Zoom or Telephonic Appearance Only<br>Judge: Hon. Dennis Montali<br><br>Objection Date: September 21, 2022 |

      **PLEASE TAKE NOTICE THAT** a telephonic hearing on the Motion pursuant to Federal Rules of Bankruptcy Procedure, Rule 9006(b)(1) to deem the Proof of Claim (Claim No. 108768) of Cherie Lehman, Brody Lehman, and Kellen Lehman (the "Movants") as timely filed, will take place on September 28, 2022, at 10:00 a.m. (Pacific Time) in the Courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102.

-1-
NOTICE OF HEARING ON MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM

**PLEASE TAKE FURTHER NOTICE THAT** all interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to object to the Motion is September 21, 2022.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S. based parties; or +1 (929) 333-8977 for International parties or by e-mail at pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

DATED: August 17, 2022

                                          THE ARNS LAW FIRM

                                          By: \_\_\_\_/s/ Robert S. Arns\_\_\_\_\_
                                                ROBERT S. ARNS
                                                Attorneys for Movants