LEVIN LAW GROUP PLC
Emily S. Levin (SBN 232366)
emily@levinlawgroupplc.com
2615 Forest Avenue, Suite 120
Chico, CA 95928
Tel: 530-353-1679
Fax: 877-310-0160

Attorneys for Vaughn Wright

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>   -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Gas and Electric Company<br>☒ Affects both Debtors | Case No. 19-30088 (DM)<br><br>**Chapter 11**<br><br>**CERTIFICATE OF SERVICE**<br><br><u>Hearing</u>:<br>Date: November 2, 2022<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephonic Appearances Only)<br>      United States Bankruptcy Court<br>      Courtroom 17, 16th Floor<br>      San Francisco, CA 94102 |

I, the undersigned, declare that I am employed in the County of Los Angeles. I am over the age of 18 years and not a party to the within entitled action. My business address is 2615 Forest Avenue, Suite 120, Chico, CA 95928.

On August 18, 2022, I served the following:

1. **NOTICE OF HEARING RE: MOTION PURSUANT TO FED. R. BANKR. 9006(b)(1) TO DEEM VAUGHN WRIGHT'S CLAIM TIMELY FILED; and**

2. **MOTION PURSUANT TO FED. R. BANKR. 9006(b)(1) TO DEEM VAUGHN WRIGHT'S CLAIM TIMELY FILED**

by filing same with the Court's ECF System.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on August 18, 2022, at Chico, California.

*/s/ Kris Trecartin*
Kris Trecartin