```
 1  LEVIN LAW GROUP PLC
    EMILY S. LEVIN (SBN 232366)
 2  emily@levinlawgroupplc.com
    2615 Forest Avenue, Suite 120
 3  Chico, California  95928
    Telephone: 530-353-1679
 4  Facsimile:  877-310-0160

 5  Attorneys for Amity Balbutin-Burnham and Noel Sandler
```

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>And<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>X – Affects Both Debtors | **CASE NO. 19-30088-DM**<br><br>**MOTION PURSUANT TO FED. R. BANKR. 9006(b)(1) TO DEEM AMITY BALBUTIN-BURNHAM AND NOEL SANDLER'S CLAIM TIMELY FILED**<br><br>Date: November 2, 2022<br>Time: 10:00 a.m.<br>Place: Via Telephonically<br>        450 Golden Gate Avenue<br>        Courtroom 17<br>        San Francisco, CA  94102<br>Judge: Hon. Dennis Montali<br><br>Objection Deadline:  October 26, 2022 |

LEVIN LAW GROUP PLC

MOTION TO ENLARGE TIME TO FILE PROOF OF CLAIM

Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure, Amity Balbutin-Burnham and Noel Sandler move for an order expanding time to file a Proof of Claim, and allow, Claim Number 96390, that was executed on December 30, 2019, marked received on January 3, 2020 and submitted with this motion as "Exhibit A", to be considered timely.

## I. SUMMARY OF ARGUMENT

Under the flexible standard for excusable neglect, Vaughn Wright's claim should be allowed. Amity Balbutin-Burnham and Noel Sandler

The circumstances surrounding this case constitute excusable neglect pursuant to the standards set forth in *Services v. Brunswick Associated Ltd. Partnership*, 507 U.S. 380 (1993). Allowing this case to proceed does not present any prejudice to the Debtors, nor does it delay the attendant judicial proceedings. This motion is made in good faith and to deny this claim would result in injustice to the Claimant. This motion is based upon the points and authorities set forth herein and concurrently.

## II. PROCEDURAL BACKGROUND

On January 29, 2019, the Debtors, PG&E Corporation and Pacific Gas and Electric Company ("Debtors") filed a voluntary Chapter 11 Petition. See Dkt. 1. On July 2, 2019, the Court entered an order establishing October 21, 2019 ("the Bar Date") as the deadline for Fire Victim claimants to file proofs of claim in this bankruptcy. See Dkt. 2806. That deadline was extended to December 31, 2019 ("the "Extended Bar date."). See Dkt. 4872.

## III. FACTUAL BACKGROUND

Amity Balbutin-Burnham and Noel Sandler suffered a total loss of their home and all their belongings contained therein as a result of the November 8, 2018 Camp Fire (the "Fire").

## IV. ARGUMENT

The time in which to make claims in a Chapter 11 Bankruptcy may be extended by motion based on excusable neglect. Federal Rules of Bankruptcy Procedure, Rule 9006(b)(1) provides:

(b) Enlargement.

(1) In general. Except as provided in paragraphs (2) and (3) of this subdivision, when an act is required or allowed to be done at or within a specified period by these rules or by a notice given thereunder or by order of court, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if the request therefor is made before the expiration of the period originally prescribed or as extended by a previous order or (2) on motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect. Fed R. Bank. Proc. 9006(b)(1). Emphasis supplied.

Determination of excusable neglect has been interpreted by the United States Supreme Court as an equitable consideration.

"We conclude the determination at bottom an equitable one, taking account of all relevant circumstances surrounding the party's omission. These include . . .the danger of prejudice to the debtor, the length of the delay and its potential impact on judicial proceedings, the reason for the delay, including whether it was within the reasonable control of the movant, and whether the movant acted in good faith."

*Pioneer Inv. Servs v. Brunswick Assoc. Ltd.P'ship*, 507 U.S. 380, 395 (1993).

Here, there is no danger of prejudice to the Debtors. Where the claim does not disrupt the distribution process, no prejudice will result. *In re Sacred Heart Hosp.*, 186 B.R. 891, 897. ("Exactly how the debtor's assets are distributed is ultimately of little consequence to the debtor, so long as the claim is not filed so late as to disrupt the distribution process.") Further, the delay is not significant. The Trust has only completed determinations on approximately 40% of all claims. Allowing the late claim will not delay the proceedings. The reason for the delay in filing a claim was that the deadline was set after Brent's death; therefore, the likelihood of injustice is great if this claim is not permitted.

/ / /

3

MOTION TO ENLARGE TIME TO FILE PROOF OF CLAIM

## V. CONCLUSION

For all of the above reasons, the motion should be granted, and Amity Balbutin-Burnham and Noel Sandler's emotional distress claims should be allowed to proceed and be deemed timely.

DATED: August 18, 2022          LEVIN LAW GROUP PLC

By: /s/Emily S. Levin
EMILY S. LEVIN
Attorneys for Amity Balbutin-Burnham and Noel Sandler

# EXHIBIT A

PG&E CORPORATION,
- and -
PACIFIC GAS AND ELECTRIC COMPANY,
Debtors.

Bankruptcy Case No. 19-30088 (DM)

Chapter 11
(Lead Case)
(Jointly Administered)

RECEIVED
JAN 0 3 2020
Prime Clerk LLC

[X] Date Stamped Copy Returned
[ ] No Self-Addressed Stamped Envelope
[ ] No Copy Provided

# Proof of Claim (Fire Claim Related)

Read the instructions before filing this claim form. This form is for tort claimants who have a claim against the Debtors (i.e. PG&E Corporation and Pacific Gas and Electric Company) that arose prior to the Debtors filing for bankruptcy (i.e. prior to January 29, 2019) and that arose from, or relates to, a fire.

Do not use this form for non-fire claims. Non-fire tort claimants should use Form 410.

Do NOT file a fraudulent claim. A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Please type or print in the spaces below. Do NOT use red ink or pencil.

### Part 1: Identify the Claim

1. Who is the current creditor?
   Amity Balbutin-Burnham
   Name of the current creditor (the person or entity to be paid for this claim)

   193008880029030

2. Has this claim been acquired from someone else?
   [X] No
   [ ] Yes. From whom? _____

3. Are you filing this claim on behalf of your family?
   [ ] No
   [X] Yes
   A family is a group of two or more people related by birth, marriage, domestic partnership, or adoption and residing together. All such people are considered as members of one family.
   
   If you checked "Yes", please provide the full name of each family member that you are filing on behalf of:
   Joel Sandler

4. Where should notices and payments to the creditor be sent?
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?
   Name: Amity Balbutin-Burnham
   Attorney Name (if applicable): _____
   Attorney Bar Number (if applicable): _____
   Street Address: 1442A Walnut St #261
   City: Berkeley
   State: CA
   Zip Code: 94709
   Phone Number: (415) 669-4099
   Email Address: amitybb.public@gmail.com

   Where should payments to the creditor be sent? (if different)
   Name: Amity Balbutin-Burnham
   Attorney Name (if applicable): _____
   Attorney Bar Number (if applicable): _____
   Street Address: 1442A Walnut St #261
   City: Berkeley
   State: CA
   Zip Code: 94709
   Phone Number: (415) 669-4099
   Email Address: amitybb.public@gmail.com

5. Does this claim amend one already filed?
   [X] No
   [ ] Yes. Claim number on court claims registry (if known) _____ Filed on ___/___/_____

6. Do you know if anyone else has filed a proof of claim for this claim?
   [X] No
   [ ] Yes. Who made the earlier filing? _____

**Part 2:** Give Information About the Claim as of the Date this Claim Form is Filed

7. What fire is the basis of your claim?

   Check all that apply.

   - [x] Camp Fire (2018)
   - [ ] North Bay Fires (2017)
   - [ ] Ghost Ship Fire (2016)
   - [ ] Butte Fire (2015)
   - [ ] Other (please provide date and brief description of fire: 11/8/2018 evacuation due to fire at 4416 Santos Ranch Rd. Chico, CA 95928

8. What are the loss location(s) where you and/or your family suffered harm? (e.g. home or business address, place of injury, place from which you were evacuated, if different.?

   Location(s): home: 4416 Santos Ranch Rd. Chico, CA 95928 evacuation & relocation

9. How were you and/or your family harmed?

   Check all that apply

   - [ ] Property Damage (homes, structures, personal property, land, trees, landscaping, and all other property damage)
     - [ ] Owner  [x] Renter  [ ] Occupant  [ ] Other (Please specify): _____
   - [ ] Personal Injury
   - [ ] Wrongful Death (if checked, please provide the name of the deceased)
   - [x] Business Loss/Interruption
   - [x] Lost wages and earning capacity
   - [x] Loss of community and essential services
   - [x] Agricultural loss
   - [x] Other (Please specify): Water left on & couldn't get back to check

10. What damages are you and/or your family claiming/seeking?

    Check all that apply

    - [x] Economic damages (including replacement cost of damaged property, diminution in value, loss of use, lost inventory, lost profits, and other economic damage) home for days
    - [x] Non-economic damages (including loss of society and support, loss of consortium, pain and suffering, emotional distress, annoyance and discomfort, and other non-economic damage)
    - [x] Punitive, exemplary, and statutory damages
    - [x] Attorney's fees and litigation costs
    - [x] Interest
    - [x] Any and all other damages recoverable under California law
    - [ ] Other (Please specify): _____

11. How much is the claim?

    - [ ] $_____ (optional)
    - [x] Unknown / To be determined at a later date

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 12/30/2019 (mm/dd/yyyy)

*[Signature]*

Print the name of the person who is completing and signing this claim:

Name: Amity Lynn Balbutin-Burnham
Title: n/a
Company: n/a
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 1442A Walnut St #261
Berkeley, CA 94709

Contact phone: (415) 669-4099
Email: amitybb-public@gmail.com

Amity Balbutin
1442A Walnut
Berkeley, CA 94[?]



CERTIFIED MAIL

7019 0700 0001 9868 4990





US POSTAGE
$06.80
First-Class
Mailed From 95926
12/31/2019
032A 0061801600

RECEIVED
JAN 03 2020
PRIME CLERK LLC

PG+E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, N.Y. 11232