**LEVIN LAW GROUP PLC**
EMILY S. LEVIN (SBN 232366)
emily@levinlawgroupplc.com
2615 Forest Avenue, Suite 120
Chico, California 95928
Telephone: 530-353-1679
Facsimile: 877-310-0160

Attorneys for Amity Balbutin-Burnham and Noel Sandler

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>And<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>X – Affects Both Debtors | CASE NO. 19-30088-DM<br><br>**NOTICE OF HEARING RE: MOTION PURSUANT TO FED. R. BANKR. 9006(b)(1) TO DEEM AMITY BALBUTIN-BURNHAM AND NOEL SANDLER'S CLAIM TIMELY FILED**<br><br>Date: November 2, 2022<br>Time: 10:00 a.m.<br>Place: Via Telephonically<br>  450 Golden Gate Avenue<br>  Courtroom 17<br>  San Francisco, CA 94102<br>Judge: Hon. Dennis Montali<br><br>Objection Deadline: October 26, 2022 |

**PLEASE TAKE NOTICE THAT** a hearing to be conducted via telephone or video has been scheduled for **November 2, 2022 at 10:00 a.m.** (the "Hearing"), before the Honorable Dennis Montali, United States Bankruptcy Judge, to consider Amity Balbutin-Burnham and Noel Sandler's motion to deem Amity Balbutin-Burnham and Noel Sandler's Claim Timely Filed.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Local Rule 9014-1(c)(1), any opposition to the relief requested in the Motion must be filed with the Clerk of the Court and be served on the moving party no later than **October 26, 2022.**

**PLEASE TAKE FURTHER NOTICE** that the Court may deem the failure of any party in interest to file a timely objection to the Motion to constitute consent to the relief requested in such Motion.

DATED: August 18, 2022         LEVIN LAW GROUP PLC

                               By: /s/Emily S. Levin
                               EMILY S. LEVIN
                               Attorneys for Amity Balbutin-Burnham and
                               Noel Sandler

2
NOTICE OF HEARING
Case: 19-30088    Doc# 12769    Filed: 08/18/22    Entered: 08/18/22 14:57:51    Page 2 of 2