John D. Fiero (CA Bar No. 136557)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower
40th Floor, Suite 4000
San Francisco, California 94105-1020
Telephone: 415.263.7000
Facsimile: 415.263.7010
E-mail: jfiero@pszjlaw.com

Former Attorneys for TRC Companies, Inc.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088 (DM)<br>19-30089 (DM)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL** |

**PLEASE TAKE NOTICE** that John D. Fiero ("Fiero") has hereby withdrawn as counsel of record for TRC Companies, Inc. in the above-captioned jointly administered matters. Please remove Fiero from all email notifications and service of any documents filed in this action.

Dated: August 18, 2022          PACHULSKI STANG ZIEHL & JONES LLP

                                */s/ John D. Fiero*
                                John D. Fiero

                                Former Attorneys for TRC Companies, Inc.