**Entered on Docket**
**August 19, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: August 19, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

ERIC A. GRASBERGER (*pro hac vice*)
eric.grasberger@stoel.com
MARIO R. NICHOLAS (SB #273122)
mario.nicholas@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

DAVID B. LEVANT (*pro hac vice*)
david.levant@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: 208.389.9000
Facsimile: 208.389.9040

*Attorneys for JH Kelly, LLC*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\**All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) (Lead Case)<br>Chapter 11<br>(Jointly Administered)<br><br>**ORDER GRANTING JH KELLY LLC'S MOTION FOR PERMISSION TO WITHDRAW PROOF OF CLAIM (WITH PREJUDICE)**<br><br>Date: August 23, 2022<br>Time: 10:00 a.m. (PT)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

The Court, having considered the motion (Docket No. 12671; the "***Motion***") filed by JH Kelly, LLC ("***JH Kelly***") pursuant to Federal Rule of Bankruptcy Procedure 3006 for permission to withdraw with prejudice JH Kelly's proof of claim filed in the above-captioned jointly administered bankruptcy cases (Claim No. 76606; the "***Proof of Claim***"); the proof of service of

-1-

the Motion; and the absence of any objections or other responses to the Motion, and the Court finding good cause therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is granted;

2. JH Kelly is hereby granted permission pursuant to Rule 3006 of the Federal Rule of Bankruptcy Procedure to submit to the Debtors and their agent, Kroll Restructuring Administration, a completed "Claim Withdrawal Form" with respect to the Proof of Claim using the form available at https://restructuring.ra.kroll.com/pge/EPOC-Index;

3. Withdrawal of the Proof of Claim shall be with prejudice;

4. Withdrawal of the Proof of Claim shall not be subject to any other terms or conditions.

***END OF ORDER***