RICHARD A. MARSHACK, #107291
rmarshack@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Gerald Singleton, SBN 208783
Gary LoCurto, SBN 270372
SINGLETON SCHREIBER LLP
450 A Street, 5th Floor
San Diego, CA 92101
Tel: (619) 333-7479
Email:  gsingleton@singletonschreiber.com
        glocurto@singletonschreiber.com

Attorneys for Jarred Soliz Claimant

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>    and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>        Debtors<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br><br>* All papers shall be filed in the Lead Case,<br>   No. 19-30088 (DM). | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case–Jointly Administered)<br><br>MOTION OF JARRED SOLIZ FOR RECONSIDERATION OF THE ORDER DISALLOWING AND EXPUNGING PROOF OF CLAIM PURSUANT TO REORGANIZED DEBTORS' ONE HUNDRED SIXTEENTH OMNIBUS OBJECTION TO CLAIMS (ADR NO LIABILITY CLAIMS); MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF GARY LOCURTO IN SUPPORT<br><br>**[Re: Docket No. 12652; Claim Nos. 13 92126, 92155, 02148]**<br><br>Date:     September 13, 2022<br>Time:    10:00 a.m. (Pacific)<br>Place:   **Telephonic Appearances Only**<br>        United States Bankruptcy<br>Court:  Courtroom 17, 16th Floor<br>       San Francisco, CA 94102<br><br>Objection Deadline: September 6, 2022 |

1

TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY COURT JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

Singleton Schreiber and Marshack Hays LLP, respectfully files this motion on behalf of Jarred Soliz ("Mr. Soliz" or "Movant") pursuant to 11 U.S.C § 502(j) and Rules 3008 and 9023 of the Federal Rules of Bankruptcy, for reconsideration of the Court's *Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' One Hundred Sixteenth Omnibus Objection to Claims (ADR No Liability)* entered on July 20, 2022, as Dk. No. 12652.

## 1.    Summary of Argument

A claim that has been allowed or disallowed may be reconsidered for cause. A reconsidered claim may be allowed or disallowed according to the equities of the case. Cause includes a creditor missing a deadline as a result of excusable neglect.

In this case, Debtors filed their 116th omnibus claim objection ("Objection") which covered the claims filed by Jarred Soliz arising from an explosion on his property caused by PG&E equipment. At the time that the Objection was filed, Mr. Soliz' attorneys were in contact with the Debtors' claim administration agency. Indeed, Mr. Soliz' attorneys responded to the administrator with the necessary documents proving up the timely-filed claim. Assuming the issue had been resolved by furnishing the information requested by the administrator, Mr. Soliz' attorneys did not oppose the Objection which was then granted by default.

As such, the failure to respond to the Objection is attributable to Mr. Soliz's counsel's mistaken belief that responding to the administrator was sufficient to moot or resolve the Objection. Because of this mistake, Mr. Soliz's claims were disallowed. The purpose of Section[1] 502(j) is to reach the correct result of disallowing claims that are not enforceable and allowing claims that are proper claims entitled to distributions. Because Mr. Soliz's claims arise from damage caused by Debtors' equipment, the equities of the case support granting this motion and allowing the claims.

---

[1] Unless otherwise indicated, all Section references are to Title 11 of the United States Code.

## 2. Factual Background

### A. Movant's Claims[2]

Movant rented and resided at the real property located at 2332 Black Walnut Road, San Luis Obispo, CA 93405 ("Property"). In December 2018, Movant survived an explosion of a smart meter transformer box stemming from PG&E equipment.

On December 27, 2019, attorney John Lemon timely filed three Proofs of Claim Nos. 92126, 92155, 02148 on behalf of Movant (collectively, the "Proofs of Claim" or "Claims"). A true and correct copy of the Claims are attached to the Declaration of Gary LoCurto ("LoCurto Declaration") as Exhibit "1[3]." Thereafter, Mr. Lemon became a partner at Singleton Schreiber and eventually Gary LoCurto became the managing/handling attorney with respect to Movant's Claims.

On May 13, 2022, Singleton Schreiber received Claim Support ID Information Requests ("ID Info Request") for all three Proofs of Claims. After collecting all the necessary information, on June 15, 2022, Singleton Schreiber responded to the ID Info Request.

### B. Pertinent Bankruptcy Background

On January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company ("Debtors" or "PG&E") commenced these bankruptcy cases ("Chapter 11 Cases") under Chapter 11 of Title 11 of the United States Code. PG&E's chapter 11 filings were necessitated by a confluence of factors resulting from catastrophic fires that occurred in Northern California prior to the Petition Date, and PG&E's resulting liabilities.

The deadline for filing proofs of claim with respect to any prepetition claim including, but not limited to, all claims of Fire Claimants, Wildfire Subrogation Claimants, Governmental Units and Customers, and for the avoidance of doubt including all secured claims and priority claims, against either of the Debtors was October 21, 2019, at 5:00 p.m. ("General Bar Date").

---

[2] *See*, Declaration of Gary LoCurto ("LoCurto Declaration"), ¶¶4-6.
[3] Exhibit "2" has been amended to omit list of approximately 1600 links to websites in regard to valuations of items. If Court requires a full copy, Singleton Schreiber will provide prior to hearing.

3

The deadline for filing claims was extended to December 31, 2019 ("Extended Bar Date"), solely for the benefit of any non-governmental Fire Claimants who did not file Proofs of Claim by the General Bar Date. *See*, Dk. No. 4672.

On January 31, 2020, as Dk. No. 5590, Debtors filed an Amended Chapter 11 Plan Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated January 31, 2020.

On February 7, 2020, as Dk. No. 5700, the Debtors filed a Disclosure Statement for the Amended Plan.

On February 19, 2020, as Dk. No. 5835, the Debtors filed Motion for Entry of an Order (I) Approving Form and Manner of Notice of Hearing on Proposed Disclosure Statement; (II) Establishing and Approving Plan Solicitation and Voting Procedures; (III) Approving Forms of Ballots, Solicitation Packages, and Related Notices; and (IV) Granting Related Relief ("Solicitation Procedures Motion").

On March 17, 2020, the Solicitations Procedures Motion was approved.

After filing multiple iterations of the plan, on June 19, 2020, as Dk. No 8048, the Debtors filed an Amended Joint Chapter 11 Plan of Reorganization dated June 19, 2020 ("Plan").

On June 20, 2020, post-voting and hotly contested confirmation hearings, the bankruptcy court entered an order confirming the Plan. *See*, Dk. No. 8053.

Sections 4.7 and 4.26 of the Plan provide that any Fire Victim Claim[4] shall be "permanently channeled to the Fire Victim Trust, and such Claim shall be asserted exclusively against the Fire Victim Trust . . . ."

Certain of the ADR No Liability Claims[5] were filed on Fire Victim Proof of Claim Forms and/or asserted fire-related damage and were thus preliminarily identified as Fire Victim Claims, to be administered, processed, settled, disallowed, resolved, liquidated, satisfied, and/or paid in

---

[4] Capitalized terms used in this Section II but not otherwise defined shall have the meanings ascribed to them in the Plan.
[5] See, Order Approving ADR and Related Procedures for Resolving General Claims, dated September 25, 2020 [Docket No. 9148] (the "ADR Procedures Order"), seeking entry of an order disallowing and expunging the Proofs of Claim attached as Exhibit 1 to the Objection.

accordance with the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures.

These ADR No Liability Claims recently were determined by the Fire Victim Trustee and the Reorganized Debtors not to have arisen from one of the specific Fires defined in Section 1.86 of the Plan, and thus did not constitute Fire Victim Claims, as defined in Section 1.79 of the Plan. Instead, these ADR No Liability Claims are general unsecured claims against the Reorganized Debtors, subject to all of the Reorganized Debtors' legal and equitable rights with respect to such claims.

Accordingly, Debtors objected to certain ADR No Liability Claims including that of Movant which did not stem from one of the enumerated Fires.

## C.    Omnibus Objection Motion[6]

On June 16, 2022, as Dk. No. 12506, the Debtors filed the One Hundred Sixteenth Omnibus Objection to Claims (ADR No Liability Claims) ("Omnibus Objection Motion"). The basis of the Objection was Movant did not respond to an information request such that Debtors were unable to determine any basis for liability on the Claims.

On June 24, 2022, Singleton Schreiber came across the Omnibus Objection Motion on Kroll Restructuring Administration[7] ("Kroll") online platform.[8] Singleton Schreiber immediately contacted Kroll to inquire as to how to address the Objection.

On June 27, 2022, Kroll responded, acknowledging the Objection and further instructed Singleton Schreiber to submit Movant's case documents supporting his Claims. Kroll never advised Singleton Schreiber that a further response to the Objection would also be required.

Accordingly, on June 28, 2022, Movant's case documents were submitted by Singleton Schreiber, per Kroll's instruction. A true and correct copy of the documents submitted to Kroll which demonstrate the validity of Movant's Claims is attached to the LoCurto Declaration as Exhibit "2."

---

[6] *See*, LoCurto Declaration, ¶¶7-12.
[7] Formerly known as Prime Clerk LLC.

[8] On June 30, 2022, formal notice of the Omnibus Objection was received, which was mailed to Attorney John Lemon. The response deadline was July 12, 2022 and the hearing, if objection timely made, was July 26, 2022.

As such, Singleton Schreiber was under the impression that providing the supporting documents as Kroll advised would resolve or moot the Objection.

On July 20, 2022, as Dk. No. 12652, the Court entered the *Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' One Hundred Sixteenth Omnibus Objection to Claims (ADR No Liability)* ("Disallowance Order" or "Denial Order").

On August 2, 2022, Singleton Schreiber reached out to Kroll to find out why the Claims were dismissed, given their prior instructions. Despite the information having been provided to them, Kroll informed Singleton Schreiber that because the Objection was formally unopposed, the Claims had been disallowed by order entered on July 20. Because of counsel's mistake and the fact that proper claims should be compensated, good cause exists to grant this Motion.

## 3. Legal Argument

### A. Good Cause Exists to Reconsider the Order Disallowing Claims

Section 502(j) provides that:

> A claim that has been allowed or disallowed may be reconsidered **for cause**. A reconsidered claim may be allowed or disallowed according to the equities of the case. Reconsideration of a claim under this subsection does not affect the validity of any payment or transfer from the estate made to a holder of an allowed claim on account of such allowed claim that is not reconsidered, but if a reconsidered claim is allowed and is of the same class as such holder's claim, such holder may not receive any additional payment or transfer from the estate on account of such holder's allowed claim until the holder of such reconsidered and allowed claim receives payment on account of such claim proportionate in value to that already received by such other holder. This subsection does not alter or modify the trustee's right to recover from a creditor any excess payment or transfer made to such creditor.

11 U.S.C. §502(j).

Rule 3008 of the Federal Rules of Bankruptcy Procedure ("FRBP") explains the process of 11 U.S.C. §502(j), and provides that "[a] party in interest may move for reconsideration of an order allowing or disallowing a claim against the estate. The court after a hearing on notice shall enter an appropriate order." Fed. R. Bankr. P. 3008, Advisory Committee's Note (1983) ("Reconsideration of a claim that has been previously allowed or disallowed after objection is discretionary with the court.").

Courts recognize that a motion for reconsideration under §502(j) can be filed at any time. *Levoy v. U.S. (In re Levoy)*, 182 B.R. 827, 832 (9th Cir. BAP 1995). Accordingly, courts apply the

same standards under §502(j) as they would apply under Rule 9023 and Rule 9024. *See, e.g.,United Student Funds, Inc. v. Wylie (In re Wylie)*, 349 B.R. 204, 209 (9th Cir. BAP 2006) ("When reconsideration under Rule 3008 is sought after the [] appeal period has expired, the motion is subject to the constraints of FRCP 60(b) as incorporated by Rule 9024.").

Moreover, pursuant to Fed. R. Civ. P. 60(b), a court may relieve a party of its legal representative from a final order "(1) mistake, inadvertence, surprise, or excusable neglect." Fed. R. Civ. P. 60(b)(1). To that end, Rule 60(b) motion "must be made within a reasonable time—and for [mistake, inadvertence, surprise, or excusable neglect] no more than a year after the entry of the judgment or order or the date of the proceeding. Indeed, the following factors favor Rule 60(b)(1) relief on the basis of excusable neglect: "the danger of prejudice to the debtor, the length of the delay and its potential impact on judicial proceedings, the reason for the delay, including whether it was within the reasonable control of the movant, and whether the movant acted in good faith." *Iopa v. Saltchuk-Young Brothers, Ltd*., 916 F.3d 1298, 1301 (9th Cir. 2019) (*per curiam*) (*quoting Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 395, 113 S. Ct. 1489, 123 L. Ed. 2d 74 (1993)); *see also, Kemp v. United States*, 142 S. Ct. 1856 (2022)

In this case, the length of the delay between entry of the Disallowance Order and this request for relief from that order—roughly one month—is insignificant. *See, Harvest v. Castro*, 531 F.3d 737, 747 (9th Cir. 2008) (concluding that 64-day delay was "substantial" and cut against granting Rule 60(b)(1) relief). Indeed, the delay in filing the Motion is reasonable considering immediately upon becoming aware of the issue and receiving all necessary information, Singleton Schreiber prepared and filed this Motion.

Additionally, the explanation provided for the delay demonstrates a genuine, good faith mistake that sending of the requested information to the Kroll (the entity in charge of claims administration) resolved the Objection. Indeed, counsel was in contact with Kroll at the time of the Claim Objection for the processing of the Proofs of Claim and reasonably believed that any objection to the Claims had been resolved by submission of the requested documents. Moreover, this overcomes the Objection to the Claims as the basis for the Objection was a lack of information. *See*, LoCurto Decl., Exhibit "2."

Moreover, due to the change in the handling attorney the notice of the 116th omnibus objection was not registered by the handling attorney – Gary LoCurto - at Singleton Schreiber firm. Plainly put, counsel was unaware of the Objection because of garden-variety negligence and, there is an explanation to that effect as noted above.

Importantly, Debtors would not be prejudiced which favors a finding of excusable neglect as Debtors' estates are solvent, and all creditors stand to be paid. *See*, e.g., *In re Best Payphones, Inc.*, 523 B.R. 54, 75-6 (Bankr. S.D.N.Y. 2015) and *In re Sheehan Mem'l Hosp.*, 507 B.R. 802, 803 (Bankr. W.D.N.Y. 2014). Any prospect of prejudice beyond solvency is unlikely given (a) all distributions have not yet been made; and (b) the value of Movant's claims relative to the value of Debtors' estates is low. *See*, e.g., *In re Keene Corp.*, 188 B.R. 903, 910 (Bankr. S.D.N.Y. 1995). Lastly, given the status of distributions there will be little to no disruption to efficient judicial administration should the Motion be granted. *Pioneer Inv. Servs. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 397, 113 S. Ct. 1489, 1499 (1993).

Based on the above circumstances, and in consideration of the equities of the case, Movant respectfully submits that good cause exists for the Court to reconsider its Denial Order disallowing the Claim.

/ / /

/ / /

Case: 19-30088   Doc# 12775   Filed: 08/19/22   Entered: 08/19/22 18:34:17   Page 8 of 85

## 4.    Conclusion

For the reasons set forth above, Movants respectfully requests that this Court (i) reconsider the disallowance and expungement of Movant's Claims; (ii) allow the Movant's Claims to proceed as a general unsecured claim – not a Fire Victim Claim; and (iii) grant such other or further relief as the Court deems just and proper.

Dated:  August 17, 2022                              MARSHACK HAYS LLP

                                                     By: */s/ Laila Masud*
                                                     RICHARD A. MARSHACK
                                                     LAILA MASUD
                                                     Attorneys for JARRED SOLIZ

Dated: August 17, 2022                               SINGLETON SCHREIBER LLP

                                                     By: */s/ Gerald Singleton*
                                                     GERALD SINGLETON
                                                     GARY LOCURTO
                                                     Attorneys for JARRED SOLIZ

# Declaration of Gary LoCurto

I, GARY LOCURTO, say and declare as follows:

1.      I am an individual over 18 years of age and competent to make this Declaration.

2.      If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration. The facts set forth below are true of my personal knowledge or through information collected by my staff from Mr. Jarred Soliz ("Movant").

3.      I am an attorney with Singleton Schreiber LLP ("Singleton Schreiber") and I make this declaration in support of the Motion to Reconsider Disallowance of Proof of Claims("Motion").

4.      Movant is a survivor of an explosion of a smart meter transformer box that occurred in December of 2018. Specifically, Movant rented and resided at the real property located at 2332 Black Walnut Road, San Luis Obispo, CA 93405 ("Property").

5.      On December 27, 2019, attorney John Lemon timely filed three Proofs of Claim 92126, 92155, 02148 on behalf of Movant. Sometime thereafter, Mr. Lemon became a partner at Singleton Schreiber. A true and correct copy of the Claims is attached as Exhibit "1." Lemon asked that I, assist him by representing Movant moving forward.

6.      On May 13, 2022, we received Claim Support ID Information Requests for all three Proofs of Claims, to which we responded on June 15, 2022.

7.      On June 24, 2022, we came across the Omnibus Objection Motion on Kroll's online platform. We immediately contacted Kroll to inquire as to how to address the Objection.

8.      On June 27, 2022, Kroll responded acknowledging the Objection and further instructed us to submit Movant's case documents supporting his claims. Kroll never advised us that we should respond to the Objection.

9.      On June 28, 2022, we submitted Movant's case documents, per Kroll's instruction. A true and correct copy of the documents submitted to Kroll which demonstrate the validity of Movant's Claims is attached as Exhibit "2." As such, I was under the impression that providing the supporting documents *as Kroll advised* would moot the Objection.

10.     On June 30, 2022, Singleton Schreiber received formal notice of the Omnibus Objection which was mailed to Attorney John Lemon who is not the handling attorney for the Claims.

11.     On July 20, 2022, as Dk. No. 12652, the Court entered the *Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' One Hundred Sixteenth Omnibus Objection to Claims (ADR No Liability)* ("Disallowance Order" or "Denial Order").

12.     On August 2, 2022, we reached out to Kroll to find out why the Claims were disallowed, given their prior instruction. They then informed us that even though we provided the necessary documents because we did not formally respond to the Objection, the Claims were disallowed.

13.     Wherefore, Singleton Schreiber now brings this Motion based on excusable neglect to prevent Movant from being prejudiced.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August ___, 2022.

_____
GARY LOCURTO

4871-3832-0942, v. 3

8

**EXHIBIT 1**

**United States Bankruptcy Court, Northern District of California**

| Fill in this information to identify the case (Select only one Debtor per claim form): |
| --- |
| ☒ PG&E Corporation (19-30088) |
| ☐ Pacific Gas and Electric Company (19-30089) |

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

Unless an exception in the Bar Date Order applies to you, you should not use this form to submit a claim that arises out of or relates to the fires that occurred in Northern California prior to January 29, 2019.

| Part 1: | Identify the Claim |
| --- | --- |

| | | |
| --- | --- | --- |
| 1. | Who is the current creditor? | Jarred Soliz |
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor _____ |

| | | |
| --- | --- | --- |
| 2. | Has this claim been acquired from someone else? | ☒ No |
| | | ☐ Yes. From whom? |

| | | | |
| --- | --- | --- | --- |
| 3. | Where should notices and payments to the creditor be sent? | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
| | Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Jarred Soliz C/O Attorney John C. Lemon 1350 Columbia Street, Suite 600 San Diego, CA 92101 | |
| | | Contact phone 619-794-0423 | Contact phone _____ |
| | | Contact email john@jcl-lawoffice.com | Contact email _____ |

| | | |
| --- | --- | --- |
| 4. | Does this claim amend one already filed? | ☒ No |
| | | ☐ Yes. Claim number on court claims registry (if known)_____ Filed on ____/____/____ MM / DD / YYYY |

| | | |
| --- | --- | --- |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☒ No |
| | | ☐ Yes. Who made the earlier filing? _____ |

| 6. Do you have any number you use to identify the debtor? | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: \_\_\_\_ \_\_\_\_ \_\_\_\_ \_\_\_\_ |
|---|---|

| 7. How much is the claim? | $ unknown _____ . **Does this amount include interest or other charges?**<br>☐ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
|---|---|

| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>a fire that destroyed my apartment<br>_____ |
|---|---|

| 9. Is all or part of the claim secured? | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**         $_____<br><br>**Amount of the claim that is secured:**    $_____<br><br>**Amount of the claim that is unsecured:**   $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**   $_____<br><br>**Annual Interest Rate** (when case was filed) _____ %<br>☐ Fixed<br>☐ Variable |
|---|---|

| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____ |
|---|---|

| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ |
|---|---|

Case: 19-30088    Doc# 12775    Filed: 08/19/22    Entered: 08/19/22 13:13:17    Page 14 of 85

EXHIBIT 1, PAGE 10

| | | |
|---|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No | |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $2,850 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $12,850) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)( ) that applies. | $ _____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

---

**Part 3:    Sign Below**

| | |
|---|---|
| **The person completing this proof of claim must sign and date it. FRBP 9011(b).** <br><br> If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is. <br><br> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | *Check the appropriate box:* <br><br> ☐ I am the creditor. <br> ☑ I am the creditor's attorney or authorized agent. <br> ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. <br> ☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. <br><br> I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt. <br><br> I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct. <br><br> I declare under penalty of perjury that the foregoing is true and correct. <br><br> **Signature:** *John C. Lemon* <br>    John C. Lemon (Dec 27, 2019) <br><br> **Email:**  john@jcl-lawoffice.com <br><br> _____ <br>    Signature <br><br> Print the name of the person who is completing and signing this claim: <br><br> Name    **John C. Lemon** <br>    First name    Middle name    Last name <br><br> Title    **Attorney** <br><br> Company    **Law Offices of John C. Lemon, APC** <br>    Identify the corporate servicer as the company if the authorized agent is a servicer. <br><br> Address    **1350 Columbia Street, Suite 600** <br>    Number    Street <br>    **San Diego**    **CA**    **92101** <br>    City    State    ZIP Code <br><br> Contact phone    **619-794-0423**    Email    **john@jcl-lawoffice.com** |

Official Form 410                                   **Proof of Claim**                                   page 3

EXHIBIT 1, PAGE 11

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☐ I have supporting documentation.
  (attach below)

☒ I do __not__ have supporting documentation.

PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.

IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of January 29, 2019.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.** Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A** *Proof of Claim* **form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at https://restructuring.primeclerk.com/pge.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. § 507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

**If by first class mail:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand delivery:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also hand deliver your completed Proof(s) of Claim to any of the following service center offices (beginning July 15, 2019 through the Bar Date (October 21, 2019) during the hours of 8:30 a.m. – 5:00 p.m. Prevailing Pacific Time):**

Chico Service Center
350 Salem Street
Chico, CA 95928

Marysville Service Center
231 "D" Street
Marysville, CA 95901

Napa Service Center
1850 Soscol Ave. Ste 105
Napa, CA 94559

Oroville Service Center
1567 Huntoon Street
Oroville, CA 95965

Redding Service Center
3600 Meadow View Road
Redding, CA 96002

Santa Rosa Service Center
111 Stony Circle
Santa Rosa, CA 95401

**Photocopy machines will not be available at the Claim Service Centers; you must bring a photocopy of your claim if you wish to receive a date-stamped copy.**

<div style="border:1px solid;">

### Do not file these instructions with your form

</div>

# Electronic Proof of Claim_ULK$K27386

Final Audit Report                                                    2019-12-28

| | |
|---|---|
| Created: | 2019-12-28 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAMcNxUqhfjgq7csvToW-WbfU4H32aJqZ |

## "Electronic Proof of Claim_ULK$K27386" History

📄 Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
    2019-12-28 - 0:16:42 AM GMT

📄 Web Form filled in by John C. Lemon (john@jcl-lawoffice.com)
    2019-12-28 - 0:22:18 AM GMT- IP address: 174.79.253.133

🔑 (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/70.0.3538.102 Safari/537.36 Edge/18.18362)
    2019-12-28 - 0:22:20 AM GMT- IP address: 174.79.253.133

✅ Signed document emailed to John C. Lemon (john@jcl-lawoffice.com) and Prime Clerk E-Filing (efiling@primeclerk.com)
    2019-12-28 - 0:22:20 AM GMT

Prime Clerk    Adobe Sign

EXHIBIT 1, PAGE 15

**United States Bankruptcy Court, Northern District of California**

Fill in this information to identify the case (Select only one Debtor per claim form):

☐ PG&E Corporation (19-30088)

☒ Pacific Gas and Electric Company (19-30089)

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

Unless an exception in the Bar Date Order applies to you, you should not use this form to submit a claim that arises out of or relates to the fires that occurred in Northern California prior to January 29, 2019.

| Part 1: | Identify the Claim |

| 1. Who is the current creditor? | Jarred Soliz |
|---|---|
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor _____ |

| 2. Has this claim been acquired from someone else? | ☒ No |
|---|---|
| | ☐ Yes. From whom? _____ |

| 3. Where should notices and payments to the creditor be sent? | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|
| Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Jarred Soliz C/O Attorney John C. Lemon 1350 Columbia Street, Suite 600 San Diego, CA 92101 | |
| | Contact phone 619-794-0423 | Contact phone _____ |
| | Contact email john@jcl-lawoffice.com | Contact email _____ |

| 4. Does this claim amend one already filed? | ☒ No | |
|---|---|---|
| | ☐ Yes. Claim number on court claims registry (if known)_____ | Filed on _____ MM / DD / YYYY |

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No |
|---|---|
| | ☐ Yes. Who made the earlier filing? _____ |

EXHIBIT 1, PAGE 16

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$ unknown _____. Does this amount include interest or other charges?

☐ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

a fire that destroyed claimant's apartment
_____

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____

Amount of the claim that is secured: $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

**Annual Interest Rate** (when case was filed)_____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

Official Form 410            **Proof of Claim**            page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(____) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

---

**Part 3:** **Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature:** *John C. Lemon*
John C. Lemon (Dec 27, 2019)

**Email:** john@jcl-lawoffice.com

_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | John C. Lemon | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Attorney | | |
| Company | Law Offices of John C. Lemon, APC | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1350 Columbia Street, Suite 600 | | |
| | Number        Street | | |
| | San Diego | CA | 92101 |
| | City | State | ZIP Code |
| Contact phone | 619-794-0423 | Email | john@jcl-lawoffice.com |

Case: 19-30088    Doc# 12775    Filed: 08/19/22    Entered: 08/19/22 13:41:17    Page 22 of 85

EXHIBIT 1, PAGE 18

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☐ I have supporting documentation.      ☒ I do <u>not</u> have supporting documentation.
(attach below)

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.**

**IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.**

**A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.**

# Instructions for Proof of Claim

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.** 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of January 29, 2019.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.** Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name of the child's parent or guardian. For** example, write *A.B., a minor child* (*John Doe, parent*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at https://restructuring.primeclerk.com/pge.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101(10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. § 507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Please send completed Proof(s) of Claim to:**

**If by first class mail:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand delivery:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also hand deliver your completed Proof(s) of Claim to any of the following service center offices (beginning July 15, 2019 through the Bar Date (October 21, 2019) during the hours of 8:30 a.m. – 5:00 p.m. Prevailing Pacific Time):**

Chico Service Center
350 Salem Street
Chico, CA 95928

Marysville Service Center
231 "D" Street
Marysville, CA 95901

Napa Service Center
1850 Soscol Ave. Ste 105
Napa, CA 94559

Oroville Service Center
1567 Huntoon Street
Oroville, CA 95965

Redding Service Center
3600 Meadow View Road
Redding, CA 96002

Santa Rosa Service Center
111 Stony Circle
Santa Rosa, CA 95401

**Photocopy machines will not be available at the Claim Service Centers; you must bring a photocopy of your claim if you wish to receive a date-stamped copy.**

> **Do not file these instructions with your form**

# Electronic Proof of Claim_N!FO@27386

Final Audit Report                                                      2019-12-28

| | |
|---|---|
| Created: | 2019-12-28 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA9ExA-hYU4Q5jY7tNYkpIceGf_Vr2W23t |

## "Electronic Proof of Claim_N!FO@27386" History

🗐 Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
   2019-12-28 - 0:23:12 AM GMT

🗐 Web Form filled in by John C. Lemon (john@jcl-lawoffice.com)
   2019-12-28 - 0:26:32 AM GMT- IP address: 174.79.253.133

⚷ (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64)
   AppleWebKit/537.36 (KHTML, like Gecko) Chrome/70.0.3538.102 Safari/537.36 Edge/18.18362)
   2019-12-28 - 0:26:34 AM GMT- IP address: 174.79.253.133

⊘ Signed document emailed to Prime Clerk E-Filing (efiling@primeclerk.com) and John C. Lemon (john@jcl-
   lawoffice.com)
   2019-12-28 - 0:26:34 AM GMT

Prime Clerk ⁄    POWERED BY
                    Adobe Sign

EXHIBIT 1, PAGE 22

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)**

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br>**- and -**<br>**PACIFIC GAS AND ELECTRIC**<br>**COMPANY,**<br>Debtors. | **Bankruptcy Case**<br>**No. 19-30088 (DM)**<br><br>**Chapter 11**<br>**(Lead Case)**<br>**(Jointly Administered)** |

# Proof of Claim (Fire Claim Related)

Read the instructions before filing this claim form. This form is for tort claimants who have a claim against the Debtors (i.e. PG&E Corporation and Pacific Gas and Electric Company) that arose prior to the Debtors filing for bankruptcy (i.e. prior to January 29, 2019) and that arose from, or relates to, a fire.

| |
|---|
| Do not use this form for non-fire claims.  Non-fire tort claimants should use Form 410. |

Do NOT file a fraudulent claim.  A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Please type or print in the spaces below.  Do NOT use red ink or pencil.**

| **Part 1:** | **Identify the Claim** |
|---|---|

| | |
|---|---|
| 1. **Who is the current creditor?** | Jarred Soliz<br>Name of the current creditor (the person or entity to be paid for this claim) |
| 2. **Has this claim been acquired from someone else?** | ☑ No<br>☐ Yes. From whom? |
| 3. **Are you filing this claim on behalf of your family?**<br>A family is a group of two or more people related by birth, marriage, domestic partnership, or adoption and residing together. All such people are considered as members of one family. | ☑ No<br>☐ Yes<br><br>If you checked "Yes", please provide the full name of each family member that you are filing on behalf of: |
| 4. **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Name Jarred Soliz<br>Attorney Name (if applicable) John C. Lemon<br>Attorney Bar Number (if applicable) 175847<br>Street Address 1350 Columbia Street, Suite 600<br>City San Diego<br>State CA<br>Zip Code 92101<br>Phone Number 619-794-0423<br>Email Address john@jcl-lawoffice.com | **Where should payments to the creditor be sent?**<br>(if different)<br><br>Name<br>Attorney Name (if applicable)<br>Attorney Bar Number (if applicable)<br>Street Address<br>City<br>State<br>Zip Code<br>Phone Number<br>Email Address |
| 5. **Does this claim amend one already filed?** | ☑ No<br>☐ Yes.  Claim number on court claims registry (if known) _____   Filed on ___ MM / ___ DD / ___ YYYY |
| 6. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |

Claim Number: 92196

Proof of Claim (Fire Related)

Page 1

EXHIBIT 1, PAGE 23

| | |
|---|---|
| 7. **What fire is the basis of your claim?**<br><br>Check all that apply. | ☐ Camp Fire (2018)<br>☐ North Bay Fires (2017)<br>☐ Ghost Ship Fire (2016)<br>☐ Butte Fire (2015)<br>☑ Other (please provide date and brief description of fire:    Dec. 29, 2018 fire that was caused by a defective PG&E Smart Meter |
| 8. **What are the loss location(s) where you and/or your family suffered harm? (e.g. home or business address, place of injury, place from which you were evacuated, if different.?** | Location(s): **2332 Black Walnut Road**<br>            **San Luis Obispo, California 93405** |
| 9. **How were you and/or your family harmed?**<br><br>Check all that apply | ☑ Property Damage (homes, structures, personal property, land, trees, landscaping, and all other property damage)<br>    ☐ Owner   ☑ Renter   ☐ Occupant   ☐ Other (Please specify): _____<br>☑ Personal Injury<br>☐ Wrongful Death (if checked, please provide the name of the deceased) _____<br>☐ Business Loss/Interruption<br>☑ Lost wages and earning capacity<br>☑ Loss of community and essential services<br>☑ Agricultural loss<br>☑ Other (Please specify):    Any and all losses recoverable under California law |
| 10. **What damages are you and/or your family claiming/seeking?**<br><br>Check all that apply | ☑ Economic damages (including replacement cost of damaged property, diminution in value, loss of use, lost inventory, lost profits, and other economic damage)<br>☑ Non-economic damages (including loss of society and support, loss of consortium, pain and suffering, emotional distress, annoyance and discomfort, and other non-economic damage)<br>☑ Punitive, exemplary, and statutory damages<br>☑ Attorney's fees and litigation costs<br>☑ Interest<br>☑ Any and all other damages recoverable under California law<br>☐ Other (Please specify): _____ |
| 11. **How much is the claim?** | ☐ $_____ (optional)<br>☑ Unknown / To be determined at a later date |

| | |
|---|---|
| **The person completing this proof of claim must sign and date it. FRBP 9011(b).**<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | *Check the appropriate box:*<br><br>☐ I am the creditor.<br>☑ I am the creditor's attorney or authorized agent.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>**Signature:** *John C. Lemon*<br><br>**Email:** john@jcl-lawoffice.com<br><br>_____<br>Signature<br><br>**Print the name of the person who is completing and signing this claim:** |

| | | | |
|---|---|---|---|
| Name | John C. Lemon | | |
| | First name | Middle name | Last name |
| Title | Attorney | | |
| Company | Law Offices of John C. Lemon, APC | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1350 Columbia Street, Suite 600 | | |
| | Number          Street | | |
| | San Diego | CA | 92101 |
| | City | State | ZIP Code |
| Contact phone | 619-794-0423 | Email | john@jcl-lawoffice.com |

Case: 19-30088    Doc# 12775    Filed: 08/19/22    Entered: 08/19/22 18:14:17    Page 29 of 85

EXHIBIT 1, PAGE 25

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☐ I have supporting documentation.     ☒ I do <u>not</u> have supporting documentation.
   (attach below)

PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.

IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

EXHIBIT 1, PAGE 26

# Instructions for Proof of Claim (Fire Claim Related)

United States Bankruptcy Court

**You may have a claim against the Debtors for monetary loss, personal injury (including death), or other asserted damages arising out of or related to a fire. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the chapter 11 process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date this claim form is filed.**
- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.
- **For a minor child, fill in only the child's initials and the full name of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent*). See Bankruptcy Rule 9037.
- **You may but are not required to attach supporting documents to this form.**
  Supporting documents will be gathered, maintained, and provided at a later date as instructed by the Court. If you do attach documents, you should attach redacted documents as supporting documentation will be made publicly available and will not be kept confidential. *See* the definition of *redaction* of information below.
- **Do not attach original documents because attachments may be destroyed after scanning.**
- **Question 3.** Members of a family may but are not required to file a proof of claim as a family but may, if they choose, submit individual claim forms for each family member that has a claim against the debtors.

- **Question 9.** If you suffered property damage, then provide the street address of each real property parcel where you suffered property damage. If you were personally evacuated as the result of a fire, then provide the address or intersection closest to where you encountered the fire and began evacuation. If you suffered property damage and were evacuated from a different location, include both. If you were a renter, provide the address of your residence.
- **Question 10.** This question requests general statements of underlying facts relating to harm and is not intended to be exhaustive or preclusive.
- **Question 11.** You are not required to include a claim amount with your proof of claim. Providing a claim amount at this time is optional.

### Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form together with the original. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at https://restructuring.primeclerk.com/pge.

Case: 19-30088    Doc# 12775    Filed: 08/19/22    Entered: 08/19/22 13:14:17    Page 31 of 85

EXHIBIT 1, PAGE 27

## Understand the terms used in this form

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. In this instance, PG&E Corporation and Pacific Gas & Electric Company.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Proof of claim:** A form that shows the creditor has a claim against the debtors on or before the date of the bankruptcy filing (in these cases, January 29, 2019). The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

**If by first class mail:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand delivery:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also hand deliver your completed Proof(s) of Claim to any of the following service center offices (beginning July 15, 2019 through the Bar Date (October 21, 2019) during the hours of 8:30 a.m. – 5:00 p.m. Prevailing Pacific Time):**

Chico Service Center
350 Salem Street
Chico, CA 95928

Marysville Service Center
231 "D" Street
Marysville, CA 95901

Napa Service Center
1850 Soscol Ave. Ste 105
Napa, CA 94559

Oroville Service Center
1567 Huntoon Street
Oroville, CA 95965

Redding Service Center
3600 Meadow View Road
Redding, CA 96002

Santa Rosa Service Center
111 Stony Circle
Santa Rosa, CA 95401

**Photocopy machines will not be available at the Claim Service Centers; you must bring a photocopy of your Proof of Claim if you wish to receive a date-stamped copy.**

---

### Do not file these instructions with your form

---

Case: 19-30088    Doc# 12775    Filed: 08/19/22    Entered: 08/19/22 13:41:17    Page 32
of 85

EXHIBIT 1, PAGE 28

# Electronic Proof of Claim_HM@#S27402

Final Audit Report                                               2019-12-28

| | |
|---|---|
| Created: | 2019-12-28 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAky3pjB4bnKJxCFFgbhhZFHp2GOn-k9Mf |

## "Electronic Proof of Claim_HM@#S27402" History

⬆ Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
2019-12-27 - 7:38:53 PM GMT

⬆ Web Form filled in by John C. Lemon (john@jcl-lawoffice.com)
2019-12-28 - 0:13:40 AM GMT- IP address: 174.79.253.133

✎ (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/70.0.3538.102 Safari/537.36 Edge/18.18362)
2019-12-28 - 0:13:42 AM GMT- IP address: 174.79.253.133

✔ Signed document emailed to Prime Clerk E-Filing (efiling@primeclerk.com) and John C. Lemon (john@jcl-lawoffice.com)
2019-12-28 - 0:13:42 AM GMT

Prime Clerk      POWERED BY
               Adobe Sign

**EXHIBIT 2**



# CLAIMS QUESTIONNAIRE

You must submit this Claims Questionnaire, completed in its entirety, and all Required Submissions including documents supporting your claim(s) to the Fire Victim Trust (the "Trust") on or before **February 26, 2021**. The Trust was established to resolve eligible claims arising from the 2015 Butte Fire, 2017 North Bay Fires (*i.e.*, 37, Adobe, Atlas, Blue, Cascade, Cherokee, Honey, LaPorte, Lobo, Maacama, McCourtney, Norrbom, Nuns, Partrick, Point, Pressley, Pythian/Oakmont Pocket, Redwood/Potter Valley, Sullivan, Sulphur, and Tubbs), and 2018 Camp Fire. Claims unrelated to these Fires are ineligible for compensation by the Trust. Additionally, all Claimants must have filed a Proof of Claim for their claims or those of their family in the Bankruptcy Cases on or before December 31, 2019, which was the extended Bar Date for Fire Claimants. Claims that were not timely submitted to the Bankruptcy Cases are ineligible for payment by the Trust, unless the claimant obtains relief from the Bankruptcy Court to file a late Claim and submits the Claim to the Bankruptcy Cases and Trust within 30 days after the Bankruptcy Court order allowing such late filing. To the extent a Fire Victim Claim represents damages or losses covered, in full or in part, by a policy of insurance, the amount in which such Fire Victim Claim may be Approved pursuant to the Claims Resolution Procedures shall be reduced on a dollar-for-dollar basis by all insurance recoveries available to the Fire Victim on account of such damages or losses, whether or not the Fire Victim actually made a claim against a policy of insurance for such damages or losses.

## II. FIRE VICTIM IDENTIFICATION

1. **Complete the table below to identify each person or entity asserting claims in this Claims Questionnaire.**

   **For individuals:** Select the Individual Claimant Type and then enter the person's full name, date of birth, taxpayer ID number, TIN Type, and Gender. If any individual does not have a Social Security Number ("SSN"), include his or her Individual Taxpayer Identification Number ("ITIN") or Foreign Identification Number ("FIN") in the Taxpayer ID field and submit a copy of his or her ITIN authorization letter or home country records documenting the FIN. For individuals who file Schedules C, E, or F with their tax returns and who are claiming business loss income, select Individual Claimant Type below and follow the instructions above. This will not prevent you from filing a Business Income Loss claim, if desired.

   **For businesses, trust, estates or other entities:** Select the applicable Claimant Type and then enter the entity's legal name and Employer ID Number ("EIN"). This is the business name as it appears on the business's tax return. If you are the owner of a business, you should submit claims on behalf of the business under the name and EIN of the business. For businesses with multiple owners, an authorized business representative should submit claims on behalf of the business under the name and EIN of the business. Owners of a business should not submit claims under their SSNs for their separate ownership interests in the business.

| Claimant ID | Claimant Type | Claimant Name | Date of Birth | Taxpayer ID Number | Gender |
|---|---|---|---|---|---|
| 1071167 | Individual | Jarred Soliz | ███/1984 | *****0107 | Male |

| 2. **Authorized Business Representative** (applicable to Business Claimants only) | Last Name | First Name | M.I. | Suffix |
|---|---|---|---|---|
| | Title | | | |
| | Telephone | | Email | |

3. **Complete the table below to identify Loss Location(s) included in this Claims Questionnaire.** A Loss Location is the place where you and/or your family suffered harm (for example, your home or business address, place of injury, or the place from which you evacuated). Provide the physical addresses of your different Loss Locations below. Do not provide P.O. Boxes.

| | Street | Apt/Suite/Lot Number |
|---|---|---|
| | 2332 Black Walnut Rd | |

CQ ID: 10041975



# CLAIMS QUESTIONNAIRE

| (a) | Loss Location | City San Luis Obispo | State California | ZIP Code 93405-8013 |
|---|---|---|---|---|
| | | County San Luis Obispo | APN(if known) 076-041-070 | Fire |

| 4. | Are you represented by an attorney? If Yes, complete the question below. Otherwise, skip to Section III. | ☑ Yes ☐ No |
|---|---|---|

| 5. | Law Firm | Law Offices of John C. Lemon |
|---|---|---|

**Loss Location Address: 2332 Black Walnut Rd San Luis Obispo CA 93405-8013**
**APN: 076-041-070**

## III. REAL AND PERSONAL PROPERTY DAMAGE

### A. PROPERTY IDENTIFICATION

| 1. | Are you submitting a claim for Real or Personal Property damage? If Yes, answer the questions below. Otherwise, skip to Section IV. If you have multiple Loss Locations submit additional pages answering Sections A-F for each location. | ☑ Yes ☐ No |
|---|---|---|

| 2. | Loss Location | Street 2332 Black Walnut Rd | Apt/Suite/Lot Number |
|---|---|---|---|
| | | City San Luis Obispo | State California | ZIP Code 93405-8013 |
| | | APN (if known) 076-041-070 | |

**Provide a brief description of the damaged real and personal property and upload documents supporting your claim, including records reflecting any improvements to the property. If you have documents identifying the cost to repair or replace the dwelling, you may upload them to your file. This information is not required, as the Trust will provide an estimate during claims evaluation**

Claimant rented the home and real property identified by the loss location and were residing on the property full-time at the time of the fire. The fire destroyed the structures and all Claimant's personal property within the structures.

| 3. | At the time of the Fire, were you a title owner of this property? | ☐ Yes ☑ No |
|---|---|---|
| | (a) If Yes, list all title owners at the time of the Fire: | |
| | (b) If No, since the Fire, have you received an assignment of the right to make a claim related to the damage of this real property? If you received an assignment, submit relevant documents reflecting the assignment. | ☐ Yes ☑ No |

| 4. | Do you still own the Real Property that was affected by the Fire? If Yes, complete the following sections related to this property below. | ☐ Yes ☐ No |
|---|---|---|

| 5. | Have you repaired or restored the property? If yes, indicate the completion date or anticipated completion date. | ☐ Yes, on ☑ No |
|---|---|---|

| 6. | Do you have a genuine desire to repair or restore this property? | ☐ Yes ☑ No |
|---|---|---|

### B. RESIDENTIAL REAL PROPERTY



CQ ID: 10041975

EXHIBIT 2, PAGE 31


# CLAIMS QUESTIONNAIRE

| 1. | Does your property claim include a dwelling that was damaged by the Fire? If Yes, answer the questions below. Otherwise, skip to Section III.C. If you have multiple dwellings on one property, submit additional pages answering questions 2-5 for each. | ☐ Yes<br>☑ No |
|---|---|---|
| 2. | What is the type of dwelling? ☐ Apartment ☐ Guest House/Pool House ☐ Mobile Home ☐ Single Family Home<br>☐ Condominium ☐ Manufactured Home ☐ Multi-Family Home | |
| 3. | What is the size of the dwelling?       square feet | |
| 4. | At the time of the Fire, were you renting out the dwelling? Any claims for lost rental income should be filed in Section IV.<br><br>If yes, list the individuals who rented the property: | ☐ Yes<br>☐ No<br>☐ Partial |
| 5. | Was the dwelling uninhabitable after the fire? | ☐ Yes<br>☐ No |
| 6. | Were you displaced from the property as a result of the Fire? If Yes, include the date you were displaced. Otherwise, skip to Section VII. | ☐ Yes, on<br>☐ No |

## C. COMMERCIAL REAL PROPERTY

| 1. | Does your property claim include a commercial structure that was damaged by the Fire?<br>If Yes, answer the questions below. Otherwise, skip to Section III.D. If you have multiple commercial structures on one property, submit additional pages answering Questions 2-6 for each commercial structure. Residential structures of not more than four dwelling units should be claimed under Residential Real Property (Section B above). | ☐ Yes<br>☑ No |
|---|---|---|

| 2. | Type of structure: | ☐ Agricultural<br>☐ Apartment/Condo Building<br>☐ Commercial Office Building<br>☐ Educational/School Facility<br>☐ Healthcare/Medical Facility | ☐ Hospitality/Lodging<br>☐ Industrial<br>☐ Mobile Home Park<br>☐ Parking Structure/Facility<br>☐ Public/CommunityFacility | ☐ Retail<br>☐ Transportation/Airplane Related<br>☐ Other: |
|---|---|---|---|---|

| 3. | What is the size of the commercial structure?     square feet |
|---|---|
| 4. | Estimated or actual cost of repairing or rebuilding the commercial property |

## D. OTHER STRUCTURES

| 1. | Does your property claim include other non-habitable structures that were damaged by the fire? If Yes, answer the questions below. Otherwise, skip to Section IV.E. | ☐ Yes<br>☑ No |
|---|---|---|
| 2. | What is the type of structure? | |
| 3. | What is the size of the other structure?     square feet | |
| 4. | Does the other structure have any of the following? Check all that apply.    ☐ Electricity    ☐ Permanent Foundation    ☐ Plumbing | |

## E. FORESTRY/LANDSCAPING

| 1. | Does your property claim include landscaping, shrubbery, vegetation, or forestry? If Yes, answer the questions below. Otherwise, skip to Section III.F. | ☐ Yes<br>☑ No |
|---|---|---|

CQ ID: 10041975

Case: 19-30088    Doc# 12775    Filed: 08/19/22    Entered: 08/19/22 13:34:17    Page 37 of 85

EXHIBIT 2, PAGE 32



# CLAIMS QUESTIONNAIRE

| 2. | Describe the type and quantity of landscaping, shrubbery, or vegetation that was damaged or destroyed. | |
|---|---|---|
| 3. | If your claim includes forestry damage, indicate the damaged or destroyed acreage | acres |
| 4. | What is the estimated or actual cost to replace the trees and landscaping? | |

| **F. PERSONAL PROPERTY CLAIMS** |
|---|

| 1. | Does any part of your property claim relate to damage to personal property that you owned at the time of the Fire? Personal property includes the contents of your home such as furniture, clothing, and household items as well as automobiles and other movable property. If Yes, answer Question 2. Otherwise, skip to Question 3. If you have lost or damaged personal property at multiple locations complete Section III for each location. | ☒ Yes<br>☐ No |
|---|---|---|

| 2. | What is the value of your lost or damaged personal property? | $ ███████ |
|---|---|---|

**Provide a brief description of the damaged property:**

The destroyed personal property consisted of items that were located in the home, which was completely destroyed by the fire, as well as items outside the home. Please see Claimant's personal property list uploaded with this CQ for more details.

Upload documents supporting your claim and provide a brief description or itemized list of the damaged property. If you were not the owner of the property you must provide proof that were living there at the time of the Fire, such as a lease agreement and proof of payment.

| 3. | Did you suffer any property loss other than the real and/or personal property damage indicated above as a result of the Fire? If Yes, answer the questions below and provide documents supporting your claim. Otherwise, skip to Section IV. | ☐ Yes<br>☒ No |
|---|---|---|

| Provide a brief description of the damaged property: | What is the value of your lost or damaged other property? |
|---|---|
| | |

| **IV. BUSINESS INCOME LOSS** |
|---|

| 1. | Are you submitting a claim for lost revenues on behalf of a business affected by the Fire? If Yes, answer the questions below. Otherwise, skip to Section V. For purposes of classifying your claim, if you are a sole proprietor and you file your federal taxes on a Form 1040 with a Schedule C, E or F that lists expenses, the Trust considers you to be a business claimant. | ☐ Yes<br>☒ No |
|---|---|---|
| 2. | Does your claim for lost income relate to a physical injury that you sustained as a result of the Fire? | ☐ Yes<br>☐ No |
| 3. | Does your claim for lost income relate to damage to property in which you had a property interest at the time of the Fire? | ☐ Yes<br>☐ No |

| 4. | Business Address (provide address used on tax returns) | Street | Apt/Suite/Lot Number | |
|---|---|---|---|---|
| | | City | State | ZIP Code |

| 5. | Business Industry. Provide the six-digit NAICS (North American Industry Classification System) | NAICS Code: |
|---|---|---|

Case: 19-30088    Doc# 12775    Filed: 08/19/22    Entered: 08/19/22 13:42:17    Page 38 of 85

EXHIBIT 2, PAGE 33


| Code used for tax filings or visit https://www.naics.com/search/ to determine which NAICS Code best represents your business. In addition, provide a brief description of your business's industry | **Industry Description:** |
|---|---|

**6.** **In the table below, identify all owners of the business and their respective Taxpayer Identification Numbers and ownership interests.** Provide full legal names. If an owner is not a natural person, identify the legal form of the entity (e.g., LLC, PC, Partnership, Corporation). _Note_: This question does not apply to publicly traded companies.

|  | **Owner Name** | **Owner's Taxpayer ID** | **% of Ownership** | **Legal Form of Entity (if the Owner is not a natural person)** |
|---|---|---|---|---|
| (a) |  |  |  |  |

| **7.** | **Has the business permanently ceased operations and/or declared bankruptcy since the Fire(s)?** If Yes, enter the date the business ceased operations and/or declared bankruptcy. | ☐ Yes, date:<br>☐ No |
|---|---|---|

| **8.** | **Was business at this Loss Location interrupted as a result of the Fire(s)?** If Yes, indicate which Fire(s) caused business interruption. If you have multiple Loss Locations, submit additional pages answering this question for each location.<br><br>☐ 2015 Butte Fire ☐ 2017 North Bay Fires ☐ 2018 Camp Fire | ☐ Yes<br>☐ No |
|---|---|---|

| **9.** | **Did you resume your business at this Loss Location, or if not, do you intend to resume your business at this Loss Location?** If you have multiple Loss Locations, submit additional pages answering this question for each location. | ☐ Yes<br>☐ No |
|---|---|---|
| | (a). If Yes, what was the date business operations resumed at this Loss Location, or the anticipated date if operations have not yet resumed? | **Date:** |
| | (b). If you do not intend to reopen your business, please explain why. | |

**10.** **Identify the losses suffered at this Loss Location in the table below.** If you have multiple Loss Locations, submit additional pages answering these questions for each location.

| | **Nature of Losses** | **Yes/No** | **Amount Claimed** | **Additional Information** |
|---|---|---|---|---|
| (a) | Did your business at this Loss Location suffer any business income losses as a result of the Fire(s)? | ☐ Yes<br>☐ No | | If Yes, indicate the duration of time over which the business income loss amount is calculated?<br><br>**Start Date:**<br>**End Date:**<br><br>Is your business impacted by annual seasonality?<br>☐ Yes ☐ No |
| (b) | Did your business at this Loss Location lose inventory as a result of the Fire(s)? | ☐ Yes<br>☐ No | | If Yes, provide documentation supporting lost inventory. |
| (c) | Did your business at this Loss Location suffer any damage to commercial vehicles or equipment as a result of the Fire(s)? | ☐ Yes<br>☐ No | | If Yes, provide documentation supporting damage to equipment. |
| (d) | Did your business at this Loss Location suffer any damage to the other contents of the business as a result of the Fire(s) (e.g., | ☐ Yes<br>☐ No | | If Yes, provide documentation supporting damage to contents of business. |

Case: 19-30088    Doc# 12775    Filed: 08/19/22    Entered: 08/19/22 13:17:17    Page 39 of 85

EXHIBIT 2, PAGE 34



# CLAIMS QUESTIONNAIRE

| | |
|---|---|
| computers, office supplies, etc.)? | |

| | |
|---|---|
| **11.** | **Did your business at this Loss Location incur any additional remediation expenses as a result of the Fire(s)?** If Yes, provide the types and amounts claimed for additional remediation expenses (excluding insurance recovery). If you have multiple Loss Locations, submit additional pages answering this question for each location.     ☐ Yes   ☐ No |

☐ Increased/temporary security:      ☐ Temporary utilities:

☐ Temporary labor:      ☐ Other mitigation steps:

☐ Temporary water supply:      (*e.g.*, relocation,expedited shipping)

| | |
|---|---|
| **12.** | **Provide any further information or explanation you would like to include regarding your business loss claim(s).** |

## V. PERSONAL INCOME LOSS (LOST WAGES)

| | | |
|---|---|---|
| **1.** | **Did you suffer any personal lost wages as a result of the Fire?** If Yes, answer the questions below about your Claiming Job(s). Otherwise, skip to Section VI. A "Claiming Job" is a job you held as of the date of the Fire, for which you are seeking compensation for lost wages related to the Fire. You can have more than one "Claiming Job."If you are a sole proprietor or independent contractor and report income from a job on a Schedule C of your federal income tax return and you do not report expenses on your Schedule C, that job should be included as a Claiming Job under this section for Personal Income Loss. If you report expenses on your Schedule C, you should submit a claim for Business Income Loss for income you lost from that work as a result of the Fire. | ☐ Yes<br>☒ No |
| **2.** | **Does your claim for lost income relate to a physical injury that you sustained as a result of the Fire?** | ☐ Yes<br>☐ No |
| **3.** | **Does your claim for lost income relate to damage to property in which you had a property interest at the time of the Fire?** | ☐ Yes<br>☐ No |
| **4.** | **Are you claiming lost income that you experienced as a result of damage to your employer's property from the Fire?** | ☐ Yes<br>☐ No |
| **5.** | **Employer Name** | |
| **6.** | **Employer Address** | Street        Apt/Suite/Lot Number<br><br>City        State        Zipcode |
| **7.** | **Employer Telephone** | **8.** **Employer Identification Number:** (EIN from your W-2 or 1099 Form) |
| **9.** | **Employment Start Date:** | **10.** **Employment End Date:** |
| **11.** | **Length of time out of work (if applicable)** | **12.** **Total lost wages:** |
| **13.** | **Provide any further information or explanation you wish to include regarding your lost wages claim(s).** | |



Case: 19-30088    Doc# 12775    Filed: 08/19/22    Entered: 08/19/22 18:34:17    Page 40 of 85

EXHIBIT 2, PAGE 35



# CLAIMS QUESTIONNAIRE

| VI. EMOTIONAL DISTRESS |
|---|

| A. ZONE OF DANGER |
|---|

| 1. | Is any part of your claim based on emotional distress and/or mental anguish that you experienced as a result of the Fire, including fear for your safety or the safety of your family while sheltering-in-place, fleeing, or evacuating, or bodily injury to you or a family member? If Yes, complete the questions in this section below. If yes, complete the questions in this section below. Otherwise, skip to Section B. | ☑ Yes ☐ No |
|---|---|---|

| 2. | Did you evacuate as a result of the Fire? | ☐ Yes ☑ No |
|---|---|---|

| 3. | If you evacuated, enter the date and time of your evacuation: | (a) Date of Evacuation: | (b) Time of Evacuation: |
|---|---|---|---|

| 4. | If you did not evacuate, did you shelter-in-place during the Fire? | ☐ Yes ☑ No |
|---|---|---|

| 5. | Enter the address from which you evacuated or sheltered-in-place at the time of the Fire: | Street 2332 Black Walnut Rd | | Apt/Suite/Lot Number | |
|---|---|---|---|---|---|
| | | City San Luis Obispo | | State CA | Zipcode 93405-8013 |
| | | APN (if known) 076-041-070 | | | |
| | | Identify your relationship to this location: ☑ Home ☐ School ☐ Work ☐ Other: | | | |

| 6. | Was your emotional distress attributable to any of the following physical injuries or illnesses? |
|---|---|
| | ☐ Burn ☐ Smoke Inhalation ☐ Illness involving eyes, nasal passage, throat, lungs or skin ☐ Cuts, scrapes, or bruises ☐ Other: |

| 7. | If yes, did you receive medical treatment for the identified physical injuries? | ☐ Yes ☑ No |
|---|---|---|

| 8. | Have you received any counseling or medical treatment for emotional or mental health reasons related to the emotional distress and/or mental anguish that you experienced as a result of the Fire, including fear for your safety or the safety of your family while sheltering-in-place, fleeing, or evacuating? If Yes, complete Questions 8(a) – 8(e) and, after completing any other applicable sections of this Claims Questionnaire, upload relevant medical records for the treatment you received for the identified physical injuries and/or emotional or mental health conditions described below. Otherwise, skip to Question 9. | ☐ Yes ☑ No |
|---|---|---|

| (a) | Diagnosis of Emotional or Mental Health Issues resulting from the Fire: | |
|---|---|---|
| (b) | Description of Treatment: | |
| (c) | Treatment Start Date: | (d) Treatment End Date: |
| (e) | Medication(s) Prescribed: | |



Case: 19-30088    Doc# 12775    Filed: 08/19/22    Entered: 08/19/22 13:17:24    Page 41 of 85

EXHIBIT 2, PAGE 36



# CLAIMS QUESTIONNAIRE

| | | | | |
|---|---|---|---|---|
| 9. | **If you did not receive counseling or medical treatment for emotional health reasons, explain why:** | Claimant wants to receive counseling and would benefit from such counseling regarding the emotional impact and effects of the fire, losing his home, personal property, and cherished possessions. Financial resources and time were/are not available in order to receive the needed therapy. | | |

10. **Complete the following table for each family member who was with you as the Fire approached your location or evacuated with you at the time of the Fire.** Attach additional sheets if necessary. After completing any other applicable sections of this Claims Questionnaire, upload relevant medical records for the treatment that your family member(s) received for the physical injuries identified in the table below, if available.

| | Full Name | Relationship | Did this person suffer any of the following physical injuries? | Were you physically present and did you witness the injuries identified for this person? |
|---|---|---|---|---|
| Person 1 | | | ☐ Burn<br>☐ Smoke Inhalation<br>☐ Serious Physical Injury<br>☐ Illness involving eyes, nasal<br>☐ Cuts,scrapes, or bruises<br>☐ Other | ☐ Yes<br>☐ No |

| | | |
|---|---|---|
| 11. | **To further support your claim, you may provide a narrative detailing your experience evacuating from the Fire and the Fire's impact on you and your family:** | Please see Claimant's narrative. |

| **B. NUISANCE** |
|---|

| | | |
|---|---|---|
| 1. | **Is any part of your claim based on emotional distress and/or mental anguish that you experienced from the loss of use or substantial interference with the use of or enjoyment of your property?** If Yes, complete the questions in this section below. Otherwise, skip to Section VII. | ☑ Yes<br>☐ No |

| | | | |
|---|---|---|---|
| 2. | **Property Address :** | Street<br>2332 Black Walnut Rd | Apt/Suite/Lot Number |
| | | City<br>San Luis Obispo | State<br>California · Zipcode<br>93405-8013 |
| | | APN (If available)<br>076-041-070 | |

| | | |
|---|---|---|
| 3. | **Describe your relationship to the property at the time of the Fire?** | ☐ Own<br>☑ Rent<br>☐ Other: |
| 4. | **Were you residing at the property full time or more than half of the time when the Fire occurred?** | ☑ Yes<br>☐ No |

Case: 19-30088    Doc# 12775    Filed: 08/19/22    Entered: 08/19/22 18:34:17    Page 42 of 85    EXHIBIT 2, PAGE 37



# CLAIMS QUESTIONNAIRE

| 5. | **Were you displaced from your property as a result of the Fire?** | ☑ Yes, on <u>12/29/2018</u><br>☐ No |
|---|---|---|
| 6. | **If you were displaced from the property, have you resumed residing there?** If Yes, include the date you resumed residing at the property. | ☐ Yes, on<br>☑ No |
| 7. | **Did you lose any sentimental or irreplaceable personal property in the Fire?** | ☑ Yes<br>☐ No |
| 8. | **As a result of the loss of use or substantial interference with the use of or enjoyment of your property, have you received any counseling or medical treatment for mental or emotional health reasons?** If yes, complete Questions 8(a)-8(d) and, after completing any other applicable sections of this Claims Questionnaire, upload relevant medical records for the treatment you received for the identified emotional or mental health conditions described below: | ☐ Yes<br>☑ No |

| | **(a) Diagnosis of Emotional or Mental Health Issues resulting from Fire** | |
|---|---|---|
| | **(b) Description of Treatment:** | |
| | **(c) Treatment Start date:** | **(d) Treatment End date:** |
| | **(e) Medication(s) Prescribed:** | |

| 9. | **If you did not receive counseling or medical treatment for emotional or mental health conditions, explain why.** | Claimant wants to receive counseling and would benefit from such counseling regarding the emotional impact and effects of the fire, losing his home, personal property, and cherished possessions. Financial resources and time were/are not available in order to receive the needed therapy. |
|---|---|---|
| 10. | **To further support your claim, you may provide a narrative detailing your experience with the loss of use or substantial interference with the use of or enjoyment of your property from the Fire:** | Please see Claimant's narrative and list of cherished items. |

| VII. PERSONAL INJURY | |
|---|---|

| 1. | **As a result of the Fire, did you suffer a personal injury for which you received medical treatment?** In this context, personal injury means a physical bodily injury resulting from the Fire. If Yes, answer the questions below. Otherwise, skip to Section VIII. | ☐ Yes<br>☑ No |
|---|---|---|
| 2. | **Did the injury require hospitalization?** | ☐ Yes<br>☐ No |
| 3. | **Injury Type:** | **4. Injury Date:** |
| 5. | **Medical Provider/Facility that treated the injury:** | |
| 6. | **Treatment Start Date:** | **7. Treatment End Date:** |
| 8. | **Description of Treatment:** | |
| 9. | **Narrative Statement:** If desired, explain your recovery and how the injury has affected your life. | |

Provide supporting documents, such as medical records, detailing your injury and treatment



Case: 19-30088   Doc# 12775   Filed: 08/19/22   Entered: 08/19/22 13:41:17   Page 43 of 85

EXHIBIT 2, PAGE 38



**Decedent:**

| VIII. WRONGFUL DEATH |
|---|

| Are you asserting a **Wrongful Death** claim for a death caused by a Fire? If Yes, answer the questions below. Otherwise, skip to Section IX. | ☐ Yes ☑ No |
|---|---|

| 1. | **Decedent Name** | Last Name | First Name | M.I. | Suffix |
|---|---|---|---|---|---|

| 2. | **Date of Birth** | | **3. Date of Death** | |
|---|---|---|---|---|

| 4. | **Social Security Number** | | **5. Annual income at the time of death** | |
|---|---|---|---|---|

| 6. | **Briefly explain how the Fire caused the death** | |
|---|---|---|

| 7. | **Has a probate case been filed for the decedent's estate?** | ☐ Yes, and it remains open ☐ Yes, but it has been closed ☐ No |
|---|---|---|

**8.** In the table below, identify the Spouse, Domestic Partner and/or Children of the decedent, if <u>living</u> at the time of the decedent's death. If the person was dependent on the decedent for financial support at the time of decedent's death and/or suffered a loss of household services as a result of the death, indicate that here as well. Domestic Partners must have been part of the domestic partnership registered and established pursuant to Subdivision (b) of Section 297 of the Family Code.

| Relationship to Decedent | Name of Spouse, Domestic Parterner or Child (ren) | Date of Birth | Social Security Number | Financial Dependent? | Loss of Services? |
|---|---|---|---|---|---|

**9.** In the table below, identify any Child(ren) who predeceased the decedent.

| Relationship to Decedent | Name of Child(ren) who Predeceased the Decedent | Date of Birth | Social Security Number |
|---|---|---|---|

**10.** In the table below, identify any Child(ren) of the individuals named in the table in Question 9 above. If the person was dependent on the decedent for financial support at the time of decedent's death and/or suffered a loss of household services as a result of the death, indicate that here as well.

| Relationship to Decedent | Name of Child(ren) of Individual(s) in Question 9 | Date of Birth | Social Security Number | Financial Dependent? | Loss of Services? |
|---|---|---|---|---|---|

**11.** If the decedent had no living Children at the time of death, identify all Parent(s), Sibling(s), Grandchild(ren) ,Grandparent(s) and/or other relatives of the decedent, living at the time of decedent's death, in the table below. If the person was dependent on the decedent for financial support at the time of decedent's death and/or suffered a loss of household services as a result of the death, indicate that here as well. Grandchildren listed in Question 10 do not need to be repeated here.

| Relationship to Decedent | Name of Parent(s), Sibling(s), Grandchild(ren) and/or Grandparent(s) | Date of Birth | Social Security Number | Financial Dependent? | Loss of Services? |
|---|---|---|---|---|---|

**12.** Identify any other persons not listed in the above tables who were financially dependent on the decedent at the time of decedent's death. If the person suffered a loss of household services as a result of the death, indicate that here as well.

| Relationship to Decedent | Name of Financial Dependent | Date of Birth | Social Security Number | Loss of Services? |
|---|---|---|---|---|

Case: 19-30088    Doc# 12775    Filed: 08/19/22    Entered: 08/19/22 13:34:17    Page 44 of 85

EXHIBIT 2, PAGE 39


| 13. | For any person identified above as a Financial Dependent, describe the nature and/or amount of financial support provided by the decedent. | |
|---|---|---|

| 14. | For any person identified above as having lost household services from the decedent, describe the nature and/or amount of services provided by the decedent. | |
|---|---|---|

| 15. | Provide an itemization of any funeral and/or burial expenses incurred as a result of decedent's death. | |
|---|---|---|

**16.** In the table below, identify any person related to the decedent by blood or marriage who was present at the scene of the death-causing event.

| Relationship to Decedent | Name of Relative Present at the Event | Date of Birth | Social Security Number |
|---|---|---|---|

| 17. | For any person identified above as having witnessed the death-causing event, provide a brief narrative description including the date and location and the person's observation of the event. | |
|---|---|---|

Provide supporting documents including a copy of a death certificate, autopsy report or other medical records identifying the decedent's cause of death. You should also provide medical records and/or a statement to show the decedent's general health at the time of his/her death. If a claim is being made for lost financial support, submit any evidence of said support and tax, employment, or other financial records reflecting the decedent's annual income for the two years preceding his or her death. You also may provide a narrative statement explaining how the death has affected you.

| IX. OTHER OUT-OF-POCKET EXPENSES |
|---|

**Did you incur any of the following out-of-pocket expenses as a result of the Fire or displacement from the Fire that were not covered by insurance or other assistance (*e.g.*, FEMA support, Wildfire Assistance Program payments)?** If Yes, indicate the types and total amount of each for out-of-pocket expense. Otherwise, skip to Section X.  ☑ Yes  ☐ No

Case: 19-30088    Doc# 12775    Filed: 08/19/22    Entered: 08/19/22 13:42:17    Page 45 of 85

EXHIBIT 2, PAGE 40



# CLAIMS QUESTIONNAIRE

| Description of out-of-pocket expense | Amount of expense |
|---|---|
| Total Evacuation Expenses: $██████<br><br>Claimant was displaced for a total of 6 months. During this time, Claimants incurred evacuation expenses for food, increased mileage, clothing, and essentials.<br><br>Food – Claimant incurred additional meal expenses. Claimant spent approximately 6 months eating out at the cost of $██ per month. This amounts to $████ on food.<br><br>Increased Mileage – Following the fire, Claimant was displaced from his home and had to drive an additional 26 miles each way to get to work. Claimant was driving these additional 56 miles per work day for about 5 months, which amounts to 8,400 miles. Using the AAA rate of $0.55 per mile, this totals to $████.<br><br>Clothing – The fire destroyed everything the Claimant owned, including personal items such as basic clothing, undergarments, and pajamas. Immediately after the fire, Claimant spent approximately $████ on emergency clothing.<br><br>Essentials – The fire destroyed everything the Claimant owned, including personal items such as toiletries and hygienic items. Immediately after the fire, Claimant spent approximately $███ on toiletries and personal items.<br><br>Car Rental - Due to the fire, Claimant's vehicle was completely destroyed and required him to get a rental temporarily. The total cost was about $█████, which his vehicle insurance covered 80% of: $████. Claimant is only claiming the remaining 20% that he paid out of pocket, which was ████ | $██████ |
| Total Alternative Living Expenses: $██████<br><br>Claimant was finally able to secure stable housing on June 29, 2019 Claimants currently lives here and have been living here for 24 months. Since he moved in, Claimant has incurred increased expenses for water bills.<br><br>Increased Water Bill: Prior to the fire, Claimant's property sat on a well, so he did not have any expenses for water utilities. After losing his home and moving to a new address, Claimant now pays $███ per month to cover water utilities. Since Claimant has been living at his new residence for 24 months, this amounts to $████ | $██████ |

Provide third-party records (*e.g.*, receipts, medical bills) showing that one or more of the Claimants identified in Section II paid these expenses out of pocket.

## X.    OTHER DAMAGES

| | | |
|---|---|---|
| 1. | **Is any Claimant identified in Section II claiming damages not specifically contemplated in any other section of the Claims Questionnaire?** If so, answer Question 2. Otherwise, skip to Section XI. | ☑ Yes<br>☐ No |
| 2. | **Briefly explain the nature of the claim(s) and requested compensation and provide supporting documents for each.** | Total Reasonable Attorney Fees: $██████<br><br>Pursuant to the California Constitution, and Code of Civil Procedure § 1036, Claimants are entitled to recover reasonable attorney fees on damages recoverable in inverse condemnation.<br><br>Claimants' inverse condemnation damages are $████████ (i.e., Claimants' economic damages). Claimants' have agreed to a reasonable attorney fee amount of twenty five percent (25%) of any settlement or recovery obtained by Claimants' counsel.<br><br>Accordingly, Claimants are entitled to recover reasonable attorney fees in the amount of $████████ |

## XI.    MEDICAL INSURANCE INFORMATION



Case: 19-30088    Doc# 12775    Filed: 08/19/22    Entered: 08/19/22 18:34:17    Page 46 of 85

EXHIBIT 2, PAGE 41



# CLAIMS QUESTIONNAIRE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **1.** | Do you or any family or household member included in Section II now have or did you or they previously have medical insurance that covers any treatments for injuries for which you are submitting a claim?  If yes, complete the questions below.  Otherwise, skip to Section XII. | | | | | | | ☐ Yes  ☒ No |

**2.** If you or any Claimant identified in Section II has enrolled in or has been entitled to receive benefits from any of the following federal healthcare programs, complete the table for the relevant program(s) below:

| | Claim Number | Enrollment Start | Enrollment End | Branch | Sponsor | Sponsor's SSN | Treating Facility | Tribe |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| | | |
|---|---|---|
| **3.** | If you or any Claimant identified in Section II was entitled to receive medical items, services, and/or prescription drugs from any federal, state, or other governmental body, agency, department, plan, program, or entity that administers, funds, pays, contracts for, or provides medical items, services, and/or prescription drugs not previously listed above, provide the following information. | Name of Plan/Entity<br><br>Policyholder Name<br><br>Policy Number<br><br>Medical Condition Covered by Plan/Entity |
| **4.** | If you or any Claimant identified in Section II has received medical treatment for any physical injury, emotional distress, or mental health issue included in Sections VI or VII that was covered by a <u>Private Healthcare Insurance Plan</u> or other form of payment, provide the following information for each such plan or entity. Include the complete name of the health plan (*i.e.*, "BCBS of Illinois" and not "Blue Cross" or "BCBS"). | Name of Plan/Entity<br><br>Policyholder Name<br><br>Policy Number<br><br>Medical Condition Covered by Plan/Entity |
| **5.** | Have you or any Claimant identified in Section II lived in any state other than California since the Fire?<br><br>       ☐ Yes   ☐ No<br><br>If Yes, please provide the other state(s) of residence for each individual. | |

## PRIVATE HEALTH PLAN LIEN RESOLUTION PROGRAMS

The Lien Resolution Administrator ("LRA") may administer one or several Private Lien Resolution Programs (each a "PLRP") with private health insurance plan representatives to identify and resolve private health insurance liens, including those with Medicare Part C plans, Group Health Plans, and employer sponsored self-funded ERISA plans. All settling claimants are automatically enrolled in any established PLRPs.

The PLRP terms are currently being negotiated but are historically advantageous for the vast majority of claimants in settlements because the programs offer pre-negotiated discounts on health plan lien amounts, typically between 30% and 35% (<u>after</u> the LRA's audit review for injury related claims) and caps on reimbursement amounts in high medical claim situations. The programs also provide specified timelines for resolution. And finally, the PLRPs can only assert liens where the law permits.

**\*\*\* ONLY CHECK THE BOX BELOW IF YOU DO NOT WANT TO PARTICIPATE IN THE LRA's PRIVATE LIEN RESOLUTION PROGRAMS THAT CONTAIN PRE-NEGOTIATED HEALTH PLAN LIEN DISCOUNTS AND REIMBURSEMENT CAPS \*\*\***

CQ ID: 10041975

Case: 19-30088    Doc# 12775    Filed: 08/19/22    Entered: 08/19/22 15:34:17    Page 47 of 85

EXHIBIT 2, PAGE 42



# CLAIMS QUESTIONNAIRE

UPON ELECTING NOT TO PARTICIPATE IN ANY ESTABLISHED PLRPS, I understand that I will not receive the benefit of pre-negotiated lien discounts and reimbursement caps. I further understand that although I have opted out of any established PLRPs by indicating such below, I may still have a health plan lien obligation with my current or former private health insurance plan, including Medicare Part C (also known as Medicare Advantage), and that the LRA may still be required to resolve my lien or liens on my behalf.

☐ I elect to Opt Out of participation in the Private Lien Resolution Programs.

| XII. OTHER INSURANCE INFORMATION |
|---|

1. **Did you submit an insurance claim for any property damage or business losses for which you are making a claim, on behalf of yourself or your business?** If Yes, provide the following information for each category of insurance coverage, attaching additional sheets if necessary. Otherwise, skip to Section XIII. If you have multiple Loss Locations, submit additional pages answering the questions in this section for each location.

☑ Yes
☐ No

**Name of Insurance Carrier**: State Farm

**Insurance Policy Number**: ████████-55K

| Insurance Coverage Type | What were the Policy Limits? | How much were you paid? | Estimated Amount Not Covered |
|---|---|---|---|
| **(a)** Dwelling (typically Coverage A) | | | |
| **(1)** Extended/Enhanced Replacement Cost Coverage | | | |
| **(2)** Code Upgrade Coverage | | | |
| **(3)** Debris Removal | | | |
| **(4)** Landscaping | | | |
| **(b)** Other/Appurtenant Structures (typically Coverage B) | | | |
| **(1)** Extended/Enhanced Replacement Cost Coverage | | | |
| **(2)** Code Upgrade Coverage | | | |
| **(3)** Debris Removal | | | |
| **(c)** Personal Property (typically Coverage C) | | | |
| **(d)** Loss of Use / Additional Living Expense (typically Coverage D) | | | |
| **(1)** Rental Loss | | | |
| **(e)** Damage to Business Structure | | | |
| **(1)** Extended Replacement Cost | | | |

CQ ID: 10041975



| | (2) Code Upgrade | | | |
| (3) Debris Removal | | | |
| (4) Business Fixtures | | | |
| **(f)** Business Interruption Loss | | | |
| (1) Extra Expense | | | |
| (2) Evacuation Expense | | | |
| **(g)** Business Personal Property | | | |
| **(h)** Other | | | |

| XIII. OTHER ASSISTANCE |
|---|

| Has any Claimant identified in Section II received support from the Federal Emergency Management Agency (FEMA) and/or a Wildfire Assistance Program payment)? If Yes, complete the following table indicating the type of support received, amount received, payment date. List all additional assistance received. Otherwise, skip to Section XIV. | ☐ Yes ☒ No |
|---|---|

| | Entity Providing Assistance | Name of Recipient | Amount Received | Date Received | Purpose of Assistance |
|---|---|---|---|---|---|
| Assistance Source(1) | | | | | |

| XIV. BANKRUPTCY |
|---|

| **1.** | Has any Claimant identified in Section II been a debtor in a bankruptcy proceeding that (a) commenced on or after the date of the Fire or (b) commenced before but remained open on the date of the Fire? | ☐ Yes ☒ No |
|---|---|---|

Case: 19-30088   Doc# 12775   Filed: 08/19/22   Entered: 08/19/22 18:34:17   Page 49 of 85

EXHIBIT 2, PAGE 44





# CLAIMS QUESTIONNAIRE

By signing below, I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that (1) all information provided in this Claims Questionnaire, and any attachments or supporting documents, is true and correct to the best of my knowledge, information, and belief, and (2), if I am signing on behalf of a business, trust, estate or other entity, I am duly authorized to sign this Claims Questionnaire on behalf of that entity. I certify that neither I nor any Claimant included in this Claims Questionnaire has transferred my or their right to recover from the Released Parties for any of the claims asserted in this Claims Questionnaire.

I authorize the Trust to access my insurance claims file and claims data in order to process the claim(s) included in this Claims Questionnaire. I authorize the Trust to obtain any and all information related to these claims from my insurer, if necessary to administer the claim(s).

I consent to the Trust sharing personal information contained in this application with FEMA, including all Claimants' names, Loss Locations and tax identification numbers, and to FEMA sharing the Claimants' personal information with the Fire Victim Trust for the purpose of certifying identity and confirming FEMA benefits.

| Claimant Signature | | Date | |
|---|---|---|---|
| Printed Name | Jarred Soliz | | |

CQ ID: 10041975



EXHIBIT 2, PAGE 45



# CLAIMS QUESTIONNAIRE

| XV. SIGNATURE |

By signing below, I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that (1) all information provided in this Claims Questionnaire, and any attachments or supporting documents, is true and correct to the best of my knowledge, information, and belief, and (2), if I am signing on behalf of a business, trust, estate or other entity, I am duly authorized to sign this Claims Questionnaire on behalf of that entity. I certify that neither I nor any Claimant included in this Claims Questionnaire has transferred my or their right to recover from the Released Parties for any of the claims asserted in this Claims Questionnaire.

I authorize the Trust to access my insurance claims file and claims data in order to process the claim(s) included in this Claims Questionnaire. I authorize the Trust to obtain any and all information related to these claims from my insurer, if necessary to administer the claim(s).

I consent to the Trust sharing personal information contained in this application with FEMA, including all Claimants' names, Loss Locations and tax identification numbers, and to FEMA sharing the Claimants' personal information with the Fire Victim Trust for the purpose of certifying identity and confirming FEMA benefits.

| Claimant Signature | *Jarred Soliz* | Date 8/25/2 |
| Printed Name | Jarred Soliz | |

CQ ID: 10041975



Case: 19-30088    Doc# 12775    Filed: 08/19/22    Entered: 08/19/22 18:34:17    Page 51 of 85

EXHIBIT 2, PAGE 46

## Auto Loss Details

Policy: ⬛⬛⬛⬛-F16-55K
Description: 2010 MAZDA
MAZDASPEED

**Claim Assignment Information**

Claim #: 55-7125-D80
Date of loss: 12-29-2018
Time of loss: 06:00 PM
Claim status: CLOSED
Cat loss: No

Office: TLBOFF
Unit: 2Q
Representative:
Phone:

Facts of loss: FINAL HOUSE BURNED AND THE HEAT MELTED PART OF THE CAR.
Surchargeable: No

### Coverages Paid

| Coverages | Amount Paid | Subrogated Amount |
|---|---|---|
| R - CAR RENTAL REIMBURSEMENT | ⬛⬛ | 0.00 |
| D - COMPREHENSIVE | ⬛⬛ | 0.00 |
| **Total** | ⬛⬛ | **0.00** |

Print     OK

State Farm Mutual Automobile Insurance Company, Bloomington, Illinois

Cherished Possessions List:

1.) Father's burial flag from united states army.
2.) Fathers favorite billiards cue
3.) Irreplaceable photo albums
4.) Custom Ibis Hd4 Carbon Mountain bike
5.) Martin d-45 Guitar
6.) Gibson Les Paul Guitar

# Narrative

## Jarred Soliz

Claimants' background/connection to the property
- Jarred Soliz moved into his home approximately 10 years prior to the fire. He lived in a lovely, spacious home that was surrounded by nothing but great people. He was proud to have found a place like it, which overviewed the canyons nearby.

Claimants' evacuation:
- On the day that the PG&E Smart Meter exploded, Jarred had gone out to run a quick errand when he received a call from his landlord explaining his home was on fire. He rushed back to the property in hopes of being able to salvage some of his belongings and rescue his dogs. Thankfully, his neighbors got his dogs out and took care of them until he was able to return, but it was too late to save his things. He was fortunately out of the area and not at risk of harm but watching his home burn down was heart wrenching. It breaks his heart knowing that everything he had worked for and proudly collected was now destroyed.

Claimants' time away from their home and property:
- Immediately after the fire, Jarred evacuated to his parent's house where he stayed in a substantially smaller room on a thin air mattress for 6 months. After 6 months, he was able to find himself a permanent home, though it does not compare to his home life prior to the fire.

Claimants' losses and the general impact the fire made on their lives:
- Unfortunately, Jarred lost all his belongings and many cherished items. His most significant cherished item and most impactful lost was the loss of his father's burial flag and his mountain bike. In addition to destroying his belongings, the fire has also affected Jarred mentally. Since the fire occurred, Jarred has been on high alert and believes to suffer from PTSD. He purchased security cameras so that he can make sure his property is always in good conditions, he no longer likes leaving his home for too long, and he always triple checks that all his electronic devises have been disconnecting. He has not had the time or financial resources to seek counseling or mental health treatment.

CONFIDENTIAL/PRIVILEGED – FOR MEDIATION ONLY





EXHIBIT 2, PAGE 51




CALIFORNIA
ASSOCIATION
OF REALTORS®

# RESIDENTIAL LEASE OR
# MONTH-TO-MONTH RENTAL AGREEMENT
(C.A.R. Form LR, Revised 6/18)

Date  _07/01/2018_  ,  _John George, Mandi George_  ("Landlord") and
_Jarred Soliz_  ("Tenant") agree as follows ("Agreement"):

1. **PROPERTY:**
   A. Landlord rents to Tenant and Tenant rents from Landlord, the real property and improvements described as: _2332 Black Walnut Rd, San Luis Obispo, CA 93405-8013_ ("Premises").
   B. The Premises are for the sole use as a personal residence by the following named person(s) **only:** _Jarred Soliz_

   C. The following personal property, maintained pursuant to paragraph 11, is included: _____
       or ☐ (if checked) the personal property on the attached addendum is included.
   D. The Premises may be subject to a local rent control ordinance _____

2. **TERM:** The term begins on (date) _July 1, 2018_ ("Commencement Date"). If Tenant has not paid all amounts then due; (i) Tenant has no right to possession or keys to the premises and; (ii) this Agreement is voidable at the option of Landlord, 2 calendar days after giving Tenant a Notice to Pay (C.A.R. Form PPN). Notice may be delivered to Tenant (i) in person; or (ii) by mail to Tenant's last known address; or (iii) by email, if provided in Tenant's application or previously used by Tenant to communicate with Landlord or agent for Owner. If Landlord elects to void the lease, Landlord shall refund to Tenant all rent and security deposit paid.
   **(Check A or B):**
   ☐ A. **Month-to-Month:** This Agreement continues from the commencement date as a month-to-month tenancy. Tenant may terminate the tenancy by giving written notice at least 30 days prior to the intended termination date. Tenant shall be responsible for paying rent through the termination date even if moving out early. Landlord may terminate the tenancy by giving written notice as provided by law. Such notices may be given on any date.
   ☒ B. **Lease:** This Agreement shall terminate on (date) _July 1, 2019_ at _12:00_ ☐ AM/ ☒ PM. Tenant shall vacate the Premises upon termination of the Agreement, unless: (i) Landlord and Tenant have extended this Agreement in writing or signed a new agreement; (ii) mandated by local rent control law; or (iii) Landlord accepts Rent from Tenant (other than past due Rent), in which case a month-to-month tenancy shall be created which either party may terminate as specified in paragraph 2A. Rent shall be at a rate agreed to by Landlord and Tenant, or as allowed by law. All other terms and conditions of this Agreement shall remain in full force and effect.

3. **RENT:** "Rent" shall mean all monetary obligations of Tenant to Landlord under the terms of the Agreement, except security deposit.
   A. Tenant agree █████ per month for the term of the Agreement.
   B. Rent is payable in advance on the **1st (or** ☐ _____ **) day** of each calendar month, and is delinquent on the next day.
   C. If Commencement Date falls on any day other than the day Rent is payable under paragraph 3B, and Tenant has paid one full month's Rent in advance of Commencement Date, Rent for the second calendar month shall be prorated and Tenant shall pay 1/30th of the monthly rent per day for each day remaining in the prorated second month.
   D. **PAYMENT: (1)** Rent shall be paid by ☒ personal check, ☐ money order, ☐ cashier's check, made payable to _Mandi George_ _____, ☐ wire/electronic transfer, or ☐ other _____
       **(2)** Rent shall be delivered to (name) _Mandi George_
       (whose phone number is) _(805)440-2230_ at (address) _PO Box 391, Avila Beach, Ca 93405_
       _____, (or at any other location subsequently specified by Landlord in writing to Tenant) (and ☐ If checked, rent may be paid personally, between the hours of _____ and _____ on the following days _____).
       **(3)** If any payment is returned for non-sufficient funds ("NSF") or because tenant stops payment, then, after that: (i) Landlord may, in writing, require Tenant to pay Rent in cash for three months and (ii) all future Rent shall be paid by ☐ money order, or ☐ cashier's check.
   E. Rent payments received by Landlord shall be applied to the earliest amount(s) due or past due.

4. **SECURITY DEPOSIT:**
   A. Tenant agree █████ as a security deposit. Security deposit will be ☒ transferred to and held by the Owner of the Premises, or ☐ held in Owner's Broker's trust account.
   B. All or any portion of the security deposit may be used, as reasonably necessary, to: (i) cure Tenant's default in payment of Rent (which includes Late Charges, NSF fees or other sums due); (ii) repair damage, excluding ordinary wear and tear, caused by Tenant or by a guest, invitee or licensee of Tenant; (iii) clean Premises, if necessary, upon termination of the tenancy; and (iv) replace or return personal property or appurtenances. **SECURITY DEPOSIT SHALL NOT BE USED BY TENANT IN LIEU OF PAYMENT OF LAST MONTH'S RENT.** If all or any portion of the security deposit is used during the tenancy, Tenant agrees to reinstate the total security deposit within five days after written notice is delivered to Tenant. Within 21 days after Tenant vacates the Premises, Landlord shall: **(1)** furnish Tenant an itemized statement indicating the amount of any security deposit received and the basis for its disposition and supporting documentation as required by California Civil Code § 1950.5(g); and **(2)** return any remaining portion of the security deposit to Tenant.
   C. Security deposit will not be returned until all Tenants have vacated the Premises and all keys returned. Any security deposit returned by check shall be made out to all Tenants named on this Agreement, or as subsequently modified.
   D. No interest will be paid on security deposit unless required by local law.
   E. If the security deposit is held by Owner, Tenant agrees not to hold Broker responsible for its return. If the security deposit is held in Owner's Broker's trust account, **and** Broker's authority is terminated before expiration of this Agreement, **and** security deposit is released to someone other than Tenant, **then** Broker shall notify Tenant, in writing, where and to whom security deposit has been released. Once Tenant has been provided such notice, Tenant agrees not to hold Broker responsible for the security deposit.

Tenant's Initials ( _____ ) ( _____ )     Landlord's Initials ( _____ ) ( _____ )
© 2018, California Association of REALTORS®, Inc.
**LR REVISED 6/18 (PAGE 1 OF 8)**

**RESIDENTIAL LEASE OR MONTH-TO-MONTH RENTAL AGREEMENT (LR PAGE 1 OF 8)**

Keller Williams Realty Central Coast, 350 James Way #130 Pismo Beach CA 93449      Phone: 8054402230      Fax:      2332 Black
Mandi George                Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

EXHIBIT 2, PAGE 53

Premises: 2332 Black Walnut Rd, San Luis Obispo, CA 93405-8013      Date: 07/01/2018

**5. MOVE-IN COSTS RECEIVED/DUE:** Move-in funds shall be paid by [X] personal check, [ ] money order, or [ ] cashier's check, [ ] wire/ electronic transfer.

| Category | Total Due | Payment Received | Balance Due | Date Due | Payable To |
|---|---|---|---|---|---|
| Rent from _____ to _____ (date) | | | | | |
| *Security Deposit | | | | | |
| Other _____ | | | | | |
| Other _____ | | | | | |
| Total | | | | | |

*The maximum amount of security deposit, however designated, cannot exceed two months' Rent for an unfurnished premises, or three months' Rent for a furnished premises.

**6. LATE CHARGE; RETURNED CHECKS:**
**A.** Tenant acknowledges either late payment of Rent or issuance of a returned check may cause Landlord to incur costs and expenses, the exact amounts of which are extremely difficult and impractical to determine. These costs may include, but are not limited to, processing, enforcement and accounting expenses, and late charges imposed on Landlord. If any installment of Rent due from Tenant is not received by Landlord within **5 (or [ ]_____ ) calendar days** after the date due, or if a check is returned, Tenant shall pay to Landlord, respectively, an additional sum of $50.00 _____ or _____ % of the Rent due as a Late Charge and $25.00 as a NSF fee for the first returned check and $35.00 as a NSF fee for each additional returned check, either or both of which shall be deemed additional Rent.
**B.** Landlord and Tenant agree that these charges represent a fair and reasonable estimate of the costs Landlord may incur by reason of Tenant's late or NSF payment. Any Late Charge or NSF fee due shall be paid with the current installment of Rent. Landlord's acceptance of any Late Charge or NSF fee shall not constitute a waiver as to any default of Tenant. Landlord's right to collect a Late Charge or NSF fee shall neither be deemed an extension of the date Rent is due under paragraph 3 nor prevent Landlord from exercising any other rights and remedies under this Agreement and as provided by law.

**7. PARKING: (Check A or B)**
[X] **A.** Parking is permitted as follows: *In driveway* _____

The right to parking [ ] is [ ] is not included in the Rent charged pursuant to paragraph 3. If not included in the Rent, the parking rental fee shall be an additional $ _____ per month. Parking space(s) are to be used only for parking properly registered and operable motor vehicles, except for trailers, boats, campers, buses or trucks (other than pick-up trucks). Tenant shall park in assigned space(s) only. Parking space(s) are to be kept clean. Vehicles leaking oil, gas or other motor vehicle fluids shall not be parked on the Premises. Mechanical work, or storage of inoperable vehicles, or storage of any kind is not permitted in parking space(s) or elsewhere on the Premises except as specified in paragraph 8.
OR [ ] **B.** Parking is not permitted on the real property of which the Premises is a part.

**8. STORAGE: (Check A or B)**
[X] **A.** Storage is permitted as follows: *Storage shed*
The right to separate storage space [ ] is, [ ] is not, included in the Rent charged pursuant to paragraph 3. If not included in the Rent, storage space fee shall be an additional $ _____ per month. Tenant shall store only personal property Tenant owns, and shall not store property claimed by another or in which another has any right, title or interest. Tenant shall not store any improperly packaged food or perishable goods, flammable materials, explosives, hazardous waste or other inherently dangerous material, or illegal substances.
OR [ ] **B.** Except for Tenant's personal property, contained entirely within the Premises, storage is not permitted on the Premises.

**9. UTILITIES:** Tenant agrees to pay for all utilities and services, and the following charges: *electric* _____
except _____, which shall be paid for by Landlord. If any utilities are not separately metered, Tenant shall pay Tenant's proportional share, as reasonably determined and directed by Landlord. If utilities are separately metered, Tenant shall place utilities in Tenant's name as of the Commencement Date. Landlord is only responsible for installing and maintaining one usable telephone jack and one telephone line to the Premises. Tenant shall pay any cost for conversion from existing utilities service provider.
[ ] **A. Water Submeters:** Water use on the Premises is measured by a submeter and Tenant will be separately billed for water usage based on the submeter. See attached Water Submeter Addendum (C.A.R. Form WSM) for additional terms.
[ ] **B. Gas Meter:** The Premises does not have a separate gas meter.
[ ] **C. Electric Meter:** The Premises does not have a separate electrical meter.

**10. CONDITION OF PREMISES:** Tenant has examined Premises and, if any, all furniture, furnishings, appliances, landscaping and fixtures, including smoke alarm(s) and carbon monoxide detector(s).
**(Check all that apply:)**
[X] **A.** Tenant acknowledges these items are clean and in operable condition, with the following exceptions: _____
[ ] **B.** Tenant's acknowledgment of the condition of these items is contained in an attached statement of condition (C.A.R. Form MIMO).
[ ] **C.** **(i)** Landlord will Deliver to Tenant a statement of condition (C.A.R. Form MIMO) [ ] within **3 days** after execution of this Agreement; [ ] prior to the Commencement Date; [ ] within **3 days** after the Commencement Date.
**(ii)** Tenant shall complete and return the MIMO to Landlord within **3 (or [ ]_____ ) days** after Delivery. Tenant's failure to return the MIMO within that time shall conclusively be deemed Tenant's Acknowledgement of the condition as stated in the MIMO.

Tenant's Initials ( ✔ ) ( )      Landlord's Initials ( M ) ( B )
**LR REVISED 6/18 (PAGE 2 OF 8)**

Case: 19-30088    Doc# 12775    Filed: 08/19/22    Entered: 08/19/22 13:42:17    Page 59 of 85

EXHIBIT 2, PAGE 54

☐ **D.** Tenant will provide Landlord a list of items that are damaged or not in operable condition within **3 (or** ☐ **) days** after Commencement Date, not as a contingency of this Agreement but rather as an acknowledgement of the condition of the Premises.
☐ **E.** Other: _____ .

## 11. MAINTENANCE USE AND REPORTING:

**A.** Tenant shall properly use, operate and safeguard Premises, including if applicable, any landscaping, furniture, furnishings and appliances, and all mechanical, electrical, gas and plumbing fixtures, carbon monoxide detector(s) and smoke alarms, and keep them and the Premises clean, sanitary and well ventilated. Tenant shall be responsible for checking and maintaining all carbon monoxide detectors and any additional phone lines beyond the one line and jack that Landlord shall provide and maintain. Tenant shall replace any burned out or malfunctioning light bulbs. Tenant shall immediately notify Landlord, in writing, of any problem, malfunction or damage with any item including carbon monoxide detector(s) and smoke alarms on the property. Tenant shall be charged for all repairs or replacements caused by Tenant, pets, guests or licensees of Tenant, excluding ordinary wear and tear. Tenant shall be charged for all damage to Premises as a result of failure to report a problem in a timely manner. Tenant shall be charged for repair of drain blockages or stoppages, unless caused by defective plumbing parts or tree roots invading sewer lines.

**B.** ☐ Landlord ☒ Tenant shall water the garden, landscaping, trees and shrubs, except: _____

**C.** ☐ Landlord ☐ Tenant shall maintain the garden, landscaping, trees and shrubs, except: _____

**D.** ☐ Landlord ☐ Tenant shall maintain _____
**E.** Landlord and Tenant agree that State or local water use restrictions shall supersede any obligation of Landlord or Tenant to water or maintain any garden, landscaping, trees or shrubs pursuant to 11B, 11C, and 11D.
**F.** Tenant's failure to maintain any item for which Tenant is responsible shall give Landlord the right to hire someone to perform such maintenance and charge Tenant to cover the cost of such maintenance.
**G.** The following items of personal property are included in the Premises without warranty and Landlord will not maintain, repair or replace them: _____
**H.** Tenant understands that if Premises is located in a Common Interest Development, Landlord may not have authority or control over certain parts of the Premises such as roof, electrical, gas or plumbing features inside certain walls, and common areas such as shared parking structure or garage.
**I.** Tenant shall not use the premises to plant, grow, cultivate or sell marijuana.

## 12. NEIGHBORHOOD CONDITIONS:
Tenant is advised to satisfy himself or herself as to neighborhood or area conditions, including, but not limited to, schools, proximity and adequacy of law enforcement, crime statistics, proximity of registered felons or offenders, fire protection, other governmental services, availability, adequacy and cost of any wired, wireless internet connections or other telecommunications or other technology services and installations, proximity to commercial, industrial or agricultural activities, existing and proposed transportation, construction and development that may affect noise, view, or traffic, airport noise, noise or odor from any source, wild and domestic animals, other nuisances, hazards, or circumstances, cemeteries, facilities and condition of common areas, conditions and influences of significance to certain cultures and/or religions, and personal needs, requirements and preferences of Tenant.

## 13. PETS:
Unless otherwise provided in California Civil Code §54.2, or other law, no animal or pet shall be kept on or about the Premises without Landlord's prior written consent, ☒ except as agreed to in the attached Pet Addendum (C.A.R. Form PET).

## 14. SMOKING:

**A.** (i) Tenant is responsible for all damage caused by smoking including, but not limited to stains, burns, odors and removal of debris; (ii) Tenant acknowledges that in order to remove odor caused by smoking, Landlord may need to replace carpet and drapes and paint the entire premises regardless of when these items were last cleaned, replaced or repainted. Such actions and other necessary steps will impact the return of any security deposit.
**B.** The Premises or common areas may be subject to a local non-smoking ordinance.
**C.** NO SMOKING of any substance is allowed on the Premises or common areas. If smoking does occur on the Premises or common areas, (i) Tenant is in material breach of this Agreement; (ii) Tenant, guests, and all others may be required to leave the Premises. ☐ Smoking of the following substances only is allowed: _____

## 15. RULES/REGULATIONS:

**A.** Tenant agrees to comply with all Landlord rules and regulations that are at any time posted on the Premises or delivered to Tenant. Tenant shall not, and shall ensure that guests, invitees, and licensees of Tenant shall not, disturb, annoy, endanger or interfere with other tenants of the building or neighbors, or use the Premises for any unlawful purposes, under federal, state, or local law including, but not limited to, using, manufacturing, selling, storing or transporting illicit drugs or other contraband, or violate any law or ordinance, or commit a waste or nuisance on or about the Premises.

**B.** (If applicable, check one)
  ☐ **1.** Landlord shall provide Tenant with a copy of the rules and regulations within _____ days
      or _____ .
  OR ☐ **2.** Tenant has been provided with, and acknowledges receipt of, a copy of the rules and regulations.

Tenant's Initials ( _____ ) ( _____ )                    Landlord's Initials ( _____ ) ( _____ )

LR REVISED 6/18 (PAGE 3 OF 8)

**RESIDENTIAL LEASE OR MONTH-TO-MONTH RENTAL AGREEMENT (LR PAGE 3 OF 8)**

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com          2332 Black

EXHIBIT 2, PAGE 55

**16.** ☐ (If checked) **CONDOMINIUM; PLANNED UNIT DEVELOPMENT:**

    **A.** The Premises are a unit in a condominium, planned unit development, common interest subdivision or other development governed by a homeowners' association ("HOA"). The name of the HOA is _____ . Tenant agrees to comply with all HOA covenants, conditions and restrictions, bylaws, rules and regulations and decisions ("HOA Rules"). Tenant shall reimburse Landlord for any fines or charges imposed by HOA or other authorities, due to any violation by Tenant, or the guests or licensees of Tenant or Landlord shall have the right to deduct such amounts from the security deposit.

    **B.** If applicable, Tenant is required to pay a fee to the HOA to gain access to certain areas within the development such as but not necessarily including or limited to the front gate, pool, and recreational facilities. If not specified in paragraph 5, Tenant is solely responsible for payment and satisfying any HOA requirements prior to or upon or after the Commencement Date.

    **C. (Check one)**

      ☐ **1.** Landlord shall provide Tenant with a copy of the HOA Rules within _____ days

      or _____ .

    OR☐ **2.** Tenant has been provided with, and acknowledges receipt of, a copy of the HOA Rules.

**17. ALTERATIONS; REPAIRS:** Unless otherwise specified by law or paragraph 25C, without Landlord's prior written consent, **(i)** Tenant shall not make any repairs, alterations or improvements in or about the Premises including: painting, wallpapering, adding or changing locks, installing antenna or satellite dish(es), placing signs, displays or exhibits, or using screws, fastening devices, large nails or adhesive materials; **(ii)** Landlord shall not be responsible for the costs of alterations or repairs made by Tenant; **(iii)** Tenant shall not deduct from Rent the costs of any repairs, alterations or improvements; and **(iv)** any deduction made by Tenant shall be considered unpaid Rent.

**18. KEYS; LOCKS:**

    **A.** Tenant acknowledges receipt of (or Tenant will receive ☐ prior to the Commencement Date, or ☐ _____ ):

      ☐ _____ key(s) to Premises,      ☐ _____ remote control device(s) for garage door/gate opener(s),

      ☐ _____ key(s) to mailbox,      _____ ,

      ☐ _____ key(s) to common area(s),      _____ .

    **B.** Tenant acknowledges that locks to the Premises ☐ have, ☐ have not, been re-keyed.

    **C.** If Tenant re-keys existing locks or opening devices, Tenant shall immediately deliver copies of all keys to Landlord. Tenant shall pay all costs and charges related to loss of any keys or opening devices. Tenant may not remove locks, even if installed by Tenant.

**19. ENTRY:**

    **A.** Tenant shall make Premises available to Landlord or Landlord's representative for the purpose of entering to make necessary or agreed repairs (including, but not limited to, installing, repairing, testing, and maintaining smoke detectors and carbon monoxide devices, and bracing, anchoring or strapping water heaters, or repairing dilapidation relating to the presence of mold); providing decorations, alterations, or improvements, or supplying necessary or agreed services; or to show Premises to prospective or actual purchasers, tenants, mortgagees, lenders, appraisers, contractors and others (collectively "Interested Persons"). Tenant agrees that Landlord, Broker and Interested Persons may take photos of the Premises.

    **B.** Landlord and Tenant agree that 24-hour written notice shall be reasonable and sufficient notice, except as follows: (1) 48-hour written notice is required to conduct an inspection of the Premises prior to the Tenant moving out, unless the Tenant waives the right to such notice. (2) If Landlord has in writing informed Tenant that the Premises are for sale and that Tenant will be notified orally to show the premises (C.A.R. Form NSE), then, for the next 120 days following the delivery of the NSE, notice may be given orally to show the Premises to actual or prospective purchasers. (3) No written notice is required if Landlord and Tenant orally agree to an entry for agreed services or repairs if the date and time of entry are within one week of the oral agreement. (4) No notice is required: **(i)** to enter in case of an emergency; **(ii)** if the Tenant is present and consents at the time of entry; or **(iii)** if the Tenant has abandoned or surrendered the Premises.

    **C.** ☐ (If checked) Tenant authorizes the use of a keysafe/lockbox to allow entry into the Premises and agrees to sign a keysafe/lockbox addendum (C.A.R. Form KLA).

**20. PHOTOGRAPHS AND INTERNET ADVERTISING:**

    **A.** In order to effectively market the Premises for sale or rental it is often necessary to provide photographs, virtual tours and other media to Interested Persons. Tenant agrees that Broker may photograph or otherwise electronically capture images of the exterior and interior of the Premises ("Images") for static and/or virtual tours of the Premises by Interested Persons for use on Broker's website, the MLS, and other marketing materials and sites. Tenant acknowledges that once Images are placed on the Internet neither Broker nor Landlord has control over who can view such Images and what use viewers may make of the Images, or how long such Images may remain available on the Internet.

    **B.** Tenant acknowledges that prospective Interested Persons coming onto the Premises may take photographs, videos or other images of the Premises. Tenant understands that Broker does not have the ability to control or block the taking and use of Images by any such persons. Once Images are taken and/or put into electronic display on the Internet or otherwise, neither Broker nor Landlord has control over who views such Images nor what use viewers may make of the Images.

**21. SIGNS:** Tenant authorizes Landlord to place FOR SALE/LEASE signs on the Premises.

**22. ASSIGNMENT; SUBLETTING: A.** Tenant shall not sublet all or any part of Premises, or parking or storage spaces, or assign or transfer this Agreement or any interest in it, without Landlord's prior written consent. Unless such consent is obtained, any assignment, transfer or subletting of Premises or this Agreement or tenancy, by voluntary act of Tenant, operation of law or otherwise, shall, at the option of Landlord, terminate this Agreement. Any proposed assignee, transferee or sublessee shall submit to Landlord an application and credit information for Landlord's approval and, if approved, sign a separate written agreement with Landlord and Tenant. Landlord's consent to any one assignment, transfer or sublease, shall not be construed as consent to any subsequent assignment, transfer or sublease and does not release Tenant of Tenant's obligations under this Agreement. **B.** This prohibition also applies ( ☐ does not apply) to short term, vacation, and transient rentals such as, but not limited to, those arranged through AirBnB, VRBO, HomeAway or other short term rental services. **C.** Any violation of this prohibition is a non-curable, material breach of this Agreement.

Tenant's Initials (____) (____)        Landlord's Initials ( _ML_ ) ( _ZZ_ )

**LR REVISED 6/18 (PAGE 4 OF 8)**

**23. JOINT AND INDIVIDUAL OBLIGATIONS:** If there is more than one Tenant, each one shall be individually and completely responsible for the performance of all obligations of Tenant under this Agreement, jointly with every other Tenant, and individually, whether or not in possession.

**24. POSSESSION:**

**A.** (1) Tenant is not in possession of the Premises. If Landlord is unable to deliver possession of Premises on Commencement Date, such Date shall be extended to the date on which possession is made available to Tenant. If Landlord is unable to deliver possession within **5 (or ☐ _____ ) calendar days** after agreed Commencement Date, Tenant may terminate this Agreement by giving written notice to Landlord, and shall be refunded all Rent and security deposit paid.

**or** (2) Possession is deemed terminated when Tenant has returned all keys to the Premises to Landlord.

**B.** ☒ Tenant is already in possession of the Premises.

**25. TENANT'S OBLIGATIONS UPON VACATING PREMISES:**

**A.** Upon termination of this Agreement, Tenant shall: (i) give Landlord all copies of all keys and any opening devices to Premises, including any common areas; (ii) vacate and surrender Premises to Landlord, empty of all persons; and personal property belonging to Tenant (iii) vacate any/all parking and/or storage space; (iv) clean and deliver Premises, as specified in paragraph C below, to Landlord in the same condition as referenced in paragraph 10; (v) remove all debris; (vi) give written notice to Landlord of Tenant's forwarding address; and (vii) _____.

**B.** All alterations/improvements made by or caused to be made by Tenant, with or without Landlord's consent, become the property of Landlord upon termination. Landlord may charge Tenant for restoration of the Premises to the condition it was in prior to any alterations/improvements.

**C.** **Right to Pre-Move-Out Inspection and Repairs:** (i) After giving or receiving notice of termination of a tenancy (C.A.R. Form NTT), or before the expiration of this Agreement, Tenant has the right to request that an inspection of the Premises take place prior to termination of the lease or rental (C.A.R. Form NRI). If Tenant requests such an inspection, Tenant shall be given an opportunity to remedy identified deficiencies prior to termination, consistent with the terms of this Agreement. (ii) Any repairs or alterations made to the Premises as a result of this inspection (collectively, "Repairs") shall be made at Tenant's expense. Repairs may be performed by Tenant or through others, who have adequate insurance and licenses and are approved by Landlord. The work shall comply with applicable law, including governmental permit, inspection and approval requirements. Repairs shall be performed in a good, skillful manner with materials of quality and appearance comparable to existing materials. It is understood that exact restoration of appearance or cosmetic items following all Repairs may not be possible. (iii) Tenant shall: (a) obtain receipts for Repairs performed by others; (b) prepare a written statement indicating the Repairs performed by Tenant and the date of such Repairs; and (c) provide copies of receipts and statements to Landlord prior to termination. Paragraph 25C does not apply when the tenancy is terminated pursuant to California Code of Civil Procedure § 1161(2), (3), or (4).

**26. BREACH OF CONTRACT; EARLY TERMINATION:** In addition to any obligations established by paragraph 25, in the event of termination by Tenant prior to completion of the original term of the Agreement, Tenant shall also be responsible for lost Rent, rental commissions, advertising expenses and painting costs necessary to ready Premises for re-rental. Landlord may withhold any such amounts from Tenant's security deposit.

**27. TEMPORARY RELOCATION:** Subject to local law, Tenant agrees, upon demand of Landlord, to temporarily vacate Premises for a reasonable period, to allow for fumigation (or other methods) to control wood destroying pests or organisms, or other repairs to Premises. Tenant agrees to comply with all instructions and requirements necessary to prepare Premises to accommodate pest control, fumigation or other work, including bagging or storage of food and medicine, and removal of perishables and valuables. Tenant shall only be entitled to a credit of Rent equal to the per diem Rent for the period of time Tenant is required to vacate Premises.

**28. DAMAGE TO PREMISES:** If, by no fault of Tenant, Premises are totally or partially damaged or destroyed by fire, earthquake, accident or other casualty that render Premises totally or partially uninhabitable, either Landlord or Tenant may terminate this Agreement by giving the other written notice. Rent shall be abated as of the date Premises become totally or partially uninhabitable. The abated amount shall be the current monthly Rent prorated on a 30-day period. If the Agreement is not terminated, Landlord shall promptly repair the damage, and Rent shall be reduced based on the extent to which the damage interferes with Tenant's reasonable use of Premises. If damage occurs as a result of an act of Tenant or Tenant's guests, only Landlord shall have the right of termination, and no reduction in Rent shall be made.

**29. INSURANCE: A.** Tenant's, guest's, invitees or licensee's personal property and vehicles are not insured by Landlord, manager or, if applicable, HOA, against loss or damage due to fire, theft, vandalism, rain, water, criminal or negligent acts of others, or any other cause. **Tenant is advised to carry Tenant's own insurance (renter's insurance) to protect Tenant from any such loss or damage. B.** Tenant shall comply with any requirement imposed on Tenant by Landlord's insurer to avoid: (i) an increase in Landlord's insurance premium (or Tenant shall pay for the increase in premium); or (ii) loss of insurance. **C.** ☐ Tenant shall obtain as additional insured for injury or damage to, or upon, the Premises during the term of this agreement or any extension. Tenant shall provide Landlord a copy of the insurance policy before commencement of this Agreement, and a rider prior to any renewal.

**30. WATERBEDS/PORTABLE WASHERS:** Tenant shall not use or have waterbeds on the Premises unless: (i) Tenant obtains a valid waterbed insurance policy; (ii) Tenant increases the security deposit in an amount equal to one-half of one month's Rent; and (iii) the bed conforms to the floor load capacity of Premises. Tenant shall not use on the Premises ☐ Portable Dishwasher ☐ Portable Washing Machine.

**31. WAIVER:** The waiver of any breach shall not be construed as a continuing waiver of the same or any subsequent breach.

Tenant's Initials ( ) ( )

Landlord's Initials ( M ) ( )

LR REVISED 6/18 (PAGE 5 OF 8)

**RESIDENTIAL LEASE OR MONTH-TO-MONTH RENTAL AGREEMENT (LR PAGE 5 OF 8)**

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026 www.zipLogix.com 2332 Black

**32 NOTICE:** Notices may be served at the following address, or at any other location subsequently designated:

| Landlord: John and Mandi George | Tenant: Jarred Soliz |
|---|---|
| PO Box 391 | 2332 Black Walnut Road |
| Avila Beach, Ca 93424 | San Luis Obispo, Ca 93405 |

**33. TENANT ESTOPPEL CERTIFICATE:** Tenant shall execute and return a tenant estoppel certificate delivered to Tenant by Landlord or Landlord's agent within **3 days** after its receipt (C.A.R. Form TEC). Failure to comply with this requirement shall be deemed Tenant's acknowledgment that the tenant estoppel certificate is true and correct, and may be relied upon by a lender or purchaser.

**34. REPRESENTATION**

**A. TENANT REPRESENTATION; OBLIGATIONS REGARDING OCCUPANTS; CREDIT:** Tenant warrants that all statements in Tenant's rental application are accurate. Landlord requires all occupants 18 years of age or older and all emancipated minors to complete a lease rental application. Tenant acknowledges this requirement and agrees to notify Landlord when any occupant of the Premises reaches the age of 18 or becomes an emancipated minor. Tenant authorizes Landlord and Broker(s) to obtain Tenant's credit report periodically during the tenancy in connection with the modification or enforcement of this Agreement. Landlord may cancel this Agreement: **(i)** before occupancy begins; upon disapproval of the credit report(s), or upon discovering that information in Tenant's application is false; **(ii)** After commencement date, upon disapproval of an updated credit report or upon discovering that information in Tenant's application is no longer true. A negative credit report reflecting on Tenant's record may be submitted to a credit reporting agency if Tenant fails to fulfill the terms of payment and other obligations under this Agreement.

**B. LANDLORD REPRESENTATIONS:** Landlord warrants that, unless otherwise specified in writing, Landlord is unaware of **(i)** any recorded Notices of Default affecting the Premise; **(ii)** any delinquent amounts due under any loan secured by the Premises; and **(iii)** any bankruptcy proceeding affecting the Premises.

**35. MEDIATION:**

**A.** Consistent with paragraphs B and C below, Landlord and Tenant agree to mediate any dispute or claim arising between them out of this Agreement, or any resulting transaction, before resorting to court action. Mediation fees, if any, shall be divided equally among the parties involved. If, for any dispute or claim to which this paragraph applies, any party commences an action without first attempting to resolve the matter through mediation, or refuses to mediate after a request has been made, then that party shall not be entitled to recover attorney fees, even if they would otherwise be available to that party in any such action.

**B.** The following matters are excluded from mediation: **(i)** an unlawful detainer action; **(ii)** the filing or enforcement of a mechanic's lien; and **(iii)** any matter within the jurisdiction of a probate, small claims or bankruptcy court. The filing of a court action to enable the recording of a notice of pending action, for order of attachment, receivership, injunction, or other provisional remedies, shall not constitute a waiver of the mediation provision.

**C.** Landlord and Tenant agree to mediate disputes or claims involving Listing Agent, Leasing Agent or property manager ("Broker"), provided Broker shall have agreed to such mediation prior to, or within a reasonable time after, the dispute or claim is presented to such Broker. Any election by Broker to participate in mediation shall not result in Broker being deemed a party to this Agreement.

**36. ATTORNEY FEES:** In any action or proceeding arising out of this Agreement, the prevailing party between Landlord and Tenant shall be entitled to reasonable attorney fees and costs, collectively not to exceed $1,000 (or $_____ ), except as provided in paragraph 35A.

**37. C.A.R. FORM:** C.A.R. Form means the specific form referenced or another comparable form agreed to by the parties.

**38. STATUTORY DISCLOSURES:**

**A.** ☐ **LEAD-BASED PAINT (If checked):** Premises were constructed prior to 1978. In accordance with federal law, Landlord gives and Tenant acknowledges receipt of the disclosures on the attached form (C.A.R. Form FLD) and a federally approved lead pamphlet.

**B. PERIODIC PEST CONTROL (CHECK IF EITHER APPLIES):**

  **1.** ☐ Landlord has entered into a contract for periodic pest control treatment of the Premises and shall give Tenant a copy of the notice originally given to Landlord by the pest control company.

  **2.** ☒ Premises is a house. Tenant is responsible for periodic pest control treatment.

**C.** ☐ **METHAMPHETAMINE CONTAMINATION:** Prior to signing this Agreement, Landlord has given Tenant a notice that a health official has issued an order prohibiting occupancy of the property because of methamphetamine contamination. A copy of the notice and order are attached.

**D. BED BUGS:** Landlord has no knowledge of any infestation in the Premises by bed bugs. See attached Bed Bug Disclosure (C.A.R. Form BBD) for further information. Tenant shall report suspected bed bug infestation to Landlord or, if applicable, property manager and cooperate with any inspection for and treatment of bed bugs. Landlord will notify tenants of any units infested by bed bugs.

**E. MEGAN'S LAW DATABASE DISCLOSURE:** Notice: Pursuant to Section 290.46 of the Penal Code, information about specified registered sex offenders is made available to the public via an Internet Web site maintained by the Department of Justice at www.meganslaw.ca.gov. Depending on an offender's criminal history, this information will include either the address at which the offender resides or the community of residence and ZIP Code in which he or she resides. (Neither Landlord nor Brokers, if any, are required to check this website. If Tenant wants further information, Tenant should obtain information directly from this website.)

**F.** ☐ **RESIDENTIAL ENVIRONMENTAL HAZARDS BOOKLET:** Tenant acknowledges receipt of the residential environmental hazards booklet.

**G.** ☐ **MILITARY ORDNANCE DISCLOSURE:** (If applicable and known to Landlord) Premises are located within one mile of an area once used for military training, and may contain potentially explosive munitions.

**H. FLOOD HAZARD DISCLOSURE:** Flooding has the potential to cause significant damage to personal property owned by Tenant. See attached Tenant Flood Hazard Disclosure (C.A.R. Form TFHD) for additional information.

Tenant's Initials (_____) (_____)      Landlord's Initials ( Mlt ) ( FG )

LR REVISED 6/18 (PAGE 6 OF 8)

**RESIDENTIAL LEASE OR MONTH-TO-MONTH RENTAL AGREEMENT (LR PAGE 6 OF 8)**

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com    2332 Black

**39. TIME OF ESSENCE; ENTIRE CONTRACT; CHANGES:** Time is of the essence. All understandings between the parties are incorporated in this Agreement. Its terms are intended by the parties as a final, complete and exclusive expression of their Agreement with respect to its subject matter, and may not be contradicted by evidence of any prior agreement or contemporaneous oral agreement. If any provision of this Agreement is held to be ineffective or invalid, the remaining provisions will nevertheless be given full force and effect. Neither this Agreement nor any provision in it may be extended, amended, modified, altered or changed except in writing. This Agreement is subject to California landlord-tenant law and shall incorporate all changes required by amendment or successors to such law. This Agreement and any supplement, addendum or modification, including any copy, may be signed in two or more counterparts, all of which shall constitute one and the same writing.

**40. AGENCY:**

    **A. CONFIRMATION:** The following agency relationship(s) are hereby confirmed for this transaction:

    Listing Agent: (Print firm name) _____

    is the agent of (check one): ☐ the Landlord exclusively; or ☐ both the Landlord and Tenant.

    Leasing Agent: (Print firm name) _____

    (if not same as Listing Agent) is the agent of (check one): ☐ the Tenant exclusively; or ☐ the Landlord exclusively; or ☐ both the Tenant and Landlord.

    **B. DISCLOSURE:** ☐ (If checked): The term of this Agreement exceeds one year. A disclosure regarding real estate agency relationships (C.A.R. Form AD) has been provided to Landlord and Tenant, who each acknowledge its receipt.

**41.** ☐ **TENANT COMPENSATION TO BROKER:** Upon execution of this Agreement, Tenant agrees to pay compensation to Broker as specified in a separate written agreement between Tenant and Broker.

**42. NOTICE OF RIGHT TO RECEIVE FOREIGN LANGUAGE TRANSLATION OF LEASE/RENTAL AGREEMENTS:** California Civil Code requires a landlord or property manager to provide a tenant with a foreign language translation copy of a lease or rental agreement if the agreement was negotiated primarily in Spanish, Chinese, Korean, Tagalog or Vietnamese. If applicable, every term of the lease/rental needs to be translated except for, among others, names, dollar amounts and dates written as numerals, and words with no generally accepted non-English translation.

**43. OWNER COMPENSATION TO BROKER:** Upon execution of this Agreement, Owner agrees to pay compensation to Broker as specified in a separate written agreement between Owner and Broker (C.A.R. Form LL or LCA).

**44. RECEIPT:** If specified in paragraph 5, Landlord or Broker, acknowledges receipt of move-in funds.

**45. OTHER TERMS AND CONDITIONS;** If checked, the following ATTACHED documents are incorporated in this Agreement:

    ☐ Keysafe/Lockbox Addendum (C.A.R. Form KLA); ☐ Lead-Based Paint and Lead-Based Paint Hazards Disclosure (C.A.R. Form FLD);

    ☐ Lease/Rental Mold and Ventilation Addendum (C.A.R. Form LRM); ☐ Landlord in Default Addendum (C.A.R. Form LID)

    ☒ Bed Bug Disclosure (C.A.R. Form BBD); ☒ Tenant Flood Hazard Disclosure (C.A.R. Form TFHD)

    Other: *Tenant agrees to comply with all State and Federal Laws.*

**46. REPRESENTATIVE CAPACITY:** If one or more Parties is signing this Agreement in a representative capacity and not for him/herself as an individual then that Party shall so indicate in paragraph 49 or 50 and attach a Representative Capacity Signature Disclosure (C.A.R. Form RCSD). Wherever the signature or initials of the representative identified in the RCSD appear on this Agreement or any related documents, it shall be deemed to be in a representative capacity for the entity described and not in an individual capacity, unless otherwise indicated. The Party acting in a representative capacity (i) represents that the entity for which that party is acting already exists and (ii) shall Deliver to the other Party and Escrow Holder, within 3 Days After Acceptance, evidence of authority to act in that capacity (such as but not limited to: applicable portion of the trust or Certification Of Trust (Probate Code §18100.5), letters testamentary, court order, power of attorney, corporate resolution, or formation documents of the business entity).

Landlord and Tenant acknowledge and agree Brokers: **(a)** do not guarantee the condition of the Premises; **(b)** cannot verify representations made by others; **(c)** cannot provide legal or tax advice; **(d)** will not provide other advice or information that exceeds the knowledge, education or experience required to obtain a real estate license. Furthermore, if Brokers are not also acting as Landlord in this Agreement, Brokers: **(e)** do not decide what rental rate a Tenant should pay or Landlord should accept; and **(f)** do not decide upon the length or other terms of this Agreement. Landlord and Tenant agree that they will seek legal, tax, insurance and other desired assistance from appropriate professionals.

**47.** ☐ **INTERPRETER/TRANSLATOR:** The terms of this Agreement have been interpreted for Tenant into the following language: _____. Landlord and Tenant acknowledge receipt of the attached interpreter/translator agreement (C.A.R. Form ITA).

**48.** The Premises is being managed by Owner, (or, if checked):

    ☐ Listing firm in box below      ☐ Leasing firm in box below      ☐ Property Management firm immediately below

Real Estate Broker (Property Manager) _____ DRE Lic # _____

By (Agent) _____ DRE Lic # _____

Address _____ Telephone # _____

Tenant's Initials ( ___ ) ( ___ )          Landlord's Initials ( MW ) ( B )

**LR REVISED 6/18 (PAGE 7 OF 8)**

**RESIDENTIAL LEASE OR MONTH-TO-MONTH RENTAL AGREEMENT (LR PAGE 7 OF 8)**

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026 www.zipLogix.com    2332 Black

**49. Tenant agrees to rent the Premises on the above terms and conditions.**

☐ One or more Tenants is signing this Agreement in a representative capacity and not for him/herself as an individual. See attached Representative Capacity Signature Disclosure (For Tenant Representative) (C.A.R. Form RCSD-T) for additional terms.

Tenant _(signature)_                                                                Date _7/1/18_

Print Name _Jarred Soliz_

Address _2332 Black Walnut Road_                    City _San Luis Obispo_            State _Ca_    Zip _93405_

Telephone _____ Fax _____ E-mail _____

Tenant _____                                                              Date _____

Print Name _____

Address _____                    City _____            State _____ Zip _____

Telephone _____ Fax _____ E-mail _____

☐ Additional Signature Addendum attached (C.A.R. Form ASA)

☐ **GUARANTEE:** In consideration of the execution of this Agreement by and between Landlord and Tenant and for valuable consideration, receipt of which is hereby acknowledged, the undersigned ("Guarantor") does hereby: **(i)** guarantee unconditionally to Landlord and Landlord's agents, successors and assigns, the prompt payment of Rent or other sums that become due pursuant to this Agreement, including any and all court costs and attorney fees included in enforcing the Agreement; **(ii)** consent to any changes, modifications or alterations of any term in this Agreement agreed to by Landlord and Tenant; and **(iii)** waive any right to require Landlord and/or Landlord's agents to proceed against Tenant for any default occurring under this Agreement before seeking to enforce this Guarantee.

Guarantor (Print Name) _____

Guarantor _____                                                            Date _____

Address _____                    City _____            State _____ Zip _____

Telephone _____ Fax _____ E-mail _____

**50. Landlord (owner or ☐ agent for owner) agrees to rent the Premises on the above terms and conditions.**

☐ One or more Landlords is signing this Agreement in a representative capacity and not for him/herself as an individual. See attached Representative Capacity Signature Disclosure (For Landlord Representative) (C.A.R. Form RCSD-LL) for additional terms.

Landlord _(signature)_ Date _7/1/18_ Landlord _(signature)_ Date _7/1/18_
_John George_ _Mandi George_

Address _PO BOX 391, Avila Beach, Ca 93424_

Telephone _(805)440-2230_ Fax _____ E-mail _____

---

**REAL ESTATE BROKERS:**

**A.** Real estate brokers who are not also Landlord under this Agreement are not parties to the Agreement between Landlord and Tenant.

**B.** Agency relationships are confirmed in paragraph 40.

**C.** **COOPERATING BROKER COMPENSATION:** Listing Broker agrees to pay Cooperating Broker (Leasing Firm) and Cooperating Broker agrees to accept: **(i)** the amount specified in the MLS, provided Cooperating Broker is a Participant of the MLS in which the Property is offered for sale or lease or a reciprocal MLS; or **(ii)** ☐ (if checked) the amount specified in a separate written agreement between Listing Broker and Cooperating Broker.

Real Estate Broker (Leasing Firm) _____                            DRE Lic. # _____

By (Agent) _____ DRE Lic. # _____ Date _____

Address _____ City _____ State _____ Zip _____

Telephone _____ Fax _____ E-mail _____

Real Estate Broker (Listing Firm) _____                            DRE Lic. # _____

By (Agent) _____ DRE Lic. # _____ Date _____

Address _____ City _____ State _____ Zip _____

Telephone _____ Fax _____ E-mail _____

© 2018, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats.
THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS®. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.
This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, INC.
a subsidiary of the California Association of REALTORS®
525 South Virgil Avenue, Los Angeles, California 90020

**LR REVISED 6/18 (PAGE 8 OF 8)**

**RESIDENTIAL LEASE OR MONTH-TO-MONTH RENTAL AGREEMENT (LR PAGE 8 OF 8)**

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com                2332 Black



**CALIFORNIA ASSOCIATION OF REALTORS®**

## BED BUG DISCLOSURE
(C.A.R. Form BBD, Revised 12/18)
(California Civil Code §1954.603)

The following terms and conditions are hereby incorporated in and made a part of the: Residential Lease or Month-to-Month Rental Agreement, ("Agreement"), dated _____ **July 1, 2018** _____, on property known as _**2332 Black Walnut Rd, San Luis Obispo, CA 93405-8013**_
in which _____ **Jarred Soliz** _____ is referred to as ("Tenant")
and _____ **John George, Mandi George** _____ is referred to as ("Landlord").

**INFORMATION ABOUT BED BUGS:**

1. Bed Bug Appearance: Bed bugs have six legs. Adult bed bugs have flat bodies about 1/4 of an inch in length. Their color can vary from red and brown to copper colored. Young bed bugs are very small. Their bodies are about 1/16 of an inch in length. They have almost no color. When a bed bug feeds, its body swells, may lengthen, and becomes bright red, sometimes making it appear to be a different insect. Bed bugs do not fly. They can either crawl or be carried from place to place on objects, people, or animals. Bed bugs can be hard to find and identify because they are tiny and try to stay hidden.
2. Life Cycle and Reproduction: An average bed bug lives for about 10 months. Female bed bugs lay one to five eggs per day. Bed bugs grow to full adulthood in about 21 days.
3. Bed bugs can survive for months without feeding.
4. Bed Bug Bites: Because bed bugs usually feed at night, most people are bitten in their sleep and do not realize they were bitten. A person's reaction to insect bites is an immune response and so varies from person to person. Sometimes the red welts caused by the bites will not be noticed until many days after a person was bitten, if at all.
5. Common signs and symptoms of a possible bed bug infestation:
   * Small red to reddish brown fecal spots on mattresses, box springs, bed frames, mattresses, linens, upholstery, or walls.
   * Molted bed bug skins, white, sticky eggs, or empty eggshells.
   * Very heavily infested areas may have a characteristically sweet odor.
   * Red, itchy bite marks, especially on the legs, arms, and other body parts exposed while sleeping. However, some people do not show bed bug lesions on their bodies even though bed bugs may have fed on them.
6. For more information, see the Internet Web sites of the United States Environmental Protection Agency and the National Pest Management Association.
7. **Tenant shall report suspected infestations by bed bugs to the Landlord or Property Manager** at the mailing, or email address or phone number provided in the Agreement and cooperate with any inspection for and treatment of bed bugs.
8. Landlord will notify tenants of any units inspected by a pest control operator of the findings by such an operator within 2 business days of the receipt of the findings. All Tenants will be notified of confirmed infestations within common areas.

Tenant agrees to release, indemnify, hold harmless and forever discharge Landlord and Landlord's employees, agents, successors and assigns from any and all claims, liabilities or causes of action of any kind that Tenant, members of Tenant's household or Tenant's guests or invitees may have at any time against Landlord or Landlord's agents resulting from the presence of bedbugs due to Tenant's failure to comply with this Bed Bug Disclosure.

The foregoing terms and conditions are hereby agreed to, and the undersigned acknowledge receipt of a copy of this document.

Date _____ 7/1/18 _____                     Date _____ 7/1/18 _____

Tenant _____              Landlord _____ John George _____
    **Jarred Soliz**

Tenant _____              Landlord _____ Mandi George _____

© 2018, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats.
THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS®. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.
This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, INC.
a subsidiary of the California Association of REALTORS®
525 South Virgil Avenue, Los Angeles, California 90020

**BBD REVISED 12/18 (PAGE 1 OF 1)**

**BED BUG DISCLOSURE (BBD PAGE 1 OF 1)**

Keller Williams Realty Central Coast, 350 James Way #130 Pismo Beach CA 93449          Phone: 8054402230     Fax:          2332 Black
Mandi George          Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com



CALIFORNIA
ASSOCIATION
OF REALTORS®

# TENANT FLOOD HAZARD DISCLOSURE
(C.A.R. Form TFHD, Revised 12/18)

The following terms and conditions are hereby incorporated in and made a part of the: Residential Lease or Month-to-Month Rental Agreement, ("Agreement"), ☐ Residential Lease After Sale, ☐ Other _____, dated __7/1/18__,
on property known as __2332 Black Walnut Rd, San Luis Obispo, CA 93405-8013__,
in which __Jarred Soliz__ is referred to as ("Tenant")
and __John George, Mandi George__ is referred to as ("Landlord").

**INFORMATION ABOUT FLOOD HAZARDS: Tenant is informed of the following:**

**1. The Property is not located in a special flood hazard area or an area of potential flooding.**

**OR**

☐ The Property is located in a special flood hazard area or an area of potential flooding.
Property is deemed to be in a special flood hazard area or area of potentially flooding if any of the following scenarios apply:

   A. The owner has actual knowledge of that fact.
   B. The owner has received written notice from any public agency stating that the Property is located in a special flood hazard area or an area of potential flooding.
   C. The Property is located in an area in which the owner's mortgage holder requires the owner to carry flood insurance.
   D. The owner currently carries flood insurance.

**2.** The tenant may obtain information about hazards, including flood hazards, that may affect the Property from the Internet Web site of the Office of Emergency Services, My Hazards Tool (http://myhazards.caloes.ca.gov).

**3.** The owner's insurance does not cover the loss of the tenant's personal possessions and it is recommended that the tenant consider purchasing renter's insurance and flood insurance to insure his or her possessions from loss due to fire, flood, or other risk of loss.

**4.** The owner is not required to provide additional information concerning the flood hazards to the Property and that the information provided pursuant to this section (California Government Code section 8589.45) is deemed to inform the tenant.

The foregoing terms and conditions are hereby agreed to, and the undersigned acknowledge receipt of a copy of this document.

Date __7/1/18__          Date __7/1/18__

Tenant _____          Landlord _____
**Jarred Soliz**                                **John George**

Tenant _____          Landlord _____
                                           **Mandi George**

© 2018, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats.
THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS®. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.
This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, INC.
a subsidiary of the California Association of REALTORS®
525 South Virgil Avenue, Los Angeles, California 90020

TFHD REVISED 12/18 (PAGE 1 OF 1)

## TENANT FLOOD HAZARD DISCLOSURE (TFHD PAGE 1 OF 1)

Keller Williams Realty Central Coast, 350 James Way #130 Pismo Beach CA 93449
Mandi George          Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com          Phone: 8054402230     Fax:          2332 Black



CALIFORNIA
ASSOCIATION
OF REALTORS®

**PET ADDENDUM**
(C.A.R. Form PET, 11/13)

The following terms and conditions are hereby incorporated in and made a part of the [X] Residential Lease or Month-to-Month Rental Agreement, [ ] other _____,
dated _07/01/2018_ , on property located at (Street Address) _____ **2332 Black Walnut Rd** _____,
(Unit/Apartment) _____ (City) __**San Luis Obispo**__ (State) __**CA**__ (Zip Code) **93405-8013** ("Premises"),
in which _____ **Jarred Soliz** _____ is referred to as "Tenant"
and _____ **John George** _____ is referred to as "Landlord" (the term "Landlord" includes Owner and agent).

**PET ADDENDUM AND AGREEMENT:**

Notwithstanding any other term in the Agreement, Landlord herewith grants permission for Tenant to have the following pet(s) only on the Premises: _two dogs_ _____,
subject to the following terms and conditions:

1. Tenant is not allowed to have any other pets on the Premises other than those designated above, including any pets that are "just visiting."
2. Tenant represents to Landlord that the pet(s) is housebroken, has no vicious tendencies or history of threatening or causing harm to persons by biting, scratching, chewing or otherwise.
3. Tenant agrees that the pet(s) will be properly licensed and vaccinated pursuant to applicable laws and Tenant further agrees to provide proof of licensing and vaccination upon Landlord's or agent's request.
4. Tenant is responsible for compliance with all local laws and regulations relating to the pets.
5. Tenant agrees to clean up after their pet(s) and properly dispose of all waste.
6. Tenant agrees to keep Premises free from pet odor and stain.
7. Tenant agrees to take action to avoid pest infestations (fleas, etc.) in the Premises.
8. If the Premises are part of a residential complex, pets are not allowed in pool areas, clubhouses, business office, laundry rooms, business center or fitness centers. Pets may not be bathed or groomed in the laundry room sinks, pools, or pool area.
9. Permission to have a pet may be revoked at any time with three days notice for cause, or for month to month tenancies with thirty days notice without cause. Tenant's failure to remove the pet(s) after permission has been revoked shall be deemed a breach of the lease or rental agreement.
10. Tenant is responsible for and will be charged for any damage to the Premises caused by their pet(s), whether listed above or "just visiting." Damages include, but are not limited to, damages to floors, carpets, drapes, screens, landscaping, fencing, including odors due to the presence of pets.
11. Tenant agrees to indemnify and hold Landlord and Landlord's agents harmless from all liability, claims, demands, damages and costs for injuries to persons or property in connection with Tenant's pet(s).
12. [X] Tenant agrees to carry renter's insurance which includes coverage for pet ownership. _____
13. _____

By signing below, Tenant acknowledges that they have read, understand, accept, and have received a copy of this addendum.

| | | |
|---|---|---|
| Tenant (Signature): _[signature]_ | Date: | _7/1/18_ |
| (Print Name) **Jarred Soliz** | Date: | |
| Tenant (Signature): _____ | Date: | |
| (Print Name) _____ | Date: | |
| Landlord (Signature): _[signature]_ | Date: | _7/1/18_ |
| (Print Name) **John George** | Date: | |

© 2013, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats.
THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS® (C.A.R.). NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.
This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, INC.
a subsidiary of the California Association of REALTORS®
525 South Virgil Avenue, Los Angeles, California 90020

**PET 11/13 (PAGE 1 OF 1)**

**PET ADDENDUM (PET PAGE 1 OF 1)**

Keller Williams Realty Central Coast, 350 James Way #130 Pismo Beach CA 93449          Phone: 8054402230          Fax:          2332 Black
Mandi George                 Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com

# Client Name: Jarred Soliz Affected Address: 2332 blackwalnut rd san luis obispo ca 93405

| Category | Item Description | Mark " X " if Yes | Type Brand/manufacture/ model | Condition Fair / Good / Excellent | QTY | Value | Room / Location |
|---|---|---|---|---|---|---|---|
| Appliances | Air Purifier | x | honeywell | excellent | 1 | | bedroom |
| Appliances | Air Conditioning Unit - Window | x | kenmore elite 1200 btu | excellent | 1 | | living room |
| Appliances | Bag Sealer | x | beep sealer 12" | excellent | 1 | | kitchen |
| Appliances | Blanket - Electric | x | cuddl duds sherpa | excellent | 1 | | bedroom |
| Appliances | Blender | x | vitamix | good | 1 | | kitchen |
| Appliances | Blender - NutriBullet | x | nutri bullet rx | good | 1 | | kitchen |
| Appliances | Carpet Steamer | x | bissell big green | excellent | 1 | | living room |
| Appliances | Ceiling Fan | x | cedarto 52" | excellent | 2 | | living room/b |
| Appliances | Coffee Grinder | x | breville smart grinder | good | 1 | | kitchen |
| Appliances | Crock Pot | x | kitchen aid slow cooker | good | 1 | | kitchen |
| Appliances | Curling Iron | x | dyson airwrap | excellent | 1 | | bathroom |
| Appliances | Deep Fryer | x | cabela's deep fryer | good | 1 | | kitchen |
| Appliances | Dehumidifier | x | frigidiair 70 pint | excellent | 3 | | bedrooms/ kit |
| Appliances | Dishwasher | x | kitchen aid top control | excellent | 1 | | kitchen |
| Appliances | Disposal - Food | x | insinkerator pro | excellent | 1 | | kitchen |
| Appliances | Dryer - Electric | x | speed queen | good | 1 | | laundry room |
| Appliances | Dust Buster | x | black and decker | good | 1 | | living room |
| Appliances | Essential Oil | x | n/a | good | 15 | | bedroom |
| Appliances | Essential Oil Diffuser | x | rainstone diffuser | excellent | 1 | | bedroom |
| Appliances | Fan | x | global industrial | excellent | 12 | | mudroom |
| Appliances | Food Processor | x | kitchen aid 11 cup | good | 1 | | kitchen |
| Appliances | Griddle | x | blackstone 36" griddle | good | 1 | | carport |
| Appliances | Hair Clippers | x | wahl clippers | good | 1 | | bathroom |
| Appliances | Hair Dryer | x | dyson hair dryer | excellent | 1 | | bathroom |
| Appliances | Hair Flat Iron | x | babybliss | good | 1 | | bathroom |
| Appliances | Heater - Electric | x | preseto heat dish | excellent | 2 | | bedrooms/ kit |
| Appliances | Hot Plate | x | avantco double | good | 1 | | kitchen |
| Appliances | Iron | x | black and decker | excellent | 1 | | laundry room |

Case: 19-30088   Doc# 12775   Filed: 08/19/22   Entered: 08/19/22 13:42:17   Page 69 of 85
EXHIBIT 2, PAGE 64

| Category | Item Description | Mark "X" if Yes | Type Brand/manufacture/ model | Condition Fair / Good / Excellent | QTY | Value | Room / Location |
|---|---|---|---|---|---|---|---|
| Appliances | Juicer | x | breville 1000 watt | good | 1 | | kitchen |
| Appliances | Make Up Mirror | x | hansong vanity mirror | good | 1 | | bathroom |
| Appliances | Microwave | x | kitchenaid 1000 watt | excellent | 1 | | kitchen |
| Appliances | Pasta Machine | x | elehealthy 750 watt | excellent | 1 | | kitchen |
| Appliances | Pressure Cooker | x | ninja foodi 6.5 qt | excellent | 1 | | kitchen |
| Appliances | Range - Electric | x | kitchen aid convection | excellent | 1 | | kitchen |
| Appliances | Refrigerator | x | kitchenaid 27cu. Ft. fren | excellent | 1 | | kitchen |
| Appliances | Rice Cooker | x | panasonic rice cooker | excellent | 1 | | kitchen |
| Appliances | Toaster | x | wolf gourmet 4 slice | excellent | 1 | | kitchen |
| Appliances | Toaster Oven | x | kenmore toaster oven | excellent | 1 | | kitchen |
| Appliances | Toothbrush - Electric | x | sonicare electric | excellent | 2 | | bathroom |
| Appliances | Waffle Maker | x | adcraft belgian waffle | good | 1 | | kitchen |
| Appliances | Washer | x | speed queen top load | excellent | 1 | | laundry room |
| Appliances | Water Heater - Electric | x | rheem 50 gallon heater | excellent | 1 | | laundry room |
| Appliances | Wok - Plug In | x | presto stainless elect | tood | 1 | | kitchen |
| Cooking | Apron | x | misc | excellent-good | 10 | | kitchen |
| Cooking | Basting Brush | x | von's brand | good | 2 | | kitchen |
| Cooking | Beverage - Non-Alcoholic | x | misc | good | 10 | | kitchen |
| Cooking | Bottle of Liquor | x | tequilla and whiskey | excellent | 2 | | kitchen |
| Cooking | Bottle of Red Wine | x | misc wines | excellent | 20 | | kitchen |
| Cooking | Cake Pan - Glass | x | misc pyrex | excellent | 5 | | kitchen |
| Cooking | Cake Pan - Metal | x | misc | excellent | 5 | | kitchen |
| Cooking | Canning Jar | x | misc | excellent | 20 | | kitchen |
| Cooking | Casserole Dish - Porcelain | x | corningware | excellent | 1 | | kitchen |
| Cooking | Cast Iron Pan | x | misc 12" | excellent | 1 | | kitchen |
| Cooking | Cleaver | x | cutco | excellent | 1 | | kitchen |
| Cooking | Colander | x | choice 48 qt | excellent | 1 | | kitchen |
| Cooking | Condiments | x | misc | excellent | | | kitchen |
| Cooking | Cookie Sheet | x | circulon 2 piece non-stick | excellent | 1 | | kitchen |
| Cooking | Cookie/Pie Cooling Rack | x | culinary edge stackable | excellent | 1 | | kitchen |
| Cooking | Cooking Utensil | x | misc | excellent-good | 20 | | kitchen |
| Cooking | Cooking Utensil Holder | x | misc | excellent | 1 | | kitchen |

Case: 19-30088    Doc# 12775    Filed: 08/19/22    Entered: 08/19/22 18:34:17    Page 70 of 85
EXHIBIT 2, PAGE 65

| Category | Item Description | Mark "X" if Yes | Type Brand/manufacture/ model | Condition Fair / Good / Excellent | QTY | Value | Room / Location |
|---|---|---|---|---|---|---|---|
| Cooking | Cutlery | x | cutco homemaker | excellent | 1 | | kitchen |
| Cooking | Cutting Boards | x | wood and plastic misc. | excellent | 2 | | kitchen |
| Cooking | Dish Towels | x | misc kohls brand | good | 5 | | kitchen |
| Cooking | Flour Sifter | x | antique flower sifter | good | 1 | | kitchen |
| Cooking | Fondue Set | x | swissmar 11 piece | excellent | 1 | | kitchen |
| Cooking | Food - Frozen | x | misc | good | | | kitchen |
| Cooking | Food - Refrigerated | x | misc | good | | | kitchen |
| Cooking | Food Storage Container - Glass | x | misc | good | 2 | | kitchen |
| Cooking | Garlic Press | x | pampered chef | excellent | 1 | | kitchen |
| Cooking | Grill Pan | x | calphalon classic ano | good | 1 | | kitcen |
| Cooking | Herb Plant - Indoor | x | misc | excellent | | | kitchen |
| Cooking | Knife, Chef | x | henckels pro 8" | excellent | 1 | | kitchen |
| Cooking | Loaf Pan | x | misc | excellent | 4 | | kitchen |
| Cooking | Measuring Cup | x | misc | excellent | 1 | | kitchen |
| Cooking | Meat Thermometer | x | thermo pro | excellent | 1 | | kitchen |
| Cooking | Muffin Pan | x | misc | excellent | 2 | | kitchen |
| Cooking | Oven Mitt | x | misc | excellent-good | 4 | | kitchen |
| Cooking | Pan | x | kitchenaid | good | 1 | | kitchen |
| Cooking | Parchment Paper | x | misc | good | 1 | | kitchen |
| Cooking | Pizza Cutter | x | misc | excellent | 1 | | kitchen |
| Cooking | Pizza Pan | x | Kitchenware 16x12 inch | excellent | 2 | | kitchen |
| Cooking | Pot | x | kitchenaid | excellent | 1 | | kitchen |
| Cooking | Potato Peeler | x | misc | good | 1 | | kitchen |
| Cooking | Serving Dish - Holiday | x | misc | good | 1 | | kitchen |
| Cooking | Serving Dishes | x | misc | good 1 | 1 | | kitchen |
| Cooking | Skewer | x | navaris stanless | good | 1 | | kitchen |
| Cooking | Skillet | x | kitchenaid | excellent | 1 | | kitchen |
| Cooking | Soup Bowl | x | misc | good | 4 | | kitchen |
| Cooking | Spatula | x | misc | good | 2 | | kitchen |
| Cooking | Spice Rack | x | allspice wooden spice ra | excellent | 1 | | kitchen |
| Cooking | Steak Knife Set | x | cutco steak knife set | excellent | 1 | | kitchen |
| Cooking | Tea | x | misc | excellent | | | kitchen |

Case: 19-30088   Doc# 12775   Filed: 08/19/22   Entered: 08/19/22 13:42:17   Page 66 of 85
EXHIBIT 2, PAGE 66

| Category | Item Description | Mark "X" if Yes | Type Brand/manufacture/model | Condition Fair / Good / Excellent | QTY | Value | Room / Location |
|---|---|---|---|---|---|---|---|
| Cooking | Tea Kettle | x | misc | excellent | 1 | | kitchen |
| Cooking | Tea Kettle - Electric | x | fellow stag electric | excellent | 1 | | kitchen |
| Cooking | Timer | x | misc digital timer | excellent | 1 | | kitchen |
| Cooking | Tongs | x | oxo good grips | excellent | 2 | | kitchen |
| Cooking | Trash Bag | x | glad | excellent | 1 | | kitchen |
| Cooking | Trash Can | x | misc locking | excellent | 3 | | kitchen/bathr |
| Cooking | Ziploc Bags | x | sandwhich sized | excellent | 1 | | kitchen |
| Cooking | Bottle Opener | x | corona | excellent | 1 | | kitchen |
| Houseware | Bowl | x | misc | excellent | 5 | | kitchen |
| Houseware | Broom | x | misc | excellent | 2 | | kitchen |
| Houseware | Butter Dish | x | misc | excellent | 1 | | kitchen |
| Houseware | Can Opener | x | misc | excellent | 1 | | kitchen |
| Houseware | Cereal Bowl | x | MISC | excellent | 5 | | kitchen |
| Houseware | Cheese Grater | x | misc | excellent | 1 | | kitchen |
| Houseware | Cheese Slicer | x | misc | excellent | 1 | | kitchen |
| Houseware | Cheese Tray | x | misc | excellent | 1 | | kitchen |
| Houseware | Clothes Hanger | x | misc | good | | | bedroom |
| Houseware | Clothes Rack | x | better homes brand | excellent | 1 | | bedroom |
| Houseware | Coaster Set | x | 805 | excellent | 1 | | living room |
| Houseware | Cocktail Glass | x | misc | excellent | 5 | | kitchen |
| Houseware | Coffee | x | petes | excellent | 1 | | kitchen |
| Houseware | Coffee Cup | x | custom made | excellent | 6 | | kitchen |
| Houseware | Coffee Maker - Drip | x | french press xl | excellent | 1 | | kitchen |
| Houseware | Cookie Cutter | x | all shapes | excellent | 1 | | kitchen |
| Houseware | Corkscrew | x | misc | excellen | 1 | | kitchen |
| Houseware | Dinner Plate | x | misc | excellent | 1 | | kitchen |
| Houseware | Dinnerware | x | misc | excellent | 1 | | kitchen |
| Houseware | Dish Cloth | x | misc | excellent | 3 | | kitchen |
| Houseware | Dish Drain | x | walmart brand | good | 1 | | kitchen |
| Houseware | Dust Pan | x | walmart brand | good | 1 | | kitchen |
| Houseware | Duster | x | feather | excellent | 1 | | kitchen |
| Houseware | Flashlight | x | pelican 8060 led | excellent | 1 | | bedroom |

Case: 19-30088   Doc# 12775   Filed: 08/19/22   Entered: 08/19/22 13:34:17   Page 67 of 85

EXHIBIT 2, PAGE 67

| Category | Item Description | Mark "X" if Yes | Type Brand/manufacture/ model | Condition Fair / Good / Excellent | QTY | Value | Room / Location |
|---|---|---|---|---|---|---|---|
| Houseware | Flatware | x | artisan hammered | good | 1 | | kitchen |
| Houseware | Glass - Cocktail | x | misc | excellent | | | kitchen |
| Houseware | Glass - Drinking | x | misc | excellent | | | kitchen |
| Houseware | Glass - Red Wine | x | misc | excellent | | | kitchen |
| Houseware | Ice Cream Scoop | x | misc | excellent | 1 | | kitchen |
| Houseware | Ice Tea Pot | x | misc | good | 1 | | kitchen |
| Houseware | Ironing Board | x | walmart brand | excellent | 1 | | kitchen |
| Houseware | Jar - Sun Tea | x | misc | excellent | 1 | | kitchen |
| Houseware | Kleenex | x | puffs with lotion | good | 2 | | bedrooms |
| Houseware | Laundry Bag | x | misc | good | 1 | | laundry room |
| Houseware | Laundry Basket | x | misc | good | 1 | | laundry room |
| Houseware | Laundry Detergent | x | tide | good | 1 | | laundry room |
| Houseware | Laundry Dryer Sheet | x | tide | good | 1 | | laundry room |
| Houseware | Lighter | x | bic | excellent | 5 | | |
| Houseware | Lunch Box | x | yeti | excellent | 1 | | kitchen |
| Houseware | Magnets - Refrigerator | x | misc | excellent | 1 | | kitchen |
| Houseware | Mop | x | misc | excellent | 1 | | kitchen |
| Houseware | Nail Clipper | x | misc | excellent | 2 | | bathroom |
| Houseware | Nail Polish | x | misc | excellent | | | bathroom |
| Houseware | Nail Polish Remover | x | misc | excellent | | | bathroom |
| Houseware | Napkin - Fabric | x | kohls brand | excellent | | | kitchen |
| Houseware | Napkin Ring - Set | x | kohls brand | excellent | | | kitchen |
| Houseware | Nut Cracker | x | misc | excellent | | | kitchen |
| Houseware | Paper Towel | x | bounty | excellent | | | kitchen |
| Houseware | Paper Towel Holder | x | misc | excellent | | | kitchen |
| Houseware | Pitcher | x | misc | excellent | 1 | | kitchen |
| Houseware | Placemat | x | kohls brand | excellent | | | kitchen |
| Houseware | Platter | x | kohls brand | excellent | 1 | | kitchen |
| Houseware | Plunger | x | misc | excellent | 2 | | bathrooms |
| Houseware | Pocket Knife | x | kershaw | excellent | 2 | | bedroom |
| Houseware | Pocket Knife - Swiss Army | x | | excellent | 1 | | bedroom |
| Houseware | Punch Bowl | x | misc | excellent | 1 | | kitchen |

| Category | Item Description | Mark "X" if Yes | Type Brand/manufacture/model | Condition Fair / Good / Excellent | QTY | Value | Room / Location |
|---|---|---|---|---|---|---|---|
| Houseware | Quilt | x | custom knit | excellent | 1 | | bedroom |
| Houseware | Razor | x | gillet mach 5 | excellent | 1 | | bathroom |
| Houseware | Rolling Pin | x | misc | excellent | 2 | | kitchen |
| Houseware | Salad Bowl | x | misc | excellent | 1 | | kitchen |
| Houseware | Salt/Pepper Set | x | misc | excellent | 1 | | kitchen |
| Houseware | Saucer | x | misc | excellent | 1 | | kitchen |
| Houseware | Scale - Kitchen | x | misc | excellent | 1 | | kitchen |
| Houseware | Scrub Brush | x | misc | excellent | 1 | | kitchen |
| Houseware | Serving Dish | x | misc | excellent | 1 | | kitchen |
| Houseware | Serving Plate | x | misc | excellent | 1 | | kitchen |
| Houseware | Shaving Soap & Brush | x | misc | excellent | 1 | | bathroom |
| Houseware | Shoe Horn | x | misc | excellent | 1 | | bedroom |
| Houseware | Shoe Rack | x | kohls brand | excellent | 1 | | bedroom |
| Houseware | Shot Glass - Set | x | nfl misc | excellent | 1 | | kitchen |
| Houseware | Shower Caddie | x | bed,bath, and beyond | excellent | 1 | | bathroom |
| Houseware | Shower Curtain | x | generic plastic | excellent | 1 | | bathroom |
| Houseware | ShowerHead | x | misc | excellent | 2 | | bathroom |
| Houseware | Silverware | x | misc | excellent | | | kitchen |
| Houseware | Soap Dish | x | misc | excellent | 1 | | kitchen |
| Houseware | Sponge | x | misc | excellent | | | kitchen |
| Houseware | Step Stool | x | misc wood | excellent | 1 | | kitchen |
| Houseware | Sugar & Creamer | x | misc | excellent | | | kitchen |
| Houseware | Tape - Duct | x | gorilla | excellent | 2 | | mudroom |
| Houseware | Tape - Packing | x | misc | excellent | 1 | | mudroom |
| Houseware | Tape Gun | x | home depot brand | excellent | 1 | | mudroom |
| Houseware | Thermos | x | yeti thermos | exccellent | 1 | | kitchen |
| Houseware | Tie Rack | x | kohl's brand | excellent | 1 | | bedroom |
| Houseware | Toilet Brush | x | misc | excellent | 2 | | bathroom |
| Houseware | Toilet Paper | x | cottonelle | excellent | | | bathroom |
| Houseware | Toiletries | x | misc | excellent | 1 | | bathroom |
| Houseware | Toothbrush | x | oral b travel brush | excellent | 2 | | bathroom |
| Houseware | Towel | x | misc | excellent | | | closet |

Case: 19-30088   Doc# 12775   Filed: 08/19/22   Entered: 08/19/22 13:42:17   Page 69 of 85   EXHIBIT 2, PAGE 69

| Category | Item Description | Mark "X" if Yes | Type Brand/manufacture/model | Condition Fair / Good / Excellent | QTY | Value | Room / Location |
|---|---|---|---|---|---|---|---|
| Houseware | Towel - Bath | x | misc | excellent | | | closet |
| Houseware | Towel - Beach | x | misc | excellent | | | closet |
| Houseware | Towel - Hand | x | kohl's brand | excellent | | | closet |
| Houseware | Towel - Washcloth | x | kohl's brand | excellent | | | closet |
| Houseware | Tupperware | x | misc | excellent | | | kitchen |
| Houseware | Tweezers | x | revlon | excellent | 1 | | kitchen |
| Décor | Area Rug | x | 10x14 misc | excellent | 1 | | living room |
| Décor | Barometer | x | patriot deck barometer | excellent | 1 | | outdoor |
| Décor | Bath Mat | x | kohl's brand | excellent | 4 | | bathrooms |
| Décor | Blanket | x | kohls brand ck size | excellent | | | bedrooms |
| Décor | Candle - Scented | x | misc | excellent | 5 | | living room |
| Décor | Candleholder | x | misc | excellent | 2 | | living room |
| Décor | Candlestick | x | misc | excellent | 1 | | dining rooms |
| Décor | Chimes | x | misc | excellent | 2 | | carport |
| Décor | Curtain | x | misc blackout | excellent | 6 | | bedrooms/lr |
| Décor | Curtain Rod | x | misc | excellent | 3 | | bedrooms/lr |
| Décor | Door Mat | x | misc | excellent | 2 | | outdoor |
| Décor | DVD/CD Rack | x | misc | excellent | 1 | | living room |
| Décor | Folding Room Screen Divider | x | antique flower sifter | excellent | 1 | | bedroom |
| Décor | Furniture Cover | x | misc | fair | 1 | | living room |
| Décor | Hamper | x | wicker basket | good | 1 | | bathroom |
| Décor | Painting | x | misc custom | excellent | 4 | | throughout |
| Décor | Photograph | x | misc custom | excellent | 2 | | throughout |
| Décor | Photograph Album | x | misc | excellent | 5 | | closet |
| Décor | Photograph Frame | x | hand carved custom | excellent | 4 | | throughout |
| Décor | Pillow - Floor | x | bed,bath, and beyond | excellent | 2 | | living room |
| Décor | Plant - Holder, Pot | x | misc | excellent | 15 | | throughout |
| Décor | Plant - House | x | misc | excellent | 15 | | throughout |
| Décor | Plaque | x | military | excellent | 1 | | living room |
| Décor | Table Cloth | x | misc | excellent | 1 | | dining rooms |
| Décor | Tapestry | x | misc | excellent | 2 | | living room |
| Décor | Terrarium | x | misc | excellent | 2 | | living room |

Case: 19-30088    Doc# 12775    Filed: 08/19/22    Entered: 08/19/22 13:42:17    Page 75 of 85
EXHIBIT 2, PAGE 70

| Category | Item Description | Mark "X" if Yes | Type Brand/manufacture/ model | Condition Fair / Good / Excellent | QTY | Value | Room / Location |
|---|---|---|---|---|---|---|---|
| Décor | Throw Blanket | x | misc | excellent | 2 | | living room |
| Décor | Throw Pillow | x | lazyboy | excellent | 6 | | living room |
| Décor | Toothbrush Holder | x | misc | excellent | 2 | | bathrooms |
| Décor | Trophy | x | misc | excellent | 10 | | living room |
| Décor | TV Stand | x | kincaid | excellent | 1 | | living room |
| Décor | Vase | x | misc | excellent | 3 | | living and bed |
| Décor | Window Blinds | x | misc | good | 3 | | kitchen & dini |
| Décor | Wine Rack | x | misc | good | 1 | | kitchen |
| Décor | Wreath - Door | x | misc | excellent | 1 | | mudroom |
| Books & Games | Atlas | x | misc | good | 1 | | mudroom |
| Books & Games | Auto Manual | x | mazda speed 3 | excellent | 1 | | living room |
| Books & Games | Board Game | x | misc | good | 10 | | closet |
| Books & Games | Book | x | misc | good | 150 | | living room |
| Books & Games | Comic Book | x | misc | good | 50 | | bedroom |
| Books & Games | Cook Book | x | misc | good | 10 | | kitchen |
| Books & Games | Dictionary | x | misc | good | 1 | | |
| Books & Games | Encyclopedia Set | x | misc | good | | | living room |
| Books & Games | Notebook | x | misc | good | 10 | | bedroom |
| Books & Games | Yearbook | x | misc | excellent | 10 | | bedroom |
| Books & Games | Armoire | x | misc | excellent | 1 | | bedroom |
| Furniture | Bar Stool | x | kincaid | excellent | 3 | | dining rooms |
| Furniture | Bed | x | kincaid cal king | excellent | 2 | | bedrooms |
| Furniture | Bed Box Spring | x | tempurpedic | excellent | 4 | | bedrooms |
| Furniture | Bed Comforter | x | down | excellent | 2 | | bedrooms |
| Furniture | Bed Duvet | x | misc | excellent | 2 | | bedrooms |
| Furniture | Bed Duvet Cover | x | misc | excellent | 2 | | bedrooms |
| Furniture | Bed Frame | x | | | | | bedrooms |
| Furniture | Bed Mattress | x | tempurpedic ck pro ada | excellent | 2 | | bedrooms |
| Furniture | Bed Pillow | x | tempurpedic med profi | excellent | 4 | | bedrooms |
| Furniture | Bed Sheet Set | x | tempurpedic ck sheet | excellent | 2 | | bedrooms |
| Furniture | Bookcase | x | kincaid | excellent | 1 | | living room |
| Furniture | Chair - Beanbag | x | misc | excellent | 1 | | living room |

Case: 19-30088    Doc# 12775    Filed: 08/19/22    Entered: 08/19/22 13:42:17    Page 76 of 85    Page 71

EXHIBIT 2, PAGE 71

| Category | Item Description | Mark "X" if Yes | Type Brand/manufacture/model | Condition Fair / Good / Excellent | QTY | Value | Room / Location |
|---|---|---|---|---|---|---|---|
| Furniture | Chair - Dining | x | kincaid | excellent | 6 | | dining rooms |
| Furniture | Chair - Folding | x | misc | excellent | 2 | | closet |
| Furniture | Chair - Lounger | x | lazyboy greyson leather | excellent | 2 | | living room |
| Furniture | Chair - Rocking | x | antique wood | excellent | 1 | | porch |
| Furniture | Coat Rack | x | misc | excellent | 1 | | living room |
| Furniture | Cocktail Table | x | kinciad | excellent | 2 | | living room |
| Furniture | Curio Cabinet | x | kincaid | excellent | 1 | | kitchen |
| Furniture | Dining Table | x | kincaid | excellent | 1 | | kitchen |
| Furniture | Dresser | x | kincaid | excellent | 2 | | bedroom |
| Furniture | End Table | x | kincaid | excellent | 4 | | bedrooms |
| Furniture | Floor Lamp | x | surya | excellent | 2 | | bedrooms |
| Furniture | Gun Cabinet | x | antique | good | 1 | | mudroom |
| Furniture | Lamp | x | surya | good | 6 | | bedr & lr |
| Furniture | Lamp - Floor | x | surya | good | 1 | | |
| Furniture | Love Seat | x | lazyboy greyson leather | excellent | 1 | | living room |
| Furniture | Mirror - Standing | x | antique | good | 1 | | bedroom |
| Furniture | Sofa | x | lazyboy greyson leather | excellent | 1 | | living room |
| Furniture | Utility Cabinet | x | misc | good | 3 | | mudroom |
| Furniture | Alarm Clock | x | panasonic | excellent | 1 | | bedroom |
| Electronics | Batteries | x | misc | excellent | | | kitchen |
| Electronics | Camcorder | x | sony hanycam | excellent | 1 | | bedroom |
| Electronics | Clock - Grandfather | x | antique grandfather | good | 1 | | living room |
| Electronics | Clock - Wall | x | misc | excellent | 1 | | living room |
| Electronics | DVD Player | x | sony misc blue ray | excellent | 1 | | living room |
| Electronics | DVDs | x | misc assorted | excellent | 300 | | living room |
| Electronics | Headphones | x | beats studio 3 | excellent | 1 | | bedroom |
| Electronics | Light Bulb | x | hortilux 1000 watt | excellent | 40 | | mudroom |
| Electronics | Remote Control | x | dish network / samsung | excellent | 2 | | living room |
| Electronics | Scanner | x | brother scanner | excellent | 1 | | bedroom |
| Electronics | Smoke Detector | x | misc | excellent | 3 | | throughout |
| Electronics | Speakers | x | beats pill | excellent | 2 | | bedroom |
| Electronics | Telephone - Cellular | x | android pixel 3 | excellent | 1 | | bedroom |

EXHIBIT 2, PAGE 72

| Category | Item Description | Mark "X" if Yes | Type Brand/manufacture/ model | Condition Fair / Good / Excellent | QTY | Value | Room / Location |
|---|---|---|---|---|---|---|---|
| Electronics | TV - Big Screen | x | 50" samsung plasma | excellent | 1 | | living room |
| Electronics | Vacuum - Upright | x | dyson v11 torque drive | excellent | 1 | | closet |
| Electronics | Video Game | x | misc xbox one | excellent | 10 | | living room |
| Electronics | Video Game Console | x | xbox one 1tb | excellent | 1 | | living room |
| Miscellaneous | Amplifier | x | line 6 1x12 | excellent | 1 | | bedroom |
| Miscellaneous | Cologne | x | misc ck one/ abercrom | excellent | 4 | | bathroom |
| Miscellaneous | Extension Cord | x | misc orange | excellent | 4 | | mudroom |
| Miscellaneous | Eye Protector Glasses | x | rayban aviator | excellent | 1 | | bedroom |
| Miscellaneous | Fire Extinguisher | x | misc | excellent | 1 | | living room |
| Miscellaneous | Gasoline Can | x | misc walmart brand | excellent | 1 | | mudroom |
| Miscellaneous | Guitar - Acoustic | x | martin d-45 | excellent | 1 | | bedroom |
| Miscellaneous | Guitar - Electric | x | gibson les paul | excellent | 1 | | bedroom |
| Miscellaneous | Guitar Case | x | flight cases | excellent | 2 | | bedroom |
| Miscellaneous | Gun | x | rifles, shotgun, pistols | excellent | 6 | | bedroom |
| Miscellaneous | Gun Bullets | x | misc rounds | exellent | | | bedroom |
| Miscellaneous | Hearing Protector | x | misc | excellent | 2 | | bedroom |
| Miscellaneous | Household Cleaners - Bathroom | x | misc | excellent | 6 | | bathroom |
| Miscellaneous | Key | x | mazda speed 3 key | excellent | 2 | | living room |
| Miscellaneous | Key Ring | x | calpoly key ring | excellent | 1 | | living room |
| Miscellaneous | Lint Brush | x | standard lint roller | excellent | 2 | | closet |
| Miscellaneous | Luggage - Set | x | samsonite 3 pce hrd shel | excellent | 1 | | closet |
| Miscellaneous | Luggage Rack | x | thule canyon xt cargo | excellent | 1 | | mudroom |
| Miscellaneous | Make Up | x | misc | excellent | 1 | | bathroom |
| Miscellaneous | Musical Instrument | x | blueridge 183a guitar | excellent | 1 | | bedroom |
| Miscellaneous | Outlet Power Strip | x | misc home depot | excellent | 5 | | throughout |
| Miscellaneous | Paint Brush | x | assorted misc | good | 5 | | mudroom |
| Miscellaneous | Paint Pan | x | misc | good | 3 | | mudroom |
| Miscellaneous | Paint Roller | x | misc | good | 3 | | mudroom |
| Miscellaneous | Perfume | x | misc | excellent | 2 | | bathroom |
| Miscellaneous | Pipe | x | heavy 12" | excellent | 1 | | bedroom |
| Miscellaneous | Playing Cards | x | misc | excellent | 3 | | bedroom |
| Miscellaneous | Poker Chips | x | 1000 chip prof. set | excellent | 1 | | living room |

Case: 19-30088   Doc# 12775   Filed: 08/19/22   Entered: 08/19/22 13:34:17   Page 78 of 85

EXHIBIT 2, PAGE 73

| Category | Item Description | Mark "X" if Yes | Type Brand/manufacture/model | Condition Fair / Good / Excellent | QTY | Value | Room / Location |
|---|---|---|---|---|---|---|---|
| Miscellaneous | Shoelaces | x | danner laces 84" | excellent | 3 | | bedroom |
| Miscellaneous | Tarp | x | misc assorted | good | 5 | | mudroom |
| Miscellaneous | Umbrella | x | random target brand | excellent | 2 | | closet |
| Miscellaneous | Wallet | x | khol's brand | good | 1 | | bedroom |
| Miscellaneous | Work Hat | x | black trucker hat | good | 3 | | bedroom |
| Clothing & Accessories | Athletic Pants | x | troy lee mountain | excellent | 3 | | bedroom |
| Clothing & Accessories | Athletic Shirt | x | troy lee ruckus 3/4 sleev | excellent | 3 | | bedroom |
| Clothing & Accessories | Bandana | x | amazon brand | excellent | 10 | | bedroom |
| Clothing & Accessories | Beanie | x | carhart | good | 1 | | bedroom |
| Clothing & Accessories | Belt | x | misc assorted | excellent | 3 | | bedroom |
| Clothing & Accessories | Blazer | x | misc assorted | excellent | 2 | | bedroom |
| Clothing & Accessories | Boots, Dress Men's | x | danner forest heights | excellent | 1 | | bedroom |
| Clothing & Accessories | Boots, Work | x | danner quorry alloy toe | excellent | 1 | | bedroom |
| Clothing & Accessories | Boxer Shorts | x | hanes | excellent | 10 | | bedroom |
| Clothing & Accessories | Coat | x | carhart sherpa hooded | good | 1 | | bedroom |
| Clothing & Accessories | Coat, Fur | x | hemp hoodlamb classic | excellent | 1 | | bedroom |
| Clothing & Accessories | Cufflinks | x | mother of pearl | excellent | 1 | | bedroom |
| Clothing & Accessories | Fine Jewelry - Ring | 1 | 18k gold nugget star saph | excellent | 1 | | bedroom |
| Clothing & Accessories | Gloves, Winter | x | burton xl gloves | excellent | 1 | | bedroom |
| Clothing & Accessories | Jacket, Outdoor | x | patagonia parka | excellent | 1 | | bedroom |
| Clothing & Accessories | Jeans | x | calvin klein | excellent | 3 | | bedroom |
| Clothing & Accessories | Pajamas | x | misc. assorted plaid | good | 3 | | bedroom |
| Clothing & Accessories | Raincoat | x | columbia | excellent | 1 | | bedroom |
| Clothing & Accessories | Robe | x | misc | good | 1 | | bathroom |
| Clothing & Accessories | Sandal's, Men | x | reef sandals | excellent | 1 | | bedroom |
| Clothing & Accessories | Shirt, Dress Type | x | calvin klein athletic | excellent | 5 | | bedroom |
| Clothing & Accessories | Shoes | x | adidas | excellent | 2 | | bedroom |
| Clothing & Accessories | Shoes, Athletic | x | 510 free riders | excellent | 2 | | bedroom |
| Clothing & Accessories | Shoes, Men's Dress | x | clarks square toe | excellent | 2 | | bedroom |
| Clothing & Accessories | Shorts | x | volcom | excellent | 3 | | bedroom |
| Clothing & Accessories | Slacks, Dress | x | calvin klein | excellent | 4 | | bedroom |
| Clothing & Accessories | Slippers - Fabric | x | misc | excellent | 1 | | bedroom |

Case: 19-30088   Doc# 12775   Filed: 08/19/22   Entered: 08/19/22 13:42:70   Page 79 of 85
EXHIBIT 2, PAGE 74

| Category | Item Description | Mark "X" if Yes | Type Brand/manufacture/model | Condition Fair / Good / Excellent | QTY | Value | Room / Location |
|---|---|---|---|---|---|---|---|
| Clothing & Accessories | Socks | x | misc assorted | excellent | 15 | | bedroom |
| Clothing & Accessories | Sweater | x | columbia | excellent | 1 | | bedroom |
| Clothing & Accessories | Swim Shorts | x | o'neil board shorts | excellent | 4 | | bedroom |
| Clothing & Accessories | Tennis/Running Shoes | x | nike running shoes | good | 1 | | bedroom |
| Clothing & Accessories | Tie | x | misc assorted | excellent | 12 | | bedroom |
| Clothing & Accessories | Tie Tack | x | misc assorted | excellent | 5 | | bedroom |
| Clothing & Accessories | T-Shirt | x | misc assorted hanes | excellent | 12 | | bedroom |
| Clothing & Accessories | T-Shirt Print | x | misc assorted | excellent | 10 | | bedroom |
| Clothing & Accessories | Vest | x | calvin klein | excellent | 1 | | bedroom |
| Clothing & Accessories | Watch - Men's | x | maurice lacroix juir et n | excellent | 1 | | bedroom |
| Clothing & Accessories | Windbreaker | x | nike hooded windbreak | excellent | 1 | | bedroom |
| Health | Brace | x | knee brace | excellent | 1 | | bedroom |
| Health | Crutches | x | standard crutches | good | 1 | | mudroom |
| Health | Eye Drops | x | visine | good | 1 | | bathroom |
| Health | First Aid Kit | x | misc | excellent | 1 | | closet |
| Health | Heating Pad | x | misc rite aid | excellent | 1 | | closet |
| Health | Medicine - Over The Counter | x | misc | excellent | 1 | | bathroom |
| Health | Protein Powder | x | kirkland brand | excellent | 1 | | kitchen |
| Health | Scale | x | misc | good | 1 | | bathroom |
| Health | Supplements | x | simply silver | good | 1 | | bathroom |
| Health | Thermometer | x | misc digital | good | 1 | | bathroom |
| Health | Vitamins | x | misc digital | good | 3 | | kitchen |
| Health | Water Bottle - Reusable | x | hydro flask | excellent | 2 | | kitchen |
| Hobby/Crafts | Camera - Digital | x | cannon power shot | excellent | 1 | | kitchen |
| Hobby/Crafts | Hand Knitted Item | x | beanie | good | 1 | | bedroom |
| Hobby/Crafts | Knife (Xacto) | x | husky brand | good | 3 | | mudroom |
| Office | Binder | x | misc | good | 5 | | living room |
| Office | Briefcase | x | samsonite | excellent | 1 | | closet |
| Office | Calculator | x | texas instruments graph | excellent | 1 | | bedroom |
| Office | Calendar | x | misc | excellent | 1 | | kitchen |
| Office | Clip Board | x | misc wodden | fair | 3 | | bedroom |
| Office | Computer - Laptop | x | 15" 2017 laptob i7 1tb | excellent | 1 | | bedroom |

| Category | Item Description | Mark "X" if Yes | Type Brand/manufacture/ model | Condition Fair / Good / Excellent | QTY | Value | Room / Location |
|---|---|---|---|---|---|---|---|
| Office | Computer Bag | x | pratt leather comp bag | good | 1 | | bedroom |
| Office | Computer Cable | x | standard apple charger | good | 1 | | bedroom |
| Office | Computer Chair | x | steelcase gesture chair | excellent | 1 | | living room |
| Office | Computer Desk | x | misc | good | 1 | | bedroom |
| Office | Computer Mouse | x | logi tech | excellent | 1 | | bedroom |
| Office | Computer Printer | x | brother misc model | excellent | 1 | | bedroom |
| Office | Computer Printer Cable | x | misc brothr cables | excellent | 1 | | bedroom |
| Office | Computer Printer Cartridge | x | color printer cartridge | good | 1 | | bedroom |
| Office | Desk Lamp | x | steelcase desk lamp | excellent | 1 | | bedroom |
| Office | Desk Pad | x | misc | excellent | 1 | | bedroom |
| Office | External Hard Drive | x | apple time machine 2tb | excellent | 2 | | bedroom |
| Office | Flash Drive - USB | x | 1 tb flash drive | good | 1 | | bedroom |
| Office | iPad | x | apple ipad pro | excellent | 1 | | bedroom |
| Office | Marker - Highlighter | x | misc | good | 5 | | closet |
| Office | Marker - Sharpie | x | misc | good | 3 | | closet |
| Office | Paper Clip Holder | x | misc | excellent | 1 | | closet |
| Office | Paper Clips | x | misc | excellent | 1 | | closet |
| Office | Paper Punch | x | misc | excellent | 1 | | closet |
| Office | Paper Shredder | x | amazon | excellent | 1 | | bedroom |
| Office | Pen | x | ball point get | excellent | 10 | | closet |
| Office | Pencil | x | standard no. 2 | excellent | 10 | | closet |
| Office | Ruler | x | wooden ruler | good | 1 | | closet |
| Office | Staple Remover | x | misc | excellent | 1 | | closet |
| Office | Stapler | x | streamline | excellent | 1 | | closet |
| Office | Staples | x | misc | excellent | 1 | | closet |
| Office | Tape | x | misc scotch tape | excellent | 3 | | closet |
| Office | Tape Dispenser | x | misc | excellent | 1 | | closet |
| Holiday | Christmas Cookie Cutters | x | misc | excellent | 10 | | kitchen |
| Holiday | Christmas Decorations | x | misc | excellent | 10 | | mudroom |
| Holiday | Christmas Ornament - Antique | x | misc | excellent | 10 | | mudroom |
| Holiday | Christmas Stocking | x | misc | excellent | 5 | | mudroom |
| Holiday | Christmas Tree Skirt | x | misc | excellent | 1 | | mudroom |

| Category | Item Description | Mark "X" if Yes | Type Brand/manufacture/model | Condition Fair / Good / Excellent | QTY | Value | Room / Location |
|---|---|---|---|---|---|---|---|
| Holiday | Christmas Tree Stand | x | misc | excellent | 1 | | mudroom |
| Holiday | Christmas Wrapping Paper | x | misc | good | 3 | | closet |
| Holiday | Fall Decorations | x | misc | excellent | 10 | | mudroom |
| Pet & Animal Supply | Dog Bed | x | kong | excellent | 6 | | throughout |
| Pet & Animal Supply | Dog Collar | x | kong | excellent | 2 | | kitchen |
| Pet & Animal Supply | Dog Food | x | taste of the wild | excellent | 2 | | kitchen |
| Pet & Animal Supply | Dog Leash | x | extending leashes | excellent | 2 | | living room |
| Pet & Animal Supply | Dog Toy | x | misc | excellent+fair | 15 | | throughout |
| Pet & Animal Supply | Electric Clippers - Animal | x | dremel tool | excellent | 1 | | bathroom |
| Pet & Animal Supply | Fish Tank | x | 120 gallon | excellent | 1 | | living room |
| Pet & Animal Supply | Fish Tank Decorations | x | misc | good | 3 | | living room |
| Pet & Animal Supply | Fish Tank Supplies | x | filter, pumps, gravel ect. | excellent | 1 | | living room |
| Pet & Animal Supply | Flea & Tick Control | x | vectra 3d year supply | excellent | 1 | | kitchen |
| Pet & Animal Supply | Kennel | x | large petmate | excellent | 2 | | living room |
| Pet & Animal Supply | Pet Grooming Supplies | x | misc brushes, clippers... | good | 1 | | closet |
| Recreation | Air Mattress | x | woods queen size | excellent | 1 | | mudroom |
| Recreation | Air Pump | x | misc | excellent | 1 | | mudroom |
| Recreation | Backpack | x | misc laptop bag | excellent | 1 | | bedroom |
| Recreation | Baseball Bat | x | lusiville wooden | excellent | 1 | | living room |
| Recreation | Bench Press | x | golds gym | good | 1 | | carport |
| Recreation | Bicycle - Adult | x | 2018 fugi auric | excellent | 1 | | mudroom |
| Recreation | Bicycle - Mountain | x | ibis hd4 carbon | excellent | 1 | | bedroom |
| Recreation | Bicycle Helmet | x | 661 patrol | excellent | 1 | | bedroom |
| Recreation | Bicycle Inner Tubes - Spare | x | 2.5 maxxis | excellent | 2 | | closet |
| Recreation | Bicycle Lock | x | kryptonite 5 ft | excellent | 1 | | mudroom |
| Recreation | Bicycle Pump | x | lyzene | excellent | 1 | | closet |
| Recreation | Bicycle Shorts | x | endura humvee | excellent | 4 | | closet |
| Recreation | Bicycle Stand | x | park tools delux | excellent | 1 | | closet |
| Recreation | Camp Chair | x | misc big five brand | excellent | 3 | | mudroom |
| Recreation | Camp Stove | x | coleman 2 burner | excellent | 1 | | closet |
| Recreation | Camp Stove Fuel Canister | x | 4 pack coleman 1lb | excellent | 1 | | closet |
| Recreation | Cooler | x | yeti tundra 210 | excellent | 1 | | closet |

| Category | Item Description | Mark "X" if Yes | Type Brand/manufacture/ model | Condition Fair / Good / Excellent | QTY | Value | Room / Location |
|---|---|---|---|---|---|---|---|
| Recreation | Fishing Pole | x | tackle wh misc | good | 2 | | closet |
| Recreation | Fishing Tackle Box | x | misc | good | 1 | | closet |
| Recreation | Goggles | x | 100% mirror and clear le | good | 2 | | mudroom |
| Recreation | GPS | x | garmin drive smart | excellent | 1 | | closet |
| Recreation | Hammock | x | misc 2 person hammock | excellent | 1 | | porch |
| Recreation | Head Lamp | x | nitecore rechargable | excellent | 2 | | closet |
| Recreation | Helmet | x | troy lee d3 carbon | excellent | 1 | | mudroom |
| Recreation | Insect Repellent | x | off deep woods | good | 1 | | bathroom |
| Recreation | Kayak | x | bkc tandem fishing | excellent | 1 | | mudroom |
| Recreation | Life Jacket | x | bass pro ascend | excellent | 2 | | mudroom |
| Recreation | Paddle | x | black werner paddle | good | 1 | | mudroom |
| Recreation | Pads - Elbow | x | raceface ambush | good | 1 | | closet |
| Recreation | Pads - Knee | x | raceface flank | good | 1 | | closet |
| Recreation | Punching Bag | x | century bob xl | excellent | 1 | | living room |
| Recreation | Skateboard | x | sector 9 | excellent | 1 | | closet |
| Recreation | Sleeping Bag | x | cabela's moutain trap | excellent | 1 | | closet |
| Recreation | Snorkeling Set | x | mares x vision + rebel | excellent | 1 | | closet |
| Recreation | Snowboard Jacket | x | burton men's sherman | good | 1 | | bedroom |
| Recreation | Surfboard | x | al merric channel islands | good | 1 | | bedroom |
| Recreation | Tent | x | north face triarch | good | 1 | | closet |
| Recreation | Treadmill | x | proform smart perform | excellent | 1 | | living room |
| Recreation | Weight Lifting Bell | x | bowflex select tech kett | good | 1 | | living room |
| Recreation | Weight Set | x | 300 lbs olympic w/ bar | excellent | 1 | | living room |
| Recreation | Wetsuit | x | oneil pyco freak 4/3 | good | 1 | | closet |
| Recreation | Yoga Mat | x | misc | good | 1 | | closet |
| Tools | Chain Saw | x | husqvarna 12" | excellent | 1 | | mud room |
| Tools | Circular Saw | x | dewalt 20 volt | good | 1 | | mud room |
| Tools | Clamp | x | craftsman 5" vice | good | 1 | | porch |
| Tools | Drill | x | dewalt hammer drill | good | 1 | | closet |
| Tools | Funnel | x | misc | good | 1 | | car port |
| Tools | Hammer | x | stiletto | excellent | 1 | | mud room |
| Tools | Hatchet | x | us marines tactical | good | 1 | | closet |

Case: 19-30088    Doc# 12775    Filed: 08/19/22    Entered: 08/19/22 13:42:17    Page 78
of 85
EXHIBIT 2, PAGE 78

| Category | Item Description | Mark "X" if Yes | Type Brand/manufacture/ model | Condition Fair / Good / Excellent | QTY | Value | Room / Location |
|---|---|---|---|---|---|---|---|
| Tools | Jumper Cables | x | auto gen cables | good | 1 | | carport |
| Tools | Ladder | x | misc 8ft ladder | excellent | 1 | | carport |
| Tools | Level | x | craftsman | excellent | 1 | | closet |
| Tools | Measuring Tape | x | 25ft | excellent | 2 | | closet |
| Tools | Router | x | night hawk router | excellent | 1 | | living room |
| Tools | Saw | x | dewalt 20v reciprocating | excellent | 1 | | closet |
| Tools | Scraper | x | craftsman paint scrape | excellent | 1 | | closet |
| Tools | Screwdriver | x | phillips and flate heads | excellent | 4 | | closet |
| Tools | Shop Vacuum | x | rigid 16 gal 6hp | excellent | 1 | | closet |
| Tools | Socket Set | x | craftsman | excellent | 1 | | closet |
| Tools | Squeegee | x | misc | excellent | 1 | | closet |
| Tools | Wrench | x | craftsman | excellent | 2 | | car port |
| Tools | Wrench | x | craftsman torque wrenc | excellent | 1 | | closet |
| Garden | Blower | x | craftsman gas blower | excellent | 1 | | mudroom |
| Garden | Bucket | x | 5 gallon bucket | good | 5 | | carport |
| Garden | Edger - Gas | x | echo gas trimmer | excellent | 1 | | carport |
| Garden | Garden Gloves | x | ace hardware | excellent | 2 | | closet |
| Garden | Garden Hose | x | 50ft garden hose | good | 1 | | carport |
| Garden | Hoe | x | craftsman fiberglass | good | 2 | | carport |
| Garden | Mower - Gas | x | jon deere 42" 20 hp | good | 1 | | carport |
| Garden | Outdoor Flood Lights | x | schaefer outdoor lights | excellent | 4 | | throughout |
| Garden | Plant Sprayer | x | hudson portable atomiz | excellent | 1 | | closet |
| Garden | Planter Box - Flowers & Plants | x | cedar plant box | good | 2 | | porch |
| Garden | Pot - Ceramic | x | misc assorted | good | 8 | | throughout |
| Garden | Pot - Clay | x | misc assorted | good | 4 | | throughout |
| Garden | Potted Plants | x | misc assorted | excellent | 12 | | throughout |
| Garden | Pruning Shear | x | misc | excellent | 4 | | closet |
| Garden | Rake | x | home depot brand | excellent | 1 | | carport |
| Garden | Shovel | x | home depot brand | excellent | 2 | | carport |
| Garden | Soil | x | fox farms soil | excellent | 5 | | carport |
| Garden | Watering Can | x | home depot brand | excellent | 2 | | carport |
| Garden | Wheelbarrow | x | craftsman | excellent | 1 | | carport |
| Outdoor | Barbecue | x | webber grill | excellent | 1 | | porch |

Case: 19-30088   Doc# 12775   Filed: 08/19/22   Entered: 08/19/22 18:34:17   Page 84 of 85
EXHIBIT 2, PAGE 79

| Category | Item Description | Mark "X" if Yes | Type Brand/manufacture/model | Condition Fair / Good / Excellent | QTY | Value | Room / Location |
|---|---|---|---|---|---|---|---|
| Outdoor | Barbecue Utensil Set | x | misc | excellent | 1 | | kitchen |
| Outdoor | Smoker | x | traeger timberline | excellent | 1 | | porch |
| misc. | hoods | x | 20 magnum xxxl 8" | excellent | 20 | | home storage |
| misc. | ballast | x | 20 phantom 1000 watt | excellent | 20 | | home storage |
| misc. | filter | x | 12" phat filter | excellent | 5 | | home storage |
| misc. | can fan | x | 12" phat fan | excellent | 5 | | home storage |
| misc. | tray | x | 4x8 botanicare tray | excellent | 10 | | home storage |
| misc. | reservoir | x | botanicare 120 gallon | excellent | 10 | | home storage |
| misc. | stand | x | fast fit 4x8 stand | excellent | 10 | | home storage |
| misc. | pump | x | active aqua 1000gph | excellent | 10 | | home storage |
| | | | | | Total | | |