Efrain Yanez

707-548-3847

908 corte Amarillo

Rohnert Park Ca

94928

Case No: 19-30088

MOTION TO OBTAIN RELIEF TO ALLOW TO FILE A LATE PROOF OF CLAIM.

TO: Judge Montali,

Or to whom it may concern,

This letter is intended as proper motion to obtain relief to allow to file a late proof of claim.

We respectfully request that you allow late proof of claim for the claimants listed below.

We as a family did not file a claim earlier, because we did not know we were eligible to file a claim.

We did not know neither anyone told us.

We thought it was only for people that lost their homes, properties, on the fires.

So, we found out later, and that is the reason we ask you kindly, and respectfully to allow us to do so.

| Claimant Name | Claimant ID | Late POC Claim Number | Late POC Filing Date | Law Firm/Pro Se | Group ID |
|---|---|---|---|---|---|
| Efrain Yanez | 1090936 | 108554 | 6/23/2022 | Pro Se | 305593 |
| Jenny A Yanez | 1090981 | 108554 | 6/23/2022 | Pro Se | 305593 |
| Monica Yanez | 1091034 | 108554 | 6/23/2022 | Pro Se | 305593 |
| Rubi Yanez | 1091090 | 108554 | 6/23/2022 | Pro Se | 305593 |

Thanks, and respectfully:

Efrain yanez: *[signature]*

Jenny Yanez: *[signature]*

Rubí Yanez: *[signature]*

Mónica Yanez: