**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>  - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**,<br><br>                    **Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF CANCELLATION OF AUGUST 23, 2022, 10:00 A.M. OMNIBUS HEARING**<br><br>Date:  August 23, 2022<br>Time:  10:00 a.m. (Pacific Time)<br>Place: (Tele/Videoconference)<br>        United States Bankruptcy Court<br>        Courtroom 17, 16th Floor<br>        San Francisco, CA 94102 |

**PLEASE TAKE NOTICE** that the following matters, which were scheduled to be heard in the above-captioned chapter 11 cases on August 23, 2022, at 10:00 a.m. (Pacific Time) (the **"Omnibus Hearing"**) have been resolved or continued.

**PLEASE TAKE FURTHER NOTICE** that, accordingly, the Omnibus Hearing is cancelled.

I: <u>**MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**</u>

*RESOLVED AND CONTINUED MATTERS*

1. **<u>Tuscan Ridge Motion to Modify Plan Injunction:</u>** *Motion for Relief from Plan Injunction, to Compel Arbitration and/or for Abstention* [**Dkt. 11066**]. This Motion has been withdrawn pursuant to a settlement agreement by **Dkt. 12770**.

2. **<u>Tuscan Ridge Claim Objection:</u>** *Reorganized Debtors' Objection to Proof of Claim No. 58562 Filed by Fulcrum Credit Partners LLC as Transferee of Tuscan Ridge Associates, LLC* [**Dkt. 11288**]. This Objection has been withdrawn pursuant to a settlement agreement by **Dkt. 12777**.

**Omnibus Objection:**

3. **<u>One Hundred Thirteenth (City of San Jose Claims)</u>** [**Dkt. 11844**]. This Omnibus Objection withdrawn pursuant to a settlement agreement as to all Claims by **Dkt. 12584**.

**Late Claim Motions:**

4. **<u>Rosse</u>** [**Dkt. 12578**]. This motion is granted pursuant to the August 19, 2022 docket text order. Counsel for the movant has been directed to serve and upload an order granting the motion.

5. **<u>Gleason</u>** [**Dkt. 12660**]**.** This motion is granted pursuant to the August 19, 2022 docket text order. Counsel for the movant has been directed to serve and upload an order granting the motion.

6. **<u>McAlvain</u>** [**Dkt. 12675**]. This motion is granted pursuant to the August 19, 2022 docket text order. Counsel for the movant has been directed to serve and upload an order granting the motion.

**Motion to Withdraw Claim:**

7. **<u>JH Kelly:</u>** *JH Kelly LLC's Motion for Permission to Withdraw Proof of Claim with Prejudice* [**Dkt. 12671**]. This motion has been granted by **Dkt. 12774**.

**II:** **MATTER SCHEDULED TO BE HEARD IN ADVERSARY PROCEEDINGS (Re: City of Lafayette): Nos. 20-03122 and 20-03124 (DM)**

*CONTINUED MATTER*

8. **Scheduling Conference**: *Summons and Notice of Scheduling Conference in an Adversary Proceeding* [**Dkt. 2**].

Status: The scheduling conference has been continued to November 15, 2022, at 10:00 a.m. by agreement of the parties.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (II) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Reorganized Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: August 22, 2022

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: */s/ Thomas B. Rupp*
Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*