Signed and Filed: August 22, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>*  All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER REGARDING NUMEROUS LETTERS FROM THERESA LYNNE ARNOLD**

The court has received numerous *ex parte* letters and messages from creditor Theresa Lynne Arnold ("Ms. Arnold") regarding her concerns with both Singleton Schreiber, LLP ("Singleton"), and the Fire Victim Trust ("FVT"). The court directed Singleton to respond to Ms. Arnold's messages. Singleton responded directly to Ms. Arnold on August 15, 2022.

-1-

Though not required by the court, the FVT also responded on August 18, 2022.  The court is sympathetic to the issues Ms. Arnold may have with either Singleton or the FVT, but it is not within the court's jurisdiction to hear or determine those issues.

Accordingly, the court issues this Order to inform all parties that it shall take no action on Ms. Arnold's *ex parte* messages.  The court encourages the parties to make the best effort to work with Ms. Arnold considering the tragedy she has suffered.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST

Theresa Lynne Arnold
150 Artesia Drive
Chico, CA 95973

Theresa Lynne Arnold
P.O. Box 1974
Chico CA, 95926

Singleton Schreiber, LLP
591 Camino De la Reina, Suite 1025
San Diego, CA 92108