1  Jacob M. Faircloth, Esq. (SB No. 305390)
   Bluestone Faircloth & Olson, LLP
2  1825 Fourth Street
   Santa Rosa, CA 95404
3  Telephone: (707) 526-4250
   Facsimile: (707) 526-0347
4  Email: jacob@bfolegal.com

5  Attorneys for Movants,
   Stephanie Scott, Tyler Cheney,
6  and Kyle Cheney

7              UNITED STATES BANKRUPTCY COURT
              NORTHERN DISTRICT OF CALIFORNIA
8                SAN FRANCISCO DIVISION

9  In Re                              Case No. 19-30088-DM

10 PG&E CORPORATION,                  Chapter 11

11    and                            (Lead Case–Jointly Administered)

12 PACIFIC GAS AND ELECTRIC          **NOTICE OF HEARING ON MOTION**
   COMPANY                           **TO ALLOW/DEEM TIMELY**
13                                    **LATE FILING OF STEPHANIE**
                                      **SCOTT, TYLER CHENEY, AND**
14    Debtors.                        **KYLE CHENEY**
   _____/
15
   Affects:                          Date: September 28, 2022
16 ☐ PG&E Corporation                Time: 10:00 a.m.
   ☐ Pacific Gas & Electric Company  Location: Via ZOOM or Telephone
17 ☒  Both Debtors

18 *All papers shall be filed in the Lead
   Case, No. 19-30088
19 _____/

20        **PLEASE TAKE NOTICE THAT** Stephanie Scott, Tyler Cheney, and Kyle
   Cheney (the "Movants") filed their Motion to Allow/Deem Timely Late Filing of Proof
21 of Claim by Movants, and Memorandum of Points and Authorities in Support Thereof,
   and Declaration of Robert M. Bone in Support Thereof.
22        <u>**Your rights may be affected.**</u>  **You should read these papers carefully and
   discuss them with your attorney, if you have one in this bankruptcy case.  (If you do
23 not have an attorney, you may wish to consult one.)  Copies of the Motion papers
   may be viewed and/or obtained by: (1) accessing the Court's website at**
24 **http://www.canb.uscourts.gov; (which requires PACER access); (2) by contacting
   Jacob M. Faircloth at jacob@bfolegal.com; (3) by contacting the Office of the Clerk**
25 **of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102; and/or (4) from
   the Debtors' notice and claims agent, Prime Clerk, LLC, at**
26 **https://restructuring.primeclerk.com/pge or by calling (844)339-4217 (toll free) for
   U.S.-based parties; or +1 (929)333-8977 for International parties or by email at:**
27 **pgeinfo@primeclerk.com.**
          Please note that the hearing will not be conducted in the presiding Judge's
28 courtroom, but instead will be conducted by telephone or via Zoom.
          If you do not want the Court to grant the Motion, or if you want the Court to

consider your views on the Motion, then you or your attorney should file with the Court a written opposition to the Motion on or before September 14, 2022, and attend the hearing scheduled to be held on Tuesday, September 28, 2022, at 10:00 a.m., via ZOOM or Courtcall.

All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion and may enter an order granting the Motion by default.

Dated: August 22, 2022                    BLUESTONE FAIRCLOTH & OLSON, LLP

                                          */S/ Jacob M. Faircloth*
                                          By: _____
                                                Jacob M. Faircloth
                                          ATTORNEYS FOR MOVANTS

1    **<u>CERTIFICATE OF SERVICE</u>**

2        I hereby certify that on August 22, 2022, a copy of the foregoing was filed

3    electronically.  Notice of this filing will be sent by operation of the Court's electronic

4    filing system to all parties indicated on the electronic filing receipt.  Parties may access

5    this filing through the Court's filing system.

6    DATED: August 22, 2022                              */S/ Jacob M. Faircloth*

7                                          By_____

8                                               Jacob M. Faircloth

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28