Entered on Docket
August 23, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: August 23, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br><br><br>Date:  September 13, 2022<br>Time:  10:00 AM<br>Via Zoom<br>www.canb.uscourts.gov/calendars |

**ORDER SETTING PRELIMINARY HEARING**

The court has reviewed the *Motion of William B. Abrams Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of an Order Authorizing Discovery and Hearings Regarding the Acts and Conduct of JAMS Neutrals Given New Evidence* (Dkt. 12766) (the "Motion") and its accompanying declaration (Dkt.

-1-

12767) filed on August 18, 2022.  The court wishes to hear from the Fire Victim Trust (the "Trust"), at a preliminary status conference before it directs the Trust to file any substantive response to the Motion and before it directs responses to discovery requested by Mr. Abrams.

The court will hold a preliminary hearing on September 13, 2022, at 10:00 AM via Zoom.  At that hearing, counsel for the Trust should be prepared to indicate how and when it intends to respond or otherwise deal with the Motion.  Nothing needs to be filed before or in connection with that hearing.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

William B. Abrams
1519 Branch Owl Place
Santa Rosa, CA 95409

William B. Abrams
2041 Stagecoach Rd.
Santa Rosa, CA 95404