Janae Luther Claim # 108518
Ross Luther
Brand Luther

PG&E Corporation and Pacific Gas and Electric Company
Case # 1930088
janaemiller08@gmail.com

To Whom it may concern,

    I am here to ask for your consideration for myself and my family to file a late claim through the Bankruptcy Court, we like many others I know have our own experience of the night and weeks after the Tubs Fire. The night of the fire is something I'll never forget. Our home was located just ½ a mile from the burn scar that raged through the fountain grove neighborhoods in Santa Rosa California. My son was only ten months old. That night we fled from what we thought was a war scene. No communication from authorities or emergency services had us at a loss of direction and salvation. We fled from our home with the shirts on our backs and were unable to return for weeks.

    We have been residents of Sonoma County for many generations and have never had to experience what we have been through during the 2017 fires and after. Our summers will forever be changed. Seasons in Sonoma County now include winter, spring, summer, "fire season" and fall. We will continue to carry our fire anxiety and fear with us every year. This is a new anxiety that was caused by severe neglect and simple ignorance. PG&E and Company have been found responsible for the cause of the 2017 Tubbs Fire and my family is a victim of its outcomes.

    Thank you for your time.
    Sincerely, The Luther Family.