Randal Neff claim #108517

PG&E Corporation and Pacific Gas and Electric Company
Case # 1930088
r.neff1523@gmail.com

To Whom it may concern,

 I am here to ask for your consideration to file a late claim through the Bankruptcy Court, like many others I know I have my own experience of the night and weeks after the Tubbs Fire. During this time I was living with my girlfriend of eight years and her two younger sisters. They looked up to me to keep them and their home safe. I remember wetting down the roof to keep the falling embers from catching fire. Local law enforcement did not give us much direction on evacuation other than we had to leave our home and not look back. I had nowhere to go and decided to evacuate to my grandparents house who were also in an evacuation zone. All of Sonoma County was an evacuation zone.i will never forget the feeling of worrying for my family and friends.

 I have been a resident of Sonoma County for many generations and have never had to experience what we have been through during the 2017 fires and after. Our summers will forever be changed. Seasons in Sonoma County now include winter, spring, summer, "fire season" and fall. We will continue to carry our fire anxiety and fear with us every year. This is a new anxiety that was caused by severe neglect and simple ignorance. PG&E and Company have been found responsible for the cause of the 2017 Tubbs Fire and I am a victim of its outcomes.

 Thank you for your time.
 Sincerely, Randal Neff