Jennifer Miller claim # 108516
Jenna Johnson

PG&E Corporation and Pacific Gas and Electric Company
Case # 1930088
brandsgram123@gmail.com

To Whom it may concern,

    I am here to ask for your consideration for myself and my daughter to file a late claim through the Bankruptcy Court, we like many others I know have our own experience of the night and weeks after the Tubs Fire. That night was like something out of a movie. The smoke was so thick I thought the fire had to be right above us. I could not see my hand in front of my face let alone the canopy of the trees on my street. When we had to evacuate our home we had no ways of communication. I could not locate any of my family members, my elderly parents were my first concern. No communication from authorities or emergency services had us at a loss of direction and salvation.There were fires in every city and town surrounding us. It was a war scene, with bombs of propagne tanks setting off. My daughter and I had nowhere to go and had to be separated just to find a safe place. For a few nights I even slept in my car.

    We have been residents of Sonoma County for many generations and have never had to experience what we have been through during the 2017 fires and after. Our summers will forever be changed. Seasons in Sonoma County now include winter, spring, summer, "fire season" and fall. We will continue to carry our fire anxiety and fear with us every year. This is a new anxiety that was caused by severe neglect and simple ignorance. PG&E and Company have been found responsible for the cause of the 2017 Tubbs Fire and my family is a victim of its outcomes.

    Thank you for your time.
    Sincerely, Jennifer and Jenna.