Jewel Miller claim # 108539
George Miller
PG&E Corporation and Pacific Gas and Electric Company
Case # 1930088
miller0669@comcast.net

Hello,

    I am writing this to request to file a late claim. My husband and I suffered greatly during and after the fires in Sonoma county. We both have many medical complications, I have had heart surgery and take medications for my heart problems and my husband is a cancer survivor (lung throat and lymph node) three times over and a diabetic. On the night of the Tubbs fire we were woken up to sirens and the smell of smoke. Once we stepped outside we could hear the fire department telling us to evacuate, I've never seen anything like it. My husband is a vet so we decided the only safe place to go would be the vets building in Santa rosa. We evacuated there for shelter and food. On arrival the vets building was at full capacity. We spent three nights in our truck and I remember the both of us struggling to breathe in the smoky air. We had no way of communicating our whereabouts to our family.

    We have been residents of Sonoma County for many generations and have never had to experience what we have been through during the 2017 fires and after. Our summers will forever be changed. Seasons in Sonoma County now include winter, spring, summer, "fire season" and fall. We will continue to carry our fire anxiety and fear with us every year. This is a new anxiety that was caused by severe neglect and simple ignorance. PG&E and Company have been found responsible for the cause of the 2017 Tubbs Fire and my family is a victim of its outcomes.

    Thank you,
    Jewel and George Miller