RICHARD A. MARSHACK, #107291
rmarshack@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Gerald Singleton, SBN 208783
Gary LoCurto, SBN 270372
SINGLETON SCHREIBER LLP
591 Camino de la Reina, Ste. 1025
San Diego, CA 92108
Tel: (619) 333-7479
Email:  gsingleton@singletonschreiber.com
        glocurto@singletonschreiber.com

Attorneys for SLF Fire Victim Claimants

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case–Jointly Administered)<br><br>NOTICE OF HEARING ON MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM BY CORINNE GIBONEY<br><br>Date:  September 13, 2022<br>Time:  10:00 a.m. (Pacific)<br>Place: **Telephonic Appearances Only**<br>       United States Bankruptcy<br>Court: Courtroom 17, 16th Floor<br>       San Francisco, CA 94102<br><br>Objection Deadline: September 6, 2022 |

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that on August 23, 2022, the Singleton Law Firm ("SLF")[1] |
| 2 | respectfully filed a motion on behalf of Corinne Giboney to deem timely a late filed proof of claim |
| 3 | ("Motion"). |
| 4 | **PLEASE TAKE NOTICE** that the telephonic hearing on the Motion will take place on |
| 5 | September 13, 2022, at 10:00 a.m. (Pacific Time) in the Courtroom of the Honorable Dennis Montali, |
| 6 | United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, |
| 7 | CA 91402. |
| 8 | **PLEASE TAKE NOTICE** that all interested parties should consult the Bankruptcy Court's |
| 9 | website at www.canb.uscourts.gov for information about court operations during the COVID-19 |
| 10 | pandemic. The Bankruptcy Court's website provides information regarding how to arrange a |
| 11 | telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, |
| 12 | you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on |
| 13 | the Bankruptcy Court's website. |
| 14 | **PLEASE TAKE FURTHER NOTICE** that any oppositions or responses to the Motion must |
| 15 | be in writing, filed with the Bankruptcy Court, and served on the counsel for the SLF Fire Victim |
| 16 | Claimants at the above-referenced addresses so as to be received by the time set by the Bankruptcy |
| 17 | Court. Any oppositions or responses must be filed and served on all "Standard Parties" as defined in, |
| 18 | and in accordance with, the Second Amended Order Implementing Certain Notice and Case |
| 19 | Management Procedures entered on May 14, 2019 (EFC No. 1996) ("Case Management Order"). |
| 20 | Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed |
| 21 | and served in accordance with the Case Management Order. In deciding the Motion, the Court may |
| 22 | consider any other document filed in these Chapter 11 Cases and related adversary proceedings. |
| 23 | **PLEASE TAKE FURTHER NOTICE THAT** that copies of the Motion and its supporting |
| 24 | papers can be viewed and/or obtained: (i) by accessing the Court's website at |
| 25 | http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden |
| 26 | Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime |

---

[1] Now known as Singleton Schreiber LLP.

Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for international parties or by email at: pgeinfo@primeclerk.com.

Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: August 23, 2022      MARSHACK HAYS LLP

　　　　　　　　　　　　　　　　　　　　*/s/ Laila Masud*
　　　　　　　　　　　　　　　　　　BY: RICHARD A. MARSHACK
　　　　　　　　　　　　　　　　　　　　LAILA MASUD
　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR SLF CLAIMANTS