Entered on Docket
August 24, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 23 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THERESA ANN McDONALD,<br><br>   Appellant,<br><br>  v.<br><br>PG&E CORPORATION, PACIFIC GAS AND ELECTRIC COMPANY,<br><br>   Appellees,<br><br>OFFICE OF THE U.S. TRUSTEE,<br><br>   Trustee-Appellee,<br><br>OFFICIAL COMMITTEE OF TORT CLAIMANTS; OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>   Creditors-Appellees. | No.   20-17366<br><br>D.C. No. 4:20-cv-04568-HSG<br>Northern District of California, Oakland<br><br>ORDER |

Before:   CANBY, TASHIMA, and NGUYEN, Circuit Judges.

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. *See* Fed. R. App. P. 35.

McDonald's petition for rehearing en banc (Docket Entry No. 33) is denied.

No further filings will be entertained in this closed case.