| | |
|---|---|
| 1 | Jacob M. Faircloth, Esq. (SB No. 305390) |
| | Bluestone Faircloth & Olson, LLP |
| 2 | 1825 Fourth Street |
| | Santa Rosa, CA 95404 |
| 3 | Telephone: (707) 526-4250 |
| | Facsimile: (707) 526-0347 |
| 4 | Email: jacob@bfolegal.com |

Attorneys for Movants,
Derek Leroy Ruiz, Joshabed Hernandez,
Derek Jose Ruiz, and Scarlett Rose Ruiz

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re | Case No. 19-30088-DM |
| PG&E CORPORATION, | Chapter 11 |
| and | (Lead Case–Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY | **NOTICE OF HEARING ON MOTION TO ALLOW/DEEM TIMELY LATE FILING OF DEREK LEROY RUIZ JOSHABED HERNANDEZ, DEREK JOSE RUIZ, AND SCARLETT ROSE RUIZ** |
| Debtors. / | |
| Affects: ☐ PG&E Corporation ☐ Pacific Gas & Electric Company ☒ Both Debtors | Date: September 28, 2022 Time: 10:00 a.m. Location: Via ZOOM or Telephone |
| *All papers shall be filed in the Lead Case, No. 19-30088 / | |

**PLEASE TAKE NOTICE THAT** Derek Leroy Ruiz, Joshabed Hernandez, Derek Jose Ruiz, and Scarlett Rose Ruiz (the "Movants") filed their Motion to Allow/Deem Timely Late Filing of Proof of Claim by Movants, and Memorandum of Points and Authorities in Support Thereof, and Declaration of Robert M. Bone in Support Thereof.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) Copies of the Motion papers may be viewed and/or obtained by: (1) accessing the Court's website at http://www.canb.uscourts.gov; (which requires PACER access); (2) by contacting Jacob M. Faircloth at jacob@bfolegal.com; (3) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102; and/or (4) from the Debtors' notice and claims agent, Prime Clerk, LLC, at https://restructuring.primeclerk.com/pge or by calling (844)339-4217 (toll free) for U.S.-based parties; or +1 (929)333-8977 for International parties or by email at: pgeinfo@primeclerk.com.**

Please note that the hearing will not be conducted in the presiding Judge's courtroom, but instead will be conducted by telephone or via Zoom.

**NOTICE OF HEARING ON MOTION TO ALLOW/DEEM TIMELY LATE FILING OF DEREK LEROY RUIZ JOSHABED HERNANDEZ, DEREK JOSE RUIZ, AND SCARLETT ROSE RUIZ**

Case: 19-30088    Doc# 12858    Filed: 08/24/22    Entered: 08/24/22 14:06:12    Page 1 of 3

| | |
|---|---|
| 1 | If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, then you or your attorney should file with the Court a written opposition to the Motion on or before September 14, 2022, and attend the hearing scheduled to be held on Tuesday, September 28, 2022, at 10:00 a.m., via ZOOM or Courtcall. |
| 2 | |
| 3 | |
| 4 | All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website. |
| 5 | |
| 6 | |
| 7 | If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion and may enter an order granting the Motion by default. |
| 8 | Dated: August 24, 2022   BLUESTONE FAIRCLOTH & OLSON, LLP |
| 9 | /S/ Jacob M. Faircloth |
| 10 | By: _____<br>Jacob M. Faircloth<br>ATTORNEYS FOR MOVANTS |

NOTICE OF HEARING ON MOTION TO ALLOW/DEEM TIMELY LATE FILING OF DEREK LEROY RUIZ JOSHUA BERNARDEZ, JOSE RUIZ, AND ET FROST RUIZ

Case: 19-30088 Doc# 12858 Filed: 08/24/22 Entered: 08/24/22 14:06:12 Page 2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's filing system.

DATED: August 24, 2022  /S/ Jacob M. Faircloth

By_____

Jacob M. Faircloth