1  Jacob M. Faircloth, Esq. (SB No. 305390)
   Bluestone Faircloth & Olson, LLP
2  1825 Fourth Street
   Santa Rosa, CA 95404
3  Telephone: (707) 526-4250
   Facsimile: (707) 526-0347
4  Email: jacob@bfolegal.com

5  Attorneys for Movants,
   Eric Vazquez, Eunice Ruiz-Vazquez,
6  Sofia Vazquez, Eunice Vazquez, and
   Andrea Vazquez

7
                    UNITED STATES BANKRUPTCY COURT
8                   NORTHERN DISTRICT OF CALIFORNIA
                         SAN FRANCISCO DIVISION
9

10  In Re                                Case No. 19-30088-DM

11  PG&E CORPORATION,                    Chapter 11

12     and                               (Lead Case–Jointly Administered)

13  PACIFIC GAS AND ELECTRIC             **NOTICE OF HEARING ON MOTION
    COMPANY                              TO ALLOW/DEEM TIMELY
14                                       LATE FILING OF ERIC VAZQUEZ,
        Debtors.                         EUNICE RUIZ-VAZQUEZ, SOFIA
15  _____/ VAZQUEZ, EUNICE VAZQUEZ,
                                         AND ANDREA VAZQUEZ**
16  Affects:
    ☐ PG&E Corporation                   Date: September 28, 2022
17  ☐ Pacific Gas & Electric Company     Time: 10:00 a.m.
    ☒ Both Debtors                       Location: Via ZOOM or Telephone
18
    *All papers shall be filed in the Lead
19  Case, No. 19-30088
    _____/
20
         **PLEASE TAKE NOTICE THAT** Eric Vazquez, Eunice Ruiz-Vazquez,
21  Sofia Vazquez, Eunice Vazquez, and Andrea Vazquez (the "Movants") filed their Motion
    to Allow/Deem Timely Late Filing of Proof of Claim by Movants, and Memorandum of
22  Points and Authorities in Support Thereof, and Declaration of Robert M. Bone in Support
    Thereof.
23       **Your rights may be affected.  You should read these papers carefully and
    discuss them with your attorney, if you have one in this bankruptcy case.  (If you do
24  not have an attorney, you may wish to consult one.)  Copies of the Motion papers
    may be viewed and/or obtained by: (1) accessing the Court's website at
25  http://www.canb.uscourts.gov; (which requires PACER access); (2) by contacting
    Jacob M. Faircloth at jacob@bfolegal.com; (3) by contacting the Office of the Clerk
26  of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102; and/or (4) from
    the Debtors' notice and claims agent, Prime Clerk, LLC, at
27  https://restructuring.primeclerk.com/pge or by calling (844)339-4217 (toll free) for
    U.S.-based parties; or +1 (929)333-8977 for International parties or by email at:
28  pgeinfo@primeclerk.com.**
         Please note that the hearing will not be conducted in the presiding Judge's

NOTICE OF HEARING ON MOTION TO ALLOW/DEEM TIMELY LATE FILING OF ERIC VAZQUEZ,
EUNICE RUIZ-VAZQUEZ, SOFIA VAZQUEZ, EUNICE VAZQUEZ, AND ANDREA VAZQUEZ Page 1
of 3

Case: 19-30088    Doc# 12868    Filed: 09/24/22    Entered: 09/24/22 14:31:04    Page 1

1 courtroom, but instead will be conducted by telephone or via Zoom.

2 If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, then you or your attorney should file with the Court a written opposition to the Motion on or before September 14, 2022, and attend the hearing

3 scheduled to be held on Tuesday, September 28, 2022, at 10:00 a.m., via ZOOM or Courtcall.

4 All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19

5 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to

6 appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

7 If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion and may enter an order granting the Motion by default.

8
Dated: August 24, 2022                BLUESTONE FAIRCLOTH & OLSON, LLP
9
                                      */S/ Jacob M. Faircloth*
10                              By: _____
                                      Jacob M. Faircloth
11                                    ATTORNEYS FOR MOVANTS

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's filing system.

DATED: August 24, 2022 /S/ Jacob M. Faircloth

By_____

Jacob M. Faircloth