August 22, 2022
Debtor: PG&E Corporation
Case No. 19-30088

FILED
AUG 2 4 2022 BC
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

To: The United States Bankruptcy Court

I, Nikola Kangrga and Ashley Blank
both represent ourselves and our minor children regarding debtor PG&E Corporation, Case No. 19-30088. We recently filed a claim through the Fire Victim Trust. They stated that in order to move forward we would need to "Obtain Relief from the Bankruptcy Court to file a late claim".

We would like to motion the Bankruptcy Court and make a statement as to why we are filing a late claim, in the hopes, we will be granted the relief for a late claim, so, we can move forward with Fire Victims Trust.

My family and I were affected by the Tubbs/North Bay Fires. We were never made aware that we would be eligible to file a claim against PG&E. We never received any information stating that PG&E would be held accountable and would be settling with the victims or that there was a class action suit in motion. We assumed, if there was a case, that, the County of Sonoma or PG&E would inform their citizens in an appropriate manner. We never received a letter, email or phone call, stating that we would be eligible or that we could file a claim. It wasn't until a family friend recently informed us that there was a case against PG&E and that we could be eligible. That is when we went forward with Kroll and the Fire Victim Trust.

We also attribute our lack of knowledge regarding this case and our late claim against PG&E Corporation, due to Covid-19. We understand a lot of communications and businesses were put on hold during that time and may have attributed to our lack of communication and understanding of this case.

We are providing our statement below, so that you can see we are victims of the Tubbs/North Bay fires that were caused by PG&E's faulty equipment.

The night of October 8th, 2017 (the night of the Tubbs fire), we were awakened by a phone call from a family member telling us we needed to "evacuate now". We had no idea there was a fire. Most of Sonoma County did not know until it was too late. We walked outside and saw all our neighbors packing their belongings. The air was thick with smoke and ash. We could see flames and embers were floating in the sky. There was sheer panic in our neighborhood. We immediately started to pack what we could fit into our cars. We woke up our two daughters and explained the situation. They were both terrified. We decided to evacuate to my Mother in Laws, Jill Christensen, In Redwood Valley, on October 8th. The drive was terrifying as the hills were on fire along the freeway and embers were floating in the sky. Our daughters, ages 6 and 3 at the time, cried the entire drive. It was a terrifying situation. We were almost out of gas, all the lines were hours long and most gas stations were closed. The gas

station attendant told us they would run out of gas or shut down by the time it was our turn to pump. We were scared we would run out of gas and thought we would be stuck on the side of the road, where the fire could get to us. Luckily, the four of us made it to my Mother in laws. We stayed for 3 nights on the floor. Her house only has one bedroom. At the time, there was also a fire in Redwood Valley, (The Complex Fire), also caused by faulty PG&E equipment. We were not able to escape the smoke or danger there either. Eventually, the complex fire came so close to my Mother in Laws house, that she had a mandatory evacuation issued. We had no where else to go. So we returned home on 10/11/2017 to 8543 Planetree Drive, Windsor, CA. We then sheltered in place until the fires were over.

Our power was out. We had ash and soot all over our home and yard. There were still embers floating in the sky and would land in our yard, we kept watering our yard and property to prevent new fires from starting. Our house was so filled with smoke that we couldn't breath. We had headaches, sore throats, coughs and dizziness from the smoke. We went store to store looking for air purifiers and eventually found some, which didn't help much. We didn't sleep. We would stay up at night to make sure the fire did not enter our neighborhood or that an ember didn't start a new fire. This went on for two/three weeks. We had to throw away countless bags of clothing, bedding, stuffed animals etc... No matter how many times we washed them, we could not get the smoke smell out. We had to have our carpets professionally cleaned. We spent days washing our walls, furniture and hard surfaces. We could not get the smoke smell to go away.

Our daughters schools were cancelled for the rest of October. We missed weeks of work and lost wages.

Needless to say, we were all traumatized by this event. It was horrific for the children and ourselves to experience. The long lasting psychological damage is devastating. Every time we smell smoke we panic. Everytime a nixle alert goes off, my kids ask if our house is going to burn down or if we need to evacuate. Our kids are scared to go to school, in case a fire starts and we aren't there. We all have PTSD from the North bay fires. We have bags packed at all times in case we have to evacuate. We have had to raise our rental insurance in case of a fire because of PG&E's faulty equipment. This fire has impacted all our lives and I consider ourselves victims of the 2017 Tubbs/North Bay Fires due to PG&E's negligence.

Thank you for your time and consideration. I hope this statement helps in providing the correct information that you need. If it does not, please contact us so we can provide it.

We have filed 4 claims. One for myself, Nikola Kangrga, Ashley Blank (Partner's but not legally married) our minor children, Emma Kangrga and Nika Kangrga. All of which resided at the address listed during the Fires.

Sincerely,

*Nikola Kangrga*

Nikola Kangrga (FVT Claim # 108661)

Ashley Blank (FVT Claim # 108619)
*a.blank*

Parents of Emma and Nika Kangrga.

Nika Kangrga (FVT Claim # 1091235)

Emma Kangrga (has not been issued a Claim number as of yet, FVT said they are working on it and her and Nika are both attached to Ashley Blanks Claim).

Contact Information:
8543 Planetree Drive
Windsor, CA 95492

Nickash2011@gmail.com

(707) 570-9378



Ashley M. Blank
8543 Planetree Dr.
Windsor, CA 95492.

**RECEIVED**
AUG 24 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

United States Bankruptcy Court
450 Golden Gate Ave.
Mail Box 36099
San Francisco, CA 94102
Attn: Intake Counter