1   BROWN RUDNICK LLP
    Joel S. Miliband (SBN 077438)
2   (JMiliband@brownrudnick.com)
    2211 Michelson Drive, Seventh Floor
3   Irvine, California 92612
    Telephone:   (949) 752-7100
4   Facsimile:   (949) 252-1514

5   BROWN RUDNICK LLP
    David J. Molton (SBN 262075)
6   (DMolton@brownrudnick.com)
    Eric R. Goodman (admitted *pro hac vice*)
7   (EGoodman@brownrudnick.com)
    Seven Times Square
8   New York, New York 10036
    Telephone:   (212) 209-4800
9   Facsimile:   (212) 209-4801

10  *Attorneys for Fire Victim Trustee*

11              **UNITED STATES BANKRUPTCY COURT**

12          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13                  **SAN FRANCISCO DIVISION**

14

15  | **In re:** | Bankruptcy Case No. 3:19-bk-030088 DM |

16  **PG&E CORPORATION,**                    Chapter 11

17              -and-                         (Lead Case)

18  **PACIFIC GAS AND ELECTRIC**             (Jointly Administered)
    **COMPANY,**
19                                           **CERTIFICATE OF SERVICE**
                **Debtors.**
20
    ☐ **Affects PG&E Corporation**
21  ☐ **Affects Pacific Gas and Electric**
    **Company**
22  ☒ **Affects both Debtors**

23  *All papers shall be filed in the Lead Case,*
    *No. 19-30088 (DM).*
24

25  / / /

26  / / /

27  / / /

28  / / /

1  STATE OF CALIFORNIA    )
                          )
2  COUNTY OF ORANGE       )

3

4      I am over the age of 18 and not a party to the above-entitled action.  My business address
   is Brown Rudnick LLP, 2211 Michaelson Drive, Seventh Floor, Irvine, CA 92612.
5
6          On August 24, 2022, at my place of business, I served a true and correct copy of the
   following document(s):

7      **MOTION OF THE FIRE VICTIM TRUSTEE TO FILE REDACTED
       VERSIONS OF CERTAIN RETENTION AGREEMENTS UNTIL
8      LITIGATION RELATED TO SUCH RETENTION AGREEMENTS IS
       FINALLY RESOLVED**
9
       **DECLARATION OF CATHY YANNI IN SUPPORT OF MOTION OF THE
10     FIRE VICTIM TRUSTEE TO FILE REDACTED COPIES OF CERTAIN
       RETENTION AGREEMENTS**
11
       **REDACTED DOCUMENTS TO MOTION OF THE FIRE VICTIM
12     TRUSTEE TO FILE REDACTED VERSIONS OF CERTAIN RETENTION
       AGREEMENTS UNTIL LITIGATION RELATED TO SUCH RETENTION
13     AGREEMENTS IS FINALLY RESOLVED**

14 in the manner indicated below:

15     ■      BY ELECTRONIC FILING said document(s) and transmission of the Notification
   of Election Filing by the Clerk to a Registered Participant(s), addressed as follows:
16
                          **SEE ATTACHED SERVICE LIST**
17
18     ■      SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE
   TRANSMISSION OR EMAIL (state method for each person or entity served): Pursuant to
   F.R.Civ.P. 5 and/or controlling LBR, on (date) August 24, 2022, I served the following persons
19 and/or entities by personal delivery, overnight mail service, or (for those who consented in writing
   to such service method), by facsimile transmission and/or email as follows.  Listing the judge here
20 constitutes a declaration that personal delivery on, or overnight mail to, the judge will be
   completed no later than 24 hours after the document is filed.
21
22     ■      SERVED BY UNITED STATES MAIL - I served the following persons and/or
   entities at the last known addresses in this proceeding by placing a true and correct copy thereof in
   a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows:
23
24                        **SEE ATTACHED SERVICE LIST**

25

| | |
|---|---|
| Dated:  August 24, 2022 | _Jeannie Mendez_ |
| | Jeannie Mendez |

26

27

28

| | |
|---|---|
| 1 | **SERVED VIA ELECTRONIC SERVICE (ECF)** |

| | | |
|---|---|---|
| 2 | Elliot Adler | eadler@theadlerfirm.com, bzummer@theadlerfirm.com |
| 3 | Aaron L. Agenbroad | alagenbroad@jonesday.com, saltamirano@jonesday.com |
| | Gabrielle L. Albert | galbert@kbkllp.com |
| 4 | Annadel A. Almendras | annadel.almendras@doj.ca.gov |
| | Destiny N. Almogue | Destiny.Almogue@skadden.com, wendy.lamanna@skadden.com |
| 5 | Monique D. Almy | malmy@crowell.com |
| | Anne Andrews | aa@andrewsthornton.com, aandrews@andrewsthornton.com |
| 6 | Philip Anker | philip.anker@wilmerhale.com, whdocketing@wilmerhale.com |
| 7 | Richard L. Antognini | rlalawyer@yahoo.com, hallonaegis@gmail.com |
| | Tyson Arbuthnot | tarbuthnot@rjo.com, jyeung@rjo.com |
| 8 | Lauren T. Attard | lattard@bakerlaw.com, agrosso@bakerlaw.com |
| | Herb Baer | hbaer@primeclerk.com, ecf@primeclerk.com |
| 9 | Kathryn E. Barrett | keb@svlg.com, amt@svlg.com |
| 10 | Chris Bator | cbator@bakerlaw.com, jmcguigan@bakerlaw.com |
| | Ronald S. Beacher | rbeacher@pryorcashman.com |
| 11 | Hagop T. Bedoyan | hbedoyan@kleinlaw.com, ecf@kleinlaw.com |
| | Andrew David Behlmann | abehlmann@lowenstein.com, elawler@lowenstein.com |
| 12 | Tanya Behnam | tbehnam@polsinelli.com, ladocketing@polsinelli.com |
| | James C. Behrens | jbehrens@milbank.com, mkoch@milbank.com |
| 13 | Jacob Taylor Beiswenger | jbeiswenger@omm.com, llattin@omm.com |
| 14 | Peter J. Benvenutti | pbenvenutti@kbkllp.com |
| | Robert Berens | rberens@smtdlaw.com, sr@smtdlaw.com |
| 15 | Ronald F. Berestka | rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com |
| | Christian Paul Binder | chris@bindermalter.com, cbinder@bindermalter.com |
| 16 | Heinz Binder | heinz@bindermalter.com |
| | Jared D. Bissell | jared.bissell@troutman.com |
| 17 | Jason Blumberg | jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov |
| | Richard Bodnar | rbodnar@rksllp.com |
| 18 | Melissa Boey | melissa.boey@morganlewis.com |
| 19 | Paige Boldt | pboldt@wattsguerra.com, cwilson@wattsguerra.com |
| | Jason Borg | jborg@jasonborglaw.com |
| 20 | Evan C. Borges | eborges@ggtriallaw.com, cwinsten@ggtriallaw.com |
| | Mark Bostick | mbostick@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com |
| 21 | James L. Bothwell | jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com |
| 22 | Peter R. Boutin | peter.boutin@kyl.com, lara.joel@kyl.com |
| | Erin N. Brady | erin.brady@hoganlovells.com |
| 23 | Lee Brand | lee.brand@pillsburylaw.com, docket@pillsburylaw.com |
| | Gregory A. Bray | gbray@milbank.com |
| 24 | Michael D. Breslauer | mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com |
| | W. Steven Bryant | , molly.batiste-debose@lockelord.com |
| 25 | Chane Buck | cbuck@jonesday.com |
| 26 | Kathlene Burke | kathlene.burke@skadden.com, burke.kathlene@gmail.com |
| | Frank Busch | busch@wvbrlaw.com, pallister@wvbrlaw.com |
| 27 | | |
| 28 | | |

| | |
|---|---|
| Elizabeth J. Cabraser | ecabraser@lchb.com, awolf@lchb.com |
| Anthony P. Cali | anthony.cali@stinson.com, lindsay.petrowski@stinson.com |
| Peter C. Califano | pcalifano@cwclaw.com |
| Steven M. Campora | scampora@dbbwc.com, nlechuga@dbbwc.com |
| Leah E. Capritta | Leah.Capritta@hklaw.com, reena.kaur@hklaw.com |
| Nicholas A. Carlin | nac@phillaw.com, rac@phillaw.com |
| Katherine Rose Catanese | kcatanese@foley.com |
| Matthew Cave | mcave@kfc.law |
| Barry A. Chatz | barry.chatz@saul.com, barry.chatz@gmail.com |
| Karen J. Chedister | kchedister@h-jlaw.com |
| Christina Lin Chen | christina.chen@morganlewis.com, christina.lin.chen@gmail.com |
| Richard A. Chesley | richard.chesley@dlapiper.com, bill.countryman@dlapiper.com |
| Kevin Chiu | kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com |
| Jacquelyn H. Choi | jacquelyn.choi@rimonlaw.com, docketing@rimonlaw.com |
| Shawn M. Christianson | schristianson@buchalter.com |
| Robert N.H. Christmas | rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com |
| Jae Angela Chun | ajc@chun.law, teresa@tosdallaw.com |
| Gerard T. Cicero | GCicero@brownrudnick.com, NKhalatova@brownrudnick.com |
| Louis J. Cisz | lcisz@nixonpeabody.com |
| Valerie E. Clemen | , mcarter@coombslaw.com |
| Alicia Clough | aclough@loeb.com |
| Tiffany Strelow Cobb | tscobb@vorys.com |
| John B. Coffman | john@johncoffman.net |
| Kevin G. Collins | kevin.collins@btlaw.com |
| Brian S. Conlon | bsc@phillaw.com, rac@phillaw.com |
| Charles Cording | ccording@willkie.com, mao@willkie.com |
| Manuel Corrales | mannycorrales@yahoo.com, hcskanchy@hotmail.com |
| Anne Costin | anne@costinlawfirm.com |
| Christopher J. Cox | chris.cox@hoganlovells.com |
| Donald H. Cram | dhc@severson.com |
| Ashley Vinson Crawford | avcrawford@akingump.com, dkrasa-berstell@akingump.com |
| Douglas S. Crosno | douglas.crosno@hoganlovells.com |
| Andrea Crowl | acrowl@dbbwc.com |
| J. Russell Cunningham | rcunningham@dnlc.net, emehr@dnlc.net |
| Keith J. Cunningham | , rkelley@pierceatwood.com |
| James D. Curran | jcurran@wolkincurran.com, dstorms@wolkincurran.com |
| Tambra Curtis | tambra.curtis@sonoma-county.org, Megan.Sweeley@sonoma-county.org |
| Stacy A. Dasaro | sdasaro@goodwinlaw.com |
| James M. Davis | jdavis@cglaw.com |
| Nicolas De Lancie | ndelancie@jmbm.com |

| | |
|---|---|
| Judith A. Descalso | , jad_9193@ecf.courtdrive.com |
| Andrew G. Devore | andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com |
| Erin Elizabeth Dexter | edexter@milbank.com |
| Shounak S. Dharap | ssd@arnslaw.com, mec@arnslaw.com |
| Kathryn S. Diemer | kdiemer@diemerwei.com |
| Kathryn S. Diemer | kdiemer@diemerwhitman.com |
| John P. Dillman | houston_bankruptcy@publicans.com |
| Caroline R. Djang | cdjang@buchalter.com, Laurie.Verstegen@bbklaw.com |
| Krystal Dong | ykdong@gmail.com |
| Jonathan R. Doolittle | jonathan.doolittle@pillsburylaw.com |
| Jonathan R. Doolittle | jdoolittle@reedsmith.com |
| Jennifer V. Doran | jdoran@hinckleyallen.com |
| Dustin M. Dow | ddow@bakerlaw.com, jmcguigan@bakerlaw.com |
| Jamie P. Dreher | jdreher@downeybrand.com |
| Todd Dressel | tdressel@mcguirewoods.com, jtabisaura@mcguirewoods.com |
| Geoffrey B. Dryvynsyde | gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov |
| Jeffrey Aaron Dubbin | jdubbin@labaton.com, echan-lee@labaton.com |
| Matthew Ducharme | matthew.ducharme@hoganlovells.com, tracy.southwell@hoganlovells.com |
| Cecily Ann Dumas | cdumas@bakerlaw.com, hhammonturano@bakerlaw.com |
| Dennis F. Dunne | cprice@milbank.com, jbrewster@milbank.com |
| Dennis F. Dunne | ddunne@milbank.com, jbrewster@milbank.com |
| Huonganh Annie Duong | annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com |
| Luke N. Eaton | eatonl@pepperlaw.com, monugiac@pepperlaw.com |
| Daniel G. Egan | daniel.egan@ropesgray.com, nova.alindogan@ropesgray.com |
| Joseph A. Eisenberg | JAE1900@yahoo.com |
| Michele Ellison | mellison@gibbsgiden.com, lrochelle@gibbsgiden.com |
| David Emerzian | , Melany.Hertel@mccormickbarstow.com |
| G. Larry Engel | larry@engeladvice.com |
| Krista M. Enns | kenns@beneschlaw.com |
| Scott Esbin | sesbin@esbinalter.com |
| Joseph M. Esmont | jesmont@bakerlaw.com |
| Michael P. Esser | michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com |
| Richard W. Esterkin | richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com |
| Michael S. Etkin | metkin@lowenstein.com |
| Jacob M. Faircloth | jacob@bfolegal.com |
| Brett D. Fallon | bfallon@morrisjames.com, wweller@morrisjames.com |
| Michael C. Fallon | , manders@fallonlaw.net |
| Joana Fang | jf@kbklawyers.com, icd@kbklawyers.com |

## SERVED VIA ELECTRONIC SERVICE (ECF) (CON'T)

| | |
|---|---|
| Joseph Kyle Feist | jfeistesq@gmail.com, info@norcallawgroup.net |
| David M. Feldman | DFeldman@gibsondunn.com |
| Matthew A. Feldman | mfeldman@willkie.com |
| Jennifer Feldsher | jennifer.feldsher@morganlewis.com |
| Mark E. Felger | mfelger@cozen.com |
| James J. Ficenec | James.Ficenec@ndlf.com |
| John D. Fiero | jfiero@pszjlaw.com, ocarpio@pszjlaw.com |
| Kimberly S. Fineman | kfineman@fhlawllp.com |
| Stephen D. Finestone | sfinestone@fhlawllp.com |
| Timothy M. Flaherty | tflaherty@mpplaw.com |
| Daniel I. Forman | dforman@willkie.com |
| Matthew Hampton Foushee | hampton.foushee@hoganlovells.com, hfoushee@gmail.com |
| Carolyn Frederick | cfrederick@prklaw.com |
| Peter Friedman | pfriedman@omm.com |
| Roger F. Friedman | rfriedman@rutan.com, csolorzano@rutan.com |
| Xiyi Fu | jackie.fu@lockelord.com, taylor.warren@lockelord.com |
| Lars H. Fuller | lfuller@bakerlaw.com |
| Thomas M. Gaa | tgaa@bbslaw.com |
| Larry W. Gabriel | , nfields@bg.law |
| Gregg M. Galardi | gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com |
| Craig Solomon Ganz | ganzc@ballardspahr.com, hartt@ballardspahr.com |
| Jeffrey K. Garfinkle | jgarfinkle@buchalter.com |
| Oscar Garza | ogarza@thegarzafirm.com |
| Lisa S. Gast | lsg@dwgp.com, lmk@dwgp.com |
| Paul R. Gaus | pgaus@downeybrand.com |
| Duane M. Geck | dmg@severson.com |
| Evelina Gentry | evelina.gentry@akerman.com |
| Janet D. Gertz | jgertz@btlaw.com |
| Christopher Gessner | cgessner@akingump.com, NYMCO@akingump.com |
| R. Dale Ginter | dginter@downeybrand.com |
| Jon T. Givens | givensjt@gmail.com, cwilson@wattsguerra.com |
| Barry S. Glaser | bglaser@salvatoboufadel.com |
| Paul R. Glassman | pglassman@sycr.com |
| Gabriel I. Glazer | gglazer@pszjlaw.com |
| Gabrielle Glemann | gabrielle.glemann@stoel.com, rene.alvin@stoel.com |
| Jaime Godin | Jtouchstone@fddcm.com |
| Matthew A. Gold | courts@argopartners.net |
| Eric D. Goldberg | eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| Craig Goldblatt | Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com |
| Amy L. Goldman | goldman@lbbslaw.com |
| Eric S. Goldstein | egoldstein@goodwin.com |
| Rhonda Stewart Goldstein | Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu |

| | |
|---|---|
| Richard H. Golubow | rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com |
| Michael J. Gomez | mgomez@frandzel.com, dmoore@frandzel.com |
| Eric R. Goodman | egoodman@bakerlaw.com |
| Michael R. Goodstein | mgoodstein@baileycav.com |
| Mark A. Gorton | mgorton@boutinjones.com, cdomingo@boutinjones.com |
| Mark A. Gorton | mgorton@boutininc.com, cdomingo@boutinjones.com |
| Michael I. Gottfried | mgottfried@elkinskalt.com, AAburto@elkinskalt.com |
| Louis Gottlieb | Lgottlieb@labaton.com, mpenrhyn@labaton.com |
| Elizabeth Graham | egraham@gelaw.com |
| Jason J. Granskog | jgranskog@bowlesverna.com, tohl@bowlesverna.com |
| Eric A. Grasberger | eric.grasberger@stoel.com, docketclerk@stoel.com |
| Debra I. Grassgreen | , hphan@pszjlaw.com |
| Debra I. Grassgreen | dgrassgreen@pszjlaw.com, hphan@pszjlaw.com |
| Eric A. Gravink | eric@rhrc.net |
| Elizabeth A. Green | egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com |
| Tracy Green | tgreen@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com |
| Alan Greenberg | agreenberg@ggtriallaw.com |
| Mitchell B. Greenberg | mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com |
| Brian Gregory | b.gregory@veenfirm.com, EL.Team@Veenfirm.com |
| Susan Sieger Grimm | SSieger-Grimm@brownrudnick.com, NKhalatova@brownrudnick.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com |
| Stuart G. Gross | sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com |
| Carl L. Grumer | cgrumer@manatt.com, mchung@manatt.com |
| David Matthew Guess | dguess@buchalter.com |
| Elizabeth M. Guffy | eguffy@lockelord.com, autodocket@lockelord.com |
| Lloyd C. Guintivano | anitag@co.lake.ca.us, lloydg@co.lake.ca.us |
| Cameron M. Gulden | cameron.m.gulden@usdoj.gov |
| Mirco J. Haag | mhaag@buchalter.com, dcyrankowski@buchalter.com |
| Laurie Hager | lhager@sussmanshank.com |
| J. Noah Hagey | hagey@braunhagey.com, tong@braunhagey.com |
| Oren Buchanan Haker | oren.haker@stoel.com, rene.alvin@stoel.com |
| Michael Hampson | mhampson@rksllp.com |
| Kristopher M. Hansen | dmohamed@stroock.com, mmagzamen@stroock.com |
| Jay Harker | jharker@clausen.com, mgenova@clausen.com |
| Joseph George Harraka | jgharraka@becker.legal |
| Adam C. Harris | adam.harris@srz.com |
| Robert G. Harris | rob@bindermalter.com |
| Christopher H. Hart | chart@nutihart.com, nwhite@nutihart.com |
| Bryan L. Hawkins | bryan.hawkins@stoel.com, Sharon.witkin@stoel.com |
| Jennifer C. Hayes | jhayes@fhlawllp.com |
| Geoffrey A. Heaton | gheaton@duanemorris.com, dmicros@duanemorris.com |

| | |
|---|---|
| Michael C. Hefter | michael.hefter@hoganlovells.com, tracy.southwell@hoganlovells.com |
| Alaina R. Heine | alaina.heine@dechert.com, brett.stone@dechert.com |
| Matthew Henderson | matthew.henderson@msrlegal.com, karen.wigylus@msrlegal.com |
| Samy Saad Henein | samyhenein@aol.com, mh@suppalaw.com |
| Stephen E. Hessler, P.C. | , jozette.chong@kirkland.com |
| Matthew Heyn | matthew.heyn@doj.ca.gov |
| Sean T. Higgins | aandrews@andrewsthornton.com, shiggins@andrewsthornton.com |
| James P. Hill | hill@sullivanhill.com, bkstaff@sullivanhill.com |
| Morgan R. Hirst | mhirst@jonesday.com, mmelvin@jonesday.com |
| Michael R. Hogue | hoguem@gtlaw.com, navarrom@gtlaw.com |
| David Holtzman | david.holtzman@hklaw.com |
| Alexandra S. Horwitz | allie.horwitz@dinsmore.com |
| Marsha Houston | mhouston@reedsmith.com, hvalencia@reedsmith.com |
| Linda Wendell Hsu | lhsu@selmanlaw.com, psmith@selmanlaw.com |
| Shane Huang | shane.huang@usdoj.gov |
| Brian D. Huben | hubenb@ballardspahr.com, carolod@ballardspahr.com |
| Kelly L. Huey | khuey@burkeandkesslerlaw.com |
| Christopher Hughes | chughes@nossaman.com |
| Jonathan Hughes | , jane.rustice@aporter.com |
| Edward R. Huguenin | ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com |
| Michael A. Isaacs | misaacs@rinconlawllp.com, aworthing@rinconlawllp.com |
| Mark V. Isola | misola@brotherssmithlaw.com |
| J. Eric Ivester | Eric.Ivester@skadden.com, Andrea.Bates@skadden.com |
| J. Eric Ivester | , Andrea.Bates@skadden.com |
| Lawrence A. Jacobson | laj@cohenandjacobson.com, mcycle48@gmail.com |
| Kizzy L. Jarashow | KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com |
| Ivan C. Jen | ivan@icjenlaw.com |
| Amanda Jereige | AJereige@winston.com, amanda-jereige-5954@ecf.pacerpro.com |
| Monique Jewett-Brewster | mjb@hopkinscarley.com, eamaro@hopkinscarley.com |
| James O. Johnston | jjohnston@jonesday.com |
| Chris Johnstone | chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com |
| Andrew Jones | andrew@ajoneslaw.com |
| Gregory K. Jones | GJones@dykema.com, cacossano@dykema.com |
| John L. Jones | JJones@chwlaw.us, JLJones2@outlook.com |
| Robert A. Julian | rjulian@bakerlaw.com, hhammonturano@bakerlaw.com |
| George H. Kalikman | , sdavenport@schnader.com |
| Roberto J. Kampfner | rkampfner@whitecase.com, mco@whitecase.com |
| Bonnie E. Kane | bonnie@thekanelawfirm.com, skane@thekanelawfirm.com |
| Eve H. Karasik | ehk@lnbyb.com |
| Michael G. Kasolas | trustee@kasolas.net, ecf.alert+Kasolas@titlexi.com |

| | |
|---|---|
| Elyssa S. Kates | ekates@bakerlaw.com |
| Ori Katz | okatz@sheppardmullin.com, LSegura@sheppardmullin.com |
| William M. Kaufman | wkaufman@smwb.com, eschneider@smwb.com |
| Jane G. Kearl | jkearl@watttieder.com, jbenton@watttieder.com |
| Tobias S. Keller | tkeller@kbkllp.com |
| Lynette C. Kelly | ustpregion17.oa.ecf@usdoj.gov |
| Sarah Elisabeth Kelly-Kilgore | skellykilgore@ggtriallaw.com, dvultaggio@ggtriallaw.com |
| Matthew K. Kelsey | mkelsey@gibsondunn.com |
| Gerald P. Kennedy | gerald.kennedy@procopio.com, kristina.terlaga@procopio.com |
| Erica L. Kerman | ekerman@willkie.com |
| Samuel A. Khalil | skhalil@milbank.com, jbrewster@milbank.com |
| Samuel M. Kidder | skidder@ktbslaw.com |
| Marc Kieselstein | , carrie.oppenheim@kirkland.com |
| Jane Kim | jkim@kbkllp.com |
| Mary H. Kim | Mary.Kim@dechert.com, brett.stone@dechert.com |
| Susan E. Kirkgaard | , carlyn.jorgensen@bullivant.com |
| Kody D. L. Kleber | kkleber@bakerlaw.com, dmartinez@bakerlaw.com |
| Matthew Ryan Klinger | mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com |
| Bradley C. Knapp | bknapp@lockelord.com, Yamille.Harrison@lockelord.com |
| Kelly V. Knight | kelly.knight@srz.com |
| Lydia Vanessa Ko | Lvko@stonelawoffice.com |
| Thomas F. Koegel | tkoegel@crowell.com |
| Katherine Kohn | kkohn@groom.com, ashahinllari@groom.com |
| Andy S. Kong | kong.andy@arentfox.com, Yvonne.Li@arentfox.com |
| Anna Kordas | akordas@jonesday.com, mmelvin@jonesday.com |
| Alan W. Kornberg | , akornberg@paulweiss.com |
| Bernard Kornberg | bernard.kornberg@practus.com |
| David I. Kornbluh | dkombluh@venturahersey.com, jpatterson@venturahersey.com |
| Lauren Kramer | lkramer@rjo.com |
| Marc Kramer | mkramer@rksllp.com |
| Jeffrey C. Krause | jkrause@gibsondunn.com |
| Thomas R. Kreller | tkreller@milbank.com |
| Lindsey E. Kress | lkress@lockelord.com, autodocket@lockelord.com |
| Hannah C. Kreuser | hkreuser@porterlaw.com, ooberg@porterlaw.com |
| Kevin Kroll | kkroll@kfc.law |
| Michael Thomas Krueger | michael.krueger@ndlf.com, Havilyn.lee@ndlf.com |
| Marek P. Krzyzowski | MKrzyzowski@brownrudnick.com, SCalderon@brownrudnick.com |
| Robert T. Kugler | robert.kugler@stinson.com |
| Duane Kumagai | dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com |
| Brendan M. Kunkle | bkunkle@abbeylaw.com, lmeyer@abbeylaw.com |
| Alisa C. Lacey | alisa.lacey@stinson.com, karen.graves@stinson.com |

| | |
|---|---|
| Timothy S. Laffredi | timothy.s.laffredi@usdoj.gov |
| Timothy S. Laffredi | timothy.s.laffredi@usdoj.gov |
| Richard A. Lapping | rich@trodellalapping.com |
| Omeed Latifi | olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com |
| John E. Lattin | jlattin@ostergar.com, cslovenec@ostergar.com |
| Paul J. Laurin | plaurin@btlaw.com, slmoore@btlaw.com |
| Michael Lauter | mlauter@sheppardmullin.com |
| Kenneth T. Law | klaw@bbslaw.com |
| Francis J. Lawall | francis.lawall@troutman.com, susan.henry@troutman.com |
| Andrew Michael Leblanc | ALeblanc@milbank.com |
| Erica Lee | Erica.Lee@doj.ca.gov |
| Scott Lee | scott.lee@lewisbrisbois.com, |
| | monique.talamante@lewisbrisbois.com |
| Paul J. Leeds | Pleeds@fsl.law |
| Edward J. Leen | eleen@mkbllp.com |
| Lisa Lenherr | llenherr@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com |
| Matthew A. Lesnick | matt@lesnickprince.com, jmack@lesnickprince.com |
| Bryn G. Letsch | bletsch@braytonlaw.com |
| David B. Levant | david.levant@stoel.com, rene.alvin@stoel.com |
| Andrew H. Levin | alevin@wcghlaw.com |
| Emily Sarah Levin | elevin@levinlawgroupplc.com |
| David Levine | dnl@groom.com |
| Marc A. Levinson | Malevinson@orrick.com, casestream@ecf.courtdrive.com |
| Dara Levinson Silveira | dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com |
| Alexander James Demitro Lewicki | kdiemer@diemerwei.com |
| Alexander James Demitro Lewicki | alewicki@diemerwei.com |
| Lauren Lifland | lauren.lifland@wilmerhale.com, whdocketing@wilmerhale.com |
| William S. Lisa | , jcaruso@nixonpeabody.com |
| William S. Lisa | wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com |
| Jonathan A. Loeb | jon.loeb@bingham.com |
| Michael B. Lubic | michael.lubic@klgates.com |
| John William Lucas | , ocarpio@pszjlaw.com |
| Joseph R. Lucia | PersonalInjuryGroup@RLSlawyers.com |
| Jane Luciano | jane-luciano@comcast.net |
| Kerri Lyman | klyman@irell.com, #-FirmPSDocketing@Steptoe.com |
| John H. MacConaghy | macclaw@macbarlaw.com, smansour@macbarlaw.com; kmuller@macbarlaw.com |
| Iain A. Macdonald | imac@macfern.com, 6824376420@filings.docketbird.com |
| Malcolm A. Mackenzie | mmackenzie@coombslaw.com, vclemen@coombslaw.com |
| Tracy L. Mainguy | tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net |
| Samuel R. Maizel | samuel.maizel@dentons.com, alicia.aguilar@dentons.com |

| | |
|---|---|
| Adam Malatesta | adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com |
| Katharine Malone | malonek@gtlaw.com |
| Liam K. Malone | malone@oles.com, shahin@oles.com |
| Michael W. Malter | michael@bindermalter.com |
| Ankur Mandhania | amandhania@mayerbrown.com |
| Craig Margulies | cmargulies@margulies-law.com, lsalazar@margulies-law.com |
| Geoffrey E. Marr | gemarr59@hotmail.com |
| Richard A. Marshack | rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com |
| Catherine Martin | cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com |
| Laila Masud | lmasud@marshackhays.com, lmasud@ecf.courtdrive.com |
| David P. Matthews | jrhoades@thematthewslawfirm.com, |
| | aharrison@thematthewslawfirm.com |
| Patrick C. Maxcy | patrick.maxcy@snrdenton.com |
| Simon Richard Mayer | simon.mayer@lockelord.com, Rellis@lockelord.com |
| James J. Mazza | james.mazza@skadden.com, wendy.lamanna@skadden.com |
| Benjamin P. McCallen | bmccallen@willkie.com |
| C. Luckey McDowell | luckey.mcdowell@shearman.com |
| Matthew D. McGill | MMcGill@gibsondunn.com |
| Melissa C. McLaughlin | mcmclaughlin@venable.com, ataylor@venable.com |
| Edward Joseph McNeilly | edward.mcneilly@hoganlovells.com, |
| | verbon.davenport@hoganlovells.com |
| Scott H. McNutt | SMcNutt@ml-sf.com, csnell@ml-sf.com |
| Thomas Melone | Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com |
| Peter Meringolo | peter@pmrklaw.com |
| Frank A. Merola | lacalendar@stroock.com, mmagzamen@stroock.com |
| Jennifer L. Mersing | jennifer.mersing@stoel.com, lisa.petras@stoel.com |
| Joshua M. Mester | jmester@jonesday.com |
| Matthew D. Metzger | belvederelegalecf@gmail.com, |
| | 8450177420@filings.docketbird.com |
| Merle C. Meyers | mmeyers@mlg-pc.com |
| Randy Michelson | randy.michelson@michelsonlawgroup.com |
| Gerardo Mijares-Shafai | Gerardo.Mijares-Shafai@arnoldporter.com, |
| | kenneth.anderson@arnoldporter.com |
| Joel S. Miliband | jmiliband@brownrudnick.com |
| John W. Mills | jmills@joneswalker.com |
| Joseph G. Minias | jminias@willkie.com |
| M. David Minnick | dminnick@pillsburylaw.com, docket@pillsburylaw.com |
| Benjamin Mintz | benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com |
| Nancy Mitchell | nmitchell@omm.com |
| Thomas C. Mitchell | tcmitchell@orrick.com, |
| | Dcmanagingattorneysoffice@ecf.courtdrive.com |
| John A. Moe | john.moe@dentons.com, glenda.spratt@dentons.com |

| | |
|---|---|
| Aaron J. Mohamed | ajm@brereton.law, aaronmohamedlaw@gmail.com |
| Kevin Montee | kmontee@monteeassociates.com |
| Christopher D. Moon | chris@moonlawapc.com, kevin@moonlawapc.com |
| David W. Moon | lacalendar@stroock.com, mmagzamen@stroock.com |
| Erika L. Morabito | emorabito@foley.com, hsiagiandraughn@foley.com |
| Candace J. Morey | cjm@cpuc.ca.gov |
| Courtney L. Morgan | morgan.courtney@pbgc.gov |
| Richard Morin | , 6863427420@filings.docketbird.com |
| Kimberly S. Morris | kmorris@bakerlaw.com, hhammonturano@bakerlaw.com |
| Rodney Allen Morris | Rodney.Morris2@usdoj.gov |
| Joshua D. Morse | Joshua.Morse@dlapiper.com, docket@pillsburylaw.com |
| Andrew H. Morton | andrew.morton@stoel.com, lisa.petras@stoel.com |
| Thomas G. Mouzes | tmouzes@boutininc.com |
| Thomas G. Mouzes | tmouzes@boutinjones.com |
| Peter S. Munoz | pmunoz@reedsmith.com, gsandoval@reedsmith.com |
| John Leland Murphree | LMurphree@maynardcooper.com, |
| | mshabpareh@maynardcooper.com |
| Bennett J. Murphy | bmurphy@bennettmurphylaw.com |
| Julie M. Murphy | jmmurphy@stradley.com |
| Michael S. Myers | myersm@ballardspahr.com |
| David L. Neale | dln@lnbyg.com |
| David Neier | dneier@winston.com |
| Brittany J. Nelson | bnelson@foley.com, hsiagiandraughn@foley.com |
| Michael S. Neumeister | MNeumeister@gibsondunn.com |
| Howard S. Nevins | hnevins@hsmlaw.com |
| Samuel A. Newman | sam.newman@sidley.com, laefilingnotice@sidley.com |
| Melissa T. Ngo | harris.melissa@pbgc.gov, efile@pbgc.gov |
| Mario R. Nicholas | mario.nicholas@stoel.com, ana.trask@stoel.com |
| Sean Nolan | snolan@akingump.com, NYMCO@akingump.com |
| Gregory C. Nuti | chart@nutihart.com, nwhite@nutihart.com |
| Abigail O'Brient | aobrient@mintz.com, docketing@mintz.com |
| Alicia D. O'Neill | aoneill@wattsguerra.com, cwilson@wattsguerra.com |
| Julie E. Oelsner | joelsner@weintraub.com, bjennings@weintraub.com |
| Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| Aron M. Oliner | roliner@duanemorris.com, dmicros@duanemorris.com |
| Matthew Jon Olson | matt@macfern.com, stell.laura@dorsey.com |
| Scott Olson | scott.olson@bclplaw.com |
| Steven M. Olson | steve@bfolegal.com |
| Aram Ordubegian | Ordubegian.Aram@ArentFox.com |
| Jose Antonio Ortiz | aortiz@jhwclaw.com |
| Keith C. Owens | kowens@foxrothschild.com, bclark@venable.com |
| Gabriel Ozel | , gabeozel@gmail.com |

| | |
|---|---|
| Amy S. Park | amy.park@skadden.com |
| Marissa Parker | mparker@stradley.com |
| Donna Taylor Parkinson | donna@parkinsonphinney.com |
| Peter S. Partee | ppartee@huntonak.com, candonian@huntonak.com |
| Paul J. Pascuzzi | ppascuzzi@ffwplaw.com, docket@ffwplaw.com |
| Kenneth Pasquale | , mlaskowski@stroock.com |
| Dow Wakefield Patten | dow@forthrightlaw.com |
| Larry Allan Peluso | pelusolaw@gmail.com, firm@pelusolaw.net |
| Valerie Bantner Peo | vbantnerpeo@buchalter.com |
| Yosef Peretz | , skim@peretzlaw.com |
| Christian A Pereyda | cpereyda@maynardcooper.com |
| Thomas R. Phinney | tom@parkinsonphinney.com |
| R. Alexander Pilmer | alexander.pilmer@kirkland.com, keith.catuara@kirkland.com |
| M. Ryan Pinkston | rpinkston@seyfarth.com, jmcdermott@seyfarth.com |
| Estela O. Pino | epino@epinolaw.com, rmahal@epinolaw.com |
| Gregory Plaskett | GREGORY.PLASKETT@GMAIL.COM |
| Mark D. Plevin | mplevin@crowell.com |
| Steven G. Polard | spolard@eisnerlaw.com, calendar-lao@ropers.com |
| Mark D. Poniatowski | ponlaw@ponlaw.com |
| Cara M. Porter | cara.porter@doj.ca.gov, rachel.patu@doj.ca.gov |
| Christopher E. Prince | cprince@lesnickprince.com |
| Douglas B. Provencher | dbp@provlaw.com |
| Amy C. Quartarolo | amy.quartarolo@lw.com |
| Lary Alan Rappaport | lrappaport@proskauer.com, PHays@proskauer.com |
| Justin E. Rawlins | justinrawlins@paulhastings.com |
| Hugh M. Ray | hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com |
| Paul F. Ready | smeyer@farmerandready.com |
| Caroline A. Reckler | caroline.reckler@lw.com |
| David M. Reeder | david@reederlaw.com, secretary@reederlaw.com |
| Scott Reents | sreents@cravath.com |
| Steven J. Reisman | sreisman@katten.com, nyc.bknotices@kattenlaw.com |
| Jeffrey M. Reisner | jreisner@irell.com, #-FirmPSDocketing@Steptoe.com |
| Jack A. Reitman | , srichmond@lgbfirm.com |
| Emily P. Rich | erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net |
| David J. Richardson | drichardson@bakerlaw.com, aagonzalez@bakerlaw.com |
| Christopher O. Rivas | crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| David B. Rivkin | drivkin@bakerlaw.com, jmeeks@bakerlaw.com |
| John R. Rizzardi | kcoselman@cairncross.com, tnguyen@cairncross.com |
| Daniel Robertson | robertson.daniel@pbgc.gov, efile@pbgc.gov |
| Michael Rogers | mrogers@lambertrogers.com, jan@lambertrogers.com |
| Lawrence M. Rolnick | lrolnick@rksllp.com |

| | |
|---|---|
| Christina Anne Romak | christina.romak@bakerbotts.com |
| Jorian L. Rose | jrose@bakerlaw.com |
| Laurence M. Rosen | lrosen@rosenlegal.com, zstanco@rosenlegal.com |
| Paul M. Rosenblatt | prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com |
| David A. Rosenzweig | david.rosenzweig@nortonrosefulbright.com |
| Jay M. Ross | jross@hopkinscarley.com, nsvoboda@hopkinscarley.com |
| Gregory A. Rougeau | grougeau@brlawsf.com |
| Jason C. Rubinstein | jrubinstein@fklaw.com, mclerk@fklaw.com |
| Nathan Q. Rugg | nathan.rugg@bfkn.com, jean.montgomery@bfkn.com |
| Thomas B. Rupp | trupp@kbkllp.com |
| Steven B. Sacks | ssacks@sackslawoffice.com |
| Eric E. Sagerman | esagerman@bakerlaw.com |
| Robert Sahyan | rsahyan@sheppardmullin.com, lsegura@sheppardmullin.com |
| Gregory M. Salvato | gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com |
| Jonathan C. Sanders | jsanders@stblaw.com |
| Nanette D. Sanders | nanette@ringstadlaw.com, becky@ringstadlaw.com |
| Lovee Sarenas | Lovee.sarenas@lewisbrisbois.com |
| Brandy A. Sargent | brandy.sargent@klgates.com, docketclerk@stoel.com |
| Patricia Savage | psavesq@gmail.com, jodi.savage@gmail.com |
| Caroline A.H. Sayers | caroline.sayers@lathropgpm.com, patricia.johnson@lathropgpm.com |
| Sblend A. Sblendorio | sas@hogefenton.com |
| Francis O. Scarpulla | fos@scarpullalaw.com, cpc@scarpullalaw.com |
| Daren M Schlecter | daren@schlecterlaw.com, info@schlecterlaw.com |
| Bradley R. Schneider | bschneider@kbkfirm.com |
| Harvey S. Schochet | Harveyschochet@dwt.com |
| Nathan A. Schultz | nschultzesq@gmail.com, kjarashow@goodwinlaw.com |
| Lisa Schweitzer | lschweitzer@cgsh.com |
| Eric J. Seiler | eseiler@fklaw.com, mclerk@fklaw.com |
| Jonathan A. Shapiro | JShapiro@goodwinlaw.com |
| Robin D Shofner | shofner@mobolaw.com |
| Leonard M. Shulman | lshulman@shbllp.com |
| Andrew I. Silfen | andrew.silfen@arentfox.com |
| Wayne A. Silver | w_silver@sbcglobal.net, ws@waynesilverlaw.com |
| Brandt Silver-Korn | bsilverkorn@edelson.com, docket@edelson.com |
| Craig S. Simon | csimon@bergerkahn.com, aketcher@bergerkahn.com |
| Gerald Singleton | gerald@slffirm.com, BKECFCANB@SLFfirm.com |
| Steven J. Skikos | sskikos@skikos.com, mmontoya@skikos.com |
| Michael K. Slattery | mslattery@lkfirm.com, rramirez@lkfirm.com |
| Dania Slim | dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com |

| | |
|---|---|
| Jennifer N. Slocum | jennifer.slocum@stoel.com, docketclerk@stoel.com |
| Aaron C. Smith | asmith@lockelord.com, autodocket@lockelord.com |
| Alan D. Smith | adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com |
| Jan D. Sokol | jdsokol@lawssl.com |
| Daniel Solish | cocolaw@stancounty.com, solishd@stancounty.com |
| Randye B. Soref | rsoref@polsinelli.com, ccripe@polsinelli.com |
| Joseph Sorkin | jsorkin@akingump.com, NYMCO@akingump.com |
| Michael St. James | ecf@stjames-law.com |
| Diane C. Stanfield | diane.stanfield@alston.com, nelly.villaneda@alston.com |
| Howard J. Steinberg | steinbergh@gtlaw.com, pearsallt@gtlaw.com |
| Harriet A. Steiner | harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com |
| Lillian G. Stenfeldt | lillian.stenfeldt@rimonlaw.com, docketing@rimonlaw.com |
| Cheryl L. Stengel | clstengel@outlook.com, stengelcheryl40@gmail.com |
| David M. Stern | dstern@ktbslaw.com |
| Geoffrey S. Stewart | gstewart@jonesday.com, mmelvin@jonesday.com |
| Alan J. Stone | AStone@milbank.com, DMcCracken@Milbank.com |
| Jason D. Strabo | jstrabo@mwe.com |
| Michael H. Strub | mstrub@ggtriallaw.com, mhstrub1@gmail.com |
| Rebecca Suarez | rsuarez@crowell.com |
| Brad T. Summers | , docketing-pdx@lanepowell.com |
| Karin Swope | kswope@cpmlegal.com |
| Kristine Theodesia Takvoryan | ktakvoryan@ckrlaw.com |
| Kesha Tanabe | kesha@tanabelaw.com |
| Mary Ellmann Tang | mtang@frenchlyontang.com, nfears@frenchlyontang.com |
| Dante Taylor | dtaylor@lbbklaw.com |
| Elizabeth Lee Thompson | ethompson@stites.com, docketclerk@stites.com |
| John C. Thornton | jct@andrewsthornton.com, aandrews@andrewsthornton.com |
| Elisa Tolentino | cao.main@sanjoseca.gov |
| Meagan S. Tom | meagan.tom@lockelord.com, autodocket@lockelord.com |
| Edward J. Tredinnick | etredinnick@foxrothschild.com |
| Matthew Jordan Troy | matthew.troy@usdoj.gov |
| Rocky C. Tsai | rocky.tsai@ropesgray.com, matthew.haut@ropesgray.com |
| Michael Tye | Michael.Tye@usdoj.gov |
| Gary D. Underdahl | gunderdahl@askllp.com, lmiskowiec@askllp.com |
| Andrew Van Ornum | avanornum@vlmglaw.com, hchea@vlmglaw.com |
| Shmuel Vasser | shmuel.vasser@dechert.com, brett.stone@dechert.com |
| Victor A. Vilaplana | vavilaplana@foley.com, rhurst@foley.com |
| Marta Villacorta | marta.villacorta@usdoj.gov |
| Carol C. Villegas | cvillegas@labaton.com, NDonlon@labaton.com |
| John A. Vos | InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com |
| Bao M. Vu | bao.vu@stoel.com, sharon.witkin@stoel.com |
| Nicholas Wagner | kschemen@wagnerjones.com, bwagner@wagnerjones.com |

| | |
|---|---|
| Jonathan D. Waisnor | jwaisnor@willkie.com, mao@willkie.com |
| Rachel M. Walsh | rwalsh@goodwinlaw.com, tsutton@goodwinlaw.com |
| Riley C. Walter | galfano@wjhattorneys.com |
| Phillip K. Wang | phillip.wang@rimonlaw.com |
| Samuel M. Ward | sward@barrack.com, cfessia@barrack.com |
| Philip S. Warden | philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com |
| Gregory P. Waters | gwaters@elllaw.com, gregorywatersesq@gmail.com |
| Guy L. Watts | gwatts@wattsguerra.com, cwilson@wattsguerra.com |
| Mikal C. Watts | mcwatts@wattsguerra.com, cwilson@wattsguerra.com |
| Lindsi M. Weber | lweber@polsinelli.com, yderac@polsinelli.com |
| Joseph M. Welch | jwelch@buchalter.com, dcyrankowski@buchalter.com |
| Todd J. Wenzel | todd@wenzellawoffices.com |
| Meredith Werner | meredith.werner@clydeco.us |
| David Walter Wessel | DWessel@efronlawfirm.com, hporter@chdlawyers.com |
| Joseph West | westjoseph@earthlink.net, josephw998@gmail.com |
| Drew M. Widders | dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com |
| Jason P. Williams | , maryanne@wplgattorneys.com |
| Eric R. Wilson | kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com |
| Kimberly S. Winick | kwinick@clarktrev.com, knielsen@clarktrev.com |
| Rebecca J. Winthrop | rebecca.winthrop@nortonrosefulbright.com, diana.cardenas@nortonrosefulbright.com |
| David Wirt | david.wirt@hklaw.com, denise.harmon@hklaw.com |
| Ryan A. Witthans | rwitthans@fhlawllp.com |
| Keith H. Wofford | keith.wofford@ropesgray.com, nova.alindogan@ropesgray.com |
| Risa Lynn Wolf-Smith | rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com |
| Douglas Wolfe | asm@asmcapital.com |
| Andrea Wong | wong.andrea@pbgc.gov, efile@pbgc.gov |
| Christopher Kwan Shek Wong | christopher.wong@arentfox.com |
| David A. Wood | dwood@marshackhays.com, lbuchanan@marshackhays.com |
| Kirsten A. Worley | worleyk@higgslaw.com, admin@wlawcorp.com |
| Kinga Wright | kinga.wright@lockelord.com, autodocket@lockelord.com |
| Antonio Yanez | ayanez@willkie.com |
| Cathy Yanni | cathy@cathyyanni.com, pstrunk@browngreer.com |
| Andrew Yaphe | andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com |
| Stephanie Yee | syee@janglit.com, klockwood@janglit.com |
| Tacie H. Yoon | tyoon@crowell.com |
| Bennett G. Young | byoung@jmbm.com, jb8@jmbm.com |
| Eric G. Young | eyoung@dcalaw.com, Jackie@dcalaw.com |
| Nicole M. Zeiss | nzeiss@labaton.com |

16

## SERVED VIA ELECTRONIC SERVICE (ECF) (CON'T)

| | |
|---|---|
| Paul H. Zumbro | mao@cravath.com |
| Brittany Zummer | bzummer@theadlerfirm.com, nfournier@theadlerfirm.com |
| Dario de Ghetaldi | deg@coreylaw.com, lf@coreylaw.com |

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA EMAIL*

| | |
|---|---|
| **Weil, Gotshal & Manges**<br><br>Matthew Goren<br>Stephen Karotkin<br>Jessica Liou | Counsel to Debtors:<br><br>Email: matthew.goren@weil.com<br>Email: stephen.karotkin@weil.com<br>Email: jessica.liou@weil.com |
| **Stroock & Stoock & Lavan LLP**<br><br>Kristopher M. Hansen – *On ECF List*<br>Frank A. Merola – *On ECF List*<br>Erez E. Gilad<br>Matthew G. Garofalo | Counsel for the administrative agent under the Debtors' debtor in possession financing facilities<br><br>Email: khansen@stroock.com<br>Email : fmerola@stroock.com<br>Email: egilad@stroock.com<br>Email: mgarofalo@stroock.com |
| **Davis Polk & Wardwell LLP**<br><br>Eli J. Vonnegut<br>David Schiff<br>Timothy Graulich | Counsel for the agent under the Debtors' proposed debtor in possession financing facilities<br><br>Email: eli.vonnegut@davispolk.com<br>Email: david.schiff@davispolk.com<br>Email: timothy.graulich@davispolk.com |
| **Paul, Weiss, Rifkind, Wharton & Garrison LLP**<br><br>Alan W. Kornberg– *On ECF List*<br>Brian S. Hermann<br>Walter R. Rieman<br>Sean A. Mitchell<br>Neal P. Donnelly | Counsel to California Public Utilities Commission<br><br>Email: akornberg@paulweiss.com<br>Email: bhermann@paulweiss.com<br>Email: wrieman@paulweiss.com<br>Email: smitchell@paulweiss.com<br>Email: ndonnelly@paulweiss.com |
| **U.S. Department of Justice**<br>**Federal Energy Regulatory Commission**<br><br>Danielle A. Pham | Interested Party United States on behalf of the Federal Energy Regulatory Commission<br><br>Email: danielle.pham@usdoj.gov |

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA EMAIL (con't)*

| | |
|---|---|
| **Office of the United States Trustee**:<br><br>James L. Snyder<br>Andrew R. Vara | U.S. Trustee:<br><br>Email: James.L.Snyder@usdoj.gov;<br>Email USTP.Region09@usdoj.gov |
| **U.S. Nuclear Regulatory Commission**<br>Attn: General Counsel<br>Washington, DC 20555-0001<br><br>Anita Ghosh Naber | U.S. Nuclear Regulatory Commission<br><br><br><br>Email: anita.ghoshnaber@nrc.gov |
| **Jones Day**<br><br>Bruce S. Bennett<br>Joshua M. Mester– *On ECF List*<br>James O. Johnston– *On ECF List* | PG&E Shareholders<br><br>Email: bbennett@jonesday.com Email:<br>jmester@jonesday.com<br>Email: jjohnston@jonesday.com |
| **Akin Gump Strauss Hauer & Feld LLP**<br><br>Ashley Vinson Crawford– *On ECF List*<br>Michael S. Stamer<br>Ira S. Dizengoff<br>David H. Botter | Counsel to the Ad Hoc Committee of Senior<br>Unsecured Noteholders of Pacific Gas and<br>Electric Company<br><br>Email: avcrawford@akingump.com<br>Email: mstamer@akingump.com<br>Email: idizengoff@akingump.com<br>Email : dbotter@akingump.com |
| **Reed Smith LLP**<br><br>David E. Weiss<br>Peter Munoz – *On ECF List* | Counsel for Certain Fire Victim Creditors<br><br>Email: DWeiss@ReedSmith.com<br>Email: PMunoz@ReedSmith.com |
| **Diemer & Wei, LLP**<br><br>Kathryn S. Diemer– *On ECF List* | Counsel for Ad Hoc Group of Subrogation<br>Claim Holders<br><br>Email: kdiemer@diemerwei.com |

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA EMAIL (con't)*

| | |
|---|---|
| **Braunhagey & Borden LLP**<br><br>J. Noah Hagey– *On ECF List*<br>Jeffrey M. Theodore<br>David H. Kwasniewski<br>Andrew Levine | Co-Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company<br><br>Email: hagey@braunhagey.com<br>Email: theodore@braunhagey.com<br>Email : kwasniewski@braunhagey.com<br>Email : levine@braunhagey.com |
| **US Securities and Exchange Commission**<br><br>Attn:  Office of General Counsel<br>100 F St. NE MS 6041B<br>Washington, DC 20549<br><br>**US Securities and Exchange Commission**<br>Attn:  Jina Choi, Regional Director<br>San Francisco Regional Office<br>44 Montgomery Street, Suite 2800<br>San Francisco, CA 94104 | **US Securities and Exchange Commission**<br><br>Email:  secbankruptcy@sec.gov<br><br><br><br>Email:  sanfrancisco@sec.gov |
| **Office of the California Attorney General**<br><br>Margarita Padilla<br>Danette Valdez | Office of the California Attorney General<br><br>Email:  Margarita.Padilla@doj.ca.gov<br>Email:  Danette.Valdez@doj.ca.gov |
| **Office of the California Attorney General**<br><br>c/o Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP<br>Attn:  Paul Pascuzzi – *On ECF List* | Office of the California Attorney General<br><br>Email:  ppascuzzi@ffwplaw.com |
| **Cravath, Swaine & Moore LLP**<br><br>Paul H. Zumbro – *On ECF List*<br>Kevin J. Orsini<br>George E. Zobitz<br>Stephen M. Kessing<br>Nicholas A. Dorsey<br>Omid H. Nasab | Special Counsel to Debtors:<br><br>Email: pzumbro@cravath.com<br>Email: korsini@cravath.com<br>Email: jzobitz@cravath.com<br>Email: skessing@cravath.com<br>Email: ndorsey@cravath.com<br>Email: onasab@cravath.com |

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA U.S. MAIL*

| | |
|---|---|
| **PG&E Corporation**<br>Attn: Janet Loduca, Esq.<br>77 Beale Street<br>P.O. Box 770000<br>San Francisco, CA 94177 | Debtor |
| **Pacific Gas and Electric Company**<br>Attn: Janet Loduca, Esq.<br>77 Beale Street<br>PO Box 770000<br>San Francisco, CA 94177 | Debtor |
| **Office of the United States Attorney for the Northern District of California**<br>Attn: Bankruptcy Unit<br>Federal Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | Office of the United States Attorney for the Northern District of California |
| **US Securities and Exchange Commission**<br><br>Attn: Office of General Counsel<br>100 F St. NE MS 6041B<br>Washington, DC 20549 | US Securities and Exchange Commission<br><br>Email: secbankruptcy@sec.gov |
| **US Securities and Exchange Commission**<br>Attn: Jina Choi, Regional Director<br>San Francisco Regional Office<br>44 Montgomery Street, Suite 2800<br>San Francisco, CA 94104 | Email: sanfrancisco@sec.gov |
| **Internal Revenue Service**<br>Centralized Insolvency Operation<br>Attn: C. Tang, Mail Stop 5420<br>55 S. Market Street<br>San Jose, CA 95113 | Internal Revenue Service |
| William B. Abrams<br>1519 Branch Owl Place<br>Santa Rosa, CA 95409 | |

21

# ADDITIONAL SERVICE INFORMATION (if needed):
## Required Service List
*SERVED VIA U.S. MAIL (con't)*

| | |
|---|---|
| Harrison M. Thorne<br>Eric McDonough VedderPrice<br>1925 Century Park East, Suite 1900<br>Los Angeles, CA 90067 | Counsel for A Plus Tree Inc.<br><br>Email: hthorne@vedderprice.com<br>Email: emcdonough@vedderprice.com |
| Douglas Fuchs<br>Matthew Bouslog<br>Oscar Garza<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 | Counsel for Accenture LLP<br><br>Email: DFuchs@gibsondunn.com<br>Email: MBouslog@gibsondunn.com<br>Email: OGarza@gibsondunn.com |
| Brendan P. Bradley<br>Gordon Rees Scully Mansukhani<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111 | Counsel for ACRT Pacific, LLC<br><br>Email: bbradley@grsm.com |
| Brendan P. Bradley<br>Gordon Rees Scully Mansukhani<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111 | Counsel for ACRT, Inc<br><br>Email: bbradley@grsm.com |
| Randy W. Gimple, Esq.<br>Asheesh Mohindru<br>Carlson, Calladine & Peterson LLP<br>353 Sacramento Street, 16th Floor<br>San Francisco, California 94111 | Counsel for Arbormetrics Solutions, LLC<br><br>Email: rgimple@ccplaw.com<br>Email : amohindru@ccplaw.com |
| Ron Oliner<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza, Suite 2200<br>San Francisco, CA 94105 | Counsel for Arbormetrics Solutions, LLC<br><br>Email: ROliner@duanemorris.com |
| Daniel C. Curth<br>Goldstein & McClintock LLLP<br>111 W. Washington Street Suite 1221<br>Chicago, IL 60602 | Counsel for Arcadis US |

Case: 19-30088    Doc# 12873    Filed: 08/24/22    Entered: 08/24/22 15:55:49    Page 22<br>of 28<br>64779061 v1-WorkSiteUS-035945/0008

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA U.S. MAIL (con't)*

| | |
|---|---|
| Jonathan A. Shapiro<br>Evan Smith<br>Daniel Martin<br>Natalie Young<br>Baker Botts L.L.P.<br>101 California Street, Ste 3600<br>San Francisco, CA 94111 | Counsel for Black & Veatch Construction, Inc.<br><br>Email: jonathan.shapiro@bakerbotts.com<br>Email: evan.smith@bakerbotts.com<br>Email: daniel.martin@bakerbotts.com<br>Email: natalie.young@bakerbotts.com |
| John H. Conrad<br>Michelle Rosenberg<br>Marion Hack<br>Pepper Hamilton, LLP<br>350 South Grand Avenue<br>Two California Plaza, Suite 3400<br>Los Angeles, California 90071 | Counsel for Burns & McDonnell Engineering Co., Inc.<br><br>Email: conradj@pepperlaw.com<br>Email: hackm@pepperlaw.com<br>Email: rosenbem@pepperlaw.com |
| Jared Kim<br>California Forestry and Vegetation Management, Inc.<br>143 W Main St., Suite 8<br>Merced, CA 95340 | Counsel for CA Forestry & Veg. Management, Inc.<br><br>Email: jkim@cfvminc.com |
| Nick Zinkin<br>Janis Barbosa<br>Kathryn Gold<br>5 River Park Pl. W., Ste. 204<br>Fresno, CA 93720 | Counsel for CA Forestry & Veg. Management, Inc.<br><br>Email: NZinkin@nz-law.com<br>Email : Janis@nz-law.com<br>Email : Kathryn@nz-law.com |
| Matthew Ball<br>Michael Lubic<br>Jonathan Cohen<br>K&L Gates<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California 94111-5994 | Counsel for CN Utility Consulting, Inc.<br><br>Email: matthew.ball@klgates.com<br>Email: michael.lubic@klgates.com<br>Email : Jonathan.Cohen@klgates.com |

64779061 v1-WorkSiteUS-035945/0008

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA U.S. MAIL (con't)*

| | |
|---|---|
| Michael S. Cargnel<br>Eva Weiler<br>Mark Moedritzer<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Blvd.,<br>Kansas City, MO 64108-2613 | Counsel for Crux Subsurface, Inc.<br><br>Email: mcargnel@shb.com<br>Email: eweiler@shb.com<br>Email: mmoedritzer@shb.com |
| Aldo E. Ibarra<br>Penney Azizi<br>Robert Blum<br>Nixon Peabody LLP<br>One Embarcadero Center, 32nd Floor<br>San Francisco, CA 94111 | Counsel for Davey Resource Group<br><br>Email: aibarra@nixonpeabody.com<br>Email: pazizi@nixonpeabody.com<br>Email: rblum@nixonpeabody.com |
| Aldo E. Ibarra<br>Penney Azizi<br>Robert Blum<br>Nixon Peabody LLP<br>One Embarcadero Center, 32nd Floor<br>San Francisco, CA 94111 | Counsel for Davey Tree Expert Company\<br><br>Email: aibarra@nixonpeabody.com<br>Email: pazizi@nixonpeabody.com<br>Email: rblum@nixonpeabody.com |
| Aldo E. Ibarra<br>Penney Azizi<br>Robert Blum<br>Nixon Peabody LLP<br>One Embarcadero Center, 32nd Floor<br>San Francisco, CA 94111 | Counsel for Davey Tree Expert Company\<br><br>Email: aibarra@nixonpeabody.com<br>Email: pazizi@nixonpeabody.com<br>Email: rblum@nixonpeabody.com |
| James Ficenec  - On ECF<br>Lee Havilyn<br>Newmeyer Dillion<br>1333 N. California Blvd., Suite 600<br>Walnut Creek, CA 94596 | Counsel for Exponent, Inc.<br><br>Email: James.Ficenec@ndlf.com<br>Email: Havilyn.Lee@ndlf.com |
| Douglas Provencher<br>Provencher & Flatt LLP<br>823 Sonoma Avenue<br>Santa Rosa, CA 95404 | Counsel for Family Tree Service, Inc.<br><br>Email: dbp@provlaw.com |
| Michael J. LeVangie<br>Levangie Law Group<br>2021 N Street<br>Sacramento, CA 95811 | Counsel for High Country Forestry<br><br>Email: Michael.levangie@llg-law.com |

64779061 v1-WorkSiteUS-035945/0008

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA U.S. MAIL (con't)*

| | |
|---|---|
| Lynde Selden III<br>KEEGIN HARRISON LLP<br>1000 Fourth Street, Suite 600<br>San Rafael, CA 94901 | Counsel for Mario's Tree Service<br><br>Email: lselden@keeginharrison.com |
| Kennison Lay<br>Sam Newman<br>Douglas A. Axel<br>Celia H. Spalding<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street<br>Los Angeles, California 90013 | Counsel for McKinsey & Company Inc<br><br>Email: klay@sidley.com<br>Email: sam.newman@sidley.com<br>Email: daxel@sidley.com<br>Email: cspalding@sidley.com |
| Craig Wallace<br>SMITH CURRIE<br>275 Battery Street, Suite 1300<br>San Francisco, CA 94111 | Counsel for MLU Services, Inc.<br><br>Email: cwwallace@smithcurrie.com |
| Jamie Dreher<br>Bradley Carroll<br>Downey Brand<br>621 Capitol Mall | 18th Floor<br>Sacramento, CA 95814 | Counsel for Mountain F. Enterprises, Inc.<br><br>Email: jdreher@DowneyBrand.com<br>Email: bcarroll@DowneyBrand.com |
| Timothy A. Charshaf, Esq.<br>Zemog Management Company, LLC<br>1180 Iron Point Road, Suite 350<br>Folsom, California 95630 | Counsel for Mountain F. Enterprises, Inc. |
| Douglas Stevens<br>Rosalind Chandler<br>Marsh & McLennan Companies, Inc.<br>1166 Avenue of the Americas<br>New York, NY 10036 | Counsel for Oliver Wyman, Inc.<br><br>Email: Douglas.Stevens@mmc.com<br>Email : Rosalind.Chandler@mmc.com |
| Harris B. Winsberg<br>Matthew Roberts<br>Troutman Sanders<br>600 Peachtree Street NE, Suite 3000<br>Atlanta, GA 30308 | Counsel for Osmose Utilities Services, Inc.<br><br>Email: harris.winsberg@troutman.com<br>Email : Matthew.Roberts2@troutman.com |

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA U.S. MAIL (con't)*

| | |
|---|---|
| Michael S. Cargnel<br>Eva Weiler<br>Mark Moedritzer<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Blvd.,<br>Kansas City, MO 64108-2613 | Counsel for PAR Electrical Contractors, Inc.<br><br>Email: mcargnel@shb.com<br>Email: eweiler@shb.com<br>Email: mmoedritzer@shb.com |
| William Bogdan<br>Michael McConathy<br>Hinshaw & Culbertson LLP<br>One California Street, 18th Floor<br>San Francisco, CA 94111 | Counsel for A Plus Tree Inc.<br><br>Email: wbogdan@hinshawlaw.com<br>Email : MMcConathy@hinshawlaw.com |
| Brian C. Walsh<br>Doug Alvarez<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>One Metropolitan Square<br>211 North Broadway, Suite 3600<br>St. Louis, MO  63102 | Counsel for PricewaterhouseCoopers`<br><br>Email : brian.walsh@bclplaw.com<br>Email: doug.alvarez@bclplaw.com |
| Michael S. Cargnel<br>Eva Weiler<br>Mark Moedritzer<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Blvd.,<br>Kansas City, MO 64108-2613 | Counsel for Quanta Energy Services LLC<br><br>Email: mcargnel@shb.com<br>Email :eweiler@shb.com<br>Email: mmoedritzer@shb.com |
| Michael S. Cargnel<br>Eva Weiler<br>Mark Moedritzer<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Blvd.,<br>Kansas City, MO 64108-2613 | Counsel for Quanta Technology.<br><br>Email: mcargnel@shb.com<br>Email :eweiler@shb.com<br>Email: mmoedritzer@shb.com |
| Ingrid Hackett<br>General Counsel<br>10033 MLK St. N., Suite 200<br>St. Petersburg, FL 33716 | Counsel for Quantum Spatial, Inc.<br><br>Email: ihackett@quantumspatial.com |

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA U.S. MAIL (con't)*

| | |
|---|---|
| Jaime B. Herren<br>Holland & Knight LLP<br>50 California Street, Suite 2800<br>San Francisco, California 94111 | Counsel for Reax Engineering, Inc.<br><br>Email: jaime.herren@hklaw.com |
| Michael I. Kim<br>CKB VIENNA LLP<br>10390 Commerce Center Drive, Suite 110<br>Rancho Cucamonga, CA 91730<br>[Unable Fwd 8-26-20] | Counsel for The Original Mowbrays Tree Service, Inc.<br><br>Email: mkim@ckbvienna.com |
| Andrew Johnson<br>TRC Solutions<br>10 Maxwell Drive, Suite 200<br>Clifton Park, NY 12065 | Counsel for TRC Solutions, Inc.<br><br>Email: amjohnson@trccompanies.com |
| Randy W. Gimple, Esq.<br>Asheesh Mohindru<br>Carlson, Calladine & Peterson LLP<br>353 Sacramento Street, 16th Floor<br>San Francisco, California 94111 | Counsel for Trees, LLC<br><br>Email: rgimple@ccplaw.com<br>Email : amohindru@ccplaw.com |
| Ron Oliner<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza, Suite 2200<br>San Francisco, CA 94105 | Counsel for Trees, LLC<br><br>Email: ROliner@duanemorris.com |
| Randy W. Gimple, Esq.<br>Asheesh Mohindru<br>Carlson, Calladine & Peterson LLP<br>353 Sacramento Street, 16th Floor<br>San Francisco, California 94111 | Counsel for Utility Tree Service, LLC<br><br>Email: rgimple@ccplaw.com<br>Email : amohindru@ccplaw.com |
| Ron Oliner<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza, Suite 2200<br>San Francisco, CA 94105 | Counsel for Utility Tree Service, LLC<br><br>Email: ROliner@duanemorris.com |

64779061 v1-WorkSiteUS-035945/0008

27

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA U.S. MAIL (con't)*

| | |
|---|---|
| Randy W. Gimple, Esq.<br>Asheesh Mohindru<br>Carlson, Calladine & Peterson LLP<br>353 Sacramento Street, 16th Floor<br>San Francisco, California 94111 | Counsel for Western Environmental Consultants<br><br>Email: rgimple@ccplaw.com<br>Email : amohindru@ccplaw.com |
| Ron Oliner<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza, Suite 2200<br>San Francisco, CA 94105 | Counsel for Western Environmental Consultants<br><br>Email: ROliner@duanemorris.com |
| Matthew Ball<br>Michael Lubic<br>Jonathan Cohen<br>K&L GATES<br>4 Embarcadero Center, Suite 1200<br>San Francisco, CA 94111-5994 | Counsel for Wright Tree Service, Inc.<br><br>Email: matthew.ball@klgates.com<br>Email: michael.lubic@klgates.com<br>Email: Jonathan.Cohen@klgates.com |
| Matthew Ball<br>Michael Lubic<br>Jonathan Cohen<br>K&L GATES<br>4 Embarcadero Center, Suite 1200<br>San Francisco, CA 94111-5994 | Counsel for Wright Tree Service of the West, Inc.<br><br>Email: matthew.ball@klgates.com<br>Email: michael.lubic@klgates.com<br>Email: Jonathan.Cohen@klgates.com |
| Marc Levinson<br>ORRICK<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105 | Counsel for KPMG LLP<br><br>Email: malevinson@orrick.com |