**EXHIBIT**
**to Order Consolidating Motions to File Late Claims**
(as of August 24, 2022)

| Motion Filing Date | Dkt. No. | Claimants | Counsel/Pro Se |
|---|---|---|---|
| 7/6/22 | 12591 | Navarro et al | James Frantz |
| 7/6/22 | 12592 | Raczynski et al | James Frantz |
| 8/16/22 | 12706 | Hughes & Metz Bartels & Gallardo | Patricia Savage |
| 8/16/22 | 12707 | Flinn et al | Jacob Faircloth |
| 8/16/22 | 12710 | Bertolini et al | Jacob Faircloth |
| 8/16/22 | 12712 | Velasquez et al | Jacob Faircloth |
| 8/16/22 | 12714 | Mogannam et al | Jacob Faircloth |
| 8/16/22 | 12716 | Molly McNamee | Jacob Faircloth |
| 8/16/22 | 12720 | Joyce Anne Cattich | Laila Masud |
| 8/16/22 | 12722 | Chandler et al | Laila Masud |
| 8/16/22 | 12724 | Elliott et al | Laila Masud |
| 8/16/22 | 12727 | Fricano et al | Laila Masud |
| 8/16/22 | 12729 | Ledbetter et al | Laila Masud |
| 8/16/22 | 12731 | Murray et al | Laila Masud |
| 8/16/22 | 12733 | Needham et al | Laila Masud |
| 8/16/22 | 12735 | Rebishcke et al | Laila Masud |
| 8/16/22 | 12737 | Smith et al | Laila Masud |
| 8/16/22 | 12739 | Vanarman et al | Laila Masud |
| 8/17/22 | 12741 | Grange et al | Jacob Faircloth |
| 8/17/22 | 12743 | Rubio et al | Jacob Faircloth |
| 8/17/22 | 12745 | Browning et al | Jacob Faircloth |
| 8/17/22 | 12747 12748 Amended | Gummer et al | Jacob Faircloth |

| Motion Filing Date | Dkt. No. | Claimants | Counsel/Pro Se |
|---|---|---|---|
| 8/17/22 | 12750 | Levinson et al | Jacob Faircloth |
| 8/17/22 | 12752 | Lipman et al | Jacob Faircloth |
| 8/17/22 | 12754 | Valencia et al | Jacob Faircloth |
| 8/17/22 | 12756 | Donald Van Giesen | Jacob Faircloth |
| 8/17/22 | 12758 | Ezekiel et al | Jacob Faircloth |
| 8/17/22 | 12760 | Sequoyah Wallach | Pro Se |
| 8/17/22 | 12761 12762 Duplicate | Cherie Lehman | Shounak Dharap |
| 8/18/22 | 12764 | Vaughn Wright | Emily Levin |
| 8/18/22 | 12768 | Balbutin-Burnham and Sandler | Emily Levin |
| 8/18/22 | 12772 | Ruppe et al | Jacob Faircloth |
| 8/19/22 | 12779 | Efrain Yanez et al | Pro Se |
| 8/22/22 | 12782 | April Bailon | Jacob Faircloth |
| 8/22/22 | 12784 | Cendejas et al | Jacob Faircloth |
| 8/22/22 | 12786 | Hazel Chiurco | Jacob Faircloth |
| 8/22/22 | 12788 | Abraham et al | Jacob Faircloth |
| 8/22/22 | 12790 12791 Amended | Sandoval-Cottman et al | Jacob Faircloth |
| 8/22/22 | 12793 | Fitchie et al | Jacob Faircloth |
| 8/22/22 | 12795 | McMahon et al | Jacob Faircloth |
| 8/22/22 | 12797 | Juliana Montano | Jacob Faircloth |
| 8/22/22 | 12799 | Cheney et al | Jacob Faircloth |
| 8/22/22 | 12803 | Luther et al | Pro Se |
| 8/22/22 | 12804 | Randal Neff | Pro Se |
| 8/22/22 | 12805 | Miller and Johnson | Pro Se |

| Motion Filing Date | Dkt. No. | Claimants | Counsel/Pro Se |
|---|---|---|---|
| 8/22/22 | 12808 | Miller et al | Pro Se |
| 8/23/22 | 12806 | Moore et al | Jacob Faircloth |
| 8/23/22 | 12809 | Louise Kulin | Jacob Faircloth |
| 8/23/22 | 12811 | Laura Larrecou | Jacob Faircloth |
| 8/23/22 | 12813 | Donna Lee Martin et al | Jacob Faircloth |
| 8/23/22 | 12815 | Margaret Rene Martin et al | Jacob Faircloth |
| 8/23/22 | 12817 | Parker et al | Jacob Faircloth |
| 8/23/22 | 12819 | Martin et al | Jacob Faircloth |
| 8/23/22 | 12822 | Smith et al | Jacob Faircloth |
| 8/23/22 | 12824 | Tedeschi et al | Jacob Faircloth |
| 8/23/22 | 12826 | Tunev et al | Jacob Faircloth |
| 8/23/22 | 12828 | Franciosi et al | Laila Masud |
| 8/23/22 | 12830 | Corinne Giboney | Laila Masud |
| 8/23/22 | 12832 | Brennan et al | Laila Masud |
| 8/24/22 | 12835 | Edwards et al | Jacob Faircloth |
| 8/24/22 | 12837 | Ashworth et al | Jacob Faircloth |
| 8/24/22 | 12839 | Juan Bernandino Galvan | Jacob Faircloth |
| 8/24/22 | 12841 | Paul Gilardo | Jacob Faircloth |
| 8/24/22 | 12843 | Beverly Harris | Jacob Faircloth |
| 8/24/22 | 12845 | Kane et al | Jacob Faircloth |
| 8/24/22 | 12847 | Krummes et al | Jacob Faircloth |
| 8/24/22 | 12849 | Deanne Luzaich | Jacob Faircloth |
| 8/24/22 | 12851 | Mool et al | Jacob Faircloth |
| 8/24/22 | 12853 | Juan Luis Ortiz | Jacob Faircloth |
| 8/24/22 | 12855 | Panoski et al | Jacob Faircloth |
| 8/24/22 | 12857 | Ruiz et al | Jacob Faircloth |

Case: 19-30088   Doc# 12875-1   Filed: 08/24/22   Entered: 08/24/22 17:04:31   Page 3 of 4

| Motion Filing Date | Dkt. No. | Claimants | Counsel/Pro Se |
|---|---|---|---|
| 8/24/22 | 12859 | Robbie Russell | Jacob Faircloth |
| 8/24/22 | 12861 | Rousset et al | Jacob Faircloth |
| 8/24/22 | 12863 | Sally Schapero | Jacob Faircloth |
| 8/24/22 | 12865 | Stocks et al | Jacob Faircloth |
| 8/24/22 | 12867 | Vazquez et al | Jacob Faircloth |
| 8/24/22 | 12870 | Kangrga, Blank et al | Pro Se |