August 25, 2022

UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION In re: PG&E CORPORATION –and PACIFIC GAS AND ELECTRIC COMPANY Debtors.

Case No. 19-30088
(DM) Chapter 11 MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM BY CRAIG CARRILLO & FAMILY

The Carrillo Family
craigcc@comcast.net
2609 Spring Oaks Dr
Santa Rosa, Ca 95405

We were not aware of the ability to file a claim regarding this lawsuit until we were made aware of it in June, 2022, at which time we filed immediately. We have several factors we would like for the court to consider.

The first of which is the severe property damage we sustained in our attic. We never thought to consider that smoke and ash damage existed in our attic until a couple of our neighbors mentioned the damage they'd sustained to the tune of $40,000. Their insurance agency's settled with them. I climbed up into ours to take a look and it looks bad.

We filed a claim but were denied by our insurance because of how much time had gone by before submitting.

Also, two of us lost income due to our employers closing their doors for some weeks.

Now comes the more serious part-

The stress from seeing the effects on our children, the frequency of the warnings and fires, the uncertainty of our personal safety and potential loss of our home and belongings, the upheaval of having to evacuate multiple times has created ongoing depression, anxiety, PTSD, and emotional distress.

Our children were 15 and 17 when the Tubbs Fire came through. It's already a challenging age in their lives and the effects of the fires impacted them dramatically. Being stuck in traffic while trying to flee was extremely disturbing, frightening, and severely impacted us all.
They both received counselling and the older of the two is still receiving counseling and is on medication to this day.

We, along with other family members living in our area, all had to crowd into Savannah's parent's place in Petaluma, not only for a week on this occasion, but had to go back and

do it all over again during the Kincade fire, which re-emphasized the same stress, anxiety, fears and PTSD that we still hadn't healed from, from previously.

Respectfully yours,
Craig C. Carrillo

We have completed the questionnaire portion within the Fire Victim's Trust website. Our ID's are;

**Group ID:** 305761
**Craig** 1090910
**Savannah** 1091119
**Mina** 1091056
**Casi** 1090882