1 Ronald L.M. Goldman, Esq. (State Bar No. 33422)
rgoldman@baumhedlundlaw.com
2 Matthew P. French, Esq. (State Bar No. 327814)
mfrench@baumhedlundlaw.com
3 **BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**
4 10940 Wilshire Boulevard, Suite 1600
Los Angeles, California 90024
5 Telephone: (310) 207-3233
Facsimile: (310) 820-7444
6

7 *Attorneys for Creditors,
Majesti Mai Bagorio, et al.*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| –and – | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **JOINDER BY BAUM HEDLUND ARISTEI GOLDMAN CAMP FIRE VICTIM CLIENTS IN MOTION OF WILLIAM B. ABRAMS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR ENTRY OF AN ORDER AUTHORIZING DISCOVERY AND HEARINGS REGARDING THE ACTS AND CONDUCT OF JAMS NEUTRALS GIVEN NEW EVIDENCE [Doc. No. 12766]** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM) | |
| | **Response Deadline:** September 13, 2022 |
| | **Hearing If Order Granted:**<br>September 27, 2022 (Pacific Time) or as determined by the Court |

1

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, THE DEBTORS AND THEIR ATTORNEYS OF RECORD, UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:**

Claimants Majesti Mai Bagorio, et al. (collectively, "Baum Hedlund Aristei Goldman Camp Fire Victim Clients"; listed fully in Appendix A), which include nearly 200 victims of the 2018 Camp Fire, hereby join in Motion of William B. Abrams Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of an Order Authorizing Discovery and Hearings Regarding the Acts and Conduct of JAMS Neutrals Given New Evidence.

## SCOPE OF JOINDER

The Baum Hedlund Aristei Goldman Camp Fire Victim Clients join *all* relief sought in the Abrams' motion for entry of an order, pursuant to Bankruptcy Rule 2004:

1. Authorizing Abrams and other PG&E victims with claims to serve discovery in the form attached to the Motion as Exhibit B on JAMS Inc. neutrals associated with this case (the "Requests") and ensure that responses are posted to the Fire Victim Trust portal for review by PG&E victims holding claims;

2. Authorizing JAMS neutrals or their designee(s) to respond to victim discovery requests within ten (10) days of receipt of the Requests and, the JAMS neutrals shall be directed to either (i) produce, on a rolling basis, all non-privileged documents and written responses to the Requests, or (ii) file all objections and/or responses to the Request with this Court;

3. Authorizing Abrams and other PG&E victims with claims to hold a hearing on Tuesday, September 27, 2022, via Zoom so that victims may ask questions and get answers from the Current Trustee, Former Trustee and other JAMS neutrals regarding their selection/hiring process, contractual terms, and associated financial incentives.

[Doc. No. 12766, pp. 16-17]

## APPLICABILITY OF MOTION TO JOINING PARTIES/CLAIMANTS

The relief requested by the Abrams motion and the grounds supporting that relief apply to The Baum Hedlund Aristei Goldman Camp Fire Victim Clients as they have the same standing as Abrams, and the same factors affecting Abrams, affect their claims as well.

2

Case: 19-30088    Doc# 12877    Filed: 08/26/22    Entered: 08/26/22 16:03:56    Page 2 of 8

The Baum Hedlund Aristei Goldman Camp Fire Victim Clients join in the Abrams motion [Doc. No. 12766], rather than separately filing their own motion, to minimize the burden on this Court, which might be faced with separate motions from thousands of Claimants of the Fire Victim Trust.

## **CONCLUSION**

For the foregoing reasons, the Baum Hedlund Aristei Goldman Camp Fire Victim Clients urge that the Court order the relief requested, pursuant to Bankruptcy Rule 2004, and for such other and further relief as may be just.

Dated: August 26, 2022  Respectfully submitted,

BAUM HEDLUND ARISTEI GOLDMAN


By:  /s/ Matthew P. French
 Ronald L.M. Goldman
 Matthew P. French,

 *Attorneys for Creditors,*
 *Majesti Mai Bagorio, et al.*

# EXHIBIT A

1. Bainbridge, Robert (deceased)
2. Barker, Michelle
3. Barnard, Melissa; David Barnard, Tristan Barnard, Aiden Barnard, Hunter Barnard
4. Bates, Sarah
5. Bensel, Connie
6. Bird, Devon; A.E., a Minor
7. Bird, Douglas; Kathy Bird,
8. Boyd, Judith; Thomas & Judith Boyd Family Living Trust
9. Burton, Paul
10. Bustamante, Rudy; Diego Bustamante
11. Cameron, Denise
12. Chambers, Thomas
13. Christian, Kathy
14. Costa, Andrew; Shannon Costa, J.C., a Minor
15. Costa, Lynn
16. Culley, Denise; Emmett Culley
17. Darrin, Daniel
18. Dechter, Lorraine
19. Deen, Janet
20. Delaney, Colleen; John Struthers
21. Dobra, Susan; John Michael Sun
22. Ellis, David; Patricia Ellis
23. Ferreira Steve; Jill Ghirardelli
24. Flores, Lisa
25. Garcia, Jerry; Sharon Garcia
26. Gilbertson, Regan; Wayne Wise, C.W., a Minor
27. Gottowski, Gary; Rebecca Gottowski

| | |
|---|---|
| 1 | Griffin, Suzanne |
| 2 | Gunn, Linda |
| 3 | Haber, Tom; Jeanne Haber |
| 4 | Hill, Mark; Nancy Hill |
| 5 | Ingoglia, Joseph; Arlene Ingoglia |
| 6 | Jolley, Joan; Jane Ann Balsiger |
| 7 | Jones, Norman |
| 8 | Joseph, Daniel |
| 9 | Kasza, Elizabeth |
| 10 | Kearley, Justine |
| 11 | Koenig, David |
| 12 | Kunst, John; Vicki Kunst |
| 13 | Lawhun, Jolene; Mateo Lawhun, A. L., a Minor |
| 14-15 | Lawhun, Nicole; Steven Lawhun, Monica Mae Baggorio, Majesti Mai Bagorio, Yhana Mia Quinones-Gallegos, David Astrup, M.B, a Minor and M.B., a Minor |
| 16 | Lawhun, Lucille |
| 17 | Lazzarino, Mark; Stacy Lazzarino, T.L, I.L., J.L., Minors |
| 18 | Lemos, Dhara; Rahaysa Poe |
| 19 | Lewis Kelly; Michael Quigley |
| 20 | Alexis Liles |
| 21 | Luce, David |
| 22 | Luce, Edward; Jeri Ann Luce |
| 23 | Madruga, Maria; N.M. a Minor |
| 24 | Magalia Community Church |
| 25 | Matson, Kelly |
| 26 | McKinnon, Mark; Wendy McKinnon |
| 27 | Menezova, Maria; Elena Tonetti |
| 28 | Miller-George, Sandra; John Miller-George |

| | |
|---|---|
| 1 | Morch, Andreas; Joanne Morch |
| 2 | Moseley, Madison |
| 3 | Myers, Jean; James Myers |
| 4 | Paradise Community Guild |
| 5 | Parker, Rosalie; Paul Switzer |
| 6 | Petersen, Jennifer; David Pendergast, Michael Petersen, Logan Pendergast, Porter Petersen, Cheryl |
| 7 | Pendergast, Wilbert Pendergast, Jr. |
| 8 | Phelps-Zink, David; Lori-Phelps-Zink |
| 9 | Poe, William; Maria Moraes |
| 10 | Quattlander, Karen |
| 11 | Renn, Carole Louise |
| 12 | Rose, James |
| 13 | Schuttenberg, Mark; Tanya Schuttenberg |
| 14 | Sherman, Fay; Anne Sherman |
| 15 | Smelser, Matthew; Brandy Alexander |
| 16 | Sonntag, Walter; Diane Sonntag |
| 17 | Sprague-Haber, LLC |
| 18 | Sprague, Andy; Janelle Sprague, Serigne Saliou Birama Seyon Gueye |
| 19 | Stewart, Donald; Jessie Stewart, G.S., a Minor |
| 20 | Strange, Wendy |
| 21 | Swiger, Jennifer |
| 22 | Swiger, John |
| 23 | Thorn, Steven |
| 24 | Toci, William; Diana Toci |
| 25 | Turner, Meghan; Charles Turner, W.T., H.T, Minors |
| 26 | Varlinsky, Ray; Marianna Love |
| 27 | Vigo, Phillip; Karissa Vigo, A.V., D.B. Minors |
| 28 | Ward, Nicholas |

1. Westrope, Anthony
2. Williams, Robert
3. Winterburn, Anthony; Alexandria Winterburn, A.W., a Minor
4. Wonacott, Victoria
5. Yang, Zongmei
6. Zink, Don

# PROOF OF SERVICE

I am over the age of 18 years and not a party to the within cause. My business address is Baum Hedlund Aristei Goldman, 10940 Wilshire Boulevard, Suite 1600, Los Angeles, California 90024. On this day, August 26, 2022, I served the following document(s) in the manner described below:

**JOINDER BY BAUM HEDLUND ARISTEI GOLDMAN CAMP FIRE VICTIM CLIENTS IN MOTION OF WILLIAM B. ABRAMS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR ENTRY OF AN ORDER AUTHORIZING DISCOVERY AND HEARINGS REGARDING THE ACTS AND CONDUCT OF JAMS NEUTRALS GIVEN NEW EVIDENCE [Doc. No. 12766]**

X **VIA ECF**: I caused the aforementioned documents to be filed via the Electronic Case Filing (ECF) system in the United States Bankruptcy Court for the Northern District of California, on all parties registered for e-filing in Case Number Case No. 19-30088 (DM). Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on August 26, 2022.

                                           /s/ *Matthew P. French*
                                           MATTHEW P. FRENCH