Dennis F. Dunne (admitted *pro hac vice)*
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

*and*

Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone:  (424) 386-4000
Facsimile:  (213) 629-5063

*Counsel for the Official Committee
of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors and Debtors In Possession.<br><br>---<br><br>☒ Affects All Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br><br>* *All papers shall be filed in the lead case, 19-30088 (DM)* | Case No.:  19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF REMOVAL FROM SERVICE LIST AND ECF EMAIL NOTIFICATION** |

     **PLEASE TAKE NOTICE**  that Samuel A. Khalil and Thomas R. Kreller, hereby request to be removed from this Court's Notice of Electronic Filing distribution and further wishes to cease receiving all notifications and documents filed in the above-captioned bankruptcy cases and related adversary proceedings and appeals.

1

2
DATED:  August 29, 2022                    MILBANK LLP

3
                                            */s/ Thomas R. Kreller*
                                            DENNIS F. DUNNE
                                            SAMUEL A. KHALIL

4
                                            GREGORY A. BRAY
                                            THOMAS R. KRELLER

5
                                            *Counsel for the Official Committee of Unsecured*

6
                                            *Creditors*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28