

**Entered on Docket**
**August 29, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Northern California Law Group, PC.
Joseph Feist, SBN 249447
Jonathan Griffith, SBN 266891
2611 Esplanade
Chico, CA 95973
Tel: 530-433-0233 | Fax: 916-426-7848
info@norcallawgroup.net

*Attorney for Plaintiffs*

Signed and Filed: August 28, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

In re

PG&E CORPORATION,

and

PACIFIC GAS AND ELECTRIC COMPANY

\* All papers shall be filed in the Lead Case,
No. 19-30088 (DM).

CASE NO: 19-30088(DM)

Chapter 11

(Lead Case-Jointly Administered)

ORDER GRANTING MOTION TO ALLOW/DEEM TIMELY LATE FILING OF CLAIM BY ROGER ROSSE, RANAE ROSSE, ANGELINE ROSSE, NOKONI OLEN ROSSE, KEONI WILLIAM WATSON AND DEEGAN RILEY WATSON

Date: August 23, 2022
Time: 10:00 a.m. (Pacific)
Place: Telephonic Appearances Only
   United Stated Bankruptcy
Court: Courtroom 17, 16th Floor
   San Francisco, CA 94102

Objection Deadline: August 9, 2022

Roger Rosse, RaNae Rosse, Angeline Rosse, Nokoni Olen Rosse, Keoni William Watson and Deegan Riley Watson, the Movants, having filed their Motion to Allow/Deem Timely Late Filing of Proof of Claim, as Docket No. 12578, by which Movants seek to have their claim, No. 108661, deemed timely; no interested party having timely objection to the motion; the Court having granted the motion via Docket Text Order on August 19, 2022; and the relief set forth herein appearing to be well grounded; accordingly, it is

ORDERED, Proof of Claim No. 108661, filed on behalf of Roger Rosse, RaNae Rosse, Angeline Rosse, Nokoni Olen Rosse, Keoni William Watson and Deegan Riley Watson, is deemed timely; and it is further

ORDERED, the Proof of Claim and Asserted Fire Victim Claims shall for all purposes be treated and classified as Fire Victim Claims under the Plan, and shall be fully assumed by, and the sole responsibility of, the Fire Victim Trust and subject to the Channeling Injunction, to be administered, processed, settled, disallowed, resolved, liquidated, satisfied and/or paid in accordance with the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures.

ORDERED, nothing herein shall be construed to be a waiver by the Debtors or the Reorganized Debtors, as applicable, the Fire Victim Trust, or any other party in interest of any right to object to the Asserted Fire Victim Claims or the Proof of Claim on any grounds other than the untimely filing thereof.

ORDERED, nothing herein shall be construed to be a waiver by Movants of their rights to oppose any asserted challenge to the Asserted Fire Victim Claims or the Proof of Claim.

ORDERED this Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

**\*\* END OF ORDER\*\***