# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Rohany Tejada, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On August 17, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on Alfredo Yanez at 2509 Vallejo St, Santa Rosa, CA 95405:

- Order and Notice of Hearing on Motion to File Claim After Claims Bar Date by Alfredo Yanez, Maritza Yanez, Dominic Eli Yanez, Mia Natalia Yanez [Docket No. 12719]

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 25th day of August 2022, at New York, NY.

*/s/ Rohany Tejada*
Rohany Tejada

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.