# EXHIBIT A

### (Proposed Order)

WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

BROWN RUDNICK LLP
David J. Molton (#262075)
(dmolton@brownrudnick.com)
Eric R. Goodman (*pro hac vice*)
(egoodman@brownrudnick.com)
Seven Times Square
New York, NY 10036
Tel: 212 209 4800
Fax: 212 209 4801

BROWN RUDNICK LLP
Joel S. Miliband (#077438)
(jmiliband@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, CA 92612
Tel: 949 725 7100
Fax: 949 252 1514

*Attorneys for the Fire Victim Trustee*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **[PROPOSED] ORDER GRANTING REORGANIZED DEBTORS AND FIRE VICTIM TRUST'S JOINT *EX PARTE* MOTION TO EXTEND, IN PART, DEADLINE TO COMPLY WITH ORDER ON MOTION OF WILLIAM B. ABRAMS AUTHORIZING DISCOVERY REGARDING ADMINISTRATION OF THE FIRE VICTIM TRUST** <br><br> [No Hearing Requested] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Upon the joint *ex parte* motion, dated August 29, 2022 (the "**Joint Motion**"), of PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**" or "**Reorganized Debtors**") and the PG&E Fire Victim Trust (the "**FVT**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to sections 105(a) and 107(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 9006-1(c) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "**Bankruptcy Local Rules**"), for entry of an order extending the September 6, 2022 deadline established in the Court's August 2, 2022 *Order on Motion of William B. Abrams Authorizing Discovery Regarding Administration of the Fire Victim Trust* [Dkt. No. 12682] (the "**Discovery Order**"), solely with respect to the FVT's disclosure and posting of the July 26, 2022 settlement between the Reorganized Debtors, the FVT and certain former directors and officers of PG&E (the "**D&O Action Settlement**") and its terms, until October 3, 2022; and consideration of the Joint Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Joint Motion as provided to the parties listed therein is reasonable and sufficient, and it appearing that no other or further notice need be provided; and this Court having reviewed the Joint Motion and the Declaration of Robin J. Reilly submitted in support of the Joint Motion (the "**Reilly Declaration**"); and this Court having determined that the legal and factual bases set forth in the Joint Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Joint Motion and the Reilly Declaration is in the best interests of the Reorganized Debtors, their estates, creditors, shareholders, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.    The Joint Motion is granted as provided herein.

2.    The September 6, 2022 deadline for the FVT to disclose and post the D&O Action Settlement pursuant to the Discovery Order is hereby extended to, and includes, October 3, 2022.

3.    Notice of the Joint Motion as provided therein shall be deemed good and sufficient and the requirements of the Bankruptcy Local Rules are satisfied by such notice.

4. The Reorganized Debtors and the FVT are authorized to take all necessary actions to effectuate the relief granted pursuant to this Order in accordance with the Joint Motion.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

** END OF ORDER **

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119