WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

BROWN RUDNICK LLP
David J. Molton (#262075)
(dmolton@brownrudnick.com)
Eric R. Goodman (*pro hac vice*)
(egoodman@brownrudnick.com)
Seven Times Square
New York, NY 10036
Tel: 212 209 4800
Fax: 212 209 4801

BROWN RUDNICK LLP
Joel S. Miliband (#077438)
(jmiliband@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, CA 92612
Tel: 949 725 7100
Fax: 949 252 1514

*Attorneys for the Fire Victim Trustee*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF ROBIN J. REILLY IN SUPPORT OF REORGANIZED DEBTORS AND FIRE VICTIM TRUST'S JOINT *EX PARTE* MOTION TO EXTEND, IN PART, DEADLINE TO COMPLY WITH ORDER ON MOTION OF WILLIAM B. ABRAMS AUTHORIZING DISCOVERY REGARDING ADMINISTRATION OF THE FIRE VICTIM TRUST**<br><br>[No Hearing Requested] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1      I, Robin J. Reilly, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

2.      I am employed as Managing Counsel, Corporate and Finance, in the Law Department at Pacific Gas and Electric Company (the "**Utility**"), a wholly-owned subsidiary of PG&E Corporation ("**PG&E Corp.**") and, together with the Utility, the "**Reorganized Debtors**" in the above-captioned chapter 11 cases. I have been employed in this role since May 1, 2021, and prior to such date I was employed as Chief Counsel, Corporate and Finance. I have been employed as an attorney for the Utility since June 2002. In my current role, I am responsible for supervising five attorneys, and advising leaders on corporate governance, securities disclosure and finance issues.

2.      This Declaration is submitted in support of the *Reorganized Debtors and Fire Victim Trust's Joint Ex Parte Motion to Extend, In Part, Deadline to Comply with Order on Motion of William B. Abrams Authorizing Discovery Regarding Administration of the Fire Victim Trust* (the "**Joint Motion**") filed concurrently herewith, which seeks to extend the PG&E Fire Victim Trust's (the "**FVT**") time to comply with the Court's August 2, 2022 *Order on Motion of William B. Abrams Authorizing Discovery Regarding Administration of the Fire Victim Trust* (the "**Discovery Order**"), solely with respect to the disclosure and publication of the D&O Action Settlement, until October 3, 2022.

3.      I am generally knowledgeable and familiar with the July 26, 2022 settlement agreement (the "**D&O Action Settlement**") entered into between the FVT, the Reorganized Debtors and certain former officers and directors of the Reorganized Debtors. ███████████████████████ ███████████████████████████████████████████████████████████████ ███████████████████████████████████████ I am authorized to submit this Declaration on behalf of the Reorganized Debtors. The facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, and information provided to me by the Reorganized Debtors' other employees or the Reorganized Debtors' legal, restructuring, and financial advisors. If called upon to testify, I would testify to the facts set forth in this Declaration.

4.      As set forth in the Joint Motion, the D&O Action Settlement contains terms and provisions ███████████████████████

1. ████████████████████████████████
2. ████████████████████████████████
3. ████████████████████████████████
4. ████████████████████████████████
5. ████

5. Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Dated: August 29, 2022

                                                  Respectfully submitted,

                                                  By: /s/ *Robin J. Reilly*
                                                      Robin J. Reilly

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119