| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Richard W. Slack (*pro hac vice*)<br>(richard.slack@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007<br><br>KELLER BENVENUTTI KIM LLP<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>David A. Taylor (#247433)<br>(dtaylor@kbkllp.com)<br>Thomas B. Rupp (#278041)<br>(trupp@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251<br><br>*Attorneys for Debtors and Reorganized Debtors* | BROWN RUDNICK LLP<br>David J. Molton (#262075)<br>(dmolton@brownrudnick.com)<br>Eric R. Goodman (*pro hac vice*)<br>(egoodman@brownrudnick.com)<br>Seven Times Square<br>New York, NY 10036<br>Tel: 212 209 4800<br>Fax: 212 209 4801<br><br>BROWN RUDNICK LLP<br>Joel S. Miliband (#077438)<br>(jmiliband@brownrudnick.com)<br>2211 Michelson Drive<br>Seventh Floor<br>Irvine, CA 92612<br>Tel: 949 725 7100<br>Fax: 949 252 1514<br><br>*Attorneys for the Fire Victim Trustee* |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF ROBIN J. REILLY IN SUPPORT OF JOINT *EX PARTE* MOTION TO FILE REDACTED VERSION OF REORGANIZED DEBTORS AND FIRE VICTIM TRUST'S JOINT *EX PARTE* MOTION TO EXTEND, IN PART, DEADLINE TO COMPLY WITH ORDER ON MOTION OF WILLIAM B. ABRAMS AUTHORIZING DISCOVERY REGARDING ADMINISTRATION OF THE FIRE VICTIM TRUST**<br><br>[No Hearing Requested] |

I, Robin J. Reilly, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am employed as Managing Counsel, Corporate and Finance, in the Law Department at Pacific Gas and Electric Company (the "**Utility**"), a wholly-owned subsidiary of PG&E Corporation ("**PG&E Corp.**") and, together with the Utility, the "**Reorganized Debtors**" in the above-captioned chapter 11 cases. I have been employed in this role since May 1, 2021, and prior to such date I was employed as Chief Counsel, Corporate and Finance. I have been employed as an attorney for the Utility since June 2002. In my current role, I am responsible for supervising five attorneys, and advising leaders on corporate governance, securities disclosure and finance issues.

2. I am generally knowledgeable and familiar with the July 26, 2022 settlement agreement (the "**D&O Action Settlement**") entered into between the PG&E Fire Victims Trust, Reorganized Debtors and certain former officers and directors of the Reorganized Debtors. I am authorized to submit this Declaration on behalf of the Reorganized Debtors. The facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, and information provided to me by the Reorganized Debtors' other employees or the Reorganized Debtors' legal, restructuring, and financial advisors. If called upon to testify, I would testify to the facts set forth in this Declaration.

3. The D&O Action Settlement, as set forth in the *Reorganized Debtors and Fire Victims Trust's Joint Ex Parte Motion to Extend, In Part, Deadline to Comply with Order on Motion of William B. Abrams Authorizing Discovery Regarding Administration of the Fire Victim Trust* (the "**Joint Motion**") and the *Declaration of Robin J. Reilly in Support of Reorganized Debtors and Fire Victim Trust's Joint Ex Parte Motion to Extend, In Part, Deadline to Comply with Order on Motion of William B. Abrams Authorizing Discovery Regarding Administration of the Fire Victim Trust* (the "**Reilly Declaration**"), contains highly sensitive and confidential commercial information.

4. Due to the commercially sensitive nature of certain settlement terms and provisions contained in the D&O Action Settlement, further referenced in the Joint Motion and the Reilly Declaration, the public disclosure of those terms and provisions at this time would commercially and strategically prejudice the Reorganized Debtors. Accordingly, the Reorganized Debtors seek to redact,

in part, the Joint Motion and the Reilly Declaration and keep the information redacted therein confidential for a limited period of time as further and more specifically discussed in the Joint Motion.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Dated: August 29, 2022

Respectfully submitted,

By: /s/ *Robin J. Reilly*
Robin J. Reilly

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119