CLAIMANTS: Jerome Jay and Janice Faye Fife Claim # [1090778](1090778) & [1090774](1090774)

PG&E Corporation and Pacific Gas and Electric Company

Case # 19-30088-DM

August 29, 2002

To Whom It May Concern:

I am requesting your consideration in approving my late filed claim to the Bankruptcy Court for what my wife and I went through, and still deal with, from the 2017 Tubbs Fire. We are aware that the court has accepted other late filings and would hope the court would accept ours. We feel there would be no prejudice to PGE, nor cause difficulties for the judicial process of the bankruptcy by accepting our late filing.

Our late filing is due to our never having received a notice of any kind from the Bankruptcy Court or a factor representing PGE alerting us that we might be eligible to file a damage claim from the 2017 Tubbs fire. Had we known we most certainly would have filed a claim. We were informed in June 2022 that in fact we were eligible. I attempted to file a claim on line in June but my facility with computers being poor, I did something wrong. I thought my claim was filed when in fact it wasn't. I was made aware of this just last week and corrected the error and my filing was sent.

Due to circumstances not in our control, we were unable to evacuate as ordered by the Sonoma County emergency services and CDF. We felt we had no choice but to shelter in place. We have lived in the redwood forest of western Sonoma County for over fifty years. There has always been concern about PGE's neglect of their equipment, maintenance of their infrastructure and poor money management. We do not find it surprising that PGE was found responsible for the fire. We and other members of our family are victims of that neglect.

We will live the rest of our lives with the affects the fire had on us. It was like living in an apocalyptic movie. Seeing the glow of the fire over most of our eastern horizon; the smell and taste of eye burning smoke and ash for days, forcing us to remain indoors just to breathe without discomfort. Visibility was often less than half a mile due to the dense smoke from the fire. With no contact with authorities, or know if any emergency services were available, we spent each day in feeling stressed and increasingly anxious waiting to hear that we had no choice but to leave our home and potentially lose everything again to fire. We had nowhere to go?

It is impossible to describe in this short text what the days and nights were like that we lived through, and what we still live with, because of that fire. We no longer feel safe in our home outside of winter months. Weather alerts of an increased potential for fire brings back the anxiety and tension we felt living through the 2017 fire. With global warming, those alerts are now far to frequent. Fire season is just plain uncomfortable. We are more tense or nervous than normal during fire season. It feels like you should constantly look over your shoulder because you "feel" something is behind you. The comfort level living in our home decreases during these periods. I would prefer not having this tension in my life.

I want to thank you in advance for any time you take to consider our request. It was not our intent to file late. We just didn't know we could.

Respectfully,

Jerome Jay Fife