Dale Smithson Claim #306881
Patrick Smithson
Linda Smithson
Clayton Smithson
Amber Keough

PG&E Corporation and Pacific Gas and Electric Company
Case#1930088
akeough7@hotmail.com

To Whom it May Concern,

    I am here to ask for your consideration for myself and my family to file a late claim through the Bankruptcy Court, many friends and family suffered the night of the 2017 Tubbs fire…mine being one of them! Our safe haven at 6293 Melita road no longer feels safe, and that is a result of PG&E and Company and their neglect that lead to the days, weeks and years following a traumatic fire. I think many of us didn't realize in the moment the struggles our future would bring surrounding summer/fire season. How could we know that ever year to follow 2017 would bring angst/anxiety/PTSD? I am sorry to have filed so late, honestly it took longer than it should've to come to terms with the fact that our lives are forever altered due to the simple ignorance that PG&E portrayed.

    None of us will ever forget the night of October 8th 2017, especially those of us that fled in fear of our lives and the lives of our loved ones. There was a serious lack of communication from emergency services and authorities that lead to sheer panic and chaos throughout the community. As we are less than a 1/2 mile from the burn scars, we will never not look around our property and not think of that night. We are hoping to find a shred of peace in receiving some compensation for our new "normal".


Thank You For Your Consideration,
Sincerely,
The Smithson Household