UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects Both Debtors<br><br>*\* All Papers shall be filed in the Lead Case No. 19-30088 (DM)* | BANKRUPTCY CASE<br>NO. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>NOTICE OF SUBSTITUTION<br>OF COUNSEL |

**PLEASE TAKE NOTICE** that the undersigned attorney is hereby substituted as counsel of record in place of Marissa Parker representing creditors Vanguard Institutional Short-Term Bond Fund and Vanguard Ultra-Short-Term Bond Fund in the above-entitled action.

All notices should be sent to:

>Stradley Ronon Stevens & Young, LLP
>Attn: Julie M. Murphy
>457 Haddonfield Road, Suite 100
>Cherry Hill, NJ 08002
>Email: jmmurphy@stradley.com

Date: August 31, 2022

**Stradley Ronon Stevens and Young**

*/s/ Julie M. Murphy*
JULIE M. MURPHY, Partner
*Attorney for creditors Vanguard Institutional Short-Term Bond Fund and Vanguard Ultra-Short-Term Bond Fund*

5519617v.2