Entered on Docket
August 31, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: August 31, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Richard W. Slack (*pro hac vice*)<br>(richard.slack@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007<br><br>KELLER BENVENUTTI KIM LLP<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>David A. Taylor (#247433)<br>(dtaylor@kbkllp.com)<br>Thomas B. Rupp (#278041)<br>(trupp@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251<br><br>*Attorneys for Debtors and Reorganized Debtors* | BROWN RUDNICK LLP<br>David J. Molton (#262075)<br>(dmolton@brownrudnick.com)<br>Eric R. Goodman (*pro hac vice*)<br>(egoodman@brownrudnick.com)<br>Seven Times Square<br>New York, NY 10036<br>Tel: 212 209 4800<br>Fax: 212 209 4801<br><br>BROWN RUDNICK LLP<br>Joel S. Miliband (#077438)<br>(jmiliband@brownrudnick.com)<br>2211 Michelson Drive<br>Seventh Floor<br>Irvine, CA 92612<br>Tel: 949 725 7100<br>Fax: 949 252 1514<br><br>*Attorneys for the Fire Victim Trustee* |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>   - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                         Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER GRANTING JOINT *EX PARTE* MOTION TO FILE REDACTED VERSION OF REORGANIZED DEBTORS AND FIRE VICTIM TRUST'S JOINT *EX PARTE* MOTION TO EXTEND, IN PART, DEADLINE TO COMPLY WITH ORDER ON MOTION OF WILLIAM B. ABRAMS AUTHORIZING DISCOVERY REGARDING ADMINISTRATION OF THE FIRE VICTIM TRUST**<br><br>[No Hearing Requested] |

1     Upon the joint *ex parte* motion, dated August 29, 2022 (the "**Redaction Motion**"), of PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**" or "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to sections 105(a) and 107(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 1001-2(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "**Bankruptcy Local Rules**") and the *Procedures for Filing Redacted or Sealed Confidential or Highly Sensitive Documents* adopted by the United States Bankruptcy Court for the Northern District of California (the "**Local Procedures**"), for entry of an order (i) authorizing the Reorganized Debtors and the PG&E Fire Victim Trust (the "**FVT**") to file the *Reorganized Debtors and Fire Victim Trust's Joint Ex Parte Motion to Extend, In Part, Deadline to Comply with Order on Motion of William B. Abrams Authorizing Discovery Regarding Administration of the Fire Victim Trust* (the "**Joint Motion**") and the *Declaration of Robin J. Reilly in Support of Reorganized Debtors and Fire Victim Trust's Joint Ex Parte Motion to Extend, In Part, Deadline to Comply with Order on Motion of William B. Abrams Authorizing Discovery Regarding Administration of the Fire Victim Trust* (the "**Reilly Declaration**") with certain limited redactions, and (ii) directing that the unredacted copies provided to the Court of the Joint Motion and Reilly Declaration shall remain under seal and confidential and not be made available to anyone without the consent of the Reorganized Debtors and the FVT or further order from the Court; and consideration of the Redaction Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Redaction Motion as provided to the parties listed therein is reasonable and sufficient, and it appearing that no other or further notice need be provided; and this Court having reviewed the Redaction Motion and the declaration of Robin J. Reilly submitted in support of the Redaction Motion; and this Court having determined that the legal and factual bases set forth in the Redaction Motion and the accompanying declaration establish just cause for the relief granted herein; and it appearing that the relief requested in the Redaction Motion is in the best interests of the Debtors, their estates, creditors, shareholders, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Redaction Motion is granted.

2. The Reorganized Debtors and the FVT are authorized to file redacted copies of the Joint Motion and Reilly Declaration pursuant to sections 105(a) and 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018.

3. The unredacted copies of the Joint Motion and Reilly Declaration provided to the Court are confidential, shall remain under seal, and shall not be made available to anyone without the consent of the Reorganized Debtors and the FVT or upon further order of this Court.

4. Notice of the Redaction Motion as provided therein shall be deemed good and sufficient and the requirements of the Bankruptcy Local Rules are satisfied by such notice.

5. The Reorganized Debtors and the FVT are authorized to take all necessary actions to effectuate the relief granted pursuant to this Order in accordance with the Redaction Motion.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

** END OF ORDER **

COURT SERVICE LIST

William B. Abrams
1519 Branch Owl Place
Santa Rosa, CA 95409

William B. Abrams
2041 Stagecoach Rd.
Santa Rosa, CA 95404

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119