Richard Lane
1857 Crimson Lane
Santa Rosa, CA 95403
Phone 415-336-8765 ~ Email: RichardLane@pacbell.net

Judge Montali, Courtroom 17
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Case #19-30088-DM
Docket # 12766

August 28, 2022

"Please post to the Courtroom Docket"

I am writing to express my support for Docket #12766 **Motion Pursuant to Federal Rule of Bankruptcy for 2004 Examination for Entry of an Order Authorizing Discovery and Hearings regarding the Acts and Conduct of Jams Neutrals given new evidence. Filed by Interested Party William B. Abrams.**

The new evidence provided through the LA Times was unknown to the Court when it issued the *"Order on Motion of Williams B. Abrams Authorizing Discover Regarding Administration of the Fire Victim Trust* [Dkt. 12682]. This new reporting was released hours after the Court order was issued so the ramifications of this new evidence could not have been incorporated with the order at that time. However, the discovery "exclusions" that were specifically referenced with that order coincide with the core areas within this case overseen by Justice Trotter and JAMS neutrals.

Now given this new evidence, I ask the court to broaden the discovery to ensure that the *"multifaceted victimization of injured people,"* as referred to by Chief Justice Tani Cantil-Sakauye regarding the influence of JAMS, has not undermined the well-intentioned efforts of the Court to ensure fair and just outcomes.

Richard Lane

Cc: Skikos, Crawford, Skikos & Joseph, LLP
Greg Skikos
701 A 4th Street, #209
Santa Rosa, CA 95404

FILED
AUG 30 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Richard Lane
PO Box 1392
Healdsburg, CA 95448

Judge Montali
450 Golden Gate Ave.
Mail Box 36088
San Francisco, CA 94102

CASE #19-30088 DM