

```
 1  ROBIN D. SHOFNER (272552)            Signed and Filed: August 31, 2022
    shofner@mobolaw.com
 2  MOBO LAW, LLP
    10280 Donner Pass Road
 3  Truckee, California 96161
 4  Tel:    (530) 214-8700
    Fax:    (530) 214-8158               _____
 5                                       DENNIS MONTALI
    Attorneys for Mary McAlvain          U.S. Bankruptcy Judge
 6
```

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re*: | Case No.: 19-30088 (DM) |
| | Chapter 11 |
| PG&E CORPORATION | (Lead Case) |
| | (Jointly Administered) |
| -and- | |
| | **ORDER GRANTING MOTION PURSUANT** |
| PACIFIC GAS AND ELECTRIC COMPANY | **TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1) TO DEEM THE CLAIM OF MARY McALVAIN TIMELY FILED** |
| Debtors. | |
| | Date:   August 23, 2022 |
| | Time:   10:00 a.m. |
| ☐ Affects PG&E Corporation | Dept.:  To Be Held Telephonically |
| ☐ Affects Pacific Gas & Electric | United States Bankruptcy Court |
| ☒ Affects Both Debtors | Courtroom 17 |
| | 450 Golden Gate Avenue, 16th Floor |
| All papers shall be filed in the Lead Case, No. 19-30088 (DM) | San Francisco, CA |
| | Judge:  Honorable Dennis Montali |
| | **Objection Deadline: August 16, 2022** |

Movant MARY MCALVAIN (Movant), having filed her Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) to Deem the Claim of Mary McAlvain Timely Filed (the "Motion") dated August 2, 2022 (Dkt. No. 12675), by which Movant seeks to have her

1 claim, No. 108641 filed on June 30, 2022 deemed timely; no interested party having timely objected to the Motion; the Court having granted the Motion via Docket Text Order on August 19, 2022; and the relief set forth herein appearing to be well grounded; accordingly, it is

ORDERED, Proof of Claim No. 108641, filed on behalf of MARY MCALVAIN, is deemed timely; and it is further

ORDERED, the Proof of Claim and Asserted Fire Victim Claims shall for all purposes be treated and classified as Fire Victim Claims under the Plan, and shall be fully assumed by, and the sole responsibility of, the Fire Victim Trust and subject to the Channeling Injunction, to be administered, processed, settled, disallowed, resolved, liquidated, satisfied and/or paid in accordance with the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures.

.

**\*\* END OF ORDER \*\***