Karen Neff
Richard Neff
PG&E Corporation and Pacific Electric Company
Case # 1930088
allvideo85@yahoo.com

Bankruptcy court,

    I am writing this in hopes that you will consider myself and husband for our suffering during the North Bay fires and after. I am a nurse at Sonoma Valley Hospital which is our local hospital in Sonoma. During the fires I was so scared because there were times our hospital had to be ready to evacuate. I had many patience with life threatening injuries under my care, most of my fellow staff members were evacuated and I had to work longer hours or days in a row to keep my patience safe.
    My home was also where many of my family members evacuated to, I had grandkids with no diapers, bottles, or formula at times during the fires. I opened my home to whoever needed a safe place although there was nothing I could do to stop this fire from burning down friends and families homes.
    My husband is a vet who served in the Coast Guard. During the fires he complained of the smoke and to this day has fear of low flying planes. I depend on my grandchildren to keep us updated on which "active fire map" app I need.
    My brother is a fire chief in our community and I feared for him during these years of new and raging fires.
    As you can tell my family has been greatly affected by the recent fires. PG&E and Company have been proven guilty for the cause of these fires. Many people have lost so much because of this but I can easily say that I was also and am still a victim of the North Bay Fires and Tubbs fire.

Thank you for your consideration,
    Karen Neff & Richard Neff