

1  DOWNEY BRAND LLP
   JAMIE P. DREHER (Bar No. 209380)
2  Email: jdreher@downeybrand.com
   BRIAN ATON (Bar No. 339266)
3  baton@downeybrand.com
   621 Capitol Mall, 18th Floor
4  Sacramento, California 95814
   Telephone:    916.444.1000
5  Facsimile:    916.444.2100

Signed and Filed: August 31, 2022

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

6  Attorneys for Timothy W. Gleason, Miriam
   Gleason, and Luke Gleason

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>Affects Both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM* | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**ORDER GRANTING MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO ENLARGE THE TIME TO FILE PROOF OF CLAIM**<br><br>Related Document: 12660<br><br>Hon. Dennis Montali |

The Court having considered the Motion Pursuant To Fed. R. Bankr. P. 9006(b)(1) To Enlarge The Time To File Proof Of Claim by Timothy W. Gleason, Miriam Gleason, and Luke Gleason (collectively, "Gleason Proof of Claim"), filed July 22, 2022 at Dkt. No. 12660, no objection or opposition having been filed thereto, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted;

2. The Gleason Proof of Claim shall be filed within 14- days of entry of this Order and is deemed timely filed;

3. The Gleason Proof of Claim and Asserted Fire Victim Claims shall for all purposes be treated and classified as Fire Victim Claims under the Plan, and shall be fully assumed by, and the sole responsibility of, the Fire Victim Trust and subject to the Channeling Injunction, to be administered, processed, settled, disallowed, resolved, liquidated, satisfied and/or paid in accordance with the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures.

**END OF ORDER**