Signed and Filed: August 31, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>     - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>*  All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

### ORDER GRANTING MOTIONS TO FILE LATE CLAIMS
### (CERDA, ROBERTSON, AND YANEZ)

Fire claimants James Cerda, Jeremy Robertson, and Alfredo Yanez, et al. filed similar motions to file claim after claims bar date ("Motions").  *See* Dkts. 12520, 12684, and 12718.  There being no responses or written objections filed to the Motions, it is hereby ORDERED that,

    1.    The Motions are GRANTED.

-1-

2. The September 13, 2022, hearing on the Motions is DROPPED from the calendar.
3. The Proof of Claim filed by James Cerda is deemed timely filed.
4. The Proof of Claim filed by Jeremy Robertson is deemed timely filed.
5. The Proof of Claim filed by Alfredo Yanez, Maritza Yanez, Dominic Eli Yanez, and Mia Natalia Yanez is deemed timely filed.
6. The Proofs of Claim and Asserted Fire Victim Claims shall for all purposes be treated and classified as Fire Victim Claims under the Plan, and shall be fully assumed by, and the sole responsibility of, the Fire Victim Trust and subject to the Channeling Injunction, to be administered, processed, settled, disallowed, resolved, liquidated, satisfied and/or paid in accordance with the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST

James Cerda
2312 Jose Ave.
Santa Rosa, CA 95401

Jeremy Robertson
2964 SW Redmond Hill Rd
McMinnville, OR 97128

Alfredo Yanez
2509 Vallejo St.
Santa Rosa, CA 95405

Case: 19-30088    Doc# 12913    Filed: 08/31/22    Entered: 08/31/22 15:41:39    Page 3 of 3