# EXHIBIT 1

**Montgomery, David and Montgomery, Linnise Maria, et. al.;**

**14761 Glenwood Drive, Magalia, CA 95954**

Movants are Camp Fire Survivors. Movants were consistently told they did not have a claim because their house did not burn down completely. Being that this was Movant's first experience retaining an attorney or filing a claim, they simply took the advice of their landlord, although it was false. Their landlord told them that they did not have to file a claim because they will be covered under his claim. After the Movant were told they did not have a claim, they decided to try to pick up the pieces and try to get their life back to what it used to be on their own, without filing a claim. However, unfortunately, Movants realized it is difficult to do so.

Movants were misinformed about the law and were so preoccupied with starting over after the fire that they put off thinking about the fire until they sought legal advice from Frantz Law Group.


**McCord, Jesse, McCord Christa, McCord, Tenli, McCord, Viggo, McCord, Luke, et. al.**

**13914 Centerville Road Chico, 95928**

Movants are Camp Fire Survivors. Movants were consistently told they did not have a claim because their house did not burn down completely. Being that this was Movant's first experience retaining an attorney or filing a claim, they took the advice of those around them. After the Movant were told they did not have a claim, they tried to pick up the pieces by doing what they can to help reestablish their life. Movants quickly realized that although their home did not burn down, they were suffering extreme financial and emotional hardship in an attempt to get back on their feet.

Movants were misinformed about the law, were preoccupied with starting over after the fire, and helping others rebuild that they put off thinking about the fire until they sought legal advice from Frantz Law Group.

**McCord, Jason, McCord Maria, McCord, Jason, McCord, Jordan, and Togafau, Atilava, et. al.,**

**13461 Centerville Road, Chico CA 95928; 5234 Colman Ranch Road Chico, CA 95928;**

**13457 Centerville Road Chico, CA 95928;**

**13419 Lila Lane Chico, CA 95928;**

**12785 Allseasons Drive Forest Ranch, CA 95942.**

Movants are Camp Fire Survivors. Movants were consistently told they did not have a claim because their house did not burn down completely. Being that this was Movant's first

experience retaining an attorney or filing a claim, they took the advice of those around them. After the Movant were told they did not have a claim, they decided to try to pick up the pieces and try to get their life back to what it used to be on their own, without filing a claim. However, unfortunately, Movants realized it is difficult to do so. Furthermore, Movants were very involved in the community to help those around them rebuild, that the selflessly put aside their worries to help everyone around them. Movant, Jason McCord, also was featured on the news for his heroic acts of helping maintain the fire.

Movants were misinformed about the law, were preoccupied with starting over after the fire, and helping others rebuild that they put off thinking about the fire until they sought legal advice from Frantz Law Group.


### Koch,Gary Lynn, and Lorraine Gail, et. al., 14831 Wood Drive, Magalia, CA 95954

Movants are Camp Fire Survivors. Movants were consistently told they did not have a claim because their house did not burn down completely. Movants are an elderly couple who did not know their rights in regard to filing a claim. They assumed and were told by other counsel that since their home wasn't a total burn down, they did not have a claim. After the Movant were told they did not have a claim, they attempted to reestablish their lives on their own. However, unfortunately, Movants realized it is difficult to do so.

Movants were misinformed about the law and did not know their rights until they sought legal advice from Frantz Law Group.


### Keene, Michael and Sharan, et. al., 12785 All Seasons Dr., Forest Ranch, CA 95942

Movants are Camp Fire Survivors. Movants were consistently told they did not have a claim because their house did not burn down completely. They were also told by other counsel that since they are renters, they do not have a claim since they do not own the property. After the Movant were told they did not have a claim, they did not try to pursue it any further because they were misinformed about the law. Movants were unsuccessful on trying to get their life back to what it was before without the help of being able to file a claim.

Movants were misinformed about the law and were so preoccupied with starting over after the fire that they put off thinking about the fire until they sought legal advice from Frantz Law Group.

**Dwelle,Tyler Allen et. al., 823 Thomasson Lane, Paradise, CA 95969**

Movants are Camp Fire Survivors. At the time of the fire, Movant was a 17-year-old minor who was residing at this address with his mother. This is Movant's first experience retaining an attorney or filing a claim, as they never knew how the process worked before since they were a minor. Additionally, he and his mother took the advice of their landlord, although it was false. Their landlord told them that they did not have to file a claim because they will be covered under his claim, which was false. Unfortunately, Movants realized it is difficult to move on after the fire without a claim. Movant is now a college student who is also working and trying to get his life back in order.  Movant was misinformed about the law until he sought legal advice from Frantz Law Group.