Kalika and Sean Casady
121 Hansen Way
Petaluma CA
415 497 2602
8/20/2022

Re: PG&E Bankrupcy Case: 19-30088

Fire Victim Trust:
Sean Casady Claiment ID 108800, Case number 106042, filing date 7/27/2020
Kalika Casady Claiment ID 1088368, Case number 106042, filing date 7/27/2020

Dear Judge Montali,

Our names are Kalika and Sean Casady. We are writing to you in response to the Tubbs fire that took place in Santa Rosa on October 8th 2017. We lived at the base of Mark West Springs Rd which was on one of the direct fire paths that night and was hit very early on in the event. On the evening of the fire we were awoken by the sounds of our neighbors screaming and what sounded like explosions. We fled in a matter of minutes. We only had time to take our pets (which we were so thankful for), wallet and purse. In the confusion and panic we didn't think or have time to take any of our valuables or family heirlooms from our life we had built together.

After the fire we stayed with our parents in Fairfax for a number of months. It took a very long time to be able to find a place to live in Sonoma County again (we finally got lucky only because of a referral from a friend). It was extremely challenging the first few months just trying to stay afloat with our work as independent contractors, while also trying to figure out a place to live in a very competitive housing situation. Also just trying to take care of basic needs such as clothing and things for our pets. The emotions and anxiety were truly difficult to deal with but we eventually got lucky and had a referral from a friend on a place to live. We took it sight unseen and began to rebuild our lives in Sonoma County. Recovery after the fire and losing everything took us so much longer than can be imagined. While trying to rebuild our lives, deal with insurance, and also just live our day to day normal lives to stay afloat we also found out we had to apply for the PG&E lawsuit. It was difficult to keep up with the details and only found out about it through a friend who also lost her home in the same fire.

The truth is that both of us were so depleted trying to keep up with everything and our new "normal" that it kept falling to the wayside on our list of day to day survival priorities.
When we finally felt that we were somewhat caught up and were able to work our jobs a bit more normally we began to focus on applying for the lawsuit. It took several months and looking back through insurance details, landlord details and gathering items we thought we needed to apply. We began filing the claim through the fire victims trust and were told that it was ok for us to file late if filing without an attorney. We did have some issues with their application process website as well, they had messed up Kalika's name as well as the spelling of our last name

Casady and it took several attempts to have it corrected. We were very scared if we filed the names incorrectly that it would affect the outcome and cause us to be rejected. This made the process take even longer.

We filed the claim officially on 7/27/2020. We sent over all documents and details. We contacted them to confirm that they had everything they needed and were told we were all set, and that now we just had to wait. We followed up numerous times checking in to make sure the claim had been reviewed and that nothing additional was needed and were continuously told to just wait.

At no time were we told that we had to be approved through PG&E Bankruptcy for the late claim. If we had known we would have handled that right away. We continued to check in and follow up over the last few months, and over and over were told to just wait, and were not given any further instructions or clarifications.

On Monday August 1st 2022, we received an email from the Fire Victims trust stating that they did not get our proof of claim in time and because of this we were not eligible for the claim.

Sean immediately called Fire Victims Trust and they basically said that we had filed too late and in order to get it accepted we needed to go through the bankruptcy court to get it approved. This was the first time someone told us that we were late. We had been waiting for two years and to just get the denial has been devastating. He then contacted the law firm that worked on this case as well as another lawyer that we were referred to, (he ended up having to call around 7 different parties to get the information needed) and had to wait to hear back from them in order to proceed.

The repercussions of living through a fire with a complete loss of everything we owned including family heirlooms, items of memories, and basic needs items have been emotionally traumatic and devastating. It was so challenging dealing with so much just trying to get everything back on track on top of that. We now are so happy to have a first baby on the way and it would be such a blessing to be able to put this behind us so we can move on as a family.

We thank you so much for taking the time to review this letter and consider our plea. We know we were not alone and that the fire affected so many in this incredible community that we are honored to be a part of. We hope that you will please find it in your heart to approve the late claim.


Sincerely and respectfully,
Sean and Kalika Casady