

**Signed and Filed: September 1, 2022**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br><br><br>Date:  September 28, 2022<br>Time:  10:00 AM<br>Via Tele/Videoconference<br>www.canb.uscourts.gov/calendars |

### ORDER RE SUPPLEMENTAL EXHIBIT TO ORDER CONSOLIDATING MOTIONS TO FILE LATE CLAIMS

Since the entry of the court's August 24, 2022, *Order Consolidating Motions to File Late Claims* ("Order") (Dkt. 12875), four motions to file late claim were filed by pro se

claimants and they are listed on the Supplemental Exhibit[1] attached hereto.

In accordance with the procedures set forth in the Order, as to the Motions **that the FVT contests**, it should file a single consolidated Response no later than **September 15, 2022,** and serve that Response on all represented or *pro se* movants whose Motions they oppose. The Response should include a list of the affected Motions in a format similar to the attached Supplemental Exhibit, identifying the opposed Motions by respective docket number, the first named claimant, any counsel for the claimant(s), and a brief comment stating the nature of and reason for the FVT's particular opposition to the respective Motion, but without any discussion or argument.

For Motions listed in the attached Supplemental Exhibit **that the FVT does not contest**, it should file **by September 15, 2022,** a list of those uncontested Motions and a statement of non-opposition in the same format as the attached exhibit, and serve and upload an order granting the particular Motion(s) that it does not contest.

For Motions that the FVT contests and lists in the exhibit called for above, the court will hold a hearing, in the nature of a status conference, on September 28, 2022, at 10:00 AM via Zoom. Affected movants (whose Motions are opposed by the FVT) or their counsel should appear. At that hearing the court will dispose of any Motions and Responses that can be dealt with as a

---

[1] The Supplemental Exhibit does not include motions filed by counsel after August 24, 2022, as they are expected to comply with the Order.

matter of law, or set an appropriate briefing schedule, if necessary, regarding any other opposed Motion.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST

| | |
|---|---|
| Sequoyah Wallach<br>160 Bohemian Hwy<br>Freestone, CA 95472 | Dale Smithson, et al.<br>6293 Melita Rd<br>Santa Rosa, CA 95409 |

Efrain Yanez, et al.
908 Corte Amarillo
Rohnert Park, CA 94928

Janae Luther, et al.
7011 Erland Rd
Santa Rosa, CA 95404

Randal Neff
181 Academy Ln
Sonoma, CA 95476

Jennifer Miller
7011 Erland Rd
Santa Rosa, CA 95404

Jewel Miller
P.O. Box 413
Forestville, CA 95436

Nikola Kangrga
8543 Planetree Dr.
Windsor, CA 95492

Ashley Blank
8543 Planetree Dr.
Windsor, CA 95492

Craig C. Carrillo, et al.
2609 Spring Oaks Dr
Santa Rosa, CA 95405

Jerome Jay Fife
1875 Joy Rd
Occidental, CA 95465

Melissa Ryan Fife
712 McConnell Ave
Santa Rosa, CA 95404