Entered on Docket
September 01, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 31 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THERESA ANN MCDONALD,<br><br>Appellant,<br><br>v.<br><br>PG&E CORPORATION, PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Appellees,<br><br>OFFICE OF THE U.S. TRUSTEE,<br><br>Trustee - Appellee,<br><br>OFFICIAL COMMITTEE OF TORT CLAIMANTS; OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Creditors - Appellees. | No. 20-17366<br><br>D.C. No. 4:20-cv-04568-HSG<br>U.S. District Court for Northern California, Oakland<br><br>**MANDATE** |

The judgment of this Court, entered May 25, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7