KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **STIPULATION TO MODIFY SCHEDULE REGARDING REORGANIZED DEBTORS' OBJECTION TO CLAIM NO. 108715 FILED BY DAVID P. ADDINGTON** |
| **Debtors.** | **[Related to Docket No. 12392]** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), on the one hand, and Creditor David P. Addington ("**Addington**") on the other hand, by and through their counsel, hereby stipulate and agree as follows:

## RECITALS

A. On May 16, 2022, the Court entered the *Order Sustaining Debtors' Objection and Granting David Addington Leave to Amend Proof of Claim #3093* [Docket No. 12392] (the "**May 16 Order**"), which (i) disallowed Mr. Addington's Proof of Claim No. 3093, (ii) provided a schedule for Mr. Addington to file an amended proof of claim and for the Reorganized Debtors to file an objection to such amended claim, and (iii) set a hearing on the matter for September 13, 2022 (the "**Hearing**").

B. On July 5, 2022, Mr. Addington timely filed Proof of Claim No. 108715 (the "**Amended Claim**").

C. The Reorganized Debtors have requested additional time to file their objection to the Amended Claim, and Mr. Addington is agreeable to that request, provided that the September 13 Hearing remain on calendar as a status conference, and therefore the Parties seek to revise the schedule set forth in the May 16 Order as set forth below.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE BANKRUPTCY COURT TO ORDER, THAT:**

1. The Stipulation is approved. The May 16 Order is modified as set forth below.

2. The Reorganized Debtors' objection to the Amended Claim shall be filed no later than September 12, 2022.

3. No notice of hearing shall be filed with the objection.

4. The Hearing on this matter scheduled for **September 13, 2022**, at 10:00 a.m. (Pacific Time) shall go forward as a status conference.

[*Signatures on Next Page*]

| | |
|---|---|
| Dated: September 2, 2022 | |
| KELLER BENVENUTTI KIM LLP | DUANE MORRIS LLP |
| */s/ Thomas B. Rupp* <br> Thomas B. Rupp <br> *Attorneys for Debtors and Reorganized Debtors* | */s/ Aron M. Oliner* <br> Aron M. Oliner <br> *Attorneys for Creditor David P. Addington* |