

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Dara L. Silveira (#274923)
(dsilveira@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

Signed and Filed: September 2, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER GRANTING STIPULATION BY AND BETWEEN REORGANIZED DEBTORS AND JARRED SOLIZ TO SET ASIDE ORDER DISALLOWING PROOF OF CLAIM NOS. 92148, 92155, AND 92196**<br><br>[No Hearing Requested] |

The Court having considered the *Stipulation by and Between Reorganized Debtors and Jarred Soliz to Set Aside Order Disallowing Proof of Claim Nos. 92148, 92155, and 92196* (the "**Stipulation**")[1] entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtor and debtor in possession (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), on the one hand, and Jarred Soliz, on the other hand, filed on August 31, 2022, and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Stipulation is hereby approved.

2. The Proof of Claim Order is set aside with respect to the Proofs of Claim.

3. Kroll Restructuring Administration LLC, the Debtors' claims and noticing agent, is authorized to update the official claims register for the Chapter 11 Cases to reflect that the Proofs of Claim are not disallowed and expunged.

4. Both Parties reserve all rights with respect to the Proofs of Claim.

5. The Reconsideration Motion is deemed withdrawn with prejudice, and the Hearing is vacated.

6. The Stipulation shall constitute the entire agreement and understanding of the Parties relating to the subject matter thereof and shall supersede all prior agreements and understandings relating to the subject matter thereof.

7. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation.

*** END OF ORDER ***

---

[1] Capitalized terms used but not herein defined shall have the meanings ascribed to them in the Stipulation.

| | |
|---|---|
| 1 | APPROVED AS TO FORM AND CONTENT: |
| 2 | Dated: August 31, 2022 |
| 3 | MARSHACK HAYS LLP |
| 4 | /s/ Laila Masud |
| 5 | Laila Masud |
| 6 | *Attorneys for Jarred Soliz* |