KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

Signed and Filed: September 2, 2022



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER APPROVING STIPULATION TO MODIFY SCHEDULE REGARDING REORGANIZED DEBTORS' OBJECTION TO CLAIM NO. 108715 FILED BY DAVID P. ADDINGTON**<br><br>[Related to Docket No. 12392] |

The Court having considered the *Stipulation to Modify Schedule Regarding Reorganized Debtors' Objection to Claim No. 108715 Filed By David P. Addington*, dated September 2, 2022 (the "**Stipulation**"),[1] entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") on the one hand, and Creditor David P. Addington ("**Addington**") on the other hand, by and through their counsel; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved. The May 16 Order is modified as set forth below.

2. The Reorganized Debtors' objection to the Amended Claim shall be filed no later than September 12, 2022.

3. No notice of hearing shall be filed with the objection.

4. The Hearing on this matter scheduled for **September 13, 2022**, at 10:00 a.m. (Pacific Time) shall go forward as a status conference.

*** END OF ORDER ***

APPROVED AS TO FORM AND CONTENT:

DUANE MORRIS LLP

*/s/ Aron M. Oliner*
Aron M. Oliner
*Attorneys for Creditor David P. Addington*

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.