August 26, 2022

**I am in full support of Motion #12766,** please add to the docket.

FILED
SEP - 2 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

To: Honorable Judge Montalli,

I am asking for **Accountability, Inclusion, Fairness and to be "made whole",** as I was led to believe would happen by this court.

I am a Campfire Survivor who once had the "American Dream" by going to school, working hard, higher education degrees, bought my own home, took care of my family and pets all on my own. On November 8, 2018 at approximately 12:00 pm noon the Campfire had reached my home and my dog Talula suffered a horrific death because of severely neglected equipment owned by PG$E. I have unburied and reburied my dog because of PG$E tree removals due to the Campfire. I am just one story and there are least 70,000 other stories.

**I feel this court has done little to support or protect wildfire survivors "victims of a crime".** The voting process is an example of how lawyers were given more safeguards than wildfire survivors. The only protections, that I am aware of and established by this court, has been to **protect judges, lawyers and Fire Victim's Trust (FVT) management,** while consistently blocking survivors from transparency and understanding of processes.

Will Abram is not alone on his quest for answers and justice we all deserve. Will did not burn down my home, my town, or kill my dog Talula and take away my life of hard work. I support Will asking questions for a better understanding of the processes and safeguards for survivors. As a societal norm, we teach our youth no question is a bad question, yet this court **continually blame-shifts and bashes Will Abram to make him look like the bad guy.**

I, too, want to better understand the process of how we got to this point of **"hoping"** the FVT will be fully-funded. The bankruptcy agreement was $13.5B. If FVT isn't fully-funded and survivors do not receive their full determination award, then it was mis-managed. If I am not understanding the processes in place and what is happening, it is because **this court has put safeguards to protect the wrong people.** A good management team is inclusive and rolls out information so everyone is informed of processes, changes and what's to come. **This court and the FVT management team has been exclusive and allows wildfire survivor's minds to wonder, allows for uncertainty and anxiety to take over rather than allow us to heal from a preventable and devastating event.**

I voted "No" and was forced to take stock due to the mass manipulation of survivors who were forced to vote on something they did not understand, all while suffering PTSD. Selling stock at less than the agreed upon target price should not be considered or allowed regardless of how long it takes. If the FVT is not going to be fully-funded and I am not going to be "made whole" as I was led to believe, then I want to know where those funds went and why. Anything less than 100% of our determinations award is not acceptable.

My only "hope", is that this court does have the best interest of wildfire survivors and isn't following the same paradigm and ideology of PG$E to channel funds for themselves that where earmarked for another intended purpose.

Respectfully, Tina Reszler - Campfire Survivor

Treszler
835 Bille Rd
Paradise CA 95928

RECEIVED
SEP -2 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Judge Montali
Courtroom 17
450 Golden Gate Ave
#36099
San Francisco, CA 94102



941023410 C004