**Signed and Filed: September 6, 2022**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER ON MOTION FOR RECONSIDERATION**

On September 1, 2022, Mr. William B. Abrams filed a *Motion for Reconsideration and Related Relief from the Order Granting Motion of the Fire Victim Trustee to File Redacted Versions of Certain Retention Agreements Until Litigation Related to Such Retention Agreements is Finally Resolved and Pursuant to Federal*

-1-

*Rule of Civil Procedure 59(e)* (the "Motion for Reconsideration") (Dkt. 12916) and supporting declaration (Dkt. 12917). He suggested a response date of September 13, 2022, and a tentative hearing date of September 27, 2022.

The court has considered the Motion for Reconsideration and orders as follows:

1. Cathy Yanni, the trustee of the Fire Victim Trust ("FVT"), should file and serve a Response no later than September 16, 2022.

2. Upon filing of the Response, the matter will stand submitted. No Reply is to be filed and the tentative hearing on September 27, 2022, will not take place. The court will issue an order or schedule any additional response or set a further hearing as it deems appropriate.

3. In the Response, Ms. Yanni should, *inter alia*, state specifically why she considers it necessary to redact the name and other identifying information about the FVT's "Authorized Agent" in any of the Retention Agreements she has submitted in connection with this matter. (See, for example, Dkt. 12874, at Exhibit 2, p. 1.)

4. At the same time, she should file any agreement(s) between the FVT and the Authorized Agent, including any provisions for compensation of that person. In complying with this Para. 4, the provisions of the *Order Granting Motion of The Fire Victim Trustee to File Redacted Versions of Certain Retention Agreements*

-2-

*Until Litigation Related to Such Retention Agreements is Finally Resolved* (Dkt. 12884) shall apply without further order.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

William B. Abrams
1519 Branch Owl Place
Santa Rosa, CA 95409

William B. Abrams
2041 Stagecoach Rd.
Santa Rosa, CA 95404

-4-