Ronald Tackett, In Pro Per
4 Patches Drive
Chico CA 95928-4353
(530)570-1511
tackettron@yahoo.com

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE PG&E CORPORATION<br><br>AND<br><br>PACIFICI GAS AND ELECRIC COMPANY,<br><br>DEBTORS | Case No.: 19-30088-DM<br><br>Chapter 11<br><br>(Lead Case Jointly Administered)<br><br>ORDER ALLOWING AND DEEMED TIMELY THE LATE FILING OF RONALD L TACKETT, VALERIE K TACKETT AND M.T. |

**IT IS HEREBY ORDERED THAT:**

The Motion to Allow and Deem Timely the Late Filing of Ronald L Tackett, Valerie K Tackett and M.T. is granted as to the following Claim ID and numbers:

Ronald L. Tackett (also known as Ron L Tackett) Claimant ID 1089433 in Proof of Claim number 96346, Valerie K Tackett, Claimant ID 1089443 in Proof of Claim number 96346, AND M.T., a minor child, claimant ID 1089420 in Proof of Claim number 106734.

END OF ORDER

ORDER ALLOWING AND DEEMED TIMELY THE LATE FILING OF RONALD L TACKETT, VALERIE K TACKETT AND M.T. - 1

Case: 19-30088    Doc# 12934-1    Filed: 09/06/22    Entered: 09/07/22 10:25:48    Page 1 of 1