Northern California Law Group, PC.
Joseph Feist, SBN 249447
2611 Esplanade
Chico, CA 95973
Tel: 530-433-0233 | Fax: 916-426-7848
info@norcallawgroup.net

Attorney for Claimant
Eric Rix

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088-DM |
| PG&E Corporation, | Chapter 11 |
| and | Lead Case, Jointly Administered |
| PACIFIC GAS AND ELECTRIC COMPANY, | **DECLARATION OF MOVANT IN SUPPORT OF MOTION PURSUANT TO FED. R. BANKR. PROC. 7015 AND 7017 TO ENLARGE TIME TO FILE PROOF OF CLAIM PURSUANT TO FED. R. BANKR. PROC. 9006(b)(1)** |
| Debtors. | |
| [x] Affects both Debtors | Date: October 11th, 2022 |
| *All paper shall be filed in the Lead Case, No. 19-30088-DM | Time: 10:00 a.m. (Pacific Time) |
| | Place: Telephonic/Video Appearances Only |
| | United States Bankruptcy Court |
| | Courtroom 17, |
| | 450 Golden Gate Ave., 16th Floor |
| | San Francisco, CA |
| | Judge: Hon. Dennis Montali |
| | Objection Deadline: September 27th, 2022 |

I, Eric Rix, hereby declare:

1. I am the movant in this matter and was a renter, of the property commonly known as 15084 Twin Pine Rd. Magalia, CA 95954 on November 8, 2018, which was my primary residency at the time of the Camp Fire and continues to be.

2. Prior to relocating to the property commonly known as 15084 Twin Pine Rd. Magalia, CA 95954 on November 7, 2018, I resided at my father-in-law's home commonly known as 722 Bushmann

Rd. Paradise, CA 95969. His home did not survive, therefore the personal property I held at his home along with two vehicles were destroyed in the fire.

3. My Proof of Claim filing for damages sustained in the Camp Fire of November 8, 2018, was delayed due to my reasonable belief that I did not have a claim associated with the fire as my primary residence did not sustain any physical damage. Due to the severe mental anguish I suffered evacuating resulting in mental health struggles, compounded with poor and misleading information being circulated among the community I didn't believe I could file a claim.

4. On September 6th, 2022, I contacted Northern California Law Group, PC., to obtain a consultation. I was informed at that time, that I did have a valid claim against PG&E for the losses suffered on November 8, 2018, and on this date, I first learned that I was able to bring a claim against PG&E.

5. On September 7th, 2022, I retained Northern California Law Group, PC to file this motion, file my Proof of Claim and represent me in the Fire Victims Trust process.

6. All statements in this declaration are based on my own personal knowledge and observation. If called to testify on this matter, I can and would competently testify to the matters set forth in this Declaration.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

    Executed this 7th day of September 2022, in Magalia, CA.


               /s/Eric Rix

               Eric Rix
               Movant