Attention: Judge Montali,

Hello,
I'm writing this letter to ask for a late claim to be filed for our family. This is for the Northern California wildfires (2017 North Bay fires) in re PG&E Corporation and Pacific Gas and Electric Company Bankruptcy Case No. 19-30088.

**Claimant name & I.D.**
Cindy Scott Fuchs - #1091200   *Cindy Scott Fuchs*

Frederick E. Fuchs III - #1091209   *F. E. Fuchs III*

Sage Fuchs - #1091243   *Sage Fuchs*

Jasper Fuchs - #1091217   *Jasper Fuchs*

Thank you for your time,
Cindy Scott Fuchs
8/30/2022