Sarah Lynch

2964 SW Redmond Hill Road

McMinnville, Oregon 97128

503-380-8146

9/8/2022

Honorable Judge Dennis Montali

United States

Re: The PG&E Bankruptcy Case number 19-30088

Dear Judge Montali,

My name is Sarah Lynch, I was a Camp Fire victim. I am writing to the court late because I was under the impression that only homeowners or renter were able to file. At the time of the fire, I was staying with my boyfriend in Magaila, CA, when we had to be evacuated. I would like to file a claim for emotional distress and being in the danger zone.

After the fire, we were displaced for several months staying with friends, family, and living in hotels. We had to eventually relocated out of state due to the displacement. I am requesting the approval for the late claim through the bankruptcy court.

Since the fire, my life has been forever changed with the life changing event that I hope never happens again. Thank you for taking your time and looking this over.

Sincerely,

*Sarah Lynch*

Sarah Lynch