CLAIMANTS:

Krisy Lynn Melton: Prime Clerk Claim # 108775

PG&E Corporation and Pacific Gas and Electric Company

Case # 19-30088-DM

August 29, 2022

To Whom It May Concern:

I am requesting your consideration in approving my late claim to the Bankruptcy Court for damages I suffered from the 2017 Tubbs Fire. I am aware that the court has accepted other late filings and would hope the court would accept mine. I feel there would be no prejudice to PGE, nor cause difficulties to the judicial process by my late filing.

My late filing is because I didn't receive notification from the Bankruptcy Court, or a representative of PGE, that I might be eligible to file a claim. Had I known I was eligible to file a claim, I would have. I found out I was eligible to file in mid-August, I then filed immediately.

My life has been forever changed because of the Tubbs fire. I must live with a new anxiety; the anxiety of when and what would the next fire do to our lives? I watched the Tubbs fire burn within feet of my home. I had to listen as businesses that surround my home exploded. Living in a city is no longer security from major fires. This was never a concern in my life before the fire. It was like being in an active war zone. I had to flee to my son's home and then they were forced to evacuate and my son in law came from Lake County to bring me up there with them. We were once again forced to evacuate and found refuge at a motel in Willows, where we had to remain indoors for days just to breathe without pain due to the constant heavy smoke and falling ash. I suffer from an idiopathic pulmonary hypertension with arterial artery disease and a gross enlarged heart. It affects my lung function as well. The fire exacerbated my condition due to toxins in the air as well as heightened stress. I felt helpless with no contact with authorities or emergency services. I was separated from my children and grandchildren We spent each day in high stress and increasing anxiety not knowing if we would have a home to return to.

A month later I was finally cleared to return home, at which point we were required to have smoke damage cleaning done by an outside agency to clear all the soot and ashes.

It is difficult to tell others what we lived through and what we still live with because of that fire. We no longer feel safe during fire season. My anxiety level goes up when weather reports alert me there is an increased potential for fire. These alerts are far to frequent. Yearly fire season can be a tense time. I tend to be more tense and anxious. I can't seem to control these feelings. If I think about fire, I relive the visions of the fire burning homes and businesses just blocks away. It is not a positive in my life.

I want to thank you in advance for considering my request. It was not my intent to file late. I simply didn't know I could.

Respectfully,

Krisy Lynn Melton