Jacob M. Faircloth, Esq. (SB No. 305390)
Bluestone Faircloth & Olson, LLP
1825 Fourth Street
Santa Rosa, CA 95404
Telephone: (707) 526-4250
Facsimile: (707) 526-0347
Email: jacob@bfolegal.com

Attorneys for Movants/Claimants of Dan Crowley and Associates and Law Office of Robert M. Bone –See Exhibit 1 to Consolidated Motion

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re<br><br>PG&E CORPORATION,<br><br>  and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>  Debtors.<br>_____ /<br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM<br><br>_____/ | Case No. 19-30088-DM<br><br>Chapter 11<br><br>(Lead Case–Jointly Administered)<br><br>**SUPPLEMENTAL DECLARATION OF ROBERT M. BONE REGARDING CLAIMANTS NO. 5 IN CONSOLIDATED MOTION TO ALLOW/DEEM TIMELY LATE FILING OF CLAIMANTS**<br><br>Hearing:   Only if Requested<br>Location:  Via Zoom or Telephone |

I, Robert M. Bone, declare as follows:

1. I am over eighteen (18) years old and am competent to testify as to the matters set forth hereinbelow, from my personal knowledge–except as to those matters set forth upon information and belief.

2. This Declaration is submitted as a supplement to the Consolidated Motion to Allow/Deem Timely Late Filing of Claimants, filed on August 31, 2022, as Docket No. 12915 (the "Motion").

3. With respect to Claimants No. 5 listed in Exhibit 1 of the Motion, for Claimants Judith Browning and David Browning, Claim No. 108821, filed on August 24,

**SUPPLEMENTAL DECLARATION OF ROBERT M. BONE REGARDING CLAIMANTS NO. 5
IN CONSOLIDATED MOTION TO ALLOW/DEEM TIMELY LATE FILING OF CLAIMANTS** - Page 1

Case: 19-30088    Doc# 12943    Filed: 09/09/22    Entered: 09/09/22 17:57:04    Page 1 of 2

2022, Exhibit 1 sets forth that Ms. Browning had filed a previous claim, No. 96155. In fact, that claim is for a different Judith Browning. Mrs. and Mr. Browning have not filed a previous claim. Moreover, at no time prior to August 2022 were Mr. and Mrs. Browning aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.

    I declare under penalty of perjury, under the laws of the United States and of the State of California, that the foregoing is true and correct. Executed at Santa Rosa, CA, on September 9, 2022.

By: */S/ Robert M. Bone*
       Robert M. Bone

SUPPLEMENTAL DECLARATION OF ROBERT M. BONE REGARDING CLAIMANTS NO. 5
IN CONSOLIDATED MOTION TO ALLOW/DEEM TIMELY LATE FILING OF CLAIMANTS - Page 2

Case: 19-30088    Doc# 12943    Filed: 09/09/22    Entered: 09/09/22 17:57:04    Page 2 of 2