# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Liz Santodomingo, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On August 25, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Affected Claimants Service List attached hereto as **Exhibit A**:

- Order Consolidating Motions to File Late Claims [Docket No. 12875]

3. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

1 | Executed this 9th day of September 2022, at New York, NY.

                                            */s/ Liz Santodomingo*
                                            Liz Santodomingo

# **Exhibit A**

| ADDRESSID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| PGE 2260 SRF 63650 PackID: 1 ADRID: 9563542 Svc: Affected Claimants | Blank, Ashley | Address on file | | | | | |
| PGE 2260 SRF 63650 PackID: 2 ADRID: 10057914 Svc: Affected Claimants | Dharap, Shounak S. | Address on file | | | | | |
| PGE 2260 SRF 63650 PackID: 3 ADRID: 10057923 Svc: Affected Claimants | Faircloth, Jacob M. | Address on file | | | | | |
| PGE 2260 SRF 63650 PackID: 4 ADRID: 10057907 Svc: Affected Claimants | Frantz, Esq. , James P. | Address on file | | | | | |
| PGE 2260 SRF 63650 PackID: 5 ADRID: 9563498 Svc: Affected Claimants | Kangrga, Nikola | Address on file | | | | | |
| PGE 2260 SRF 63650 PackID: 6 ADRID: 10057922 Svc: Affected Claimants | Levin, Emily S. | Address on file | | | | | |
| PGE 2260 SRF 63650 PackID: 7 ADRID: 9562658 Svc: Affected Claimants | Luther, Janae | Address on file | | | | | |
| PGE 2260 SRF 63650 PackID: 8 ADRID: 10057926 Svc: Affected Claimants | Masud, Laila | Address on file | | | | | |
| PGE 2260 SRF 63650 PackID: 9 ADRID: 9562660 Svc: Affected Claimants | Miller, Jennifer | Address on file | | | | | |
| PGE 2260 SRF 63650 PackID: 10 ADRID: 9562815 Svc: Affected Claimants | Miller, Jewel | Address on file | | | | | |
| PGE 2260 SRF 63650 PackID: 11 ADRID: 9562662 Svc: Affected Claimants | Neff, Randal | Address on file | | | | | |
| PGE 2260 SRF 63650 PackID: 12 ADRID: 10057908 Svc: Affected Claimants | Savage, Patricia A. | Address on file | | | | | |
| PGE 2260 SRF 63650 PackID: 13 ADRID: 9563367 Svc: Affected Claimants | Wallach, Sequoyah | Address on file | | | | | |
| PGE 2260 SRF 63650 PackID: 14 ADRID: 9563086 Svc: Affected Claimants | Yanez, Efrain | Address on file | | | | | |

In re: PG&E Corporation, et al.
Case No. 19-30088 (DM)
Page 1 of 1

Case: 19-30088    Doc# 12944    Filed: 09/10/22    Entered: 09/10/22 11:09:57    Page 4 of 4