CLAIMANTS: Laura Elizabeth Mendoza Prime Clerk Claim # 108536

PG&E Corporation and Pacific Gas and Electric Company

Case # 19-30088-DM

September 10, 2022


To Whom It May Concern:

I am requesting your consideration in approving my late claim to the Bankruptcy Court for damages I suffered from the 2017 Tubbs Fire. I am aware that the court has accepted other late filings and would hope the court would accept mine. I feel there would be no prejudice to PGE, nor cause difficulties to the judicial process by my late filing.

My late filing is because I didn't receive notification from the Bankruptcy Court, or a representative of PGE, that I might be eligible to file a claim. Had I known I was eligible to file a claim, I would have. Another fire victim recently told me I was eligible to file a claim. I then filed.

My life has been changed because of the Tubbs fire. I have to live with a new anxiety; the anxiety of when and what would the next fire will do to our lives. The Tubbs fire burned within a quarter mile of my house. Living in a city is no longer security from major fires. This was never a concern in my life before the fire. It was like being in an active war zone. It was difficult just to breathe without pain due to the constant heavy smoke and falling ash. My eyes burned constantly. I felt almost helpless with no contact with authorities or emergency services. I spent each day in high stress and increasing anxiety not knowing if I would have a home to return to.

It is difficult to tell others what we lived through and what I still live with because of that fire. I no longer feel safe during fire season. My anxiety level goes up when weather reports alert me there is an increased potential for fire. These alerts are far to frequent. Yearly fire season can be a tense time. I tend to be more tense and anxious. I can't seem to control these feelings. If I think about fire, I relive the visions of the fire burning homes and businesses just blocks away. It is not a positive in my life.

I want to thank you in advance for considering my request. It was not my intent to file late. I simply didn't know I could.

Respectfully,


Laura Elizabeth Mendoza