**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR SEPTEMBER 13, 2022, 10:00 A.M. OMNIBUS HEARING**<br><br>Date: September 13, 2022<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Zoom videoconference<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR**
**SEPTEMBER 13, 2022, 10:00 A.M. (PACIFIC TIME)**
**OMNIBUS HEARING**

**I:    MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*CONTESTED MATTER GOING FORWARD*

1. **Objection to Addington Claim:** *Reorganized Debtors' Objection to Proof of Claim No. 108715 Filed by David P. Addington* [**Dkt. TBD**].

    Related Orders:

    A.  *Order Sustaining Debtors' Objection and Granting David Addington Leave to Amend Proof of Claim #3093* [**Dkt. 12392**].

    B.  *Order Approving Stipulation to Modify Schedule Regarding Reorganized Debtors' Objection to Claim No. 108715 Filed by David P. Addington* [**Dkt. 12927**].

    Status:  This matter is going forward as a status conference.

2. **Abrams Motion for Rule 2004 Discovery of JAMS:** *Motion of William B. Abrams Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of an Order Authorizing Discovery and Hearings Regarding the Acts and Conduct of JAMS Neutrals Given New Evidence* [**Dkt. 12766**].

    Related Documents:

    A.  *Declaration of William B. Abrams in Support of Motion of William B. Abrams Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of an Order Authorizing Discovery and Hearings Regarding the Acts and Conduct of JAMS Neutrals Given New Evidence* [**Dkt. 12767**].

    B.  *Joinder By Baum Hedlund Aristei Goldman Camp Fire Victim Claimants in Motion of William B. Abrams Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of an Order Authorizing Discovery and Hearings Regarding the Acts and Conduct of JAMS Neutrals Given New Evidence* [**Dkt. 12877**].

    C.  Letter in Support by Richard Lane [**Dkt. 12901**].

    D.  Letter in Support by Tina Reszler [**Dkt. 12928**].

    E.  Letter in Support by Tammy Spirlock [**Dkt. 12935**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Related Orders:

F. Order Setting Preliminary Hearing **[Dkt. 12802]**.

Status: This matter is going forward as a preliminary status conference.

*RESOLVED AND CONTINUED MATTERS*

3. **Soliz Motion for Reconsideration:** *Motion of Jarred Soliz for Reconsideration of the Order Disallowing and Expunging Proof of Claim Pursuant to Reorganized Debtors' One Hundred Sixteenth Omnibus Objection to Claims (ADR No Liability Claims)* **[Dkt. 12775]**.

Status: This Motion has been resolved by Stipulation [**Dkt. 12912**] and Order [**Dkt. 12926**].

**Late Claim Motions Filed *Pro Se*:**

4. The following three motions have been granted pursuant to Order **[Dkt. 12913]**.

   a. **Cerda [Dkt. 12520]**
   b. **Robertson [Dkt. 12684]**
   c. **Alfredo Yanez [Dkt. 12718]**

**Late Claim Motions Filed by Counsel:**

5. The following nineteen motions have been rescheduled pursuant to Order **[Dkt. 12875]**.

   a. **Hughes [Dkt. 12706]**
   b. **Reyes [Dkt. 12707]**
   c. **Bertolini [Dkt. 12710]**
   d. **Velasquez [Dkt. 12712]**
   e. **Mogannam [Dkt. 12714]**
   f. **McNamee [Dkt. 12716]**
   g. **Cattich [Dkt. 12720]**
   h. **Chandler [Dkt. 12722]**
   i. **Elliott [Dkt. 12724]**
   j. **Fricano [Dkt. 12727]**
   k. **Ledbetter [Dkt. 12729]**
   l. **Murray [Dkt. 12731]**
   m. **Needham [Dkt. 12733]**
   n. **Rebishcke [Dkt. 12735]**
   o. **Smith [Dkt. 12737]**
   p. **VanArman [Dkt. 12739]**
   q. **Franciosi [Dkt. 12828]**
   r. **Giboney [Dkt. 12830]**
   s. **Brennan [Dkt. 12832]**

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: September 12, 2022

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By:  /s/ Thomas B. Rupp
         Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119