VIRGINIA M. DOOSE
AKA, Ginn M. Doose
c/o P.O. Box 2310
Clear Lake, California
95422



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Case No. 19-39988 (DM)

PG&E CORPORATION and PACIFIC GAS
AND ELECTRIC COMPANY,

Debtors,

Affected Both Debtors

Chapter 11

RESPONSE TO;
NOTICE OF WITHDRAWAL OF
LIMITED CURE OBJECTION OF
CUPERTINO ELECTRIC INC. TO
THE DEBTORS' PROPOSED
ASSUMPTION OF EXECUTORY
CONTRACTS PURSUANT TO
THE DEBTORS' AND SHARE-
HOLDERS' JOINT CHAPTER 11
PLAN OF REORGANIZATION
DATED 3/ 16/ 2020.

To the United States Bankruptcy Court, Northern District Of California, San Francisco Division, Bankruptcy Case No. 19-39988 (DM). Here comes' Creditor Ginn M. Doose in receipt of; Notice of Withdrawal of Limited Cure Objection dated August 10, 2022. U.S. Post Office dated stamped on August 15, 2022. I believe my filing is still timely.-with the 30 day period of mailing.

As a Creditor of debtor, I concur with the OBJECTION filed by the Cupertino's Electronics Inc., to WITHDRAWAL OF LIMITED CURE from the joint Ch. 11 Bankruptcy Reorganization plan.

I Reviewed my Grant Deeds and ALTA Title Reports issued this claimant. I stand on my; Water Rights and Stocks, all Easements, Rights, Appurtenances, Rents, Royalties, Mineral, Oil and Gas Rights and Profits issued the claimant. All of the forgoing is referred to in my Security Instrument as the <u>Property</u>.

The Grant Deed issued, Sept 26, 1845, was handed down under the last section of Lot 100, the "Alta California Spanish Land Grant".

As a Creditor of debtor, I concur with the OBJECTION filed by the Cupertino's Electronics Inc., to WITHDRAWAL OF LIMITED CURE from the joint Ch. 11 Bankruptcy Reorganization plan, and my April 4 1979 ALTA Title Reports, Book 710, Pages 229- signature Page 230 dated Jan.3, 1944. Belonging to the original "Lot 100, Tract F, Section Six (6)".

Creditor/ Doose was somewhat surprised that Cupertino's Electronics Inc. had previously agreed to the limited cure, knowing a previous working relation with PG&E Corporation and PACIFIC GAS and ELECTRIC CO. had existed.

The "Notice of Withdrawal" from K&L Gates LLP, law Office in Los Angeles CA. unfortunately was received at my P.O. Box 2310 in Northern Ca. on August 20, 2022 and mail back out to me on August 22, 2022, to Moorpark in So. California, (I believe my objection filing is still timely).

Claimant is under a California Department of Social Services Dept. of Hearing Court Order No. 104779567 to provide 24 /7 Protective Supervision for my sister –Trudy Richardson- is mentally impaired, having received severe brain injuries.

I now share an apartment with my sister Trudy Richardson in Moorpark California in compliance with the order. Law Office of K&L Gates LLP, take notice I haven't changed my mailing address, since it doesn't appear the living arrangement is temporary. Please continue to send any mail to; Ginn Doose, c/o P.O.Box 2310, Clearlake, 95422.

Dated, September 7, 2022

By: Ginn M. Doose
Creditor of; PG&E Corporation, and
Pacific Gas and Electric Company

(2)

**Proof of Service** mailed to;

Michael B. Lubic (SBN 122591)
Matthew G. Ball (SBN 208881)
Connor J. Meggs (SBN 336519)
Embararcadero Center, Suite 1200
San Francisco, CA.94111-5994


K&L Gates LLP
10100 Santa Monica Blvd.
8th Floor
Los Angeles, CA. 90067

Clerk of the Court
United States Bankruptcy
Judge Dennis Montero, Presiding
Ch 11, Case No. 19-30088 (D.M.).
San Francisco, Ca. 94102


Mailed September 7, 2022, The above is true and accurate, to the best of my ability. Under the Laws of California, and penalty of perjury.

Dated September 7, 2022

By Creditor; Ginn M. Doose
P.O. Box 2310
Clearlake, CA
95422

Lynn Corse
c/o P.O. Box 2310
Clear Lake, OR.
95422

**RECEIVED**
SEP 12 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIF.

United States Bankruptcy
Clerk of the Court
Judge Dennis Montali, Presiding
Chapter 11 Case No. 19-30088 (D.M.)
Courtroom 17, 16th Floor
San Francisco, CA. 94102

U.S. POSTAGE PAID
FCM LETTER
MOORPARK, CA
93021
SEP 08, 22
AMOUNT
$0.84
R2305M149148