Creditor Name: Charles Green;  Claim Number: 458-1

United States Bankruptcy Court
Northern District of California (San Francisco Division)

In re: PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANT
Bankruptcy Case No. 19-30088 (DM)

September 13, 2022

Bankruptcy Court,

I am requesting your consideration to allow a timely late filing of a late claim to Bankruptcy Court for the Butte Fire.  My motion is to allow the proof of claim for the Butte Fire that was filed on January 2, 2020 to be recognized.  Original Prime Clerk filed on January 2, 2022 Claim Number: 95967  Document ID: 105650

I executed a Proof of Claim (Fire Claim Related) for the Butte Fire back on December 28, 2019.  It was post marked on December 30, 2019.   Sadly, it didn't reach the desk of the Prime Clerk until Jan 2, 2020.

Over the past 2 years, I have submitted all documents and reviewed all notices in a timely manner.  It was not until August 2, when I received an email from Fire Victim Trust stating that they do not have records of my timely filed Proof of Claim.  Also stating, that in the absence of a timely file POC (or a Bankruptcy Court order allowing late filing) you are not eligible for compensation from the Fire Victim Trust.

It is up to the claimant to figure out who to contact to submit a late filing claim.  I've done lots of research to get to the point, but I am thankful for the opportunity to request a late claim filing.

The Butte Fire was a scary time for many people who had to be displaced from their homes.  Not knowing if we had a home to come back to.  Thank you for your consideration.

I have uploaded Proof of Claim from January 2, 2020 along with the new proof of claim official form 410.  Claim No. 458-1

Thank you so much for your time

Charles Green