# Notice Recipients

District/Off: 0971−3      User: admin      Date Created: 9/14/2022
Case: 19−30088      Form ID: TRANSC      Total: 5

**Recipients of Notice of Electronic Filing:**
aty     Matthew Patrick French     mfrench@baumhedlundlaw.com
aty     Thomas B. Rupp     trupp@kbkllp.com

                                      TOTAL: 2

**Recipients submitted to the Claims Agent (Kroll Restructuring Administration, LLC):**
aty     David J. Molton     Brown Rudnick LLP     7 Times Square     New York, NY 10036
        Ron Oliner     Duane Morris LLP     1 Market Spear Tower Suite 2200     San Francisco, CA 94105
        William B. Abrams     1519 Branch Owl Pl.     Santa Rosa, CA 95409

                                      TOTAL: 3