BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Eric R. Goodman (admitted pro hac vice)
(EGoodman@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone:    (212) 209-4800
Facsimile:    (212) 209-4801

BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone:    (949) 752-7100
Facsimile:    (949) 252-1514

*Attorneys for Fire Victim Trustee*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**FIRE VICTIM TRUSTEE'S STATEMENT OF NON-OPPOSITION TO CONSOLIDATED MOTIONS TO DEEM LATE-FILED CLAIMS TIMELY FOR THE PURPOSE OF CLAIM ADMINISTRATION BY THE FIRE VICTIM TRUST**<br><br>[Relates to Docket Number 12906] |

Cathy Yanni, in her capacity as the Trustee (the "**Trustee**") of the Fire Victim Trust (the "**Trust**"), by and through her undersigned counsel and as directed by the *Order Consolidating Motions to File Late Claims* entered August 24, 2022 [Docket No. 12875] (the "**Consolidation Order**") and the *Order re Supplemental Exhibit to Order Consolidating Motions to File Late Claims* entered September 1, 2022 [Docket No. 12923] (the "**Supplemental Consolidation Order**"), respectfully states as follows:

1. The Trust has been monitoring all motions filed with this Court that seek to have late-filed proofs of claim deemed "timely" for the purpose of having such claims administered by the Trust.[1]

2. In keeping with current Trust policy, the Trustee does not oppose the *Consolidated Motion to Allow/Deem Timely Late Filing of Claimants, and Memorandum of Points and Authorities and Declaration of Peter Simon in Support Thereof* [Docket No. 12906] (the "**Late Claim Motion**") with respect to the claimants listed on Exhibit A hereto. Given the number of late claim motions filed in recent months[2] and the amount of time that has passed since the December 31, 2019 bar date for Fire Victim Claims and the February 26, 2021 deadline to submit claims questionnaires to the Trust, the Trustee will be discontinuing the current non-opposition policy with respect to late claim motions filed after September 30, 2022.

3. The proofs of claim listed on Exhibit A and any claims asserted in connection with such proofs of claim are subject to the requirements of the CRP and are not allowed or approved by the filing of this statement. Nothing herein shall be construed to be a waiver by the Trust of any right to object to the proofs of claim listed on Exhibit A or any claims asserted in connection with such proofs of claim on any grounds other than the untimely filing thereof.

---

[1] The Fire Victim Trust Claims Resolution Procedures ("**CRP**") mandate that claimants must have timely filed a proof of claim to be eligible to receive compensation from the Trust. See CRP §I.

[2] Of the 394 late claim motions filed since the December 31, 2019 extended bar date, 216 have been filed in the last six months and 161 were filed in August alone. To put these numbers in perspective, in 2020, which included the months immediately after the Extended Bar Date and the effective date of the Trust (both events that could be expected to prompt the filing of late claim motions), the total number of late claim motions filed alleging Fire Victim Claims was 55. In 2021, the total number was only 22.

| | |
|---|---|
| DATED:  September 14, 2022 | BROWN RUDNICK LLP |

By: */s/ Eric R. Goodman*
Eric R. Goodman (admitted pro hac vice)
(EGoodman@brownrudnick.com)
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone:    (212) 209-4800
Facsimile:    (212) 209-4801

and

Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, California 92612
Telephone:    (949) 752-7100
Facsimile:    (949) 252-1514

*Attorneys for Fire Victim Trustee*

# EXHIBIT A
## LIST OF CLAIMANTS

| DATE POC FILED | POC NO. | CLAIMANT(S) |
|---|---|---|
| 8-19-2022 | 108782 | Richard Baum |
| 8-19-2022 | 108783 | Dustin Baxter, Tamara Baxter, Blaine Baxter and Reid Baxter |
| 8-23-2022 | 108811 | Dolores Meyer and Bradley Meyer |
| 1-6-2020<br>8-30-2022 | 96365<br>108833<br>*(Amending 96365)* | David Qin |
| 1-8-2020<br>8-30-2022 | 96435<br>108860<br>*(Amending 96435)* | Lynn Marie Didier |
| 8-30-2022 | 108861 | William Klemme |
| 8-30-2022 | 108866 | E. Lawrence Armstrong and Karen Jacobson Armstrong |