Angelina Smith

Other Claimants: Nathan Smith and Taylor Smith

Claim # 108662 Claimant ID: 1090844

PG&E Corporation and Pacific and Elecrtic Company

Case# 1930088

Email: [agunnink08@gmail.com](mailto:agunnink08@gmail.com)

Hello, I am Angelina Smith. I am writing to file a late claim as a fire victim in the tubbs fire. As now a family of 5, we suffer with PTSD from these fires. My oldest child who was under one at the times of the fires suffered lots of smoke inhalation not realizing that our house was full of it till after we all woke up in the morning. Even now every time she even sees fog she thinks we are not allowed to go outside due to the smoke. These things are triggering for all of us. My husband and I also had to house my aunt who was evacuated and another family friend with his husband who also were evacuated. I also was out of work for the week due to the evacuations. It caused a lot of stress for a long period of time. All the while just trying to stay clear of the smoke which was impossible. We deal with this every year now as October arises it never gets easier. PG&E was found guilty in this, and we are victims who all continue to suffer. Please let me know if you need any further information, thank you.

Angelina Smith and Family