| | |
|---|---|
| Debra Grassgreen<br>One Market Plaza, Spear Tower<br>40th Floor, Suite 4000<br>San Francisco, CA 94105<br>E-mail: dgrassgreen@pszjlaw.com<br><br>*Fire Victim* | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088<br><br>Chapter 11<br><br>Jointly Administered<br><br>**CERTIFICATE OF SERVICE OF FIRE VICTIM'S RESPONSE TO FIRE VICTIM TRUSTEE'S STATEMENT OF NON-OPPOSITION TO CONSOLIDATED MOTIONS TO DEEM LATE-FILED CLAIMS TIMELY FOR THE PURPOSE OF CLAIM ADMINISTRATION BY THE FIRE VICTIM TRUST** |

| | |
|---|---|
| 1 | STATE OF CALIFORNIA ) |
| 2 | CITY OF SAN FRANCISCO ) |

I, Hung Phan, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Market Plaza, Spear Tower, 40th Floor, Suite 4000, San Francisco, CA 94105-1020.

I caused to be served the following documents in the manner stated below:

- **FIRE VICTIM'S RESPONSE TO FIRE VICTIM TRUSTEE'S STATEMENT OF NON-OPPOSITION TO CONSOLIDATED MOTIONS TO DEEM LATE-FILED CLAIMS TIMELY FOR THE PURPOSE OF CLAIM ADMINISTRATION BY THE FIRE VICTIM TRUST**

| | |
|---|---|
| ☑ | **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document was served by the court via NEF and hyperlink to the document. On **September 14, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below. |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☐ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☑ | **(BY EMAIL)** On **September 15, 2022**, I caused to be served the above-described document by email to the parties indicated below.<br><br>Counsel to Debtors<br>Weil, Gotshal & Manges<br>Richard W. Slack   Richard.slack@weil.com<br>Jessica Liou   jessica.liou@weil.com<br>Matthew Goren   matthew.goren@weil.com |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on September 15, 2022 at San Francisco, California.

*/s/ Hung Phan*
Legal Assistant

**ELECTRONIC MAIL NOTICE LIST**

- Elliot Adler    eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Aaron L. Agenbroad    alagenbroad@jonesday.com, saltamirano@jonesday.com
- Gabrielle L. Albert    galbert@kbkllp.com
- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Destiny N. Almogue    Destiny.Almogue@skadden.com, wendy.lamanna@skadden.com
- Monique D. Almy    malmy@crowell.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Philip Anker    philip.anker@wilmerhale.com, whdocketing@wilmerhale.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Tyson Arbuthnot    tarbuthnot@rjo.com, jyeung@rjo.com
- Lauren T. Attard    lattard@bakerlaw.com, agrosso@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Chris Bator    cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- Andrew David Behlmann    abehlmann@lowenstein.com, elawler@lowenstein.com
- Tanya Behnam    tbehnam@polsinelli.com, ladocketing@polsinelli.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti    pbenvenutti@kbkllp.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Ronald F. Berestka    rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
- Christian Paul Binder    chris@bindermalter.com, cbinder@bindermalter.com
- Heinz Binder    heinz@bindermalter.com
- Jared D. Bissell    jared.bissell@troutman.com
- Jason Blumberg    jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- Richard Bodnar    rbodnar@rksllp.com
- Melissa Boey    melissa.boey@morganlewis.com
- Paige Boldt    pboldt@wattsguerra.com, cwilson@wattsguerra.com
- Jason Borg    jborg@jasonborglaw.com
- Evan C. Borges    eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- Mark Bostick    mbostick@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com
- James L. Bothwell    jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
- Peter R. Boutin    peter.boutin@kyl.com, lara.joel@kyl.com
- Erin N. Brady    erin.brady@hoganlovells.com
- Lee Brand    lee.brand@pillsburylaw.com, docket@pillsburylaw.com
- Gregory A. Bray    gbray@milbank.com
- Michael D. Breslauer    mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Chane Buck    cbuck@jonesday.com
- Kathlene Burke    kathlene.burke@skadden.com, burke.kathlene@gmail.com
- Frank Busch    busch@wvbrlaw.com, pallister@wvbrlaw.com
- Elizabeth J. Cabraser    ecabraser@lchb.com, awolf@lchb.com
- Anthony P. Cali    anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- Peter C. Califano    pcalifano@cwclaw.com
- Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta    Leah.Capritta@hklaw.com, reena.kaur@hklaw.com
- Nicholas A. Carlin    nac@phillaw.com, rac@phillaw.com
- Katherine Rose Catanese    kcatanese@foley.com
- Matthew Cave    mcave@kfc.law
- Barry A. Chatz    barry.chatz@saul.com, barry.chatz@gmail.com
- Karen J. Chedister    kchedister@h-jlaw.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com

| | |
|---|---|
| 1 | Richard A. Chesley    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com |
| | Kevin Chiu    kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com |
| 2 | Jacquelyn H. Choi    jacquelyn.choi@rimonlaw.com, docketing@rimonlaw.com |
| | Shawn M. Christianson    schristianson@buchalter.com |
| 3 | Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com |
| | Jae Angela Chun    ajc@chun.law, teresa@tosdallaw.com |
| 4 | Gerard T. Cicero    GCicero@brownrudnick.com, NKhalatova@brownrudnick.com |
| | Louis J. Cisz    lcisz@nixonpeabody.com |
| 5 | Valerie E. Clemen    , mcarter@coombslaw.com |
| | Alicia Clough    aclough@loeb.com |
| 6 | Tiffany Strelow Cobb    tscobb@vorys.com |
| | John B. Coffman    john@johncoffman.net |
| 7 | Kevin G. Collins    kevin.collins@btlaw.com |
| | Brian S. Conlon    bsc@phillaw.com, rac@phillaw.com |
| 8 | Charles Cording    ccording@willkie.com, mao@willkie.com |
| | Manuel Corrales    mannycorrales@yahoo.com, hcskanchy@hotmail.com |
| 9 | Anne Costin    anne@costinlawfirm.com |
| | Christopher J. Cox    chris.cox@hoganlovells.com |
| 10 | Donald H. Cram    dhc@severson.com |
| | Ashley Vinson Crawford    avcrawford@akingump.com, dkrasa-berstell@akingump.com |
| 11 | Douglas S. Crosno    douglas.crosno@hoganlovells.com |
| | Andrea Crowl    acrowl@dbbwc.com |
| 12 | J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net |
| | Keith J. Cunningham    , rkelley@pierceatwood.com |
| 13 | James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com |
| | Tambra Curtis    tambra.curtis@sonoma-county.org, Megan.Sweeley@sonoma-county.org |
| 14 | Stacy A. Dasaro    sdasaro@goodwinlaw.com |
| | James M. Davis    jdavis@cglaw.com |
| 15 | Nicolas De Lancie    ndelancie@jmbm.com |
| | Judith A. Descalso    , jad_9193@ecf.courtdrive.com |
| 16 | Andrew G. Devore    andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com |
| | Erin Elizabeth Dexter    edexter@milbank.com |
| 17 | Shounak S. Dharap    ssd@arnslaw.com, mec@arnslaw.com |
| | Kathryn S. Diemer    kdiemer@diemerwei.com |
| 18 | Kathryn S. Diemer    kdiemer@diemerwhitman.com |
| | John P. Dillman    houston_bankruptcy@publicans.com |
| 19 | Caroline R. Djang    cdjang@buchalter.com, Laurie.Verstegen@bbklaw.com |
| | Krystal Dong    ykdong@gmail.com |
| 20 | Jonathan R. Doolittle    jonathan.doolittle@pillsburylaw.com |
| | Jonathan R. Doolittle    jdoolittle@reedsmith.com |
| 21 | Jennifer V. Doran    jdoran@hinckleyallen.com |
| | Dustin M. Dow    ddow@bakerlaw.com, jmcguigan@bakerlaw.com |
| 22 | Jamie P. Dreher    jdreher@downeybrand.com |
| | Todd Dressel    tdressel@mcguirewoods.com, jtabisaura@mcguirewoods.com |
| 23 | Geoffrey B. Dryvynsyde    gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov |
| | Jeffrey Aaron Dubbin    jdubbin@labaton.com, echan-lee@labaton.com |
| 24 | Matthew Ducharme    matthew.ducharme@hoganlovells.com, tracy.southwell@hoganlovells.com |
| | Cecily Ann Dumas    cdumas@bakerlaw.com, hhammonturano@bakerlaw.com |
| 25 | Dennis F. Dunne    cprice@milbank.com, jbrewster@milbank.com |
| | Dennis F. Dunne    ddunne@milbank.com, jbrewster@milbank.com |
| 26 | Huonganh Annie Duong    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com |
| 27 | Luke N. Eaton    eatonl@pepperlaw.com, monugiac@pepperlaw.com |
| | Daniel G. Egan    daniel.egan@ropesgray.com, nova.alindogan@ropesgray.com |
| 28 | Joseph A. Eisenberg    JAE1900@yahoo.com |
| | Michele Ellison    mellison@gibbsgiden.com, lrochelle@gibbsgiden.com |

| | |
|---|---|
| 1 | David Emerzian    , Melany.Hertel@mccormickbarstow.com |
| | G. Larry Engel    larry@engeladvice.com |
| 2 | Krista M. Enns    kenns@beneschlaw.com |
| | Scott Esbin    sesbin@esbinalter.com |
| 3 | Joseph M. Esmont    jesmont@bakerlaw.com |
| | Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com |
| 4 | Richard W. Esterkin    richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com |
| | Michael S. Etkin    metkin@lowenstein.com |
| 5 | Jacob M. Faircloth    jacob@bfolegal.com |
| | Brett D. Fallon    bfallon@morrisjames.com, wweller@morrisjames.com |
| 6 | Michael C. Fallon    , manders@fallonlaw.net |
| | Joana Fang    jf@kbklawyers.com, icd@kbklawyers.com |
| 7 | Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net |
| | David M. Feldman    DFeldman@gibsondunn.com |
| 8 | Matthew A. Feldman    mfeldman@willkie.com |
| | Jennifer Feldsher    jennifer.feldsher@morganlewis.com |
| 9 | Mark E. Felger    mfelger@cozen.com |
| | James J. Ficenec    James.Ficenec@ndlf.com |
| 10 | Kimberly S. Fineman    kfineman@fhlawllp.com |
| | Stephen D. Finestone    sfinestone@fhlawllp.com |
| 11 | Timothy M. Flaherty    tflaherty@mpplaw.com |
| | Daniel I. Forman    dforman@willkie.com |
| 12 | Matthew Hampton Foushee    hampton.foushee@hoganlovells.com, hfoushee@gmail.com |
| | James P. Frantz    rosa@frantzlawgroup.com |
| 13 | Carolyn Frederick    cfrederick@prklaw.com |
| | Matthew Patrick French    mfrench@baumhedlundlaw.com |
| 14 | Peter Friedman    pfriedman@omm.com |
| | Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com |
| 15 | Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com |
| | Lars H. Fuller    lfuller@bakerlaw.com |
| 16 | Thomas M. Gaa    tgaa@bbslaw.com |
| | Larry W. Gabriel    , nfields@bg.law |
| 17 | Gregg M. Galardi    gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com |
| | Craig Solomon Ganz    ganzc@ballardspahr.com, hartt@ballardspahr.com |
| 18 | Jeffrey K. Garfinkle    jgarfinkle@buchalter.com |
| | Oscar Garza    ogarza@thegarzafirm.com |
| 19 | Lisa S. Gast    lsg@dwgp.com, lmk@dwgp.com |
| | Paul R. Gaus    pgaus@downeybrand.com |
| 20 | Duane M. Geck    dmg@severson.com |
| | Evelina Gentry    evelina.gentry@akerman.com |
| 21 | Janet D. Gertz    jgertz@btlaw.com |
| | Christopher Gessner    cgessner@akingump.com, NYMCO@akingump.com |
| 22 | R. Dale Ginter    dginter@downeybrand.com |
| | Jon T. Givens    givensjt@gmail.com, cwilson@wattsguerra.com |
| 23 | Barry S. Glaser    bglaser@salvatoboufadel.com |
| | Paul R. Glassman    pglassman@sycr.com |
| 24 | Gabriel I. Glazer    gglazer@pszjlaw.com |
| | Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com |
| 25 | Jaime Godin    Jtouchstone@fddcm.com |
| | Matthew A. Gold    courts@argopartners.net |
| 26 | Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| | Craig Goldblatt    Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com |
| 27 | Amy L. Goldman    goldman@lbbslaw.com |
| | Eric S. Goldstein    egoldstein@goodwin.com |
| 28 | Rhonda Stewart Goldstein    Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu |
| | Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com |

| | |
|---|---|
| 1 | Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com |
| | Eric R. Goodman    egoodman@bakerlaw.com |
| 2 | Michael R. Goodstein    mgoodstein@baileycav.com |
| | Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutinjones.com |
| 3 | Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutinjones.com |
| | Michael I. Gottfried    mgottfried@elkinskalt.com, AAburto@elkinskalt.com |
| 4 | Louis Gottlieb    Lgottlieb@labaton.com, mpenrhyn@labaton.com |
| | Elizabeth Graham    egraham@gelaw.com |
| 5 | Jason J. Granskog    jgranskog@bowlesverna.com, tohl@bowlesverna.com |
| | Eric A. Grasberger    eric.grasberger@stoel.com, docketclerk@stoel.com |
| 6 | Debra I. Grassgreen    , hphan@pszjlaw.com |
| | Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com |
| 7 | Eric A. Gravink    eric@rhrc.net |
| | Elizabeth A. Green    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com |
| 8 | Tracy Green    tgreen@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com |
| | Alan Greenberg    agreenberg@ggtriallaw.com |
| 9 | Mitchell B. Greenberg    mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com |
| | Brian Gregory    b.gregory@veenfirm.com, EL.Team@Veenfirm.com |
| 10 | Susan Sieger Grimm    SSieger-Grimm@brownrudnick.com, NKhalatova@brownrudnick.com |
| | Matthew W. Grimshaw    matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com |
| 11 | Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com |
| | Carl L. Grumer    cgrumer@manatt.com, mchung@manatt.com |
| 12 | David Matthew Guess    dguess@buchalter.com |
| | Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com |
| 13 | Lloyd C. Guintivano    anitag@co.lake.ca.us, lloydg@co.lake.ca.us |
| | Cameron M. Gulden    cameron.m.gulden@usdoj.gov |
| 14 | Mirco J. Haag    mhaag@buchalter.com, dcyrankowski@buchalter.com |
| | Laurie Hager    lhager@sussmanshank.com |
| 15 | J. Noah Hagey    hagey@braunhagey.com, tong@braunhagey.com |
| | Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com |
| 16 | Michael Hampson    mhampson@rksllp.com |
| | Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com |
| 17 | Jay Harker    jharker@clausen.com, mgenova@clausen.com |
| | Joseph George Harraka    jgharraka@becker.legal |
| 18 | Adam C. Harris    adam.harris@srz.com |
| | Robert G. Harris    rob@bindermalter.com |
| 19 | Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com |
| | Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com |
| 20 | Jennifer C. Hayes    jhayes@fhlawllp.com |
| | Geoffrey A. Heaton    gheaton@duanemorris.com, dmicros@duanemorris.com |
| 21 | Michael C. Hefter    michael.hefter@hoganlovells.com, tracy.southwell@hoganlovells.com |
| | Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com |
| 22 | Matthew Henderson    matthew.henderson@msrlegal.com, karen.wigylus@msrlegal.com |
| | Samy Saad Henein    samyhenein@aol.com, mh@suppalaw.com |
| 23 | Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com |
| | Matthew Heyn    matthew.heyn@doj.ca.gov |
| 24 | Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com |
| | James P. Hill    hill@sullivanhill.com, bkstaff@sullivanhill.com |
| 25 | Morgan R. Hirst    mhirst@jonesday.com, mmelvin@jonesday.com |
| | Michael R. Hogue    hoguem@gtlaw.com, navarrom@gtlaw.com |
| 26 | David Holtzman    david.holtzman@hklaw.com |
| | Alexandra S. Horwitz    allie.horwitz@dinsmore.com |
| 27 | Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com |
| | Linda Wendell Hsu    lhsu@selmanlaw.com, psmith@selmanlaw.com |
| 28 | Shane Huang    shane.huang@usdoj.gov |
| | Brian D. Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com |

| | |
|---|---|
| 1 | Kelly L. Huey    khuey@burkeandkesslerlaw.com |
| | Christopher Hughes    chughes@nossaman.com |
| 2 | Jonathan Hughes    , jane.rustice@aporter.com |
| | Edward R. Huguenin    ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com |
| 3 | Michael A. Isaacs    misaacs@rinconlawllp.com, aworthing@rinconlawllp.com |
| | Mark V. Isola    misola@brotherssmithlaw.com |
| 4 | J. Eric Ivester    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com |
| | J. Eric Ivester    , Andrea.Bates@skadden.com |
| 5 | Lawrence A. Jacobson    laj@cohenandjacobson.com, mcycle48@gmail.com |
| | Kizzy L. Jarashow    KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com |
| 6 | Ivan C. Jen    ivan@icjenlaw.com |
| | Amanda Jereige    AJereige@winston.com, amanda-jereige-5954@ecf.pacerpro.com |
| 7 | Monique Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com |
| | James O. Johnston    jjohnston@jonesday.com |
| 8 | Chris Johnstone    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com |
| | Andrew Jones    andrew@ajoneslaw.com |
| 9 | Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com |
| | John L. Jones    JJones@chwlaw.us, JLJones2@outlook.com |
| 10 | Robert A. Julian    rjulian@bakerlaw.com, hhammonturano@bakerlaw.com |
| | George H. Kalikman    , sdavenport@schnader.com |
| 11 | Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com |
| | Bonnie E. Kane    bonnie@thekanelawfirm.com, skane@thekanelawfirm.com |
| 12 | Eve H. Karasik    ehk@lnbyb.com |
| | Michael G. Kasolas    trustee@kasolas.net, ecf.alert+Kasolas@titlexi.com |
| 13 | Elyssa S. Kates    ekates@bakerlaw.com |
| | Ori Katz    okatz@sheppardmullin.com, LSegura@sheppardmullin.com |
| 14 | William M. Kaufman    wkaufman@smwb.com, eschneider@smwb.com |
| | Jane G. Kearl    jkearl@watttieder.com, jbenton@watttieder.com |
| 15 | Tobias S. Keller    tkeller@kbkllp.com |
| | Lynette C. Kelly    ustpregion17.oa.ecf@usdoj.gov |
| 16 | Sarah Elisabeth Kelly-Kilgore    skellykilgore@ggtriallaw.com, dvultaggio@ggtriallaw.com |
| | Matthew K. Kelsey    mkelsey@gibsondunn.com |
| 17 | Gerald P. Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com |
| | Erica L. Kerman    ekerman@willkie.com |
| 18 | Samuel A. Khalil    skhalil@milbank.com, jbrewster@milbank.com |
| | Samuel M. Kidder    skidder@ktbslaw.com |
| 19 | Marc Kieselstein    , carrie.oppenheim@kirkland.com |
| | Jane Kim    jkim@kbkllp.com |
| 20 | Mary H. Kim    Mary.Kim@dechert.com, brett.stone@dechert.com |
| | Susan E. Kirkgaard    , carlyn.jorgensen@bullivant.com |
| 21 | Kody D. L. Kleber    kkleber@bakerlaw.com, dmartinez@bakerlaw.com |
| | Matthew Ryan Klinger    mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com |
| 22 | Bradley C. Knapp    bknapp@lockelord.com, Yamille.Harrison@lockelord.com |
| | Kelly V. Knight    kelly.knight@srz.com |
| 23 | Lydia Vanessa Ko    Lvko@stonelawoffice.com |
| | Thomas F. Koegel    tkoegel@crowell.com |
| 24 | Katherine Kohn    kkohn@groom.com, ashahinllari@groom.com |
| | Andy S. Kong    kong.andy@arentfox.com, Yvonne.Li@arentfox.com |
| 25 | Anna Kordas    akordas@jonesday.com, mmelvin@jonesday.com |
| | Alan W. Kornberg    , akornberg@paulweiss.com |
| 26 | Bernard Kornberg    bernard.kornberg@practus.com |
| | David I. Kornbluh    dkombluh@venturahersey.com, jpatterson@venturahersey.com |
| 27 | Lauren Kramer    lkramer@rjo.com |
| | Marc Kramer    mkramer@rksllp.com |
| 28 | Jeffrey C. Krause    jkrause@gibsondunn.com |
| | Thomas R. Kreller    tkreller@milbank.com |

| | |
|---|---|
| 1 | Lindsey E. Kress     lkress@lockelord.com, autodocket@lockelord.com |
| | Hannah C. Kreuser     hkreuser@porterlaw.com, ooberg@porterlaw.com |
| 2 | Kevin Kroll     kkroll@kfc.law |
| | Michael Thomas Krueger     michael.krueger@ndlf.com, Havilyn.lee@ndlf.com |
| 3 | Marek P. Krzyzowski     MKrzyzowski@brownrudnick.com, SCalderon@brownrudnick.com |
| | Robert T. Kugler     robert.kugler@stinson.com |
| 4 | Duane Kumagai     dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com |
| | Brendan M. Kunkle     bkunkle@abbeylaw.com, lmeyer@abbeylaw.com |
| 5 | Alisa C. Lacey     alisa.lacey@stinson.com, karen.graves@stinson.com |
| | Timothy S. Laffredi     timothy.s.laffredi@usdoj.gov |
| 6 | Timothy S. Laffredi     timothy.s.laffredi@usdoj.gov |
| | Richard A. Lapping     rich@trodellalapping.com |
| 7 | Omeed Latifi     olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com |
| | John E. Lattin     jlattin@ostergar.com, cslovenec@ostergar.com |
| 8 | Paul J. Laurin     plaurin@btlaw.com, slmoore@btlaw.com |
| | Michael Lauter     mlauter@sheppardmullin.com |
| 9 | Kenneth T. Law     klaw@bbslaw.com |
| | Francis J. Lawall     francis.lawall@troutman.com, susan.henry@troutman.com |
| 10 | Andrew Michael Leblanc     ALeblanc@milbank.com |
| | Erica Lee     Erica.Lee@doj.ca.gov |
| 11 | Scott Lee     scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com |
| | Paul J. Leeds     Pleeds@fsl.law |
| 12 | Edward J. Leen     eleen@mkbllp.com |
| | Lisa Lenherr     llenherr@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com |
| 13 | Matthew A. Lesnick     matt@lesnickprince.com, jmack@lesnickprince.com |
| | Bryn G. Letsch     bletsch@braytonlaw.com |
| 14 | David B. Levant     david.levant@stoel.com, rene.alvin@stoel.com |
| | Andrew H. Levin     alevin@wcghlaw.com |
| 15 | Emily Sarah Levin     elevin@levinlawgroupplc.com |
| | David Levine     dnl@groom.com |
| 16 | Marc A. Levinson     Malevinson@orrick.com, casestream@ecf.courtdrive.com |
| | Dara Levinson Silveira     dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com |
| 17 | Alexander James Demitro Lewicki     kdiemer@diemerwei.com |
| | Alexander James Demitro Lewicki     alewicki@diemerwei.com |
| 18 | Lauren Lifland     lauren.lifland@wilmerhale.com, whdocketing@wilmerhale.com |
| | William S. Lisa     , jcaruso@nixonpeabody.com |
| 19 | William S. Lisa     wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com |
| | Jonathan A. Loeb     jon.loeb@bingham.com |
| 20 | Michael B. Lubic     michael.lubic@klgates.com |
| | John William Lucas     , ocarpio@pszjlaw.com |
| 21 | Joseph R. Lucia     PersonallnjuryGroup@RLSlawyers.com |
| | Jane Luciano     jane-luciano@comcast.net |
| 22 | Kerri Lyman     klyman@irell.com, #-FirmPSDocketing@Steptoe.com |
| | John H. MacConaghy     macclaw@macbarlaw.com, |
| 23 | smansour@macbarlaw.com;kmuller@macbarlaw.com |
| | Iain A. Macdonald     imac@macfern.com, 6824376420@filings.docketbird.com |
| 24 | Malcolm A. Mackenzie     mmackenzie@coombslaw.com, vclemen@coombslaw.com |
| | Tracy L. Mainguy     tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net |
| 25 | Samuel R. Maizel     samuel.maizel@dentons.com, alicia.aguilar@dentons.com |
| | Adam Malatesta     adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com |
| 26 | Katharine Malone     malonek@gtlaw.com |
| | Liam K. Malone     malone@oles.com, shahin@oles.com |
| 27 | Michael W. Malter     michael@bindermalter.com |
| | Ankur Mandhania     amandhania@mayerbrown.com |
| 28 | Craig Margulies     cmargulies@margulies-law.com, lsalazar@margulies-law.com |
| | Geoffrey E. Marr     gemarr59@hotmail.com |

| | |
|---|---|
| 1 | Richard A. Marshack    rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com |
| | Catherine Martin    cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com |
| 2 | Laila Masud    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com |
| | David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com |
| 3 | Patrick C. Maxcy    patrick.maxcy@snrdenton.com |
| | Simon Richard Mayer    simon.mayer@lockelord.com, Rellis@lockelord.com |
| 4 | James J. Mazza    james.mazza@skadden.com, wendy.lamanna@skadden.com |
| | Benjamin P. McCallen    bmccallen@willkie.com |
| 5 | C. Luckey McDowell    luckey.mcdowell@shearman.com |
| | Matthew D. McGill    MMcGill@gibsondunn.com |
| 6 | Melissa C. McLaughlin    mcmclaughlin@venable.com, ataylor@venable.com |
| | Edward Joseph McNeilly    edward.mcneilly@hoganlovells.com, |
| 7 | verbon.davenport@hoganlovells.com |
| | Scott H. McNutt    SMcNutt@ml-sf.com, csnell@ml-sf.com |
| 8 | Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com |
| | Peter Meringolo    peter@pmrklaw.com |
| 9 | Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com |
| | Jennifer L. Mersing    jennifer.mersing@stoel.com, lisa.petras@stoel.com |
| 10 | Joshua M. Mester    jmester@jonesday.com |
| | Matthew D. Metzger    belvederelegalecf@gmail.com, 8450177420@filings.docketbird.com |
| 11 | Merle C. Meyers    mmeyers@mlg-pc.com |
| | Randy Michelson    randy.michelson@michelsonlawgroup.com |
| 12 | Gerardo Mijares-Shafai    Gerardo.Mijares-Shafai@arnoldporter.com, |
| | kenneth.anderson@arnoldporter.com |
| 13 | Joel S. Miliband    jmiliband@brownrudnick.com |
| | John W. Mills    jmills@joneswalker.com |
| 14 | Joseph G. Minias    jminias@willkie.com |
| | M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com |
| 15 | Benjamin Mintz    benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com |
| | Nancy Mitchell    nmitchell@omm.com |
| 16 | Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com |
| | John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com |
| 17 | Aaron J. Mohamed    ajm@brereton.law, aaronmohamedlaw@gmail.com |
| | Kevin Montee    kmontee@monteeassociates.com |
| 18 | Christopher D. Moon    chris@moonlawapc.com, kevin@moonlawapc.com |
| | David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com |
| 19 | Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com |
| | Candace J. Morey    cjm@cpuc.ca.gov |
| 20 | Courtney L. Morgan    morgan.courtney@pbgc.gov |
| | Richard Morin    , 6863427420@filings.docketbird.com |
| 21 | Kimberly S. Morris    kmorris@bakerlaw.com, hhammonturano@bakerlaw.com |
| | Rodney Allen Morris    Rodney.Morris2@usdoj.gov |
| 22 | Joshua D. Morse    Joshua.Morse@dlapiper.com, docket@pillsburylaw.com |
| | Andrew H. Morton    andrew.morton@stoel.com, lisa.petras@stoel.com |
| 23 | Thomas G. Mouzes    tmouzes@boutininc.com |
| | Thomas G. Mouzes    tmouzes@boutinjones.com |
| 24 | Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com |
| | John Leland Murphree    LMurphree@maynardcooper.com, mshabpareh@maynardcooper.com |
| 25 | Bennett J. Murphy    bmurphy@bennettmurphylaw.com |
| | Julie M. Murphy    jmmurphy@stradley.com |
| 26 | Michael S. Myers    myersm@ballardspahr.com |
| | David L. Neale    dln@lnbyg.com |
| 27 | David Neier    dneier@winston.com |
| | Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com |
| 28 | Michael S. Neumeister    MNeumeister@gibsondunn.com |
| | Howard S. Nevins    hnevins@hsmlaw.com |

| | |
|---|---|
| 1 | Samuel A. Newman    sam.newman@sidley.com, laefilingnotice@sidley.com |
|   | Melissa T. Ngo    harris.melissa@pbgc.gov, efile@pbgc.gov |
| 2 | Mario R. Nicholas    mario.nicholas@stoel.com, ana.trask@stoel.com |
|   | Sean Nolan    snolan@akingump.com, NYMCO@akingump.com |
| 3 | Gregory C. Nuti    chart@nutihart.com, nwhite@nutihart.com |
|   | Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com |
| 4 | Alicia D. O'Neill    aoneill@wattsguerra.com, cwilson@wattsguerra.com |
|   | Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com |
| 5 | Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov |
|   | Aron M. Oliner    roliner@duanemorris.com, dmicros@duanemorris.com |
| 6 | Matthew Jon Olson    matt@macfern.com, stell.laura@dorsey.com |
|   | Scott Olson    scott.olson@bclplaw.com |
| 7 | Steven M. Olson    steve@bfolegal.com |
|   | Aram Ordubegian    Ordubegian.Aram@ArentFox.com |
| 8 | Jose Antonio Ortiz    aortiz@jhwclaw.com |
|   | Keith C. Owens    kowens@foxrothschild.com, bclark@venable.com |
| 9 | Gabriel Ozel    , gabeozel@gmail.com |
|   | Amy S. Park    amy.park@skadden.com |
| 10 | Donna Taylor Parkinson    donna@parkinsonphinney.com |
|    | Peter S. Partee    ppartee@huntonak.com, candonian@huntonak.com |
| 11 | Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, docket@ffwplaw.com |
|    | Kenneth Pasquale    , mlaskowski@stroock.com |
| 12 | Dow Wakefield Patten    dow@forthrightlaw.com |
|    | Larry Allan Peluso    pelusolaw@gmail.com, firm@pelusolaw.net |
| 13 | Valerie Bantner Peo    vbantnerpeo@buchalter.com |
|    | Yosef Peretz    , skim@peretzlaw.com |
| 14 | Christian A Pereyda    cpereyda@maynardcooper.com |
|    | Thomas R. Phinney    tom@parkinsonphinney.com |
| 15 | R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com |
|    | M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com |
| 16 | Estela O. Pino    epino@epinolaw.com, rmahal@epinolaw.com |
|    | Gregory Plaskett    GREGORY.PLASKETT@GMAIL.COM |
| 17 | Mark D. Plevin    mplevin@crowell.com |
|    | Steven G. Polard    spolard@eisnerlaw.com, calendar-lao@ropers.com |
| 18 | Mark D. Poniatowski    ponlaw@ponlaw.com |
|    | Cara M. Porter    cara.porter@doj.ca.gov, rachel.patu@doj.ca.gov |
| 19 | Christopher E. Prince    cprince@lesnickprince.com |
|    | Douglas B. Provencher    dbp@provlaw.com |
| 20 | Amy C. Quartarolo    amy.quartarolo@lw.com |
|    | Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com |
| 21 | Justin E. Rawlins    justinrawlins@paulhastings.com |
|    | Hugh M. Ray    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com |
| 22 | Paul F. Ready    smeyer@farmerandready.com |
|    | Caroline A. Reckler    caroline.reckler@lw.com |
| 23 | David M. Reeder    david@reederlaw.com, secretary@reederlaw.com |
|    | Scott Reents    sreents@cravath.com |
| 24 | Steven J. Reisman    sreisman@katten.com, nyc.bknotices@kattenlaw.com |
|    | Jeffrey M. Reisner    jreisner@irell.com, #-FirmPSDocketing@Steptoe.com |
| 25 | Jack A. Reitman    , srichmond@lgbfirm.com |
|    | Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net |
| 26 | David J. Richardson    drichardson@bakerlaw.com, aagonzalez@bakerlaw.com |
|    | Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| 27 | David B. Rivkin    drivkin@bakerlaw.com, jmeeks@bakerlaw.com |
|    | John R. Rizzardi    kcoselman@cairncross.com, tnguyen@cairncross.com |
| 28 | Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov |
|    | Michael Rogers    mrogers@lambertrogers.com, jan@lambertrogers.com |

| | |
|---|---|
| 1 | Lawrence M. Rolnick    lrolnick@rksllp.com |
| | Christina Anne Romak    christina.romak@bakerbotts.com |
| 2 | Jorian L. Rose    jrose@bakerlaw.com |
| | Laurence M. Rosen    lrosen@rosenlegal.com, zstanco@rosenlegal.com |
| 3 | Paul M. Rosenblatt    prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com |
| | David A. Rosenzweig    david.rosenzweig@nortonrosefulbright.com |
| 4 | Jay M. Ross    jross@hopkinscarley.com, nsvoboda@hopkinscarley.com |
| | Gregory A. Rougeau    grougeau@brlawsf.com |
| 5 | Jason C. Rubinstein    jrubinstein@fklaw.com, mclerk@fklaw.com |
| | Nathan Q. Rugg    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com |
| 6 | Thomas B. Rupp    trupp@kbkllp.com |
| | Steven B. Sacks    ssacks@sackslawoffice.com |
| 7 | Eric E. Sagerman    esagerman@bakerlaw.com |
| | Robert Sahyan    rsahyan@sheppardmullin.com, lsegura@sheppardmullin.com |
| 8 | Gregory M. Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com |
| | Jonathan C. Sanders    jsanders@stblaw.com |
| 9 | Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com |
| | Lovee Sarenas    lovee.sarenas@dinsmore.com |
| 10 | Brandy A. Sargent    brandy.sargent@klgates.com, docketclerk@stoel.com |
| | Patricia Savage    psavesq@gmail.com, jodi.savage@gmail.com |
| 11 | Caroline A.H. Sayers    caroline.sayers@lathropgpm.com, patricia.johnson@lathropgpm.com |
| | Sblend A. Sblendorio    sas@hogefenton.com |
| 12 | Francis O. Scarpulla    fos@scarpullalaw.com, cpc@scarpullalaw.com |
| | Daren M Schlecter    daren@schlecterlaw.com, info@schlecterlaw.com |
| 13 | Bradley R. Schneider    bschneider@kbkfirm.com |
| | Harvey S. Schochet    Harveyschochet@dwt.com |
| 14 | Nathan A. Schultz    nschultzesq@gmail.com, kjarashow@goodwinlaw.com |
| | Lisa Schweitzer    lschweitzer@cgsh.com |
| 15 | Eric J. Seiler    eseiler@fklaw.com, mclerk@fklaw.com |
| | Jonathan A. Shapiro    JShapiro@goodwinlaw.com |
| 16 | Robin D Shofner    shofner@mobolaw.com |
| | Leonard M. Shulman    lshulman@shbllp.com |
| 17 | Andrew I. Silfen    andrew.silfen@arentfox.com |
| | Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com |
| 18 | Brandt Silver-Korn    bsilverkorn@edelson.com, docket@edelson.com |
| | Craig S. Simon    csimon@bergerkahn.com, aketcher@bergerkahn.com |
| 19 | Gerald Singleton    gerald@slffirm.com, BKECFCANB@SLFfirm.com |
| | Steven J. Skikos    sskikos@skikos.com, mmontoya@skikos.com |
| 20 | Michael K. Slattery    mslattery@lkfirm.com, rramirez@lkfirm.com |
| | Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com |
| 21 | Jennifer N. Slocum    jennifer.slocum@stoel.com, docketclerk@stoel.com |
| | Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com |
| 22 | Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com |
| | Jan D. Sokol    jdsokol@lawssl.com |
| 23 | Daniel Solish    cocolaw@stancounty.com, solishd@stancounty.com |
| | Randye B. Soref    rsoref@polsinelli.com, ccripe@polsinelli.com |
| 24 | Joseph Sorkin    jsorkin@akingump.com, NYMCO@akingump.com |
| | Michael St. James    ecf@stjames-law.com |
| 25 | Diane C. Stanfield    diane.stanfield@alston.com, nelly.villaneda@alston.com |
| | Howard J. Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com |
| 26 | Harriet A. Steiner    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com |
| | Lillian G. Stenfeldt    lillian.stenfeldt@rimonlaw.com, docketing@rimonlaw.com |
| 27 | Cheryl L. Stengel    clstengel@outlook.com, stengelcheryl40@gmail.com |
| | David M. Stern    dstern@ktbslaw.com |
| 28 | Geoffrey S. Stewart    gstewart@jonesday.com, mmelvin@jonesday.com |
| | Alan J. Stone    AStone@milbank.com, DMcCracken@Milbank.com |

| | |
|---|---|
| 1 | Jason D. Strabo    jstrabo@mwe.com |
| | Michael H. Strub    mstrub@ggtriallaw.com, mhstrub1@gmail.com |
| 2 | Rebecca Suarez    rsuarez@crowell.com |
| | Brad T. Summers    , docketing-pdx@lanepowell.com |
| 3 | Karin Swope    kswope@cpmlegal.com |
| | Kristine Theodesia Takvoryan    ktakvoryan@ckrlaw.com |
| 4 | Kesha Tanabe    kesha@tanabelaw.com |
| | Mary Ellmann Tang    mtang@frenchlyontang.com, nfears@frenchlyontang.com |
| 5 | Dante Taylor    dtaylor@lbbklaw.com |
| | Elizabeth Lee Thompson    ethompson@stites.com, docketclerk@stites.com |
| 6 | John C. Thornton    jct@andrewsthornton.com, aandrews@andrewsthornton.com |
| | Elisa Tolentino    cao.main@sanjoseca.gov |
| 7 | Meagan S. Tom    meagan.tom@lockelord.com, autodocket@lockelord.com |
| | Edward J. Tredinnick    etredinnick@foxrothschild.com |
| 8 | Matthew J. Troy    matthew.troy@usdoj.gov |
| | Rocky C. Tsai    rocky.tsai@ropesgray.com, matthew.haut@ropesgray.com |
| 9 | Michael Tye    Michael.Tye@usdoj.gov |
| | Gary D. Underdahl    gunderdahl@askllp.com, lmiskowiec@askllp.com |
| 10 | Andrew Van Ornum    avanornum@vlmglaw.com, hchea@vlmglaw.com |
| | Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com |
| 11 | Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com |
| | Marta Villacorta    marta.villacorta@usdoj.gov |
| 12 | Carol C. Villegas    cvillegas@labaton.com, NDonlon@labaton.com |
| | John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com |
| 13 | Bao M. Vu    bao.vu@stoel.com, sharon.witkin@stoel.com |
| | Nicholas Wagner    kschemen@wagnerjones.com, bwagner@wagnerjones.com |
| 14 | Jonathan D. Waisnor    jwaisnor@willkie.com, mao@willkie.com |
| | Rachel M. Walsh    rwalsh@goodwinlaw.com, tsutton@goodwinlaw.com |
| 15 | Riley C. Walter    galfano@wjhattorneys.com |
| | Phillip K. Wang    phillip.wang@rimonlaw.com |
| 16 | Samuel M. Ward    sward@barrack.com, cfessia@barrack.com |
| | Philip S. Warden    philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com |
| 17 | Gregory P. Waters    gwaters@elllaw.com, gregorywatersesq@gmail.com |
| | Guy L. Watts    gwatts@wattsguerra.com, cwilson@wattsguerra.com |
| 18 | Mikal C. Watts    mcwatts@wattsguerra.com, cwilson@wattsguerra.com |
| | Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com |
| 19 | Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com |
| | Todd J. Wenzel    todd@wenzellawoffices.com |
| 20 | Meredith Werner    meredith.werner@clydeco.us |
| | David Walter Wessel    DWessel@efronlawfirm.com, hporter@chdlawyers.com |
| 21 | Joseph West    westjoseph@earthlink.net, josephw998@gmail.com |
| | Drew M. Widders    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com |
| 22 | Jason P. Williams    , maryanne@wplgattorneys.com |
| | Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com |
| 23 | Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com |
| | Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, |
| 24 | diana.cardenas@nortonrosefulbright.com |
| | David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com |
| 25 | Ryan A. Witthans    rwitthans@fhlawllp.com |
| | Keith H. Wofford    keith.wofford@ropesgray.com, nova.alindogan@ropesgray.com |
| 26 | Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com |
| | Douglas Wolfe    asm@asmcapital.com |
| 27 | Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov |
| | Christopher Kwan Shek Wong    christopher.wong@arentfox.com |
| 28 | David A. Wood    dwood@marshackhays.com, lbuchanan@marshackhays.com |
| | Kirsten A. Worley    worleyk@higgslaw.com, admin@wlawcorp.com |

| | |
|---|---|
| 1 | Kinga Wright    kinga.wright@lockelord.com, autodocket@lockelord.com |
| | Antonio Yanez    ayanez@willkie.com |
| 2 | Cathy Yanni    cathy@cathyyanni.com, pstrunk@browngreer.com |
| | Andrew Yaphe    andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com |
| 3 | Stephanie Yee    syee@janglit.com, klockwood@janglit.com |
| | Tacie H. Yoon    tyoon@crowell.com |
| 4 | Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com |
| | Eric G. Young    eyoung@dcalaw.com, Jackie@dcalaw.com |
| 5 | Nicole M. Zeiss    nzeiss@labaton.com |
| | Paul H. Zumbro    mao@cravath.com |
| 6 | Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com |
| | Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com |