| | |
|---|---|
| BROWN RUDNICK LLP<br>David J. Molton (SBN 262075)<br>(DMolton@brownrudnick.com)<br>Eric R. Goodman (admitted pro hac vice)<br>(EGoodman@brownrudnick.com)<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br><br>BROWN RUDNICK LLP<br>Joel S. Miliband (SBN 077438)<br>(JMiliband@brownrudnick.com)<br>2211 Michelson Drive, Seventh Floor<br>Irvine, California 92612<br>Telephone: (949) 752-7100<br>Facsimile: (949) 252-1514<br><br>*Attorneys for Fire Victim Trustee* | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case,*<br>*No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**FIRE VICTIM TRUSTEE'S STATEMENT OF NON-OPPOSITION TO MOTIONS TO DEEM LATE-FILED CLAIMS TIMELY FOR THE PURPOSE OF CLAIM ADMINISTRATION BY THE FIRE VICTIM TRUST**<br><br>[Relates to Docket Numbers Listed in Exhibit A] |

Cathy Yanni, in her capacity as the Trustee (the "**Trustee**") of the Fire Victim Trust (the "**Trust**"), by and through her undersigned counsel and as directed by the *Order Consolidating Motions to File Late Claims* entered August 24, 2022 [Docket No. 12875] (the "**Consolidation Order**") and the *Order re Supplemental Exhibit to Order Consolidating Motions to File Late Claims* entered September 1, 2022 [Docket No. 12923] (the "**Supplemental Consolidation Order**"), respectfully states as follows:

1. The Trust has been monitoring all motions filed with this Court that seek to have late-filed proofs of claim deemed "timely" for the purpose of having such claims administered by the Trust.[1]

2. In keeping with current Trust policy, the Trust does not oppose any of the motions seeking to have listed on Exhibit A hereto. Given the number of late claim motions filed in recent months[2] and the amount of time that has passed since the December 31, 2019 bar date for Fire Victim Claims and the February 26, 2021 deadline to submit claims questionnaires to the Trust, the Trustee will be discontinuing the current non-opposition policy with respect to late claim motions filed after September 30, 2022.

3. All claims asserted in connection with the motions listed on Exhibit A are subject to the requirements of the CRP and are not allowed or approved by the filing of this statement. Nothing herein shall be construed to be a waiver by the Trust of any right to object to All claims asserted in connection with the motions listed on Exhibit A on any grounds other than the untimely filing thereof.

4. In compliance with the Consolidation Order and the Supplemental Consolidation Order, the Trustee has caused to be served and uploaded an order granting the motions listed on

---

[1] The Fire Victim Trust Claims Resolution Procedures ("**CRP**") mandate that claimants must have timely filed a proof of claim to be eligible to receive compensation from the Trust. See CRP §I.

[2] Of the 394 late claim motions filed since the December 31, 2019 extended bar date, 216 have been filed in the last six months and 161 were filed in August alone. To put these numbers in perspective, in 2020, which included the months immediately after the Extended Bar Date and the effective date of the Trust (both events that could be expected to prompt the filing of late claim motions), the total number of late claim motions filed alleging Fire Victim Claims was 55. In 2021, the total number was only 22.

1

Exhibit A hereto (the "**Proposed Order**"). A copy of the Proposed Order is attached hereto as Exhibit B.

DATED: September 15, 2022      BROWN RUDNICK LLP

By:    /s/*Eric R. Goodman*
Eric R. Goodman (admitted pro hac vice)
(EGoodman@brownrudnick.com)
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

and

Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

*Attorneys for Fire Victim Trustee*

# EXHIBIT A
LIST OF UNCONTESTED MOTIONS

## LIST OF UNCONTESTED MOTIONS

| DATE MOTION FILED | DOCKET NO. | CLAIMANT(S) | COUNSEL/PRO SE |
|---|---|---|---|
| 7-6-2022 | 12591 | Navarro et al | James Frantz |
| 7-6-2022 | 12592 | Raczynski et al | James Frantz |
| 8-16-2022 | 12706 | Hughes et al | Patricia Savage |
| 8-16-2022 | 12707 | Flinn et al | Jacob Faircloth |
| 8-16-2022 | 12710 | Bertolini et al | Jacob Faircloth |
| 8-16-2022 | 12712 | Velasquez et al | Jacob Faircloth |
| 8-16-2022 | 12714 | Mogannam et al | Jacob Faircloth |
| 8-16-2022 | 12716 | McNamee | Jacob Faircloth |
| 8-16-2022 | 12720 | Cattich | Laila Masud |
| 8-16-2022 | 12722 | Chandler et al | Laila Masud |
| 8-16-2022 | 12724 | Elliott et al | Laila Masud |
| 8-16-2022 | 12727 | Fricano et al | Laila Masud |
| 8-16-2022 | 12729 | Ledbetter et al | Laila Masud |
| 8-16-2022 | 12731 | Murray et al | Laila Masud |
| 8-16-2022 | 12733 | Needham et al | Laila Masud |
| 8-16-2022 | 12735 | Rebishcke et al | Laila Masud |
| 8-16-2022 | 12737 | Smith et al | Laila Masud |
| 8-16-2022 | 12739 | Vanarman et al | Laila Masud |
| 8-17-2022 | 12741 | Grange et al | Jacob Faircloth |
| 8-17-2022 | 12743 | Rubio et al | Jacob Faircloth |
| 8-17-2022 | 12745 | Browning et al | Jacob Faircloth |
| 8-17-2022 | 12748 *Amends 12747* | Gummer et al | Jacob Faircloth |
| 8-17-2022 | 12750 | Levinson et al | Jacob Faircloth |
| 8-17-2022 | 12752 | Lipman et al | Jacob Faircloth |
| 8-17-2022 | 12754 | Valencia et al | Jacob Faircloth |
| 8-17-2022 | 12756 | Van Giesen | Jacob Faircloth |
| 8-17-2022 | 12758 | Ezekiel et al | Jacob Faircloth |
| 8-17-2022 | 12760 | Wallach | *Pro Se* |
| 8-17-2022 | 12762 *Duplicates 12761* | Lehman | Shounak Dharap |
| 8-18-2022 | 12764 | Vaughn Wright | Emily Levin |
| 8-18-2022 | 12768 | Balbutin-Burnham et al | Emily Levin |
| 8-18-2022 | 12772 | Ruppe et al | Jacob Faircloth |
| 8-22-2022 | 12779 | Efrain Yanez et al | *Pro Se* |
| 8-22-2022 | 12782 | Bailon | Jacob Faircloth |
| 8-22-2022 | 12784 | Cendejas et al | Jacob Faircloth |
| 8-22-2022 | 12786 | Chiurco | Jacob Faircloth |
| 8-22-2022 | 12788 | Abraham et al | Jacob Faircloth |
| 8-22-2022 | 12791 *Amends 12790* | Sandoval-Cottman et al | Jacob Faircloth |
| 8-22-2022 | 12793 | Fitchie et al | Jacob Faircloth |
| 8-22-2022 | 12795 | McMahon et al | Jacob Faircloth |

| DATE MOTION FILED | DOCKET NO. | CLAIMANT(S) | COUNSEL/PRO SE |
|---|---|---|---|
| 8-22-2022 | 12797 | Montano et al | Jacob Faircloth |
| 8-22-2022 | 12799 | Cheney et al | Jacob Faircloth |
| 8-22-2022 | 12803 | Luther et al | *Pro Se* |
| 8-22-2022 | 12804 | Neff | *Pro Se* |
| 8-22-2022 | 12805 | Jennifer Miller et al | *Pro Se* |
| 8-22-2022 | 12808 | Jewel Miller et al | *Pro Se* |
| 8-23-2022 | 12806 | Moore et al | Jacob Faircloth |
| 8-23-2022 | 12809 | Kulin | Jacob Faircloth |
| 8-23-2022 | 12811 | Larrecou | Jacob Faircloth |
| 8-23-2022 | 12813 | D Martin et al | Jacob Faircloth |
| 8-23-2022 | 12815 | M Martin et al | Jacob Faircloth |
| 8-23-2022 | 12817 | Parker et al | Jacob Faircloth |
| 8-23-2022 | 12819 | Martin et al | Jacob Faircloth |
| 8-23-2022 | 12822 | Smith et al | Jacob Faircloth |
| 8-23-2022 | 12824 | Tedeschi et al | Jacob Faircloth |
| 8-23-2022 | 12826 | Tunev et al | Jacob Faircloth |
| 8-23-2022 | 12828 | Franciosi et al | Laila Masud |
| 8-23-2022 | 12830 | Giboney | Laila Masud |
| 8-23-2022 | 12832 | Brennan et al | Laila Masud |
| 8-23-2022 | 12835 | Edwards et al | Jacob Faircloth |
| 8-24-2022 | 12837 | Ashworth et al | Jacob Faircloth |
| 8-24-2022 | 12839 | Galvan | Jacob Faircloth |
| 8-24-2022 | 12841 | Gilardo | Jacob Faircloth |
| 8-24-2022 | 12843 | Harris | Jacob Faircloth |
| 8-24-2022 | 12845 | Kane et al | Jacob Faircloth |
| 8-24-2022 | 12847 | Krummes et al | Jacob Faircloth |
| 8-24-2022 | 12849 | Luzaich | Jacob Faircloth |
| 8-24-2022 | 12851 | Mool et al | Jacob Faircloth |
| 8-24-2022 | 12853 | Ortiz | Jacob Faircloth |
| 8-24-2022 | 12855 | Panoski et al | Jacob Faircloth |
| 8-24-2022 | 12857 | Ruiz et al | Jacob Faircloth |
| 8-24-2022 | 12859 | Russell | Jacob Faircloth |
| 8-24-2022 | 12861 | Rousset et al | Jacob Faircloth |
| 8-24-2022 | 12863 | Shapero | Jacob Faircloth |
| 8-24-2022 | 12865 | Stocks et al | Jacob Faircloth |
| 8-24-2022 | 12867 | Vazquez et al | Jacob Faircloth |
| 8-24-2022 | 12870 | Kangrga et al | *Pro Se* |
| 8-25-2022 | 12876 | Carrillo et al | *Pro Se* |
| 8-30-2022 | 12892 | J. Fife et al | *Pro Se* |
| 8-30-2022 | 12893 | M. Fife et al | *Pro Se* |
| 8-30-2022 | 12895 | Smithson et al | *Pro Se* |

**EXHIBIT B**
**PROPOSED ORDER**

BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Eric R. Goodman (admitted pro hac vice)
(EGoodman@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone:
Facsimile:
BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone:
Facsimile:

*Attorneys for Fire Victim Trustee*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case,<br>No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING MOTIONS TO DEEM LATE-FILED CLAIMS TIMELY FOR THE PURPOSE OF CLAIM ADMINISTRATION BY THE FIRE VICTIM TRUST** |

The Court having considered the *Fire Victim Trustee's Statement of Non-Opposition to Motions to Deem Late-Filed Claims Timely for the Purpose of Claim Administration by the Fire Victim Trust* Dated September 15, 2022 [Dkt. No. ___] (the "**Trustee Statement**") and the motions listed in Exhibit A to the Trustee Statement (the "**Late Claim Motions**"), and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The proofs of claim addressed by the Late Claim Motions (the "**Proofs of Claim**") are deemed timely filed.

2. The Proofs of Claims and the claims asserted thereunder (the "**Asserted Fire Victim Claims**") shall for all purposes be treated and classified as Fire Victim Claims under the Plan, and shall be fully assumed by, and the sole responsibility of, the Fire Victim Trust and subject to the Channeling Injunction, to be administered, processed, settled, disallowed, resolved, liquidated, satisfied, and/or paid in accordance with the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures. Movants shall have no further recourse against the Debtors or Reorganized Debtors, as applicable, with respect to the Proofs of Claim or the Asserted Fire Victim Claims.

3. Nothing herein shall be construed to be a waiver by the Fire Victim Trust of any right to object to the Asserted Fire Victim Claims or the Proofs of Claim on any grounds other than the untimely filing thereof.

4. This Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

*** END OF ORDER ***

Dated: September 15, 2022

BROWN RUDNICK LLP


/s/Eric R. Goodman
Eric R. Goodman

*Attorneys for Fire Victim Trustee*