BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Eric R. Goodman (admitted pro hac vice)
(EGoodman@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone:     (212) 209-4800
Facsimile:     (212) 209-4801

BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone:     (949) 752-7100
Facsimile:     (949) 252-1514

*Attorneys for Fire Victim Trustee*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>-and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF ERRATA REGARDING FIRE VICTIM TRUSTEE'S STATEMENT OF NON-OPPOSITION TO CONSOLIDATED MOTIONS TO DEEM LATE-FILED CLAIMS TIMELY FOR THE PURPOSE OF CLAIM ADMINISTRATION BY THE FIRE VICTIM TRUST**<br><br>**[Relates to Docket Numbers 12906 and 12955]** |

PLEASE TAKE NOTICE that Exhibit A to the *Fire Victim Trustee's Statement of Non-Opposition to Consolidated Motions to Deem Late-Filed Claims Timely for the Purpose of Claim Administration by the Fire Victim Trust* [Docket No. 12955] inadvertently omitted Sarah Gray from the List of Claimants.

A true and correct copy of the corrected List of Claimants is attached hereto as Exhibit "1."

DATED: September 15, 2022     BROWN RUDNICK LLP

By: */s/ Eric R. Goodman*
Eric R. Goodman (admitted pro hac vice)
(EGoodman@brownrudnick.com)
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801

and

Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, California 92612
Telephone:  (949) 752-7100
Facsimile:  (949) 252-1514

*Attorneys for Fire Victim Trustee*

EXHIBIT "1"

EXHIBIT "1"

| DATE POC FILED | POC NO. | CLAIMANT(S) |
|---|---|---|
| 8-19-2022 | 108782 | Richard Baum |
| 8-19-2022 | 108783 | Dustin Baxter, Tamara Baxter, Blaine Baxter and Reid Baxter |
| 8-23-2022 | 108811 | Dolores Meyer and Bradley Meyer |
| 1-6-2020<br>8-30-2022 | 96365<br>108833<br>*(Amending 96365)* | David Qin |
| 1-8-2020<br>8-30-2022 | 96435<br>108860<br>*(Amending 96435)* | Lynn Marie Didier |
| 8-30-2022 | 108861 | William Klemme |
| 8-30-2022 | 108866 | E. Lawrence Armstrong and Karen Jacobson Armstrong |
| 8-30-2022 | 108871 | Sarah Gray |