1  BROWN RUDNICK LLP
   David J. Molton (SBN 262075)
2  (DMolton@brownrudnick.com)
   Eric R. Goodman (admitted pro hac vice)
3  (EGoodman@brownrudnick.com)
   Seven Times Square
4  New York, New York 10036
   Telephone:    (212) 209-4800
5  Facsimile:    (212) 209-4801

6  BROWN RUDNICK LLP
   Joel S. Miliband (SBN 077438)
7  (JMiliband@brownrudnick.com)
   2211 Michelson Drive, Seventh Floor
8  Irvine, California 92612
   Telephone:    (949) 752-7100
9  Facsimile:    (949) 252-1514

10 *Attorneys for Fire Victim Trustee*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case,*<br>*No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**FIRE VICTIM TRUSTEE'S STATEMENT OF NON-OPPOSITION TO AMENDED CONSOLIDATED MOTIONS TO ENLARGE TIME FOR CLAIMANTS TO FILE PROOFS OF CLAIM FOR THE PURPOSE OF CLAIM ADMINISTRATION BY THE FIRE VICTIM TRUST**<br><br>[Relates to Docket Number 12921] |

Cathy Yanni, in her capacity as the Trustee (the "**Trustee**") of the Fire Victim Trust (the "**Trust**"), by and through her undersigned counsel and as directed by the *Order Consolidating Motions to File Late Claims* entered August 24, 2022 [Docket No. 12875] (the "**Consolidation Order**") and the *Order re Supplemental Exhibit to Order Consolidating Motions to File Late Claims* entered September 1, 2022 [Docket No. 12923] (the "**Supplemental Consolidation Order**"), respectfully states as follows:

1. The Trust has been monitoring all motions filed with this Court that seek to have late-filed proofs of claim deemed "timely" for the purpose of having such claims administered by the Trust.[1]

2. The *Amended Consolidated Motion to Allow/Deem Timely Late Filing of Claimants, and Memorandum of Points and Authorities; Declaration of Regina Bagdasarian in Support; Related to Docket No 12919* [Docket No. 12921] (the "**Late Claim Motion**") seeks to have the time in which to file proofs of claim extended with respect to the proofs of claim of the claimants listed on Exhibit 1 hereto (the "**Proofs of Claim**"). None of the Proofs of Claim appear to have been filed as of the date hereof and counsel for the claimants listed on Exhibit 1 hereto did not respond to an email request from counsel for the Trustee regarding the Proofs of Claim.

3. In keeping with the current Trust policy of allowing as many Claimants as possible to receive compensation on account of their Fire Victim Claims, the Trustee does not oppose the Late Claim Motion with respect to the claimants listed on Exhibit 1 hereto, so long as the Proofs of Claim are filed no later than September 30, 2022 and the Trustee is notified of the filings of each of the Proofs of Claim by email to Trustee counsel at ssieger-grimm@brownrudnick.com.

4. Given the number of late claim motions filed in recent months[2] and the amount of

---

[1] The Fire Victim Trust Claims Resolution Procedures ("**CRP**") mandate that claimants must have timely filed a proof of claim to be eligible to receive compensation from the Trust. See CRP §I.

[2] Of the 395 late claim motions filed since the December 31, 2019 extended bar date, 217 have been filed in the last six months and 161 were filed in August alone. To put these numbers in perspective, in 2020, which included the months immediately after the Extended Bar Date and the effective date of the Trust (both events that could be expected to prompt the filing of late claim motions), the total number of late claim motions filed alleging Fire Victim Claims was 55. In 2021, the total number was only 22.

1

time that has passed since the December 31, 2019 bar date for Fire Victim Claims and the February 26, 2021 deadline to submit claims questionnaires to the Trust, the Trustee will be discontinuing the current non-opposition policy with respect to late claim motions filed after September 30, 2022.

5. The Proofs of Claim and any claims asserted in connection with the Proofs of Claim are subject to the requirements of the CRP and are not allowed or approved by the filing of this statement. Nothing herein shall be construed to be a waiver by the Trust of any right to object to the Proofs of Claim or any claims asserted in connection with the Proofs of Claim on any grounds other than the untimely filing thereof. The Trust may object to any Proof of Claim filed after September 30, 2022 on the ground of untimeliness.

DATED: September 16, 2022        BROWN RUDNICK LLP

By: *Eric R. Goodman*
Eric R. Goodman (admitted pro hac vice)
(EGoodman@brownrudnick.com)
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

and

Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

*Attorneys for Fire Victim Trustee*

2

# EXHIBIT 1
LIST OF CLAIMANTS

| **DATE POC FILED** | **POC NUMBER** | **CLAIMANT(S)** |
|---|---|---|
| No POC Filed | N/A | Linnise Maria and David Montgomery |
| No POC Filed | N/A | Jesse, Christa, Tenli, Viggo, and Luke McCord |
| No POC Filed | N/A | Jason, Maria, Jason, Jordan, Taylor and Kealia McCord Atilava Togafau |
| No POC Filed | N/A | Gary Lynn and Lorraine Gail Koch |
| No POC Filed | N/A | Michael and Sharan Keene |
| No POC Filed | N/A | Tyler Allen Dwelle |

64837495 v2-WorkSiteUS-035945/0001