**Entered on Docket
September 19, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: September 19, 2022**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER AND NOTICE OF OPPORTUNITY TO OBJECT TO MOTIONS TO FILE CLAIM AFTER CLAIMS BAR DATE BY PRO SE CLAIMANTS**

    NOTICE IS HEREBY GIVEN that the various pro se fire claimants have filed a *Motion to File Claim After Claims Bar Date* as listed on the Exhibit attached hereto.

    IT IS HEREBY ORDERED that the Fire Victim Trust shall file written objections to any of the motions by October 3, 2022. If any objections are filed, the court will set and notice a

-1-

hearing on an upcoming omnibus hearing date.  If no objections are filed, the court will promptly issue an order granting the motions.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST

Kalika and Sean Casady
121 Hansen Way
Petaluma, CA

Mitchell P. Hackwood
936 Robbie Way
Windsor, CA 95492

Ronald Tackett
4 Patches Drive
Chico, CA 95928-4353

Cindy Scott Fuchs
219 Frankwood Dr.
Folsom, CA 95630

Krisy Lynn Melton
643 Russell Ave #5
Santa Rosa, CA 95403

Laura Elizabeth Mendoza
722 McConnell Ave
Santa Rosa, CA 95404

Charles Green
85 Ridge Road
Rail Road Flat, CA 95248

Angelina Smith
226 East 3rd Street
Cloverdale, CA 95425