EXHIBIT
To
Order and Notice of Opportunity to Object to Motions to File
Claim After Claims Bar Date by Pro Se Claimants

| Motion Filing Date | Dkt. No. | Claimants | POC Filing Date | POC No. |
|---|---|---|---|---|
| 9/1/22 | 12922 | Kalika Casady and Sean Casady | 7/27/20 | 106042 |
| 9/6/22 | 12930 | Mitchell P. Hackwood | 1/29/21 | 106925 |
| 9/6/22 | 12934 | Ronald Tackett et al | 1/2/20 11/20/20 | 96346 106734 |
| 9/7/22 | 12938 | Cindy Scott Fuchs et al | 7/6/22 | 108725 |
| 9/8/22 | 12942 | Krisy Lynn Melton | 8/19/22 | 108775 |
| 9/10/22 | 12946 | Laura Elizabeth Mendoza | 6/20/22 | 108536 |
| 9/13/22 | 12953 | Charles Green | 1/2/20 9/7/22 | 95967 108935 |
| 9/14/22 | 12961 | Angelina Smith et al | 6/30/22 | 108662 |

-1-

Case: 19-30088   Doc# 12975-1   Filed: 09/19/22   Entered: 09/19/22 11:43:57   Page 1 of 1