PGE Corporation

Bankruptcy

Motion to Allow Claims [ Motion to Allow/Deem Timely Late Filed Proof of Claim of Theodore L Bake ]

Relating to the Camp Fire Litigation

United States Bankruptcy Court

Northern District of California

San Francisco Division

In re :                                                                                 Bankruptcy Case No :19-30088- [DM]

PGE Corporation                                                            Chapter 11

Debtors                                                                           Motion to Allow/Deem Timely Late Filed

Affects PGE Corporation                                               Proof of Claim of Theodore L Bake

**FILED SEP 19 2022 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA**

To the Honorable Judge, United States Bankruptcy Court
I, Theodore L Bake, Respectfully move for an Order to Allow/Deem Timely my late filed Proof of Claim

Arising from Camp Fire

!. Summary of Argument:

Enclosed find a copy of my Original Proof of Claim [ Fire Claim Related] executed, mailed & post marked December 28 2019

Addressed to PGE Corporation Claims Processing
C/O Prime Clerk LLC

Grand Central Station, PO Box 4850

New York, NY 10163-4850

It was my understanding a mailing sent by USPS & post marked constituted actual date of receival of document, in this case I believed document was received on 12/28/2019
Subsequently I did receive notice my POC was received on 01/02/2020, but there was no notice that my claim was denied, I assumed my claim was active & proceeding based on the fact that additional claim documents were required

Over the past 3 years I provided numerous information as requested by FIRE Victim Trust including how I would prefer to receive any payment Payment Election Form, & my Taxpayer ID Number

Based on all the documents I received & sent to FIRE VICTUM TRUST I felt confident my claim was being processed

On August 1 2022 , I received notice my claim was denied due to late filing, this is the first time I was informed my claim was denied

A Proof of Claim may be deemed timely upon showing of excusable neglect & lack of prejudice to the debtors

In this case Theodore L Bake firmly believed his claim was valid & moving forward, up until August 1 2022 I Theodore L Bake had no reason to believe otherwise

I Theodore L Bake am an individual over 18 years of age and competent to make this declaration

I declare under penalty that the foregoing is true and correct

Executed on Sept 16, 2022
Signed: Theodore L Bake

*Theodore L Bake*

T.L. Bake
P.O. Box 250
Paradise, Ca. 95967



PG&E Corporation Claims Processing Center
C/O Prime Clerk LLC
Grand Central Station, P.O. Box 4850
New York, NY 10163-4850

RECEIVED
JAN 02 2020
PRIME CLERK LLC

10163-485050

Case: 19-30088    Doc# 12976    Filed: 09/19/22    Entered: 09/19/22 14:42:09    Page 3 of 8

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

In re:
PG&E CORPORATION,
- and -
PACIFIC GAS AND ELECTRIC COMPANY,
Debtors.

Bankruptcy Case
No. 19-30088 (DM)

Chapter 11
(Lead Case)
(Jointly Administered)

[ ] Date Stamped Copy Returned
[ ] No Self-Addressed Stamped Envelope
[X] No Copy Provided

# Proof of Claim (Fire Claim Related)

Read the instructions before filing this claim form. This form is for tort claimants who have a claim against the Debtors (i.e. PG&E Corporation and Pacific Gas and Electric Company) that arose prior to the Debtors filing for bankruptcy (i.e. prior to January 29, 2019) and that arose from, or relates to, a fire.

**Do not use this form for non-fire claims. Non-fire tort claimants should use Form 410.**

Do NOT file a fraudulent claim. A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Please type or print in the spaces below. Do NOT use red ink or pencil.

### Part 1: Identify the Claim

**1. Who is the current creditor?**
THEODORE L. BAKE
Name of the current creditor (the person or entity to be paid for this claim)

**2. Has this claim been acquired from someone else?**
[X] No
[ ] Yes. From whom? _____

**3. Are you filing this claim on behalf of your family?**
[X] No
[ ] Yes
A family is a group of two or more people related by birth, marriage, domestic partnership, or adoption and residing together. All such people are considered as members of one family.

If you checked "Yes", please provide the full name of each family member that you are filing on behalf of:

**4. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Name THEODORE L. BAKE
Attorney Name (if applicable) _____
Attorney Bar Number (if applicable) _____
Street Address 280 ROSE LANE
City PARADISE
State CA
Zip Code 95969
Phone Number 530-845-5275
Email Address doubletnl1@att.net

Where should payments to the creditor be sent? (if different)
Name THEODORE L. BAKE
Attorney Name (if applicable) _____
Attorney Bar Number (if applicable) _____
Street Address 280 ROSE LANE
City PARADISE
State CA
Zip Code 95969
Phone Number 530-845-5275
Email Address doubletnl1@att.net

**5. Does this claim amend one already filed?**
[X] No
[ ] Yes. Claim number on court claims registry (if known) _____  Filed on ___/___/___ MM/DD/YYYY

**6. Do you know if anyone else has filed a proof of claim for this claim?**
[X] No
[ ] Yes. Who made the earlier filing? _____

193008880031590

Proof of Claim (Fire Related)     Page 1

| Part 2: | Give Information About the Claim as of the Date this Claim Form is Filed | |
|---|---|---|
| 7. What fire is the basis of your claim?<br>Check all that apply. | ☑ Camp Fire (2018)<br>☐ North Bay Fires (2017)<br>☐ Ghost Ship Fire (2016)<br>☐ Butte Fire (2015)<br>☐ Other (please provide date and brief description of fire: _____ | |
| 8. What are the loss location(s) where you and/or your family suffered harm? (e.g. home or business address, place of injury, place from which you were evacuated, if different.? | Location(s): **280 ROSE LANE PARADISE, CA 95969** | |
| 9. How were you and/or your family harmed?<br>Check all that apply | ☑ Property Damage (homes, structures, personal property, land, trees, landscaping, and all other property damage)<br>   ☑ Owner ☐ Renter ☐ Occupant ☐ Other (Please specify): _____<br>☐ Personal Injury<br>☐ Wrongful Death (if checked, please provide the name of the deceased)<br>☐ Business Loss/Interruption<br>☐ Lost wages and earning capacity<br>☐ Loss of community and essential services<br>☐ Agricultural loss<br>☑ Other (Please specify): **SEVERE DEPRESSION/ SUICIDAL** | |
| 10. What damages are you and/or your family claiming/seeking?<br>Check all that apply | ☑ Economic damages (including replacement cost of damaged property, diminution in value, loss of use, lost inventory, lost profits, and other economic damage)<br>☑ Non-economic damages (including loss of society and support, loss of consortium, pain and suffering, emotional distress, annoyance and discomfort, and other non-economic damage)<br>☐ Punitive, exemplary, and statutory damages<br>☐ Attorney's fees and litigation costs<br>☐ Interest<br>☐ Any and all other damages recoverable under California law<br>☐ Other (Please specify): _____ | |
| 11. How much is the claim? | ☐ $_____ (optional)<br>☑ Unknown / To be determined at a later date | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  12/28/2019  (mm/dd/yyyy)

_Theodore Y. Bake_
Signature

Print the name of the person who is completing and signing this claim:

Name: THEODORE   LINCOLN   BAKE
      First name   Middle name   Last name

Title: _____

Company: _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 280 ROSE LANE
         Number Street
         PARADISE      CA   95969
         City          State ZIP Code

Contact phone: 530-845-5375     Email: doubletnt1@att.net

Proof of Claim (Fire Related)   Page 3

Date : September 16, 2022

Judge : Honorable Dennis Montali

RE : Motion To Allow /Deem Timely Late Filed Proof of Claim of Theodore L Bake /Camp Fire Paradise, CA

I hereby request a hearing on my enclosed Motion To Extend Time per enclosed documents

Thank You Judge Montali

Respectfully

Signed: *Theodore J. Bake*

280 Rose Lane

Paradise CA 95969

530-845-5275

doubletnt1@att.net

L. Bake
80 Rose Lane
Paradise, CA 95969




U.S. POSTAGE PAID
FCM LG ENV
PARADISE, CA
95969
SEP 16, 22
AMOUNT
**$8.69**
R2305M143695

1000   94102

**CERTIFIED MAIL**

7021 0350 0001 3080 2035

**RECEIVED**
SEP 19 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



RETURN RECEIPT REQUESTED

United States Bankruptcy Court
Northern District of California
San Francisco Division
450 Golden Gate Ave
Mail Box 36099
San Francisco, CA 94102