# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
| **Reorganized Debtors.** | **(Jointly Administered)** |

## <u>CERTIFICATE OF SERVICE</u>

I, Liz Santodomingo, do declare and state as follows:

1.      I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2.      On September 1, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Affected Claimants Service List attached hereto, as **<u>Exhibit A</u>**.

- Order Re Supplemental Exhibit to Order Consolidating Motions to File Late Claims [Docket No. 12923]

3.   I have reviewed the Notices of Electronic Filing (NEF) for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4.   I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Executed this 13th day of September 2022, at New York, NY.

/s/ Liz Santodomingo
Liz Santodomingo

2

SRF 63815

# **Exhibit A**

## Exhibit A
## Affected Claimants Service List
## Served via First Class Mail

| NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|
| Blank, Ashley | Address on File | | | |
| Carrillo, Craig C. | Address on File | | | |
| Dale Smithson, et al | Address on File | | | |
| Fife, Jerome Jay | Address on File | | | |
| Fife, Melissa Ryan | Address on File | | | |
| Kangrga, Nikola | Address on File | | | |
| Luther, Janae | Address on File | | | |
| Miller, Jennifer | Address on File | | | |
| Miller, Jewel | Address on File | | | |
| Neff, Randal | Address on File | | | |
| Wallach, Sequoyah | Address on File | | | |
| Yanez, Efrain | Address on File | | | |

In re: PG&E Corporation, *et al.*
Case No. 19-30088

Page 1 of 1