**Entered on Docket
September 20, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: September 19, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Eric R. Goodman (admitted pro hac vice)
(EGoodman@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone:   (212) 209-4800
Facsimile:   (212) 209-4801

BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone:   (949) 752-7100
Facsimile:   (949) 252-1514

*Attorneys for Fire Victim Trustee*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>-and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.** | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING EX PARTE MOTION OF THE FIRE VICTIM TRUSTEE TO REDACT PERSONAL ADDRESS FROM ENGAGEMENT LETTER TO BE FILED WITH COURT**<br><br>[No Hearing Requested] |
| ☐ **Affects PG&E Corporation**<br>☐ **Affects Pacific Gas and Electric Company**<br>☒ **Affects both Debtors**<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

Upon the Motion, dated September 15, 2022 (the "**Motion to Redact**"), of Cathy Yanni, in her capacity as the Trustee (the "**Trustee**") of the PG&E Fire Victim Trust (the "**Trust**") in the above-captioned chapter 11 cases, pursuant to sections 105(a) and 107(c) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 1001-2(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "**Bankruptcy Local Rules**") and the *Procedures for Filing Redacted or Sealed Confidential or Highly Sensitive Documents adopted by the United States Bankruptcy Court for the Northern District of California* (the "**Local Procedures**"), for entry of an order (a) authorizing the Trustee to redact the home address (the "**Personal Information**") of the "Authorized Agent" in the engagement letter between the Trust and the Authorized Agent (the "**Engagement Letter**") that the Trust will be filing in accordance with the directives contained in the *Order on Motion for Reconsideration* [Dkt. No. 12929] (the "**Reconsideration Order**") and (b) directing that the unredacted copies of the Engagement Letter provided to the Court shall remain under seal and confidential and not be made available without the consent of the Trustee or further order from the Court; and consideration of the Motion to Redact and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Motion to Redact as provided to the parties listed therein is reasonable and sufficient, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion to Redact and the Yanni Declaration submitted in support of the Motion to Redact; and this Court having determined that the legal and factual bases set forth in the Motion to Redact establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion to Redact is in the best interests of the Trust and its beneficiaries, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Redact is granted as provided herein.

2. The Trustee is authorized to redact the Personal Information from the copies of the Engagement Letter filed with the Court and posted to the Fire Victim Trust Website pursuant to pursuant to sections 105(a) and 107(c) of the Bankruptcy Code.

3. The unredacted copy of the Engagement Letter provided to the Court is confidential, shall remain under seal, and shall not be made available to anyone without the express written consent of the Trustee and the Authorized Agent.

4. Notice of the Motion to Redact as provided therein shall be deemed good and sufficient and the requirements of the Bankruptcy Local Rules are satisfied by such notice.

5. The Trustee is authorized to take all necessary actions to effectuate the relief granted pursuant to this Order in accordance with the Motion to Redact.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

** END OF ORDER **