Jonathan H. Siegel (SBN 78143)
Jean R. Krasilnikoff (SBN 280450)
SIEGEL LEWITTER MALKANI
1939 Harrison Street, Suite 307
Oakland, California 94612
Tel: (510) 452-5000
Fax: (510) 452-5004
jsiegel@sl-employmentlaw.com
jkrasilnikoff@sl-employmentlaw.com

*Attorneys for Plaintiff Donatus Okhomina, Jr.*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors.<br><br>DONATUS OKHOMINA, JR.,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, a California Corporation; JOHN HARKINS, an Individual; and DOES I through XX,<br><br>Defendants. | Case No. 19-30088-DM (Lead Case)<br><br>Chapter 11<br><br>*Claim arises out of San Francisco Superior Court Case No. CGC-19-573060*<br><br>**DECLARATION OF TAMMY OKHOMINA IN SUPPORT OF EVIDENCE OF TRANSFER OF CLAIM** |

I, Tammy Okhomina, declare as follows:

1. This Declaration is made in support of The Transfer of Claim in the above referenced matter.

2. On January 23, 2019, my husband, Donatus Okhomina, Jr., filed a lawsuit against his former employer Pacific Gas and Electric Company and John Harkins, an individual supervisor, in the San Francisco Superior Court. The claims arose out of his employment and termination from Pacific Gas and Electric Company. The case number in that matter is CGC-19-



573060.

3.  Thereafter, on January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company filed for Chapter 11 bankruptcy which stayed proceedings in the Superior Court case.

4.  On August 13, 2019, the law firm Siegel LeWitter Malkani filed a proof of claim for my husband's claims as described in the Superior Court case. The proof of claim number assigned was 6524.

5.  On November 16, 2019, my husband, Donatus Okhomina, Jr. was killed while performing work for the City of Palo Alto. I am his surviving spouse and inherited his property and assets upon his death.

6.  Donatus Okhomina, Jr. and I were legally married on June 21, 2003 in Rancho Cucamonga, California and we have resided in the state of California throughout our marriage.

I, Tammy Okhomina, hereby declare under penalty of perjury that I have read the foregoing declaration, consisting of one (1) pages, and know the contents thereof, and that the same is true based upon my own personal knowledge.

Executed this 16 day of March 2021 at Dixon, California.

*Tammy Okhomina*
Tammy Okhomina

2
DECLARATION OF TAMMY OKHOMINA IN SUPPORT OF EVIDENCE OF TRANSFER OF CLAIM – Case No. 19-30089-DM