1  MEYERS LAW GROUP, P.C.
   MERLE C. MEYERS, ESQ., CA Bar #66849
2  KATHY QUON BRYANT, ESQ., CA Bar #213156
   100 Shoreline Highway, Suite B-160
3  Mill Valley, CA 94941
   Telephone: (415) 362-7500
4  Facsimile:  (415) 362-7515
   Email:  mmeyers@meyerslawgroup.com
5          kquonbryant@meyerslawgroup.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:

The updated address information shown below applies to the bankruptcy cases appearing on the attached list.

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that the address of MERLE C. MEYERS, ESQ., has changed.  Mr. Meyers' new address is:

> Merle C. Meyers, Esq.
> Meyers Law Group, P.C.
> 100 Shoreline Highway, Suite B-160
> Mill Valley, California 94941
> Tel: (415) 362-7500
> Fax: (415) 362-7515
> Email:  mmeyers@meyerslawgroup.com

Please update your records accordingly (Note: Telephone, facsimile, and email remain the same).

DATED:  September 20, 2022

MEYERS LAW GROUP, P.C.

By   /s/  Merle C. Meyers
     Merle C. Meyers, Esq.

-1-

NOTICE OF CHANGE OF ADDRESS
32583_3 0000.001

Main Cases:

1. Heller Ehrman LLP, Debtor, Case No. 08-32514
2. Elephant Pharmacy, Inc., Debtor, Case No. 09-41019
3. PG&E Corporation and Pacific Gas and Electric Company, Debtors, Case No. 19-30088 (Jointly Administered)