Judge Montali, Courtroom 17
450 Golden Gate Ave.
Mailbox 36099
San Francisco, Ca 94102
Case # 19-30088-DM
Dockett # 12874



September 7, 2022
I am in full support of Motion #12766, please add to the docket.

To: Honarable Judge Montali,

My name is Barbara Barling and I lost the home I rented for 17 years in the Tubbs Fire in 2017. It was one of the best deals for a renter being $1000/mo. for a 3 bd/2 ba 1500 sq. ft. home in Coffey Park, Santa Rosa. The fire took from me 50 years worth of heirlooms from my family, items from loved ones as well as treasures I collected from world travels over the years. Many collections, all gone. It makes me tear up thinking about it.

The landlord was a family friend and kept the rent low because of that fact, and now you can't find rent like that anywhere, huge increases started happening after that fire. I now pay $1980/mo for a 1 bd/1 ba rental. I still have this homeless feeling, and feel a chunk of my identity was ripped away by that fire.

All of us that experienced the painful loss due to the PG&E caused fires and are part of the lawsuit have been thru the ringer with this process of rebuilding, and trying to get their rightful compensation for their tragic loss.
I voted no for the deal that was preposed, but due to disinformation and other factors, we have less than what we should. Many have regretted voting no. Some didn't believe we would see a red cent and so didn't put much faith and thought into the process. Some weren't represented well by their lawyers by not receiving info. about voting and missed the deadline to do so. I felt I had to change law firms because of the campaign they were running for claimants to vote yes which I strongly disagreed with. The deal we have now has left us short and is terrible for us survivors to go thru yet more loss and undermining.

I want the court to know that I support Will Abrams and his plea for more transparency from the trust, and for the victims to get 100% of their determination award. It is hard to bear how our award so far has been whittled away by taxes, the lawyers fees, the trust administration, and lets not forget PG&E. We have been left out to dry and would like to know more about why this has happened and demand for our claims to be settled fairly and justly. I hope the court has the victim's interests in this matter and shows it with help in settling our claims properly.

Respectfully, Barbara Barling-Tubbs Fire Survivor

Case: 19-30088   Doc# 12986   Filed: 09/20/22   Entered: 09/20/22 14:56:18   Page 1 of 2

Barbara Barling
1423 B Foothill Blvd.
Calistoga, CA 94515

RECEIVED
SEP 29 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

OAKLAND CA 945
16 SEP 2022 PM 7 L



Judge Montali, Ctrm. 17
USB Courthouse
450 Golden Gate Ave.
Mailbox 36099
San Francisco, CA 94102

94102-341024

Case: 19-30088    Doc# 12986    Filed: 09/20/22    Entered: 09/20/22 14:56:18    Page 2 of 2