BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Eric R. Goodman (admitted pro hac vice)
(EGoodman@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone:	(212) 209-4800
Facsimile:	(212) 209-4801

BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone:	(949) 752-7100
Facsimile:	(949) 252-1514

*Attorneys for Fire Victim Trustee*

Signed and Filed: September 20, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING MOTIONS TO DEEM LATE-FILED CLAIMS TIMELY FOR THE PURPOSE OF CLAIM ADMINISTRATION BY THE FIRE VICTIM TRUST** |

The Court having considered the *Fire Victim Trustee's Statement of Non-Opposition to Consolidated Motions to Deem Late-Filed Claims Timely for the Purpose of Claim Administration by the Fire Victim Trust* Dated September 14, 2022 [Dkt. No.12956] and the *Consolidated Motion to Allow/Deem Timely Late Filing of Claimants, and Memorandum of Points and Authorities and Declaration of Robert Bone in Support Thereof* [Docket No. 12915], and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The proofs of claim listed in **Exhibit 1** hereto (the "**Proofs of Claim**") are deemed timely filed.

2. The Proofs of Claims and the claims asserted thereunder (the "**Asserted Fire Victim Claims**") shall for all purposes be treated and classified as Fire Victim Claims under the Plan, and shall be fully assumed by, and the sole responsibility of, the Fire Victim Trust and subject to the Channeling Injunction, to be administered, processed, settled, disallowed, resolved, liquidated, satisfied, and/or paid in accordance with the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures. Movants shall have no further recourse against the Debtors or Reorganized Debtors, as applicable, with respect to the Proofs of Claim or the Asserted Fire Victim Claims.

3. Nothing herein shall be construed to be a waiver by the Fire Victim Trust of any right to object to the Asserted Fire Victim Claims or the Proofs of Claim on any grounds other than the untimely filing thereof.

4. This Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

*** END OF ORDER ***

Dated: September 20, 2022

BROWN RUDNICK LLP

*Eric R. Goodman*
Eric R. Goodman

*Attorneys for Fire Victim Trustee*

# EXHIBIT 1

LIST OF CLAIMANTS

| DATE POC FILED | POC NO. | CLAIMANT(S) |
|---|---|---|
| 8-24-2022 | 108824 | Anthony Agocs and Elizabeth Agocs |
| 8-23-2022 | 108815 | James Allen and Mary Ann Allen |
| 8-24-2022 | 108827 | David Ashworth and Ardith Ashworth |
| 8-25-2022 | 108833 | Edward Biglin and Mary Rychly |
| 8-24-2022 | 108821 | Judith Browning and David Browning |
| 8-24-2022 | 108826 | Michael Canar and Linda Canar |
| 8-23-2022 | 108818 | Jon Diederich and Susan Paterson |
| 8-24-2022 | 108825 | Suzan Fleissner |
| 8-24-2022 | 108823 | Kurt Hawkyard, Richard James Hawkyard, Beverly Hawkyard, Richard William Hawkyard, and Dakota Kenoyer-Hawkyard |
| 8-23-2022 | 108817 | Gail Henry |
| 8-20-2022 | 108788 | Elisabeth LaPointe |
| 8-24-2022 | 108829 | Mark R. Mandoli and Christine L. Mandoli |
| 8-24-2022 | 108831 | Jeremia Mills, Sheila Wolski, Daniel Mills, and Michael Mills |
| 8-25-2022 | 108832 | Louise Munoz-Flores and Robert Harold Flores |
| 8-23-2022 | 108819 | Charles C. Oncea, III, and Susan Oncea |
| 8-20-2022 | 108787 | Alisha Panoski, Jaxson Gilardo, Noah Gilardo, and Marc Anderson |
| 8-23-2022 | 108810 | Mel Luis Panoski and Mason Panoski [Surname misspelled as *Panoske* on POC] |
| 8-23-2022 | 108820 | Edna Mae Pelton and Robert L. Pelton |
| 6-22-2022 | 108546 | Gregory Peters |
| 8-24-2022 | 108830 | Kevin Ryan, Martha Ryan, Megan Ryan and Charles Ryan |
| 8-19-2022 | 108781 | Tomi Speed and Robert Speed |
| 8-24-2022 | 108828 | Sandy Throne |
| 8-21-2022 | 108791 | Elliot Wolf and Joyce Wolf |
| 8-26-2022 | 108834 | Gail Holmes |
| 8-26-2022 | 108835 | Victor Zayas and Julie Zayas |
| 8-26-2022 | 108836 | Mary Lavin and Mark Lavin |
| 8-26-2022 | 108837 | Lilian Alred |
| 8-26-2022 | 108838 | Janet Perrone, Gregory Perrone and Jeffrey Perrone |
| 8-26-2022 | 108839 | Muriel Caddell |
| 8-26-2022 | 108841 | Mackenzie Crownover, Chris Crownover, Ethan Crownover, and Gavin Crownover |
| 8-26-2022 | 108842 | Darrin Rash and Dawn K. Rash |
| 8-26-2022 | 108843 | Matthew Hernandez, Jill Linton-Hernandez, Nicholas Hernandez, and Claire Hernandez |
| 8-27-2022 | 108844 | Gail Passalacqua |
| 8-27-2022 | 108845 | Victor Gonzalez and Andrea Gonzalez |
| 8-26-2022 | 108847 | Ellen Turner and Alan Turner |
| 6-29-2022 | 108615 | Courtney Meyer, Sonoma Bates and Levi Bates |

| DATE POC FILED | POC NO. | CLAIMANT(S) |
|---|---|---|
| 8-28-2022 | 108848 | Rosa M. Gutierrez, Carlos E. Gutierrez, Sofia N. Gutierrez, Esmeralda M. Gutierrez and Selena V. Gutierrez |
| 8-28-2022 | 108849 | Corinne Quintana, Ryan Quintana, Gavin Quintana, and Laurel Quintana |
| 8-28-2022 | 108850 | Kevin Wolski, Leslie Wolski, Jake Wolski, Marcus Wolski, and Maggie Wolski |
| 8-28-2022 | 108851 | Cindy Malone and Tyler Malone |
| 8-28-2022 | 108853 | Mike Hartnett |
| 8-28-2022 | 108854 | Dorothy Pritchett |
| 8-28-2022 | 108855 | Elizabeth Frazelle and Gary Kettlewell |
| 8-28-2022 | 108840 | Daniel Sullivan, Julie Sullivan, and Claire Sullivan |
| 8-28-2022 | 108856 | Nancy Graalman |
| 8-28-2022 | 108857 | Jocelyn Farrell |
| 8-29-2022 | 108859 | Thomas Lamb Henry and Margaret Dee Henry |
| 8-30-2022 | 108868 | Mason Levinson |
| 8-30-2022 | 108863 | William Dean Vlahandreas and Lauren Frances Vlahandreas |
| 8-30-2022 | 108867 | Richard McChinak and Stephanie McChinak |
| 8-30-2022 | 108869 | Anne Elizabeth Henry and Mariana Napoles |
| 8-30-2022 | 108865 | Hossain Ali Beejan Roohian, Jade Elyse Roohian, Cyrus Sinclair Roohian, and Enzo Marcel Roohian |
| 8-30-2022 | 108864 | Douglas Alan Munro |
| 8-31-2022 | 108873 | Ron Guest and Linda Garaicotchea |
| 8-31-2022 | 108874 | Dan Buscovich and Donna Buscovich |
| 8-31-2022 | 108875 | Dan Miller and Brian Roth |
| 8-31-2022 | 108887 | Naydra Kauwe |
| 8-31-2022 | 108878 | Sandra Shulkin |
| 8-29-2022 | 108858 | Scott Faber |
| 8-22-2022 | 108805 | Susan M. Sandholm and Melvin A. Sandholm |
| 8-31-2022 | 108882 | Paula Elizabeth Trejo Maldonado and Antonio Ochoa Trejo |
| 8-31-2022 | 108883 | Nick Valencia |
| 8-31-2022 | 108881 | Cynthia Doell and Danny Ruckman |
| 8-31-2022 | 108880 | Cynthia M. Kramer and Norman T. Kramer |
| 8-31-2022 | 108890 | Deborah Harlan |