1  BROWN RUDNICK LLP
   David J. Molton (SBN 262075)
2  (DMolton@brownrudnick.com)
   Eric R. Goodman (admitted pro hac vice)
3  (EGoodman@brownrudnick.com)
   Seven Times Square
4  New York, New York 10036
   Telephone:    (212) 209-4800
5  Facsimile:    (212) 209-4801

6  BROWN RUDNICK LLP
   Joel S. Miliband (SBN 077438)
7  (JMiliband@brownrudnick.com)
   2211 Michelson Drive, Seventh Floor
8  Irvine, California 92612
   Telephone:    (949) 752-7100
9  Facsimile:    (949) 252-1514

10 Attorneys for Fire Victim Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 3:19-bk-030088 DM |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **NOTICE OF ENTRY OF ORDER GRANTING MOTIONS TO DEEM LATE-FILED CLAIMS TIMELY FOR THE PURPOSE OF CLAIM ADMINISTRATION** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| | **[RELATED TO DKT. NO. 12921]** |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

PLEASE TAKE NOTICE that on September 20, 2022, the Court entered an Order Granting Motions To Deem Late-Filed Claims Timely For The Purpose Of Claim Administration By Fire Victim Trust (Dkt. No. 12983) in the above-captioned case. A copy of which is attached hereto as Exhibit A.

DATED: September 21, 2022

BROWN RUDNICK LLP

By: /s/Eric R. Goodman
Eric R. Goodman (admitted pro hac vice)
(EGoodman@brownrudnick.com)
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

and

Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

Attorneys for Fire Victim Trustee

# EXHIBIT A



Signed and Filed: September 20, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  BROWN RUDNICK LLP
   David J. Molton (SBN 262075)
2  (DMolton@brownrudnick.com)
   Eric R. Goodman (admitted pro hac vice)
3  (EGoodman@brownrudnick.com)
   Seven Times Square
4  New York, New York 10036
   Telephone:    (212) 209-4800
5  Facsimile:    (212) 209-4801

6  BROWN RUDNICK LLP
   Joel S. Miliband (SBN 077438)
7  (JMiliband@brownrudnick.com)
   2211 Michelson Drive, Seventh Floor
8  Irvine, California 92612
   Telephone:    (949) 752-7100
9  Facsimile:    (949) 252-1514

10 *Attorneys for Fire Victim Trustee*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

**PACIFIC GAS AND ELECTRIC COMPANY,**
**Debtors.**

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*\* All papers shall be filed in the Lead Case,
No. 19-30088 (DM).*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**ORDER GRANTING MOTIONS TO DEEM LATE-FILED CLAIMS TIMELY FOR THE PURPOSE OF CLAIM ADMINISTRATION BY THE FIRE VICTIM TRUST**

The Court having considered the *Fire Victim Trustee's Statement of Non-Opposition to Amended Consolidated Motions to Enlarge Time for Claimants to File Proofs of Claim for the Purpose of Claim Administration by the Fire Victim Trust* dated September 16, 2022 [Dkt. No.12969] (the "**Trustee Statement**") and the *Amended Consolidated Motion to Allow/Deem Timely Late Filing of Claimants, and Memorandum of Points and Authorities; Declaration of Regina Bagdasarian in Support; Related to Docket No 12919* [Docket No. 12921] (the "**Late Claim Motion**"), and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The proofs of claim to be filed on behalf of the claimants listed on Exhibit 1 hereto (the "**Proofs of Claim**") shall be deemed timely filed for the purpose of claim administration by the Fire Victim Trust so long as the Proofs of Claim are filed no later than September 30, 2022 and the Trustee is notified of the filing of each of the Proofs of Claim by email to Trustee counsel as provided in the Trustee Statement.

2. The Proofs of Claims and the claims asserted thereunder (the "**Asserted Fire Victim Claims**") shall for all purposes be treated and classified as Fire Victim Claims under the Plan, and shall be fully assumed by, and the sole responsibility of, the Fire Victim Trust and subject to the Channeling Injunction, to be administered, processed, settled, disallowed, resolved, liquidated, satisfied, and/or paid in accordance with the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures. Movants shall have no further recourse against the Debtors or Reorganized Debtors, as applicable, with respect to the Proofs of Claim or the Asserted Fire Victim Claims.

3. For Proofs of Claim filed on or before September 30, 2022, the Fire Victim Trust may object to the Asserted Fire Victim Claims on any grounds other than the untimely filing thereof. For Proofs of Claim filed after September 30, 2022, the Trust may object to the Asserted Fire Victim Claims or on any grounds, including the untimely filing thereof.

4. This Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

*** END OF ORDER ***

Dated: September 16, 2022

BROWN RUDNICK LLP

*Eric R. Goodman*
Eric R. Goodman

*Attorneys for Fire Victim Trustee*

# EXHIBIT 1
## LIST OF CLAIMANTS

| DATE POC FILED | POC NUMBER | CLAIMANT(S) |
|---|---|---|
| No POC Filed | N/A | Linnise Maria and David Montgomery |
| No POC Filed | N/A | Jesse, Christa, Tenli, Viggo, and Luke McCord |
| No POC Filed | N/A | Jason, Maria, Jason, Jordan, Taylor and Kealia McCord Atilava Togafau |
| No POC Filed | N/A | Gary Lynn and Lorraine Gail Koch |
| No POC Filed | N/A | Michael and Sharan Keene |
| No POC Filed | N/A | Tyler Allen Dwelle |

64838648 v1-WorkSiteUS-035945/0001