BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Eric R. Goodman (admitted pro hac vice)
(EGoodman@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone:    (212) 209-4800
Facsimile:    (212) 209-4801

BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone:    (949) 752-7100
Facsimile:    (949) 252-1514

Attorneys for Fire Victim Trustee

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 3:19-bk-030088 DM |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **NOTICE OF ENTRY OF ORDER GRANTING MOTIONS TO DEEM LATE-FILED CLAIMS TIMELY FOR THE PURPOSE OF CLAIM ADMINISTRATION** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

1       PLEASE TAKE NOTICE that on September 20, 2022, the Court entered an Order Granting Motions To Deem Late-Filed Claims Timely For The Purpose Of Claim Administration By Fire Victim Trust (Dkt. No. 12985) in the above-captioned case. A copy of which is attached hereto as Exhibit A.

DATED: September 21, 2022          BROWN RUDNICK LLP

By:  /s/Eric R. Goodman
Eric R. Goodman (admitted pro hac vice)
(EGoodman@brownrudnick.com)
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone:   (212) 209-4800
Facsimile:    (212) 209-4801

and

Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone:   (949) 752-7100
Facsimile:    (949) 252-1514

Attorneys for Fire Victim Trustee

2

# EXHIBIT A

| | |
|---|---|
| 1  BROWN RUDNICK LLP | Signed and Filed: September 20, 2022 |
|    David J. Molton (SBN 262075) | |
| 2  (DMolton@brownrudnick.com) | |
|    Eric R. Goodman (admitted pro hac vice) | |
| 3  (EGoodman@brownrudnick.com) | |
|    Seven Times Square | |
| 4  New York, New York 10036 | |
|    Telephone:    (212) 209-4800 | _____ |
| 5  Facsimile:    (212) 209-4801 | **DENNIS MONTALI** |
| | **U.S. Bankruptcy Judge** |
| 6  BROWN RUDNICK LLP | |
|    Joel S. Miliband (SBN 077438) | |
| 7  (JMiliband@brownrudnick.com) | |
|    2211 Michelson Drive, Seventh Floor | |
| 8  Irvine, California 92612 | |
|    Telephone:    (949) 752-7100 | |
| 9  Facsimile:    (949) 252-1514 | |

*Attorneys for Fire Victim Trustee*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| | Chapter 11 |
| **PG&E CORPORATION,** | (Lead Case) |
| | (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| **Debtors.** | **ORDER GRANTING MOTIONS TO DEEM LATE-FILED CLAIMS TIMELY FOR THE PURPOSE OF CLAIM ADMINISTRATION BY THE FIRE VICTIM TRUST** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☑ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

The Court having considered the *Fire Victim Trustee's Statement of Non-Opposition to Motions to Deem Late-Filed Claims Timely for the Purpose of Claim Administration by the Fire Victim Trust* Dated September 15, 2022 [Dkt. No. 12963] (the "**Trustee Statement**") and the motions listed in Exhibit A to the Trustee Statement[1], and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The proofs of claim listed on **Exhibit 1** hereto (the "**Proofs of Claim**") are deemed timely filed. With respect to the motions listed on Exhibit 1 for which proofs of claim have not been filed as of the date hereof, such proofs of claim (the "**Unfiled Proofs of Claim**") shall be deemed timely filed for the purpose of claim administration by the Fire Victim Trust so long as the Unfiled Proofs of Claim are filed and the Trustee is notified of the filing of each of the Proofs of Claim by email to Trustee counsel at ssieger-grimm@brownrudnick.com no later than September 30, 2022.

2. The Proofs of Claims and Unfiled Proofs of Claim and the claims asserted thereunder (the "**Asserted Fire Victim Claims**") shall for all purposes be treated and classified as Fire Victim Claims under the Plan, and shall be fully assumed by, and the sole responsibility of, the Fire Victim Trust and subject to the Channeling Injunction, to be administered, processed, settled, disallowed, resolved, liquidated, satisfied, and/or paid in accordance with the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures. Movants shall have no further recourse against the Debtors or Reorganized Debtors, as applicable, with respect to the Proofs of Claim or the Asserted Fire Victim Claims.

3. Nothing herein shall be construed to be a waiver by the Fire Victim Trust of any right to object to the Asserted Fire Victim Claims or the Proofs of Claim on any grounds other than the untimely filing thereof, provided, however, that to the extent that any Unfiled Proof of Claim is filed after September 30, 2022, the Trust may object to the Unfiled Proof of Claim and any

---

[1] The motions listed is Exhibit A to the Trustee Statement are also listed on Exhibit 1 hereto. Exhibit 1 additionally includes the proof of claim numbers related to each of the motions.

Asserted Fire Victim Claims related thereto or on any grounds, including the untimely filing thereof.

4. This Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

*** END OF ORDER ***

Dated: September 19, 2022

BROWN RUDNICK LLP

/s/ Eric R. Goodman
Eric R. Goodman

*Attorneys for Fire Victim Trustee*

# **EXHIBIT 1**

LIST OF UNCONTESTED MOTIONS
WITH PROOF OF CLAIM NUMBERS

| DATE POC FILED | POC NO. | DATE MOTION FILED | DOCKET NO. | CLAIMANT(S) | COUNSEL/PRO SE |
|---|---|---|---|---|---|
| Not Filed | N/A | 7-6-2022 | 12591 | Navarro et al | James Frantz |
| Not Filed | N/A | 7-6-2022 | 12592 | Raczynski et al | James Frantz |
| 3-31-2022<br>3-31-2022 | 108355<br>108354 | 8-16-2022 | 12706 | Hughes et al | Patricia Savage |
| 8-12-2022 | 108753 | 8-16-2022 | 12707 | Flinn et al | Jacob Faircloth |
| 8-12-2022 | 108757 | 8-16-2022 | 12710 | Bertolini et al | Jacob Faircloth |
| 6-16-2022<br>8-12-2022 | 108526[2]<br>108751 | 8-16-2022 | 12712 | Velasquez et al | Jacob Faircloth |
| 6-19-2022<br>8-12-2022 | 108534[3]<br>108756 | 8-16-2022 | 12714 | Mogannam et al | Jacob Faircloth |
| 6-16-2022<br>8-12-2022 | 108524[4]<br>108758 | 8-16-2022 | 12716 | McNamee | Jacob Faircloth |
| 7-19-2022 | 108737 | 8-16-2022 | 12720 | Cattich | Laila Masud |
| 7-7-2022 | 108719 | 8-16-2022 | 12722 | Chandler et al | Laila Masud |
| 7-5-2022 | 108716 | 8-16-2022 | 12724 | Elliott et al | Laila Masud |
| 7-8-2022 | 108726 (Amends 108720) | 8-16-2022 | 12727 | Fricano et al | Laila Masud |
| 7-19-2022 | 108734 | 8-16-2022 | 12729 | Ledbetter et al | Laila Masud |
| 7-7-2022 | 108721 | 8-16-2022 | 12731 | Murray et al | Laila Masud |
| 7-13-2022 | 108730 | 8-16-2022 | 12733 | Needham et al | Laila Masud |
| 7-19-2022 | 108736 | 8-16-2022 | 12735 | Rebishcke et al | Laila Masud |
| 7-7-2022 | 108718 | 8-16-2022 | 12737 | Smith et al | Laila Masud |
| 7-12-2022 | 108729 | 8-16-2022 | 12739 | Van Arman et al | Laila Masud |
| 8-15-2022 | 108761 | 8-17-2022 | 12741 | Grange et al | Jacob Faircloth |
| 8-15-2022 | 108766 | 8-17-2022 | 12743 | Rubio et al | Jacob Faircloth |
| 8-15-2022 | 108759 | 8-17-2022 | 12745 | Browning et al | Jacob Faircloth |
| 8-15-2022 | 108765 | 8-17-2022 | 12748 *Amends 12747* | Gummer et al | Jacob Faircloth |
| 8-15-2022 | 108760 | 8-17-2022 | 12750 | Levinson et al | Jacob Faircloth |
| 8-15-2022 | 108764 | 8-17-2022 | 12752 | Lipman et al | Jacob Faircloth |
| 8-15-2022 | 108763 | 8-17-2022 | 12754 | Valencia et al | Jacob Faircloth |
| 8-15-2022 | 108762 | 8-17-2022 | 12756 | Van Giesen | Jacob Faircloth |

---

[2] POC 108526 was filed by the claimants on June 16, 2022. POC 108751 (duplicative of POC 108526 but for the misspelling of two of the claimants' names) was filed by counsel on August 12, 2022 but does not disclose the earlier-filed POC or attempt to amend it.

[3] POC 108534 was filed by the claimants on June 19, 2022. POC 108756 (duplicative of POC 108534 but for the misspelling of one of the claimants' names and missing a third claimant, Rommy Mogannam) was filed by counsel on August 12, 2022 but does not disclose the earlier-filed POC or attempt to amend it.

[4] POC 108524 was filed by the claimant on June 16, 2022. POC 108758 (duplicative of POC 108524) was filed by counsel on August 12, 2022 but does not disclose the earlier-filed POC or attempt to amend it.

| DATE POC FILED | POC NO. | DATE MOTION FILED | DOCKET NO. | CLAIMANT(S) | COUNSEL/PRO SE |
|---|---|---|---|---|---|
| 8-16-2022 | 108767 | 8-17-2022 | 12758 | Ezekiel et al | Jacob Faircloth |
| 7-1-2022 | 108650 | 8-17-2022 | 12760 | Wallach | *Pro Se* |
| 8-16-2022 | 108768 | 8-17-2022 | 12762 *Duplicates* 12761 | Lehman | Shounak Dharap |
| 1-3-2020 | 95837 | 8-18-2022 | 12764 | Vaughn Wright | Emily Levin |
| 1-3-2020 | 96390 | 8-18-2022 | 12768 | Balbutin-Burnham et al | Emily Levin |
| 8-16-2022 | 108769 | 8-18-2022 | 12772 | Ruppe et al | Jacob Faircloth |
| 6-23-2022 | 108554 | 8-22-2022 | 12779 | Efrain Yanez et al | *Pro Se* |
| 8-12-2022 | 108755 | 8-22-2022 | 12782 | Bailon | Jacob Faircloth |
| 8-17-2022 | 108771 | 8-22-2022 | 12784 | Cendejas et al | Jacob Faircloth |
| 8-18-2022 | 108772 | 8-22-2022 | 12786 | Chiurco | Jacob Faircloth |
| 8-17-2022 | 108773 | 8-22-2022 | 12788 | Abraham et al | Jacob Faircloth |
| 8-19-2022 | 108776 | 8-22-2022 | 12791 *Amends* 12790 | Sandoval-Cottman et al | Jacob Faircloth |
| 8-17-2022 | 108770 | 8-22-2022 | 12793 | Fitchie et al | Jacob Faircloth |
| 8-18-2022 | 108774 | 8-22-2022 | 12795 | McMahon et al | Jacob Faircloth |
| 8-12-2022 | 108750 | 8-22-2022 | 12797 | Montano | Jacob Faircloth |
| 8-12-2022 | 108754 | 8-22-2022 | 12799 | Cheney et al | Jacob Faircloth |
| 6-14-2022 | 108518 | 8-22-2022 | 12803 | Luther et al | *Pro Se* |
| 6-14-2022 | 108517 | 8-22-2022 | 12804 | Neff | *Pro Se* |
| 6-14-2022 | 108516 | 8-22-2022 | 12805 | Jennifer Miller et al | *Pro Se* |
| 6-21-2022 | 108539 | 8-22-2022 | 12808 | Jewel Miller et al | *Pro Se* |
| 8-19-2022 | 108779 | 8-23-2022 | 12806 | Moore et al | Jacob Faircloth |
| 8-21-2022 | 108797 | 8-23-2022 | 12809 | Kulin | Jacob Faircloth |
| 8-21-2022 | 108796 | 8-23-2022 | 12811 | Larrecou | Jacob Faircloth |
| 8-19-2022 8-21-2022 | 108784 108790[5] | 8-23-2022 | 12813 | K Martin et al | Jacob Faircloth |
| 8-20-2022 | 108792 | 8-23-2022 | 12815 | M Martin et al | Jacob Faircloth |
| 8-20-2022 | 108793 | 8-23-2022 | 12817 | Parker et al | Jacob Faircloth |
| 8-19-2022 | 108777 | 8-23-2022 | 12819 | Martin et al | Jacob Faircloth |
| 8-21-2022 | 108778 | 8-23-2022 | 12822 | Smith et al | Jacob Faircloth |
| 8-19-2022 | 108780 | 8-23-2022 | 12824 | Tedeschi et al | Jacob Faircloth |
| 8-20-2022 | 108791 | 8-23-2022 | 12826 | Tunev et al | Jacob Faircloth |
| 1-12-2020 | 96448 | 8-23-2022 | 12828 | Franciosi et al | Laila Masud |
| 8-10-2022 | 108746 | 8-23-2022 | 12830 | Giboney | Laila Masud |
| 8-2-2022 | 108742 | 8-23-2022 | 12832 | Brennan et al | Laila Masud |
| 2-24-2021 | 107004 | 8-23-2022 | 12835 | Edwards et al | Jacob Faircloth |

---

[5] POC 108784 was filed by counsel on August 19, 2022. POC 108790 (duplicative of POC 108784) was filed by counsel on August 21, 2022 but does not disclose the earlier-filed POC or attempt to amend it.

| DATE POC FILED | POC NO. | DATE MOTION FILED | DOCKET NO. | CLAIMANT(S) | COUNSEL/PRO SE |
|---|---|---|---|---|---|
| 8-22-2022 | 108807 | 8-24-2022 | 12837 | Ashworth et al | Jacob Faircloth |
| 8-22-2022 | 108808 | 8-24-2022 | 12839 | Galvan | Jacob Faircloth |
| 8-23-2022 | 108814 | 8-24-2022 | 12841 | Gilardo | Jacob Faircloth |
| 8-21-2022 | 108795 | 8-24-2022 | 12843 | Harris | Jacob Faircloth |
| 8-22-2022 | 108798 | 8-24-2022 | 12845 | Kane et al | Jacob Faircloth |
| 8-20-2022 | 108785 | 8-24-2022 | 12847 | Krummes et al | Jacob Faircloth |
| 8-20-2022 | 108789 | 8-24-2022 | 12849 | Luzaich | Jacob Faircloth |
| 8-22-2022 | 108809 | 8-24-2022 | 12851 | Mool et al | Jacob Faircloth |
| 8-22-2022 | 108806 | 8-24-2022 | 12853 | Ortiz | Jacob Faircloth |
| 8-20-2022 | 108786 | 8-24-2022 | 12855 | Panoski et al | Jacob Faircloth |
| 8-22-2022 | 108803 | 8-24-2022 | 12857 | Ruiz et al | Jacob Faircloth |
| 8-22-2022 | 108801 | 8-24-2022 | 12859 | Russell | Jacob Faircloth |
| 8-22-2022 | 108799 | 8-24-2022 | 12861 | Rousset et al | Jacob Faircloth |
| 8-22-2022 | 108804 | 8-24-2022 | 12863 | Schapero | Jacob Faircloth |
| 8-22-2022 | 108800 | 8-24-2022 | 12865 | Stocks et al | Jacob Faircloth |
| 8-22-2022 | 108802 | 8-24-2022 | 12867 | Vazquez et al | Jacob Faircloth |
| 6-29-2022 6-29-2022 | 108611[6] 108619 | 8-24-2022 | 12870 | Kangrga et al | *Pro Se* |
| 6-30-2022 | 108644 | 8-25-2022 | 12876 | Carrillo et al | *Pro Se* |
| 6-16-2022 | 108525 | 8-30-2022 | 12892 | J. Fife et al | *Pro Se* |
| 6-22-2022 | 108549[7] | 8-30-2022 | 12893 | M. Fife et al | *Pro Se* |
| 6-23-2022 | 108550 | 8-30-2022 | 12895 | Smithson et al | *Pro Se* |

---

[6] POC 108611 (not 108661, as stated in the late claim letter filed at Dkt. No. 12870) was filed on behalf of Nikola Kangrga only. POC 108619 was filed on behalf of Ashley Blank only. No children are listed on either POC and there is no record of any POC filed on behalf of Emma Kangrga or Nika Kangrga.

[7] Amends POC 108527 filed 6-16-2022.