ERIC A. NYBERG, ESQ. (Bar No. 131105)
CHRIS D. KUHNER, ESQ. (Bar No. 173291)
**KORNFIELD, NYBERG, BENDES, KUHNER & LITTLE P.C.**
1970 Broadway, Suite 600
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: e.nyberg@kornfieldlaw.com
Email: c.kuhner@kornfieldlaw.com

Attorneys for Movant Skyway Fuels, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088 DM<br><br>Chapter 11<br><br>**DECLARATION OF NARINDERJIT SINGH IN SUPPORT OF MOTION TO ALLOW/DEEM TIMELY LATE FILING OF SKYWAY FUELS, INC. AND MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Date: TBD<br>Time: TBD<br><br>**VIA-ZOOM** |

I, Narinderjit Singh, declare as follows:

1. I am the President of Skyway Fuels, Inc. ("Movant"). If called upon as a witness, I could and would competently testify as to the facts set forth in this Declaration, which are made based upon my personal knowledge.

2. Movant owned and operated a Chevron gas station and Kwik Stop Mini Mart in Paradise, California (the "Property"). The Property was substantially destroyed from the Camp Fire. As a result of the damages to the Property, Movant prepared a Proof of Claim to be filed in the PG&E bankruptcy case (the "Proof of Claim"). A true and correct copy of the Proof of Claim along

with the proof of mailing is attached hereto as **Exhibit 1**. The Proof of Claim was sent to Prime Clerk, LLC via USPS Priority Mail. The envelope containing the Proof of Claim was postmarked December 27, 2019. We received tracking information showing the expected delivery date was December 29, 2019. We believed that this was a reasonable form of mailing to insure the Proof of Claim was timely received and filed. We have searched our records for the delivery confirmation, but to date have not been able to locate this information.

3. In late August of 2022, we were informed by the Fire Victims Trust ("FVT") for the first time that the Proof of Claim was marked received and filed on January 7, 2020. The Proof of Claim was Claim No. 96401. The FVT is taking the position that we are not eligible to participate in the FVT unless we have a timely filed proof of claim. This was the first time we learned that the Proof of Claim might not be timely.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 21st day of September, 2022 at Roseville, California.

/s/ Narinderjit Singh

# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| In re: | Bankruptcy Case |
|---|---|
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC COMPANY, | Chapter 11 (Lead Case) |
| Debtors. | (Jointly Administered) |


RECEIVED JAN 07 2020 Prime Clerk LLC

# Proof of Claim (Fire Claim Related)

Read the instructions before filing this claim form. This form is for tort claimants who have a claim against the Debtors (i.e. PG&E Corporation and Pacific Gas and Electric Company) that arose prior to the Debtors filing for bankruptcy (i.e. prior to January 29, 2019) and that arose from, or relates to, a fire.

**Do not use this form for non-fire claims. Non-fire tort claimants should use Form 410.**

Do NOT file a fraudulent claim. A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Please type or print in the spaces below. Do NOT use red ink or pencil.

[ ] Date Stamped Copy Returned
[ ] No Self-Addressed Stamped Envelope
[✓] No Copy Provided

### Part 1: Identify the Claim

1. **Who is the current creditor?**
   Skyway Fuels Inc
   Name of the current creditor (the person or entity to be paid for this claim)

2. **Has this claim been acquired from someone else?**
   [✓] No
   [ ] Yes. From whom? _____

3. **Are you filing this claim on behalf of your family?**
   [✓] No
   [ ] Yes
   A family is a group of two or more people related by birth, marriage, domestic partnership, or adoption and residing together. All such people are considered as members of one family.
   If you checked "Yes", please provide the full name of each family member that you are filing on behalf of:

4. **Where should notices and payments to the creditor be sent?**
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?
   Name: Skyway Fuels Inc
   Attorney Name (if applicable): _____
   Attorney Bar Number (if applicable): _____
   Street Address: 201 Vista Creek Cir
   City: Sacramento
   State: CA
   Zip Code: 95835
   Phone Number: 530-383-3197
   Email Address: kwikstop101@yahoo.com

   Where should payments to the creditor be sent? (if different)
   Name: _____
   Attorney Name (if applicable): _____
   Attorney Bar Number (if applicable): _____
   Street Address: _____
   City: _____
   State: _____
   Zip Code: _____
   Phone Number: _____
   Email Address: _____

5. **Does this claim amend one already filed?**
   [✓] No
   [ ] Yes. Claim number on court claims registry (if known) _____
   Filed on ___/___/___ MM/DD/YYYY

6. **Do you know if anyone else has filed a proof of claim for this claim?**
   [✓] No
   [ ] Yes. Who made the earlier filing? _____

Proof of Claim (Fire Related) — Page 1

| Part 2: | Give Information About the Claim as of the Date this Claim Form is Filed |
|---|---|

**7. What fire is the basis of your claim?**

Check all that apply.

- [✓] Camp Fire (2018)
- [ ] North Bay Fires (2017)
- [ ] Ghost Ship Fire (2016)
- [ ] Butte Fire (2015)
- [ ] Other (please provide date and brief description of fire: _____)

**8. What are the loss location(s) where you and/or your family suffered harm? (e.g. home or business address, place of injury, place from which you were evacuated, if different.?**

Location(s): Kwik Stop Chevron 8226 Skyway Paradise, CA 95969

**9. How were you and/or your family harmed?**

Check all that apply

- [✓] Property Damage (homes, structures, personal property, land, trees, landscaping, and all other property damage)
    - [✓] Owner [ ] Renter [ ] Occupant [ ] Other (Please specify): _____
- [ ] Personal Injury
- [ ] Wrongful Death (if checked, please provide the name of the deceased) _____
- [✓] Business Loss/Interruption
- [✓] Lost wages and earning capacity
- [✓] Loss of community and essential services
- [ ] Agricultural loss
- [ ] Other (Please specify): _____

**10. What damages are you and/or your family claiming/seeking?**

Check all that apply

- [✓] Economic damages (including replacement cost of damaged property, diminution in value, loss of use, lost inventory, lost profits, and other economic damage)
- [✓] Non-economic damages (including loss of society and support, loss of consortium, pain and suffering, emotional distress, annoyance and discomfort, and other non-economic damage)
- [ ] Punitive, exemplary, and statutory damages
- [ ] Attorney's fees and litigation costs
- [ ] Interest
- [ ] Any and all other damages recoverable under California law
- [ ] Other (Please specify): _____

**11. How much is the claim?**

- [ ] $ 750,000 _____ (optional)
- [ ] Unknown / To be determined at a later date

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  12/20/2019  (mm/dd/yyyy)

_/s/ N. Singh_
Signature

Print the name of the person who is completing and signing this claim:

| | | |
|---|---|---|
| Name | Narinderjit | Singh |
| | First name / Middle name | Last name |
| Title | President | |
| Company | Syway Fuels Inc. | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | |
| Address | 201 Vista Creek Cir | |
| | Number / Street | |
| | Sacramento | CA  95835 |
| | City | State / ZIP Code |
| Contact phone | 530-383-3197 | Email: kwikstop101@yahoo.com |

# Instructions for Proof of Claim (Fire Claim Related)

United States Bankruptcy Court

You may have a claim against the Debtors for monetary loss, personal injury (including death), or other asserted damages arising out of or related to a fire. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the chapter 11 process and privacy regulations.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date this claim form is filed.**
- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.
- **For a minor child, fill in only the child's initials and the full name of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent*). See Bankruptcy Rule 9037.
- **You may but are not required to attach supporting documents to this form.**
  Supporting documents will be gathered, maintained, and provided at a later date as instructed by the Court. If you do attach documents, you should attach redacted documents as supporting documentation will be made publicly available and will not be kept confidential. *See* the definition of *redaction* of information below.
- **Do not attach original documents because attachments may be destroyed after scanning.**
- **Question 3.** Members of a family may but are not required to file a proof of claim as a family but may, if they choose, submit individual claim forms for each family member that has a claim against the debtors.

- **Question 9.** If you suffered property damage, then provide the street address of each real property parcel where you suffered property damage. If you were personally evacuated as the result of a fire, then provide the address or intersection closest to where you encountered the fire and began evacuation. If you suffered property damage and were evacuated from a different location, include both. If you were a renter, provide the address of your residence.
- **Question 10.** This question requests general statements of underlying facts relating to harm and is not intended to be exhaustive or preclusive.
- **Question 11.** You are not required to include a claim amount with your proof of claim. Providing a claim amount at this time is optional.

### Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form together with the original. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at https://restructuring.primeclerk.com/pge.

Proof of Claim Instructions (Fire Related) Page 1

Case: 19-30088    Doc# 12993    Filed: 09/21/22    Entered: 09/21/22 16:47:15    Page 7 of 9

## Understand the terms used in this form

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. In this instance, PG&E Corporation and Pacific Gas & Electric Company.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Proof of claim:** A form that shows the creditor has a claim against the debtors on or before the date of the bankruptcy filing (in these cases, January 29, 2019). The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

**If by first class mail:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand delivery:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also hand deliver your completed Proof(s) of Claim to any of the following service center offices (beginning July 15, 2019 through the Bar Date (October 21, 2019) during the hours of 8:30 a.m. – 5:00 p.m. Prevailing Pacific Time):**

Chico Service Center
350 Salem Street
Chico, CA 95928

Marysville Service Center
231 "D" Street
Marysville, CA 95901

Napa Service Center
1850 Soscol Ave. Ste 105
Napa, CA 94559

Oroville Service Center
1567 Huntoon Street
Oroville, CA 95965

Redding Service Center
3600 Meadow View Road
Redding, CA 96002

Santa Rosa Service Center
111 Stony Circle
Santa Rosa, CA 95401

**Photocopy machines will not be available at the Claim Service Centers; you must bring a photocopy of your Proof of Claim if you wish to receive a date-stamped copy.**

**Do not file these instructions with your form**

USPS Priority Mail envelope.

FROM:
SKYWAY FUELS INC.
201 VISTA CREEK CIR
SACRAMENTO, CA 95835


(PG&E)

RECEIVED
JAN 07 2020
PRIME CLERK LLC

TO:
PG&E CORPORATION CLAIMS
PROCESSING CENTER
C/O PRIME CLERK LLC
GRAND CENTRAL STATION
PO BOX 4850
NEW YORK, NY 10163-4850

U.S. POSTAGE PAID
PM 2-Day
HAWTHORNE, NV 89415
DEC 27, 19
AMOUNT $7.35
R2305E126229-10

EXPECTED DELIVERY DAY: 12/30/19
USPS TRACKING NUMBER
9505 5100 5152 9361 1064 17

