William B. Abrams
end2endconsulting@gmail.com
2041 Stagecoach Rd.
Santa Rosa, CA, 95404
Tel: 707 397 5727



FILED

SEP 22 2022

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

*Pro Se Fire Victim Claimant and Party to related proceedings before the California Public Utilities Commission and the California Office of Energy Infrastructure Safety*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION,

-and-

PACIFIC GAS AND ELECTRIC COMPANY,

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☑ Affects both Debtors

\* *All papers shall be filed in the lead case, No. 19-30088 (DM)*

Bankr. Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administrated)

**DECLARATION OF WILLIAM B. ABRAMS IN SUPPORT OF MOTION OF WILLIAM B. ABRAMS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR ENTRY OF AN ORDER AUTHORIZING DISCOVERY AND HEARINGS REGARDING DEBTORS ACTS, CONDUCT AND AGREEMENTS THAT MAY OBSTRUCT OR LIMIT THE JUST AND FAIR MANAGEMENT OF THE FIRE VICTIM TRUST**

1. I, William B. Abrams, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a claimant and a PG&E Fire Survivor who has engaged in this proceeding as a Pro Se party to promote and collaborate with core parties in good-faith towards a plan, PG&E Fire Victim Trust Agreement and to ensure prudent Trust oversight that provides just settlements for all claimants as well as adequate restructuring for Pacific Gas and Electric Corporation so our communities are safe from the growing risks of utility-caused wildfires.

2. I submit this declaration in support of this *"MOTION OF WILLIAM B. ABRAMS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR ENTRY OF AN ORDER AUTHORIZING DISCOVERY AND HEARINGS REGARDING DEBTORS ACTS, CONDUCT AND AGREEMENTS THAT MAY OBSTRUCT OR LIMIT THE JUST AND FAIR MANAGEMENT OF THE FIRE VICTIM TRUST"* (the "**Motion**") filed concurrently herewith.

3. After the PG&E Fires of 2017, I felt compelled to engage as a party to certain proceedings at the California Public Utilities Commission to work collaboratively towards solutions that address wildfire mitigation and other utility/energy issues. Some of these proceedings are related to this case. All of my filed comments are in the public record through the Commission's website. As an intervenor in these proceedings, I have received some compensation from Investor Owned Utilities including Pacific Gas and Electric Company. I have no financial interests in this case that are adverse to those of victims. I have no litigation financing or lines of credit tied to PG&E shareholders, bondholders or any other party in this case. I have not and do not intend to get any compensation for my involvement in this case other than through my claim and those claims of my family through the PG&E Fire Victim Trust. I have not engaged in activities to undermine the value of the Fire Victim Trust or to slow the Trust administration process.

4. The "Exhibit C" attached to the Motion is a true and correct copy of the email correspondence posted to Facebook by Lora Fay Fournier and dated September 13, 2022. I appreciate Ms. Fournier making this email exchange public and felt compelled to file this given the concerns and characterizations of Ms. Riddle expressed within this letter regarding the acts and conduct of the Debtors. I was concerned that as a Trust Oversight Committee Member, Ms. Riddle may be unable to raise these concerns directly with the Court due to undisclosed terms which are the focus of this Motion.

5. The "Exhibit D" and "Exhibit F" attached to the Motion are true and correct copies of the *"WILLIAM B. ABRAMS OPENING BRIEF ON APPLICATION OF PACIFIC GAS AND ELECTRIC COMPANY FOR RECOVERY OF RECORDED EXPENDITURES RELATED TO WILDFIRE MITIGATION, CATASTROPHIC EVENTS AND OTHER RECORDED COSTS"* filed on September 16, 2022 and related public comments by victims and others and posted to the California Public Utilities Commission website. I provided these documents for the Court to consider and to contrast these public actions on behalf of victims with the lack of public action on behalf of the Trustee and other core parties within this case.

6.  The "Exhibit E" attached to the Motion is a true and correct copy of email correspondence between myself, the Former Trustee, The Present Trustee, Trustee Counsel and other core parties to this case. I felt compelled to provide these email exchanges to demonstrate that parties were aware of ways to publicly engage on behalf of victims but did not. The degree to which undisclosed provisions prevented or limited their acts and conduct is the focus of this Motion.

7.  I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct and that this declaration was executed at Santa Rosa, California on September 22, 2022.

William B. Abrams
Pro Se Claimant