Signed and Filed: September 26, 2022

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER DIRECTING REORGANZIED DEBTORS TO RESPOND TO MOTION FILED BY WILLIAM B. ABRAMS**

The court has reviewed, 1) the *Motion of William B. Abrams Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of an Order Authorizing Discovery and Hearing Regarding Debtors Acts, Conduct and Agreements That May Obstruct or Limit the Just and Fair Management of the Fire Victim Trust* (Dkt. 12995) (the

"Abrams Motion") and its accompanying declaration (Dkt. 12996) filed on September 22, 2022; 2) William B. Abrams' Supplemental Statement and Notice in Support of Abrams Motion (Dkt. 12300) filed on September 26, 2022; and 3) Mr. Richard Lane's Letter to the Court (Dkt. 12302) filed on September 26, 2022.  The court directs the Reorganized Debtors to file any opposition they may have to the Abrams Motion before it decides whether to order them to respond to any of the specific discovery requested by Mr. Abrams.  Reorganized Debtors' opposition must be filed and served on Mr. Abrams no later than October 12, 2022, at which time the matter will be submitted for decision.  No reply is to be filed by Mr. Abrams and his suggested dates for a response by October 3, 2022, and a hearing on October 11, 2022, are vacated.

**\*\*END OF ORDER\*\***

Case: 19-30088    Doc# 13005    Filed: 09/26/22    Entered: 09/26/22 16:47:51    Page 2 of 3

**COURT SERVICE LIST**

William B. Abrams
1519 Branch Owl Place
Santa Rosa, CA 94509

William B. Abrams
2041 Stagecoach Rd.
Santa Rosa, CA 95404