26-September-2022

PG&E Corporation and Pacific Gas and Electric Company

Case # 19-30088

To Whom it may concern,

I would like to file a motion to allow a late claim. I was not aware of this was possible until this weekend. I am here to ask for your consideration for myself and family to file a late claim through the Bankruptcy Court, we like many others I know have our own experience of the night and weeks after the Tubs Fire. The orange glow over the ridgelines, the strong smell of smoke and zero communication on what was happening are strong memories for myself and family.  The situation made it a gamble on whether to stay at our home or leave.  We eventually chose to leave to a relative's home farther south.  Myself, my husband, two daughters and our dog left.  The drive south was like a movie.  Fires and things on fire other people traveling in different directions and zero communication on what was happening.  We did not know if going south was the right choice.  We did not know if our home would survive and we did not know if our relatives in the area were safe.

I have been a resident of Sonoma County for over 34 years.  My teenage daughters have only lived in Sonoma County and we have many friends and family in the county.  The peaceful summers and relaxing falls are gone.  These have been replaced by the new fire season and new anxieties.  The new anxieties have not gone away and were caused by severe neglect and simple ignorance.  PG&E and Company have been found responsible for the cause of the 2017 Tubbs Fire and my family are a victim of its outcomes.

Thank you for your time,

Marie Mitchell

Email:  marietnett04@yahoo.com