**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>\* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF CANCELLATION OF SEPTEMBER 28, 2022, 10:00 A.M. OMNIBUS HEARING**<br><br>Date: September 28, 2022<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Tele/Videoconference)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

**PLEASE TAKE NOTICE** that the following matters, which were scheduled to be heard in the above-captioned chapter 11 cases on September 28, 2022, at 10:00 a.m. (Pacific Time) (the **"Omnibus Hearing"**) have been resolved or continued.

**PLEASE TAKE FURTHER NOTICE** that, accordingly, the Omnibus Hearing is cancelled.

**I:** **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*RESOLVED AND CONTINUED MATTERS*

    1.    **City of Santa Clara dba Silicon Valley Power's Motion to Compel Assumption:** *City of Santa Clara dba Silicon Valley Power's Motion to Compel Assumption or Rejection of Executory Contract Concerning the Grizzly Development and Mokelumne Settlement Agreement* [**Dkt. 10998**].

    Status:  This Motion has been continued to November 15, 2022, by Stipulation [**Dkt. 12896**] and Order [**Dkt. 12911**].

**Late Claim Motions:**

    2.    The following forty-seven motions were rescheduled pursuant to Order [**Dkt. 12875**] and granted pursuant to Order [**Dkt. 12985**].

    a.    **Grange [Dkt. 12741]**
    b.    **Rubio [Dkt. 12743]**
    c.    **Browning [Dkt. 12745]**
    d.    **Gummer [Dkt. 12748]**
    e.    **Levinson [Dkt. 12750]**
    f.    **Lipman [Dkt. 12752]**
    g.    **Valenica [Dkt. 12754]**
    h.    **Van Giesen [Dkt. 12756]**
    i.    **Ezekiel [Dkt. 12758]**
    j.    **Lehman [Dkt. 12762]**
    k.    **Ruppe [Dkt. 12772]**
    l.    **Bailon [Dkt. 12782]**
    m.    **Cendejas [Dkt. 12784]**
    n.    **Chiurco [Dkt. 12786]**
    o.    **Abraham [Dkt. 12788]**
    p.    **Cottman [Dkt. 12791]**
    q.    **Fitchie [Dkt. 12793]**
    r.    **McMahon [Dkt. 12795]**
    s.    **Montano [Dkt. 12797]**
    t.    **Cheney [Dkt. 12799]**
    u.    **Moore [Dkt. 12806]**
    v.    **Kulin [Dkt. 12809]**
    w.    **Larrecou [Dkt. 12811]**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | | |
|---|---|---|
| x. | **Donna Lee Martin [Dkt. 12813]** | |
| y. | **Margaret Rene Martin [Dkt. 12815]** | |
| z. | **Parker [Dkt. 12817]** | |
| aa. | **Martin [Dkt. 12819]** | |
| bb. | **Smith [Dkt. 12822]** | |
| cc. | **Tedeschi [Dkt. 12824]** | |
| dd. | **Tunev [Dkt. 12826]** | |
| ee. | **Edwards [Dkt. 12835]** | |
| ff. | **Ashworth [Dkt. 12837]** | |
| gg. | **Galvan [Dkt. 12839]** | |
| hh. | **Gilardo [Dkt. 12841]** | |
| ii. | **Harris [Dkt. 12843]** | |
| jj. | **Kane [Dkt. 12845]** | |
| kk. | **Krummes [Dkt. 12847]** | |
| ll. | **Luzaich [Dkt. 12849]** | |
| mm. | **Mool [Dkt. 12851]** | |
| nn. | **Ortiz [Dkt. 12853]** | |
| oo. | **Panoski [Dkt. 12855]** | |
| pp. | **Ruiz [Dkt. 12857]** | |
| qq. | **Russell [Dkt. 12859]** | |
| rr. | **Rousset [Dkt. 12861]** | |
| ss. | **Schapero [Dkt. 12863]** | |
| tt. | **Stocks [Dkt. 12865]** | |
| uu. | **Vazquez [Dkt. 12867]** | |

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (II) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Reorganized Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: September 27, 2022

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: */s/ Thomas B. Rupp*
 Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*