# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Liz Santodomingo, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("**_Kroll_**")[1], the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On September 19, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Order and Notice of Opportunity to Object to Motions to File Claim After Claims Bar Date by Pro Se Claimants [Docket No. 12975]

3. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Executed this 22nd day of September 2022, at New York, NY.

                                      */s/ Liz Santodomingo*
                                      Liz Santodomingo

# **Exhibit A**

Exhibit A
Notice Parties Service List
Served via First Class Mail

| ADDRESSID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 9564747 | Fuchs, Cindy Scott | 219 Frankwood dr | Folsom | CA | 95630 |
| 10228458 | Green, Charles | 85 Ridge Rd | Rail Road Flat | CA | 95248-85 |
| 8842897 | Hackwood, Mitchell | 936 Robbie Way | Windsor | CA | 95492 |
| 10230830 | Kalika and Sean Casady | 121 Hansen Way | Petaluma | CA | 94954 |
| 10230851 | Melton, Krisy Lynn | 643 Russell Ave #5 | Santa Rosa | CA | 95403 |
| 9562821 | Mendoza, Laura Elizabeth | 722 McConnell Ave | Santa Rosa | CA | 95404 |
| 9563750 | SMITH, ANGELINA | 226 EAST 3RD STREET | CLOVERDALE | CA | 95425 |
| 8697294 | Tackett, Ronald L | 4 Patches Dr | Chico | CA | 95928 |