Odin O Mena Borja
Luis Diaz
Fernanda Diaz
Lugarda Borja Torres
Zelzin Mena

PG&E Corporation and Pacific Gas and Electric Company
Case#19-30088 DM
odin.mena.jr@gmail.com

To whom it may concern,

I am sending this letter as a request for your consideration, for my family and for myself, to file a late claim through the Bankruptcy Court. We, like many others I know, have our own experience of the night and the weeks that followed after the Tubbs Fire. I was 16 years old at the time, 2 days away from turning 17. I had fallen asleep with my window open that night. I remember waking up to the smell of something burning and the sound of almost all of my neighbors blaring their horns as a warning while they wait in line in their cars to escape our Coffee Park neighborhood already halfway on fire. Instantly, I ran outside and heard my neighbor yelling from inside his car to evacuate and advised me how close the fire was to my backyard. I couldn't see much in front of me as the smoke was so thick. In the distance I could hear explosions of what I can assume to be propane tanks. As I ran back home I saw a bright orange light emitting from behind my house. I looked through my backdoor screen, to find my backyard gate already on fire. There was no time to think. My mother, stepdad, and my stepdad's mother, who all called that house their home, had to be woken up by me as I told them what was going on and that we needed to leave immediately. At the moment, we had no access to communication with authorities or emergency services. We all left with essentially nothing but the clothes on our back. I was able to record the majority of the small amount of time we had to evacuate our home, although, that night we lost much more than our home. We ended up taking shelter at an animal hospital in Petaluma, where my mom worked as the cleaning service. None of us slept that night.
 We have been residents of Sonoma County for the majority of our lives and have never had to experience what we have been through during the 2017 fires and after. Our summers will forever be changed. Seasons in Sonoma County now include winter, spring, summer, "fire season" and fall. We will continue to carry our fire anxiety and fear with us every year. This is a new anxiety that was caused by severe neglect and simple ignorance. PG&E and Company have been found responsible for the cause of the 2017 Tubbs Fire and my family is a victim of its outcomes.

Thank you for your time.
Sincerely, Odin O Mena Borja