# PGE Motion

PG&E Corporation and Pacific Gas and Electric
Case #1930088
orlandokaioshea@gmail.com

To Whom it May Concern,

I am here to ask for your consideration to file a late claim through The Bankruptcy Court, as I experienced significant levels of anxiety and trauma during the events of the 2017 Tubbs Fire, that continues to influence my feelings of safety and wellbeing and increase my levels of anxiety during the summer and fall season.

In 2017 I had two children living in the home aged 15 and 18, both diagnosed with autism spectrum disorder. I suffer from anxiety disorder and asthma. My son has severe autism with a secondary mental health diagnosis. Changes in routine are extremely difficult for my son and daughter, and increase my anxiety levels, and as such our family experienced significant pain and suffering as a result of evacuation.

As the fires moved closer to our home, we packed up what belongings we could. It was extremely difficult to find hotel accommodations, and we made the difficult decision to evacuate to a hotel in Southern California for several days to be closer to extended family there. My son suffered extreme behaviors during the trip due to the stress of the fires and sudden changes in routine and became violent and engaged in self injurious behavior, and we even debated having him committed to a crisis unit in the San Fernando Valley on our way home for fear of getting him home safely. This was also extremely unnerving for my daughter, who was already feeling

stress and uncertainty. We also suffered financial loss from the trip to southern California.

The ordeal took a toll on the family unit as a whole. Since the fire, my daughter has had recurring dreams of fires. My preexisting anxiety is heightened and triggered during fire season. PG&E has been found responsible for the cause of the 2017 Tubbs fire and my family were victims of its outcome.

Sincerely,

Orlando Kai O'Shea