WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11 (Lead Case) (Jointly Administered)<br><br>**DECLARATION OF RICHARD W. SLACK IN SUPPORT OF REORGANIZED DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING SETTLEMENTS RESOLVING DISPUTES WITH CERTAIN INSURERS, AND (II) GRANTING RELATED RELIEF**<br><br>Date: October 27, 2022<br>Time: 11:00 am (Pacific Time)<br>Place: (Tele/Videoconference Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br>Judge: Hon. Dennis Montali |

Pursuant to section 1746 of title 28 of the United States Code, I, Richard W. Slack hereby declare under penalty of perjury and state:

1. I am a member of Weil, Gotshal & Manges LLP, counsel for Pacific Gas and Electric Company (the "**Utility**") and PG&E Corporation ("**PG&E**" and, together with the Utility, the "**Debtors**" or "**Reorganized Debtors**," as applicable). I am admitted to this Court *pro hac vice* and respectfully submit this declaration in support of the Reorganized Debtors' motion seeking approval of two settlement agreements with PG&E's directors and officers liability insurers [Docket No. [ ]] (the "**9019 Motion**").

2. Attached as **Exhibit A** is a true and correct copy of the *Settlement and Release Agreement* between the Reorganized Debtors, PG&E's insurance carriers that issued certain 2017 and 2018 directors and officers liability insurance policies, and certain individual former directors and officers of the Debtors.

3. Attached as **Exhibit B** is a true and correct copy of the *Settlement and Release Agreement* between the Reorganized Debtors, PG&E's insurance carriers that issued certain 2017 directors and officers liability insurance policies, and certain individual former directors and officers of the Debtors.

4. Attached as **Exhibit C** is a true and correct copy of the Reorganized Debtors' proposed order granting the relief sought in the 9019 Motion.

5. Attached as **Exhibit D** is a true and correct copy of the *Settlement and Release Agreement* between the Reorganized Debtors, the PG&E Fire Victim Trust, and certain individual former directors and officers of the Debtors in an action captioned *Trotter v. Williams, et al.*, Lead Case No. CGC-17-562591, (S.F. Super. Ct.) (the "**D&O Action**").

Dated: September 29, 2022
New York, New York

/s/ *Richard W. Slack*
Richard W. Slack

WEIL:\98835202\1\67615.0015