# EXHIBIT 1: CLAIMANTS

**(1) Michael Fynan.**
**Claim No. 109236, filed on September 23, 2022.**
Mr. Fynan owned the real property located at 5500 Crystal Drive, Santa Rosa, CA 95404, where he resided during the North Bay Fires. Mr. Fynan's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Mr. Fynan was required to evacuate his home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, Mr. Fynan was unaware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire Deadline expiring. Soon after discovering his damages might be compensable, Mr. Fynan hired counsel and filed his claim. This was not until August/September of 2022.

**(2) Kelly Suacci, Tyler Suacci, Kaylin Suacci, and Dylan Suacci.**
**Claim No. 109114, filed on September 22, 2022.**
Kelly Suacci, Tyler Suacci, Kaylin Suacci, and Dylan Suacci resided at the real property located at 5780 Marsh Hawk Drive, Santa Rosa, CA 95409. The Suacci family owned this property during the North Bay Fires.
The Suacci family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, the Suacci family was required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotion distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the Suacci family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September of 2022 (shortly after realizing their damages might be compensable) they reached out to counsel and filed their claim.

**(3) Michael Garcia, Colleeen Garcia, Abigail Garcia, Annalese Garcia, Wendell LeMond, Jared Garcia, Elizabeth Garcia, Alexa LeMond, Elias LeMond, and Cecilia LeMond.**
**Claim No. 109098, filed on September 21, 2022.**
Michael Garcia, Colleeen Garcia, Abigail Garcia, Annalese Garcia, Wendell LeMond, Jared Garcia, Elizabeth Garcia, Alexa LeMond, Elias LeMond, and Cecilia LeMond resided at the real property located at 5334 Stow Circle, Santa Rosa, CA 95409. The Garcia family owned this property during the North Bay Fires, while it was also occupied by the LeMond family.
The Garcia/LeMond families' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, the Garcia/LeMond families were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotion distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the Garcia/LeMond families were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September of 2022 (shortly after realizing their damages might be compensable) they reached out to counsel and filed their claim.

**(4) Susan Jean Matoes.**
**Claim No. 76232, filed on October 21, 2019–late claims questionnaire.**
On October 21, 2019, Ms. Susan Jean Matoes submitted a pro se, Claim No. 76232.  At the time Ms. Matoes submitted this claim, she was unaware of the claims process and the requirement to submit a claims questionnaire.  She does not recall submitting a claims questionnaire, nor did she receive any funds from the FVT on account of her claim.
Ms. Matoes lost her home at 515 Jean Marie Drive, Santa Rosa, CA 95404, in the 2017 North Bay Fires.  The very next year, Ms. Matoes lost her home at 8609 Stiras Way, Paradise, CA 95969, in the 2018 Camp Fire.
As result of her displacement and losses, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires and losses, she was unaware of the claims process and how to recover from the FVT.  As such, she recently retained counsel to assist her with her claim.
Ms. Matoes is requesting authorization from the Court that she be authorized to submit a claims questionnaire for damages arising from her timely proof of claim, No. 76232.

**(5) Frank Anthony Matoes.**
**Claim No. 81846, filed on October 21, 2019–late claims questionnaire.**
On October 21, 2019, Mr. Frank Anthony Matoes submitted a pro se, Claim No. 81846.  At the time Mr. Matoes submitted this claim, he was unaware of the claims process and the requirement to submit a claims questionnaire.  He does not recall submitting a claims questionnaire, nor did he receive any funds from the FVT on account of his claim.
Mr. Matoes lost his home at 515 Jean Marie Drive, Santa Rosa, CA 95404, in the 2017 North Bay Fires.  The very next year, Ms. Matoes lost his home at 8609 Stiras Way, Paradise, CA 95969, in the 2018 Camp Fire.
As result of his displacement and losses, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires and losses, he was unaware of the claims process and how to recover from the FVT.  As such, he recently retained counsel to assist him with his claim.
Mr. Matoes is requesting authorization from the Court that he be authorized to submit a claims questionnaire for damages arising from his timely proof of claim, No. 81846.

**(6) Brett Cameron Matoes.**
**Claim No. 79297, filed on October 21, 2019–late claims questionnaire.**
On October 21, 2019, Mr. Brett Cameron Matoes submitted a pro se, Claim No. 79297.  At the time Mr. Matoes submitted this claim, he was unaware of the claims process and the requirement to submit a claims questionnaire.  He does not recall submitting a claims questionnaire, nor did he receive any funds from the FVT on account of his claim.
Mr. Matoes lost his home at 515 Jean Marie Drive, Santa Rosa, CA 95404, in the 2017 North Bay Fires. The very next year, Ms. Matoes lost his home at 8609 Stiras Way, Paradise, CA 95969, in the 2018 Camp Fire.
As result of his displacement and losses, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires and losses, he was unaware of the claims process

and how to recover from the FVT. As such, he recently retained counsel to assist him with his claim.
Mr. Matoes is requesting authorization from the Court that he be authorized to submit a claims questionnaire for damages arising from his timely proof of claim, No. 79297.

**(7) John Aitchison.**
**Claim No. 109239, filed on September 26, 2022.**
Mr. Aitchison rented the real property located at 5741 Futura Way, Santa Rosa, CA 95409, where he resided during the North Bay Fires. Mr. Aitchison's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Mr. Aitchison was required to evacuate his home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, Mr. Aitchison was unaware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire Deadline expiring. Soon after discovering his damages might be compensable, Mr. Aitchison hired counsel and filed his claim. This was not until August/September of 2022.

**(8) Nicolas Matteoli.**
**Claim No. 109204, filed on September 22, 2022.**
Mr. Matteoli rented the real property located at 1607 Brandee Lane, Santa Rosa, CA 95403, where he resided during the North Bay Fires. Mr. Matteoli's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, he was required to evacuate his home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, Mr. Matteoli was unaware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire Deadline expiring. Soon after discovering his damages might be compensable, Mr. Matteoli hired counsel and filed his claim. This was not until August/September of 2022.

**(9) Tyler Fiske.**
**Claim No. 109229, filed on September 22, 2022.**
Mr. Fiske rented the real property located at 5741 Futura Way, Santa Rosa, CA 95409, where he resided during the North Bay Fires. Mr. Fiske's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, he was required to evacuate his home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, Mr. Fiske was unaware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire Deadline expiring. Soon after discovering his damages might be compensable, Mr. Fiske hired counsel and filed his claim. This was not until August/September of 2022.

**(10) Kayla Lui.**
**Claim No. 109238, filed on September 23, 2022.**
Ms. Lui owned the real property located at 5144 Foster road, Paradise, CA 95969, where she resided during the 2018 Camp Fire. Ms. Lui's personal property and real property were

substantially damaged from smoke, soot, and ash from the 2018 Camp Fire. During the fires, Ms. Lui was required to evacuate her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, Ms. Lui was unaware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire Deadline expiring. Soon after discovering her damages might be compensable, Ms. Lui hired counsel and filed her claim. This was not until August/September of 2022.

**(11) Michael Burneson and Sue Burneson.**
**Claim No. 109477, filed on September 26, 2022.**
Michael Burneson and Sue Burneson resided at the real property located at 2539 Saddlehorn Court, Santa Rosa, CA 95401. The Burneson family owned this property during the North Bay Fires.

The Burneson family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, the Burneson family was required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotion distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Burneson family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September of 2022 (shortly after realizing their damages might be compensable) they reached out to counsel and filed their claim.

**(12) Jessica Leduc and Jesus Leduc-Figueroa.**
**Claim No. 108961, filed on September 16, 2022.**
Jessica Leduc and Jesus Leduc-Figueroa resided at the real property located at 1916 Dogwood Drive, Santa Rosa, CA 95403. The Leduc family owned and occupied this property during the North Bay Fires.

The Leduc family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, the family was required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotion distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September of 2022 (shortly after realizing their damages might be compensable) they reached out to counsel and filed their claim.

**(13) Diane Trembley and Harry Trembley.**
**Claim No. 109343 filed on September 27, 2022.**
Diane Trembley and Harry Trembley resided at the real property located at 855 Adobe Canyon Road, Kenwood, CA 95452. The Trembley family owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, the family was required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotion distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around August/September of 2022 (shortly after realizing their damages might be compensable) they reached out to counsel and filed their claim.

**(14) Colin Chambers and Samantha Chambers.**
**Claim No. 109298, filed on September 27, 2022.**
Colin Chambers and Samantha Chambers resided at the real property located at 1215 Melissa Court, Santa Rosa, CA 95409.  The Chambers family owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, the family was required to evacuate their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotion distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around August/September of 2022 (shortly after realizing their damages might be compensable) they reached out to counsel and filed their claim.

**(15) Christopher Flores.**
**Claim No. 109289, filed on September 27, 2022.**
Mr. Matteoli occupied the real property located at 5333 Santa Teresa Avenue, Santa Rosa, CA 95409, where he resided during the North Bay Fires.  Mr. Flores' personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, he was required to evacuate his home.  As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, Mr. Flores was unaware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire Deadline expiring.  Soon after discovering his damages might be compensable, Mr. Flores hired counsel and filed his claim.  This was not until August/September of 2022.

**(16) Spencer Ball, Jennifer Ball, Parker Ball, Mason Ball, Teresa Vail, Barrett Ball, Callen Ball, and Oliver Ball.**
**Claim No. 109345, filed on September 27, 2022.**
Spencer Ball, Jennifer Ball, Parker Ball, Mason Ball, Teresa Vail, Barrett Ball, Callen Ball, and Oliver Ball resided at the real property located at 5443 Diane Way, Santa Rosa, CA 95409.  The Ball family owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, the family was required to evacuate their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotion distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around August/September of 2022 (shortly after realizing their damages might be compensable) they reached out to counsel and filed their claim.

**(17) Kaylen Aitchison and Sean Marciel.**
**Claim Nos. 85884, filed on October 21, 2019–late claims questionnaire. Amended Claim No. 109239, filed on September 26, 2022.**
Kaylen Aitchison and Sean Marciel resided in Santa Rosa during the North Bay Fires. The North Bay Fires displaced claimants. They were unable to afford a hotel and had to resort to sleeping in their car...As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. Nevertheless, Claimants submitted Claim No. 85884 for their damages and they started preparing a claims questionnaire.
Due to substantial trauma relating to the fires and losses, Claimants were unaware of the claims process and how to recover from the FVT. As such, they recently retained counsel to assist them with their claim. Counsel Amended the Claim on September 28, 2022, to include claims unknown to Claimants when the claim was originally submitted, which is Claim No. 109239 Claimants are requesting authorization from the Court that they be authorized to submit a claims questionnaire for damages arising from their claim and on account of Claim No. 109239.

**(18) Ross Cole, Jr., Jenny Cole, Corinne Cole, Jamis Cole, Suzette Cole, and Giuseppe Cole.**
**Claim No. [claim # unassigned at time of filing], filed on September 27, 2022.**
Ross Cole, Jr., Jenny Cole, Corinne Cole, Jamis Cole, Suzette Cole, and Giuseppe Cole resided at the real property located at 725 Montclair Drive, Santa Rosa, CA 95409. The Cole family owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, the family was required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotion distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September of 2022 (shortly after realizing their damages might be compensable) they reached out to counsel and filed their claim.

**(19) Cynthia Haywood and Robert Haywood.**
**Claim No. [claim # unassigned at time of filing], filed on September 27, 2022.**
Cynthia Haywood and Robert Haywood resided at the real property located at 1215 Melissa Court, Santa Rosa, CA 95409. The Haywood family owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, the family was required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotion distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September of 2022 (shortly after realizing their damages might be compensable) they reached out to counsel and filed their claim.

**(20) Alan Turner, Kristen McCormick, Travis Turner, and Annalise Turner.**
**Claim No. 109403, filed on September 28, 2022.**
Alan Turner, Kristen McCormick, Travis Turner, and Annalise Turner resided at the real property located at 3520 Deer Park Drive, Santa Rosa, CA 95404. The Turner/McCormick family owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, the family was required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotion distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September of 2022 (shortly after realizing their damages might be compensable) they reached out to counsel and filed their claim.

**(21) Victor Prochazka and Elizabeth Prochazka.**
**Claim No. 109373, filed on September 28, 2022.**
Victor Prochazka and Elizabeth Prochazka resided at the real property located at 5322 Stow Circle, Santa Rosa, CA 95409. The Prochazka family owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, the family was required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotion distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September of 2022 (shortly after realizing their damages might be compensable) they reached out to counsel and filed their claim.

**(22) Robert Ricker and Karin Ricker.**
**Claim No. [claim # unassigned at time of filing], filed on September 28, 2022.**
Robert Ricker and Karin Ricker resided at the real property located at 5341 Stow Circle, Santa Rosa, CA 95409. The Ricker family owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, the family was required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotion distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September of 2022 (shortly after realizing their damages might be compensable) they reached out to counsel and filed their claim.

**(23) Ryan Frenzel.**
**Claim No. 109408, filed on September 28, 2022.**
Mr. Ryan Frenzel occupied the real property located at 11233 Vineyard Springs Lane, Santa Rosa, CA 9540, where he resided during the North Bay Fires. Mr. Frenzel's personal property

was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, he was required to evacuate his home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, Mr. Frenzel was unaware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire Deadline expiring. Soon after discovering his damages might be compensable, Mr. Frenzel hired counsel and filed his claim. This was not until August/September of 2022.

**(24) Laura Beyers.**
**Claim No. 109266, filed on September 26, 2022.**
Ms. Laura Beyers rented the real property located at 1755 Dorado Court, Apt. I, Santa Rosa, CA 95403, where she resided during the North Bay Fires. Ms. Beyers' personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she was required to evacuate her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, Ms. Beyers was unaware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire Deadline expiring. Soon after discovering her damages might be compensable, Ms. Beyers hired counsel and filed her claim. This was not until August/September of 2022.

**(25) Melinda Altenberg, Gary Altenberg, Matthew Altenberg, and James Altenberg.**
**Claim No. 109280, filed on September 26, 2022.**
Melinda Altenberg, Gary Altenberg, Matthew Altenberg, and James Altenberg resided at the real property located at 5960 San Aleso Court, Santa Rosa, CA 95409. The Altenberg family owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, the family was required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotion distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September of 2022 (shortly after realizing their damages might be compensable) they reached out to counsel and filed their claim.

**(26) Patrick Bernd, co-representative of the Estate of Judith Bernd.**
**Claim No. [claim # unassigned at time of filing], filed on September 28, 2022.**
Judith Bernd owned the real property located at 3717 Cross Creek, Santa Rosa, CA 95403, where she resided during the North Bay Fires. Ms. Judith Bernd's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she was required to evacuate her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, Ms. Bernd was unaware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire Deadline expiring.
Moreover, Ms. Bernd has passed away. Her claims are bought on by Patrick Bernd, co-

representative of the Estate of Judith Bernd. Mr. Bernd brought this claim soon after discovering that Ms. Bernd's damages might be compensable. This was not until August/September of 2022.

**(27) Michael Bernd and Tammi Bernd.**
**Claim No. [claim # unassigned at time of filing], filed on September 28, 2022.**
Michael Bernd and Tammi Bernd resided at the real property located at 6447 Highway 12, Santa Rosa, CA 95409. The Bernd family owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, the family was required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotion distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September of 2022 (shortly after realizing their damages might be compensable) they reached out to counsel and filed their claim.

**(28) Matthew Bernd, Stacey Bernd, and Preston Bernd.**
**Claim No. [claim # unassigned at time of filing], filed on September 28, 2022.**
Matthew Bernd, Stacey Bernd, and Preston Bernd resided at the real property located at 2320 Geary Drive, Santa Rosa, CA 95404. The Bernd family owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, the family was required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotion distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September of 2022 (shortly after realizing their damages might be compensable) they reached out to counsel and filed their claim.

**(29) Gary Tennyson, Dena Tennyson, Carlo Tennyson, and Gino Tennyson.**
**Claim No. 109495, filed on September 28, 2022.**
Gary Tennyson, Dena Tennyson, Carlo Tennyson, and Gino Tennyson resided at the real property located at 3341 Parker Hill Road, Santa Rosa, CA 95404. The Bernd family owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, the family was required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotion distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September of 2022 (shortly after realizing their damages might be compensable) they reached out to counsel and filed their claim.

**(30) Amy Werle, Stella Werle, and Jack Werle.**
**Claim No. [claim # unassigned at time of filing], filed on September 28, 2022.**
Amy Werle, Stella Werle, and Jack Werle resided at the real property located at 5333 Santa Teresa Avenue, Santa Rosa, CA 95409. The Werle family rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, the family was required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotion distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September of 2022 (shortly after realizing their damages might be compensable) they reached out to counsel and filed their claim.

**(31) Fred Maxwell, Valeria Baldovino, and Mia Maxwell.**
**Claim No. [claim # unassigned at time of filing], filed on September 28, 2022.**
Fred Maxwell, Valeria Baldovino, and Mia Maxwell resided at the real property located at 1761 Las Pravadas Court, Santa Rosa, CA 95409. The Maxwell/Baldovino family owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, the family was required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotion distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September of 2022 (shortly after realizing their damages might be compensable) they reached out to counsel and filed their claim.

**(32) Kiley Stewart, Sarah Stewart, Russell Stewart, Titus Stewart, and Payton Stewart.**
**Claim No. [claim # unassigned at time of filing], filed on September 28, 2022.**
Kiley Stewart, Sarah Stewart, Russell Stewart, Titus Stewart, and Payton Stewart resided at the real property located at 1773 Las Pravadas Court, Santa Rosa, CA 95409. The Stewart family owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, the family was required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotion distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September of 2022 (shortly after realizing their damages might be compensable) they reached out to counsel and filed their claim.

**(33) Oliva Purugganan, Estate Representative for Roy Purugganan.**
**Claim No. [claim # unassigned at time of filing], filed on September 28, 2022.**
Roy Purugganan owned the real property located at 6695 Montecito Blvd., Santa Rosa, CA 95409, where he resided during the North Bay Fires. Mr. Purugganan's personal property was

substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, he was required to evacuate his home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger. Due to substantial trauma relating to the fires, Mr. Purugganan was unaware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire Deadline expiring.

Moreover, Mr. Purugganan has passed away. His claims are bought on by Oliva Purugganan, Representative of the Estate of Roy Purugganan. Ms. Purugganan brought this claim soon after discovering that Mr. Purugganan's damages might be compensable. This was not until August/September of 2022.

**(34) Kenneth Sousa, Elizabeth Sousa, Cody Sousa, and Chad Sousa.**
**Claim Nos. 5615, filed on August 6, 2019, 2019–late claims questionnaire.**
Kenneth Sousa and Elizabeth Sousa are spouses. They, with their children (Cody Sousa and Chad Sousa) resided at the real property located at 4543 Brighton Drive, Santa Rosa, CA 95403 during the North Bay Fires. The North Bay Fires displaced claimants and they were forced to evacuate. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. Nevertheless, Claimants submitted Claim No. 5615 for their damages. However, they were not familiar with the legal process and did not submit a timely claims questionnaire.

Due to substantial trauma relating to the fires and losses, Claimants were unaware of the claims process and how to recover from the FVT. As such, they recently retained counsel to assist them with their claim. Claimants are requesting authorization from the Court that they be authorized to submit a claims questionnaire for damages arising from their claim.