Tina Reszler
835 Bille Rd
Paradise CA. 95969

Judge Montali, Courtroom 17
450 Golden Gate Ave
Mail Box 36099
San Francisco, CA 94102
Case #19-30088-DM
Docket #12995

September 30, 2022

Please add to the courtroom docket

To: Honorable Judge Montali,

I am a Campfire Survivor who suffers PTSD and continues to struggle emotionally.  My mind and my decision-making processes have been greatly affected.  Contractors have taken advantaged of me and the rebuilding process has been a nightmare.  **I want PG$E to be held fully accountable and how we do that is by ensuring every single wildfire survivor receives their full determination award.**

I am writing in support of docket #12995 MOTION OF WILLIAM B. ABRAMS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR ENTRY OF AN ORDER AUTHORIZING DISCOVER AND HEARINGS REGARDING DEBTOR ACT, CONDUCT AND AGREEMENTS THAT MAY OBSTRUCT AND AGREEMENTS THAT MAY OBSTRUCT OR LIMIT THE JUST AND FAIR MANAGEMENT OF THE FIRE VICTIMS TRUST.

This court continually allows PG&E, the lawyers and FVT administration to manipulate and reap over wildfire survivors.  **The FVT just released a statement about funds from the additional lawsuits to go to agencies and NOT wildfire survivors.**  This is just another example of mass manipulation leading survivors to believe in something that was not true.  If the intend was to use funds to repay agencies why did the court allow Trotter to lead us all to believe it was for survivors in his videos?

- What hold does PG$E have over this court if they can sway this court against transparency?
- At what point will this court stand up for true justice and ensure all wildfire survivors receive their full determination awards?
- Anything less than a full determination is equivalent to NOT fully holding PG$E accountable.

**My only "hope", is that this court does have the best interest of wildfire survivors and isn't following the same paradigm and ideology of PG$E to channel funds for themselves that where earmarked for another intended purpose.**

Respectfully, Tina Reszler - Campfire Survivor