# EXHIBIT 1: CLAIMANTS

**(1) Mario Rivera Scott, Liliana Rivera Scott, Dayanara Rivera Scott, Stacey de Rivera Scott, and Xochitle Rivera.**
**Claim No. 108891, filed on September 1, 2022.**
Mr. Mario Rivera Scott and Mrs. Liliana Rivera Scott are spouses. They, with (a) their daughter Dayanara Rivera Scott, (b) Mr. Rivera Scott's mother, Stacey de Rivera Scott, and (c) Mr. Rivera Scott's sister, Xochitle Rivera, resided at the real property located at 360 Cordelia Drive, Apartment 3, Santa Rosa, CA 95405. The family rented and occupied this property during the North Bay Fires.
The Rivera Scott family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the Rivera Scott family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(2) Sonjia Spector, Matthew Spector, Joseph Spector, and Jacob Spector.**
**Claim No. 108892, filed on September 1, 2022.**
Sonjia Spector and Matthew Spector are spouses. They, with their children (Joseph Spector and Jacob Spector) resided at the real property located at 5066 DuPont Court East, Santa Rosa, CA 95409. The Spector family owned and occupied this property during the North Bay Fires.
The Spector family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the Spector family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(3) Sharon Westphal.**
**Claim No. 108893, filed on September 1, 2022.**
Ms. Westphal rented the real property located at 2705 Range Avenue, Apartment 241, Santa Rosa, CA 95403, where she resided during the North Bay Fires. Ms. Westphal's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Ms. Westphal was required to evacuate her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, Ms. Westphal was unaware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire Deadline expiring. Soon after discovering her damages might be compensable, Ms. Westphal hired counsel and filed her claim. This was not until August/September of 2022.

**(4) Charles L. Foehl, Beth Foehl, and Shannon Foehl.**
**Claim No. 108884, filed on September 1, 2022.**
Charles L. Foehl and Beth Foehl are spouses. They, with their child (Shannon Foehl) resided at the real property located at 4747 Stonehedge Drive, Santa Rosa, CA 95405. The Foehl family

owned and occupied this property during the North Bay Fires.

The Foehl family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Foehl family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(5) Justin Ayala and Jovanna Ayala.**
**Claim No. 108889, filed on September 1, 2022.**
Justin Ayala and Jovanna Ayala are spouses. They resided at the real property located at 1588 Orchard Street, Santa Rosa, CA 95404. The Ayala family rented and occupied this property during the North Bay Fires.

The Ayala family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Ayala family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(6) Anthony Louis Schapero and Lilian Maria Schapero.**
**Claim No. 108888, filed on September 6, 2022.**
Anthony Louis Schapero and Lilian Maria Schapero are spouses. They resided at the real property located at 2807 Yulupa Avenue, Apartment 68, Santa Rosa, CA 95405. The Schapero family rented and occupied this property during the North Bay Fires.

The Schapero family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Schapero family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(7) Heidi Klyn.**
**Claim Nos. 108887, filed on September 6, 2022, and 108981, filed on September 18, 2022.**
Ms. Klyn owned the real property located at 6338 Pleasant Vista Place, Santa Rosa, CA 95409, where she resided during the North Bay Fires. Ms. Klyn's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Ms. Klyn was required to evacuate her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, Ms. Klyn was unaware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire Deadline expiring. Soon after discovering her damages might be compensable, Ms. Klyn hired counsel and filed her claim. This was not until August/September of 2022.

Claim No. 108987 is duplicative and was erroneously filed. Ms. Klyn only seeks to have Claim

No. 108887 admitted as timely.

**(8) Donna Connell and James Connell.**
**Claim No. 108899, filed on September 7, 2022.**
Donna Connell and James Connell are spouses.  They resided at the real property located at 2780 Leslie Road, Santa Rosa, CA 95404.  The Connell family owned and occupied this property during the North Bay Fires.
The Connell family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they were required to evacuate their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the Connell family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(9) Richard Gary Wong and Bobbie Linn Wong.**
**Claim No. 108897, filed on September 7, 2022.**
Richard Gary Wong and Bobbie Linn Wong are spouses.  They resided at the real property located at 4806 Sullivan Way, Santa Rosa, CA 95409. The Wong family owned and occupied this property during the North Bay Fires.
The Wong family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they were required to evacuate their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the Wong family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(10) Sarah Suzanne Haberthur, Anthony Michael Haberthur, Aiden Patrick Haberthur, and Bryden Duke Haberthur.**
**Claim No. 108896, filed on September 7, 2022.**
Sarah Suzanne Haberthur and Anthony Michael Haberthur are spouses.  They, with their children (Anthony Michael Haberthur and Aiden Patrick Haberthur) resided at the real property located at 2010 Autumn Walk Drive, Santa Rosa, CA 95403.  The Haberthur family owned and occupied this property during the North Bay Fires.
The Haberthur family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they were required to evacuate their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the Haberthur  family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(11) Irina Franz, Bryan Franz, and Catrina Franz.**
**Claim No. 108900, filed on September 7, 2022.**
Irina Franz and Bryan Franz are spouses.  They, with their child (Catrina Franz) resided at the real property located at 4384 Montgomery Drive, Santa Rosa, CA 95405. The Franz family

rented and occupied this property during the North Bay Fires.

The Franz family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Franz family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(12) Luis Marron, Karla Marron, Louis Marron, and Jesse Marron.**
**Claim No. 108902, filed on September 7, 2022.**
Luis Marron and Karla Marron are spouses. They, with their children (Louis Marron and Jesse Marron) resided at the real property located at 3449 Wallace Road, Santa Rosa, CA 95404. The Marron family owned and occupied this property during the North Bay Fires.

The Marron family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Marron family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(13) Maria Nicolasa Marron, Martin Marron, Marcos Antonio Marron, and Martin Marron, Jr.**
**Claim No. 108924 (amending Claim No. 108903), filed on September 12, 2022 (and September 7, 2022–respectively).**
Maria Nicolasa Marron and Martin Marron are spouses. They, with their children (Martin Marron, Jr., and Marcos Antonio Marron) resided at the real property located at 2011 High Rocks Drive, Calistoga, CA 94515. The Marron family owned and occupied this property during the North Bay Fires.

The Marron family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Marron family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(14) Cindy Romero, Jorge Romero, and Mia Calderon.**
**Claim No. 108901, filed on September 7, 2022.**
Cindy Romero and Jorge Romero are spouses. They, with Mia Calderon, resided at the real property located at 1513 Spruse Way, Healdsburg, CA 95448. The Romero/Calderon family owned and occupied this property during the North Bay Fires.

The Romero/Calderon family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their

home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Romero family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(15) Elizabeth H. Etheridge.**
**Claim No. 108904, filed on September 7, 2022.**
Ms. Elizabeth H. Etheridge owned the real property located at 347 Golf Court, Santa Rosa, CA 95409, where she resided during the North Bay Fires.  Ms. Etheridge's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Ms. Etheridge was required to evacuate her home.  As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, Ms. Etheridge was unaware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire Deadline expiring.  Soon after discovering her damages might be compensable, Ms. Etheridge hired counsel and filed her claim.  This was not until August/September of 2022.

**(16) Anne J. Etheridge.**
**Claim No. 109264, filed on September 27, 2022.**
Ms. Ann J. Etheridge rented the real property located at 137 Mountain Vista Circle, Santa Rosa, CA 95409, where she resided during the North Bay Fires.  Ms. Etheridge's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Ms. Etheridge was required to evacuate her home.  As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, Ms. Etheridge was unaware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire Deadline expiring.  Soon after discovering her damages might be compensable, Ms. Etheridge hired counsel and filed her claim.  This was not until August/September of 2022.

**(17) Karen E. Etheridge and Elihu Smith.**
**Claim No. 108915, filed on September 7, 2022.**
Karen E. Etheridge and Elihu Smith are spouses.  They resided at the real property located at 2 Oakcrest Place, Santa Rosa, CA 95409. Mrs. Ehteridge and Mr. Smith owned and occupied this property during the North Bay Fires.

Mrs. Ehteridge and Mr. Smiths' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they were required to evacuate their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, they were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(18) Raul Gonzalez, Irene Ceja, and Jaime Garcia.**
**Claim No. 108917, filed on September 7, 2022.**

Raul Gonzalez and Irene Ceja are spouses. They, with Jaime Garcia, resided at the real property located at 2397 Battersea Street, Santa Rosa, CA 95401. This family owned and occupied this Property during the North Bay Fires.

The family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(19) Michael Gilbert Woodd, Olivia Hope Purugganan, Joseph Christopher Purugganan, Michael Steven Purugganan Woodd, and Zachary Noah Purugganan.**
**Claim No. 108914, filed on September 7, 2022.**
Michael Gilbert Woodd and Olivia Hope Purugganan are spouses. They, with their children (Joseph Christopher Purugganan, Michael Steven Purugganan Woodd, and Zachary Noah Purugganan), resided at the real property located at 6695 Montecito Boulevard, Santa Rosa, CA 95409. The family owned and occupied this Property during the North Bay Fires.

The family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(20) Patricia Ryan.**
**Claim No. 108916, filed on September 7, 2022.**
Ms. Patricia Ryan rented the real property located at 1403 Fountain Grove Parkway, S206, Santa Rosa, CA 95403, where she resided during the North Bay Fires. Ms. Ryan's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Ms. Ryan was required to evacuate her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, Ms. Ryan was unaware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire Deadline expiring. Soon after discovering her damages might be compensable, Ms. Ryan hired counsel and filed her claim. This was not until August/September of 2022.

**(21) Raymond P. Haverson and Marie Haverson.**
**Claim No. 108919, filed on September 7, 2022–amended timely Claim No. 6882, filed on August 13, 2019.**
On August 13, 2019, Mr. Raymond P. Haverson submitted a pro se, Claim No. 6882, claim for "freezer meds and food". At the time Mr. Haverson submitted this claim, he had no knowledge of other possible claims, nor was he aware that other possible claims (i.e. emotional distress and nuisance) might be compensable through the FVT. Mrs. Marie Haverson was not included on Claim No. 6882. Likewise, neither Mr. or Mrs. Haverson were aware of the existence of any

possible claims (or compensability for any possible claims) for emotional distress and/or nuisance.

The Haverson family owned the real property located at 7111 Oak Leaf Drive, Santa Rosa, CA 95409, where they resided during the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Haverson family was unaware that these other and separate damages/injuries might be compensable whatsoever. The Haverson family only recently learned (from friends and family) in September of 2022 that claims for emotional distress and nuisance might be compensable. As such, she retained counsel and filed Claim No.108919 on September 7, 2022.

The Haverson family is requesting authorization from the Court that the late (amended) claim be accepted as timely and that they be authorized to submit a claims questionnaire for damages arising from the unknown claims for emotional distress and nuisance–and include Mrs. Haverson as a party to the claim.

**(22) MaryAnne Cesario and Salvatore Joseph Cesario.**
**Claim No. 108898, filed on September 7, 2022.**

MaryAnne Cesario and Salvatore Joseph Cesario are spouses. They resided at the real property located at 8850 Oakmont Drive, Santa Rosa, CA 95409. The Cesario family owned and occupied this property during the North Bay Fires.

The Cesario family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, they were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(23) Kelly Ann Mohr, Guy Stephen Mohr, Riley William Mohr, and Katherine Ann Mohr.**
**Claim No. 108918, filed on September 7, 2022.**

Kelly Ann Mohr and Guy Stephen Mohr are spouses. They, with their children (Riley William Mohr and Katherine Ann Mohr) resided at the real property located 5511 Rainbow Circle, Santa Rosa, CA 95409. The Mohr family rented and occupied this property during the North Bay Fires.

The Mohr family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Mohr family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(24) Angelica Gonzalez, Agapito Gonzalez, Maria Gonzalez, and Diego Tejeda.**
**Claim No. 108923, filed on September 7, 2022.**

Angelica Gonzalez and Agapito Gonzalez are spouses. They, with their children (Maria Gonzalez and Diego Tejeda) resided at the real property located 2015 Tablerock Court, Calistoga, CA 94515. The Gonzalez family owned and occupied this property during the North

Bay Fires.

The Gonzalez family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Gonzalez family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(25) Kelley Aboudara, Holden Aboudara, and Griffen Aboudara.**
**Claim No. 108934, filed on September 8, 2022.**

Kelley Aboudara, with her children (Holden Aboudara and Griffen Aboudara) resided at the real property located 4804 Burlington Street, Santa Rosa, CA 95405. The Aboudara family rented and occupied this property during the North Bay Fires.

The Aboudara family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Aboudara family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(26) Ari Hauptman, Lisa Hauptman, Samuel Carlos Hauptman, and Jack Henry Hauptman.**
**Claim No. 108929, filed on September 8, 2022.**

Ari Hauptman and Lisa Hauptman are spouses. They, with their children (Samuel Carlos Hauptman and Jack Henry Hauptman) resided at the real property located 1380 Manzanita Court, Santa Rosa, CA 95404. The Hauptman family owned and occupied this property during the North Bay Fires.

The Hauptman family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Hauptman family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(27) Fernando Marron, Maribel Marron, Jaylene Marie Marron, Fernando Marron, Jr., and Thomas Gabriel Marron.**
**Claim No. 108926, filed on September 8, 2022.**

Fernando Marron and Maribel Marron are spouses. They, with their children (Jaylene Marie Marron, Fernando Marron, Jr., and Thomas Gabriel Marron) resided at the real property located 8741 Holly Leaf Drive, Windsor, CA 95492. The Mohr family owned and occupied this property during the North Bay Fires.

The Marron family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional

distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Marron family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(28) John Richard Daly, Kelly Jeanne Daly, and Jake Daly.**
**Claim No. 108912, filed on September 8, 2022.**
John Richard Daly and Kelly Jeanne Daly are spouses. They, with their child (Jake Daly) resided at the real property located 5306 Monte Verde Drive, Santa Rosa, CA 95409. The Daly family owned and occupied this property during the North Bay Fires.

The Daly family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Daly family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(29) Dermot Michael Gilmartin and Janene Cronyn Gilmartin.**
**Claim No. 108927, filed on September 8, 2022.**
Dermot Michael Gilmartin and Janene Cronyn Gilmartin are spouses. They resided at the real property located 5302 Yerba Buena Road, Santa Rosa, CA 95409. The Gilmartin family owned and occupied this property during the North Bay Fires.

The Gilmartin family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Gilmartin family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(30) Eric Shane Bendyk, Michelle Clark Bendyk, Eric Cole Bendyk, and Evan Tyler Bendyk.**
**Claim No. 108931, filed on September 8, 2022.**
Eric Shane Bendyk and Michelle Clark Bendyk are spouses. They, with their children (Eric Cole Bendyk and Evan Tyler Bendyk) resided at the real property located 1917 Quail Run, Santa rosa, CA 95403. The Bendyk family owned and occupied this property during the North Bay Fires.

The Bendyk family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Bendyk family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(31) Ana Patricia Rodezno, Patricia Mercedes Solano, and Ella Marron.**
**Claim No. 108913, filed on September 8, 2022.**
Ana Patricia Rodezno, Patricia Mercedes Solano, and Ella Marron resided at the real property located at 1558 Centennial Circle, Calistoga, CA 94515. The claimants rented and occupied this Property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(32) Fredrika Schwaber-Gross, Brian P. Gross, Sophia M. Pettid, Thomas Pettid, III.**
**Claim No. 108930, filed on September 8, 2022.**
Fredrika Schwaber-Gross and Brian P. Gross are spouses. They, with their children (Sophia M. Pettid and Thomas Pettid, III) resided at the real property located 5854 Yerba Buena Road, Santa Rosa, CA 95409. The Gross family owned and occupied this property during the North Bay Fires.

The Gross family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Gross family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(33) Jorge Valencia, Gabriela Arteaga, Fabian Valencia, and Valeria Valencia.**
**Claim No. 108911, filed on September 8, 2022.**
Jorge Valencia and Gabriela Arteaga are partners. They, with their children (Fabian Valencia and Valeria Valencia) resided at the real property located 2911 Montecito Avenue, Santa Rosa, CA 95404. The Valencia/Arteaga family owned and occupied this property during the North Bay Fires.

The Valencia/Arteaga family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Valencia/Arteaga family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(34) Cristina Gonzalez, Lucas Marquez-Gonzalez, and Dante Marquez.**
**Claim No. 108910, filed on September 8, 2022.**
Cristina Gonzalez, Lucas Marquez-Gonzalez, and Dante Marquez resided at the real property located 1316 Pine Street, Apt. A, Calistoga, CA 94515. The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from

the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(35) Wanda Lynn Schwartz and Stephen Craig Schwartz.**
**Claim No. 108909, filed on September 8, 2022.**
Wanda Lynn Schwartz and Stephen Craig Schwartz are spouses. They resided at the real property located at 684 Rinaldo Street, Santa Rosa, CA 95409. The Schwartz family owned and occupied this property during the North Bay Fires.

The Schwartz family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, they were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(36) Joy Bellomo and Carol Pence.**
**Claim No. 108958, filed on September 8, 2022.**
Joy Bellomo and Carol Pence are spouses. They resided at the real property located at 6846 Oakmont Drive, Santa Rosa, CA 95409. Joy and Carol owned and occupied this property during the North Bay Fires.

Their personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, they were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(37)** ~~**Tony Bello, Trustee of the Tony Bello Living Trust dated 06/26/1997.**~~ ~~**Claim No. 108908, filed on September 8, 2022.**~~ **No longer sought.**

**(38) Jane Catelani Howard, Gary Alan Howard, and Maxine Maria Howard.**
**Claim No. 108921, filed on September 9, 2022.**
Jane Catelani Howard and Gary Alan Howard are spouses. They, with their child (Maxine Maria Howard) resided at the real property located 6 Yerba Place, Santa Rosa, CA 95409. The Howard family owned and occupied this property during the North Bay Fires.

The Howard family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Howard family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims

Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(39) Eileen A. Beltrano and Nick L. Beltrano.**
**Claim No. 108906, filed on September 9, 2022.**
Eileen A. Beltrano and Nick L. Beltrano are spouses. They resided at the real property located 6961 Oakmont Drive, Santa Rosa, CA 95409. The Beltrano family owned and occupied this property during the North Bay Fires.
The Beltrano family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Beltrano family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(40) Barbara Blair and Suzanne Dougherty.**
**Claim No. 108907, filed on September 9, 2022.**
Barbara Blair and Suzanne Dougherty are spouses. They resided at the real property located 9 Oak Shadow Place, Santa Rosa, CA 95409. Ms. Blair and Ms. Dougherty owned and occupied this property during the North Bay Fires.
Ms. Blair and Ms. Dougherty's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, Ms. Blair and Ms. Dougherty were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(41) Guadalupe Valencia, Luciano Guillen, Magdalena Valencia, Jose A. Flores Valencia, Christina N. Belik, Gianni Flores, and Kamila Flores.**
**Claim No. 108928, filed on September 9, 2022.**
Guadalupe Valencia, Luciano Guillen, Magdalena Valencia, Jose A. Flores Valencia, Christina N. Belik, Gianni Flores, and Kamila Flores resided at the real property 4580 Occidental Road, Santa Rosa, CA 95401. The family owned and occupied this property during the North Bay Fires. The family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(42) Angelo John Catelani, Danielle Howard Gesualdo, Michael Gesualdo, and Ona Teresa Marie Gesualdo.**
**Claim No. 108925, filed on September 9, 2022.**

Angelo John Catelani and Danielle Howard Gesualdo are partners. They, with their children (Michael Gesualdo and Ona Teresa Marie Gesualdo) resided at the real property located 1718 San Ramon Way, Santa Rosa, CA 95409. The Catelani/Gesualdo family rented and occupied this property during the North Bay Fires.

The Catelani/Gesualdo family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Catelani/Gesualdo family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

### (43) David Alton and Janine Alton.
### Claim No. 108920, filed on September 9, 2022.

David Alton and Janine Alton are spouses. They resided at the real property located 8846 Oakmont Drive, Santa Rosa, CA 95409. The Alton family owned and occupied this property during the North Bay Fires.

The Alton family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Alton family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

### (44) Alvaro Valencia, Esbeda Martinez- Valencia, Alvaro Valencia, Jr., Kimberly Valencia, Alan Valencia, Logan Valencia, Diego Valencia, and Diana Valencia.
### Claim No. 108933, filed on September 9, 2022.

Alvaro Valencia, Esbeda Martinez- Valencia, Alvaro Valencia, Jr., Kimberly Valencia, Alan Valencia, Logan Valencia, Diego Valencia, and Diana Valencia resided at the real property 5452 Sonoma Highway, Santa Rosa, CA 95409. The Valencia family owned and occupied this property during the North Bay Fires.

The Valencia family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Valencia family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

### (45) Ronald Charlton
### Claim No. 108905, filed on September 9, 2022.

Mr. Charlton owned the real property located at 24 Aspen Meadows, Santa Rosa, CA 95409, where he resided during the North Bay Fires. Mr. Charlton's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Mr. Charlton was required to evacuate his home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, Mr. Charlton was unaware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire Deadline expiring. Soon after discovering his damages might be compensable, Mr. Charlton hired counsel and filed his claim. This was not until August/September of 2022.

**(46) Sharon Charlton.**
**Claim No. 108922, filed on September 9, 2022.**
Ms. Charlton owned the real property located at 5930 Anson Drive, Santa Rosa, CA 95409, where she resided during the North Bay Fires. Ms. Charlton's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Ms. Charlton was required to evacuate her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, Ms. Charlton was unaware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire Deadline expiring. Soon after discovering her damages might be compensable, Ms. Charlton hired counsel and filed her claim. This was not until August/September of 2022.

**(47) William Browning, Meghan Browning, Bailey Browning, Lucas Browning, and Evalynn Browning.**
**Claim No. 108940, filed on September 13, 2022.**
William Browning and Meghan Browning are spouses. They, with their children (Bailey Browning, Lucas Browning, and Evalynn Browning) resided at the real property located 5113 Tunisia Avenue, Santa Rosa, CA 95409. The Browning family owned and occupied this property during the North Bay Fires.

The Browning family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Browning family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(48) Jovita Rodriguez, Victor M. Rodriguez, Crystal Rodriguez, Giselle Guzman, Milan Guzman, Christian Rodriguez, Rubi I. Rodriguez, Andrea N. Rodriguez, and Edwin Guzman.**
**Claim Nos. 108941, filed on September 13, 2022, and No. 109270, filed on September 27, 2022.**
Jovita Rodriguez, Victor M. Rodriguez, Crystal Rodriguez, Giselle Guzman, Milan Guzman, Christian Rodriguez, Rubi I. Rodriguez, Andrea N. Rodriguez, and Edwin Guzman resided at the real property 615 Simpson Street, Santa Rosa, CA 95401. The Rodriguez/Guzman family owned and occupied this property during the North Bay Fires.

The Rodriguez/Guzman family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Rodriguez/Guzman family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims

Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

The initial Claim, No. 108941, erroneously excluded Edwin Guzman. It was amended to include Mr. Guzman, on September 27, 2022, with Claim No. 109270–which the claimants seek to have admitted as timely.

**(49) Elizabeth M. Lehrer, Erik S. Lehrer, and Devin E. Lehrer.**
**Claim No. 108946, filed on September 13, 2022.**
Elizabeth M. Lehrer and Erik S. Lehrer are spouses. They, with their child (Devin E. Lehrer) resided at the real property located 5208 Lockwood Circle, Santa Rosa, CA 95409. The Lehrer family owned and occupied this property during the North Bay Fires.

The Lehrer family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Lehrer family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(50) Yarrow Bernhardt, Cheryl Bernhardt, Jacob Bernhardt, and Gabby Bernhardt.**
**Claim No. 108942, filed on September 13, 2022.**
Yarrow Bernhardt and Cheryl Bernhardt are spouses. They, with their children (Jacob Bernhardt and Gabby Bernhardt) reside at the real property located 540 Garymont Drive, Santa Rosa, CA 95409. The Bernhardt family owned and occupied this property during the North Bay Fires.

The Bernhardt family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Bernhardt family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(51) Susana Gonzales and Omar Diaz.**
**Claim No. 108943, filed on September 13, 2022.**
Susana Gonzales and Omar Diaz resided at the real property located 1958 Windmill Circle, Santa Rosa, CA 95403. The Gonzales/Diaz family rented and occupied this property during the North Bay Fires.

The Gonzales/Diaz family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Gonzales/Diaz family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(52) Rosa Mendoza de Gonzales, Jesus Gonzales, Vicente Gonzales, and Alejandra Gonzales.**

**Claim No. 108945, filed on September 13, 2022.**

Rosa Mendoza de Gonzales and Jesus Gonzales are spouses. They, with their children (Vicente Gonzales and Alejandra Gonzales) reside at the real property located 1701 Shelley Drive, Santa Rosa, CA 95401. The Gonzales family rented and occupied this property during the North Bay Fires.

The Gonzales family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Gonzales family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(53) Rosa Lopez and Reuben Lopez.**
**Claim No. 108944, filed on September 13, 2022.**

Rosa Lopez and Reuben Lopez are partners. They resided at the real property located 1327 Tuliptree Road, Santa Rosa, CA 95403. The Lopez family owned and occupied this property during the North Bay Fires.

The Lopez family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Lopez family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(54) Martha Leticia Valencia, Mario Vigil, Abril Valencia, and Luis Valencia.**
**Claim No. 108957, filed on September 14, 2022.**

Martha Leticia Valencia, Mario Vigil, Abril Valencia, and Luis Valencia resided at the real property located 1730 Glenbrook Drive, Santa Rosa, CA 95401. The Valencia/Vigil family owned and occupied this property during the North Bay Fires.

The Valencia/Vigil family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Valencia/Vigil family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(55) Teresa Emory, Larry Emory, and Matt Emory.**
**Claim No. 108939, filed on September 12, 2022.**

Teresa Emory and Larry Emory are spouses. They, with their child (Matt Emory) resided at the real property located 3010 Manning Court, Santa Rosa, CA 95403. The Emory family owned and occupied this property during the North Bay Fires.

The Emory family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional

distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Emory family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(56) Kimberley Fitts and Douglas Fitts.**
**Claim No. 108949, filed on September 14, 2022.**
Kimberley Fitts and Douglas Fitts are spouses. They resided at the real property located 5243 Beaumont Way, Santa Rosa, CA 95409. The Fitts family owned and occupied this property during the North Bay Fires.

The Fitts family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Fitts family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(57) Jonathan Hayden and Osha Hayden.**
**Claim No. 108948, filed on September 14, 2022.**
Jonathan Hayden and Osha Hayden are spouses. They resided at the real property located 6321 Stone Bridge Road, Santa Rosa, CA 95409. The Hayden family owned and occupied this property during the North Bay Fires.

The Hayden family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Hayden family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(58) Matthew Gilster and Lana Gilster (fka Lana Marquardt)**
**Claim No. 108947, filed on September 14, 2022.**
Matthew Gilster and Lana Gilster are spouses. They resided at the real property located421 West 8th Street, Santa Rosa, CA 95401. The Gilster family rented and occupied this property during the North Bay Fires.

The Gilster family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Gilster family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around August/September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(59) Erick Alejandro Madrigal.**
**Claim No. 108956, filed on September 15, 2022.**

Mr. Erick Alejandro Madrigal rented the real property located at 1144 4th Street, Apartmetn 149, Santa Rosa, CA 95404, where he resided during the North Bay Fires. Mr. Madrigal's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Mr. Madrigal was required to evacuate his home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, Mr. Madrigal was unaware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire Deadline expiring. Soon after discovering his damages might be compensable, Mr. Madrigal hired counsel and filed his claim. This was not until September of 2022.

**(60) Fred Scheunert and Lynn Scheunert.**
**Claim No. 108955, filed on September 14, 2022.**
Fred Scheunert and Lynn Scheunert are spouses. They resided at the real property located 471 Hillsdale Drive, Santa Rosa, CA 95409. The Scheunert family owned and occupied this property during the North Bay Fires.

The Scheunert family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Scheunert family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(61) Toraj Soltani, Lisa Morgan Soltani, Tatum Storm Soltani, and Devon Shea Soltani.**
**Claim No. 108954, filed on September 14, 2022–Amending Prior Claim, No. 80971, for economic damages only.**
Toraj Soltani and Lisa Morgan Soltani are spouses. They, with their children (Tatum Storm Soltani and Devon Shea Soltani) resided at the real property located 4790 Burlington Street, Santa Rosa, CA 95405. The Soltani family owned and occupied this property during the North Bay Fires.

The Soltani family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger. They also operated a local restaurant during the North Bay Fires, which was substantially impacted.

Toraj Soltani filed a prior claim, No. 80971, which was misfiled under "Iraj Soltani". At the time, the rest of the Soltani family was not included and the Soltani family was not aware that non-economic damages (such as those for nuisance or mental anguish) were recoverable or damages that they had suffered.

Due to substantial trauma relating to the fires, the Soltani family was not aware that their other damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their Amended Claim, No. 108954–for which they seek to be allowed as timely.

**(62) Angelia Caster, John Caster, Mason Caster, and Dalyn Grenier-Phillips.**
**Claim No. 108953, filed on September 15, 2022.**
Angelia Caster and John Caster are spouses. They, with their child (Mason Caster) resided at the

real property located at 5524 Kathleen Court, Santa Rosa, CA 95409. The Caster family owned and occupied this property during the North Bay Fires.

The Caster family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Caster family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(63) Scott McIntosh, Terah McIntosh, Riley McIntosh, Regan McIntosh, Cooper McIntosh, and Sydney McIntosh.**
**Claim No. 108966, filed on September 15, 2022.**
Scott McIntosh and Terah McIntosh are spouses. They, with their children (Riley McIntosh, Regan McIntosh, Cooper McIntosh, and Sydney McIntosh) resided at the real property located 1725 Casita Court, Santa Rosa, CA 95409. The McIntosh family owned and occupied this property during the North Bay Fires.

The McIntosh family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the McIntosh family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(64) Eric Lynn, Stephanie Lynn, Gary Lynn, Mackenzie Lynn, Alexa Lynn, Riley Lynn, Jayden Lynn, and Brady Lynn.**
**Claim No. 108952, filed on September 15, 2022.**
Eric Lynn and Stephanie Lynn are spouses. They, with their children (Mackenzie Lynn, Alexa Lynn, Riley Lynn, Jayden Lynn, and Brady Lynn) and their father (Gary Lynn) resided at the real property located 1135 Lance Drive, Santa Rosa, CA 95401. The Lynn family rented and occupied this property during the North Bay Fires.

The Lynn family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Lynn family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(65) Todd Michael Buonaccorsi, Irene Wai-Ling Buonaccorsi, Sawyer Gein-Wei Buonaccorsi, Sydney Mei-Lan Buonaccorsi, and Dylan Mei-Yee Buonaccorsi.**
**Claim No. 108964, filed on September 15, 2022.**
Todd Michael Buonaccorsi and Irene Wai-Lin Buonaccorsi are spouses. They, with their children (Sawyer Gein-Wei Buonaccorsi, Sydney Mei-Lan Buonaccorsi, and Dylan Mei-Yee Buonaccorsi) resided at the real property located 804 Olive Glen Court, Santa Rosa, CA 95404. The Buonaccorsi family owned and occupied this property during the North Bay Fires.

The Buonaccorsi family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Buonaccorsi family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(66) Jasmine Jackson, Lane Jackson, Jada Jackson, and Fineous Jackson.**
**Claim No. 108965, filed on September 15, 2022.**
Jasmine Jackson and Lane Jackson are spouses. They, with their children (Jada Jackson and Fineous Jackson) resided at the real property located 1530 Spirit Hawk Place, Santa Rosa, CA 95409. The Jackson family owned and occupied this property during the North Bay Fires.

The Jackson family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Jackson family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(67) Richard Alan Brandt, Andrea Marie Lombardi Brandt, Adrianna Rose Marie Brandt, and Zachary Gerald Michael Brandt.**
**Claim No. 108963, filed on September 15, 2022.**
Richard Alan Brandt and Andrea Marie Lombardi Brandt are spouses. They, with their children (Adrianna Rose Marie Brandt and Zachary Gerald Michael Brandt) resided at the real property located 772 Brush Creek Lane, Santa Rosa, CA 95404. The Brandt family owned and occupied this property during the North Bay Fires.

The Brandt family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Brandt family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(68) James Shean and Ephtali Boke.**
**Claim No. 108962, filed on September 15, 2022.**
James Shean and Ephtali Boke are partners. They resided at the real property 1737 Scenic Lane, Healdsburg, CA 95448. Mr. Shean and Ms. Boke owned and occupied this property during the North Bay Fires.

Mr. Shean and Ms. Boke's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, they were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline

expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(69) Amanda Siler (fka Amanda Malm), Kylie Jacqueline Malm, and Ryan Allen Malm.**
**Claim No. 108959, filed on September 15, 2022.**
Amanda Siler (fka Amanda Malm) and her children (Kylie Jacqueline Malm and Ryan Allen Malm) resided at the real property located 4655 Quigg Drive, #820, Santa Rosa, CA 95409. They rented and occupied this property during the North Bay Fires.
The Siler/Malm family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Siler/Malm family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(70) Melissa Jason Feiwell, Robert Feiwell, Ethan Ike, and Serena Feiwell.**
**Claim No. 108951, filed on September 15, 2022.**
Melissa Jason Feiwell and Robert Feiwell are spouses. They, with their children (Ethan Ike and Serena Feiwell) resided at the real property located 1504 San Ramon Way, Santa Rosa, CA 95409. The Feiwell family owned and occupied this property during the North Bay Fires.
The Feiwell family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the Feiwell family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(71) Alex Ike.**
**Claim No. 108950, filed on September 15, 2022.**
Mr. Alex Ike rented the real property located at 645 Ware Avenue, Santa Rosa, CA 95409, where he resided during the North Bay Fires. Mr. Ike's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Mr. Ike was required to evacuate his home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, Mr. Ike was unaware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire Deadline expiring. Soon after discovering his damages might be compensable, Mr. Ike hired counsel and filed his claim. This was not until September of 2022.

**(72) Mark Andrew Simpson and Sheryl Lynn Simpson.**
**Claim No. 108971, filed on September 16, 2022.**
Mark Andrew Simpson and Sheryl Lynn Simpson are spouses. They resided at the real property located 3212 Cobblestone Drive, Santa Rosa, CA 95404. The Simpson family owned and occupied this property during the North Bay Fires.
The Simpson family's personal property and residence were damaged from smoke, soot, and ash

from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Simpson family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(73) Craig Ruggels, Catherine Ruggels, Landon Ruggels, Olivia Ruggels.**
**Claim No. 108974, filed on September 16, 2022.**
Craig Ruggels and Catherine Ruggels are spouses. They, with their children (Landon Ruggels and Olivia Ruggels) resided at the real property located at 3412 Castlerock Court, Santa Rosa, CA 95403. The Ruggels family owned and occupied this property during the North Bay Fires. The Ruggels family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Ruggels family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(74) Karie Seliga and Jamie Seliga.**
**Claim No. 108972, filed on September 16, 2022.**
Karie Seliga, with her daugther Jamie Seliga, resided at the real property located at 1415 Snowy Cloud Way, Santa Rosa, CA 95409. The Seliga family rented and occupied this property during the North Bay Fires.

The Seliga family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Seliga family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(75) Joan Seliga**
**Claim No. 108978, filed on September 16, 2022.**
Ms. Seliga owned the real property located at 1021 Oak Mesa Drive, Santa Rosa, CA 95409, where she resided during the North Bay Fires. Ms. Seliga's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Ms. Seliga was required to evacuate her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, Ms. Seliga was unaware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire Deadline expiring. Soon after discovering her damages might be compensable, Ms. Seliga hired counsel and filed her claim. This was not until September of 2022.

**(76) Michelle Cella and Steve Cella.**
**Claim No. 108985, filed on September 16, 2022.**

Michelle Cella and Steve Cella are spouses. They resided at the real property located at 2082 Firwood Avenue, Santa Rosa, CA 95403. The Cella family owned and occupied this property during the North Bay Fires.

The Cella family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Cella family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(77) Jennifer Esperante, Cameron Gunter, Austin Gunter, and Andrew Gunter.**
**Claim No. 108986, filed on September 16, 2022.**

Jennifer Esperante and Cameron Gunter are partners. They, with their children (Austin Gunter and Andrew Gunter), resided at the real property located at 2328 Lakeview Drive, Santa Rosa, CA 95405. The Esperante/Gunter family owned and occupied this property during the North Bay Fires.

The Esperante/Gunter family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Esperante/Gunter family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(78) Aaron Frisbie, Grace Frisbie, Magnolia Frisbie, and Jameson Frisbie.**
**Claim No. 108987, filed on September 16, 2022.**

Aaron Frisbie and Grace Frisbie are spouses. They, with their children (Magnolia Frisbie and Jameson Frisbie), resided at the real property located at 1205 12th Street, Santa Rosa, CA 95404. The Frisbie family rented and occupied this property during the North Bay Fires.

The Frisbie family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Frisbie family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(79) Tony Miller, Elizabeth Miller, Johanna Miller, and Carli Miller.**
**Claim No. 108988, filed on September 16, 2022.**

Tony Miller and Elizabeth Miller are spouses. They, with their children (Johanna Miller and Carli Miller), resided at the real property located at 1447 Twilight Place, Santa Rosa, CA 95409. The Miller family owned and occupied this property during the North Bay Fires.

The Miller family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Miller family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(80) Glenn McElderry, Monet McElderry, and Jake McElderry.**
**Claim No. 108973, filed on September 16, 2022.**
Glenn McElderry and Monet McElderry are spouses. They, with their child (Jake McElderry), resided at the real property located at 1408 Snowy Egret Drive, Santa Rosa, CA 95409. The McElderry family owned and occupied this property during the North Bay Fires.

The McElderry family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the McElderry family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(81) Deanna Olivarez, Ryder Olivarez, Triton Olivarez, and Harli Olivarez.**
**Claim No. 108969, filed on September 16, 2022.**
Deanna Olivarez, Ryder Olivarez, Triton Olivarez, and Harli Olivarez resided at the real property located at 4941 Sea Wolf Drive, Santa Rosa, CA 95409. The Olivarez family owned and occupied this property during the North Bay Fires.

The Olivarez family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Olivarez family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(82) Mel Fox.**
**Claim No. 108989, filed on September 16, 2022.**
Mr. Mel Fox owned the real property located at 4710 Bennett Valley Road, Santa Rosa, CA 95404, where he resided during the North Bay Fires. Mr. Fox's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Mr. Fox was required to evacuate his home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, Mr. Fox was unaware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire Deadline expiring. Soon after discovering his damages might be compensable, Mr. Fox hired counsel and filed his claim. This was not until September of 2022.

**(83) Joshua David Ludtke, Jillian Nancy Ludtke, and Lars David Ludtke.**
**Claim No. 108990, filed on September 16, 2022.**
Joshua David Ludtke, with his children (Jillian Nancy Ludtke and Lars David Ludtke), resided at the real property located at 3438 Anderson Drive, Santa Rosa, CA 95409. The Ludke family

owned and occupied this property during the North Bay Fires.

The Ludke family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Ludke family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

### (84) Natalie Gordon, John Gordon, Joshua Gordon, and James Gordon.
### Claim No. 108992, filed on September 18, 2022.

Natalie Gordon and John Gordon are spouses. They, with their children (Joshua Gordon and James Gordon), resided at the real property located at 564 Graymont Drive, Santa Rosa, CA 95409. The Gordon family rented and occupied this property during the North Bay Fires.

The Gordon family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Gordon family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

### (85) Robert Shriver Lombardi and Donna June Lombardi.
### Claim No. 108977, filed on September 18, 2022.

Robert Shriver Lombardi and Donna June Lombardi are spouses. They resided at the real property located at 1125 Sundown Trail, Santa Rosa, CA 95405. The Lombardi family owned and occupied this property during the North Bay Fires.

The Lombardi family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Lombardi family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

### (86) Gayle Suits, Ron Suits, and Ari Suits.
### Claim No. 108993, filed on September 18, 2022.

Gayle Suits and Ron Suits are spouses. They, with their child (Ari Suits), resided at the real property located at 208 Griswold Avenue, Kenwood, CA 95452. The Suits family owned and occupied this property during the North Bay Fires.

The Suits family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Suits family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their

damages might be compensable), they reached out to counsel and filed their claim.

**(87) Lynn Rae Recchia.**
**Claim No. 108983, filed on September 18, 2022.**
Ms. Recchia owned the real property located at 222 Griswold Avenue, Kenwood, CA 95452, where she resided during the North Bay Fires. Ms. Recchia's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Ms. Recchia was required to evacuate her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, Ms. Recchia was unaware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire Deadline expiring. Soon after discovering her damages might be compensable, Ms. Recchia hired counsel and filed her claim. This was not until September of 2022.

**(88) James Byrne.**
**Claim No. 108976, filed on September 18, 2022–amended timely Claim No. 71777, filed on October 21, 2019.**
On October 21, 2019, Mr. James Byrne submitted a pro se, Claim No. 71777, claim for "loss of food, out of pocket expenses for alternative housing". At the time Mr. Byrne submitted this claim, he had no knowledge of other possible claims, nor was he aware that other possible claims (i.e. emotional distress and nuisance) might be compensable through the FVT.
Mr. Byrne owned the real property located at 7045 Fairfield Drive, Santa Rosa, CA 95409, where he resided during the North Bay Fires. During the fires, he was required to evacuate his home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, Mr. Byrne was unaware that these other and separate damages/injuries might be compensable whatsoever. Mr. Byrne only recently learned in September of 2022 that claims for emotional distress and nuisance might be compensable. As such, he retained counsel and filed Claim No. 108976 on September 18, 2022.
Mr. Byrne is requesting authorization from the Court that the late (amended) claim be accepted as timely and that he be authorized to submit a claims questionnaire for damages arising from the unknown claims for emotional distress and nuisance.

**(89) Judy M. Morris.**
**Claim No. 108994, filed on September 18, 2022–amended timely Claim No. 54533, filed on October 7, 2019.**
On October 7, 2019, Ms. Judy M. Morris submitted a pro se, Claim No. 54533, claim for "$1,500," for out of pocket expenses At the time Ms. Morris submitted this claim, she had no knowledge of other possible claims, nor was she aware that other possible claims (i.e. emotional distress and nuisance) might be compensable through the FVT.
Ms. Morris owned the real property located at 3760 Cross Creek Road, Santa Rosa, CA 95403, where she resided during the North Bay Fires. During the fires, she was required to evacuate her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, Ms. Morris was unaware that these other and separate damages/injuries might be compensable whatsoever. Ms. Morris only recently learned in September of 2022 that claims for emotional distress and nuisance might be compensable. As such, she retained counsel and filed Claim No. 108994 on September 18, 2022.

Ms. Morris is requesting authorization from the Court that the late (amended) claim be accepted as timely and that she be authorized to submit a claims questionnaire for damages arising from the unknown claims for emotional distress and nuisance.

**(90) Judy Lopes and Jeff Lopes.**
**Claim No. 108995, filed on September 18, 2022.**
Judy Lopes and Jeff Lopes are spouses. They resided at the real property located at 1300 Castle Road, Sonoma, CA 95476. The Lopes family owned and occupied this property during the North Bay Fires.
The Lopes family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the Lopes family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(91) Glenna Yee and Gerhard Rossbach.**
**Claim No. 108996, filed on September 18, 2022.**
Glenna Yee and Gerhard Rossbach are spouses. They resided at the real property located at 6337 Pleasant Vista Place, Santa Rosa, CA 95409. The Yee/Rossbach family owned and occupied this property during the North Bay Fires.
The Yee/Rossbach family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the Yee/Rossbach family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(92) Roy Davis Meyer and Pamela Jill Wilsey.**
**Claim No. 108979, filed on September 18, 2022.**
Roy Davis Meyer and Pamela Jill Wilsey are spouses. They resided at the real property located at 622 Scotland Drive, Santa Rosa, CA 95409. The Meyer/Wilsey family owned and occupied this property during the North Bay Fires.
The Meyer/Wilsey family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the Meyer/Wilsey family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(93) Gina Lacy, Morgan Vendrick, Morgan Lacy, and Skyler Lacy.**
**Claim No. 108997, filed on September 18, 2022.**
Gina Lacy, with her friend (Morgan Vendrick) and with her children (Morgan Lacy and Skyler Lacy), resided at the real property located at 5170 Firestone Place, Santa Rosa, CA 95409. Gina

Lacy owned and occupied this property, also occupied by Morgan Vendrick, Morgan Lacy, and Skyler Lacy, during the North Bay Fires.

The parties' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the parties were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(94) Gabriela Vannier and Gabriel Hebert.**
**Claim No. 108998, filed on September 18, 2022.**

Gabriela Vannier and Gabriel Hebert are spouses. They resided at the real property located at 951 Lawndale Road, Kenwood, CA 95452. The Vannier/Hebert family rented and occupied this property during the North Bay Fires.

The Vannier/Hebert family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Vannier/Hebert family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(95) Paula Scull.**
**Claim No. 108999, filed on September 18, 2022.**

Ms. Scull owned the real property located at 6513 Stone Bridge Road, Santa Rosa, CA 95409, where she resided during the North Bay Fires. Ms. Scull's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Ms. Scull was required to evacuate her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, Ms. Scull was unaware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire Deadline expiring. Soon after discovering her damages might be compensable, Ms. Scull hired counsel and filed her claim. This was not until September of 2022.

**(96) Kane Frederick Lack, Patricia Tucker Lack, Alexandra Kristine Lack, Summer Ivy Lack, Drew Jonathan Lack, and Leilani Ophelia Ames.**
**Claim No. 109001, filed on September 18, 2022.**

Kane Frederick Lack and Patricia Tucker Lack are spouses. They, with their children (Alexandra Kristine Lack, Summer Ivy Lack, Drew Jonathan Lack, and Leilani Ophelia Ames), resided at the real property located at 5025 DuPont Drive, Santa Rosa, CA 95409. The Lack family owned and occupied this property during the North Bay Fires.

The Lack family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Lack family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims

Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.


**(97) Randall Fuller and Lena Fuller.**
**Claim No. 109002, filed on September 18, 2022.**
Randall Fuller and Lena Fuller are spouses.  They resided at the real property located at 7528 Oak Leaf Drive, Santa Rosa, CA 95409.  The Fuller family owned and occupied this property during the North Bay Fires.

The Fuller family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they were required to evacuate their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Fuller family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.


**(98) Bonnie B. Dunn and Ronald G. Manning.**
**Claim No. 109003, filed on September 18, 2022.**
Bonnie B. Dunn and Ronald G. Manning are spouses.  They resided at the real property located at 162 Jasie Lane, Santa Rosa, CA 95409. The Dunn/Manning family owned and occupied this property during the North Bay Fires.

The Dunn/Manning family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they were required to evacuate their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Dunn/Manning family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.


**(99) Jeffrey A. Mallan, Tanya K. Mallan, Jonathan A. Mallan, Luke A. Mallan, and Natasha A. Mallan.**
**Claim No. 108982, filed on September 18, 2022.**
Jeffrey A. Mallan and Tanya K. Mallan are spouses.  They, with their children (Jonathan A. Mallan, Luke A. Mallan, and Natasha A. Mallan), resided at the real property located at 5289 Joaquin Drive, Santa Rosa, CA 95409.  The Mallan family owned and occupied this property during the North Bay Fires.

The Mallan family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they were required to evacuate their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Mallan family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.


**(100) Robyn LaMantia.**

**Claim No. 108980, filed on September 19, 2022.**

Ms. LaMantia rented the real property located at 9695 Clyde Avenue, Kenwood, CA 95452, where she resided during the North Bay Fires. Ms. LaMantia's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Ms. LaMantia was required to evacuate her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, Ms. LaMantia was unaware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire Deadline expiring. Soon after discovering her damages might be compensable, Ms. LaMantia hired counsel and filed her claim. This was not until September of 2022.

**(101) Linda Currie, James Currie, Jacob Currie, and Cody Hicks.**
**Claim No. 109005, filed on September 19, 2022.**

Linda Currie and James Currie are spouses. They, with their child (Jacob Currie) and their grandson (Cody Hicks), resided at the real property located at 9420 Frederica Avenue, Kenwood, CA 95452. The Currie family owned and occupied this property during the North Bay Fires. The Currie family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Currie family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(102) Gabriel Guberman.**
**Claim No. 108532, filed on June 18, 2022.**

Mr. Gabriel Guberman rented the real property located at 638 5th Street, Santa Rosa, CA 95405, where he resided during the North Bay Fires. Mr. Guberman's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Mr. Guberman was required to evacuate his home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, Mr. Guberman was unaware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire Deadline expiring. Soon after discovering his damages might be compensable, he filed a pro se claim in June of 2022. Shortly thereafter, he retained counsel to assist him with his claim.

**(103) David Alan Guberman and Ana Claudia Guberman.**
**Claim No. 108621, filed on June 30, 2022.**

David Alan Guberman and Ana Claudia Guberman are spouses. They rented the real property located at 638 5th Street, Santa Rosa, CA 95405, where they resided during the North Bay Fires. The Guberman family's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, the Guberman family was required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Guberman family was unaware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims

Questionnaire Deadline expiring. Soon after discovering their damages might be compensable, they filed a pro se claim in June of 2022. Shortly thereafter, they retained counsel to assist them with their claim.

**(104) Tatiana Guberman.**
**Claim No. 108686, filed on June 30, 2022.**
Ms. Tatiana Guberman rented the real property located at 638 5th Street, Santa Rosa, CA 95405, where she resided during the North Bay Fires. Ms. Guberman's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Ms. Guberman was required to evacuate her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, Ms. Guberman was unaware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire Deadline expiring. Soon after discovering her damages might be compensable, she filed a pro se claim in June of 2022. Shortly thereafter, she retained counsel to assist her with her claim.

**(105) Douglas Chance.**
**Claim No. 109006, filed on June 19, 2022.**
Mr. Douglas Chance owned the real property located at 5446 Monte Verde, Santa Rosa, CA 95409, where he resided during the North Bay Fires. Mr. Chance's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Mr. Chance was required to evacuate his home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, Mr. Chance was unaware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire Deadline expiring. In or around September 2022 (shortly after realizing his damages might be compensable), he reached out to counsel and filed his claim.

**(106) Richard Thomas Mejia, Susan Maureen Mejia, and Jack Bert Perkins.**
**Claim No. 109008, filed on September 19, 2022.**
Richard Thomas Mejia, Susan Maureen Mejia, and Jack Bert Perkins resided at the real property located at 463 San Ramon Drive, Sonoma, CA 95476. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(107) Kristina Schulze Torres and Deric Torres.**
**Claim No. 109012, filed on September 19, 2022.**
Kristina Schulze Torres and Deric Torres are spouses. They resided at the real property located

at 203 Libby Avenue, Kenwood, CA 95452.  The Torres family occupied this property during the North Bay Fires.

The Torres family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they were required to evacuate their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Torres family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(108) Rodolfo Vazquez Garcia, Zuleyma Cabrera Garcia, Maricela Garcia, Xitaly Garcia, Kimberly Garcia, and Luis Angel Vazquez.**
**Claim No. 109014, filed on September 19, 2022.**
Rodolfo Vazquez Garcia, Zuleyma Cabrera Garcia, Maricela Garcia, Xitaly Garcia, Kimberly Garcia, and Luis Angel Vazquez resided at the real property located at 7560 Commerce Blvd., Cotati, CA 94931.  The claimants owned and occupied this property during the North Bay Fires.  The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(109) Miranda London and Rion Gronberg.**
**Claim No. 109004, filed on September 19, 2022–amended timely Claim No. 64762, filed on October 21, 2019.**
On October 21, 2019, Ms. Miranda London submitted a pro se, Claim No. 64762.  At the time Ms. London submitted this claim, she was unaware of the claims process and the requirement to submit a claims questionnaire.  She does not recall submitting a claims questionnaire, nor did she receive any funds from the FVT on account of her claim.  Mr. Rion Gronberg, her partner, was not included on Claim No. 64762.

Ms. London and Mr. Gronberg resided at the real property located at 2200 Calistoga Road, Santa Rosa, CA 95404, where they resided during the North Bay Fires.  During the fires, they were required to evacuate their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, they were unaware of the claims process and how to recover from the FVT.  In fact, Ms. London does not even remember submitting a claim.  As such, they recently retained counsel and filed Claim No. 109004 on September 19, 2022–which includes Mr. Gronberg.

Ms. London and Mr. Gronberg are requesting authorization from the Court that the late (amended) claim be accepted as timely and that they be authorized to submit a claims questionnaire for damages arising from the claims for emotional distress and nuisance–and include Mr. Gronberg as a party to the claim.

**(110) David Innerdale Coar and Cecile Yvonne Coar.**
**Claim No. 109015, filed on September 19, 2022–amended timely Claim No. 6685, filed on August 12, 2019.**
On August 12, 2019, David Innerdale Coar and Cecile Yvonne Coar submitted a pro se, Claim

No. 6685, claim for "$504" for "economic damages" (as opposed to "non-economic damages"). At the time the Coar family submitted this claim, they had no knowledge of other possible claims, nor were they aware that other possible claims (i.e. emotional distress and nuisance) might be compensable through the FVT. The Coar family was aware of the existence of any possible claims (or compensability for any possible claims) for emotional distress and/or nuisance.

The Coar family owned the real property located at 7014 Oakmont Drive, Santa Rosa, CA 95409, where they resided during the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Coar family was unaware that these other and separate damages/injuries might be compensable whatsoever. The Coar family only recently learned (from friends and family) in September of 2022 that claims for emotional distress and nuisance might be compensable. As such, they retained counsel and filed Claim No. 109015 on September 19, 2022.

The Coar family is requesting authorization from the Court that the late (amended) claim be accepted as timely and that they be authorized to submit a claims questionnaire for damages arising from the unknown claims for emotional distress and nuisance.


**(111) Paul Rowan.**
**Claim No. 109007, filed on June 19, 2022.**
Mr. Paul Rowan resided at the real property located at 6501 Stone Bridge Road, Santa Rosa, CA 95409 during the North Bay Fires. Mr. Rowan's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, he was required to evacuate his home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, Mr. Rowan was unaware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire Deadline expiring. In or around September 2022 (shortly after realizing his damages might be compensable), he reached out to counsel and filed his claim.


**(112) Choissette Colet, Damian Kayed, and Domenic Kayed.**
**Claim No. 109017, filed on September 19, 2022.**
Choissette Colet, and her children (Damian Kayed and Domenic Kayed) rented the real property located at 2624 Cactus Avenue, Santa Rosa, CA 95405, where they resided during the North Bay Fires. The Colet/Kayed family's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, the Colet/Kayed family evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Colet/Kayed family was unaware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire Deadline expiring. Soon after discovering their damages might be compensable, they retained counsel and filed their claim in September of 2022.


**(113) Asha Pasad and Lala Prasad.**
**Claim No. 109018, filed on September 19, 2022.**
Asha Prasad and Lala Prasad are spouses. They resided at the real property located at 3216 Tupelo Avenue, Santa Rosa, CA 95407, and owned a business located at 72 East Washington Street, Petaluma, CA 94952. The Prasad family owned and occupied this property during the

North Bay Fires, and rented and occupied the business address at the same time.

The Prasad family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home and their business was substantially impacted. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Prasad family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

### (114) Maria Trinidad Suarez Vazquez.
### Claim No. 109019, filed on September 19, 2022.

Ms. Trinidad Suarez Vazquez owned the real property located at 2001 Mark West Springs Road, Santa Rosa, CA 95404, where she resided during the North Bay Fires. Ms. Trinidad Suarez Vazquez's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Ms. Trinidad Suarez Vazquez was required to evacuate her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, Ms. Trinidad Suarez Vazquez was unaware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire Deadline expiring. Soon after discovering her damages might be compensable, she hired counsel and filed her claim. This was not until September of 2022.

### (115) David Chappell, Kathleen Chappell, and Shannon Caldwell.
### Claim No. 109009, filed on September 19, 2022.

David Chappell and Kathleen Chappell are spouses. They, with Shannon Caldwell, resided at the real property located at 460 Shady Acres Lane, Santa Rosa, CA 95409. The Chappell family owned and occupied this property during the North Bay Fires.

The Chappell/Caldwell family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Chappell/Caldwell family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

### (116) Andrea Lemus.
### Claim No. 109020, filed on September 19, 2022.

Ms. Lemus rented the real property located at 254 Planetreet Drive, Windsor, CA 95492, where she resided during the North Bay Fires. Ms. Lemus' personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Ms. Lemus temporarily evacuated her home and her employment was substantially impacted. As a result of her displacement and the impact on her employment, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, Ms. Lemus was unaware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire Deadline expiring. Soon after discovering her damages might be compensable, she hired counsel and filed her claim. This was not until September of 2022.

**(117) Anna Hoang, Phat Hoang, Qiu Mach, Sophie Nguyen, Kayla Nguyen, and Henry Nguyen.**
**Claim No. 109011, filed on September 19, 2022.**
Anna Hoang, Phat Hoang, Qiu Mach, Sophie Nguyen, Kayla Nguyen, and Henry Nguyen resided at the real property located at 1114 Albion Place, Santa Rosa, CA 95401. The family owned and occupied this property during the North Bay Fires.
The family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(118) Analicia Miller Sanchez.**
**Claim No. 109021, filed on September 19, 2022.**
Ms. Analicia Miller Sanchez rented the real property located at 2243 West vale Court, Santa Rosa, CA 95403 where she resided during the North Bay Fires. Ms. Analicia Miller Sanchez's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Analicia Miller Sanchez evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, Analicia Miller Sanchez was unaware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire Deadline expiring. Soon after discovering her damages might be compensable, she hired counsel and filed her claim. This was not until September of 2022.

**(119) Richard Love, Michi Love, Lanastacia E. Love, and Sabrina S. Love.**
**Claim No. 109022, filed on September 19, 2022.**
Richard Love and Michi Love are spouses. They, with their children Lanastacia E. Love and Sabrina S. Love), resided at the real property located at 1439 Michele Way, Santa Rosa, CA 95404. The Love family owned and occupied this property during the North Bay Fires.
The Love family's personal property and residence were substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they lost their home in the fires, including everything they owned and their pets. As a result of their displacement and losses, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the Love family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(120) Sadie Novotny and Greyson Thornhill.**
**Claim No. 109013, filed on September 19, 2022.**
Sadie Novotny and Greyson Thornhill resided at the real property located at 5069 Charmain Drive, Santa Rosa, CA 95409. They rented and occupied this property during the North Bay Fires.
Their personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement

and losses, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, they were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(121) John Semans, Amy Semans, Lauren Semans, and Emily Semans.**
**Claim No. 109023, filed on September 19, 2022.**
John Semans and Amy Semans are spouses. They, with their children (Lauren Semans and Emily Semans), resided at the real property located at 2976 Arden Way, Santa Rosa, CA 95403. The Semans family owned and occupied this property during the North Bay Fires.

The Semans family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Semans family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(122) Alejandra Franco, Gabriel Prejean, Emilee Prejean, Josiah Franco, and Rebekah Franco.**
**Claim No. 109025, filed on September 19, 2022.**
Alejandra Franco, Gabriel Prejean, Emilee Prejean, Josiah Franco, and Rebekah Franco resided at the real property located at 2051 West Steele Lane, Apt. 424, Santa Rosa, CA 95403. The Franco/Prejean family rented and occupied this property during the North Bay Fires.

The Franco/Prejean family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Franco/Prejean family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(123) Alan Duncan and Jennifer McAllister.**
**Claim No. 109026, filed on September 19, 2022.**
Alan Duncan and Jennifer McAllister are spouses. They resided at the real property located at 2267 Chancery Court, Santa Rosa, CA 95403. They owned and occupied this property during the North Bay Fires.

The Duncan/McAllister family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement and losses, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, they were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(124) Timothy Gallagher, Gayle Gallagher, Emi Gallagher, and Gwen Gallagher.**
**Claim No. 109030, filed on September 19, 2022.**

Timothy Gallagher and Gayle Gallagher are spouses. They, with their children (Emi Gallagher and Gwen Gallagher) resided at the real property located at 5045 Charmian Drive, Santa Rosa, CA 95409. They owned and occupied this property during the North Bay Fires.

The Gallagher family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement and losses, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, they were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.


**(125) George Hsu, Chunga Becky Hsu, Olivia Cody Hsu, and Caroline Samantha Hsu.**
**Claim No. 109032, filed on September 19, 2022.**

George Hsu and Chunga Becky Hsu are spouses. They, with their children (Olivia Cody Hsu and Caroline Samantha Hsu) resided at the real property located at 1444 Los Alamos Road, Santa Rosa, CA 95409. They owned and occupied this property during the North Bay Fires.

The Hsu family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement and losses, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, they were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.


**(126) Jan VarnBuhler and Laurel VarnBuhler.**
**Claim No. 109024, filed on September 19, 2022.**

Jan VarnBuhler and Laurel VarnBuhler resided at the real property located at 3444 Selene Court, Santa Rosa, CA 95404. They owned and occupied this property during the North Bay Fires.

The VarnBuhler family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement and losses, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, they were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.


**(127) Donna Murgatroyd, James Murgatroyd, Justice Brady, and Christopher Myers.**
**Claim No. 109027, filed on September 19, 2022.**

Donna Murgatroyd, James Murgatroyd, Justice Brady, and Christopher Myers resided at the real property located at 374 Firelight Drive, Santa Rosa, CA 95403. They owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement and losses, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, they were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(128) Peter Hardy and Cathy Hardy.**
**Claim No. 109028, filed on September 19, 2022.**
Peter Hardy and Cathy Hardy are spouses. They resided at the real property located at 412 Woodley Way, Santa Rosa, CA 95409. They owned and occupied this property during the North Bay Fires.
The Hardy family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement and losses, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, they were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(129) Ken Heinzel and Inese Heinzel.**
**Claim No. 109029, filed on September 19, 2022.**
Ken Heinzel and Inese Heinzel are spouses. They resided at the real property located at 431 Pythian Road, Santa Rosa, CA 95409. They owned and occupied this property during the North Bay Fires.
The Heinzel family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement and losses, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, they were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(130) Susan Simmons and James Simmons.**
**Claim No. 109033 filed on September 19, 2022.**
Susan Simmons and James Simmons are spouses. They resided at the real property located at 250 Oak Street, Kenwood, CA 95452. They owned and occupied this property during the North Bay Fires.
The Simmons family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement and losses, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, they were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(131) Yvonne Spencer, Gregory Lucchesi, Jeanita Jennings, and Justin Jennings.**
**Claim No. 109034, filed on September 19, 2022–amended timely Claim No. 95752, filed on December 31, 2019.**

On December 31, 2019, Ms. Yvonne Spencer submitted a pro se, Claim No. 95752. At the time Ms. Spencer submitted this claim, she was unaware of the claims process and the requirement to submit a claims questionnaire. She does not recall submitting a claims questionnaire, nor did she receive any funds from the FVT on account of her claim. The family living with her (Gregory Lucchesi, Jeanita Jennings, and Justin Jennings) were not included on Claim No. 95752.

The family resided at the real property located at 1325 Cashew Road, Santa Rosa, CA 95403, where they resided during the North Bay Fires. During the fires, they were required to evacuate their home–which was ultimately lost in the fires, as well as all of the family's personal belongings. Ms. Spencer was underinsured. Moreover, as a result of their displacement and losses, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires and losses, they were unaware of the claims process and how to recover from the FVT. In fact, Ms. Spencer does not even remember submitting a claim. As such, the claimants recently retained counsel and filed Claim No. 109034 on September 19, 2022–which includes Mr. Gronberg.

The claimants are requesting authorization from the Court that the late (amended) claim be accepted as timely and that they be authorized to submit a claims questionnaire for damages arising from the claims for emotional distress and nuisance and being underinsured.

**(132) Voung Le, Ha Tran, Jennifer Le, Tiffany Le, Jessica Le, and Kevin Le.**
**Claim No. 109035, filed on September 19, 2022.**
Voung Le and Ha Tran are spouses. They, with their children (Jennifer Le, Tiffany Le, Jessica Le, and Kevin Le) resided at the real property located at 2336 Mirage Court, Santa Rosa, CA 95403. They owned and occupied this property during the North Bay Fires.

The Le/Tran family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement and losses, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, they were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(133) Anthony Hoang, Xiu Ying Li, Eric Hoang, Ethan Hoang, Esmond Hoang, and Evelyn Hoang.**
**Claim No. 109036, filed on September 19, 2022.**
Anthony Hoang, Xiu Ying Li, Eric Hoang, Ethan Hoang, Esmond Hoang, and Evelyn Hoang resided at the real property located at 2349 Battersea Street, Santa Rosa, CA 95403. They owned and occupied this property during the North Bay Fires.

The claimtants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(134) Quyen Hoang, Douglas Chiu, Alaina Chiu, and Jonathan Chiu.**
**Claim No. 109037, filed on September 19, 2022–amended timely Claim No. 55174, filed on**

**October 9, 2019.**

On October 9, 2019, Quyen Hoang, Douglas Chiu, Alaina Chiu, and Jonathan Chiu submitted a pro se, Claim No. 55174, claim for "food". At the time claimants submitted this claim, they had no knowledge of other possible claims, nor were they aware that other possible claims (i.e. emotional distress and nuisance) might be compensable through the FVT.

The family owned the real property located at 1573 Jainine Street, Santa Rosa, CA 95493, where they resided during the North Bay Fires. During the fires, they evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was unaware that these other and separate damages/injuries might be compensable whatsoever. The family only recently learned in September of 2022 that claims for emotional distress and nuisance might be compensable. As such, she retained counsel and filed Claim No. 109037 on September 19, 2022.

The family is requesting authorization from the Court that the late (amended) claim be accepted as timely and that they be authorized to submit a claims questionnaire for damages arising from the unknown claims for emotional distress and nuisance.

**(135) Marcel Alexis Garcia, Amy Marie Garcia, Andre Charles Garcia and Madeline Antoinette Garcia.**
**Claim No. 109016, filed on September 19, 2022.**

Marcel Alexis Garcia and Amy Marie Garcia were spouses. They, with their children (Andre Charles Garcia and Madeline Antoinette Garcia) resided at the real property located at 630 Almond Court, Santa Rosa, CA 95409. The Garcia family owned and occupied this property during the North Bay Fires.

The Garcia family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(136) Nancy Ferrick and Reed Ferrick.**
**Claim No. 109039, filed on September 19, 2022.**

Nancy Ferrick and Reed Ferrick are spouses. They resided at the real property located at 4762 Devonshire Place, Santa Rosa, CA 95405, and operated a business located at 3750 Montgomery Drie, Santa Rosa, CA 95405. The Reed family owned and occupied this property during the North Bay Fires and operated their business at the same time.

The Ferrick family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires, and their business was substantially impacted. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(137) Florence Boxerman.**
**Claim No. 109038, filed on September 19, 2022.**
Ms. Florence Boxerman owned the real property located at 6729 Fairfield Drive, Santa Rosa, CA 95409, where she resided during the North Bay Fires. Ms. Boxerman's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Ms. Boxerman fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, Ms. Boxerman was unaware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire Deadline expiring. Soon after discovering her damages might be compensable, she hired counsel and filed her claim. This was not until September of 2022.

**(138) Toni R. Olibas, Tony Olibas, and Stephen Olibas.**
**Claim No. 109041, filed on September 19, 2022.**
Toni R. Olibas and Tony Olibas are spouses. They, with their child (Stephen Olibas) resided at the real property located at 3318 Gunther Lane, Santa Rosa, CA 95404. The Olibas family owned and occupied this property during the North Bay Fires.
The Olibas family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(139) Thomas Scott Lane, Robin Hughes Lane, Brandon Hughes, and Cameron Lane.**
**Claim No. 109040, filed on September 19, 2022.**
Thomas Scott Lane and Robin Hughes Lane are spouses. They, with their children (Brandon Hughes and Cameron Lane) resided at the real property located at 313 Cypress Avenue, Kenwood, CA 95452. The Lane family owned and occupied this property during the North Bay Fires.
The Lane family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(140) Bryan Simning, Jennifer Simning, Hunter Simning, Blake Simning, and Paige Simning.**
**Claim No. 109043, filed on September 19, 2022.**
Bryan Simning and Jennifer Simning are spouses. They, with their children (Hunter Siming, Blake Simning, and Paige Simning) resided at the real property located at 5846 Monte Verde Drive, Santa Rosa, CA 95409. The Simning family owned and occupied this property during the North Bay Fires.
The Simning family's personal property and residence were damaged from smoke, soot, and ash

from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(141) Jason Almirol, Sidra Burns, Samantha Almirol, and Dylan-Jacob Almirol.**
**Claim No. 109256, filed on September 27, 2022.**
Jason Almirol and Sidra Burns are spouses. They, with their children (Samantha Almirol and Dylan-Jacob Almirol) resided at the real property located at 6362 Gold Drive, Santa Rosa, CA 95409. The Almirol/Burns family owned and occupied this property during the North Bay Fires.

The Almirol/Burns family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(142) David Burns and Nancy Burns.**
**Claim No. 109044, filed on September 19, 2022.**
David Burns and Nancy Burns are spouses. They resided at the real property located at 4 oak Shadow Place, Santa Rosa, CA 95409. The Burns family owned and occupied this property during the North Bay Fires.

The Burns family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(143) Ryan Fox.**
**Claim No. 109045, filed on September 19, 2022.**
Mr. Ryan Fox rented the real property located at 4385 Parker Hill Road, Santa Rosa, CA 95405, where he resided during the North Bay Fires. Mr. Fox's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Mr. Fox fearfully evacuated his home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, Mr. Fox was unaware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire Deadline expiring. Soon after discovering his damages might be compensable, Mr. Fox hired counsel and filed his claim. This was not until September of 2022.

**(144) Dawn Renee Salez, Lyle Albert Salez, III, and Hailey Nichole King.**
**Claim No. 109046, filed on September 19, 2022.**

Dawn Renee Salez, Lyle Albert Salez, III, and Hailey Nichole King resided at the real property located at 1190 Ethan Drive, Santa Rosa, CA 95401. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(145) Joel Kriner, Lana Kriner, Vincent Kriner, Mattea Kriner, and Aria Kriner.**
**Claim No. 109031, filed on September 19, 2022.**

Joel Kriner and Lana Kriner are spouses. They, with their children (Vincent Kriner, Mattea Kriner, and Aria Kriner) resided at the real property located at 691 Montclair Drive, Santa Rosa, CA 95409. The Kriner family owned and occupied this property during the North Bay Fires.

The Kriner family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(146) Christopher Scott Dahl, Darcie Lea Dahl, Ella Jean Dahl, Levi Devincenzi Dahl, and Ethan Scott Dahl.**
**Claim No. 109047, filed on September 19, 2022.**

Christopher Scott Dahl and Darcie Lea Dahl are spouses. They, with their children (Ella Jean Dahl, Levi Devincenzi Dahl, and Ethan Scott Dahl) resided at the real property located at 1442 Twilight Place, Santa Rosa, CA 95409. The Dahl family owned and occupied this property during the North Bay Fires.

The Dahl family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(147) Susan Chauncy, Kathryn Vormelker, and Clayton Macdonald.**
**Claim No. 109105, filed on September 21, 2022.**

Susan Chauncy, with her daughter (Kathryn Vormelker) and her grandon (Clayton Macdonald), resided at the real property located at 8550 Oakmont Drive, Santa Rosa, CA 95409. The family owned and occupied this property during the North Bay Fires.

The family's personal property and residence were damaged from smoke, soot, and ash from the

North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(148) Sara Mae Washburn, Jacob Benjamin Hoop, and Damon Hoop.**
**Claim No. 109048, filed on September 20, 2022.**
Sara Mae Washburn, Jacob Benjamin Hoop, and Damon Hoop resided at the real property located at 940 Baird Road, Santa Rosa, CA 95409. The family rented and occupied this property during the North Bay Fires.

The family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(149) Judith Sittner and Riley Sittner.**
**Claim No. 109103, filed on September 21, 2022.**
Judith Sittner and Riley Sittner are spouses.  They resided at the real property located at 5540 Marit Drive, Santa Rosa, CA 95409. The Sittner family owned and occupied this property during the North Bay Fires.

The Sittner family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(150) Lan Nguyen, Dat Bui, Julie Bui, and Eli Bui.**
**Claim No. 109253, filed on September 27, 2022.**
Lan Nguyen and Dat Bui are spouses.  They, with their children (Julie Bui and Eli Bui) resided at the real property located at 1738 Walter road, Santa Rosa, CA 95403. The Nguyen/Bui family owned and occupied this property during the North Bay Fires.

The Nguyen/Bui family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(151) Tin Ly, Phu Ly, and Thanh Luu.**
**Claim No. 109049, filed on September 20, 2022.**
Tin Ly, Phu Ly, and Thanh Luu resided at the real property located at 1062 Dorrit Avenue, Santa Rosa, CA 95401. The Ly/Luu family owned and occupied this property during the North Bay Fires.

The Ly/Luu family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(152) John Campbell and Sue Campbell.**
**Claim No. 109059, filed on September 20, 2022.**
John Campbell and Sue Campbell are spouses. They resided at the real property located at 502 Shady Acres, Santa Rosa, CA 95409. The Campbell family owned and occupied this property during the North Bay Fires.

The Campbell family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(153) Roger Engle and Cheryl Engle.**
**Claim No. 109058, filed on September 20, 2022.**
Roger Engle and Cheryl Engle are spouses. They resided at the real property located at 6596 Pine Valley Drive, Santa Rosa, CA 95409. The Engle family owned and occupied this property during the North Bay Fires.

The Engle family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(154) Steve Groubert and Manuela Groubert.**
**Claim No. 109057, filed on September 20, 2022.**
Steve Groubert and Manuela Groubert are spouses. They resided at the real property located at 7830 Oakmont Drive, Santa Rosa, CA 95409. The Groubert family owned and occupied this property during the North Bay Fires.

The Groubert family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional

distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(155) Cid Baladeh and Akhtar Sandozi.**
**Claim No. 109056, filed on September 20, 2022.**
Cid Baladeh and Akhtar Sandozi are partners. They resided at the real property located at 7545 Oak Leaf Drive, Santa Rosa, CA 95409. The Baladeh/Akhtar family owned and occupied this property during the North Bay Fires.

The Baladeh/Akhtar family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(156) Patricia Crowley and Susan Kahue.**
**Claim No. 109055, filed on September 20, 2022.**
Patricia Crowley and Susan Kahue are partners. They resided at the real property located at 6396 Stone Bridge Road, Santa Rosa, CA 95409. The Crowley/Kahue family owned and occupied this property during the North Bay Fires.

The Crowley/Kahue family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(157) Michael Danty and Sheila Lichirie.**
**Claim No. 109054, filed on September 20, 2022.**
Michael Danty and Sheila Lichirie are partners. They resided at the real property located at 6396 Stone Bridge Road, Santa Rosa, CA 95409. The Danty/Lichirie family owned and occupied this property during the North Bay Fires.

The Danty/Lichirie family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(158) Linda Hess.**
**Claim No. 109053, filed on September 20, 2022.**

Linda Hess resided at the real property located at 193 White Oak Drive, Santa Rosa, CA 95409. She owned and occupied this property during the North Bay Fires.

Ms. Hess' personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(159) Michael Pine, Chi Pine, Joshua Pine, Sierra Pine, and Jason Pine.**
**Claim No. 109052, filed on September 20, 2022.**
Michael and Chi Pine are spouses. They, with their children (Joshua Pine, Sierra Pine, and Jason Pine) resided at the real property located at 4255 Wake Robin Lane, Glen Ellen, CA 95442. The Pine family owned and occupied this property during the North Bay Fires.

The Pine family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(160) Kathryn Cirksena.**
**Claim No. 109051, filed on September 20, 2022.**
Kathryn Cirksena resided at the real property located at 189 White Oak Drive, Santa Rosa, CA 95409. She owned and occupied this property during the North Bay Fires.

Ms. Criksena's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(161) Kathryn Sarlandt and Kevin Sarlandt.**
**Claim No. 109050, filed on September 20, 2022.**
Kathryn Sarlandt and Kevin Sarlandt are spouses. They resided at the real property located at 174 Jack London Drive, Santa Rosa, CA 95409. The Sarlandt family rented and occupied this property during the North Bay Fires.

The Sarlandt family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their

damages might be compensable), they reached out to counsel and filed their claim.

**(162) Candace Van Meter and Robert Reguera.**
**Claim No. 109075, filed on September 20, 2022.**
Candace Van Meter and Robert Reguera are partners.  They resided at the real property located at 931 Cecelia Drive, Glen Ellen, CA 95442.  The Van Meter/Reguera family owned and occupied this property during the North Bay Fires.
The Van Meter/Reguera family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(163) Sherry Balletto.**
**Claim No. 109076, filed on September 20, 2022.**
Sherry Balletto resided at the real property located at 6514 Stone Bridge Road, Santa Rosa, CA 95409.  She rented and occupied this property during the North Bay Fires.
Ms. Balletto's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, she fearfully evacuated her home.  As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(164) Kathleen Tindle.**
**Claim No. 109079, filed on September 20, 2022.**
Kathleen Tindle resided at the real property located at 6498 Stone Bridge Road, Santa Rosa, CA 95409.  She owned and occupied this property during the North Bay Fires.
Ms. Tindle's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, she fearfully evacuated her home.  As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(165) Maureen Schwartz.**
**Claim No. 109073, filed on September 20, 2022.**
Maureen Schwartz resided at the real property located at 187 Oak Island Drive, Santa Rosa, CA 95409.  She owned and occupied this property during the North Bay Fires.
Ms. Schwartz's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, she fearfully evacuated her home.  As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(166) Alan Scott and Denise Scott.**
**Claim No. 109072, filed on September 20, 2022.**
Alan Scott and Denise Scott are spouses. They resided at the real property located at 418 Woodley Way, Santa Rosa, CA 95409. The Scott family owned and occupied this property during the North Bay Fires.
The Scott family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(167) Lois Smith and Walter Smith.**
**Claim No. 109071, filed on September 20, 2022.**
Lois Smith and Walter Smith are spouses. They resided at the real property located at 5350 Rosita Way, Santa Rosa, CA 95409. The Smith family owned and occupied this property during the North Bay Fires.
The Smith family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(168) Kimber Patterson and Ken Heyman.**
**Claim No. 109070, filed on September 20, 2022.**
Kimber Patterson and Ken Heyman are partners. They resided at the real property located at 6443 Stone Bridge Road, Santa Rosa, CA 95409. The Patterson/Heyman family owned and occupied this property during the North Bay Fires.
The Patterson/Heyman family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(169) Catherine Cousart.**
**Claim No. 109069, filed on September 20, 2022.**
Catherine Cousart resided at the real property located at 6509 Store Bridge Road, Santa Rosa,

CA 95409.  She owned and occupied this property during the North Bay Fires.

Ms. Cousart's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, she fearfully evacuated her home.  As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(170) Angela Carvalho, Duane Carvalho, Adam Carvalho, Siena Carvalho, and Jack Carvalho.**
**Claim No. 109065, filed on September 20, 2022.**

Angela Carvalho and Duane Carvalho are spouses.  They, with their children (Adam Carvalho, Siena Carvalho, and Jack Carvalho) resided at the real property located at 10 San Luis Place, Santa Rosa, CA 95409.  The Carvalho family owned and occupied this property during the North Bay Fires.

The Carvalho family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(171) Ruth Layne Loaiza, Sara Loaiza, and Edilberto Loaiza.**
**Claim No. 109077, filed on September 21, 2022. [Ignore erroneous Claim No. 109064 filed for same Claimants]**

Ruth Layne Loaiza and Edilberto Loaiza are spouses.  They, with their child (Sara Loaiza), resided at the real property located at 225 Belhaven Circle, Santa Rosa, CA 95409.  The Loaiza family owned and occupied this property during the North Bay Fires.

The Loaiza family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(172) Stephanie Cossey and Michael Cossey.**
**Claim No. 109063, filed on September 20, 2022.**

Stephanie Cossey and Michael Cossey are spouses.  They resided at the real property located at 1987 Seville Street, Santa Rosa, CA 95403. The Cossey family owned and occupied this property during the North Bay Fires.

The Cossey family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(173) Monique Sexton, Dean Sexton, Jerome Grayson, Aniyah Grayson, and Noah Tawney. Claim Nos. 108571, filed on June 26, 2022, and 109062, filed on September 21, 2022.**

Monique Sexton and Dean Sexton are spouses.  They, with their children (Jerome Grayson, Aniyah Grayson, and Noah Tawney) resided at the real property located at 3718 Skyview Drive, Santa Rosa, CA 95403.  The claimants rented and occupied this property during the North Bay Fires.

The Claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around June 2022 (shortly after realizing their damages might be compensable), they filed a pro se claim, No. 108571. Shortly thereafter, in September of 2022, they hired counsel to assist them with their claim and counsel amended the claim, with Claim No. 109062.  The Claimants now seek to deem Claim No. 109062 as timely.

**(174) Ann Stashak-Melton and Gary Daniel Melton. Claim No. 109066, filed on September 21, 2022.**

Ann Stashak-Melton and Gary Daniel Melton are spouses.  They resided at the real property located at1904 Amy Avenue, Santa Rosa, CA 95401. The Melton family owned and occupied this property during the North Bay Fires.

The Melton family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(175) Bill Wrightson and Stephanie Wrightson. Claim No. 109068, filed on September 21, 2022.**

Bill Wrightson and Stephanie Wrightson are spouses.  They resided at the real property located at 45 Autumn Leaf Drive, Santa Rosa, CA 95409. The Wrightson family owned and occupied this property during the North Bay Fires.

The Wrightson family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(176) Kevin Farrell and Kim Farrell.**
**Claim No. 109067, filed on September 21, 2022.**
Kevin Farrell and Kim Farrell are spouses. They resided at the real property located at 2832 Canyonside Drive, Santa Rosa, CA 95404. The Farrell family owned and occupied this property during the North Bay Fires.
The Farrell family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(177) Kati Moncada.**
**Claim No. 109080, filed on September 21, 2022.**
Kati Moncada resided at the real property located at 1966 Robinson Lane, Santa Rosa, CA 95403. She rented and occupied this property during the North Bay Fires.
Ms. Moncada's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(178) Kevin Conant and Nichelle Conant.**
**Claim No. 109074, filed on September 21, 2022.**
Kevin Conant and Nichelle Conant are spouses. They resided at the real property located at 6753 Sonoma Highway, Santa Rosa, CA 95409. The Conant family owned and occupied this property during the North Bay Fires.
The Conant family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(179) Kenneth R. Beck and Suzanne Beck.**
**Claim No. 109282, filed on September 27, 2022.**
Kenneth R. Beck and Suzanne Beck are spouses. They resided at the real property located at 323 Stone Creek Circle, Santa Rosa, CA 95409. The Beck family owned and occupied this property during the North Bay Fires.
The Becky family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional

distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(180) Sydney Ignatius Warnert.**
**Claim No. 109082, filed on September 21, 2022.**
Sydney Ignatius Warnert resided at the real property located at 5957 Yerba Buena Road, Santa Rosa, CA 95409.  She occupied this property during the North Bay Fires.

Ms. Warnert's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, she fearfully evacuated her home.  As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(181) Cassie Conners Lallo, Justin Paul Lallo, Vivian Ann Lallo, and Lauren Elena Lallo.**
**Claim No. 109078, filed on September 21, 2022.**
Cassie Conners Lallo and Justin Paul Lallo are spouses.  They, with their children (Vivian Ann Lallo and Lauren Elena Lallo) resided at the real property located at 5212 Piedmont Drive, Santa Rosa, CA 95409. The Lallo family owned and occupied this property during the North Bay Fires.  The Lallo family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(182) Patrick Fuss and Susan Andrek.**
**Claim No. 109084, filed on September 21, 2022.**
Patrick Fuss and Susan Andrek are partners.  They resided at the real property located at 2038 Stonefield Lane, Santa Rosa, CA 95409.  The Fuss/Andrek family owned and occupied this property during the North Bay Fires.

The Fuss/Andrek family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(183) Karen Bergeron and Jeff Bergeron.**
**Claim No. 109083, filed on September 21, 2022.**
Karen Bergeron and Jeff Bergeron are spouses.  They resided at the real property located at1401

Adobe Canyon Road, Kenwood, CA 95452. The Bergeron family owned and occupied this property during the North Bay Fires.

The Bergeron family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(184) Nancy Skinner.**
**Claim No. 109086, filed on September 21, 2022.**
Nancy Skinner resided at the real property located at 111 Oak Shadow Drive, Santa Rosa, CA 95409. She rented and occupied this property during the North Bay Fires.

Ms. Skinner's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(185) Robert Sleigh, Miriam Jean Blois-Sleigh, and Robert E.S. Sleigh.**
**Claim No. 109107, filed on September 21, 2022.**
Robert Sleigh and Miriam Jean Blois-Sleigh are spouses. They, with their son (Robert E.S. Sleigh), resided at the real property located at 4724 Sullivan Way, Santa Rosa, CA 95409. The Sleigh family owned and occupied this property during the North Bay Fires.

The Sleigh family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(186) Stuart Nixon and Robin Nixon.**
**Claim No. 109106, filed on September 21, 2022.**
Stuart Nixon and Robin Nixon are spouses. They resided at the real property located at 6388 Pine Valley Drive, Santa Rosa, CA 95409. The Nixon family owned and occupied this property during the North Bay Fires.

The Nixon family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their

damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(187) Barbara Croteau.**
**Claim No. 109104, filed on September 21, 2022.**
Barbara Croteau resided at the real property located at 3729 Hillary Court, Santa Rosa, CA 95403. She rented and occupied this property during the North Bay Fires.
Ms. Croteau's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(188) John Meserve and Denise Paup.**
**Claim No. 109102, filed on September 21, 2022.**
John Meserve and Denise Paup are partners. They resided at the real property located at 663 Adobe Canyon Road, Kenwood, CA 95452. The Meserve/Paup family owned and occupied this property during the North Bay Fires.
The Meserve/Paup family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(189) Merton Smith and Betsy Smith.**
**Claim No. 109101, filed on September 21, 2022.**
Merton Smith and Betsy are partners. They resided at the real property located at 241 Oak Shadow Drive, Santa Rosa, CA 95409. The Smith family owned and occupied this property during the North Bay Fires.
The Smith family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(190) Alicia Virtue.**
**Claim No. 109100, filed on September 21, 2022.**
Alicia Virtue resided at the real property located at 1994 Long Leaf Court, Santa Rosa, CA 95403. She owned and occupied this property during the North Bay Fires.
Ms. Virtue's personal property and residence was damaged from smoke, soot, and ash from the

North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(191) Bruce Hill and Kim Taddei.**
**Claim No. 109099, filed on September 21, 2022.**
Bruce Hill and Kim Taddei are partners. They resided at the real property located at 323 Twin Lakes Drive, Santa Rosa, CA 95409. The Hill/Taddei family rented and occupied this property during the North Bay Fires.

The Hill/Taddei family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(192) Marna Hill and Richard Hill.**
**Claim No. 109097, filed on September 21, 2022.**
Marna Hill and Richard Hill are spouses. They resided at the real property located at 6489 Sonoma Highway, Santa Rosa, CA 95409. The Hill family owned and occupied this property during the North Bay Fires.

The Hill family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(193) Fred Polkinghorn and Claudette Brero-Gow.**
**Claim No. 109095, filed on September 21, 2022.**
Fred Polkinghorn and Claudette Brero-Gow are friends. They resided at the real property located at 400 Oak Brook Place, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their

damages might be compensable), they reached out to counsel and filed their claim.

**(194) Cindi Clemence and Jeff Clemence.**
**Claim No. 109096, filed on September 21, 2022.**
Cindi Clemence and Jeff Clemence are spouses. They resided at the real property located at 417 Oak Vista Drive, Santa Rosa, CA 95409. The Clemence family owned and occupied this property during the North Bay Fires.
The Clemence family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(195) Jamie Hoyer and Kris Hoyer.**
**Claim No. 109089, filed on September 21, 2022.**
Jamie Hoyer and Kris Hoyer are spouses. They resided at the real property located at 1292 Dogwood Drive, Santa Rosa, CA 95403. The Hoyer family owned and occupied this property during the North Bay Fires.
The Hoyer family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(196) Linda Bornstein and Dan Bornstein.**
**Claim No. 109088, filed on September 21, 2022.**
Linda Bornstein and Dan Bornstein are spouses. They resided at the real property located at 5913 Featherlight Place, Santa Rosa, CA 95409. The Bornstein family owned and occupied this property during the North Bay Fires.
The Bornstein family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(197) Patti Perez and Louie Perez.**
**Claim No. 109087, filed on September 21, 2022.**
Patti Perez and Louie Perez are spouses. They resided at the real property located at 17897 San Carlos Drive, Sonoma, CA 95470. The Perez family owned and occupied this property during the North Bay Fires.
The Perez family's personal property and residence were damaged from smoke, soot, and ash

from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(198) Tim Metzger and Jill Metzger.**
**Claim No. 109094, filed on September 21, 2022.**
Tim Metzger and Jill Metzger are spouses.  They resided at the real property located at 16 Waldruhe Hts., Glen Ellen, CA 95442. The Metzger family owned and occupied this property during the North Bay Fires.

The Metzger family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(199) Alex Vayn and Irina Vayn.**
**Claim No. 109093, filed on September 21, 2022.**
Alex Vayn and Irina Vayn are spouses.  They resided at the real property located at 8932 Oakmont Drive, Santa Rosa, CA 95409. The Vayn family owned and occupied this property during the North Bay Fires.

The Vayn family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(200) Sarah Phelps, Thaddaeus Phelps, and Emmitt Phelps.**
**Claim No. 109092, filed on September 21, 2022.**
Sarah Phelps and Thaddaeus Phelps are spouses.  They, with their son (Emmitt Phelps) resided at the real property located at 502 Shady Acres Lane, Santa Rosa, CA 95409. The Phelps family rented and occupied this property during the North Bay Fires.

The Phelps family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(201) Judy Walters.**
**Claim No. 109125, filed on September 22, 2022.**
Judy Walters resided at the real property located at 9 Oak Forest Lane, Santa Rosa, CA 95409. She owned and occupied this property during the North Bay Fires.

Ms. Walters' personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(202) Mark Henschel, Adriana Henschel, Gabriel Henschel, Joseph Henschel, and Kai Addington.**
**Claim No. 109133, filed on September 22, 2022.**
Mark Henschel, Adriana Henschel, Gabriel Henschel, Joseph Henschel, and Kai Addington resided at the real property located at 4941 Klondike Court, Santa Rosa, CA 95409. The Henschel family owned and occupied this property during the North Bay Fires.

The Henschel family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(203) Kelly Gilligan, Stacey Gilligan, Connor Gilligan, and Brenna Gilligan.**
**Claim No. 109090, filed on September 21, 2022.**
Kelly Gilligan, Stacey Gilligan, Connor Gilligan, and Brenna Gilligan resided at the real property located at 5833 Yerba Buena Road, Santa Rosa, CA 95409. The Gilligan family owned and occupied this property during the North Bay Fires.

The Gilligan family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(204) Marc Woodworth and Merron Golden.**
**Claim No. 109128, filed on September 21, 2022.**
Marc Woodworth and Merron Golden resided at the real property located at 288 Cypress Avenue, Kenwood, CA 95452. They owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due

to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

### (205) Molly Cruit, Conor McDonald, and Penny McDonald.
### Claim No. 109132, filed on September 21, 2022.

Molly Cruit, Conor McDonald, and Penny McDonald resided at the real property located at 121 Griswold Avenue, Kenwood, CA 95452. They owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

### (206) Margaret Michelle Cambra and Hugh B. Cambra.
### Claim No. 109111, filed on September 22, 2022.

Margaret Michelle Cambra and Hugh B. Cambra are spouses. They resided at the real property located at 3609 Calistoga Road, Santa Rosa, CA 95404. They owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

### (207) Brittany Jo Green, Nicholas Daniel Green, and Madison Jo Green.
### Claim No. 109138, filed on September 22, 2022.

Brittany Jo Green, Nicholas Daniel Green, and Madison Jo Green resided at the real property located at 1919 Genoa Place, Santa Rosa, CA 95403. They rented and occupied this property during the North Bay Fires.

The Green family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Green family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

### (208) Jenna Holthouse Coffey, ChloeAnne Grace Coffey, and Bryce Erickson Coffey.
### Claim No. 109126, filed on September 22, 2022.

Jenna Holthouse Coffey, ChloeAnne Grace Coffey, and Bryce Erickson Coffey resided at the real property located at 619 Andrieux Street, Sonoma, CA 95476. They owned and occupied this property during the North Bay Fires.

The Coffey family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Coffey family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(209) Barbara Goodman.**
**Claim No. 109110, filed on September 22, 2022.**
Barbara Goodman resided at the real property located at 150 Stratford Way, Santa Rosa, CA 95401. She rented and occupied this property during the North Bay Fires.

Ms. Goodman's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(210) Jay R. Jensen, Jennifer C. Traver, and Travis R. Jensen.**
**Claim No. 109136, filed on September 22, 2022.**
Jay R. Jensen, Jennifer C. Traver, and Travis R. Jensen resided at the real property located at 607 Wild Oak Drive, Santa Rosa, CA 95409. They owned and occupied this property during the North Bay Fires.

The family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(211) Keith Alan Boxerman, Marsha Boxerman, and Hannah Rose Boxerman.**
**Claim No. 109127, filed on September 22, 2022–amended timely Claim No. 96306, filed on December 31, 2019.**
On December 31, 2019, Mr. Keith Alan Boxerman submitted a pro se, Claim No. 96306, claim for economic related damages relating to his dental practice (less than $20,000). At the time Mr. Boxerman submitted this claim, he had no knowledge of other possible claims, nor was he aware that other possible claims (i.e. emotional distress and nuisance) might be compensable through the FVT. His Wife (Marsha Boxerman) and his daughter (Rose Boxerman) were not included on Claim No. 96306. Likewise, none of these claimants were aware of the existence of any other possible claims (or compensability for any other possible claims) for emotional distress and/or nuisance.

The Boxerman family owned the real property located at 4757 Devonshire Place, Santa Rosa, CA 95405, where they resided during the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Boxerman family was unaware that these other and separate damages/injuries might be compensable whatsoever. The Boxerman family only recently learned in September of 2022 that claims for emotional distress and nuisance might be compensable. As such, they retained counsel and filed Claim No. 109127 on September 21, 2022.

The Boxerman family is requesting authorization from the Court that the late (amended) claim be accepted as timely and that they be authorized to submit a claims questionnaire for damages arising from the unknown claims for emotional distress and nuisance–and include the other claimants on the claim.

**(212) Rebecca Olibas, Brandon Olibas, Christine Olibas, Mary Varela, and Antonioa Varela.**
**Claim No. 109091, filed on September 22, 2022.**
Rebecca Olibas, Brandon Olibas, Christine Olibas, Mary Varela, and Antonioa Varela resided at the real property located at 5575 Monte Verde Drive, Santa Rosa, CA 95409 and 5577 Monte Verde Drive, Santa Rosa, CA 95409 (the granny unit). The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(213) Payton Fedrick and Vanessa Gallagher.**
**Claim No. 109122, filed on September 22, 2022.**
Payton Fedrick and Vanessa Gallagher resided at the real property located at 725 West College Avenue, Santa Rosa, CA 95401. The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(214) Chelsea Cheri Porter.**
**Claim No. 109112, filed on September 22, 2022.**
Chelsea Cheri Porter resided at the real property located at 5596 Fulton Road, Santa Rosa, CA 95403. She rented and occupied this property during the North Bay Fires.

Ms. Porter's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her

displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(215) Maatiana Ahmed.**
**Claim No. 109115, filed on September 22, 2022.**
Maatiana Ahmed resided at the real property located at 1562 Allan Way, Santa Rosa, CA 95404. She occupied this property during the North Bay Fires.

Ms. Ahmed's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(216) Mark Picano, Diego Picano, Gabriella Picano, and Analicia Guittierez.**
**Claim No. 109116, filed on September 22, 2022.**
Mark Picano, Diego Picano, Gabriella Picano, and Analicia Guittierez resided at the real property located at 1724 Swan Place, Santa Rosa, CA 95403. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(217) Dolores Irene Johnson.**
**Claim No. 109135, filed on September 22, 2022.**
Dolores Irene Johnson resided at the real property located at 150 Valley Oaks Drive, Santa Rosa, CA 95409. She owned and occupied this property during the North Bay Fires.

Ms. Johnson's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(218) Levi Lloyd, Karona Kincaide-Dallas, Dominique Lloyd, Alexis Lloyd, and Bobby Dallas.**
**Claim No. 109141, filed on September 22, 2022.**
Levi Lloyd, Karona Kincaide-Dallas, Dominique Lloyd, Alexis Lloyd, and Bobby Dallas resided at the real property located at 2225 Northview Street, Santa Rosa, CA 95403. The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(219) Christina Vasques.**
**Claim No. 109113, filed on September 22, 2022.**
Christina Vasques resided at the real property located at 2165 Erika Street, Santa Rosa, CA 95403. She rented and occupied this property during the North Bay Fires.

Ms. Vasques' personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(220) Sean Kaslar, Hayley Johnson Kaslar, Cydney Kaslar, and Billie Kaslar.**
**Claim No. 109139, filed on September 22, 2022.**
Sean Kaslar, Hayley Johnson Kaslar, Cydney Kaslar, and Billie Kaslar resided at the real property located at 5251 Beaumont Way, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(221) Danielle Rees [misspelled on claim; name is Danielle Reed]**
**Claim No. 109162, filed on September 22, 2022.**
Danielle Reed resided at the real property located at 850 Russell Avenue, M2, Santa Rosa, CA 95403. She rented and occupied this property during the North Bay Fires.

Ms. Reed's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(222) Julia Ann Garagliano.**
**Claim No. 109124, filed on September 22, 2022.**
Julia Ann Garagliano resided at the real property located at 1421 Slater Street, Santa Rosa, CA 95404. She rented and occupied this property during the North Bay Fires.
Ms. Garagliano's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(223) Justin Parvin, Gabrielle Johanna Heerema, and Aubrey Holland Parvin.**
**Claim No. 109146, filed on September 22, 2022.**
Justin Parvin, Gabrielle Johanna Heerema, and Aubrey Holland Parvin resided at the real property located at 2220 Fulton Road, Santa Rosa, CA 95403. The claimants rented and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(224) Noemi Ornelas, Julian Benjamin Guzman, Julius Joaquin Guzman, and Mia Nevaeh Guzman.**
**Claim No. 109172, filed on September 22, 2022.**
Noemi Ornelas, Julian Benjamin Guzman, Julius Joaquin Guzman, and Mia Nevaeh Guzman resided at the real property located at 2176 Citrine Way, Santa Rosa, CA 95404. The claimants rented and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(225) Kimberly Rae Ecklund, Brian Lee Ecklund, Mackenzie Rae Ecklund, Connor Lee Ecklund, and Austin Paul Ecklund.**
**Claim No. 109205, filed on September 22, 2022.**

Kimberly Rae Ecklund, Brian Lee Ecklund, Mackenzie Rae Ecklund, Connor Lee Ecklund, and Austin Paul Ecklund resided at the real property located at 5571 Sonoma Highway, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.


**(226) Cathy Lee Olsen.**
**Claim No. 109140, filed on September 22, 2022.**
Cathy Lee Olsen resided at the real property located at 2123 Stonefield Lane, Santa Rosa, CA 95403. She owned and occupied this property during the North Bay Fires.

Ms. Olsen's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.


**(227) Alivia Alvarez.**
**Claim No. 109108, filed on September 22, 2022.**
Alivia Alvarez resided at the real property located at 421 Denton Way, Santa Rosa, CA 95401. She rented and occupied this property during the North Bay Fires.

Ms. Alvarez's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.


**(228) Tony Pedrazzini, Melinda Pedrazzini, Nicholas Pedrazzini, and Drew Pedrazzini.**
**Claim No. 109109, filed on September 22, 2022.**
Tony Pedrazzini, Melinda Pedrazzini, Nicholas Pedrazzini, and Drew Pedrazzini resided at the real property located at 6055 St. Helena Road, Santa Rosa, CA 95404. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their

damages might be compensable), they reached out to counsel and filed their claim.

**(229) Shawn Mulligan, Allison Mulligan, Elizabeth Mulligan, and Martina Mulligan.**
**Claim No. 109119, filed on September 22, 2022.**
Shawn Mulligan, Allison Mulligan, Elizabeth Mulligan, and Martina Mulligan resided at the real property located at 1562 Lofty Perch Place, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(230) Jaime Robledo and Alejandro Mateo Robledo Martinez.**
**Claim No. 109120, filed on September 22, 2022.**
Jaime Robledo and Alejandro Mateo Robledo Martinez resided at the real property located at 155 Treadway Court, Cloverdale, CA 95425. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(231) Kathy Buskirk, Maynard Buskirk, and Rosanna Doherty.**
**Claim No. 109134, filed on September 22, 2022.**
Kathy Buskirk, Maynard Buskirk, and Rosanna Doherty resided at the real property located at 2999 Laughlin Road, Windsor, CA 95492. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(232) Joy Brooner and Jaiden Brooner.**
**Claim No. 109220, filed on September 22, 2022.**
Joy Brooner and Jaiden Brooner resided at the real property located at 1837 Sansone Drive, Santa Rosa, CA 95403. The claimants rented and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from

the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(233) Kimberly Denno, Emma Denno, and Wyatt Denno.**
**Claim No. 109144, filed on September 22, 2022.**
Kimberly Denno, Emma Denno, and Wyatt Denno resided at the real property located at 5031 Deerwood Drive, Santa Rosa, CA 95403.  The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(234) Paul David Taylor, Anamaria Taylor, Eliana Noelle Taylor, Elisha Geronimo Taylor, Levi Hawk Taylor, and Norah June Taylor.**
**Claim No. 109137, filed on September 22, 2022.**
Paul David Taylor, Anamaria Taylor, Eliana Noelle Taylor, Elisha Geronimo Taylor, Levi Hawk Taylor, and Norah June Taylor resided at the real property located at 1471 Tammy Way, Santa Rosa, CA 95401.  The claimants rented and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(235) Rigoberto Sotelo Ortiz, Erendira Contreras Medina, and Luis Angel Sotelo Contreras.**
**Claim No. 109143, filed on September 22, 2022.**
Rigoberto Sotelo Ortiz, Erendira Contreras Medina, and Luis Angel Sotelo Contreras resided at the real property located at 3015 Shasta Way, Santa Rosa, CA 95403.  The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their

damages might be compensable), they reached out to counsel and filed their claim.

**(236) William Rhett Marzett and Shawna M. Marzett.**
**Claim No. [need claim #], filed on September 22, 2022.**
William Rhett Marzett and Shawna M. Marzett resided at the real property located 2618 Coffey Lane, Santa Rosa, CA 95403. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(237) Susan Limoli.**
**Claim No. 109131, filed on September 22, 2022.**
Susan Limoli resided at the real property located at 191 White Oak Drive, Santa Rosa, CA 95409. She owned and occupied this property during the North Bay Fires.
Ms. Limoli's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(238) Linda Jones.**
**Claim No. 109208, filed on September 22, 2022.**
Linda Jones resided at the real property located at 193 White Oak Drive, Santa Rosa, CA 95409. She rented and occupied this property during the North Bay Fires.
Ms. Jones' personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(239) Sheryl Hoefling and Kathleen Crafton.**
**Claim No. 109152, filed on September 22, 2022.**
Sheryl Hoefling and Kathleen Crafton resided at the real property located 6698 Oakmont Drive, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due

to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(240) Mackenzie Woodruff Crane, Jeffrey Wayne Crane, and Sawyer Jeffrey Crane.**
**Claim No. 109142, filed on September 22, 2022.**

Mackenzie Woodruff Crane, Jeffrey Wayne Crane, and Sawyer Jeffrey Crane resided at the real property located 3058 Lamberson Court, Santa Rosa, CA 95403. The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(241) Darlene Lynn Elmore, Brian Edward Schudel, Hailey Madelynn Elmore, and Jake Edward Schudel.**
**Claim No. 109118, filed on September 22, 2022.**

Darlene Lynn Elmore, Brian Edward Schudel, Hailey Madelynn Elmore, and Jake Edward Schudel resided at the real property located 2334 Oak Knoll Drive, Santa Rosa, CA 95403. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(242) Steven L. Turmes.**
**Claim No. 109130, filed on September 22, 2022.**

Steven L. Turmes resided at the real property located at 191 Warm Springs Road, Kenwood, CA 95452. He owned and occupied this property during the North Bay Fires.

Mr. Turmes' personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, he fearfully evacuated his home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing his damages might be compensable), he reached out to counsel and filed his claim.

**(243) Brent Rinker and Janelle Nicole Rinker.**
**Claim No. 109218, filed on September 22, 2022.**

Brent Rinker and Janelle Nicole Rinker resided at the real property located 1317 Cashew Road, Santa Rosa, CA 95403. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

### (244) Mark Douglas, Erin Douglas, Markie Douglas, and Hailey Douglas.
### Claim No. 109123, filed on September 22, 2022.

Mark Douglas, Erin Douglas, Markie Douglas, and Hailey Douglas resided at the real property located 6609 Eastside Court, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

### (245) Gianfranco Pellegrini, Christina Pellegrini, Enzo Pellegrini, and Emilio Pellegrini.
### Claim No. 109217, filed on September 22, 2022.

Gianfranco Pellegrini, Christina Pellegrini, Enzo Pellegrini, and Emilio Pellegrini resided at the real property located 5518 Pepperwood Road, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

### (246) Alexandra Dido, Lee Dido, and Meadow Dido.
### Claim No. 109191, filed on September 22, 2022.

Alexandra Dido, Lee Dido, and Meadow Dido resided at the real property located 9480 Pajaro Lane, Forestville, CA 95436. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due

to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

### (247) Linda Malerbi.
**Claim No. 109121, filed on September 22, 2022.**
Linda Malerbi resided at the real property located at 950 Wild Oak Drive, Santa Rosa, CA 95404. She rented and occupied this property during the North Bay Fires.

Ms. Malerbi's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

### (248) Kevin Hickey and Therese Hickey.
**Claim No. 109156, filed on September 22, 2022.**
Kevin Hickey and Therese Hickey resided at the real property located 950 Wild Oak Drive, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

### (249) Helen Hamilton and Edra Ransom.
**Claim No. 109235, filed on September 22, 2022.**
Helen Hamilton and Edra Ransom resided at the real property located 1945 Piner Road, Space 80, Santa Rosa, CA 95404. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

### (250) Linda Puzas and Carole Puzas.
**Claim No. 109147, filed on September 22, 2022.**
Linda Puzas and Carole Puzas resided at the real property located 339 Mockingbird Circle, Santa

Rosa, CA 95409.  The claimants owned and occupied this property during the North Bay Fires. The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(251) Russell Larue Ahlgrim and Carol Jean Ahlgrim.**
**Claim No. 109170, filed on September 22, 2022.**
Russell Larue Ahlgrim and Carol Jean Ahlgrim resided at the real property located 7777 Lakeville Highway, Petaluma, CA 94954.  The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(252) Amanda Chapula, Russell Chapula, Bryson Chapula, Izaiah Chapula, and Wyatt Chapula.**
**Claim No. 109219, filed on September 22, 2022.**
Amanda Chapula, Russell Chapula, Bryson Chapula, Izaiah Chapula, and Wyatt Chapula resided at the real property located 109 Los Robles Avenue, Windsor, CA 95492.  The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(253) Tony Benedetti.**
**Claim No. 109161, filed on September 22, 2022.**
Tony Benedetti resided at the real property located at 2460 Calistoga Road, Santa Rosa, CA 95409.  She owned and occupied this property during the North Bay Fires.

Ms. Benedetti's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, she fearfully evacuated her home.  As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing her damages might be compensable), she

reached out to counsel and filed her claim.

**(254) Sondra Schopflin.**
**Claim No. 109167, filed on September 22, 2022.**
Sondra Schopflin resided at the real property located at 1900 Amy Avenue, Santa Rosa, CA 95401. She owned and occupied this property during the North Bay Fires.
Ms. Schopflin's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(255) Susan Kim DiGiampietro.**
**Claim No. 109175, filed on September 22, 2022.**
Susan Kim DiGiampietro resided at the real property located at 19341 Arkay Court, Sonoma, CA 95476. She owned and occupied this property during the North Bay Fires.
Ms. DiGiampietro's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(256) Peter Rossi and Lisa Rossi.**
**Claim No. 109151, filed on September 22, 2022.**
Peter Rossi and Lisa Rossi resided at the real property located at 5073 Algiers Avenue, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires. The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(257) Mikaela Brunecker.**
**Claim No. 109150, filed on September 22, 2022.**
Mikaela Brunecker resided at the real property located at 2165 Erika Street, Santa Rosa, CA 95403. She rented and occupied this property during the North Bay Fires.
Ms. Brunecker personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might

be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(258) Gina Tucker-Roghi, Michael Roghi, and Cameron Roghi.**
**Claim No. 109195, filed on September 22, 2022.**
Gina Tucker-Roghi, Michael Roghi, and Cameron Roghi resided at the real property located at 717 Montclair Drive, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(259) Michael Lindsay and Cynthia Lindsay.**
**Claim No. 109178, filed on September 22, 2022.**
Michael Lindsay and Cynthia Lindsay resided at the real property located at 4425 Lakeside Road, Glen Ellen, CA 95442. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(260) Jessica Russell, Jordyn Ann Russell, Jackson Andrew Russell, Jilian Avery Russell, and Jailyn Avail Russell.**
**Claim No. 109163, filed on September 22, 2022.**
Jessica Russell, Jordyn Ann Russell, Jackson Andrew Russell, Jilian Avery Russell, and Jailyn Avail Russell resided at the real property located at 42 Noonan Ranch Circle, Santa Rosa, CA 95403. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(261) Wesley Alex Anderson and Lynda Lee Anderson.**
**Claim No. 109174, filed on September 22, 2022.**
Wesley Alex Anderson and Lynda Lee Anderson resided at the real property located at 1837

Peterson Lane, Santa Rosa, CA 95403. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(262) Herbert Brasche and Ingrid Brasche.**
**Claim No. 109187, filed on September 22, 2022.**
Herbert Brasche and Ingrid Brasche resided at the real property located at 6364 Meadowridge Drive, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(263) Scott Braccialini, Summer Braccialini, Anthony Braccialini, and Tyler Braccialini.**
**Claim No. 109227, filed on September 22, 2022.**
Scott Braccialini, Summer Braccialini, Anthony Braccialini, and Tyler Braccialini resided at the real property located at 746 Montclair Drive, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(264) Ken Boeri and Virginia Lindsay.**
**Claim No. 109237, filed on September 22, 2022.**
Ken Boeri and Virginia Lindsay resided at the real property located at 4020 Lakeside Road, Glen Ellen, CA 95442. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their

damages might be compensable), they reached out to counsel and filed their claim.

**(265) Debora A. Ceruti.**
**Claim No. 109148, filed on September 22, 2022.**
Debora A. Ceruti resided at the real property located at 180 Bluebird Drive, Windsor, CA 95492. She owned and occupied this property during the North Bay Fires.
Ms. Ceruti personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(266) Christina Pratt-Ramos, Cameron Ramos, Logan Dale Golbek, Kai Allan Ramos, and Grace Jacqueline Ramoso.**
**Claim No. 109232, filed on September 23, 2022.**
Christina Pratt-Ramos, Cameron Ramos, Logan Dale Golbek, Kai Allan Ramos, and Grace Jacqueline Ramoso resided at the real property located at 6550 Bennett Valley Road, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(267) Emily Henicle.**
**Claim No. 109145, filed on September 22, 2022.**
Emily Henicle resided at the real property located at 5180 Santa Rosa Creek Drive, Santa Rosa, CA 95409. She owned and occupied this property during the North Bay Fires.
Ms. Henicle's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(268) Ryan Hollowell.**
**Claim No. 109117, filed on September 22, 2022.**
Ryan Hollowell resided at the real property located at 2206 Valdes Court, Santa Rosa, CA 95403. He rented and occupied this property during the North Bay Fires.
Mr. Hollowell's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, he fearfully evacuated her home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to

proximity of the zone of danger.

Due to substantial trauma relating to the fires, he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing his damages might be compensable), he reached out to counsel and filed his claim.

**(269) Anthony Reed and Christina Reed.**
**Claim No. 109196, filed on September 22, 2022.**
Anthony Reed and Christina Reed resided at the real property located at 850 Russell Avenue, Apt K3, Santa Rosa, CA 95403. The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(270) Phyllis Guttman.**
**Claim No. 109177, filed on September 22, 2022.**
Phyllis Guttman resided at the real property located at 208 Oak Shadow Drive, Santa Rosa, CA 95409. She owned and occupied this property during the North Bay Fires.

Ms. Guttman's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(271) Kathleen Bishop and Stephen Bishop.**
**Claim No. 109221, filed on September 22, 2022.**
Kathleen Bishop and Stephen Bishop resided at the real property located at 15 Glengreen Street, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(272) Daniel Fishman and Roslyn Fishman.**
**Claim No. 109154, filed on September 22, 2022.**
Daniel Fishman and Roslyn Fishman resided at the real property located at 424 Oak Vista Drive,

Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(273) Shannon Patricks.**
**Claim No. 109158, filed on September 22, 2022.**
Shannon Patricks resided at the real property located at 5522 Marit Drive, Santa Rosa, CA 95409. She owned and occupied this property during the North Bay Fires.

Ms. Patricks' personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(274) Nancy Gans, Dezarae Gans, Maxwell Gans, and Mahkaila Gans.**
**Claim No. 109155, filed on September 22, 2022.**
Nancy Gans, Dezarae Gans, Maxwell Gans, and Mahkaila Gans resided at the real property located at 775 Benicia Drive, Apt. 2, Santa Rosa, CA 95409. The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(275) Peggy Smith and Lynn Dyer.**
**Claim No. 109215, filed on September 22, 2022.**
Peggy Smith and Lynn Dyer resided at the real property located at 150 Jasie Lane, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(276) Abigail Roghi.**
**Claim No. 109228, filed on September 22, 2022.**
Abigail Roghi resided at the real property located at 717 Montclair Drive, Santa Rosa, CA 95409. She occupied this property during the North Bay Fires.
Ms. Roghi's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(277) Isabella Brunecker.**
**Claim No. 109225, filed on September 22, 2022.**
Isabella Brunecker resided at the real property located at 2165 Erika Street, Santa Rosa, CA 95403. She occupied this property during the North Bay Fires.
Ms. Brunecker's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(278) Jeanne DeLario and John Louis DeLario.**
**Claim No. 109212, filed on September 22, 2022.**
Jeanne DeLario and John Louis DeLario, as spouses, resided at the real property located at 4582 Pressley Road, Santa Rosa, CA 95404. The DeLario family owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(279) Wesley Raymond Anderson, Delores Jackson Anderson, Alyxandra Elise Anderson, and Jessamy Paige Anderson.**
**Claim No. 109174, filed on September 22, 2022.**
Wesley Raymond Anderson, Delores Jackson Anderson, Alyxandra Elise Anderson, and Jessamy Paige Anderson resided at the real property located at 2252 Nordyke Avenue, Santa Rosa, CA 95403. The Anderson family owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due

to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(280) Alan Lance Levinsohn and Raine Krystal Levinsohn.**
**Claim No. 109168, filed on September 23, 2022.**

Alan Lance Levinsohn and Raine Krystal Levinsohn, as spouses, resided at the real property located at 5815 Melita road, Santa Rosa, CA 95409. The Levinsohn family owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(281) John Sommerville and Henrietta Sommerville.**
**Claim No. 109169, filed on September 23, 2022.**

John Sommerville and Henrietta Sommerville, as spouses, resided at the real property located at 2119 Mission Blvd., Santa Rosa, CA 95409. The Sommerville family owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(282) Arthur Frey and Thelma Frey.**
**Claim No. 109164, filed on September 23, 2022.**

Arthur Frey and Thelma Fray, as spouses, resided at the real property located at 86 Estrella Drive, Santa Rosa, CA 95409. The Frey family owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(283) Aaryn Lewis, Griffin Lewis, Collin Lewis, and Audrey Lewis.**
**Claim No. 109233, filed on September 23, 2022.**

Aaryn Lewis, Griffin Lewis, Collin Lewis, and Audrey Lewis resided at the real property located at 467 Jacqueline Drive, Santa Rosa, CA 95405. The Lewis family owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(284) Vincent Ceruti.**
**Claim No. 109171, filed on September 23, 2022.**
Vincent Ceruti resided at the real property located at 180 Bluebird Drive, Windsor, CA 95492. He rented and occupied this property during the North Bay Fires.

Mr. Ceruti personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, he fearfully evacuated her home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing his damages might be compensable), he reached out to counsel and filed his claim.

**(285) Shelby Wagner and Nicholas Wagner.**
**Claim No. 109166, filed on September 23, 2022.**
Shelby Wagner and Nicholas Wagner, as spouses, resided at the real property located at 5056 Dupont Court East, Santa Rosa, CA 95409. The Wagner family rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(286) Katie Roghi.**
**Claim No. 109230, filed on September 23, 2022.**
Katie Roghi resided at the real property located at 717 Montclair Drive, Santa Rosa, CA 95409. She rented and occupied this property during the North Bay Fires.

Ms. Roghi's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she

reached out to counsel and filed her claim.

**(287) Julia Fernandez, David Fernandez, Brianna Fernandez, and Carina Fernandez.**
**Claim No. [no claim # assigned at time of filing], filed on September 23, 2022.**
Julia Fernandez, David Fernandez, Brianna Fernandez, and Carina Fernande resided at the real property located at 5404 Marit Drive, Santa Rosa, CA 95409. The Fernandez family owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(288) Barbara McAdams.**
**Claim No. 109226, filed on September 23, 2022.**
Barbara McAdams resided at the real property located at 933 Carquinez Avenue, Glen Ellen, CA 95442. She rented and occupied this property during the North Bay Fires.

Ms. McAdams' personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(289) Timothy Bruce, Lisa Bruce, Tanner Bruce, and Logan Bruce.**
**Claim No. 109240, filed on September 23, 2022.**
Timothy Bruce, Lisa Bruce, Tanner Bruce, and Logan Bruce resided at the real property located at 514 Drake Drive, Santa Rosa, CA 95409. The Bruce family owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(290) Donna Sommer.**
**Claim No. 109214, filed on September 24, 2022.**
Donna Sommer resided at the real property located at 4433 Lakeside Road, Glen Ellen, CA 95442. She owned and occupied this property during the North Bay Fires.

Ms. Sommer's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due

to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(291) Brandon Ruckrigl, Ana-Cristina Ruckrigl, and Vincent Ruckrigl.**
**Claim No. 109224, filed on September 24, 2022.**
Brandon Ruckrigl, Ana-Cristina Ruckrigl, and Vincent Ruckrigl resided at the real property located at 1903 Genoa Place, Santa Rosa, CA 95403. The Ruckrigl family owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(292) Laura De Paz and Carlos De Paz.**
**Claim No. 109211, filed on September 24, 2022.**
Laura De Paz and Carlos De Paz resided at the real property located at 1129 Baird Road, Santa Rosa, CA 95409. The De Paz family owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(293) John Irwin.**
**Claim No. 109179, filed on September 24, 2022.**
John Irwin resided at the real property located at 2165 Erica Street, Santa Rosa, CA 95403. He rented and occupied this property during the North Bay Fires.

Mr. Irwin's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, he fearfully evacuated her home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing his damages might be compensable), he reached out to counsel and filed his claim.

**(294) Dido Leet.**
**Claim No. 109210, filed on September 24, 2022.**
Dido Leet resided at the real property located at 2446 Westvale Court, Santa Rosa, CA 95403.

She rented and occupied this property during the North Bay Fires.

Ms. Leet's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(295) Regina Curfman Ott.**
**Claim No. 109186, filed on September 24, 2022.**
Regina Curfman Ott resided at the real property located at 700 Mountain Avenue, Unit B, Sonoma, CA 95476. She rented and occupied this property during the North Bay Fires.

Ms. Ott's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(296) Ester Jacob.**
**Claim No. 109182, filed on September 24, 2022.**
Ester Jacob resided at the real property located at 6328 Stone Bridge Road, Santa Rosa, CA 95409. She rented and occupied this property during the North Bay Fires.

Ms. Jacob's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(297) Hanns Ullrich and Margaret Ullrich.**
**Claim No. 109180, filed on September 24, 2022.**
Hanns Ullrich and Margaret Ullrich resided at the real property located at 7351 Oakmont Drive, Santa Rosa, CA 95409. The Ullrich family owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(298) Susan Wurtzel.**
**Claim No. 109231, filed on September 24, 2022.**
Susan Wurtzel resided at the real property located at 6386 Meadow Creek Court, Santa Rosa, CA 95409. She owned and occupied this property during the North Bay Fires.
Ms. Wurtzel's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(299) Jim May and Dawnell May.**
**Claim No. 109181, filed on September 24, 2022.**
Jim May and Dawnell May resided at the real property located at 3207 Fitzpatrick Court, Santa Rosa, CA 95404. The May family owned and occupied this property during the North Bay Fires. The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(300) Jose Gutierrez, Rosa Gutierrez, and Valentina Gutierrez.**
**Claim No. 109183, filed on September 24, 2022.**
Jose Gutierrez, Rosa Gutierrez, and Valentina Gutierrez resided at the real property located at 3555 Sweetgum Court, Santa Rosa, CA 95403. The Gutierrez family owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(301) Neil Linneball and Diane Linneball.**
**Claim No. 109185, filed on September 24, 2022.**
Neil Linneball and Diane Linneball resided at the real property located at 331 Meadowridge Lane, Santa Rosa, CA 95409. The Linneball family owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their

damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(302) Burt Schraga and Karen Schraga.**
**Claim No. 109190, filed on September 24, 2022.**
Burt Schraga and Karen Schraga resided at the real property located at 370 Riven Rock Court, Santa Rosa, CA 95409. The Schraga family owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(303) Carolyn Rouse and John Rouse.**
**Claim No. 109223, filed on September 24, 2022.**
Carolyn Rouse and John Rouse resided at the real property located at 9433 Oak Trail Circle, Santa Rosa, CA 95409. The Rouse family owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(304) Carolyn M. Kokemor.**
**Claim Nos. 109188, filed on September 24, 2022, and 86975, filed on October 23, 2019.**
On October 23, 2019, Carolyn M. Kokemor submitted a pro se, Claim No. 86975, claim for "loss of food, refrigerator & pantry due to fire–evacuated 3 weeks." At the time claimant submitted this claim, she had no knowledge of other possible claims, nor was she aware that other possible claims (i.e. emotional distress and nuisance) might be compensable through the FVT.

Claimant owned the real property located at  326 Stone Creek Circle, Santa Rosa, CA 95409, where she resided during the North Bay Fires. During the fires, she evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, claimant was unaware that these other and separate damages/injuries might be compensable whatsoever. Claimant only recently learned in September of 2022 that claims for emotional distress and nuisance might be compensable. As such, she retained counsel and filed Claim No. 109188 on September 24, 2022.

Claimant is requesting authorization from the Court that the late (amended) claim be accepted as timely and that she be authorized to submit a claims questionnaire for damages arising from the unknown claims for emotional distress and nuisance.

**(305) Tristen Smith.**
**Claim No. 109189, filed on September 24, 2022.**
Tristen Smith resided at the real property located at 507 Benicia Drive, Santa Rosa, CA 95409. He rented and occupied this property during the North Bay Fires.
Mr. Smith's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, he fearfully evacuated her home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing his damages might be compensable), he reached out to counsel and filed his claim.

**(306) Natasha Williams and Tyler Williams.**
**Claim No. 109202, filed on September 24, 2022.**
Natasha Williams and Tyler Williams resided at the real property located at 507 Benicia Drive, Santa Rosa, CA 95409. The Williams family rented and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(307) Shayla Lowry.**
**Claim No. 109206, filed on September 24, 2022.**
Shayla Lowry resided at the real property located at 507 Benicia Drive, Santa Rosa, CA 95409. She rented and occupied this property during the North Bay Fires.
Ms. Lowry's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(308) Melissa Agocs.**
**Claim No. 109193, filed on September 24, 2022.**
Melissa Agocs resided at the real property located at 327 Stone Creek Circle, Santa Rosa, CA 95409. She rented and occupied this property during the North Bay Fires.
Ms. Agocs' personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In

or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(309) Dawn Longoria and Frank Longoria.**
**Claim No. 109153, filed on September 24, 2022.**
Dawn Longoria and Frank Longoria resided at the real property located at 331 Mockingbird Circle, Santa Rosa, CA 95409. The Longoria family rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(310) Jodi Peterson, Robert Peterson, Madeline Peterson, and Simon Peterson.**
**Claim No. 109209, filed on September 24, 2022.**
Jodi Peterson, Robert Peterson, Madeline Peterson, and Simon Peterson resided at the real property located at 2534 Sam Drive, Santa Rosa, CA 95403. The Peterson family owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(311) Mary Stinson and Oliver Stinson.**
**Claim No. 109197, filed on September 25, 2022.**
Mary Stinson and Oliver Stinson resided at the real property located at 251 Mockingbird Circle, Santa Rosa, CA 95409. The Stinson family owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(312) Kathleen Patterson, Kenneth Patterson, and Melissa Patterson.**
**Claim No. 109173, filed on September 25, 2022.**
Kathleen Patterson, Kenneth Patterson, and Melissa Patterson resided at the real property located at 219 Persimmon Place, Windsor, CA 95492. The Patterson family rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(313) Claudia del Real Marquez, Alexis del Real Marquez, Aliyahna del Real Marquez, Ismael del Real Marquez, and Isidro del Real Marquez.**
**Claim No. 109199, filed on September 25, 2022.**
Claudia del Real Marquez, Alexis del Real Marquez, Aliyahna del Real Marquez, Ismael del Real Marquez, and Isidro del Real Marquez resided at the real property located at 2121 Camellia Court, Santa Rosa, CA 95407. The del Real Marquez family rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(314) Susan Lynn.**
**Claim No. 109160, filed on September 25, 2022.**
Susan Lynn resided at the real property located at 11 Oak Forest Lane, Santa Rosa, CA 95409. She rented and occupied this property during the North Bay Fires.

Ms. Lynn's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(315) Sterling Tipton.**
**Claim No. 109200, filed on September 25, 2022.**
Sterling Tipton resided at the real property located at 1524 Lance Drive, Santa Rosa, CA 95401. He rented and occupied this property during the North Bay Fires.

Mr. Tipson's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, he fearfully evacuated her home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing his damages might be compensable), he reached out to counsel and filed his claim.

**(316) John Barrett and Gail Barrett.**
**Claim No. 109194, filed on September 25, 2022.**
John Barrett and Gail Barrett resided at the real property located at 7166 Overlook Drive, Santa Rosa, CA 95409. The Barrett family owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(317) Kelly Jo Darling von York and Peter John von York.**
**Claim No. 109165, filed on September 25, 2022.**
Kelly Jo Darling von York and Peter John von York resided at the real property located at 9404 Los Guilicos Avenue, Kenwood, CA 95452. The Barrett family owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(318) Lannie Jones, Joseph Azevedo, and Eva Azevedo.**
**Claim No. 109129, filed on September 22, 2022.**
Lannie Jones, Joseph Azevedo, and Eva Azevedo resided at the real property located at 2603 Rancho Cabeza Drive, Santa Rosa, CA 95404. The Jones/Azevedo family owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(319) Alexander Krohn and Katie Jahn.**
**Claim No. 109176, filed on September 22, 2022.**
Alexander Krohn and Katie Jahn resided at the real property located at 2231 Iron Bark Drive, Santa Rosa, CA 95403. The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due

to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(320) Emily Violet DeMeo.**
**Claim No. 109203, filed on September 26, 2022.**
Emily Violet DeMeo resided at the real property located at 478 Emily Rose Circle, Windsor, CA 95492. She rented and occupied this property during the North Bay Fires.

Ms. DeMeo's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(321) Eunice LaDell Escola.**
**Claim No. 109201, filed on September 26, 2022.**
Eunice LaDell Escola resided at the real property located at 356 Brey Road, Santa Rosa, CA 95409. She owned and occupied this property during the North Bay Fires.

Ms. Escola's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(322) Christopher Charles Bowland.**
**Claim No. 109198, filed on September 26, 2022.**
Christopher Charles Boland resided at the real property located at 4005 Barnes road, Santa Rosa, CA 95403. He owned and occupied this property during the North Bay Fires.

Mr. Boland's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, he fearfully evacuated her home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing his damages might be compensable), he reached out to counsel and filed his claim.

**(323) Patrizio Castellani, Irene Castellani, Paola Castellani, and Peter Castellani.**
**Claim No. 109222, filed on September 26, 2022.**
Patrizio Castellani, Irene Castellani, Paola Castellani, and Peter Castellani resided at the real property located at 6745 Sonoma Highway, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

### (324) Mirjam de Rijk and Tony de Rijk.
### Claim No. 108968, filed on September 16, 2022.

Mirjam de Rijk and Tony de Rijk resided at the real property located at 114 Larkfield Drive, Santa Rosa, CA 95403. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

### (325) Maureen Lynch, Daniel Winter, and Madison Winter.
### Claim No. 109085, filed on September 21, 2022.

Maureen Lynch, Daniel Winter, and Madison Winter resided at the real property located at 1536 Cabernet Circle, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

### (326) Susan Cobos.
### Claim No. 109333, filed on September 26, 2022.

Susan Cobos resided at the real property located at 51 Autumn Leaf Drive, Santa Rosa, CA 95409. She owned and occupied this property during the North Bay Fires.

Ms. Cobos' personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(327) John Gregory Lawson.**
**Claim No. 109314, filed on September 26, 2022.**
John Gregory Lawson resided at the real property located at 5733 Marsh Hawk Drive, Santa Rosa, CA 95409.  He owned and occupied this property during the North Bay Fires.
Mr. Lawson's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, he fearfully evacuated her home.  As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing his damages might be compensable), he reached out to counsel and filed his claim.

**(328) Dennis Korte and Kathy Korte.**
**Claim No. 109335, filed on September 26, 2022.**
Dennis Korte and Kathy Korte resided at the real property located at 7551 Ferroggiaro Way, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(329) Elisabeth Keating and James Keating.**
**Claim No. 109285, filed on September 26, 2022.**
Elisabeth Keating and James Keating resided at the real property located at 6327 Meadow Ridge Drive, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(330) Yvonne Boudreau.**
**Claim Nos. 109330, filed on September 26, 2022, and 95186, filed on December 31, 2019.**
On December 31, 2019, Yvonne Boudreau submitted a pro se, Claim No. 95186, claim for economic damages.  At the time claimant submitted this claim, she had no knowledge of other possible claims, nor was she aware that other possible claims (i.e. emotional distress and nuisance) might be compensable through the FVT.  Ms. Boudreau does not recall receiving any funds whatsoever relating to the timely claim–especially not relating to non-economic damages. Claimant owned the real property located at 1917 Holiday Street, Santa Rosa, CA 95403, where she resided during the North Bay Fires.  During the fires, she evacuated her home.  As a result of

her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, claimant was unaware that these other and separate damages/injuries might be compensable whatsoever. Claimant only recently learned in September of 2022 that claims for emotional distress and nuisance might be compensable. As such, she retained counsel and filed Claim No. 109330 on September 26, 2022.

Claimant is requesting authorization from the Court that the late (amended) claim be accepted as timely and that she be authorized to submit a claims questionnaire for damages arising from the unknown claims for emotional distress and nuisance.

**(331) Sandy Passot.**
**Claim No. 109326, filed on September 27, 2022.**
Sandy Passot resided at the real property located at 346 Benicia Drive, Santa Rosa, CA 95409. She owned and occupied this property during the North Bay Fires. Ms. Passot also operated a business during the North Bay Fires, located at 6572 Oakmont Drive, Santa Rosa, CA 95409

Ms. Passot's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger. Moreover, her business was also substantially impacted.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(332) Claudia Levin and David Wargin.**
**Claim No. 109307, filed on September 27, 2022.**
Claudia Levin and David Wargin resided at the real property located at 5376 Sharon Court, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(333) Dianna Marie Novy.**
**Claim No. 109331, filed on September 26, 2022.**
Dianna Marie Novy resided at the real property located at 1058 Elsbree Lane, Windsor, CA 95492. She owned and occupied this property during the North Bay Fires.

Ms. Novy's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she

reached out to counsel and filed her claim.

**(334) Thomas J. Tucker and Rita J. Tucker.**
**Claim No. 109272, filed on September 26, 2022.**
Thomas J. Tucker and Rita J. Tucker resided at the real property located at 1385 Tucker Road, Calistoga, CA 94515. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(335) Andrea Chappell.**
**Claim No. 109273, filed on September 27, 2022.**
Andrea Chappell resided at the real property located at 460 Shady Acres Lane, Santa Rosa, CA 95409. She occupied this property during the North Bay Fires.

Ms. Chappell's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(336) Paul Costigan.**
**Claim No. 109262, filed on September 27, 2022.**
Paul Costigan resided at the real property located at 1288 Moon Mountain Road, Sonoma, CA 95476. He owned and occupied this property during the North Bay Fires.

Mr. Costigan's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, he fearfully evacuated her home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing his damages might be compensable), he reached out to counsel and filed his claim.

**(337) Mike Taber, Michelle Taber, and Macy Taber.**
**Claim No. 109267, filed on September 27, 2022.**
Mike Taber, Michelle Taber, and Macy Taber resided at the real property located at 1337 Zachary Place, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due

to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(338) Mary Lord.**
**Claim No. 109242, filed on September 27, 2022.**
Mary Lord resided at the real property located at 208 Mockingbird Circle, Santa Rosa, CA 95409. She owned and occupied this property during the North Bay Fires.

Ms. Lord's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(339) Luz del Carmen Reyes Amezcua, Gladys Arias Montes, Cecilia Paola Reyes Amezcua, and Stephanie Mora Arias.**
**Claim No. 109339, filed on September 27, 2022.**
Luz del Carmen Reyes Amezcua, Gladys Arias Montes, Cecilia Paola Reyes Amezcua, and Stephanie Mora Arias resided at the real property located at 1463 Range Avenue, #204, Santa Rosa, CA 95403. The claimants rented and occupied this property during the North Bay Fires. The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(340) Nanette Garner and Steve Garner.**
**Claim No. 109334, filed on September 27, 2022.**
Nanette Garner and Steve Garner resided at the real property located at 327 Belhaven Place, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(341) Madeline Gonzalez and Jesse Gonzalez.**
**Claim No. 109261, filed on September 27, 2022.**

Madeline Gonzalez and Jesse Gonzalez resided at the real property located at 600 Benicia Drive, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(342) Harry Seder and Karin Seder.**
**Claim No. 109259, filed on September 27, 2022.**
Harry Seder and Karin Seder resided at the real property located at 1856 Streiff Lane, Santa Rosa, CA 95404. The claimants owned and occupied this property during the North Bay Fires. The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(343) Heather Bacci, Les Dunkley, Dominic Bacci, Lexi Benninghofen, and Kadie Benninghofen.**
**Claim No. 109278, filed on September 27, 2022.**
Heather Bacci, Les Dunkley, Dominic Bacci, Lexi Benninghofen, and Kadie Benninghofen resided at the real property located at 1968 Gardenview Court, Santa Rosa, CA 95403. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(344) Diane K. Boyer and Walter R. Juchert.**
**Claim No. 109255, filed on September 27, 2022.**
Diane K. Boyer and Walter R. Juchert resided at the real property located at 224 Mockingbird Circle, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their

damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(345) Jose Lozano Hernandez, Norma Hernandez, Israel Lopez, Marina Santos, and Eliceo Cazares.**
**Claim No. 109254, filed on September 27, 2022.**
Jose Lozano Hernandez, Norma Hernandez, Israel Lopez, Marina Santos, and Eliceo Cazares resided at the real property located at 923 West 8th Street, Santa Rosa, CA 95407.  The claimants rented and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(346) Will Dithrich and Carmen Garcia Castillo.**
**Claim No. 109263, filed on September 27, 2022.**
Will Dithrich and Carmen Garcia Castillo resided at the real property located at 5199 Badger Road, Santa Rosa, CA 95409.  The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(347) Mary Helen Franze.**
**Claim No. 109252, filed on September 27, 2022.**
Mary Helen Franze resided at the real property located at 241 Pitt Avenue, Sebastopol, CA 95472.  She rented and occupied this property during the North Bay Fires.
Ms. Lord's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, she fearfully evacuated her home.  As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(348) Sarah Duran Levine, Jesse Levine, Ellie Levine, Dutch Levine, and Suzanne Duran.**
**Claim No. 109251, filed on September 27, 2022.**

Sarah Duran Levine, Jesse Levine, Ellie Levine, Dutch Levine, and Suzanne Duran resided at the real property located at 49 Mountain Avenue, Sonoma, CA 95476. The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

### (349) Robert Montgomery and Kathleen Ryan Montgomery.
### Claim No. 109250, filed on September 27, 2022.

Robert Montgomery and Kathleen Ryan Montgomery resided at the real property located at 35 Royal Gorge, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

### (350) Mark Allen Wilson, Urula Silva, Michael Moss, and Penelope Otero Wilson.
### Claim No. 109249, filed on September 27, 2022.

Mark Allen Wilson, Urula Silva, Michael Moss, and Penelope Otero Wilson resided at the real property located at 1720 Cork Tree Lane, Santa Rosa, CA 95404. The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

### (351) Erik Thorson and Laura Thorson.
### Claim No. 109269, filed on September 27, 2022.

Erik Thorson and Laura Thorson resided at the real property located at 1957 Peterson Lane, Santa Rosa, CA 95403. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their

damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(352) Dorrine Conrad and Ann Ver Planck.**
**Claim Nos. 109336, filed on September 27, 2022, and 6859 filed on August 13, 2019.**
On August 13, 2019, Ann Ver Planck submitted a pro se, Claim No. 6859, claim for "$500" relating to "loss of all food in refrigerator and freezer." At the time claimant submitted this claim, she had no knowledge of other possible claims, nor was she aware that other possible claims (i.e. emotional distress and nuisance) might be compensable through the FVT. Moreover, Dorrine Conrad was also not listed on this claim.

Claimants owned the real property located at 24 Autumn Leaf Drive, Santa Rosa, CA 95409, where they resided during the North Bay Fires. During the fires, they evacuated her home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, claimants were unaware that these other and separate damages/injuries might be compensable whatsoever. Claimants only recently learned in September of 2022 that claims for emotional distress and nuisance might be compensable. As such, they retained counsel and filed Claim No. 109336 on September 27, 2022.

Claimants are requesting authorization from the Court that the late (amended) claim be accepted as timely, to include the additional claims for relief and add Dorrine Conrad, and that they be authorized to submit a claims questionnaire for damages arising from the unknown claims for emotional distress and nuisance.

**(353) Dennis Martino.**
**Claim No. 109274, filed on September 27, 2022.**
Dennis Martino resided at the real property located at 781 Brush Creek Lane, Santa Rosa, CA 95404. He owned and occupied this property during the North Bay Fires.

Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, he fearfully evacuated her home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing his damages might be compensable), he reached out to counsel and filed his claim.

**(354) Jerry Bertram and Wendy Bertram.**
**Claim No. 109340, filed on September 27, 2022–amended timely Claim No. 86010, filed on October 21, 2019.**
On October 21, 2019, Jerry Bertram and Wendy Bertram submitted a pro se, Claim No. 86010, claim for "3 weeks lodging". At the time they submitted this claim, they had no knowledge of other possible claims, nor were they aware that other possible claims (i.e. emotional distress and nuisance) might be compensable through the FVT (as non-economic damages). Neither claimant was were aware of the existence of any possible claims (or compensability for any possible claims) for emotional distress and/or nuisance.

The Bertram family owned the real property located at 2909 Old Bennett Ridge Road, Santa Rosa, CA 95409, where they resided during the North Bay Fires. During the fires, they were required to evacuate her home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Bertram family was unaware that these other and separate damages/injuries might be compensable whatsoever. The Bertram family only recently learned (from friends and family) in August/September of 2022 that claims for emotional distress and nuisance might be compensable. As such, they retained counsel and filed Claim No. 109340 on September 27, 2022.

The Bertram family is requesting authorization from the Court that the late (amended) claim be accepted as timely and that they be authorized to submit a claims questionnaire for damages arising from the unknown claims for emotional distress and nuisance.

**(355) Barbara Owens and Craig Owens.**
**Claim No. 109294, filed on September 27, 2022.**

Barbara Owens and Craig Owens resided at the real property located at 1709 Walnut Creek Drive, Santa Rosa, CA 95403. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(356) Richard Callahan, Cameron Callahan, Savannah M. Steffen, and Briona Hendren.**
**Claim No. 109276, filed on September 27, 2022.**

Richard Callahan, Cameron Callahan, Savannah M. Steffen, and Briona Hendren resided at the real property located at 5329 Sunnybrook Court, Santa Rosa, CA 95403. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(357) Marcelle Dominguez and Robert Butler.**
**Claim No. 109284, filed on September 27, 2022.**

Marcelle Dominguez and Robert Butler resided at the real property located at 1568 South Fitch Mountain Road, Healdsburg, CA 95448. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(358) Mark DeMeo.**
**Claim No. 109453, filed on September 27, 2022.**
Mark DeMeo resided at the real property located at 1136 Rachel Lane, Windsor, CA 95492. He owned and occupied this property during the North Bay Fires.

Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, he fearfully evacuated her home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing his damages might be compensable), he reached out to counsel and filed his claim.

**(359) Scott Warrack Wilkinson, Karen Juul Wilkinson, Rowan Thomas Wilkinson, and Amy Catherine Wilkinson.**
**Claim No. 109411, filed on September 27, 2022.**
Scott Warrack Wilkinson, Karen Juul Wilkinson, Rowan Thomas Wilkinson, and Amy Catherine Wilkinson resided at the real property located at 2353 Murdock Drive, Santa Rosa, CA 95404. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(360) Chad Dutt.**
**Claim No. 109281, filed on September 27, 2022.**
Chad Dutt resided at the real property located at 2446 Westvale Court, Santa Rosa, CA 95403. He rented and occupied this property during the North Bay Fires.

Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, he fearfully evacuated her home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing his damages might be compensable), he reached out to counsel and filed his claim.

**(361) John B. Acocella and Linda J. Acocella.**
**Claim No. 109306, filed on September 27, 2022.**
John B. Acocella and Linda J. Acocella resided at the real property located at 2936 Santa Marta Court, Santa Rosa, CA 95405. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(362) Mary Myers.**
**Claim No. 109342, filed on September 27, 2022.**
Mary Myers resided at the real property located at 173 Valley Lakes Drive, Santa Rosa, CA 95409. She owned and occupied this property during the North Bay Fires.
Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(363) Kristine Ehrenport, Jeffrey Ehrenport, David Shilling, and Matthew Shilling.**
**Claim No. 109243, filed on September 27, 2022.**
Kristine Ehrenport, Jeffrey Ehrenport, David Shilling, and Matthew Shilling resided at the real property located at 2472 Burnt Oak Drive, Santa Rosa, CA 95401. The claimants rented and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(364) Margaret Mary Fraze and Ryan Fraze.**
**Claim No. 109244, filed on September 27, 2022.**
Margaret Mary Fraze and Ryan Fraze resided at the real property located at 5634 Kathleen Court, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(365) Joey Ross Burtner.**
**Claim No. 109245, filed on September 27, 2022–amending Claim No. 55367, filed on October 14, 2019.**
On October 14, 2019, Mr. Joey Ross Burtner submitted a pro se, Claim No. 55367, claim for

business disruption and economic damages relating to "Zen Electric," his business. At the time Mr. Burtner submitted this claim, he had no knowledge of other possible claims, nor was he aware that other possible claims (i.e. emotional distress and nuisance) might be compensable through the FVT. Mr. Burtner was not aware of the existence of any possible claims (or compensability for any possible claims) for emotional distress and/or nuisance (and/or any other non-economic damages).

Mr. Burtner rented the real property located at 1024 Modoc Drive, Santa Rosa, CA 95403, where he resided during the North Bay Fires. During the fires, he was required to evacuate his home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, Mr. Burtner was unaware that these other and separate damages/injuries might be compensable whatsoever. Mr. Burtner only recently learned in August/September of 2022 that claims for emotional distress and nuisance might be compensable. As such, he retained counsel and filed Claim No. 109245 on September 27, 2022. Mr. Burtner is requesting authorization from the Court that the late (amended) claim be accepted as timely and that he be authorized to submit a claims questionnaire for damages arising from the unknown claims for emotional distress and nuisance.

**(366) Deanne Wilburn and Steven C. Wilburn.**
**Claim No. 109293, filed on September 27, 2022.**
Deanne Wilburn and Steven C. Wilburn resided at the real property located at 4733 Burns Court, Santa Rosa, CA 95405. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(367) Lucas Chapin.**
**Claim No. 109286, filed on September 27, 2022.**
Lucas Chapin resided at the real property located at 101 Elliott Avenue, Apt. 22, Santa Rosa, CA 95401. He rented and occupied this property during the North Bay Fires.

Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, he fearfully evacuated her home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing his damages might be compensable), he reached out to counsel and filed his claim.

**(368) Christine Dechert.**
**Claim No. 109309, filed on September 27, 2022.**
Christine Dechert resided at the real property located at 431 Denton Way, Santa Rosa, CA 95401. She rented and occupied this property during the North Bay Fires.

Claimant's personal property and residence was damaged from smoke, soot, and ash from the

North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(369) Steven C. Wilburn DMD**
**Claim No. 109287, filed on September 27, 2022.**
Steven C. Wilburn is a dental business that was substantially impacted by the 2017 North Bay Fires. Mr. Wilburn evacuated his home during the fires and his dental practice was substantially impacted, which was located at 4755 Hoen Avenue, Santa Rosa, CA 95405.

As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger. His business also suffered.

Due to substantial trauma relating to the fires, he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing his damages might be compensable), he reached out to counsel and filed his claim.

**(370) Ted S. Stashak and Gloria E. Stashak.**
**Claim No. 109288, filed on September 27, 2022.**
Ted S. Stashak and Gloria E. Stashak resided at the real property located at 937 Los Alamos Road, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(371) Jason Andrew Lea, Anna Ruddell Lea, and Ivy Jane Lea.**
**Claim No. 109469, filed on September 27, 2022.**
Jason Andrew Lea, Anna Ruddell Lea, and Ivy Jane Lea resided at the real property located at 4828 Burlington Street, Santa Rosa, CA 95405. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(372) Keri Vellis, Theodore Vellis, Michael Vellis, Madilyn Vellis, Katie Vellis, Emily Vellis, and Sara Vellis.**

**Claim No. 109292, filed on September 27, 2022.**

Keri Vellis, Theodore Vellis, Michael Vellis, Madilyn Vellis, Katie Vellis, Emily Vellis, and Sara Vellis resided at the real property located at 5019 Boulder Lane, Santa Rosa, CA 95405. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(373) Damone Gordon.**
**Claim No. 109337, filed on September 27, 2022.**

Damone Gordon resided at the real property located at 2759 Desert Rose Lane, Santa Rosa, CA 95407. He rented and occupied this property during the North Bay Fires.

Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, he fearfully evacuated her home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing his damages might be compensable), he reached out to counsel and filed his claim.

**(374) Sharon Jones and Justis Jones.**
**Claim No. 109297, filed on September 27, 2022.**

Sharon Jones and Justis Jones resided at the real property located at 5080 Rincon Avenue, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(375) Jolene Boyadjieff, Dylan Boyadjieff, and Matt Boyadjieff.**
**Claim No. 109430, filed on September 27, 2022.**

Jolene Boyadjieff, Dylan Boyadjieff, and Matt Boyadjieff resided at the real property located at 3890 Mountain Home Ranch Road, Calistoga, CA 94515. The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their

damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(376) Phillip Marvier.**
**Claim No. 109246, filed on September 27, 2022.**
Phillip Marvier resided at the real property located at 420 Woodly Way, Santa Rosa, CA 95409. He owned and occupied this property during the North Bay Fires.
Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, he fearfully evacuated her home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing his damages might be compensable), he reached out to counsel and filed his claim.

**(377) Holly Lynn Seibold, Eric George Seibold, Shaylynne Elaine Seibold, Reese Aly Seibold, and Griffin Rowdie Seibold.**
**Claim No. 109247, filed on September 27, 2022.**
Holly Lynn Seibold, Eric George Seibold, Shaylynne Elaine Seibold, Reese Aly Seibold, and Griffin Rowdie Seibold resided at the real property located at 5972 San Aleso Court, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(378) Carl Joseph Ricco.**
**Claim No. 109422, filed on September 27, 2022.**
Carl Joseph Ricco resided at the real property located at 17850 Highway 116, Guerneville, CA 95446. He rented and occupied this property during the North Bay Fires.
Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, he fearfully evacuated her home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing his damages might be compensable), he reached out to counsel and filed his claim.

**(379) Martin Gutierrez, Jose Gutierrez, Carlota Gutierrez, Brianna Gutierrez, Emma Sanchez, and Alejandra Gutierrez.**
**Claim No. 109279, filed on September 27, 2022.**
Martin Gutierrez, Jose Gutierrez, Carlota Gutierrez, Brianna Gutierrez, Emma Sanchez, and Alejandra Gutierrez resided at the real property located at 5199 Old Redwood Hwy., #42, Santa

Rosa, CA 95403.  The claimants rented and occupied this property during the North Bay Fires. The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(380) Robert Mason and Barbara E. Van Arkel Mason.**
**Claim No. 109405, filed on September 27, 2022.**
Robert Mason and Barbara E. Van Arkel Mason resided at the real property located at 7757 Lakeville Highway, Petaluma, CA.  The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(381) Robert Jorin and Catherine Jorin.**
**Claim No. 109431, filed on September 27, 2022.**
Robert Jorin and Catherine Jorin resided at the real property located at 5902 Sunhawk Drive, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(382) Michael Patrick Hampton, Pamela Tammetta Hampton, and Trinity Tammetta Hampton.**
**Claim No. 109291, filed on September 27, 2022.**
Michael Patrick Hampton, Pamela Tammetta Hampton, and Trinity Tammetta Hampton resided at the real property located at 5948 San Aleso Court, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims

Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(383) Megan Sayre, Daniel Sayre, Atley Sayare, and Lyla Sayre.**
**Claim No. 109277, filed on September 27, 2022.**
Megan Sayre, Daniel Sayre, Atley Sayare, and Lyla Sayre resided at the real property located at 1321 Casher Road, Santa Rosa, CA 95403. The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(384) Frank Beurskens and Jeanne Beurskens.**
**Claim No. 109248, filed on September 27, 2022.**
Frank Beurskens and Jeanne Beurskens resided at the real property located at 339 Belhaven Circle, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(385) Bonnie Ramos and Danilo Ramos.**
**Claim No. 109241, filed on September 27, 2022.**
Bonnie Ramos and Danilo Ramos resided at the real property located at 6552 Bennett Valley Road, Santa Rosa, CA 95404. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(386) Susan Hagen.**
**Claim No. 109271, filed on September 27, 2022.**
Susan Hagen resided at the real property located at 6706 Oakmont Drive, Santa Rosa, CA 95409. She owned and occupied this property during the North Bay Fires.

Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(387) Tacoma Kapustka, Dana Ingram, Pierce Kapustka, Reese Kapustka, and Allison Kapustka.**
**Claim No. 109275, filed on September 27, 2022.**
Tacoma Kapustka, Dana Ingram, Pierce Kapustka, Reese Kapustka, and Allison Kapustka resided at the real property located at 1405 Snowy Egret Drive, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(388) Hans Lans.**
**Claim No. 109295, filed on September 27, 2022.**
Hans Lans resided at the real property located at 409 Ridgegreen Drive, Santa Rosa, CA 95409. He owned and occupied this property during the North Bay Fires.

Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, he fearfully evacuated her home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing his damages might be compensable), he reached out to counsel and filed his claim.

**(389) Craig Dawson, Kelli Dawson, Logan Dawson, and Trenton Dawson.**
**Claim No. 109359, filed on September 27, 2022.**
Craig Dawson, Kelli Dawson, Logan Dawson, and Trenton Dawson resided at the real property located at 1405 Snowy Egret Drive, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(390) John Ewing.**
**Claim No. 109369, filed on September 27, 2022.**
John Ewing resided at the real property located at 409 Ridgegreen Drive, Santa Rosa, CA 95409. He owned and occupied this property during the North Bay Fires.

Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, he fearfully evacuated her home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing his damages might be compensable), he reached out to counsel and filed his claim.

**(391) Ryan Petersen, Christy Petersen, Miles Petersen, Max Petersen, and Simon Petersen.**
**Claim No. 109283, filed on September 27, 2022.**
Ryan Petersen, Christy Petersen, Miles Petersen, Max Petersen, and Simon Petersen resided at the real property located at 5716 Marsh Hawk Drive, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(392) Patrick Culley.**
**Claim No. 109344, filed on September 27, 2022.**
Patrick Culley resided at the real property located at 2315 Lomitas Avenue, Apt. 107, Santa Rosa, CA 95404. He rented and occupied this property during the North Bay Fires.

Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, he fearfully evacuated her home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing his damages might be compensable), he reached out to counsel and filed his claim.

**(393) Veronica Broedel.**
**Claim No. 109299, filed on September 27, 2022.**
Veronica Broedel resided at the real property located at 7 Oak Shadow Place, Santa Rosa, CA 95409. She owned and occupied this property during the North Bay Fires.

Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In

or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(394) Santos Vasquez.**
**Claim No. 109308, filed on September 27, 2022.**
Santos Vasquez resided at the real property located at 409 Ridge Green Drive, Santa Rosa, CA 95409.  He rented and occupied this property during the North Bay Fires.
Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, he fearfully evacuated her home.  As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing his damages might be compensable), he reached out to counsel and filed his claim.

**(395) Douglas J. Drennan, Monique Drennan, and Gavin Drennan.**
**Claim No. 109432, filed on September 27, 2022.**
Douglas J. Drennan, Monique Drennan, and Gavin Drennan resided at the real property located at 5629 Dupont Drive, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(396) Amanda Vollstedt and Isabella Vollstedt.**
**Claim No. 109305, filed on September 27, 2022.**
Amanda Vollstedt and Isabella Vollstedt resided at the real property located at 167 Dechene Avenue, Sonoma, CA. The claimants rented and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(397) Steve Perkins and Linda Perkins.**
**Claim No. 109302, filed on September 27, 2022.**
Steve Perkins and Linda Perkins resided at the real property located at 4022 West Olivet Road, Santa Rosa, CA 95401.  The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from

the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(398) Terry Grimm and Roseann Grimm.**
**Claim No. 109300, filed on September 27, 2022.**
Terry Grimm and Roseann Grimm resided at the real property located at 589 Adobe Canyon Road, Kenwood, CA 95452. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(399) David Holt and Susan Holt.**
**Claim No. 109301, filed on September 27, 2022.**
David Holt and Susan Holt resided at the real property located at 8790 Graton Rd., Sebastopol, CA 95742. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(400) Danielle Marie Flint and Steven Glenn Flint.**
**Claim No. 109303, filed on September 27, 2022.**
Danielle Marie Flint and Steven Glenn Flint resided at the real property located at 2151 Hastings Court, Santa Rosa, CA 95405. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(401) Kathleen D. McCallum and Paul McCallum.**

**Claim No. 109366, filed on September 27, 2022.**

Kathleen D. McCallum and Paul McCallum resided at the real property located at 4821 Westminster Place, Santa Rosa, CA 95405. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(402) Kera Jones, Richard Jones, Branden Jones, Aric Jones, John Watkins, and Patricia Forbes.**
**Claim No. 109371, filed on September 27, 2022.**

Kera Jones, Richard Jones, Branden Jones, Aric Jones, John Watkins, and Patricia Forbes resided at the real property located at 5077 Rincon Avenue, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(403) Ty Caton, Kristen Caton, Connor Brooke Caton, and Kendall Julianne Caton.**
**Claim No. 109304, filed on September 27, 2022. [Claim No. 109357 for same Claimant was erroneously filed]**

Ty Caton, Kristen Caton, Connor Brooke Caton, and Kendall Julianne Caton resided at the real property located at 1045 Fryer Creek Drive, Sonoma, CA 95476. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(404) Sharon Bailey, Forrest Bailey, Claire Bailey, and Nathan Bailey.**
**Claim No. [claim # unassigned at time of filing], filed on September 27, 2022.**

Sharon Bailey, Forrest Bailey, Claire Bailey, and Nathan Bailey resided at the real property located at 5997 Vista Ridge, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their

displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(405) Alejandra Hernandez Cruz, Giovanni Farias, Lizbeth Reyna Cruz, Rogelio Nicholas Ortiz, Brandon Esparza, Yaretzy Magana, and Mateo Nicholas.**
**Claim No. 109258, filed on September 27, 2022.**
Alejandra Hernandez Cruz, Giovanni Farias, Lizbeth Reyna Cruz, Rogelio Nicholas Ortiz, Brandon Esparza, Yaretzy Magana, and Mateo Nicholas resided at the real property located at 345 Chadwick Place, Santa Rosa, CA 95401. The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(406) Justin Giles.**
**Claim No. 109368, filed on September 27, 2022.**
Justin Giles resided at the real property located at 2627 Calistoga Road, Santa Rosa, CA 95409. He rented and occupied this property during the North Bay Fires.

Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, he fearfully evacuated her home.  As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing his damages might be compensable), he reached out to counsel and filed his claim.

**(407) Sishawna Fessenden.**
**Claim No. 109320, filed on September 27, 2022.**
Sishawna Fessenden resided at the real property located at 987 Mark West Springs Road, Santa Rosa, CA 95404.  She rented and occupied this property during the North Bay Fires.

Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, she fearfully evacuated her home.  As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(408) Katherine Wilson, Adam Wilson, Adam Wilson (son), and Amadeus Wilson.**

**Claim No. 109311, filed on September 27, 2022.**

Katherine Wilson, Adam Wilson, Adam Wilson (son), and Amadeus Wilson resided at the real property located at 1328 New York Drive, Santa Rosa, CA 95401. The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(409) Ken Tran and Lan Tran**
**Claim No. 109338, filed on September 27, 2022.**

Ken Tran and Lan Tran resided at the real property located at 5800 River Road, Santa Rosa, CA 95401 and owned a separate rental property in Santa Rosa. The claimants owned and occupied this property during the North Bay Fires, and owned their rental property at the same time.

The claimants' personal property, residence, and rental property were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger. They were also lost their tenants and were unable to fill the vacancy in their rental.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(410) Paula Elizabeth Trejo Maldonado, Adrian Ochoa Valencia, and Antonio Ochoa Trejo.**
**Claim Nos. 108882, filed on August 31, 2022, and 109000, filed on September 18, 2022.**

Paula Elizabeth Trejo Maldonado, with her father (Adrian Ochoa Valencia) and her son (Antonio Ochoa Trejo), resided at the real property located at 324 Butterfly Lane, Apt. G6, Santa Rosa, CA 95407. The parties rented and occupied this property during the North Bay Fires.

The parties' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

The initial Claim, No. 108882, erroneously excluded Paula Elizabeth Trejo Maldonado's son. It was amended to include her son, with Claim No. 109000. The prior Claim has been accepted as timely and the parties only seek authorization to include Ms. Maldonado's son in the amended Claim, No. 109000.

**(411) Danielle Norlund, Ryan Rummonds, Colby Norlund, Tysen Norlund, Rylee Rummonds, and Logan Rummonds.**
**Claim No. 109312, filed on September 27, 2022.**

Danielle Norlund, Ryan Rummonds, Colby Norlund, Tysen Norlund, Rylee Rummonds, and Logan Rummonds resided at the real property located at 509 Oak Lake Drive, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from

the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(412) Jenni Mathis, Ryan Mathis, Spencer Mathis, and Emily Mathis.**
**Claim No. 109352, filed on September 27, 2022.**
Jenni Mathis, Ryan Mathis, Spencer Mathis, and Emily Mathis resided at the real property located at 1331 Rivera Court, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(413) Andrea Rodriguez, Bill Jereb, Dylan Jereb, and Devin Jereb.**
**Claim No. 109332, filed on September 27, 2022.**
Andrea Rodriguez, Bill Jereb, Dylan Jereb, and Devin Jereb resided at the real property located at 5733 Reynaud Court, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(414) Lindsay Harriman (formerly Lindsay Moylan).**
**Claim No. 109313, filed on September 27, 2022.**
Lindsay Harriman resided at the real property located at 4088 Parker Hill Road, Santa Rosa, CA 95404.  She occupied this property, which was owned by her parents, during the North Bay Fires.

Claimant's personal property and residence were destroyed and damaged from smoke, soot, ash, and fire from the North Bay Fires.  During the fires, she fearfully evacuated her home, which was later destroyed by the North Bay Fires.  As a result of her displacement, and loss of her home, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(415) Christopher Rossi, Criss Rossi, Kiera Rossi, and Colin Rossi.**
**Claim No. 109315, filed on September 28, 2022.**
Christopher Rossi, Criss Rossi, Kiera Rossi, and Colin Rossi resided at the real property located at 94 Vale Street, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(416) Christopher Fraze, Alison Fraze, Danni Fraze, and Aidan Fraze.**
**Claim No. 109268, filed on September 27, 2022.**
Christopher Fraze, Alison Fraze, Danni Fraze, and Aidan Fraze resided at the real property located at 408 Tamara Way, Windsor, CA 95492. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(417) Patrick Joseph Berry, Jenifer Tyler Berry, and Hayden Mackay Berry.**
**Claim No. 109361, filed on September 28, 2022.**
Patrick Joseph Berry, Jenifer Tyler Berry, and Hayden Mackay Berry resided at the real property located at 2010 Leafgreen Drive, Santa Rosa, CA 95405. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(418) Michael Stephen Tosti and Jody Gay Tosti.**
**Claim No. 109316, filed on September 28, 2022.**
Michael Stephen Tosti and Jody Gay Tosti resided at the real property located at 1210 Rincon Meadows Corut, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due

to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(419) Tina Kalberg and Eugean Smith.**
**Claim No. 109318, filed on September 28, 2022.**
Tina Kalberg and Eugean Smith resided at the real property located at 500 Lincoln Avenue, Napa, CA 94558. The claimants owned and occupied this property during the North Bay Fires. The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(420) Adam Armstrong Lewis.**
**Claim No. 109319, filed on September 28, 2022.**
Adam Armstrong Lewis resided at the real property located at 467 Jacqueline Drive, Santa Rosa, CA 95405. He owned and occupied this property during the North Bay Fires.

Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, he fearfully evacuated her home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing his damages might be compensable), he reached out to counsel and filed his claim.

**(421) John Pahr and Marilyn A. Pahr.**
**Claim No. 109321, filed on September 28, 2022.**
John Pahr and Marilyn A. Pahr resided at the real property located at 412 Oak Mesa Drive, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires. The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(422) Carol Nast and Debbie Miller.**
**Claim No. 109323, filed on September 28, 2022.**
Carol Nast and Debbie Miller resided at the real property located at 1230 White Oak Drive, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(423) Ryan Parker.**
**Claim No. 109322, filed on September 28, 2022.**
Ryan Parker resided at the real property located at 1542 Manzanita, Santa Rosa, CA 95409. He rented and occupied this property during the North Bay Fires.

Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, he fearfully evacuated her home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing his damages might be compensable), he reached out to counsel and filed his claim.

**(424) Tracey Shannon.**
**Claim No. 109328, filed on September 28, 2022.**
Tracey Shannon resided at the real property located at 1542 Manzanita, Santa Rosa, CA 95409. She owned and occupied this property during the North Bay Fires.

Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(425) Karalynn Mills.**
**Claim No. 109324, filed on September 28, 2022.**
Karalynn Mills resided at the real property located at 609 Davis Street, Santa Rosa, CA 95401. She rented and occupied this property during the North Bay Fires.

Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(426) Kristopher Austin, Tyanna Austin, Isaiah Austin, Elija Austin, and Tsinina Austin.**
**Claim No. 109327, filed on September 28, 2022.**

Kristopher Austin, Tyanna Austin, Isaiah Austin, Elija Austin, and Tsinina Austin resided at the real property located at 2022 Red Oak Circle, Santa Rosa, CA 95403. The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(427) Dahnja Straub.**
**Claim No. 109325, filed on September 28, 2022.**
Dahnja Straub resided at the real property located at 807 Whitney Way, Petaluma, CA 94954. She owned and occupied this property during the North Bay Fires.

Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(428) Janet Thomas [erroneously spelled Thompson in the POC], Jacques Gandolfo, Jacques Roger Gandolfo Monk, Julia Gandolfo Monk, Yveline Gandolfo Monk, and Jacques Arcadius Gandolfo Monk.**
**Claim No. 109329, filed on September 28, 2022.**
Janet Thomas, Jacques Gandolfo, Jacques Roger Gandolfo Monk, Julia Gandolfo Monk, Yveline Gandolfo Monk, and Jacques Arcadius Gandolfo Monk resided at the real property located at 2320 Calistoga Road, Santa Rosa, CA 95404. Ms. Thompson owned the property and the other claims either rented and/or occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(429) Robert Schiro, Abigale Argue, and Bronwyn Argue.**
**Claim No. 109358, filed on September 28, 2022.**
Robert Schiro, Abigale Argue, and Bronwyn Argue resided at the real property located at 807 Whitney Way, Petaluma, CA 94954. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due

to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(430) Diane Naylor and Anita Eastland.**
**Claim No. 109351, filed on September 28, 2022.**

Diane Naylor and Anita Eastland resided at the real property located at 8838 Hood Mountain Circle, Santa Rosa, CA 95404. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(431) Higinia Leon Barragon, Yuliana Leon, Valeria Leon, and Pedro Leon.**
**Claim No. 109360, filed on September 28, 2022.**

Higinia Leon Barragon, Yuliana Leon, Valeria Leon, and Pedro Leon resided at the real property located at 720 Dutton Avenue, Apt. 19, Santa Rosa, CA 95407. The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(432) Gabriela Medina, Cesar Castillo, Nubia Dominguez, Irving Castillo, and Itzia Castillo.**
**Claim No. 109364, filed on September 28, 2022.**

Gabriela Medina, Cesar Castillo, Nubia Dominguez, Irving Castillo, and Itzia Castillo resided at the real property located at 3018 Coffee Lane, No. 2, Santa Rosa, CA 95403. The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(433) Mark Hermsen, Joy Hermsen, Annelise Hermsen, and Zoe Hermsen.**

**Claim No. 109354, filed on September 28, 2022.**

Mark Hermsen, Joy Hermsen, Annelise Hermsen, and Zoe Hermsen resided at the real property located at 3024 Santa Margarita Court, Santa Rosa, CA 95405. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(434) Donna Natale, Nick Natale, Kyle Thomas, Stephanie Thomas, Brooke Natale, and Joseph Woodcock.**

**Claim No. 109353, filed on September 28, 2022.**

Donna Natale, Nick Natale, Kyle Thomas, Stephanie Thomas, Brooke Natale, and Joseph Woodcock resided at the real property located at 4984 Old Redwood Highway, Santa Rosa, CA 95403. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(435) John Powell Renfree, Anne Lucia Renfree, Kristen Aileen Renfree, and Angelina Katherine Renfree.**

**Claim No. 109350, filed on September 28, 2022.**

John Powell Renfree, Anne Lucia Renfree, Kristen Aileen Renfree, and Angelina Katherine Renfree resided at the real property located at 6010 Melita Road, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(436) Darrin Smith, Douglas Smith, and Damien Smith.**

**Claim No. 109438, filed on September 28, 2022.**

Darrin Smith, Douglas Smith, and Damien Smith resided at the real property located at 1885 Windmill Circle, Santa Rosa, CA 95403. The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their

displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.


**(437) Ronald Botelho.**
**Claim No. 109365, filed on September 28, 2022.**
Ronald Botelho resided at the real property located at 5353 Stow Circle, Santa Rosa, CA 95409. He owned and occupied this property during the North Bay Fires.

Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, he fearfully evacuated her home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing his damages might be compensable), he reached out to counsel and filed his claim.


**(438) Gudrun Roller and Elfred Roller.**
**Claim No. 109348, filed on September 28, 2022.**
Gudrun Roller and Elfred Roller resided at the real property located at 7021 Oakmont Drive, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.


**(439) Michelle Keys, Jason Keys, Eden Keys, Cooper Keys, and Walker Keys.**
**Claim No. 109406, filed on September 28, 2022.**
Michelle Keys, Jason Keys, Eden Keys, Cooper Keys, and Walker Keys resided at the real property located at 827 Montrose Court, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(440) April Harrington, Devin Edward Harrington, Sadie Harrington, and Anthony Harrington.**
**Claim Nos. 108667, filed on June 30, 2022, and [claim # unassigned at time of filing], filed on September 28, 2022.**

April Harrington, Devin Edward Harrington, Sadie Harrington, and Anthony Harrington resided at the real property located at 2275 Claiborne Circles, Santa Rosa, CA 95403. The claimants owned and occupied this property during the North Bay Fires.

The Claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around June 2022 (shortly after realizing their damages might be compensable), they filed a pro se claim, No. 108667. Shortly thereafter, in September of 2022, they hired counsel to assist them with their claim and counsel amended the claim, with Claim No. _____. The Claimants now seek to deem Claim No. _____ as timely.

**(441) Jesse S. Gonzalez III, Carrie-Brook Gonzalez, and Carmella Gonzalez.**
**Claim No. 109372, filed on September 28, 2022.**

Jesse S. Gonzalez III, Carrie-Brook Gonzalez, and Carmella Gonzalez resided at the real property located at 924 Middle Rincon Road, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(442) Danielle Morgan, Dave Morgan, Jack Morgan, and Sam Morgan.**
**Claim No. 109380, filed on September 28, 2022.**

Danielle Morgan, Dave Morgan, Jack Morgan, and Sam Morgan resided at the real property located at 5411 Shallows Place West, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(443) Chloe Crockett and Morgan Grimm.**
**Claim No. 109416, filed on September 28, 2022.**

Chloe Crockett and Morgan Grimm resided at the real property located at 4211 Wake Robin Drive, Glen Ellen, CA 95442. The claimants owned and occupied this property during the North

Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

### (444) Allison De Toffoli and Alfredo De Toffoli.
### Claim No. 109455, filed on September 28, 2022.

Allison De Toffoli and Alfredo De Toffoli resided at the real property located at 5530 El Encanto Circle, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

### (445) Amber Guidry, Malcolm Jordan, Ella Jordan, and Saudra Jordan.
### Claim No. 109347, filed on September 28, 2022.

Amber Guidry, Malcolm Jordan, Ella Jordan, and Saudra Jordan resided at the real property located at 1480 Hawk Crest Place, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

### (446) Charlyne Pautsch.
### Claim No. 109376, filed on September 28, 2022.

Charlyne Pautsch resided at the real property located at 13460 Arnold Drive, Glen Ellen, CA 95442. She owned and occupied this property during the North Bay Fires.

Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(447) Jessica Strachan, Thomas Kimball, Pflipsen Kimball, and Tallulah Kimball.**
**Claim No. [claim # unassigned at time of filing], filed on September 28, 2022.**
Jessica Strachan, Thomas Kimball, Pflipsen Kimball, and Tallulah Kimball resided at the real property located at 1039 Chauvet Road, Glen Ellen, CA 95442. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(448) Stephen Banks and Anna MacKay Banks.**
**Claim No. 109346, filed on September 28, 2022.**
Stephen Banks and Anna MacKay Banks resided at the real property located at 965 Stone Castle Lane, Santa Rosa, CA 95405. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(449) Mary Lynette Avery.**
**Claim No. 109382, filed on September 28, 2022.**
Mary Lynette Avery resided at the real property located at 850 Russell Avenue, Apt M4, Santa Rosa, CA 95403. She rented and occupied this property during the North Bay Fires.

Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(450) Josef Dethlefsen.**
**Claim No. 109375, filed on September 28, 2022.**
Josef Dethlefsen resided at the real property located at 4843 Hoen Avenue, Santa Rosa, CA 95405. He rented and occupied this property during the North Bay Fires.

Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, he fearfully evacuated her home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing his damages might be compensable), he reached out to counsel and filed his claim.

**(451) John Raymond Noble.**
**Claim No. 109379, filed on September 28, 2022.**
John Raymond Noble resided at the real property located at 3339 Yulupa Avenue, Santa Rosa, CA 95405. He owned and occupied this property during the North Bay Fires.
Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, he fearfully evacuated her home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing his damages might be compensable), he reached out to counsel and filed his claim.

**(452) Barbara June Bernette.**
**Claim No. 109349, filed on September 28, 2022.**
Barbara June Bernette resided at the real property located at 6279 Meadowbreeze Court, Santa Rosa, CA 95409. She owned and occupied this property during the North Bay Fires.
Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(453) Anthony Hunter, Grace Hunter, Alija Hunter, Aiden Hunter, and Abella Hunter.**
**Claim No. 109410, filed on September 28, 2022.**
Anthony Hunter, Grace Hunter, Alija Hunter, Aiden Hunter, and Abella Hunter resided at the real property located at 1732 Randon Way, Santa Rosa, CA 95403. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(454) Doug Atwood, Lisa Chaney Atwood, Nicholas Atwood, and Gage Atwood.**
**Claim No. 109362, filed on September 28, 2022.**
Doug Atwood, Lisa Chaney Atwood, Nicholas Atwood, and Gage Atwood resided at the real property located at 4470 Lakeside Road, Glen Ellen, CA 95442. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(455) Jesse Long, Kathryn Long, and Birdie Long.**
**Claim No. 109363, filed on September 28, 2022.**
Jesse Long, Kathryn Long, and Birdie Long resided at the real property located at 17524 Balsam Avenue, Sonoma, CA 95476. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(456) Cynthia Guinney and Lawrence Guinney.**
**Claim No. 109356, filed on September 28, 2022.**
Cynthia Guinney and Lawrence Guinney resided at the real property located at 1714 San Ramon Way, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(457) Betsy Boes and Scott Boes.**
**Claim No. 109378, filed on September 28, 2022.**
Betsy Boes and Scott Boes resided at the real property located at 2302 Claiborne Circle, Santa Rosa, CA 95403. The claimants rented and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(459) Richard M. Abazia and Evalena Abazia.**
**Claim No. 109400, filed on September 28, 2022.**
Richard M. Abazia and Evalena Abazia resided at the real property located at 4714 Devonshire Place, Santa Rosa, CA 95405. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(459) Marjorie Favuzzi and Dominick Favuzzi.**
**Claim No. 109385, filed on September 28, 2022.**
Marjorie Favuzzi and Dominick Favuzzi resided at the real property located at 5264 Yerba Buena Road, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(460) George Swan, Robyn Swan, Bailey Swan, Geordyn Swan, and Deovyn Swan.**
**Claim No. 109377, filed on September 28, 2022.**
George Swan, Robyn Swan, Bailey Swan, Geordyn Swan, and Deovyn Swan resided at the real property located at 252 Somerville Road, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(461) Brenda Miller [incorrectly spelled Brenda Mill on her Proof of Claim]**
**Claim No. 109370, filed on September 28, 2022.**
Brenda Miller resided at the real property located at 431 Beaver Street, Apt. 308, Santa Rosa, CA 95404. She rented and occupied this property during the North Bay Fires.

Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(462) Barry McBride, Jennifer V. Zunino, and Aidan M. McBride.**
**Claim No. 109381, filed on September 28, 2022.**
Barry McBride, Jennifer V. Zunino, and Aidan M. McBride resided at the real property located at 2206 Old Ranch Place, Santa Rosa, CA 95405. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(463) Neil Foster, George Foster, and Vanessa Villarreal.**
**Claim No. 109383, filed on September 28, 2022.**
Neil Foster, George Foster, and Vanessa Villarreal resided at the real property located at 1823 Bella Vista Way, Santa Rosa, CA 95404. The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(464) Frank Swierupski and Anita Swierupski.**
**Claim No. 109399, filed on September 28, 2022.**
Frank Swierupski and Anita Swierupsk resided at the real property located at 207 Warm Springs road, Kenwood, CA 95452. The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(465) Mathew Boudreau and Kimberly Boudreau.**
**Claim No. 109398, filed on September 28, 2022.**
Mathew Boudreau and Kimberly Boudreau resided at the real property located at 1917 Holiday

Street, Santa Rosa, CA 95403.  The claimants occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(466) Thomas Garland, Adriana Garland, Sophia Garland, and Shaelyn Garland.**
**Claim No. 109386, filed on September 28, 2022.**
Thomas Garland, Adriana Garland, Sophia Garland, and Shaelyn Garland resided at the real property located at 108 Jutta Way, Windsor, CA 95492.  The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(467) Tatiana Hubbard.**
**Claim No. 109387, filed on September 28, 2022.**
Tatiana Hubbard resided at the real property located at 431 Beaver Street, Santa Rosa, CA 95404.  She rented and occupied this property during the North Bay Fires.

Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, she fearfully evacuated her home.  As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(468) Johana Herrera, D'Angelo Copeland Herrera, and Destiny Copeland Herrera.**
**Claim No. 109397, filed on September 28, 2022.**
Johana Herrera, D'Angelo Copeland Herrera, and Destiny Copeland Herrera resided at the real property located at 331 Algiers Court, Santa Rosa, CA 95409.  The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their

damages might be compensable), they reached out to counsel and filed their claim.

**(469) Marel Ponseti.**
**Claim No. 109394, filed on September 28, 2022.**
Marel Ponseti resided at the real property located at 2956 Oakmont Drive, Santa Rosa, CA 95409.  She rented and occupied this property during the North Bay Fires.
Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, she fearfully evacuated her home.  As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(470) Alicia De La Cruz, Alicia Villanueva, Jorge De La Cruz, Oscar De La Cruz, Alejandro De La Cruz, and Alondra Villanueva.**
**Claim No. 109396, filed on September 28, 2022.**
Alicia De La Cruz, Alicia Villanueva, Jorge De La Cruz, Oscar De La Cruz, Alejandro De La Cruz, and Alondra Villanueva resided at the real property located at 850 Russell Avenue, Apt. D12, Santa Rosa, CA 95403.  The claimants rented and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(471) Michael Schroeter and Linda Schroeter.**
**Claim No. 109434, filed on September 28, 2022.**
Michael Schroeter and Linda Schroeter resided at the real property located at 546 Woodridge Road, Geyserville, CA 95441.  The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(472) Ellen Denise Gross, Thomas Gross, and Lauren Gross.**
**Claim No. 109395, filed on September 28, 2022.**
Ellen Denise Gross, Thomas Gross, and Lauren Gross resided at the real property located at 6577 Bennett Valley Road, Santa Rosa, CA 95404.  The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

### (473) Andrew Alan Christopherson, Lisa Christopherson, Marlie Christopherson, and Sam Christopherson.
### Claim No. 109414, filed on September 28, 2022.

Andrew Alan Christopherson, Lisa Christopherson, Marlie Christopherson, and Sam Christopherson resided at the real property located at 2870 Creekside Raod, Santa Rosa, CA 95405. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

### (474) Patricia Fink and Michael Fink.
### Claim No. 109419, filed on September 28, 2022.

Patricia Fink and Michael Fink resided at the real property located at 5522 Dupont Drive, Santa Rosa, CA 95409. The claimants rented and occupied this property during the North Bay Fires. The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

### (475) John Kevin Calhoun, Bernadette Calhoun, John Kevin Calhoun (son), and Andrew Calhoun.
### Claim No. 109420, filed on September 28, 2022.

John Kevin Calhoun, Bernadette Calhoun, John Kevin Calhoun (son), and Andrew Calhoun resided at the real property located at 854 Montrose Court, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their

damages might be compensable), they reached out to counsel and filed their claim.

**(476) Rachel Flores, Angelica Garcia, Alyna Garcia, Juan Garcia, and Stephanie Flores. Claim No. 109393, filed on September 28, 2022.**

Rachel Flores, Angelica Garcia, Alyna Garcia, Juan Garcia, and Stephanie Flores resided at the real property located at 2002 Jackrabbit Court, Santa Rosa, CA 95403. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(477) Matthew Smith and Bilal Shahid. Claim No. 109392, filed on September 28, 2022.**

Matthew Smith and Bilal Shahid resided at the real property located at 3217 Broken Twig Lane, Santa Rosa, CA 95404. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(478) David A. Tribbey, Joslyn Tribbey, and Henry Tribbey. Claim No. 109409, filed on September 28, 2022.**

David A. Tribbey, Joslyn Tribbey, and Henry Tribbey resided at the real property located at 858 Montrose Court, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(479) Ty Comstock and Barb Comstock. Claim No. 109388, filed on September 28, 2022.**

Ty Comstock and Barb Comstock resided at the real property located at 1780 Stillwater Place, Santa Rosa, CA 95403. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from

the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

### (480) Kevin J. McCullough, Catherine A. McCullough, and Ryan P. McCullough. Claim No. 109475, filed on September 28, 2022.

Kevin J. McCullough, Catherine A. McCullough, and Ryan P. McCullough resided at the real property located at 605 Arrigoni Court, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

### (481) Jon DeVault, Teri DeVault, and Bethany DeVault. Claim No. 109413, filed on September 28, 2022.

Jon DeVault, Teri DeVault, and Bethany DeVault resided at the real property located at 541 Drake Drive, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

### (482) Mark Alan McWilliams, Jennifer McWilliams, Jacob McWilliams, Pierce McWilliams, Macie McWilliams, and Margaret McWilliams. Claim No. 109415, filed on September 28, 2022.

Mark Alan McWilliams, Jennifer McWilliams, Jacob McWilliams, Pierce McWilliams, Macie McWilliams, and Margaret McWilliams resided at the real property located at 216 Lorraine Court, Healdsburg, CA 95448. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their

damages might be compensable), they reached out to counsel and filed their claim.

**(483) Stacy Leveroni, Joe Gilliam, Brooke Billiam, and Bill Gilliam.**
**Claim No. 109417, filed on September 28, 2022.**
Stacy Leveroni, Joe Gilliam, Brooke Billiam, and Bill Gilliam resided at the real property located at 1045 Estes Drive, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(484) Albert McWilliams and Janis McWilliams.**
**Claim No. 109457, filed on September 28, 2022.**
Albert McWilliams and Janis McWilliams resided at the real property located at 7015 Westside Road, Healdsburg, CA 95448. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(485) John F. Geary and Maureen Margaret Geary.**
**Claim No. 109389, filed on September 28, 2022.**
John F. Geary and Maureen Margaret Geary resided at the real property located at 2435 Murdock Drive, Santa Rosa, CA 95404. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(486) Sharon Franchetti and Michael Franchetti.**
**Claim No. 109390, filed on September 28, 2022.**
Sharon Franchetti and Michael Franchetti resided at the real property located at 4828 Rockridge Lane, Santa Rosa, CA 95404. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from

the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(487) Margaret Del Carlo and Jeffrey Jacobs.**
**Claim No. 109418, filed on September 28, 2022.**
Margaret Del Carlo and Jeffrey Jacobs resided at the real property located at 5310 Rosita Way, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(488) Dan Hassler Geary, Maria Angelica Geary, and Joseph Coffey Geary.**
**Claim No. 109391, filed on September 28, 2022.**
Dan Hassler Geary, Maria Angelica Geary, and Joseph Coffey Geary resided at the real property located at 176 St. James Drive, Santa Rosa, CA 95403. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(489) Christy Martinez, Rico Martinez, and Kayla Martinez.**
**Claim No. 109412, filed on September 28, 2022.**
Christy Martinez, Rico Martinez, and Kayla Martinez resided at the real property located at 1214 Rincon Meadows Court, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(490) Karen Borgfeldt, Brian Borgfeldt, Dakota Borgfeldt, and Brianna Borgfeldt.**
**Claim No. 109491, filed on September 28, 2022.**
Karen Borgfeldt, Brian Borgfeldt, Dakota Borgfeldt, and Brianna Borgfeldt resided at the real property located at 2530 Bristol Road, Kenwood, CA 95452. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(491) Steve Ostrom and Wanda Ostrom.**
**Claim No. 109450, filed on September 28, 2022.**
Steve Ostrom and Wanda Ostrom resided at the real property located at 4826 Post Court, Santa Rosa, CA 95405. The claimants owned and occupied this property during the North Bay Fires. The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(492) Rodney K. Lobsinger and Barbara A. Lobsinger.**
**Claim No. 109437, filed on September 28, 2022.**
Rodney K. Lobsinger and Barbara A. Lobsinger resided at the real property located at 855 Montrose Court, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(493) Mario Narduzzi and Deanne Narduzzi.**
**Claim No. 109424, filed on September 28, 2022.**
Mario Narduzzi and Deanne Narduzzi resided at the real property located at 1432 Birdie Drive, Windsor, CA 95492. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due

to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(494) Aliisa Torri Mazariegos, Andrew Mauri Mazariegos, and Ashlyn Grace Mazariegos. Claim No. 109451, filed on September 28, 2022.**

Aliisa Torri Mazariegos, Andrew Mauri Mazariegos, and Ashlyn Grace Mazariegos resided at the real property located at 518 Fitzsimmons Place, Santa Rosa, CA 95403. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(495) Suzanna Maria Jones and Charles Arthur Jones. Claim No. 109425, filed on September 28, 2022.**

Suzanna Maria Jones and Charles Arthur Jones resided at the real property located at 5034 Canyon Drive, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(496) Loretta Breckler, Jarrod Breckler, Josephine Breckler, and Estelle Breckler. Claim No. 109429, filed on September 28, 2022.**

Loretta Breckler, Jarrod Breckler, Josephine Breckler, and Estelle Breckler resided at the real property located at 1924 Pine Meadow, Santa Rosa, CA 95403. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(497) Colleen Bauer and Kenneth James Bauer.**
**Claim No. [claim # unassigned at time of filing], filed on September 28, 2022.**
Colleen Bauer and Kenneth James Bauer resided at the real property located at 5686 Eagle Rock Court, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(498) Barbara Bruhns Banks and David Lloyd Banks (deceased).**
**Claim No. [claim # unassigned at time of filing], filed on September 28, 2022.**
Barbara Bruhns Banks and David Lloyd Banks resided at the real property located at 8832 Oakmont Drive, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires. Mr. David Lloyd Banks has since passed away.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(499) Debbie Novograd, Nikolas Novograd, Avery Novograd, and Sawyer Novograd.**
**Claim No. 109456, filed on September 28, 2022.**
Debbie Novograd, Nikolas Novograd, Avery Novograd, and Sawyer Novograd resided at the real property located at 1735 Golf View Court, Santa Rosa, CA 95405. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(500) Brian Martin, Gina Martin, Reese Martin, and Hope Martin.**
**Claim No. 109421, filed on September 28, 2022.**
Brian Martin, Gina Martin, Reese Martin, and Hope Martin resided at the real property located at 2880 Spyglass Court, Santa Rosa, CA 95405. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due

to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(501) Gisele Monney.**
**Claim No. 109484, filed on September 28, 2022.**
Gisele Monney resided at the real property located at 46 Larkfield Drive, Santa Rosa, CA 95403. She owned and occupied this property during the North Bay Fires.

Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(502) Metzli Paulina Perez Flores, Sergio Perez Munoz, Ma Isabel Flores Esquivel, and Yatzin Isabel Perez Flores.**
**Claim No. 109458, filed on September 28, 2022.**
Metzli Paulina Perez Flores, Sergio Perez Munoz, Ma Isabel Flores Esquivel, and Yatzin Isabel Perez Flores resided at the real property located at 2350 McBride Lane, #D29, Santa Rosa, CA 95403. The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(503) Natalia Gutierrez.**
**Claim No. 109426, filed on September 28, 2022.**
Natalia Gutierrez resided at the real property located at 3555 Sweetgum Court, Santa Rosa, CA 95403. She occupied this property during the North Bay Fires.

Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(504) April Kelly, William Henkel, and Reid Reynolds.**
**Claim No. 109428, filed on September 28, 2022.**
April Kelly, William Henkel, and Reid Reynolds resided at the real property located at 2107

Grahn Drive, Santa Rosa, CA 95404. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(505) Amy Fadelli, Nick Fadelli, and Ella Fadelli.**
**Claim No. 109423, filed on September 29, 2022.**
Amy Fadelli, Nick Fadelli, and Ella Fadelli resided at the real property located at 2113 Crosspoint Avenue, Santa Rosa, CA 95403. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(506) Terry Lynn Ulicny and Bonny Becchetti Emslie, Co-Trustees.**
**Claim No. 109466, filed on September 29, 2022.**
Terry Lynn Ulicny and Bonny Becchetti Emslie, as Co-Trustees, owned the real property located at 3077 Porter Creek Road, Santa Rosa, CA 95409.

The property was damaged from smoke, soot, and ash from the North Bay Fires and the Trust, which held the real property, was insufficiently insured to cover the damages to the property.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(507) Richard Lyle Caster and Sandra Marie Caster.**
**Claim No. 109465, filed on September 29, 2022.**
Richard Lyle Caster and Sandra Marie Caster resided at the real property located at 4915 Marshall Drive, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(508) Amber Jordan, Malcolm Jordan, Ella Jordan, and Saudra Jordan.**
**Claim No. 109449, filed on September 29, 2022.**
Amber Jordan, Malcolm Jordan, Ella Jordan, and Saudra Jordan resided at the real property located at 1480 Hawk Crest Place, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(509) Kristin Gummer.**
**Claim No. 109462, filed on September 28, 2022.**
Kristin Gummer resided at the real property located at 4630 Summerhays Place, Santa Rosa, CA 95405. She rented and occupied this property during the North Bay Fires.
Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(510) Michael Edward Tamayo, Lucila M. Tamayo, GinaLisa Maria Tamayo, and AnnaMaria Fracesca Tamayo.**
**Claim No. 109436, filed on September 29, 2022.**
Michael Edward Tamayo, Lucila M. Tamayo, GinaLisa Maria Tamayo, and AnnaMaria Fracesca Tamayo resided at the real property located at 902 Vanessa Court, Windsor, CA 95492. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(511) Robert Paterno Marquez and Jacob Carl Marquez.**
**Claim No. 109427, filed on September 29, 2022.**
Robert Paterno Marquez and Jacob Carl Marquez resided at the real property located at 5964 Yerba Buena Road, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due

to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(512) Lori L. Hall, Brian D. Hall, Dominic C. Hall, and Dante B. Hall.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Lori L. Hall, Brian D. Hall, Dominic C. Hall, and Dante B. Hall resided at the real property located at 5950 Sunhawk Drive, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(513) Michael E. O'Leary and Mary Ann M. O'Leary.**
**Claim No. 109472, filed on September 29, 2022.**
Michael E. O'Leary and Mary Ann M. O'Leary resided at the real property located at 847 Montrose Court, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(514) Frank Eric Ulicny, Terry Lynn Ulicny, Robert Eric Ulicny, and Ciera Lynn Ulicny.**
**Claim No. 109485, filed on September 29, 2022.**
Frank Eric Ulicny, Terry Lynn Ulicny, Robert Eric Ulicny, and Ciera Lynn Ulicny resided at the real property located at 275 Somerville Road, Santa Rosa, CA 95404. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(515) Melissa Suzanne Hanson.**
**Claim No. 109464, filed on September 29, 2022.**
Melissa Suzanne Hanson resided at the real property located at 2028 Red Oak Drive, Santa Rosa, CA 95403. She rented and occupied this property during the North Bay Fires.
Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(516) Kathryn Hoskin.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Kathryn Hoskin resided at the real property located at 2168 Hastings Court, Santa Rosa, CA 95405. She owned and occupied this property during the North Bay Fires.
Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(517) Diane Faulk.**
**Claim No. 109439, filed on September 29, 2022.**
Diane Faulk resided at the real property located at 352 Kiva Place, Santa Rosa, CA 95403. She owned and occupied this property during the North Bay Fires.
Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(518) Mathew Marshall Miller, Nolan Miller, and Georgia Miller.**
**Claim No. 109478, filed on September 29, 2022.**
Mathew Marshall Miller, Nolan Miller, and Georgia Miller resided at the real property located at 334 Colony Road, Geyserville, CA 95441. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims

Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(519) Paul Duckworth.**
**Claim No. 109440, filed on September 29, 2022.**
Paul Duckworth resided at the real property located at 2203 Old Ranch Place, Santa Rosa, CA 95405. He owned and occupied this property during the North Bay Fires.
Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, he fearfully evacuated her home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing his damages might be compensable), he reached out to counsel and filed his claim.

**(520) Katherine Gillespie, Jackson Gillespie, and Zoe Gillespie.**
**Claim No. 109404, filed on September 29, 2022.**
Katherine Gillespie, Jackson Gillespie, and Zoe Gillespie resided at the real property located at 3610 Bonnie Lane, Santa Rosa, CA 95404. The claimants rented and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(521) Dirk Schermer and Joy Schermer.**
**Claim No. 109458, filed on September 29, 2022.**
Dirk Schermer and Joy Schermer resided at the real property located at 5794 Trailwood Drive, Santa Rosa, CA 95404. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(522) Susan Hulsey and Gene Hulsey.**
**Claim No. 109401, filed on September 29, 2022.**
Susan Hulsey and Gene Hulsey resided at the real property located at 5529 Marit Drive, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires. The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their

displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(523) Mark Leavitt, Raylene Leavitt, and Makena Leavitt.**
**Claim No. 109441, filed on September 29, 2022–amended timely Claim No. 87259, filed on October 23, 2019.**
On October 23, 2019, Mr. Mark Leavitt submitted a pro se, Claim No. 87259, claim for "insurance deductible" for $1,000. At the time Mr. Leavitt submitted this claim, he had no knowledge of other possible claims, nor was he aware that other possible claims (i.e. emotional distress and nuisance) might be compensable through the FVT. Mrs. Raylene Leavitt and their daughter, Makena Leavitt, were not included on Claim No. 87259. None of the claimants were aware of the existence of any possible claims (or compensability for any possible claims) for emotional distress and/or nuisance.

The Leavitt family owned the real property located at 239 Fairway Court, Santa Rosa, CA 95409, where they resided during the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Leavitt family was unaware that these other and separate damages/injuries might be compensable whatsoever. The Leavitt family only recently learned (from friends and family) in September of 2022 that claims for emotional distress and nuisance might be compensable. As such, they retained counsel and filed Claim No. 109441 on September 29, 2022.

The Leavitt family is requesting authorization from the Court that the late (amended) claim be accepted as timely and that they be authorized to submit a claims questionnaire for damages arising from the unknown claims for emotional distress and nuisance–and include Mrs. Raylene Leavitt and Makena Leavitt.

**(524) William Patrick McKeever and Janna Nicole McKeever.**
**Claim No. 109443, filed on September 29, 2022.**
William Patrick McKeever and Janna Nicole McKeever resided at the real property located at 59 Sussex Drive, Santa Rosa, CA 95403. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(525) Annette Lee Holland, James Frederick Holland, Erin Lee Holland, and Christopher Ching-nan Holland.**
**Claim No. 109444, filed on September 29, 2022.**
Annette Lee Holland, James Frederick Holland, Erin Lee Holland, and Christopher Ching-nan Holland resided at the real property located at 3722 Sleepy Hollow Drive, Santa Rosa, CA

95404. The claimants owned and occupied this property during the North Bay Fires. The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(526) Hillary Kaye Erbert.**
**Claim No. 109442, filed on September 29, 2022.**
Hillary Kay Erbert resided at the real property located at 4460 Old Redwood Highway, Apt. 39, Santa Rosa, CA 95403.  She rented and occupied this property during the North Bay Fires. Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, she fearfully evacuated her home.  As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(527) Erin O'Leary and Hunter O'Leary.**
**Claim No. 109445, filed on September 29, 2022.**
Erin O'Leary and Hunter O'Leary resided at the real property located at 345 Beech Avenue, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(528) Patricia Arlene Reese, Frances Reese, Savannah Freeman, and Jamai Reese.**
**Claim No. 109448, filed on September 29, 2022.**
Patricia Arlene Reese, Frances Reese, Savannah Freeman, and Jamai Reese resided at the real property located at 2001 Piner Road, Apt. 125, Santa Rosa, CA 95403. The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(529) Robert Wilson Black and Deborah Anita Moon.**
**Claim No. 109447, filed on September 29, 2022.**
Robert Wilson Black resided at the real property located at 5281 Joaquin Drive, Santa Rosa, CA 95409, and Deborah Anita Moon resided at the real property located 6950 Mirabel Road, Forestville, CA 95436. Mr. Black owned and occupied his residence during the North Bay Fires, and Ms. Moon occupied and resided at 6950 Mirabel Road, which is an elder facility–also during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, both claimants evacuated. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(530) Susana Canela Godoy, Luis F. Guzman, Stephanie P. Guzman Canela, Luis A. Guzman Canela, and Daniel A. Guzman Canela.**
**Claim No. 109482, filed on September 29, 2022.**
Susana Canela Godoy, Luis F. Guzman, Stephanie P. Guzman Canela, Luis A. Guzman Canela, and Daniel A. Guzman Canela resided at the real property located at 471 W College Avenue, #123, Santa Rosa, CA 95401. The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(531) Jessica Ross, Joseph Hicks, and Esther Hicks.**
**Claim No. 109452, filed on September 29, 2022.**
Jessica Ross, Joseph Hicks, and Esther Hicks resided at the real property located at 194 Florence Avenue, Sebastopol, CA 95472. The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(532) Geoffrey Tompkins and Amy Tompkins.**
**Claim No. 109454, filed on September 29, 2022.**
Geoffrey Tompkins and Amy Tompkins resided at the real property located at 2231 Valley Place, Santa Rosa, CA 95405. The claimants owned and occupied this property during the North

Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(533) Amanda Audiss, Phil Paseka, Gina Audiss, Layla Paseka, and Landon Paseka.**
**Claim No. 109463, filed on September 29, 2022.**

Amanda Audiss, Phil Paseka, Gina Audiss, Layla Paseka, and Landon Paseka resided at the real property located at 5201 Old Redwood Hwy., Apt. 73, Santa Rosa, CA 95403. The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(534) April Beltrano, Juliana Martinez, Isaac Martinez, and Ava Smith.**
**Claim No. 109468, filed on September 29, 2022.**

April Beltrano, Juliana Matrinez, Isaac Martinez, and Ava Smith resided at the real property located at 2224 Fremont Drive, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(535) Corrine Lorenzen.**
**Claim No. 109470, filed on September 29, 2022.**

Corrine Lorenzen resided at the real property located at 20 Woodgreen Street, Santa Rosa, CA 95409. She owned and occupied this property during the North Bay Fires.

Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(536) Bailey Jane Genung and Nicholas Guidry.**
**Claim No. 109493, filed on September 29, 2022.**
Bailey Jane Genung and Nicholas Guidry resided at the real property located at 318 Manka Circle, Santa Rosa, CA 95403.  The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(537) Jerry H. Genung and Alex R. Genung.**
**Claim No. 109494, filed on September 29, 2022.**
Jerry H. Genung and Alex R. Genung resided at the real property located at 38 Noonan Ranch Circle, Santa Rosa, CA 95403.  The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(538) Corrie Pabros and Justin Giugni.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Corrie Pabros and Justin Giugni resided at the real property located at 2242 Grahn Drive, Santa Rosa, CA 95404.  The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(539) James Harvey Bauer, Marion Jeanette Bauer, and Ronald Alan Bauer.**
**Claim No. 109492, filed on September 29, 2022.**
James Harvey Bauer, Marion Jeanette Bauer, and Ronald Alan Bauer resided at the real property located at 4700 Woodview Drive, Santa Rosa, CA 95405.  The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(540) Claire Marie Ossenbeck and Michael Ossenbeck.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Claire Marie Ossenbeck and Michael Ossenbeck resided at the real property located at 9337 Oak Trail Circle, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(541) Susan Corso.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Susan Corso resided at the real property located at 6480 Stone Bridge Road, Santa Rosa, CA 95409. She owned and occupied this property during the North Bay Fires.
Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(542) Rachel Corso.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Rachel Corso resided at the real property located at 160 Oak Island Drive, Santa Rosa, CA 95409. She owned and occupied this property during the North Bay Fires.
Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(543) Nicholas Denicke, Kelly Denicke, and Clair Denicke.**
**Claim No. 109487, filed on September 29, 2022.**
Nicholas Denicke, Kelly Denicke, and Clair Denicke resided at the real property located at 2807 Canyonside Drive, Santa Rosa, CA 95404. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(544) Ryan Anthony Stashak, Amy Faith Stashak, Tula Christina Stashak, and Evlin Gloria Stashak.**
**Claim No. 109486, filed on September 29, 2022.**
Ryan Anthony Stashak, Amy Faith Stashak, Tula Christina Stashak, and Evlin Gloria Stashak resided at the real property located at 5680 Eagle Rock Court, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(545) Jennifer Jensen.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Jennifer Jensen resided at the real property located at 607 Wild Oak Drive, Santa Rosa, CA 95409. She owned and occupied this property during the North Bay Fires.
Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(546) Andrea Michelle Rochioli and Francesca Rochioli.**
**Claim No. 109467, filed on September 29, 2022.**
Andrea Michelle Rochioli and Francesca Rochioli resided at the real property located at 806 Vineyard Creek Drive, Santa Rosa, CA 95403. The claimants rented and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(547) Sarane Collins, Dale Collins, Jesse Collins, Jake Spanier, and Patricia Baker.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Sarane Collins, Dale Collins, Jesse Collins, Jake Spanier, and Patricia Baker resided at the real property located at 6237 Melita Road, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(548) Theresa Teuma and Chris Lesieur.**
**Claim No. 109471, filed on September 29, 2022.**
Theresa Teuma and Chris Lesieur resided at the real property located at 4505 Hillsborough Drive, Petaluma ,CA 94954. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(549) Sue Aiken and Kelly Louise Aiken.**
**Claim No. 109476, filed on September 29, 2022.**
Theresa Teuma and Chris Lesieur resided at the real property located at 410 White Oak Drive, Santa Rosa, CA 95409. The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(550) Hayley Strom and Mariah Udell.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Hayley Strom and Mariah Udell resided at the real property located at 999 Sonoma Avenue, Santa Rosa, CA 95404. The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due

to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(551) Brian Patrick Callahan.**
**Claim No. 109474, filed on September 29, 2022.**
Brian Patrick Callahan resided at the real property located at 1406 Gumview Road, Windsor, CA 95492. He owned and occupied this property during the North Bay Fires.

Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, he fearfully evacuated her home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing his damages might be compensable), he reached out to counsel and filed his claim.

**(552) Robert Skinner, Teylor Hall, Marlee Guerra, Callan Guerra, and Johnny Skinner.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Robert Skinner, Teylor Hall, Marlee Guerra, Callan Guerra, and Johnny Skinner resided at the real property located at 9340 Jessica Drive, Windsor, CA 95492. The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(553) Lauretta Louise Ceja, Rafael E. Ceja, Casandra Y. Ceja, Evelynn R. Ceja, and Mikaela M. Ceja.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Lauretta Louise Ceja, Rafael E. Ceja, Casandra Y. Ceja, Evelynn R. Ceja, and Mikaela M. Ceja resided at the real property located at 5033 Charmian Drive, Santa Rosa, CA 95409. The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(554) Orlando O'Shea, Wolf O'Shea, and Indra O'Shea.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Orlando O'Shea, Wolf O'Shea, and Indra O'Shea resided at the real property located at 2615 Spring Oaks Drive, Santa Rosa, CA 95405. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(555) Anicia R. Astobiza, Daniel D. Astobiza, Alexa D. Astobiza, Dominic D. Astobiza, and Mary L. Astobiza.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Anicia R. Astobiza, Daniel D. Astobiza, Alexa D. Astobiza, Dominic D. Astobiza, and Mary L. Astobiza resided at the real property located at 506 El Dorado Court, Santa Rosa, CA 95404. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(556) Alicia Deguchi, George Deguchi, Kira Deguchi, Pauline Hatakeda, and Duke Hatakeda.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Alicia Deguchi, George Deguchi, Kira Deguchi, Pauline Hatakeda, and Duke Hatakeda resided at the real property located at 3896 Rock Springs Drive, Santa Rosa, CA 95405. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(557) Bruce Jon Sakai, Lynda Anne Sakai, Brandon Michael Sakai, and Katelyn Anne Sakai.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Bruce Jon Sakai, Lynda Anne Sakai, Brandon Michael Sakai, and Katelyn Anne Sakai resided at the real property located at 831 Montrose Court, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(558) Claudia Campos, Rodolfo Campos, Maya Campos, Emma Campos, and Valerie Campos.**
**Claim No. 109480, filed on September 29, 2022.**
Claudia Campos, Rodolfo Campos, Maya Campos, Emma Campos, and Valerie Campos resided at the real property located at 2368 Iroquois Street, Santa Rosa, CA 95403. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(559) Rhonda Rosenbach.**
**Claim No. 109483, filed on September 29, 2022.**
Rhonda Rosenbach resided at the real property located at 846 Montrose Court, Santa Rosa, CA 95409. She owned and occupied this property during the North Bay Fires.

Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(560) Micheline S. Shaw.**
**Claim No. 109481, filed on September 29, 2022.**
Micheline S. Shaw resided at the real property located at 2829 Bay Village Avenue, Santa Rosa, CA 95403. She rented and occupied this property during the North Bay Fires.

Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(561) Stacey Ann Cushing, Reed Walter Cushing, and Amber Marie Cushing.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Stacey Ann Cushing, Reed Walter Cushing, and Amber Marie Cushing resided at the real property located at 2385 Julio Lane, Santa Rosa, CA 95401. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(562) Monica A. Seeley, Macie M. Seeley, Sydney M. Seeley, and Justin R. Seeley**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Monica A. Seeley, Macie M. Seeley, Sydney M. Seeley, and Justin R. Seeley resided at the real property located at 1721 Casita Court, Santa Rosa, CA 95409. The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(563) Lawrence A. Taylorson.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Lawrence A. Taylorson resided at the real property located at1945 Piner Road, Santa Rosa, CA 95403. He owned and occupied this property during the North Bay Fires.

Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, he fearfully evacuated her home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing his damages might be compensable), he reached out to counsel and filed his claim.

**(564) Jamie McFarland, Sean McFarland, Cole McFarland, and Jake McFarland.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Jamie McFarland, Sean McFarland, Cole McFarland, and Jake McFarland resided at the real property located at 6317 Melita Road, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(565) Pam Myers and Dave Myers.**
**Claim No. 109489, filed on September 29, 2022.**
Pam Myers and Dave Myers resided at the real property located at 1420 White Oak Drive, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires. The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(566) Faviola Aguirre, Pascual Aguirre, Rogelio Aguirre, and Celeste Aguirre.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Faviola Aguirre, Pascual Aguirre, Rogelio Aguirre, and Celeste Aguirre resided at the real property located at 2108 Bock Street, Santa Rosa, CA 95403. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(567) Enrique Mora, Raul Mora, Jr., Raul Mora, and Theresa Mora.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Enrique Mora, Raul Mora, Jr., Raul Mora, and Theresa Mora resided at the real property located at 2289 Clairborne Circle, Santa Rosa, CA 95403. The claimants rented and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(568) Marla Rudoni and Mitchell Rudoni.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Marla Rudoni and Mitchell Rudoni resided at the real property located at 2161 Francisco Avenue, Santa Rosa, CA 95403. The claimants owned and occupied this property during the

North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(569) Stephen W. Hade and Patricia A. Hade.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Stephen W. Hade and Patricia A. Hade resided at the real property located at 5117 Silver Lake Drive, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(570) Monique Lou Guidry and Owen Rattanavong.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Monique Lou Guidry and Owen Rattanavong resided at the real property located at 2345 Arista Lane, Santa Rosa, CA 95403. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(571) Jose Torres Pacheco and Veronica Johnson.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Jose Torres Pacheco and Veronica Johnso resided at the real property located at 1377 Clare Avenue, Santa Rosa, CA 95403. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their

damages might be compensable), they reached out to counsel and filed their claim.

**(572) Ronald Laughlin and Catherine L. Rohrs.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Ronald Laughlin and Catherine L. Rohrs resided at the real property located at 2430 Murdock Drive, Santa Rosa, CA 95404. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(573) Ken Westly and Jennifer Westly.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Ken Westly and Jennifer Westly resided at the real property located at 5934 Yerba Buena Road, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(574) Elaine Madson and Ken Madson.**
**Claim No. 109496, filed on September 29, 2022.**
Elaine Madson and Ken Madson resided at the real property located at 5841 Monte Verde Drive, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(575) Ward von Tillow and Betsy Lou von Tillow.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Ward von Tillow and Betsy Lou von Tillow resided at the real property located at 1067 La Contenta Court, Windsor, CA 95492. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from

the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(576) Carmen Sinigiani, Brian Sinigiani, Anthony Sinigiani, and Josef Sinigiani. Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Carmen Sinigiani, Brian Sinigiani, Anthony Sinigiani, and Josef Sinigiani resided at the real property located at 7121 Gwendolyn Place, Sebastopol, CA 95472.  The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(577) Monica Flores, Jared McConnell, and Aedrek Flores. Claim No. 109498, filed on September 29, 2022.**
Monica Flores, Jared McConnell, and Aedrek Flores resided at the real property located at 6890 Covey Road, Forestville, CA 95436.  The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(578) Mark Sinigiani and Leanne Sinigiani. Claim No. 109499, filed on September 29, 2022.**
Mark Sinigiani and Leanne Sinigiani resided at the real property located at 456 Pleasant Hill Avenue North, Sebastopol, CA 95472.  The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(579) Monica Patterson, William Patterson, Christopher Patterson, Andreana Patterson, and Halie Patterson.**
**Claim No. 109502, filed on September 29, 2022.**
Monica Patterson, William Patterson, Christopher Patterson, Andreana Patterson, and Halie Patterson resided at the real property located at 5395 El Mercado Parkway, Santa Rosa, CA 95403. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(580) Julie Frye and Phil Frye.**
**Claim No. 109501, filed on September 29, 2022.**
Julie Frye and Phil Frye resided at the real property located at 8001 Woodstone Court, Sebastopol, CA 95472. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(581) Sarah Perkins, George Aceves, Christian Smalley, and Chase Smalley.**
**Claim No. 109504, filed on September 29, 2022.**
Sarah Perkins, George Aceves, Christian Smalley, and Chase Smalley resided at the real property located at 164 Wikiup Meadows Drive, Santa Rosa, CA 95403. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(582) Mike Enemark, Kaesa Enemark, Ivan Enemark, and Dax Enemark.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Mike Enemark, Kaesa Enemark, Ivan Enemark, and Dax Enemark resided at the real property located at 9689 Lakewood Drive, Windsor, CA 95492. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their

displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(583) Jose J. LaCalle and Trula M. LaCalle.**
**Claim No. 109503, filed on September 29, 2022.**
Jose J. LaCalle and Trula M. LaCalle resided at the real property located at 350 Bohemian Highway, Sebastopol, CA 95472. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(584) Atoosa Molanazadeh, Leila Bierbaum, Sonya Bierbaum, and Cyrus Bierbaum.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Atoosa Molanazadeh, Leila Bierbaum, Sonya Bierbaum, and Cyrus Bierbaum resided at the real property located at 890 Hardstone Way, Santa Rosa, CA 95405. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(585) Leighann Lindsay, John Rader, and Miles Anderson.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Leighann Lindsay, John Rader, and Miles Anderson resided at the real property located at 670 Bailhache Avenue, Healdsburg, CA 95448. The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(586) Todd Michael Kohn.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Todd Michael Kohn resided at the real property located at 400 Manka Circle, Santa Rosa, CA 95403. He owned and occupied this property during the North Bay Fires.
Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, he fearfully evacuated her home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing his damages might be compensable), he reached out to counsel and filed his claim.

**(587) Robert Fletcher and Susan Fletcher.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Robert Fletcher and Susan Fletcher resided at the real property located at 9123 Oak Trail Circle, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(588) Naomi Niimi and Gerald Niimi.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Naomi Niimi and Gerald Niimi resided at the real property located at 5721 Brigadoon Way, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(589) Greg Hurd, Gina Hurd, Garrett Hurd, and Grant Hurd.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Greg Hurd, Gina Hurd, Garrett Hurd, and Grant Hurd resided at the real property located at 4702 Annadel Heights Drive, Santa Rosa, CA 95405. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(590) Stacy Little and Kalley Hill.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Stacy Little and Kalley Hill resided at the real property located at 2222 Creekside Road, Santa Rosa, CA 95404.  The claimants owned and occupied this property during the North Bay Fires.  The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(591) Norma Levitan, David Levitan, Rachel Blum, Beth Rais, and Aaron Blum.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Norma Levitan, David Levitan, Rachel Blum, Beth Rais, and Aaron Blum resided at the real property located at 301 White Oak Drive, Apt 101, Santa Rosa, CA 95409.  The claimants rented and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(592) Jennifer Cadden, James Howe, Ben Howe, and Nicholas Howe.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Jennifer Cadden, James Howe, Ben Howe, and Nicholas Howe resided at the real property located at 4064 Alta Vista Avenue, Santa Rosa, CA 95404.  The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(593) Mariano Alvarez Merino, Selene Alvarez, Mariano Alvarez, and Itzamet Alvarez.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Mariano Alvarez Merino, Selene Alvarez, Mariano Alvarez, and Itzamet Alvare resided at the real property located at 933 Edwards Avenue, Apt #1, Santa Rosa, CA 95401.  The claimants

rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(594) Joseph Sunseri and Karin Schober-Sunseri.**
**Claim No.** [claim # unassigned at time of filing]**, filed on September 29, 2022.**
Joseph Sunseri and Karin Schober-Sunseri resided at the real property located at 1557 Lofty Perch Place, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(595) Donald Shaw and Vickie Shaw.**
**Claim No.** [claim # unassigned at time of filing]**, filed on September 29, 2022.**
Donald Shaw and Vickie Shaw resided at the real property located at 444 Candlelight Drive, Santa Rosa, CA 95403. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(596) Patricia Conroy, Stephen Conroy, and Shane Conroy.**
**Claim No.** [claim # unassigned at time of filing]**, filed on September 29, 2022.**
Patricia Conroy, Stephen Conroy, and Shane Conroy resided at the real property located at 5912 Featherlight Place, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their

damages might be compensable), they reached out to counsel and filed their claim.

**(597) Leanne Myers and Michael Zach.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Leanne Myers and Michael Zach resided at the real property located at 3625 Chanate Road, Santa Rosa, CA 95404. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(598) Paola Zulema, Noeh Barraza, Eduardo Coronel, Dana Paola Coronel, and Deniss Coronel.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Paola Zulema, Noeh Barraza, Eduardo Coronel, Dana Paola Coronel, and Deniss Coronel resided at the real property located at 825 Russell Avenue, Apt. 8, Santa Rosa, CA 95403. The claimants rented and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(599) Chadwick King, Heidi King, Emma King, Joshua King, and Jude King.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Chadwick King, Heidi King, Emma King, Joshua King, and Jude King resided at the real property located at 2925 Carrisa Court, Santa Rosa, CA 95405. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(600) Gina Pickle, Darrin Pickle, Shelby Brendle, Jack Pickle, and Charlie Pickle.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Gina Pickle, Darrin Pickle, Shelby Brendle, Jack Pickle, and Charlie Pickle resided at the real property located at 5909 Featherlight Place, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(601) Maria Del Carmen Lopez, Brandon Ballinas, and Ximena Ballinas.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Maria Del Carmen Lopez, Brandon Ballinas, and Ximena Ballinas resided at the real property located at 2001 Piner Road, Apt. 173, Santa Rosa, CA 95403. The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(602) Raul Alvarez, Crystal D. Alvarez, and Akira Alvarez.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Raul Alvarez, Crystal D. Alvarez, and Akira Alvarez resided at the real property located at 835 Foothill Drive, Windsor, CA 95492. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(603) Melissa Smith, Jarod Smith, Everett Smith, and Emeline Smith.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Melissa Smith, Jarod Smith, Everett Smith, and Emeline Smith resided at the real property located at 1072 Agnes Court, Santa Rosa, CA 95401. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(604) Fernando Torres, Sandra Fuentes, Gabriella Torres, and Patricia Torres.**
**Claim No.** [claim # unassigned at time of filing]**, filed on September 29, 2022.**
Fernando Torres, Sandra Fuentes, Gabriella Torres, and Patricia Torres resided at the real property located at 1804 Primavera Drive, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(605) Richard Mordecai.**
**Claim No.** [claim # unassigned at time of filing]**, filed on September 29, 2022.**
Richard Mordecai resided at the real property located at 4758 Woodview Drive, Santa Rosa, CA 95405. He owned and occupied this property during the North Bay Fires.
Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, he fearfully evacuated her home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing his damages might be compensable), he reached out to counsel and filed his claim.

**(606) Shu Q. Yang, David C. Sidney, and Sophia M. Sidney.**
**Claim No.** [claim # unassigned at time of filing]**, filed on September 29, 2022.**
Shu Q. Yang, David C. Sidney, and Sophia M. Sidney resided at the real property located at 1570 Lofty Perch Place, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(607) Matt Poole, Patricia Poole, Ryan Poole, Rebecca Poole, and Jason Poole.**
**Claim No.** [claim # unassigned at time of filing]**, filed on September 29, 2022.**
Matt Poole, Patricia Poole, Ryan Poole, Rebecca Poole, and Jason Poole resided at the real property located at 5750 Owls Nest Drive, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(608) Scott Clayton Harris, Michelle Dawn Harris, and Sophia Ross Harris.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Scott Clayton Harris, Michelle Dawn Harris, and Sophia Ross Harris resided at the real property located at 4793 Hillsboro Circle, Santa Rosa, CA 95405. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(609) Maribella Flores.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Maribella Flores resided at the real property located at 711 Blair Place, Santa Rosa, CA 95401. She owned and occupied this property during the North Bay Fires.
Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(610) Karla Ramos, Alexandra Tirado Ramos, Valeria Tirado Ramos, and Charley Tirado Ramos.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Karla Ramos, Alexandra Tirado Ramos, Valeria Tirado Ramos, and Charley Tirado Ramos resided at the real property located at 1297 Marlow Road, Santa Rosa, CA 95401. The claimants rented and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(611) Amanda Mills, Richard Mills, Emmett Mills, and Isla Mills.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Amanda Mills, Richard Mills, Emmett Mills, and Isla Mills resided at the real property located at

3526 Coffee Meadows Place, Santa Rosa, CA 95403. The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(612) Patricia Villa and Jose de Jesus Rivera Morales.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Patricia Villa and Jose de Jesus Rivera Morales resided at the real property located at 822 Russell Avenue, Apartment 6, Santa Rosa, CA 95403. The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(613) Jared Richard Fortman, Kelly Ann Fortman, Henry James Fortman, and John Richard Fortman.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Jared Richard Fortman, Kelly Ann Fortman, Henry James Fortman, and John Richard Fortman resided at the real property located at 5919 Sunhawk Drive, Santa Rosa, CA 95409. The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(614) Sandra Caton.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Sandra Caton resided at the real property located at 1234 Grove Street, Sonoma, CA 95476. She owned and occupied this property during the North Bay Fires.

Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In

or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(615) Anthony Meyers, Rhonda Meyers, Brandon Meyers, and Cameron Meyers. Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Anthony Meyers, Rhonda Meyers, Brandon Meyers, and Cameron Meyers resided at the real property located at 6686 Eagle Ridge Road, Penngrove, CA 94951. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(616) Edgar Guerrero, Zuleyma Franco, Nahum Guerrero, Issac Franco, Rebeca Franco, and Etelvina Esquivel. Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Edgar Guerrero, Zuleyma Franco, Nahum Guerrero, Issac Franco, Rebeca Franco, and Etelvina Esquivel resided at the real property located at 531 Simpson Street, Santa Rosa, CA 95401. The claimants rented and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(617) Stephen Charles Boyer, Jerrine Boyer, Caleb Boyer, Hosannah Boyer, Celine Boyer, Viva Boyer, and Maverick Boyer. Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Stephen Charles Boyer, Jerrine Boyer, Caleb Boyer, Hosannah Boyer, Celine Boyer, Viva Boyer, and Maverick Boyer resided at the real property located at 496 Donna Drive, Windsor, CA 95492. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(618) Ann Christine Seaton. Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Ann Christine Seaton resided at the real property located at 134 W. Agua Caliente, Sonoma, CA

95476.  She rented and occupied this property during the North Bay Fires.

Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, she fearfully evacuated her home.  As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(619) William A. O'Rear and Barbara W. O'Rear.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
William A. O'Rear and Barbara W. O'Rear resided at the real property located at 3801 Sedgemoore Drive, Santa Rosa, CA 95404.  The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(620) Angela Lynch and Michael Lynch.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Angela Lynch and Michael Lynch resided at the real property located at 5750 Reynaud Court, Santa Rosa, CA 95409.  The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(621) Enrique Vigil, Heather Mortiz, Geovanni Vigil, Xavier Vigil, and Alexia Vigil.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Enrique Vigil, Heather Mortiz, Geovanni Vigil, Xavier Vigil, and Alexia Vigil resided at the real property located at 425 Gordon Court, Windsor, CA 95492.  The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their

damages might be compensable), they reached out to counsel and filed their claim.

**(622) Angeles David, Evan David, Arlo David, Jena Deturk, Ppaloma David, and Jacques Lavesque.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Angeles David, Evan David, Arlo David, Jena Deturk, Ppaloma David, and Jacques Lavesque resided at the real property located at 7395 Hidden Lake Road, Forestville, CA 95436. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(623) Clay Grosskopf, Brianna Lampert, Melody Grosskopf, Penelope Grosskopf, and Katy Grosskopf.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Clay Grosskopf, Brianna Lampert, Melody Grosskopf, Penelope Grosskopf, and Katy Grosskopf resided at the real property located at 20690 Geyserville Avenue, Geyserville, CA 95441. The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(624) David Robertson and Laura Robertson.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
David Robertson and Laura Robertson resided at the real property located at 6255 Melita Road, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(625) Vicki Tracy, John Tracy, and Megan Tracy.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Vicki Tracy, John Tracy, and Megan Tracy resided at the real property located at 1569 Lofty Perch Place, Santa Rosa, CA 95409. The claimants owned and occupied this property during the

North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(626) Dorothy Lackey.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Dorothy Lackey resided at the real property located at 2375 Range Avenue, Santa Rosa, CA 95403. She occupied this property during the North Bay Fires.

Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, she fearfully evacuated her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing her damages might be compensable), she reached out to counsel and filed her claim.

**(627) Susan Haase, David Haase, Madison Haase, and Payton Haase.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Susan Haase, David Haase, Madison Haase, and Payton Haase resided at the real property located at 1801 Sansone Drive, Santa Rosa, CA 95403. The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(628) Mohammad N. Kahn.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Mohammad N. Kahn resided at the real property located at 845 Russell Avenue, #6A, Santa Rosa, CA 95403. He rented and occupied this property during the North Bay Fires.

Claimant's personal property and residence was damaged from smoke, soot, and ash from the North Bay Fires. During the fires, he fearfully evacuated her home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing his damages might be compensable), he reached out to counsel and filed his claim.

**(629) Tracy Merriken, Stan Merriken, and Justin Merriken.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Tracy Merriken, Stan Merriken, and Justin Merriken resided at the real property located at 3547 Holland Drive, Santa Rosa, CA 95404.  The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(630) Harold Castro, Shannon Ehrlicher, Stella Castro, Nyah Castro, Dulcie Castro, Mateo Castro, Bruce Ehrlicher, and Janis Ehrlicher.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Harold Castro, Shannon Ehrlicher, Stella Castro, Nyah Castro, Dulcie Castro, Mateo Castro, Bruce Ehrlicher, and Janis Ehrlicher resided at the real property located at 5979 San Aleso Court, Santa Rosa, CA 95409.  The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(631) Kyle Passot, Julia Consani, Aliyah Consani, and Dakoda Passot.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Kyle Passot, Julia Consani, Aliyah Consani, and Dakoda Passot resided at the real property located at 346 Benicia Drive, Santa Rosa, CA 95409.  The claimants rented and occupied this property during the North Bay Fires–which was owned by Mr. Passot's mother, Sandy Passot.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they fearfully evacuated their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(632) Evan Kelly and Tialia [Tiali] Kelly.**
**Claim No. [claim # unassigned at time of filing], filed on September 30, 2022.**
Evan Kelly and Tialia [Tiali] Kelly resided at the real property located at 1163 Hopper Avenue, #86, Santa Rosa, CA 95403.  The claimants rented and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from

the North Bay Fires. The apartment complex that the claimants were rented burned down in the fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(633) Ke'Shawn Walker, Sofia Perez, and Laylah Walker.**
**Claim No. [claim # unassigned at time of filing], filed on September 30, 2022.**
Ke'Shawn Walker, Sofia Perez, and Laylah Walker resided at the real property located at 4022 W Olivet Road, Santa Rosa, CA 95401. The claimants rented and occupied this property during the North Bay Fires–which was owned by Sofia Perez's father.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(634) Andrea L. Jensen, Wade Jensen, Waylon Jensen, and Madison Jensen.**
**Claim No. 109473, filed on September 29, 2022–amending prior Claim No. 67000, filed on October 20, 2019.**
On October 20, 2019, Mr. Wade Jensen submitted a pro se, Claim No. 67000. At the time Mr. Jensen submitted the proof of claim, he was unaware of the claims process and the requirement to submit a claims questionnaire. He does not recall submitting a claims questionnaire, nor does he recall receiving any funds on account of the proof of claim. Moreover, Mr. Jensen did not include his wife, Andrea L. Jensen, or children (Waylon Jensen and Madison Jensen) on the proof of claim.

Andrea L. Jensen, Wade Jensen, Waylon Jensen, and Madison Jensen resided at the real property located at 173 St. James Drive, Santa Rosa, CA 95403. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Jensen family was unaware of the claims process. They only recently learned that the entire family's damages might be compensable and only recently became aware of the claims process. As such, they retained counsel and filed Claim No. 109473 on September 29, 2022.

The Jensen family is requesting authorization from the Court that the late (amended) claim be accepted as timely and that they be authorized to submit a claims questionnaire for damages arising from their claims, and include Mrs. Jensen and their children (Waylon Jensen and Madison Jensen).

**(635) Nathan Condie, Morgan Condie, Caeden Condie, and Paige Condie.**
**Claim No. 109310, filed on September 27, 2022.**
Nathan Condie, Morgan Condie, Caeden Condie, and Paige Condie resided at the real property located at 2125 Siesta Lane, Santa Rosa, CA 95404. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(636) Marcella Cisneros, Manuel Cisneros, Jesse Gonzalez, and Diago Cisneros.**
**Claim No. 109461, filed on September 29, 2022.**
Marcella Cisneros, Manuel Cisneros, Jesse Gonzalez, and Diago Cisneros resided at the real property located at 2139 Mission Blvd., Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.

**(637) Jorge Munoz, Yesenia Garcia, Sebastian Munoz, Camila Munoz.**
**Claim No. [claim # unassigned at time of filing], filed on September 29, 2022.**
Jorge Munoz, Yesenia Garcia, Sebastian Munoz, Camila Munoz resided at the real property located at 2565 Westberry Drive, Santa Rosa, CA 95403. The claimants rented and occupied this property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they fearfully evacuated their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around September 2022 (shortly after realizing their damages might be compensable), they reached out to counsel and filed their claim.