**Entered on Docket
September 30, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: September 30, 2022



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  BROWN RUDNICK LLP
   David J. Molton (SBN 262075)
2  (DMolton@brownrudnick.com)
   Eric R. Goodman (admitted pro hac vice)
3  (EGoodman@brownrudnick.com)
   Seven Times Square
4  New York, New York 10036
   Telephone:   (212) 209-4800
5  Facsimile:   (212) 209-4801

6  BROWN RUDNICK LLP
   Joel S. Miliband (SBN 077438)
7  (JMiliband@brownrudnick.com)
   2211 Michelson Drive, Seventh Floor
8  Irvine, California 92612
   Telephone:   (949) 752-7100
9  Facsimile:   (949) 252-1514

10 *Attorneys for Fire Victim Trustee*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| In re:<br><br>**PG&E CORPORATION,**<br><br>- and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING CONSOLIDATED MOTIONS TO DEEM LATE-FILED CLAIMS TIMELY FOR THE PURPOSE OF CLAIM ADMINISTRATION BY THE FIRE VICTIM TRUST**<br><br>[Relates to Docket No. 12975] |
|---|---|

The Court having considered the motions listed on Exhibit 1 hereto [Dkt. Nos. 12922, 12930, 12934, 12938, 12942, 12946, 12953 and 12961], and there being no objection to such motions by the Fire Victim Trust, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The proofs of claim listed in **Exhibit 1** hereto (the "**Proofs of Claim**") are deemed timely filed for the purpose of allowing the Trust to administer the Asserted Fire Victim Claims.

2. The Proofs of Claims and the and the claims asserted thereunder (the "**Asserted Fire Victim Claims**") shall for all purposes be treated and classified as Fire Victim Claims under the Plan, and shall be fully assumed by, and the sole responsibility of, the Fire Victim Trust and subject to the Channeling Injunction, to be administered, processed, settled, disallowed, resolved, liquidated, satisfied, and/or paid in accordance with the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures. Movants shall have no further recourse against the Debtors or Reorganized Debtors, as applicable, with respect to the Proofs of Claim or the Asserted Fire Victim Claims.

3. Nothing herein shall be construed to be a waiver by the Fire Victim Trust of any right to object to the Asserted Fire Victim Claims or the Proofs of Claim on any grounds other than the untimely filing thereof.

4. This Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

*** END OF ORDER ***

Dated: September 29, 2022

BROWN RUDNICK LLP

*Eric R. Goodman*
Eric R. Goodman

*Attorneys for Fire Victim Trustee*

2

# EXHIBIT 1

LIST OF CLAIMANTS AND PROOFS OF CLAIM

| Date Motion Filed | Motion Docket Number | CLAIMANT(S) | Date POC Filed | POC Number |
|---|---|---|---|---|
| 9-1-2022 | 12922 | Kalika Casady<br>Sean Casady | 7-27-2020 | 106042 |
| 9-6-2022 | 12930 | Mitchell P. Hackwood | 1-29-2021 | 106925 |
| 9-6-2022 | 12934 | Ronald Tackett et al | 11-20-2020 | 106734<br>*Amends POC 96346 filed 1-2-2020* |
| 9-7-2022 | 12938 | Cindy Scott Fuchs<br>Frederick E. Fuchs III<br>Sage Fuchs<br>Jasper Fuchs | 7-6-2022 | 108725 |
| 9-8-2022 | 12942 | Krisy Lynn Melton | 8-19-2022 | 108775 |
| 9-10-2022 | 12946 | Laura Elizabeth Mendoza | 6-20-2022 | 108536 |
| 9-13-2022 | 12953 | Charles Green | 1-2-2020<br>9-7-2022 | 95967<br>108935 |
| 9-14-2022 | 12961 | Angelina Smith<br>Nathan Smith<br>Taylor Smith | 6-30-2022 | 108622 |