Dean Meyerson claim #
Rowan Artemoff-Meyerson
PG&E Corporation and Pacific Gas and Electric Company
Case # 1930088
win9393@mac.com

To Whom it may concern,

I am here to ask for your consideration for myself and my son to file a late claim through the Bankruptcy Court.

We, and many others I know, have our own harrowing experience of the night and weeks after the Tubbs Fire. All of Sonoma County was an evacuation zone. I will never forget the feeling of fear and worrying for my family and friends. Local law enforcement did not give us much direction on evacuation other than we had to leave our home and not look back.

I have been a resident of Sonoma County for more than 15 years and have never had to experience what we have been through during the 2017 fires and after. Our summers will forever be changed. Seasons in Sonoma County have become winter, spring, summer, "fire season" and fall. We will continue to carry our fire anxiety and fear with us every year. This is a new anxiety that was caused by severe neglect.

PG&E and Company have been found responsible for the cause of the 2017 Tubbs Fire and I am a victim of its outcomes.

Thank you for your time.
Sincerely, Dean Meyerson