CLAIMANTS: Stephen Regis Minaidis

PG&E Corporation and Pacific Gas and Electric Company

Case # 19-30088-DM

September 30, 2022

To Whom It May Concern:

I am requesting your consideration in approving my late claim to the Bankruptcy Court for damages I suffered from the 2017 Tubbs Fire. I am aware that the court has accepted other late filings and would hope the court would accept mine. I feel there would be no prejudice to PGE, nor cause difficulties to the judicial process by my late filing.

My late filing is because I didn't receive notification from the Bankruptcy Court, or a representative of PGE, that I might be eligible to file a claim. Had I known I was eligible to file a claim, I would have. Another fire victim recently told me I was eligible to file a claim. I then filed.

My life has been changed because of the Tubbs fire. The fire burned within feet of my home. I was forced to evacuate with nowhere to go and had to stay in my car for weeks. I spent each day in high stress and increasing anxiety not knowing if we would have a home to return to.

It is difficult to tell others what we lived through and what we still live with because of that fire. We no longer feel safe during fire season. My anxiety level goes up when weather reports alert me there is an increased potential for fire. These alerts are far to frequent. Yearly fire season can be a tense time. I tend to be more tense and anxious. I can't seem to control these feelings. If I think about fire, I relive the visions of the fire burning homes and businesses just blocks away. It is not a positive in my life.

I want to thank you in advance for considering my request. It was not my intent to file late. I simply didn't know I could.

Respectfully,

Stephen Regis Minaidis