CLAIMANTS: Shane Steven Ronayne

PG&E Corporation and Pacific Gas and Electric Company

Case # 19-30088-DM

September 30, 2022

To Whom It May Concern:

I am requesting your consideration in approving my late claim to the Bankruptcy Court for damages I suffered from the 2017 Tubbs Fire. I am aware that the court has accepted other late filings and would hope the court would accept mine. I feel there would be no prejudice to PGE, nor cause difficulties to the judicial process by my late filing.

My late filing is because I didn't receive notification from the Bankruptcy Court, or a representative of PGE, that I might be eligible to file a claim. Had I known I was eligible to file a claim, I would have. Another fire victim recently told me I was eligible to file a claim. I then filed.

Respectfully,

Shane Steven Ronayne