Honorable Dennis Montali
United States Bankruptcy Court, Northern District California, San Francisco Division
450 Golden Gate Avenue, 16th Floor, Courtroom 17
San Francisco, California 94102

Dear Sir,
My Name is Bruce Kayfetz and I am assisting my long time friend William S Frisbee, a fellow Campfire victim, with his request that his claim as a creditor against PGE be included in this case and evaluated by the Fire Victims Trust in the order it was received.

I am not an attorney, nor is Mr. Frisbee represented by one. Mr. Frisbee is representing himself and I am assisting him because he is my long time friend, and my familiarity with this matter and the Fire Victim's Trust procedures. Mr. Frisbee is an 84 year old retired chemist/electrical engineer, he lives alone by choice and is completely independent and totally lucid.

I have spoken at length with Chad, a Supervisor at the Fire Victims Trust on September 28th and 29th 2022 about Mr. Frisbee's claim being accepted and processed by the Trust. It is on his recommendation we are writing this letter to the court, in addition to the claim filed electronically with Kroll on September 27, 2022. Kroll (Prime Clerk) confirmed by email on September 28, 2022 that Mr. Frisbee's claim was received and filed as submitted on September 27,2022. We were told by Chad at Fire Victims Trust that the claim would be accepted and processed by the Fire Victims Trust subject to the courts accepting the claim as a creditor in this matter against PGE for damages Mr. Frisbee suffered as a result of the November 8, 2018 Campfire.

Mr. Frisbee ( Skip) has resided at 2406 Honey Run Road in Butte Creek Canyon for over 30 years. On 11/8/2018 Skip awoke to the smoke from the Campfire nightmare and by 5 that afternoon was forced to flee the flames as they reached his canyon property on their way down Butte Creek canyon towards Chico. Mr. Frisbee was forced to flee his home and was not allowed to return for over three weeks, which he spent sofa surfing at multiple different friend's homes around Butte County.

Skip's property is roughly 10 acres (2 parcels) with one address. The buildings and improvements on his property are enclosed by 7 foot chainlink fence on 2 acres. The structures survived intact with smoke damages. The water tank and distribution system outside the chainlink was destroyed, as were the trees and vegetation. Several trees inside the chainlink were damaged as were items inside the perimeter as well.

Skip attempted to get FEMA aid but was not succesful. He did not feel that the property damages warranted the time and aggravation of suing PGE and when they declared bankruptcy he gave up on the idea of being compensated by PGE completely and focused on rebuilding the water system and cleaning up the fire damages instead.

I have known Skip over 20 years and he has always been very active and physically fit. He doesn't smoke tobacco and has always been in excellent health and kept up with me doing physical strenuous work. Since the Campfire Skip has been diagnosed with COPD and I have witnessed Skip's lungs deteriorate to the point that he cannot walk more than a hundred yards before he is struggling to breath. Skip's medical history is well documented and showed no indications of breathing problems prior to the Campfire, nor did I observe any.

Mr. Frisbee has developed a clear and verifiable serious medical condition (COPD) that was not present prior to 11/8/2018 and has only recently realized the causality of his condition and he is respectfully asserting a claim against PGE for those physical injuries, the emotional distress, nuisance, and any and all claims outlined in the Proof of Claim form accepted and filed with Kroll on September 27, 2022.

Respectfully,

William S. Frisbee

(assisted by
Bruce Kayfetz)