**Entered on Docket**
**October 03, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: October 3, 2022**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* _All papers shall be filed in the Lead Case, No. 19-30088 (DM)._ | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

### ORDER AND NOTICE OF OPPORTUNITY TO OBJECT TO MOTIONS TO FILE CLAIM AFTER CLAIMS BAR DATE BY PRO SE CLAIMANTS THROUGH SEPTEMBER 30, 2022

NOTICE IS HEREBY GIVEN that the various pro se fire claimants have filed a _Motion to File Claim After Claims Bar Date_ through September 30, 2022, as listed on the Exhibit attached hereto.

IT IS HEREBY ORDERED that the Fire Victim Trust ("FVT") shall file written objections to any of the motions by October 17, 2022. The objection(s) should be filed and served on the movant and should include a notice that the objection(s) will be heard on the next regular PG&E all-purpose calendar date that is at least fifteen (15) days from the date of the objection(s).

If the motions are unopposed, the FVT should upload an order disposing of the motions.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST

Theodore L. Bake
280 Rose Lane
Paradise, CA 95969

Sarah Lynch
2964 SW Redmond Hill Road
McMinnville, OR 97128

Odin O Mena Borja et al
2139 Stony Point Rd E23
Santa Rosa, CA 95407

Stephen Regis Minaidis
643 Russell Ave Apt 5
Santa Rosa, CA 95403

Shane Steven Ronayne
712 McConnell Ave
Santa Rosa, CA 95404

Melissa Lynn Avilla
643 Russell Ave Apt 5
Santa Rosa, CA 95403

Marie Mitchell
marietnett04@yahoo.com

Orlando Kai O'Shea
orlandokaioshea@gmail.com

Dean Meyerson
Rowan Artemoff-Meyerson
Win9393@mac.com