EXHIBIT
To
Order and Notice of Opportunity to Object to Motions to File Claim After Claims Bar Date by Pro Se Claimants Through September 30, 2022

| Motion Filing Date | Motion Dkt. No. | Claimant | POC Filing Date | POC No. |
|---|---|---|---|---|
| 9/19/22 | 12976 | Theodore L. Bake | 1/2/20 | 96263 |
| 9/23/22 | 12999 | Sarah Lynch | 9/9/22 | 108895 |
| 9/27/22 | 13006 | Marie Mitchell | N/A | N/A |
| 9/28/22 | 13011 | Oden O Mena Borja et al. | 7/1/22 | 108664 |
| 9/28/22 | 13013 | Orlando Kai O'Shea | N/A | N/A |
| 9/30/22 | 13028 | Dean Meyerson and Rowan Artemoff-Meyerson | N/A | N/A |
| 9/30/22 | 13030 | Stephen Regis Minaidis | 6/26/22 | 108569 |
| 9/30/22 | 13031 | Shane Steven Ronayne | 6/17/22 | 108530 |
| 9/30/22 | 13032 | Melissa Lynn Avilla | 9/7/22 | 108886 |

Case: 19-30088    Doc# 13038-1    Filed: 10/03/22    Entered: 10/03/22 16:04:27    Page 1 of 1