# Lorena Parada

**From:** Will Abrams <end2endconsulting@gmail.com>
**Sent:** Monday, October 3, 2022 2:40 PM
**To:** Lorena Parada
**Cc:** Cicero, Gerard T.; dmolton_brownrudnick.com; jtrotter@fvtadmin.com; Karotkin, Stephen; Slack, Richard; Tsekerides, Theodore; Liou, Jessica; Kissinger, William D. (william.kissinger@morganlewis.com); Amy Bach; Steven Skikos; Sieger-Grimm, Susan; Frank Pitre; Michael A. Kelly; scampora@dbbwc.com; ecabraser@lchb.com; Amanda Riddle; Bill Robins; Gerald Singleton
**Subject:** Re: Telephonic Conference Request: Case#19-30088(DM) Motions for Discovery

**CAUTION - EXTERNAL:**

Ms. Parada -

I appreciate the feedback from the Debtors and the Trustee. However, none of the irrelevant background they provide or arguments that they make preclude the equitable application of the "Practices and Procedures in Judge Montali's Court." If these parties had engaged in good-faith discussions related to these discovery issues, perhaps these added steps could have been avoided. The fact that these parties continue to be divisive and feel that they should not have to lower themselves to deal with me is exactly why I have brought this to your attention and have availed myself to these procedures.

I am confident that these practices and procedures were intended for all parties and not just those parties preferred by the Debtors and the Trustee. Thank you very much for your continued consideration of these critical discovery issues that are central to just and fair treatment of victims within this case.

Respectfully,

Will Abrams
(707) 397-5727