**Entered on Docket**
**October 04, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: October 4, 2022**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER DENYING REQUEST FOR TELEPHONE CONFERENCE**
**RE DISCOVERY DISPUTE**

The email request of October 2, 2022, from Will Abrams to the courtroom deputy and his reply of October 3, 2022, is DENIED for the reasons stated in email oppositions submitted by counsel

for the Fire Victim Trust and the Debtors, and for the reasons stated below.[1]

What Mr. Abrams refers to as the Motion For Trust Discovery (Dkt. 12440) has already been decided by the court's August 2, 2022 Order Authorizing Discovery Regarding Administration of FVT (Dkt. 12682) and is final. What he refers to as the Motion For JAMS Discovery (Dkt. 12766), has been responded to by the FVT (Dkt. 13035), by another party (Dkt. 13036) and by Justice John K. Trotter (Ret.) (Dkt. 13039). And what he refers to as Motion For Debtor Discovery (Dkt. 12995) remains subject to a response by the Debtors on October 12, 2022, pursuant to this court's order of September 26, 2022 (Dkt. 13005).

Thus, as to the first order, no such discovery is appropriate and as to the second and third order, no discovery is authorized unless and until the court authorizes it.

**\*\*END OF ORDER\*\***

---

[1] The clerk is directed to post on the case docket the four emails mentioned in the text.

-2-

**COURT SERVICE LIST**

William B. Abrams
1519 Branch Owl Place
Santa Rosa, CA 95409

William B. Abrams
2041 Stagecoach Rd.
Santa Rosa, CA 95404