Bill Robins III, Esq. (SBN 296101)
Robert T. Bryson, Esq. (SBN 156953)
Rex Grady, Esq. (SBN 232236)
**ROBINS CLOUD LLP**
808 Wilshire Blvd., Suite 450
Santa Monica, California 90401
Telephone: (310) 929-4200
Facsimile: (310) 566-5900

Attorneys for Creditor, Cherish Cram

Matthew W. Grimshaw, Esq. (SBN 210424)
**GRIMSHAW LAW GROUP, P.C.**
26 Executive Park, Ste. 250
Irvine, California 92614
Telephone: (949) 734-0187
Facsimile: (208) 391-7860

Counsel for Robins Cloud LLP

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | ) Case No. 19-30088 (DM) |
| PG&E CORPORATION, | ) |
| and | ) Chapter 11 |
| PACIFIC GAS AND ELECTRIC COMPANY | ) (Lead Case–Jointly Administered) |
| Debtors | ) **REQUEST FOR RELIEF UPON** |
| Affects: | ) **DEFAULT IN SUPPORT OF MOTION** |
| ☐ PG&E Corporation | ) **FOR ORDER AUTHORIZING** |
| ☐ Pacific Gas & Electric Company | ) **WITHDRAWAL OF COUNSEL** |
| ☒ Both Debtors | ) [RE: Dkt. Nos. 12878, 12879, 12880, and 12881] |
| * All papers shall be filed in the Lead Case, No. 19-30088 (DM). | ) |

/ / /

## REQUEST FOR ENTRY OF ORDER BY DEFAULT

Under B.L.R. 9014-1(b)(4), Robins Cloud LP ("Firm") hereby requests that Court enter an order by default on its Motion for Order Authorizing Withdrawal of Counsel to Cherish Cram ("Creditor")[1], Dkt. No. 12878 ("Motion").

## RELIEF REQUESTED IN THE MOTION

The Motion seeks an order authorizing the Firm to withdraw as counsel of record to the Creditor.

## NOTICE AND SERVICE

A Notice and Opportunity for Hearing on Motion for Order Authorizing Withdraw of Counsel to Cherish Cram was filed concurrently with the Motion on August 27, 2022, Dkt. No. 12880 ("Notice and Opportunity for Hearing"). The Motion, the supporting declaration of Robert Bryson, Dkt. No. 12879, and the Notice and Opportunity for Hearing were served as described in the Certificate of Service filed on August 27, 2022, Dkt. No. 12881.

The deadline to file a response or opposition to the Motion has passed, and no opposition has been filed with the Court or received by the Firm.

## DECLARATION OF NO OPPOSITION RECEIVED

The undersigned hereby declares, pursuant to 28 U.S.C. §1746, under penalty of perjury, that:

1.      I am an individual over 18 years of age and competent to make this Declaration.

2.      I am the founder of Grimshaw Law Group, P.C., and an attorney at law duly admitted to practice before all courts of the State of California and the United States District Court for the Northern District of California.

3.      I am counsel for the law firm of Robins Cloud LP (the "Firm"), attorneys of record for Cherish Cram ("Creditor").[2]

---

[1] Robins Cloud LLP retained Grimshaw Law Group, P.C. as bankruptcy counsel to, among other things, assist it in filing this motion. Grimshaw Law Group has no contractual or attorney/client relationship with Creditor. Declaration of Robert Bryson in Support of Motion for Order Authorizing Withdrawal of Counsel ("Bryson Decl."), ¶2, fn.1.

[2] Grimshaw Law Group has no contractual or attorney/client relationship with Creditor.

Case: 19-30088   Doc# 13048   Filed: 10/06/22   Entered: 10/06/22 13:54:56   Page 2 of 4

REQUEST FOR RELIEF UPON DEFAULT AND DECLARATION IN SUPPORT

1    4.    I have reviewed the Court's docket in these Chapter 11 Cases and determined that

2   no response or opposition has been filed with respect to the Motion.

3    5.    A proposed order will be lodged concurrently as provided for in B.L.R. 9014-

4   1(b)(3)(A).

5    WHEREFORE, the Firm hereby requests that the Court enter the proposed order filed

6   concurrently herewith granting the Motion for the reasons set forth therein.

7    Executed on October 6, 2022.

8                                    GRIMSHAW LAW GROUP, P.C.

9

10                                   */s/ Matthew W. Grimshaw*
                                     Matthew W. Grimshaw

11                                   Attorneys for Robins Cloud LLP

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR RELIEF UPON DEFAULT AND DECLARATION IN SUPPORT

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2022, I caused the forgoing **REQUEST FOR RELIEF UPON DEFAULT IN SUPPORT OF MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL** to be electronically filed with the Clerk of the Court using the CM/ECF system, which, in turn, caused a notification to be sent to the interested parties, with the exception of Lacey Devereux.

I further certify that, on the same date, I caused the foregoing document to be sent via first-class mail, postage prepaid, to the following interested party:

Cherish Cram
P.O. Box 5181
Oroville, CA 95966

*/s/ Matthew W. Grimshaw*
MATTHEW W. GRIMSHAW

4

REQUEST FOR RELIEF UPON DEFAULT AND DECLARATION IN SUPPORT