UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>- and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>   Reorganized Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Andrew Chan, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On October 4, 2022, at my direction and under my supervision, employees of Kroll caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 4th day of October 2022, at New York, NY.

                */s/ Andrew Chan*
                Andrew Chan

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

# **Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 12679 | OPeak LLC<br>Attn: Todd Westhus<br>745 Fifth Avenue<br>Suite 1604<br>New York, NY 10151 | PMK Contractors, LLC<br>c/o Binder & Malter, LLP<br>Attn: Christian Binder and Robert G. Harris<br>2775 Park Avenue<br>Santa Clara, CA, 95050<br><br>PMK Contractors, LLC<br>Attn: Preet Johal<br>1580 Chabot Ct., 2nd Fl.<br>Hayward, CA 94545 | August 12, 2022 |
| 12820 | Linda Wright<br>c/o Bowles & Verna LLP<br>Attn: Richard T. Bowles<br>2121 N. California Blvd., #875<br>Walnut Creek, CA 94596<br><br>Linda Wright<br>1310 Winchester Way<br>Auburn, CA 95602 | Tamie Wright Dasse<br>c/o Bowles & Verna LLP<br>Attn: General Counsel<br>2121 N. California Blvd., #875<br>Walnut Creek, CA 94596 | August 26, 2022 |
| 12981 | Donatus Okhomina, Jr.<br>c/o Siegel, Lewitter, Malkani<br>Attn: Jonathan Henry Siegel<br>1939 Harrison Street, Suite 307<br>Oakland, CA 94612 | Tammy Okhomina<br>400 Brians Way<br>Dixon, CA 95620 | September 30, 2022 |

In re: PG Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM)    Page 1 of 1