**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR OCTOBER 11, 2022, 10:00 A.M. OMNIBUS HEARING**<br><br>Date: October 11, 2022<br>Time: 10:00 a.m. (Pacific Time)<br>Place: AT&T Teleconference Only<br>       United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# PROPOSED AGENDA FOR
# OCTOBER 11, 2022, 10:00 A.M. (PACIFIC TIME)
# OMNIBUS HEARING

**I:** <u>**MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**</u>

*CONTESTED MATTER GOING FORWARD*

    1. **<u>Objection to Claim of Amir Shahmirza:</u>** *Reorganized Debtors' Objection to Proof of Claim No. 2090 Filed By Amir Shahmirza* **[Dkt. 12130]**.

    <u>Responses Received</u>:

    A.    *Response and Points and Authorities in Opposition to Objection to Claim #2090* **[Dkt. 12572].**

    <u>Related Documents</u>

    B.    *Declaration of Steven A. Lamb in Support of Reorganized Debtors' Objection to Proof of Claim No. 2090 Filed by A. Shahmirza* **[Dkt. 12131]**.

    C.    *Reply in Support of Reorganized Debtors' Objection to Proof of Claim No. 2090 Filed by A. Shahmirza* **[Dkt. 13045]**

    <u>Status</u>: This matter is going forward on a contested basis.

*RESOLVED AND CONTINUED MATTERS*

    2. **<u>Rix Motion re Late Claim:</u>** *Motion Pursuant to Fed. R. Bankr. Proc. 7015 and 7017 to Enlarge Time to File Proof of Claim Pursuant to Fed. R. Bankr. Proc. 9006(b)(1)* **[Dkt. 12936]**.

    <u>Status</u>: This Motion has been amended by **[Dkt. 12939]** and granted with respect to the claim therein by Order **[Dkt. 12998]**.

    **PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: October 10, 2022

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: _____/s/ Thomas B. Rupp_____
          Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119