Craig Solomon Ganz (217254)
Michael S. Myers (305011)
BALLARD SPAHR LLP
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone:  424.204.4400
Facsimile:    424.204.4350
Email:  ganzc@ballardspahr.com
Email:  myersm@ballardspahr.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

**The updated address information shown below applies to the bankruptcy cases and adversary proceedings appearing on the attached list.**

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** the address of Michael S. Myers has changed.  The new address is:

>   BALLARD SPAHR LLP
>   2029 Century Park East, Suite 1400
>   Los Angeles, CA  90067-2915
>   Telephone:  424.204.4400
>   Facsimile:    424.204.4350
>   Email:  myersm@ballardspahr.com

Please update your records accordingly.

Date:   October 10, 2022                    /s/ Michael S. Myers
                                                           Signature