| | |
|---|---|
| 1 | Craig Solomon Ganz (217254) |
| 2 | Michael S. Myers (305011) |
| 3 | BALLARD SPAHR LLP |
|   | 2029 Century Park East, Suite 1400 |
| 4 | Los Angeles, CA  90067-2915 |
|   | Telephone:  424.204.4400 |
| 5 | Facsimile:    424.204.4350 |
| 6 | Email:  ganzc@ballardspahr.com |
|   | Email:  myersm@ballardspahr.com |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re

**The updated address information shown below applies to the bankruptcy cases and adversary proceedings appearing on the attached list.**

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** the address of Michael S. Myers has changed.  The new address is:

> BALLARD SPAHR LLP
> 2029 Century Park East, Suite 1400
> Los Angeles, CA  90067-2915
> Telephone:  424.204.4400
> Facsimile:    424.204.4350
> Email:  myersm@ballardspahr.com

Please update your records accordingly.


Date:    October 10, 2022          /s/ Michael S. Myers
                                              Signature