**ATTACHMENT TO NOTICE OF CHANGE OF ADDRESS**

| Case Title | Case No. |
|---|---|
| PG&E Corporation | 19-30088 |
| Pleasanton Fitness, LLC | 19-41949 |