William B. Abrams
end2endconsulting@gmail.com
2041 Stagecoach Rd.
Santa Rosa, CA, 95404
Tel: 707 397 5727

*Pro Se Fire Victim Claimant and Party to related proceedings before the California Public Utilities Commission and the California Office of Energy Infrastructure Safety*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION,

   -and-

PACIFIC GAS AND ELECTRIC COMPANY,
                                    Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

\* All papers shall be filed in the lead case, No. 19-30088 (DM)

Bankr. Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**CERTIFICATE OF SERVICE TO SUPPLEMENTAL STATEMENT IN SUPPORT OF THE MOTION OF WILLIAM B. ABRAMS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR ENTRY OF AN ORDER AUTHORIZING DISCOVERY AND HEARINGS REGARDING THE ACTS AND CONDUCT OF JAMS NEUTRALS GIVEN NEW EVIDENCE**

Relates to: Dkt. 13046

# CERTIFICATE OF SERVICE

I am over the age of 18. My business address is 2041 Stagecoach Rd., Santa Rosa, CA, 95404.

On October 5, 2022, at my place of business, I served a true and correct copy of the following document(s):

**SUPPLEMENTAL STATEMENT IN SUPPORT OF THE MOTION OF WILLIAM B. ABRAMS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR ENTRY OF AN ORDER AUTHORIZING DISCOVERY AND HEARINGS REGARDING THE ACTS AND CONDUCT OF JAMS NEUTRALS GIVEN NEW EVIDENCE** [Dkt. 13046]

in the manner indicated below:

■ BY ONLINE COURT DOCUMENT UPLOAD FOR NON-REGISTERED ECF FILERS to Docket Clerk (US Bankruptcy Court, Northern District of California, San Francisco Division) on October 5, 2022

**SEE ATTACHED SERVICE LIST**

■ SERVED BY ELECTRONIC MAIL – On October 5, 2022, I served the following persons and/or entities based upon the service list posted on the following Kroll website:

https://restructuring.ra.kroll.com/pge/Home-DocketInfo

**SEE ATTACHED SERVICE LIST**

Executed on October 9, 2022, at Santa Rosa, CA.

William B. Abrams
Pro Se Claimant

**SERVED VIA ELECTRONIC MAIL**

| Name | Email |
|---|---|
| Elliot Adler | eadler@theadlerfirm.com, bzummer@theadlerfirm.com |
| Aaron L. Agenbroad | alagenbroad@jonesday.com, saltamirano@jonesday.com |
| Gabrielle L. Albert | galbert@kbkllp.com |
| Annadel A. Almendras | annadel.almendras@doj.ca.gov |
| Destiny N. Almogue | Destiny.Almogue@skadden.com, wendy.lamanna@skadden.com |
| Monique D. Almy | malmy@crowell.com |
| Anne Andrews | aa@andrewsthornton.com, aandrews@andrewsthornton.com |
| Philip Anker | philip.anker@wilmerhale.com, whdocketing@wilmerhale.com |
| Richard L. Antognini | rlalawyer@yahoo.com, hallonaegis@gmail.com |
| Tyson Arbuthnot | tarbuthnot@rjo.com, jyeung@rjo.com |
| Lauren T. Attard | lattard@bakerlaw.com, agrosso@bakerlaw.com |
| Herb Baer | hbaer@primeclerk.com, ecf@primeclerk.com |
| Kathryn E. Barrett | keb@svlg.com, amt@svlg.com |
| Chris Bator | cbator@bakerlaw.com, jmcguigan@bakerlaw.com |
| Ronald S. Beacher | rbeacher@pryorcashman.com |
| Hagop T. Bedoyan | hbedoyan@kleinlaw.com, ecf@kleinlaw.com |
| Andrew David Behlmann | abehlmann@lowenstein.com, elawler@lowenstein.com |
| Tanya Behnam | tbehnam@polsinelli.com, tanyabehnam@gmail.com |
| James C. Behrens | jbehrens@milbank.com, mkoch@milbank.com |
| Jacob Taylor Beiswenger | jbeiswenger@omm.com, llattin@omm.com |
| Peter J. Benvenutti | pbenvenutti@kbkllp.com |
| Robert Berens | rberens@smtdlaw.com, sr@smtdlaw.com |
| Ronald F. Berestka | rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com |
| Heinz Binder | heinz@bindermalter.com |
| Jared D. Bissell | jared.bissell@troutman.com |
| Neil Jon Bloomfield | njbloomfield@njblaw.com, gklump@njblaw.com |
| Jason Blumberg | jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov |
| Richard Bodnar | rbodnar@rksllp.com |
| Melissa Boey | melissa.boey@morganlewis.com |
| Paige Boldt | pboldt@wattsguerra.com, cwilson@wattsguerra.com |
| Jason Borg | jborg@jasonborglaw.com |
| Evan C. Borges | eborges@ggtriallaw.com, cwinsten@ggtriallaw.com |
| Mark Bostick | mbostick@wendel.com, bankruptcy@wendel.com |
| James L. Bothwell | jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com |
| Peter R. Boutin | peter.boutin@kyl.com, lara.joel@kyl.com |
| Erin N. Brady | erin.brady@hoganlovells.com |
| Lee Brand | lee.brand@pillsburylaw.com, docket@pillsburylaw.com |
| Gregory A. Bray | gbray@milbank.com |
| Michael D. Breslauer | mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com |
| W. Steven Bryant | , molly.batiste-debose@lockelord.com |
| Chane Buck | cbuck@jonesday.com |
| Kathlene Burke | kathlene.burke@skadden.com, burke.kathlene@gmail.com |
| Elizabeth J. Cabraser | ecabraser@lchb.com, awolf@lchb.com |
| Anthony P. Cali | anthony.cali@stinson.com, lindsay.petrowski@stinson.com |
| Peter C. Califano | pcalifano@cwclaw.com |
| Steven M. Campora | scampora@dbbwc.com, nlechuga@dbbwc.com |
| Leah E. Capritta | leah.capritta@hklaw.com, lori.labash@hklaw.com |
| Nicholas A. Carlin | nac@phillaw.com, rac@phillaw.com |

**SERVED VIA ELECTRONIC MAIL (CONT.)**

| Name | Email |
|---|---|
| Katherine Rose Catanese | kcatanese@foley.com |
| Matthew Cave | mcave@kfc.law |
| Barry A. Chatz | barry.chatz@saul.com, barry.chatz@gmail.com |
| Karen J. Chedister | kchedister@h-jlaw.com |
| Christina Lin Chen | christina.chen@morganlewis.com, christina.lin.chen@gmail.com |
| Richard A. Chesley | richard.chesley@dlapiper.com, bill.countryman@dlapiper.com |
| Kevin Chiu | kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com |
| Jacquelyn H. Choi | jacquelyn.choi@rimonlaw.com, docketing@rimonlaw.com |
| Shawn M. Christianson | schristianson@buchalter.com |
| Robert N.H. Christmas | rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com |
| Jae Angela Chun | ajc@chun.law, teresa@tosdallaw.com |
| Gerard T. Cicero | GCicero@brownrudnick.com, NKhalatova@brownrudnick.com |
| Louis J. Cisz | lcisz@nixonpeabody.com |
| Valerie E. Clemen | , mcarter@coombslaw.com |
| Alicia Clough | aclough@loeb.com |
| Tiffany Strelow Cobb | tscobb@vorys.com |
| John B. Coffman | john@johncoffman.net |
| Kevin G. Collins | kevin.collins@btlaw.com |
| Brian S. Conlon | bsc@phillaw.com, rac@phillaw.com |
| Charles Cording | ccording@willkie.com, mao@willkie.com |
| Manuel Corrales | mannycorrales@yahoo.com, hcskanchy@hotmail.com |
| Anne Costin | anne@costinlawfirm.com |
| Christopher J. Cox | chris.cox@hoganlovells.com |
| Donald H. Cram | dhc@severson.com |
| Ashley Vinson Crawford | avcrawford@akingump.com, dkrasa-berstell@akingump.com |
| Douglas S. Crosno | douglas.crosno@hoganlovells.com |
| J. Russell Cunningham | rcunningham@dnlc.net, emehr@dnlc.net |
| Keith J. Cunningham | , rkelley@pierceatwood.com |
| James D. Curran | jcurran@wolkincurran.com, dstorms@wolkincurran.com |
| Tambra Curtis | tambra.curtis@sonoma-county.org, Megan.Sweeley@sonoma-county.org |
| Stacy A. Dasaro | sdasaro@goodwinlaw.com |
| James M. Davis | jdavis@cglaw.com |
| Nicolas De Lancie | ndelancie@jmbm.com |
| Judith A. Descalso | , jad_9193@ecf.courtdrive.com |
| Andrew G. Devore | andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com |
| Erin Elizabeth Dexter | edexter@milbank.com |
| Shounak S. Dharap | ssd@arnslaw.com, mec@arnslaw.com |
| Kathryn S. Diemer | kdiemer@diemerwei.com |
| Kathryn S. Diemer | kdiemer@diemerwhitman.com |
| John P. Dillman | houston_bankruptcy@publicans.com |
| Caroline R. Djang | caroline.djang@bbklaw.com, Laurie.Verstegen@bbklaw.com |
| Krystal Dong | ykdong@gmail.com |
| Jonathan R. Doolittle | jonathan.doolittle@pillsburylaw.com |
| Jonathan R. Doolittle | jdoolittle@reedsmith.com |
| Jennifer V. Doran | jdoran@hinckleyallen.com |
| Dustin M. Dow | ddow@bakerlaw.com, jmcguigan@bakerlaw.com |

| | |
|---|---|
| Jamie P. Dreher | jdreher@downeybrand.com |
| Todd Dressel | tdressel@mcguirewoods.com, jtabisaura@mcguirewoods.com |
| Geoffrey B. Dryvynsyde | gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov |
| Jeffrey Aaron Dubbin | jdubbin@labaton.com, echan-lee@labaton.com |
| Matthew Ducharme | matthew.ducharme@hoganlovells.com, tracy.southwell@hoganlovells.com |
| Cecily Ann Dumas | cdumas@bakerlaw.com, hhammonturano@bakerlaw.com |
| Dennis F. Dunne | cprice@milbank.com, jbrewster@milbank.com |
| Dennis F. Dunne | ddunne@milbank.com, jbrewster@milbank.com |
| Huonganh Annie Duong | annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com |
| Luke N. Eaton | eatonl@pepperlaw.com, monugiac@pepperlaw.com |
| Daniel G. Egan | daniel.egan@ropesgray.com, nova.alindogan@ropesgray.com |
| Joseph A. Eisenberg | JAE1900@yahoo.com |
| Michele Ellison | mellison@gibbsgiden.com, lrochelle@gibbsgiden.com |
| David Emerzian | , Melany.Hertel@mccormickbarstow.com |
| G. Larry Engel | larry@engeladvice.com |
| Krista M. Enns | kenns@beneschlaw.com |
| Scott Esbin | sesbin@esbinalter.com |
| Joseph M. Esmont | jesmont@bakerlaw.com |
| Michael P. Esser | michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com |
| Richard W. Esterkin | richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com |
| Michael S. Etkin | metkin@lowenstein.com |
| Jacob M. Faircloth | jacob.faircloth@smolsonlaw.com |
| Brett D. Fallon | bfallon@morrisjames.com, wweller@morrisjames.com |
| Michael C. Fallon | , manders@fallonlaw.net |
| Joana Fang | jf@kbklawyers.com, icd@kbklawyers.com |
| Joseph Kyle Feist | jfeistesq@gmail.com, info@norcallawgroup.net |
| David M. Feldman | DFeldman@gibsondunn.com |
| Matthew A. Feldman | mfeldman@willkie.com |
| Jennifer Feldsher | jennifer.feldsher@morganlewis.com |
| Mark E. Felger | mfelger@cozen.com |
| James J. Ficenec | James.Ficenec@ndlf.com |
| John D. Fiero | jfiero@pszjlaw.com, ocarpio@pszjlaw.com |
| Kimberly S. Fineman | kfineman@nutihart.com, admin@nutihart.com |
| Stephen D. Finestone | sfinestone@fhlawllp.com |
| Timothy M. Flaherty | tflaherty@mpplaw.com |
| Daniel I. Forman | dforman@willkie.com |
| Matthew Hampton Foushee | hampton.foushee@hoganlovells.com, hfoushee@gmail.com |
| Carolyn Frederick | cfrederick@prklaw.com |
| Peter Friedman | pfriedman@omm.com |
| Roger F. Friedman | rfriedman@rutan.com, csolorzano@rutan.com |
| Xiyi Fu | jackie.fu@lockelord.com, taylor.warren@lockelord.com |
| Lars H. Fuller | lfuller@bakerlaw.com |
| Thomas M. Gaa | tgaa@bbslaw.com |
| Larry W. Gabriel | , nfields@bg.law |

**SERVED VIA ELECTRONIC MAIL (CONT.)**

| | |
|---|---|
| Gregg M. Galardi | gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com |
| Craig Solomon Ganz | ganzc@ballardspahr.com, hartt@ballardspahr.com |
| Jeffrey K. Garfinkle | jgarfinkle@buchalter.com |
| Oscar Garza | ogarza@gibsondunn.com |
| Lisa S. Gast | lsg@dwgp.com, lmk@dwgp.com |
| Paul R. Gaus | pgaus@downeybrand.com |
| Duane M. Geck | dmg@severson.com |
| Janet D. Gertz | jgertz@btlaw.com |
| Christopher Gessner | cgessner@akingump.com, NYMCO@akingump.com |
| R. Dale Ginter | dginter@downeybrand.com |
| Jon T. Givens | givensjt@gmail.com, cwilson@wattsguerra.com |
| Barry S. Glaser | bglaser@salvatoboufadel.com |
| Paul R. Glassman | pglassman@sycr.com |
| Gabriel I. Glazer | gglazer@pszjlaw.com |
| Gabrielle Glemann | gabrielle.glemann@stoel.com, rene.alvin@stoel.com |
| Jaime Godin | Jtouchstone@fddcm.com |
| Matthew A. Gold | courts@argopartners.net |
| Eric D. Goldberg | eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| Craig Goldblatt | Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com |
| Amy L. Goldman | goldman@lbbslaw.com |
| Eric S. Goldstein | egoldstein@goodwin.com |
| Rhonda Stewart Goldstein | Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu |
| Richard H. Golubow | rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com |
| Michael J. Gomez | mgomez@frandzel.com, dmoore@frandzel.com |
| Michael W. Goodin | mgoodin@clausen.com, mgenova@clausen.com |
| Eric R. Goodman | egoodman@bakerlaw.com |
| Michael R. Goodstein | mgoodstein@baileycav.com |
| Mark A. Gorton | mgorton@boutinjones.com, cdomingo@boutinjones.com |
| Mark A. Gorton | mgorton@boutininc.com, cdomingo@boutinjones.com |
| Michael I. Gottfried | mgottfried@elkinskalt.com, AAburto@elkinskalt.com |
| Louis Gottlieb | Lgottlieb@labaton.com, mpenrhyn@labaton.com |
| Elizabeth Graham | egraham@gelaw.com |
| Eric A. Grasberger | eric.grasberger@stoel.com, docketclerk@stoel.com |
| Debra I. Grassgreen | , hphan@pszjlaw.com |
| Debra I. Grassgreen | dgrassgreen@pszjlaw.com, hphan@pszjlaw.com |
| Eric A. Gravink | eric@rhrc.net |
| Elizabeth A. Green | egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com |
| Tracy Green | tgreen@wendel.com, bankruptcy@wendel.com |
| Mitchell B. Greenberg | mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com |
| Brian Gregory | b.gregory@veenfirm.com, EL.Team@Veenfirm.com |
| Susan Sieger Grimm | SSieger-Grimm@brownrudnick.com, NKhalatova@brownrudnick.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com |
| Stuart G. Gross | sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com |
| Carl L. Grumer | cgrumer@manatt.com, mchung@manatt.com |
| Elizabeth M. Guffy | eguffy@lockelord.com, autodocket@lockelord.com |
| Lloyd C. Guintivano | anitag@co.lake.ca.us, lloydg@co.lake.ca.us |
| Cameron M. Gulden | cameron.m.gulden@usdoj.gov |

**SERVED VIA ELECTRONIC MAIL (CONT.)**

| | |
|---|---|
| Mirco J. Haag | mhaag@buchalter.com, dcyrankowski@buchalter.com |
| Laurie Hager | lhager@sussmanshank.com |
| J. Noah Hagey | hagey@braunhagey.com, tong@braunhagey.com |
| Oren Buchanan Haker | oren.haker@stoel.com, rene.alvin@stoel.com |
| Michael Hampson | mhampson@rksllp.com |
| Kristopher M. Hansen | dmohamed@stroock.com, mmagzamen@stroock.com |
| Joseph George Harraka | jgharraka@becker.legal |
| Adam C. Harris | adam.harris@srz.com |
| Robert G. Harris | rob@bindermalter.com |
| Christopher H. Hart | chart@nutihart.com, nwhite@nutihart.com |
| Bryan L. Hawkins | bryan.hawkins@stoel.com, Sharon.witkin@stoel.com |
| Jennifer C. Hayes | jhayes@fhlawllp.com |
| Geoffrey A. Heaton | gheaton@duanemorris.com, dmicros@duanemorris.com |
| Michael C. Hefter | michael.hefter@hoganlovells.com, tracy.southwell@hoganlovells.com |
| Alaina R. Heine | alaina.heine@dechert.com, brett.stone@dechert.com |
| Matthew Henderson | matthew.henderson@msrlegal.com, karen.wigylus@msrlegal.com |
| Stephen E. Hessler, P.C. | , jozette.chong@kirkland.com |
| Matthew Heyn | matthew.heyn@doj.ca.gov |
| Sean T. Higgins | aandrews@andrewsthornton.com, shiggins@andrewsthornton.com |
| James P. Hill | hill@sullivanhill.com, bkstaff@sullivanhill.com |
| Morgan R. Hirst | mhirst@jonesday.com, mmelvin@jonesday.com |
| Michael R. Hogue | hoguem@gtlaw.com, navarrom@gtlaw.com |
| David Holtzman | david.holtzman@hklaw.com |
| Alexandra S. Horwitz | allie.horwitz@dinsmore.com |
| Marsha Houston | mhouston@reedsmith.com, hvalencia@reedsmith.com |
| Linda Wendell Hsu | lhsu@selmanlaw.com, psmith@selmanlaw.com |
| Shane Huang | shane.huang@usdoj.gov |
| Brian D. Huben | hubenb@ballardspahr.com |
| Kelly L. Huey | khuey@burkeandkesslerlaw.com |
| Christopher Hughes | chughes@nossaman.com |
| Jonathan Hughes | , jane.rustice@aporter.com |
| Edward R. Huguenin | ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com |
| Michael A. Isaacs | misaacs@rinconlawllp.com, aworthing@rinconlawllp.com |
| Mark V. Isola | misola@brotherssmithlaw.com |
| J. Eric Ivester | Eric.Ivester@skadden.com, Andrea.Bates@skadden.com |
| J. Eric Ivester | , Andrea.Bates@skadden.com |
| Lawrence A. Jacobson | laj@cohenandjacobson.com, mcycle48@gmail.com |
| Kizzy L. Jarashow | KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com |
| Ivan C. Jen | ivan@icjenlaw.com |
| Amanda Jereige | AJereige@winston.com, amanda-jereige-5954@ecf.pacerpro.com |
| Monique Jewett-Brewster | mjb@hopkinscarley.com, eamaro@hopkinscarley.com |
| James O. Johnston | jjohnston@jonesday.com |
| Chris Johnstone | chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com |
| Andrew Jones | andrew@ajoneslaw.com |
| Gregory K. Jones | GJones@dykema.com, cacossano@dykema.com |
| John L. Jones | JJones@chwlaw.us, JLJones2@outlook.com |

**SERVED VIA ELECTRONIC MAIL (CONT.)**

| | |
|---|---|
| Robert A. Julian | rjulian@bakerlaw.com, hhammonturano@bakerlaw.com |
| George H. Kalikman | , sdavenport@schnader.com |
| Roberto J. Kampfner | rkampfner@whitecase.com, mco@whitecase.com |
| Bonnie E. Kane | bonnie@thekanelawfirm.com, skane@thekanelawfirm.com |
| Eve H. Karasik | ehk@lnbyb.com |
| Michael G. Kasolas | trustee@kasolas.net, CA30@ecfcbis.com, ecf.alert+Kasolas@titlexi.com |
| Elyssa S. Kates | ekates@bakerlaw.com |
| Ori Katz | okatz@sheppardmullin.com, LSegura@sheppardmullin.com |
| William M. Kaufman | wkaufman@smwb.com, eschneider@smwb.com |
| Jane G. Kearl | jkearl@watttieder.com, jbenton@watttieder.com |
| Tobias S. Keller | tkeller@kbkllp.com |
| Tobias S. Keller | tkeller@kellerbenvenutti.com |
| Lynette C. Kelly | ustpregion17.oa.ecf@usdoj.gov |
| Sarah Elisabeth Kelly-Kilgore | skellykilgore@ggtriallaw.com, dvultaggio@ggtriallaw.com |
| Matthew K. Kelsey | mkelsey@gibsondunn.com |
| Gerald P. Kennedy | gerald.kennedy@procopio.com, kristina.terlaga@procopio.com |
| Erica L. Kerman | ekerman@willkie.com |
| Samuel A. Khalil | skhalil@milbank.com, jbrewster@milbank.com |
| Samuel M. Kidder | skidder@ktbslaw.com |
| Marc Kieselstein | carrie.oppenheim@kirkland.com |
| Jane Kim | jkim@kbkllp.com |
| Mary H. Kim | Mary.Kim@dechert.com, brett.stone@dechert.com |
| Susan E. Kirkgaard | , carlyn.jorgensen@bullivant.com |
| Kody D. L. Kleber | kkleber@bakerlaw.com, dmartinez@bakerlaw.com |
| Matthew Ryan Klinger | mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com |
| Bradley C. Knapp | bknapp@lockelord.com, Yamille.Harrison@lockelord.com |
| Kelly V. Knight | kelly.knight@srz.com |
| Lydia Vanessa Ko | Lvko@stonelawoffice.com |
| Thomas F. Koegel | tkoegel@crowell.com |
| Katherine Kohn | kkohn@groom.com, ashahinllari@groom.com |
| Andy S. Kong | kong.andy@arentfox.com, Yvonne.Li@arentfox.com |
| Anna Kordas | akordas@jonesday.com, mmelvin@jonesday.com |
| Alan W. Kornberg | , akornberg@paulweiss.com |
| Bernard Kornberg | bjk@severson.com |
| David I. Kornbluh | dkombluh@venturahersey.com, jpatterson@venturahersey.com |
| Lauren Kramer | lkramer@rjo.com |
| Marc Kramer | mkramer@rksllp.com |
| Jeffrey C. Krause | jkrause@gibsondunn.com |
| Thomas R. Kreller | tkreller@milbank.com |
| Lindsey E. Kress | lkress@lockelord.com, autodocket@lockelord.com |
| Hannah C. Kreuser | hkreuser@porterlaw.com, ooberg@porterlaw.com |
| Kevin Kroll | kkroll@kfc.law |
| Michael Thomas Krueger | michael.krueger@ndlf.com, Havilyn.lee@ndlf.com |
| Marek P. Krzyzowski | MKrzyzowski@brownrudnick.com, SCalderon@brownrudnick.com |
| Robert T. Kugler | robert.kugler@stinson.com |
| Duane Kumagai | dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com |

| Name | Email |
|---|---|
| Brendan M. Kunkle | bkunkle@abbeylaw.com, lmeyer@abbeylaw.com |
| Alisa C. Lacey | alisa.lacey@stinson.com, karen.graves@stinson.com |
| Timothy S. Laffredi | timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov |
| Timothy S. Laffredi | timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov |
| Richard A. Lapping | rich@trodellalapping.com |
| Omeed Latifi | olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com |
| John E. Lattin | jlattin@ostergar.com, cslovenec@ostergar.com |
| Paul J. Laurin | plaurin@btlaw.com, slmoore@btlaw.com |
| Michael Lauter | mlauter@sheppardmullin.com |
| Kenneth T. Law | klaw@bbslaw.com |
| Francis J. Lawall | francis.lawall@troutman.com, susan.henry@troutman.com |
| Andrew Michael Leblanc | ALeblanc@milbank.com |
| Erica Lee | Erica.Lee@doj.ca.gov |
| Scott Lee | scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com |
| Paul J. Leeds | leedsp@higgslaw.com |
| Edward J. Leen | eleen@mkbllp.com |
| Lisa Lenherr | llenherr@wendel.com, bankruptcy@wendel.com |
| Matthew A. Lesnick | matt@lesnickprince.com, jmack@lesnickprince.com |
| Bryn G. Letsch | bletsch@braytonlaw.com |
| David B. Levant | david.levant@stoel.com, rene.alvin@stoel.com |
| Andrew H. Levin | alevin@wcghlaw.com |
| David Levine | dnl@groom.com |
| Marc A. Levinson | Malevinson@orrick.com, casestream@ecf.courtdrive.com |
| Dara Levinson Silveira | dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com |
| Alexander James Demitro Lewicki | kdiemer@diemerwei.com |
| Alexander James Demitro Lewicki | alewicki@diemerwei.com |
| Lauren Lifland | lauren.lifland@wilmerhale.com, whdocketing@wilmerhale.com |
| William S. Lisa | , jcaruso@nixonpeabody.com |
| William S. Lisa | wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com |
| Jonathan A. Loeb | jon.loeb@bingham.com |
| Michael B. Lubic | michael.lubic@klgates.com |
| John William Lucas | , ocarpio@pszjlaw.com |
| Joseph R. Lucia | PersonalInjuryGroup@RLSlawyers.com |
| Jane Luciano | jane-luciano@comcast.net |
| Kerri Lyman | klyman@irell.com, #-FirmPSDocketing@Steptoe.com |
| John H. MacConaghy | macclaw@macbarlaw.com, smansour@macbarlaw.com; kmuller@macbarlaw.com |
| Iain A. Macdonald | imac@macfern.com, 6824376420@filings.docketbird.com |
| Malcolm A. Mackenzie | mmackenzie@coombslaw.com, vclemen@coombslaw.com |
| Tracy L. Mainguy | tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net |
| Samuel R. Maizel | samuel.maizel@dentons.com, alicia.aguilar@dentons.com |
| Adam Malatesta | adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com |
| Katharine Malone | malonek@gtlaw.com |
| Liam K. Malone | malone@oles.com, shahin@oles.com |
| Michael W. Malter | michael@bindermalter.com |
| Ankur Mandhania | amandhania@mayerbrown.com |

**SERVED VIA ELECTRONIC MAIL (CONT.)**

| Name | Email |
|---|---|
| Craig Margulies | cmargulies@margulies-law.com, lsalazar@margulies-law.com |
| Geoffrey E. Marr | gemarr59@hotmail.com |
| Richard A. Marshack | rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com |
| Catherine Martin | cmartin@simon.com, rtucker@simon.com; bankruptcy@simon.com |
| Laila Masud | lmasud@marshackhays.com, lmasud@ecf.courtdrive.com |
| David P. Matthews | jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com |
| Patrick C. Maxcy | patrick.maxcy@snrdenton.com |
| Simon Richard Mayer | simon.mayer@lockelord.com, Rellis@lockelord.com |
| James J. Mazza | james.mazza@skadden.com, wendy.lamanna@skadden.com |
| Benjamin P. McCallen | bmccallen@willkie.com |
| C. Luckey McDowell | Luckey.McDowell@Shearman.com |
| Matthew D. McGill | MMcGill@gibsondunn.com |
| Melissa C. McLaughlin | mcmclaughlin@venable.com, ataylor@venable.com |
| Edward Joseph McNeilly | edward.mcneilly@hoganlovells.com, verbon.davenport@hoganlovells.com |
| Scott H. McNutt | SMcNutt@ml-sf.com, csnell@ml-sf.com |
| Thomas Melone | Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com |
| Peter Meringolo | peter@pmrklaw.com |
| Frank A. Merola | lacalendar@stroock.com, mmagzamen@stroock.com |
| Jennifer L. Mersing | jennifer.mersing@stoel.com, lisa.petras@stoel.com |
| Joshua M. Mester | jmester@jonesday.com |
| Matthew D. Metzger | belvederelegalecf@gmail.com |
| Merle C. Meyers | mmeyers@mlg-pc.com |
| Randy Michelson | randy.michelson@michelsonlawgroup.com |
| Gerardo Mijares-Shafai | Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com |
| Joel S. Miliband | jmiliband@brownrudnick.com |
| Joseph G. Minias | jminias@willkie.com |
| M. David Minnick | dminnick@pillsburylaw.com, docket@pillsburylaw.com |
| Benjamin Mintz | benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com |
| Nancy Mitchell | nmitchell@omm.com |
| Thomas C. Mitchell | tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com |
| John A. Moe | john.moe@dentons.com, glenda.spratt@dentons.com |
| Aaron J. Mohamed | ajm@brereton.law, aaronmohamedlaw@gmail.com |
| Kevin Montee | kmontee@monteeassociates.com |
| Christopher D. Moon | chris@moonlawapc.com, kevin@moonlawapc.com |
| David W. Moon | lacalendar@stroock.com, mmagzamen@stroock.com |
| Diane Marger Moore | dmargermoore@baumhedlundlaw.com |
| Erika L. Morabito | emorabito@foley.com, hsiagiandraughn@foley.com |
| Candace J. Morey | cjm@cpuc.ca.gov |
| Courtney L. Morgan | morgan.courtney@pbgc.gov |
| Richard Morin | , 6863427420@filings.docketbird.com |
| Kimberly S. Morris | kmorris@bakerlaw.com, hhammonturano@bakerlaw.com |
| Rodney Allen Morris | Rodney.Morris2@usdoj.gov |
| Joshua D. Morse | Joshua.Morse@dlapiper.com, docket@pillsburylaw.com |
| Andrew H. Morton | andrew.morton@stoel.com, lisa.petras@stoel.com |

**SERVED VIA ELECTRONIC MAIL (CONT.)**

| | |
|---|---|
| Thomas G. Mouzes | tmouzes@boutininc.com |
| Thomas G. Mouzes | tmouzes@boutinjones.com |
| Peter S. Munoz | pmunoz@reedsmith.com, gsandoval@reedsmith.com |
| John Leland Murphree | LMurphree@maynardcooper.com, mshabpareh@maynardcooper.com |
| Bennett J. Murphy | bmurphy@bennettmurphylaw.com |
| Michael S. Myers | myersm@ballardspahr.com |
| David L. Neale | dln@lnbyg.com |
| David Neier | dneier@winston.com |
| Brittany J. Nelson | bnelson@foley.com, hsiagiandraughn@foley.com |
| Michael S. Neumeister | MNeumeister@gibsondunn.com |
| Howard S. Nevins | hnevins@hsmlaw.com |
| Samuel A. Newman | sam.newman@sidley.com, laefilingnotice@sidley.com |
| Melissa T. Ngo | ngo.melissa@pbgc.gov, efile@pbgc.gov |
| Mario R. Nicholas | mario.nicholas@stoel.com, ana.trask@stoel.com |
| Sean Nolan | snolan@akingump.com, NYMCO@akingump.com |
| Gregory C. Nuti | gnuti@nutihart.com, nwhite@nutihart.com |
| Abigail O'Brient | aobrient@mintz.com, docketing@mintz.com |
| Alicia D. O'Neill | aoneill@wattsguerra.com, cwilson@wattsguerra.com |
| Julie E. Oelsner | joelsner@weintraub.com, bjennings@weintraub.com |
| Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| Aron M. Oliner | roliner@duanemorris.com, dmicros@duanemorris.com |
| Matthew Jon Olson | matt@macfern.com, stell.laura@dorsey.com |
| Scott Olson | scott.olson@bclplaw.com |
| Steven M. Olson | smo@smolsonlaw.com |
| Aram Ordubegian | Ordubegian.Aram@ArentFox.com |
| Jose Antonio Ortiz | aortiz@jhwclaw.com |
| Keith C. Owens | kowens@venable.com, bclark@venable.com |
| Gabriel Ozel | , gabeozel@gmail.com |
| Amy S. Park | amy.park@skadden.com |
| Marissa Parker | mparker@stradley.com |
| Donna Taylor Parkinson | donna@parkinsonphinney.com |
| Peter S. Partee | ppartee@huntonak.com, candonian@huntonak.com |
| Paul J. Pascuzzi | ppascuzzi@ffwplaw.com, docket@ffwplaw.com |
| Kenneth Pasquale | , mlaskowski@stroock.com |
| Larry Allan Peluso | pelusolaw@gmail.com, firm@pelusolaw.net |
| Valerie Bantner Peo | vbantnerpeo@buchalter.com |
| Yosef Peretz | , skim@peretzlaw.com |
| Christian A. Pereyda | CPereyda@maynardcooper.com, mshabpareh@maynardcooper.com |
| Thomas R. Phinney | tom@parkinsonphinney.com |
| R. Alexander Pilmer | alexander.pilmer@kirkland.com, keith.catuara@kirkland.com |
| M. Ryan Pinkston | rpinkston@seyfarth.com, jmcdermott@seyfarth.com |
| Estela O. Pino | epino@epinolaw.com, rmahal@epinolaw.com |
| Gregory Plaskett | GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM |
| Mark D. Plevin | mplevin@crowell.com |
| Steven G. Polard | spolard@eisnerlaw.com, calendar-lao@ropers.com |
| Mark D. Poniatowski | ponlaw@ponlaw.com |

| Name | Email |
|---|---|
| Cara M. Porter | cara.porter@doj.ca.gov, rachel.patu@doj.ca.gov |
| Christopher E. Prince | cprince@lesnickprince.com |
| Douglas B. Provencher | dbp@provlaw.com |
| Amy C. Quartarolo | amy.quartarolo@lw.com |
| Lary Alan Rappaport | lrappaport@proskauer.com, PHays@proskauer.com |
| Justin E. Rawlins | justinrawlins@paulhastings.com |
| Hugh M. Ray | hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com |
| Paul F. Ready | smeyer@farmerandready.com |
| Caroline A. Reckler | caroline.reckler@lw.com |
| David M. Reeder | david@reederlaw.com, secretary@reederlaw.com |
| Steven J. Reisman | sreisman@katten.com, nyc.bknotices@kattenlaw.com |
| Jeffrey M. Reisner | jreisner@irell.com, #-FirmPSDocketing@Steptoe.com |
| Jack A. Reitman | , srichmond@lgbfirm.com |
| Emily P. Rich | erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net |
| David J. Richardson | drichardson@bakerlaw.com, aagonzalez@bakerlaw.com |
| Christopher O. Rivas | crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| David B. Rivkin | drivkin@bakerlaw.com, jmeeks@bakerlaw.com |
| John R. Rizzardi | kcoselman@cairncross.com, tnguyen@cairncross.com |
| Daniel Robertson | robertson.daniel@pbgc.gov, efile@pbgc.gov |
| Michael Rogers | mrogers@lambertrogers.com, jan@lambertrogers.com |
| Lawrence M. Rolnick | lrolnick@rksllp.com |
| Jorian L. Rose | jrose@bakerlaw.com |
| Laurence M. Rosen | lrosen@rosenlegal.com, zstanco@rosenlegal.com |
| Paul M. Rosenblatt | prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com |
| David A. Rosenzweig | david.rosenzweig@nortonrosefulbright.com |
| Allan Robert Rosin | arrosin@alr-law.com |
| Jay M. Ross | jross@hopkinscarley.com, eamaro@hopkinscarley.com |
| Gregory A. Rougeau | grougeau@brlawsf.com |
| Stacy H. Rubin | SHR@tblaw.com, BKTDocket_West@ballardspahr.com |
| Jason C. Rubinstein | jrubinstein@fklaw.com, mclerk@fklaw.com |
| Nathan Q. Rugg | nathan.rugg@bfkn.com, jean.montgomery@bfkn.com |
| Thomas B. Rupp | trupp@kbkllp.com |
| Steven B. Sacks | ssacks@srclaw.com, ksieckman@srclaw.com |
| Eric E. Sagerman | esagerman@bakerlaw.com |
| Robert Sahyan | rsahyan@sheppardmullin.com, lsegura@sheppardmullin.com |
| Gregory M. Salvato | gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com |
| Jonathan C. Sanders | jsanders@stblaw.com |
| Nanette D. Sanders | nanette@ringstadlaw.com, becky@ringstadlaw.com |
| Natalie Kathleen Sanders | natalie.sanders@bakerbotts.com |
| Lovee Sarenas | Lovee.sarenas@lewisbrisbois.com |
| Brandy A. Sargent | brandy.sargent@stoel.com, docketclerk@stoel.com |
| Patricia Savage | psavesq@gmail.com, jodi.savage@gmail.com |
| Caroline A.H. Sayers | caroline.sayers@lathropgpm.com, patricia.johnson@lathropgpm.com |
| Sblend A. Sblendorio | sas@hogefenton.com |
| Francis O. Scarpulla | fos@scarpullalaw.com, cpc@scarpullalaw.com |
| Daren M Schlecter | daren@schlecterlaw.com, info@schlecterlaw.com |

**SERVED VIA ELECTRONIC MAIL (CONT.)**

| | |
|---|---|
| Bradley R. Schneider | bradley.schneider@mto.com |
| Harvey S. Schochet | Harveyschochet@dwt.com |
| Nathan A. Schultz | nschultzesq@gmail.com, kjarashow@goodwinlaw.com |
| Lisa Schweitzer | lschweitzer@cgsh.com |
| Eric J. Seiler | eseiler@fklaw.com, mclerk@fklaw.com |
| James A. Shepherd | , lawofficesofjamesshepherd@jubileebk.net |
| Leonard M. Shulman | lshulman@shbllp.com |
| Andrew I. Silfen | andrew.silfen@arentfox.com |
| Wayne A. Silver | w_silver@sbcglobal.net, ws@waynesilverlaw.com |
| Brandt Silver-Korn | bsilverkorn@edelson.com, docket@edelson.com |
| Craig S. Simon | csimon@bergerkahn.com, aketcher@bergerkahn.com |
| Gerald Singleton | gerald@slffirm.com, BKECFCANB@SLFfirm.com |
| Steven J. Skikos | sskikos@skikos.com, mmontoya@skikos.com |
| Michael K. Slattery | mslattery@lkfirm.com, rramirez@lkfirm.com |
| Dania Slim | dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com |
| Jennifer N. Slocum | jennifer.slocum@stoel.com, docketclerk@stoel.com |
| Aaron C. Smith | asmith@lockelord.com, autodocket@lockelord.com |
| Alan D. Smith | adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com |
| Jan D. Sokol | jdsokol@lawssl.com |
| Daniel Solish | cocolaw@stancounty.com, solishd@stancounty.com |
| Randye B. Soref | rsoref@polsinelli.com |
| Joseph Sorkin | jsorkin@akingump.com, NYMCO@akingump.com |
| Michael St. James | ecf@stjames-law.com |
| Diane C. Stanfield | diane.stanfield@alston.com, nelly.villaneda@alston.com |
| Howard J. Steinberg | steinbergh@gtlaw.com, pearsallt@gtlaw.com |
| Harriet A. Steiner | harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com |
| Lillian G. Stenfeldt | lillian.stenfeldt@rimonlaw.com, docketing@rimonlaw.com |
| Cheryl L. Stengel | clstengel@outlook.com, stengelcheryl40@gmail.com |
| David M. Stern | dstern@ktbslaw.com |
| Geoffrey S. Stewart | gstewart@jonesday.com, mmelvin@jonesday.com |
| Alan J. Stone | AStone@milbank.com, DMcCracken@Milbank.com |
| Jason D. Strabo | jstrabo@mwe.com |
| Michael H. Strub | mstrub@ggtriallaw.com, mhstrub1@gmail.com |
| Rebecca Suarez | rsuarez@crowell.com |
| Brad T. Summers | , docketing-pdx@lanepowell.com |
| Karin Swope | kswope@cpmlegal.com |
| Kristine Theodesia Takvoryan | ktakvoryan@ckrlaw.com |
| Derrick Talerico | dtalerico@ztlegal.com, sfritz@ztlegal.com |
| Kesha Tanabe | kesha@tanabelaw.com |
| Mary Ellmann Tang | mtang@frenchlyontang.com, nfears@frenchlyontang.com |
| Dante Taylor | dtaylor@lbbklaw.com |
| Elizabeth Lee Thompson | ethompson@stites.com, docketclerk@stites.com |
| John C. Thornton | jct@andrewsthornton.com, aandrews@andrewsthornton.com |
| Elisa Tolentino | cao.main@sanjoseca.gov |
| Meagan S. Tom | meagan.tom@lockelord.com, autodocket@lockelord.com |
| Edward J. Tredinnick | etredinnick@greeneradovsky.com |

**SERVED VIA ELECTRONIC MAIL (CONT.)**

| Name | Email |
|---|---|
| Matthew Jordan Troy | matthew.troy@usdoj.gov |
| Rocky C. Tsai | rocky.tsai@ropesgray.com, matthew.haut@ropesgray.com |
| Michael Tye | Michael.Tye@usdoj.gov |
| Gary D. Underdahl | gunderdahl@askllp.com, lmiskowiec@askllp.com |
| Andrew Van Ornum | avanornum@vlmglaw.com, hchea@vlmglaw.com |
| Shmuel Vasser | shmuel.vasser@dechert.com, brett.stone@dechert.com |
| Victor A. Vilaplana | vavilaplana@foley.com, rhurst@foley.com |
| Marta Villacorta | marta.villacorta@usdoj.gov |
| Carol C. Villegas | cvillegas@labaton.com, NDonlon@labaton.com |
| John A. Vos | InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com |
| Bao M. Vu | bao.vu@stoel.com, sharon.witkin@stoel.com |
| Nicholas Wagner | kschemen@wagnerjones.com, bwagner@wagnerjones.com |
| Jonathan D. Waisnor | jwaisnor@willkie.com, mao@willkie.com |
| Rachel M. Walsh | rwalsh@goodwinlaw.com, tsutton@goodwinlaw.com |
| Riley C. Walter | ecf@W2LG.com |
| Phillip K. Wang | phillip.wang@rimonlaw.com |
| Samuel M. Ward | sward@barrack.com, cfessia@barrack.com |
| Philip S. Warden | philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com |
| Gregory P. Waters | gwaters@elllaw.com, gregorywatersesq@gmail.com |
| Guy L. Watts | gwatts@wattsguerra.com, cwilson@wattsguerra.com |
| Mikal C. Watts | mcwatts@wattsguerra.com, cwilson@wattsguerra.com |
| Lindsi M. Weber | lweber@polsinelli.com, yderac@polsinelli.com |
| Joseph M. Welch | jwelch@buchalter.com, dcyrankowski@buchalter.com |
| Todd J. Wenzel | todd@wenzellawoffices.com |
| Meredith Werner | meredith.werner@clydeco.us |
| David Walter Wessel | DWessel@efronlawfirm.com, hporter@chdlawyers.com |
| Joseph West | westjoseph@earthlink.net, josephw998@gmail.com |
| Drew M. Widders | dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com |
| Jason P. Williams | , maryanne@wplgattorneys.com |
| Eric R. Wilson | kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com |
| Kimberly S. Winick | kwinick@clarktrev.com, knielsen@clarktrev.com |
| Rebecca J. Winthrop | rebecca.winthrop@nortonrosefulbright.com, diana.cardenas@nortonrosefulbright.com |
| David Wirt | david.wirt@hklaw.com, denise.harmon@hklaw.com |
| Ryan A. Witthans | rwitthans@fhlawllp.com |
| Keith H. Wofford | keith.wofford@ropesgray.com, nova.alindogan@ropesgray.com |
| Risa Lynn Wolf-Smith | rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com |
| Douglas Wolfe | asm@asmcapital.com |
| Andrea Wong | wong.andrea@pbgc.gov, efile@pbgc.gov |
| Christopher Kwan Shek Wong | christopher.wong@arentfox.com |
| David A. Wood | dwood@marshackhays.com, lbuchanan@marshackhays.com |
| Kirsten A. Worley | worleyk@higgslaw.com, admin@wlawcorp.com |
| Kinga Wright | kinga.wright@lockelord.com, autodocket@lockelord.com |
| Antonio Yanez | ayanez@willkie.com |
| Cathy Yanni | cathy@cathyyanni.com, pstrunk@browngreer.com |
| Andrew Yaphe | andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com |
| Stephanie Yee | syee@janglit.com, klockwood@janglit.com |

**SERVED VIA ELECTRONIC MAIL (CONT.)**

| | |
|---|---|
| Tacie H. Yoon | tyoon@crowell.com |
| Bennett G. Young | byoung@jmbm.com, jb8@jmbm.com |
| Eric G. Young | eyoung@dcalaw.com, Jackie@dcalaw.com |
| Nicole M. Zeiss | nzeiss@labaton.com |
| Paul H. Zumbro | mao@cravath.com |
| Brittany Zummer | bzummer@theadlerfirm.com, nfournier@theadlerfirm.com |
| Dario de Ghetaldi | deg@coreylaw.com, lf@coreylaw.com |