

1  BROWN RUDNICK LLP
   David J. Molton (SBN 262075)
2  (DMolton@brownrudnick.com)
   Eric R. Goodman (admitted pro hac vice)
3  (EGoodman@brownrudnick.com)
   Seven Times Square
4  New York, New York 10036
   Telephone:     (212) 209-4800
5  Facsimile:     (212) 209-4801

6  BROWN RUDNICK LLP
   Joel S. Miliband (SBN 077438)
7  (JMiliband@brownrudnick.com)
   2211 Michelson Drive, Seventh Floor
8  Irvine, California 92612
   Telephone:     (949) 752-7100
9  Facsimile:     (949) 252-1514

10 *Attorneys for Fire Victim Trustee*

Signed and Filed: October 11, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

- and –

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☑ Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**ORDER GRANTING CERTAIN MOTIONS TO DEEM LATE-FILED CLAIMS TIMELY FOR THE PURPOSE OF CLAIM ADMINISTRATION BY THE FIRE VICTIM TRUST**

[Relates to Docket Nos. 12976, 12992, 12994, 12999, 13006, 13011, 13014, 13021, 13028, 13030, 13031 and 13032]

The Court having considered the motions listed on Exhibit 1 hereto [Dkt. Nos. 12976, 12992, 12994, 12999, 13006, 13011, 13014, 13021, 13028, 13030, 13031 and 13032][1], and there being no objection to such motions by the Fire Victim Trust, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The proofs of claim listed in **Exhibit 1** hereto (the "**Proofs of Claim**") are deemed timely filed for the purpose of allowing the Trust to administer the Asserted Fire Victim Claims. With respect to the motions listed on Exhibit 1 for which proofs of claim have not been filed as of the date hereof, such proofs of claim (the "**Unfiled Proofs of Claim**") shall be deemed timely filed for the purpose of claim administration by the Fire Victim Trust so long as the Unfiled Proofs of Claim are filed and the Trustee is notified of the filing of each of the Proofs of Claim by email to Trustee counsel at ssieger-grimm@brownrudnick.com within two weeks of the date of this Order.

2. The Proofs of Claims and Unfiled Proofs of Claim and the claims asserted thereunder (the "**Asserted Fire Victim Claims**") shall for all purposes be treated and classified as Fire Victim Claims under the Plan, and shall be fully assumed by, and the sole responsibility of, the Fire Victim Trust and subject to the Channeling Injunction, to be administered, processed, settled, disallowed, resolved, liquidated, satisfied, and/or paid in accordance with the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures. Movants shall have no further recourse against the Debtors or Reorganized Debtors, as applicable, with respect to the Proofs of Claim, the Unfiled Proofs of Claim or the Asserted Fire Victim Claims.

3. Nothing herein shall be construed to be a waiver by the Fire Victim Trust of any right to object to the Asserted Fire Victim Claims or the Proofs of Claim on any grounds other than the

---

[1] This order encompasses all of the *pro se* motions consolidated in the Court's *Order and Notice of Opportunity to Object to Motions to File Claim After Claims Bar Date by Pro Se Claimants Through September 30, 2022* [Dkt. No. 13038] with the exception of the motion at Docket No. 13013. The claimant who filed that letter, Orlando Kai O'Shea, did not have a proof of claim filed as of the date of the motion that could be deemed timely. However, a proof of claim was subsequently filed on September 29, 2022 on behalf of Orlando, Wolf and Indra O'Shea by counsel and was listed for Claimant 554 in Exhibit 1 to the *Second Consolidated Motion to Allow/Deem Timely Late Filing of Claimants, and Memorandum of Points and Authorities and Declaration of Robert M. Bone in Support Thereof* [Dkt. No. 13026]. Accordingly, the O'Shea proof of claim will be considered in connection with the Trust's consideration of Docket No. 13026.

2

untimely filing thereof, provided, however, that to the extent that any Unfiled Proof of Claim is filed later than two weeks after the date of this Order, the Trust may object to such Unfiled Proof of Claim and any Asserted Fire Victim Claims related thereto on any grounds, including the untimely filing thereof.

4. This Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

*** END OF ORDER ***

Dated: October 6, 2022

BROWN RUDNICK LLP

/s/ Eric R. Goodman
Eric R. Goodman

*Attorneys for Fire Victim Trustee*

# EXHIBIT 1

LIST OF CLAIMANTS AND PROOFS OF CLAIM

| Date Motion Filed | Motion Docket Number | CLAIMANT(S) | Date POC Filed | POC Number |
|---|---|---|---|---|
| 9-19-2022 | 12976 | Theodore Bake | 1-2-2020 | 96263 |
| 9-21-2022 | 12992 | Skyway Fuels Inc. | 1-7-2020 | 96401 |
| 9-22-2022 | 12994 | Giavanna Bacoccini | 9-22-2022 | 109184 |
| 9-23-2022 | 12999 | Sarah Lynch | 9-9-2022 | 108895 |
| 9-26-2022 | 13006 | Marie Mitchell<br>Husband<br>Two Daughters | Not Filed | N/A |
| 9-28-2022 | 13011 | Odin O. Mena Borja<br>Luis Diaz<br>Fernanda Diaz<br>Lugarda Borja Torres<br>Zelzin Mena [Borja] | Multiple[2] | See footnote 2 |
| 9-29-2022 | 13014 | Kalie Garner<br>J.W.1<br>J.W.2 | 6-8-2022 | 108514 |
| 9-29-2022 | 13014 | Jordan Bairos | 6-30-2022 | 108635 |
| 9-29-2022 | 13014 | Leslie Foss | 4-7-2022 | 108408 |
| 9-29-2022 | 13014 | Julie Carrico,<br>on behalf of A.C. | 2-8-2022 | 108192 |
| 9-29-2022 | 13014 | Michele Angelica<br>Dennis Angelica | 3-24-2022 | 108351 |
| 9-29-2022 | 13021 | Frank Roger Lanelli | 9-16-2022 | 108984 |
| 9-29-2022 | 13021 | Mark Fry<br>Cathie Stewart | 9-16-2022 | 108960 |
| 9-29-2022 | 13021 | Cheryl Lynn Hutchinson<br>Thomas Earvin Beard | 9-16-2022 | 108967 |
| 9-30-2022 | 13028 | Dean Meyerson<br>Rowan Artemoff-Meyerson | Not Filed | N/A |
| 9-30-2022 | 13030 | Stephen Regis Minaidis | 6-26-2022 | 108569 |
| 9-30-2022 | 13031 | Shane Steven Ronayne | 6-17-2022 | 108530 |
| 9-30-2022 | 13032 | Melissa Lynn Avilla | 9-7-2022 | 108886 |

---

[2] This late claim letter lists five claimants, all of whom are identified in **POC 108664**, filed **7-1-2022**. Of those five, the following three claimants do not appear to need their proofs of claim deemed timely, as they also filed proofs of claim before the Extended Bar Date: Odin Mena Borja (**POC 12463** for Minor O.M., filed **10-4-2019**), Lugarda Borja Torres (**POC 12461** filed **10-4-2019**) and Zelzin Mena [Borja] (**POC 53656**, filed **10-19-2019** and listed as amended by **POC 90851**, filed **12-20-2019** and **POC 96870**, filed **1-29-2020**, which appear to be duplicate POCs filed on different days). **POC 108664** does not disclose or attempt to amend the timely-filed claims listed above.

4