# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Liz Santodomingo, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("**Kroll**")[1], the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On October 4, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Affected Claimants Service List attached hereto as **Exhibit A**:

- Order and Notice of Opportunity to Object to Motions to File Claim After Claims Bar Date by Pro Se Claimants through September 30, 2022 [Docket No. 13038]

3. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Executed this 10th day of October 2022, at New York, NY.

*/s/ Liz Santodomingo*
Liz Santodomingo

# **Exhibit A**

# Exhibit A
## Affected Claimants Service List
### Served as set forth below

| NAME | ADDRESS | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|
| Dean Meyerson Rowan Artemoff-Meyerson | | | | | Win9393@mac.com | Email |
| Marie Mitchell | | | | | marietnett04@yahoo.com | Email |
| Melissa Lynn Avilla | 643 Russell Ave Apt 5 | Santa Rosa | CA | 95403 | | First Class Mail |
| Odin O Mena Borja et al | 2139 Stony Point Rd E23 | Santa Rosa | CA | 95407 | | First Class Mail |
| Orlando Kai O'Shea | | | | | orlandokaioshea@gmail.com | Email |
| Sarah Lynch | 2964 SW Redmond Hill Road | McMinnville | OR | 97128 | | First Class Mail |
| Shane Steven Ronayne | 712 McConnell Ave | Santa Rosa | CA | 95404 | | First Class Mail |
| Stephen Regis Minaidis | 643 Russell Ave Apt 5 | Santa Rosa | CA | 95403 | | First Class Mail |
| Theodore L. Bake | 280 Rose Lane | Paradise | CA | 95969 | | First Class Mail |