# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 10/14/2022 |
| Case: 19–30088 | Form ID: TRANSC | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty    Lawrence A. Jacobson    laj@cohenandjacobson.com
aty    Thomas B. Rupp    trupp@kbkllp.com

    TOTAL: 2

**Recipients submitted to the Claims Agent (Kroll Restructuring Administration, LLC):):**
    STEVEN A. LAMB, ESQ.    Rovens Lamb LLP    2601 Airport Drive, Suite 370    Torrance, CA 90505

    TOTAL: 1