UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>    - and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>    Reorganized Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Liz Santodomingo, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On October 5, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on William B. Abrams at (1) 1519 Branch Owl Place, Santa Rosa, CA 95409 and (2) 2041 Stagecoach Rd., Santa Rosa, CA 95404:

- Order Denying Request for Telephone Conference re Discovery Dispute [Docket No. 13044]

3. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

1  Executed this 13th day of October 2022, at New York, NY.

    /s/ Liz Santodomingo
    Liz Santodomingo