McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Hagop T. Bedoyan, #131285
 *hagop.bedoyan@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Attorneys for Scott and Charlyse Raven

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>[ ] Affects PG&E Corporation<br>[x] Affects Pacific Gas Electric Company<br>[ ] Affects Both<br><br>*All papers shall be filed in the Lead Case No. 19-30088 | Case No. 3:19-bk-30088-(DM)<br><br>Chapter 11<br>(Lead Case Jointly Administered)<br><br>**NOTICE OF SCOTT AND CHARLYSE RAVEN'S MOTION FROM AND/OR MODIFICATION OF THE PLAN INJUNCTION AND/OR FOR ABSTENTION**<br><br>Date: November 30, 2022<br>Time: 10:00 a.m.<br>Place: Ct. Rm. 17<br>United States Bankruptcy Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>Hearing will be conducted telephonically or by video<br><br>Judge: Honorable Dennis Montali |

# NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on November 2, 2022 at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Dennis Montali of the United States Bankruptcy for the Northern District of California, San Francisco Division, located at 450 Golden Gate Avenue, San Francisco, CA, 16th Floor, Courtroom 17, SCOTT AND CHARLYSE RAVEN will and hereby do move the Court for relief from the automatic stay. The motion will be conducted telephonically or by video.

All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

Dated: October 11, 2022

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: /s/ Hagop T. Bedoyan
Hagop T. Bedoyan
Attorneys for Scott and Charlyse Raven

039515-000000 8659991.1