Jacob M. Faircloth, Esq. (SB No. 305390)
Bluestone Faircloth & Olson, LLP
1825 Fourth Street
Santa Rosa, CA 95404
Telephone: (707) 526-4250
Facsimile: (707) 526-0347
Email: jacob@bfolegal.com

Attorneys for Movants/Claimants of Dan Crowley and Associates and Law Office of Robert M. Bone –See Exhibit 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re<br><br>PG&E CORPORATION,<br><br>  and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>    Debtors.<br>_____ /<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM<br>_____ / | Case No. 19-30088-DM<br><br>Chapter 11<br><br>(Lead Case–Jointly Administered)<br><br>**SUPPLEMENTAL DECLARATION OF ROBERT M. BONE REGARDING CLAIMANTS Nos. 445 AND 508 IN SECOND CONSOLIDATED MOTION TO ALLOW/DEEM TIMELY LATE FILING OF CLAIMANTS**<br><br>Hearing:   Only if Requested<br>Location:   Via Zoom or Telephone |

I, Robert M. Bone, declare as follows:

1. I am over eighteen (18) years old and am competent to testify as to the matters set forth hereinbelow, from my personal knowledge–except as to those matters set forth upon information and belief.

2. This Declaration is submitted as a supplement to the Second Consolidated Motion to Allow/Deem Timely Late Filing of Claimants, filed on September 30, 2022, as Docket No. 13026 (the "Motion").

3. With respect to Claim Nos. 445 and 508 listed in Exhibit 1 of the Motion, Proof of Claim Nos. 109347 and 109449, respectively, these are erroneously

SUPPLEMENTAL DECLARATION OF ROBERT M. BONE REGARDING CLAIMANTS Nos. 445 AND 508 IN SECOND CONSOLIDATED MOTION TO ALLOW/DEEM TIMELY LATE FILING OF CLAIMANTS - Page 1

Case: 19-30088   Doc# 13078   Filed: 10/14/22   Entered: 10/14/22 13:09:54   Page 1 of 2

duplicative.  The primary claimant's maiden name was entered as a claim and the primary claimant's married name was also entered as a claim, in which case, they are duplicative and only Claim No. 109347 is sought to be admitted as timely.  No. 508 in the Motion, and Proof of Claim No. 109449, is not sought to be admitted as timely.

I declare under penalty of perjury, under the laws of the United States and of the State of California, that the foregoing is true and correct. Executed at Santa Rosa, CA, on October 14, 2022.

By: _____
*/S/ Robert M. Bone*
Robert M. Bone

SUPPLEMENTAL DECLARATION OF ROBERT M. BONE REGARDING CLAIMANTS Nos. 445 AND 508 IN SECOND CONSOLIDATED MOTION TO ALLOW/DEEM TIMELY LATE FILING OF CLAIMANTS - Page 2

Case: 19-30088    Doc# 13078    Filed: 10/14/22    Entered: 10/14/22 13:09:54    Page 2 of 2