**LEVIN LAW GROUP PLC**
EMILY S. LEVIN (SBN 232366)
emily@levinlawgroupplc.com
2615 Forest Avenue, Suite 120
Chico, California 95928
Telephone: 530-353-1679
Facsimile: 877-310-0160

Attorneys for Justine Larsen-Bernedo

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>And<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>X – Affects Both Debtors | **CASE NO. 19-30088-DM**<br><br>**NOTICE OF HEARING RE: MOTION PURSUANT TO FED. R. BANKR. 9006(b)(1) TO DEEM JUSTINE LARSEN BERNEDO CLAIM TIMELY FILED**<br><br>Date: November 15, 2022<br>Time: 10:00 a.m.<br>Place: Via Telephonically<br>450 Golden Gate Avenue<br>Courtroom 17<br>San Francisco, CA 94102<br>Judge: Hon. Dennis Montali<br><br>Objection Deadline: October 25, 2022 |

LEVIN
LAW
GROUP PLC

1     **PLEASE TAKE NOTICE THAT** a hearing to be conducted via telephone or video has

2 been scheduled for **November 15, 2022 at 10:00 a.m.** (the "Hearing"), before the Honorable

3 Dennis Montali, United States Bankruptcy Judge, to consider Justine Larsen-Bernedo's motion to

4 deem Justine Larsen-Bernedo's Claim Timely Filed.

5     **PLEASE TAKE FURTHER NOTICE THAT** the hearing will not be conducted in the

6 presiding judge's courtroom but instead will be conducted by telephone or video. All interested

7 parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information

8 about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides

9 information regarding how to arrange a telephonic or video appearance. If you have any questions

10 regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-

11 821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

12     **PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Local Rule 9014-

13 1(c)(1), any opposition to the relief requested in the Motion must be filed with the Clerk of the

14 Court and be served on the moving party no later than **October 25, 2022.**

15     **PLEASE TAKE FURTHER NOTICE** that the Court may deem the failure of any party

16 in interest to file a timely objection to the Motion to constitute consent to the relief requested in

17 such Motion.

18

19 DATED: October 14, 2022          LEVIN LAW GROUP PLC

20

21 By:   /s/ Emily S. Levin

22        EMILY S. LEVIN
       Attorneys for Justine Larsen-Bernedo

23

24

25

26

27

28

Case: 19-30088   Doc# 13081   Filed: 10/14/22   Entered: 10/14/22 16:32:56   Page 2 of 2