Dear Untied States Bankruptcy Court,

Recently, myself, Brett Blank and my son, Brandon Blank motioned the court regarding debtor: PG&E Corporation. Case # 19-30088. I realized I never included our contact information. I will include it in this letter along with the original statement we sent. Sorry for the inconvenience. We sent our motion on September 30, 2022 through USPS.

Brett Blank
225 Willow Street, Santa Rosa. CA 95401
707-799-1529
Claim ID # 1090872

Brandon Blank
225 Willow Street, Santa Rosa. CA 95401
707-480-0582
Claim ID # 1090870

Original Statement:

Dear United States Bankruptcy Court,

I, Myself Brett Blank and Son Brandon Blank would like to motion the court to be granted a late claim of relief in regards to the Fire Victims Trust. Debtor: PG&E Corporation, Case No: 19-30088.

We recently filed claims with the Fire Victims Trust in regards to the 2017 Tubbs/North Bay wildfires caused by PG&E's faulty equipment. They informed us that in order to move forward with our claim we would need to be granted relief for a late claim by the United States Bankruptcy Court.

We were unaware that we would be eligible to file a claim as we were never notified by PG&E or County Officials that we could possibly qualify for the suffering we endured. It wasn't until a family friend who is also a victim of the North Bay Fires recently informed us about the case against PG&E and that we may be eligible. We also attribute our lack of knowledge regarding this case due to Covid-19 as we know communications and business were put on hold. Otherwise, we would have filed a claim sooner.

We would like to include our statement in this letter so that you can see we are victims of this fire.

On the night of October 8th, 2017, We were not aware of any fires in the area. Most people did not know, until, it was too late. We were woke up by our neighbors banging on our door that there was a fire behind our house. We didn't realize it at the time, we were in a panic but an ember from the Tubbs fire had floated behind our house, by the creek, and started a fire. While we waited for the Fire Department to show up. All of the neighbors joined together with hoses and fire extinguishers to help put the fire

out. Additional fires were starting from embers that were landing in the area. The wind was spreading the fire and my neighbors house caught fire and burned down. That's when they fire department showed up and we all worked together for hours to put it out. We finally put the fire out and thought we were safe until we walked inside our house and saw on the Tv that there was a massive fire all over Sonoma County and it was headed our way. We immediately turned sprinklers on and my son Brandon Blank placed sprinklers on the top of our roof, along with a few surrounding neighbors roofs, as well. We were on high alert as we did not know what to do, so, we started packing what we could fit into our vehicles, in case we had to evacuate. At the time, there was no way for the County officials to notify anyone if they should evacuate or not. So we sheltered in place and stayed as alert as possible.

We live in a two bedroom home and had friends and family from all over Sonoma County come to stay with us. We had a total of 8 people sheltering in place at my home. Everyone had to sleep on couches or the floor. This lasted for two weeks. We were not able to go to work due to the fires, so we lost wages. We had no electricity, we had sever smoke damage. We had to throw away most linens, mattresses and any furniture that was fabric and could not be wiped down. We had our carpets professionally cleaned. We had to wash our walls and hard surfaces. Not to mention how sick we were from the smoke inhalation. We had headaches, coughs, shortness of breath, dizziness all attributed to the smoke. We had to purchase air purifiers.

Needless to say, we have a lot of emotional and mental distress, anguish and PTSD from these fires. Every time a Nixle alert goes off or if we smell smoke we panic. We have evacuation bags packed at all times.

I believe we are victims of the 2017 North Bay fires caused by PG&E's faulty equipment. Had we known Sooner that filing a claim was possible we would have.

We have files separate claims but since we both endured the same experience this letter is from both Brett and Brandon Blank. Claim numbers listed below.

Thank you for your time and consideration.

Sincerely,

Brett Blank
Claim ID# 1090872

B. Blank
225 Willow St.
Santa Rosa, ca
95401

SAN FRANCISCO CA 940
13 OCT 2022 PM 3 L



RECEIVED
OCT 14 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

United States Bankruptcy Ct
450 Golden Gate Ave.
Mail box 36099
San Francisco, ca
94102

94102-341024