Ricky-Dean Horton
751 Rosemary Court
Fairfield, California [94533]
Cell: 707-386-9713
RickyDHorton@gmail.com

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICKY-DEAN HORTON, A LIVING MAN | Bankruptcy Case No.: 19-30088 (DM) Chapter 11, Jointly Administered. |
| Claimant/Appellant, | |
| vs. | |
| | Claimant/Appellant claim no. 87111 |
| **PG&E CORPORATION,** | |
| **- and/or -** | |
| **PACIFIC GAS AND ELECTRIC** | NOTICE OF INERLOCUTORY APPEAL; |
| **COMPANY*;** | MOTION FOR LEAVE TO APPEAL. |
| **Debtors/Appellees.** | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

1. Notice is given that Ricky-Dean Horton, Claimant/Appellant, appeals to the United States Ninth Circuit District Court Northern District of California, 28 USC 158 (a)(3);

2. Claimant/Appellant elects to have this appeal heard by the district court, 28 USC 158 (c)(1)A;

3. Claimant/Appellant Motions the court for leave to appeal. FRBP Rule 8004(b).

NOTICE OF INERLOCUTORY APPEAL; MOTION FOR LEAVE TO APPEAL. - 1

**SUMMARY**

(A)  Claimant/Appellant missed the deadline to object in writing to Debtor's/Appellee's request for disallowing and expunging claimant's/appellant's claim no. 87111 (dkt 10808, 10809, 10810);

(B) Claimant/appellant personally appeared by video conference at the hearing on July 28, 2021 as scheduled on dkt 10808 to object on the record of the attempt to disallow and expunge claimant's/appellant's claim no. 87111, and the default judgement found on dkt. 10980;

(C) Pursuant to the results of the hearing in front of Judge Montali on July 28, 2021, Claimant/appellant filed motions for reconsideration with compelling arguments to reverse the default order, and placed the motions on calendar for hearing (dkt 11074);

(D) It appears that Judge Montali entered an order removing the hearing, ordered the debtors/appellees to respond to claimant's/appellant's motions , and to have the court enter an order based on the debtor's/appellee's response (dkt 11135);

(E) Claimant/appellant, via email, informed Lorena Parada, Courtroom Deputy/Calendar Clerk to Judge Montali, that the form of order is opposed pursuant to page 11, paragraph 2 in PDF file found on the Bankruptcy Court's website called *"Practices and Procedures 3-30-21.pdf"* and, among other things, questioned if the order was personally authored by Hon. Judge Montali. (dkt 11150);

(F) Claimant/appellant motioned the court to strike the order found in dkt 11135; and upon claimant/apppellant realizing the hearing date previously scheduled on dkt 11074 did not conform to PG&E's Open Calendar Procedure found in PDF file "DMPGEOpenCalendarCovid_0.pdf", claimant/appellant followed the proper procedures and rescheduled the hearing for October 19, 2021 (dkt 11174);

NOTICE OF INERLOCUTORY APPEAL; MOTION FOR LEAVE TO APPEAL. - 2

(G) Additional orders bearing an electronic stamp continued to deny claimant's/appellant's motions and removal of Claimant's/Appellant's right to a hearing regarding all motions, both by claimant/appellant and and debtors/appellees (dkts 11244, 11386);

(H) Claimant/Appellant repeatedly brought attention to  B.L.R. 9021-1(a) which states in part, *"no proposed forms of orders granting or denying motions shall be submitted with the moving or opposition papers prior to hearing"* (dkts 11174, 11183,11251)

(I) Claimant/appellant feels that his motion to reverse the order found in docket 10808 should have been granted;

(J) Claimant/Appellant did attend the ZOOM video hearing on October 19, 2021 as scheduled;

(K) Procedures for the end of a scheduled video ZOOM hearing allows for other parties to address the court by "raising their hand";

https://www.canb.uscourts.gov/procedure/connecting-court-hearing-zoom-0 ;

(L) Following the scheduled hearing on October 19, 2021, claimant/appellant raised his electronic hand and motioned verbally in the camera that he wanted to be heard, but to no avail. Judge Montali abruptly ended the hearing, causing claimant/appellant to be denied the opportunity to address the court in any regard.

**QUESTIONS**

1. Is the court allowed to make orders allowing or denying the Claimant's/appellant's motions prior to a hearing?

2. Is the court obligated to resolve disputes or controversies regarding the court's orders?

NOTICE OF INERLOCUTORY APPEAL; MOTION FOR LEAVE TO APPEAL. - 3

3. Did the claimant/appellant attempt to properly follow the Bankruptcy court's procedures for scheduling a hearing?

4. Under any of the dockets filed by claimant/appellant, including but not limited to docket 11377, was there cause to allow the hearing to take place and to question witnesses at the hearing? (dkts 11074, 11150, 11174, 11183, 11251, 11377, 11415, 11416, 11434, 11435)

5. Is there enough evidence in the motions and dockets filed by claimant/appellant for this circuit court to reverse the order found in docket 10980 that disallowed and expunged claimant's/appellant's claim no. 87111?

**RELIEF SOUGHT**

(a) Claimant/appellant seeks to have the default order found in docket 10980 to be reversed;

(b) Claimant/appellant seeks to have his motions heard and ruled upon at a hearing;

(c) Claimant/appellant seeks to have his claim continued in the Bankruptcy Court;

(d) Claimant/appellant seeks to have his claim for the death of his brother, Rory-Nelson, to be heard in a trial by jury if no restitution can be agreed upon by the debtors/apellees.

(e) Claimant/appellant seeks to have any order affecting his case to be signed with a wet ink signature of the judge;

(f) Any other relief that the district court may deem to be just and reasonable.

In addition to the aforementioned information, **LEAVE TO APPEAL SHOULD BE GRANTED;**

**(i)** Claimant's/appellant's father became seriously ill in August 2021;

NOTICE OF INERLOCUTORY APPEAL; MOTION FOR LEAVE TO APPEAL. - 4

**(ii)**    Claimant/appellant was primarily responsible for the health and well-being of both his father and his mother;

**(iii)**    Claimant's/appellant's father seccumbed to his illness and died on November 14, 2021 leaving claimant's/appellant's mother without the care she needed from her husband;

**(iv)**    Claimant's/appellant's mother needed ongoing care and assistance following the death of his father, leaving claimant/appellant to be mostly responsible for his mother's care until she too passed away on June 6, 2022;

**(v)**    Prior to claimant's/appellant's reasonable delay of filing this appeal, claimant/appellant made good faith efforts to motion and allow the Bankruptcy Court to reverse the default order found in docket 10980;

**(vi)**    Claimant/appellant has a right to be heard;

**(vii)**    The PG&E bankruptcy case is still on-going (case No. 19-30088(DM);

**(viii)**    No prejudicial effect will come upon claimant/appellant or debtor/appellee when this appeal is heard by this district court;

**(ix)**    Other opinions by this circuit court that could lead to the conclusion that the leave to appeal should be granted.


Among the stated dockets herein named and filed within the Bankruptcy case No. 19-30088(DM), Claimant/appellant has attached a copy of the dockets in regards to the interloculatory order and related opinions. See attached Dockets 10808 (debtor's/appellee's omnibus objections), dockets 10809 and 10810 (declarations by debtor's/appellee's council), Docket 10960 (request for order of entry by default, note

NOTICE OF INERLOCUTORY APPEAL; MOTION FOR LEAVE TO APPEAL. - 5

that NO service of process was filed that claimant/appellant is aware of), Docket 10980 (order disallowing claimant's/appellant's claim no, 87111 found in Exhibit 1A therein. As found in claimant/appellant's pleadings, personal injury was not the basis of claimant's/appellant's claim).

This notice of interloculatory appeal filed within the UNITED BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION is only summarizing the facts necessary to satisfy the requirements under FRBP Rule 8004(b) . Claimant/Appellant will file more definitive statements with his initial brief to be filed with the United States District Court, Northern District, San Fransisco on or before November 18, 2022.

Dated this 14th day of October, 2022

Ricky-Dean Horton, a living man
Claimant/Appellant

Great Seal
For land and sea
House of Horton

1  KELLER BENVENUTTI KIM LLP
   Tobias S. Keller (#151445)
2  (tkeller@kbkllp.com)
   Peter J. Benvenutti (#60566)
3  (pbenvenutti@kbkllp.com)
   Jane Kim (#298192)
4  (jkim@kbkllp.com)
   650 California Street, Suite 1900
5  San Francisco, CA 94108
   Tel: 415 496 6723
6  Fax: 650 636 9251

7
   *Attorneys for Debtors and Reorganized Debtors*
8

9                  **UNITED STATES BANKRUPTCY COURT**
                   **NORTHERN DISTRICT OF CALIFORNIA**
10                 **SAN FRANCISCO DIVISION**

11

12 | | Bankruptcy Case No. 19-30088 (DM) |

   **In re:**

13                                        Chapter 11

   **PG&E CORPORATION,**
14                                        (Lead Case) (Jointly Administered)

        **- and -**
15                                        **REORGANIZED DEBTORS'**
   **PACIFIC GAS AND ELECTRIC**          **NINETY-THIRD OMNIBUS OBJECTION TO**
16 **COMPANY,**                          **CLAIMS (NO LEGAL LIABILITY CLAIMS)**

17             **Debtors.**              **Response Deadline:**
                                         **July 14, 2021, 4:00 p.m. (PT)**
18 ☐ Affects PG&E Corporation
   ☐ Affects Pacific Gas and Electric Company  **Hearing Information If Timely Response Made:**
19 ☒ Affects both Debtors                Date:  July 28, 2021
                                         Time:  10:00 a.m. (Pacific Time)
20 * *All papers shall be filed in the Lead Case, No.*   Place: (Telephonic Appearances Only)
   *19-30088 (DM).*                             United States Bankruptcy Court
21                                               Courtroom 17, 16th Floor
                                                 San Francisco, CA 94102
22

23

24

25

26

27

28

TO: (A) THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE; (B) THE OFFICE OF THE UNITED STATES TRUSTEE; (C) THE AFFECTED CLAIMANTS; AND (D) OTHER PARTIES ENTITLED TO NOTICE:

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby submit this Ninety-Third Omnibus Objection (the "**Objection**") to the Proofs of Claim (as defined below) identified in the columns headed "Claims To Be Disallowed and Expunged" and "Claim To Be Reduced" on **Exhibit 1** annexed hereto.

## I. JURISDICTION

This Court has jurisdiction over this Objection under 28 U.S.C. §§ 157 and 1334; the *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24 (N.D. Cal.); and Rule 5011-1(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "**Bankruptcy Local Rules**"). This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief requested are section 502 of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

## II. BACKGROUND

On January 29, 2019 (the "**Petition Date**"), the Debtors commenced with the Court voluntary cases under chapter 11 of the Bankruptcy Code. Prior to the Effective Date (as defined below), the Debtors continued to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner was appointed in either of the Chapter 11 Cases. The Chapter 11 Cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b).

Additional information regarding the circumstances leading to the commencement of the Chapter 11 Cases and information regarding the Debtors' businesses and capital structure is set forth in the *Amended Declaration of Jason P. Wells in Support of the First Day Motions and Related Relief* [Docket No. 263].

On July 1, 2019, the Court entered the *Order Pursuant to 11 U.S.C. §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R. 3003-1 (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors* [Docket No. 2806] (the "**Bar Date Order**"). The Bar Date Order set the deadline to file all proofs of claim (each, a "**Proof of Claim**") in respect of any prepetition claim (as defined in section 101(5) of the Bankruptcy Code), including all claims of Fire Claimants (as defined therein), Wildfire Subrogation Claimants (as defined therein), Governmental Units (as defined in section 101(27) of the Bankruptcy Code), and Customers, and for the avoidance of doubt, including all secured claims and priority claims, against either of the Debtors as October 21, 2019, at 5:00 p.m. Pacific Time (the "**Bar Date**"). The Bar Date later was extended solely with respect to unfiled, non-governmental Fire Claimants to December 31, 2019 [Docket No. 4672][1]; and subsequently with respect to certain claimants that purchased or acquired the Debtors' publicly held debt and equity securities and may have claims against the Debtors for rescission or damages to April 16, 2020 [Docket No. 5943].

By Order dated June 20, 2020 [Docket No. 8053], the Bankruptcy Court confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* (as may be further modified, amended or supplemented from time to time, and together with any exhibits or schedules thereto, the "**Plan**"). The Effective Date of the Plan occurred on July 1, 2020 (the "**Effective Date**"). *See* Dkt. No. 8252.

## III. RELIEF REQUESTED

The Reorganized Debtors file this Objection, pursuant to section 502 of the Bankruptcy Code, Bankruptcy Rule 3007(d)(5), Bankruptcy Local Rule 3007-1, and the *Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and Manner of the Notice of Omnibus Objections*, dated June 30, 2020 [Docket No. 8228] (the "**Omnibus Objections Procedures Order**"), seeking entry of an order disallowing and expunging or reducing Proofs of Claim for which the Reorganized Debtors are not liable (the "**No Legal Liability Claims**"). **Exhibit 1**, which identifies the

---

[1] The claims of Fire Claimants will be administered through the Fire Victim Trust and the claims of Wildfire Subrogation Claimants through the Subrogation Wildfire Trust in accordance with the Plan.

No Legal Liability Claims, is comprised of the following:

- **Exhibit 1A** (which are Proofs of Claim to be disallowed and expunged filed by parties who are <u>not</u> current or former employees of the Debtors)
- **Exhibit 1B** (which are Proofs of Claim to be disallowed and expunged filed by parties who <u>are</u> current or former employees of the Debtors)[2]
- **Exhibit 1C** (which is the Proof of Claim to be reduced).

The No Legal Liability Claims are identified in the columns headed "Claims To Be Disallowed and Expunged" in **Exhibit 1A** and **Exhibit 1B**, and "Claim to Be Reduced" in **Exhibit 1C**. **Exhibit 1** also specifically identifies in the "Basis for Objection" (including multiple bases, where applicable) that the No Legal Liability Claims are classified as any one or more of the following, as discussed further below:

1. Barred By Statute of Limitations
2. Barred By Court Order
3. Barred By Previous Settlement Agreement
4. Payroll Withholding Claims
5. Preempted By National Labor Relations Act ("**NLRA**")
6. No Liability Based on Investigation

**IV.    ARGUMENT**

    **A.    The No Legal Liability Claims Should be Disallowed and Expunged or Reduced**

The Omnibus Objections Procedures Order supplemented Bankruptcy Rule 3007(d) to permit the Reorganized Debtors to file objections to more than one claim if "[t]he claims seek recovery of amounts for which the Debtors are not liable" or "[t]he claims are objectionable on some other common basis under applicable bankruptcy or non-bankruptcy law . . . ." Omnibus Objections Procedures Order, ¶ 2(C)(iii), (vii). Bankruptcy Rule 3007(e) requires that an omnibus objection must list the claimants

---

[2] Concurrently with the filing of this Objection, the Reorganized Debtors will be seeking to redact the personally identifiable information of current and former employees. Accordingly, in the exhibits to this Objection, the Reorganized Debtors have segregated the Proofs of Claim filed by parties who are current or former employees of the Debtors from those filed by parties who are not current or former employees.

alphabetically and by cross-reference to claim numbers. The Reorganized Debtors and their professionals have reviewed each of the No Legal Liability Claims identified on **Exhibit 1** and have determined, on one or more of the bases below, that each represents a Proof of Claim for which the Reorganized Debtors are not liable.

(1) "Barred By Statute of Limitations." These are Proofs of Claim that fail to state a legal basis for recovery against the Debtors because the underlying causes of action are barred by an applicable statute of limitations. Attached hereto as **Exhibit 2**, which is comprised of **Exhibit 2A** (which are Proofs of Claim filed by parties who are not current or former employees of the Debtors) and **Exhibit 2B** (which are Proofs of Claim filed by parties who are current or former employees of the Debtors), is a list of all Barred By Statute of Limitations Claims, together with a citation to the applicable California or federal statute, the applicable limitations period, and the date of incident for each claim (as determined from the Proof of Claim and/or through investigation by the Reorganized Debtors and their professionals). The claimants seek recovery from the Debtors based on allegations that include (i) personal injury, (ii) property damage, (iii) breach of contract, (iv) statutory liability, including penalties or forfeitures, (v) employment discrimination, and (vi) other miscellaneous causes of action. All of the Barred By Statute of Limitations Claims are governed by California or federal law. Under the applicable California or federal statute of limitations periods identified below, the claimants' right to bring such claims against the debtors expired prior to the Petition Date. Therefore, the Reorganized Debtors are not liable, and the Barred By Statute of Limitations Claims should be reduced[3] or disallowed and expunged.

a. Personal Injury – 2 years. Cal. Civ. Proc. Code § 335.1.

b. Damage to Real or Personal Property – 3 years. Cal. Civ. Proc. Code § 338(b) or (c).

c. Breach of Written Contract – 4 years. Cal. Civ. Proc. Code § 337.

d. Statutory Liability – 3 years. Cal. Civ. Proc. Code § 338(a).

e. Statutory Penalty or Forfeiture – 1 year. Cal. Civ. Proc. Code § 340(b).

---

[3] Claim No. 56868, identified on **Exhibit 1C** and **Exhibit 2A**, is the only No Legal Liability Claim that the Reorganized Debtors are seeking to reduce through this Objection, as a portion of the claim based on statutory liability is not barred by the applicable statute of limitations. All other No Legal Liability Claims are to be disallowed and expunged in their entirety.

f. Employment Discrimination (California) – 1 year. Cal. Gov't Code § 12960 *et seq.*[4]

g. Employment Discrimination (Federal) – 300 days. 42 U.S.C. § 2000e-5.

h. "Catch-All" Statute – 4 years. Cal. Civ. Proc. Code § 343.

(2) "Barred by Court Order." These Proofs of Claim were also asserted by the Claimants and relate to prepetition litigation against the Debtors. The Reorganized Debtors are not liable for these claims because they were previously disposed of pursuant to an order by a court of competent jurisdiction other than the Bankruptcy Court. Therefore, the Barred By Court Order Claims should be disallowed and expunged.

(3) "Barred by Previous Settlement Agreement." These Proofs of Claim are each subject to a valid and enforceable settlement agreement with or on behalf of the claimant that has been satisfied in full by the Debtors, either in the ordinary course of business or pursuant to an order by a court of competent jurisdiction other than the Bankruptcy Court. Therefore, because the Reorganized Debtors have satisfied the underlying liability for these Claims pursuant to those settlement agreements, the Barred By Previous Settlement Agreement Claims should be disallowed and expunged.

(4) "Payroll Withholding Claims." These are Proofs of Claim for which the claimants – who were current or former employees of the Debtors – dispute the Debtors' legal authority to withhold payroll taxes, and therefore oppose the Debtors' compliance with the applicable federal and state laws regarding such withholding. The Debtors are unaware of any legal basis on which such a claim can be asserted. Accordingly, the Reorganized Debtors have determined they are not liable for these amounts and the corresponding Proofs of Claim should be disallowed and expunged.[5]

(5) "Preempted by NLRA." Each of these employment-related claims is duplicative of a

---

[4] Cal. Gov't Code § 12960 was amended after the Petition Date, in October 2019, by Assembly Bill 9, which extended the period to file employment discrimination claims with the Department of Fair Employment and Housing from one year to three years. The amendment does not revive lapsed claims. All employment discrimination claims that are the subject of this Objection were time-barred under the 1-year statute as of the Petition Date.

[5] The Reorganized Debtors are aware of the previous filings by the Payroll Withholding Claimants in these Chapter 11 Cases. *See, e.g.*, Dkt. Nos. 10752, 10753, and 10754. The process for claims administration in these Chapter 11 Cases is controlled by the Bankruptcy Code, Bankruptcy Rules, Bankruptcy Local Rules, and the Orders of this Court. The question of disallowance of the Payroll Withholding Claims is now before the Court, and the Payroll Withholding Claimants will have the opportunity to defend their Claims by responding to this Objection.

grievance filed pursuant to a collective bargaining agreement, or is a claim that is required to be filed as a grievance pursuant to a collective bargaining agreement, and, accordingly, these Proofs of Claim are preempted by the National Labor Relations Act, pursuant to which such grievance proceedings are the sole means through which the claimants may seek redress for their claims. Labor grievance proceedings arising under collective bargaining agreements were not subject to the automatic stay of 11 U.S.C. § 362(a) during these Chapter 11 Cases. *See Shugrue v. Airline Pilots Association, (In re Ionosphere Clubs, Inc.)*, 922 F.2d 984, 990 (2d. Cir. 1990) ("Congress intended that the collective bargaining agreement remain in effect and that the collective bargaining process continue after the filing of a bankruptcy petition unless and until the debtor complies with the provisions of § 1113."). Pursuant to Section 8.6 of the Plan, the Debtors assumed the Collective Bargaining Agreements (as such term is defined in the Plan), and, as such, any right the claimants may have to pursue their grievances are not impacted by the Plan. Accordingly, the Reorganized Debtors have determined that the corresponding Proofs of Claim should be disallowed and expunged.

(6) "No Liability Based on Investigation." These are Proofs of Claim where the Reorganized Debtors, after conducting a thorough review of the Proof of Claim, concluded that there is no basis for liability. The Reorganized Debtors' review of each Proof of Claim consisted of (i) a review of information submitted by the Claimant in connection with the respective Proof of Claim, and (ii) an investigation by PG&E of the facts alleged by the Claimant. In each instance, the Reorganized Debtors determined that the claim was not valid and the investigation discovered no basis for the claim. Accordingly, the Reorganized Debtors have determined they are not liable for these amounts and the corresponding Proofs of Claim should be disallowed and expunged.

Each of the Claimants is listed alphabetically, and the claim number and amount are identified in accordance with Bankruptcy Rule 3007(e). Furthermore, in accordance with the Omnibus Objections Procedures Order, the Reorganized Debtors have sent individualized notices to the holders of each of the No Legal Liability Claims.

**B. The Claimants Bear the Burden of Proof**

A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a).[6] Section 502(b)(1) of the Bankruptcy Code, however, provides in relevant part that a claim may not be allowed if "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1). Once the objector raises "facts tending to defeat the claim by probative force equal to that of the allegations of the proofs of claim themselves," *Wright v. Holm (In re Holm)*, 931 F.2d 620, 623 (9th Cir. 1991), quoting 3 L. King, *Collier on Bankruptcy* § 502.02at 502-22 (15th ed. 1991), then "the burden reverts to the claimant to prove the validity of the claim by a preponderance of the evidence," *Ashford v. Consolidated Pioneer Mortgage (In re Consolidated Pioneer Mortgage)*, 178 B.R. 222, 226 (B.A.P. 9th Cir. 1995) (quoting *In re Allegheny Int'l, Inc.*, 954 F.2d 167, 173-74 (3d Cir. 1992)), *aff'd without opinion* 91 F.3d 151 (9th Cir. 1996). "[T]he ultimate burden of persuasion is always on the claimant." *Holm*, 931 F.2d at 623 (quoting King, *Collier on Bankruptcy*); *see also Lundell v. Anchor Constr. Specialists, Inc.*, 223 F.3d 1035, 1039 (9th Cir. 2000); *Spencer v. Pugh (In re Pugh)*, 157 B.R. 898, 901 (B.A.P. 9th Cir. 1993); *In re Fidelity Holding Co.,* 837 F.2d 696, 698 (5th Cir. 1988).

As set forth above, the No Legal Liability Claims assert amounts for which the Reorganized Debtors are not liable and, therefore, should be disallowed and expunged in their entirety or reduced. If any Claimant believes that a No Legal Liability Claim is valid, it must present affirmative evidence demonstrating the validity of that claim.

## V.      RESERVATION OF RIGHTS

The Reorganized Debtors hereby reserve the right to object, as applicable, in the future to any of the Proofs of Claim listed in this Objection on any ground, and to amend, modify, or supplement this Objection to the extent an objection to a claim is not granted, and to file other objections to any proofs of claims filed in these cases, including, without limitation, objections as to the amounts asserted therein,

---

[6] Upon the Reorganized Debtors' request, the deadline under Section 7.1 of the Plan for the Reorganized Debtors to bring objections to Claims initially was extended through and including June 26, 2021 (except for Claims of the United States, which deadline was extended to March 31, 2021) [Docket No. 9563]. That deadline has been further extended through December 23, 2021, except for Claims of the California Department of Forestry and Fire Protection, which deadline was extended to September 30, 2021, without prejudice to the right of the Reorganized Debtors seek further extensions thereof [Docket No. 10494]. The deadline with respect to Claims of the United States has been further extended by stipulation and order [Docket Nos. 10459, 10463].

or any other claims (filed or not) against the Debtors, regardless of whether such claims are subject to this Objection. A separate notice and hearing will be scheduled for any such objections. Should the grounds of objection specified herein be overruled, wholly or in part, the Reorganized Debtors reserve the right to object to the No Legal Liability Claims on any other grounds that the Reorganized Debtors may discover or deem appropriate.

## VI. NOTICE

Notice of this Objection will be provided to (i) holders of the No Legal Liability Claims; (ii) the Office of the U.S. Trustee for Region 17 (Attn: Andrew R. Vara, Esq. and Timothy Laffredi, Esq.); (iii) all counsel and parties receiving electronic notice through the Court's electronic case filing system; and (iv) those persons who have formally appeared in these Chapter 11 Cases and requested service pursuant to Bankruptcy Rule 2002. The Reorganized Debtors respectfully submit that no further notice is required. No previous request for the relief sought herein has been made by the Reorganized Debtors to this or any other Court.

WHEREFORE the Reorganized Debtors respectfully request entry of an order granting (i) the relief requested herein as a sound exercise of the Reorganized Debtors' business judgment and in the best interests of their estates, creditors, shareholders, and all other parties' interests, and (ii) such other and further relief as the Court may deem just and appropriate.

Dated: June 17, 2021                           **KELLER BENVENUTTI KIM LLP**

By: _/s/ Thomas B. Rupp_
Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*

# Exhibit 1A

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Chapman, Warren Klapp Moroney, et al 5860 Owens Dr Ste Suite 410 Pleasanton, CA 94588 | | 78834 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Court Order |
| D of of San Carlos Gregory J. Rubens City Attorney, City of San Carlos 1001 Laurel Street Suite A San Carlos, CA 94070 | | 68838 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $1,045,280.00 | $1,045,280.00 | Barred by Previous Settlement Agreement |
| Cotton, Michael 7620 Flynn Creek Road PO Box Comptche, CA 95427 | | 81232 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $4,947.78 | $4,947.78 | Barred by Court Order |
| venvoorden, Marcus venvoorden Farms 19490 per Rd. onwood, CA 96022 | | 75903 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | Barred by Previous Settlement Agreement |
| Ingleston, Coaster C" Street Apt. # 304 San Rafael, CA 94901 | | 4457 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $12,450.00 | $2,487,550.00 | $2,500,000.00 | No Liability Based on Investigation |
| Ellis, Donald Ray Corte Maria burg, CA 94565-4121 | | 6888 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | Barred by Court Order |
| son Aggregates Mid-Pacific, Joseph Audal 3000 Executive kway Suite 240 San Ramon, CA 94583 | | 70657 | Pacific Gas and Electric Company | 10/16/2019 | $173,304.00 | $0.00 | $0.00 | $0.00 | $173,304.00 | No Liability Based on Investigation |
| Horton, Ricky D. 7 Rosemary Court field, CA 94533 | | 87111 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $50,000,000.00 | $50,000,000.00 | Barred by Statute of Limitations - Personal Injury |

# Exhibit 1A

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Motahari-Fard, Saeedeh Law Offices of Steven D. Hoffman Attn: Saeedeh Motahari-Fard Sunnyvale, CA 94086 | | 3882 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $31,576.00 | $31,576.00 | Barred by Court Order |
| Diaz, Juan M. Gideon Law Firm, APC c/o James B Mitchell (SBN 87151) 1320 Columbia Street, Suite 200 San Diego, CA 92101 | | 7666 | PG&E Corporation | 8/20/2019 | $0.00 | $0.00 | $0.00 | $4,000,000.00 | $4,000,000.00 | Barred by Court Order |
| R Tad Heydenfeldt, Agent, Rassar, Melton on behalf of United Trust Fund R Tad Heydenfeldt 5255 Clayton Road #210 Concord, CA 94521 | | 4606 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $250,000,000.00 | $250,000,000.00 | Barred by Statute of Limitations - Breach of Written Contract |
| Richards, Darwin 31278 Arbor Ave Apt 234 Hayward, CA 94541-4894 | | 96962 | PG&E Corporation | 2/14/2020 | $0.00 | $0.00 | $0.00 | $969,000.00 | $969,000.00 | Barred by Statute of Limitations - Breach of Written Contract |
| Richards, Darwin 31278 Arbor Ave., Apt. 234 Hayward, CA 94541-4894 | | 86933 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $369,000.00 | $369,000.00 | Barred by Statute of Limitations - Breach of Written Contract |
| Kanan, Geoffrey Law Offices of Paul Aghabala & Associates, Inc. Ani P. Aghabalyan, Esq. 15250 Ventura Blvd Ste 500 Sherman Oaks, CA 91403-3217 | | 23522 | PG&E Corporation | 9/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Based on Investigation |
| Kanan, Geoffrey Aridge Law Firm, P.C. Ani Shasvalidyan, Esq. P.Paul Aghabala, Esq. 15250 Ventura Pd., Suite 500 Sherman Oaks, CA 91403 | | 105758 | PG&E Corporation | 6/2/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Based on Investigation |

Ninety-Third Omnibus Objection

**Exhibit 1A**

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| ...us, Leona A<br>...20 Coombe Hill Drive<br>... City, CA  92586 | | 86900 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $14,000,000.00 | $14,000,000.00 | Barred by Statute of Limitations - Personal Injury |
| Vodonick, John<br>2064 Willow Valley Road<br>Nevada City, CA  95959 | | 19917 | PG&E Corporation | 10/9/2019 | $25,000.00 | $0.00 | $0.00 | $225,000.00 | $250,000.00 | Barred by Statute of Limitations - Damage to Real or Personal Property and No Liability Based on Investigation |
| | | Count:17 | | | | | | | | |
| Claims To Be Expunged Totals | | | | | $198,304.00 | $0.00 | $12,450.00 | $324,132,353.78 | $324,132,353.78 | $324,343,107.78 |

# Redacted Version of Exhibit 1B

| Original Creditor | Claim Transferred To: | Claim To Be Disallowed and Expunged | Debtor | Date Filed: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | Redacted | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $1,600,000.00 | $1,600,000.00 | Barred by Statute of Limitations - Personal Injury and Barred by Previous Settlement Agreement |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/12/2019 | $0.00 | $0.00 | $66,074.00 | $0.00 | $66,074.00 | Preempted by NLRA |
| Redacted | | Redacted | PG&E Corporation | 9/28/2019 | $0.00 | $0.00 | $0.00 | $268,320.00 | $268,320.00 | Barred by Previous Settlement Agreement |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Previous Settlement Agreement and Preempted by |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Previous Settlement Agreement and Preempted by |
| Redacted | | Redacted | Pacific Gas and Electric Company | 4/20/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - "Catch-all" Statute |
| Redacted | | Redacted | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $20,000.00 | $0.00 | $20,000.00 | Barred by Statute of Limitations - Breach of Written Contract and Preempted by NLRA |
| Redacted | | Redacted | PG&E Corporation | 9/25/2019 | $0.00 | $0.00 | $12,679,000.00 | $0.00 | $12,679,000.00 | Payroll Withholding Claims |

# Redacted Version of Exhibit 1B

| Original Creditor | Claim Transferred To: | Claim To Be Disallowed and Expunged | Debtor | Date Filed: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | Redacted | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $12,679,000.00 | $0.00 | $12,679,000.00 | Payroll Withholding Claims |
| Redacted | | Redacted | Pacific Gas and Electric Company | 9/16/2019 | $0.00 | $0.00 | $14,104.32 | $0.00 | $14,104.32 | Barred by Previous Settlement Agreement |
| Redacted | | Redacted | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $0.00 | $11,728,000.00 | $11,728,000.00 | Payroll Withholding Claims |
| Redacted | | Redacted | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $12,570,000.00 | $0.00 | $12,570,000.00 | Payroll Withholding Claims |
| Redacted | | Redacted | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $12,570,000.00 | $0.00 | $12,570,000.00 | Payroll Withholding Claims |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,450.00 | $1,450.00 | Preempted by NLRA |
| Redacted | | Redacted | Pacific Gas and Electric Company | 9/23/2019 | $0.00 | $0.00 | $15,000.00 | $0.00 | $15,000.00 | Preempted by NLRA |
| Redacted | | Redacted | PG&E Corporation | 10/23/2019 | $0.00 | $0.00 | $64,560.00 | $0.00 | $64,560.00 | Barred by Statute of Limitations - Breach of Written Contract and Barred by Previous Settlement Agreement |

## Redacted Version of Exhibit 1B

| Original Creditor | Claim Transferred To: | Claim To Be Disallowed and Expunged | Debtor | Date Filed: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | Redacted | PG&E Corporation | 10/22/2019 | $0.00 | $0.00 | $86,034.64 | $0.00 | $86,034.64 | Barred by Statute of Limitations - Breach of Written Contract and Barred by Previous Settlement Agreement |
| Redacted | | Redacted | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Employment Discrimination |
| Redacted | | Redacted | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Breach of Written Contract and Preempted by NLRA |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $10,000.00 | $1,690,000.00 | $1,700,000.00 | Barred by Court Order |
| Redacted | | Redacted | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $10,000.00 | $1,690,000.00 | $1,700,000.00 | Barred by Court Order |
| Redacted | | Redacted | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $13,300,000.00 | $0.00 | $13,300,000.00 | Payroll Withholding Claims |
| Redacted | | Redacted | PG&E Corporation | 10/4/2019 | $0.00 | $0.00 | $13,300,000.00 | $0.00 | $13,300,000.00 | Payroll Withholding Claims |
| Redacted | | Redacted | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $12,961,000.00 | $0.00 | $12,961,000.00 | Payroll Withholding Claims |

# Redacted Version of Exhibit 1B

| Original Creditor | Claim Transferred To: | Claim To Be Disallowed and Expunged | Debtor | Date Filed: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | Redacted | PG&E Corporation | 10/17/2019 | $0.00 | $0.00 | $12,961,000.00 | $0.00 | $12,961,000.00 | Payroll Withholding Claims |
| Redacted | | Redacted | PG&E Corporation | 11/4/2019 | $0.00 | $12,961,000.00 | $0.00 | $0.00 | $12,961,000.00 | Payroll Withholding Claims |
| Claims To Be Expunged Totals | | Count:26 | | | $0.00 | $12,961,000.00 | $103,305,772.96 | $16,977,770.00 | $133,244,542.96 | |

Ninety-Third Omnibus Objection

**Exhibit 1C**

In re: PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

| Original Creditor | Claim To Be Reduced | Debtor | Date Filed: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| State of California, Department of Housing and Community Development Attention: Accounting 2020 West El Camino Ave. Sacramento, CA 95833 | 56868 | Pacific Gas and Electric Company | 10/10/2019 **Filed/Sched. Claim Amount:** Unliquidated ☐ **Reduced Claim Amount:** | $330,432.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $0.00 $5,000.00 | $330,432.00 $5,000.00 | Barred by Statute of Limitations - Statutory Liability and Statutory Penalty or Forfeiture |
| **Asserted Total** | Count: 1 | | | $330,432.00 | $0.00 | $0.00 | $0.00 | $330,432.00 | |
| **Remaining Total** | | | | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | |

## Exhibit 2A
## Claims Barred by Statute of Limitations

| Original Creditor | Claims | Applicable Statute of Limitations | Limitation Period | Incident Date |
|---|---|---|---|---|
| Norton, Ricky D. | 87111 | Personal Injury (Cal. Civ. Proc. Code § 335.1) | 2 years | 9/5/2016 |
| Tad Heydenfeldt, Agent, Rasar, Inc on behalf of United Trust Fund | 4606 | Breach of Written Contract (Cal. Civ. Proc. Code § 337) | 4 years | 1993 |
| Richards, Darwin | 86933 | Breach of Written Contract (Cal. Civ. Proc. Code § 337) | 4 years | 1998-2000 |
| Richards, Darwin | 96962 | Breach of Written Contract (Cal. Civ. Proc. Code § 337) | 4 years | 1998-2000 |
| State of California, Department of Housing and Community Development | 56868 | Statutory Liability (Cal. Code Civ. Proc. § 338(a)) and Statutory Penalty or Forfeiture (Cal. Civ. Proc. Code § 340(b)) | 3 years and 1 year | 1998 -2018 |
| Titus, Leona A | 86900 | Personal Injury (Cal. Civ. Proc. Code § 335.1) | 2 years | 10/10/1989 |
| Vodonick, John | 19917 | Damage to Real or Personal Property (Cal. Civ. Proc. Code § 338(b) or (c)) | 3 years | 1988 |

Case: 19-30088   Doc# 10808-4   Filed: 06/17/21   Entered: 06/17/21 17:20:03   Page 1 of 1

## Redacted Version of Exhibit 2B
## Claims Barred by Statute of Limitations

| Original Creditor | Claims | Applicable Statute of Limitations | Limitation Period | Incident Date |
|---|---|---|---|---|
| Redacted | Redacted | Personal Injury (Cal. Civ. Proc. Code § 335.1) | 2 years | 1997 - 1999 |
| Redacted | Redacted | "Catch-all" Statute (Cal. Civ. Proc. Code § 343) | 4 years | 1992 |
| Redacted | Redacted | Breach of Written Contract (Cal. Civ. Proc. Code § 337) | 4 years | 2010 |
| Redacted | Redacted | Breach of Written Contract (Cal. Civ. Proc. Code § 337) | 4 years | 1999-2000 |
| Redacted | Redacted | Breach of Written Contract (Cal. Civ. Proc. Code § 337) | 4 years | 1999-2000 |
| Redacted | Redacted | Employment Discrimination California (Cal. Gov't Code § 12960 et seq.) and Federal (42 U.S.C. § 2000e-5) | 1 year and 300 days | 5/13/2016 |
| Redacted | Redacted | Breach of Written Contract (Cal. Civ. Proc. Code § 337) | 4 years | 1996 |

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **DECLARATION OF A. ANNA CAPELLE IN SUPPORT OF REORGANIZED DEBTORS' NINETY-THIRD OMNIBUS OBJECTION TO CLAIMS (NO LEGAL LIABILITY CLAIMS)** |
| **Debtors.** | **Response Deadline:** |
| ☐ Affects PG&E Corporation | **July 14, 2021, 4:00 p.m. (PT)** |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | **Hearing Information If Timely Response Made:** |
| | Date:   July 28, 2021 |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Time:   10:00 a.m. (Pacific Time) |
| | Place:  (Telephonic Appearances Only) |
| | United States Bankruptcy Court |
| | Courtroom 17, 16th Floor |
| | San Francisco, CA 94102 |

I, A. Anna Capelle, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1.     I am employed as a Managing Counsel, Litigation and Commercial Contracts, in the Law Department of Pacific Gas and Electric Company (the "**Utility**"), a wholly-owned subsidiary of PG&E Corporation ("**PG&E Corp.**") and together with Utility, the "**Reorganized Debtors**" in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**").  I have been employed in this role since May 1, 2020, and prior to such date I was employed as Interim Managing Counsel, Strategy and Policy.  I have been employed as an attorney for PG&E since October 2006.  In my current role, I am responsible for supervising seven litigation attorneys, and advising leaders on litigation and general dispute issues.  I also regularly consult with my colleagues elsewhere in the Utility's Law Department on legal issues that cover a variety of other subject matter.  I submit this Declaration in support of the *Reorganized Debtors' Ninety-Third Omnibus Objection to Claims (No Legal Liability Claims)* (the "**Omnibus Objection**"),[1] filed contemporaneously herewith, with respect to the claims listed on Exhibits 1A, 1C, and 2A to the Omnibus Objection.[2]

2.     Except as otherwise indicated herein, all facts set forth in this Declaration are based upon my personal knowledge, the knowledge of other personnel of the Reorganized Debtors working under and alongside me on this matter, including my colleagues elsewhere in the Utility's Law Department, my discussions with PG&E's professionals and various other advisors and counsel, and my review and my colleagues' review of relevant documents and information.  If called upon to testify, I would testify competently to the facts set forth in this Declaration.  I am authorized to submit this declaration on behalf of the Reorganized Debtors.

3.     The Omnibus Objection is directed at Proofs of Claim specifically identified in **Exhibit 1** to the Omnibus Objection, which is comprised of the following:

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Omnibus Objection.

[2] I understand that the Proofs of Claim set forth on Exhibits 1B and 2B to the Omnibus Objection are supported by the Declaration of Stacy Campos that is being submitted concurrently with this Declaration, and they are not the subject of this Declaration.

a.      **Exhibit 1A** (which are Proofs of Claim to be disallowed and expunged filed by parties who are not current or former employees of the Debtors)

b.      **Exhibit 1B** (which are Proofs of Claim to be disallowed and expunged filed by parties who are current or former employees of the Debtors)

c.      **Exhibit 1C** (which is the Proof of Claim to be reduced)

4.      The No Legal Liability Claims that are the subject of this Declaration are identified in the columns headed "Claims To Be Disallowed and Expunged" in **Exhibit 1A**, and "Claim to Be Reduced" in **Exhibit 1C**.

5.      **Exhibit 1A**, **Exhibit 1C**, and **Exhibit 2A** were prepared by the AlixPartners, LLP ("**AlixPartners**") team charged with the Bankruptcy Case Management component of AlixPartners' assignment to assist the Reorganized Debtors from information provided by me, and I have reviewed them to confirm their accuracy. I am familiar with them, their contents, and the process under which they were prepared. To the best of my knowledge, information and belief, **Exhibit 1A** and **Exhibit 1C** accurately identify the No Legal Liability Claims, and **Exhibit 2A** accurately identifies the Barred By Statute of Limitations Claims described in Paragraph 6(a) below.

6.      **Exhibit 1A** and **Exhibit 1C** specifically identify in the "Basis for Objection" (including multiple bases, where applicable) that the No Legal Liability Claims are classified as any one or more of the following:

a.      "Barred By Statute of Limitations." These are Proofs of Claim that fail to state a legal basis for recovery against the Debtors because the underlying causes of action are barred by an applicable statute of limitations. Attached as **Exhibit 2A** to the Omnibus Objection, which is comprised of Proofs of Claim filed by parties who are not current or former employees of the Debtors, is a list of Barred By Statute of Limitations Claims, together with a citation to the applicable section of the California Code of Civil Procedure, the applicable limitations period, and the date of incident for each claim (as determined from the Proof of Claim and/or through investigation by the Reorganized Debtors and their professionals). The claimants seek recovery from the Debtors based on allegations that include (i) personal injury, (ii) property damage, (iii) breach of contract, and (iv) statutory liability, including penalties or forfeitures. All of the Barred By Statute of Limitations Claims included in **Exhibit 2A** are

governed by California law. Under the applicable California statute of limitations periods identified below, the claimants' right to bring such claims against the Debtors expired prior to the Petition Date. Therefore, the Reorganized Debtors are not liable, and the Barred By Statute of Limitations Claims identified on **Exhibits 1A**, **1C**, and **2A** should be disallowed and expunged or reduced.[3]

    (1) Personal Injury – 2 years. Cal. Civ. Proc. Code § 335.1.

    (2) Damage to Real or Personal Property – 3 years. Cal. Civ. Proc. Code § 338(b) or (c).

    (3) Breach of Written Contract – 4 years. Cal. Civ. Proc. Code § 337.

    (4) Statutory Liability – 3 years. Cal. Civ. Proc. Code § 338(a).

    (5) Statutory Penalty or Forfeiture – 1 year. Cal. Civ. Proc. Code § 340(b).

    b.    "Barred by Court Order." These Proofs of Claim were also asserted by the Claimants and relate to prepetition litigation against the Debtors. The Reorganized Debtors are not liable for these claims because they were previously disposed of pursuant to an order by a court of competent jurisdiction other than the Bankruptcy Court. Therefore, the Barred By Court Order Claims identified on **Exhibit 1A** should be disallowed and expunged.

    c.    "Barred by Previous Settlement Agreement." These Proofs of Claim are each subject to a valid and enforceable settlement agreement with or on behalf of the claimant that has been satisfied in full by the Debtors, either in the ordinary course of business or pursuant to an order by a court of competent jurisdiction other than the Bankruptcy Court. Therefore, because the Reorganized Debtors have satisfied the underlying liability for these Claims pursuant to those settlement agreements, the Barred By Previous Settlement Agreement Claims identified on **Exhibit 1A** should be disallowed and expunged.

    d.    "No Liability Based on Investigation." These are Proofs of Claim where the Reorganized Debtors, after conducting a thorough review of the Proof of Claim, concluded that there is no basis for liability. The Reorganized Debtors' review of each Proof of Claim consisted of (i) a review

---

[3] Claim No. 56868, identified on **Exhibit 1C** and **Exhibit 2A**, is the only No Legal Liability Claim that the Reorganized Debtors are seeking to reduce through the Omnibus Objection, as a portion of the claim based on statutory liability is not barred by the applicable statute of limitations. All other No Legal Liability Claims are to be disallowed and expunged in their entirety.

of information submitted by the Claimant in connection with the respective Proof of Claim, and (ii) an investigation by PG&E of the facts alleged by the Claimant. In each instance, the Reorganized Debtors determined that the claim was not valid and the investigation discovered no basis for the claim. Accordingly, the Reorganized Debtors have determined they are not liable for these amounts and the corresponding No Liability Based on Investigation Claims identified on **Exhibit 1A** should be disallowed and expunged.

7.     Based on the Reorganized Debtors' and their professionals' review of the Reorganized Debtors' books and records and my team's consultations with the Reorganized Debtors' personnel and restructuring professionals, each of the No Legal Liability Claims identified on **Exhibit 1A** represents a Proof of Claim for which the Reorganized Debtors are not liable and, therefore, should be disallowed and expunged in their entirety.

8.     Based on the Reorganized Debtors' and their professionals' review of the Reorganized Debtors' books and records and my team's consultations with the Reorganized Debtors' personnel and restructuring professionals, the No Legal Liability Claim identified on **Exhibit 1C** represents a Proof of Claim for which the Reorganized Debtors are partially not liable because the applicable statute of limitations bars part of the claim, and, therefore, that Proof of Claim should be reduced as set forth on **Exhibit 1C**.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this fifteenth day of June, 2021.

*/s/ A. Anna Capelle*
A. Anna Capelle

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **DECLARATION OF STACY CAMPOS IN SUPPORT OF REORGANIZED DEBTORS' NINETY-THIRD OMNIBUS OBJECTION TO CLAIMS (NO LEGAL LIABILITY CLAIMS)** |
| **Debtors.** | **Response Deadline:** <br> **July 14, 2021, 4:00 p.m. (PT)** |
| ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors | **Hearing Information If Timely Response Made:** <br> Date: July 28, 2021 <br> Time: 10:00 a.m. (Pacific Time) <br> Place: (Telephonic Appearances Only) |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | United States Bankruptcy Court <br> Courtroom 17, 16th Floor <br> San Francisco, CA 94102 |

I, Stacy Campos, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1.       I am employed as a Managing Counsel, Employment, Labor and Workers' Compensation, in the Law Department of Pacific Gas and Electric Company (the "**Utility**"), a wholly-owned subsidiary of PG&E Corporation ("**PG&E Corp.**") and together with Utility, the "**Reorganized Debtors**" in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**").  In my current role, I am responsible for supervising three employment and labor attorneys, and advising leaders on human resource and labor issues.  I also regularly consult with my colleagues elsewhere in the Utility's Law Department on legal issues that cover a variety of other subject matter.  I submit this Declaration in support of the *Reorganized Debtors' Ninety-Third Omnibus Objection to Claims (No Legal Liability Claims)* (the "**Omnibus Objection**"),[1] filed contemporaneously herewith, with respect to the claims listed on Exhibits 1B and 2B to the Omnibus Objection.[2]

2.       Except as otherwise indicated herein, all facts set forth in this Declaration are based upon my personal knowledge, the knowledge of other personnel of the Reorganized Debtors working under and alongside me on this matter, including my colleagues elsewhere in the Utility's Law Department, my discussions with PG&E's professionals and various other advisors and counsel, and my review and my colleagues' review of relevant documents and information.  If called upon to testify, I would testify competently to the facts set forth in this Declaration.  I am authorized to submit this declaration on behalf of the Reorganized Debtors.

3.       The Omnibus Objection is directed at Proofs of Claim specifically identified in **Exhibit 1** to the Omnibus Objection, which is comprised of the following:

a.       **Exhibit 1A** (which are Proofs of Claim to be disallowed and expunged filed by parties who are <u>not</u> current or former employees of the Debtors)

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Omnibus Objection.

[2] I understand that the Proofs of Claim set forth on Exhibits 1A, 1C, and 2A to the Omnibus Objection are supported by the Declaration of A. Anna Capelle that is being submitted concurrently with this Declaration, and they are not the subject of this Declaration.

| | |
|---|---|
| 1 |       b.    **Exhibit 1B** (which are Proofs of Claim to be disallowed and expunged filed by |
| 2 | parties who <u>are</u> current or former employees of the Debtors) |
| 3 |       c.    **Exhibit 1C** (which is the Proof of Claim to be reduced) |
| 4 |     4.    The No Legal Liability Claims that are the subject of this Declaration are identified in the |
| 5 | columns headed "Claims To Be Disallowed and Expunged" in **Exhibit 1B**. |
| 6 |     5.    **Exhibit 1B** and **Exhibit 2B** were prepared by the AlixPartners, LLP ("**AlixPartners**") |
| 7 | team charged with the Bankruptcy Case Management component of AlixPartners' assignment to assist |
| 8 | the Reorganized Debtors from information provided by me, and I have reviewed them to confirm their |
| 9 | accuracy. I am familiar with them, their contents, and the process under which they were prepared. To |
| 10 | the best of my knowledge, information and belief, **Exhibit 1B** accurately identifies the No Legal |
| 11 | Liability Claims, and **Exhibit 2B** accurately identifies the Barred By Statute of Limitations Claims |
| 12 | described in Paragraph 6(a) below. |
| 13 |     6.    **Exhibit 1B** specifically identifies in the "Basis for Objection" (including multiple bases, |
| 14 | where applicable) that the No Legal Liability Claims are classified as any one or more of the following: |
| 15 |       a.    "<u>Barred By Statute of Limitations.</u>" These are Proofs of Claim that fail to state a |
| 16 | legal basis for recovery against the Debtors because the underlying causes of action are barred by an |
| 17 | applicable statute of limitations. Attached as **Exhibit 2B** to the Omnibus Objection, which is comprised |
| 18 | of Proofs of Claim filed by parties who are current or former employees of the Debtors, is a list of Barred |
| 19 | By Statute of Limitations Claims, together with a citation to the applicable California or federal statute, |
| 20 | the applicable limitations period, and the date of incident for each claim (as determined from the Proof |
| 21 | of Claim and/or through investigation by the Reorganized Debtors and their professionals). The |
| 22 | claimants seek recovery from the Debtors based on allegations that include (i) personal injury, (ii) breach |
| 23 | of contract, (iii) employment discrimination, and (iv) other miscellaneous causes of action. All of the |
| 24 | Barred By Statute of Limitations Claims are governed by California or federal law. Under the applicable |
| 25 | California or federal statute of limitations periods identified below, the claimants' right to bring such |
| 26 | claims against the Debtors expired prior to the Petition Date. Therefore, the Reorganized Debtors are |
| 27 | not liable, and the Barred By Statute of Limitations Claims identified on **Exhibits 1B** and **2B** should be |
| 28 | disallowed and expunged. |

(1) Personal Injury – 2 years.  Cal. Civ. Proc. Code § 335.1.

(2) Breach of Written Contract – 4 years.  Cal. Civ. Proc. Code § 337.

(3) Employment Discrimination (California) – 1 year.  Cal. Gov't Code § 12960 *et seq.* [3]

(4) Employment Discrimination (Federal) – 300 days.  42 U.S.C. § 2000e-5.

(5) "Catch-All" Statute – 4 years.  Cal. Civ. Proc. Code § 343.

b.   "<u>Barred by Court Order</u>." These Proofs of Claim were also asserted by the Claimants and relate to prepetition litigation against the Debtors.  The Reorganized Debtors are not liable for these claims because they were previously disposed of pursuant to an order by a court of competent jurisdiction other than the Bankruptcy Court.  Therefore, the Barred By Court Order Claims identified on **<u>Exhibit 1B</u>** should be disallowed and expunged.

c.   "<u>Barred by Previous Settlement Agreement</u>."  These Proofs of Claim are each subject to a valid and enforceable settlement agreement with or on behalf of the claimant that has been satisfied in full by the Debtors, either in the ordinary course of business or pursuant to an order by a court of competent jurisdiction other than the Bankruptcy Court.  Therefore, because the Reorganized Debtors have satisfied the underlying liability for these Claims pursuant to those settlement agreements, the Barred By Previous Settlement Agreement Claims identified on **<u>Exhibit 1B</u>** should be disallowed and expunged.

d.   "<u>Payroll Withholding Claims</u>." These are Proofs of Claim for which the claimants – who were current or former employees of the Debtors – dispute the Debtors' legal authority to withhold payroll taxes, and therefore oppose the Debtors' compliance with the applicable federal and state laws regarding such withholding.  The Debtors are unaware of any legal basis on which such a claim can be asserted.  Accordingly, the Reorganized Debtors have determined they are not liable for these amounts and the corresponding Payroll Withholding Claims identified on **<u>Exhibit 1B</u>** should be disallowed and

---

[3] Cal. Gov't Code § 12960 was amended after the Petition Date, in October 2019, by Assembly Bill 9, which extended the period to file employment discrimination claims with the Department of Fair Employment and Housing from one year to three years.  The amendment does not revive lapsed claims.  All employment discrimination claims that are the subject of this Objection were time-barred under the 1-year statute as of the Petition Date.

expunged.

e.     "<u>Preempted by NLRA.</u>"  Each of these employment-related claims is duplicative of a grievance filed pursuant to a collective bargaining agreement, or is a claim that is required to be filed as a grievance pursuant to a collective bargaining agreement, and, accordingly, these Proofs of Claim are preempted by the National Labor Relations Act ("**NLRA**"), pursuant to which such grievance proceedings are the sole means through which the claimants may seek redress for their claims.  Labor grievance proceedings arising under collective bargaining agreements were not subject to the automatic stay of 11 U.S.C. § 362(a) during these Chapter 11 Cases.  Pursuant to Section 8.6 of the Plan, the Debtors assumed the Collective Bargaining Agreements (as such term is defined in the Plan), and, as such, any right the claimants may have to pursue their grievances are not impacted by the Plan. Accordingly, the Reorganized Debtors have determined that the corresponding Preempted by NLRA Claims identified on **Exhibit 1B** should be disallowed and expunged.

7.     Based on the Reorganized Debtors' and their professionals' review of the Reorganized Debtors' books and records and my team's consultations with the Reorganized Debtors' personnel and restructuring professionals, each of the No Legal Liability Claims identified on **Exhibit 1B** represents a Proof of Claim for which the Reorganized Debtors are not liable and, therefore, should be disallowed and expunged in their entirety.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.  Executed this twelfth day of June, 2021.


_/s/ Stacy Campos_
Stacy Campos

1  KELLER BENVENUTTI KIM LLP
   Tobias S. Keller (#151445)
2  (tkeller@kbkllp.com)
   Peter J. Benvenutti (#60566)
3  (pbenvenutti@kbkllp.com)
   Jane Kim (#298192)
4  (jkim@kbkllp.com)
   650 California Street, Suite 1900
5  San Francisco, CA 94108
   Tel: 415 496 6723
6  Fax: 650 636 9251

7
   *Attorneys for Debtors and Reorganized Debtors*
8

9              **UNITED STATES BANKRUPTCY COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
10                **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **REORGANIZED DEBTORS' REPORT ON RESPONSES TO EIGHTY-EIGHTH THROUGH NINETY-SIXTH OMNIBUS OBJECTIONS TO CLAIMS AND REQUEST FOR ORDERS BY DEFAULT AS TO UNOPPOSED OBJECTIONS** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation ☐ Affects Pacific Gas and Electric Company ☒ Affects both Debtors | **[Re: Dkt. Nos. 10792, 10795, 10799, 10802, 10805, 10808, 10812, 10815, and 10819]** |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Regarding Objections Set for Hearing July 28, 2021, at 10:00 a.m. (Pacific Time)** |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**REQUEST FOR ENTRY OF ORDER BY DEFAULT**

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby request, pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter orders by default on the following omnibus claims objections (collectively, the "**Omnibus Objections**"):

| Docket Number | Omnibus Objection |
|---|---|
| 10792 | *Reorganized Debtors' Eighty-Eighth Omnibus Objection to Claims (Hinkley No Liability Claims)* (the "**Eighty-Eighth Omnibus Objection**") |
| 10795 | *Reorganized Debtors' Eighty-Ninth Omnibus Objection to Claims (Books and Records Claims)* (the "**Eighty-Ninth Omnibus Objection**") |
| 10799 | *Reorganized Debtors' Ninetieth Omnibus Objection to Claims (No Liability Claims)* (the "**Ninetieth Omnibus Objection**") |
| 10802 | *Reorganized Debtors' Ninety-First Omnibus Objection to Claims (Customer No Liability Energy Rate Claims)* (the "**Ninety-First Omnibus Objection**") |
| 10805 | *Reorganized Debtors' Ninety-Second Omnibus Objection to Claims (Satisfied Claims)* (the "**Ninety-Second Omnibus Objection**") |
| 10808 | *Reorganized Debtors' Ninety-Third Omnibus Objection to Claims (No Legal Liability Claims)* (the "**Ninety-Third Omnibus Objection**") |
| 10812 | *Reorganized Debtors' Ninety-Fourth Omnibus Objection to Claims (Amended and Superseded Claims)* (the "**Ninety-Fourth Omnibus Objection**") |
| 10815 | *Reorganized Debtors' Ninety-Fifth Omnibus Objection to Claims (Plan Passthrough Claims)* (the "**Ninety-Fifth Omnibus Objection**") |
| 10819 | *Reorganized Debtors' Ninety-Sixth Omnibus Objection to Claims (Customer No Liability / Passthrough Claims)* (the "**Ninety-Sixth Omnibus Objection**") |

**RELIEF REQUESTED IN THE OMNIBUS OBJECTIONS**

The Omnibus Objections seek to either (a) disallow and/or expunge or (b) allow in reduced amounts the Proofs of Claim listed in Exhibit 1 to each Omnibus Objection.

**NOTICE AND SERVICE**

The Reorganized Debtors filed a Notice of Hearing with respect to each Omnibus Objection [Docket Nos. 10794, 10798, 10801, 10804, 10807, 10811, 10814, 10818, and 10821]. The Omnibus Objections also were supported by the respective declarations of Robb McWilliams [Docket Nos. 10796, 10800, 10803, 10806, 10813, and 10820], Matthew Dudley [Docket No. 10793], A. Anna Capelle [Docket No. 10809], Stacy Campos [Docket No. 10810], Stephen George [Docket No. 10816], and David Kraska [Docket No. 10817]. The Omnibus Objections, the Notices of Hearing, and the Declarations were served as described in the *Certificate of Service of Alain B. Francoeur*, filed on June 28, 2021 [Docket No. 10867], each holder of a claim listed on Exhibit 1 to the Omnibus Objections received a notice customized to include (i) the claim number, debtor, claim amount and priority, and the basis for Reorganized Debtors' objection with respect to the applicable claim to be disallowed and/or expunged or allowed in a reduced amount, and, if applicable (ii) the claim number, claim amount and priority of the surviving claim for each counterparty.

The deadline to file responses or oppositions to the Omnibus Objections has passed. The Reorganized Debtors have received the following formal and informal responses:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| **Ninety-Third Omnibus Objection** | | | |
| 10907 | Duivenvoorden, Marcus | 75903 | The Reorganized Debtors will seek to resolve the Claim through the Court-approved ADR procedures, and request that the hearing on the Claim be taken off calendar and continued indefinitely in the interim. |
| 10919 | Chappell, Lamont | 9946 | This matter is going forward contested at the July 28, 2021 Omnibus Hearing. |
| 10918 | California Department of Housing and Community Development | 56868 | This matter has been continued to the September 14, 2021 Omnibus Hearing. |
| Informal | City of San Carlos | 68838 | This matter has been continued to the August 10, 2021 Omnibus Hearing. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| 10946 | Richards, Darwin | 86933 96962 | This matter is going forward contested at the July 28, 2021 Omnibus Hearing. |
| **Ninety-Fourth Omnibus Objection** | | | |
| 10895 | Asplundh Construction, LLC | 17001 | The Claimant filed a statement of no opposition. The Ninety-Fourth Omnibus Objection is SUSTAINED with respect to this claim. |

## DECLARATION OF NO OPPOSITION RECEIVED

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1.      I am an attorney with the law firm of Keller Benvenutti Kim LLP, co-counsel for the Reorganized Debtors.

2.      I have reviewed the Court's docket in the Chapter 11 Cases and have determined that no responses have been filed with respect to the Omnibus Objections except as described herein.

3.      This declaration was executed in Sunnyvale, California.

WHEREFORE, the Reorganized Debtors hereby request entry of Orders disallowing and/or expunging the Proofs of Claim listed in **Exhibit 1**[1] to this Request, which listed Claims are identical to those listed in Exhibit 1 to the Omnibus Objections, except as otherwise discussed above.

Dated: July 21, 2021                     **KELLER BENVENUTTI KIM LLP**

By:  _/s/ Thomas B. Rupp_
        Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*

---

[1] The portions of **Exhibit 1** listing Claims to be expunged pursuant to the Eighty-Ninth Omnibus Objection, Ninety-Third Omnibus Objection, and Ninety-Fifth Omnibus Objection have been redacted in accordance with the *Order Granting Motion to Redact Documents Filed in Support of Reorganized Debtors' Omnibus Objections to Claims*, entered on June 21, 2021 [Docket No. 10832]. Unredacted versions for the Court's review will be filed under seal.

## Exhibit 1

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Blowney, Kimberly 533 Anderson Avenue Barstow, CA 92311 | | 529 | PG&E Corporation | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Blowney, Kimberly 533 Anderson Avenue Barstow, CA 92311 | | 8285 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Blowney, Kimberly 533 Anderson Avenue Barstow, CA 92311 | | 33 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Brun, Carolyn PO Box 363 Hinkley, CA 92347 | | 7199 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Brun, Carolyn 110 Lenwood Rd. Hinkley, CA 92347 | | 453 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Brun, Carolyn 110 Lenwood Rd. Hinkley, CA 92347 | | 44 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Brown, Lynette 30 Tobacco Rd Hinkley, CA 92347 | | 7185 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Brown, Ronald Sandra L. Brown 42750 Orchid Hinkley, CA 92347 | | 7374 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Brown, Sandra L. PO Box 192 Hinkley, CA 92347 | | 488 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Brown, Sandra L. PO Box 192 Hinkley, CA 92347 | | 7200 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |

**Exhibit 1**

PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown, Sandra L. 2650 Orchard Road Oakley, CA 92347 | | 39 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Carrera, Agustin 28 Gina Ct. Upland, CA 91784 | | 7244 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Carrera, Agustin Gina Ct Upland, CA 91784 | | 24 | Pacific Gas and Electric Company | 1/30/2019 | $0.00 | $0.00 | $700,000.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Carrera, Agustin 28 Gina Ct Upland, CA 91784 | | 491 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Cristison, Joel A. Christison PO Box 9048 La Loma, CA 91701 | | 7657 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Christison, Joel A. Box 9048 La Loma, CA 91701 | | 38 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Christison, Joel A. Box 9048 La Loma, CA 91701 | | 534 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Courtney, Clell Barstow, CA 92311 | | 479 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Courtney, Clell Hennie Courtney 25595 Ash Rd Barstow, CA 92311 | | 7585 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Courtney, Clell Hennie Courtney 25595 Ash Rd Barstow, CA 92311 | | 7652 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |

Case: 19-30088    Doc# 10960-1    Filed: 07/21/21    Entered: 07/21/21 16:40:10    Page 2 of 27

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Courtney, Clell Connie Courtney 25595 Ash Rd Barstow, CA 92311 | | 7653 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Courtney, Clell Connie Courtney 25595 Ash Rd Barstow, CA 92311 | | 7654 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Courtney, Clell Connie Courtney Barstow, CA 92311 | | 7 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Ewning, Cindy Sue Box 376 Hinkley, CA 92347 | | 483 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Ewning, Cindy Sue 3770 Lakeview Road PO Box Hinkley, CA 92347 | | 30 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Ewning, Cindy Sue Box 376 Hinkley, CA 92347 | | 7591 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Finley, Tom Roberly Blowney Barstow, CA 92311 | | 8281 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Finley, Tom Roberly Blowney 36816 Lakeview Road Hinkley, CA 92347 | | 8286 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Finley, Tom Roberly Blowney 36816 Lakeview Road Hinkley, CA 92347 | | 8278 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |

Page 3

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Garza, Martin 430 Tobacco Rd Hinkley, CA 92347 | | 46 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Garza, Martin 430 Tobacco Rd Hinkley, CA 92347 | | 487 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Garza, Martin 430 Tobacco Rd Hinkley, CA 92347 | | 7183 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Halstead, Norman 21455 Halstead Road Hinkley , CA 92347 | | 477 | PG&E Corporation | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Halstead, Norman 21455 Halstead Road Hinkley , CA 92347 | | 3 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Halstead, Norman 21455 Halstead Road Hinkley , CA 92347 | | 8274 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Halstead, Norman c/o Billa Frederick 20455 Halstead Rd Hinkley, CA 92347 | | 8277 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Hawes, Keith Box 376 | | 7176 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Hawes, Keith 42100 Friends Road PO Box 376 Hinkley, CA 92347 | | 25 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Hawes, Keith 42100 Friends Road Hinkley, CA 92347 | | 526 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |

## Exhibit 1

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Holcroft, Shirley V. Cabrera PO Box HD Barstow, CA 92312 | | 7171 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Holcroft, Shirley Box HD Barstow, CA 92312 | | 490 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Holcroft, Shirley 6880 Brown Ranch Road Hinkley, CA 92347 | | 48 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Atkins, Darlene Box 376 Hinkley, CA 92347 | | 7276 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Atkins, Darlene Herring 1200 Friends Street PO Box 376 Hinkley, CA 92347 | | 26 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Atkins, Darlene Herring 1200 Friends Street Hinkley, CA 92347 | | 528 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Atkins, Darlene Herring 1200 Friends Street PO Box 376 Hinkley, CA 92347 | | 7264 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Khan, Aurang Zaib, Zahib, Karima 1969 East Cooley Avenue San Bernadino, CA 92408 | | 7083 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Khan, Aurang Zaib PO East Cooley Ave San Bernardino, CA 92408 | | 47 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Kilpatrick, Yvonne 28484 Rodeo Rd Helendale, CA 92342 | | 519 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |

**Exhibit 1**

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Kirkpatrick, Yvonne 884 Rodeo Rd Glendale, CA 92342 | | 4 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Kirkpatrick, Yvonne D884 Rodeo Road Glendale, CA 92342 | | 72162 | PG&E Corporation | 10/16/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Martinez, Juliana 11533 Hidden River Rd. Hinkley, CA 92347 | | 7228 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Martinez, Juliana 11533 Hidden River Rd. Hinkley, CA 92347 | | 502 | PG&E Corporation | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Martinez, Juliana 11533 Hidden River Rd. Hinkley, CA 92347 | | 23 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Martinez, Manuel 11533 Hidden River Road Hinkley, CA 92347 | | 7375 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Matthiesen, Charles Masue Matthiesen 36771 Hidden River Road Hinkley, CA 92347 | | 8273 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Matthiesen, Charles Masue Matthiesen Hinkley, CA 92347 | | 482 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Matthiesen, Charles Masue Matthiesen Hinkley, CA 92347 | | 6 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Matthiesen, Charles Masue Matthiesen Hinkley, CA 92347 | | 8272 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |

**Exhibit 1**

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Mathiesen, David 6309 Hidden River Road Hinkley, CA 92347 | | 7229 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Mathiesen, David 6309 Hidden River Road Hinkley, CA 92347 | | 5 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Mathiesen, David 6309 Hidden River Road Hinkley, CA 92347 | | 480 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Miller, Robert 41 Sycamore Street Hinkley, CA 92347 | | 500 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Miller, Robert Diana Learmont 37241 Sycamore Street Hinkley, CA 92347 | | 7168 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Miller, Robert 41 Sycamore Street Hinkley, CA 92347 | | 2 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Mowery, Herbert 3184 Rodeo Rd Glendale, CA 92342 | | 72139 | PG&E Corporation | 10/16/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Nitao, Ken 26 South Curtis Avenue Alhambra, CA 91801 | | 7167 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Nitao, Ken 26 South Curtis Avenue Alhambra, CA 91801 | | 16 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Nitao, Ken 244 South Curtis Avenue Alhambra, CA 91801 | | 525 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ornelas, Jose 284 Pacific St Hesperia, CA 92345 | | 7226 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Ornelas, Jose 284 Pacific St Hesperia, CA 92345 | | 493 | PG&E Corporation | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Ornelas, Jose Hernandez, Rosalba 18284 Pacific Street Hesperia, CA 92345 | | 7237 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Ornelas, Jose 284 Pacific St Hesperia, CA 92345 | | 41 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Ortchev, Nick 233 Anderson Avenue Barstow, CA 92311 | | 7704 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Ortchev, Nick 233 Anderson Avenue Barstow, CA 92311 | | 530 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Ortchev, Nick 233 Anderson Avenue Barstow, CA 92311 | | 45 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Ortchev, Nick 233 Anderson Avenue Barstow, CA 92311 | | 497 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Ramirez, John 38906 Pueblo Road Hinkley, CA 92347 | | 7072 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Ramirez, John 38906 Pueblo Road Hinkley, CA 92347 | | 8 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |

Case: 19-30088   Doc# 13084   Filed: 10/14/22   Entered: 10/17/22 13:59:10   Page 47 of 75

Case: 19-30088   Doc# 10960-1   Filed: 07/21/21   Entered: 07/21/21 16:40:10   Page 8 of 27

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Riebeling, Adolfo Riebeling, Adolfo; Riebeling, Adolfo 4600 Jerry Avenue Baldwin Park, CA 91706 | | 7301 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Riebeling, Adolfo 4600 Jerry Ave. Baldwin Park, CA 91706 | | 518 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Riebeling, Adolfo 4600 Jerry Ave. Baldwin Park, CA 91706 | | 27 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Ordaz, Victor Saray Ordaz Wilmington, CA 90744 | | 8284 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Ordaz, Victor 1042 E. Sandison Street, Apt. 1 Wilmington, CA 90744 | | 8280 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Ordaz, Victor by Ordaz Wilmington, CA 90744 | | 499 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Ordaz, Victor by Ordaz Wilmington, CA 90744 | | 42 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Ordaz, Victor by Ordaz Wilmington, CA 90744 | | 8283 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Ordaz, Victor by Ordaz Wilmington, CA 90744 | | 43 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Ubina, Oscar 7 Slauson Avenue ...wood, CA 90270 | | | | | | | | | | |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Urbina, Oscar 2077 Slauson Avenue Maywood, CA 90270 | | 527 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Urbina, Oscar 2077 Slauson Avenue Maywood, CA 90270 | | 7180 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Vinson, Barbara c/o Lloyd K. Vinson PO Box 2552 Barstow, CA 92312 | | 7201 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Vinson, Barbara A. 36127 Hinkley Rd. Hinkley, CA 92347 | | 40 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Vinson, Barbara A. PO Box 2552 Barstow, CA 92312 | | 593 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Williams, Daniel c/o Williams, Andrea 36796 Hillview Road Hinkley, CA 92347 | | 7175 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Williams, Daniel S. 36796 Hillview Road Hinkley, CA 92347 | | 524 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Williams, Daniel S. 36796 Hillview Road Hinkley, CA 92347 | | 22 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| **Claims To Be Expunged Totals** | | Count:96 | | | $36,400,000.00 | $0.00 | $0.00 | $30,100,000.00 | $67,200,000.00 | |

Eighty-Ninth Omnibus Objection

In re: PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

# Redacted Version of Exhibit 1

| Original Creditor | Claim To Be Reduced or Disallowed | Debtor | Date Filed: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Acura Technologies LLC<br>Robert O. Enyard, Jr. VP, Legal Counsel<br>1 Westport Plaza, Suite 500<br>St. Louis, MO 63146 | 8465 | Pacific Gas and Electric Company | 9/3/2019 | Filed Claim Amount:<br>Uniquidated ☐<br>Reduced Claim Amount: | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $139,020.79<br><br>$19,740.79 | $139,020.79<br><br>$19,740.79 | Books and Records |
| Curtis Property Casualty Company--<br>Mark Susson<br>Commerce & Industry Insurance<br>Company Mark Susson 2 Corporate<br>Plaza Drive Suite 275<br>Newport Beach, CA 92660 | 80646 | Pacific Gas and Electric Company | 10/21/2019 | Filed Claim Amount:<br>Uniquidated ☑<br>Reduced Claim Amount: | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $138,444.69<br><br>$0.00 | $138,444.69<br><br>$0.00 | Books and Records |
| Curtis Property Casualty Company--<br>Mark Susson<br>Commerce & Industry Insurance<br>Company Mark Susson<br>2 Corporate Plaza Drive Suite 275<br>Newport Beach, CA 92660 | 27378 | Pacific Gas and Electric Company | 10/9/2019 | Filed Claim Amount:<br>Uniquidated ☑<br>Reduced Claim Amount: | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $138,444.69<br><br>$0.00 | $138,444.69<br><br>$0.00 | Books and Records |
| Redacted | Redacted | PG&E Corporation | 10/21/2019 | Filed Claim Amount:<br>Uniquidated ☐<br>Reduced Claim Amount: | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $7,208.20<br><br>$0.00 | $7,208.20<br><br>$0.00 | Books and Records |
| Count-4 | | | | Asserted Total<br>Remaining Total | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $423,118.37<br>$19,740.79 | $423,118.37<br>$19,740.79 | |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 20750 Partners, Inc. c/o Sidney Pope 81 Coral Drive Orinda, CA 94563 | | 27375 | Pacific Gas and Electric Company | 10/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| City of American Canyon c/o William D. Ross, City Attorney 400 Lambert Avenue Palo Alto, CA 94306 | | 79483 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Rule 20A Claims |
| City of American Canyon c/o William D. Ross, City Attorney 400 Lambert Avenue Palo Alto, CA 94306 | | 79374 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Rule 20A Claims |
| City of Clayton, California 6000 Heritage Trail Clayton, CA 94517 | | 1977 | Pacific Gas and Electric Company | 4/1/2019 | $0.00 | $0.00 | $128,658.00 | $0.00 | $128,658.00 | Rule 20A Claims |
| City of Rio Dell Cheryl Dillingham Rio Dell, CA 95562 | | 80740 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $532,833.00 | $532,833.00 | Rule 20A Claims |
| Close, Ginn M c/o Virginia M Doose PO Box 2310 Oakhurst, CA 95422-2310 | | 59703 | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability Claims |
| ...res, Rebecca 1121 East Santa Fe Ave., Apt Merced, CA 95340 | | 7677 | PG&E Corporation | 8/19/2019 | $1,524.00 | $0.00 | $3,374.00 | $0.00 | $4,898.00 | Miscellaneous No Liability Claims |
| ...es, Rebecca 1121 East Santa Fe Ave., Apt Merced, CA 95340 | | 7664 | PG&E Corporation | 8/19/2019 | $524.00 | $0.00 | $2,850.00 | $0.00 | $3,374.00 | Miscellaneous No Liability Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Golden Bay Fence Plus Iron Works, Inc. Nicholas Chavez 4104 South B Street 983 University Ave., Ste. 200C Stockton, CA 95206 | | 7701 | PG&E Corporation | 8/22/2019 | $563,548.82 | $77,616.90 | $0.00 | $0.00 | $641,165.72 | No Liability Subcontractor Claims |
| Gonzalez, Sergio 977 Durness Way Sacramento, CA 95829-1546 | | 8160 | PG&E Corporation | 9/1/2019 | $0.00 | $0.00 | $0.00 | $539.62 | $539.62 | Miscellaneous No Liability Claims |
| Harry Thompson & Sons Painting, Inc. 5 Simms St San Rafael, CA 94901-5414 | | 8720 | Pacific Gas and Electric Company | 9/11/2019 | $0.00 | $0.00 | $0.00 | $20,948.66 | $20,948.66 | No Liability Subcontractor Claims |
| Ingram St, Daryl D 4071 103 Ave Oakland, CA 94603 | | 80888 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $100,000.00 | $100,000.00 | $200,000.00 | Miscellaneous No Liability Claims |
| McGuire and Hester John Carone, Esq. 2810 Harbor Bay Parkway 777 Cuesta Drive, Ste. 200 Alameda, CA 94502 | | 71009 | Pacific Gas and Electric Company | 10/21/2019 | $2,307,850.55 | $0.00 | $0.00 | $0.00 | $2,307,850.55 | No Liability Subcontractor Claims |
| Oceanwide Center LLC Henry Tang Oceanwide Center 509-88 1st Street, 6th Floor 32nd Floor San Francisco, CA 94105 | | 64107 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $1,805,397.00 | $1,805,397.00 | Protective Claims |
| ROBERT CAREY SLIGER X ACCOUNT PO BOX 431 ELBE, WA 98330 | | 4178 | Pacific Gas and Electric Company | 7/31/2019 | $0.00 | $0.00 | $0.00 | $200,000.00 | $200,000.00 | Settlement No Liability |
| Solano County 675 Texas Street Fairfield, CA 94533 | | 87909 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $4,427,466.00 | $4,427,466.00 | Rule 20A Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Town of Portola Valley<br>Town Manager 765 Portola Road<br>Portola Valley, CA 94028 | | 87884 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $23,868.78 | $23,868.78 | Protective Claims |
| Claims To Be Expunged Totals | | Count:17 | | | $2,873,447.37 | $77,616.90 | $234,882.00 | $7,111,053.06 | $10,296,999.33 | |

PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

# Exhibit 1

| Original Creditor<br>Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Battaglia, Kelli M.<br>630 E. Poplar St. #4<br>Stockton, CA 95205 | 16835 | Pacific Gas and Electric Company | 10/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Roberts, Kimberly D<br>Box 191774<br>San Francisco, CA 94119-1774 | 8333 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Customer No Liability Energy Rate Claims |
| Riddles, Pearline<br>127 Otto Dr<br>Stockton, CA 95209-1151 | 5097 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $437.00 | $0.00 | $437.00 | Customer No Liability Energy Rate Claims |
| JJD INC<br>1 Tesconi Ct Ste 101<br>Santa Rosa, CA 95401-4653 | 7908 | PG&E Corporation | 8/27/2019 | $0.00 | $0.00 | $0.00 | $3,773.11 | $3,773.11 | Customer No Liability Energy Rate Claims |
| Claims To Be Expunged Totals | Count:4 | | | | $0.00 | $0.00 | $437.00 | $6,773.11 | $7,210.11 |

Case: 19-30088    Doc# 10960-1    Filed: 07/21/21    Entered: 07/21/21 16:40:10    Page 16 of 27

Ninety-Second Omnibus Objection

PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| AAA 3 Um 1003-03-6775 PO Box 90023 Oakland, CA 94623-1523 | | 2453 | Pacific Gas and Electric Company | 4/18/2019 | $0.00 | $0.00 | $0.00 | $6,582.07 | $6,582.07 | Satisfied Claims |
| GARCIA, SANDRA PO BOX 641 HAMILTON CITY, CA 95951 | | 4269 | PG&E Corporation | 7/25/2019 | $0.00 | $0.00 | $0.00 | $5,304.00 | $5,304.00 | Satisfied Claims |
| Johnson DBA, Renee D c/o Colin S. Veenstra, Esq, Sonoma Law Group Inc. 445 Orchard Street Suite 204 Santa Rosa, CA 95404 | | 8972 | Pacific Gas and Electric Company | 9/16/2019 | $0.00 | $0.00 | $0.00 | $11,418.39 | $11,418.39 | Satisfied Claims |
| Marceed Pipeline LLC 3001 Meadow View Dr, Ste 100 Redding, CA 96003 | | 4687 | Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $47,189.29 | $47,189.29 | Satisfied Claims |
| Parkinson, Sylvia 3747 Hennessy Place Santa Rosa, CA 95403 | | 106746 | PG&E Corporation | 11/24/2020 | $0.00 | $0.00 | $0.00 | $6,884.44 | $6,884.44 | Satisfied Claims |
| Parkinson, Sylvia 3747 Hennessy Place Santa Rosa, CA 95403 | | 19673 | PG&E Corporation and Pacific Gas and Electric Company | 10/8/2019 | $0.00 | $0.00 | $0.00 | $22,000.00 | $22,000.00 | Satisfied Claims |
| Spaghetti Ranch LP, a Delaware limited partnership c/o Ambient Communities Attn: Robert Anselmo 179 Calle Magdalena #201 Encinitas, CA 92024 | | 105762 | PG&E Corporation | 6/15/2020 | $0.00 | $132,437.00 | $132,437.00 | $0.00 | $132,437.00 | Satisfied Claims |
| | | Count:7 | | | $0.00 | $0.00 | $132,437.00 | $99,378.19 | $231,815.19 | |

**Claims To Be Expunged Totals**

Page 1

# Exhibit 1A

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Chapman, Warren c/o Bopp Moroney, et al 5860 Owens Dr Suite 410 Pleasanton, CA 94588 | | 78834 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Court Order |
| Chan, Michael 1000 Flynn Creek Road PO Box # Comptche, CA 95427 | | 81232 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $4,947.78 | $4,947.78 | Barred by Court Order |
| Charleston, Coaster 855 C St Street Apt. # 304 San Rafael, CA 94901 | | 4457 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $12,450.00 | $2,487,550.00 | $2,500,000.00 | No Liability Based on Investigation |
| Chaves, Donald Ray Corte Maria sburg, CA 94565-4121 | | 6888 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | Barred by Court Order |
| Chevron Aggregates Mid-Pacific, Joseph Audal 3000 Executive Parkway Suite 240 San Ramon, CA 94583 | | 70657 | Pacific Gas and Electric Company | 10/16/2019 | $173,304.00 | $0.00 | $0.00 | $0.00 | $173,304.00 | No Liability Based on Investigation |
| ton, Ricky D. 2 Rosemary Court field, CA 94533 | | 87111 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $50,000,000.00 | $50,000,000.00 | Barred by Statute of Limitations - Personal Injury |
| Chahari-Fard, Saeedeh Law Offices of Steven D. Hoffman Attn: Saeedeh Motahari-Fal Sunnyvale, CA 94086 | | 3882 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $31,576.00 | $31,576.00 | Barred by Court Order |
| ez, Juan M. Gilleon Law Firm, APC c/o James C Mitchell (SBN 87151) 1320 Columbia Street, Suite 200 San Diego, CA 92101 | | 7666 | PG&E Corporation | 8/20/2019 | $0.00 | $0.00 | $0.00 | $4,000,000.00 | $4,000,000.00 | Barred by Court Order |

# Exhibit 1A

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Tad Heydenfeldt, Agent, Rasar, on behalf of United Trust Tad Heydenfeldt 5255 Clayton Rd #210 Concord, CA 94521 | | 4606 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $250,000,000.00 | $250,000,000.00 | Barred by Statute of Limitations - Breach of Written Contract |
| man, Geoffrey Law Offices of Paul Aghabala & ssociates, Inc. Ani Agyvaladyan, Esq 15250 Ventura Blvd Ste 500 Sherman Oaks, CA 91403-3217 | | 23522 | PG&E Corporation | 9/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Based on Investigation |
| man, Geoffrey estige Law Firm, P.C. Ani Shasivaladyan, Esq. P.Paul habala, Esq. 15250 Ventura d, Suite 500 herman Oaks, CA 91403 | | 105758 | PG&E Corporation | 6/2/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Based on Investigation |
| itus, Leona A 25420 Coombe Hill Drive ine City, CA 92586 | | 86900 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $14,000,000.00 | $14,000,000.00 | Barred by Statute of Limitations - Personal Injury |
| donick, John 1464 Willow Valley Road ada City, CA 95959 | | 19917 | PG&E Corporation | 10/9/2019 | $25,000.00 | $0.00 | $0.00 | $225,000.00 | $250,000.00 | Barred by Statute of Limitations - Damage to Real or Personal Property and No Liability Based on Investigation |
| Claims To Be Expunged Totals | Count:13 | | | | | $198,304.00 | $0.00 | $12,450.00 | $321,249,073.78 | $321,459,827.78 |

# Redacted Version of Exhibit 1B

| Original Creditor | Claim Transferred To: | Claim To Be Disallowed and Expunged | Debtor | Date Filed: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | Redacted | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $1,600,000.00 | $1,600,000.00 | Barred by Statute of Limitations - Personal Injury and Barred by Previous Settlement Agreement |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/12/2019 | $0.00 | $0.00 | $66,074.00 | $0.00 | $66,074.00 | Preempted by NLRA |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Previous Settlement Agreement and Preempted by |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Previous Settlement Agreement and Preempted by |
| Redacted | | Redacted | Pacific Gas and Electric Company | 4/20/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - "Catch-all" Statute |
| Redacted | | Redacted | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $20,000.00 | $0.00 | $20,000.00 | Barred by Statute of Limitations - Breach of Written Contract and Preempted by NLRA |
| Redacted | | Redacted | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $12,679,000.00 | $0.00 | $12,679,000.00 | Payroll Withholding Claims |
| Redacted | | Redacted | PG&E Corporation | 9/25/2019 | $0.00 | $0.00 | $12,679,000.00 | $0.00 | $12,679,000.00 | Payroll Withholding Claims |

# Redacted Version of Exhibit 1B

| Original Creditor | Claim Transferred To: | Claim To Be Disallowed and Expunged | Debtor | Date Filed: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | Redacted | Pacific Gas and Electric Company | 9/16/2019 | $0.00 | $0.00 | $14,104.32 | $0.00 | $14,104.32 | Barred by Previous Settlement Agreement |
| Redacted | | Redacted | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $12,570,000.00 | $0.00 | $12,570,000.00 | Payroll Withholding Claims |
| Redacted | | Redacted | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $12,570,000.00 | $0.00 | $12,570,000.00 | Payroll Withholding Claims |
| Redacted | | Redacted | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $0.00 | $11,728,000.00 | $11,728,000.00 | Payroll Withholding Claims |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,450.00 | $1,450.00 | Preempted by NLRA |
| Redacted | | Redacted | Pacific Gas and Electric Company | 9/23/2019 | $0.00 | $0.00 | $15,000.00 | $0.00 | $15,000.00 | Preempted by NLRA |
| Redacted | | Redacted | PG&E Corporation | 10/23/2019 | $0.00 | $0.00 | $64,560.00 | $0.00 | $64,560.00 | Barred by Statute of Limitations - Breach of Written Contract and Barred by Previous Settlement Agreement |
| Redacted | | Redacted | PG&E Corporation | 10/22/2019 | $0.00 | $0.00 | $86,034.64 | $0.00 | $86,034.64 | Barred by Statute of Limitations - Breach of Written Contract and Barred by Previous Settlement Agreement |

# Redacted Version of Exhibit 1B

| Original Creditor | Claim Transferred To: | Claim To Be Disallowed and Expunged | Debtor | Date Filed: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | Redacted | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Employment Discrimination |
| Redacted | | Redacted | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Breach of Written Contract and Preempted by NLRA |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $10,000.00 | $1,690,000.00 | $1,700,000.00 | Barred by Court Order |
| Redacted | | Redacted | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $10,000.00 | $1,690,000.00 | $1,700,000.00 | Barred by Court Order |
| Redacted | | Redacted | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $13,300,000.00 | $0.00 | $13,300,000.00 | Payroll Withholding Claims |
| Redacted | | Redacted | PG&E Corporation | 10/4/2019 | $0.00 | $0.00 | $13,300,000.00 | $0.00 | $13,300,000.00 | Payroll Withholding Claims |
| Redacted | | Redacted | PG&E Corporation | 10/17/2019 | $0.00 | $0.00 | $12,961,000.00 | $0.00 | $12,961,000.00 | Payroll Withholding Claims |
| Redacted | | Redacted | PG&E Corporation | 11/4/2019 | $0.00 | $12,961,000.00 | $0.00 | $0.00 | $12,961,000.00 | Payroll Withholding Claims |

## Redacted Version of Exhibit 1B

| Original Creditor | Claim Transferred To: | Claim To Be Disallowed and Expunged | Debtor | Date Filed: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | Redacted | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $12,961,000.00 | $0.00 | $12,961,000.00 | Payroll Withholding Claims |
| | | Count:25 | | | | | | | | |
| Claims To Be Expunged Totals | | | | | $0.00 | $0.00 | $103,305,772.96 | $16,709,450.00 | $132,976,222.96 | |

**Exhibit 1**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ARAMARK UNIFORM & CAREER APAREL, LLC DAVID SHIMKIN COZEN O'CONNOR 601 S. FIGUEROA STREET, SUITE 3700 LOS ANGELES, CA 90017 | 20022 | Pacific Gas and Electric Company | $0.00 (S)<br>$7,268.44 (A)<br>$0.00 (P)<br>$2,521.54 (U)<br>$9,789.98 (T) | Amended and Superseded | ARAMARK Uniform & Career Apparel LLC c/o Sheila R. Schwager Hawley Troxell Ennis & Hawley LLP P.O. Box 1617 Boise, ID 83701 | 107050 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,521.54 (U)<br>$2,521.54 (T) |
| Asplundh Construction, LLC David G. McGinley Vice President 708 Blair Mill Rd. Spear Street Tower, Suite 2200 Willow Grove, PA 19090 | 17001 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,170,913.06 (U)<br>$4,170,913.06 (T) | Amended and Superseded | Asplundh Construction, LLC David G. McGinley Vice President 708 Blair Mill Rd. Spear Street Tower, Suite 2200 Willow Grove, PA 19090 | 107056 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,430,436.16 (U)<br>$3,430,436.16 (T) |
| Franchise Tax Board Bankruptcy Section MS A340 PO Box 2952 Sacramento, CA 95812-2952 | 63369 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$501,616,189.6 (P)<br>$86,760,132.37 (U)<br>$588,376,321.9 (T) | Amended and Superseded | Franchise Tax Board Bankruptcy Section MS A340 PO Box 2952 Sacramento, CA 95812-2952 | 106177 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$500,625,512.1 (P)<br>$87,750,809.79 (U)<br>$588,376,321.9 (T) |
| Franchise Tax Board Bankruptcy Section MS A340 PO Box 2952 Sacramento, CA 95812-2952 | 63619 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$502,117,359.1 (P)<br>$86,846,819.21 (U)<br>$588,964,178.3 (T) | Amended and Superseded | Franchise Tax Board Bankruptcy Section MS A340 PO Box 2952 Sacramento, CA 95812-2952 | 106175 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$501,123,223.9 (P)<br>$87,840,954.34 (U)<br>$588,964,178.3 (T) |
| M Squared Construction, Inc. Mr. Stewart Mitchell & Mr. Aidan Foley 1278 20th Ave., Ste. C 777 Cuesta Drive, Ste. 200 San Francisco, CA 94122 | 60391 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$504,183.17 (U)<br>$504,183.17 (T) | Amended and Superseded | M Squared Construction, Inc. Mr. Stewart Mitchell Mr. Aidan Foley 1278 20th Ave., Ste. C San Francisco, CA 94122 | 107019 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$445,725.60 (U)<br>$445,725.60 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus reflect any mathematical errors made on the proofs of claim. Where a claim amount is zero or undetermined, or otherwise cannot be determined, the amount listed is "0.00".

Case: 19-30088    Doc# 13084    Filed: 10/14/22    Entered: 10/17/22 13:59:10    Page 62 of 75
Case: 19-30088    Doc# 10996-1    Filed: 07/21/21    Entered: 07/21/21 16:40:10    Page 23 of 27

## Exhibit 1

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection |
|---|---|---|---|---|
| Treasurer of Virginia<br>VIRGINIA DEPT OF THE TREASURY<br>UNCLAIMED PROPERTY DIV PO BOX 2478<br>RICHMOND, va 23218-2478 | 17227 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br><br>$0.00 (U)<br>$0.00 (T) | Amended and Superseded |

### SURVIVING CLAIMS

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
|---|---|---|---|
| Treasurer of Virginia<br>Virginia Dept. of the Treasury Unclaimed Property Division P.O. Box 2478<br>Richmond, VA | 103460 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br><br>$1,214.96 (U)<br>$1,214.96 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors in the proofs of claim. Where the claim amount is zero, unliquidated, undetermined, or otherwise cannot be determined, the amount listed is "0.00".

Page 2

Case: 19-30088    Doc# 10960-1    Filed: 07/21/22    Entered: 07/21/22 16:40:10    Page 24 of 27

# Redacted Version of Exhibit 1

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | Plan Passthrough Workers' Compensation Claims |
| Rohm & Haas Chemicals LLC Attn: Weslynn Patricia Reed 2211 H.H. Dow Way Midland, MI 48674 | | 86586 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| Union Carbide Corporation Attention: Weslynn Patricia Reed Union Carbide Corporation 2211 H.H. Dow Way Midland, MI 48674 | | 78621 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| **Claims To Be Expunged Totals** | | Count:3 | | | **$0.00** | **$0.00** | **$0.00** | **$500,000.00** | **$500,000.00** | |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| aya, Jennifer Alexandra Ct San Jose, CA 95125-6252 | | 7490 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $4,000.00 | $4,000.00 | Customer No Liability / Passthrough Claims |
| Church of Christ 1 Florin Rd Sacramento, CA 95828-2413 | | 87451 | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $334.40 | $0.00 | $334.40 | Customer No Liability / Passthrough Claims |
| tello, Teresa 33 Bluebird LN Sacramento, CA 95821-4553 | | 6983 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| lish, Georgia S Jean Hamsher 4608 Elmhurst Dr San Jose, CA 95129-2023 | | 87203 | Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $32.69 | $32.69 | Customer No Liability / Passthrough Claims |
| rnandez, Norma y Cabernet Drive Gonzales, CA 93926 | | 3876 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| nson, Carla West Anderson St. ckton, CA 95206 | | 88600 | PG&E Corporation | 12/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| ann, Arjanand 3 Lyle Ave kton, CA 95210-6709 | | 63817 | PG&E Corporation | 10/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| ler, Madrid 94 Mallard Court field, CA 94533-2547 | | 4421 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $5,942.88 | $5,942.88 | Customer No Liability / Passthrough Claims |
| Miller, Madrid 94 Mallard Court field, CA 94533-2547 | | 4023 | Pacific Gas and Electric Company | 7/27/2019 | $0.00 | $0.00 | $0.00 | $5,942.58 | $5,942.58 | Customer No Liability / Passthrough Claims |
| hez, Angela 2739 Fine Ave Clovis, CA 93612 | | 9606 | Pacific Gas and Electric Company | 9/23/2019 | $0.00 | $0.00 | $1,197.58 | $0.00 | $1,197.58 | Customer No Liability / Passthrough Claims |

Ninety-Sixth Omnibus Objection

PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Smith, Carolyn<br>638 Bridgeford Dr<br>Sacramento, CA 95833-1100 | | 4271 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| | | Count:11 | | | | $0.00 | $1,531.98 | $15,918.15 | $17,450.13 | |
| Claims To Be Expunged Totals | | | | | $0.00 | | | | | |

Page 2



1  KELLER BENVENUTTI KIM LLP
   Tobias S. Keller (#151445)
2  (tkeller@kbkllp.com)
   Peter J. Benvenutti (#60566)
3  (pbenvenutti@kbkllp.com)
   Jane Kim (#298192)
4  (jkim@kbkllp.com)
   650 California Street, Suite 1900
5  San Francisco, CA 94108
   Tel: 415 496 6723
6  Fax: 650 636 9251

7

8  *Attorneys for Debtors and Reorganized Debtors*

Signed and Filed: July 22, 2021

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

9              **UNITED STATES BANKRUPTCY COURT**
10             **NORTHERN DISTRICT OF CALIFORNIA**
                 **SAN FRANCISCO DIVISION**
11

12  **In re:**                              Bankruptcy Case No. 19-30088 (DM)

13  **PG&E CORPORATION,**                   Chapter 11

14           **- and -**                    (Lead Case) (Jointly Administered)

15  **PACIFIC GAS AND ELECTRIC**            **ORDER DISALLOWING AND EXPUNGING**
16  **COMPANY,**                            **PROOFS OF CLAIM PURSUANT TO**
                                            **REORGANIZED DEBTORS' NINETY-THIRD**
17              **Debtors.**                **OMNIBUS OBJECTION TO CLAIMS (NO**
                                            **LEGAL LIABILITY CLAIMS)**
18  ☐ Affects PG&E Corporation
    ☐ Affects Pacific Gas and Electric Company   **[Re: Dkt. Nos. 10808, 10960]**
19  ☒ Affects both Debtors

20  * *All papers shall be filed in the Lead Case,*
    *No. 19-30088 (DM).*
21

22

23

24

25

26

27

28

Upon the *Reorganized Debtors' Report on Responses to Eighty-Eighth Through Ninety-Sixth Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections* [Docket No. 10960] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Ninety-Third Omnibus Objection to Claims (No Legal Liability Claims)* [Docket No. 10808] (the "**Ninety-Third Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proofs of Claim shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| 10907 | Duivenvoorden, Marcus | 75903 | The Reorganized Debtors will seek to resolve the Claim through the Court-approved ADR procedures, and request that the hearing on the Claim be taken off calendar and continued indefinitely in the interim. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| 10919 | Chappell, Lamont | 9946 | This matter is going forward contested at the July 28, 2021 Omnibus Hearing. |
| 10918 | California Department of Housing and Community Development | 56868 | This matter has been continued to the September 14, 2021 Omnibus Hearing. |
| Informal | City of San Carlos | 68838 | This matter has been continued to the August 10, 2021 Omnibus Hearing. |
| 10946 | Richards, Darwin | 86933 96962 | This matter is going forward contested at the July 28, 2021 Omnibus Hearing. |

2.     The Claims listed in the columns headed "Claims To Be Disallowed and Expunged" in **Exhibit 1A** and **Exhibit 1B**[1] hereto are disallowed and expunged.

3.     This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

---

[1] **Exhibit 1B** has been redacted in accordance with the *Order Granting Motion to Redact Documents Filed in Support of Reorganized Debtors' Omnibus Objections to Claims*, entered on June 21, 2021 [Docket No. 10832].

# Exhibit 1A

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| ...pman, Warren / ...pp Moroney, et al 5860 Owens / ...ve Suite 410 / Pleasanton, CA 94588 | | 78834 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Court Order |
| ...tan, Michael / ...0 Flynn Creek Road PO Box / ...ptche, CA 95427 | | 81232 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $4,947.78 | $4,947.78 | Barred by Court Order |
| ...leston, Coaster / 855 C" Street Apt. # 304 / ...Rafael, CA 94901 | | 4457 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $12,450.00 | $2,487,550.00 | $2,500,000.00 | No Liability Based on Investigation |
| ...s, Donald Ray / ...t Corte Maria / ...sburg, CA 94565-4121 | | 6888 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | Barred by Court Order |
| ...son Aggregates Mid-Pacific, / Joseph Audal 3000 Executive / ...kway Suite 240 / ...Ramon, CA 94583 | | 70657 | Pacific Gas and Electric Company | 10/16/2019 | $173,304.00 | $0.00 | $0.00 | $0.00 | $173,304.00 | No Liability Based on Investigation |
| ...ton, Ricky D. / ...1 Rosemary Court / ...field, CA 94533 | | 87111 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $50,000,000.00 | $50,000,000.00 | Barred by Statute of Limitations - Personal Injury |
| ...ahari-Fard, Saeedeh / ...w Offices of Steven D. / ...fman Attn: Saeedeh Motahari-... / ...Sunnyvale, CA 94086 | | 3882 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $31,576.00 | $31,576.00 | Barred by Court Order |
| ...ez, Juan M. / Gilleon Law Firm, APC c/o James / C. Mitchell (SBN 87151) 1320 / ...umbia Street, Suite 200 / ...Diego, CA 92101 | | 7666 | PG&E Corporation | 8/20/2019 | $0.00 | $0.00 | $0.00 | $4,000,000.00 | $4,000,000.00 | Barred by Court Order |

Case: 19-30088   Doc# 10980-1   Filed: 07/22/21   Entered: 07/22/21 15:36:54   Page 1 of 2

Case: 19-30088   Doc# 13084   Filed: 10/14/22   Entered: 10/17/22 13:59:10   Page 70 of 75

# Exhibit 1A

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Heydenfeldt, Agent, Rasar, on behalf of United Trust | Tad Heydenfeldt 5255 Clayton Road #210 Concord, CA 94521 | 4606 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $250,000,000.00 | $250,000,000.00 | Barred by Statute of Limitations - Breach of Written Contract |
| Aghabala, Geoffrey | Law Offices of Paul Aghabala & Associates, Inc. Ani Baghdasaryan, Esq 15250 Ventura Blvd Ste 500 Sherman Oaks, CA 91403-3217 | 23522 | PG&E Corporation | 9/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Based on Investigation |
| Aghabala, Geoffrey | Prestige Law Firm, P.C. Ani Shaviviladyan, Esq, P.Paul Aghabala, Esq. 15250 Ventura Blvd., Suite 500 Sherman Oaks, CA 91403 | 105758 | PG&E Corporation | 6/2/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Based on Investigation |
| Titus, Leona A | 23820 Coombe Hill Drive Simi City, CA 92586 | 86900 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $14,000,000.00 | $14,000,000.00 | Barred by Statute of Limitations - Personal Injury |
| Sabonick, John | 11464 Willow Valley Road Nevada City, CA 95959 | | 19917 | PG&E Corporation | 10/9/2019 | $25,000.00 | $0.00 | $0.00 | $225,000.00 | $250,000.00 | Barred by Statute of Limitations - Damage to Real or Personal Property and No Liability Based on Investigation |
| **Claims To Be Expunged Totals** | | Count:13 | | | $198,304.00 | $0.00 | $0.00 | $321,249,073.78 | $321,459,827.78 | |
| | | | | | | $198,304.00 | $0.00 | $12,450.00 | $321,249,073.78 | |

Case: 19-30088    Doc# 10980-1    Filed: 07/22/21    Entered: 07/22/21 15:36:54    Page 2 of 2

PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

# Redacted Version of Exhibit 1B

| Original Creditor | Claim Transferred To: | Claim To Be Disallowed and Expunged | Debtor | Date Filed: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | Redacted | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $1,600,000.00 | $1,600,000.00 | Barred by Statute of Limitations - Personal Injury and Barred by Previous Settlement Agreement |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/12/2019 | $0.00 | $0.00 | $66,074.00 | $0.00 | $66,074.00 | Preempted by NLRA |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Previous Settlement Agreement and Preempted by |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Previous Settlement Agreement and Preempted by |
| Redacted | | Redacted | Pacific Gas and Electric Company | 4/20/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - "Catch-all" Statute |
| Redacted | | Redacted | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $20,000.00 | $0.00 | $20,000.00 | Barred by Statute of Limitations - Breach of Written Contract and Preempted by NLRA |
| Redacted | | Redacted | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $12,679,000.00 | $0.00 | $12,679,000.00 | Payroll Withholding Claims |
| Redacted | | Redacted | PG&E Corporation | 9/25/2019 | $0.00 | $0.00 | $12,679,000.00 | $0.00 | $12,679,000.00 | Payroll Withholding Claims |

| Original Creditor | Claim Transferred To: | Claim To Be Disallowed and Expunged | Debtor | Date Filed: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | Redacted | Pacific Gas and Electric Company | 9/16/2019 | $0.00 | $0.00 | $14,104.32 | $0.00 | $14,104.32 | Barred by Previous Settlement Agreement |
| Redacted | | Redacted | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $12,570,000.00 | $0.00 | $12,570,000.00 | Payroll Withholding Claims |
| Redacted | | Redacted | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $12,570,000.00 | $0.00 | $12,570,000.00 | Payroll Withholding Claims |
| Redacted | | Redacted | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $0.00 | $11,728,000.00 | $11,728,000.00 | Payroll Withholding Claims |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,450.00 | $1,450.00 | Preempted by NLRA |
| Redacted | | Redacted | Pacific Gas and Electric Company | 9/23/2019 | $0.00 | $0.00 | $15,000.00 | $0.00 | $15,000.00 | Preempted by NLRA |
| Redacted | | Redacted | PG&E Corporation | 10/23/2019 | $0.00 | $0.00 | $64,560.00 | $0.00 | $64,560.00 | Barred by Statute of Limitations - Breach of Written Contract and Barred by Previous Settlement Agreement |
| Redacted | | Redacted | PG&E Corporation | 10/22/2019 | $0.00 | $0.00 | $86,034.64 | $0.00 | $86,034.32 | Barred by Statute of Limitations - Breach of Written Contract and Barred by Previous Settlement Agreement |

## Redacted Version of Exhibit 1B

| Original Creditor | Claim Transferred To: | Claim To Be Disallowed and Expunged | Debtor | Date Filed: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | Redacted | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Employment Discrimination |
| Redacted | | Redacted | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Breach of Written Contract and Preempted by NLRA |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $10,000.00 | $1,690,000.00 | $1,700,000.00 | Barred by Court Order |
| Redacted | | Redacted | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $10,000.00 | $1,690,000.00 | $1,700,000.00 | Barred by Court Order |
| Redacted | | Redacted | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $13,300,000.00 | $0.00 | $13,300,000.00 | Payroll Withholding Claims |
| Redacted | | Redacted | PG&E Corporation | 10/4/2019 | $0.00 | $0.00 | $13,300,000.00 | $0.00 | $13,300,000.00 | Payroll Withholding Claims |
| Redacted | | Redacted | PG&E Corporation | 10/17/2019 | $0.00 | $0.00 | $12,961,000.00 | $0.00 | $12,961,000.00 | Payroll Withholding Claims |
| Redacted | | Redacted | PG&E Corporation | 11/4/2019 | $0.00 | $12,961,000.00 | $0.00 | $0.00 | $12,961,000.00 | Payroll Withholding Claims |

## Redacted Version of Exhibit 1B

| Original Creditor | Claim Transferred To: | Claim To Be Disallowed and Expunged | Debtor | Date Filed: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | Redacted | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $12,961,000.00 | $0.00 | $12,961,000.00 | Payroll Withholding Claims |
| Claims To Be Expunged Totals | | Count:25 | | | $0.00 | $12,961,000.00 | $103,305,772.96 | $16,709,450.00 | $132,976,222.96 | |

Page 4