| | |
|---|---|
| Christopher D. Moon, SBN 246622<br>chris@moonlawapc.com<br>Kevin O. Moon, SBN 246792<br>kevin@moonlawapc.com<br>**MOON LAW APC**<br>228 Hamilton Ave., 3rd Fl<br>Palo Alto, California 94301<br>Telephone: (619) 915-9432<br>Facsimile: (650) 618-0478<br><br>*Attorneys for Movants* | |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>　　　　　　　　　　Debtors.<br><br>[ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[x] Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**NOTICE OF HEARING PURSUANT TO FED. R. BANKR. PROC. 7015 AND 7017 TO ENLARGE TIME TO FILE PROOF OF CLAIM PURSUANT TO FED. R. BANKR. PROC. 9006(b)(1)**<br><br>Date:　November 30, 2022<br>Time:　10 a.m. (Pacific Time)<br>Place:　**Telephonic/Video Appearances Only**<br>　　　　United States Bankruptcy Court<br>　　　　Courtroom 17,<br>　　　　450 Golden Gate Ave., 16th Floor<br>　　　　San Francisco, CA<br>Judge:　Hon. Dennis Montali<br><br>Objection deadline:　November 23, 2022 |

-1-

Case: 19-30088　Doc# 13089　Filed: 10/17/22　Entered: 10/17/22 21:02:05　Page 1 of 2

**PLEASE TAKE NOTICE** that the Bankruptcy Court will hear and consider the Motion Pursuant to Fed. R. Bankr. Proc. 7015 and 7017 to Enlarge Time to File Proof of Claim Pursuant to Fed. R. Bankr. Proc. 9006(b)(1) ("Motion"), on November 30, 2022 (Pacific Time) via video conferencing or telephone.

All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that the deadline to object to the Motion is November 23, 2022.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion can be viewed and obtained: (1) by accessing the Court's website at http://www.canb.uscourts.gov, (2) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (3) from the Debtors' notice and claims agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or 1 (929) 333-8977 for international parties or by email at: pginfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: October 17, 2022         **MOON LAW APC**
                                By:

                                _____
                                CHRISTOPHER D. MOON
                                *Attorneys for Movants*