Office of the Clerk
United States Bankruptcy Court
Northern District of California

10/18/2022

Ricky-Dean Horton
751 Rosemary Court
Fairfield, CA 94533


Re:     Deficiency Letter  - PG&E Corporation, Case #19-30088 DM, Chapter 11

The Clerk's Office is unable to process your request for the following reason:

☒    Personal checks, debtor checks and third party checks are not accepted.  Cashier's checks or money orders are required.  Alternatively, a payment may be made through the Pay.Gov website.

☒    The check must be made payable to Clerk, U.S. Bankruptcy Court.

☐     The amount of your check is incorrect.  Please resubmit for the correct amount of **$_____**

☐    The check is not signed. Please sign and return back to the Court.

☒    Fee Required in the amount of **$298.00** for the Notice of Appeal (dkt. #13084).

☐    Other: _____


Sincerely,
Edward J. Emmons
Clerk of Court

By: /s/Monica Tartaglia
    Deputy Clerk