# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: rrombawa | Date Created:10/18/2022 |
| Case: 19–30088 | Form ID: pdfntc | Total: 1 |

**Recipients submitted to the Claims Agent (Kroll Restructuring Administration, LLC):**
cr     Ricky-Dean Horton     751 Rosemary Court     Fairfield, CA 94533

TOTAL: 1