Jacob M. Faircloth, Esq. (SB No. 305390)
Bluestone Faircloth & Olson, LLP
1825 Fourth Street
Santa Rosa, CA 95404
Telephone: (707) 526-4250
Facsimile: (707) 526-0347
Email: jacob@bfolegal.com

Attorneys for Movants/Claimants of Dan Crowley and Associates and Law Office of Robert M. Bone –See Exhibit 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re<br><br>PG&E CORPORATION,<br><br>   and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>   Debtors.<br>_____ /<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM<br>_____ / | Case No. 19-30088-DM<br><br>Chapter 11<br><br>(Lead Case–Jointly Administered)<br><br>**SUPPLEMENTAL DECLARATION OF ROBERT M. BONE REGARDING CLAIMANTS Nos. 210 AND 545 IN SECOND CONSOLIDATED MOTION TO ALLOW/DEEM TIMELY LATE FILING OF CLAIMANTS**<br><br>Hearing:   Only if Requested<br>Location:   Via Zoom or Telephone |

I, Robert M. Bone, declare as follows:

1. I am over eighteen (18) years old and am competent to testify as to the matters set forth hereinbelow, from my personal knowledge–except as to those matters set forth upon information and belief.

2. This Declaration is submitted as a supplement to the Second Consolidated Motion to Allow/Deem Timely Late Filing of Claimants, filed on September 30, 2022, as Docket No. 13026 (the "Motion").

3. With respect to Claim Nos. 210 and 545 listed in Exhibit 1 of the Motion, which are for Proof of Claim Nos. 109136 and 109539, respectively, Proof of

SUPPLEMENTAL DECLARATION OF ROBERT M. BONE REGARDING CLAIMANTS Nos. 210 AND 545 IN SECOND CONSOLIDATED MOTION TO ALLOW/DEEM TIMELY LATE FILING OF CLAIMANTS - Page 1

Case: 19-30088   Doc# 13096   Filed: 10/18/22   Entered: 10/18/22 11:13:58   Page 1 of 2

Claim No. 109136 erroneously includes Jennifer C. Traver (who is Jennifer Jensen from in Proof of Claim No. 109539). Mr. Jensen initially requested that his family's claim include Jennifer Jensen (using her maiden name, Jennifer Traver); however, the parties are divorced and Ms. Jensen's claim is treated separate and as a part of Proof of Claim No. 109529 (or No. 545 from the Motion). The parties do not wish for their claims to be treated together.

4. If necessary, we will file an Amended Proof of Claim for Claim No. 109136, removing Jennifer C. Traver (aka Jennifer Jensen) therefrom.

I declare under penalty of perjury, under the laws of the United States and of the State of California, that the foregoing is true and correct. Executed at Santa Rosa, CA, on October 17, 2022.

By: */S/ Robert M. Bone*
Robert M. Bone

SUPPLEMENTAL DECLARATION OF ROBERT M. BONE REGARDING CLAIMANTS Nos. 210 AND 545 IN SECOND CONSOLIDATED MOTION TO ALLOW/DEEM TIMELY LATE FILING OF CLAIMANTS - Page 2

Case: 19-30088    Doc# 13096    Filed: 10/18/22    Entered: 10/18/22 11:13:58    Page 2 of 2