| | |
|---|---|
| 1 | Kenneth H. Brown (CA Bar No. 100396) |
| | John D. Fiero (CA Bar No. 136557) |
| 2 | Joshua M. Fried (CA Bar No. 181541) |
| | Debra I. Grassgreen (CA Bar No. 169978) |
| 3 | Henry C. Kevane (CA Bar No. 125757) |
| | Maxim B. Litvak (CA Bar No. 215852) |
| 4 | John W. Lucas (CA Bar No. 271038) |
| | Miriam Manning (CA Bar No. 178584) |
| 5 | Jason H. Rosell (CA Bar No. 269126) |

**PACHULSKI STANG ZIEHL & JONES LLP**
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104-4436
Telephone: (415) 263-7000
Facsimile: (415) 263-7010

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:

The updated address information shown below applies to the bankruptcy cases and adversary proceedings appearing on the attached list.

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** the address of the attorneys listed above at **Pachulski Stang Ziehl & Jones LLP** have changed. The new address is:

**One Sansome Street, 34th Floor, Suite 3430**
**San Francisco, CA 94104-4436**

Please update your records accordingly.

Dated: October 19, 2022

By  */s/ Attorneys listed above*
           Signature

**Kenneth H. Brown**
08-30119     Peter R Fader
08-32514     Heller Ehrman LLP
20-30621     RealtyShares, Inc.

**John D. Fiero**
08-30989     Sand Hill Capital Partners III, LLC
08-32514     Heller Ehrman LLP
11-31376     Howrey LLP
14-44191     CEP Reorganization, Inc.
16-30063     Yellow Cab Cooperative, Inc.
19-30088     PG&E Corporation
19-30089     Pacific Gas and Electric Company
19-52335     Imperial Toy LLC
20-30579     Professional Investors Security Fund, Inc.
20-30604     Professional Financial Investors, Inc.
21-03027     Professional Investors 43, LLC et al v. Ensign
22-03085     Goldberg v. US Performing Arts Camps
22-03093     Goldberg v. Cazador Investment Company
22-03094     Goldberg v. Brown
22-03095     Goldberg v. World's Children
22-03096     Goldberg v. Wu-Wei Associates

**Joshua M. Fried**
14-44191     CEP Reorganization, Inc.

**Debra I. Grassgreen**
14-41045     Second Street Properties and Berkeley Properties, LLC
16-31309     APVO Corporation
19-30088     PG&E Corporation
19-30089     Pacific Gas and Electric Company
20-30242     Anthony Scott Levandowski
20-30579     Professional Investors Security Fund, Inc.
20-30604     Professional Financial Investors, Inc.
21-51477     Watsonville Hospital Corporation
21-51478     Watsonville Healthcare Management, LLC
21-51479     Watsonville Hospital Holdings, Inc.
21-51480     Halsen Healthcare, LLC

**Gail S. Greenwood**
108-32514     Heller Ehrman LLP

**Henry C. Kevane**
04-32820     CO Liquidation, Inc.
16-31326     Wrap Media, Inc.
21-51477     Watsonville Hospital Corporation

**Maxim B. Litvak**
| | |
|---|---|
| 19-30088 | PG&E Corporation |
| 19-52335 | Imperial Toy LLC |
| 21-51477 | Watsonville Hospital Corporation |
| 22-30062 | Professional Technical Security Services, Inc. |

**John W. Lucas**
| | |
|---|---|
| 16-30063 | Yellow Cab Cooperative, Inc. |
| 18-31087 | Sedgwick LLP |
| 19-30088 | PG&E Corporation |
| 19-30089 | Pacific Gas and Electric Company |
| 20-30242 | Anthony Scott Levandowski |

**Miriam Manning**
| | |
|---|---|
| 08-30119 | Peter R Fader |
| 08-32514 | Heller Ehrman LLP |
| 20-03007 | Schoenmann v. Boal |
| 20-30242 | Anthony Scott Levandowski |
| 20-30621 | RealtyShares, Inc. |

**Jason H. Rosell**
| | |
|---|---|
| 16-30063 | Yellow Cab Cooperative, Inc. |
| 16-31309 | APVO Corporation |
| 17-31272 | MedCision, LLC |
| 18-31087 | Sedgwick LLP |
| 19-30232 | Munchery, Inc. |
| 19-52335 | Imperial Toy LLC |