Taryn Skott
P.O. Box 6233
Santa Rosa, CA 95406

October 18, 2022

United States Bankruptcy Court
The Honorable Judge Montali
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102

Dear Judge Montali,

I am writing today to motion the court to be granted a late claim for losses suffered in the Tubbs Fire as they relate to the Fire Victims Trust. Debtor: PG&E Corporation, Case No. 19-30088.

I was unaware that I was eligible to file a claim and only recently was made aware that I was eligible to file a claim for the personal property I lost in the Tubbs Fire and for the emotional injury I suffered, including ongoing PTSD related to the fire. I was not notified by PG&E or any other officials that my situation qualified to make a claim.

I would like to include my statement in this letter so that you can see and consider my situation.

Prior to the fire in October 2017, I had a period of homelessness and, as a result, most of my personal belongings were stored on my parents' property. I did not have insurance to cover my belongings, and their insurer did not cover the loss of my items when their home and secondary structures were burned to the ground.

On the night of the fire, I received a phone call from my mom telling me that she was driving out of the fire. She wasn't sure she would make it to the bottom of the mountain. She was calling to say goodbye in case she died. I could hear her fear, I could hear things exploding around her; I had to make the choice to demand she hang up and focus so that she could make it out alive. To this day I replay that phone call in my mind every time I hear of a new fire anywhere. I can still hear my mother's fear in my mind. My psychiatrist has diagnosed me with PTSD, and I can provide documentation of that if needed.

On the morning of October 10, 2017, I was escorted to the property at 7749 Foothill Ranch Road in Santa Rosa by the National Guard where I experienced the devastation of my life's things from birth to age 26. I won't forget sifting through the ash to try to find pieces of my artwork and treasured heirlooms. I may not have had to flee the fire on the night of October 8, 2017, but I was scarred by my experience with the fire.

I hope you will consider my claim based on the loss of my personal history and belongings, and the ongoing emotional pain I experience as a result.

Thank you for your time and attention.

Sincerely,

Taryn Skott

Case: 19-30088    Doc# 13099    Filed: 10/18/22    Entered: 10/19/22 11:21:22    Page 1 of 1