McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Hagop T. Bedoyan, #131285
  *hagop.bedoyan@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>    - and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>      Debtors.<br><br>[ ] Affects PG&E Corporation<br>[x] Affects Pacific Gas Electric Company<br>[ ] Affects Both<br><br>*All papers shall be filed in the Lead Case No. 19-30088 | Case No. 19-30088-DM<br><br>Chapter 11<br>(Lead Case Jointly Administered)<br><br><br>**NOTICE OF CHANGE OF ADDRESS** |

**PLEASE TAKE NOTICE** the address of Hagop T. Bedoyan has changed.  The new address is:

    McCORMICK BARSTOW SHEPPARD WAYTE & CARRUTH LLP
    7647 North Fresno Street
    Fresno, California 93720
    Telephone:     (559) 433-1300
    Facsimile:     (559) 433-2300
    e-mail:  hagop.bedoyan@mccormickbarstow

Please update your records accordingly.

Dated: October 20, 2022

               McCORMICK, BARSTOW, SHEPPARD,
                WAYTE & CARRUTH LLP

By: _____
                Hagop T. Bedoyan

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

Case: 19-30088    Doc# 13101    Filed: 10/20/22    Entered: 10/20/22 13:31:05    Page 1 of 2

1    I, TERRY DOUTY do declare and state as follows:

2    1.    I am employed in Fresno County in the State of California. I am over the age of 18

3 and not a party to this action. My business address is 7647 North Fresno Street, Fresno California

4 93720.

5    2.    Service to ECF Registered Participants pursuant to Rule 2002-2(c) will be made

6 electronically via an ECF generated Notice of Electronic Filing.

7

8    October 20, 2022

                  Terry Douty

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720