UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re: PG& E Corporation             Bankruptcy Case No. 19-30088-DM
       and                                        Chapter 11
Pacific Gas and Electric Company

## COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

**Notice of Appeal to District Court- by Interested Party Ricky-Dean Horton- Dkt. #13084**

**Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Ninety-Third Omnibus Objection to Claims (No Legal Liability Claims)- Dkt. #10980**

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) on the date shown below:

**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

Ricky-Dean Horton
751 Rosemary Court
Fairfield, CA 94533

KELLER BENVENUTTI KIM, LLP        for **PG& E Corporation and**
Tobias S. Keller                               **Pacific Gas & Electric Company**
Jane Kim
Peter J. Benvenutti
650 California St., #1900
San Francisco, CA 94108
**-and-**

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin
Ray C. Schrock, P.C.
Jessica Liou
Theodore E. Tsekerides
767 Fifth Ave.
New York, NY 10153-0119

Date: October 20, 2022

        /s/ DaWana L. Chambers
           Deputy Clerk