# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 10/21/2022 |
| Case: 19–30088 | Form ID: pdfeoc | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty    Cathy Yanni    cathy@cathyyanni.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
    William B. Abrams    1519 Branch Owl Pl.    Santa Rosa, CA 95409
    William B. Abrams    2041 Stagecoach Rd.    Santa Rosa, CA 95404

TOTAL: 2