

Signed and Filed: October 21, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER ON WILLIAM B. ABRAMS' REQUEST FOR DISCOVERY OF REORGANIZED DEBTORS UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

For the reasons stated in the court's Memorandum Decision Regarding William B. Abrams' Requests for Discovery Rule of Bankruptcy Procedure 2004 concurrently issued herewith, it is hereby ORDERED that the *Motion Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of an Order Authorizing*

-1-

*Discovery and Hearings Regarding Debtors Acts, Conduct, and Agreements that may Obstruct or Limit the Just and Fair Management of the Fire Victim Trust* (Dkt. 12995) is DENIED.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

William B. Abrams
1519 Branch Owl Place
Santa Rosa, CA 95409

William B. Abrams
2041 Stagecoach Rd.
Santa Rosa, CA 95404

-3-