# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 10/21/2022 |
| Case: 19–30088 | Form ID: pdfeoc | Total: 3 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
op    John K. Trotter

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| William B. Abrams | 1519 Branch Owl Pl. | Santa Rosa, CA 95409 |
| William B. Abrams | 2041 Stagecoach Rd. | Santa Rosa, CA 95404 |

TOTAL: 2