

**Signed and Filed: October 21, 2022**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER ON WILLIAM B. ABRAMS' REQUEST FOR DISCOVERY OF JAMS NEUTRALS UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

For the reasons stated in the court's Memorandum Decision Regarding William B. Abrams' Requests for Discovery Rule of Bankruptcy Procedure 2004 concurrently issued herewith, it is hereby ORDERED that former Trustee of the Fire Victim Trust, Justice John K. Trotter (Ret.) and current Trustee Cathy Yanni

-1-

are to file their declarations and their answers to the questions directed to each of them as set forth in the Memorandum Decision. Declarations and answers are due twenty-one (21) days from the entry of this Order.

It is FURTHER ORDERED that except for the foregoing, the *Motion Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of an Order Authorizing Discovery and Hearings Regarding the Acts and Conduct of JAMS Neutrals Given New Evidence* (Dkt. 12766) is DENIED.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

William B. Abrams
1519 Branch Owl Place
Santa Rosa, CA 95409

William B. Abrams
2041 Stagecoach Rd.
Santa Rosa, CA 95404