Alexandra Dougherty
683 Matson Drive
Napa, CA 94558
Case #19-30088 PG&E Corporation

To Whom it May Concern,

Thank you for taking the time to review my claim regarding the 2017 Northern California Fires. I understand I am late for this claim but I didn't even know it was an option until recently.

In 2017, my son was 2 and my husband and I both worked in the hospitality industry in the Napa Valley. The morning was one I will never forget. We had recently relocated to the area for work and have had no experience with wildfires. The orange sky and ash raining from the sky was terrifying. We loaded up our son, dog and a few belongings prior to heading out of the area to avoid the fires. We stayed at two different AirB&Bs that would welcome both children and a dog. As the smoke got worse, we kept heading south to try and find clean air for our son to breathe. We had very little with us and need to relay on our savings. I packed quickly for my child but brought nothing for myself including clothing, contact lends or any personal products. We need to purchase all types of everyday items just to get through the days. Because both of our places of business were closed due to the fires, we had no income coming in and were late on both our mortgage and car payments. We incurred penalties, lower credit scores and mountains of stress during this time. Our child's expensive preschool would also not refund payment. We need to go to our parents for funds just to get by for the next several weeks. The financial impact was one we would feel for years to come.

Not only were we heavily impacted financially, the emotional toll was overwhelming. We are still suffering from a PTSD type response from the 2017 fires. Anytime there has been a fire in recent years, my first response is to grab my loved ones and flee immediately. I watch the news and weather stations, including Watch Duty App, with a feverish panic and dread once the warmer season begins. Unless to say, I get very little sleep during these times and have developed a nervous anxiety reaction. Thoughts of moving often enter our minds. I try and calm myself as much as possible but the nightmare of that terrifying night and the dreaded days after still loom heavy.

I know we were luck in the grand scheme of things. No one was injured and our house was unharmed. However, the financial and emotional scares are still very much with us. I humbly request to be added to the lawsuit for compensation from PG&E. I thank you for your time on behalf of my family.

Sincerely,
Alexandra Doughtery