**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>         - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                              **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**REQUEST FOR ENTRY OF ORDER BY DEFAULT ON REORGANIZED DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING SETTLEMENTS RESOLVING DISPUTES WITH CERTAIN INSURERS, AND (II) GRANTING RELATED RELIEF**<br><br>**[Re: Docket No. 13015]** |

## REQUEST FOR ENTRY OF ORDER BY DEFAULT

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby request, pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures* entered on May 14, 2019 [Docket No. 1996] ("**Case Management Order**"), that the Court enter by default an order, after review of the merits, approving the relief sought in the *Reorganized Debtors' Motion for Entry of an Order (I) Approving Settlements Resolving Certain Disputes with Insurers, and (II) Granting Related Relief* filed by the Reorganized Debtors on September 29, 2022 [Docket No. 13015] (the "**Motion**").[1]

## RELIEF REQUESTED IN THE MOTION

The Motion seeks entry of an entry of an order: (i) approving the settlements, by and among the Reorganized Debtors and certain of PG&E's insurance carriers, annexed as Exhibits A and B to the Declaration of Richard W. Slack (the "**Slack Declaration**") [Docket No. 13016] filed in support of the Motion; and (ii) granting related relief. A proposed order (the "**Proposed Order**") was attached as Exhibit C to the Slack Declaration.

## NOTICE AND SERVICE

A notice of hearing on the Motion was filed on September 29, 2022 [Docket No. 13019] (the "**Notice of Hearing**"). The Motion, the Notice of Hearing, the Slack Declaration, and the supporting declarations of John R. Simon [Docket No. 13017] and David B. Goodwin [Docket No. 13018] were served as described in the Certificate of Service of Sonia Akter, filed on October 7, 2022 [Docket No. 13050]. The deadline to file responses or oppositions to the Motion has passed, and no responses or oppositions have been filed with the Court or received by counsel for the Reorganized Debtors.

---

[1] Capitalized terms not herein defined shall have the meanings ascribed to them in the Motion.

**DECLARATION OF NO OPPOSITION RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am an attorney with the firm of Keller Benvenutti Kim LLP, co-counsel for the Reorganized Debtors.

2. I have reviewed the Court's docket in the Chapter 11 Cases and have determined that no response or opposition has been filed with respect to the Motion. I am also not aware of any informal objection or response to the Motion.

3. This declaration was executed in San Francisco, California.

WHEREFORE, the Reorganized Debtors hereby request entry of the Proposed Order, granting the Motion as set forth therein.

Dated: October 21, 2022

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

/s/  *Dara L. Silveira*
　　　Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*