

Office of the Clerk
United States Bankruptcy Court, Northern District of California

```
FILED
Oct 21 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO
```

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

4:22-cv-06367 HSG

**October 20, 2022**

Susan Y. Soong, Clerk of Court
United States District Court
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re: Transmittal of Notice of Appeal to District Court:

**PG&E Corporation and Pacific Gas and Electric Company, Case No. 19-30088-DM, Judge Dennis Montali**

Dear Clerk:

The following documents are electronically transmitted to your court for the above referenced matter:

Docket Report

Notice of Appeal to District Court- Dkt. #13084
Court Certificate of Mailing- Dkt. #13102
Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Ninety-Third Omnibus Objection to Claims (No Legal Liability Claims)- Dkt. #10980
Deficiency Letter Regarding Filing Fee Not Paid- Dkt. #13091

**Filing Fee**: ☐ Paid $　　　　☒ Not Paid　　☐ Fee Waived　　☐ Fee Waiver Pending

If you have any questions, please contact me at **(415) 268-2373**.

Edward Emmons, Clerk
United States Bankruptcy Court

By: */s/ DaWana Chambers*
　　DaWana Chambers Deputy Clerk