In re:                                                                                    Case No. 19-30088-DM

PG&E Corporation                                                              Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#         Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2022:**

**Recip ID**            **Recipient Name and Address**
           +   William B. Abrams, 2041 Stagecoach Rd., Santa Rosa, CA 95404-1336
         #+   William B. Abrams, 1519 Branch Owl Pl., Santa Rosa, CA 95409-4352

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2022           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron C. Smith | |
| | on behalf of Creditor California Insurance Guarantee Association asmith@lockelord.com autodocket@lockelord.com |
| Aaron J. Mohamed | |
| | on behalf of Plaintiff Mark Elward ajm@brereton.law aaronmohamedlaw@gmail.com |
| Aaron L. Agenbroad | |
| | on behalf of Interested Party GE Grid Solutions LLC alagenbroad@jonesday.com, saltamirano@jonesday.com |
| Abigail O'Brient | |
| | on behalf of Creditor Marin Clean Energy aobrient@mintz.com docketing@mintz.com |
| Adam Malatesta | |

on behalf of Interested Party Dynegy Marketing and Trade  LLC adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com

**Adam C. Harris**

on behalf of Creditor Centerbridge Partners  L.P. adam.harris@srz.com

**Alaina R. Heine**

on behalf of Interested Party State Farm Mutual Automobile Insurance Company alaina.heine@dechert.com brett.stone@dechert.com

**Alan Greenberg**

on behalf of Other Prof. Cathy Yanni agreenberg@ggtriallaw.com

**Alan D. Smith**

on behalf of Creditor Puget Sound Energy  Inc. adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com

**Alan J. Stone**

on behalf of Creditor Committee Official Committee Of Unsecured Creditors AStone@milbank.com DMcCracken@Milbank.com

**Alan W. Kornberg**

on behalf of Creditor California Public Utilities Commision akornberg@paulweiss.com

**Alexander James Demitro Lewicki**

on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders alewicki@diemerwei.com

**Alexander James Demitro Lewicki**

on behalf of Defendant The Ad Hoc Group of Subrogation Claim Holders kdiemer@diemerwei.com

**Alexandra S. Horwitz**

on behalf of Interested Party G4S Secure Integration LLC allie.horwitz@dinsmore.com

**Alicia Clough**

on behalf of Interested Party California Power Exchange Corporation aclough@loeb.com

**Alicia D. O'Neill**

on behalf of Creditor Wildfire Class Claimants aoneill@wattsguerra.com  cwilson@wattsguerra.com

**Alisa C. Lacey**

on behalf of Creditor Public Advocates Office at the California Public Utilities Commission alisa.lacey@stinson.com karen.graves@stinson.com

**Amanda Jereige**

on behalf of Interested Party City of San Jose  California AJereige@winston.com, amanda-jereige-5954@ecf.pacerpro.com

**Amy C. Quartarolo**

on behalf of Intervenor Crockett Cogeneration amy.quartarolo@lw.com

**Amy L. Goldman**

on behalf of Creditor RE Astoria LLC goldman@lbbslaw.com

**Amy S. Park**

on behalf of Interested Party First Solar  Inc. amy.park@skadden.com

**Andrea Crowl**

on behalf of Creditor Thomas Atkinson acrowl@dbbwc.com

**Andrea Wong**

on behalf of Creditor Pension Benefit Guaranty Corporation wong.andrea@pbgc.gov  efile@pbgc.gov

**Andrew Jones**

on behalf of Creditor Sencha Funding  LLC andrew@ajoneslaw.com

**Andrew Van Ornum**

on behalf of Creditor Bradley Concrete avanornum@vlmglaw.com  hchea@vlmglaw.com

**Andrew Yaphe**

on behalf of Creditor Citibank N.A.  as Administrative Agent for the Utility Revolving Credit Facility andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com

**Andrew David Behlmann**

on behalf of Interested Party Public Employees Retirement Association of New Mexico abehlmann@lowenstein.com elawler@lowenstein.com

**Andrew G. Devore**

on behalf of Interested Party Elliott Management Corporation andrew.devore@ropesgray.com  nova.alindogan@ropesgray.com

**Andrew H. Levin**

on behalf of Creditor Marin Clean Energy alevin@wcghlaw.com

**Andrew H. Morton**

on behalf of Creditor Mustang Project Companies andrew.morton@stoel.com  lisa.petras@stoel.com

Andrew I. Silfen

on behalf of Interested Party BOKF  NA andrew.silfen@arentfox.com

Andrew Michael Leblanc

on behalf of Creditor Committee Official Committee Of Unsecured Creditors ALeblanc@milbank.com

Andy S. Kong

on behalf of Creditor Genesys Telecommunications Laboratories  Inc. kong.andy@arentfox.com, Yvonne.Li@arentfox.com

Ankur Mandhania

on behalf of Creditor BNP Paribas amandhania@mayerbrown.com

Anna Kordas

on behalf of stockholders PG&E Shareholders akordas@jonesday.com  mmelvin@jonesday.com

Annadel A. Almendras

on behalf of Interested Party California Department of Toxic Substances Control annadel.almendras@doj.ca.gov

Anne Andrews

on behalf of Creditor Agajanian  Inc. aa@andrewsthornton.com, aandrews@andrewsthornton.com

Anne Costin

on behalf of Creditor Todd Hearn anne@costinlawfirm.com

Anthony P. Cali

on behalf of Creditor Public Advocates Office at the California Public Utilities Commission anthony.cali@stinson.com lindsay.petrowski@stinson.com

Antonio Yanez, Jr.

on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders ayanez@willkie.com

Aram Ordubegian

on behalf of Interested Party BOKF  NA Ordubegian.Aram@ArentFox.com

Aron M. Oliner

on behalf of Creditor ArborMetrics Solutions  LLC roliner@duanemorris.com, dmicros@duanemorris.com

Ashley Vinson Crawford

on behalf of Creditor Ad Hoc Committee of Senior Unsecured Creditors of Pacific Gas and Electric Company avcrawford@akingump.com  dkrasa-berstell@akingump.com

Bao M. Vu

on behalf of Intervenor Capital Dynamics  Inc. bao.vu@stoel.com, sharon.witkin@stoel.com

Barry A. Chatz

on behalf of Creditor SBA Steel II  LLC barry.chatz@saul.com, barry.chatz@gmail.com

Barry S. Glaser

on behalf of Creditor Sonoma County Treasurer & Tax Collector bglaser@salvatoboufadel.com

Benjamin Mintz

on behalf of Interested Party AT&T Corp. benjamin.mintz@arnoldporter.com  valerie.foley@arnoldporter.com

Benjamin P. McCallen

on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders bmccallen@willkie.com

Bennett G. Young

on behalf of Creditor Mizuho Bank  Ltd. byoung@jmbm.com, jb8@jmbm.com

Bennett J. Murphy

on behalf of Creditor Canyon Capital Advisors LLC bmurphy@bennettmurphylaw.com

Bernard Kornberg

on behalf of Interested Party Certain Interested Underwriters at Lloyds  London subscribing to Apollo Liability Consortium 9984 bernard.kornberg@practus.com

Bonnie E. Kane

on behalf of Creditor Carenet Pregnancy Center of Paradise  Incorporated bonnie@thekanelawfirm.com, skane@thekanelawfirm.com

Brad T. Summers

on behalf of Creditor Pacific Mobile Structures  Inc. docketing-pdx@lanepowell.com

Bradley C. Knapp

on behalf of Creditor International Brotherhood of Electrical Workers Local Union 1245 bknapp@lockelord.com Yamille.Harrison@lockelord.com

Bradley R. Schneider

on behalf of Interested Party PG&E Holdco Group bschneider@kbkfirm.com

Brandt Silver-Korn

on behalf of Creditor Numerous Victims of the Camp Fire bsilverkorn@edelson.com  docket@edelson.com

Brandy A. Sargent

on behalf of Creditor CN Utility Consulting  Inc. brandy.sargent@klgates.com, docketclerk@stoel.com

Brendan M. Kunkle

on behalf of Creditor Daniel Kosta  as Guardian Ad Litem for Minor Child M.K. bkunkle@abbeylaw.com, lmeyer@abbeylaw.com

Brett D. Fallon

on behalf of Creditor Quest Diagnostics Health & Wellness LLC bfallon@morrisjames.com  wweller@morrisjames.com

Brian Gregory

on behalf of Creditor Zackary Fernandez b.gregory@veenfirm.com  EL.Team@Veenfirm.com

Brian D. Huben

on behalf of Creditor Campos EPC  LLC hubenb@ballardspahr.com, carolod@ballardspahr.com

Brian S. Conlon

on behalf of Plaintiff Anthony Gantner bsc@phillaw.com  rac@phillaw.com

Brittany Zummer

on behalf of Creditor Mirna Trettevik bzummer@theadlerfirm.com  nfournier@theadlerfirm.com

Brittany J. Nelson

on behalf of Creditor Michels Corporation bnelson@foley.com  hsiagiandraughn@foley.com

Bryan L. Hawkins

on behalf of Interested Party Avangrid Renewables  LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC bryan.hawkins@stoel.com, Sharon.witkin@stoel.com

Bryn G. Letsch

on behalf of Interested Party Everett Waining  Jr. bletsch@braytonlaw.com

C. Luckey McDowell

on behalf of Interested Party Agua Caliente Solar  LLC luckey.mcdowell@shearman.com

Cameron M. Gulden

on behalf of U.S. Trustee Office of the U.S. Trustee / SF cameron.m.gulden@usdoj.gov

Candace J. Morey

on behalf of Creditor California Public Utilities Commision cjm@cpuc.ca.gov

Cara M. Porter

on behalf of Interested Party California Franchise Tax Board cara.porter@doj.ca.gov  rachel.patu@doj.ca.gov

Carl L. Grumer

on behalf of Other Prof. Carmel Financing  LLC cgrumer@manatt.com, mchung@manatt.com

Carol C. Villegas

on behalf of Attorney Public Employees Retirement Association of New Mexico cvillegas@labaton.com  NDonlon@labaton.com

Caroline A. Reckler

on behalf of Interested Party Dynegy Marketing and Trade  LLC caroline.reckler@lw.com

Caroline A.H. Sayers

on behalf of Creditor Garney Pacific  Inc. caroline.sayers@lathropgpm.com, patricia.johnson@lathropgpm.com

Caroline R. Djang

on behalf of Creditor City of Lafayette cdjang@buchalter.com  Laurie.Verstegen@bbklaw.com

Carolyn Frederick

on behalf of Interested Party The Mosaic Company cfrederick@prklaw.com

Catherine Martin

on behalf of Creditor Simon Property Group cmartin@simon.com  rtucker@simon.com;bankruptcy@simon.com

Cathy Yanni

on behalf of Other Prof. Cathy Yanni cathy@cathyyanni.com  pstrunk@browngreer.com

Cecily Ann Dumas

on behalf of Creditor Committee Official Committee of Tort Claimants cdumas@bakerlaw.com  hhammonturano@bakerlaw.com

Chane Buck

on behalf of stockholders PG&E Shareholders cbuck@jonesday.com

Charles Cording

on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders ccording@willkie.com  mao@willkie.com

Cheryl L. Stengel

on behalf of Creditor US Air Conditioning Distributors clstengel@outlook.com  stengelcheryl40@gmail.com

Chris Bator

on behalf of Creditor Committee Official Committee of Tort Claimants cbator@bakerlaw.com  jmcguigan@bakerlaw.com

Chris Johnstone

on behalf of Interested Party ICE NGX Canada Inc. chris.johnstone@wilmerhale.com  whdocketing@wilmerhale.com

Christian A Pereyda

on behalf of Creditor Mesa Associates  Inc. cpereyda@maynardcooper.com

Christian Paul Binder

on behalf of Creditor OPeak LLC chris@bindermalter.com  cbinder@bindermalter.com

Christina Anne Romak

on behalf of Interested Party Centaurus Capital LP christina.romak@bakerbotts.com

Christina Lin Chen

on behalf of Creditor MRO Integrated Solutions  LLC christina.chen@morganlewis.com, christina.lin.chen@gmail.com

Christopher Gessner

on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company cgessner@akingump.com  NYMCO@akingump.com

Christopher Hughes

on behalf of Creditor Panoramic Investments chughes@nossaman.com

Christopher D. Moon

on behalf of Interested Party C.A.M.C. chris@moonlawapc.com  kevin@moonlawapc.com

Christopher E. Prince

on behalf of Interested Party CH2M HILL Engineers  Inc. cprince@lesnickprince.com

Christopher H. Hart

on behalf of Interested Party Public Entities Impacted by the Wildfires chart@nutihart.com  nwhite@nutihart.com

Christopher J. Cox

on behalf of Defendant Great Lakes Reinsurance (UK) SE chris.cox@hoganlovells.com

Christopher K.S. Wong

on behalf of Creditor Genesys Telecommunications Laboratories  Inc. christopher.wong@afslaw.com

Christopher O. Rivas

on behalf of 3rd Party Plaintiff AECOM Technical Services  Inc. crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

Courtney L. Morgan

on behalf of Creditor Pension Benefit Guaranty Corporation morgan.courtney@pbgc.gov

Craig Goldblatt

on behalf of Interested Party Canyon Capital Advisors LLC Craig.Goldblatt@wilmerhale.com  whdocketing@wilmerhale.com

Craig Margulies

on behalf of Creditor Aegion Corporation and its subsidiary entities: Corrpro Companies  Inc., Insituform Technologies, LLC and Fibrwrap Construction Services, Inc. cmargulies@margulies-law.com, lsalazar@margulies-law.com

Craig S. Simon

on behalf of Creditor Mid-Century Insurance Company csimon@bergerkahn.com  aketcher@bergerkahn.com

Craig Solomon Ganz

on behalf of Creditor Discovery Hydrovac ganzc@ballardspahr.com  hartt@ballardspahr.com

Dania Slim

on behalf of Creditor BANK OF AMERICA N.A dania.slim@pillsburylaw.com  melinda.hernandez@pillsburylaw.com

Daniel Robertson

on behalf of Creditor Pension Benefit Guaranty Corporation robertson.daniel@pbgc.gov  efile@pbgc.gov

Daniel Solish

on behalf of Creditor County of Stanislaus cocolaw@stancounty.com  solishd@stancounty.com

Daniel G. Egan

on behalf of Interested Party Elliott Management Corporation daniel.egan@ropesgray.com  nova.alindogan@ropesgray.com

Daniel I. Forman

on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders dforman@willkie.com

Dante Taylor

on behalf of Creditor Skyport Plaza Owners Association dtaylor@lbbklaw.com

Dara Levinson Silveira

on behalf of Debtor PG&E Corporation dsilveira@kbkllp.com  hrobertsdonnelly@kbkllp.com

Daren M Schlecter

on behalf of Creditor Jesus Mendoza daren@schlecterlaw.com  info@schlecterlaw.com

Dario de Ghetaldi

on behalf of Creditor Fire Victims deg@coreylaw.com  lf@coreylaw.com

David Emerzian

on behalf of Creditor A.J. Excavation Inc. Melany.Hertel@mccormickbarstow.com

David Holtzman

on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY david.holtzman@hklaw.com

David Levine

on behalf of Debtor PG&E Corporation dnl@groom.com

David Neier

on behalf of Creditor CF Inspection Management  LLC dneier@winston.com

David Wirt

on behalf of Interested Party Deutsche Bank david.wirt@hklaw.com  denise.harmon@hklaw.com

David A. Rosenzweig

on behalf of Creditor Adventist Health System/West and Feather River Hospital david.rosenzweig@nortonrosefulbright.com

David A. Wood

on behalf of Creditor SLF Fire Victim Claimants dwood@marshackhays.com  lbuchanan@marshackhays.com

David B. Levant

on behalf of Interested Party Avangrid Renewables  LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC david.levant@stoel.com, rene.alvin@stoel.com

David B. Rivkin, Jr.

on behalf of Creditor Committee Official Committee of Tort Claimants drivkin@bakerlaw.com  jmeeks@bakerlaw.com

David I. Kornbluh

on behalf of Creditor De Anza Tile Co.  Inc. dkombluh@venturahersey.com, jpatterson@venturahersey.com

David J. Richardson

on behalf of Creditor Committee Official Committee of Tort Claimants drichardson@bakerlaw.com  aagonzalez@bakerlaw.com

David L. Neale

on behalf of Attorney Levene  Neale, Bender, Yoo & Golubchik L.L.P. dln@lnbyg.com

David M. Feldman

on behalf of Creditor Ad Hoc Committee of Holders of Trade Claims DFeldman@gibsondunn.com

David M. Reeder

on behalf of Creditor City of American Canyon david@reederlaw.com  secretary@reederlaw.com

David M. Stern

on behalf of Interested Party NextEra Energy Inc.  et al. dstern@ktbslaw.com

David Matthew Guess

on behalf of Creditor Centerbridge Partners  L.P. dguess@buchalter.com

David P. Matthews

on behalf of Creditor Fire Victims jrhoades@thematthewslawfirm.com  aharrison@thematthewslawfirm.com

David W. Moon

on behalf of Creditor Mizuho Bank  Ltd. lacalendar@stroock.com, mmagzamen@stroock.com

David Walter Wessel

on behalf of Creditor Marina Gelman DWessel@efronlawfirm.com  hporter@chdlawyers.com

Debra I. Grassgreen

on behalf of Creditor Debra Grassgreen hphan@pszjlaw.com

Debra I. Grassgreen

on behalf of Interested Party The Baupost Group  L.L.C. dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Dennis F. Dunne

on behalf of Creditor Committee Official Committee Of Unsecured Creditors ddunne@milbank.com  jbrewster@milbank.com

Dennis F. Dunne

on behalf of Interested Party Official Committee Of Unsecured Creditors cprice@milbank.com  jbrewster@milbank.com

Destiny N. Almogue

on behalf of Intervenor Mojave Solar LLC Destiny.Almogue@skadden.com  wendy.lamanna@skadden.com

Diane C. Stanfield

on behalf of Creditor Fulcrum Credit Partners LLC diane.stanfield@alston.com  nelly.villaneda@alston.com

Donald H. Cram, III

on behalf of Interested Party HDI Global Specialty SE dhc@severson.com

Donna Taylor Parkinson

on behalf of Creditor Outback Contractors  Inc. donna@parkinsonphinney.com

Douglas Wolfe

on behalf of Creditor ASM Capital X LLC asm@asmcapital.com

Douglas B. Provencher

on behalf of Interested Party Provencher & Flatt dbp@provlaw.com

Douglas S. Crosno

on behalf of Defendant Great Lakes Reinsurance (UK) SE douglas.crosno@hoganlovells.com

Dow Wakefield Patten

on behalf of Creditor Angela Ramirez dow@forthrightlaw.com

Drew M. Widders

on behalf of Attorney Molin-Wilcoxen Camp Fire Victims Group dwidders@wilcoxenlaw.com nina@wilcoxenlaw.com

Duane Kumagai

on behalf of Creditor Mesa Associates Inc. dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com

Duane M. Geck

on behalf of Interested Party HDI Global Specialty SE dmg@severson.com

Dustin M. Dow

on behalf of Creditor Committee Official Committee of Tort Claimants ddow@bakerlaw.com jmcguigan@bakerlaw.com

Edward J. Leen

on behalf of Creditor Jefferies Leveraged Credit Products LLC eleen@mkbllp.com

Edward J. Tredinnick

on behalf of Creditor City and County of San Francisco etredinnick@foxrothschild.com

Edward Joseph McNeilly

on behalf of Interested Party Pacific Investment Management Company LLC edward.mcneilly@hoganlovells.com
verbon.davenport@hoganlovells.com

Edward R. Huguenin

on behalf of Creditor K. Hovnanian California Region Inc., et al ehuguenin@hueninkahn.com, jguzman@hueninkahn.com

Elisa Tolentino

on behalf of Creditor City of San Jose cao.main@sanjoseca.gov

Elizabeth Graham

on behalf of Creditor Manulife Investment Management egraham@gelaw.com

Elizabeth A. Green

on behalf of Creditor Committee Official Committee of Tort Claimants egreen@bakerlaw.com orlbankruptcy@bakerlaw.com

Elizabeth J. Cabraser

on behalf of Creditor Lore Olds ecabraser@lchb.com awolf@lchb.com

Elizabeth Lee Thompson

on behalf of Interested Party The Okonite Company ethompson@stites.com docketclerk@stites.com

Elizabeth M. Guffy

on behalf of Creditor Dashiell Corporation eguffy@lockelord.com autodocket@lockelord.com

Elliot Adler

on behalf of Creditor Mirna Trettevik eadler@theadlerfirm.com bzummer@theadlerfirm.com

Elyssa S. Kates

on behalf of Creditor Committee Official Committee of Tort Claimants ekates@bakerlaw.com

Emily P. Rich

on behalf of Creditor Engineers and Scientists of California Local 20, IFPTE erich@unioncounsel.net,
bankruptcycourtnotices@unioncounsel.net

Emily Sarah Levin

on behalf of Creditor Vaughn Wright elevin@levinlawgroupplc.com

Eric A. Grasberger

on behalf of Plaintiff JH Kelly LLC eric.grasberger@stoel.com, docketclerk@stoel.com

Eric A. Gravink

on behalf of Creditor Csaba Wendel Mester eric@rhrc.net

Eric A. Nyberg

on behalf of Creditor Skyway Fuels Inc. e.nyberg@kornfieldlaw.com, g.michael@kornfieldlaw.com

Eric D. Goldberg

on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors eric.goldberg@dlapiper.com
eric-goldberg-1103@ecf.pacerpro.com

Eric E. Sagerman

on behalf of Creditor Committee Official Committee of Tort Claimants esagerman@bakerlaw.com

Eric G. Young

on behalf of Creditor Benjamin Jude Wylie eyoung@dcalaw.com Jackie@dcalaw.com

Eric J. Seiler

on behalf of Interested Party The Baupost Group L.L.C. eseiler@fklaw.com, mclerk@fklaw.com

Eric R. Goodman

on behalf of Other Prof. Cathy Yanni egoodman@bakerlaw.com

Eric R. Wilson

on behalf of Creditor Kompogas SLO LLC kdwbankruptcydepartment@kelleydrye.com ewilson@kelleydrye.com

Eric S. Goldstein

on behalf of Interested Party Gartner Inc. egoldstein@goodwin.com

Erica Lee

on behalf of Creditor California Department of Parks and Recreation Erica.Lee@doj.ca.gov

Erica L. Kerman

on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders ekerman@willkie.com

Erika L. Morabito

on behalf of Creditor Michels Corporation emorabito@foley.com hsiagiandraughn@foley.com

Erin Elizabeth Dexter

on behalf of Creditor Committee Official Committee Of Unsecured Creditors edexter@milbank.com

Erin N. Brady

on behalf of Creditor Yurok Tribe erin.brady@hoganlovells.com

Estela O. Pino

on behalf of Attorney Dreyer Babich Buccola Wood Campora LLP epino@epinolaw.com rmahal@epinolaw.com

Evan C. Borges

on behalf of Other Prof. John K. Trotter eborges@ggtriallaw.com cwinsten@ggtriallaw.com

Eve H. Karasik

on behalf of Creditor Traffic Management Inc. ehk@lnbyb.com

Evelina Gentry

on behalf of Creditor Transwestern Pipeline Company LLC evelina.gentry@akerman.com

Francis J. Lawall

on behalf of Interested Party HydroChemPSC francis.lawall@troutman.com susan.henry@troutman.com

Francis O. Scarpulla

on behalf of Creditor Camp Fire Claimants fos@scarpullalaw.com cpc@scarpullalaw.com

Frank Busch

on behalf of Interested Party Public Employees Retirement Association of New Mexico busch@wvbrlaw.com pallister@wvbrlaw.com

Frank A. Merola

on behalf of Creditor JPMorgan Chase Bank N.A., as DIP Administrative Agent lacalendar@stroock.com, mmagzamen@stroock.com

Frank Thomas More Catalina

on behalf of Creditor Various Rescission and Damages Claimants fcatalina@rksllp.com

G. Larry Engel

on behalf of Creditor Sonoma Clean Power Authority larry@engeladvice.com

Gabriel Ozel

on behalf of Attorney Gabriel Ozel gabeozel@gmail.com

Gabriel I. Glazer

on behalf of Interested Party The Baupost Group L.L.C. gglazer@pszjlaw.com

Gabrielle Glemann

on behalf of Intervenor Capital Dynamics Inc. gabrielle.glemann@stoel.com, rene.alvin@stoel.com

Gabrielle L. Albert

on behalf of Defendant PG&E Corporation galbert@kbkllp.com

Gary D. Underdahl

on behalf of Creditor Sunbelt Rentals Inc. gunderdahl@askllp.com, lmiskowiec@askllp.com

Geoffrey A. Heaton

on behalf of Creditor ArborMetrics Solutions LLC gheaton@duanemorris.com, dmicros@duanemorris.com

Geoffrey B. Dryvynsyde

on behalf of Creditor California Public Utilities Commision gbd@cpuc.ca.gov geoffrey.dryvynsyde@cpuc.ca.gov

Geoffrey E. Marr
on behalf of Creditor Mirna Trettevik gemarr59@hotmail.com

Geoffrey S. Stewart
on behalf of stockholders PG&E Shareholders gstewart@jonesday.com  mmelvin@jonesday.com

George H. Kalikman
on behalf of Interested Party Compass Lexecon  LLC sdavenport@schnader.com

Gerald Singleton
on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors gerald@slffirm.com
BKECFCANB@SLFfirm.com

Gerald P. Kennedy
on behalf of Creditor Agile Sourcing Partners  Inc. gerald.kennedy@procopio.com, kristina.terlaga@procopio.com

Gerard T. Cicero
on behalf of Other Prof. John K. Trotter GCicero@brownrudnick.com  NKhalatova@brownrudnick.com

Gerardo Mijares-Shafai
on behalf of Interested Party AT&T Corp. Gerardo.Mijares-Shafai@arnoldporter.com  kenneth.anderson@arnoldporter.com

Gregg M. Galardi
on behalf of Interested Party Elliott Management Corporation gregg.galardi@ropesgray.com  nova.alindogan@ropesgray.com

Gregory Plaskett
on behalf of Creditor Murga  Strange & Chalmers, Inc. GREGORY.PLASKETT@GMAIL.COM

Gregory A. Bray
on behalf of Creditor Committee Official Committee Of Unsecured Creditors gbray@milbank.com

Gregory A. Rougeau
on behalf of Creditor Gregory Frase Enterprises  Inc. dba Kortick Manufacturing Company grougeau@brlawsf.com

Gregory C. Nuti
on behalf of Creditor Butte County chart@nutihart.com  nwhite@nutihart.com

Gregory K. Jones
on behalf of Creditor Elster American Meter Company  LLC GJones@dykema.com, cacossano@dykema.com

Gregory M. Salvato
on behalf of Creditor International Church of the Foursquare Gospel gsalvato@salvatolawoffices.com
calendar@salvatolawoffices.com

Gregory P. Waters
on behalf of Interested Party Kathleen McBride gwaters@elllaw.com  gregorywatersesq@gmail.com

Guy L. Watts, II
on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the
Camp Fire Litigation gwatts@wattsguerra.com  cwilson@wattsguerra.com

Hagop T. Bedoyan
on behalf of Creditor KINGS RIVER WATER ASSOCIATION hagop.bedoyan@mccormickbarstow.com  ecf@kleinlaw.com

Hannah C. Kreuser
on behalf of Creditor New West Partitions hkreuser@porterlaw.com  ooberg@porterlaw.com

Harriet A. Steiner
on behalf of Creditor Valley Clean Energy Alliance harriet.steiner@bbklaw.com  claudia.peach@bbklaw.com

Harvey S. Schochet
on behalf of Creditor City of San Jose Harveyschochet@dwt.com

Heinz Binder
on behalf of Creditor Almendariz Consulting  Inc. heinz@bindermalter.com

Herb Baer
hbaer@primeclerk.com  ecf@primeclerk.com

Howard J. Steinberg
on behalf of Interested Party HercRentals steinbergh@gtlaw.com  pearsallt@gtlaw.com

Howard S. Nevins
on behalf of Creditor Eagle Ridge Preserve LLC hnevins@hsmlaw.com

Hugh M. Ray, III
on behalf of Creditor Chevron Products Company a division of Chevron U.S.A. Inc. hugh.ray@pillsburylaw.com
nancy.jones@pillsburylaw.com

Huonganh Annie Duong
on behalf of Creditor A.J. Excavation Inc. annie.duong@mccormickbarstow.com  dawn.houston@mccormickbarstow.com

Iain A. Macdonald

on behalf of Interested Party Iain A. Macdonald imac@macfern.com 6824376420@filings.docketbird.com

Ivan C. Jen

on behalf of Interested Party Synergy Project Management Inc. ivan@icjenlaw.com

J. Eric Ivester

on behalf of Interested Party Atlantica Yield plc Andrea.Bates@skadden.com

J. Eric Ivester

on behalf of Intervenor First Solar Inc. Eric.Ivester@skadden.com, Andrea.Bates@skadden.com

J. Noah Hagey

on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company hagey@braunhagey.com tong@braunhagey.com

J. Russell Cunningham

on behalf of Attorney J Russell Cunningham rcunningham@dnlc.net emehr@dnlc.net

Jack A. Reitman

on behalf of Plaintiff Chico Rent-A-Fence srichmond@lgbfirm.com

Jacob M. Faircloth

on behalf of Creditor Aztrack Construction Corporation jacob@bfolegal.com

Jacob Taylor Beiswenger

on behalf of Interested Party Department of Finance for the State of California jbeiswenger@omm.com llattin@omm.com

Jacquelyn H. Choi

on behalf of Creditor County of Santa Clara Department of Tax and Collections jacquelyn.choi@rimonlaw.com docketing@rimonlaw.com

Jae Angela Chun

on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation ajc@chun.law teresa@tosdallaw.com

Jaime Godin

on behalf of Plaintiff Allco Renewable Energy Limited Jtouchstone@fddcm.com

James C. Behrens

on behalf of Creditor Committee Official Committee Of Unsecured Creditors jbehrens@milbank.com mkoch@milbank.com

James D. Curran

on behalf of Creditor Liberty Mutual Insurance Company jcurran@wolkincurran.com dstorms@wolkincurran.com

James J. Ficenec

on behalf of Creditor Exponent Inc. James.Ficenec@ndlf.com

James J. Mazza, Jr.

on behalf of Intervenor Mojave Solar LLC james.mazza@skadden.com wendy.lamanna@skadden.com

James L. Bothwell

on behalf of Creditor K. Hovnanian California Region Inc., et al jbothwell@hueninkahn.com, jguzman@hueninkahn.com

James M. Davis

on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation jdavis@cglaw.com

James O. Johnston

on behalf of stockholders PG&E Shareholders jjohnston@jonesday.com

James P. Frantz

on behalf of Creditor Camp Fire Claimants rosa@frantzlawgroup.com

James P. Hill

on behalf of Creditor Darlene Gay Hancock hill@sullivanhill.com bkstaff@sullivanhill.com

Jamie P. Dreher

on behalf of Creditor A. Teichert & Son Inc. d/b/a Teichert Aggregates jdreher@downeybrand.com

Jan D. Sokol

on behalf of Creditor Liberty Mutual Insurance Company jdsokol@lawssl.com

Jane Kim

on behalf of Debtor PG&E Corporation jkim@kbkllp.com

Jane Luciano

on behalf of Creditor Jane Luciano jane-luciano@comcast.net

Jane G. Kearl

on behalf of Creditor Barnard Pipeline Inc. jkearl@watttieder.com, jbenton@watttieder.com

Janet D. Gertz

on behalf of Creditor PaR Systems LLC jgertz@btlaw.com

Jared D. Bissell

on behalf of Creditor Osmose Utilities Services  Inc. jared.bissell@troutman.com

Jason Blumberg

on behalf of U.S. Trustee Office of the U.S. Trustee / SF jason.blumberg@usdoj.gov  ustpregion17.sf.ecf@usdoj.gov

Jason Borg

on behalf of Creditor Grant Smelser jborg@jasonborglaw.com

Jason C. Rubinstein

on behalf of Interested Party The Baupost Group  L.L.C. jrubinstein@fklaw.com, mclerk@fklaw.com

Jason D. Strabo

on behalf of Interested Party Individual Officers Anthony F. Earley  Jr., Geisha J. Williams, Nickolas Stavropoulos, Julie M. Kane, Christopher P. Johns, Patrick M. Hogan, David Thomason, and Dinyar Mistry jstrabo@mwe.com

Jason J. Granskog

on behalf of Creditor Linda Wright jgranskog@bowlesverna.com  tohl@bowlesverna.com

Jason P. Williams

on behalf of Creditor Clear Blue Insurance Company maryanne@wplgattorneys.com

Jay Harker

on behalf of Interested Party Catlin Specialty Insurance Company jharker@clausen.com  mgenova@clausen.com

Jay M. Ross

on behalf of Interested Party The City of Oakland jross@hopkinscarley.com  nsvoboda@hopkinscarley.com

Jeffrey Aaron Dubbin

on behalf of Interested Party Public Employees Retirement Association of New Mexico jdubbin@labaton.com echan-lee@labaton.com

Jeffrey C. Krause

on behalf of Creditor Topaz Solar Farms LLC jkrause@gibsondunn.com

Jeffrey K. Garfinkle

on behalf of Creditor Henkels & McCoy  Inc. jgarfinkle@buchalter.com

Jeffrey M. Reisner

on behalf of Creditor Davey Tree Expert Co.  Davey Tree Surgery Co. and Davey Resource Group, Inc. jreisner@irell.com, #-FirmPSDocketing@Steptoe.com

Jennifer Feldsher

on behalf of Creditor The State of Oregon by and through the Oregon Investment Council on behalf of each of the Oregon Public Employees Retirement Fund  Common School Fund, Oregon Short Term Fund and Industrial Accident Fu jennifer.feldsher@morganlewis.com

Jennifer C. Hayes

on behalf of Creditor Aggreko jhayes@fhlawllp.com

Jennifer L. Mersing

on behalf of Interested Party Avangrid Renewables  LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC jennifer.mersing@stoel.com, lisa.petras@stoel.com

Jennifer N. Slocum

on behalf of Creditor Mustang Project Companies jennifer.slocum@stoel.com  docketclerk@stoel.com

Jennifer V. Doran

on behalf of Creditor Telvent USA  LLC jdoran@hinckleyallen.com

Joana Fang

on behalf of Creditor Fire Victims jf@kbklawyers.com  icd@kbklawyers.com

Joel S. Miliband

on behalf of Other Prof. Cathy Yanni jmiliband@brownrudnick.com

John A. Moe, II

on behalf of Interested Party Capital Power Corporation john.moe@dentons.com  glenda.spratt@dentons.com

John A. Vos

on behalf of Interested Party John A. Vos InvalidEMailECFonly@gmail.com  PrivateECFNotice@gmail.com

John B. Coffman

on behalf of Interested Party AARP john@johncoffman.net

John C. Thornton

on behalf of Creditor Agajanian  Inc. jct@andrewsthornton.com, aandrews@andrewsthornton.com

John E. Lattin

on behalf of Creditor David Alonzo jlattin@ostergar.com  cslovenec@ostergar.com

John H. MacConaghy

on behalf of Creditor Committee Official Committee of Tort Claimants macclaw@macbarlaw.com

smansour@macbarlaw.com;kmuller@macbarlaw.com

John L. Jones, II

on behalf of Creditor City of Orange Cove JJones@chwlaw.us  JLJones2@outlook.com

John Leland Murphree

on behalf of Creditor Mesa Associates  Inc. LMurphree@maynardcooper.com, mshabpareh@maynardcooper.com

John P. Dillman

on behalf of Creditor Harris County houston_bankruptcy@publicans.com

John R. Rizzardi

on behalf of Creditor Winding Creek Solar LLC kcoselman@cairncross.com  tnguyen@cairncross.com

John W. Mills, III

on behalf of Creditor BrightView Enterprise Solutions  LLC jmills@joneswalker.com

John William Lucas

on behalf of Interested Party The Baupost Group  L.L.C. ocarpio@pszjlaw.com

Jon T. Givens

on behalf of Creditor Wildfire Class Claimants givensjt@gmail.com  cwilson@wattsguerra.com

Jonathan Hughes

on behalf of Interested Party AT&T Corp. jane.rustice@aporter.com

Jonathan A. Loeb

on behalf of Creditor Sabre Industries  Inc. jon.loeb@bingham.com

Jonathan A. Shapiro

on behalf of Creditor Black & Veatch Construction  Inc. JShapiro@goodwinlaw.com

Jonathan C. Sanders

on behalf of Creditor Smart Wires Inc. jsanders@stblaw.com

Jonathan D. Waisnor

on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders jwaisnor@willkie.com  mao@willkie.com

Jonathan R. Doolittle

on behalf of Creditor Chevron Master Pension Trust jonathan.doolittle@pillsburylaw.com

Jonathan R. Doolittle

on behalf of Creditor BP Energy Company jdoolittle@reedsmith.com

Jorian L. Rose

on behalf of Creditor Committee Official Committee of Tort Claimants jrose@bakerlaw.com

Jose Antonio Ortiz

on behalf of Creditor A&J Electric Cable Corporation aortiz@jhwclaw.com

Joseph Sorkin

on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company
jsorkin@akingump.com  NYMCO@akingump.com

Joseph West

on behalf of Creditor International Church of the Foursquare Gospel westjoseph@earthlink.net  josephw998@gmail.com

Joseph A. Eisenberg

on behalf of Creditor The Act 1 Group  Inc. JAE1900@yahoo.com

Joseph G. Minias

on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders jminias@willkie.com

Joseph George Harraka, Jr

on behalf of Creditor Horizon Blue Cross Blue Shield of New Jersey Employee's Retirement Plan jgharraka@becker.legal

Joseph Kyle Feist

on behalf of Creditor Camp Fire Claimants jfeistesq@gmail.com  info@norcallawgroup.net

Joseph M. Esmont

on behalf of Creditor Committee Official Committee of Tort Claimants jesmont@bakerlaw.com

Joseph M. Welch

on behalf of Creditor Bradley Tanks  Inc. jwelch@buchalter.com, dcyrankowski@buchalter.com

Joseph R. Lucia

on behalf of Creditor Fire Victims PersonalInjuryGroup@RLSlawyers.com

Joshua D. Morse

on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors Joshua.Morse@dlapiper.com
docket@pillsburylaw.com

Joshua M. Mester

on behalf of stockholders PG&E Shareholders jmester@jonesday.com

Judith A. Descalso

on behalf of Creditor CM Distributors  Inc. jad_9193@ecf.courtdrive.com

Julie E. Oelsner

on behalf of Attorney c/o Julie E. Oelsner Intech Mechanical  Inc. joelsner@weintraub.com, bjennings@weintraub.com

Julie M. Murphy

on behalf of Creditor Vanguard Institutional Short-Term Bond Fund jmmurphy@stradley.com

Justin E. Rawlins

on behalf of Creditor CF Inspection Management  LLC justinrawlins@paulhastings.com

Karen J. Chedister

on behalf of Creditor GER Hospitality  LLC kchedister@h-jlaw.com

Karin Swope

on behalf of Plaintiff John K. Trotter (Ret.)  Trustee kswope@cpmlegal.com

Katharine Malone

on behalf of Intervenor Southern Power Company malonek@gtlaw.com

Katherine Kohn

on behalf of Debtor PG&E Corporation kkohn@groom.com  ashahinllari@groom.com

Katherine Rose Catanese

on behalf of Interested Party CoreLogic Solutions  LLC kcatanese@foley.com

Kathlene Burke

on behalf of Intervenor Mojave Solar LLC kathlene.burke@skadden.com  burke.kathlene@gmail.com

Kathryn E. Barrett

on behalf of Creditor TURN-The Utility Reform Network keb@svlg.com  amt@svlg.com

Kathryn S. Diemer

on behalf of Plaintiff Ad Hoc Group of Subrogation Claim Holders kdiemer@diemerwhitman.com

Kathryn S. Diemer

on behalf of Defendant The Ad Hoc Group of Subrogation Claim Holders kdiemer@diemerwei.com

Keith C. Owens

on behalf of Creditor Microsoft Corporation kowens@foxrothschild.com  bclark@venable.com

Keith H. Wofford

on behalf of Interested Party Elliott Management Corporation keith.wofford@ropesgray.com  nova.alindogan@ropesgray.com

Keith J. Cunningham

on behalf of Interested Party California Independent System Operator rkelley@pierceatwood.com

Kelly L. Huey

on behalf of Creditor McGrath Electric  Inc. khuey@burkeandkesslerlaw.com

Kelly V. Knight

on behalf of Creditor Centerbridge Partners  L.P. kelly.knight@srz.com

Kenneth Pasquale

on behalf of Creditor Mizuho Bank  Ltd. mlaskowski@stroock.com

Kenneth T. Law

on behalf of Creditor METRICSTREAM  INC. klaw@bbslaw.com

Kerri Lyman

on behalf of Creditor Davey Tree Expert Co.  Davey Tree Surgery Co. and Davey Resource Group, Inc. klyman@irell.com, #-FirmPSDocketing@Steptoe.com

Kesha Tanabe

on behalf of Creditor Cedar Glade LP kesha@tanabelaw.com

Kevin Chiu

on behalf of Interested Party Centaurus Capital LP kevin.chiu@bakerbotts.com  rory.fontenla@bakerbotts.com

Kevin Kroll

on behalf of Debtor Accountant PricewaterhouseCoopers LLP kkroll@kfc.law

Kevin Montee

on behalf of Creditor Nearon Sunset  LLC kmontee@monteeassociates.com

Kevin G. Collins

on behalf of Interested Party Miller Pipeline  LLC kevin.collins@btlaw.com

Kimberly S. Fineman

on behalf of Creditor Association of California Water Agencies Joint Powers Insurance Authority kfineman@fhlawllp.com

Kimberly S. Morris

on behalf of Creditor Committee Official Committee of Tort Claimants kmorris@bakerlaw.com hhammonturano@bakerlaw.com

Kimberly S. Winick

on behalf of Interested Party California Community Choice Association kwinick@clarktrev.com knielsen@clarktrev.com

Kinga Wright

on behalf of Creditor Dashiell Corporation kinga.wright@lockelord.com autodocket@lockelord.com

Kirsten A. Worley

on behalf of Creditor Ballard Marine Construction Inc. worleyk@higgslaw.com, admin@wlawcorp.com

Kizzy L. Jarashow

on behalf of Creditor MML Investment Advisers LLC KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com

Kody D. L. Kleber

on behalf of Creditor Committee Official Committee of Tort Claimants kkleber@bakerlaw.com dmartinez@bakerlaw.com

Krista M. Enns

on behalf of Creditor ACRT Inc. kenns@beneschlaw.com

Kristine Theodesia Takvoryan

on behalf of Creditor SOLON ktakvoryan@ckrlaw.com

Kristopher M. Hansen

on behalf of Creditor JPMorgan Chase Bank N.A., as DIP Administrative Agent dmohamed@stroock.com, mmagzamen@stroock.com

Krystal Dong

on behalf of Creditor Krystal Dong ykdong@gmail.com

Laila Masud

on behalf of Creditor SLF Fire Victim Claimants lmasud@marshackhays.com lmasud@ecf.courtdrive.com

Larry Allan Peluso

on behalf of Creditor Ad Hoc Counsel for Camp Fire Real Property Owners pelusolaw@gmail.com firm@pelusolaw.net

Larry W. Gabriel

on behalf of Interested Party Itron Inc. nfields@bg.law

Lars H. Fuller

on behalf of Creditor Committee Official Committee of Tort Claimants lfuller@bakerlaw.com

Lary Alan Rappaport

on behalf of Interested Party Ad Hoc Group of Institutional Bondholders of Pacific Gas and Electric Co. lrappaport@proskauer.com PHays@proskauer.com

Laura Herron Weber

on behalf of Creditor Donatus Jr. Okhomina lweber@sl-employmentlaw.com

Lauren Kramer

on behalf of Creditor North American Fence & Railing Inc. lkramer@rjo.com

Lauren Lifland

on behalf of Interested Party Comcast Cable Communications LLC lauren.lifland@wilmerhale.com, whdocketing@wilmerhale.com

Lauren T. Attard

on behalf of Creditor Committee Official Committee of Tort Claimants lattard@bakerlaw.com agrosso@bakerlaw.com

Laurence M. Rosen

on behalf of Interested Party Vataj Plaintiffs and the Class lrosen@rosenlegal.com zstanco@rosenlegal.com

Laurie Hager

on behalf of Interested Party Wilson Construction Company lhager@sussmanshank.com

Lawrence A. Jacobson

on behalf of Interested Party Amir Shahmirza laj@cohenandjacobson.com mcycle48@gmail.com

Lawrence M. Rolnick

on behalf of Creditor Various Rescission and Damages Claimants lrolnick@rksllp.com

Leah E. Capritta

on behalf of Defendant Tiger Natural Gas Inc. Leah.Capritta@hklaw.com, reena.kaur@hklaw.com

Lee Brand

on behalf of Debtor PG&E Corporation lee.brand@pillsburylaw.com docket@pillsburylaw.com

Leonard M. Shulman

on behalf of Interested Party Cushman & Wakefield Inc. lshulman@shbllp.com

Liam K. Malone

on behalf of Creditor Level-It Installations Ltd. malone@oles.com, shahin@oles.com

Lillian G. Stenfeldt

on behalf of Creditor Pivot Interiors  Inc. lillian.stenfeldt@rimonlaw.com, docketing@rimonlaw.com

Linda Wendell Hsu

on behalf of Defendant Allianz Global Risks US Insurance Company lhsu@selmanlaw.com  psmith@selmanlaw.com

Lindsey E. Kress

on behalf of Creditor California Insurance Guarantee Association lkress@lockelord.com  autodocket@lockelord.com

Lindsi M. Weber

on behalf of Creditor Dignity Health and its Affiliates lweber@polsinelli.com  yderac@polsinelli.com

Lisa Lenherr

on behalf of Creditor Peninsula Corridor Joint Powers Board llenherr@fennemorelaw.com  ecfbankruptcy@fennemorelaw.com

Lisa Schweitzer

on behalf of Interested Party BlueMountain Capital Management  LLC lschweitzer@cgsh.com

Lisa S. Gast

on behalf of Interested Party City of Santa Clara lsg@dwgp.com  lmk@dwgp.com

Lloyd C. Guintivano

on behalf of Creditor County of Lake anitag@co.lake.ca.us  lloydg@co.lake.ca.us

Louis Gottlieb

on behalf of Interested Party Public Employees Retirement Association of New Mexico Lgottlieb@labaton.com mpenrhyn@labaton.com

Louis J. Cisz, III

on behalf of Creditor E2 Consulting Engineers  Inc. lcisz@nixonpeabody.com

Lovee Sarenas

on behalf of Creditor RE Astoria LLC lovee.sarenas@dinsmore.com

Luke N. Eaton

on behalf of 3rd Party Plaintiff AECOM Technical Services  Inc. eatonl@pepperlaw.com, monugiac@pepperlaw.com

Lydia Vanessa Ko

on behalf of Creditor Athanasia Vlazkis Lvko@stonelawoffice.com

Lynette C. Kelly

on behalf of U.S. Trustee Office of the U.S. Trustee / SF ustpregion17.oa.ecf@usdoj.gov

M. David Minnick

on behalf of Creditor BANK OF AMERICA N.A dminnick@pillsburylaw.com  docket@pillsburylaw.com

M. Ryan Pinkston

on behalf of Creditor Turner Construction Company rpinkston@seyfarth.com  jmcdermott@seyfarth.com

Malcolm A. Mackenzie

on behalf of Creditor Glenn Gary Baker mmackenzie@coombslaw.com  vclemen@coombslaw.com

Manuel Corrales, Jr.

on behalf of Creditor Barbara Zelmer mannycorrales@yahoo.com  hcskanchy@hotmail.com

Marc Kieselstein

on behalf of Interested Party Federal Monitor carrie.oppenheim@kirkland.com

Marc Kramer

on behalf of Creditor Various Rescission and Damages Claimants mkramer@rksllp.com

Marc A. Levinson

on behalf of Creditor CCP Credit Acquisition Holdings  L.L.C. Malevinson@orrick.com, casestream@ecf.courtdrive.com

Marek P. Krzyzowski

on behalf of Other Prof. John K. Trotter MKrzyzowski@brownrudnick.com  SCalderon@brownrudnick.com

Mario R. Nicholas

on behalf of Plaintiff JH Kelly  LLC mario.nicholas@stoel.com, ana.trask@stoel.com

Mark Bostick

on behalf of Other Prof. Michael G. Kasolas mbostick@fennemorelaw.com  ecfbankruptcy@fennemorelaw.com

Mark A. Gorton

on behalf of Attorney Mark Gorton mgorton@boutininc.com  cdomingo@boutinjones.com

Mark A. Gorton

on behalf of Creditor Sonoma Clean Power Authority mgorton@boutinjones.com  cdomingo@boutinjones.com

Mark D. Plevin

on behalf of Interested Party Renaissance Reinsurance Ltd. mplevin@crowell.com

Mark D. Poniatowski

on behalf of Creditor Holt of California ponlaw@ponlaw.com

Mark E. Felger

on behalf of Creditor Liberty Mutual Insurance Company mfelger@cozen.com

Mark V. Isola

on behalf of Creditor MDR INC. dba ACCU-BORE DIRECTIONAL DRILLING misola@brotherssmithlaw.com

Marsha Houston

on behalf of 3rd Party Plaintiff AECOM Technical Services  Inc. mhouston@reedsmith.com, hvalencia@reedsmith.com

Marta Villacorta

on behalf of U.S. Trustee Office of the U.S. Trustee / SF marta.villacorta@usdoj.gov

Mary Ellmann Tang

on behalf of Creditor Cristina Mendoza mtang@frenchlyontang.com  nfears@frenchlyontang.com

Mary H. Kim

on behalf of Interested Party State Farm Mutual Automobile Insurance Company Mary.Kim@dechert.com
brett.stone@dechert.com

Matthew Cave

on behalf of Debtor Accountant PricewaterhouseCoopers LLP mcave@kfc.law

Matthew Ducharme

on behalf of Interested Party Pacific Investment Management Company LLC matthew.ducharme@hoganlovells.com
tracy.southwell@hoganlovells.com

Matthew Henderson

on behalf of Defendant PG&E Corporation matthew.henderson@msrlegal.com  karen.wigylus@msrlegal.com

Matthew Heyn

on behalf of Creditor California Governor's Office of Emergency Services matthew.heyn@doj.ca.gov

Matthew A. Feldman

on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders mfeldman@willkie.com

Matthew A. Gold

on behalf of Creditor Argo Partners courts@argopartners.net

Matthew A. Lesnick

on behalf of Interested Party CH2M HILL Engineers  Inc. matt@lesnickprince.com, jmack@lesnickprince.com

Matthew D. McGill

on behalf of Creditor Ad Hoc Committee of Holders of Trade Claims MMcGill@gibsondunn.com

Matthew D. Metzger

on behalf of Creditor Dan Clarke belvederelegalecf@gmail.com  8450177420@filings.docketbird.com

Matthew Hampton Foushee

on behalf of Interested Party Hummingbird Energy Storage  LLC hampton.foushee@hoganlovells.com, hfoushee@gmail.com

Matthew J. Troy

on behalf of Creditor United States of America matthew.troy@usdoj.gov

Matthew Jon Olson

on behalf of Interested Party Wendy A. Nathan matt@macfern.com  stell.laura@dorsey.com

Matthew K. Kelsey

on behalf of Creditor Ad Hoc Committee of Holders of Trade Claims mkelsey@gibsondunn.com

Matthew Patrick French

on behalf of Creditor Majesti Mai Bagorio  etc. mfrench@baumhedlundlaw.com

Matthew Ryan Klinger

on behalf of Creditor CitiGroup Financial Products Inc. mklinger@sheppardmullin.com  DGatmen@sheppardmullin.com

Matthew W. Grimshaw

on behalf of Creditor Certain Post-Petition Tort and Fire Claimants matt@grimshawlawgroup.com  ecfmarshackhays@gmail.com

Meagan S. Tom

on behalf of Creditor International Brotherhood of Electrical Workers Local Union 1245 meagan.tom@lockelord.com
autodocket@lockelord.com

Melissa Boey

on behalf of Creditor Badger Creek Limited melissa.boey@morganlewis.com

Melissa C. McLaughlin

on behalf of Creditor Micro Focus Software LLC mcmclaughlin@venable.com  ataylor@venable.com

Melissa T. Ngo

on behalf of Creditor Pension Benefit Guaranty Corporation harris.melissa@pbgc.gov  efile@pbgc.gov

Meredith Werner
on behalf of Interested Party Houston Casualty Company meredith.werner@clydeco.us

Merle C. Meyers
on behalf of Creditor E. R.  a Minor mmeyers@mlg-pc.com

Michael Hampson
on behalf of Creditor Various Rescission and Damages Claimants mhampson@rksllp.com

Michael Lauter
on behalf of Creditor CitiGroup Financial Products Inc. mlauter@sheppardmullin.com

Michael Rogers
on behalf of Creditor William Kreysler & Associates  Inc. mrogers@lambertrogers.com, jan@lambertrogers.com

Michael St. James
on behalf of Creditor AmeriTrust Claimants ecf@stjames-law.com

Michael Tye
on behalf of Creditor United States of America Michael.Tye@usdoj.gov

Michael A. Isaacs
on behalf of Creditor Southwire Company  LLC misaacs@rinconlawllp.com, aworthing@rinconlawllp.com

Michael B. Lubic
on behalf of Creditor CN Utility Consulting  Inc. michael.lubic@klgates.com

Michael C. Fallon
on behalf of Creditor Ahlborn Fence & Steel  Inc manders@fallonlaw.net

Michael C. Hefter
on behalf of Interested Party Pacific Investment Management Company LLC michael.hefter@hoganlovells.com tracy.southwell@hoganlovells.com

Michael D. Breslauer
on behalf of Creditor Righetti Ranch LP and Righetti NC  LLC mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com

Michael G. Kasolas
trustee@kasolas.net  ecf.alert+Kasolas@titlexi.com

Michael H. Strub
on behalf of Interested Party BlueMountain Capital Management  LLC mstrub@ggtriallaw.com, mhstrub1@gmail.com

Michael I. Gottfried
on behalf of Creditor Chico Rent-A-Fence mgottfried@elkinskalt.com  AAburto@elkinskalt.com

Michael J. Gomez
on behalf of Creditor Lyles Utility Construction  LLC mgomez@frandzel.com, dmoore@frandzel.com

Michael K. Slattery
on behalf of Creditor Ad Hoc California Public Entites Committee mslattery@lkfirm.com  rramirez@lkfirm.com

Michael P. Esser
on behalf of Interested Party Calpine Corporation michael.esser@kirkland.com  michael-esser-3293@ecf.pacerpro.com

Michael R. Goodstein
on behalf of Interested Party Associated Electric & Gas Insurance Services Limited mgoodstein@baileycav.com

Michael R. Hogue
on behalf of Creditor Cardno  Inc. hoguem@gtlaw.com, navarrom@gtlaw.com

Michael S. Etkin
on behalf of Interested Party Public Employees Retirement Association of New Mexico metkin@lowenstein.com

Michael S. Myers
on behalf of Creditor Discovery Hydrovac myersm@ballardspahr.com

Michael S. Neumeister
on behalf of Creditor Ad Hoc Committee of Holders of Trade Claims MNeumeister@gibsondunn.com

Michael Thomas Krueger
on behalf of Creditor ERM-West  Inc. michael.krueger@ndlf.com, Havilyn.lee@ndlf.com

Michael W. Malter
on behalf of Creditor ChargePoint  Inc. michael@bindermalter.com

Michele Ellison
on behalf of Creditor Camblin Steel Service  Inc. mellison@gibbsgiden.com, lrochelle@gibbsgiden.com

Mikal C. Watts
on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation mcwatts@wattsguerra.com  cwilson@wattsguerra.com

Mirco J. Haag
on behalf of Creditor Bradley Tanks Inc. mhaag@buchalter.com, dcyrankowski@buchalter.com

Mitchell B. Greenberg
on behalf of Creditor Fire Victims mgreenberg@abbeylaw.com mmeroney@abbeylaw.com

Monique Jewett-Brewster
on behalf of Interested Party The City of Oakland mjb@hopkinscarley.com eamaro@hopkinscarley.com

Monique D. Almy
on behalf of Creditor Nexant Inc. malmy@crowell.com

Morgan R. Hirst
on behalf of stockholders PG&E Shareholders mhirst@jonesday.com mmelvin@jonesday.com

Nancy Mitchell
on behalf of Interested Party Department of Finance for the State of California nmitchell@omm.com

Nanette D. Sanders
on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation nanette@ringstadlaw.com becky@ringstadlaw.com

Nathan A. Schultz
on behalf of Creditor MassMutual Life Insurance Company nschultzesq@gmail.com kjarashow@goodwinlaw.com

Nathan Q. Rugg
on behalf of Interested Party Adler Tank Rental and Mobile Modular nathan.rugg@bfkn.com jean.montgomery@bfkn.com

Nicholas Wagner
on behalf of Creditor Fire Victims kschemen@wagnerjones.com bwagner@wagnerjones.com

Nicholas A. Carlin
on behalf of Creditor Anthony Gantner nac@phillaw.com rac@phillaw.com

Nicolas De Lancie
on behalf of Interested Party SummerHill Homes LLC ndelancie@jmbm.com

Nicole M. Zeiss
on behalf of Interested Party Public Employees Retirement Association of New Mexico nzeiss@labaton.com

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Omeed Latifi
on behalf of Creditor Mirna Trettevik olatifi@theadlerfirm.com kdeubler@theadlerfirm.com

Oren Buchanan Haker
on behalf of Interested Party Avangrid Renewables LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC oren.haker@stoel.com, rene.alvin@stoel.com

Ori Katz
on behalf of Creditor The Original Mowbray's Tree Service Inc. okatz@sheppardmullin.com, LSegura@sheppardmullin.com

Oscar Garza
on behalf of Other Prof. Centerview Partners LLC ogarza@thegarzafirm.com

Paige Boldt
on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation pboldt@wattsguerra.com cwilson@wattsguerra.com

Patricia Savage
on behalf of Creditor Ashley Duitsman psavesq@gmail.com jodi.savage@gmail.com

Patrick C. Maxcy
on behalf of Interested Party Horace Mann Property & Casualty Insurance Company patrick.maxcy@snrdenton.com

Paul F. Ready
on behalf of Creditor Sarah Pazdan smeyer@farmerandready.com

Paul H. Zumbro
on behalf of Debtor PG&E Corporation mao@cravath.com

Paul J. Laurin
on behalf of Interested Party Energy Systems Group LLC plaurin@btlaw.com, slmoore@btlaw.com

Paul J. Leeds
on behalf of Creditor Garade LLC Pleeds@fsl.law

Paul J. Pascuzzi
on behalf of Creditor 35th District Agricultural Association ppascuzzi@ffwplaw.com docket@ffwplaw.com

Paul M. Rosenblatt
on behalf of Creditor Blue Cross Blue Shield of North Carolina prosenblatt@kilpatricktownsend.com

mwilliams@kilpatricktownsend.com

Paul R. Gaus

on behalf of Creditor Tim Messer Construction Inc. pgaus@downeybrand.com

Paul R. Glassman

on behalf of Creditor Johnson Controls  Inc. pglassman@sycr.com

Peter Friedman

on behalf of Interested Party Department of Finance for the State of California pfriedman@omm.com

Peter Meringolo

on behalf of Creditor Mount Veeder Springs LLC peter@pmrklaw.com

Peter C. Califano

on behalf of Creditor CALAVERAS TELEPHONE COMPANY pcalifano@cwclaw.com

Peter J. Benvenutti

on behalf of 3rd Pty Defendant Pacific Gas and Electric Company pbenvenutti@kbkllp.com

Peter R. Boutin

on behalf of Creditor Citibank N.A.  as Administrative Agent for the Utility Revolving Credit Facility peter.boutin@kyl.com,
lara.joel@kyl.com

Peter S. Munoz

on behalf of Creditor Lodi Gas Storage  L.L.P. pmunoz@reedsmith.com, gsandoval@reedsmith.com

Peter S. Partee, Sr.

on behalf of Creditor Potrero Hills Energy Producers  LLC ppartee@huntonak.com, candonian@huntonak.com

Philip Anker

on behalf of Creditor Canyon Capital Advisors LLC philip.anker@wilmerhale.com  whdocketing@wilmerhale.com

Philip S. Warden

on behalf of Creditor Chevron Master Pension Trust philip.warden@pillsburylaw.com  kathy.stout@pillsburylaw.com

Phillip K. Wang

on behalf of Creditor Pivot Interiors  Inc. phillip.wang@rimonlaw.com

R. Alexander Pilmer

on behalf of Interested Party Federal Monitor alexander.pilmer@kirkland.com  keith.catuara@kirkland.com

R. Dale Ginter

on behalf of Creditor Emmerson Investments  Inc. dginter@downeybrand.com

Rachel M. Walsh

on behalf of Creditor MassMutual Life Insurance Company rwalsh@goodwinlaw.com  tsutton@goodwinlaw.com

Randy Michelson

on behalf of Defendant Public Employees Retirement Association of New Mexico randy.michelson@michelsonlawgroup.com

Randye B. Soref

on behalf of Creditor Dignity Health and its Affiliates rsoref@polsinelli.com  ccripe@polsinelli.com

Rebecca Suarez

on behalf of Intervenor KES Kingsburg  L.P. rsuarez@crowell.com

Rebecca J. Winthrop

on behalf of Creditor Adventist Health System/West and Feather River Hospital rebecca.winthrop@nortonrosefulbright.com
diana.cardenas@nortonrosefulbright.com

Rhonda Stewart Goldstein

on behalf of Creditor The Regents of the University of California Rhonda.Goldstein@ucop.edu  Lissa.Ly@ucop.edu

Richard Bodnar

on behalf of Creditor Various Rescission and Damages Claimants rbodnar@rksllp.com

Richard Morin

on behalf of Creditor Amanda Olsen 6863427420@filings.docketbird.com

Richard A. Chesley

on behalf of Other Prof. FTI Consulting  Inc. richard.chesley@dlapiper.com, bill.countryman@dlapiper.com

Richard A. Lapping

on behalf of Creditor GER Hospitality  LLC rich@trodellalapping.com

Richard A. Marshack

on behalf of Creditor SLF Fire Victim Claimants rmarshack@marshackhays.com  rmarshack@ecf.courtdrive.com

Richard H. Golubow

on behalf of Creditor Hoffman Southwest Corp. rgolubow@wcghlaw.com  jmartinez@WCGHLaw.com

Richard L. Antognini

District/off: 0971-3
User: admin
Page 20 of 22
Date Rcvd: Oct 21, 2022
Form ID: pdfeoc
Total Noticed: 2

on behalf of Requestor Richard Lawrence Antognini rlalawyer@yahoo.com  hallonaegis@gmail.com

Richard W. Esterkin

on behalf of Creditor ARG Contact LLC richard.esterkin@morganlewis.com  melissa.boey@morganlewis.com

Riley C. Walter

on behalf of Attorney Aera Energy LLC galfano@wjhattorneys.com

Risa Lynn Wolf-Smith

on behalf of Creditor Diablo Winds  LLC rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com

Robert Berens

on behalf of Creditor XL Specialty Insurance Company rberens@smtdlaw.com  sr@smtdlaw.com

Robert Sahyan

on behalf of Interested Party Columbus Hill Capital Management  L.P. rsahyan@sheppardmullin.com, lsegura@sheppardmullin.com

Robert A. Julian

on behalf of Creditor Committee Official Committee of Tort Claimants rjulian@bakerlaw.com  hhammonturano@bakerlaw.com

Robert G. Harris

on behalf of Creditor Almendariz Consulting  Inc. rob@bindermalter.com

Robert N.H. Christmas

on behalf of Interested Party California Self-Insurers' Security Fund rchristmas@nixonpeabody.com nyc.managing.clerk@nixonpeabody.com

Robert T. Kugler

on behalf of Creditor Public Advocates Office at the California Public Utilities Commission robert.kugler@stinson.com

Roberto J. Kampfner

on behalf of Interested Party San Diego Gas & Electric Company rkampfner@whitecase.com  mco@whitecase.com

Robin D Shofner

on behalf of Creditor Mary McAlvain shofner@mobolaw.com

Rocky C. Tsai

on behalf of Interested Party Elliott Management Corporation rocky.tsai@ropesgray.com  matthew.haut@ropesgray.com

Rodney Allen Morris

on behalf of Creditor United States of America Rodney.Morris2@usdoj.gov

Roger F. Friedman

on behalf of Creditor ARB  Inc. rfriedman@rutan.com, csolorzano@rutan.com

Ronald F. Berestka, Jr.

on behalf of Creditor George Vlazakis rberestka@stonelawoffice.com  csepulveda@stonelawoffice.com

Ronald S. Beacher

on behalf of Creditor SPCP Group  LLC rbeacher@pryorcashman.com

Ryan A. Witthans

on behalf of Creditor Nor-Cal Pipeline Services rwitthans@fhlawllp.com

Samuel A. Newman

on behalf of Creditor KKR Bespoke Global Credit Opportunities (Ireland) Fund Designated Activity Company sam.newman@sidley.com  laefilingnotice@sidley.com

Samuel M. Kidder

on behalf of Interested Party NextEra Energy Inc.  et al. skidder@ktbslaw.com

Samuel M. Ward

on behalf of Creditor Board of Education Employees' Pension Fund of Essex County sward@barrack.com  cfessia@barrack.com

Samuel R. Maizel

on behalf of Creditor Southwire Company  LLC samuel.maizel@dentons.com, alicia.aguilar@dentons.com

Samy Saad Henein

on behalf of Creditor Carole Paul samyhenein@aol.com  mh@suppalaw.com

Sarah Elisabeth Kelly-Kilgore

on behalf of Other Prof. Cathy Yanni skellykilgore@ggtriallaw.com  dvultaggio@ggtriallaw.com

Sblend A. Sblendorio

on behalf of Interested Party Wilson Construction Company sas@hogefenton.com

Scott Esbin

on behalf of Creditor SPCP Group  LLC sesbin@esbinalter.com

Scott Lee

on behalf of Creditor RE Astoria LLC scott.lee@lewisbrisbois.com  monique.talamante@lewisbrisbois.com

Scott Olson

on behalf of Creditor Interstate Fire & Casualty Company scott.olson@bclplaw.com

Scott Reents

on behalf of Debtor PG&E Corporation sreents@cravath.com

Scott H. McNutt

on behalf of Attorney Scott H McNutt SMcNutt@ml-sf.com  csnell@ml-sf.com

Sean Nolan

on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company snolan@akingump.com  NYMCO@akingump.com

Sean T. Higgins

on behalf of Creditor Agajanian  Inc. aandrews@andrewsthornton.com, shiggins@andrewsthornton.com

Shane Huang

on behalf of Defendant Federal Energy Regulatory Commission shane.huang@usdoj.gov

Shawn M. Christianson

on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com

Shmuel Vasser

on behalf of Interested Party State Farm Mutual Automobile Insurance Company shmuel.vasser@dechert.com brett.stone@dechert.com

Shounak S. Dharap

on behalf of Creditor Cherie Brody,Kellen Lehman ssd@arnslaw.com, mec@arnslaw.com

Simon Richard Mayer

on behalf of Creditor Lloyd's Register Quality Assurance  Inc. simon.mayer@lockelord.com, Rellis@lockelord.com

Stacy A. Dasaro

on behalf of Creditor MML Investment Advisers  LLC sdasaro@goodwinlaw.com

Stephanie Yee

on behalf of Creditor CSAA Insurance Exchange syee@janglit.com  klockwood@janglit.com

Stephen D. Finestone

on behalf of Creditor Aggreko sfinestone@fhlawllp.com

Stephen E. Hessler, P.C.

on behalf of Interested Party Federal Monitor jozette.chong@kirkland.com

Steven B. Sacks

on behalf of Creditor PepsiCo  Inc. Master Trust ssacks@sackslawoffice.com

Steven G. Polard

on behalf of Creditor Creative Ceilings  Inc. spolard@eisnerlaw.com, calendar-lao@ropers.com

Steven J. Reisman

on behalf of Interested Party Lazard Freres & Co. LLC sreisman@katten.com  nyc.bknotices@kattenlaw.com

Steven J. Skikos

on behalf of Creditor Gilbert Matherly as Successor Trustee of the Siler Family Trust sskikos@skikos.com mmontoya@skikos.com

Steven M. Campora

on behalf of Creditor Chippewa Pest Control  Inc. scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Olson

on behalf of Attorney Steven M. Olson steve@bfolegal.com

Stuart G. Gross

on behalf of Creditor San Francisco Herring Association sgross@grosskleinlaw.com  iatkinsonyoung@grosskleinlaw.com

Susan E. Kirkgaard

on behalf of Creditor Travelers Commercial Insurance Company carlyn.jorgensen@bullivant.com

Susan Sieger Grimm

on behalf of Other Prof. John K. Trotter SSieger-Grimm@brownrudnick.com  NKhalatova@brownrudnick.com

Tacie H. Yoon

on behalf of Interested Party Renaissance Reinsurance Ltd. tyoon@crowell.com

Tambra Curtis

on behalf of Creditor Sonoma County tambra.curtis@sonoma-county.org  Megan.Sweeley@sonoma-county.org

Tanya Behnam

on behalf of Creditor Pandora Select Partners  LP tbehnam@polsinelli.com, ladocketing@polsinelli.com

Thomas Melone

on behalf of Interested Party Allco Finance Limited & Subsidiaries Thomas.Melone@gmail.com  Thomas.Melone@AllcoUS.com

Thomas B. Rupp
on behalf of 3rd Pty Defendant Pacific Gas and Electric Company trupp@kbkllp.com

Thomas C. Mitchell
on behalf of Creditor EDF Renewables  Inc. tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com

Thomas F. Koegel
on behalf of Creditor AT&T Corp. tkoegel@crowell.com

Thomas G. Mouzes
on behalf of Creditor City of Santa Clara dba Silicon Valley Power tmouzes@boutininc.com

Thomas G. Mouzes
on behalf of Creditor Sonoma Clean Power Authority tmouzes@boutinjones.com

Thomas M. Gaa
on behalf of Creditor SALESFORCE.COM  INC. tgaa@bbslaw.com

Thomas R. Phinney
on behalf of Creditor Amador Water Agency tom@parkinsonphinney.com

Tiffany Strelow Cobb
on behalf of Creditor Nuance Communications  Inc. tscobb@vorys.com

Timothy M. Flaherty
on behalf of Creditor Petro-Canada America Lubricants  Inc. tflaherty@mpplaw.com

Timothy S. Laffredi
on behalf of U.S. Trustee Office of the U.S. Trustee / SF timothy.s.laffredi@usdoj.gov

Tobias S. Keller
on behalf of Debtor PG&E Corporation tkeller@kbkllp.com

Todd Dressel
on behalf of Interested Party Dominion Energy  Inc. tdressel@mcguirewoods.com, jtabisaura@mcguirewoods.com

Todd J. Wenzel
on behalf of Creditor Sanders Ergas todd@wenzellawoffices.com

Tracy Green
on behalf of Creditor Etta Bacharach Testamentary A & B Trusts tgreen@fennemorelaw.com  ecfbankruptcy@fennemorelaw.com

Tracy L. Mainguy
on behalf of Creditor Engineers and Scientists of California  Local 20, IFPTE tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

Tyson Arbuthnot
on behalf of Interested Party ACCO Engineered Systems  Inc. tarbuthnot@rjo.com, jyeung@rjo.com

Valerie Bantner Peo
on behalf of Creditor Bradley Tanks  Inc. vbantnerpeo@buchalter.com

Valerie E. Clemen
on behalf of Creditor Glenn Gary Baker mcarter@coombslaw.com

Victor A. Vilaplana
on behalf of Creditor Michels Corporation vavilaplana@foley.com  rhurst@foley.com

W. Steven Bryant
on behalf of Creditor International Brotherhood of Electrical Workers Local Union 1245 molly.batiste-debose@lockelord.com

Wayne A. Silver
on behalf of Creditor Lewis & Tibbitts  Inc. w_silver@sbcglobal.net, ws@waynesilverlaw.com

William M. Kaufman
on behalf of Creditor Daleo Inc. wkaufman@smwb.com  eschneider@smwb.com

William S. Lisa
on behalf of Interested Party California Self-Insurers' Security Fund wlisa@nixonpeabody.com  jcaruso@nixonpeabody.com

Xiyi Fu
on behalf of Creditor Quanta Energy Services LLC jackie.fu@lockelord.com  taylor.warren@lockelord.com

Yosef Peretz
on behalf of Creditor Cara Feneis skim@peretzlaw.com


TOTAL: 564



Signed and Filed: October 21, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Bankruptcy Case |
| | ) No. 19-30088-DM |
| PG&E CORPORATION, | ) |
| | ) Chapter 11 |
|      - and - | ) |
| | ) Jointly Administered |
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| | ) |
|     Reorganized Debtors. | ) |
| | ) |
| ☐ Affects PG&E Corporation | ) |
| ☐ Affects Pacific Gas and | ) |
|    Electric Company | ) |
| ☒ Affects both Debtors | ) |
| | ) |
| *\* All papers shall be filed in* | ) |
| *the Lead Case, No. 19-30088 (DM).* | ) |
| | ) |
| | ) |

**MEMORANDUM DECISION REGARDING WILLIAM B. ABRAMS' REQUESTS FOR DISCOVERY UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

On August 18, 2022, interested party William B. Abrams ("Mr. Abrams") filed a *Motion Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of an Order Authorizing Discovery and Hearings Regarding the Acts and Conduct of JAMS Neutrals Given New Evidence* (the "JAMS Motion") (Dkt. 12766) and

-1-

Supporting Declaration (Dkt. 12767). A preliminary hearing was held on September 13, 2022. At the hearing, the Fire Victim Trust (the "FVT") was directed to file a response by October 3, 2022, after which the matter would be taken under submission. On October 3, 2022, the FVT filed an Objection to the JAMS Motion (Dkt. 13035). The same day, interested party Steven J. Skikos also filed a Response to the JAMS Motion (Dkt. 13036), as did the Honorable John K. Trotter (Ret.) ("Justice Trotter"), former FVT Trustee (Dkt. 13039). On October 5, 2022, Mr. Abrams filed a Supplemental Statement in Support of the JAMS Motion (Dkt. 13046). On various dates, other interested fire victim claimants filed letters in support of the JAMS Motion (Dkts. 12877, 12901, 12928, 12935, 12957, 12986).

In the meantime, on September 22, 2022, Mr. Abrams filed a separate *Motion Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of an Order Authorizing Discovery and Hearings Regarding Debtors Acts, Conduct, and Agreements that may Obstruct or Limit the Just and Fair Management of the Fire Victim Trust* (the "PG&E Motion") (Dkt. 12995) and supporting declaration (Dkt. 12996). The PG&E Motion seeks discovery of numerous documents to determine whether the Reorganized Debtors are interfering with the administration of the FVT. On September 26, 2022, the court entered an *Order Directing Reorganized Debtors to Respond to Motion Filed by William B. Abrams* (Dkt. 13005). On October 3, 2022, the court received email communications from Reorganized Debtors, Mr. Abrams and the FVT relating to both the JAMS Motion and the PG&E Motion (Dkts. 13041, 13042, 13043). On October 12, 2022, Reorganized

-2-

Debtors filed an Objection to the PG&E Motion (Dkt. 13065). The court took the PG&E Motion under consideration thereafter.

Upon due consideration, the court directs Justice Trotter and the FVT to respond to the JAMS Motion in the limited nature described herein and denies the PG&E Motion outright.

**A. The JAMS Motion**

The JAMS Motion seeks extensive discovery from several JAMS neutrals involved in this case, including when each neutral was engaged, whether they had contracts with the Reorganized Debtors at any point, whether they have had any type of previous relationship (including as a customer) with any party involved in this bankruptcy, any social relationships with any person involved in this bankruptcy, and whether they are shareholders of JAMS. The JAMS Motion also seeks in-depth information from Justice Trotter and former mediator Hon. Randall Newsome (Ret.).

The JAMS Motion was prompted by Los Angeles Times reporting relating to disgraced former attorney Tom Girardi's theft of settlement funds, some of which may have been taken from trusts administered through JAMS. Mr. Abrams speculates that the misdeeds of Mr. Girardi may mean that individuals associated with JAMS may be committing or allowing misdeeds to be committed within the FVT. The court reiterates there is no actual evidence of any such wrongdoing, and the Los Angeles Times reporting relates ultimately only to wrongdoing committed by Mr. Girardi. Further, Justice Trotter, through counsel, emphatically responded to and denied the allegations impugning his conduct, and understandably referred to Mr. Abrams unfounded hearsay statements "as baseless innuendo (that) is not just

-3-

irresponsible, but harmful to the interests of justice."
(Dkt. 13039).

The power conferred by the language of Federal Rule of
Bankruptcy Procedure 2004 ("Rule 2004") is broad, but not
limitless. The scope of any Rule 2004 examination must be tied
to the language of Rule 2004(b) itself, which states that an
examination of any entity "may relate only to the acts, conduct,
property, or to the liabilities and financial condition of the
debtor, **or to any matter which may affect the administration of
the debtor's estate**[.]" (Emphasis added). No other portion of
Rule 2004 has any relevance to Mr. Abrams' requests.

Here, even this language must be stretched to extend to the
administration of the FVT, which the court has done on the FVT's
own motions (See Dkts. 10947, 11055, 11145). Mr. Abrams even
states that the JAMS Motion follows the blueprint of the *Motion
of the Fire Victim Trust Pursuant to Federal Rule of Bankruptcy
Procedure 2004 for Entry of an Order Authorizing Discovery from
Adventist Health System/West and Adventist Health Feather River
and Service of a Subpoena on Factory Mutual Insurance Company*
(the "Adventist Motion") (Dkt. 11556) out of an abundance of
caution to ensure consistency with similar requests made to this
court (JAMS Motion at p. 17). Mr. Abrams has followed this
template in a previous Rule 2004 request as to the FVT (the "FVT
Motion"), which the court granted in a limited capacity. (See
Dkts. 12440, 12682). Mr. Abrams' previous request specifically
concerned the administration of the FVT, which was the reasoning
behind the FVT's Adventist Motion. The relevance of that
request to the administration of the case and the FVT was

-4-

obvious, and the court's narrowing of the request was specifically focused on matters germane to that administration.

Now, the JAMS Motion utilizes this previous strategy and quotes the court's own words about the ongoing viability of Rule 2004, that "Federal Rule of Bankruptcy Procedure 2004 remains available as a vehicle for that exchange of information." (JAMS Motion, p. 18). These words are taken out of context: that exchange of information was specifically limited to "trust oversight and litigation activities; lobbyist activities; and administrative and litigation expenses." (Dkt. 12682 at p. 6). It is not appropriate to insinuate that the court left open the door to a broad application of Rule 2004 to extend to discovery regarding the relationships between specific JAMS members and the associated third parties who have served as neutrals even at times prior to the creation of the FVT. The role of JAMS and those neutrals is too far attenuated to the administration of the FVT. Further, the requests all relate to an unfounded attempt to find some instance of wrongdoing because Mr. Abrams apparently believes it exists.

It is also doubtful that Mr. Abrams has standing to prosecute any inquiries under Rule 2004; any discovery that leads to a less than ideal structure of the FVT could not be a cause of action for Mr. Abrams to pursue. Those causes of action would belong to the FVT, pursuant to the underlying documents involved in the creation of the FVT.

Nevertheless, using the same approach in dealing with the FVT Motion, the court will eliminate the many provisions of discovery preamble suggested in the JAMS Motion, and instead

-5-

direct Justice Trotter and Cathy Yanni, current FVT Trustee
("Trustee") to respond as directed below as questions from the
court that are germane to the proper focus of Rule 2004, which
is the administration of the FVT. Further, Justice Trotter and
the Trustee should file declarations attesting to the
truthfulness of facts attributed to them in the respective
oppositions they filed to the JAMS Motion (Dkts. 13035, 13039).

**Questions to be Answered by Justice Trotter**

1. Within the "Notice of Filing of Transcript of Status
of Trust Distribution Video Presentation by Justice John Trotter
(Ret.), Trustee of the PG&E Fire Victim Trust.", May 17, 2021
(Dkt. 10654), you indicated that you were employed by certain
parties on a part-time basis perhaps as early as April as an
advisor. State the dates you signed any employment contracts or
were otherwise engaged by any party in connection with the PG&E
case.

2. In reference to Dkt. 10654 in Question 1, state the
date that your contract or employment as an advisor was
terminated.

**Questions to be Answered by Current Trustee Cathy Yanni**

The Trustee should answer the following questions based on
her familiarity with Justice Trotter's administration of the FVT
during his time in that role to the best of her knowledge and
belief.

1. What precautions did Justice Trotter take, or after
you became Trustee, that you took in the PG&E case to ensure
that money belonging to the FVT was not diverted or otherwise
misused?

-6-

2.   How does the FVT safeguard against irregular accounting or misuse of funds masked as general expenses?

Excepting these limited inquiries, the court will DENY the remainder of the JAMS Motion and make no determinations regarding contested but irrelevant matters raised by the responses of the FVT and Mr. Skikos, and further contested by Mr. Abrams in his unauthorized Supplemental Statement in Support of JAMS Motion.

**B. The PG&E Motion**

The PG&E Motion seeks broad discovery from the Reorganized Debtors based on the belief, not of Mr. Abrams, but another fire claimant, Lora Fournier (initially misidentified as Amanda Riddle), that the Reorganized Debtors have some control over the FVT.  This general speculation by someone other than Mr. Abrams, which flies in the face of evidence already illustrating Reorganized Debtors' lack of involvement, confers neither grounds nor standing to Mr. Abrams to pursue the PG&E Motion.

**C. Conclusion**

The court shall issue Orders concurrently with this Memorandum Decision: (1) Directing Justice Trotter and the Trustee to answer the limited questions above; (2) Directing Justice Trotter and the Trustee to file declarations as described; (3) Denying the remainder of the JAMS Motion; and (4) Denying the PG&E Motion in its entirety.

**\*\*END OF MEMORANDUM DECISION\*\***

-7-

## COURT SERVICE LIST

William B. Abrams
1519 Branch Owl Place
Santa Rosa, CA 95409

William B. Abrams
2041 Stagecoach Rd.
Santa Rosa, CA 95404

-8-