# Exhibit 1

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Charmbury, Karyn<br>The Ullrich Law Firm Donald W. Ullrich, Jr. P. O. Box 160007<br>Sacramento, CA 95816-0007 | | **65553** | Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $0.00 | $0.00 | $199,500.00 | $199,500.00 | No Liability - Charmbury Claims |
| Charmbury, Karyn<br>The Ullrich Law Firm Donald W. Ullrich, Jr. P. O. Box 160007<br>Sacramento, CA 95816-0007 | | **60152** | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $520,517.08 | $520,517.08 | No Liability - Charmbury Claims |
| **Claims To Be Expunged Totals** | | **Count: 2** | | | **$0.00** | **$0.00** | **$0.00** | **$720,017.08** | **$720,017.08** | |