Case 4:20-cv-04570-HSG   Document 57   Filed 10/27/22   Page 1 of 2

Entered on Docket
October 28, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

OCT 27 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

In re: PG&E CORPORATION; PACIFIC GAS & ELECTRIC COMPANY,

Debtors,

_____

AD HOC COMMITTEE OF HOLDERS OF TRADE CLAIMS,

Appellant,

v.

PACIFIC GAS AND ELECTRIC COMPANY,

Appellee.

No. 21-16043

D.C. No. 4:20-cv-04570-HSG
Northern District of California, Oakland

ORDER

Before: LUCERO,[*] IKUTA, and VANDYKE, Circuit Judges.

The *Appellee's Motion for a Stay of the Mandate* (Dkt. No. 55) is **GRANTED**. The mandate is stayed pending the time to file a petition for a writ of certiorari. If no timely petition for certiorari is filed, the mandate will issue immediately upon the expiration of the time to file or upon the order of the Supreme Court if an untimely filing is attempted. If a timely petition for certiorari is filed, the mandate will issue immediately upon notice to this court that the Supreme Court has denied the petition

---

[*] The Honorable Carlos F. Lucero, United States Circuit Judge for the U.S. Court of Appeals for the Tenth Circuit, sitting by designation.

for certiorari unless the panel deems that extraordinary circumstances exist. If certiorari is granted, the stay of the mandate will continue until the Supreme Court's final disposition. *See* Fed. R. App. P. 41(d). The parties shall advise this court immediately upon the Supreme Court's decision.