Raymond A. Cardozo (SBN 173263)
rcardozo@reedsmith.com
Christopher O. Rivas (SBN 238765)
crivas@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: 415 543 8700
Facsimile: 415 391 8269

Specially Appearing Attorneys for Honorable
John K. Trotter (Ret.)

UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>And<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors,<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric Company<br>☐ Affects both Debtors<br><br>*All papers shall be filed in the lead case, No. 219-3008 (DM)* | Bankr. Case No. 19-3008 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF JOHN K. TROTTER IN RESPONSE TO COURT'S MEMORANDUM DECISION (DOCKET NO. 13105) ON MOTION OF WILLIAM B. ABRAMS**<br><br>[RELATES TO DOCKET NO. 12766]<br><br>HEARING TO BE DETERMINED BY COURT |

I, John K. Trotter, hereby declare under penalty of perjury that the following is true to the best of my knowledge, information, and belief:

1. I am the retired former Trustee of the PG&E Fire Victim Trust. Unless otherwise stated in this Declaration, I have knowledge of the facts set forth herein and, if called as a witness, I would testify to those facts.

2. In accordance with the directives of the Memorandum Decision, Docket No. 13105, I hereby attest to the truthfulness of the facts attributed to me in the Response that I submitted to this Court, through counsel—Docket No. 13039. I reviewed that Response before it was filed and approved it for filing.

3. I have reviewed the Court's Memorandum Decision, Docket No. 13105, and below, I answer the questions that the Court posed to me to the best of my personal knowledge:

    a. *Court's Question 1*: "Within the 'Notice of Filing of Transcript of Status of Trust Distribution Video Presentation by Justice John Trotter (Ret.), Trustee of the PG&E Fire Victim Trust,' May 17, 2021 (Dkt. 10654), you indicated that you were employed by certain parties on a part-time basis perhaps as early as April as an advisor. State the dates you signed any employment contracts or were otherwise engaged by any party in connection with the PG&E case."

    *My Answer*: At the request of the Official Committee of Tort Claimants ("TCC"), I began doing substantive work providing assistance and advice regarding the formulation of claims resolution procedures for the contemplated Trust shortly before January 13, 2020. In an application filed with this Court as Docket No. 5726, the TCC subsequently requested my retention for that work be approved *nunc pro tunc* to January 13, 2020. After the TCC filed a supplement to its application on April 13, 2020 (Docket No. 6746), the Court approved that application.

    b. *Court's Question 2*. "In reference to Dkt. 10654 in Question 1, state the date that your contract or employment as an advisor was terminated."

No.: 19-3008 DM

DECLARATION OF JOHN K. TROTTER – 2 –

*My Answer*: My employment as an advisor terminated on the effective date of the Trust (see Docket No. 5726 at p. 8 ¶ 17), July 1, 2020, at which point I officially assumed the role of Trustee to the Fire Victim's Trust.

I declare under penalty of perjury, as set forth in 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 27th Day of October in Newport Beach, California.

*/s/ John K. Trotter*
John K. Trotter

No.: 19-3008 DM

DECLARATION OF JOHN K. TROTTER

– 3 –