Raymond A. Cardozo (SBN 173263)
rcardozo@reedsmith.com
Christopher O. Rivas (SBN 238765)
crivas@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Specially Appearing Attorneys for Honorable
John K. Trotter (Ret.)

UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>And<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors,<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric Company<br>☐ Affects both Debtors<br><br>*All papers shall be filed in the lead case, No. 219-3008 (DM)* | Bankruptcy Case No. 19-3008 DM<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE**<br><br>[RELATES TO DOCKET NO. 12766]<br><br>HEARING TO BE DETERMINED BY COURT |

| | |
|---|---|
| 1 | STATE OF CALIFORNIA ) |
| 2 | ) COUNTY OF ORANGE ) |

I am over the age of 18 and not a party to the above-entitled action. My business address is REED SMITH LLP, 101 Second Street, Suite 1800, San Francisco, CA 94105-3659.

On October 28, 2022, at my place of business, I served a true and correct copy of the following document(s): DECLARATION OF JOHN K. TROTTER IN RESPONSE TO COURT;S MEMORANDUM DECISION (DOCKET NO. 13105)ON MOTION OF WILLIAMS ABRAMS_ in the manner indicated below:

- BY ELECTRONIC FILING said document(s) and transmission of the Notification of Election Filing by the Clerk to a Registered Participant(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

- SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) October 28, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST**

- SERVED BY UNITED STATES MAIL – On October 28, 2022, I served the following persons and/or entities at the last known addresses in this proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: October 28, 2022

*Silvia Escobar*
Silvia Escobar

**SERVED VIA ELECTRONIC SERVICE (ECF)**

| | | |
|---|---|---|
| 2 | Elliot Adler | eadler@theadlerfirm.com, bzummer@theadlerfirm.com |
| | Aaron L. Agenbroad | alagenbroad@jonesday.com, saltamirano@jonesday.com |
| 3 | Gabrielle L. Albert | galbert@kbkllp.com |
| | Annadel A. Almendras | annadel.almendras@doj.ca.gov |
| 4 | Destiny N. Almogue | Destiny.Almogue@skadden.com, wendy.lamanna@skadden.com |
| | Monique D. Almy | malmy@crowell.com |
| 5 | Anne Andrews | aa@andrewsthornton.com, aandrews@andrewsthornton.com |
| | Philip Anker | philip.anker@wilmerhale.com, whdocketing@wilmerhale.com |
| 6 | Richard L. Antognini | rlalawyer@yahoo.com, hallonaegis@gmail.com |
| | Tyson Arbuthnot | tarbuthnot@rjo.com, jyeung@rjo.com |
| 7 | Lauren T. Attard | lattard@bakerlaw.com, agrosso@bakerlaw.com |
| | Herb Baer | hbaer@primeclerk.com, ecf@primeclerk.com |
| 8 | Kathryn E. Barrett | keb@svlg.com, amt@svlg.com |
| | Chris Bator | cbator@bakerlaw.com, jmcguigan@bakerlaw.com |
| 9 | Ronald S. Beacher | rbeacher@pryorcashman.com |
| | Hagop T. Bedoyan | hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com |
| 10 | Andrew David Behlmann | abehlmann@lowenstein.com, elawler@lowenstein.com |
| | Tanya Behnam | tbehnam@polsinelli.com, ladocketing@polsinelli.com |
| 11 | James C. Behrens | jbehrens@milbank.com, mkoch@milbank.com |
| | Jacob Taylor Beiswenger | jbeiswenger@omm.com, llattin@omm.com |
| 12 | Peter J. Benvenutti | pbenvenutti@kbkllp.com |
| | Robert Berens | rberens@smtdlaw.com, sr@smtdlaw.com |
| 13 | Ronald F. Berestka | rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com |
| | Christian Paul Binder | chris@bindermalter.com, cbinder@bindermalter.com |
| 14 | Heinz Binder | heinz@bindermalter.com |
| | Jared D. Bissell | jared.bissell@troutman.com |
| 15 | Jason Blumberg | jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov |
| | Richard Bodnar | rbodnar@rksllp.com |
| 16 | Melissa Boey | melissa.boey@morganlewis.com |
| | Paige Boldt | pboldt@wattsguerra.com, cwilson@wattsguerra.com |
| 17 | Jason Borg | jborg@jasonborglaw.com |
| | Evan C. Borges | eborges@ggtriallaw.com, cwinsten@ggtriallaw.com |
| 18 | Mark Bostick | mbostick@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com |
| | James L. Bothwell | jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com |
| 19 | Peter R. Boutin | peter.boutin@kyl.com, lara.joel@kyl.com |
| | Erin N. Brady | erin.brady@hoganlovells.com |
| 20 | Lee Brand | lee.brand@pillsburylaw.com, docket@pillsburylaw.com |
| | Gregory A. Bray | gbray@milbank.com |
| 21 | Michael D. Breslauer | mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com |
| | W. Steven Bryant , | molly.batiste-debose@lockelord.com |
| 22 | Chane Buck | cbuck@jonesday.com |
| | Kathlene Burke | kathlene.burke@skadden.com, burke.kathlene@gmail.com |
| 23 | Frank Busch | busch@wvbrlaw.com, pallister@wvbrlaw.com |
| | Elizabeth J. Cabraser | ecabraser@lchb.com, awolf@lchb.com |
| 24 | Anthony P. Cali | anthony.cali@stinson.com, lindsay.petrowski@stinson.com |
| | Peter C. Califano | pcalifano@cwclaw.com |
| 25 | Steven M. Campora | scampora@dbbwc.com, nlechuga@dbbwc.com |
| | Leah E. Capritta | Leah.Capritta@hklaw.com, reena.kaur@hklaw.com |
| 26 | Nicholas A. Carlin | nac@phillaw.com, rac@phillaw.com |
| | Frank Thomas More Catalina | fcatalina@rksllp.com |
| 27 | Katherine Rose Catanese | kcatanese@foley.com |
| | Matthew Cave | mcave@kfc.law |
| 28 | Barry A. Chatz | barry.chatz@saul.com, barry.chatz@gmail.com |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

| | | |
|---|---|---|
| 1 | Karen J. Chedister | kchedister@h-jlaw.com |
|   | Christina Lin Chen | christina.chen@morganlewis.com, christina.lin.chen@gmail.com |
| 2 | Richard A. Chesley | richard.chesley@dlapiper.com, bill.countryman@dlapiper.com |
|   | Kevin Chiu | kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com |
| 3 | Jacquelyn H. Choi | jacquelyn.choi@rimonlaw.com, docketing@rimonlaw.com |
|   | Shawn M. Christianson | schristianson@buchalter.com |
| 4 | Robert N.H. Christmas | rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com |
| 5 | Jae Angela Chun | ajc@chun.law, teresa@tosdallaw.com |
|   | Gerard T. Cicero | GCicero@brownrudnick.com, NKhalatova@brownrudnick.com |
| 6 | Louis J. Cisz | lcisz@nixonpeabody.com |
|   | Valerie E. Clemen | mcarter@coombslaw.com |
| 7 | Alicia Clough | aclough@loeb.com |
|   | Tiffany Strelow Cobb | tscobb@vorys.com |
| 8 | John B. Coffman | john@johncoffman.net |
|   | Kevin G. Collins | kevin.collins@btlaw.com |
| 9 | Brian S. Conlon | bsc@phillaw.com, rac@phillaw.com |
|   | Charles Cording | ccording@willkie.com, mao@willkie.com |
| 10 | Manuel Corrales | mannycorrales@yahoo.com, hcskanchy@hotmail.com |
|   | Anne Costin | anne@costinlawfirm.com |
| 11 | Christopher J. Cox | chris.cox@hoganlovells.com |
|   | Donald H. Cram | dhc@severson.com |
| 12 | Ashley Vinson Crawford | avcrawford@akingump.com, dkrasa-berstell@akingump.com |
|   | Douglas S. Crosno | douglas.crosno@hoganlovells.com |
| 13 | Andrea Crowl | acrowl@dbbwc.com |
|   | J. Russell Cunningham | rcunningham@dnlc.net, emehr@dnlc.net |
| 14 | Keith J. Cunningham | rkelley@pierceatwood.com |
|   | James D. Curran | jcurran@wolkincurran.com, dstorms@wolkincurran.com |
| 15 | Tambra Curtis | tambra.curtis@sonoma-county.org, Megan.Sweeley@sonoma-county.org |
| 16 | Stacy A. Dasaro | sdasaro@goodwinlaw.com |
|   | James M. Davis | jdavis@cglaw.com |
| 17 | Nicolas De Lancie | ndelancie@jmbm.com |
|   | Judith A. Descalso | jad_9193@ecf.courtdrive.com |
| 18 | Andrew G. Devore | andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com |
|   | Erin Elizabeth Dexter | edexter@milbank.com |
| 19 | Shounak S. Dharap | ssd@arnslaw.com, mec@arnslaw.com |
|   | Kathryn S. Diemer | kdiemer@diemerwei.com |
| 20 | Kathryn S. Diemer | kdiemer@diemerwhitman.com |
|   | John P. Dillman houston_ | bankruptcy@publicans.com |
| 21 | Caroline R. Djang | cdjang@buchalter.com, Laurie.Verstegen@bbklaw.com |
|   | Krystal Dong | ykdong@gmail.com |
| 22 | Jonathan R. Doolittle | jonathan.doolittle@pillsburylaw.com |
|   | Jonathan R. Doolittle | jdoolittle@reedsmith.com |
| 23 | Jennifer V. Doran | jdoran@hinckleyallen.com |
|   | Dustin M. Dow | ddow@bakerlaw.com, jmcguigan@bakerlaw.com |
| 24 | Jamie P. Dreher | jdreher@downeybrand.com |
|   | Todd Dressel | tdressel@mcguirewoods.com, jtabisaura@mcguirewoods.com |
| 25 | Geoffrey B. Dryvynsyde | gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov |
|   | Jeffrey Aaron Dubbin | jdubbin@labaton.com, echan-lee@labaton.com |
| 26 | Matthew Ducharme | matthew.ducharme@hoganlovells.com, tracy.southwell@hoganlovells.com |
| 27 | Cecily Ann Dumas | cdumas@bakerlaw.com, hhammonturano@bakerlaw.com |
|   | Dennis F. Dunne | cprice@milbank.com, jbrewster@milbank.com |
| 28 | Dennis F. Dunne | ddunne@milbank.com, jbrewster@milbank.com |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

| # | Name | Email |
|---|---|---|
| 1 | Huonganh Annie Duong | annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com |
| 2 | Luke N. Eaton | eatonl@pepperlaw.com, monugiac@pepperlaw.com |
|   | Daniel G. Egan | daniel.egan@ropesgray.com, nova.alindogan@ropesgray.com |
| 3 | Joseph A. Eisenberg | JAE1900@yahoo.com |
|   | Michele Ellison | mellison@gibbsgiden.com, lrochelle@gibbsgiden.com |
| 4 | David Emerzian | Melany.Hertel@mccormickbarstow.com |
|   | G. Larry Engel | larry@engeladvice.com |
| 5 | Krista M. Enns | kenns@beneschlaw.com |
|   | Scott Esbin | sesbin@esbinalter.com |
| 6 | Joseph M. Esmont | jesmont@bakerlaw.com |
|   | Michael P. Esser | michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com |
| 7 | Richard W. Esterkin | richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com |
|   | Michael S. Etkin | metkin@lowenstein.com |
| 8 | Jacob M. Faircloth | jacob@bfolegal.com |
|   | Brett D. Fallon | bfallon@morrisjames.com, wweller@morrisjames.com |
| 9 | Michael C. Fallon | manders@fallonlaw.net |
|   | Joana Fang | jf@kbklawyers.com, icd@kbklawyers.com |
| 10 | Joseph Kyle Feist | jfeistesq@gmail.com, info@norcallawgroup.net |
|   | David M. Feldman | DFeldman@gibsondunn.com |
| 11 | Matthew A. Feldman | mfeldman@willkie.com |
|   | Jennifer Feldsher | jennifer.feldsher@morganlewis.com |
| 12 | Mark E. Felger | mfelger@cozen.com |
|   | James J. Ficenec | James.Ficenec@ndlf.com |
| 13 | Kimberly S. Fineman | kfineman@fhlawllp.com |
|   | Stephen D. Finestone | sfinestone@fhlawllp.com |
| 14 | Timothy M. Flaherty | tflaherty@mpplaw.com |
|   | Daniel I. Forman | dforman@willkie.com |
| 15 | Matthew Hampton Foushee | hampton.foushee@hoganlovells.com, hfoushee@gmail.com |
|   | James P. Frantz | rosa@frantzlawgroup.com |
| 16 | Carolyn Frederick | cfrederick@prklaw.com |
|   | Matthew Patrick French | mfrench@baumhedlundlaw.com |
| 17 | Peter Friedman | pfriedman@omm.com |
|   | Roger F. Friedman | rfriedman@rutan.com, csolorzano@rutan.com |
| 18 | Xiyi Fu | jackie.fu@lockelord.com, taylor.warren@lockelord.com |
|   | Lars H. Fuller | lfuller@bakerlaw.com |
| 19 | Thomas M. Gaa | tgaa@bbslaw.com |
|   | Larry W. Gabriel | nfields@bg.law |
| 20 | Gregg M. Galardi | gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com |
|   | Craig Solomon Ganz | ganzc@ballardspahr.com, hartt@ballardspahr.com |
| 21 | Jeffrey K. Garfinkle | jgarfinkle@buchalter.com |
|   | Oscar Garza | ogarza@thegarzafirm.com |
| 22 | Lisa S. Gast | lsg@dwgp.com, lmk@dwgp.com |
|   | Paul R. Gaus | pgaus@downeybrand.com |
| 23 | Duane M. Geck | dmg@severson.com |
|   | Evelina Gentry | evelina.gentry@akerman.com |
| 24 | Janet D. Gertz | jgertz@btlaw.com |
|   | Christopher Gessner | cgessner@akingump.com, NYMCO@akingump.com |
| 25 | R. Dale Ginter | dginter@downeybrand.com |
|   | Jon T. Givens | givensjt@gmail.com, cwilson@wattsguerra.com |
| 26 | Barry S. Glaser | bglaser@salvatoboufadel.com |
|   | Paul R. Glassman | pglassman@sycr.com |
| 27 | Gabriel I. Glazer | gglazer@pszjlaw.com |
|   | Gabrielle Glemann | gabrielle.glemann@stoel.com, rene.alvin@stoel.com |
| 28 | Jaime Godin | Jtouchstone@fddcm.com |

| | | |
|---|---|---|
| 1 | Matthew A. Gold | courts@argopartners.net |
| | Eric D. Goldberg | eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| 2 | Craig Goldblatt | Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com |
| | Amy L. Goldman | goldman@lbbslaw.com |
| 3 | Eric S. Goldstein | egoldstein@goodwin.com |
| | Rhonda Stewart Goldstein | Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu |
| 4 | Richard H. Golubow | rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com |
| | Michael J. Gomez | mgomez@frandzel.com, dmoore@frandzel.com |
| 5 | Eric R. Goodman | egoodman@bakerlaw.com |
| | Michael R. Goodstein | mgoodstein@baileycav.com |
| 6 | Mark A. Gorton | mgorton@boutinjones.com, cdomingo@boutinjones.com |
| | Mark A. Gorton | mgorton@boutininc.com, cdomingo@boutinjones.com |
| 7 | Michael I. Gottfried | mgottfried@elkinskalt.com, AAburto@elkinskalt.com |
| | Louis Gottlieb | Lgottlieb@labaton.com, mpenrhyn@labaton.com |
| 8 | Elizabeth Graham | egraham@gelaw.com |
| | Jason J. Granskog | jgranskog@bowlesverna.com, tohl@bowlesverna.com |
| 9 | Eric A. Grasberger | eric.grasberger@stoel.com, docketclerk@stoel.com |
| | Debra I. Grassgreen | hphan@pszjlaw.com |
| 10 | Debra I. Grassgreen | dgrassgreen@pszjlaw.com, hphan@pszjlaw.com |
| | Eric A. Gravink | eric@rhrc.net |
| 11 | Elizabeth A. Green | egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com |
| | Tracy Green | tgreen@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com |
| 12 | Alan Greenberg | agreenberg@ggtriallaw.com |
| | Mitchell B. Greenberg | mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com |
| 13 | Brian Gregory | b.gregory@veenfirm.com, EL.Team@Veenfirm.com |
| | Susan Sieger Grimm | SSieger-Grimm@brownrudnick.com, NKhalatova@brownrudnick.com |
| 14 | Matthew W. Grimshaw | matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com |
| | Stuart G. Gross | sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com |
| 15 | Carl L. Grumer | cgrumer@manatt.com, mchung@manatt.com |
| | David Matthew Guess | dguess@buchalter.com |
| 16 | Elizabeth M. Guffy | eguffy@lockelord.com, autodocket@lockelord.com |
| | Lloyd C. Guintivano | anitag@co.lake.ca.us, lloydg@co.lake.ca.us |
| 17 | Cameron M. Gulden | cameron.m.gulden@usdoj.gov |
| | Mirco J. Haag | mhaag@buchalter.com, dcyrankowski@buchalter.com |
| 18 | Laurie Hager | lhager@sussmanshank.com |
| | J. Noah Hagey | hagey@braunhagey.com, tong@braunhagey.com |
| 19 | Oren Buchanan Haker | oren.haker@stoel.com, rene.alvin@stoel.com |
| | Michael Hampson | mhampson@rksllp.com |
| 20 | Kristopher M. Hansen | dmohamed@stroock.com, mmagzamen@stroock.com |
| | Jay Harker | jharker@clausen.com, mgenova@clausen.com |
| 21 | Joseph George Harraka | jgharraka@becker.legal |
| | Adam C. Harris | adam.harris@srz.com |
| 22 | Robert G. Harris | rob@bindermalter.com |
| | Christopher H. Hart | chart@nutihart.com, nwhite@nutihart.com |
| 23 | Bryan L. Hawkins | bryan.hawkins@stoel.com, Sharon.witkin@stoel.com |
| | Jennifer C. Hayes | jhayes@fhlawllp.com |
| 24 | Geoffrey A. Heaton | gheaton@duanemorris.com, dmicros@duanemorris.com |
| | Michael C. Hefter | michael.hefter@hoganlovells.com, tracy.southwell@hoganlovells.com |
| 25 | Alaina R. Heine | alaina.heine@dechert.com, brett.stone@dechert.com |
| | Matthew Henderson | matthew.henderson@msrlegal.com, karen.wigylus@msrlegal.com |
| 26 | Samy Saad Henein | samyhenein@aol.com, mh@suppalaw.com |
| | Stephen E. Hessler, P.C. | jozette.chong@kirkland.com |
| 27 | Matthew Heyn | matthew.heyn@doj.ca.gov |
| | Sean T. Higgins | aandrews@andrewsthornton.com, shiggins@andrewsthornton.com |
| 28 | James P. Hill | hill@sullivanhill.com, bkstaff@sullivanhill.com |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

| | | |
|---|---|---|
| 1 | Morgan R. Hirst | mhirst@jonesday.com, mmelvin@jonesday.com |
| | Michael R. Hogue | hoguem@gtlaw.com, navarrom@gtlaw.com |
| 2 | David Holtzman | david.holtzman@hklaw.com |
| | Alexandra S. Horwitz | allie.horwitz@dinsmore.com |
| 3 | Marsha Houston | mhouston@reedsmith.com, hvalencia@reedsmith.com |
| | Linda Wendell Hsu | lhsu@selmanlaw.com, psmith@selmanlaw.com |
| 4 | Shane Huang | shane.huang@usdoj.gov |
| | Brian D. Huben | hubenb@ballardspahr.com, carolod@ballardspahr.com |
| 5 | Kelly L. Huey | khuey@burkeandkesslerlaw.com |
| | Christopher Hughes | chughes@nossaman.com |
| 6 | Jonathan Hughes | jane.rustice@aporter.com |
| | Edward R. Huguenin | ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com |
| 7 | Michael A. Isaacs | misaacs@rinconlawllp.com, aworthing@rinconlawllp.com |
| | Mark V. Isola | misola@brotherssmithlaw.com |
| 8 | J. Eric Ivester | Eric.Ivester@skadden.com, Andrea.Bates@skadden.com |
| | J. Eric Ivester | Andrea.Bates@skadden.com |
| 9 | Lawrence A. Jacobson | laj@cohenandjacobson.com, mcycle48@gmail.com |
| | Kizzy L. Jarashow | KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com |
| 10 | Ivan C. Jen | ivan@icjenlaw.com |
| | Amanda Jereige | AJereige@winston.com, amanda-jereige-5954@ecf.pacerpro.com |
| 11 | Monique Jewett-Brewster | mjb@hopkinscarley.com, eamaro@hopkinscarley.com |
| | James O. Johnston | jjohnston@jonesday.com |
| 12 | Chris Johnstone | chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com |
| | Andrew Jones | andrew@ajoneslaw.com |
| 13 | Gregory K. Jones | GJones@dykema.com, cacossano@dykema.com |
| | John L. Jones | JJones@chwlaw.us, JLJones2@outlook.com |
| 14 | Robert A. Julian | rjulian@bakerlaw.com, hhammonturano@bakerlaw.com |
| | George H. Kalikman | sdavenport@schnader.com |
| 15 | Roberto J. Kampfner | rkampfner@whitecase.com, mco@whitecase.com |
| | Bonnie E. Kane | bonnie@thekanelawfirm.com, skane@thekanelawfirm.com |
| 16 | Eve H. Karasik | ehk@lnbyb.com |
| | Michael G. Kasolas | trustee@kasolas.net, ecf.alert+Kasolas@titlexi.com |
| 17 | Elyssa S. Kates | ekates@bakerlaw.com |
| | Ori Katz | okatz@sheppardmullin.com, LSegura@sheppardmullin.com |
| 18 | William M. Kaufman | wkaufman@smwb.com, eschneider@smwb.com |
| | Jane G. Kearl | jkearl@watttieder.com, jbenton@watttieder.com |
| 19 | Tobias S. Keller | tkeller@kbkllp.com |
| | Lynette C. Kelly | ustpregion17.oa.ecf@usdoj.gov |
| 20 | Sarah Elisabeth Kelly-Kilgore | skellykilgore@ggtriallaw.com, dvultaggio@ggtriallaw.com |
| | Matthew K. Kelsey | mkelsey@gibsondunn.com |
| 21 | Gerald P. Kennedy | gerald.kennedy@procopio.com, kristina.terlaga@procopio.com |
| | Erica L. Kerman | ekerman@willkie.com |
| 22 | Samuel M. Kidder | skidder@ktbslaw.com |
| | Marc Kieselstein | carrie.oppenheim@kirkland.com |
| 23 | Jane Kim | jkim@kbkllp.com |
| | Mary H. Kim | Mary.Kim@dechert.com, brett.stone@dechert.com |
| 24 | Susan E. Kirkgaard | carlyn.jorgensen@bullivant.com |
| | Kody D. L. Kleber | kkleber@bakerlaw.com, dmartinez@bakerlaw.com |
| 25 | Matthew Ryan Klinger | mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com |
| | Bradley C. Knapp | bknapp@lockelord.com, Yamille.Harrison@lockelord.com |
| 26 | Kelly V. Knight | kelly.knight@srz.com |
| | Lydia Vanessa Ko | Lvko@stonelawoffice.com |
| 27 | Thomas F. Koegel | tkoegel@crowell.com |
| | Katherine Kohn | kkohn@groom.com, ashahinllari@groom.com |
| 28 | Andy S. Kong | kong.andy@arentfox.com, Yvonne.Li@arentfox.com |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

| | | |
|---|---|---|
| Anna Kordas | akordas@jonesday.com, mmelvin@jonesday.com |
| Alan W. Kornberg | akornberg@paulweiss.com |
| Bernard Kornberg | bernard.kornberg@practus.com |
| David I. Kornbluh | dkombluh@venturahersey.com, jpatterson@venturahersey.com |
| Lauren Kramer | lkramer@rjo.com |
| Marc Kramer | mkramer@rksllp.com |
| Jeffrey C. Krause | jkrause@gibsondunn.com |
| Lindsey E. Kress | lkress@lockelord.com, autodocket@lockelord.com |
| Hannah C. Kreuser | hkreuser@porterlaw.com, ooberg@porterlaw.com |
| Kevin Kroll | kkroll@kfc.law |
| Michael Thomas Krueger | michael.krueger@ndlf.com, Havilyn.lee@ndlf.com |
| Marek P. Krzyzowski | MKrzyzowski@brownrudnick.com, SCalderon@brownrudnick.com |
| Robert T. Kugler | robert.kugler@stinson.com |
| Duane Kumagai | dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com |
| Brendan M. Kunkle | bkunkle@abbeylaw.com, lmeyer@abbeylaw.com |
| Alisa C. Lacey | alisa.lacey@stinson.com, karen.graves@stinson.com |
| Timothy S. Laffredi | timothy.s.laffredi@usdoj.gov |
| Timothy S. Laffredi | timothy.s.laffredi@usdoj.gov |
| Richard A. Lapping | rich@trodellalapping.com |
| Omeed Latifi | olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com |
| John E. Lattin | jlattin@ostergar.com, cslovenec@ostergar.com |
| Paul J. Laurin | plaurin@btlaw.com, slmoore@btlaw.com |
| Michael Lauter | mlauter@sheppardmullin.com |
| Kenneth T. Law | klaw@bbslaw.com |
| Francis J. Lawall | francis.lawall@troutman.com, susan.henry@troutman.com |
| Andrew Michael Leblanc | ALeblanc@milbank.com |
| Erica Lee | Erica.Lee@doj.ca.gov |
| Scott Lee | scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com |
| Paul J. Leeds | Pleeds@fsl.law |
| Edward J. Leen | eleen@mkbllp.com |
| Lisa Lenherr | llenherr@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com |
| Matthew A. Lesnick | matt@lesnickprince.com, jmack@lesnickprince.com |
| Bryn G. Letsch | bletsch@braytonlaw.com |
| David B. Levant | david.levant@stoel.com, rene.alvin@stoel.com |
| Andrew H. Levin | alevin@wcghlaw.com |
| Emily Sarah Levin | elevin@levinlawgroupplc.com |
| David Levine | dnl@groom.com |
| Marc A. Levinson | Malevinson@orrick.com, casestream@ecf.courtdrive.com |
| Dara Levinson Silveira | dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com |
| Alexander James Demitro Lewicki | kdiemer@diemerwei.com |
| Alexander James Demitro Lewicki | alewicki@diemerwei.com |
| Lauren Lifland | lauren.lifland@wilmerhale.com, whdocketing@wilmerhale.com |
| William S. Lisa | jcaruso@nixonpeabody.com |
| William S. Lisa | wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com |
| Jonathan A. Loeb | jon.loeb@bingham.com |
| Michael B. Lubic | michael.lubic@klgates.com |
| John William Lucas | ocarpio@pszjlaw.com |
| Joseph R. Lucia | PersonalInjuryGroup@RLSlawyers.com |
| Jane Luciano | jane-luciano@comcast.net |
| Kerri Lyman | klyman@irell.com, #-FirmPSDocketing@Steptoe.com |
| John H. MacConaghy | macclaw@macbarlaw.com, smansour@macbarlaw.com; kmuller@macbarlaw.com |
| Iain A. Macdonald | imac@macfern.com, 6824376420@filings.docketbird.com |
| Malcolm A. Mackenzie | mmackenzie@coombslaw.com, vclemen@coombslaw.com |

| | | |
|---|---|---|
| 1 | Tracy L. Mainguy | tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net |
| 2 | Samuel R. Maizel | samuel.maizel@dentons.com, alicia.aguilar@dentons.com |
| | Adam Malatesta | adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com |
| 3 | Katharine Malone | malonek@gtlaw.com |
| | Liam K. Malone | malone@oles.com, shahin@oles.com |
| 4 | Michael W. Malter | michael@bindermalter.com |
| | Ankur Mandhania | amandhania@mayerbrown.com |
| 5 | Craig Margulies | cmargulies@margulies-law.com, lsalazar@margulies-law.com |
| | Geoffrey E. Marr | gemarr59@hotmail.com |
| 6 | Richard A. Marshack | rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com |
| | Catherine Martin | cmartin@simon.com, rtucker@simon.com; bankruptcy@simon.com |
| 7 | Laila Masud | lmasud@marshackhays.com, lmasud@ecf.courtdrive.com |
| | David P. Matthews | jrhoades@thematthewslawfirm.com, |
| 8 | | aharrison@thematthewslawfirm.com |
| | Patrick C. Maxcy | patrick.maxcy@snrdenton.com |
| 9 | Simon Richard Mayer | simon.mayer@lockelord.com, Rellis@lockelord.com |
| | James J. Mazza | james.mazza@skadden.com, wendy.lamanna@skadden.com |
| 10 | Benjamin P. McCallen | bmccallen@willkie.com |
| | C. Luckey McDowell | luckey.mcdowell@shearman.com |
| 11 | Matthew D. McGill | MMcGill@gibsondunn.com |
| | Melissa C. McLaughlin | mcmclaughlin@venable.com, ataylor@venable.com |
| 12 | Edward Joseph McNeilly | edward.mcneilly@hoganlovells.com, |
| | | verbon.davenport@hoganlovells.com |
| 13 | Scott H. McNutt | SMcNutt@ml-sf.com, csnell@ml-sf.com |
| | Thomas Melone | Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com |
| 14 | Peter Meringolo | peter@pmrklaw.com |
| | Frank A. Merola | lacalendar@stroock.com, mmagzamen@stroock.com |
| 15 | Jennifer L. Mersing | jennifer.mersing@stoel.com, lisa.petras@stoel.com |
| | Joshua M. Mester | jmester@jonesday.com |
| 16 | Matthew D. Metzger | belvederelegalecf@gmail.com, 8450177420@filings.docketbird.com |
| | Merle C. Meyers | mmeyers@mlg-pc.com |
| 17 | Randy Michelson | randy.michelson@michelsonlawgroup.com |
| | Gerardo Mijares-Shafai | Gerardo.Mijares-Shafai@arnoldporter.com, |
| 18 | | kenneth.anderson@arnoldporter.com |
| | Joel S. Miliband | jmiliband@brownrudnick.com |
| 19 | John W. Mills | jmills@joneswalker.com |
| | Joseph G. Minias | jminias@willkie.com |
| 20 | M. David Minnick | dminnick@pillsburylaw.com, docket@pillsburylaw.com |
| | Benjamin Mintz | benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com |
| 21 | Nancy Mitchell | nmitchell@omm.com |
| | Thomas C. Mitchell | tcmitchell@orrick.com, |
| 22 | | Dcmanagingattorneysoffice@ecf.courtdrive.com |
| | John A. Moe | john.moe@dentons.com, glenda.spratt@dentons.com |
| 23 | Aaron J. Mohamed | ajm@brereton.law, aaronmohamedlaw@gmail.com |
| | Kevin Montee | kmontee@monteeassociates.com |
| 24 | Christopher D. Moon | chris@moonlawapc.com, kevin@moonlawapc.com |
| | David W. Moon | lacalendar@stroock.com, mmagzamen@stroock.com |
| 25 | Erika L. Morabito | emorabito@foley.com, hsiagiandraughn@foley.com |
| | Candace J. Morey | cjm@cpuc.ca.gov |
| 26 | Courtney L. Morgan | morgan.courtney@pbgc.gov |
| | Richard Morin | 6863427420@filings.docketbird.com |
| 27 | Kimberly S. Morris | kmorris@bakerlaw.com, hhammonturano@bakerlaw.com |
| | Rodney Allen Morris | Rodney.Morris2@usdoj.gov |
| 28 | Joshua D. Morse | Joshua.Morse@dlapiper.com, docket@pillsburylaw.com |

| | | |
|---|---|---|
| 1 | Andrew H. Morton | andrew.morton@stoel.com, lisa.petras@stoel.com |
|   | Thomas G. Mouzes | tmouzes@boutininc.com |
| 2 | Thomas G. Mouzes | tmouzes@boutinjones.com |
|   | Peter S. Munoz | pmunoz@reedsmith.com, gsandoval@reedsmith.com |
| 3 | John Leland Murphree | LMurphree@maynardcooper.com, mshabpareh@maynardcooper.com |
|   | Bennett J. Murphy | bmurphy@bennettmurphylaw.com |
| 4 | Julie M. Murphy | jmmurphy@stradley.com |
|   | Michael S. Myers | myersm@ballardspahr.com |
| 5 | David L. Neale | dln@lnbyg.com |
|   | David Neier | dneier@winston.com |
| 6 | Brittany J. Nelson | bnelson@foley.com, hsiagiandraughn@foley.com |
|   | Michael S. Neumeister | MNeumeister@gibsondunn.com |
| 7 | Howard S. Nevins | hnevins@hsmlaw.com |
|   | Samuel A. Newman | sam.newman@sidley.com, laefilingnotice@sidley.com |
| 8 | Melissa T. Ngo | harris.melissa@pbgc.gov, efile@pbgc.gov |
|   | Mario R. Nicholas | mario.nicholas@stoel.com, ana.trask@stoel.com |
| 9 | Sean Nolan | snolan@akingump.com, NYMCO@akingump.com |
|   | Gregory C. Nuti | chart@nutihart.com, nwhite@nutihart.com |
| 10 | Eric A. Nyberg | e.nyberg@kornfieldlaw.com, g.michael@kornfieldlaw.com |
|   | Abigail O'Brient | aobrient@mintz.com, docketing@mintz.com |
| 11 | Alicia D. O'Neill | aoneill@wattsguerra.com, cwilson@wattsguerra.com |
|   | Julie E. Oelsner | joelsner@weintraub.com, bjennings@weintraub.com |
| 12 | Office of the U.S. Trustee/SF | USTPRegion17.SF.ECF@usdoj.gov |
|   | Aron M. Oliner | roliner@duanemorris.com, dmicros@duanemorris.com |
| 13 | Matthew Jon Olson | matt@macfern.com, stell.laura@dorsey.com |
|   | Scott Olson | scott.olson@bclplaw.com |
| 14 | Steven M. Olson | steve@bfolegal.com |
|   | Aram Ordubegian | Ordubegian.Aram@ArentFox.com |
| 15 | Jose Antonio Ortiz | aortiz@jhwclaw.com |
|   | Keith C. Owens | kowens@foxrothschild.com, bclark@venable.com |
| 16 | Gabriel Ozel | gabeozel@gmail.com |
|   | Amy S. Park | amy.park@skadden.com |
| 17 | Donna Taylor Parkinson | donna@parkinsonphinney.com |
|   | Peter S. Partee | ppartee@huntonak.com, candonian@huntonak.com |
| 18 | Paul J. Pascuzzi | ppascuzzi@ffwplaw.com, docket@ffwplaw.com |
|   | Kenneth Pasquale | mlaskowski@stroock.com |
| 19 | Dow Wakefield Patten | dow@forthrightlaw.com |
|   | Larry Allan Peluso | pelusolaw@gmail.com, firm@pelusolaw.net |
| 20 | Valerie Bantner Peo | vbantnerpeo@buchalter.com |
|   | Yosef Peretz | skim@peretzlaw.com |
| 21 | Christian A Pereyda | cpereyda@maynardcooper.com |
|   | Thomas R. Phinney | tom@parkinsonphinney.com |
| 22 | R. Alexander Pilmer | alexander.pilmer@kirkland.com, keith.catuara@kirkland.com |
|   | M. Ryan Pinkston | rpinkston@seyfarth.com, jmcdermott@seyfarth.com |
| 23 | Estela O. Pino | epino@epinolaw.com, rmahal@epinolaw.com |
|   | Gregory Plaskett | GREGORY.PLASKETT@GMAIL.COM |
| 24 | Mark D. Plevin | mplevin@crowell.com |
|   | Steven G. Polard | spolard@eisnerlaw.com, calendar-lao@ropers.com |
| 25 | Mark D. Poniatowski | ponlaw@ponlaw.com |
|   | Cara M. Porter | cara.porter@doj.ca.gov, rachel.patu@doj.ca.gov |
| 26 | Christopher E. Prince | cprince@lesnickprince.com |
|   | Douglas B. Provencher | dbp@provlaw.com |
| 27 | Amy C. Quartarolo | amy.quartarolo@lw.com |
|   | Lary Alan Rappaport | lrappaport@proskauer.com, PHays@proskauer.com |
| 28 | Justin E. Rawlins | justinrawlins@paulhastings.com |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

| # | Name | Email |
|---|------|-------|
| 1 | Hugh M. Ray | hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com |
|   | Paul F. Ready | smeyer@farmerandready.com |
| 2 | Caroline A. Reckler | caroline.reckler@lw.com |
|   | David M. Reeder | david@reederlaw.com, secretary@reederlaw.com |
| 3 | Scott Reents | sreents@cravath.com |
|   | Steven J. Reisman | sreisman@katten.com, nyc.bknotices@kattenlaw.com |
| 4 | Jeffrey M. Reisner | jreisner@irell.com, #-FirmPSDocketing@Steptoe.com |
|   | Jack A. Reitman | srichmond@lgbfirm.com |
| 5 | Emily P. Rich | erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net |
|   | David J. Richardson | drichardson@bakerlaw.com, aagonzalez@bakerlaw.com |
| 6 | Christopher O. Rivas | crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
|   | David B. Rivkin | drivkin@bakerlaw.com, jmeeks@bakerlaw.com |
| 7 | John R. Rizzardi | kcoselman@cairncross.com, tnguyen@cairncross.com |
|   | Daniel Robertson | robertson.daniel@pbgc.gov, efile@pbgc.gov |
| 8 | Michael Rogers | mrogers@lambertrogers.com, jan@lambertrogers.com |
|   | Lawrence M. Rolnick | lrolnick@rksllp.com |
| 9 | Christina Anne Romak | christina.romak@bakerbotts.com |
|   | Jorian L. Rose | jrose@bakerlaw.com |
| 10 | Laurence M. Rosen | lrosen@rosenlegal.com, zstanco@rosenlegal.com |
|   | Paul M. Rosenblatt | prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com |
| 11 | David A. Rosenzweig | david.rosenzweig@nortonrosefulbright.com |
| 12 | Jay M. Ross | jross@hopkinscarley.com, nsvoboda@hopkinscarley.com |
|   | Gregory A. Rougeau | grougeau@brlawsf.com |
| 13 | Jason C. Rubinstein | jrubinstein@fklaw.com, mclerk@fklaw.com |
|   | Nathan Q. Rugg | nathan.rugg@bfkn.com, jean.montgomery@bfkn.com |
| 14 | Thomas B. Rupp | trupp@kbkllp.com |
|   | Steven B. Sacks | ssacks@sackslawoffice.com |
| 15 | Eric E. Sagerman | esagerman@bakerlaw.com |
|   | Robert Sahyan | rsahyan@sheppardmullin.com, lsegura@sheppardmullin.com |
| 16 | Gregory M. Salvato | gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com |
|   | Jonathan C. Sanders | jsanders@stblaw.com |
| 17 | Nanette D. Sanders | nanette@ringstadlaw.com, becky@ringstadlaw.com |
|   | Lovee Sarenas | lovee.sarenas@dinsmore.com |
| 18 | Brandy A. Sargent | brandy.sargent@klgates.com, docketclerk@stoel.com |
|   | Patricia Savage | psavesq@gmail.com, jodi.savage@gmail.com |
| 19 | Caroline A.H. Sayers | caroline.sayers@lathropgpm.com, patricia.johnson@lathropgpm.com |
|   | Sblend A. Sblendorio | sas@hogefenton.com |
| 20 | Francis O. Scarpulla | fos@scarpullalaw.com, cpc@scarpullalaw.com |
|   | Daren M Schlecter | daren@schlecterlaw.com, info@schlecterlaw.com |
| 21 | Bradley R. Schneider | bschneider@kbkfirm.com |
|   | Harvey S. Schochet | Harveyschochet@dwt.com |
| 22 | Nathan A. Schultz | nschultzesq@gmail.com, kjarashow@goodwinlaw.com |
|   | Lisa Schweitzer | lschweitzer@cgsh.com |
| 23 | Eric J. Seiler | eseiler@fklaw.com, mclerk@fklaw.com |
|   | Jonathan A. Shapiro | JShapiro@goodwinlaw.com |
| 24 | Robin D Shofner | shofner@mobolaw.com |
|   | Leonard M. Shulman | lshulman@shbllp.com |
| 25 | Andrew I. Silfen | andrew.silfen@arentfox.com |
|   | Wayne A. Silver | w_silver@sbcglobal.net, ws@waynesilverlaw.com |
| 26 | Brandt Silver-Korn | bsilverkorn@edelson.com, docket@edelson.com |
|   | Craig S. Simon | csimon@bergerkahn.com, aketcher@bergerkahn.com |
| 27 | Gerald Singleton | gerald@slffirm.com, BKECFCANB@SLFfirm.com |
|   | Steven J. Skikos | sskikos@skikos.com, mmontoya@skikos.com |
| 28 | Michael K. Slattery | mslattery@lkfirm.com, rramirez@lkfirm.com |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

| | | |
|---|---|---|
| 1 | Dania Slim | dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com |
| | Jennifer N. Slocum | jennifer.slocum@stoel.com, docketclerk@stoel.com |
| 2 | Aaron C. Smith | asmith@lockelord.com, autodocket@lockelord.com |
| | Alan D. Smith | adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com |
| 3 | Jan D. Sokol | jdsokol@lawssl.com |
| | Daniel Solish | cocolaw@stancounty.com, solishd@stancounty.com |
| 4 | Randye B. Soref | rsoref@polsinelli.com, ccripe@polsinelli.com |
| | Joseph Sorkin | jsorkin@akingump.com, NYMCO@akingump.com |
| 5 | Michael St. James | ecf@stjames-law.com |
| | Diane C. Stanfield | diane.stanfield@alston.com, nelly.villaneda@alston.com |
| 6 | Howard J. Steinberg | steinbergh@gtlaw.com, pearsallt@gtlaw.com |
| | Harriet A. Steiner | harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com |
| 7 | Lillian G. Stenfeldt | lillian.stenfeldt@rimonlaw.com, docketing@rimonlaw.com |
| | Cheryl L. Stengel | clstengel@outlook.com, stengelcheryl40@gmail.com |
| 8 | David M. Stern | dstern@ktbslaw.com |
| | Geoffrey S. Stewart | gstewart@jonesday.com, mmelvin@jonesday.com |
| 9 | Alan J. Stone | AStone@milbank.com, DMcCracken@Milbank.com |
| | Jason D. Strabo | jstrabo@mwe.com |
| 10 | Michael H. Strub | mstrub@ggtriallaw.com, mhstrub1@gmail.com |
| | Rebecca Suarez | rsuarez@crowell.com |
| 11 | Brad T. Summers | docketing-pdx@lanepowell.com |
| | Karin Swope | kswope@cpmlegal.com |
| 12 | Kristine Theodesia Takvoryan | ktakvoryan@ckrlaw.com |
| | Kesha Tanabe | kesha@tanabelaw.com |
| 13 | Mary Ellmann Tang | mtang@frenchlyontang.com, nfears@frenchlyontang.com |
| | Dante Taylor | dtaylor@lbbklaw.com |
| 14 | Elizabeth Lee Thompson | ethompson@stites.com, docketclerk@stites.com |
| | John C. Thornton | jct@andrewsthornton.com, aandrews@andrewsthornton.com |
| 15 | Elisa Tolentino | cao.main@sanjoseca.gov |
| | Meagan S. Tom | meagan.tom@lockelord.com, autodocket@lockelord.com |
| 16 | Edward J. Tredinnick | etredinnick@foxrothschild.com |
| | Matthew J. Troy | matthew.troy@usdoj.gov |
| 17 | Rocky C. Tsai | rocky.tsai@ropesgray.com, matthew.haut@ropesgray.com |
| | Michael Tye | Michael.Tye@usdoj.gov |
| 18 | Gary D. Underdahl | gunderdahl@askllp.com, lmiskowiec@askllp.com |
| | Andrew Van Ornum | avanornum@vlmglaw.com, hchea@vlmglaw.com |
| 19 | Shmuel Vasser | shmuel.vasser@dechert.com, brett.stone@dechert.com |
| | Victor A. Vilaplana | vavilaplana@foley.com, rhurst@foley.com |
| 20 | Marta Villacorta | marta.villacorta@usdoj.gov |
| | Carol C. Villegas | cvillegas@labaton.com, NDonlon@labaton.com |
| 21 | John A. Vos | InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com |
| | Bao M. Vu | bao.vu@stoel.com, sharon.witkin@stoel.com |
| 22 | Nicholas Wagner | kschemen@wagnerjones.com, bwagner@wagnerjones.com |
| | Jonathan D. Waisnor | jwaisnor@willkie.com, mao@willkie.com |
| 23 | Rachel M. Walsh | rwalsh@goodwinlaw.com, tsutton@goodwinlaw.com |
| | Riley C. Walter | galfano@wjhattorneys.com |
| 24 | Phillip K. Wang | phillip.wang@rimonlaw.com |
| | Samuel M. Ward | sward@barrack.com, cfessia@barrack.com |
| 25 | Philip S. Warden | philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com |
| | Gregory P. Waters | gwaters@elllaw.com, gregorywatersesq@gmail.com |
| 26 | Guy L. Watts | gwatts@wattsguerra.com, cwilson@wattsguerra.com |
| | Mikal C. Watts | mcwatts@wattsguerra.com, cwilson@wattsguerra.com |
| 27 | Laura Herron Weber | lweber@sl-employmentlaw.com |
| | Lindsi M. Weber | lweber@polsinelli.com, yderac@polsinelli.com |
| 28 | Joseph M. Welch | jwelch@buchalter.com, dcyrankowski@buchalter.com |

| | | |
|---|---|---|
| 1 | Todd J. Wenzel | todd@wenzellawoffices.com |
| | Meredith Werner | meredith.werner@clydeco.us |
| 2 | David Walter Wessel | DWessel@efronlawfirm.com, hporter@chdlawyers.com |
| | Joseph West | westjoseph@earthlink.net, josephw998@gmail.com |
| 3 | Drew M. Widders | dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com |
| | Jason P. Williams | maryanne@wplgattorneys.com |
| 4 | Eric R. Wilson | kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com |
| 5 | Kimberly S. Winick | kwinick@clarktrev.com, knielsen@clarktrev.com |
| 6 | Rebecca J. Winthrop | rebecca.winthrop@nortonrosefulbright.com, diana.cardenas@nortonrosefulbright.com |
| | David Wirt | david.wirt@hklaw.com, denise.harmon@hklaw.com |
| 7 | Ryan A. Witthans | rwitthans@fhlawllp.com |
| | Keith H. Wofford | keith.wofford@ropesgray.com, nova.alindogan@ropesgray.com |
| 8 | Risa Lynn Wolf-Smith | rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com |
| | Douglas Wolfe | asm@asmcapital.com |
| 9 | Andrea Wong | wong.andrea@pbgc.gov, efile@pbgc.gov |
| | Christopher K.S. Wong | christopher.wong@afslaw.com |
| 10 | David A. Wood | dwood@marshackhays.com, lbuchanan@marshackhays.com |
| | Kirsten A. Worley | worleyk@higgslaw.com, admin@wlawcorp.com |
| 11 | Kinga Wright | kinga.wright@lockelord.com, autodocket@lockelord.com |
| | Antonio Yanez | ayanez@willkie.com |
| 12 | Cathy Yanni | cathy@cathyyanni.com, pstrunk@browngreer.com |
| | Andrew Yaphe | andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com |
| 13 | Stephanie Yee | syee@janglit.com, klockwood@janglit.com |
| | Tacie H. Yoon | tyoon@crowell.com |
| 14 | Bennett G. Young | byoung@jmbm.com, jb8@jmbm.com |
| | Eric G. Young | eyoung@dcalaw.com, Jackie@dcalaw.com |
| 15 | Nicole M. Zeiss | nzeiss@labaton.com |
| | Paul H. Zumbro | mao@cravath.com |
| 16 | Brittany Zummer | bzummer@theadlerfirm.com, nfournier@theadlerfirm.com |
| | Dario de Ghetaldi | deg@coreylaw.com, lf@coreylaw.com |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA U.S. MAIL*

| Address | Role |
|---|---|
| PG&E Corporation<br>Attn: Janet Loduca, Esq.<br>77 Beale Street<br>P.O. Box 770000<br>San Francisco, CA 94177 | **Debtor** |
| Pacific Gas and Electric Company<br>Attn: Janet Loduca, Esq.<br>77 Beale Street<br>PO Box 770000<br>San Francisco, CA 94177 | **Debtor** |
| William B. Abrams<br>2041 Stagecoach Road<br>Santa Rosa, CA 95404 | |
| Barbara Barling-Tubbs<br>1423 B Foothill Blvd.<br>Calistoga, CA 94515 | |
| Richard Lane<br>1857 Crimson Lane<br>Santa Rosa, CA 95403 | |
| Tina Reszler<br>835 Bille Road<br>Paradise, CA 95969-3273<br>[Ret'd (2x)-Unable to Forward] | |
| Tina Reszler<br>2099 Hartford Drive, Unit 1<br>Chico, CA 95928<br>treszler@hotmail.com | |
| Sattie Clark<br>P.O. Box 838<br>Redwood Valley, CA 95470<br>Email: sattieclark@gmail.com | |
| William B. Abrams<br>1519 Branch Owl Place<br>Santa Rosa, CA 95409<br>Email: end2endconsulting@gmail.com | **VIA EMAIL** |
| Tammy Spirlock<br>Email: tammyspirlock@aol.com | **VIA EMAIL** |

DATED: October 28, 2022

_Silvia Escobar_
Silvia Escobar

- 15 -
CERTIFICATE OF SERVICE