1  BROWN RUDNICK LLP
   David J. Molton (SBN 262075)
2  (DMolton@brownrudnick.com)
   Seven Times Square
3  New York, New York 10036
   Telephone:   (212) 209-4800
4  Facsimile:   (212) 209-4801

5  BROWN RUDNICK LLP
   Joel S. Miliband (SBN 077438)
6  (JMiliband@brownrudnick.com)
   2211 Michelson Drive, Seventh Floor
7  Irvine, California 92612
   Telephone:   (949) 752-7100
8  Facsimile:   (949) 252-1514

9  *Attorneys for the Fire Victim Trustee*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF HEARING ON FIRE VICTIM TRUSTEE'S OBJECTION TO MOTION TO DEEM JUSTINE LARSEN-BERNEDO'S CLAIM TIMELY**<br><br>Hearing Date:   November 30, 2022<br>Hearing Time:   10:00 a.m.<br>Place: Hearing will be conducted telephonically or by video |

PLEASE TAKE NOTICE that a hearing on the Fire Victim Trustee's Objection To Motion To Deem Justine Larsen-Bernedo's Claim Timely [Dkt. 13131], has been scheduled for November 30, 2022, at 10:00 a.m., before the Honorable Dennis Montali, United States Bankruptcy Judge.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Bankruptcy Court's *Eighth Amended General Order No. 38, In re: COVID-19 Public Health Emergency*, effective December 1, 2021, and until otherwise Order, **all hearings shall be conducted by video or teleconference. The courtroom will be closed.** All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

DATED: Ocotber 28, 2022     BROWN RUDNICK LLP

By: */s/ David J. Molton*
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

and

Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

*Attorneys for the Fire Victim Trustee*

2