# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
| **Reorganized Debtors.** | **(Jointly Administered)** |

## <u>CERTIFICATE OF SERVICE</u>

I, Liz Santodomingo, do declare and state as follows:

1.     I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2.     On October 20, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Notice Parties Service List attached hereto **Exhibit A**:

- Notice of Interlocutory Appeal; Motion for Leave to Appeal [Docket No. 13084]

3.     I have reviewed the Notices of Electronic Filing (NEF) for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4.     I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Executed this 25th day of October 2022, at New York, NY.

_/s/ Liz Santodomingo_
Liz Santodomingo

# **Exhibit A**

Exhibit A
Affected Claimant Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| KELLER BENVENUTTI KIM, LLP | Attn: Tobias S. Keller, Jane Kim, Peter J. Benvenutti | 650 California St., #1900 | San Francisco | CA | 94108 |
| Office of the U.S. Trustee / SF | Phillip J. Burton Federal Building | 450 Golden Gate Ave. 5th Fl., #05-0153 | San Francisco | CA | 94102 |
| Ricky-Dean Horton | 751 Rosemary Court | | Fairfield | CA | 94533 |
| WEIL, GOTSHAL & MANGES LLP | Attn: Stephen Karotkin, Ray C. Schrock, P.C., Jessica Liou, Theodore E. Tsekerides | 767 Fifth Ave. | New York | NY | 10153-0119 |