

Signed and Filed: November 2, 2022

_____

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  BROWN RUDNICK LLP
David J. Molton (SBN 262075)
2  (DMolton@brownrudnick.com)
Seven Times Square
3  New York, New York 10036
Telephone:     (212) 209-4800
4  Facsimile:     (212) 209-4801

5  BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
6  (JMiliband@brownrudnick.com)
2211 Michelson Drive, Seventh Floor
7  Irvine, California 92612
Telephone:     (949) 752-7100
8  Facsimile:     (949) 252-1514

9  *Attorneys for Fire Victim Trustee*

10

**UNITED STATES BANKRUPTCY COURT**
11
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**
12

13  In re:

14  **PG&E CORPORATION,**

15              **- and –**

16  **PACIFIC GAS AND ELECTRIC COMPANY,**

17              **Debtors.**

18

19  ☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
20  ☑ Affects both Debtors

21

22  *\* All papers shall be filed in the Lead Case,*
*No. 19-30088 (DM).*

23

Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**ORDER GRANTING
CONSOLIDATED MOTIONS TO
DEEM LATE-FILED CLAIMS
TIMELY FOR THE PURPOSE OF
CLAIM ADMINISTRATION BY
THE FIRE VICTIM TRUST**

*Relates to Docket Numbers 13022
and 13026*

24

25

26

27

28

The Court having considered the *Second Consolidated Motion to Allow/Deem Timely Late Filing of Claimants, and Memorandum of Points and Authorities and Declaration of Peter Simon in Support Thereof* [Dkt. 13022] and the *Second Consolidated Motion to Allow/Deem Timely Late Filing of Claimants, and Memorandum of Points and Authorities and Declaration of Robert M. Bone in Support Thereof* [Dkt. 13026] (Dockets 13022 and 13026 together, the "**Motions**") in which claimants listed on **Exhibit 1** hereto assert that they should be permitted to file late claims for damages allegedly sustained as a result of a Fire (the "**Asserted Fire Victim Claims**"), and the Fire Victim Trust not having objected to the Motions, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The proofs of claim listed in **<u>Exhibit 1</u>** hereto (the "**Proofs of Claim**") are deemed timely filed for the purpose of allowing the Trust to administer the **Asserted Fire Victim Claims**.

2. The Proofs of Claims and the Asserted Fire Victim Claims shall for all purposes be treated and classified as Fire Victim Claims under the Plan, and shall be fully assumed by, and the sole responsibility of, the Fire Victim Trust and subject to the Channeling Injunction, to be administered, processed, settled, disallowed, resolved, liquidated, satisfied, and/or paid in accordance with the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures. Movants shall have no further recourse against the Debtors or Reorganized Debtors, as applicable, with respect to the Proofs of Claim or the Asserted Fire Victim Claims.

3. Nothing herein shall be construed to be a waiver by the Fire Victim Trust of any right to object to the Asserted Fire Victim Claims or the Proofs of Claim on any grounds other than the untimely filing thereof.

4. This Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

*** END OF ORDER ***

Case: 19-30088    Doc# 13150    Filed: 11/02/22    Entered: 11/02/22 15:38:22    Page 2 of 25

Dated: November 1, 2022

BROWN RUDNICK LLP

*/s/ David J. Molton*

David J. Molton

*Attorneys for Fire Victim Trustee*

# **EXHIBIT 1**

LIST OF PROOFS OF CLAIM AND CLAIMANTS

4

| DATE POC FILED | POC NUMBER | CLAIMANT(S) |
|---|---|---|
| 9-23-2002 | 109236 | Michael Fynan |
| 9-22-2022 | 109114 | Kelly Suacci, Tyler Suacci, Kaylin Suacci, and Dylan Suacci |
| 9-21-2022 | 109098 | Michael Garcia, Colleeen Garcia, Abigail Garcia, Annalese Garcia, Wendell LeMond, Jared Garcia, Elizabeth Garcia, Alexa LeMond, Elias LeMond, and Cecilia LeMond |
| 10-21-2019 | 76232 | Susan Jean Matoes |
| 10-21-2019 | 81846 | Frank Anthony Matoes |
| 10-21-2019 | 79297 | Brett Cameron Matoes |
| 9-26-2022 | 109239 | John Aitchison |
| 9-22-2022 | 109204 | Nicolas Matteoli |
| 9-22-2022 | 109229 | Tyler Fiske |
| 9-23-2022 | 109238 | Kayla Lui |
| 9-26-2022 | 109477 | Michael Burneson and Sue Burneson |
| 9-16-2022 | 108961 | Jessica Leduc and Jesus Leduc-Figueroa |
| 9-27-2022 | 109343 | Diane Trembley and Harry Trembley |
| 9-27-2022 | 109298 | Colin Chambers and Samantha Chambers |
| 9-27-2022 | 109289 | Christopher Flores |
| 9-27-2022 | 109345 | Spencer Ball, Jennifer Ball, Parker Ball, Mason Ball, Teresa Vail, Barrett Ball, Callen Ball, and Oliver Ball |
| 9-26-2022 <br> *10-21-2019* | 109239 <br> *Amends* <br> *85884* | Kaylen Aitchison and Sean Marciel |
| 9-27-2022 | 109529 | Ross Cole, Jr., Jenny Cole, Corinne Cole, Jamis Cole, Suzette Cole, and Giuseppe Cole |
| 9-27-2022 | 109508 | Cynthia Haywood and Robert Haywood |
| 9-28-2022 | 109403 | Alan Turner, Kristen McCormick, Travis Turner, and Annalise Turner |
| 9-28-2022 | 109373 | Victor Prochazka and Elizabeth Prochazka |
| 9-28-2022 | 109623 | Robert Ricker and Karin Ricker |
| 9-28-2022 | 109408 | Ryan Frenzel |
| 9-26-2022 | 109266 | Laura Beyers |
| 9-26-2022 | 109280 | Melinda Altenberg, Gary Altenberg, Matthew Altenberg, and James Altenberg |
| 9-28-2022 | 109604 | Patrick Bernd, co-representative of the Estate of Judith Bernd |
| 9-28-2022 | 109562 | Michael Bernd and Tammi Bernd |
| 9-28-2022 | 109560 | Matthew Bernd, Stacey Bernd, and Preston Bernd |
| 9-28-2022 | 109495 | Gary Tennyson, Dena Tennyson, Carlo Tennyson, and Gino Tennyson |
| 9-28-2022 | 109531 | Amy Werle, Stella Werle, and Jack Werle |
| 9-28-2022 | 109523 | Fred Maxwell, Valeria Baldovino, and Mia Maxwell |
| 9-28-2022 | 109524 | Kiley Stewart, Sarah Stewart, Russell Stewart, Titus Stewart, and Payton Stewart |
| 9-28-2022 | 109497 | Oliva Purugganan, Estate Representative for Roy Purugganan |
| 8-6-2019 | 5615 | Kenneth Sousa, Elizabeth Sousa, Cody Sousa, and Chad Sousa |

5

| DATE POC FILED | POC NUMBER | CLAIMANT(S) |
|---|---|---|
| 9-1-2022 | 108891 | Mario Rivera Scott, Liliana Rivera Scott, Dayanara Rivera Scott, Stacey de Rivera Scott, and Xochitle Rivera |
| 9-1-2022 | 108892 | Sonjia Spector, Matthew Spector, Joseph Spector, Jacob Spector |
| 9-1-2022 | 108893 | Sharon Westphal |
| 9-1-2022 | 108884 | Charles L. Foehl, Beth Foehl, Shannon Foehl |
| 9-1-2022 | 108889 | Justin Ayala and Jovanna Ayala |
| 9-6-2022 | 108888 | Anthony Louis Schapero and Lilian Maria Schapero |
| 9-6-2022 *9-18-2022* | 108887 *108981 Duplicates* | Heidi Klyn |
| 9-7-2022 | 108899 | Donna Connell and James Connell |
| 9-7-2022 | 108897 | Richard Gary Wong and Bobbie Linn Wong |
| 9-7-2022 | 108896 | Sarah Suzanne Haberthur, Anthony Michael Haberthur, Aiden Patrick Haberthur, and Bryden Duke Haberthur |
| 9-7-2022 | 108900 | Irina Franz, Bryan Franz, and Catrina Franz |
| 9-7-2022 | 108902 | Luis Marron, Karla Marron, Louis Marron, Jesse Marron |
| 9-12-2022 *9-7-2022* | 108924 *Amends 108903* | Maria Nicolasa Marron, Martin Marron, Marcos Antonio Marron, and Martin Marron, Jr |
| 9-7-2022 | 108901 | Cindy Romero, Jorge Romero, and Mia Calderon |
| 9-7-2022 | 108904 | Elizabeth H. Etheridge |
| 9-27-2022 | 109264 | Anne J. Etheridge |
| 9-7-2022 | 108915 | Karen E. Etheridge and Elihu Smith |
| 9-7-2022 | 108917 | Raul Gonzalez, Irene Ceja, and Jaime Garcia |
| 9-7-2022 | 108914 | Michael Gilbert Woodd, Olivia Hope Purugganan, Joseph Christopher Purugganan, Michael Steven Purugganan Woodd, and Zachary Noah Purugganan |
| 9-7-2022 | 108916 | Patricia Ryan |
| 9-7-2022 *8-13-2022* | 108919 *Amends 6882* | Raymond P. Haverson and Marie Haverson |
| 9-7-2022 | 108898 | MaryAnne Cesario and Salvatore Joseph Cesario |
| 9-7-2022 | 108918 | Kelly Ann Mohr, Guy Stephen Mohr, Riley William Mohr, and Katherine Ann Mohr |
| 9-7-2022 | 108923 | Angelica Gonzalez, Agapito Gonzalez, Maria Gonzalez, and Diego Tejeda |
| 9-8-2022 | 108934 | Kelley Aboudara, Holden Aboudara, and Griffen Aboudara |
| 9-8-2022 | 108929 | Ari Hauptman, Lisa Hauptman, Samuel Carlos Hauptman, and Jack Henry Hauptman |
| 9-8-2022 | 108926 | Fernando Marron, Maribel Marron, Jaylene Marie Marron, Fernando Marron, Jr., and Thomas Gabriel Marron |
| 9-8-2022 | 108912 | John Richard Daly, Kelly Jeanne Daly, and Jake Daly |
| 9-8-2022 | 108927 | Dermot Michael Gilmartin and Janene Cronyn Gilmartin |
| 9-8-2022 | 108931 | Eric Shane Bendyk, Michelle Clark Bendyk, Eric Cole Bendyk, and Evan Tyler Bendyk |
| 9-8-2022 | 108913 | Ana Patricia Rodezno, Patricia Mercedes Solano, and Ella Marron |

6

| DATE POC FILED | POC NUMBER | CLAIMANT(S) |
|---|---|---|
| 9-8-2022 | 108930 | Fredrika Schwaber-Gross, Brian P. Gross, Sophia M. Pettid, Thomas Pettid, III |
| 9-8-2022 | 108911 | Jorge Valencia, Gabriela Arteaga, Fabian Valencia, and Valeria Valencia |
| 9-8-2022 | 108910 | Cristina Gonzalez, Lucas Marquez-Gonzalez, and Dante Marquez |
| 9-8-2022 | 108909 | Wanda Lynn Schwartz and Stephen Craig Schwartz |
| 9-8-2022 | 108958 | Joy Bellomo and Carol Pence |
| 9-9-2022 | 108921 | Jane Catelani Howard, Gary Alan Howard, and Maxine Maria Howard |
| 9-9-2022 | 108906 | Eileen A. Beltrano and Nick L. Beltrano |
| 9-9-2022 | 108907 | Barbara Blair and Suzanne Dougherty |
| 9-9-2022 | 108928 | Guadalupe Valencia, Luciano Guillen, Magdalena Valencia, Jose A. Flores Valencia, Christina N. Belik, Gianni Flores, and Kamila Flores |
| 9-9-2022 | 108925 | Angelo John Catelani, Danielle Howard Gesualdo, Michael Gesualdo, and Ona Teresa Marie Gesualdo |
| 9-9-2022 | 108920 | David Alton and Janine Alton |
| 9-9-2022 | 108933 | Alvaro Valencia, Esbeda Martinez- Valencia, Alvaro Valencia, Jr., Kimberly Valencia, Alan Valencia, Logan Valencia, Diego Valencia, and Diana Valencia |
| 9-9-2022 | 108905 | Ronald Charlton |
| 9-9-2022 | 108922 | Sharon Charlton |
| 9-13-2022 | 108940 | William Browning, Meghan Browning, Bailey Browning, Lucas Browning, and Evalynn Browning |
| 9-27-2022 *9-13-2022* | 109270 *Amends 108941* | Jovita Rodriguez, Victor M. Rodriguez, Crystal Rodriguez, Giselle Guzman, Milan Guzman, Christian Rodriguez, Rubi I. Rodriguez, Andrea N. Rodriguez, Edwin Guzman |
| 9-13-2022 | 108946 | Elizabeth M. Lehrer, Erik S. Lehrer, and Devin E. Lehrer |
| 9-13-2022 | 108942 | Yarrow Bernhardt, Cheryl Bernhardt, Jacob Bernhardt, and Gabby Bernhard |
| 9-13-2022 | 108943 | Susana Gonzales and Omar Diaz |
| 9-13-2022 | 108945 | Rosa Mendoza de Gonzales, Jesus Gonzales, Vicente Gonzales, and Alejandra Gonzales |
| 9-13-2022 | 108944 | Rosa Lopez and Reuben Lopez |
| 9-14-2022 | 108957 | Martha Leticia Valencia, Mario Vigil, Abril Valencia, and Luis Valencia |
| 9-12-2022 | 108939 | Teresa Emory, Larry Emory, and Matt Emory |
| 9-14-2022 | 108949 | Kimberley Fitts and Douglas Fitts |
| 9-14-2022 | 108948 | Jonathan Hayden and Osha Hayden |
| 9-14-2022 | 108947 | Matthew Gilster and Lana Gilster (fka Lana Marquardt) |
| 9-15-2022 | 108956 | Erick Alejandro Madrigal |
| 9-14-2022 | 108955 | Fred Scheunert and Lynn Scheunert |
| 9-14-2022 | 108954 *Amends 80971* | Toraj Soltani, Lisa Morgan Soltani, Tatum Storm Soltani, and Devon Shea Soltani |
| 9-15-2022 | 108953 | Angelia Caster, John Caster, Mason Caster, and Dalyn Grenier-Phillips |

7

| DATE POC FILED | POC NUMBER | CLAIMANT(S) |
|---|---|---|
| 9-15-2022 | 108966 | Scott McIntosh, Terah McIntosh, Riley McIntosh, Regan McIntosh, Cooper McIntosh, and Sydney McIntosh |
| 9-15-2022 | 108952 | Eric Lynn, Stephanie Lynn, Gary Lynn, Mackenzie Lynn, Alexa Lynn, Riley Lynn, Jayden Lynn, and Brady Lynn |
| 9-15-2022 | 108964 | Todd Michael Buonaccorsi, Irene Wai-Ling Buonaccorsi, Sawyer Gein-Wei Buonaccorsi, Sydney Mei-Lan Buonaccorsi, and Dylan Mei-Yee Buonaccorsi |
| 9-15-2022 | 108965 | Jasmine Jackson, Lane Jackson, Jada Jackson, and Fineous Jackson |
| 9-15-2022 | 108963 | Richard Alan Brandt, Andrea Marie Lombardi Brandt, Adrianna Rose Marie Brandt, and Zachary Gerald Michael Brandt |
| 9-15-2022 | 108962 | James Shean and Ephtali Boke |
| 9-15-2022 | 108959 | Amanda Siler (fka Amanda Malm), Kylie Jacqueline Malm, and Ryan Allen Malm |
| 9-15-2022 | 108951 | Melissa Jason Feiwell, Robert Feiwell, Ethan Ike, and Serena Feiwell |
| 9-15-2022 | 108950 | Alex Ike |
| 9-16-2022 | 108971 | Mark Andrew Simpson and Sheryl Lynn Simpson |
| 9-16-2022 | 108974 | Craig Ruggels, Catherine Ruggels, Landon Ruggels, Olivia Ruggels |
| 9-16-2022 | 108972 | Karie Seliga and Jamie Seliga |
| 9-16-2022 | 108978 | Joan Seliga |
| 9-16-2022 | 108985 | Michelle Cella and Steve Cella |
| 9-16-2022 | 108986 | Jennifer Esperante, Cameron Gunter, Austin Gunter, and Andrew Gunter |
| 9-16-2022 | 108987 | Aaron Frisbie, Grace Frisbie, Magnolia Frisbie, and Jameson Frisbie |
| 9-16-2022 | 108988 | Tony Miller, Elizabeth Miller, Johanna Miller, and Carli Miller |
| 9-16-2022 | 108973 | Glenn McElderry, Monet McElderry, and Jake McElderry |
| 9-16-2022 | 108969 | Deanna Olivarez, Ryder Olivarez, Triton Olivarez, and Harli Olivarez |
| 9-16-2022 | 108989 | Mel Fox |
| 9-16-2022 | 108990 | Joshua David Ludtke, Jillian Nancy Ludtke, and Lars David Ludtke |
| 9-18-2022 | 108992 | Natalie Gordon, John Gordon, Joshua Gordon, and James Gordon |
| 9-18-2022 | 108977 | Robert Shriver Lombardi and Donna June Lombardi |
| 9-18-2022 | 108993 | Gayle Suits, Ron Suits, and Ari Suits |
| 9-18-2022 | 108983 | Lynn Rae Recchia |
| 9-18-2022 *10-21-2019* | 108976 *Amends 71777* | James Byrne |
| 9-18-2022 *10-7-2019* | 108994 *Amends 54533* | Judy M. Morris |
| 9-18-2022 | 108995 | Judy Lopes and Jeff Lopes |

8

| DATE POC FILED | POC NUMBER | CLAIMANT(S) |
|---|---|---|
| 9-18-2022 | 108996 | Glenna Yee and Gerhard Rossbach |
| 9-18-2022 | 108979 | Roy Davis Meyer and Pamela Jill Wilsey |
| 9-18-2022 | 108997 | Gina Lacy, Morgan Vendrick, Morgan Lacy, and Skyler Lacy |
| 9-18-2022 | 108998 | Gabriela Vannier and Gabriel Hebert |
| 9-18-2022 | 108999 | Paula Scull |
| 9-18-2022 | 109001 | Kane Frederick Lack, Patricia Tucker Lack, Alexandra Kristine Lack, Summer Ivy Lack, Drew Jonathan Lack, and Leilani Ophelia Ames |
| 9-18-2022 | 109002 | Randall Fuller and Lena Fuller |
| 9-18-2022 | 109003 | Bonnie B. Dunn and Ronald G. Manning |
| 9-18-2022 | 108982 | Jeffrey A. Mallan, Tanya K. Mallan, Jonathan A. Mallan, Luke A. Mallan, and Natasha A. Mallan |
| 9-19-2022 | 108980 | Robyn LaMantia |
| 9-19-2022 | 109005 | Linda Currie, James Currie, Jacob Currie, and Cody Hicks |
| 6-18-2022 | 108532 | Gabriel Guberman |
| 6-30-2022 | 108621 | David Alan Guberman and Ana Claudia Guberman |
| 6-30-2022 | 108686 | Tatiana Guberman |
| 6-19-2022 | 109006 | Douglas Chance |
| 9-19-2022 | 109008 | Richard Thomas Mejia, Susan Maureen Mejia, and Jack Bert Perkins |
| 9-19-2022 | 109012 | Kristina Schulze Torres and Deric Torres |
| 9-19-2022 | 109014 | Rodolfo Vazquez Garcia, Zuleyma Cabrera Garcia, Maricela Garcia, Xitaly Garcia, Kimberly Garcia, and Luis Angel Vazquez |
| 9-19-2022 *10-21-2019* | 109004 *Amends 64762* | Miranda London and Rion Gronberg |
| 9-19-2022 *8-12-2019* | 109015 *Amends 6685* | David Innerdale Coar and Cecile Yvonne Coar |
| 6-19-2022 | 109007 | Paul Rowan |
| 9-19-2022 | 109017 | Choissette Colet, Damian Kayed, and Domenic Kayed |
| 9-19-2022 | 109018 | Asha Pasad and Lala Prasad |
| 9-19-2022 | 109019 | Maria Trinidad Suarez Vazquez |
| 9-19-2022 | 109009 | David Chappell, Kathleen Chappell, and Shannon Caldwell |
| 9-19-2022 | 109020 | Andrea Lemus |
| 9-19-2022 | 109011 | Anna Hoang, Phat Hoang, Qiu Mach, Sophie Nguyen, Kayla Nguyen, and Henry Nguyen |
| 9-19-2022 | 109021 | Analicia Miller Sanchez |
| 9-19-2022 | 109022 | Richard Love, Michi Love, Lanastacia E. Love, and Sabrina S. Love |
| 9-19-2022 | 109013 | Sadie Novotny and Greyson Thornhill |
| 9-19-2022 | 109023 | John Semans, Amy Semans, Lauren Semans, and Emily Semans |
| 9-19-2022 | 109025 | Alejandra Franco, Gabriel Prejean, Emilee Prejean, Josiah Franco, and Rebekah Franco |
| 9-19-2022 | 109026 | Alan Duncan and Jennifer McAllister |

9

| DATE POC FILED | POC NUMBER | CLAIMANT(S) |
|---|---|---|
| 9-19-2022 | 109030 | Timothy Gallagher, Gayle Gallagher, Emi Gallagher, and Gwen Gallagher |
| 9-19-2022 | 109032 | George Hsu, Chunga Becky Hsu, Olivia Cody Hsu, and Caroline Samantha Hsu |
| 9-19-2022 | 109024 | Jan VarnBuhler and Laurel VarnBuhler |
| 9-19-2022 | 109027 | Donna Murgatroyd, James Murgatroyd, Justice Brady, and Christopher Myers |
| 9-19-2022 | 109028 | Peter Hardy and Cathy Hardy |
| 9-19-2022 | 109029 | Ken Heinzel and Inese Heinzel |
| 9-19-2022 | 109033 | Susan Simmons and James Simmons |
| 9-19-2022 *12-12-2019* | 109034 *Amends 95752* | Yvonne Spencer, Gregory Lucchesi, Jeanita Jennings, and Justin Jennings |
| 9-19-2022 | 109035 | Voung Le, Ha Tran, Jennifer Le, Tiffany Le, Jessica Le, and Kevin Le |
| 9-19-2022 | 109036 | Anthony Hoang, Xiu Ying Li, Eric Hoang, Ethan Hoang, Esmond Hoang, and Evelyn Hoang |
| 9-19-2022 *10-9-2019* | 109037 *Amends 55174* | Quyen Hoang, Douglas Chiu, Alaina Chiu, and Jonathan Chiu |
| 9-19-2022 | 109016 | Marcel Alexis Garcia, Amy Marie Garcia, Andre Charles Garcia and Madeline Antoinette Garcia |
| 9-19-2022 | 109039 | Nancy Ferrick and Reed Ferrick |
| 9-19-2022 | 109038 | Florence Boxerman |
| 9-19-2022 | 109041 | Toni R. Olibas, Tony Olibas, and Stephen Olibas |
| 9-19-2022 | 109040 | Thomas Scott Lane, Robin Hughes Lane, Brandon Hughes, and Cameron Lane |
| 9-19-2022 | 109043 | Bryan Simning, Jennifer Simning, Hunter Simning, Blake Simning, and Paige Simning |
| 9-27-2022 | 109256 | Jason Almirol, Sidra Burns, Samantha Almirol, and Dylan-Jacob Almirol |
| 9-19-2022 | 109044 | David Burns and Nancy Burns |
| 9-19-2022 | 109045 | Ryan Fox |
| 9-19-2022 | 109046 | Dawn Renee Salez, Lyle Albert Salez, III, and Hailey Nichole King |
| 9-19-2022 | 109031 | Joel Kriner, Lana Kriner, Vincent Kriner, Mattea Kriner, and Aria Kriner |
| 9-19-2022 | 109047 | Christopher Scott Dahl, Darcie Lea Dahl, Ella Jean Dahl, Levi Devincenzi Dahl, and Ethan Scott Dahl |
| 9-21-2022 | 109105 | Susan Chauncy, Kathryn Vormelker, and Clayton Macdonald |
| 9-20-2022 | 109048 | Sara Mae Washburn, Jacob Benjamin Hoop, and Damon Hoop |
| 9-21-2022 | 109103 | Judith Sittner and Riley Sittner |
| 9-27-2022 | 109253 | Lan Nguyen, Dat Bui, Julie Bui, and Eli Bui |
| 9-20-2022 | 109094 | Tin Ly, Phu Ly, and Thanh Luu |
| 9-20-2022 | 109059 | John Campbell and Sue Campbell |
| 9-20-2022 | 109058 | Roger Engle and Cheryl Engle |
| 9-20-2022 | 109057 | Steve Groubert and Manuela Groubert |

Case: 19-30088    Doc# 13150    Filed: 11/02/22    Entered: 11/02/22 15:38:22    Page 10 of 25

| DATE POC FILED | POC NUMBER | CLAIMANT(S) |
|---|---|---|
| 9-20-2022 | 109056 | Cid Baladeh and Akhtar Sandozi |
| 9-20-2022 | 109055 | Patricia Crowley and Susan Kahue |
| 9-20-2022 | 109054 | Michael Danty and Sheila Lichirie |
| 9-20-2022 | 109053 | Linda Hess |
| 9-20-2022 | 109052 | Michael Pine, Chi Pine, Joshua Pine, Sierra Pine, and Jason Pine |
| 9-20-2022 | 109051 | Kathryn Cirksena |
| 9-20-2022 | 109050 | Kathryn Sarlandt and Kevin Sarlandt |
| 9-20-2022 | 109075 | Candace Van Meter and Robert Reguera |
| 9-20-2022 | 109076 | Sherry Balletto |
| 9-20-2022 | 109079 | Kathleen Tindle |
| 9-20-2022 | 109073 | Maureen Schwartz |
| 9-20-2022 | 109072 | Alan Scott and Denise Scott |
| 9-20-2022 | 109071 | Lois Smith and Walter Smith |
| 9-20-2022 | 109070 | Kimber Patterson and Ken Heyman |
| 9-20-2022 | 109069 | Catherine Cousart |
| 9-20-2022 | 109065 | Angela Carvalho, Duane Carvalho, Adam Carvalho, Siena Carvalho, and Jack Carvalho |
| 9-21-2022 *9-20-2022* | 109077 *Duplicates 109064* | Ruth Layne Loaiza, Sara Loaiza, and Edilberto Loaiza |
| 9-20-2022 | 109063 | Stephanie Cossey and Michael Cossey |
| 9-21-2022 *6-26-2022* | 109062 *Amends 108571* | Monique Sexton, Dean Sexton, Jerome Grayson, Aniyah Grayson, and Noah Tawney |
| 9-21-2022 | 109066 | Ann Stashak-Melton and Gary Daniel Melton |
| 9-21-2022 | 109068 | Bill Wrightson and Stephanie Wrightson |
| 9-21-2022 | 109067 | Kevin Farrell and Kim Farrell |
| 9-21-2022 | 109080 | Kati Moncada |
| 9-21-2022 | 109074 | Kevin Conant and Nichelle Conant |
| 9-27-2022 | 109282 | Kenneth R. Beck and Suzanne Beck |
| 9-21-2022 | 109082 | Sydney Ignatius Warnert |
| 9-21-2022 | 109078 | Cassie Conners Lallo, Justin Paul Lallo, Vivian Ann Lallo, and Lauren Elena Lallo |
| 9-21-2022 | 109084 | Patrick Fuss and Susan Andrek |
| 9-21-2022 | 109083 | Karen Bergeron and Jeff Bergeron |
| 9-21-2022 | 109086 | Nancy Skinner |
| 9-21-2022 | 109107 | Robert Sleigh, Miriam Jean Blois-Sleigh, and Robert E.S. Sleigh |
| 9-21-2022 | 109106 | Stuart Nixon and Robin Nixon |
| 9-21-2022 | 109104 | Barbara Croteau |
| 9-21-2022 | 109102 | John Meserve and Denise Paup |
| 9-21-2022 | 109101 | Merton Smith and Betsy Smith |
| 9-21-2022 | 109100 | Alicia Virtue |
| 9-21-2022 | 109099 | Bruce Hill and Kim Taddei |
| 9-21-2022 | 109097 | Marna Hill and Richard Hill |
| 9-21-2022 | 109095 | Fred Polkinghorn and Claudette Brero-Gow |
| 9-21-2022 | 109096 | Cindi Clemence and Jeff Clemence |

11

| DATE POC FILED | POC NUMBER | CLAIMANT(S) |
|---|---|---|
| 9-21-2022 | 109089 | Jamie Hoyer and Kris Hoyer |
| 9-21-2022 | 109088 | Linda Bornstein and Dan Bornstein |
| 9-21-2022 | 109087 | Patti Perez and Louie Perez |
| 9-21-2022 | 109094 | Tim Metzger and Jill Metzger |
| 9-21-2022 | 109093 | Alex Vayn and Irina Vayn |
| 9-21-2022 | 109092 | Sarah Phelps, Thaddaeus Phelps, and Emmitt Phelps |
| 9-22-2022 | 109125 | Judy Walters |
| 9-22-2022 | 109133 | Mark Henschel, Adriana Henschel, Gabriel Henschel, Joseph Henschel, and Kai Addington |
| 9-21-2022 | 109090 | Kelly Gilligan, Stacey Gilligan, Connor Gilligan, and Brenna Gilligan |
| 9-21-2022 | 109128 | Marc Woodworth and Merron Golden |
| 9-21-2022 | 109132 | Molly Cruit, Conor McDonald, and Penny McDonald |
| 9-22-2022 | 109111 | Margaret Michelle Cambra and Hugh B. Cambra |
| 9-22-2022 | 109138 | Brittany Jo Green, Nicholas Daniel Green, and Madison Jo Green |
| 9-22-2022 | 109126 | Jenna Holthouse Coffey, ChloeAnne Grace Coffey, and Bryce Erickson Coffey |
| 9-22-2022 | 109110 | Barbara Goodman |
| 9-22-2022 | 109136 | Jay R. Jensen, Jennifer C. Traver, and Travis R. Jensen |
| 9-22-2022 *12-31-2019* | 109127 *Amends 96306* | Keith Alan Boxerman, Marsha Boxerman, and Hannah Rose Boxerman |
| 9-22-2022 | 109091 | Rebecca Olibas, Brandon Olibas, Christine Olibas, Mary Varela, and Antonioa Varela |
| 9-22-2022 | 109122 | Payton Fedrick and Vanessa Gallagher |
| 9-22-2022 | 109112 | Chelsea Cheri Porter |
| 9-22-2022 | 109115 | Maatiana Ahmed |
| 9-22-2022 | 109116 | Mark Picano, Diego Picano, Gabriella Picano, and Analicia Guittierez |
| 9-22-2022 | 109135 | Dolores Irene Johnson |
| 9-22-2022 | 109141 | Levi Lloyd, Karona Kincaide-Dallas, Dominique Lloyd, Alexis Lloyd, and Bobby Dallas |
| 9-22-2022 | 109113 | Christina Vasques |
| 9-22-2022 | 109139 | Sean Kaslar, Hayley Johnson Kaslar, Cydney Kaslar, and Billie Kaslar |
| 9-22-2022 | 109162 | Danielle Rees [*misspelled as Danielle Reed on POC*] |
| 9-22-2022 | 109124 | Julia Ann Garagliano |
| 9-22-2022 | 109146 | Justin Parvin, Gabrielle Johanna Heerema, and Aubrey Holland Parvin |
| 9-22-2022 | 109172 | Noemi Ornelas, Julian Benjamin Guzman, Julius Joaquin Guzman, and Mia Nevaeh Guzman |
| 9-22-2022 | 109205 | Kimberly Rae Ecklund, Brian Lee Ecklund, Mackenzie Rae Ecklund, Connor Lee Ecklund, and Austin Paul Ecklund |
| 9-22-2022 | 109140 | Cathy Lee Olsen |
| 9-22-2022 | 109108 | Alivia Alvarez |

| DATE POC FILED | POC NUMBER | CLAIMANT(S) |
|---|---|---|
| 9-22-2022 | 109109 | Tony Pedrazzini, Melinda Pedrazzini, Nicholas Pedrazzini, and Drew Pedrazzini |
| 9-22-2022 | 109119 | Shawn Mulligan, Allison Mulligan, Elizabeth Mulligan, and Martina Mulligan |
| 9-22-2022 | 109120 | Jaime Robledo and Alejandro Mateo Robledo Martine |
| 9-22-2022 | 109134 | Kathy Buskirk, Maynard Buskirk, and Rosanna Doherty |
| 9-22-2022 | 109220 | Joy Brooner and Jaiden Brooner |
| 9-22-2022 | 109144 | Kimberly Denno, Emma Denno, and Wyatt Denno |
| 9-22-2022 | 109137 | Paul David Taylor, Anamaria Taylor, Eliana Noelle Taylor, Elisha Geronimo Taylor, Levi Hawk Taylor, and Norah June Taylor. |
| 9-22-2022 | 109143 | Rigoberto Sotelo Ortiz, Erendira Contreras Medina, and Luis Angel Sotelo Contreras |
| 9-22-2022 | 109621 | William Rhett Marzett and Shawna M. Marzett |
| 9-22-2022 | 109131 | Susan Limoli |
| 9-22-2022 | 109208 | Linda Jones |
| 9-22-2022 | 109152 | Sheryl Hoefling and Kathleen Crafton |
| 9-22-2022 | 109142 | Mackenzie Woodruff Crane, Jeffrey Wayne Crane, and Sawyer Jeffrey Crane |
| 9-22-2022 | 109118 | Darlene Lynn Elmore, Brian Edward Schudel, Hailey Madelynn Elmore, and Jake Edward Schudel |
| 9-22-2022 | 109130 | Steven L. Turmes |
| 9-22-2022 | 109218 | Brent Rinker and Janelle Nicole Rinker |
| 9-22-2022 | 109123 | Mark Douglas, Erin Douglas, Markie Douglas, and Hailey Douglas |
| 9-22-2022 | 109217 | Gianfranco Pellegrini, Christina Pellegrini, Enzo Pellegrini, and Emilio Pellegrini |
| 9-22-2022 | 109191 | Alexandra Dido, Lee Dido, and Meadow Dido |
| 9-22-2022 | 109121 | Linda Malerbi |
| 9-22-2022 | 109156 | Kevin Hickey and Therese Hickey |
| 9-22-2022 | 109235 | Helen Hamilton and Edra Ransom |
| 9-22-2022 | 109147 | Linda Puzas and Carole Puzas |
| 9-22-2022 | 109170 | Russell Larue Ahlgrim and Carol Jean Ahlgrim |
| 9-22-2022 | 109219 | Amanda Chapula, Russell Chapula, Bryson Chapula, Izaiah Chapula, and Wyatt Chapula |
| 9-22-2022 | 109161 | Tony Benedetti |
| 9-22-2022 | 109167 | Sondra Schopflin |
| 9-22-2022 | 109175 | Susan Kim DiGiampietro |
| 9-22-2022 | 109151 | Peter Rossi and Lisa Rossi |
| 9-22-2022 | 109150 | Mikaela Brunecker |
| 9-22-2022 | 109195 | Gina Tucker-Roghi, Michael Roghi, and Cameron Roghi |
| 9-22-2022 | 109178 | Michael Lindsay and Cynthia Lindsay |
| 9-22-2022 | 109163 | Jessica Russell, Jordyn Ann Russell, Jackson Andrew Russell, Jilian Avery Russell, and Jailyn Avail Russell |
| 9-22-2022 | 109174 | Wesley Alex Anderson and Lynda Lee Anderson |
| 9-22-2022 | 109187 | Herbert Brasche and Ingrid Brasche |

13

| DATE POC FILED | POC NUMBER | CLAIMANT(S) |
|---|---|---|
| 9-22-2022 | 109227 | Scott Braccialini, Summer Braccialini, Anthony Braccialini, and Tyler Braccialini |
| 9-22-2022 | 109237 | Ken Boeri and Virginia Lindsay |
| 9-22-2022 | 109148 | Debora A. Ceruti |
| 9-23-2022 | 109232 | Christina Pratt-Ramos, Cameron Ramos, Logan Dale Golbek, Kai Allan Ramos, and Grace Jacqueline Ramoso |
| 9-22-2022 | 109145 | Emily Henicle |
| 9-22-2022 | 109117 | Ryan Hollowell |
| 9-22-2022 | 109196 | Anthony Reed and Christina Reed |
| 9-22-2022 | 109177 | Phyllis Guttman |
| 9-22-2022 | 109221 | Kathleen Bishop and Stephen Bishop |
| 9-22-2022 | 109154 | Daniel Fishman and Roslyn Fishman |
| 9-22-2022 | 109158 | Shannon Patricks |
| 9-22-2022 | 109155 | Nancy Gans, Dezarae Gans, Maxwell Gans, and Mahkaila Gans |
| 9-22-2022 | 109215 | Peggy Smith and Lynn Dyer |
| 9-22-2022 | 109228 | Abigail Roghi |
| 9-22-2022 | 109225 | Isabella Brunecker |
| 9-22-2022 | 109212 | Jeanne DeLario and John Louis DeLario |
| 9-22-2022 | 109174 | Wesley Raymond Anderson, Delores Jackson Anderson, Alyxandra Elise Anderson, and Jessamy Paige Anderson |
| 9-23-2022 | 109168 | Alan Lance Levinsohn and Raine Krystal Levinsohn |
| 9-23-2022 | 109169 | John Sommerville and Henrietta Sommerville |
| 9-23-2022 | 109164 | Arthur Frey and Thelma Frey |
| 9-23-2022 | 109233 | Aaryn Lewis, Griffin Lewis, Collin Lewis, and Audrey Lewis |
| 9-23-2022 | 109171 | Vincent Ceruti |
| 9-23-2022 | 109166 | Shelby Wagner and Nicholas Wagner |
| 9-23-2022 | 109230 | Katie Roghi |
| 9-23-2022 | 109567 | Julia Fernandez, David Fernandez, Brianna Fernandez, and Carina Fernandez |
| 9-23-2022 | 109226 | Barbara McAdams |
| 9-23-2022 | 109240 | Timothy Bruce, Lisa Bruce, Tanner Bruce, and Logan Bruce |
| 9-24-2022 | 109214 | Donna Sommer |
| 9-24-2022 | 109224 | Brandon Ruckrigl, Ana-Cristina Ruckrigl, and Vincent Ruckrigl |
| 9-24-2022 | 109211 | Laura De Paz and Carlos De Paz |
| 9-24-2022 | 109179 | John Irwin |
| 9-24-2022 | 109210 | Dido Leet |
| 9-24-2022 | 109186 | Regina Curfman Ott |
| 9-24-2022 | 109182 | Ester Jacob |
| 9-24-2022 | 109180 | Hanns Ullrich and Margaret Ullrich |
| 9-24-2022 | 109231 | Susan Wurtzel |
| 9-24-2022 | 109181 | Jim May and Dawnell May |
| 9-24-2022 | 109183 | Jose Gutierrez, Rosa Gutierrez, and Valentina Gutierrez |
| 9-24-2022 | 109185 | Neil Linneball and Diane Linneball |

14

| DATE POC FILED | POC NUMBER | CLAIMANT(S) |
|---|---|---|
| 9-24-2022 | 109190 | Burt Schraga and Karen Schraga |
| 9-24-2022 | 109223 | Carolyn Rouse and John Rouse |
| 9-24-2022 <br> *10/23/2019* | 109188 <br> *Amends 86975* | Carolyn M. Kokemor |
| 9-24-2022 | 109189 | Tristen Smith |
| 9-24-2022 | 109202 | Natasha Williams and Tyler Williams |
| 9-24-2022 | 109206 | Shayla Lowry |
| 9-24-2022 | 109193 | Melissa Agocs |
| 9-24-2022 | 109153 | Dawn Longoria and Frank Longoria |
| 9-24-2022 | 109209 | Jodi Peterson, Robert Peterson, Madeline Peterson, and Simon Peterson |
| 9-25-2022 | 109197 | Mary Stinson and Oliver Stinson |
| 9-25-2022 | 109173 | Kathleen Patterson, Kenneth Patterson, and Melissa Patterson |
| 9-25-2022 | 109199 | Claudia del Real Marquez, Alexis del Real Marquez, Aliyahna del Real Marquez, Ismael del Real Marquez, and Isidro del Real Marquez |
| 9-25-2022 | 109160 | Susan Lynn |
| 9-25-2022 | 109200 | Sterling Tipton |
| 9-25-2022 | 109194 | John Barrett and Gail Barrett |
| 9-25-2022 | 109165 | Kelly Jo Darling von York and Peter John von York |
| 9-22-2022 | 109129 | Lannie Jones, Joseph Azevedo, and Eva Azevedo |
| 9-22-2022 | 109176 | Alexander Krohn and Katie Jahn |
| 9-26-2022 | 109203 | Emily Violet DeMeo |
| 9-26-2022 | 109201 | Eunice LaDell Escola |
| 9-26-2022 | 109198 | Christopher Charles Bowland |
| 9-26-2022 | 109222 | Patrizio Castellani, Irene Castellani, Paola Castellani, and Peter Castellani |
| 9-16-2022 | 108968 | Mirjam de Rijk and Tony de Rijk |
| 9-21-2022 | 109085 | Maureen Lynch, Daniel Winter, and Madison Winter |
| 9-26-2022 | 109333 | Susan Cobos |
| 9-26-2022 | 109314 | John Gregory Lawson |
| 9-26-2022 | 109335 | Dennis Korte and Kathy Korte |
| 9-26-2022 | 109285 | Elisabeth Keating and James Keating |
| 9-26-2022 <br> *12/31/2019* | 109330 <br> *Amends 95186* | Yvonne Boudreau |
| 9-27-2022 | 109326 | Sandy Passot |
| 9-27-2022 | 109307 | Claudia Levin and David Wargin |
| 9-26-2022 | 109331 | Dianna Marie Novy |
| 9-26-2022 | 109272 | Thomas J. Tucker and Rita J. Tucker |
| 9-27-2022 | 109273 | Andrea Chappell |
| 9-27-2022 | 109262 | Paul Costigan |
| 9-27-2022 | 109267 | Mike Taber, Michelle Taber, and Macy Taber |
| 9-27-2022 | 109242 | Mary Lord |
| 9-27-2022 | 109339 | Luz del Carmen Reyes Amezcua, Gladys Arias Montes, Cecilia Paola Reyes Amezcua, and Stephanie Mora Arias |

15

| DATE POC FILED | POC NUMBER | CLAIMANT(S) |
|---|---|---|
| 9-27-2022 | 109334 | Nanette Garner and Steve Garner |
| 9-27-2022 | 109261 | Madeline Gonzalez and Jesse Gonzalez |
| 9-27-2022 | 109259 | Harry Seder and Karin Seder |
| 9-27-2022 | 109278 | Heather Bacci, Les Dunkley, Dominic Bacci, Lexi Benninghofen, and Kadie Benninghofen |
| 9-27-2022 | 109255 | Diane K. Boyer and Walter R. Juchert |
| 9-27-2022 | 109254 | Jose Lozano Hernandez, Norma Hernandez, Israel Lopez, Marina Santos, and Eliceo Cazares |
| 9-27-2022 | 109263 | Will Dithrich and Carmen Garcia Castillo |
| 9-27-2022 | 109252 | Mary Helen Franze |
| 9-27-2022 | 109251 | Sarah Duran Levine, Jesse Levine, Ellie Levine, Dutch Levine, and Suzanne Duran |
| 9-27-2022 | 109250 | Robert Montgomery and Kathleen Ryan Montgomery |
| 9-27-2022 | 109249 | Mark Allen Wilson, Urula Silva, Michael Moss, and Penelope Otero Wilson |
| 9-27-2022 | 109269 | Erik Thorson and Laura Thorson |
| 9-27-2022 8-13-2019 | 109336 *Amends* 6859 | Dorrine Conrad and Ann Ver Planck |
| 9-27-2022 | 109274 | Dennis Martino |
| 9-27-2022 10-21-2019 | 109340 *Amends* 86010 | Jerry Bertram and Wendy Bertram |
| 9-27-2022 | 109294 | Barbara Owens and Craig Owens |
| 9-27-2022 | 109276 | Richard Callahan, Cameron Callahan, Savannah M. Steffen, and Briona Hendren |
| 9-27-2022 | 109284 | Marcelle Dominguez and Robert Butler |
| 9-27-2022 | 109453 | Mark DeMeo |
| 9-27-2022 | 109411 | Scott Warrack Wilkinson, Karen Juul Wilkinson, Rowan Thomas Wilkinson, and Amy Catherine Wilkinson |
| 9-27-2022 | 109281 | Chad Dutt |
| 9-27-2022 | 109306 | John B. Acocella and Linda J. Acocella |
| 9-27-2022 | 109342 | Mary Myers |
| 9-27-2022 | 109243 | Kristine Ehrenport, Jeffrey Ehrenport, David Shilling, and Matthew Shilling |
| 9-27-2022 | 109244 | Margaret Mary Fraze and Ryan Fraze |
| 9-27-2022 10-14-2019 | 109245 *Amends* 55367 | Joey Ross Burtner |
| 9-27-2022 | 109293 | Deanne Wilburn and Steven C. Wilburn |
| 9-27-2022 | 109286 | Lucas Chapin |
| 9-27-2022 | 109309 | Christine Dechert |
| 9-27-2022 | 109287 | Steven C. Wilburn DMD |
| 9-27-2022 | 109288 | Ted S. Stashak and Gloria E. Stashak |
| 9-27-2022 | 109469 | Jason Andrew Lea, Anna Ruddell Lea, and Ivy Jane Lea |
| 9-27-2022 | 109292 | Keri Vellis, Theodore Vellis, Michael Vellis, Madilyn Vellis, Katie Vellis, Emily Vellis, and Sara Vellis |
| 9-27-2022 | 109337 | Damone Gordon |
| 9-27-2022 | 109297 | Sharon Jones and Justis Jones |

16

| DATE POC FILED | POC NUMBER | CLAIMANT(S) |
|---|---|---|
| 9-27-2022 | 109430 | Jolene Boyadjieff, Dylan Boyadjieff, and Matt Boyadjieff |
| 9-27-2022 | 109246 | Phillip Marvier |
| 9-27-2022 | 109247 | Holly Lynn Seibold, Eric George Seibold, Shaylynne Elaine Seibold, Reese Aly Seibold, and Griffin Rowdie Seibold |
| 9-27-2022 | 109422 | Carl Joseph Ricco |
| 9-27-2022 | 109279 | Martin Gutierrez, Jose Gutierrez, Carlota Gutierrez, Brianna Gutierrez, Emma Sanchez, and Alejandra Gutierrez |
| 9-27-2022 | 109405 | Robert Mason and Barbara E. Van Arkel Mason |
| 9-27-2022 | 109431 | Robert Jorin and Catherine Jorin |
| 9-27-2022 | 109291 | Michael Patrick Hampton, Pamela Tammetta Hampton, and Trinity Tammetta Hampton |
| 9-27-2022 | 109277 | Megan Sayre, Daniel Sayre, Atley Sayare, and Lyla Sayre |
| 9-27-2022 | 109248 | Frank Beurskens and Jeanne Beurskens |
| 9-27-2022 | 109241 | Bonnie Ramos and Danilo Ramos |
| 9-27-2022 | 109271 | Susan Hagen |
| 9-27-2022 | 109275 | Tacoma Kapustka, Dana Ingram, Pierce Kapustka, Reese Kapustka, and Allison Kapustka |
| 9-27-2022 | 109295 | Hans Lans |
| 9-27-2022 | 109359 | Craig Dawson, Kelli Dawson, Logan Dawson, and Trenton Dawson |
| 9-27-2022 | 109369 | John Ewing |
| 9-27-2022 | 109283 | Ryan Petersen, Christy Petersen, Miles Petersen, Max Petersen, and Simon Petersen |
| 9-27-2022 | 109344 | Patrick Culley |
| 9-27-2022 | 109299 | Veronica Broedel |
| 9-27-2022 | 109308 | Santos Vasquez |
| 9-27-2022 | 109432 | Douglas J. Drennan, Monique Drennan, and Gavin Drennan |
| 9-27-2022 | 109305 | Amanda Vollstedt and Isabella Vollstedt |
| 9-27-2022 | 109302 | Steve Perkins and Linda Perkins |
| 9-27-2022 | 109300 | Terry Grimm and Roseann Grimm |
| 9-27-2022 | 109301 | David Holt and Susan Holt |
| 9-27-2022 | 109303 | Danielle Marie Flint and Steven Glenn Flint |
| 9-27-2022 | 109366 | Kathleen D. McCallum and Paul McCallum |
| 9-27-2022 | 109371 | Kera Jones, Richard Jones, Branden Jones, Aric Jones, John Watkins, and Patricia Forbes |
| 9-27-2022 / 9-27-2022 | *109357* *Duplicates* *109304* | Ty Caton, Kristen Caton, Connor Brooke Caton, and Kendall Julianne Caton |
| 9-27-2022 | 109622 | Sharon Bailey, Forrest Bailey, Claire Bailey, and Nathan Bailey |
| 9-27-2022 | 109258 | Alejandra Hernandez Cruz, Giovanni Farias, Lizbeth Reyna Cruz, Rogelio Nicholas Ortiz, Brandon Esparza, Yaretzy Magana, and Mateo Nicholas |
| 9-27-2022 | 109368 | Justin Giles |
| 9-27-2022 | 109320 | Sishawna Fessenden |

17

| DATE POC FILED | POC NUMBER | CLAIMANT(S) |
|---|---|---|
| 9-27-2022 | 109311 | Katherine Wilson, Adam Wilson, Adam Wilson (son), and Amadeus Wilson |
| 9-27-2022 | 109338 | Ken Tran and Lan Tran |
| 9-18-2022 *8-31-2022* | 109000 *Amends 108882* | Paula Elizabeth Trejo Maldonado, Adrian Ochoa Valencia, and Antonio Ochoa Trejo |
| 9-27-2022 | 109312 | Danielle Norlund, Ryan Rummonds, Colby Norlund, Tysen Norlund, Rylee Rummonds, and Logan Rummonds |
| 9-27-2022 | 109352 | Jenni Mathis, Ryan Mathis, Spencer Mathis, and Emily Mathis |
| 9-27-2022 | 109332 | Andrea Rodriguez, Bill Jereb, Dylan Jereb, and Devin Jereb |
| 9-27-2022 | 109313 | Lindsay Harriman (formerly Lindsay Moylan) |
| 9-28-2022 | 109315 | Christopher Rossi, Criss Rossi, Kiera Rossi, and Colin Rossi |
| 9-27-2022 | 109268 | Christopher Fraze, Alison Fraze, Danni Fraze, and Aidan Fraze |
| 9-28-2022 | 109361 | Patrick Joseph Berry, Jenifer Tyler Berry, and Hayden Mackay Berry |
| 9-28-2022 | 109316 | Michael Stephen Tosti and Jody Gay Tosti |
| 9-28-2022 | 109318 | Tina Kalberg and Eugean Smith |
| 9-28-2022 | 109319 | Adam Armstrong Lewis |
| 9-28-2022 | 109321 | John Pahr and Marilyn A. Pahr |
| 9-28-2022 | 109323 | Carol Nast and Debbie Miller |
| 9-28-2022 | 109322 | Ryan Parker |
| 9-28-2022 | 109328 | Tracey Shannon |
| 9-28-2022 | 109324 | Karalynn Mills |
| 9-28-2022 | 109327 | Kristopher Austin, Tyanna Austin, Isaiah Austin, Elija Austin, and Tsinina Austin |
| 9-28-2022 | 109325 | Dahnja Straub |
| 9-28-2022 | 109329 | Janet Thomas [erroneously spelled Thompson in the POC], Jacques Gandolfo, Jacques Roger Gandolfo Monk, Julia Gandolfo Monk, Yveline Gandolfo Monk, and Jacques Arcadius Gandolfo Monk |
| 9-28-2022 | 109358 | Robert Schiro, Abigale Argue, and Bronwyn Argue |
| 9-28-2022 | 109351 | Diane Naylor and Anita Eastland |
| 9-28-2022 | 109360 | Higinia Leon Barragon, Yuliana Leon, Valeria Leon, and Pedro Leon |
| 9-28-2022 | 109364 | Gabriela Medina, Cesar Castillo, Nubia Dominguez, Irving Castillo, and Itzia Castillo |
| 9-28-2022 | 109354 | Mark Hermsen, Joy Hermsen, Annelise Hermsen, and Zoe Hermsen |
| 9-28-2022 | 109353 | Donna Natale, Nick Natale, Kyle Thomas, Stephanie Thomas, Brooke Natale, and Joseph Woodcock |
| 9-28-2022 | 109350 | John Powell Renfree, Anne Lucia Renfree, Kristen Aileen Renfree, and Angelina Katherine Renfree |
| 9-28-2022 | 109438 | Darrin Smith, Douglas Smith, and Damien Smith |
| 9-28-2022 | 109365 | Ronald Botelho |

| DATE POC FILED | POC NUMBER | CLAIMANT(S) |
|---|---|---|
| 9-28-2022 | 109348 | Gudrun Roller and Elfred Roller |
| 9-28-2022 | 109406 | Michelle Keys, Jason Keys, Eden Keys, Cooper Keys, and Walker Keys |
| 9-28-2022 *6-30-2022* | 109460 *Amends 108667* | April Harrington, Devin Edward Harrington, Sadie Harrington, and Anthony Harrington |
| 9-28-2022 | 109372 | Jesse S. Gonzalez III, Carrie-Brook Gonzalez, and Carmella Gonzalez |
| 9-28-2022 | 109380 | Morgan, Dave Morgan, Jack Morgan, and Sam Morgan |
| 9-28-2022 | 109416 | Chloe Crockett and Morgan Grimm |
| 9-28-2022 | 109455 | Allison De Toffoli and Alfredo De Toffoli |
| 9-28-2022 | 109347 | Amber Guidry, Malcolm Jordan, Ella Jordan, and Saudra Jordan |
| 9-28-2022 | 109376 | Charlyne Pautsch |
| 9-28-2022 | 109565 | Jessica Strachan, Thomas Kimball, Pflipsen Kimball, and Tallulah Kimball |
| 9-28-2022 | 109346 | Stephen Banks and Anna MacKay Banks |
| 9-28-2022 | 109382 | Mary Lynette Avery |
| 9-28-2022 | 109375 | Josef Dethlefsen |
| 9-28-2022 | 109379 | John Raymond Noble |
| 9-28-2022 | 109349 | Barbara June Bernette |
| 9-28-2022 | 109410 | Anthony Hunter, Grace Hunter, Alija Hunter, Aiden Hunter, and Abella Hunter |
| 9-28-2022 | 109362 | Doug Atwood, Lisa Chaney Atwood, Nicholas Atwood, and Gage Atwood |
| 9-28-2022 | 109363 | Jesse Long, Kathryn Long, and Birdie Long |
| 9-28-2022 | 109356 | Cynthia Guinney and Lawrence Guinney |
| 9-28-2022 | 109378 | Betsy Boes and Scott Boes |
| 9-28-2022 | 109400 | Richard M. Abazia and Evalena Abazia |
| 9-28-2022 | 109385 | Marjorie Favuzzi and Dominick Favuzzi |
| 9-28-2022 | 109377 | George Swan, Robyn Swan, Bailey Swan, Geordyn Swan, and Deovyn Swan |
| 9-28-2022 | 109370 | Brenda Miller [incorrectly spelled Brenda Mill on her Proof of Claim |
| 9-28-2022 | 109381 | Barry McBride, Jennifer V. Zunino, and Aidan M. McBride |
| 9-28-2022 | 109383 | Neil Foster, George Foster, and Vanessa Villarreal |
| 9-28-2022 | 109399 | Frank Swierupski and Anita Swierupski |
| 9-28-2022 | 109398 | Mathew Boudreau and Kimberly Boudreau |
| 9-28-2022 | 109386 | Thomas Garland, Adriana Garland, Sophia Garland, and Shaelyn Garland |
| 9-28-2022 | 109387 | Tatiana Hubbard |
| 9-28-2022 | 109397 | Johana Herrera, D'Angelo Copeland Herrera, and Destiny Copeland Herrera |
| 9-28-2022 | 109394 | Marel Ponseti |
| 9-28-2022 | 109396 | Alicia De La Cruz, Alicia Villanueva, Jorge De La Cruz, Oscar De La Cruz, Alejandro De La Cruz, and Alondra Villanueva |
| 9-28-2022 | 109434 | Michael Schroeter and Linda Schroeter |

19

| DATE POC FILED | POC NUMBER | CLAIMANT(S) |
|---|---|---|
| 9-28-2022 | 109395 | Ellen Denise Gross, Thomas Gross, and Lauren Gross |
| 9-28-2022 | 109414 | Andrew Alan Christopherson, Lisa Christopherson, Marlie Christopherson, and Sam Christopherson. |
| 9-28-2022 | 109419 | Patricia Fink and Michael Fink |
| 9-28-2022 | 109420 | John Kevin Calhoun, Bernadette Calhoun, John Kevin Calhoun (son), and Andrew Calhoun. |
| 9-28-2022 | 109393 | Rachel Flores, Angelica Garcia, Alyna Garcia, Juan Garcia, and Stephanie Flores |
| 9-28-2022 | 109392 | Matthew Smith and Bilal Shahid |
| 9-28-2022 | 109409 | David A. Tribbey, Joslyn Tribbey, and Henry Tribbey |
| 9-28-2022 | 109388 | Ty Comstock and Barb Comstock |
| 9-28-2022 | 109475 | Kevin J. McCullough, Catherine A. McCullough, and Ryan P. McCullough |
| 9-28-2022 | 109413 | Jon DeVault, Teri DeVault, and Bethany DeVault |
| 9-28-2022 | 109415 | Mark Alan McWilliams, Jennifer McWilliams, Jacob McWilliams, Pierce McWilliams, Macie McWilliams, and Margaret McWilliams |
| 9-28-2022 | 109417 | Stacy Leveroni, Joe Gilliam, Brooke Billiam, and Bill Gilliam |
| 9-28-2022 | 109457 | Albert McWilliams and Janis McWilliams |
| 9-28-2022 | 109389 | John F. Geary and Maureen Margaret Geary |
| 9-28-2022 | 109390 | Sharon Franchetti and Michael Franchetti |
| 9-28-2022 | 109418 | Margaret Del Carlo and Jeffrey Jacobs |
| 9-28-2022 | 109391 | Dan Hassler Geary, Maria Angelica Geary, and Joseph Coffey Geary |
| 9-28-2022 | 109412 | Christy Martinez, Rico Martinez, and Kayla Martinez |
| 9-28-2022 | 109491 | Karen Borgfeldt, Brian Borgfeldt, Dakota Borgfeldt, and Brianna Borgfeldt |
| 9-28-2022 | 109450 | Steve Ostrom and Wanda Ostrom |
| 9-28-2022 | 109437 | Rodney K. Lobsinger and Barbara A. Lobsinger |
| 9-28-2022 | 109424 | Mario Narduzzi and Deanne Narduzzi |
| 9-28-2022 | 109451 | Aliisa Torri Mazariegos, Andrew Mauri Mazariegos, and Ashlyn Grace Mazariegos |
| 9-28-2022 | 109425 | Suzanna Maria Jones and Charles Arthur Jones |
| 9-28-2022 | 109429 | Loretta Breckler, Jarrod Breckler, Josephine Breckler, and Estelle Breckler |
| 9-28-2022 | 109507 | Colleen Bauer and Kenneth James Bauer |
| 9-28-2022 | 109510 | Barbara Bruhns Banks and David Lloyd Banks (deceased) |
| 9-28-2022 | 109456 | Debbie Novograd, Nikolas Novograd |
| 9-28-2022 | 109421 | Brian Martin, Gina Martin, Reese Martin, and Hope Martin |
| 9-28-2022 | 109484 | Gisele Monney |
| 9-28-2022 | 109458 | Metzli Paulina Perez Flores, Sergio Perez Munoz, Ma Isabel Flores Esquivel, and Yatzin Isabel Perez Flores |
| 9-28-2022 | 109426 | Natalia Gutierrez |
| 9-28-2022 | 109428 | April Kelly, William Henkel, and Reid Reynolds |
| 9-29-2022 | 109423 | Amy Fadelli, Nick Fadelli, and Ella Fadelli |
| 9-29-2022 | 109466 | Terry Lynn Ulicny and Bonny Becchetti Emslie, Co-Trustees |

Case: 19-30088    Doc# 13150    Filed: 11/02/22    Entered: 11/02/22 15:38:22    Page 20 of 25

| DATE POC FILED | POC NUMBER | CLAIMANT(S) |
|---|---|---|
| 9-29-2022 | 109465 | Richard Lyle Caster and Sandra Marie Caster |
| 9-29-2022 | 109449 | Amber Jordan, Malcolm Jordan, Ella Jordan, and Saudra Jordan |
| 9-28-2022 | 109462 | Kristin Gummer |
| 9-29-2022 | 109436 | Michael Edward Tamayo, Lucila M. Tamayo, GinaLisa Maria Tamayo, and AnnaMaria Fracesca Tamayo |
| 9-29-2022 | 109427 | Robert Paterno Marquez and Jacob Carl Marquez |
| 9-29-2022 | 109542 | Lori L. Hall, Brian D. Hall, Dominic C. Hall, and Dante B. Hall |
| 9-29-2022 | 109472 | Michael E. O'Leary and Mary Ann M. O'Leary |
| 9-29-2022 | 109485 | Frank Eric Ulicny, Terry Lynn Ulicny, Robert Eric Ulicny and Ciera Lynn Ulicny |
| 9-29-2022 | 109464 | Melissa Suzanne Hanson |
| 9-29-2022 | 109522 | Kathryn Hoskin |
| 9-29-2022 | 109439 | Diane Faulk |
| 9-29-2022 | 109478 | Mathew Marshall Miller, Nolan Miller, and Georgia Miller |
| 9-29-2022 | 109440 | Paul Duckworth |
| 9-29-2022 | 109404 | Katherine Gillespie, Jackson Gillespie, and Zoe Gillespie |
| 9-29-2022 | 109458 | Dirk Schermer and Joy Schermer |
| 9-29-2022 | 109401 | Susan Hulsey and Gene Hulsey |
| 9-29-2022 10-23.2019 | 109441 *Amends* 87259 | Mark Leavitt, Raylene Leavitt, and Makena Leavitt. |
| 9-29-2022 | 109443 | William Patrick McKeever and Janna Nicole McKeever |
| 9-29-2022 | 109444 | Annette Lee Holland, James Frederick Holland, Erin Lee Holland, and Christopher Ching-nan Holland |
| 9-29-2022 | 109442 | Hillary Kaye Erbert |
| 9-29-2022 | 109445 | Erin O'Leary and Hunter O'Leary |
| 9-29-2022 | 109448 | Patricia Arlene Reese, Frances Reese, Savannah Freeman, and Jamai Reese |
| 9-29-2022 | 109447 | Robert Wilson Black and Deborah Anita Moon |
| 9-29-2022 | 109482 | Susana Canela Godoy, Luis F. Guzman, Stephanie P. Guzman Canela, Luis A. Guzman Canela, and Daniel A. Guzman Canela |
| 9-29-2022 | 109452 | Jessica Ross, Joseph Hicks, and Esther Hicks |
| 9-29-2022 | 109454 | Geoffrey Tompkins and Amy Tompkins |
| 9-29-2022 | 109463 | Amanda Audiss, Phil Paseka, Gina Audiss, Layla Paseka, and Landon Paseka |
| 9-29-2022 | 109468 | April Beltrano, Juliana Martinez, Isaac Martinez, and Ava Smith |
| 9-29-2022 | 109470 | Corrine Lorenzen |
| 9-29-2022 | 109493 | Bailey Jane Genung and Nicholas Guidry |
| 9-29-2022 | 109494 | Jerry H. Genung and Alex R. Genung |
| 9-29-2022 | 109513 | Corrie Pabros and Justin Giugni |
| 9-29-2022 | 109492 | James Harvey Bauer, Marion Jeanette Bauer, and Ronald Alan Bauer |
| 9-29-2022 | 109538 | Claire Marie Ossenbeck and Michael Ossenbeck |
| 9-29-2022 | 109541 | Susan Corso |

| DATE POC FILED | POC NUMBER | CLAIMANT(S) |
|---|---|---|
| 9-29-2022 | 109540 | Rachel Corso |
| 9-29-2022 | 109487 | Nicholas Denicke, Kelly Denicke, and Clair Denicke |
| 9-29-2022 | 109486 | Ryan Anthony Stashak, Amy Faith Stashak, Tula Christina Stashak, and Evlin Gloria Stashak |
| 9-29-2022 | 109539 | Jennifer Jensen |
| 9-29-2022 | 109467 | Andrea Michelle Rochioli and Francesca Rochioli |
| 9-29-2022 | 109624 | Sarane Collins, Dale Collins, Jesse Collins, Jake Spanier, and Patricia Baker |
| 9-29-2022 | 109471 | Theresa Teuma and Chris Lesieur |
| 9-29-2022 | 109476 | Sue Aiken and Kelly Louise Aiken |
| 9-29-2022 | 109537 | Hayley Strom and Mariah Udell |
| 9-29-2022 | 109474 | Brian Patrick Callahan |
| 9-29-2022 | 109543 | Robert Skinner, Teylor Hall, Marlee Guerra, Callan Guerra, and Johnny Skinner |
| 9-29-2022 | 109536 | Lauretta Louise Ceja, Rafael E. Ceja, Casandra Y. Ceja, Evelynn R. Ceja, and Mikaela M. Ceja |
| 9-29-2022 | 109535 | Orlando O'Shea, Wolf O'Shea, and Indra O'Shea |
| 9-29-2022 | 109512 | Anicia R. Astobiza, Daniel D. Astobiza, Alexa D. Astobiza, Dominic D. Astobiza, and Mary L. Astobiza |
| 9-29-2022 | 109520 | Alicia Deguchi, George Deguchi, Kira Deguchi, Pauline Hatakeda, and Duke Hatakeda |
| 9-29-2022 | 109534 | Bruce Jon Sakai, Lynda Anne Sakai, Brandon Michael Sakai, and Katelyn Anne Sakai |
| 9-29-2022 | 109480 | Claudia Campos, Rodolfo Campos, Maya Campos, Emma Campos, and Valerie Campos |
| 9-29-2022 | 109483 | Rhonda Rosenbach |
| 9-29-2022 | 109481 | Micheline S. Shaw |
| 9-29-2022 | 109521 | Stacey Ann Cushing, Reed Walter Cushing, and Amber Marie Cushing |
| 9-29-2022 | 109602 | Monica A. Seeley, Macie M. Seeley, Sydney M. Seeley and Justin R. Seeley |
| 9-29-2022 | 109517 | Lawrence A. Taylorson |
| 9-29-2022 | 109533 | Jamie McFarland, Sean McFarland, Cole McFarland, and Jake McFarland |
| 9-29-2022 | 109489 | Pam Myers and Dave Myers |
| 9-29-2022 | 109518 | Faviola Aguirre, Pascual Aguirre, Rogelio Aguirre, and Celeste Aguirre |
| 9-29-2022 | 109525 | Enrique Mora, Raul Mora, Jr., Raul Mora, and Theresa Mora |
| 9-29-2022 | 109511 | Marla Rudoni and Mitchell Rudoni |
| 9-29-2022 | 109564 | Stephen W. Hade and Patricia A. Hade |
| 9-29-2022 | 109514 | Monique Lou Guidry and Owen Rattanavong |
| 9-29-2022 | 109559 | Jose Torres Pacheco and Veronica Johnson |
| 9-29-2022 | 109515 | Ronald Laughlin and Catherine L. Rohrs |
| 9-29-2022 | 109519 | Ken Westly and Jennifer Westly |
| 9-29-2022 | 109496 | Elaine Madson and Ken Madson |
| 9-29-2022 | 109554 | Ward von Tillow and Betsy Lou von Tillow |

22

| DATE POC FILED | POC NUMBER | CLAIMANT(S) |
|---|---|---|
| 9-29-2022 | 109563 | Carmen Sinigiani, Brian Sinigiani, Anthony Sinigiani, and Josef Sinigiani |
| 9-29-2022 | 109498 | Monica Flores, Jared McConnell, and Aedrek Flores |
| 9-29-2022 | 109499 | Mark Sinigiani and Leanne Sinigiani |
| 9-29-2022 | 109502 | Monica Patterson, William Patterson, Christopher Patterson, Andreana Patterson, and Halie Patterson |
| 9-29-2022 | 109501 | Julie Frye and Phil Frye |
| 9-29-2022 | 109504 | Sarah Perkins, George Aceves, Christian Smalley, and Chase Smalley |
| 9-29-2022 | 109558 | Mike Enemark, Kaesa Enemark, Ivan Enemark, and Dax Enemark |
| 9-29-2022 | 109503 | Jose J. LaCalle and Trula M. LaCalle |
| 9-29-2022 | 109505 | Atoosa Molanazadeh, Leila Bierbaum, Sonya Bierbaum, and Cyrus Bierbaum |
| 9-29-2022 | 109597 | Leighann Lindsay, John Rader, and Miles Anderson |
| 9-29-2022 *9-30-2022* | 109561 *Duplicates 109526* | Todd Michael Kohn |
| 9-29-2022 | 109572 | Robert Fletcher and Susan Fletcher |
| 9-29-2022 | 109506 | Naomi Niimi and Gerald Niimi |
| 9-29-2022 *9-29-2022* | 109530 *Duplicates 109528* | Greg Hurd, Gina Hurd, Garrett Hurd, and Grant Hurd |
| 9-29-2022 | 109527 | Stacy Little and Kalley Hill |
| 9-29-2022 | 109547 | Norma Levitan, David Levitan, Rachel Blum, Beth Rais, and Aaron Blum |
| 9-29-2022 | 109546 | Jennifer Cadden, James Howe, Ben Howe, and Nicholas Howe |
| 9-29-2022 | 109600 | Mariano Alvarez Merino, Selene Alvarez, Mariano Alvarez, and Itzamet Alvarez |
| 9-29-2022 | 109601 | Joseph Sunseri and Karin Schober-Sunseri |
| 9-29-2022 | 109545 | Donald Shaw and Vickie Shaw |
| 9-29-2022 | 109591 | Patricia Conroy, Stephen Conroy, and Shane Conroy |
| 9-29-2022 | 109593 | Leanne Myers and Michael Zach |
| 9-29-2022 | 109555 | Paola Zulema, Noeh Barraza, Eduardo Coronel, Dana Paola Coronel, and Deniss Coronel |
| 9-29-2022 *9-29-2022* | 109608 *Duplicates 109598* | Chadwick King, Heidi King, Emma King, Joshua King, and Jude King |
| 9-29-2022 | 109606 | Gina Pickle, Darrin Pickle, Shelby Brendle, Jack Pickle, and Charlie Pickle |
| 9-29-2022 | 109516 | Maria Del Carmen Lopez, Brandon Ballinas, and Ximena Ballinas |
| 9-29-2022 | 109595 | Raul Alvarez, Crystal D. Alvarez, and Akira Alvarez |
| 9-29-2022 | 109594 | Melissa Smith, Jarod Smith, Everett Smith, and Emeline Smith |

| DATE POC FILED | POC NUMBER | CLAIMANT(S) |
|---|---|---|
| 9-29-2022 | 109613 | Fernando Torres, Sandra Fuentes, Gabriella Torres, and Patricia Torres |
| 9-29-2022 | 109610 | Richard Mordecai |
| 9-29-2022 | 109612 | Shu Q. Yang, David C. Sidney, and Sophia M. Sidney |
| 9-29-2022 | 109566 | Matt Poole, Patricia Poole, Ryan Poole, Rebecca Poole, and Jason Poole |
| 9-29-2022 | 109576 | Scott Clayton Harris, Michelle Dawn Harris, and Sophia Ross Harris |
| 9-29-2022 | 109599 | Maribella Flores |
| 9-29-2022 | 109577 | Karla Ramos, Alexandra Tirado Ramos, Valeria Tirado Ramos, and Charley Tirado Ramos |
| 9-29-2022 | 109596 | Amanda Mills, Richard Mills, Emmett Mills, and Isla Mills |
| 9-29-2022 | 109605 | Patricia Villa and Jose de Jesus Rivera Morales |
| 9-29-2022 | 109592 | Jared Richard Fortman, Kelly Ann Fortman, Henry James Fortman, and John Richard Fortman |
| 9-29-2022 | 109607 | Sandra Caton |
| 9-29-2022 | 109574 | Anthony Meyers, Rhonda Meyers, Brandon Meyers, and Cameron Meyers |
| 9-29-2022 | 109544 | Edgar Guerrero, Zuleyma Franco, Nahum Guerrero, Issac Franco, Rebeca Franco, and Etelvina Esquivel |
| 9-29-2022 | 109611 | Stephen Charles Boyer, Jerrine Boyer, Caleb Boyer, Hosannah Boyer, Celine Boyer, Viva Boyer, and Maverick Boyer |
| 9-29-2022 | 109571 | Ann Christine Seaton |
| 9-29-2022 | 109614 | William A. O'Rear and Barbara W. O'Rear |
| 9-29-2022 | 109568 | Angela Lynch and Michael Lynch |
| 9-29-2022 | 109590 | Enrique Vigil, Heather Mortiz, Geovanni Vigil, Xavier Vigil, and Alexia Vigil |
| 9-29-2022 | 109589 | Angeles David, Evan David, Arlo David, Jena Deturk, Ppaloma David, and Jacques Lavesque |
| 9-29-2022 | 109530 | Clay Grosskopf, Brianna Lampert, Melody Grosskopf, Penelope Grosskopf, and Katy Grosskopf |
| 9-29-2022 | 109570 | David Robertson and Laura Robertson |
| 9-29-2022 | 109569 | Vicki Tracy, John Tracy, and Megan Tracy |
| 9-29-2022 | 109549 | Dorothy Lackey |
| 9-29-2022 | 109588 | Susan Haase, David Haase, Madison Haase, and Payton Haase. |
| 9-29-2022 | 109550 | Mohammad N. Kahn |
| 9-29-2022 | 109587 | Tracy Merriken, Stan Merriken, and Justin Merriken |
| 9-29-2022 | 109551 | Harold Castro, Shannon Ehrlicher, Stella Castro, Nyah Castro, Dulcie Castro, Mateo Castro, Bruce Ehlricher, and Janis Ehrlicher |
| 9-29-2022 | 109552 | Kyle Passot, Julia Consani, Aliyah Consani, and Dakoda Passot |
| 9-30-2022 | 109573 | Evan Kelly and Tialia [Tiali] Kelly |
| 9-30-2022 | 109603 | Ke'Shawn Walker, Sofia Perez, and Laylah Walker |

24

| DATE POC FILED | POC NUMBER | CLAIMANT(S) |
|---|---|---|
| 9-29-2022<br>*10-20-2019* | 109473<br>*Amends*<br>*67000* | Andrea L. Jensen, Wade Jensen,<br>Waylon Jensen, and Madison Jensen |
| 9-27-2022 | 109310 | Nathan Condie, Morgan Condie,<br>Caeden Condie, and Paige Condie |
| 9-29-2022 | 109461 | Marcella Cisneros, Manuel Cisneros,<br>Jesse Gonzalez, and Diago Cisneros |
| 9-29-2022 | 109609 | Jorge Munoz, Yesenia Garcia,<br>Sebastian Munoz, Camila Munoz |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

25