Entered on Docket
November 03, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: November 3, 2022**



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

### ORDER GRANTING MOTION OF BRETT AND BRANDON BLANK TO DEEM LATE CLAIMS AS TIMELY FILED

On October 17, 2022, the Fire Victim Trust ("FVT") filed the *Objection to Letter Request of Brett and Brandon Blank to Deem Late Proofs of Claim Timely for the Purpose of Administration by the Fire Victim Trust* ("Objection") (Dkt. 13086). The Blanks filed their proofs of claim prior to September 30, 2022, and the letter request to deem the claims

-1-

timely ("Motion") (Dkt. 13034) was postmarked on September 30, 2022, though it was not entered on the docket until the next business day.  The Motion should be treated in the same manner the FVT has chosen to treat similar requests filed on or before the September 30, 2022 deadline.

Accordingly, the court hereby overrules the Objection and grants the Motion.  Brett Blank's Proof of Claim 108618 and Brandon Blank's Proof of Claim 108594 shall be deemed as timely filed.  The hearing on November 30, 2022 is dropped from the calendar.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST

Brett Blank and Brandon Blank
225 Willow Street
Santa Rosa, CA 95401