

**Signed and Filed: November 3, 2022**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

### ORDER GRANTING MOTION OF WILLIAM S. FRISBEE TO DEEM LATE CLAIM AS TIMELY FILED

On October 17, 2022, the Fire Victim Trust ("FVT") filed the *Objection to Letter Request of William S. Frisbee to Deem Late Proof of Claim Timely for the Purpose of Administration by the Fire Victim Trust* ("Objection") (Dkt. 13087). Mr. Frisbee filed a claim prior to September 30, 2022, and his request to deem the claim timely ("Motion") (Dkt. 13033) was received by

-1-

the court on September 30, 2022, though it was not entered on the docket until the next business day.  The Motion should be treated in the same manner the FVT has chosen to treat similar requests filed on or before the September 30, 2022 deadline.

Accordingly, the court hereby overrules the Objection and grants the Motion.  Mr. Frisbee's Proof of Claim 109407 shall be deemed as timely filed.  The hearing on November 30, 2022 is dropped from the calendar.

**\*\*END OF ORDER\*\***

| | |
|---|---|
| 1 | <u>COURT SERVICE LIST</u> |
| 2 | William S. Frisbee |
| 3 | 2406 Honey Run Road<br>Chico, CA 95928 |

-3-