November 4, 2022

US Bankruptcy Court
Northern District of California (San Francisco Division)

In regard to:
PG&E Corporation
And
Pacific Gas and Electric Company
Bankruptcy Case
No 19-30088 (DM)

May it please the Court,

I am submitting a request to the Court to allow my petition for a Fire Claim against PG&E to be heard.

I have filed a Proof of Claim GLPYJ2740[[CSLT#4025#CF]]

Until very recently, I was unaware of the existence of funds available to individuals impacted by the 2017 Northern California fires.

I understand the period to file a claim has expired.  I understand there is still money available and that it is possible, with permission from your court, to file a claim and be heard.

Please let me know if I may have a hearing.

Regards,

Michael Scott Freeland
msfreevg@gmail.com
707-400-7777