Ricky-Dean Horton
751 Rosemary Court
Fairfield, California [94533]
Cell: 707-386-9713
RickyDHorton@gmail.com

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| RICKY-DEAN HORTON, A LIVING MAN<br><br>Claimant/Appellant,<br><br>vs.<br><br>PG&E CORPORATION, (19-30088DM)<br>- and/or-<br>PACIFIC GAS AND ELECTRIC<br>COMPANY; (19-30089 DM)<br><br>Debtors/Appellees*<br>*Affects one or both Debtors<br>All papers shall be filed in the Lead Case No.<br>19-30088 DM | Bankruptcy Case nos:<br>19-30088 DM (Lead Case)<br>19-30089 DM<br>Chapter 11, Jointly Administered.<br><br>District Court Case: 22-cv-06367-HSG<br><br>Re: Notice of Appeal Dkt No 13084<br><br>NOTICE OF CORRECTION TO FILING DATE TO CONFORM TO THE FILING DATES SET FORTH BY THE BANKRUPTCY COURT AND THE APPELLATE COURT. |

**NOTICE IS HEREBY GIVEN** that a correction to the filing date of Claimant's/Appellant's Notice of Interlocutory Appeal found in Docket 13084, page 6, line 12 which states, *"Claimant/Appellant will file more definitive statements with his initial brief to be filed with the United States District Court, Northern District, San Fransisco on or before November 18, 2022."* is corrected pursuant to the standard rules of procedures which shall follow

the filing dates prescribed by the US Bankruptcy Court Northern District of California and the 9th District Court.

The filing date erroneously stated by claimant/appellant of November 18, 2022 is hereby removed.

Dated this 7th day of November, 2022

_____
Ricky-Dean Horton, a living man
Claimant/Appellant

## CERTIFICATE OF SERVICE

I, Ricky-Dean Horton, do declare and state as follows:

1. I am a creditor in the above-referenced chapter 11 cases.
2. On November 7, 2022, by CM/ECF filing on the Bankruptcy Court's Website, I electronically filed the following documents with the Clerk of the Court by using CM/ECF system (for Non-Registered ECF Filers):

    a. PGE Case 19-30088 Correction of dates in Dkt 13084 Appeal by Ricky-Dean Horton.pdf

3. I caused the same CM/ECF filing on the Bankruptcy Court's Website to be served upon the interested parties as shown below:

**SERVICE LIST**

1. **Attorneys for Debtors, WEIL, GOTSHAL & MANGES LLP**

    **To:**

WEIL, GOTSHAL & MANGES LLP
    **Via Electonic Email:**

Stephen Karotkin, Stephen.karotkin@weil.com;
Jessica Liou, Jessica.liou@weil.com;
Matthew Goren, Matthew.goren@weil.com;

2. <u>**Attorneys for Debtors, KELLER BENVENUTTI KIM LLP**</u>

    **To:**
KELLER BENVENUTTI KIM LLP
    **Via Electronic Email:**

Tobias S. Keller, tkeller@kbkllp.com;
Jane Kim, jkim@kbkllp.com;

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Signed this 7th day of November 2022, at Fairfield, California.

_____
Ricky-Dean Horton, Claimant/Appellant

SEAL