| | |
|---|---|
| Ricky-Dean Horton<br>751 Rosemary Court<br>Fairfield, California [94533]<br>Cell: 707-386-9713<br>RickyDHorton@gmail.com | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICKY-DEAN HORTON, A LIVING MAN<br><br>　　　　　Claimant/Appellant,<br><br>vs.<br><br>PG&E CORPORATION, (19-30088DM)<br>- and/or-<br>PACIFIC GAS AND ELECTRIC<br>COMPANY; (19-30089 DM)<br><br>　　　　　Debtors/Appellees*<br><br>*Affects one or both Debtors<br>All papers shall be filed in the Lead Case No. 19-30088 DM | Bankruptcy Case nos:<br>19-30088 DM (Lead Case)<br>19-30089 DM<br>Chapter 11, Jointly Administered.<br><br>District Court Case: 22-cv-06367-HSG<br><br>Re: Notice of Appeal Dkt No 13084<br><br>Re: STATEMENT OF ISSUES, DESIGNATION OF RECORDS ON APPEAL<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I, Ricky-Dean Horton, do declare and state as follows:

1. I am a creditor in the above-referenced chapter 11 cases.

2. On October 30, 2022, by CM/ECF filing on the Bankruptcy Court's Website, I electronically filed the following documents with the Clerk of the Court by using CM/ECF system (for Non-Registered ECF Filers):

    a. Appeal statement of issues Designation of records dkt no 13084 Distr Court

case no 22-cv-06367-HSG.pdf
   b. EXHIBIT 1 Gmail - 7-27-21 through 7-31-21 Ricky Horton and Thomas Rupp (PG&E Claim #87111 - 93rd Omnibus Objection) email exchanges.pdfExhibit 2 email records COVER page.pdf
   c. EXHIBIT 2 Gmail - 8-02-21 Ricky Horton and Thomas Rupp Motions and court procedures to be corrected email exchanges.pdf
   d. EXHIBIT 3 Gmail - 8-04-21 through 8-09-21 Ricky Horton and Lorena Parada cc to Debtors Council and Thomas Rupp.pdf
   e. EXHIBIT 4 Gmail - 9-07-21 Ricky Horton and Lorena Parada to confirm 10-19-21 hearing date email exchanges.pdf
   f. EXHIBIT 5 Gmail - 10-12-21 Ricky Horton email to Lorena Parada re hearing still on calendar for October 19, 2021.pdf
   g. EXHIBIT 6 Gmail -10-12-21 through 10-14-21 Email exchange between Ricky Horton and Lorena Parada.pdf
   h. EXHIBIT 7 Gmail - 10-15-21 Ricky Horton and Lorena Parada re order and hearing date removal.pdf

3. On November 7, 2022, I caused the same CM/ECF filing on the Bankruptcy Court's Website (entered as Dkt no. 13136) to be served upon the interested parties as shown below:

SERVICE LIST

1. <u>Attorneys for Debtors, WEIL, GOTSHAL & MANGES LLP</u>

   **To:**
   WEIL, GOTSHAL & MANGES LLP
   **Via Electonic Email:**

   Stephen Karotkin, Stephen.karotkin@weil.com;
   Jessica Liou, Jessica.liou@weil.com;
   Matthew Goren, Matthew.goren@weil.com;

2. <u>Attorneys for Debtors, KELLER BENVENUTTI KIM LLP</u>

   **To:**
   KELLER BENVENUTTI KIM LLP
   **Via Electronic Email:**

   Tobias S. Keller, tkeller@kbkllp.com;
   Jane Kim, jkim@kbkllp.com;

I declare under penalty of perjury under the laws of the United States of America, that the

foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Signed this 7th day of November 2022, at Fairfield, California.

_____
Ricky-Dean Horton, Claimant/Appellant

SEAL

