# EXHIBIT 1: CLAIMANTS

(1) **Greg Windisch, Julie Windisch, M.W., a minor (parent, Greg Windisch), Coleton Durkey and Cooper Durkey.**
**Claim No. 109647, filed 10/28/2022.**

Greg Windisch and Julie Windisch are spouses.  They with their minor daughter, M.B. and Julie Windisch's adult children, Coleton Durkey and Cooper Durkey, resided at the real property located at 6935 Cougar Lane, Santa Rosa, CA 95409.  The family owned the property during the North Bay Fires.

The Windisch family's personal property and residence were damaged from smoke, soot and ash from the North Bay Fires.  During the fires, they were required to evacuate their home.  As a result of their displacement, they suffered substantial personal damages, nuisance and emotional distress due to the proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Windisch family was not aware that their damages and injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around October 2022, shortly after realizing their damages might be compensable, they reached out to counsel and filed their claim.

(2) **Alan Biggi, Molly Biggi, N. B., a minor (parent, Alan Biggi) and D.B., a minor (parent, Alan Biggi).**
**Claim No. 109652, filed 10/28/2022**

Alan Biggi and Molly Biggi are spouses.  They with their minor daughters N.B. and D.B., resided at the real property located at 2230 Old Ranch Place, Santa Rosa, CA 95405.  The family owned the property during the North Bay Fires.

The Biggi family's personal property and residence were damaged from smoke, soot and ash from the North Bay Fires.  During the fires, they were required to evacuate their home.  As a result of their displacement, they suffered substantial personal damages, nuisance and emotional distress due to the proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Biggi family was not aware that their damages and injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.  In or around October 2022, shortly after realizing their damages might be compensable, they reached out to counsel and filed their claim.

(3) **Jason Kessler, Erin Kessler, L.K., a minor (parent, Jason Kessler) and C.K., a minor (parent, Jason Kessler).**
**Claim No. 109651, filed 10/28/2022**

Jason Kessler and Erin Kessler are spouses.  They with their minor children, L.K. and C.K., resided at the real property located at 1870 Bennett Meadows Lane, Santa Rosa, CA 95405.  The family owned the property during the North Bay Fires.

The Kessler family's personal property and residence were damaged from smoke, soot and ash from the North Bay Fires.  During the fires, they were required to evacuate their home.  As a result of their displacement, they suffered substantial personal damages, nuisance and emotional distress due to the proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Kessler family was not aware that their damages and injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.   In or around October 2022, shortly after realizing their damages might be compensable, they reached out to counsel and filed their claim.

(4)    **Jason Wolcott, Michelle Wolcott, D.W., a minor (parent, Jason Wolcott) and F.W., a minor (parent, Jason Wolcott).**
       **Claim No. 109653, filed 10/28/2022**

Jason Wolcott and Michelle Wolcott are spouses.   They with their minor children, D.W. and F.W., resided at the real property located at 4818 Bennett Valley Road, Santa Rosa, CA 95404.   The family owned the property during the North Bay Fires.
       The Wolcott family's personal property and residence were damaged from smoke, soot and ash from the North Bay Fires.   During the fires, they were required to evacuate their home.  As a result of their displacement, they suffered substantial personal damages, nuisance and emotional distress due to the proximity of the zone of danger.
       Due to substantial trauma relating to the fires, the Wolcott family was not aware that their damages and injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.   In or around October 2022, shortly after realizing their damages might be compensable, they reached out to counsel and filed their claim.

(5)    **Justin Richardson, Jill Richardson, L.R. 1, a minor (parent, Justin Richardson) and L.R. 2, a minor, (parent, Justin Richardson,**
       **Claim Number not available at time of filing; Claim filed 10/28/2022.**

Jason Richardson and Jill Richardson are spouses.   They with their minor children, L.R. 1 and L.R. 2, resided at the real property located at 4784 Carissa Avenue, Santa Rosa, CA 95405.   The family owned the property during the North Bay Fires.
       The Richardson family's personal property and residence were damaged from smoke, soot and ash from the North Bay Fires.   During the fires, they were required to evacuate their home.   As a result of their displacement, they suffered substantial personal damages, nuisance and emotional distress due to the proximity of the zone of danger.
       Due to substantial trauma relating to the fires, the Richardson family was not aware that their damages and injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring.   In or around October 2022, shortly after realizing their damages might be compensable, they reached out to counsel and filed their claim.

(6)    **Jonathan Graves, Courtney Graves, L.G., a minor (parent, Jonathan Graves), C.G., a minor (parent, Jonathan Graves) and D.G., a minor (parent, Jonathan Graves).**
       **Claim No. 109654, filed 10/28/2022**.

Jonathan Graves and Courtney Graves are spouses.   They with their minor children L.G., C.G. and D.G., resided at the real property located at 3141 Montecito Meadows Drive, Santa Rosa, CA 95404.   The family owned the property during the North Bay Fires.
       The Graves family's personal property and residence were damaged from smoke, soot and ash from the North Bay Fires.   During the fires, they were required to evacuate their home.

As a result of their displacement, they suffered substantial personal damages, nuisance and emotional distress due to the proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Graves family was not aware that their damages and injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around October 2022, shortly after realizing their damages might be compensable, they reached out to counsel and filed their claim.

(7) **Thomas Jordan, Leslie Jordan, H.J., a minor (parent, Thomas Jordan), J.J., a minor (parent, Thomas Jordan) and L.J., a minor (parent, Thomas Jordan). Claim No. 109649, filed 10/28/2022**.

Thomas Jordan and Leslie Jordan are spouses. They with their minor children, H.J., J.J. and L.J., resided at the real property located at 4725 Hillsboro Circle, Santa Rosa, CA 95405. The family owned the property during the North Bay Fires.

The Graves family's personal property and residence were damaged from smoke, soot and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance and emotional distress due to the proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Jordan family was not aware that their damages and injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around October 2022, shortly after realizing their damages might be compensable, they reached out to counsel and filed their claim.

(8) **Casey Costello, Jennifer Costello, M.C. 1, a minor (parent, Casey Costello), C.C., a minor (parent, Casey Costello) and M.C. 2, a minor (parent, Casey Costello) Claim No. 109650, filed 10/28/2022**.

Casey Costello and Jennifer Costello are spouses. They with their minor children M.C. 1, C.C. and M.C. 2, resided at the real property located at 5037 Eliggi Court, Santa Rosa, CA 95405. The family owned the property during the North Bay Fires.

The Costello family's personal property and residence were damaged from smoke, soot and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance and emotional distress due to the proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Costello family was not aware that their damages and injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around October 2022, shortly after realizing their damages might be compensable, they reached out to counsel and filed their claim.

(9) **Eric Negrevski, Courtney Negrevski, A.N., a minor (parent, Eric Negrevski), N.N., a minor (parent, Eric Negrevski) and R.N., a minor, (parent, Eric Negrevski). Claim Number 109665, filed 11/03/2022**.

Eric Negrevski and Courtney Negrevski are spouses. They with their minor children A.N., N.N. and R.N., resided at the real property located at 4709 Foulger Drive, Santa Rosa, CA 95405. The family owned the property during the North Bay Fires.

The Negrevski family's personal property and residence were damaged from smoke, soot and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance and emotional distress due to the proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Negrevski family was not aware that their damages and injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around October 2022, shortly after realizing their damages might be compensable, they reached out to counsel and filed their claim.

(10) **Chad Moll, Andrea Moll, K.M., a minor (parent, Chad Moll), C.M. 1, a minor (parent, Chad Moll) and C.M. 2, a minor (parent, Chad Moll).**
**Claim No. 109648, filed 10/28/2022**.

Chad Moll and Andrea Moll are spouses. They with their minor children K.M., C.M. 1 and C.M. 2, resided at the real property located at 1158 Shadyslope Drive, Santa Rosa, CA 95404. The family owned the property during the North Bay Fires.

The Moll family's personal property and residence were damaged from smoke, soot and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance and emotional distress due to the proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Moll family was not aware that their damages and injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around October 2022, shortly after realizing their damages might be compensable, they reached out to counsel and filed their claim.

(11) **Brian Desmond, D.D., a minor (parent, Brian Desmond), and C.D., a minor (parent, Brian Desmond).**
**Claim Number 109663, filed 11/03/2022**.

Brian Desmond and his minor children, D.D. and C.D., resided at the real property located at 2917 Joyce Street, Santa Rosa, CA 95405. The family owned the property during the North Bay Fires.

The Desmond family's personal property and residence were damaged from smoke, soot and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance and emotional distress due to the proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Desmond family was not aware that their damages and injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around October 2022, shortly after realizing their damages might be compensable, they reached out to counsel and filed their claim.

(12) **Michael S. Henderson, Adrienne Henderson, Ashley Henderson, Austin Henderson and M.H., a minor (parent, Michael S. Henderson).**
**Claim Number 109659, filed 10/31/2022**.

Michael Henderson and Adrienne Henderson are spouses. They with their adult children

Ashley Henderson and Austin Henderson and minor child, M.H., resided at the real property located at 5737 Evening Way, Santa Rosa, CA 95404. The family owned the property during the North Bay Fires.

The Henderson family's personal property and residence were damaged from smoke, soot and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance and emotional distress due to the proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Henderson family was not aware that their damages and injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around October 2022, shortly after realizing their damages might be compensable, they reached out to counsel and filed their claim.

(13) **Christine Fitzpatrick Souza, Bryan Souza, J.P., a minor (parent, Christine Fitzpatrick Souza) and H.P., a minor (parent, Christine Fitzpatrick Souza). Claim Number 109658, filed 11/03/2022**.

Christine Fitzpatrick Souza and Bryan Souza are spouses. They with their minor children J.P. and H.S., resided at the real property located at 5047 Parkhurst Drive, CA 95409. The family owned the property during the North Bay Fires.

The Fitzpatrick Souza family's personal property and residence were damaged from smoke, soot and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance and emotional distress due to the proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Fitzpatrick Souza family was not aware that their damages and injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around October 2022, shortly after realizing their damages might be compensable, they reached out to counsel and filed their claim.

(14) **Scott Bagala, Tiffany Bagala, L.B. a minor (parent, Scott Bagala) and P.B., a minor (parent, Scott Bagala). Claim Number not available at time of filing; Claim filed 11/03/2022**.

Scott Bagala and Tiffany Bagala are spouses. They with their minor children L.B. and P.B., resided at the real property located at 2768 Canterbury Drive, Santa Rosa, CA 95405. The family owned the property during the North Bay Fires.

The Bagala family's personal property and residence were damaged from smoke, soot and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance and emotional distress due to the proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Bagala family was not aware that their damages and injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around October 2022, shortly after realizing their damages might be compensable, they reached out to counsel and filed their claim.

///
///

(15) **Eric Walton, Tracy Walton, Cassidy Walton and N.W., a minor (parent, Eric Walton).**
**Claim Number not available at time of filing; Claim filed 11/03/2022**.

Eric Walton and Tracy Walton are spouses. They with Cassidy Walton and their minor child N.W., resided at the real property located at 4021 Quartz Drive, Santa Rosa, CA 95405. The family owned the property during the North Bay Fires.

The Walton family's personal property and residence were damaged from smoke, soot and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance and emotional distress due to the proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Walton family was not aware that their damages and injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around October 2022, shortly after realizing their damages might be compensable, they reached out to counsel and filed their claim.

(16) **Vincent Bagala, Stefanie Bagala, S.B., a minor (parent, Vincent Bagala) D.B., a minor (parent, Vincent Bagala) and Gail Dankbar.**
**Claim Number 109662, filed 11/03/2022**.

Vincent Bagala and Stefanie Bagala are spouses. They, with their (a) minor children S.B. and D.B., and (b) Stefanie's mother, Gail Dankbar, resided at the real property located at 4068 Angeline Court, Santa Rosa, CA 95405. The family owned the property during the North Bay Fires.

The Bagala family's personal property and residence were damaged from smoke, soot and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance and emotional distress due to the proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Bagala family was not aware that their damages and injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around October 2022, shortly after realizing their damages might be compensable, they reached out to counsel and filed their claim.

(17) **Cheri Shoults and Alysse Galde.**
**Claim Number 109661, filed 11/04/2022**.

Cheri Shoults and her adult daughter, Alysse Galde resided at the real property located at 4805 Burlington Street, Santa Rosa, CA 95405. The family owned the property during the North Bay Fires.

The Shoults and Galde's personal property and residence were damaged from smoke, soot and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance and emotional distress due to the proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Shoults and Galde were not aware that their damages and injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around October 2022, shortly after realizing their

damages might be compensable, they reached out to counsel and filed their claim.

(18) **Brian T. Flahavan, Danielle Flahavan, Brennan Flahavan, Hartley Flahavan, Kenley Flahavan and Rory Flahavan**
**Claim No. 109655, filed 10/28/2022.**

Brian T. Flahavan and Danielle Flahavan are spouses. They with their minor children, B.F., H.F., K.F. and R.F., resided at the real property located at 4019 Quartz Drive, Santa Rosa, CA 95405. The family owned the property during the North Bay Fires.

The Flahavan family's personal property and residence were damaged from smoke, soot and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance and emotional distress due to the proximity of the zone of danger.

Due to substantial trauma relating to the fires, the Flahavan family was not aware that their damages and injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around October 2022, shortly after realizing their damages might be compensable, they reached out to counsel and filed their claim.

(19) **Darla O'Connor**
**Claim No. 109645, filed 10/27/2022.**

Darla O'Connor resided at 5360 Gates Road, Santa Rosa, CA 95404, at the time of the North Bay Fires.

O'Connor's personal property and residence were damaged from smoke, soot and ash from the North Bay Fires. During the fires, she was required to evacuate her home. As a result of her displacement, she suffered substantial personal damages, nuisance and emotional distress due to the proximity of the zone of danger.

Due to substantial trauma relating to the fires, O'Connor was not aware that her damages and injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring. In or around October 2022, shortly after realizing her damages might be compensable, she reached out to counsel and filed her claim.