# EXHIBIT 4



Marc Kramer
Partner

1251 Avenue of the Americas
New York, NY 10020
212.597.2828
mkramer@rksllp.com

**VIA EMAIL**

November 10, 2021

| | |
|---|---|
| Stephen Karotkin | Paul H. Zumbro |
| Jessica Liou | George E. Zobitz |
| Matthew Goren | Kevin J. Orsini |
| Weil, Gotshal & Manges LLP | Cravath, Swaine & Moore LLP |
| 767 Fifth Avenue | 825 Eighth Avenue |
| New York, NY 10153 | New York, NY 10019 |

Tobias S. Keller
Jane Kim
Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, CA 94108

Re: *In re: PG&E Corporation, and Pacific Gas and Electric Company*,
Case No. 19-30088 (DM)

Dear Counsel:

Please be advised that this firm ("RKS") represents those claimants listed in Exhibit A attached hereto with respect to claims against PG&E Corporation and/or Pacific Gas and Electric Company ("Debtors" or "PG&E") arising out of their acquisition of PG&E securities from April 29, 2015 through November 15, 2018, inclusive (the "Securities Claims"). We represent each claimant and its respective affiliates on an individual basis, and each claimant has independently retained us as counsel to pursue their individual Securities Claims. Based upon our calculations, the claimants set forth in Exhibit A assert in the aggregate damages substantially in excess of $1 billion against Debtors.

Please direct each of, or any of, these communications relating or pertaining to the claims of the claimants identified in Exhibit A to the attorneys undersigned and copied below.

Sincerely,

Marc B. Kramer

cc:     Lawrence M. Rolnick
        Sheila A. Sadighi
        Michael J. Hampson
        Richard A. Bodnar
        Michael St. James

## Exhibit A[1]

| Claim | Creditor Name |
|---|---|
| 101052 | 2013-10 US Corporate Bond Fund, a Series Trust of Global Cayman Investment Trust-CORPPI |
| 107230 | 683 Capital Partners L.P. |
| 107885 | Advanced Series Trust: AST AllianceBernstein Core Value Portfolio (12/31): |
| 106359 | Allan Gray Australia Balanced Fund |
| 107239 | Alyeska Master Fund, LP |
| 100824 | Annuity Plan of the Electrical Industry |
| 101683 | Annuity Plan of the Electrical Industry |
| 101124 | Annuity Plan of the Electrical Industry - JIBINT2 |
| 107896 | AST ADVANCED STRAT TROWE PD13 |
| 107895 | AST AQR LARGE CAP PORTFOLIO |
| 107891 | AST BLACKROCK LOW DUR BND PORT |
| 107892 | AST BLRK GLBL STRAT LARGE CAP |
| 107897 | AST BOND PORTFOLIO 2025 |
| 107906 | AST BOND PORTFOLIO 2026 |
| 107887 | AST BR GLOBAL THEMATIC EQUITY |
| 107894 | AST FI PYR QUAN AS ALL-VALUE |
| 107904 | AST FI PYRAMIS QA (GLB EQUITY) |
| 107900 | AST FI PYRAMIS QA (LARGE CAP) |
| 107899 | AST FI PYRAMIS QA (LONG DUR) |
| 107898 | AST GOLDMAN SACHS MA PORT-EQTY |
| 107901 | AST GOLDMAN SACHS MSP QIS GLB |
| 107902 | AST INVEST. GRADE BD PORT |
| 107962 | AST JENNISON GLOBAL INFRASTR PDMN |
| 107886 | AST JPM STRAT OPP(CAPITAL PRE) |
| 107961 | AST JPM THEMATIC (GLOBAL ALL) |

---

[1] This exhibit represents a list of each claimant that RKS currently represents on an individual basis. We reserve all rights to modify, amend, or supplement this list.

| Claim | Creditor Name |
|---|---|
| 107890 | AST LORD ABBETT FIXED INC PORT |
| 107893 | AST MORGAN STANLEY MULTI-ASSET |
| 107889 | AST ND PORT-(SGI/RYDEX) |
| 107903 | AST NEUBERGER BERMAN LONG/SHOR |
| 107888 | AST WEDGE CAPITAL MID-CAP VAL |
| 107907 | AST WELLINGTON MGMT REAL T.R. |
| 103017 | Cobb, Robert H. |
| 103127 | Cobb, Rosemary |
| 101051 | Core Plus Bond Fund of the Prudential Trust Company Institutional Business Trust - Institutional Bus |
| 101327 | Deferred Salary Fund of the Electrical Industry - JIBINT |
| 99824 | Deferred Salary Plan of the Electrical Industry |
| 100224 | Deferred Salary Plan of the Electrical Industry |
| 100387 | Deferred Salary Plan of the Electrical Industry |
| 101685 | Deferred Salary Plan of the Electrical Industry |
| 101709 | Deferred Salary Plan of the Electrical Industry |
| 104332 | Delbert E Snoberger IRA |
| 101026 | Dryden Arizona Reinsurance Term Company - Tax Liabilities Account-DARTTAX |
| 107958 | Dryden Short-Term Bond Fund, Inc.: Dryden Short-Term Corporate Bond Fund (12/31): |
| 100193 | Electrical Employers Self Insurance Safety Plan |
| 99659 | Employees Security Fund of the Electrical Products Industries Health & Welfare |
| 100936 | Gibraltar Universal Life Reinsurance Co PLAZ Trust 1-GULREAZTR1 |
| 100885 | Gibraltar Universal Life Reinsurance Co. AG 48 Trust-GULRETR1 |
| 100902 | Gibraltar Universal Life Reinsurance Co. RBC Trust-GULRESN |
| 107237 | Hexavest ACWI Equity Fund |
| 107238 | Hexavest US Fund |
| 107240 | Hexavest World Equity Fund |

| Claim | Creditor Name |
|---|---|
| 100967 | Horizon Healthcare of New Jersey, Inc. - HBC2 |
| 100969 | Horizon Healthcare Services, Inc. - HBC |
| 101273 | Institutional Long Duration Gov/Credit Conservative Bond Fd of the Prudential Trust Co. Master Commi |
| 98185 | Janus Capital Managment LLC |
| 107959 | Jennison 20/20 Focus Fund (1/31): |
| 107965 | Jennison Blend Fund, Inc. (8/31): |
| 107956 | JennisonDryden Opportunity Funds: Dryden Strategic Value Fund (2/28): |
| 107970 | JennisonDryden Portfolios, Inc.: Jennison Value Fund (8/31): |
| 107966 | JennisonDryden Sector Funds, Inc.: Jennison Utility Fund (11/30): |
| 98923 | Kingstown Partners II L.P. |
| 98956 | Kingstown Partners II LP |
| 98961 | Kingstown Partners Master Ltd. |
| 98982 | Kingstown Partners Master Ltd. |
| 104667 | Lake Avenue Funding EC IV LLC |
| 104659 | Lake Avenue Funding EC IX LLC |
| 104663 | Lake Avenue Funding EC IX LLC |
| 104670 | Lake Avenue Funding EC VII LLC |
| 104671 | Lake Avenue Funding EC VII LLC |
| 104672 | Lake Avenue Funding EC VII LLC |
| 104677 | Lake Avenue Funding EC VII LLC |
| 104683 | Lake Avenue Funding EC VII LLC |
| 104686 | Lake Avenue Funding EC VII LLC |
| 104688 | Lake Avenue Funding EC VII LLC |
| 104660 | Lake Avenue Funding EC VII LLC |
| 104673 | Lake Avenue Funding EC VII LLC |
| 104680 | Lake Avenue Funding EC VIII LLC |
| 104749 | Lake Avenue Funding EC XI LLC |
| 104676 | Lake Avenue Funding EC XI LLC |

| Claim | Creditor Name |
|---|---|
| 100084 | Legal Services Plan of the Electrical Industry |
| 101123 | Lucent Technologies Inc. Master Pension Trust- PORTL |
| 107242 | Massachusetts S&P 500 Pooled Index Fund |
| 100550 | OnePath Funds Management Limited |
| 100568 | OnePath Funds Management Limited |
| 106198 | Orbis Capital Limited |
| 106202 | Orbis Global Balanced Fund (Australia Registered) |
| 106201 | Orbis Global Equity Fund (Australia Registered) |
| 106200 | Orbis Global Equity Fund LE (Australia Registered) |
| 106197 | Orbis Global Equity Fund Limited |
| 106193 | Orbis Institutional Global Equity (OFO) Fund |
| 106192 | Orbis Institutional Global Equity Fund |
| 106220 | Orbis Institutional Global Equity L.P. |
| 106195 | Orbis Institutional U.S. Equity L.P. |
| 106221 | Orbis OEIC Global Balanced Fund |
| 106204 | Orbis OEIC Global Balanced Fund |
| 106194 | Orbis OEIC Global Equity Fund |
| 106222 | Orbis Optimal Global Fund LP |
| 106358 | Orbis Optimal SA Fund Limited |
| 106196 | Orbis SICAV Global Balanced Fund |
| 106203 | Orbis SICAV Global Equity Fund |
| 107909 | PGIM Core Conservative Bond Fund |
| 107908 | PGIM Corporate Bond Fund |
| 101423 | PGIM Funds Plc - PGIM Global Corporate Bond Fund - UGBLESG |
| 101587 | PGIM Funds Plc - PGIM Intermediate Duration US Corporate Bond Fund - UCINTESG |
| 101426 | PGIM Funds Plc - PGIM US Corporate Bond Fund - UCORPESG |
| 107905 | PGIM Global Absolute Return Bond Fund |
| 100869 | PGIM Global Core Bond Fund Ex-Japan, a sub-trust of PGIM Cayman Unit Trust-CYTGCORE |

| Claim | Creditor Name |
|---|---|
| 107910 | PGIM GLOBAL TOTAL RETURN |
| 100614 | PGIM Japan Co., Ltd - PR US Investment Grade Corporate Bond Mother Fund-CORPPIM |
| 107968 | PGIM Jennison Equity Income Fund |
| 107963 | PGIM Jennison Rising Dividend Fund |
| 107913 | PGIM QMA Defensive Equity Fund |
| 107916 | PGIM QMA US Broad Market Index Fund |
| 101268 | PGIM Qualifying Investor Funds plc - PGIM QIF Global Corporate Bond Fund - QIFGBLCORP |
| 101352 | PGIM Qualifying Investor Funds plc -PGIM QIF US Corporate Bond Fund - QIFCORP |
| 107912 | PGIM TIPS Fund |
| 107914 | PGIM US Real Estate Fund |
| 107040 | PHYLLIS S PRANGE TRUST |
| 100919 | POC for Gibraltar Universal Life Reinsurance Co. Custody (Investment)-GULRE |
| 100945 | PRU Credit Income Fund 2017, a Series Trust of Multi Manager Global Investment Trust-CORPMATPB7 |
| 101064 | PRU Gibraltar Financial Insurance Company-PGFFC1 |
| 107971 | PRU INCOME BUILDER JEN EQ INC PDKD |
| 101239 | Pruco Life Insurance Company of New Jersey - PLNJ |
| 101149 | Prudential Arizona Reinsurance Captive Company - PLAZ Trust 1-PLAZTR1 |
| 101112 | Prudential Arizona Reinsurance Captive Company - PLNJ Reg 114 Trust 1-PLNJTR1 |
| 101125 | Prudential Arizona Reinsurance Captive Company- Custody-PARCC |
| 101060 | Prudential Arizona Reinsurance Term Company- PAR Term Ind Life Custody Inv Seg-PARTCUST |
| 101096 | Prudential Arizona Reinsurance Term Company- PART Ind Life PLNJ Trust-Fixed Income-PARTNJ1 |
| 100926 | Prudential Arizona Reinsurance Universal Company - PARU HarfordLife & Annuity Comfort Trust - HARTPA |

| Claim | Creditor Name |
|---|---|
| 101106 | Prudential Arizona Reinsurance Universal Company - PLNJ Trust 1-PARUNJTR1 |
| 100962 | Prudential Arizona Reinsurance Universal Company -Non-Trust-Hrt Life-Inv Seg-HARTPARFDG |
| 100934 | Prudential Arizona Reinsurance Universal Company -PAR U Hartford Life Insurance Comfort Trust - HART |
| 101057 | Prudential Arizona Reinsurance Universal Company-PARU |
| 107969 | Prudential Day One 2045 Fund |
| 100987 | Prudential Financial Inc. - Hirikata LLC - HIRAKATA |
| 100658 | Prudential Investment Management Japan Co., Ltd. - US Investment Grade Corporate Bond Fund 2016-CORP |
| 101097 | Prudential Legacy Insurance Company of New Jersey-PLIC Securities Lending Portfolio-PIACLCB |
| 101109 | Prudential Legacy Insurance Company of NJ - Core Public Bonds-PLIC |
| 101446 | Prudential Legacy Insurance Company of NJ - General Account Global Corporate Portfolio - WWCORP |
| 101132 | Prudential Life Insurance Company of Taiwan Inc. - Pru Taiwan TW GA-POTTWGA |
| 101248 | Prudential LIfe Insurance Company of Taiwan Inc. - Pru Taiwan USD GA-POTUSGA |
| 101211 | Prudential Life Insurance Company of Taiwan Inc. - Pru Taiwan USD IS-POTUSBY |
| 101228 | Prudential Long Duration Credit Fund of the Prudential Trust Company Collective Trust-PTLCRED |
| 101194 | Prudential Merged Retirement Plan - Long Duration Account-PPTRAD |
| 101197 | Prudential Retirement Insurance & Annuity Company-Corporate-PRIACCORP |
| 101200 | Prudential Retirement Insurance & Annuity Company-Defined Benefits Non Trust-PRIACDBNT |
| 101203 | Prudential Retirement Insurance & Annuity Company-MMIP-Non Trust-PRIACMMNT |
| 101267 | Prudential Retirement Insurance and Annuity Company - New York Carpenters - SACAR |

| Claim | Creditor Name |
|---|---|
| 101246 | Prudential Retirement Insurance and Annuity Company- Def Contributions - Non Trust A-PRIACDCNT |
| 101291 | Prudential Term Reinsurance Company - Custody - TERMCUST |
| 101353 | Prudential Term Reinsurance Company - Economic Reserves Portfolio - TERMPLNJ1 |
| 101326 | Prudential Term Reinsurance Company - PLNJ Trust - TERMPLNJ |
| 101025 | Prudential Trust Company - Institutional Business Trust Core Conservative Bond Fund - IBTCC |
| 101224 | Prudential Trust Company - Prudential Core Intermediate Bond Fund of the Collective Trust-PTINT |
| 101220 | Prudential Trust Company Collective Trust - Prudential Core Plus Bond Fund-PTCRPLUS |
| 101212 | Prudential Trust Company Collective Trust - Prudential U.S. Corporate Bond Fund-PTCORP |
| 101218 | Prudential Trust Company Collective Trust- Prudential Core Conservative Intermediate Bond Fund-PTICC |
| 101230 | Prudential Trust Company Collective Trust- Prudential Long Duration Government/Credit Bond Fund - |
| 101231 | Prudential Trust Company Collective Trust- Prudential U.S. Long Duration Corporate Bond Fund - PTLON |
| 100784 | Prudential Trust Company Collective Trust-Pru Core Conservative Intermediate(Vanguard) Bond Fund-FLA |
| 101058 | Prudential Trust Company Collective Trust-Prudential Core Bond Fund - INSTCFI |
| 101232 | Prudential Trust Company Collective Trust-Prudential U.S. Long Duration Corporate Bond (JPM) Fund-PT |
| 101054 | Prudential Trust Company CollectiveTrust- Prudential Core Conservative Bond Fund - INSTEI |
| 101053 | Prudential Trust Company -Institutional Business Trust-Long Duration Government/Credit |
| 100984 | Prudential Trust Company Institutional Business Trust-PGIM Core Bond Fund - IBTCORE |
| 101122 | Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core |

| Claim | Creditor Name |
|---|---|
| 101243 | Prudential Universal Reinsurance Company - Captive Trust Portfolio 1 - PURCTR1 |
| 101356 | Prudential Universal Reinsurance Company - Captive Trust Portfolio 2 - PURCSN |
| 101255 | Prudential Universal Reinsurance Company - Inv Seg Indiviual Life - PURC |
| 101335 | Prudential Universal Reinsurance Company- Prudential Term Reinsurance Company - Captive Trust Portfo |
| 107038 | Ramon L Prange IRA |
| 107039 | Ramon L Prange IRA |
| 107244 | RhumbLine Equal Weighted Large Cap Trust |
| 107241 | RhumbLine Russell 1000 Pooled Index Trust |
| 107243 | RhumbLine Russell 1000 Value Index Pooled Trust |
| 107245 | RhumbLine S&P Index Pooled Trust |
| 102178 | SCHONFELD STRATEGIC ADVISORS |
| 104331 | Singer, Susan |
| 102247 | SouthPoint Capital |
| 99749 | SunAmerica |
| 99826 | SunAmerica |
| 102110 | SunAmerica Asset Management |
| 102441 | SunAmerica Asset Management |
| 100937 | The Gibraltar Life Insurance Company, Ltd. – USD Annuity AFS4-GIBAFS4 |
| 100909 | The Gibraltar Life Insurance Company, Ltd. – USD Insurance AFS-GIBAFS1 |
| 101049 | The Gibraltar Life Insurance Company, Ltd. – USD Insurance HFR-GIBHFR1 |
| 100865 | The Gibraltar Life Insurance Company, Ltd. US Annuity- HFR4-GIBHFR4 |
| 100933 | The Government of State of Kuwait Acting Through Kuwait Investment Authority – GSQ Global Agg |
| 101095 | The Prudential Insurance Company of America – General Pension Segment A-GPSA |

| Claim | Creditor Name |
|---|---|
| 100834 | The Prudential Insurance Company of America – Group Alliance Core Public Bonds-GRPALL |
| 100876 | The Prudential Insurance Company of America – Guaranteed Separate Account MMIP Fund-GSAGEN |
| 100912 | The Prudential Insurance Company of America – Hartford Life & Annuity Comfort Trust-HARTANN |
| 101008 | The Prudential Insurance Company of America – Individual Life Long Term Core Public Bonds – ILLONG |
| 101055 | The Prudential Insurance Company of America – International Paper PICA Single Client Buy-Out SAGAR |
| 101013 | The Prudential Insurance Company of America – International Reinsurance Gibraltar – IREGIB |
| 101062 | The Prudential Insurance Company of America – JC Penny Buy Out – Public Bonds – JCPSA |
| 101083 | The Prudential Insurance Company of America – Lending General Collateral Financial Services Business |
| 101586 | The Prudential Insurance Company of America – Long Duration Government/Credit Bond Account – TOLILGC |
| 101067 | The Prudential Insurance Company of America – PICA/POJ IRELP Trust – IRELPTR |
| 101202 | The Prudential Insurance Company of America – Portfolio Protected Product Group Annuity-PPBO |
| 100941 | The Prudential Insurance Company of America- Congo PICA Single Client Buy-Out SA-GAR PRD-CONGA |
| 101584 | The Prudential Insurance Company of America- Core Investment Grade Credit Bond Fund – TOLICRED |
| 101050 | The Prudential Insurance Company of America- Hartford PICA Single Client Buy-Out SA-GAR PRD - |
| 101322 | The Prudential Insurance Company of America- Long Duration Corporate Bond Account- TOLILDC |
| 101266 | The Prudential Insurance Company of America on behalf of VCA-GA-8217-SBA – SBA8217 |
| 101354 | The Prudential Insurance Company of America on behalf of VCA-GI-3-20 (TOLI 20) – TOLI20 |

| Claim | Creditor Name |
|---|---|
| 101431 | The Prudential Insurance Company of America on behalf Variable Contract Account GA-8217-EBIA-WEBIA |
| 101321 | The Prudential Insurance Company of America- Strategic Bond Account – SBA |
| 101422 | The Prudential Insurance Company of America- TOLI Protective Life Fixed Income Bond Fund - |
| 101588 | The Prudential Insurance Company of America- WCT 82/84 ANNUITY ACCOUNT – WCT8284 |
| 101430 | The Prudential Insurance Company of America- Westrock PICA Single Client Buy-Out SA-GAR PRD -WRKSA |
| 107960 | The Prudential Investment Portfolios, Inc.: Jennison Equity Opportunity Fund (9/30): |
| 101046 | The Prudential Life Insurance Company, Ltd – GA USD BOND AFS (OFU1) – JPOJUAFS1 |
| 101209 | The Prudential Merged Retirement Plan – Pru Plan Asset Liability Portfolio-PPALP |
| 101229 | The Prudential Merged Retirement Plan – Pruplan Asset & Liability Portfolio 2-PPALP2 |
| 107964 | The Prudential Series Fund: Jennison 20/20 Focus Portfolio (12/31): |
| 107957 | The Prudential Series Fund: Stock Index Portfolio (12/31): |
| 107967 | The Prudential Series Fund: Value Portfolio (12/31): |
| 107251 | Thrivent Financial Defined Benefit Plan Trust |
| 107247 | Thrivent Financial for Lutherans |
| 107246 | Thrivent Financial for Lutherans Foundation |
| 107252 | Thrivent Mutual Funds – Thrivent Aggressive Allocation Fund |
| 107254 | Thrivent Mutual Funds – Thrivent Balanced Income Plus Fund |
| 107248 | Thrivent Mutual Funds – Thrivent Diversified Income Plus Fund |
| 107253 | Thrivent Mutual Funds – Thrivent Global Stock Fund |
| 107255 | Thrivent Mutual Funds – Thrivent Growth & Income Plus Fund |
| 107286 | Thrivent Mutual Funds – Thrivent Income Fund |

| Claim | Creditor Name |
|---|---|
| 107256 | Thrivent Mutual Funds – Thrivent Large Cap Value Fund |
| 107257 | Thrivent Mutual Funds – Thrivent Mid Cap Stock Fund |
| 107258 | Thrivent Mutual Funds – Thrivent Moderate Allocation Fund |
| 107249 | Thrivent Mutual Funds – Thrivent Moderately Aggressive Allocation Fund |
| 107358 | Thrivent Mutual Funds – Thrivent Moderately Conservative Allocation Fund |
| 107250 | Thrivent Series Fund, Inc. – Thrivent Aggressive Allocation Portfolio |
| 107259 | Thrivent Series Fund, Inc. – Thrivent Balanced Income Plus Portfolio |
| 107260 | Thrivent Series Fund, Inc. – Thrivent Diversified Income Plus Portfolio |
| 107283 | Thrivent Series Fund, Inc. – Thrivent Global Stock Portfolio |
| 107312 | Thrivent Series Fund, Inc. – Thrivent Growth & Income Plus Portfolio |
| 107261 | Thrivent Series Fund, Inc. – Thrivent Income Portfolio |
| 107266 | Thrivent Series Fund, Inc. – Thrivent Large Cap Index Portfolio |
| 107264 | Thrivent Series Fund, Inc. – Thrivent Large Cap Value Portfolio |
| 107265 | Thrivent Series Fund, Inc. – Thrivent Mid Cap Stock Portfolio |
| 107263 | Thrivent Series Fund, Inc. – Thrivent Moderate Allocation Portfolio |
| 107262 | Thrivent Series Fund, Inc. – Thrivent Moderately Aggressive Allocation Portfolio |
| 107272 | Thrivent Series Fund, Inc. – Thrivent Moderately Conservative Allocation Portfolio |
| 107915 | TPSF – EQP (JENN) |
| 101357 | US IG Corporate Bond (JPY Hedged) Fund, a Series Trust of Cayman World Invest Trust – SHINCORP |
| 101308 | US IG Intermediate Corporate Bond (JPY Hedged) Fund, a Series Trust of Cayman World Invest Trust – S |
| 101424 | Vantage Casualty Insurance Company – VANTAGE |
| 101427 | Verizon Transition Account – VZTRANS |

| Claim | Creditor Name |
|---|---|
| 107236 | VGE III Portfolio Ltd |
| 107232 | Viking Global Equities II LP |
| 107233 | Viking Global Equities LP |
| 107234 | Viking Global Opportunities Liquid Portfolio Sub-Master LP |
| 107235 | Viking Long Fund Master Ltd. |