# EXHIBIT 5



**Marc Kramer**
Partner

1251 Avenue of the Americas
New York, NY 10020
212.597.2828
mkramer@rksllp.com

February 14, 2022

**Via Email**

Richard W. Slack
Stephen Karotkin
Jessica Liou
Matthew Goren
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Paul H. Zumbro
George E. Zobitz
Kevin J. Orsini
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

Tobias S. Keller
Jane Kim
Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, CA 94108

James E. Brandt
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

**Re:**   ***In re: PG&E Corporation, and Pacific Gas and Electric Company*,
        Case No. 19-30088 (DM)**

Dear Counsel:

Per our discussion on December 28, 2021, we have supplemented and amended the list of claimants represented by RKS, as set forth in our letter, dated November 10, 2021. Please find the supplemented and amended list in Exhibit A attached hereto with respect to claims against PG&E arising out of their acquisition of PG&E securities from April 29, 2015 through November 15, 2018, inclusive (the "Securities Claims"). We represent each claimant and its respective affiliates on an individual basis, and each claimant has independently retained us as counsel to pursue their individual Securities Claims. Based upon our calculations, the claimants set forth in the updated Exhibit A assert in the aggregate damages substantially in excess of $2 billion against Debtors.

Please continue to direct all communications relating or pertaining to the claims identified in Exhibit A to the undersigned and the attorneys copied below.

Sincerely,

Marc B. Kramer

cc:     Lawrence M. Rolnick
        Sheila A. Sadighi
        Michael J. Hampson
        Richard A. Bodnar
        Michael St. James

# Exhibit A[1]

| Claim | Creditor Name |
|-------|---------------|
| 101052 | 2013-10 US Corporate Bond Fund, a Series Trust of Global Cayman Investment Trust-CORPPI |
| 107230 | 683 Capital Partners L.P. |
| 107979 | Advanced Series Trust: AST Academic Strategies Asset Allocation Portfolio (12/31): |
| 107980 | Advanced Series Trust: AST Advanced Strategies Portfolio (12/31): |
| 107885 | Advanced Series Trust: AST AllianceBernstein Core Value Portfolio (12/31): |
| 107981 | Advanced Series Trust: AST T. Rowe Price Natural Resources Portfolio (12/31): |
| 104835 | AIG ASSET MANAGEMENT |
| 102217 | AIG Asset Management |
| 106359 | Allan Gray Australia Balanced Fund |
| 108024 | Altair Advisers, LLC |
| 107239 | Alyeska Master Fund, LP |
| 101647 | American Balanced Fund |
| 101559 | American Funds Corporate Bond Fund |
| 101885 | American Funds Global Balanced Fund |
| 101839 | American Funds Insurance Series -- Asset Allcoation Fund |
| 101619 | American Funds Insurance Series - Bond Fund |
| 101652 | American Funds Insurance Series -- Global Balanced Fund |
| 101666 | American Funds Insurance Series -- Global Bond Fund |
| 101679 | American Funds Strategic Bond Fund |
| 101891 | American High-Income Municipal Bond Fund |
| 100824 | Annuity Plan of the Electrical Industry |
| 101683 | Annuity Plan of the Electrical Industry |
| 101124 | Annuity Plan of the Electrical Industry - JIBINT2 |
| 108026 | Apollon Wealth Management |
| 102216 | AQR Capital Management |

[1] This exhibit represents a list of each claimant RKS currently represents on an individual basis. We reserve all rights to modify, amend, or supplement this list.

| Claim | Creditor Name |
|---|---|
| 108023 | Aspiring Ventures LLC dba Brillant Advice |
| 108025 | Associated Trust Company |
| 107896 | AST ADVANCED STRAT TROWE PD13 |
| 107895 | AST AQR LARGE CAP PORTFOLIO |
| 107982 | AST ASAAP - MORGAN STANLEY |
| 107891 | AST BLACKROCK LOW DUR BND PORT |
| 107984 | AST BLRK GLBL STRAT CORE ACTIV |
| 107892 | AST BLRK GLBL STRAT LARGE CAP |
| 107983 | AST BLRK/LOOMIS SAYLES BLRK |
| 107897 | AST BOND PORTFOLIO 2025 |
| 107906 | AST BOND PORTFOLIO 2026 |
| 107887 | AST BR GLOBAL THEMATIC EQUITY |
| 107894 | AST FI PYR QUAN AS ALL-VALUE |
| 107904 | AST FI PYRAMIS QA (GLB EQUITY) |
| 107900 | AST FI PYRAMIS QA (LARGE CAP) |
| 107899 | AST FI PYRAMIS QA (LONG DUR) |
| 108200 | AST GOLDMAN SACHS GLOBAL INC |
| 107988 | AST GOLDMAN SACHS LRG CAP VALU |
| 107989 | AST GOLDMAN SACHS MA PORT-BOND |
| 107898 | AST GOLDMAN SACHS MA PORT-EQTY |
| 107901 | AST GOLDMAN SACHS MSP QIS GLB |
| 107986 | AST HERNDON LRG CAP VALUE |
| 107902 | AST INVEST. GRADE BD PORT |
| 107962 | AST JENNISON GLOBAL INFRASTR PDMN |
| 107992 | AST JPM STRAT OPP (MKT NEUTRAL) |
| 107886 | AST JPM STRAT OPP(CAPITAL PRE) |
| 107985 | AST JPM STRAT OPP(COMBINED) |
| 107990 | AST JPM THEMATIC (COMBINED) |
| 107961 | AST JPM THEMATIC (GLOBAL ALL) |
| 107890 | AST LORD ABBETT FIXED INC PORT |

| Claim | Creditor Name |
|---|---|
| 108201 | AST MID CAP VALUE - WEDGE |
| 107893 | AST MORGAN STANLEY MULTI-ASSET |
| 107991 | AST MULTI-SECTOR FIXED INCOME |
| 107997 | AST ND PORT-(C.S MCKEE) |
| 107889 | AST ND PORT-(SGI/RYDEX) |
| 107903 | AST NEUBERGER BERMAN LONG/SHOR |
| 107995 | AST PGA PT TRANSITION QMA EQTY |
| 107996 | AST PRU CORE BOND |
| 107993 | AST T Rowe Price Asset All CMB |
| 108203 | AST T.PRICE GROWTH-COMBINED |
| 108202 | AST T.ROWE PRICE DIVERSIFIED |
| 107888 | AST WEDGE  CAPITAL MID-CAP VAL |
| 108000 | AST WELLINGTON MGMNT GL BND PF |
| 107987 | AST WELLINGTON MGMT HEDGED FD |
| 107907 | AST WELLINGTON MGMT REAL T.R. |
| 108030 | Avalon Capital Management |
| 102144 | AXA |
| 108141 | Axiom Capital Management, Inc. |
| 108029 | Bartlett & Co Wealth Management, LLC |
| 108028 | Beacon Pointe Advisors, LLC |
| 108027 | BlueBay Asset Management LLP |
| 108031 | BOKF, N.A. |
| 108033 | Boston Financial Management, LLC |
| 108032 | Brett Forrest |
| 102278 | BRIDGE BUILDER TRUST |
| 108035 | Bridgewater Advisors Inc. |
| 108037 | Busey Bank |
| 108038 | Cadence Bank |
| 102225 | Callan Associates Inc. |
| 104928 | Callan Associates Inc. |

| Claim | Creditor Name |
|---|---|
| 104924 | Callan Associates Inc. |
| 108034 | Capital E Advisors |
| 101612 | Capital Group Capital Income Builder (Canada) |
| 101578 | Capital World Bond Fund |
| 108185 | Carlton Financial LLC |
| 108036 | Cascade Investment Group, Inc. |
| 108040 | Central Trust Company |
| 104655 | Charles Schwab Investment Management |
| 102202 | Charles Schwab Investment Management |
| 104931 | Charles Schwab Investment Management |
| 104845 | CHARLES SCHWAB INVESTMENT MANAGEMENT |
| 108039 | Chevy Chase Trust |
| 101625 | Citigroup Pension Plan |
| 108041 | City National Rochdale |
| 103017 | Cobb, Robert H. |
| 103127 | Cobb, Rosemary |
| 108127 | Coldstream Capital Management, Inc. |
| 99994 | Colonial First State Investments Limited |
| 104836 | CONTROLLED RISK INSURANCE COMPANY OF VERMONT |
| 102222 | Controlled Risk Insurance Company of Vermont |
| 101571 | Con-way Retirement Master Trust |
| 101051 | Core Plus Bond Fund of the Prudential Trust Company Institutional Business Trust - Institutional Bus |
| 108166 | Countybank Trust Services |
| 107999 | CS SEG AST JPM SO MN |
| 108044 | Dana Investment Advisors, Inc. |
| 101327 | Deferred Salary Fund of the Electrical Industry - JIBINT |
| 99824 | Deferred Salary Plan of the Electrical Industry |
| 100224 | Deferred Salary Plan of the Electrical Industry |
| 100387 | Deferred Salary Plan of the Electrical Industry |
| 101685 | Deferred Salary Plan of the Electrical Industry |

| Claim | Creditor Name |
|---|---|
| 101709 | Deferred Salary Plan of the Electrical Industry |
| 104332 | Delbert E Snoberger IRA |
| 108045 | Dowling & Yahnke, LLC |
| 101026 | Dryden Arizona Reinsurance Term Company - Tax Liabilities Account- DARTTAX |
| 107998 | Dryden Index Series Fund: Dryden Stock Index Fund (9/30): |
| 107958 | Dryden Short-Term Bond Fund, Inc.: Dryden Short-Term Corporate Bond Fund (12/31): |
| 108001 | Dryden Tax-Managed Funds: Dryden Large Cap Core Equity Fund (10/31): |
| 108046 | Dumont & Blake Investment Advisors, LLC |
| 100193 | Electrical Employers Self Insurance Safety Plan |
| 99659 | Employees Security Fund of the Electrical Products Industries Health & Welfare |
| 104006 | Empyrean Capital Overseas Fund Ltd |
| 108047 | Evergreen Capital Management LLC |
| 108050 | Exencial Wealth Advisors |
| 108048 | Fairview Capital |
| 108049 | Fiduciary Trust Company |
| 108054 | FIOH Global Asset Management & Strategies, LLC |
| 108122 | First American Bank |
| 108051 | First Interstate Bank |
| 108053 | First Midwest Bank |
| 108052 | First National Trust Co. |
| 108112 | First Premier Bank |
| 108043 | First Republic Investment Management |
| 101558 | Fondation de Prévoyance Suisse en faveur des fonctionnaires de l' Association du Transport Aérien In |
| 101934 | Ford U.S. Pension Fund Master Trust |
| 108165 | Fox Run Management |
| 108042 | Franklin Street Advisors, Inc. |
| 108055 | Gelber Group, LLC |
| 101561 | General Motors Hourly Employees Pension Trust |

| Claim | Creditor Name |
|---|---|
| 100936 | Gibraltar Universal Life Reinsurance Co PLAZ Trust 1-GULREAZTR1 |
| 100885 | Gibraltar Universal Life Reinsurance Co. AG 48 Trust-GULRETR1 |
| 100902 | Gibraltar Universal Life Reinsurance Co. RBC Trust-GULRESN |
| 101545 | Glenmede Fund, Inc. -- High Yield Municipal Portfolio |
| 108058 | Global Trust Company |
| 108056 | Green Square Capital Advisors |
| 108057 | Hallador Investment Advisors Inc. |
| 108061 | HAP Trading, LLC |
| 108060 | Haywood Securities Inc. |
| 107237 | Hexavest ACWI Equity Fund |
| 107238 | Hexavest US Fund |
| 107240 | Hexavest World Equity Fund |
| 108067 | Hilltop Bank |
| 100967 | Horizon Healthcare of New Jersey, Inc. - HBC2 |
| 100969 | Horizon Healthcare Services, Inc. - HBC |
| 108062 | Hutchinson Capital Management |
| 101792 | IFIT Core Fixed Income Fund of Invesco Fixed Income Trust |
| 101793 | IFIT Core Fixed Income of Fund of Invesco Fixed Income Trust |
| 101973 | IGT Invesco A or Better Core Fixed Income Fund of Intermediate Government Trust |
| 102250 | IGT Invesco Short Term Bond of Institutional Retirement Trust |
| 102249 | IGT JENN A OR BETTER INTERM FD |
| 101959 | IGT LOOMIS SAYLES A OR BET CR FI FD |
| 102188 | IGT LOOMIS SAYLES A OR BET CR FI FD |
| 102268 | IGT LOOMIS SAYLES A OR BET CR FI FD |
| 102179 | IGT LOOMIS SAYLES CR FI FD |
| 102021 | IGT Voya Intermediate Fund |
| 102224 | IKYF KY PIMCO PL STRATEGY |
| 108063 | IMA Wealth Inc. |
| 101273 | Institutional Long Duration Gov/Credit Conservative Bond Fd of the Prudential Trust Co. Master Commi |

| Claim | Creditor Name |
|---|---|
| 101976 | Intermediate Bond Fund of America |
| 100792 | International Monetary Fund |
| 108065 | INTRUST Bank |
| 101893 | Invesco Active Multi - Sector Credit Fund of Invesco Asset Management limited |
| 100357 | Invesco Advantage International Fund of AIM International Mutual Funds (Invesco International Mutual Funds) |
| 102145 | Invesco Advantage Municipal Income Trust II (Delaware Statutory Trust) |
| 102050 | Invesco Bond Fund (Delaware Statutory Trust) |
| 102138 | Invesco Bond Fund (Delaware Statutory Trust) |
| 101870 | Invesco California Tax-Free Fund of AIM Counselor Series Trust (Invesco Counselor Series Trust) |
| 101994 | Invesco California Tax-Free Income Fund of AIM Counselor Series Trust (Invesco Counselor Series Trust) |
| 102169 | Invesco California Value Municipal Income Trust (Delaware Statutory Trust) |
| 102125 | Invesco Comstock Fund of AIM Sector Funds (Invesco Sector Funds) |
| 101803 | Invesco Comstock Select Fund of AIM Sector Funds (Invesco Sector Funds) |
| 102118 | Invesco Conservative Income Fund of Invesco Management Trust |
| 101971 | Invesco Core Plus Bond Fund of AIM Counselor Series Trust (Invesco Counselor Series Trust) |
| 102122 | Invesco Core Plus Bond Fund of AIM Counselor Series Trust (Invesco Counselor Series Trust) |
| 101270 | Invesco Core Plus Fixed Income Trust of Institutional Retirement Trust |
| 101425 | Invesco Core Plus Fixed Income Trust of Institutional Retirement Trust |
| 102092 | Invesco Corporate Bond of AIM Investment Securities Funds (Invesco Investment Securities Funds) |
| 102053 | Invesco Corporate Bond of AIM Investment Securities Funds (Invesco Investment Securities Funds) |
| 101820 | Invesco Energy Infrastructure Mother Fund of Invesco Asset Management Ltd. |
| 101920 | Invesco Equally Weighted S&P 500 Fund of AIM Counselor Series Trust (Invesco Counselor Series Trust) |
| 102137 | Invesco Equity & Income Fund of AIM Counselor Series Trust (Invesco Counselor Series Trust) |
| 101324 | Invesco Global Bond Fund of Invesco Canada Ltd |

| Claim | Creditor Name |
|---|---|
| 99729 | Invesco Global Infrastructure Fund of AIM Investment Funds (Invesco Investment Funds) |
| 101845 | Invesco Global Investment Grade Credit Fund, Ltd. of Invesco Advisers, Inc. |
| 102121 | Invesco Growth and Income Fund of AIM Counselor Series Trust (Invesco Counselor Series Trust) |
| 101493 | Invesco Growth and Income Trust of Institutional Retirement Trust |
| 101437 | INVESCO GRP TST JENNISON INT FD |
| 101439 | INVESCO GRP TST JENNISON INT FD |
| 101974 | INVESCO GRP TST PIMCO A CORE FUND |
| 101822 | INVESCO GRP TST PIMCO CORE BOND FD |
| 102140 | Invesco High Yield Municipal Fund of AIM Tax-Exempt Funds (Invesco Tax-Exempt Funds) |
| 101323 | Invesco Intermediate Bond Factor Fund of AIM Investment Securities Funds (Invesco Investment Securities Funds) |
| 101331 | Invesco Intermediate Bond Factor Fund of AIM Investment Securities Funds (Invesco Investment Securities Funds) |
| 101438 | Invesco Intermediate Bond Factor Fund of AIM Investment Securities Funds (Invesco Investment Securities Funds) |
| 101894 | Invesco Intermediate Bond Factor Fund of AIM Investment Securities Funds (Invesco Investment Securities Funds) |
| 101678 | Invesco Intermediate Bond Trust of Institutional Retirement Trust |
| 102128 | Invesco Intermediate Term Municipal Income Fund of AIM Tax-Exempt Funds (Invesco Tax-Exempt Funds) |
| 102157 | Invesco Limited Term Municipal Income Fund of AIM Tax-Exempt Funds (Invesco Tax-Exempt Funds) |
| 102135 | Invesco Liquid Assets Portfolio of Short-Term Investments Trust |
| 101797 | Invesco Low Volatility Equity Yield of AIM Counselor Series Trust (Invesco Counselor Series Trust) |
| 102132 | Invesco Multi-Asset Income Fund of AIM Investment Funds (Invesco Investment Funds) |
| 102136 | Invesco Municipal Income Fund of AIM Tax-Exempt Funds (Invesco Tax-Exempt Funds) |
| 102159 | Invesco Municipal Income Fund of AIM Tax-Exempt Funds (Invesco Tax-Exempt Funds) |
| 101914 | Invesco Municipal Income Opportunities Trust (Delaware Statutory Trust) |

| Claim | Creditor Name |
|---|---|
| 102131 | Invesco Municipal Opportunity Trust (Delaware Statutory Trust) |
| 102126 | Invesco Municipal Trust (Delaware Statutory Trust) |
| 101799 | Invesco Oppenheimer Capital Appreciation Fund of AIM Counselor Series Trust (Invesco Counselor Series Trust) |
| 100889 | Invesco Oppenheimer Capital Income Fund of AIM Investment Funds (Invesco Investment Funds) |
| 101150 | Invesco Oppenheimer Capital Income Fund of AIM Investment Funds (Invesco Investment Funds) |
| 101780 | Invesco Oppenheimer Capital Income Fund of AIM Investment Funds (Invesco Investment Funds) |
| 100878 | Invesco Oppenheimer Fundamental Alternatives Fund of AIM Investment Funds (Invesco Investment Funds) |
| 99966 | Invesco Oppenheimer Global Allocation Fund of AIM Investment Funds (Invesco Investment Funds) |
| 98532 | Invesco Oppenheimer Global Infrastructure Fund of AIM Investment Funds (Invesco Investment Funds) |
| 101453 | Invesco Oppenheimer Global Infrastructure Fund of AIM Investment Funds (Invesco Investment Funds) |
| 101809 | Invesco Oppenheimer Global Multi-Asset Income Fund of AIM Investment Funds (Invesco Investment Funds |
| 101888 | Invesco Oppenheimer Global Strategic Income Fund of AIM Investment Funds (Invesco Investment Funds) |
| 101303 | Invesco Oppenheimer Limited-Term Bond Fund of AIM Investment Securities Funds (Invesco Investment Securities Funds) |
| 101451 | Invesco Oppenheimer Main Street All Cap Fund of AIM Equity Funds (Invesco Equity Funds) |
| 99744 | Invesco Oppenheimer Main Street Fund of AIM Equity Funds (Invesco Equity Funds) |
| 101810 | Invesco Oppenheimer Main Street Mid Cap Fund of AIM Growth Series (Invesco Growth Series) |
| 101445 | Invesco Oppenheimer Rising Dividends Fund of AIM Equity Funds (Invesco Equity Funds) |
| 101805 | Invesco Oppenheimer Rochester Limited Term California Municipal Fund of AIM Tax-Exempt Funds (Invesco Tax-Exempt Funds) |
| 101435 | Invesco Oppenheimer Total Return Bond Fund of AIM Investment Funds (Invesco Investment Funds) |

| Claim | Creditor Name |
|-------|---------------|
| 101293 | Invesco Oppenheimer Total Return Bond Fund of AIM Investments Funds ( Invesco Investment Funds) |
| 101847 | Invesco Oppenheimer V.I. Conservative Balanced Fund of AIM Variable Insurance Funds (Invesco Variable Insurance Funds) |
| 101883 | Invesco Oppenheimer V.I. Conservative Balanced Fund of AIM Variable Insurance Funds (Invesco Variable Insurance Funds) |
| 101873 | Invesco Oppenheimer V.I. Global Strategic Income Fund of AIM Variable Insurance Funds (Invesco Variable Insurance Funds) |
| 99952 | Invesco Oppenheimer V.I. Main Street Fund of AIM Variable Insurance Funds (Invesco Variable Insurance Funds) |
| 101447 | Invesco Oppenheimer V.I. Total Return Bond Fund of AIM Variable Insurance Funds (Invesco Variable Insurance Funds) |
| 101802 | Invesco Opprnheimer V.I. Capital Appreciation Fund of AIM Variable Insurance Funds (Invesco Variable Insurance Funds) |
| 101819 | Invesco Pooled North America Fund of Invesco Asset Management Ltd. |
| 101776 | Invesco Premier Portfolio of AIM Treasurer's Series Trust (Invesco Treasurer's Series Trust) |
| 101931 | Invesco Premier Portfolio of AIM Treasurer's Series Trust (Invesco Treasurer's Series Trust) |
| 102009 | Invesco Premier Tax-Exempt Portfolio of AIM Treasurer's Series Trust (Invesco Treasurer's Series Trust) |
| 102123 | Invesco Premier Tax-Exempt Portfolio of AIM Treasurer's Series Trust (Invesco Treasurer's Series Trust) |
| 101912 | Invesco Quality Municipal Income Trust (Delaware Statutory Trust) |
| 102115 | Invesco S&P 500 Index Fund of AIM Counselor Series Trust (Invesco Counselor Series Trust) |
| 102171 | Invesco Short Duration High Yield Municipal Fund of AIM Counselor Series Trust (Invesco Counselor Series Trust) |
| 102013 | Invesco Tax-Free Cash Reserve Portfolio of Short-Term Investments Trust |
| 102133 | Invesco Tax-Free Cash Reserve Portfolio of Short-Term Investments Trust (Delaware Statutory Trust) |
| 102127 | Invesco Trust for Investment Grade Municipals (Delaware Statutory Trust) |
| 102129 | Invesco U.S. Managed Volatility Fund of AIM Investment Funds (Invesco Investment Funds) |
| 101502 | Invesco U.S. Quantitative Core Trust of Institutional Retirement Trust |

| Claim | Creditor Name |
|---|---|
| 101813 | Invesco US Enhanced Index Fund of Invesco Asset Management Ltd |
| 100773 | Invesco US Equity Flexible Fund of Invesco Asset Management LTD |
| 101815 | Invesco US Structured Equity Fund of Invesco Asset Management Ltd. |
| 101796 | Invesco V.I. Comstock Fund of AIM Variable Insurance Funds (Invesco Variable Insurance Funds) |
| 101924 | Invesco V.I. Core Plus Bond Fund of AIM Variable Insurance Funds (Invesco Variable Insurance Funds) |
| 102146 | Invesco V.I. Core Plus Bond Fund of AIM Variable Insurance Funds (Invesco Variable Insurance Funds) |
| 101790 | Invesco V.I. Equally-Weighted S&P 500 Fund of AIM Insurance Funds (Invesco Variable Insurance Funds) |
| 101794 | Invesco V.I. Equity & Income Fund of AIM Variable Insurance Funds (Invesco Variable Insurance Funds) |
| 101953 | Invesco V.I. Growth & Income Fund of AIM Variable Insurance Funds (Invesco Variable Insurance Funds) |
| 101824 | Invesco V.I. Managed Volatility Fund of AIM Variable Insurance Funds (Invesco Variable Insurance Funds) |
| 101695 | Invesco V.I. S&P 500 Index Fund of AIM Variable Insurance Funds (Invesco Variable Insurance Funds) |
| 102173 | Invesco Value Municipal Income Trust (Delaware Statutory Trust) |
| 98185 | Janus Capital Managment LLC |
| 107959 | Jennison 20/20 Focus Fund (1/31): |
| 107965 | Jennison Blend Fund, Inc. (8/31): |
| 107956 | JennisonDryden Opportunity Funds: Dryden Strategic Value Fund (2/28): |
| 107970 | JennisonDryden Portfolios, Inc.: Jennison Value Fund (8/31): |
| 107966 | JennisonDryden Sector Funds, Inc.: Jennison Utility Fund (11/30): |
| 108140 | JZ Partners |
| 98962 | Kingfishers L.P. |
| 98763 | Kingfishers LP |
| 98960 | Kingfishers LP |
| 98923 | Kingstown Partners II L.P. |
| 98956 | Kingstown Partners II LP |
| 98961 | Kingstown Partners Master Ltd. |

| Claim | Creditor Name |
|-------|---------------|
| 98982 | Kingstown Partners Master Ltd. |
| 108064 | Knightsbridge Asset Management, LLC |
| 108129 | KOKUWORLDX |
| 101823 | Kraft Heinz Company Retiree Health & Welfare Benefits Trust III |
| 104672 | Lake Avenue Funding EC VII LLC |
| 104677 | Lake Avenue Funding EC VII LLC |
| 104686 | Lake Avenue Funding EC VII LLC |
| 104683 | Lake Avenue Funding EC VII LLC |
| 104670 | Lake Avenue Funding EC VII LLC |
| 104688 | Lake Avenue Funding EC VII LLC |
| 104671 | Lake Avenue Funding EC VII LLC |
| 104749 | Lake Avenue Funding EC XI LLC |
| 108066 | Lake Street Advisors Group, LLC |
| 100084 | Legal Services Plan of the Electrical Industry |
| 108070 | Leisure Capital Management, Inc. |
| 108167 | Lighthouse Investment Partners, LLC |
| 101954 | Limited Term Tax-Exempt Bond Fund of America |
| 102261 | Lockheed Martin |
| 104927 | LOCKHEED MARTIN |
| 104925 | LOCKHEED MARTIN |
| 108068 | Lodestar Private Asset Management |
| 101123 | Lucent Technologies Inc. Master Pension Trust- PORTL |
| 108069 | Marathon Trading Fund LP |
| 107242 | Massachusetts S&P 500 Pooled Index Fund |
| 108071 | McGowanGroup Asset Management, Inc. |
| 108073 | Mechanics Bank |
| 101682 | Mediolanum International Funds Limited |
| 101306 | Metropolitan Life Insurance Company |
| 108072 | MidAmerica National Bank |
| 108126 | Millennium Management LLC |

| Claim | Creditor Name |
|---|---|
| 108075 | Moneta Group |
| 102241 | Montana Board of Investments |
| 108078 | Narus Financial Partners |
| 108074 | National Securities Corporation |
| 100132 | New South Wales Treasury Corp |
| 108113 | Old National Bank |
| 100550 | OnePath Funds Management Limited |
| 100568 | OnePath Funds Management Limited |
| 106198 | Orbis Capital Limited |
| 106202 | Orbis Global Balanced Fund (Australia Registered) |
| 106201 | Orbis Global Equity Fund (Australia Registered) |
| 106200 | Orbis Global Equity Fund LE (Australia Registered) |
| 106197 | Orbis Global Equity Fund Limited |
| 106193 | Orbis Institutional Global Equity (OFO) Fund |
| 106192 | Orbis Institutional Global Equity Fund |
| 106220 | Orbis Institutional Global Equity L.P. |
| 106195 | Orbis Institutional U.S. Equity L.P. |
| 106221 | Orbis OEIC Global Balanced Fund |
| 106204 | Orbis OEIC Global Balanced Fund |
| 106194 | Orbis OEIC Global Equity Fund |
| 106222 | Orbis Optimal Global Fund LP |
| 106358 | Orbis Optimal SA Fund Limited |
| 106196 | Orbis SICAV Global Balanced Fund |
| 106203 | Orbis SICAV Global Equity Fund |
| 108077 | Osborne Partners Capital Management, LLC |
| 104168 | P EMP Ltd |
| 108101 | Paragon Capital Management |
| 108076 | Parallel Advisors, LLC |
| 108111 | Patton Fund Management, Inc. |
| 108079 | Pekin Hardy Strauss, Inc. |

| Claim | Creditor Name |
|-------|---------------|
| 108205 | PGIM BALANCED BOND |
| 107909 | PGIM Core Conservative Bond Fund |
| 108207 | PGIM CORE SHORT-TERM BOND |
| 107908 | PGIM Corporate Bond Fund |
| 101423 | PGIM Funds Plc - PGIM Global Corporate Bond Fund - UGBLESG |
| 101587 | PGIM Funds Plc - PGIM Intermediate Duration US Corporate Bond Fund - UCINTESG |
| 101426 | PGIM Funds Plc - PGIM US Corporate Bond Fund - UCORPESG |
| 107905 | PGIM Global Absolute Return Bond Fund |
| 100869 | PGIM Global Core Bond Fund Ex-Japan, a sub-trust of PGIM Cayman Unit Trust-CYTGCORE |
| 107910 | PGIM GLOBAL TOTAL RETURN |
| 100614 | PGIM Japan Co., Ltd - PR US Investment Grade Corporate Bond Mother Fund-CORPPIM |
| 107968 | PGIM Jennison Equity Income Fund |
| 108003 | PGIM Jennison Global Infrastructure Fund |
| 107963 | PGIM Jennison Rising Dividend Fund |
| 107913 | PGIM QMA Defensive Equity Fund |
| 108206 | PGIM QMA Strategic Alpha Large-Cap Core ETF |
| 107916 | PGIM QMA US Broad Market Index Fund |
| 101268 | PGIM Qualifying Investor Funds plc - PGIM QIF Global Corporate Bond Fund - QIFGBLCORP |
| 101352 | PGIM Qualifying Investor Funds plc -PGIM QIF US Corporate Bond Fund - QIFCORP |
| 107912 | PGIM TIPS Fund |
| 108002 | PGIM TOTAL RETURN BOND |
| 108204 | PGIM ULTRA SHORT BOND |
| 107914 | PGIM US Real Estate Fund |
| 107040 | PHYLLIS S PRANGE TRUST |
| 108090 | Plante Moran Financial Advisors |
| 108124 | PLICQCLCSP5 |
| 100919 | POC for Gibraltar Universal Life Reinsurance Co. Custody (Investment)-GULRE |

| Claim | Creditor Name |
|-------|---------------|
| 102248 | Point72 Asset Management |
| 108125 | PRDX500 |
| 108132 | PRIDEXW5 |
| 108133 | PRIFORMR1V |
| 108110 | Private Capital Management |
| 108128 | ProShares Trust |
| 100945 | PRU Credit Income Fund 2017, a Series Trust of Multi Manager Global Investment Trust-CORPMATPB7 |
| 101064 | PRU Gibraltar Financial Insurance Company-PGFFC1 |
| 107971 | PRU INCOME BUILDER JEN EQ INC PDKD |
| 101239 | Pruco Life Insurance Company of New Jersey - PLNJ |
| 101928 | PRUDENTIA -Lebensversicherungs-AG |
| 101149 | Prudential Arizona Reinsurance Captive Company - PLAZ Trust 1-PLAZTR1 |
| 101112 | Prudential Arizona Reinsurance Captive Company - PLNJ Reg 114 Trust 1-PLNJTR1 |
| 101125 | Prudential Arizona Reinsurance Captive Company- Custody-PARCC |
| 101060 | Prudential Arizona Reinsurance Term Company- PAR Term Ind Life Custody Inv Seg-PARTCUST |
| 101096 | Prudential Arizona Reinsurance Term Company- PART Ind Life PLNJ Trust-Fixed Income-PARTNJ1 |
| 100926 | Prudential Arizona Reinsurance Universal Company - PARU HarfordLife & Annuity Comfort Trust - HARTPA |
| 101106 | Prudential Arizona Reinsurance Universal Company - PLNJ Trust 1-PARUNJTR1 |
| 100962 | Prudential Arizona Reinsurance Universal Company -Non-Trust-Hrt Life-Inv Seg-HARTPARFDG |
| 100934 | Prudential Arizona Reinsurance Universal Company -PAR U Hartford Life Insurance Comfort Trust - HART |
| 101057 | Prudential Arizona Reinsurance Universal Company-PARU |
| 108004 | Prudential Day One 2035 Fund |
| 107969 | Prudential Day One 2045 Fund |
| 100987 | Prudential Financial Inc. - Hirikata LLC - HIRAKATA |

| Claim | Creditor Name |
|---|---|
| 100658 | Prudential Investment Management Japan Co., Ltd. - US Investment Grade Corporate Bond Fund 2016-CORP |
| 101097 | Prudential Legacy Insurance Company of New Jersey-PLIC Securities Lending Portfolio-PIACLCB |
| 101109 | Prudential Legacy Insurance Company of NJ - Core Public Bonds-PLIC |
| 101446 | Prudential Legacy Insurance Company of NJ - General Account Global Corporate Portfolio - WWCORP |
| 101132 | Prudential Life Insurance Company of Taiwan Inc. - Pru Taiwan TW GA-POTTWGA |
| 101248 | Prudential LIfe Insurance Company of Taiwan Inc. - Pru Taiwan USD GA-POTUSGA |
| 101211 | Prudential Life Insurance Company of Taiwan Inc. - Pru Taiwan USD IS-POTUSBY |
| 101228 | Prudential Long Duration Credit Fund of the Prudential Trust Company Collective Trust-PTLCRED |
| 101194 | Prudential Merged Retirement Plan - Long Duration Account-PPTRAD |
| 101197 | Prudential Retirement Insurance & Annuity Company-Corporate-PRIACCORP |
| 101200 | Prudential Retirement Insurance & Annuity Company-Defined Benefits Non Trust-PRIACDBNT |
| 101203 | Prudential Retirement Insurance & Annuity Company-MMIP-Non Trust-PRIACMMNT |
| 101267 | Prudential Retirement Insurance and Annuity Company - New York Carpenters - SACAR |
| 101246 | Prudential Retirement Insurance and Annuity Company- Def Contributions - Non Trust A-PRIACDCNT |
| 101291 | Prudential Term Reinsurance Company - Custody - TERMCUST |
| 101353 | Prudential Term Reinsurance Company - Economic Reserves Portfolio - TERMPLNJ1 |
| 101326 | Prudential Term Reinsurance Company - PLNJ Trust - TERMPLNJ |
| 101025 | Prudential Trust Company - Institutional Business Trust Core Conservative Bond Fund - IBTCC |
| 101224 | Prudential Trust Company - Prudential Core Intermediate Bond Fund of the Collective Trust-PTINT |
| 101220 | Prudential Trust Company Collective Trust - Prudential Core Plus Bond Fund-PTCRPLUS |

| Claim | Creditor Name |
|-------|---------------|
| 101212 | Prudential Trust Company Collective Trust - Prudential U.S. Corporate Bond Fund-PTCORP |
| 101218 | Prudential Trust Company Collective Trust- Prudential Core Conservative Intermediate Bond Fund-PTICC |
| 101230 | Prudential Trust Company Collective Trust- Prudential Long Duration Government/Credit Bond Fund - |
| 101231 | Prudential Trust Company Collective Trust- Prudential U.S. Long Duration Corporate Bond Fund - PTLON |
| 100784 | Prudential Trust Company Collective Trust-Pru Core Conservative Intermediate(Vanguard) Bond Fund-FLA |
| 101058 | Prudential Trust Company Collective Trust-Prudential Core Bond Fund - INSTCFI |
| 101232 | Prudential Trust Company Collective Trust-Prudential U.S. Long Duration Corporate Bond (JPM) Fund-PT |
| 101054 | Prudential Trust Company CollectiveTrust- Prudential Core Conservative Bond Fund - INSTEI |
| 101053 | Prudential Trust Company -Institutional Business Trust-Long Duration Government/Credit |
| 100984 | Prudential Trust Company Institutional Business Trust-PGIM Core Bond Fund - IBTCORE |
| 101122 | Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core |
| 101243 | Prudential Universal Reinsurance Company - Captive Trust Portfolio 1 - PURCTR1 |
| 101356 | Prudential Universal Reinsurance Company - Captive Trust Portfolio 2 - PURCSN |
| 101255 | Prudential Universal Reinsurance Company - Inv Seg Indiviual Life - PURC |
| 101335 | Prudential Universal Reinsurance Company- Prudential Term Reinsurance Company - Captive Trust Portfo |
| 108208 | PS DIV BOND PORT |
| 108008 | PSF EQUITY PORT JENNISON PDQ1 |
| 108134 | PTNQSP500 |
| 102245 | Quinn Opportunity Partners |
| 107038 | Ramon L Prange IRA |
| 107039 | Ramon L Prange IRA |

| Claim | Creditor Name |
|-------|---------------|
| 108092 | Raymond James Trust NA |
| 102254 | Raytheon Benefit Trusts |
| 107244 | RhumbLine Equal Weighted Large Cap Trust |
| 107241 | RhumbLine Russell 1000 Pooled Index Trust |
| 107243 | RhumbLine Russell 1000 Value Index Pooled Trust |
| 107245 | RhumbLine S&P Index Pooled Trust |
| 102226 | RI HIGHER EDU SVGS TST 529 VOYA INT |
| 102228 | RI HIGHER EDU SVGS TST 529 VOYA INT |
| 108080 | RMB Capital |
| 101861 | Roche U.S. Retirement Plans Master Trust |
| 102251 | Sacramento County Employees Retirement System |
| 108091 | Sageworth Trust Company |
| 101895 | Samsung Long Term US Bond Securities Master Investment Trust [Bond] - Liability Focused Portfolio |
| 101979 | Samsung Short to Intermediate Term US Bond Securities Master Investment Trust [Bond] Moderate Absolu |
| 102218 | San Diego County Employees Retirement Association |
| 108109 | Sandy Spring Bank |
| 101094 | SAS Trustee Corp Pooled Fund - Defined Contributions |
| 100192 | SAS Trustee Corp Pooled Fund- Definded Benefits |
| 108007 | SCA BNP PLEDGEE AST ASAA JPM MKT NEUTRL |
| 102178 | SCHONFELD STRATEGIC ADVISORS |
| 108114 | Security Federal Savings Bank |
| 102393 | Serengeti Asset Management |
| 108093 | Sheaff Brock Investment Advisors, LLC |
| 108094 | Silvercrest Asset Management Group LLC |
| 108096 | Simmons Bank |
| 104331 | Singer, Susan |
| 102247 | SouthPoint Capital |
| 108095 | SPC Financial, Inc. |
| 101991 | STANLIB Multi-Manager Global Fund |

| Claim | Creditor Name |
|-------|---------------|
| 104723 | STATE STREET GLOBAL ADVISORS |
| 102197 | State Street Global Advisors |
| 104922 | STATE STREET GLOBAL ADVISORS |
| 104828 | STATE STREET GLOBAL ADVISORS |
| 108120 | Stifel Trust Company, N.A. |
| 99749 | SunAmerica |
| 99826 | SunAmerica |
| 102110 | SunAmerica Asset Management |
| 102441 | SunAmerica Asset Management |
| 102184 | Teachers Retirement System of the State of IL |
| 108097 | Team Hewins |
| 108081 | Tellone Management Group |
| 101491 | The Bond Fund of America |
| 100937 | The Gibraltar Life Insurance Company, Ltd. - USD Annuity AFS4-GIBAFS4 |
| 100909 | The Gibraltar Life Insurance Company, Ltd. - USD Insurance AFS-GIBAFS1 |
| 101049 | The Gibraltar Life Insurance Company, Ltd. - USD Insurance HFR-GIBHFR1 |
| 100865 | The Gibraltar Life Insurance Company, Ltd. US Annuity- HFR4-GIBHFR4 |
| 108098 | The Glenmede Trust Company, N.A. |
| 108119 | The Glenview Trust Company |
| 100933 | The Government of State of Kuwait Acting Through Kuwait Investment Authority - GSQ Global Agg |
| 108099 | The Huntington National Bank |
| 100748 | The Income Fund of America |
| 108106 | The Private Trust Company, N.A. |
| 101095 | The Prudential Insurance Company of America - General Pension Segment A-GPSA |
| 100834 | The Prudential Insurance Company of America - Group Alliance Core Public Bonds-GRPALL |
| 100876 | The Prudential Insurance Company of America - Guaranteed Separate Account MMIP Fund-GSAGEN |
| 100912 | The Prudential Insurance Company of America - Hartford Life & Annuity Comfort Trust-HARTANN |

| Claim | Creditor Name |
|-------|---------------|
| 101008 | The Prudential Insurance Company of America - Individual Life Long Term Core Public Bonds - ILLONG |
| 101055 | The Prudential Insurance Company of America - International Paper PICA Single Client Buy-Out SAGAR |
| 101013 | The Prudential Insurance Company of America - International Reinsurance Gibraltar - IREGIB |
| 101062 | The Prudential Insurance Company of America - JC Penny Buy Out - Public Bonds - JCPSA |
| 101083 | The Prudential Insurance Company of America - Lending General Collateral Financial Services Business |
| 101586 | The Prudential Insurance Company of America - Long Duration Government/Credit Bond Account - TOLILGC |
| 101067 | The Prudential Insurance Company of America - PICA/POJ IRELP Trust - IRELPTR |
| 101202 | The Prudential Insurance Company of America - Portfolio Protected Product Group Annuity-PPBO |
| 100941 | The Prudential Insurance Company of America- Congo PICA Single Client Buy-Out SA-GAR PRD-CONGA |
| 101584 | The Prudential Insurance Company of America- Core Investment Grade Credit Bond Fund - TOLICRED |
| 101050 | The Prudential Insurance Company of America- Hartford PICA Single Client Buy-Out SA-GAR PRD - |
| 101322 | The Prudential Insurance Company of America- Long Duration Corporate Bond Account- TOLILDC |
| 101266 | The Prudential Insurance Company of America on behalf of VCA-GA-8217-SBA - SBA8217 |
| 101354 | The Prudential Insurance Company of America on behalf of VCA-GI-3-20 (TOLI 20) - TOLI20 |
| 101431 | The Prudential Insurance Company of America on behalf Variable Contract Account GA-8217-EBIA-WEBIA |
| 101321 | The Prudential Insurance Company of America- Strategic Bond Account - SBA |
| 101422 | The Prudential Insurance Company of America- TOLI Protective Life Fixed Income Bond Fund - |
| 101588 | The Prudential Insurance Company of America- WCT 82/84 ANNUITY ACCOUNT - WCT8284 |

| Claim | Creditor Name |
|---|---|
| 101430 | The Prudential Insurance Company of America- Westrock PICA Single Client Buy-Out SA-GAR PRD -WRKSA |
| 107960 | The Prudential Investment Portfolios, Inc.: Jennison Equity Opportunity Fund (9/30): |
| 101046 | The Prudential Life Insurance Company, Ltd - GA USD BOND AFS (OFU1) - JPOJUAFS1 |
| 101209 | The Prudential Merged Retirement Plan - Pru Plan Asset Liability Portfolio-PPALP |
| 101229 | The Prudential Merged Retirement Plan - Pruplan Asset & Liability Portfolio 2-PPALP2 |
| 108005 | The Prudential Series Fund: Conservative Balanced Portfolio (12/31): |
| 108006 | The Prudential Series Fund: Global Portfolio (12/31): |
| 107964 | The Prudential Series Fund: Jennison 20/20 Focus Portfolio (12/31): |
| 107957 | The Prudential Series Fund: Stock Index Portfolio (12/31): |
| 107967 | The Prudential Series Fund: Value Portfolio (12/31): |
| 101676 | The Tax-Exempt Bond Fund of America |
| 101675 | The Tax-Exempt Fund of California |
| 108121 | The Weld Trust |
| 107251 | Thrivent Financial Defined Benefit Plan Trust |
| 107247 | Thrivent Financial for Lutherans |
| 107246 | Thrivent Financial for Lutherans Foundation |
| 107252 | Thrivent Mutual Funds - Thrivent Aggressive Allocation Fund |
| 107254 | Thrivent Mutual Funds - Thrivent Balanced Income Plus Fund |
| 107248 | Thrivent Mutual Funds - Thrivent Diversified Income Plus Fund |
| 107253 | Thrivent Mutual Funds - Thrivent Global Stock Fund |
| 107255 | Thrivent Mutual Funds - Thrivent Growth & Income Plus Fund |
| 107286 | Thrivent Mutual Funds - Thrivent Income Fund |
| 107256 | Thrivent Mutual Funds - Thrivent Large Cap Value Fund |
| 107257 | Thrivent Mutual Funds - Thrivent Mid Cap Stock Fund |
| 107258 | Thrivent Mutual Funds - Thrivent Moderate Allocation Fund |
| 107249 | Thrivent Mutual Funds - Thrivent Moderately Aggressive Allocation Fund |
| 107358 | Thrivent Mutual Funds - Thrivent Moderately Conservative Allocation Fund |

| Claim | Creditor Name |
|-------|---------------|
| 107250 | Thrivent Series Fund, Inc. - Thrivent Aggressive Allocation Portfolio |
| 107259 | Thrivent Series Fund, Inc. - Thrivent Balanced Income Plus Portfolio |
| 107260 | Thrivent Series Fund, Inc. - Thrivent Diversified Income Plus Portfolio |
| 107283 | Thrivent Series Fund, Inc. - Thrivent Global Stock Portfolio |
| 107312 | Thrivent Series Fund, Inc. - Thrivent Growth & Income Plus Portfolio |
| 107261 | Thrivent Series Fund, Inc. - Thrivent Income Portfolio |
| 107266 | Thrivent Series Fund, Inc. - Thrivent Large Cap Index Portfolio |
| 107264 | Thrivent Series Fund, Inc. - Thrivent Large Cap Value Portfolio |
| 107265 | Thrivent Series Fund, Inc. - Thrivent Mid Cap Stock Portfolio |
| 107263 | Thrivent Series Fund, Inc. - Thrivent Moderate Allocation Portfolio |
| 107262 | Thrivent Series Fund, Inc. - Thrivent Moderately Aggressive Allocation Portfolio |
| 107272 | Thrivent Series Fund, Inc. - Thrivent Moderately Conservative Allocation Portfolio |
| 108100 | Tocqueville Asset Management |
| 107915 | TPSF - EQP (JENN) |
| 108102 | Trust Company of Vermont |
| 108130 | Trust Sourcing Solutions, LLC |
| 108123 | UBISICAVGLOBALMSCI |
| 108131 | UBISICAVUSCORE |
| 108104 | United Southern Bank |
| 102143 | Universities Superannuation Scheme |
| 101357 | US IG Corporate Bond (JPY Hedged) Fund, a Series Trust of Cayman World Invest Trust - SHINCORP |
| 101308 | US IG Intermediate Corporate Bond (JPY Hedged) Fund, a Series Trust of Cayman World Invest Trust - S |
| 101424 | Vantage Casualty Insurance Company - VANTAGE |
| 108103 | Vantage Consulting Group Inc. (fka Locus Analytics) |
| 108164 | Vassar Investors, LLC |
| 78147 | Venerable Insurance and Annuity Company |
| 101427 | Verizon Transition Account - VZTRANS |
| 107236 | VGE III Portfolio Ltd |

| Claim | Creditor Name |
|-------|---------------|
| 107232 | Viking Global Equities II LP |
| 107233 | Viking Global Equities LP |
| 107234 | Viking Global Opportunities Liquid Portfolio Sub-Master LP |
| 107235 | Viking Long Fund Master Ltd. |
| 102172 | VIRGINIA529 VS ING CUSTODY MV |
| 104926 | Voya General Accounts |
| 108108 | Waukesha State Bank Wealth Management |
| 108107 | Wealthspire Advisors LLC |
| 102147 | Wellington Management Company |
| 104997 | Wellington Management Company |
| 105059 | WELLINGTON MANAGEMENT COMPANY |
| 103935 | Wellington Management Company |
| 101985 | Wells Fargo & Company Master Pension Trust |
| 108105 | Westwood Trust |
| 108089 | Williams Jones Wealth Management, LLC |
| 108088 | Wipfli Financial Advisors, LLC |
| 108087 | Woodley Farra Manion Portfolio Management, Inc. |
| 108082 | Woodstock Corporation |
| 101812 | XT USA Fund of Invesco Asset Management LTD |
| 108084 | Yarbrough Capital, LLC |
| 108086 | Zabia Colovos Gift Trust |
| 108083 | Zeke Capital Advisors, LLC |
| 108085 | ZWJ Investment Counsel |