# EXHIBIT 6

| | |
|---|---|
| **From:** | Slack, Richard <richard.slack@weil.com> |
| **Sent:** | Tuesday, March 8, 2022 6:04 PM |
| **To:** | Marc Kramer |
| **Cc:** | Kramer, Kevin; Michael Hampson; Jarett Sena; Green, A.J.; Cormio, Rob |
| **Subject:** | PG&E |
| **Attachments:** | PGE_RKS_Deficient Claims Exhibit_w.Glossary v2.pdf |

Marc,

We have begun and are proceeding with making offers to claimants under the securities claims procedures approved by the Bankruptcy Court. While the procedures require that both PG&E and claimants keep the specifics of the settlement process and offers confidential, we have in fact made settlement offers to more than one thousand claimants and have already been able to agree to many hundreds of settlements. The process is ongoing and we intend to continue making confidential settlement offers to claimants under the securities claims procedures for eligible claims. In that regard, we note there are thousands of securities claims (many of which have yet to submit complete trading information), and we are not able to act with respect to the thousands of claimants simultaneously. Our current intention is to file a status report in the coming weeks to advise the Bankruptcy Court as to the significant progress made under the procedures.

As to confidentiality, we note that we only asked if you would be amenable to confidentiality if we had settlement discussions outside of the procedures; we did not state we would present you with a confidentiality agreement. We are pleased that you are amenable to such discussions though.

Lastly, we note that more than half of the claims identified in your February 14 letter are missing one or more types of information that need to be provided under the securities procedures. We appreciate that certain of your clients have been working with Kroll to rectify these issues and provide the necessary information, and that certain other claims were filed more recently and purport to amend the ISS or Chicago Clearing bulk claims. Nevertheless, it would be helpful in moving the process forward if you could work with your clients to provide all necessary information as the receipt of such information is an important step in the settlement process under the procedures approved by the Bankruptcy Court and would be important to facilitate any discussions between us outside of the procedures.

To that end, attached is an exhibit that identifies the types of information deficiencies that have been identified to date with respect to the claims set forth in your February 14 letter. We note that the attached list may not be exhaustive, so there may be additional information deficiencies with your clients' claims that are not reflected in the attached exhibit. Based on the statement in your February 14 letter that claimants identified in your letter "assert in the aggregate damages substantially in excess of $2 billion against Debtors," we expect that this trading information is readily at your disposal. Please feel free to reach out to Rob Cormio at Kroll (833-644-1597 or info@pgesecuritiesclaimfiling.com) to discuss information that still needs to be provided.

---

**From:** Marc Kramer <mkramer@rksllp.com>
**Sent:** Monday, February 28, 2022 11:59 AM
**To:** Slack, Richard <richard.slack@weil.com>
**Cc:** Schinckel, Tom <Tom.Schinckel@weil.com>; Kramer, Kevin <Kevin.Kramer@weil.com>; Michael Hampson <mhampson@rksllp.com>; Jarett Sena <jsena@rksllp.com>
**Subject:** PG&E

Dear Richard

I wanted to follow up on our conversation from back in December. At that time, you stated that you were desirous of "opening a line of communication" given the number of claimants that we represent. You also indicated at that time that initial settlement offers to securities claimants would commence in the "near term". It has now been two full months since we spoke, and over three months since the Debtor in its November status report represented to the Court that Debtors "currently expect to be in a position by year end to begin making settlement offers" and "thereafter, if necessary, instituting mediation procedures . . . ."

Can you please advise as to the status and the cause for the hold-up in presenting PG&E's initial offers. When we spoke, we also understood that you would be providing a draft form of Confidentiality Agreement which we have never received. If settlement discussions are going to be meaningfully delayed further, we intend to advise the Court and request, among other relief, that the ADR procedures commence forthwith.

We look forward to your prompt reply

Best, Marc


**Marc B. Kramer**
Partner
Rolnick Kramer Sadighi LLP

**T**: 212.597.2828
1251 Avenue of the Americas - 41st Floor
New York, NY 10020
mkramer@rksllp.com



---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.