# EXHIBIT 10

United States District Court
Northern District of California

1
2
3
4
5
6   UNITED STATES DISTRICT COURT
7   NORTHERN DISTRICT OF CALIFORNIA
8   SAN JOSE DIVISION
9
10  IN RE PG&E CORPORATION
    SECURITIES LITIGATION

    Case No. 5:18-cv-03509-EJD

11  **NOTICE OF INTENT TO STAY
    ACTION PENDING CONCLUSION OF
12  BANKRUPTCY PROCEEDINGS**
13
14
15      This securities class action arises out of allegedly false statements that Defendants made to
16  investors from April 29, 2015 through November 15, 2018.  Plaintiffs allege that Defendants'
17  statements and omissions misled investors about PG&E's wildfire safety practices, including their
18  representations of achieving full legal compliance and investing in safety, notwithstanding the
19  Company's numerous and widespread violations of powerline safety regulations.
20      On January 29, 2019, Defendants PG&E Corporation and Pacific Gas and Electric
21  Company, as debtors and debtors in possession (collectively, the "Debtors"), each commenced a
22  voluntary case under chapter 11 of title 11 of the United States Code (11 U.S.C. § 101 et seq.) (the
23  "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of California
24  (the "Bankruptcy Court"). The Chapter 11 Cases are being jointly administered under Case Nos.
25  19-30088 and 19-30089.  Accordingly, the above-captioned matter has been automatically stayed
26  as to the Debtors pursuant to section 362(a) of the Bankruptcy Code.
27  CASE NO.: 5:18-CV-03509-EJD
28  NOTICE OF INTENT TO STAY ACTION PENDING CONCLUSION OF BANKRUPTCY
    PROCEEDINGS
                                                1

1   At the request of the Court, the parties submitted status reports regarding the proceedings
2   in the Bankruptcy Court.  Dkt. Nos. 195-96.  According to these reports, on June 20, 2020, the
3   Bankruptcy Court entered an order (the "Confirmation Order") confirming PG&E's Chapter 11
4   Plan of Reorganization (the "Plan"). *See* Chapter 11 Proceeding, Confirmation Order, ECF No.
5   8053; *see also* Plan, ECF No. 8053-1 (Ex. A to Confirmation Order). The Plan treats shareholder
6   claims as "subordinated" by the Bankruptcy Code and "impaired" (not paid in full).  Rather than
7   paying subordinated shareholder claims in full, the Plan provides that shareholder claims are to be paid
8   at reduced amounts in shares of reorganized PG&E's common stock.

9   As of the filing date of the status reports, over 7,100 securities claims have been filed in the
10  Bankruptcy Court, listing claim amounts totaling in the billions of dollars. The Bankruptcy Court has
11  adopted PG&E's proposed claims procedure and ADR proposal, although a few Plaintiffs are excluded
12  from the ADR process. The claims procedure is ongoing.

13  Although the Plan and the Confirmation Order expressly provide that they do not have any
14  direct impact on securities claims asserted against PG&E's non-debtor officers, directors, or
15  underwriters defendants (collectively, "Defendants"), Lead Plaintiff acknowledges that the
16  Chapter 11 Proceeding "will necessarily involve addressing identical issues this Court may be
17  called on to consider, including whether the 19 asserted false and misleading statements made
18  over three-and-a-half years are actionable (including the elements of falsity, materiality, and
19  scienter), as well as whether and to what extent these statements caused investor losses over the
20  nine asserted loss causation events." Dkt. No. 196 at 5-6.

21  Based upon the current status of the Chapter 11 Proceeding, the Court intends to stay this
22  case pending completion of the claims procedure and ADR.  A stay in this case will promote
23  judicial efficiency and economy, as well as avoid the potential for inconsistent judgments.
24  Further, Lead Plaintiff and the non-debtor Defendants expect that the ongoing bankruptcy claim
25  process will affect, among other things, the size and potential damage claims of the putative
26  classes in this action.  The Court recognizes that a stay will further delay the resolution of

27  CASE NO.: 5:18-CV-03509-EJD
28  NOTICE OF INTENT TO STAY ACTION PENDING CONCLUSION OF BANKRUPTCY
    PROCEEDINGS
                                      2

1   Defendants' pending motions to dismiss.  In the Court's view, however, the stated justifications

2   for a stay outweigh the potential prejudice a delay will cause to any of the parties in this case.

3         Any party wishing to object to a stay of this case may file an objection no later than May

4   14, 2021.  In the event no objections are filed, the Court will issue an order (1) staying this action

5   pending completion of the claim procedure and ADR, (2) terminating all pending motions without

6   prejudice, and (3) administratively closing the case.  Upon being notified by any party that the

7   claims procedure and ADR have concluded, the Court will promptly reopen the case and return it

8   to active status.

10   **IT IS SO ORDERED.**

11   Dated: April 29, 2021

                                            EDWARD J. DAVILA
                                            United States District Judge

CASE NO.: 5:18-CV-03509-EJD
NOTICE OF INTENT TO STAY ACTION PENDING CONCLUSION OF BANKRUPTCY PROCEEDINGS
3

United States District Court
Northern District of California