1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   PHILIP S. WARDEN (54572)
2  philip.warden@pillsburylaw.com
   JONATHAN DOOLITTLE (290638)
3  jonathan.doolittle@pillsburylaw.com
   Four Embarcadero Center, 22nd Floor
4  San Francisco, CA 94111-5998
   Telephone:    415.983.1000
5  Facsimile:    415.983.1200
6
   Counsel to Chevron Master Pension Trust
7  and Chevron UK Pension Plan

8              IN THE UNITED STATES BANKRUPTCY COURT

9       NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10
11  **IN RE:**                              ) Bankruptcy Case No. 19-30088(DM)
                                            )
12  **PG&E, CORPORATION**                   ) CHAPTER 11
                                            )
13  **and**                                 ) (Lead Case) (Jointly Administered)
                                            )
14  **PACIFIC GAS AND ELECTRIC COMPANY,**   ) **CERTIFICATE OF SERVICE**
                                            )
15                        **Debtors**.      ) Date:       November 15, 2022
                                            ) Time:       10:00 a.m. (PT)
16  ____      Affects PG&E Corporation      ) Place:      (Telephonic or Video Only)
          Affects Pacific Gas and Electric  )             United States Bankruptcy Court
17  ____      Company                       )             Courtroom 17, 16th Floor
     X      Affects both Debtors            )             San Francisco, CA 94102
18                                          )
    *All papers shall be filed in the Lead Case, No. 19-  ) Objection Deadline:
19   30088 (DM).*                           ) November 8, 2022, 4:00 pm (Pacific Time)
                                            )
20                                          ) **Related Docket No.:** 13122
                                            )
21                                          )

22

23

24

25

26

27

28

I, **Philip S. Warden**, hereby declare:

I am a citizen of the United States, over the age of 18 years and not a party to the above-entitled action. I am an employee of Pillsbury Winthrop Shaw Pittman LLP, and my business address is Four Embarcadero Center, 22 Floor, San Francisco, CA 94111.

On **November 8, 2022**, I served a true copy of the following document(s): **CHEVRON'S OBJECTION WITH RESPECT TO THE REORGANIZED DEBTORS' MOTION FOR ENTRY OF AN ORDER FURTHER EXTENDING DEADLINE FOR THE REORGANIZED DEBTORS TO OBJECT TO CLAIMS AND FOR RELATED RELIEF AND JOINDER TO THE KINGSTOWN CLAIMANTS' OBJECTION** in the matter indicated below:

On **November 8, 2022**, I caused notice to be provided through ECF notification on all persons registered as participants in the Court's ECF system, or by electronic mail as indicated below.

***By Electronic Mail:***

*By ECF Notification:*

- Elliot Adler    eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Aaron L. Agenbroad    alagenbroad@jonesday.com, saltamirano@jonesday.com
- Gabrielle L. Albert    galbert@kbkllp.com
- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Destiny N. Almogue    Destiny.Almogue@skadden.com, wendy.lamanna@skadden.com
- Monique D. Almy    malmy@crowell.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Philip Anker    philip.anker@wilmerhale.com, whdocketing@wilmerhale.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Tyson Arbuthnot    tarbuthnot@rjo.com, jyeung@rjo.com
- Lauren T. Attard    lattard@bakerlaw.com, agrosso@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Chris Bator    cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com
- Andrew David Behlmann    abehlmann@lowenstein.com, elawler@lowenstein.com
- Tanya Behnam    tbehnam@polsinelli.com, ladocketing@polsinelli.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti    pbenvenutti@kbkllp.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Ronald F. Berestka    rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
- Christian Paul Binder    chris@bindermalter.com, cbinder@bindermalter.com
- Heinz Binder    heinz@bindermalter.com
- Jared D. Bissell    jared.bissell@troutman.com
- Jason Blumberg    jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- Richard Bodnar    rbodnar@rksllp.com
- Melissa Boey    melissa.boey@morganlewis.com

1  - Paige Boldt    pboldt@wattsguerra.com, cwilson@wattsguerra.com
2  - Jason Borg    jborg@jasonborglaw.com
   - Evan C. Borges    eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
3  - Mark Bostick    mbostick@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com
   - James L. Bothwell    jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
4  - Peter R. Boutin    peter.boutin@kyl.com, lara.joel@kyl.com
   - Erin N. Brady    erin.brady@hoganlovells.com
5  - Lee Brand    lee.brand@pillsburylaw.com, docket@pillsburylaw.com
6  - Gregory A. Bray    gbray@milbank.com
   - Michael D. Breslauer    mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
7  - W. Steven Bryant    , molly.batiste-debose@lockelord.com
   - Chane Buck    cbuck@jonesday.com
8  - Kathlene Burke    kathlene.burke@skadden.com, burke.kathlene@gmail.com
   - Craig A Burnett    cburnett@nomoredebt.com, bkecf@nomoredebt.com
9  - Frank Busch    busch@wvbrlaw.com, pallister@wvbrlaw.com
   - Elizabeth J. Cabraser    ecabraser@lchb.com, awolf@lchb.com
10 - Anthony P. Cali    anthony.cali@stinson.com, lindsay.petrowski@stinson.com
11 - Peter C. Califano    pcalifano@cwclaw.com
   - Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com
12 - Leah E. Capritta    Leah.Capritta@hklaw.com, reena.kaur@hklaw.com
   - Nicholas A. Carlin    nac@phillaw.com, rac@phillaw.com
13 - Frank Thomas More Catalina    fcatalina@rksllp.com
   - Katherine Rose Catanese    kcatanese@foley.com
14 - Matthew Cave    mcave@kfc.law
15 - Barry A. Chatz    barry.chatz@saul.com, barry.chatz@gmail.com
   - Karen J. Chedister    kchedister@h-jlaw.com
16 - Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
   - Richard A. Chesley    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
17 - Kevin Chiu    kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com
18 - Jacquelyn H. Choi    jacquelyn.choi@rimonlaw.com, docketing@rimonlaw.com
   - Shawn M. Christianson    schristianson@buchalter.com
19 - Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
20 - Jae Angela Chun    ajc@chun.law, teresa@tosdallaw.com
   - Gerard T. Cicero    GCicero@brownrudnick.com, NKhalatova@brownrudnick.com
21 - Louis J. Cisz    lcisz@nixonpeabody.com
   - Valerie E. Clemen    , mcarter@coombslaw.com
22 - Alicia Clough    aclough@loeb.com
23 - Tiffany Strelow Cobb    tscobb@vorys.com
   - John B. Coffman    john@johncoffman.net
24 - Kevin G. Collins    kevin.collins@btlaw.com
   - Brian S. Conlon    bsc@phillaw.com, rac@phillaw.com
25 - Charles Cording    ccording@willkie.com, mao@willkie.com
26 - Manuel Corrales    mannycorrales@yahoo.com, hcskanchy@hotmail.com
   - Anne Costin    anne@costinlawfirm.com
27 - Christopher J. Cox    chris.cox@hoganlovells.com
28

- 3 -
CERTIFICATE OF SERVICE

- Donald H. Cram     dhc@severson.com
- Ashley Vinson Crawford     avcrawford@akingump.com, dkrasa-berstell@akingump.com
- Douglas S. Crosno     douglas.crosno@hoganlovells.com
- Andrea Crowl     acrowl@dbbwc.com
- J. Russell Cunningham     rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham     , rkelley@pierceatwood.com
- James D. Curran     jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis     tambra.curtis@sonoma-county.org, Megan.Sweeley@sonoma-county.org
- Stacy A. Dasaro     sdasaro@goodwinlaw.com
- James M. Davis     jdavis@cglaw.com
- Nicolas De Lancie     ndelancie@jmbm.com
- Judith A. Descalso     , jad_9193@ecf.courtdrive.com
- Andrew G. Devore     andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com
- Erin Elizabeth Dexter     edexter@milbank.com
- Shounak S. Dharap     ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer     kdiemer@diemerwei.com
- Kathryn S. Diemer     kdiemer@diemerwhitman.com
- John P. Dillman     houston_bankruptcy@publicans.com
- Caroline R. Djang     cdjang@buchalter.com, Laurie.Verstegen@bbklaw.com
- Krystal Dong     ykdong@gmail.com
- Jonathan R. Doolittle     jonathan.doolittle@pillsburylaw.com
- Jonathan R. Doolittle     jdoolittle@reedsmith.com
- Jennifer V. Doran     jdoran@hinckleyallen.com
- Dustin M. Dow     ddow@bakerlaw.com, jmcguigan@bakerlaw.com
- Jamie P. Dreher     jdreher@downeybrand.com
- Todd Dressel     tdressel@mcguirewoods.com, jtabisaura@mcguirewoods.com
- Geoffrey B. Dryvynsyde     gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
- Jeffrey Aaron Dubbin     jdubbin@labaton.com, echan-lee@labaton.com
- Matthew Ducharme     matthew.ducharme@hoganlovells.com, tracy.southwell@hoganlovells.com
- Cecily Ann Dumas     cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- Dennis F. Dunne     cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne     ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong     annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Luke N. Eaton     eatonl@pepperlaw.com, monugiac@pepperlaw.com
- Daniel G. Egan     daniel.egan@ropesgray.com, nova.alindogan@ropesgray.com
- Joseph A. Eisenberg     JAE1900@yahoo.com
- Michele Ellison     mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- David Emerzian     , Melany.Hertel@mccormickbarstow.com
- G. Larry Engel     larry@engeladvice.com
- Krista M. Enns     kenns@beneschlaw.com
- Scott Esbin     sesbin@esbinalter.com
- Joseph M. Esmont     jesmont@bakerlaw.com
- Michael P. Esser     michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- Richard W. Esterkin     richard.esterkin@morganlewis.com,

melissa.boey@morganlewis.com
- Michael S. Etkin    metkin@lowenstein.com
- Jacob M. Faircloth    jacob@bfolegal.com
- Brett D. Fallon    bfallon@morrisjames.com, wweller@morrisjames.com
- Michael C. Fallon    , manders@fallonlaw.net
- Joana Fang    jf@kbklawyers.com, icd@kbklawyers.com
- Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
- David M. Feldman    DFeldman@gibsondunn.com
- Matthew A. Feldman    mfeldman@willkie.com
- Jennifer Feldsher    jennifer.feldsher@morganlewis.com
- Mark E. Felger    mfelger@cozen.com
- James J. Ficenec    James.Ficenec@ndlf.com
- Kimberly S. Fineman    kfineman@fhlawllp.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Timothy M. Flaherty    tflaherty@mpplaw.com
- Daniel I. Forman    dforman@willkie.com
- Matthew Hampton Foushee    hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- James P. Frantz    rosa@frantzlawgroup.com
- Carolyn Frederick    cfrederick@prklaw.com
- Matthew Patrick French    mfrench@baumhedlundlaw.com
- Peter Friedman    pfriedman@omm.com
- Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Lars H. Fuller    lfuller@bakerlaw.com
- Thomas M. Gaa    tgaa@bbslaw.com
- Larry W. Gabriel    , nfields@bg.law
- Gregg M. Galardi    gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com
- Craig Solomon Ganz    ganzc@ballardspahr.com, hartt@ballardspahr.com
- Jeffrey K. Garfinkle    jgarfinkle@buchalter.com
- Oscar Garza    ogarza@thegarzafirm.com
- Lisa S. Gast    lsg@dwgp.com, lmk@dwgp.com
- Paul R. Gaus    pgaus@downeybrand.com
- Duane M. Geck    dmg@severson.com
- Evelina Gentry    evelina.gentry@akerman.com
- Janet D. Gertz    jgertz@btlaw.com
- Christopher Gessner    cgessner@akingump.com, NYMCO@akingump.com
- R. Dale Ginter    dginter@downeybrand.com
- Jon T. Givens    givensjt@gmail.com, cwilson@wattsguerra.com
- Barry S. Glaser    bglaser@salvatoboufadel.com
- Paul R. Glassman    pglassman@sycr.com
- Gabriel I. Glazer    gglazer@pszjlaw.com
- Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Jaime Godin    Jtouchstone@fddcm.com
- Matthew A. Gold    courts@argopartners.net
- Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Craig Goldblatt    Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com

- 5 -
CERTIFICATE OF SERVICE

- Amy L. Goldman    goldman@lbbslaw.com
- Eric S. Goldstein    egoldstein@goodwin.com
- Rhonda Stewart Goldstein    Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- Eric R. Goodman    egoodman@bakerlaw.com
- Michael R. Goodstein    mgoodstein@baileycav.com
- Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutinjones.com
- Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutinjones.com
- Michael I. Gottfried    mgottfried@elkinskalt.com, AAburto@elkinskalt.com
- Louis Gottlieb    Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Elizabeth Graham    egraham@gelaw.com
- Jason J. Granskog    jgranskog@bowlesverna.com, tohl@bowlesverna.com
- Eric A. Grasberger    eric.grasberger@stoel.com, docketclerk@stoel.com
- Debra I. Grassgreen    , hphan@pszjlaw.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Eric A. Gravink    eric@rhrc.net
- Elizabeth A. Green    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- Tracy Green    tgreen@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com
- Alan Greenberg    agreenberg@ggtriallaw.com
- Mitchell B. Greenberg    mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- Brian Gregory    b.gregory@veenfirm.com, EL.Team@Veenfirm.com
- Susan Sieger Grimm    SSieger-Grimm@brownrudnick.com, NKhalatova@brownrudnick.com
- Matthew W. Grimshaw    matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com
- Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Carl L. Grumer    cgrumer@manatt.com, mchung@manatt.com
- David Matthew Guess    dguess@buchalter.com
- Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com
- Lloyd C. Guintivano    anitag@co.lake.ca.us, lloydg@co.lake.ca.us
- Cameron M. Gulden    cameron.m.gulden@usdoj.gov
- Mirco J. Haag    mhaag@buchalter.com, dcyrankowski@buchalter.com
- Laurie Hager    lhager@sussmanshank.com
- J. Noah Hagey    hagey@braunhagey.com, tong@braunhagey.com
- Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com
- Michael Hampson    mhampson@rksllp.com
- Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com
- Jay Harker    jharker@clausen.com, mgenova@clausen.com
- Joseph George Harraka    jgharraka@becker.legal
- Adam C. Harris    adam.harris@srz.com
- Robert G. Harris    rob@bindermalter.com
- Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Jennifer C. Hayes    jhayes@fhlawllp.com
- Geoffrey A. Heaton    gheaton@duanemorris.com, dmicros@duanemorris.com
- Michael C. Hefter    michael.hefter@hoganlovells.com, tracy.southwell@hoganlovells.com

| | |
|---|---|
| 1 | • Alaina R. Heine     alaina.heine@dechert.com, brett.stone@dechert.com |
| 2 | • Matthew Henderson     matthew.henderson@msrlegal.com, karen.wigylus@msrlegal.com |
| | • Samy Saad Henein     samyhenein@aol.com, mh@suppalaw.com |
| 3 | • Stephen E. Hessler, P.C.     , jozette.chong@kirkland.com |
| | • Matthew Heyn     matthew.heyn@doj.ca.gov |
| 4 | • Sean T. Higgins     aandrews@andrewsthornton.com, shiggins@andrewsthornton.com |
| | • James P. Hill     hill@sullivanhill.com, bkstaff@sullivanhill.com |
| 5 | • Morgan R. Hirst     mhirst@jonesday.com, mmelvin@jonesday.com |
| 6 | • Michael R. Hogue     hoguem@gtlaw.com, navarrom@gtlaw.com |
| | • David Holtzman     david.holtzman@hklaw.com |
| 7 | • Alexandra S. Horwitz     allie.horwitz@dinsmore.com |
| | • Marsha Houston     mhouston@reedsmith.com, hvalencia@reedsmith.com |
| 8 | • Linda Wendell Hsu     lhsu@selmanlaw.com, psmith@selmanlaw.com |
| 9 | • Shane Huang     shane.huang@usdoj.gov |
| | • Brian D. Huben     hubenb@ballardspahr.com, carolod@ballardspahr.com |
| 10 | • Kelly L. Huey     khuey@burkeandkesslerlaw.com |
| | • Christopher Hughes     chughes@nossaman.com |
| 11 | • Jonathan Hughes     , jane.rustice@aporter.com |
| 12 | • Edward R. Huguenin     ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com |
| | • Michael A. Isaacs     misaacs@rinconlawllp.com, aworthing@rinconlawllp.com |
| 13 | • Mark V. Isola     misola@brotherssmithlaw.com |
| | • J. Eric Ivester     Eric.Ivester@skadden.com, Andrea.Bates@skadden.com |
| 14 | • J. Eric Ivester     , Andrea.Bates@skadden.com |
| | • Lawrence A. Jacobson     laj@cohenandjacobson.com, mcycle48@gmail.com |
| 15 | • Kizzy L. Jarashow     KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com |
| 16 | • Ivan C. Jen     ivan@icjenlaw.com |
| | • Amanda Jereige     AJereige@winston.com, amanda-jereige-5954@ecf.pacerpro.com |
| 17 | • Monique Jewett-Brewster     mjb@hopkinscarley.com, eamaro@hopkinscarley.com |
| | • James O. Johnston     jjohnston@jonesday.com |
| 18 | • Chris Johnstone     chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com |
| 19 | • Andrew Jones     andrew@ajoneslaw.com |
| | • Gregory K. Jones     GJones@dykema.com, cacossano@dykema.com |
| 20 | • John L. Jones     JJones@chwlaw.us, JLJones2@outlook.com |
| | • Robert A. Julian     rjulian@bakerlaw.com, hhammonturano@bakerlaw.com |
| 21 | • George H. Kalikman     , sdavenport@schnader.com |
| 22 | • Roberto J. Kampfner     rkampfner@whitecase.com, mco@whitecase.com |
| | • Bonnie E. Kane     bonnie@thekanelawfirm.com, skane@thekanelawfirm.com |
| 23 | • Eve H. Karasik     ehk@lnbyb.com |
| | • Michael G. Kasolas     trustee@kasolas.net, ecf.alert+Kasolas@titlexi.com |
| 24 | • Elyssa S. Kates     ekates@bakerlaw.com |
| | • Ori Katz     okatz@sheppardmullin.com, LSegura@sheppardmullin.com |
| 25 | • William M. Kaufman     wkaufman@smwb.com, eschneider@smwb.com |
| 26 | • Jane G. Kearl     jkearl@watttieder.com, jbenton@watttieder.com |
| | • Tobias S. Keller     tkeller@kbkllp.com |
| 27 | • Lynette C. Kelly     ustpregion17.oa.ecf@usdoj.gov |
| 28 | |

1    •   Sarah Elisabeth Kelly-Kilgore    skellykilgore@ggtriallaw.com,
2      dvultaggio@ggtriallaw.com
   •   Matthew K. Kelsey    mkelsey@gibsondunn.com
3    •   Gerald P. Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
   •   Erica L. Kerman    ekerman@willkie.com
4    •   Samuel M. Kidder    skidder@ktbslaw.com
   •   Marc Kieselstein    , carrie.oppenheim@kirkland.com
5    •   Jane Kim    jkim@kbkllp.com
6    •   Mary H. Kim    Mary.Kim@dechert.com, brett.stone@dechert.com
   •   Susan E. Kirkgaard    , carlyn.jorgensen@bullivant.com
7    •   Kody D. L. Kleber    kkleber@bakerlaw.com, dmartinez@bakerlaw.com
   •   Matthew Ryan Klinger    mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
8    •   Bradley C. Knapp    bknapp@lockelord.com, Yamille.Harrison@lockelord.com
   •   Kelly V. Knight    kelly.knight@srz.com
9    •   Lydia Vanessa Ko    Lvko@stonelawoffice.com
10    •   Thomas F. Koegel    tkoegel@crowell.com
   •   Katherine Kohn    kkohn@groom.com, ashahinllari@groom.com
11    •   Andy S. Kong    kong.andy@arentfox.com, Yvonne.Li@arentfox.com
   •   Anna Kordas    akordas@jonesday.com, mmelvin@jonesday.com
12    •   Alan W. Kornberg    , akornberg@paulweiss.com
   •   Bernard Kornberg    bernard.kornberg@practus.com
13    •   David I. Kornbluh    dkombluh@venturahersey.com, jpatterson@venturahersey.com
14    •   Lauren Kramer    lkramer@rjo.com
   •   Marc Kramer    mkramer@rksllp.com
15    •   Jeffrey C. Krause    jkrause@gibsondunn.com
   •   Lindsey E. Kress    lkress@lockelord.com, autodocket@lockelord.com
16    •   Hannah C. Kreuser    hkreuser@porterlaw.com, ooberg@porterlaw.com
   •   Kevin Kroll    kkroll@kfc.law
17    •   Michael Thomas Krueger    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
18    •   Marek P. Krzyzowski    MKrzyzowski@brownrudnick.com,
     SCalderon@brownrudnick.com
19    •   Robert T. Kugler    robert.kugler@stinson.com
   •   Duane Kumagai    dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com
20    •   Brendan M. Kunkle    bkunkle@abbeylaw.com, lmeyer@abbeylaw.com
   •   Alisa C. Lacey    alisa.lacey@stinson.com, karen.graves@stinson.com
21    •   Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov
22    •   Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov
   •   Richard A. Lapping    rich@trodellalapping.com
23    •   Omeed Latifi    olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
   •   John E. Lattin    jlattin@ostergar.com, sslovenec@ostergar.com
24    •   Paul J. Laurin    plaurin@btlaw.com, slmoore@btlaw.com
   •   Michael Lauter    mlauter@sheppardmullin.com
25    •   Kenneth T. Law    klaw@bbslaw.com
26    •   Francis J. Lawall    francis.lawall@troutman.com, susan.henry@troutman.com
   •   Andrew Michael Leblanc    ALeblanc@milbank.com
27    •   Erica Lee    Erica.Lee@doj.ca.gov

28

- Scott Lee    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Paul J. Leeds    Pleeds@fsl.law
- Edward J. Leen    eleen@mkbllp.com
- Lisa Lenherr    llenherr@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com
- Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch    bletsch@braytonlaw.com
- David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin    alevin@wcghlaw.com
- Emily Sarah Levin    elevin@levinlawgroupplc.com
- David Levine    dnl@groom.com
- Marc A. Levinson    Malevinson@orrick.com, casestream@ecf.courtdrive.com
- Dara Levinson Silveira    dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com
- Alexander James Demitro Lewicki    kdiemer@diemerwei.com
- Alexander James Demitro Lewicki    alewicki@diemerwei.com
- Lauren Lifland    lauren.lifland@wilmerhale.com, whdocketing@wilmerhale.com
- William S. Lisa    , jcaruso@nixonpeabody.com
- William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb    jon.loeb@bingham.com
- Michael B. Lubic    michael.lubic@klgates.com
- John William Lucas    , ocarpio@pszjlaw.com
- Joseph R. Lucia    PersonalInjuryGroup@RLSlawyers.com
- Jane Luciano    jane-luciano@comcast.net
- Kerri Lyman    klyman@irell.com, #-FirmPSDocketing@Steptoe.com
- John H. MacConaghy    macclaw@macbarlaw.com,
  smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald    imac@macfern.com, 6824376420@filings.docketbird.com
- Malcolm A. Mackenzie    mmackenzie@coombslaw.com, vclemen@coombslaw.com
- Tracy L. Mainguy    tmainguy@unioncounsel.net,
  bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Katharine Malone    malonek@gtlaw.com
- Liam K. Malone    malone@oles.com, shahin@oles.com
- Michael W. Malter    michael@bindermalter.com
- Ankur Mandhania    amandhania@mayerbrown.com
- Craig Margulies    cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr    gemarr59@hotmail.com
- Richard A. Marshack    rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com
- Catherine Martin    cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- Laila Masud    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com
- David P. Matthews    jrhoades@thematthewslawfirm.com,
  aharrison@thematthewslawfirm.com
- Patrick C. Maxcy    patrick.maxcy@snrdenton.com
- Simon Richard Mayer    simon.mayer@lockelord.com, Rellis@lockelord.com
- James J. Mazza    james.mazza@skadden.com, wendy.lamanna@skadden.com
- Benjamin P. McCallen    bmccallen@willkie.com

- C. Luckey McDowell    luckey.mcdowell@shearman.com
- Matthew D. McGill    MMcGill@gibsondunn.com
- Melissa C. McLaughlin    mcmclaughlin@venable.com, ataylor@venable.com
- Edward Joseph McNeilly    edward.mcneilly@hoganlovells.com, verbon.davenport@hoganlovells.com
- Scott H. McNutt    SMcNutt@ml-sf.com, csnell@ml-sf.com
- Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo    peter@pmrklaw.com
- Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com
- Jennifer L. Mersing    jennifer.mersing@stoel.com, lisa.petras@stoel.com
- Joshua M. Mester    jmester@jonesday.com
- Matthew D. Metzger    belvederelegalecf@gmail.com, 8450177420@filings.docketbird.com
- Merle C. Meyers    mmeyers@mlg-pc.com
- Randy Michelson    randy.michelson@michelsonlawgroup.com
- Gerardo Mijares-Shafai    Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com
- Joel S. Miliband    jmiliband@brownrudnick.com
- John W. Mills    jmills@joneswalker.com
- Joseph G. Minias    jminias@willkie.com
- M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Benjamin Mintz    benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com
- Nancy Mitchell    nmitchell@omm.com
- Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Aaron J. Mohamed    ajm@brereton.law, aaronmohamedlaw@gmail.com
- David Molton    dmolton@brownrudnick.com
- Kevin Montee    kmontee@monteeassociates.com
- Christopher D. Moon    chris@moonlawapc.com, kevin@moonlawapc.com
- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com
- Candace J. Morey    cjm@cpuc.ca.gov
- Courtney L. Morgan    morgan.courtney@pbgc.gov
- Richard Morin    , 6863427420@filings.docketbird.com
- Kimberly S. Morris    kmorris@bakerlaw.com, hhammonturano@bakerlaw.com
- Rodney Allen Morris    Rodney.Morris2@usdoj.gov
- Joshua D. Morse    Joshua.Morse@dlapiper.com, docket@pillsburylaw.com
- Andrew H. Morton    andrew.morton@stoel.com, lisa.petras@stoel.com
- Thomas G. Mouzes    tmouzes@boutininc.com
- Thomas G. Mouzes    tmouzes@boutinjones.com
- Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- John Leland Murphree    LMurphree@maynardcooper.com, mshabpareh@maynardcooper.com
- Bennett J. Murphy    bmurphy@bennettmurphylaw.com
- Julie M. Murphy    jmmurphy@stradley.com

- 10 -
CERTIFICATE OF SERVICE

1

- Michael S. Myers    myersm@ballardspahr.com
- David L. Neale    dln@lnbyg.com

2

- David Neier    dneier@winston.com

3

- Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com
- Michael S. Neumeister    MNeumeister@gibsondunn.com

4

- Howard S. Nevins    hnevins@hsmlaw.com
- Samuel A. Newman    sam.newman@sidley.com, laefilingnotice@sidley.com

5

- Melissa T. Ngo    harris.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas    mario.nicholas@stoel.com, ana.trask@stoel.com

6

- Sean Nolan    snolan@akingump.com, NYMCO@akingump.com

7

- Gregory C. Nuti    chart@nutihart.com, nwhite@nutihart.com
- Eric A. Nyberg    e.nyberg@kornfieldlaw.com, g.michael@kornfieldlaw.com

8

- Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com
- Alicia D. O'Neill    aoneill@wattsguerra.com, cwilson@wattsguerra.com

9

- Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov

10

- Aron M. Oliner    roliner@duanemorris.com, dmicros@duanemorris.com

11

- Matthew Jon Olson    matt@macfern.com, stell.laura@dorsey.com
- Scott Olson    scott.olson@bclplaw.com

12

- Steven M. Olson    steve@bfolegal.com

13

- Aram Ordubegian    Ordubegian.Aram@ArentFox.com
- Jose Antonio Ortiz    aortiz@jhwclaw.com

14

- Keith C. Owens    kowens@foxrothschild.com, bclark@venable.com
- Gabriel Ozel    , gabeozel@gmail.com

15

- Amy S. Park    amy.park@skadden.com
- Donna Taylor Parkinson    donna@parkinsonphinney.com

16

- Peter S. Partee    ppartee@huntonak.com, candonian@huntonak.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, docket@ffwplaw.com

17

- Kenneth Pasquale    , mlaskowski@stroock.com

18

- Dow Wakefield Patten    dow@forthrightlaw.com
- Larry Allan Peluso    pelusolaw@gmail.com, firm@pelusolaw.net

19

- Valerie Bantner Peo    vbantnerpeo@buchalter.com
- Yosef Peretz    , skim@peretzlaw.com

20

- Christian A Pereyda    cpereyda@maynardcooper.com
- Thomas R. Phinney    tom@parkinsonphinney.com

21

- R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com

22

- Estela O. Pino    epino@epinolaw.com, rmahal@epinolaw.com

23

- Gregory Plaskett    GREGORY.PLASKETT@GMAIL.COM
- Mark D. Plevin    mplevin@crowell.com

24

- Steven G. Polard    spolard@eisnerlaw.com, calendar-lao@ropers.com
- Mark D. Poniatowski    ponlaw@ponlaw.com

25

- Cara M. Porter    cara.porter@doj.ca.gov, rachel.patu@doj.ca.gov

26

- Christopher E. Prince    cprince@lesnickprince.com
- Douglas B. Provencher    dbp@provlaw.com

27

- Amy C. Quartarolo    amy.quartarolo@lw.com

28

- 11 -
CERTIFICATE OF SERVICE

- Lary Alan Rappaport   lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins   justinrawlins@paulhastings.com
- Hugh M. Ray   hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready   smeyer@farmerandready.com
- Caroline A. Reckler   caroline.reckler@lw.com
- David M. Reeder   david@reederlaw.com, secretary@reederlaw.com
- Scott Reents   sreents@cravath.com
- Steven J. Reisman   sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner   jreisner@irell.com, #-FirmPSDocketing@Steptoe.com
- Jack A. Reitman   , srichmond@lgbfirm.com
- Emily P. Rich   erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- David J. Richardson   drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
- Christopher O. Rivas   crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- David B. Rivkin   drivkin@bakerlaw.com, jmeeks@bakerlaw.com
- John R. Rizzardi   kcoselman@cairncross.com, tnguyen@cairncross.com
- Daniel Robertson   robertson.daniel@pbgc.gov, efile@pbgc.gov
- Michael Rogers   mrogers@lambertrogers.com, jan@lambertrogers.com
- Lawrence M. Rolnick   lrolnick@rksllp.com
- Christina Anne Romak   christina.romak@bakerbotts.com
- Jorian L. Rose   jrose@bakerlaw.com
- Laurence M. Rosen   lrosen@rosenlegal.com, zstanco@rosenlegal.com
- Paul M. Rosenblatt   prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- David A. Rosenzweig   david.rosenzweig@nortonrosefulbright.com
- Jay M. Ross   jross@hopkinscarley.com, nsvoboda@hopkinscarley.com
- Gregory A. Rougeau   grougeau@brlawsf.com
- Jason C. Rubinstein   jrubinstein@fklaw.com, mclerk@fklaw.com
- Nathan Q. Rugg   nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp   trupp@kbkllp.com
- Steven B. Sacks   ssacks@sackslawoffice.com
- Eric E. Sagerman   esagerman@bakerlaw.com
- Robert Sahyan   rsahyan@sheppardmullin.com, lsegura@sheppardmullin.com
- Gregory M. Salvato   gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- Jonathan C. Sanders   jsanders@stblaw.com
- Nanette D. Sanders   nanette@ringstadlaw.com, becky@ringstadlaw.com
- Lovee Sarenas   lovee.sarenas@dinsmore.com
- Brandy A. Sargent   brandy.sargent@klgates.com, docketclerk@stoel.com
- Patricia Savage   psavesq@gmail.com, jodi.savage@gmail.com
- Caroline A.H. Sayers   caroline.sayers@lathropgpm.com, patricia.johnson@lathropgpm.com
- Sblend A. Sblendorio   sas@hogefenton.com
- Francis O. Scarpulla   fos@scarpullalaw.com, cpc@scarpullalaw.com
- Daren M Schlecter   daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider   bschneider@kbkfirm.com
- Harvey S. Schochet   Harveyschochet@dwt.com
- Nathan A. Schultz   nschultzesq@gmail.com, kjarashow@goodwinlaw.com

1  - Lisa Schweitzer   lschweitzer@cgsh.com
2  - Eric J. Seiler   eseiler@fklaw.com, mclerk@fklaw.com
   - Jonathan A. Shapiro   JShapiro@goodwinlaw.com
3  - Robin D Shofner   shofner@mobolaw.com
   - Leonard M. Shulman   lshulman@shbllp.com
4  - Andrew I. Silfen   andrew.silfen@arentfox.com
   - Wayne A. Silver   w_silver@sbcglobal.net, ws@waynesilverlaw.com
5  - Brandt Silver-Korn   bsilverkorn@edelson.com, docket@edelson.com
6  - Craig S. Simon   csimon@bergerkahn.com, aketcher@bergerkahn.com
   - Gerald Singleton   gerald@slffirm.com, BKECFCANB@SLFfirm.com
7  - Steven J. Skikos   sskikos@skikos.com, mmontoya@skikos.com
   - Michael K. Slattery   mslattery@lkfirm.com, rramirez@lkfirm.com
8  - Dania Slim   dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
   - Jennifer N. Slocum   jennifer.slocum@stoel.com, docketclerk@stoel.com
9  - Aaron C. Smith   asmith@lockelord.com, autodocket@lockelord.com
   - Alan D. Smith   adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
10 - Jan D. Sokol   jdsokol@lawssl.com
11 - Daniel Solish   cocolaw@stancounty.com, solishd@stancounty.com
   - Randye B. Soref   rsoref@polsinelli.com, ccripe@polsinelli.com
12 - Joseph Sorkin   jsorkin@akingump.com, NYMCO@akingump.com
   - Michael St. James   ecf@stjames-law.com
13 - Diane C. Stanfield   diane.stanfield@alston.com, nelly.villaneda@alston.com
   - Howard J. Steinberg   steinbergh@gtlaw.com, pearsallt@gtlaw.com
14 - Harriet A. Steiner   harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
15 - Lillian G. Stenfeldt   lillian.stenfeldt@rimonlaw.com, docketing@rimonlaw.com
   - Cheryl L. Stengel   clstengel@outlook.com, stengelcheryl40@gmail.com
16 - David M. Stern   dstern@ktbslaw.com
   - Geoffrey S. Stewart   gstewart@jonesday.com, mmelvin@jonesday.com
17 - Alan J. Stone   AStone@milbank.com, DMcCracken@Milbank.com
18 - Jason D. Strabo   jstrabo@mwe.com
   - Michael H. Strub   mstrub@ggtriallaw.com, mhstrub1@gmail.com
19 - Rebecca Suarez   rsuarez@crowell.com
   - Brad T. Summers   , docketing-pdx@lanepowell.com
20 - Karin Swope   kswope@cpmlegal.com
21 - Kristine Theodesia Takvoryan   ktakvoryan@ckrlaw.com
   - Kesha Tanabe   kesha@tanabelaw.com
22 - Mary Ellmann Tang   mtang@frenchlyontang.com, nfears@frenchlyontang.com
   - Dante Taylor   dtaylor@lbbklaw.com
23 - Elizabeth Lee Thompson   ethompson@stites.com, docketclerk@stites.com
24 - John C. Thornton   jct@andrewsthornton.com, aandrews@andrewsthornton.com
   - Elisa Tolentino   cao.main@sanjoseca.gov
25 - Meagan S. Tom   meagan.tom@lockelord.com, autodocket@lockelord.com
   - Edward J. Tredinnick   etredinnick@foxrothschild.com
26 - Matthew J. Troy   matthew.troy@usdoj.gov
   - Rocky C. Tsai   rocky.tsai@ropesgray.com, matthew.haut@ropesgray.com
27 - Michael Tye   Michael.Tye@usdoj.gov
28

- 13 -
CERTIFICATE OF SERVICE

- Gary D. Underdahl     gunderdahl@askllp.com, lmiskowiec@askllp.com
- Andrew Van Ornum     avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser     shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana     vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta     marta.villacorta@usdoj.gov
- Carol C. Villegas     cvillegas@labaton.com, NDonlon@labaton.com
- John A. Vos     InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Bao M. Vu     bao.vu@stoel.com, sharon.witkin@stoel.com
- Nicholas Wagner     kschemen@wagnerjones.com, bwagner@wagnerjones.com
- Jonathan D. Waisnor     jwaisnor@willkie.com, mao@willkie.com
- Rachel M. Walsh     rwalsh@goodwinlaw.com, tsutton@goodwinlaw.com
- Riley C. Walter     galfano@wjhattorneys.com
- Phillip K. Wang     phillip.wang@rimonlaw.com
- Samuel M. Ward     sward@barrack.com, cfessia@barrack.com
- Philip S. Warden     philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- Gregory P. Waters     gwaters@elllaw.com, gregorywatersesq@gmail.com
- Guy L. Watts     gwatts@wattsguerra.com, cwilson@wattsguerra.com
- Mikal C. Watts     mcwatts@wattsguerra.com, cwilson@wattsguerra.com
- Laura Herron Weber     lweber@sl-employmentlaw.com
- Lindsi M. Weber     lweber@polsinelli.com, yderac@polsinelli.com
- Joseph M. Welch     jwelch@buchalter.com, dcyrankowski@buchalter.com
- Todd J. Wenzel     todd@wenzellawoffices.com
- Meredith Werner     meredith.werner@clydeco.us
- David Walter Wessel     DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Joseph West     westjoseph@earthlink.net, josephw998@gmail.com
- Drew M. Widders     dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Jason P. Williams     , maryanne@wplgattorneys.com
- Eric R. Wilson     kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick     kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop     rebecca.winthrop@nortonrosefulbright.com, diana.cardenas@nortonrosefulbright.com
- David Wirt     david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans     rwitthans@fhlawllp.com
- Keith H. Wofford     keith.wofford@ropesgray.com, nova.alindogan@ropesgray.com
- Risa Lynn Wolf-Smith     rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Douglas Wolfe     asm@asmcapital.com
- Andrea Wong     wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher K.S. Wong     christopher.wong@afslaw.com
- David A. Wood     dwood@marshackhays.com, lbuchanan@marshackhays.com
- Kirsten A. Worley     worleyk@higgslaw.com, admin@wlawcorp.com
- Kinga Wright     kinga.wright@lockelord.com, autodocket@lockelord.com
- Antonio Yanez     ayanez@willkie.com
- Cathy Yanni     cathy@cathyyanni.com, pstrunk@browngreer.com
- Andrew Yaphe     andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
- Stephanie Yee     syee@janglit.com, klockwood@janglit.com
- Tacie H. Yoon     tyoon@crowell.com

- 14 -
CERTIFICATE OF SERVICE

- Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com
- Eric G. Young    eyoung@dcalaw.com, Jackie@dcalaw.com
- Nicole M. Zeiss    nzeiss@labaton.com
- Paul H. Zumbro    mao@cravath.com
- Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com

*By US First Class Mail*:

PG&E Corporation and Pacific Gas
 and Electric Company
Attn: Janet Loduca, Esq.
PO Box 770000
77 Beale Street
San Francisco, CA 94105

Stephen Karotkin, Esq.
Jessica Liou, Esq.
Matthew Goren, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Tobias Keller, Esq.
Jane Kim, Esq.
Keller & Benvenutti LLP
650 California Street, Suite 1900
San Francisco, CA 94108

Kristopher M. Hansen, Esq.
Erez E. Gilad, Esq.
Matthew G. Garofalo, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Frank A. Merola, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East
Los Angeles, CA 90067-3086

- 15 -
CERTIFICATE OF SERVICE

1   Eli J. Vonnegut, Esq.
    David Schiff, Esq.
2   Timothy Graulich, Esq.
    Davis Polk & Wardwell LLP
3   450 Lexington Avenue
4   New York, NY 10017

5   Alan W. Kornberg, Esq.
    Brian S. Hermann, Esq.
6   Walter R. Rieman, Esq.
7   Sean A. Mitchell, Esq.
    Neal P. Donnelly, Esq.
8   Paul, Weiss, Rifkind, Wharton & Garrison LLP
    1285 Avenue of the Americas
9   New York, NY 10019-6064

10  James L. Snyder, Esq.
    Timothy Laffredi, Esq.
11  Office of the United States Trustee for Region 17
12  450 Golden Gate Avenue, 5th Floor, Suite #05-0153
    San Francisco, CA 94102
13
    General Counsel
14  U.S. Nuclear Regulatory Commission
15  Washington, DC 20555-0001

16  Danielle A. Pham, Esq.
    U.S. Department of Justice
17  as counsel for United States
    on behalf of the FERC
18  1100 L Street, NW, Room 7106
19  Washington DC 20005

20  Dennis F. Dunne, Esq.
    Sam A. Khalil, Esq.
21  Milbank LLP
    55 Hudson Yards
22  New York, NY 10001-2163
23
    Paul S. Aronzon, Esq.
24  Gregory A. Bray, Esq.
    Thomas R. Kreller, Esq.
25  Milbank LLP
26  2029 Century Park East, 33rd Floor
    Los Angeles, CA 90067
27
28
                        - 16 -
                CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | |
| 2 | Eric Sagerman, Esq. |
| | Cecily Dumas, Esq. |
| 3 | Baker & Hostetler LLP |
| | 11601 Wilshire Boulevard, Suite 1400 |
| 4 | Los Angeles, CA 90025-0509 |
| 5 | _By Overnight Delivery:_ |
| 6 | |
| | Honorable Dennis Montali |
| 7 | Courtroom 17 |
| | United States District Court |
| 8 | 450 Golden Gate Avenue, 16th Floor |
| | San Francisco, CA 94102 |
| 9 | (415) 268-2320 |

10  I declare under penalty of perjury under the laws of the United States of America that the foregoing
    is true and correct and that this declaration was executed at San Francisco, California on
11  **November 8, 2022**.

12

13                                            _/s/ Philip S. Warden_
                                              Philip S. Warden
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                     - 17 -
                            CERTIFICATE OF SERVICE