ROLNICK KRAMER SADIGHI LLP
Lawrence M. Rolnick (pro hac vice)
lrolnick@rksllp.com
Marc B. Kramer (pro hac vice)
mkramer@rksllp.com
Michael J. Hampson (pro hac vice)
mhampson@rksllp.com
Richard A. Bodnar (pro hac vice)
rbodnar@rksllp.com
Frank T.M. Catalina (pro hac vice)
fcatalina@rksllp.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 597-2800
Facsimile: (212) 597-2801

ST. JAMES LAW, P.C.
Michael St. James, CSB No. 95653
22 Battery Street, Suite 810
San Francisco, California 94111
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

Attorneys for Vantage Claimant

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>     - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>          Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*  All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) (Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**VANTAGE CLAIMANT'S JOINDER AND STATEMENT IN SUPPORT OF THE KINGSTOWN CLAIMANTS' OBJECTION TO REORGANIZED DEBTORS' FIFTH EXTENSION MOTION**<br><br>**Hearing Information:**<br>Date:       November 15, 2022<br>Time:      10:00 a.m. (Pacific Time)<br>Place:      (Telephone or Video Only)<br>               United States Bankruptcy Court<br>               Courtroom 17, 16th Floor<br>               San Francisco, CA 94102<br><br>Objection Deadline:<br>November 8, 2022, 4:00 p.m. (Pacific Time) |

Claimant Vantage Consulting Group Inc. (f/k/a Locus Analytics) ("**Vantage Claimant**") hereby files this joinder and statement (the "**Joinder**") in support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion (the "**Objection**").

## JOINDER

The Vantage Claimant hereby joins the Objection. The Vantage Claimant supports, adopts and incorporates by reference the arguments made therein.

## RESERVATION OF RIGHTS

The Vantage Claimant reserves all of its respective rights, claims, defenses, and remedies, including, without limitation, the right to amend, modify, or supplement this Joinder in accordance with applicable rules.

Dated: November 8, 2022     ROLNICK KRAMER SADIGHI LLP

By:  */s/ Richard A. Bodnar*

*Attorneys for the Vantage Claimant*