1  ROLNICK KRAMER SADIGHI LLP
   Lawrence M. Rolnick (pro hac vice)
2  lrolnick@rksllp.com
   Marc B. Kramer (pro hac vice)
3  mkramer@rksllp.com
   Michael J. Hampson (pro hac vice)
4  mhampson@rksllp.com
   Richard A. Bodnar (pro hac vice)
5  rbodnar@rksllp.com
   Frank T.M. Catalina (pro hac vice)
6  fcatalina@rksllp.com
   1251 Avenue of the Americas
7  New York, NY 10020
   Telephone: (212) 597-2800
8  Facsimile: (212) 597-2801

9  ST. JAMES LAW, P.C.
   Michael St. James, CSB No. 95653
10 22 Battery Street, Suite 810
   San Francisco, California 94111
11 (415) 391-7566 Telephone
   (415) 391-7568 Facsimile
12 michael@stjames-law.com

13 *Attorneys for USS Claimant*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>- and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) (Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**USS CLAIMANT'S JOINDER AND STATEMENT IN SUPPORT OF THE KINGSTOWN CLAIMANTS' OBJECTION TO REORGANIZED DEBTORS' FIFTH EXTENSION MOTION**<br><br>**Hearing Information:**<br>Date:      November 15, 2022<br>Time:     10:00 a.m. (Pacific Time)<br>Place:     (Telephone or Video Only)<br>             United States Bankruptcy Court<br>             Courtroom 17, 16th Floor<br>             San Francisco, CA 94102<br><br>Objection Deadline:<br>November 8, 2022, 4:00 p.m. (Pacific Time) |

Claimant Universities Superannuation Scheme ("**USS Claimant**") hereby files this joinder and statement (the "**Joinder**") in support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion (the "**Objection**").

## **JOINDER**

The USS Claimant hereby joins the Objection. The USS Claimant supports, adopts and incorporates by reference the arguments made therein.

## **RESERVATION OF RIGHTS**

The USS Claimant reserves all of its respective rights, claims, defenses, and remedies, including, without limitation, the right to amend, modify, or supplement this Joinder in accordance with applicable rules.

Dated: November 8, 2022

ROLNICK KRAMER SADIGHI LLP

By: /s/ Richard A. Bodnar

*Attorneys for the USS Claimant*