ROLNICK KRAMER SADIGHI LLP
Lawrence M. Rolnick (pro hac vice)
lrolnick@rksllp.com
Marc B. Kramer (pro hac vice)
mkramer@rksllp.com
Michael J. Hampson (pro hac vice)
mhampson@rksllp.com
Richard A. Bodnar (pro hac vice)
rbodnar@rksllp.com
Frank T.M. Catalina (pro hac vice)
fcatalina@rksllp.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 597-2800
Facsimile: (212) 597-2801

ST. JAMES LAW, P.C.
Michael St. James, CSB No. 95653
22 Battery Street, Suite 810
San Francisco, California 94111
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

Attorneys for Thrivent Claimants

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>          Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) (Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**THRIVENT CLAIMANTS' JOINDER AND STATEMENT IN SUPPORT OF THE KINGSTOWN CLAIMANTS' OBJECTION TO REORGANIZED DEBTORS' FIFTH EXTENSION MOTION**<br><br>**Hearing Information:**<br>Date: November 15, 2022<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephone or Video Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br><br>Objection Deadline:<br>November 8, 2022, 4:00 p.m. (Pacific Time) |

Claimants Thrivent Financial Defined Benefit Plan Trust, Thrivent Financial for Lutherans, Thrivent Financial for Lutherans Foundation, Thrivent Mutual Funds - Thrivent Aggressive Allocation Fund, Thrivent Mutual Funds - Thrivent Balanced Income Plus Fund, Thrivent Mutual Funds - Thrivent Diversified Income Plus Fund, Thrivent Mutual Funds - Thrivent Global Stock Fund, Thrivent Mutual Funds - Thrivent Growth & Income Plus Fund, Thrivent Mutual Funds - Thrivent Income Fund, Thrivent Mutual Funds - Thrivent Large Cap Value Fund, Thrivent Mutual Funds - Thrivent Mid Cap Stock Fund, Thrivent Mutual Funds - Thrivent Moderate Allocation Fund, Thrivent Mutual Funds - Thrivent Moderately Aggressive Allocation Fund, Thrivent Mutual Funds - Thrivent Moderately Conservative Allocation Fund, Thrivent Series Fund, Inc. - Thrivent Aggressive Allocation Portfolio, Thrivent Series Fund, Inc. - Thrivent Balanced Income Plus Portfolio, Thrivent Series Fund, Inc. - Thrivent Diversified Income Plus Portfolio, Thrivent Series Fund, Inc. - Thrivent Global Stock Portfolio, Thrivent Series Fund, Inc. - Thrivent Growth & Income Plus Portfolio, Thrivent Series Fund, Inc. - Thrivent Income Portfolio, Thrivent Series Fund, Inc. - Thrivent Large Cap Index Portfolio, Thrivent Series Fund, Inc. - Thrivent Large Cap Value Portfolio, Thrivent Series Fund, Inc. - Thrivent Mid Cap Stock Portfolio, Thrivent Series Fund, Inc. - Thrivent Moderate Allocation Portfolio, Thrivent Series Fund, Inc. - Thrivent Moderately Aggressive Allocation Portfolio, Thrivent Series Fund, Inc. - Thrivent Moderately Conservative Allocation Portfolio ("**Thrivent Claimants**") hereby file this joinder and statement (the "**Joinder**") in support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion (the "**Objection**").

## JOINDER

The Thrivent Claimants hereby join the Objection. The Thrivent Claimants support, adopt and incorporate by reference the arguments made therein.

## RESERVATION OF RIGHTS

The Thrivent Claimants reserve all of their respective rights, claims, defenses, and remedies, including, without limitation, the right to amend, modify, or supplement this Joinder in accordance with applicable rules.

ROLNICK KRAMER SADIGHI LLP
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Dated: November 8, 2022                    ROLNICK KRAMER SADIGHI LLP

By:   */s/ Richard A. Bodnar*

*Attorneys for the Thrivent Claimants*