ROLNICK KRAMER SADIGHI LLP
Lawrence M. Rolnick *(pro hac vice)*
lrolnick@rksllp.com
Marc B. Kramer *(pro hac vice)*
mkramer@rksllp.com
Michael J. Hampson *(pro hac vice)*
mhampson@rksllp.com
Richard A. Bodnar *(pro hac vice)*
rbodnar@rksllp.com
Frank T.M. Catalina (*pro hac vice*)
fcatalina@rksllp.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 597-2800
Facsimile: (212) 597-2801

ST. JAMES LAW, P.C.
Michael St. James, CSB No. 95653
22 Battery Street, Suite 810
San Francisco, California 94111
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

*Attorneys for TRS Claimant*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) (Lead Case) (Jointly Administered) |
| PG&E CORPORATION, | Chapter 11 |
| - and - | |
| PACIFIC GAS AND ELECTRIC COMPANY, | **TRS CLAIMANT'S JOINDER AND STATEMENT IN SUPPORT OF THE KINGSTOWN CLAIMANTS' OBJECTION TO REORGANIZED DEBTORS' FIFTH EXTENSION MOTION** |
| Debtors. | |
| Affects PG&E Corporation | **Hearing Information:** |
| Affects Pacific Gas and Electric Company | Date: November 15, 2022 |
| ☒ Affects both Debtors | Time: 10:00 a.m. (Pacific Time) |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Place: (Telephone or Video Only) United States Bankruptcy Court Courtroom 17, 16th Floor San Francisco, CA 94102 |
| | Objection Deadline: November 8, 2022, 4:00 p.m. (Pacific Time) |

ROLNICK KRAMER SADIGHI LLP
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Claimant Teachers' Retirement System of the State of Illinois ("**TRS Claimant**") hereby files this joinder and statement (the "**Joinder**") in support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion (the "**Objection**").

### JOINDER

The TRS Claimant hereby joins the Objection. The TRS Claimant supports, adopts and incorporates by reference the arguments made therein.

### RESERVATION OF RIGHTS

The TRS Claimant reserves all of its respective rights, claims, defenses, and remedies, including, without limitation, the right to amend, modify, or supplement this Joinder in accordance with applicable rules.

Dated: November 8, 2022        ROLNICK KRAMER SADIGHI LLP

By:    */s/ Richard A. Bodnar*

*Attorneys for the TRS Claimant*

ROLNICK KRAMER SADIGHI LLP
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020