| | |
|---|---|
| 1 | ROLNICK KRAMER SADIGHI LLP |
| | Lawrence M. Rolnick (*pro hac vice*) |
| 2 | lrolnick@rksllp.com |
| | Marc B. Kramer (*pro hac vice*) |
| 3 | mkramer@rksllp.com |
| | Michael J. Hampson (*pro hac vice*) |
| 4 | mhampson@rksllp.com |
| | Richard A. Bodnar (*pro hac vice*) |
| 5 | rbodnar@rksllp.com |
| | Frank T.M. Catalina (*pro hac vice*) |
| 6 | fcatalina@rksllp.com |
| | 1251 Avenue of the Americas |
| 7 | New York, NY 10020 |
| | Telephone: (212) 597-2800 |
| 8 | Facsimile: (212) 597-2801 |
| 9 | ST. JAMES LAW, P.C. |
| | Michael St. James, CSB No. 95653 |
| 10 | 22 Battery Street, Suite 810 |
| | San Francisco, California 94111 |
| 11 | (415) 391-7566 Telephone |
| | (415) 391-7568 Facsimile |
| 12 | michael@stjames-law.com |
| 13 | *Attorneys for SDCERA Claimant* |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) (Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**SDCERA CLAIMANT'S JOINDER AND STATEMENT IN SUPPORT OF THE KINGSTOWN CLAIMANTS' OBJECTION TO REORGANIZED DEBTORS' FIFTH EXTENSION MOTION**<br><br>**Hearing Information:**<br>Date: November 15, 2022<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephone or Video Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br><br>Objection Deadline:<br>November 8, 2022, 4:00 p.m. (Pacific Time) |

Claimant San Diego County Employees Retirement Association ("**SDCERA Claimant**") hereby files this joinder and statement (the "**Joinder**") in support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion (the "**Objection**").

## JOINDER

The SDCERA Claimant hereby joins the Objection. The SDCERA Claimant supports, adopts and incorporates by reference the arguments made therein.

## RESERVATION OF RIGHTS

The SDCERA Claimant reserves all of its respective rights, claims, defenses, and remedies, including, without limitation, the right to amend, modify, or supplement this Joinder in accordance with applicable rules.

Dated: November 8, 2022         ROLNICK KRAMER SADIGHI LLP

                                By:  */s/ Richard A. Bodnar*

                                Attorneys for the SDCERA Claimant