| | |
|---|---|
| 1 | ROLNICK KRAMER SADIGHI LLP |
| | Lawrence M. Rolnick (*pro hac vice*) |
| 2 | lrolnick@rksllp.com |
| | Marc B. Kramer (*pro hac vice*) |
| 3 | mkramer@rksllp.com |
| | Michael J. Hampson (*pro hac vice*) |
| 4 | mhampson@rksllp.com |
| | Richard A. Bodnar (*pro hac vice*) |
| 5 | rbodnar@rksllp.com |
| | Frank T.M. Catalina (*pro hac vice*) |
| 6 | fcatalina@rksllp.com |
| | 1251 Avenue of the Americas |
| 7 | New York, NY 10020 |
| | Telephone: (212) 597-2800 |
| 8 | Facsimile: (212) 597-2801 |
| 9 | ST. JAMES LAW, P.C. |
| | Michael St. James, CSB No. 95653 |
| 10 | 22 Battery Street, Suite 810 |
| | San Francisco, California 94111 |
| 11 | (415) 391-7566 Telephone |
| | (415) 391-7568 Facsimile |
| 12 | michael@stjames-law.com |
| 13 | *Attorneys for SCERS Claimant* |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) (Lead Case) (Jointly Administered) |
| PG&E CORPORATION, | Chapter 11 |
| - and - | **SCERS CLAIMANT'S JOINDER AND STATEMENT IN SUPPORT OF THE KINGSTOWN CLAIMANTS' OBJECTION TO REORGANIZED DEBTORS' FIFTH EXTENSION MOTION** |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Debtors. | |
| ☐ Affects PG&E Corporation | **Hearing Information:** |
| ☐ Affects Pacific Gas and Electric Company | Date: November 15, 2022 |
| | Time: 10:00 a.m. (Pacific Time) |
| ☒ Affects both Debtors | Place: (Telephone or Video Only) |
| | United States Bankruptcy Court |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Courtroom 17, 16th Floor |
| | San Francisco, CA 94102 |
| | Objection Deadline: |
| | November 8, 2022, 4:00 p.m. (Pacific Time) |

ROLNICK KRAMER SADIGHI LLP
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Claimant Sacramento County Employees Retirement System ("**SCERS Claimant**") hereby files this joinder and statement (the "**Joinder**") in support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion (the "**Objection**").

## JOINDER

The SCERS Claimant hereby joins the Objection. The SCERS Claimant supports, adopts and incorporates by reference the arguments made therein.

## RESERVATION OF RIGHTS

The SCERS Claimant reserves all of its respective rights, claims, defenses, and remedies, including, without limitation, the right to amend, modify, or supplement this Joinder in accordance with applicable rules.

Dated: November 8, 2022    ROLNICK KRAMER SADIGHI LLP

By: /s/ Richard A. Bodnar

*Attorneys for the SCERS Claimant*