# CERTIFICATE OF SERVICE

I, Melissa Y. Boey, declare as follows:

I am a resident of the United States, over the age of eighteen (18) years, and not a party to the above-captioned action. My business address is at 1400 Page Mill Road, Palo Alto, CA 94304.

On **November 8, 2022**, I caused the above document, described as:

**JOINDER AND OPPOSITION TO THE REORGANIZED DEBTORS' MOTION FOR ENTRY OF AN ORDER FURTHER EXTENDING DEADLINE TO OBJECT TO CLAIMS AND FOR RELATED RELIEF,** to be served on the interested parties in this action as follows:

[ ] BY MAIL: Service was accomplished by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, addressed as set forth above.

[X] BY E-MAIL/NEF: Service was accomplished through the Notice of Electronic Filing ("**NEF**") for all parties and counsel who are registered ECF Users.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. This declaration was executed on November 8, 2022 in Palo Alto, CA.

                                          */s/ Melissa Y. Boey*
                                          Melissa Y. Boey

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK