1   ROLNICK KRAMER SADIGHI LLP
    Lawrence M. Rolnick *(pro hac vice)*
2   lrolnick@rksllp.com
    Marc B. Kramer *(pro hac vice)*
3   mkramer@rksllp.com
    Michael J. Hampson *(pro hac vice)*
4   mhampson@rksllp.com
    Richard A. Bodnar *(pro hac vice)*
5   rbodnar@rksllp.com
    Frank T.M. Catalina (*pro hac vice*)
6   fcatalina@rksllp.com
    1251 Avenue of the Americas
7   New York, NY 10020
    Telephone: (212) 597-2800
8   Facsimile: (212) 597-2801

9   ST. JAMES LAW, P.C.
    Michael St. James, CSB No. 95653
10  22 Battery Street, Suite 810
    San Francisco, California 94111
11  (415) 391-7566 Telephone
    (415) 391-7568 Facsimile
12  michael@stjames-law.com

13  *Attorneys for the CRICO Claimant*

14          **UNITED STATES BANKRUPTCY COURT**

15          **NORTHERN DISTRICT OF CALIFORNIA**

16          **SAN FRANCISCO DIVISION**

17  In re:                              Case No. 19-30088 (DM) (Lead Case)
                                        (Jointly Administered)
18
    PG&E CORPORATION,
19                                      Chapter 11
         - and -
20                                      **CRICO CLAIMANT'S JOINDER AND**
    PACIFIC GAS AND ELECTRIC            **STATEMENT IN SUPPORT OF THE**
21  COMPANY,                            **KINGSTOWN CLAIMANTS'**
                                        **OBJECTION TO REORGANIZED**
22          Debtors.                    **DEBTORS' FIFTH EXTENSION**
                                        **MOTION**
23      Affects PG&E Corporation
                                        **Hearing Information:**
24      Affects Pacific Gas and Electric Company   Date:   November 15, 2022
                                        Time:   10:00 a.m. (Pacific Time)
25  ☒   Affects both Debtors           Place:  (Telephone or Video Only)
                                                United States Bankruptcy Court
26  * *All papers shall be filed in the Lead Case,*   Courtroom 17, 16th Floor
    *No. 19-30088 (DM)*                         San Francisco, CA 94102
27
                                        Objection Deadline:
28                                      November 8, 2022, 4:00 p.m. (Pacific Time)

ROLNICK KRAMER SADIGHI LLP
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Claimant Controlled Risk Insurance Company of Vermont ("**CRICO Claimant**") hereby files this joinder and statement (the "**Joinder**") in support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion (the "**Objection**").

## JOINDER

The CRICO Claimant hereby joins the Objection. The CRICO Claimant supports, adopts and incorporates by reference the arguments made therein.

## RESERVATION OF RIGHTS

The CRICO Claimant reserves all of its respective rights, claims, defenses, and remedies, including, without limitation, the right to amend, modify, or supplement this Joinder in accordance with applicable rules.

Dated:  November 8, 2022                    ROLNICK KRAMER SADIGHI LLP

By:    */s/ Richard A. Bodnar*
_____

*Attorneys for the CRICO Claimant*

ROLNICK KRAMER SADIGHI LLP
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020