Created by: Robert-Hobson: Rentz.

Certified Mail Number _RF 281 057 825 US_

FILED
NOV 08 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

:Robert-Hobson: Rentz

C/O 6469 CLARK RD. UNIT 1754

Paradise, CA. zip exempt

Email: rrentz@yahoo.com

Message Phone: 1-916-987-0707

....................................

UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA SAN

FRANCISCO DIVISION

Judge Dennis Montali U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF

CALIFORNIA

Edward J. Emmons, CLERK U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF

CALIFORNIA

ADDRESS: United States Bankruptcy Court. Central District of California.

450 Golden Gate Avenue Mail Box 36099 San Francisco, CA 94102

Phone: 888-821-7606

Counsel for Official Committee of Tort Claimants

Robert A. Julian (SBN 88469)

Cecily A. Dumas (SBN 111449)

BAKER & HOSTETLER LLP

Created by: Robert-Hobson: Rentz.

600 Montgomery Street, Suite 3100 San Francisco, CA 94111-2806

Tephone:      628.208.6434

Facsimile:    310.820.8859

Email: rjulian@bakerlaw.com

Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)

David J. Richardson (SBN 168592)

Lauren T. Attard (SBN 320898)

T. Attard (SBN 320898)R LLP

11601 Wilshire Blvd., Suite 1400 LOS Angeles, CA 90025-0509

Telephone:    310.820.8800

Facsimile:    310.820.8859

Email: esagerman@bakerlaw.com

Email: drichardson@bakerlaw.com

Email: lattard@bakerlaw.com

**Prime Clerk LLC**

Kroll Business Services

55 East 52nd Street 17 Fl

Created by: Robert-Hobson: Rentz.

**In re: PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC COMPANY**

**Bankruptcy Case No.: 19-30088 (DM) Fire Victims Trust Claim ID No.: 1009550 and**

**1046797**

## LOSS OF INCOME

I : Robert-Hobson: Rentz a living man, clam loss of income for SSI ▓▓▓▓ 245 that will be lost when PG&E procures first payment of restitution. SSI will discontinue due to the PG&E payment thus creating the loss of income that PG&E is liable.

The amount calculated is for ten years of annual SSI payments. Monthly payment of $1,048.00 equates to $12,576.00 annually and equates to $125,760.00 total.

Without Prejudice

*Robert-Hobson Rentz*

Robert-Hobson: Rentz- **Secured Party Creditor, Principal, Authorized Representative, Attorney-In-Fact in behalf of the DEBTOR NAME, Ens legis/entity**

Witness _____ *Gina Klime*

*Eva Klime*

Witness _____ *[signature]*

*Mark B. Speer*

## JURAT

A notary public or otherofficer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Butte

Subscribed and sworn to (or affirmed) before me on this ⁴ᵗʰ day of Nov 2022 year of our Lord. By Robert-Hobson: Rentz proved to me on the bases of satisfactory evidence to be the person(s) who appeared before me.

_____
**Signature**                                               **(Seal)**

ANITA GREGORY
Notary Public - California
Butte County
Commission # 2412626
My Comm. Expires Sep 6, 2026

Created by: Robert-Hobson: Rentz.

Registered NO. RF 281 057 825 US

:Robert-Hobson: Rentz

C/O 6469 CLARK RD. UNIT 1754

Paradise, CA. zip exempt

Email: rrentz@yahoo.com

Message Phone: 1-916-987-0707

UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA SAN

FRANCISCO DIVISION

Judge Dennis Montali U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF

CALIFORNIA

Edward J. Emmons, CLERK U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF

CALIFORNIA

ADDRESS: United States Bankruptcy Court. Central District of California.

1415 State Street. Santa Barbara, CA 93101.

PHONE: General Information (Toll Free): (855) 460-9641

Counsel for Official Committee of Tort Claimants

Robert A. Julian (SBN 88469)

Cecily A. Dumas (SBN 111449)

BAKER & HOSTETLER LLP

600 Montgomery Street, Suite 3100 San Francisco, CA 94111-2806

Created by: Robert-Hobson: Rentz.

Tephone:      628.208.6434

Facsimile:    310.820.8859

Email: rjulian@bakerlaw.com

Email:  cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)

David J. Richardson (SBN 168592)

Lauren T. Attard (SBN 320898)

T. Attard (SBN 320898)R LLP

11601 Wilshire Blvd., Suite 1400 LOS Angeles, CA 90025-0509

Telephone:    310.820.8800

Facsimile:    310.820.8859

Email: esagerman@bakerlaw.com

Email:  drichardson@bakerlaw.com

Email:  lattard@bakerlaw.com

**Prime Clerk LLC**

Kroll Business Services

55 East 52nd Street 17 Fl

New York, NY. 10055

Created by: Robert-Hobson: Rentz.

+1-212-593-1000

**Fire Victim Trust**

**The Honorable John K. Trotter (Ret.)**

**Trustee**

**Cathy Yanni**

**Claims Administrator**

**The Honorable Ellen Sickles James (Ret.)**

**Special Master for Minor Compromises**

**Viggo Boserup**

**Appeals Coordinator**

**BrownGreer**

**Claims Processor**

**Wolf/Garretson**

**Lien Resolution Coordinator**

**Trust Oversight Committee**

**Amy Bach, Esq. | United Policyholders**

**Douglas Boxer, Esq. | Law Office of Douglas Boxer**

**Elizabeth Cabraser, Esq. | Lieff Cabraser Heimann & Bernstein, LLP**

Created by: Robert-Hobson: Rentz.

**Michael Kelly, Esq. | Walkup, Melodia, Kelly & Schoenberger**

**Frank M. Pitre, Esq. | Cotchett, Pitre & McCarthy, LLP**

**Amanda L. Riddle, Esq. | Corey, Luzaich, de Ghetaldi & Riddle LLP**

**Bill Robins, Esq. | Robins Cloud LLP**

**Gerald Singleton, Esq. | Singleton Law Firm**

**Steven J. Skikos, Esq. | Skikos, Crawford, Skikos & Joseph, LLP**

**Phone:** 1-888-664-1152

**Email:** info@firevictimtrust.com

**Mail:** Fire Victim Trust

    P.O. Box 25936

    Richmond, VA 23260

**Fax:** <u>1-804-404-8987</u>

**Frantz Law Group**

ADDRESS: 2029 Century Park East #400

Los Angeles, CA 90067

PHONE: (323) 274-2006

**In re: PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC COMPANY**

**Bankruptcy Case No.: 19-30088 (DM) Fire Victims Trust Claim ID No.: 1009550 and 1046797**

Created by: Robert-Hobson: Rentz.

## AFFIDAVIT OF TRUTH

In regards to:

The Fire Victims Trust set forth by The Courts of California for the PG&E restitution of claims regarding case # 19-30088 DM 11

Statement Letter To:

The Fire Victims Trust regarding ROBERT HOBSON RENTZ; claim # 104313, and Streaming Visions; claim # 91128.

I :Robert-Hobson :Rentz a living man, moved to Paradise, California in December of 2005, graduated Butte College in May 2012, joined A.R.E.S (Amateur Radio Emergency Service) in April 2015, and started Streaming Visions Company in 2016. I have been deployed to The Wall Fire, Cherokee Fire, Carr Fire, The Oroville Dam Incident, the Camp Fire, and multiple other fires in the past four years in volunteer duty through F.E.M.A., A.R.R.L. ( Amateur Radio Relay League), and A.R.E.S. (Amateur Radio Emergency System), and retired in October 2019.

I was deployed November 8, 2018 by my Emergency Commander to report in to the Nazarene Shelter in Oroville. On my way out the door and down the stairs I twisted my right hip, re-injuring a slow healing injury. I smelled the smoke and seen the huge black and white plume roaring over the Con Cow Ridge. Smoke and ash filled the air as I drove down Clark Road. I called roommate and warned him of the imminent danger, and continued on and reported in to my Emergency Commander. After several hours of operations, and while my whole life' s possessions was being incinerated by the Camp Fire, and worrying about my roommate and friends escaping the out of control racing raging inferno of death, I fell ill to a virus circulating through the Salvation Army Shelter/ Church of Nazarene Shelter. I was asked to leave the shelter because I fell ill while on duty and all the beds were full. I had to live in my vehicle and quarantined myself. This was three weeks due to the relapse. As I was attending the monthly A.R.E.S. meeting (November 2018) parking in the handicap space in front of the front door, under the flag, and light pole of the Veterans Hall. While attending the meeting (30 minutes) my vehicle was broken into and the remaining belongings, along with all my IDs was stolen and my vehicle was flooded by heavy rains that night. In November 2018 I registered for F.E.M.A. assistance and began their extremely long multiple processing procedures. On the second day of registering I fell ill to the virus that plagued the F.E.M.A. Facilities. Once again, I quarantined myself to my vehicle, and yet, another relapse. After three weeks I returned to the F.E.M.A. facility in December 2018 to continue with the assistance processing; however, I was in pure terror that I would get

Created by: Robert-Hobson: Rentz.

sick, yet again. Much to my demise I fell ill yet again, and had to return to my vehicle where I quarantined myself, but this time I was in fear of being in public. After recovering from a third relapse with the help of antibiotics prescribed. The transmission went out on my SUV and had to sleep on the streets for ten days while waiting for the SUV to be repaired. Later I was given by (good Samaritans) a small travel trailer and have been renting a place to park at that is three times the rent I was paying before. F.E.M.A. denied me assistance, yet I was asked to volunteer again to help with the clean up of the Camp Fire. I was not paid, but F.E.M.A is getting a piece of the settlement, therefore profiting from my time, labor,and equipment; and not using my time and work as a justification for the next F.E.M.A. Budget, as designed. Due to the fact that PG&E will procure a settlement, I will lose my SSD income creating yet another financial loss due to the negligence of PG&E. My friends and I have suffered hardships like heart attacks, foot amputation, homelessness, depression, anxiety, financial loss, loss of a whole community, and fear that the legal system will make them victims again. As of January 2020 I found myself in dire financial stress and must move out of state in search of lower housing cost, cost of living, and medical cost. With my business incinerated and SSD being canceled I have no way of supporting myself.

Now, all this is charged to The Fire Victims Trust and its appointed executors to facilitate the restitution of a convicted SERIAL KILLER (PG&E) that get to do business as usual while we The Victims get belittled by the out rages Electric Bills, while I will receive pennies on the dollar settlements, no justice for the dead (hundreds of dead people), and the fact that I have to take stock (that I do not want) as partial payment; mean while, PG&E pays out bonuses to its employees, stock holders, and hedge funds are all paid in cash. The F.V.T. is violating California Law California Constitution, Article I, Section 28(b)) collects millions up-front cash payments to sit in judgment of tens of thousands of victims as I and tens of thousands of other victims live homeless waiting for their turn at their owed fair share.

I expect The Fire Victims Trust will facilitate the replacement cost of my property and not the depreciation cost of my property. The mental, emotional, and physical stress of, anxiety, depression, PTS, stress smoking, weight gain, physical injury, loss of friends, family, community, and living homeless is too high a price to pay for pennies on the dollar and stock.

PG&E (a convicted felon and serial killer) is still dictating and controlling the Fire Victims Trust and Victims Claims are being scrutinized by The Trust's executives, trusties, and the executor to see if the claims are valid. Again, I feel that I am under attack by PG&E ( A REPETE FELON AND MURDERERS) because I have had a valid claim

Created by: Robert-Hobson: Rentz.

and need not to be scrutinized by PG&E Victims Trust to see if I have a legal claim to their destruction.

I am further disenchanted by actions of Prime Clerk, Frantz Law Group, and the Fire Victims Trust, all in the name of ROBERT HOBSON RENTZ, Chad, a neutral with the Fire Victims Trust confirmed with :Robert-Hobson :Rentz : ( Sui Juris) that the F.V.T. had the proper information and that the November 23, 2020 deadline for filling of the preliminary payment had been met. However, Frantz Law Group failed to close my case in March 2020 when I notified Frantz Law Group of their termination, and instead of closing the case Frantz Law group chose to close it in July 2020; after Prime Clerk closed the voting, after PG&E exited Bankruptcy Court, and chose not to notify the F.V.T. Until February 23, 2021, after Tiffany Norwood notified me that Frantz Law Group was the representative for ROBERT HOBSON RENTZ as of February 17, 2021. Three months of the F.V.T. telling me they can not answer my questions, and then being told at the last few days just before the February 26, 2021 deadline .

Each day I live in the burn zone living homeless awaiting for financial payment clearly owed to me as I continue to live in the 2018 Camp Fire stuck in limbo. Each day is just an extenuation of the devastating loss I continue to endure each and every day.

This leaves me overwhelmed, bewildered, belittled, and reminded that I do not have a fair and just deal.

U.C.C. 1-308 (old(1-207)

Created by: Robert-Hobson: Rentz.

You have 72 hours to respond. If a response is not received in the time allotted your silence will be received as capitulate to my terms and demands.

Date this _07_ day of _September_ In the year of Our Lord Two Thousand Twenty Twenty Two.

**Without Prejudice - Without Recourse - All Unalienable Rights Guaranteed**

Autographed by: _Robert-Hobson: Rentz_

A man, a living soul on the _07_ day of _September_, 2022 in the 57th year since born alive.

Witnessed by: _EVA VLLIMA_

Witnessed by: _m III Mark B. Speer_

**As Notary and Jurat Certificate of Acceptance by court officer.**

Witnessed a personal appearance before me with proper ID recorded and a worn before me this _7th_ day of _Sept._, 2022.

_____, signature and seal of Notary Republic.

see attached jurat

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Butte_

Subscribed and sworn to (or affirmed) before me on this _7th_ day of _September_, 20_22_ by _Robert Hobson Rentz_

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Signature                    (Seal)

```
ANITA GREGORY
Notary Public - California
Butte County
Commission # 2412626
My Comm. Expires Sep 6, 2026
```

---

## OPTIONAL INFORMATION

### INSTRUCTIONS

The wording of all Jurats completed in California after January 1, 2015 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one with does contain the proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.

DESCRIPTION OF THE ATTACHED DOCUMENT

_Affidavit of Truth_
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _4_ Document Date _9/7/22_

_____
Additional Information

- State and county information must be the state and county where the document signer(s) personally appeared before the notary public.
- Date of notarization must be the date the signer(s) personally appeared which must also be the same date the jurat process is completed.
- Print the name(s) of the document signer(s) who personally appear at the time of notarization.
- Signature of the notary public must match the signature on file with the office of the county clerk.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  - ❖ Additional information is not required but could help to ensure this jurat is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
- Securely attach this document to the signed document with a staple.

2015 Version www.NotaryClasses.com 800-873-9866

Created by: Robert-Hobson: Rentz.

Certified Mail Number  *RF 281 057 825 US*

:Robert-Hobson: Rentz

C/O 6469 CLARK RD. UNIT 1754

Paradise, CA. zip exempt

Email: rrentz@yahoo.com

Message Phone: 1-916-987-0707

....................................

**UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION**

Judge Dennis Montali U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA

Edward J. Emmons, CLERK U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA

**ADDRESS: United States Bankruptcy Court** Central **District of California**.

450 Golden Gate Avenue Mail Box 36099 San Francisco, CA 94102

Phone: 888-821-7606

**Counsel for Official Committee of Tort Claimants**

Robert A. Julian (SBN 88469)

Cecily A. Dumas (SBN 111449)

**BAKER & HOSTETLER LLP**

**Created by: Robert-Hobson: Rentz.**

600 Montgomery Street, Suite 3100 San Francisco, CA 94111-2806

Tephone:        628.208.6434

Facsimile:        310.820.8859

Email: rjulian@bakerlaw.com

Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)

David J. Richardson (SBN 168592)

Lauren T. Attard (SBN 320898)

T. Attard (SBN 320898)R LLP

11601 Wilshire Blvd., Suite 1400 LOS Angeles, CA 90025-0509

Telephone:        310.820.8800

Facsimile:        310.820.8859

Email: esagerman@bakerlaw.com

Email: drichardson@bakerlaw.com

Email: lattard@bakerlaw.com

**Prime Clerk LLC**

Kroll Business Services

55 East 52nd Street 17 Fl

Created by: Robert-Hobson: Rentz.

New York, NY. 10055

+1-212-593-1000

**Fire Victim Trust**

**The Honorable John K. Trotter (Ret.)**

**Trustee**

**Cathy Yanni**

**Claims Administrator**

**The Honorable Ellen Sickles James (Ret.)**

**Special Master for Minor Compromises**

**Viggo Boserup**

**Appeals Coordinator**

**Brown Greer**

**Claims Processor**

**Wolf/Garretson**

**Lien Resolution Coordinator**

**Trust Oversight Committee**

**Amy Bach, Esq. | United Policyholders**

**Douglas Boxer, Esq. | Law Office of Douglas Boxer**

Created by: Robert-Hobson: Rentz.

**Elizabeth Cabraser, Esq. | Lieff Cabraser Heimann & Bernstein, LLP**

**Michael Kelly, Esq. | Walkup, Melodia, Kelly & Schoenberger**

**Frank M. Pitre, Esq. | Cotchett, Pitre & McCarthy, LLP**

**Amanda L. Riddle, Esq. | Corey, Luzaich, de Ghetaldi & Riddle LLP**

**Bill Robins, Esq. | Robins Cloud LLP**

**Gerald Singleton, Esq. | Singleton Law Firm**

**Steven J. Skikos, Esq. | Skikos, Crawford, Skikos & Joseph, LLP**

**Phone:** 1-888-664-1152

**Email:** info@firevictimtrust.com

**Mail:** Fire Victim Trust

P.O. Box 25936

Richmond, VA 23260

**Fax:** 1-804-404-8987

**Frantz Law Group**

ADDRESS: 2029 Century Park East #400

Los Angeles, CA 90067

PHONE: (323) 274-2006

Created by: Robert-Hobson: Rentz.

In re: PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC COMPANY

Bankruptcy Case No.: 19-30088 (DM) Fire Victims Trust Claim ID No.: 1009550 and

1046797

# ASSEVERATION and DECLARATION

State of California/ STATE OF CALIFORNIA

County of San Francisco

**"Indeed, no more than (affidavits) is necessary to make the prima facie case."**
United States v. Kis, 658 F.2nd, 526, 536 (7th Cir. 1981); Cert Denied, 50 U.S. L.W.
2169; S. Ct. March 22, 1982

That I, Eva Klima, a living breathing woman, being first duly sworn, affirm, say and declare by my signature that the following truths are true, correct and certain to the best of my knowledge and belief.

THAT, Robert Hobson Rentz's claims made with case no.: 19-30088 (DM) and the Fire Victims Trust claim No.: 1009550 and 1046797 are with clean hands and truth of fact.

Further Affiant Sayth Not.

Done this ___ day of October 2022, A.D.

_____

Witness: _____
Danny Lord

Witness: _____
Anita Gregory

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the
Identity of the individual who signed the document to whichthis certificate
Is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Butte



On 28 day of October 2022 year of our Loard beforeme, Anita Gregory, Notary Public,

Personally appeard  Eva Klima, who proved to me on the basis of satisfactory evidence to be the person(s) whose

named(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they signature(s) on the

instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true
and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature

ANITA GREGORY
Notary Public - California
Butte County
Commission # 2412626
My Comm. Expires Sep 6, 2026

(Notary Public Seal)

Created by: Robert-Hobson: Rentz.

Registered No. RF 281 057 825 US

:Robert-Hobson: Rentz

C/O 6469 CLARK RD. UNIT 1754

Paradise, CA. zip exempt

Email: rrentz@yahoo.com

Message Phone: 1-916-987-0707

UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA SAN

FRANCISCO DIVISION

Judge Dennis Montali U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF

CALIFORNIA

Edward J. Emmons, CLERK U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF

CALIFORNIA

ADDRESS: United States Bankruptcy Court. Central District of California.

1415 State Street. Santa Barbara, CA 93101.

PHONE: General Information (Toll Free): (855) 460-9641

Counsel for Official Committee of Tort Claimants

Robert A. Julian (SBN 88469)

Cecily A. Dumas (SBN 111449)

BAKER & HOSTETLER LLP

600 Montgomery Street, Suite 3100 San Francisco, CA 94111-2806

Created by: Robert-Hobson: Rentz.

Tephone:      628.208.6434

Facsimile:     310.820.8859

Email: rjulian@bakerlaw.com

Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)

David J. Richardson (SBN 168592)

Lauren T. Attard (SBN 320898)

T. Attard (SBN 320898)R LLP

11601 Wilshire Blvd., Suite 1400 LOS Angeles, CA 90025-0509

Telephone:     310.820.8800

Facsimile:     310.820.8859

Email: esagerman@bakerlaw.com

Email: drichardson@bakerlaw.com

Email: lattard@bakerlaw.com

**Prime Clerk LLC**

Kroll Business Services

55 East 52nd Street 17 Fl

New York, NY. 10055

Created by: Robert-Hobson: Rentz.

+1-212-593-1000

**Fire Victim Trust**

**The Honorable John K. Trotter (Ret.)**

**Trustee**

**Cathy Yanni**

**Claims Administrator**

**The Honorable Ellen Sickles James (Ret.)**

**Special Master for Minor Compromises**

**Viggo Boserup**

**Appeals Coordinator**

**BrownGreer**

**Claims Processor**

**Wolf/Garretson**

**Lien Resolution Coordinator**

**Trust Oversight Committee**

**Amy Bach, Esq. | United Policyholders**

**Douglas Boxer, Esq. | Law Office of Douglas Boxer**

Elizabeth Cabraser, Esq. | Lieff Cabraser Heimann & Bernstein, LLP

Created by: Robert-Hobson: Rentz.

**Michael Kelly, Esq. | Walkup, Melodia, Kelly & Schoenberger**

**Frank M. Pitre, Esq. | Cotchett, Pitre & McCarthy, LLP**

**Amanda L. Riddle, Esq. | Corey, Luzaich, de Ghetaldi & Riddle LLP**

**Bill Robins, Esq. | Robins Cloud LLP**

**Gerald Singleton, Esq. | Singleton Law Firm**

**Steven J. Skikos, Esq. | Skikos, Crawford, Skikos & Joseph, LLP**

**Phone:** 1-888-664-1152

**Email:** info@firevictimtrust.com

**Mail:** Fire Victim Trust

P.O. Box 25936

Richmond, VA 23260

**Fax:** 1-804-404-8987

**Frantz Law Group**

ADDRESS: 2029 Century Park East #400

Los Angeles, CA 90067

PHONE: (323) 274-2006

**In re: PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC COMPANY**

**Bankruptcy Case No.: 19-30088 (DM) Fire Victims Trust Claim ID No.: 1009550 and**

**1046797**

## DECLARATION OF LOSSES

The following pages are a list of items declared losses and damages of property for the business Streaming Visions and Robert Hobson Rentz personal property.

BY: Robert-Hobson: Rentz

# STREAMING VISIONS
## DAMAGES OF NOVEMBER 8, 2018 CAMPFIRE
## EQUIPMENT

| | ITEMS | QUANTITY | COST |
|---|---|---|---|
| 1. | Pioneer receiver surround sound | (1) | $600 |
| 2. | Pioneer turn table | (1) | $700 |
| 3. | Yamaha 3-way floor speakers | (2) | $600 |
| 4. | Polk sub-woofers | (2) | $600 |
| 5. | Pioneer DVD player | (1) | $1200 |
| 6. | Sony DVD player | (1) | $250 |
| 7. | Onkyo surround sound | (1) | $370 |
| 8. | Onkyo CD player | (1) | $500 |
| 9. | Onkyo recever | (1) | $3500 |
| 10. | Onkyo amplifier | (1) | $500 |
| 11. | Onkyo cassette player | (1) | $170 |
| 12. | Onkyo turn table | (1) | $500 |
| 13. | Neumark mixer | (1) | $200 |
| 14. | Electro Voice RE 15 | (2) | $200 |
| 15. | 58 A Mic | (6) | $960 |
| 16. | 56 D Mic | (8) | $880 |
| 17. | Mic Stands | (16) | $640 |
| 18. | Mic Cases | (2) | $280 |
| 19. | Mic boom | (2) | $300 |
| 20. | Panasonic switcher | (1) | $5,000 |
| 21. | Cannon FT-35 & accessories | (18) | $8,000 |
| 22. | Cannon printer | (1) | $6,000 |
| 23. | Panasonic HD studio camera | (4) | $65,000 |
| 24. | Sony HD studio camera | (4) | $76,000 |
| 25. | Camera control unit | (4) | $24,000 |
| 26. | Broadcast monitors | (6) | $18,000 |
| 27. | Road case for monitors | (6) | $9,000 |
| 28. | Road case for cameras | (8) | $12,000 |
| 29. | Background paper/cloth | (9) | $830 |
| 30. | Stands background | (3) | $650 |
| 31. | Road Cases Background Stands | (3) | $1500 |
| 32. | Background cases | (2) | $800 |
| 33. | Lights | (12) | $3600 |
| 34. | Road Cases lighting/stands | (2) | $1200 |
| 35. | Light stands | (8) | $1600 |

# STREAMING VISIONS
## DAMAGES OF NOVEMBER 8, 2018 CAMPFIRE EQUIPMENT

| ITEMS | QUANTITY | COST |
|---|---|---|
| 36. Lighting accessories colored lenses | (10) | $6000 |
| 37. Lighting cords/cables/bulbs | (30) | $1500 |
| 38. Laser light kit | (3) | $2800 |
| 39. Multi-pin (26)cable 100' | (4) | $5,200 |
| 40. Multi pin cable 200' | (4) | $10,400 |
| 41. Multi pin cable 300' | (4) | $15,600 |
| 42. Audio cable XLR  10' | (10) | $6,500 |
| 43. Audio cable 20' | (10) | $2,500 |
| 44. RCA cables of assorted short lengths | (7) | $1,000 |
| 45. BNC cables assorted lengths | (75) | $1,500 |
| 46. Power cables | (12) | $300 |
| 47. Power strips | (10) | $120 |
| 48. Power condenser | (2) | $3,000 |
| 49. Hum-buckler audio/ video | (4) | $1,200 |
| 50. Takamine acoustic electric guitar | (1) | $1540 |
| 51. Takamine Classical guitar | (1) | $1900 |
| 52. Alvarez   banjo | (1) | $800 |
| 53. Alvarez 12 string electric | (1) | $1600 |
| 54. Fender electric JM guitar | (1) | $2000 |
| 55. Gibson Les Paul BB guitar | (1) | $6800 |
| 56. Marten acoustic electric guitar | (1) | $1600 |
| 57. Instrumental case | (3) | $390 |
| 58. Behringer amp | (1) | $530 |
| 59. Instrumental cables | (3) | $320 |
| 60. Instrumental stands | (3) | $220 |
| 61. Speaker stands | (4) | $640 |
| 62. Tri-pod camera stands | (6) | $4,800 |
| 63. Yuneec Q 500 4k | (2) | $1700 |
| 64. Yuneec H Pro 4k | (2) | $2800 |
| 65. Syma X5C | (2) | $250 |
| 66. Parrot 2.0 | (1) | $120 |
| 67. Mini drone | (4) | $120 |
| 68. Drone charger yuneec | (2) | $100 |
| 69. Drone charger Parrot | (2) | $120 |
| 70. Drone charger Syma | (2) | $30 |

BY: Robert-Hobson: Rentz

# STREAMING VISIONS
# DAMAGES OF NOVEMBER 8, 2018 CAMPFIRE
# EQUIPMENT

| ITEMS | QUANTITY | COST |
|---|---|---|
| 71. Drone charger Mini | (4) | $40 |
| 72. Assorted batteries | (21) | $490 |
| 73. Solar panels 12v 20w | (4) | $240 |
| 74. Rubber totes    66qt | (2) | $210 |
| 75. RG8X coax cable 100' | (3) | $150 |
| 76. J pole antenna | (3) | $225 |
| 77. 50' wire antenna | (1) | $35 |
| 78. Road case | (5) | $150 |
| 79. IC-2300 ham radio | (1) | $200 |
| 80. Yaesu FT-2900 ham radio | (1) | $200 |
| 81. Yaesu FTM-400 XDR | (1) | $600 |
| 82. Kenwood D-710 ham radio | (1) | $600 |
| 83. MFJ voltage booster | (2) | $340 |
| 84. Marine battery 12v | (2) | $140 |
| 85. Marine battery 6v | (8) | $260 |
| 86. Powerwerx  battery charger | (1) | $75 |
| 87. West mountain back up power | (1) | $120 |
| 88. Power box case  12v | (3) | $210 |
| 89. Pro eagle battery charger | (1) | $300 |
| 90. 12v-120v converter | (2) | $600 |
| 91. Folding table | (2) | $100 |
| 92. Folding chair | (4) | $480 |
| **93. SUB TOTAL OF DAMAGES** | | **$335,590.00** |

# STREAMING VISIONS
## DAMAGES OF NOVEMBER 8, 2018 CAMPFIRE
## OFFICE SUPPLIES

| | ITEMS | QUANTITY | COST |
|---|---|---|---|
| 1. | 37" TV/ Monitor | (1) | $300 |
| 2. | Apple Desk Top Computer | (1) | $3000 |
| 3. | Office Chair | (1) | $100 |
| 4. | Scanner/Fax/Copier/Photo Printer HP | (1) | $460 |
| 5. | Office Supplies | (Many) | $85 |
| 6. | **SUB-TOTAL** | | **$3,945.00** |

BY: Robert-Hobson: Rentz

# PERSONAL PROPERTY
## OF Robert Hobson Rentz
## Damages of November 8, 2018 Campfire

| | ITEMS | QUANTITY | COST |
|---|---|---|---|
| 1. | Sony receiver surround sound | (1) | $600 |
| 2. | Yamaha 3-way floor speakers | (2) | $600 |
| 3. | Polk sub-woofers | (2) | $600 |
| 4. | Pioneer DVD player | (1) | $1,200 |
| 5. | Sony DVD player | (1) | $40 |
| 6. | Neumark mixer | (1) | $200 |
| 7. | Electro Voice RE 15 | (2) | $200 |
| 8. | Mic boom | (2) | $300 |
| 9. | Oak Hutch | (1) | $1,600 |
| 10. | PS 4 | (1) | $300 |
| 11. | Motion Controllers | (4) | $200 |
| 12. | PS Camera | (1) | $60 |
| 13. | RV Aim | (4) | $320 |
| 14. | Dual Shock | (1) | $30 |
| 15. | PS Games | (73) | $4,380 |
| 16. | Couch 82" | (1) | $1,700 |
| 17. | Coffee Table ( Grandma's) | (1) | $3,000 |
| 18. | End Tables (Grandma's) | (2) | $2,300 |
| 19. | Love seat 65" | (1) | $1,100 |
| 20. | Storage Ottoman | (1) | $400 |
| 21. | Dinning Table | (1) | $2,000 |
| 22. | Dining Chairs & Bench | (7) | $1,500 |
| 23. | Matures and Box Spring | (1) | $1,000 |
| 24. | 4 Poster Oak Queen Bed Frame | (1) | $1,500 |
| 25. | Night Stands | (2) | $100 |
| 26. | Lamps | (4) | $540 |
| 27. | Oak Dresser with Mirror | (1) | $2,200 |
| 28. | Coat Rack | (1) | $360 |
| 29. | Clothes | (Many) | $4,000 |
| 30. | Suits | (4) | $2,000 |
| 31. | Ties and Handkerchiefs | (6) | $300 |
| 32. | Dress Shoes | (5) | $700 |
| 33. | Dress Boots | (3) | $1,050 |
| 34. | Cuff Links and Tie Clips (Grandpa's) | (4 sets) | $240 |
| 35. | 1928 Pocket Watch (Great Grandpa's) | (1) | $1,100 |

BY: Robert-Hobson: Rentz

# PERSONAL PROPERTY
## OF Robert Hobson Rentz
## Damages of November 8, 2018 Campfire

| ITEMS | QUANTITY | COST |
|---|---|---|
| 36. 1906 Pocket Watch (Great Grandpa's) | (1) | $2,800 |
| 37. 1947 Pocket Watch (Grandpa's) | (1) | $2,400 |
| 38. 1945 Pocket Watch (Grandpa's) | (1) | $1,800 |
| 39. 4 post bed Californian queen | (1) | $1,200 |
| 40. 1957 Oak Book shelf | (1) | $2,000 |
| 41. Oak Roll Top Desk (Great Grandpa's) | (1) | $7,000 |
| 42. Tiffany Desk Lamps (Great Grandpa's) | (2) | $210 |
| 43. Oak Chair (Great Grandpa's) | (1) | $350 |
| 44. Record Shelves | (3) | $220 |
| 45. Auto Tool Box 72"X 30" | (1) | $4,000 |
| 46. Auto Tool Box 56" | (1) | $500 |
| 47. Auto Tool Box 42" | (1) | $1,250 |
| 48. Break Kit | (1) | $65 |
| 49. Auto Hand Tools   (Master Tool Set, Mechanic, 650 Pc) | (650) | $12000 |
| 50. Electrical Tool Box (Gang Box) | (1) | $3,500 |
| 51. Electrical Tool Box (30"X 19") | (1) | $600 |
| 52. Electrical Tool Box (JSB 32000) | (1) | $700 |
| 53. Electrical Tool Belt (Utility Belt) | (1) | $300 |
| 54. 30' Stanley Measuring Tape | (1) | $35 |
| 55. Utility Knife | (3) | $30 |
| 56. Klein Screw Drivers | (12) | $150 |
| 57. Klein Nut Drivers | (12) | $100 |
| 58. Klein Lineman Pliers | (2) | $150 |
| 59. Klein Cable Cutters | (3) | $120 |
| 60. Klein Diagonal Cutters | (3) | $120 |
| 61. Kline End Cutters | (2) | $100 |
| 62. Klein Wire Strippers | (4) | $120 |
| 63. Kline Wire Crimps | (3) | $120 |
| 64. Kline Wire Grips | (6) | $1,200 |
| 65. Klein Telescopic Pole | (1) | $140 |
| 66. Kline Needle Nose Pliers | (6) | $180 |
| 67. Klein Fish Tape | (2) | $220 |
| 68. Klein Volt Meters | (3) | $180 |
| 69. Klein Levelers | (3) | $90 |
| 70. Klein Adjustable Wrench | (4) | $800 |

# PERSONAL PROPERTY
## OF Robert Hobson Rentz
## Damages of November 8, 2018 Campfire

| ITEMS | QUANTITY | COST |
|---|---|---|
| 71. Klein Square | (3) | $450 |
| 72. Klein Scoring Tools | (2) | $80 |
| 73. Klein Square Tools | (3) | $60 |
| 74. Carpenter Tool Box (Gang Box) | (1) | $1,200 |
| 75. Carpenter Tool Box 44" | (1) | $300 |
| 76. 50' Measuring Tape | (1) | $85 |
| 77. Dewalt Wood Saw | (2) | $50 |
| 78. Dewalt Hack Saw and Blades | (2) | $50 |
| 79. Makita 1/2" Drill and Bits | (1) | $300 |
| 80. Milwaukee Hammer Drill w/c and Bits | (1) | $700 |
| 81. Milwaukee Skill Saw and Blades | (1) | $500 |
| 82. Milwaukee Angle Grinder | (1) | $650 |
| 83. Milwaukee 12' Miter Saw and accessories | (1) | $1,350 |
| 84. Milwaukee Jig Saw Kit | (1) | $260 |
| 85. Ryobi Soldering/ Glue Kit | (1) | $130 |
| 86. Plummer Tool Box (Gang Box) | (1) | $4,000 |
| 87. Plummer Tool Box 44"X22" | (1) | $500 |
| 88. Milwaukee 35' Measuring Tape | (1) | $40 |
| 89. Ridgid Internal Wrench Set | (1) | $85 |
| 90. Ridgid Chain Wrench | (2) | $220 |
| 91. Ridgid 6" Pipe Wrench | (2) | $40 |
| 92. Ridgid 8" Pipe Wrench | (2) | $80 |
| 93. Ridgid 12" Pipe Wrench | (2) | $80 |
| 94. Ridgid 14" Pipe Wrench | (2) | $100 |
| 95. Ridgid 18" Pipe Wrench | (2) | $100 |
| 96. Ridgid 24" Pipe Wrench | (2) | $200 |
| 97. Ridgid 36' Pipe Wrench | (2) | $300 |
| 98. Ridgid 6" Crescent Wrench | (1) | $50 |
| 99. Ridgid 8" Crescent Wrench | (2) | $50 |
| 100. Ridgid 10" Crescent Wrench | (1) | $90 |
| 101. Ridgid 12" Crescent Wrench | (1) | $100 |
| 102. Faucet Key | (2) | $30 |
| 103. Husky Tub and Plastic Pipe Cutters | (2) | $50 |
| 104. Milwaukee Press Fitter Kit | (1) | $2,800 |
| 105. Bernzomatic Torch Kit | (1) | $80 |

# PERSONAL PROPERTY
## OF Robert Hobson Rentz
## Damages of November 8, 2018 Campfire

| | ITEMS | QUANTITY | COST |
|---|---|---|---|
| 106. | Craftsman Pliers | (4) | $80 |
| 107. | Craftsman Locking Pliers | (2) | $45 |
| 108. | Craftsman Screw Drivers  Set | (23) | $60 |
| 109. | Thread/PTFT Tape | (2) | $5 |
| 110. | Flux | (1) | $10 |
| 111. | Solder   Spool | (1) | $25 |
| 112. | Basin Wrench | (1) | $25 |
| 113. | Hand Auger | (1) | $350 |
| 114. | Plunger | (1) | $25 |
| 115. | Goggles | (2) | $105 |
| 116. | Gloves | (2) | $50 |
| 117. | Heat Shields | (3) | $210 |
| 118. | Wire Brushes | (10) | $50 |
| 119. | Milwaukee PEX Pipe Ex-spander and Fittings | (1) | $730 |
| 120. | Crimps | (2) | $270 |
| 121. | Bore scope | (1) | $60 |
| 122. | Dewalt Drain Snake | (1) | $300 |
| 123. | Dewalt Plumbing Pipe Press Tool Kit | (1) | $3,300 |
| 124. | Dewalt Hacksaw and Blades | (1) | $60 |
| 125. | Dewalt Crimping Tool and Accessories | (1) | $3,600 |
| 126. | Dewalt 3/4" Drill  and Bits | (1) | $280 |
| 127. | Makita Reciprocating Saw  and Blades | (1) | $550 |
| 128. | 22 greenfield rifle | (1) | $225 |
| 129. | 1 oz Silver bars | (3) | $90 |
| 130. | 1965 Kennedy Half Dollars | (40) | $400 |
| 131. | 1970 Singer sowing machine | (1) | $125 |
| 132. | Carnival glass vase Peacock (Great Grandma's) | (1) | $225 |
| 133. | Cannon FT-35 & accessories | (18) | $800 |
| 134. | Power cables | (3) | $90 |
| 135. | Shimano full suspension trail bicycle | (1) | $1,200 |
| 136. | Bike Tool Kit | (1) | $260 |
| 137. | 16" Antler handle knife | (1) | $160 |
| 138. | 12" Bone Handel Knife | (1) | $180 |
| 139. | Hammock | (2) | $140 |
| 140. | Camp stove | (1) | $90 |

BY: Robert-Hobson: Rentz

# PERSONAL PROPERTY
## OF Robert Hobson Rentz
## Damages of November 8, 2018 Campfire

| | ITEMS | QUANTITY | COST |
|---|---|---|---|
| 141. | Camp heater | (2) | $140 |
| 142. | Gas hose and regulator | (2) | $90 |
| 143. | Lantern | (3) | $480 |
| 144. | Tactical flashlight | (4) | $200 |
| 145. | WW II Mountain sleeping bag | (2) | $500 |
| 146. | Mountain sleeping bag queen | (2) | $260 |
| 147. | Coleman 8 person tent | (1) | $330 |
| 148. | Double tent cot | (1) | $380 |
| 149. | Air mattress | (1) | $70 |
| 150. | Foam pillow | (2) | $60 |
| 151. | Propane bottle 5gl | (2) | $120 |
| 152. | Propane bottle I lb | (6) | $25 |
| 153. | Camp cook wear | (6) | $100 |
| 154. | Tackle box | (2) | $225 |
| 155. | Fishing poles | (4) | $300 |
| 156. | Rubber storage totes 20gl | (6) | $130 |
| 157. | Rubber storage totes   66qt | (4) | $420 |
| 158. | Miscellaneous item | (10) | $100 |
| 159. | Grandma/Great Grandma Hand Made Crochet Blanket | (1) | $1,200 |
| 160. | Grandma/Great Grandma Hand Made Quilts | (3) | $6,900 |
| 161. | **Sub Total of Personal Damages** | | **$477,445.00** |

You have 72 hours to respond. If a response is not received in the time allotted your silence will be received as capitulate to my terms and demands.

Date this _07_ day of _September_ in the year of Our Lord Two Thousand Twenty Twenty Two.

**Without Prejudice - Without Recourse - All Unalienable Rights Guaranteed**

Autographed by: _Robert-Hobson: Rentz_

A man, a living soul on the _07_ day of _September_ 2022 in the 57th year since born alive.

Witnessed by: _GANIONO   EVA KLIMA_

Witnessed by: _Maria B. Speer_

**As Notary and Jurat Certificate of Acceptance by court officer.**

Witnessed a personal appearance before me with proper ID recorded and aworn before me this _7th_ day of _Sept._ , 2022.

_____ , signature and seal of Notary Republic.

See attached Jurat

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Butte_

Subscribed and sworn to (or affirmed) before me on this _7th_ day of _September_, 20_22_ by _Robert Hobson Rentz_,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_(signature)_

Signature                                    (Seal)



ANITA GREGORY
Notary Public - California
Butte County
Commission # 2412626
My Comm. Expires Sep 6, 2026

---

## OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

_Declaration of_
(Title or description of attached document)

_Losses_
(Title or description of attached document continued)

Number of Pages _10_ Document Date _9/7/22_

_____
Additional Information

## INSTRUCTIONS

The wording of all Jurats completed in California after January 1, 2015 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one with does contain the proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of a notary public during the jurat process.

- State and county information must be the state and county where the document signer(s) personally appeared before the notary public.
- Date of notarization must be the date the signer(s) personally appeared which must also be the same date the jurat process is completed.
- Print the name(s) of the document signer(s) who personally appear at the time of notarization.
- Signature of the notary public must match the signature on file with the office of the county clerk.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  - ❖ Additional information is not required but could help to ensure this jurat is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
- Securely attach this document to the signed document with a staple.

2015 Version www.NotaryClasses.com 800-873-9865

Registered No. RF 281 057 825 US

**Notice to Clerk~**

The minute you receive any document, it is recorded according to the following case site.

**Biffle v. Morton Rubber Indus., Inc., 785 S.W.2d 143,144 (Tex.1990).**

"An instrument is deemed in law filed at the time it is delivered to the clerk, regardless of whether the instrument is "file-marked." Should you refuse to record **My** documents, once deposited with you, you are committing a crime under **Title18 USC § 2071** and it is punishable by fines and imprisonment. If your attorney told you not to file any documents like mine, you are still responsible, as I do not accept any third party interviewers. Any attorney, district attorney, or anyone from the lawyering craft are all third parties and do not have a license to make a legal determination in this matter as they do not represent Me and you, the county clerk, and do not have the authority to represent Me.

### Title 18 USC - Crimes and Criminal Procedure

Part I - **Crimes**

Chapter 101 - Records and Reports

Section 2071 - Concealment, removal, or mutilation generally

(a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes.and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both. Whoever,

having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States.

**Revised Statutes of The United States, 1st session, 43 Congress 1873-1874.**

**Title LXX.---CRIMES.--- CH. 4. CRIMES AGAINST JUSTICE SEC. 5403.**

(Destroying, & c., public records.)

Every person who willfully destroys or attempts to destroy, or, with intent to steal or destroy, takes and carries away any record, paper, or proceeding of a court of justice, filed or deposited with any clerk or officer of such court, or any paper, or document, or record filed or deposited in any public office, or with any judicial or public officer, shall, without reference to the value of the record, paper, document, or proceeding so taken, pay a fine of not more than two thousand dollars, or suffer imprisonment, at hard labor, not more than three years, or both: [See § § 5408, 5411, 5412.] **SEC. 5407.** (Conspiracy to defeat enforcement of the laws.) If two or more persons in any State or Territory conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws, each of such persons shall be punished by a fine of not less than five hundred nor more than

five thousand dollars, or by imprisonment, with or without hard labor, not less than six months nor more than six years, or by both such fine and imprisonment. See § § **1977-1991, 2004-2010, 5506-5510.1 SEC. 5408.**

(Destroying record by officer in charge.)

Every officer, having the custody of any record, document, paper, or proceeding specified in section fifty-four hundred and three, who fraudulently takes away, or withdraws, or destroys any such record, document, paper, or proceeding filed in his office or deposited with him or in his custody, shall pay a fine of not more than two thousand dollars, or suffer imprisonment at hard labor not more than three years, or both-, and shall, moreover, forfeit his office and be forever afterward disqualified from holding any office under the Government of the United States.

Legatus NonViolatur , Without Prejudice , Non Assumptsit , All Rights Reserved

**Created by: Robert-Hobson: Rentz.**

You have 72 hours to respond. If a response is not received in the time allotted your silence will be received as capitulate to my terms and demands.

**Date this** _on_ **day of** _September_ **in the year of Our Lord Two Thousand Twenty Twenty Two.**

**Without Prejudice - Without Recourse - All Unalienable Rights Guaranteed**

**Autographed by:** _:Robert-Hobson :Rent_

A man, a living soul on the _on_ day of _September_, 2022 in the 57th year since born alive.

**Witnessed by:** _Van Klove EYAKLIMA_

**Witnessed by:** _An III Mark B. Speer_

**As Notary and Jurat Certificate of Acceptance by court officer.**

**Witnessed a personal appearance before me with proper ID recorded and sworn before me this** _7th_ **day of** _Sep._ **, 2022.**

_____, **signature and seal of Notary Republic.**

_See attached jurat_

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Butte

Subscribed and sworn to (or affirmed) before me on this 7th day of September, 2022 by Robert Hobson Rentz

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Signature                          (Seal)

ANITA GREGORY
Notary Public · California
Butte County
Commission # 2412626
My Comm. Expires Sep 6, 2026

---

## OPTIONAL INFORMATION

### INSTRUCTIONS

*The wording of all Jurats completed in California after January 1, 2015 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one with does contain the proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.*

DESCRIPTION OF THE ATTACHED DOCUMENT

Notice to Clerk
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages 4 Document Date 9/7/22

_____
Additional Information

- State and county information must be the state and county where the document signer(s) personally appeared before the notary public.
- Date of notarization must be the date the signer(s) personally appeared which must also be the same date the jurat process is completed.
- Print the name(s) of the document signer(s) who personally appear at the time of notarization.
- Signature of the notary public must match the signature on file with the office of the county clerk.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  - ❖ Additional information is not required but could help to ensure this jurat is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
- Securely attach this document to the signed document with a staple.

2015 Version www.NotaryClasses.com 800-873-9865

Created by: Robert-Hobson: Rentz.

Certified Mail Number _RF 281 057 825 US_

:Robert-Hobson: Rentz

C/O 6469 CLARK RD. UNIT 1754

Paradise, CA. zip exempt

Email: rrentz@yahoo.com

Message Phone: 1-916-987-0707

......................................

**UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION**

Judge Dennis Montali U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA

Edward J. Emmons, CLERK U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA

**ADDRESS: United States Bankruptcy Court.** Central **District of California.**

450 Golden Gate Avenue Mail Box 36099 San Francisco, CA 94102

Phone: 888-821-7606

**Counsel for Official Committee of Tort Claimants**

Robert A. Julian (SBN 88469)

Cecily A. Dumas (SBN 111449)

**BAKER & HOSTETLER LLP**

Created by: Robert-Hobson: Rentz.

600 Montgomery Street, Suite 3100 San Francisco, CA 94111-2806

Tephone:     628.208.6434

·Facsimile:     310.820.8859

Email:  rjulian@bakerlaw.com

Email:  cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)

David J. Richardson (SBN 168592)

Lauren T. Attard (SBN 320898)

T. Attard (SBN 320898)R LLP

11601 Wilshire Blvd., Suite 1400 LOS Angeles, CA 90025-0509

Telephone:     310.820.8800

Facsimile:     310.820.8859

Email: esagerman@bakerlaw.com

Email:  drichardson@bakerlaw.com

Email:  lattard@bakerlaw.com

**Prime Clerk LLC**

Kroll Business Services

Created by: Robert-Hobson: Rentz.

New York, NY. 10055

+1-212-593-1000

**Fire Victim Trust**

**The Honorable John K. Trotter (Ret.)**

**Trustee**

**Cathy Yanni**

**Claims Administrator**

**The Honorable Ellen Sickles James (Ret.)**

**Special Master for Minor Compromises**

**Viggo Boserup**

**Appeals Coordinator**

**Brown Greer**

**Claims Processor**

**Wolf/Garretson**

**Lien Resolution Coordinator**

**Trust Oversight Committee**

**Amy Bach, Esq. | United Policyholders**

Douglas Boxer, Esq. | Law Office of Douglas Boxer

Created by: Robert-Hobson: Rentz.

Elizabeth Cabraser, Esq. | Lieff Cabraser Heimann & Bernstein, LLP

Michael Kelly, Esq. | Walkup, Melodia, Kelly & Schoenberger

Frank M. Pitre, Esq. | Cotchett, Pitre & McCarthy, LLP

Amanda L. Riddle, Esq. | Corey, Luzaich, de Ghetaldi & Riddle LLP

Bill Robins, Esq. | Robins Cloud LLP

Gerald Singleton, Esq. | Singleton Law Firm

Steven J. Skikos, Esq. | Skikos, Crawford, Skikos & Joseph, LLP

Phone: 1-888-664-1152

Email: info@firevictimtrust.com

Mail: Fire Victim Trust

P.O. Box 25936

Richmond, VA 23260

Fax: 1-804-404-8987

Frantz Law Group

ADDRESS: 2029 Century Park East #400

Los Angeles, CA 90067

PHONE: (323) 274-2006

Created by: Robert-Hobson: Rentz.

**In re: PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC COMPANY**

**Bankruptcy Case No.: 19-30088 (DM) Fire Victims Trust Claim ID No.: 1009550 and**

**1046797**

# ASSEVERATION and DECLARATION

State of California/ STATE OF CALIFORNIA

County of San Francisco

**"Indeed, no more than (affidavits) is necessary to make the prima facie case."**
United States v. Kis, 658 F.2nd, 526, 536 (7th Cir. 1981); Cert Denied, 50 U.S. L.W.
2169; S. Ct. March 22, 1982.

That I, Eva Klima, a living breathing woman, being first duly sworn, affirm, say and declare by my signature that the following truths are true, correct and certain to the best of my knowledge and belief.

THAT, Robert Hobson Rentz's claims made with case no.: 19-30088 (DM) and the Fire Victims Trust claim No.: 1009550 and 1046797 are with clean hands and truth of fact.

Further Affiant Sayth Not.

Done this _28_ day of October 2022, A.D.

_____

Witness: _____
DANNY LORD

Witness: _____
Anita Gregory

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the Identity of the individual who signed the document to whichthis certificate Is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Butte

On 28 day of October 2022 year of our Loard before me, Anita Gregory, Notary Public,

Personally appeard Eva Klima, who proved to me on the basis of satisfactory evidence to be the person(s) whose

named(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they signature(s) on the

instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
**Notary Public Signature**

ANITA GREGORY
Notary Public · California
Butte County
Commission # 2412626
My Comm. Expires Sep 6, 2026

**(Notary Public Seal)**



$21.20
R2304M11532-05

UNITED STATES POSTAL SERVICE
REGISTERED MAIL™

RF 281 057 825 US

94102

1000

CHICO CA 95926
NOV -4 2022

CA 95
NOV -4 2022

From: R.H. Rentz
P.O. Box 1754
Paradise, CA. 95967

RECEIVED
NOV -8 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

To: Judge Dennis Montali
United States Bankruptcy Court
Northern District of California
450 Golden Gate Avenue
Mail Box 36049
San Francisco, CA. 94102

INSPECTED
NOV 0 8 2022
U.S. MARSHALS SERVICE

INSPECTED BY
NOV 0 8 2022
U.S. MARSHALS SERVICE