ROLNICK KRAMER SADIGHI LLP
Lawrence M. Rolnick (*pro hac vice forthcoming*)
lrolnick@rksllp.com
Marc B. Kramer (*pro hac vice forthcoming*)
mkramer@rksllp.com
Michael J. Hampson (*pro hac vice forthcoming*)
mhampson@rksllp.com
Richard A. Bodnar (*pro hac vice*)
rbodnar@rksllp.com
Frank T.M. Catalina (*pro hac vice*)
fcatalina@rksllp.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 597-2800
Facsimile: (212) 597-2801

ST. JAMES LAW, P.C.
Michael St. James, CSB No. 95653
22 Battery Street, Suite 810
San Francisco, California 94111
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

*Attorneys for Various Claimants*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) (Lead Case)<br>(Jointly Administered)<br><br>Chapter 11 |

# CERTIFICATE OF SERVICE

I, Richard A. Bodnar, do declare and state as follows:

I am a Partner at Rolnick Kramer Sadighi LLP, located at 1251 Avenue of the Americas, New York, New York 10020. I am over the age of 18 and not a party to this action.

On November 8, 2022, I served the following documents on the interested parties in this action through the Notice of Electronic Filing for all parties and counsel who are registered ECF Users.

- Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- Declaration of Richard A. Bodnar In Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion and exhibits attached thereto;
- 683 Capital Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- AIG Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- Altair Advisers Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- Alyeska Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- AmeriTrust Claimants' Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- Apollon Wealth Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- AQR Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- Avalon Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- Bank of the West Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- BlueBay Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- BlueMountain Claimants' Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- Boston Financial Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- Bridge Builder Claimant's Joinder and Statement in Support of the Kingstown

Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;

- Bridgewater Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- Chevy Chase Trust Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- Coldstream Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- CRICO Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- Dana Investment Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- Dumont & Blake Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- Evergreen Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- Exencial Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- Fairview Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- Glenmede Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- Glenview Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- HAP Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- Janus Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- JIBEI Claimants' Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- Lake Avenue Claimants' Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- Lighthouse Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- McGowanGroup Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- Millennium Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- Moneta Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;

- Montana Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- Narus Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- Northern Trust Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- Northwestern Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- Ohio SERS Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- Orbis Claimants' Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- Point72 Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- Raymond James Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- RhumbLine Claimants' Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- SCERS Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- Schonfeld Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- SDCERA Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- Serengeti Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- SouthPoint Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- SPC Financial Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- State Street Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- Stifel Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- Tellone Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- Thrivent Claimants' Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;
- Tocqueville Claimant's Joinder and Statement in Support of the Kingstown

Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;

- TRS Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;

- USS Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;

- Vantage Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;

- Vermont Trust Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;

- Viking Claimants' Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;

- Wealthspire Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;

- Williams Jones Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;

- Woodley Farra Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;

- Woodstock Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;

- Zeke Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion; and

- ZWJ Claimant's Joinder and Statement in Support of the Kingstown Claimants' Objection to Reorganized Debtors' Fifth Extension Motion;

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that if called upon to witness, I could and would testify competently thereto.

Executed on November 9, 2022, at New York, New York.

By:    */s/ Richard A. Bodnar*
       Richard A. Bodnar