# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Liz Santodomingo, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On November 3, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on Brett Blank and Brandon Blank 225 Willow Street, Santa Rosa, CA, 95401:

- Order Granting Motion of Brett and Brandon Blank to Deem Late Claims as Timely Filed [Docket No. 13153]

3. On November 3, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on William S. Frisbee 2406 Honey Run Road, Chico, CA, 95928:

- Order Granting Motion of William S. Frisbee to Deem Late Claim as Timely Filed [Docket No. 13154]

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

4. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

5. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 8th day of November 2022, at New York, NY.

*/s/ Liz Santodomingo*
Liz Santodomingo