| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Froymovich, Gabriel<br>17470 Healdsburg Ave<br>Healdsburg, CA 95448 | | **7955** | PG&E Corporation and Pacific Gas and Electric Company | 8/28/2019 | $0.00 | $0.00 | $0.00 | $2,700,000.00 | $2,700,000.00 | No Liability Claims |
| Seymour, Jessica<br>2718 N Bowdish Rd, Apt 343<br>Spokane Valley, WA 99206 | | **92045** | PG&E Corporation and Pacific Gas and Electric Company | 12/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| **Claims To Be Expunged Totals** | | **Count: 2** | | | $0.00 | $0.00 | $0.00 | $2,700,000.00 | $2,700,000.00 | |