

**Signed and Filed: November 10, 2022**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* _All papers shall be filed in the Lead Case, No. 19-30088 (DM)._ | Bankruptcy Case No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br>Date: November 30, 2022<br>Time: 10:00 AM<br>Via Video/Teleconference<br>www.canb.uscourts.gov/calendars |

**ORDER REGRDING NOVEMBER 30, 2022, HEARING
ON MOTIONS REGARDING LATE CLAIMS**

    On November 30, 2022, at 10:00 AM, the court will hold a hearing on motions to file late claims and the objections of the Fire Victim Trust ("FVT"), as shown below:

-1-

| Motion Filing Date | Motion Docket No. | Movant | Counsel/ Pro Se | Objection Docket No. |
|---|---|---|---|---|
| 10/14/22 | 13080 | Justine Larsen-Bernedo | Emily S. Levine | 13131 |
| 10/17/22 | 13088 | 1) Rick Hallen et al.<br>2) Yuonne Phillips | Christopher D. Moon | 13139 |
| 10/18/22 | 13099 | Taryn Skott | Pro Se | 13144 |
| 10/19/22 | 13109 | Alexandra Dougherty | Pro Se | 13147 |
| 10/24/22<br>10/31/22 | 13116<br>13137 (Amended) | 1) Joseph Pickett et al.<br>2) Lesa Bushby | Joseph Feist | 13157 |

At the hearing, the court will allow fifteen minutes for oral argument to be shared among counsel representing movants, plus five additional minutes for the two pro se parties if they wish, to be followed by twenty minutes for counsel for the FVT as to all movants.

Furthermore, if Taryn Skott or Alexandra Dougherty wish to present oral argument, they each must notify the Courtroom Deputy via email: Lorena_Parada@canb.uscourts.gov no later than November 28, 2022.

All hearings will be conducted by telephone or video conference (unless otherwise noted). Please review the specific calendar page (pdf) posted on the Bankruptcy Court's website for further instructions one week prior to the hearing.

All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about Court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the

Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

Taryn Skott
P.O. Box 6233
Santa Rosa, CA 95406

Alexandra Dougherty
683 Matson Drive
Napa, CA 94558