| | |
|---|---|
| 1  Ronald L.M. Goldman, Esq. (State Bar No. 33422)<br>    rgoldman@baumhedlundlaw.com<br> 2  Matthew P. French, Esq. (State Bar No. 327814)<br>    mfrench@baumhedlundlaw.com<br> 3  **BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**<br> 4  11111 Santa Monica Boulevard, Suite 1750<br>    Los Angeles, California 90025<br> 5  Telephone: (310) 207-3233<br>    Facsimile: (310) 820-7444<br> 6<br> 7  *Attorneys for Creditors,*<br>    *Majesti Mai Bagorio, et al.* | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>   –and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ **Affects PG&E Corporation**<br>☐ **Affects Pacific Gas and Electric Company**<br>☒ **Affects both Debtors**<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF WITHDRAWAL OF JOINDER BY BAUM HEDLUND ARISTEI GOLDMAN CAMP FIRE VICTIM CLIENTS IN MOTION OF WILLIAM B. ABRAMS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR ENTRY OF AN ORDER AUTHORIZING DISCOVERY AND HEARINGS REGARDING THE ACTS AND CONDUCT OF JAMS NEUTRALS GIVEN NEW EVIDENCE**<br>**[Doc. No. 12766]** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, THE DEBTORS AND THEIR ATTORNEYS OF RECORD, UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:**

Responsive pleadings having been filed, Claimants Majesti Mai Bagorio, et al. hereby withdraw their joinder in Motion of William B. Abrams Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of an Order Authorizing Discovery and Hearings Regarding the Acts and Conduct of JAMS Neutrals Given New Evidence [Doc #12877] filed August 21, 2022.

Dated: November 10, 2022      Respectfully submitted,

BAUM HEDLUND ARISTEI GOLDMAN

By: /s/ Matthew P. French
　　　Ronald L.M. Goldman
　　　Matthew P. French,

*Attorneys for Creditors,*
*Majesti Mai Bagorio, et al.*

# PROOF OF SERVICE

I am over the age of 18 years and not a party to the within cause. My business address is Baum Hedlund Aristei Goldman, 11111 Santa Monica Boulevard, Suite 1750, Los Angeles, California 90025. On this day, November 10, 2022, I served the following document(s) in the manner described below:

**NOTICE OF WITHDRAWAL OF JOINDER BY BAUM HEDLUND ARISTEI GOLDMAN CAMP FIRE VICTIM CLIENTS IN MOTION OF WILLIAM B. ABRAMS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR ENTRY OF AN ORDER AUTHORIZING DISCOVERY AND HEARINGS REGARDING THE ACTS AND CONDUCT OF JAMS NEUTRALS GIVEN NEW EVIDENCE [Doc. No. 12877]**

X **VIA ECF**: I caused the aforementioned documents to be filed via the Electronic Case Filing (ECF) system in the United States Bankruptcy Court for the Northern District of California, on all parties registered for e-filing in Case Number Case No. 19-30088 (DM). Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on November 10, 2022.

/s/ *Matthew P. French*
MATTHEW P. FRENCH