Gregory A. Rougeau (194437)
BRUNETTI ROUGEAU LLP
235 Montgomery Street, Suite 410
San Francisco, CA 94104
Telephone:     (415) 992-8940
Facsimile:     (415) 291-8957
grougeau@brlawsf.com

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

The updated address information shown below

applies to the bankruptcy cases and adversary

proceedings appearing on the attached list.

**NOTICE OF CHANGE OF ADDRESS**

    PLEASE TAKE NOTICE the address of Gregory A. Rougeau has changed.  The new

address is:

    **235 Montgomery Street, Suite 830**

    **San Francisco, CA 94104**

    Please update your records accordingly.

Dated:  November 11, 2022          By:   /s/ Gregory Rougeau

                             Gregory Rougeau

| | |
|---|---|
| 08-32514 | Heller Ehrman LLP |
| 14-44191 | CEP Reorganization, Inc. |
| 14-44505 | Deda Enterprises Inc |
| 14-52222 | Dene Bustichi and Melodie Bustichi |
| 16-30063 | Yellow Cab Cooperative, Inc. |
| 16-40050 | Fox Ortega Enterprises, Inc. |
| 18-30016 | Artem Koshkalda |
| 18-31087 | Sedgwick LLP |
| 19-30088 | PG&E Corporation |
| 20-03059 | Whitehead v. Bryant |
| 20-03070 | Gansman v. Robertson |
| 20-03077 | Gansman v. Keale, |
| 20-03078 | Gansman v. Tanenbaum |
| 20-30604 | Professional Financial Investors, Inc. |
| 20-41119 | BAP Properties, LLC |
| 20-41448 | Kuldeep Singh and Amandeep Kaur |
| 21-40157 | Mary Beth Mazorra |
| 22-30319 | Calicomp Corporation |
| 22-40936 | Innovasonic, Inc. |