| | |
|---|---|
| 1 | **WEIL, GOTSHAL & MANGES LLP** |
| 2 | Richard W. Slack (*pro hac vice*) |
|   | (richard.slack@weil.com) |
| 3 | Jessica Liou (*pro hac vice*) |
|   | (jessica.liou@weil.com) |
| 4 | Matthew Goren (*pro hac vice*) |
|   | (matthew.goren@weil.com) |
| 5 | 767 Fifth Avenue |
|   | New York, NY 10153-0119 |
| 6 | Tel:  (212) 310-8000 |
|   | Fax:  (212) 310-8007 |
| 7 | **KELLER BENVENUTTI KIM LLP** |
| 8 | Tobias S. Keller (#151445) |
|   | (tkeller@kbkllp.com) |
| 9 | Jane Kim (#298192) |
|   | (jkim@kbkllp.com) |
| 10 | 650 California Street, Suite 1900 |
|    | San Francisco, CA 94108 |
| 11 | Tel:  (415) 496-6723 |
|    | Fax:  (415) 636-9251 |

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION**, <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors**. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☑ Affects both Debtors <br> * *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) <br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **NOTICE OF CANCELLATION OF NOVEMBER 15, 2022, 10:00 A.M. OMNIBUS HEARING** <br><br> Date:  November 15, 2022 <br> Time:  10:00 a.m. (Pacific Time) <br> Place:  (Tele/Videoconference) <br>     United States Bankruptcy Court <br>     Courtroom 17, 16th Floor <br>     San Francisco, CA 94102 |

**PLEASE TAKE NOTICE** that the following matters, which were scheduled to be heard in the above-captioned chapter 11 cases on November 15, 2022, at 10:00 a.m. (Pacific Time) (the **"Omnibus Hearing"**) have been resolved or continued.

**PLEASE TAKE FURTHER NOTICE** that, accordingly, the Omnibus Hearing is cancelled.

I: **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*RESOLVED AND CONTINUED MATTERS*

1. **City of Santa Clara dba Silicon Valley Power's Motion to Compel Assumption:** *City of Santa Clara dba Silicon Valley Power's Motion to Compel Assumption or Rejection of Executory Contract Concerning the Grizzly Development and Mokelumne Settlement Agreement* [**Dkt. 10998**].

    Status: This Motion has been continued to December 20, 2022, by Stipulation [**Dkt. 13104**] and Order [**Dkt. 13108**].

2. **Larsen-Bernedo Late-Claim Motion:** *Motion Pursuant to Fed. R. Bankr. 9006(b)(1) to Deem Justine Larsen-Bernedo's Claim Timely Filed* [**Dkt. 13080**].

    Status: This Motion has been continued to November 30, 2022, by the PG&E Fire Victim Trust's Objection [**Dkt. 13131**] and Notice of Hearing [**Dkt. 13132**].

3. **Motion to Extend Time to Object to Claims:** *Motion for Entry of an Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and for Related Relief* [**Dkt. 13122**].

    Status: This Motion has been continued to November 30, 2022, at 11:00 a.m. (Pacific Time) by the November 10, 2022 Docket Text Order.

    Responses Received:

    i. Objection of KingfishersLP, Kingstown Partners II L.P., and Kingstown Partners Master Ltd. [**Dkt. 13163**]
    ii. Objection and joinder of Chevron Master Pension Trust and Chevron UK Pension Plan [**Dkt. 13165**]
    iii. Objection of the California State Teachers Retirement System [**Dkt. 13198**]
    iv. Objection and Joinder of State of Oregon by and through the Oregon Investment Council on Behalf of Each of the Oregon Public Employees Retirement Fund, Common School Fund, Oregon Short Term Fund and Industrial Accident Fund [**Dkt. 13208**]
    v. Sixty-three additional Joinders to the Kingstown Objection [**Dkts. 13166–13197; 13199–13207; and 13209–13230**].

  vi. Three additional Joinders to the Kingstown Objection filed on November 10, 2022 [**Dkts. 13242–13244**].

  4. **Addington Claim Objection:** *Reorganized Debtors' Objection to Amended Proof of Claim No. 108715 Filed By David P. Addington* **[Dkt. 12948]**.

  Status: The status conference has been continued to December 13, 2022, by agreement of the parties.

**II:** **MATTER SCHEDULED TO BE HEARD IN ADVERSARY PROCEEDINGS (Re: City of Lafayette): Nos. 20-03122 and 20-03124 (DM)**

*CONTINUED MATTER*

  5. **Scheduling Conference**: *Summons and Notice of Scheduling Conference in an Adversary Proceeding* [**Dkt. 2**].

  Status: The scheduling conference has been continued to March 7, 2023, by agreement of the parties.

  **PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (II) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Reorganized Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: November 14, 2022    **WEIL, GOTSHAL & MANGES LLP**
             **KELLER BENVENUTTI KIM LLP**

             By: */s/ Thomas B. Rupp*
                Thomas B. Rupp

             *Attorneys for Debtors and Reorganized Debtors*