Christopher D. Moon, SBN 246622
chris@moonlawapc.com
Kevin O. Moon, SBN 246792
kevin@moonlawapc.com
**MOON LAW APC**
228 Hamilton Ave., 3rd Fl
Palo Alto, California 94301
Telephone: (619) 915-9432
Facsimile: (650) 618-0478

*Attorneys for Movants*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISON

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>                        Debtors.<br><br>[ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[x] Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**REPLY IN SUPPORT OF MOTION PURSUANT TO FED. R. BANKR. PROC. 7015 AND 7017 TO ENLARGE TIME TO FILE PROOF OF CLAIM PURSUANT TO FED. R. BANKR. PROC. 9006(b)(1)**<br><br>Date:    November 30, 2022<br>Time:   10 a.m. (Pacific Time)<br>Place:  **Telephonic/Video Appearances Only**<br>          United States Bankruptcy Court<br>          Courtroom 17,<br>          450 Golden Gate Ave., 16th Floor<br>          San Francisco, CA<br>Judge:  Hon. Dennis Montali<br><br>Objection deadline: November 23, 2022 |

## I. RELEVANT PROCEDURAL HISTORY

On October 17, 2022, Rick Hallen, Kyla Wright, Dillon Harris, Austin Wright, Josie Wright, Ann Wright, Blake Barnes, and Yuonne Phillips ("Movants") filed a motion seeking an order expanding the time to file their proofs of claim. *See* Dkt. Nos. 13088-90.

On October 31, 2022, Fire Victim Trustee ("FVT") filed an Objection to Movants' Motion. *See* Dkt. No. 13139.

## II. ARGUMENT

In its Objection to Movants' Motion, FVT mischaracterizes certain facts, which Movants seek to correct. Specifically, FVT makes the following representations:

> The Motion states that Movants made conscious decisions not to file proofs of claim before the Extended Bar Date and only chose to consult counsel after learning that they could obtain compensation for their emotional distress claims. The Motion does not claim that Movants did not have notice of the Extended Bar Date or were unable to file a claim due to circumstances beyond their control. Rather, it acknowledges that Movants chose not to file timely proofs of claim but has submitted the proofs of claim at issue based on counsel's confirmation that they could receive compensation for emotional distress and other claims.

Dkt. No. 13139 at 5. To be clear, Movants did **not** make the "conscious decision[] not to file proofs of claim before the Extended Bar Date," nor did Movants' Motion represent this either explicitly or implicitly. *See* Supp. Moon Decl., ¶ 3. That is because Movants **did not know** of the Bar Date or the Extended Bar Date before they lapsed. *Id*. Therefore, FVT's representation that "Movants chose not to file timely proofs of claim" is wholly inaccurate. Rather, Movants learned for the first time in October 2022 that there was a Bar Date of any kind. *Id*. In addition, and as explained in more detail in their Motion, Movants learned for the first time in October 2022 that they were entitled to pursue claims against PG&E for their losses and emotional distress caused by the Camp Fire. *See* Dkt. No. 13088. Once in receipt of this critical information, Movants immediately contacted the undersigned and filed a proof of claim. *See* Supp. Moon Decl., ¶ 3.

///
///
///
///
///
//
///

### III. CONCLUSION

For the reasons set forth herein as well as in their moving papers, Movants respectfully request that this Court GRANT their Motion.

Dated:  November 14, 2022         **MOON LAW APC**

By:

_____
CHRISTOPHER D. MOON
KEVIN O. MOON
*Attorneys for Movants*

| | |
|---|---|
| Christopher D. Moon, SBN 246622<br>chris@moonlawapc.com<br>Kevin O. Moon, SBN 246792<br>kevin@moonlawapc.com<br>**MOON LAW APC**<br>228 Hamilton Ave., 3rd Fl<br>Palo Alto, California 94301<br>Telephone: (619) 915-9432<br>Facsimile: (650) 618-0478<br><br>*Attorneys for Movants* | |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVSION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>       Debtors.<br><br>[ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[x] Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**SUPPLEMENTAL DECLARATION OF CHRISTOPHER D. MOON IN SUPPORT OF MOTION PURSUANT TO FED. R. BANKR. PROC. 7015 AND 7017 TO ENLARGE TIME TO FILE PROOF OF CLAIM PURSUANT TO FED. R. BANKR. PROC. 9006(b)(1)**<br><br>Date: November 30, 2022<br>Time: 10 a.m. (Pacific Time)<br>Place: **Telephonic/Video Appearances Only**<br>   United States Bankruptcy Court<br>   Courtroom 17,<br>   450 Golden Gate Ave., 16th Floor<br>   San Francisco, CA<br>Judge: Hon. Dennis Montali<br><br>Objection deadline: November 23, 2022 |

-1-

I, Christopher D. Moon, hereby declare:

1. I am an attorney at law duly licensed to practice before all state and federal courts of the State of California. I am a managing partner with the law firm Moon Law APC, based in Palo Alto, California.

2. My law firm represents wildfire victims who sustained losses from the Camp Fire in 2018. My firm has timely filed dozens of Proof of Claim forms with Prime Clerk for losses clients have suffered as a result of the fire.

3. Claimants Rick Hallen, Kyla Wright, Dillon Harris, Austin Wright, Josie Wright, Ann Wright, Blake Barnes, and Yuonne Phillips ("Movants") informed me in October 2022 that they did not know of the Bar Date or the Extended Bar Date. Rather, Movants learned for the first time in October 2022 that there was a Bar Date of any kind. In addition, Movants learned for the first time in October 2022 that they were entitled to pursue claims against PG&E for their losses and emotional distress caused by the Camp Fire. Once in receipt of this information, Movants immediately contacted me.

4. I am over eighteen years of age, of sound mind, and fully competent to make this declaration. All statements in this declaration are based on my own personal knowledge and observation and from my review of the court and business records in this case, or upon information and belief as indicated. If called to testify on this matter, I can and would competently testify to the matters set forth in this Declaration.

5. I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of November, 2022, in Palo Alto, California.

_____
CHRISTOPHER D. MOON

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access the filing through the Court's filing system.

Executed on November 14, 2022, at Palo Alto, California.

                       */s/ Christopher D. Moon*
                       Christopher D. Moon