# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Sonia Akter, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On November 9, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Notice Parties Service List attached hereto as **Exhibit A**:

- Chapter 11 Post-Confirmation Report for Quarter Ending September 30, 2022 [Docket No. 13233]

- Chapter 11 Post-Confirmation Report for Case Number 19-30089 for Quarter Ending September 30, 2022 [Docket No. 13234]

3. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the

---
[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 15th day of November 2022, at New York, NY.

                                  */s/ Sonia Akter*
                                  Sonia Akter

# **Exhibit A**

Exhibit A
Notice Parties Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Baker & Hostetler, LLP | Attn: Eric E. Sagerman, Lauren T. Attard | esagerman@bakerlaw.com; lattard@bakerlaw.com |
| Baker & Hostetler, LLP | Attn: Robert A. Julian, Cecily A. Dumas | rjulian@bakerlaw.com; cdumas@bakerlaw.com |
| Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil | ddunne@milbank.com; skhalil@milbank.com |
| Milbank LLP | Attn: Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | Paronzon@milbank.com; Gbray@milbank.com; TKreller@milbank.com |
| Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | James.L.Snyder@usdoj.gov; timothy.s.laffredi@usdoj.gov; Marta.Villacorta@usdoj.gov |