UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re:

**PG&E Corporation
and
Pacific Gas and Electric Company**

Bankruptcy Case No.: **19-30088-DM**

Adversary Proceeding No.:

v.                    Plaintiff(s)

District Court Appeal Case No.:

Defendant(s)          **22-cv-06367-HSG**

## CERTIFICATE OF RECORD

The undersigned Clerk of the U.S. Bankruptcy Court hereby certifies the record on appeal is complete and ready for transmission. The Designation of Content for Record on Appeal and Statement of Issues have been filed. The status of the transcripts are as follows:

☒ Designated transcript(s) have been filed with this Court. Docket #: **10993 and 11458**

☐ No transcripts were requested by Appellant or Appellee.

☒ Other: Appellant paid the filing fee, in the amount of $298.00 on 10/21/2022

Edward Emmons, Clerk
United States Bankruptcy Court

Date: 11/18/2022        By: *DaWana Chambers*
                         DaWana Chambers  Deputy Clerk