Donald W. Ullrich, Jr. (Calif. State Bar No.118701)
Ullrich Law Firm
3100 Zinfandel Drive, Suite 265
Rancho Cordova, CA 95670-6391
Telephone: 1.916.942.9385
Facsimile No.: 1.916.942.9537
Cell Phone: 1.916.425.1061
E-mail: ullrichlawfirm@att.net

*Attorney for Claimant*
*Karyn Charmbury*

# UNITED STATES DISTRICT COURT
## NOTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION, a California corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY, INC., a California corporation<br><br>Debtors. | **Bankruptcy Case No. 19-30088 (DM)**<br><br>**Chapter 11**<br><br>**(Lead Case) (Jointly Administered)**<br><br>**NOTICE OF CHANGE OF ADDRESS, TELEPHONE NUMBER, AND FACSIMILE NUMBER OF CLAIMANT KARYN CHARMBURY'S COUNEL; with certificate of service attached** |

PLEASE TAKE NOTICE that counsel for the claimant Karyn Charmbury has the following new physical and mailing address, telephone number, and facsimile number:

Ullrich Law Firm

3100 Zinfandel Drive, Suite 265

Rancho Cordova, CA 95670-6391

Telephone No. 1.916.942.9385

Facsimile No. 1.916.942.9537

Dated: November 18, 2022

*Donald W. Ullrich, Jr.*
DONALD W. ULLRICH, JR.
Attorney for Claimant

# CERTIFICATE OF SERVICE

My name is Donald W. Ullrich, Jr. My business address is 3100 Zinfandel Drive, Suite 265, City of Rancho Cordova, Sacramento County, California 95670-6391. I am over the age of 18 years and not a party to the within action.

On November 18, 2022, I served a true and correct copy of the attached document via electronic email upon the following named individuals, their respective email addresses stated. After sending said emails, thereafter I received no electronic notification of a failed or undeliverable electronic transmission:

Jane Kim jkim@kbkllp.com

David A. Taylor dtaylor@kbkllp.com

Dara L. Silveira dsilveira@kbkllp.com

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: November 18, 2022

*Donald W. Ullrich, Jr.*
Donald W. Ullrich, Jr.