# EXHIBIT A

# United States Bankruptcy Court, Northern District of California

**Fill in this information to identify the case (Select only one Debtor per claim form):**

☐ PG&E Corporation (19-30088)

☒ Pacific Gas and Electric Company (19-30089)

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

Unless an exception in the Bar Date Order applies to you, you should not use this form to submit a claim that arises out of or relates to the fires that occurred in Northern California prior to January 29, 2019.

## Part 1: Identify the Claim

| | | |
|---|---|---|
| 1. Who is the current creditor? | Karyn Charmbury<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor   Karyn Newmark | |
| 2. Has this claim been acquired from someone else? | ☒ No<br>☐ Yes. From whom? _____ | |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Donald W. Ullrich, Jr.<br>The Ullrich Law Firm<br>P. O. Box 160007<br>Sacramento, CA  95816-0007<br><br>Contact phone  9164251061<br>Contact email  ullrichlawfirm@att.net | **Where should payments to the creditor be sent?** (if different)<br><br><br><br><br><br>Contact phone  9164414554<br>Contact email  ullrichlawfirm@surewest.net |
| 4. Does this claim amend one already filed? | ☒ No<br>☐ Yes.   Claim number on court claims registry (if known)_____ | Filed on _____<br>MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No<br>☐ Yes. Who made the earlier filing? _____ | |

Official Form 410                                      Proof of Claim                                      page 1

Case: 19-30088     Doc# 13269-1     Filed: 11/18/22     Entered: 11/18/22 17:41:16     Page 2
of 226

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __1__ __9__ __2__ __1__

**7. How much is the claim?**

$ 199,500.00 . **Does this amount include interest or other charges?**

☐ No

☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Constructive wrongful discharge.

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____,_____

**Annual Interest Rate (when case was filed)_____%**

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

Case: 19-30088    Doc# 13269-1    Filed: 11/18/22    Entered: 11/18/22 17:41:16    Page 3 of 226

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

Amount entitled to priority

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).   $_____

☐ Up to $2,850 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).   $_____

☐ Wages, salaries, or commissions (up to $12,850) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).   $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).   $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).   $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(____) that applies.   $_____

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Signature:   *Donald W. Ullrich, Jr. (Oct 19, 2019)*

Email:   ullrichlawfirm@att.net

_____
Signature

Print the name of the person who is completing and signing this claim:

| | |
|---|---|
| Name | Donld William Ullrich, Jr. |
| | First name          Middle name          Last name |
| Title | Attorney-at-Law |
| Company | The Ullrich Law Firm |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 3574 D Street |
| | Number          Street |
| | Sacramento          CA          95816-3412 |
| | City          State          ZIP Code |
| Contact phone | 9164414554          Email  ullrichlawfirm@att.net |

Case: 19-30088    Doc# 13269-1    Filed: 11/18/22    Entered: 11/18/22 17:41:16    Page 4
of 226

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ I have supporting documentation.
   (attach below)

☐ I do **not** have supporting documentation.

PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.

IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

# Instructions for Proof of Claim

These Instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- Fill in all of the information about the claim as of January 29, 2019.

- Fill in the caption at the top of the form.

- **If the claim has been acquired from someone else,** then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.** Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information.** Leave out or redact confidential information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name of the child's parent or guardian. For example, write *A.B., a minor child* (*John Doe, parent*).** See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at https://restructuring.primeclerk.com/pge.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. § 507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

**If by first class mail:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand delivery:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also hand deliver your completed Proof(s) of Claim to any of the following service center offices (beginning July 15, 2019 through the Bar Date (October 21, 2019) during the hours of 8:30 a.m. – 5:00 p.m. Prevailing Pacific Time):**

Chico Service Center
350 Salem Street
Chico, CA 95928

Marysville Service Center
231 "D" Street
Marysville, CA 95901

Napa Service Center
1850 Soscol Ave. Ste 105
Napa, CA 94559

Oroville Service Center
1567 Huntoon Street
Oroville, CA 95965

Redding Service Center
3600 Meadow View Road
Redding, CA 96002

Santa Rosa Service Center
111 Stony Circle
Santa Rosa, CA 95401

**Photocopy machines will not be available at the Claim Service Centers; you must bring a photocopy of your claim if you wish to receive a date-stamped copy.**

**Do not file these instructions with your form**

# Electronic Proof of Claim_IFNIH27386

Final Audit Report    2019-10-19

| | |
|---|---|
| Created: | 2019-10-19 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAABffbzjAcOXX-vxdn3P0rdgRZD8NXpgzB |

## "Electronic Proof of Claim_IFNIH27386" History

🗎 Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
2019-10-19 - 8:46:32 PM GMT

🗎 Web Form filled in by Donald W. Ullrich, Jr. (ullrichlawfirm@att.net)
2019-10-19 - 10:42:53 PM GMT- IP address: 65.78.129.38

✍ (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:69.0) Gecko/20100101 Firefox/69.0)
2019-10-19 - 10:42:55 PM GMT- IP address: 65.78.129.38

✔ Signed document emailed to Prime Clerk E-Filing (efiling@primeclerk.com) and Donald W. Ullrich, Jr. (ullrichlawfirm@att.net)
2019-10-19 - 10:42:55 PM GMT

# EXHIBIT B



## Ullrich Law Firm

| | |
|---|---|
| **From:** | Prime Clerk <echosign@echosign.com> |
| **Sent:** | Saturday, October 19, 2019 3:43 PM |
| **To:** | Prime Clerk E-Filing; Donald W. Ullrich, Jr. |
| **Subject:** | Electronic Proof of Claim_IFNIH27386 between Prime Clerk and Donald W. Ullrich, Jr. is Signed and Filed! |
| **Attachments:** | Electronic Proof of Claim_IFNIH27386 - signed.pdf |

# Prime Clerk



# Electronic Proof of Claim_IFNIH27386 between Prime Clerk and Donald W. Ullrich, Jr. is Signed and Filed!

**From: Prime Clerk E-Filing (Prime Clerk)**
**To:** Prime Clerk E-Filing and Donald W. Ullrich, Jr.

Attached is a final copy of **Electronic Proof of Claim_IFNIH27386.**

Copies have been automatically sent to all parties to the agreement.

You can view the document in your Adobe Sign account.

**Why use Adobe Sign:**

- Exchange, Sign, and File Any Document. In Seconds!
- Set-up Reminders. Instantly Share Copies with Others.
- See All of Your Documents, Anytime, Anywhere.

Thank you for your electronic submission. Please do not send a duplicate of this submission by any other method of return.

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

# United States Bankruptcy Court, Northern District of California

**Fill in this information to identify the case (Select only one Debtor per claim form):**

☐ PG&E Corporation (19-30088)

☒ Pacific Gas and Electric Company (19-30089)

## Official Form 410

# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

Unless an exception in the Bar Date Order applies to you, you should not use this form to submit a claim that arises out of or relates to the fires that occurred in Northern California prior to January 29, 2019.

| Part 1: | Identify the Claim |
| --- | --- |

| | | |
| --- | --- | --- |
| 1. **Who is the current creditor?** | Karyn Charmbury | |
| | Name of the current creditor (the person or entity to be paid for this claim) | |
| | Other names the creditor used with the debtor  Karyn Newmark | |
| 2. **Has this claim been acquired from someone else?** | ☑ No | |
| | ☐ Yes. From whom? _____ | |
| 3. **Where should notices and payments to the creditor be sent?** | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent? (if different)** |
| Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Donald W. Ullrich, Jr. | |
| | The Ullrich Law Firm | |
| | P. O. Box 160007 | |
| | Sacramento, CA  95816-0007 | |
| | Contact phone  9164251061 | Contact phone  9164414554 |
| | Contact email  ullrichlawfirm@att.net | Contact email  ullrichlawfirm@surewest.net |
| 4. **Does this claim amend one already filed?** | ☑ No | |
| | ☐ Yes.   Claim number on court claims registry (if known) _____ | Filed on ____ MM / DD / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No | |
| | ☐ Yes. Who made the earlier filing? _____ | |

Official Form 410                                      Proof of Claim                                              page 1

Case: 19-30088    Doc# 13269-1    Filed: 11/18/22    Entered: 11/18/22 17:41:16    Page
11 of 226

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  __1__  __9__  __2__  __1__

**7. How much is the claim?**  $ 199,500.00 _____ . Does this amount include interest or other charges?

☐ No

☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Constructive wrongful discharge.

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                                    $_____

Amount of the claim that is secured:       $_____

Amount of the claim that is unsecured:    $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:       $_____

Annual Interest Rate (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.       $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

Case: 19-30088    Doc# 13269-1    Filed: 11/18/22    Entered: 11/18/22 17:41:16    Page 2
12 of 226

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | | Amount entitled to priority |
|---|---|---|---|

**A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.**

☐ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).      $_____

☐ Up to $2,850 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).      $_____

☐ Wages, salaries, or commissions (up to $12,850) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).      $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).      $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).      $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(   ) that applies.      $_____

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

**If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.**

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Signature: _____
Donald W. Ullrich, Jr. (Oct 19, 2019)

Email: ullrichlawfirm@att.net

_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | Donld William Ullrich, Jr. | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Attorney-at-Law | | |
| Company | The Ullrich Law Firm | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 3574 D Street | | |
| | Number     Street | | |
| | Sacramento | CA | 95816-3412 |
| | City | State | ZIP Code |
| Contact phone | 9164414554 | Email | ullrichlawfirm@att.net |

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ I have supporting documentation.    ☐ I do <u>not</u> have supporting documentation.
   (attach below)

PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.

IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

# Instructions for Proof of Claim

United States Bankruptcy Court      12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of January 29, 2019.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name of the child's parent or guardian.** For example, write *A.B., a minor child (John Doe, parent).* See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at https://restructuring.primeclerk.com/pge.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. § 507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

**If by first class mail:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand delivery:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also hand deliver your completed Proof(s) of Claim to any of the following service center offices (beginning July 15, 2019 through the Bar Date (October 21, 2019) during the hours of 8:30 a.m. – 5:00 p.m. Prevailing Pacific Time):**

Chico Service Center
350 Salem Street
Chico, CA 95928

Marysville Service Center
231 "D" Street
Marysville, CA 95901

Napa Service Center
1850 Soscol Ave. Ste 105
Napa, CA 94559

Oroville Service Center
1567 Huntoon Street
Oroville, CA 95965

Redding Service Center
3600 Meadow View Road
Redding, CA 96002

Santa Rosa Service Center
111 Stony Circle
Santa Rosa, CA 95401

**Photocopy machines will not be available at the Claim Service Centers; you must bring a photocopy of your claim if you wish to receive a date-stamped copy.**

---

**Do not file these instructions with your form**

# Electronic Proof of Claim_IFNIH27386

Final Audit Report　　　　　　　　　　　　　　　　　　2019-10-19

| | |
|---|---|
| Created: | 2019-10-19 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAABffbzjAcOXX-vxdn3P0rdgRZD8NXpgzB |

## "Electronic Proof of Claim_IFNIH27386" History

- Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
  2019-10-19 - 8:46:32 PM GMT

- Web Form filled in by Donald W. Ullrich, Jr. (ullrichlawfirm@att.net)
  2019-10-19 - 10:42:53 PM GMT- IP address: 65.78.129.38

- (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:69.0) Gecko/20100101 Firefox/69.0)
  2019-10-19 - 10:42:55 PM GMT- IP address: 65.78.129.38

- Signed document emailed to Prime Clerk E-Filing (efiling@primeclerk.com) and Donald W. Ullrich, Jr. (ullrichlawfirm@att.net)
  2019-10-19 - 10:42:55 PM GMT

Prime Clerk ○　　POWERED BY Adobe Sign

# EXHIBIT C

# United States Bankruptcy Court, Northern District of California

**Fill in this information to identify the case (Select only one Debtor per claim form):**

☐ PG&E Corporation (19-30088)

☒ Pacific Gas and Electric Company (19-30089)

Official Form 410

# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

Unless an exception in the Bar Date Order applies to you, you should not use this form to submit a claim that arises out of or relates to the fires that occurred in Northern California prior to January 29, 2019.

## Part 1: Identify the Claim

| | | |
|---|---|---|
| 1. Who is the current creditor? | **Karyn Charmbury** <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor **Karyn Newmark** | |
| 2. Has this claim been acquired from someone else? | ☒ No <br> ☐ Yes. From whom? _____ | |
| 3. Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br><br> Donald W. Ullrich, Jr. <br> The Ullrich Law Firm <br> P. O. Box 160007 <br> Sacramento, CA 95816-0007 <br><br> Contact phone 9164251061 (cell phone) <br> Contact email ullrichlawfirm@att.net | **Where should payments to the creditor be sent? (if different)** <br><br><br><br><br><br><br><br><br> Contact phone 9164414554 <br> Contact email ullrichlawfirm@surewest.net |
| 4. Does this claim amend one already filed? | ☐ No <br> ☒ Yes. Claim number on court claims registry (if known) IFNIH27386 | Filed on 10/19/2019 <br> MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No <br> ☐ Yes. Who made the earlier filing? _____ | |

**Part 2:**    **Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:   1   9   2   1

**7. How much is the claim?**

$ 520,517.08 . Does this amount include interest or other charges?

☐ No

☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Constructive wrongful termination of employment

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**    $_____

**Amount of the claim that is secured:**    $_____

**Amount of the claim that is unsecured:**   $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

Case: 19-30088     Doc# 13269-1     Filed: 11/18/22     Entered: 11/18/22 17:41:16     Page 20 of 226

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|
| | ☐ Yes. *Check one:* | **Amount entitled to priority** |

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).     $_____

☐ Up to $2,850 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).     $_____

☐ Wages, salaries, or commissions (up to $12,850) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).     $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).     $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).     $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)( ___ ) that applies.     $_____

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Signature: *Donald W. Ullrich, Jr.* (Oct 20, 2019)

Email: ullrichlawfirm@att.net

_____
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Donald William Ullrich, Jr. | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Attorney at Law | | |
| Company | The Ullrich Law Firm | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 3574 D Street | | |
| | Number    Street | | |
| | Sacramento | CA | 95816-3412 |
| | City | State | ZIP Code |
| Contact phone | 9164414554 | Email | ullrichlawfirm@att.net |

Case: 19-30088    Doc# 13269-1    Filed: 11/18/22    Entered: 11/18/22 17:41:16    Page 21 of 226

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

[x] I have supporting documentation.
   (attach below)
                                   [ ] I do **not** have supporting documentation.

 **Attachment**

PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.

IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

# Instructions for Proof of Claim

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- ▣ **Fill in all of the information about the claim as of January 29, 2019.**

- ▣ **Fill in the caption at the top of the form.**

- ▣ **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- ▣ **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- ▣ **Do not attach original documents because attachments may be destroyed after scanning.**

- ▣ **If the claim is based on delivering health care goods or services, do not disclose confidential health care information.** Leave out or redact confidential information both in the claim and in the attached documents.

- ■ A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.

- ▣ **For a minor child, fill in only the child's initials and the full name of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at https://restructuring.primeclerk.com/pge.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. § 507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Please send completed Proof(s) of Claim to:**

**If by first class mail:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand delivery:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also hand deliver your completed Proof(s) of Claim to any of the following service center offices (beginning July 15, 2019 through the Bar Date (October 21, 2019) during the hours of 8:30 a.m. – 5:00 p.m. Prevailing Pacific Time):**

Chico Service Center
350 Salem Street
Chico, CA 95928

Marysville Service Center
231 "D" Street
Marysville, CA 95901

Napa Service Center
1850 Soscol Ave. Ste 105
Napa, CA 94559

Oroville Service Center
1567 Huntoon Street
Oroville, CA 95965

Redding Service Center
3600 Meadow View Road
Redding, CA 96002

Santa Rosa Service Center
111 Stony Circle
Santa Rosa, CA 95401

**Photocopy machines will not be available at the Claim Service Centers; you must bring a photocopy of your claim if you wish to receive a date-stamped copy.**

**Do not file these instructions with your form**

Donald W. Ullrich, Jr. (Calif. State Bar No.118701)
The Ullrich Law Firm
3574 D Street
P. O. Box 160007
Sacramento, CA 95816
Telephone: 1.916.441.4554
Facsimile No.: 1.916.441.5465
Cell Phone: 1.916.425.1061
E-mail: ullrichlawfirm@att.net;
ullrichlawfirm@surewest.net

*Attorney for Creditor*
*Karyn Charmbury*

<div align="center">

**UNITED STATES DISTRICT COURT**
**NOTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

</div>

| | |
|---|---|
| In re the Bankruptcy of<br><br>PG&E CORPORATION, a California corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY, INC., a California corporation<br><br>Debtors. | **Bankruptcy Case No. 19-30088 (DM)**<br><br>**Chapter 11**<br><br>**(Lead Case)**<br><br>**(Jointly Administered)**<br><br>**CLAIM NO. IFNIH27386 (as amended)**<br><br>**DECLARATION OF KARYN CHARMBURY IN SUPPORT OF HER PROOF OF CLAIM** |

I, Karyn Charmbury, declare:

1. If called upon to testify as to the matters set forth herein, I would do so with personal knowledge thereof except where otherwise stated on information and belief, competently, and substantially as set forth hereinbelow. My name is Karyn Charmbury. I was formerly known as Karyn Newmark. For identification purposes, the last four digits of my social security number are 1921. I am an adult and of sound mind. I currently reside in the City of Oroville, Butte County, State of California and have been residing there at all times in question since 2001.

<div align="center">1</div>

2. On or around December 1, 2008, I began full-time employment with the Debtor Pacific Gas and Electric Company, Inc., a California corporation ("Debtor"). I was fully employed by Debtor at all times in question until I left Debtor's employ on March 9, 2018, and went to work full-time for the Sacramento Municipal Utility District ("SMUD"). I would have preferred to continue my employ with Debtor until I had reached my targeted retirement age of 55 years. On March 9, 2018, I was 34 years of age. My birthday is in ___. However, due to the hostile work environment which had been intentionally created by management of Debtor's department in which I had worked, I had no choice but to find employment elsewhere.[1] The department was called the "Department of Substation Inspections" (the "department"). The hostile work environment was created by the retaliation I was subjected to because my significant other was a former employee of the Debtor and who was employed in the same department I worked in until he was terminated for cause in August 2015. His name is Mark Makowiecki ("Mark"). I first met Mark in or around August 2014 and we became involved with each other romantically in or around September 2014 and began living together in or around January 2015. We have been in a relationship at all times in question since then. This relationship was known to management of the department from almost the time it began as was the fact we were living together. The chain of management in the department at the time was the same for both myself and Mark, reporting to Brandon Champion, who reported to Scott Hayes, who reported to Mike Novello, the superintendent and head of the department.[2] After Mark left the employ of Debtor, he become involved in various administrative actions and litigation actions involving Debtor. He complained of the actions of the three said individuals.

---

[1] I began work in the department as an inspector on a temporary basis in or around September 2014. However, since that time and at all times in question until March 9, 2018, I worked in the department. In June or July 2015 I was considered a permanent inspector with the department.

[2] Mike Novello was the superintendent of the department at all times that I was with the department. Eventually, Scott Hayes was replaced by Eric Harris. However, my work environment did not improve but became worse as I was blamed for Scott Hayes being removed as a supervisor after I had lodged a complaint with the "HR" department of the Debtor. Mr. Hayes continued working in the department but in a non-supervisor capacity.

2

3. Retaliation also occurred because I had gone to "HR" of the Debtor on more than one occasion to complain of my treatment by management of the department. Retaliation also occurred by management of the department because I had filed a dual complaint with the California Department of Fair Employment and Housing ("DFEH") and the Equal Employment Opportunity Commission ("EEOC") alleging gender/sex discrimination and discrimination with respect to being pregnant and breast feeding resulting in disparate treatment. For example, after giving birth and returning to work after a three-month maternity leave, I was given jobs that interfered with my ability to breast feed my infant. For example, I was given a job that required at least a three-hour one-way commute, or six hours each work-day. Management of the department was made aware of my desire to breast feed my infant and knew that I was trying to nurse my infant.

4. During the time I was a member of the department, out of a total work force of around 75 individuals, only 4 at most were female. Other then for a couple of months when a female was brought in under contract to report directly to Mr. Novello, an Amanda Clark, no leadership positions in the department were filled by women.

5. While working in the department I became pregnant and had a child with Mark, giving birth in August 2016.

6. On April 25, 2017, I filed a complaint with the California Department of Fair Housing and Employment ("DFEH") which was dual filed with the Equal Employment Opportunity Commission ("EEOC"). The DFEH administrative case, Matter No. 778850-273543, was closed on April 10, 2018, due to insufficient evidence. By that time, I had left the employ of Debtor and was working full-time for my current employer, SMUD. Since starting work with SMUD several days after leaving the Debtor's employ on March 9, 2018, my focus was on my new job and since it was a new job, I was on probationary status for at least six months. The DFEH also issued a right to sue letter dated April 10, 2018, which right existed for 12 months from said date. No such

3

suit was filed within said time period prior to the time of the bankruptcy filing of Debtor on January 29, 2019, which filing was within the time of my right to sue. I am unsure as to what happened in the EEOC administrative case, EEOC Number 37A-2017-01999-C, but I am informed by counsel and believe and thereon state that the right to sue associated with my EEOC complaint had likely as well not expired prior to the filing of the bankruptcy on January 29, 2019.

7. While this administrative action was pending, Mark was embroiled in litigation with the Debtor, which was putting a financial strain on the family. This caused me to consider at the time whether I wanted to pursue further action against the Debtor. In or around November 2018, Mark finally ended his litigation efforts with Debtor via settlement of a case that Mark had initiated against the Debtor in San Francisco County Superior Court on January 8, 2018, following dismissal of his earlier action against the Debtor in United States District Court, Eastern District of California, which he had commenced on August 6, 2017.[3] Management of the department was aware of this litigation. Allegations in the complaints filed in federal and state court named Messrs. Champion, Hayes, and Novello.

8. I am informed by counsel and believe and thereon state that I am making claim under California common law for constructive wrongful termination of employment, the filing of which is subject to a two-year statute of limitations under state law. I am informed by counsel and believe and thereon state that upon the Debtor's filing bankruptcy, the statute of limitations for this claim was tolled.

9. It has become clear to me since working for SMUD that my compensation at SMUD will never catch up or exceed what I was making working for Debtor and that this state of affairs will exist for the entire time I will be working for SMUD until reaching my planned retirement age of 55.

---

[3] I am informed by counsel and believe and thereon state that the filing was just prior to expiration of the two-year statute of limitations for a wrongful termination of employment claim.

4

10. I calculate the amount of my claim as follows (figures used are rounded). My 2017 compensation from the Debtor was $135,000.00.[4] It was the practice of Debtor and had been the practice of Debtor for employees such as me to get annual compensation increases of 3%. Therefore, the 2018 compensation had I stayed in the employ of Debtor was approximated at $139,050.00. In March of 2018, my compensation for SMUD was approximately $108,000.00.[5] SMUD had similar annual pay raises as did Debtor at approximately 3%. The retirement age for both being age 55, therefore, twenty-one years from my age in March 2018 of 34, making the year in question for my expected retirement being March 2039. The annual price differential in 2018 being $31,050.00 [$139,050.00 - $108,000.00] increasing 3% each year compounded annually until 2039. The sum of the price differentials for twenty-one years at 3% compounded annually is $890,404.87. Discounting that sum to present value (as of March 2018) is $478,636.55 using a discount factor of 3% which was the IRS discount factor in March 2018, as I am informed by counsel, believe, and thereon state. As a comparison, the inflation rate in 2018 was 1.9% and the "fed funds" rate in 2018 was 2.5%, as I am again informed by counsel, believe, and thereon state. I am informed by counsel and believe and thereon state that the discount factor usually reflects risk (the greater the risk the greater the discount) but can also be a combination of covering the inflation rate to protect the time value of money plus covering for lost opportunity cost in the terms of investments forgone as the result of not having the money.

11. From March 9, 2018, to the time of the filing of bankruptcy on January 29, 2019, was approximately 10.5 months. I am informed by counsel and believe and thereon state that the legal rate of interest is 10% per annum. Therefore, I calculate the interest from March 9, 2018, to the filing of the bankruptcy on January 29, 2019, as $41,880.53. The total claim is therefore $520,517.08.

---

[4] 2017 W-2 $135,085.54.

5

12. My initial job with Debtor was utility worker. For six months, more or less, I apprenticed as an electrician. In or around July 2012 I became a journeymen electrician. I began work in the department in or around September 2014 as an electrical inspector and remained with the department in that position at all times in question until leaving the employ of Debtor on March 9, 2018. My fellow female workers, numbering 4 out of 75 workers, in the department were also electrical inspectors and during my entire time with the department not one of them, including me, ever received a promotion nor were any of us put in a supervisorial position, not even temporarily.

13. In or around April 2015, Mark began to run into trouble with Messrs. Champion, Hayes, and Novello. Matters escalated for Mark until he was terminated for cause by Debtor on August 7, 2015, at the behest of Mr. Novello.

14. After losing his job with Debtor, and not represented by counsel, Mark filed a claim against the Debtor with the National Labor Relations Board. Messrs. Hayes and Novello submitted declarations in support of Debtor's opposition to Mark's claims, which claims were dismissed for lack of evidence. Mark also filed claims against Debtor with the California Department of Fair Housing and Employment and with the Equal Employment Opportunity Commission for which he received right to sue letters. Management of the department was aware of these administrative actions.

15. Represented by counsel, Mark initiated a PAGA class-action against the Debtor and PG&E Corporation in the Butte County Superior Court. This matter concluded with settlement in August 2016 for which Mark was paid certain sums of money as lead plaintiff and as a member of the class. Management of the department was aware of this litigation.

16. As Mark began experiencing problems with management, I began to notice I was being made the subject of repeated harassment by Messrs. Champion, Hayes, and Novello that I hitherto

---

[5] 2018 W-2 $89,984.53 but only since March of 2018. Therefore, $89,984.53 / 10 = $8,998.45. Rounding to $9,000.00 per month x 12 = $108,000.00.

6

had not experienced before as an employee of Debtor. Mr. Champion was a close friend of Mr. Novello. Mr. Novello also had his uncle working in the department, Greg Tellez. Matters escalated after Mark was terminated and while he pursued his various administrative and litigation actions. Mr. Champion has an identical twin brother who was also employed as an inspector in the department. I would describe the department of consisting of a "good ol' boys" club or network where certain males were favored over others and all females excluded without regard to their performance or qualifications.

17. The following are examples of some of the incidents that occurred to me that I believe illustrate the animus management of the department had to me as Mark's significant other and as a woman who also happened to get pregnant with our child while I was working in the department:

a. January 2016, Vina Substation, Corning, California. Mr. Hayes visited the site as a "job site observation," a site for which I was the inspector. During his visit, I was not present at the site. Mr. Hayes said nothing negative to me about his observation of the site until four to five days later when I received an email from him stating that I had let the contractors get out of control. This critique later showed up on my employee evaluation prepared by Mr. Hayes. Such a critique had never appeared before in any of my evaluations. Moreover, when I received the email, I had no idea what he was communicating about. I responded to his email with an email objecting to this critique, in so many words, asking him what he was talking about, an email he never responded to.

b. February 2016, Oroville substation, Oroville, California. Mr. Champion showed up at my job site. He did not speak to me but to the contractor present, Aaron Dickson. I was in the job trailer for the 10 to 15 minutes Mr. Champion was there speaking to Mr. Dickson. Later, after Mr. Champion had left, Mr. Dickson told me that Mr. Champion had said to him, or with words to such effect, was I of any help to him and did I ever come out of the job trailer, which comments I found to be derogatory. Moreover, such comments I believed would hurt my credibility at the job site as an inspector.

c. March 2016, Browns Valley Substation, Browns Valley, California. I arrived at the job site in the morning. The gate to a farmer's pasture was open. The gate being the access point to get to and from the substation. Apparently, the farmer's cows had allegedly gotten out. No one talked to me about any cows having gotten out of the pasture. Apparently, the farmer contacted Mr. Champion to complain. Mr. Champion contacted me and without any basis for doing so, accused me of letting the farmer's cows out of the pasture. As it turned out, only one cow had gotten out. This incident was negatively commented about in my evaluation report prepared by Scott Hayes.

d. May 2016, Browns Valley Substation, Browns Valley, California. I met the contractor at the job site. The fence to the pasture had been cut open and the tool trailer of the Debtor had been ransacked. The Yuba County Sheriff was called. In the meantime, the farmer had showed up and was yelling angrily at us to fix his fence. No one counselled me and no one bothered to get my side of the story. This incident was negatively commented upon in my evaluation report prepared by Scott Hayes.

e. June 2016, Browns Valley Substation, Browns Valley, California. At the time of this incident I was pregnant with our child. Mr. Champion arrived at the job site and informed me that because of (sic) "my situation" I was being transferred to the Table Mountain Substation and another inspector would take my place at the Browns Valley Substation. I emailed Mr. Hayes to complain about the transfer. He stated that it was a judgment call by him and Mr. Champion and that they had to look out for all team members. While the Table Mountain Substation was only 15 minutes or so drive from my home, unlike the Brown Valley Substation, which was a 45 minute or so drive, all I did at the Table Mountain Substation was sit in an office. At the Brown Valley Substation, I was much more involved in the work. I had not asked for this transfer. I had made no complaints to anyone about my condition interfering with my work. However, I believe my pregnancy was a stalking horse for Mr. Champion, who was blaming me for the troubles with the farmer at the site, and wanted me gone, using my pregnancy as a pretext.

8

f. In June 2016, I contacted the Compliance and Ethics Department of Debtor to complain that I had been removed from a job site simply because I was pregnant. Mr. Hayes called me the next day screaming at me over the telephone saying to me that if every time I had a problem, I went running to "HR," I would create more problems for myself, which I took to mean as a threat of retaliation. He berated me for upwards of five minutes, I estimated, screaming and yelling at me the whole time. I went home sick at my stomach, not being able to work for the rest of the day because the phone call, which I found extremely stressful. The phone call reduced me to sobbing after Mr. Hayes hung up. I was barely able to speak to others because of my sobbing. I was also concerned about how such stress would negatively impact my pregnancy. I contacted "HR" and let them know of Mr. Hayes' telephone call to me despite him having warned me not to call "HR." However, I never heard anything further from "HR" about my complaint before taking my scheduled maternity leave in June 2016. While on maternity leave, "HR" sent me an email stating that after following up with Mr. Hayes, there was no evidence to support your complaint. I did not return to work until November 1, 2016.

g. November 30, 2016, Tres Vias Substation, Oroville, California. Mr. Novello came to the jobsite to give me compliance and ethics training (this was a first while I working in the department; usually, such training was done in a group setting). The "training session" lasted about an hour. After the session, Mr. Novello told me that if problems arose with Mr. Brandon or Mr. Hayes, I was to call him instead of calling "HR." He told me that Mr. Hayes had gotten into trouble because of my contacting "HR" about him. The gist I took from this comment was that I was to keep any problems I had "in-house."

h. January 2017, Carbona Substation, Tracy, California. I was assigned this substation as an inspector despite it requiring a one-way commute time of at least three hours. However, there was nothing to do at this substation. I knew that the Colgate Substation near Dobbins, California, was only a 30 minute or so drive from my house and had more work to do. I let management know

9

this. Management did nothing. The inspector at the Colgate Substation was staying at a hotel in Oroville, California, while working at the site. Management knew this.

i. In March 2017, I asked for a meeting with Mr. Novello at the Arbuckle Substation in Arbuckle, California. I wanted to go over my 2016 year-end evaluation report with him because of the adverse comments put into the report by Scott Hayes, the Vina Substation observation results and the Browns Valley Substation complaints by the farmer. The meeting took place as requested. Nothing resulted from the meeting. The adverse comments in my evaluation report remained.

18. My employee evaluations reports for 2015 (year-end) and 2016 (mid-year and year-end) were written by Scott Hayes. Eric Harris wrote my employee evaluation reports for mid-year and year-end 2017. Eric Harris also wrote what would be my final employee evaluation report (final evaluation as known to me since I left Debtor's employ on March 9, 2018). The review date for my 2017 year- end performance review was February 1, 2018. This is when Mr. Harris and I sat down together and went over the 2017 evaluation report. On February 9, 2018, I appealed the evaluations made by Mr. Harris in the report. In talking to the males of the department about their evaluations, I realized that I had been rated below all of them and received a smaller raise and "stip," which stands for "short term incentive program" also commonly referred to as the annual employee bonus. I had been rated below all of them even though my targets were very similar to their targets. At the time, I was the only woman under the supervision of Mr. Harris.[6] This incident was the "final straw" for me. Despite my "HR" complaints and my complaints with the DFEH and EEOC, nothing seemed to be improving but, rather, appeared to be getting worse.[7]

19. The Debtor PG&E Corporation caused the publication of information which was then

---

[6] He had 13 individuals, including me, working under him at the time.

[7] In July 2018, higher ups (over the department) changed the rating that Mr. Harris had given me with an improved rating of "target" but by that time I had left the employ of Debtor. The earlier rating Mr. Harris had given me was "below target." This improved rating resulted in additional compensation being paid to me (the difference between the "stip" bonus I should have received vs. the bonus I had earlier received).

10

disseminated to employees of the Debtor. For example, Compliance and Ethics called "Speaking Up." This particular publication states in bold print" "At PG&E, retaliation is not tolerated." "Retaliation" is defined as "...adversely changing an employee's condition of employment for a non-business reason." Other examples of publications by Debtor PG&E Corporation for employees of Debtor are the "Equal Employment Opportunity and Affirmative Action Policy" dated March 20, 2017, published by the Debtor PG&E Corporation; the "Standard for a Harassment, Discrimination and Retaliation-Free Workplace" dated January 2017 published by PG&E Corporation; a promulgation of March 2017 to all PG&E employees issued by Geisha J. Williams, CEO, PG&E Corporation; "Employee Conduct Standard," Corporation Standard: CDT-1004S, published December 5, 2017, by PG&E Corporation; "Nepotism Policy," Corporation Policy: HR-01 dated January 1, 2017, revision 2, published by PG&E Corporation; a job description of "Lead Electrical Inspector" of Debtor published by PG&E Corporation with a job posting date of December 14, 2015, Mr. Novello hiring supervisor, within which is a declaration of non-discrimination; and a job description of "Transmission Construction Inspector, SR"[8] of Debtor published by PG&E Corporation with a job posting date of December 11, 2015, Mr. Novello hiring supervisor, within which is a declaration of non-discrimination. I am informed by counsel and believe and thereon state that the non-discrimination prohibition as to various discrete groups therein identified is much broader than federal and state laws then existing but nevertheless may be subject to contract law between Debtor and a job applicant responding to the job postings, or as an employee if hired by the Debtor pursuant to the job postings, and in any event, Mr. Novello being bound by the non-discrimination policies of Debtor as set forth in the job postings.[9] The job postings also affirms, promises, and represents that the Debtor is an Affirmative Action and Equal Employment Opportunity employer "that actively pursues and hires a diverse

---

[8] This was the position I had while working in the department. While I was in the department, no woman was ever made a "lead electrical inspector," which is a leadership position.

workforce." While I worked in the department, the department was anything but diverse.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct except for those matters stated on my information and belief and as to those matters, I believe it to be true.

Dated: October 20, 2019

_Karyn Charmbury_
Karyn Charmbury

---

[9] Or perhaps local ordinance.

12

# Electronic Proof of Claim_THVVX27386

Final Audit Report                                2019-10-21

| | |
|---|---|
| Created: | 2019-10-21 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAxIGygyL7rG9olhO7t4FAWIWDMAp4PFuH |

## "Electronic Proof of Claim_THVVX27386" History

Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
2019-10-21 - 3:59:20 AM GMT

Donald W. Ullrich, Jr. (ullrichlawfirm@att.net) uploaded the following supporting documents:
   Attachment
2019-10-21 - 4:27:28 AM GMT

Web Form filled in by Donald W. Ullrich, Jr. (ullrichlawfirm@att.net)
2019-10-21 - 4:27:28 AM GMT- IP address: 65.78.129.38

(User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:69.0) Gecko/20100101 Firefox/69.0)
2019-10-21 - 4:27:30 AM GMT- IP address: 65.78.129.38

Signed document emailed to Donald W. Ullrich, Jr. (ullrichlawfirm@att.net) and Prime Clerk E-Filing (efiling@primeclerk.com)
2019-10-21 - 4:27:30 AM GMT

Prime Clerk     POWERED BY Adobe Sign

# EXHIBIT D

**Ullrich Law Firm**

| | |
|---|---|
| **From:** | Prime Clerk <echosign@echosign.com> |
| **Sent:** | Sunday, October 20, 2019 9:28 PM |
| **To:** | Donald W. Ullrich, Jr.; Prime Clerk E-Filing |
| **Subject:** | Electronic Proof of Claim_THVVX27386 between Prime Clerk and Donald W. Ullrich, Jr. is Signed and Filed! |
| **Attachments:** | Electronic Proof of Claim_THVVX27386 - signed.pdf |

# Prime Clerk



# Electronic Proof of Claim_THVVX27386 between Prime Clerk and Donald W. Ullrich, Jr. is Signed and Filed!

**From:** Prime Clerk E-Filing (Prime Clerk)
**To:** Donald W. Ullrich, Jr. and Prime Clerk E-Filing

Attached is a final copy of **Electronic Proof of Claim_THVVX27386.**

Copies have been automatically sent to all parties to the agreement.

You can view the document in your Adobe Sign account.

**Why use Adobe Sign:**

- Exchange, Sign, and File Any Document. In Seconds!
- Set-up Reminders. Instantly Share Copies with Others.
- See All of Your Documents, Anytime, Anywhere.

Thank you for your electronic submission. Please do not send a duplicate of this submission by any other method of return.

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

# United States Bankruptcy Court, Northern District of California

**Fill in this information to identify the case (Select only one Debtor per claim form):**

☐ PG&E Corporation (19-30088)

☒ Pacific Gas and Electric Company (19-30089)

Official Form 410

# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

Unless an exception in the Bar Date Order applies to you, you should not use this form to submit a claim that arises out of or relates to the fires that occurred in Northern California prior to January 29, 2019.

## Part 1: Identify the Claim

| | | |
|---|---|---|
| 1. | Who is the current creditor? | Karyn Charmbury <br> *Name of the current creditor (the person or entity to be paid for this claim)* <br><br> Karyn Newmark <br> *Other names the creditor used with the debtor* |

2. Has this claim been acquired from someone else?
☒ No
☐ Yes. From whom? _____

3. Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Donald W. Ullrich, Jr.
The Ullrich Law Firm
P. O. Box 160007
Sacramento, CA 95816-0007

Contact phone 9164251061 (cell phone)
Contact email ullrichlawfirm@att.net

**Where should payments to the creditor be sent? (if different)**

Contact phone 9164414554
Contact email ullrichlawfirm@surewest.net

4. Does this claim amend one already filed?
☐ No
☒ Yes. Claim number on court claims registry (if known) IFNIH27386
Filed on 10/19/2019
MM / DD / YYYY

5. Do you know if anyone else has filed a proof of claim for this claim?
☒ No
☐ Yes. Who made the earlier filing? _____

Case: 19-30088    Doc# 13269-1    Filed: 11/18/22    Entered: 11/18/22 17:41:16    Page 40 of 226

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __1__ __9__ __2__ __1__

**7. How much is the claim?**

$ 520,517.08 . Does this amount include interest or other charges?

☐ No

☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

### Constructive wrongful termination of employment

_____

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

Case: 19-30088    Doc# 13269-1    Filed: 11/18/22    Entered: 11/18/22 17:41:16    Page 41 of 226

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No |
|---|---|

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ **Yes.** Check one:

Amount entitled to priority

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).　　$_____

☐ Up to $2,850 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).　　$_____

☐ Wages, salaries, or commissions (up to $12,850) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).　　$_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).　　$_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).　　$_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.　　$_____

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Signature: *Donald W. Ullrich, Jr. (Oct 20, 2019)*

Email: ullrichlawfirm@att.net

_____
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Donald William Ullrich, Jr. | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Attorney at Law | | |
| Company | The Ullrich Law Firm | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 3574 D Street | | |
| | Number　Street | | |
| | Sacramento | CA | 95816-3412 |
| | City | State | ZIP Code |
| Contact phone | 9164414554 | Email | ullrichlawfirm@att.net |

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ I have supporting documentation.
   (attach below)

☐ I do **not** have supporting documentation.

 **Attachment**

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.**

**IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

# Instructions for Proof of Claim

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of January 29, 2019.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.**

- **For a minor child, fill in only the child's initials and the full name of the child's parent or guardian. For example, write *A.B., a minor child* (*John Doe, parent*). See Bankruptcy Rule 9037.**

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at https://restructuring.primeclerk.com/pge.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. § 507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Please send completed Proof(s) of Claim to:**

**If by first class mail:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand delivery:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also hand deliver your completed Proof(s) of Claim to any of the following service center offices (beginning July 15, 2019 through the Bar Date (October 21, 2019) during the hours of 8:30 a.m. – 5:00 p.m. Prevailing Pacific Time):**

Chico Service Center
350 Salem Street
Chico, CA 95928

Marysville Service Center
231 "D" Street
Marysville, CA 95901

Napa Service Center
1850 Soscol Ave. Ste 105
Napa, CA 94559

Oroville Service Center
1567 Huntoon Street
Oroville, CA 95965

Redding Service Center
3600 Meadow View Road
Redding, CA 96002

Santa Rosa Service Center
111 Stony Circle
Santa Rosa, CA 95401

**Photocopy machines will not be available at the Claim Service Centers; you must bring a photocopy of your claim if you wish to receive a date-stamped copy.**

**Do not file these instructions with your form**

Donald W. Ullrich, Jr. (Calif. State Bar No.118701)
The Ullrich Law Firm
3574 D Street
P. O. Box 160007
Sacramento, CA 95816
Telephone: 1.916.441.4554
Facsimile No.: 1.916.441.5465
Cell Phone: 1.916.425.1061
E-mail: ullrichlawfirm@att.net;
ullrichlawfirm@surewest.net

*Attorney for Creditor*
*Karyn Charmbury*

### UNITED STATES DISTRICT COURT
### NOTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re the Bankruptcy of<br><br>PG&E CORPORATION, a California corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>INC., a California corporation<br><br>Debtors. | **Bankruptcy Case No. 19-30088 (DM)**<br><br>**Chapter 11**<br><br>**(Lead Case)**<br><br>**(Jointly Administered)**<br><br>**CLAIM NO. IFNIH27386 (as amended)**<br><br>**DECLARATION OF KARYN CHARMBURY IN SUPPORT OF HER PROOF OF CLAIM** |

I, Karyn Charmbury, declare:

1. If called upon to testify as to the matters set forth herein, I would do so with personal knowledge thereof except where otherwise stated on information and belief, competently, and substantially as set forth hereinbelow. My name is Karyn Charmbury. I was formerly known as Karyn Newmark. For identification purposes, the last four digits of my social security number are 1921. I am an adult and of sound mind. I currently reside in the City of Oroville, Butte County, State of California and have been residing there at all times in question since 2001.

2. On or around December 1, 2008, I began full-time employment with the Debtor Pacific Gas and Electric Company, Inc., a California corporation ("Debtor"). I was fully employed by Debtor at all times in question until I left Debtor's employ on March 9, 2018, and went to work full-time for the Sacramento Municipal Utility District ("SMUD"). I would have preferred to continue my employ with Debtor until I had reached my targeted retirement age of 55 years. On March 9, 2018, I was 34 years of age. My birthday is in ___. However, due to the hostile work environment which had been intentionally created by management of Debtor's department in which I had worked, I had no choice but to find employment elsewhere.[1] The department was called the "Department of Substation Inspections" (the "department"). The hostile work environment was created by the retaliation I was subjected to because my significant other was a former employee of the Debtor and who was employed in the same department I worked in until he was terminated for cause in August 2015. His name is Mark Makowiecki ("Mark"). I first met Mark in or around August 2014 and we became involved with each other romantically in or around September 2014 and began living together in or around January 2015. We have been in a relationship at all times in question since then. This relationship was known to management of the department from almost the time it began as was the fact we were living together. The chain of management in the department at the time was the same for both myself and Mark, reporting to Brandon Champion, who reported to Scott Hayes, who reported to Mike Novello, the superintendent and head of the department.[2] After Mark left the employ of Debtor, he become involved in various administrative actions and litigation actions involving Debtor. He complained of the actions of the three said individuals.

---

[1] I began work in the department as an inspector on a temporary basis in or around September 2014. However, since that time and at all times in question until March 9, 2018, I worked in the department. In June or July 2015 I was considered a permanent inspector with the department.

[2] Mike Novello was the superintendent of the department at all times that I was with the department. Eventually, Scott Hayes was replaced by Eric Harris. However, my work environment did not improve but became worse as I was blamed for Scott Hayes being removed as a supervisor after I had lodged a complaint with the "HR" department of the Debtor. Mr. Hayes continued working in the department but in a non-supervisor capacity.

2

3. Retaliation also occurred because I had gone to "HR" of the Debtor on more than one occasion to complain of my treatment by management of the department. Retaliation also occurred by management of the department because I had filed a dual complaint with the California Department of Fair Employment and Housing ("DFEH") and the Equal Employment Opportunity Commission ("EEOC") alleging gender/sex discrimination and discrimination with respect to being pregnant and breast feeding resulting in disparate treatment. For example, after giving birth and returning to work after a three-month maternity leave, I was given jobs that interfered with my ability to breast feed my infant. For example, I was given a job that required at least a three-hour one-way commute, or six hours each work-day. Management of the department was made aware of my desire to breast feed my infant and knew that I was trying to nurse my infant.

4. During the time I was a member of the department, out of a total work force of around 75 individuals, only 4 at most were female. Other then for a couple of months when a female was brought in under contract to report directly to Mr. Novello, an Amanda Clark, no leadership positions in the department were filled by women.

5. While working in the department I became pregnant and had a child with Mark, giving birth in August 2016.

6. On April 25, 2017, I filed a complaint with the California Department of Fair Housing and Employment ("DFEH") which was dual filed with the Equal Employment Opportunity Commission ("EEOC"). The DFEH administrative case, Matter No. 778850-273543, was closed on April 10, 2018, due to insufficient evidence. By that time, I had left the employ of Debtor and was working full-time for my current employer, SMUD. Since starting work with SMUD several days after leaving the Debtor's employ on March 9, 2018, my focus was on my new job and since it was a new job, I was on probationary status for at least six months. The DFEH also issued a right to sue letter dated April 10, 2018, which right existed for 12 months from said date. No such

1  suit was filed within said time period prior to the time of the bankruptcy filing of Debtor on

2  January 29, 2019, which filing was within the time of my right to sue. I am unsure as to what

3  happened in the EEOC administrative case, EEOC Number 37A-2017-01999-C, but I am

4  informed by counsel and believe and thereon state that the right to sue associated with my EEOC

5  complaint had likely as well not expired prior to the filing of the bankruptcy on January 29, 2019.

6      7. While this administrative action was pending, Mark was embroiled in litigation with the

7  Debtor, which was putting a financial strain on the family. This caused me to consider at the time

8  whether I wanted to pursue further action against the Debtor. In or around November 2018, Mark

9  finally ended his litigation efforts with Debtor via settlement of a case that Mark had initiated

10  against the Debtor in San Francisco County Superior Court on January 8, 2018, following

11  dismissal of his earlier action against the Debtor in United States District Court, Eastern District of

12  California, which he had commenced on August 6, 2017.[3] Management of the department was

13  aware of this litigation. Allegations in the complaints filed in federal and state court named

14  Messrs. Champion, Hayes, and Novello.

15      8. I am informed by counsel and believe and thereon state that I am making claim under

16  California common law for constructive wrongful termination of employment, the filing of which

17  is subject to a two-year statute of limitations under state law. I am informed by counsel and

18  believe and thereon state that upon the Debtor's filing bankruptcy, the statute of limitations for

19  this claim was tolled.

20      9. It has become clear to me since working for SMUD that my compensation at SMUD will

21  never catch up or exceed what I was making working for Debtor and that this state of affairs will

22  exist for the entire time I will be working for SMUD until reaching my planned retirement age of

23  55.

---

[3] I am informed by counsel and believe and thereon state that the filing was just prior to expiration of the two-year statute of limitations for a wrongful termination of employment claim.

4

10. I calculate the amount of my claim as follows (figures used are rounded). My 2017 compensation from the Debtor was $135,000.00.[4] It was the practice of Debtor and had been the practice of Debtor for employees such as me to get annual compensation increases of 3%. Therefore, the 2018 compensation had I stayed in the employ of Debtor was approximated at $139,050.00. In March of 2018, my compensation for SMUD was approximately $108,000.00.[5] SMUD had similar annual pay raises as did Debtor at approximately 3%. The retirement age for both being age 55, therefore, twenty-one years from my age in March 2018 of 34, making the year in question for my expected retirement being March 2039. The annual price differential in 2018 being $31,050.00 [$139,050.00 - $108,000.00] increasing 3% each year compounded annually until 2039. The sum of the price differentials for twenty-one years at 3% compounded annually is $890,404.87. Discounting that sum to present value (as of March 2018) is $478,636.55 using a discount factor of 3% which was the IRS discount factor in March 2018, as I am informed by counsel, believe, and thereon state. As a comparison, the inflation rate in 2018 was 1.9% and the "fed funds" rate in 2018 was 2.5%, as I am again informed by counsel, believe, and thereon state. I am informed by counsel and believe and thereon state that the discount factor usually reflects risk (the greater the risk the greater the discount) but can also be a combination of covering the inflation rate to protect the time value of money plus covering for lost opportunity cost in the terms of investments forgone as the result of not having the money.

11. From March 9, 2018, to the time of the filing of bankruptcy on January 29, 2019, was approximately 10.5 months. I am informed by counsel and believe and thereon state that the legal rate of interest is 10% per annum. Therefore, I calculate the interest from March 9, 2018, to the filing of the bankruptcy on January 29, 2019, as $41,880.53. The total claim is therefore $520,517.08.

---

[4] 2017 W-2 $135,085.54.

12. My initial job with Debtor was utility worker. For six months, more or less, I apprenticed as an electrician. In or around July 2012 I became a journeymen electrician. I began work in the department in or around September 2014 as an electrical inspector and remained with the department in that position at all times in question until leaving the employ of Debtor on March 9, 2018. My fellow female workers, numbering 4 out of 75 workers, in the department were also electrical inspectors and during my entire time with the department not one of them, including me, ever received a promotion nor were any of us put in a supervisorial position, not even temporarily.

13. In or around April 2015, Mark began to run into trouble with Messrs. Champion, Hayes, and Novello. Matters escalated for Mark until he was terminated for cause by Debtor on August 7, 2015, at the behest of Mr. Novello.

14. After losing his job with Debtor, and not represented by counsel, Mark filed a claim against the Debtor with the National Labor Relations Board. Messrs. Hayes and Novello submitted declarations in support of Debtor's opposition to Mark's claims, which claims were dismissed for lack of evidence. Mark also filed claims against Debtor with the California Department of Fair Housing and Employment and with the Equal Employment Opportunity Commission for which he received right to sue letters. Management of the department was aware of these administrative actions.

15. Represented by counsel, Mark initiated a PAGA class-action against the Debtor and PG&E Corporation in the Butte County Superior Court. This matter concluded with settlement in August 2016 for which Mark was paid certain sums of money as lead plaintiff and as a member of the class. Management of the department was aware of this litigation.

16. As Mark began experiencing problems with management, I began to notice I was being made the subject of repeated harassment by Messrs. Champion, Hayes, and Novello that I hitherto

---

[5] 2018 W-2 $89,984.53 but only since March of 2018. Therefore, $89,984.53 / 10 = $8,998.45. Rounding to $9,000.00 per month x 12 = $108,000.00.

6

had not experienced before as an employee of Debtor. Mr. Champion was a close friend of Mr. Novello. Mr. Novello also had his uncle working in the department, Greg Tellez. Matters escalated after Mark was terminated and while he pursued his various administrative and litigation actions. Mr. Champion has an identical twin brother who was also employed as an inspector in the department. I would describe the department of consisting of a "good ol' boys" club or network where certain males were favored over others and all females excluded without regard to their performance or qualifications.

17. The following are examples of some of the incidents that occurred to me that I believe illustrate the animus management of the department had to me as Mark's significant other and as a woman who also happened to get pregnant with our child while I was working in the department:

a. January 2016, Vina Substation, Corning, California. Mr. Hayes visited the site as a "job site observation," a site for which I was the inspector. During his visit, I was not present at the site. Mr. Hayes said nothing negative to me about his observation of the site until four to five days later when I received an email from him stating that I had let the contractors get out of control. This critique later showed up on my employee evaluation prepared by Mr. Hayes. Such a critique had never appeared before in any of my evaluations. Moreover, when I received the email, I had no idea what he was communicating about. I responded to his email with an email objecting to this critique, in so many words, asking him what he was talking about, an email he never responded to.

b. February 2016, Oroville substation, Oroville, California. Mr. Champion showed up at my job site. He did not speak to me but to the contractor present, Aaron Dickson. I was in the job trailer for the 10 to 15 minutes Mr. Champion was there speaking to Mr. Dickson. Later, after Mr. Champion had left, Mr. Dickson told me that Mr. Champion had said to him, or with words to such effect, was I of any help to him and did I ever come out of the job trailer, which comments I found to be derogatory. Moreover, such comments I believed would hurt my credibility at the job site as an inspector.

c. March 2016, Browns Valley Substation, Browns Valley, California. I arrived at the job site in the morning. The gate to a farmer's pasture was open. The gate being the access point to get to and from the substation. Apparently, the farmer's cows had allegedly gotten out. No one talked to me about any cows having gotten out of the pasture. Apparently, the farmer contacted Mr. Champion to complain. Mr. Champion contacted me and without any basis for doing so, accused me of letting the farmer's cows out of the pasture. As it turned out, only one cow had gotten out. This incident was negatively commented about in my evaluation report prepared by Scott Hayes.

d. May 2016, Browns Valley Substation, Browns Valley, California. I met the contractor at the job site. The fence to the pasture had been cut open and the tool trailer of the Debtor had been ransacked. The Yuba County Sheriff was called. In the meantime, the farmer had showed up and was yelling angrily at us to fix his fence. No one counselled me and no one bothered to get my side of the story. This incident was negatively commented upon in my evaluation report prepared by Scott Hayes.

e. June 2016, Browns Valley Substation, Browns Valley, California. At the time of this incident I was pregnant with our child. Mr. Champion arrived at the job site and informed me that because of (sic) "my situation" I was being transferred to the Table Mountain Substation and another inspector would take my place at the Browns Valley Substation. I emailed Mr. Hayes to complain about the transfer. He stated that it was a judgment call by him and Mr. Champion and that they had to look out for all team members. While the Table Mountain Substation was only 15 minutes or so drive from my home, unlike the Brown Valley Substation, which was a 45 minute or so drive, all I did at the Table Mountain Substation was sit in an office. At the Brown Valley Substation, I was much more involved in the work. I had not asked for this transfer. I had made no complaints to anyone about my condition interfering with my work. However, I believe my pregnancy was a stalking horse for Mr. Champion, who was blaming me for the troubles with the farmer at the site, and wanted me gone, using my pregnancy as a pretext.

f. In June 2016, I contacted the Compliance and Ethics Department of Debtor to complain that I had been removed from a job site simply because I was pregnant. Mr. Hayes called me the next day screaming at me over the telephone saying to me that if every time I had a problem, I went running to "HR," I would create more problems for myself, which I took to mean as a threat of retaliation. He berated me for upwards of five minutes, I estimated, screaming and yelling at me the whole time. I went home sick at my stomach, not being able to work for the rest of the day because the phone call, which I found extremely stressful. The phone call reduced me to sobbing after Mr. Hayes hung up. I was barely able to speak to others because of my sobbing. I was also concerned about how such stress would negatively impact my pregnancy. I contacted "HR" and let them know of Mr. Hayes' telephone call to me despite him having warned me not to call "HR." However, I never heard anything further from "HR" about my complaint before taking my scheduled maternity leave in June 2016. While on maternity leave, "HR" sent me an email stating that after following up with Mr. Hayes, there was no evidence to support your complaint. I did not return to work until November 1, 2016.

g. November 30, 2016, Tres Vias Substation, Oroville, California. Mr. Novello came to the jobsite to give me compliance and ethics training (this was a first while I working in the department; usually, such training was done in a group setting). The "training session" lasted about an hour. After the session, Mr. Novello told me that if problems arose with Mr. Brandon or Mr. Hayes, I was to call him instead of calling "HR." He told me that Mr. Hayes had gotten into trouble because of my contacting "HR" about him. The gist I took from this comment was that I was to keep any problems I had "in-house."

h. January 2017, Carbona Substation, Tracy, California. I was assigned this substation as an inspector despite it requiring a one-way commute time of at least three hours. However, there was nothing to do at this substation. I knew that the Colgate Substation near Dobbins, California, was only a 30 minute or so drive from my house and had more work to do. I let management know

this. Management did nothing. The inspector at the Colgate Substation was staying at a hotel in Oroville, California, while working at the site. Management knew this.

i. In March 2017, I asked for a meeting with Mr. Novello at the Arbuckle Substation in Arbuckle, California. I wanted to go over my 2016 year-end evaluation report with him because of the adverse comments put into the report by Scott Hayes, the Vina Substation observation results and the Browns Valley Substation complaints by the farmer. The meeting took place as requested. Nothing resulted from the meeting. The adverse comments in my evaluation report remained.

18. My employee evaluations reports for 2015 (year-end) and 2016 (mid-year and year-end) were written by Scott Hayes. Eric Harris wrote my employee evaluation reports for mid-year and year-end 2017. Eric Harris also wrote what would be my final employee evaluation report (final evaluation as known to me since I left Debtor's employ on March 9, 2018). The review date for my 2017 year- end performance review was February 1, 2018. This is when Mr. Harris and I sat down together and went over the 2017 evaluation report. On February 9, 2018, I appealed the evaluations made by Mr. Harris in the report. In talking to the males of the department about their evaluations, I realized that I had been rated below all of them and received a smaller raise and "stip," which stands for "short term incentive program" also commonly referred to as the annual employee bonus. I had been rated below all of them even though my targets were very similar to their targets. At the time, I was the only woman under the supervision of Mr. Harris.[6] This incident was the "final straw" for me. Despite my "HR" complaints and my complaints with the DFEH and EEOC, nothing seemed to be improving but, rather, appeared to be getting worse.[7]

19. The Debtor PG&E Corporation caused the publication of information which was then

---

[6] He had 13 individuals, including me, working under him at the time.

[7] In July 2018, higher ups (over the department) changed the rating that Mr. Harris had given me with an improved rating of "target" but by that time I had left the employ of Debtor. The earlier rating Mr. Harris had given me was "below target." This improved rating resulted in additional compensation being paid to me (the difference between the "stip" bonus I should have received vs. the bonus I had earlier received).

disseminated to employees of the Debtor. For example, Compliance and Ethics called "Speaking Up." This particular publication states in bold print" "At PG&E, retaliation is not tolerated." "Retaliation" is defined as "...adversely changing an employee's condition of employment for a non-business reason." Other examples of publications by Debtor PG&E Corporation for employees of Debtor are the "Equal Employment Opportunity and Affirmative Action Policy" dated March 20, 2017, published by the Debtor PG&E Corporation; the "Standard for a Harassment, Discrimination and Retaliation-Free Workplace" dated January 2017 published by PG&E Corporation; a promulgation of March 2017 to all PG&E employees issued by Geisha J. Williams, CEO, PG&E Corporation; "Employee Conduct Standard," Corporation Standard: CDT-1004S, published December 5, 2017, by PG&E Corporation; "Nepotism Policy," Corporation Policy: HR-01 dated January 1, 2017, revision 2, published by PG&E Corporation; a job description of "Lead Electrical Inspector" of Debtor published by PG&E Corporation with a job posting date of December 14, 2015, Mr. Novello hiring supervisor, within which is a declaration of non-discrimination; and a job description of "Transmission Construction Inspector, SR"[8] of Debtor published by PG&E Corporation with a job posting date of December 11, 2015, Mr. Novello hiring supervisor, within which is a declaration of non-discrimination. I am informed by counsel and believe and thereon state that the non-discrimination prohibition as to various discrete groups therein identified is much broader than federal and state laws then existing but nevertheless may be subject to contract law between Debtor and a job applicant responding to the job postings, or as an employee if hired by the Debtor pursuant to the job postings, and in any event, Mr. Novello being bound by the non-discrimination policies of Debtor as set forth in the job postings.[9] The job postings also affirms, promises, and represents that the Debtor is an Affirmative Action and Equal Employment Opportunity employer "that actively pursues and hires a diverse

---

[8] This was the position I had while working in the department. While I was in the department, no woman was ever made a "lead electrical inspector," which is a leadership position.

workforce." While I worked in the department, the department was anything but diverse.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct except for those matters stated on my information and belief and as to those matters, I believe it to be true.

Dated: October 20, 2019

Karyn Charmbury

_____

Karyn Charmbury

---

[9] Or perhaps local ordinance.

# Electronic Proof of Claim_THVVX27386

Final Audit Report

2019-10-21

| | |
|---|---|
| Created: | 2019-10-21 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAxIGygyL7rG9oIhO7f4FAWlWDMAp4PFuH |

## "Electronic Proof of Claim_THVVX27386" History

🗐 Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
2019-10-21 - 3:59:20 AM GMT

🖉 Donald W. Ullrich, Jr. (ullrichlawfirm@att.net) uploaded the following supporting documents:
🖉 Attachment
2019-10-21 - 4:27:28 AM GMT

🗐 Web Form filled in by Donald W. Ullrich, Jr. (ullrichlawfirm@att.net)
2019-10-21 - 4:27:28 AM GMT- IP address: 65.78.129.38

🖉⚙ (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:69.0) Gecko/20100101 Firefox/69.0)
2019-10-21 - 4:27:30 AM GMT- IP address: 65.78.129.38

⊘ Signed document emailed to Donald W. Ullrich, Jr. (ullrichlawfirm@att.net) and Prime Clerk E-Filing (efiling@primeclerk.com)
2019-10-21 - 4:27:30 AM GMT

Prime Clerk ○   POWERED BY Adobe Sign

# EXHIBIT E





# PG&E Corporation and Pacific Gas and Electric Company

Case No. 19-30088

case info / **claims**

| CHARMBURY | advanced |
|---|---|

| « ‹ Page 1 of 1 » › | Show 20 | Viewing 1 of 2 |
|---|---|---|

| [60152](#) | 10/21/2019 | Charmbury, Karyn | Pacific Gas and Electric Company |
|---|---|---|---|
| [65553](#) | 10/19/2019 | Charmbury, Karyn | Pacific Gas and Electric Company |

| « ‹ Page 1 of 1 » › | Show 20 | Viewing 1 of 2 |
|---|---|---|

terms of use    privacy notice    team    🐦   in

© 2019 Prime Clerk. All rights reserved.

# Prime Clerk | A Division of DUFF&PHELPS



## Creditor Data Details - Claim # 65553

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Charmbury, Karyn | Pacific Gas and Electric Company | 65553 |
| | **Date Filed** | **Schedule Number** |
| | 10/19/2019 | n/a |

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | $199,500.00 | C U | $199,500.00 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | **$0.00** | | **$199,500.00** | | **$199,500.00** | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at

 

## Creditor Data Details - Claim # 60152

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Charmbury, Karyn | Pacific Gas and Electric Company | 60152 |
| | **Date Filed** | **Schedule Number** |
| | 10/21/2019 | n/a |

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | $520,517.08 | C U | $520,517.08 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | **$0.00** | | **$520,517.08** | | **$520,517.08** | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at

# EXHIBIT F

*CH/AR3?^M^*

| | |
|---|---|
| **From:** | PGE Claim Support <pgeclaimsupport@PrimeClerk.com> |
| **Sent:** | Wednesday, March 03, 2021 8:16 PM |
| **To:** | 'ullrichlawfirm@att.net' |
| **Subject:** | PG&E Corporation/Pacific Gas and Electric Company: General Claims Information Procedures - Settlement Offer |
| **Attachments:** | ResponseNumber_779000101184449.pdf |

## OFFER NOTICE

**THIS OFFER NOTICE CONCERNS THE PROOF OF CLAIM YOU FILED IN THE PG&E BANKRUPTCY. IT IS IMPORTANT THAT YOU READ THIS OFFER NOTICE AND COMPLY WITH ITS INSTRUCTIONS BY ORDER OF THE BANKRUPTCY COURT.**

Mailing Date: 3/3/2021

General Claimant(s): Charmbury, Karyn

General Claimant's Address:
The Ullrich Law Firm
Donald W. Ullrich, Jr.
P. O. Box 160007
Sacramento CA 95816-0007

General Claimant's Email (if applicable): ullrichlawfirm@att.net

Proof of Claim Number(s): 65553

ADR Settlement Number: 779000101184449

**Settlement Offer: $5,000.00**

On January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**" or "**Reorganized Debtors**") filed voluntary cases for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Northern District of California. The Bankruptcy Court confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Bankr. N.D. Cal. Dkt. No. 8048] (the "**Plan**"), on June 20, 2020. The Plan became effective on July 1, 2020.

On September 25, 2020, the Bankruptcy Court approved certain procedures the ("**General Claims Procedures**") to facilitate the resolution of certain proofs of claim that have been submitted in these chapter 11 cases. Enclosed with this Offer Notice are procedures approved by the Bankruptcy Court for the exchange of settlement offers with respect to certain proofs of claim (the "**Offer Procedures**"). You are required to participate in the Offer Procedures with respect to your proof of claim. Copies of the General Claims Procedures and the Offer Procedures are available for viewing at https://restructuring.primeclerk.com/pge/.

This Offer Notice includes an offer by the Reorganized Debtors to settle your claim (the "**Settlement Offer**"). Pursuant to the Offer Procedures, you **must respond** to the Settlement Offer, and your response **must be received** by the Reorganized Debtors **within twenty-one (21) days** of the above-indicated Mailing Date of

this Offer Notice (the "**Settlement Response Deadline**"). The Reorganized Debtors, in their sole discretion, may agree to extend the Settlement Response Deadline.

There are two permitted responses to a Settlement Offer: (i) a signed acceptance, or (ii) a rejection and counteroffer. You are expected, as part of your good faith participation in these Offer Procedures, to submit a counteroffer with any rejection of the Settlement Offer. You should sign your counteroffer and identify the specific amount that you will accept in full settlement and satisfaction of your claim.

The Reorganized Debtors will respond in writing within twenty-one (21) days after the receipt of a counteroffer (the "**Counteroffer Response**"). The Counteroffer Response will indicate that the Reorganized Debtors either (i) accept the counteroffer, or (ii) reject the counteroffer.

If the Reorganized Debtors reject the counteroffer, they may make a revised settlement offer (a "**Revised Settlement Offer**"). Alternatively, the Reorganized Debtors may terminate the Offer Procedures. The Reorganized Debtors will indicate which option they have chosen in the Counteroffer Response.

If the Reorganized Debtors reject the Counteroffer without making a Revised Settlement Offer, the Reorganized Debtors will provide you written notification of their rejection, and your claim will, in the Reorganized Debtors' sole discretion, either be (i) submitted to nonbinding, mandatory mediation, or (ii) resolved through the claims reconciliation and objection process before the Bankruptcy Court.

Please submit your settlement offer response electronically by visiting the online portal located here: https://restructuring.primeclerk.com/PGE-ADRSettlementOffer/ (the "Portal").

To access the Portal, login with the below ADR Settlement Number:

ADR Settlement Number: 779000101184449

Once you login to the Portal, you will be asked to indicate whether you accept or reject the enclosed Settlement Offer.

If it is impracticable or impossible for you to complete and submit the Settlement Offer Resonse electronically, you may mail a fully completed Settlement Offer Response using the enclosed form to:

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**FAILURE TO RESPOND TO THE SETTLEMENT OFFER ON OR BEFORE THE SETTLEMENT RESPONSE DEADLINE MAY RESULT IN A FORMAL OBJECTION BEING FILED SEEKING DISALLOWANCE OF YOUR PROOF OF CLAIM.**

Questions regarding this Offer Notice of the General Claims Procedures should be directed to the Reorganized Debtors' Claims and Noticing Agent, Prime Clerk LLC, at 844-339-4217 (toll-free), +1 929-333-8977 (international), or by email at pgeinfo@primeclerk.com.

Yours truly,

PG&E Corporation and Pacific Gas and Electric Company



## SETTLEMENT OFFER RESPONSE

<u>General Claimant(s)</u>: Charmbury, Karyn

<u>General Claimant's Address</u>: The Ullrich Law Firm
Donald W. Ullrich, Jr.
P. O. Box 160007
Sacramento CA 95816-0007

<u>General Claimant's Email (if applicable)</u>: ullrichlawfirm@att.net

<u>Proof of Claim Number(s)</u>: 65553

<u>ADR Settlement Number</u>: 779000101184449

<u>Settlement Offer</u>: $5,000.00

**<u>Offer Response</u> (Check one of the below options)**

☐ Settlement Offer Accepted

☐ Settlement Offer Rejected

      Counteroffer: $_____

Claimant or Authorized Representative Signature

_____ (Print)

_____ (Sign)

# PG&E ADR Settlement Offer Portal

home  /  **submit a settlement offer response**

- **Site Navigation**

Home

| **Submit Settlement Offer
Response**

Submit a Settlement Offer Response Electronically    Submit a Settlement Offer Response via Mail

**Submit Settlement Offer Response**
**Please choose only one approved method of return for your form. If submitted
electronically using the below interface, you should not return a copy of your form
by hard-copy or by email.**

## SUBMIT A SETTLEMENT OFFER RESPONSE ELECTRONICALLY

To submit an offer response electronically, please enter (i) your name, (ii) the email
address to which you want Prime Clerk to send confirmation of your Settlement Offer
Response and (iii) your ADR Settlement Offer Number in the fields below.

Your unique ADR Settlement Offer Number is printed on the offer you received in the
mail.

You may only use your ADR Settlement Offer Number once.

If you would like to change your response or have any questions regarding submitting
your response, please contact Prime Clerk at **844.339.4217** or
pgeinfo@primeclerk.com for a new ADR Settlement Offer Number.

**Name**
Donald Ullrich

**Email**
ullrichlawfirm@att.net

**Settlement Offer Response ID**
779000101184449

**Verify you are human**

I'm not a robot

reCAPTCHA
Privacy - Terms

SUBMIT

---

# SUBMIT SETTLEMENT OFFER RESPONSE VIA MAIL

To submit a Settlement Offer Response via mail, send completed forms to the following address:

If by first class mail, hand delivery or overnight courier:

PG&E Corporation Claim Processing Center
c/o Prime Clerk LLC
850 3rd Avenue Suite 412
Brooklyn, NY 11232

Only one form of submission is required. Please do not submit multiple responses.

To submit a form via email, send completed forms to pgeinfo@primeclerk.com.

If you have any questions, please contact Prime Clerk at **844.339.4217** or pgeinfo@primeclerk.com.

**SETTLEMENT OFFER RESPONSE**

General Claimant(s): Charmbury, Karyn

Proof of Claim Number(s): 65553

ADR Settlement Offer Number: 779000101184449

Settlement Offer:   5,000.00

**Offer Response**

⬜ Settlement Offer Accepted

☒ Settlement Offer Rejected

    o    Counteroffer: $ 25,000.00

Claimant or Authorized Representative Signature

**Donald W. Ullrich, Jr.** (Print)

Signature: *Donald W. Ullrich, Jr.* (Sign)
Donald W. Ullrich, Jr. (Mar 24, 2021 11:...)

Email: ullrichlawfirm@att.net

**Prime Clerk**

# Settlement Offer Response Submission



# You're all set

**You finished signing "SettlementOfferResponse_779000101184449_EMPGV28658".**

**Copies will be e-mailed to all parties. You can also<u>download a copy</u>of what you just si**

# EXHIBIT G

ullrichlawfirm@att.net

| | |
|---|---|
| **From:** | PGE Claim Support <pgeclaimsupport@PrimeClerk.com> |
| **Sent:** | Wednesday, March 03, 2021 8:18 PM |
| **To:** | 'ullrichlawfirm@att.net' |
| **Subject:** | PG&E Corporation/Pacific Gas and Electric Company: General Claims Information Procedures - Settlement Offer |
| **Attachments:** | ResponseNumber_779000101184447.pdf |

## OFFER NOTICE

**THIS OFFER NOTICE CONCERNS THE PROOF OF CLAIM YOU FILED IN THE PG&E BANKRUPTCY. IT IS IMPORTANT THAT YOU READ THIS OFFER NOTICE AND COMPLY WITH ITS INSTRUCTIONS BY ORDER OF THE BANKRUPTCY COURT.**

Mailing Date: 3/3/2021

General Claimant(s): Charmbury, Karyn

General Claimant's Address:
The Ullrich Law Firm
Donald William Ullrich, Jr.
3574 D Street
Sacramento CA 95816-3412

General Claimant's Email (if applicable): ullrichlawfirm@att.net

Proof of Claim Number(s): 65553

ADR Settlement Number: 779000101184447

**Settlement Offer: $5,000.00**

On January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**" or "**Reorganized Debtors**") filed voluntary cases for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Northern District of California. The Bankruptcy Court confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Bankr. N.D. Cal. Dkt. No. 8048] (the "**Plan**"), on June 20, 2020. The Plan became effective on July 1, 2020.

On September 25, 2020, the Bankruptcy Court approved certain procedures the ("**General Claims Procedures**") to facilitate the resolution of certain proofs of claim that have been submitted in these chapter 11 cases. Enclosed with this Offer Notice are procedures approved by the Bankruptcy Court for the exchange of settlement offers with respect to certain proofs of claim (the "**Offer Procedures**"). You are required to participate in the Offer Procedures with respect to your proof of claim. Copies of the General Claims Procedures and the Offer Procedures are available for viewing at https://restructuring.primeclerk.com/pge/.

This Offer Notice includes an offer by the Reorganized Debtors to settle your claim (the "**Settlement Offer**"). Pursuant to the Offer Procedures, you **must respond** to the Settlement Offer, and your response **must be received** by the Reorganized Debtors **within twenty-one (21) days** of the above-indicated Mailing Date of

this Offer Notice (the "**Settlement Response Deadline**"). The Reorganized Debtors, in their sole discretion, may agree to extend the Settlement Response Deadline.

There are two permitted responses to a Settlement Offer: (i) a signed acceptance, or (ii) a rejection and counteroffer. You are expected, as part of your good faith participation in these Offer Procedures, to submit a counteroffer with any rejection of the Settlement Offer. You should sign your counteroffer and identify the specific amount that you accept in full settlement and satisfaction of your claim.

The Reorganized Debtors will respond in writing within twenty-one (21) days after the receipt of a counteroffer (the "**Counteroffer Response**"). The Counteroffer Response will indicate that the Reorganized Debtors either (i) accept the counteroffer, or (ii) reject the counteroffer.

If the Reorganized Debtors reject the counteroffer, they may make a revised settlement offer (a "**Revised Settlement Offer**"). Alternatively, the Reorganized Debtors may terminate the Offer Procedures. The Reorganized Debtors will indicate which option they have chosen in the Counteroffer Response.

If the Reorganized Debtors reject the Counteroffer without making a Revised Settlement Offer, the Reorganized Debtors will provide you written notification of their rejection, and your claim will, in the Reorganized Debtors' sole discretion, either be (i) submitted to nonbinding, mandatory mediation, or (ii) resolved through the claims reconciliation and objection process before the Bankruptcy Court.

Please submit your settlement offer response electronically by visiting the online portal located here: https://restructuring.primeclerk.com/PGE-ADRSettlementOffer/ (the "Portal").

To access the Portal, login with the below ADR Settlement Number:

ADR Settlement Number: 779000101184447

Once you login to the Portal, you will be asked to indicate whether you accept or reject the enclosed Settlement Offer.

If it is impracticable or impossible for you to complete and submit the Settlement Offer Resonse electronically, you may mail a fully completed Settlement Offer Response using the enclosed form to:

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**FAILURE TO RESPOND TO THE SETTLEMENT OFFER ON OR BEFORE THE SETTLEMENT RESPONSE DEADLINE MAY RESULT IN A FORMAL OBJECTION BEING FILED SEEKING DISALLOWANCE OF YOUR PROOF OF CLAIM.**

Questions regarding this Offer Notice of the General Claims Procedures should be directed to the Reorganized Debtors' Claims and Noticing Agent, Prime Clerk LLC, at 844-339-4217 (toll-free), +1 929-333-8977 (international), or by email at pgeinfo@primeclerk.com.

Yours truly,

PG&E Corporation and Pacific Gas and Electric Company


779000101184447

## SETTLEMENT OFFER RESPONSE

General Claimant(s): Charmbury, Karyn

General Claimant's Address: The Ullrich Law Firm
Donald William Ullrich, Jr.
3574 D Street
Sacramento CA 95816-3412

General Claimant's Email (if applicable): ullrichlawfirm@att.net

Proof of Claim Number(s): 65553

ADR Settlement Number: 779000101184447

Settlement Offer: $5,000.00

**Offer Response (Check one of the below options)**

☐ Settlement Offer Accepted

☐ Settlement Offer Rejected

       Counteroffer: $_____

Claimant or Authorized Representative Signature

_____ (Print)

_____ (Sign)

# PG&E ADR Settlement Offer Portal

home  /  submit a settlement offer response

- **Site Navigation**

  Home

  | **Submit Settlement Offer Response**

Submit a Settlement Offer Response Electronically    Submit a Settlement Offer Response via Mail

## Submit Settlement Offer Response
**Please choose only one approved method of return for your form. If submitted electronically using the below interface, you should not return a copy of your form by hard-copy or by email.**

## SUBMIT A SETTLEMENT OFFER RESPONSE ELECTRONICALLY

To submit an offer response electronically, please enter (i) your name, (ii) the email address to which you want Prime Clerk to send confirmation of your Settlement Offer Response and (iii) your ADR Settlement Offer Number in the fields below.

Your unique ADR Settlement Offer Number is printed on the offer you received in the mail.

You may only use your ADR Settlement Offer Number once.

If you would like to change your response or have any questions regarding submitting your response, please contact Prime Clerk at **844.339.4217** or pgeinfo@primeclerk.com for a new ADR Settlement Offer Number.

| Name |
| Donald Ullrich |

**Email**
ullrichlawfirm@att.net

**Settlement Offer Response ID**
779000101184447

**Verify you are human**

I'm not a robot

reCAPTCHA
Privacy - Terms

SUBMIT

# SUBMIT SETTLEMENT OFFER RESPONSE VIA MAIL

To submit a Settlement Offer Response via mail, send completed forms to the following address:

If by first class mail, hand delivery or overnight courier:

PG&E Corporation Claim Processing Center
c/o Prime Clerk LLC
850 3rd Avenue Suite 412
Brooklyn, NY 11232

Only one form of submission is required. Please do not submit multiple responses.

To submit a form via email, send completed forms to pgeinfo@primeclerk.com.

If you have any questions, please contact Prime Clerk at **844.339.4217** or pgeinfo@primeclerk.com.

Case: 19-30088    Doc# 13269-1    Filed: 11/18/22    Entered: 11/18/22 17:41:16    Page
76 of 226

3/24/2021, 1:08 PM

## SETTLEMENT OFFER RESPONSE

General Claimant(s): Charmbury, Karyn

Proof of Claim Number(s): 65553

ADR Settlement Offer Number: 779000101184447

Settlement Offer: 5,000.00

**Offer Response**

☐ Settlement Offer Accepted

☒ Settlement Offer Rejected

     o   Counteroffer: $ 25,000.00

Claimant or Authorized Representative Signature

## Donald W. Ullrich, Jr. (Print)

**Signature:** *Donald W. Ullrich, Jr.*
Donald W. Ullrich, Jr. (Mar 24, 2021 1 (Sign) )

**Email:** ullrichlawfirm@att.net

**Prime Clerk**

# Settlement Offer Response Submission



# You're all set

**You finished signing "SettlementOfferResponse_779000101184447_AUQPH28658".**

**Copies will be e-mailed to all parties. You can also<u>download a copy</u>of what you just si**

# EXHIBIT H



**ullrichlawfirm@att.net**

| | |
|---|---|
| **From:** | PGE Claim Support <pgeclaimsupport@PrimeClerk.com> |
| **Sent:** | Wednesday, March 03, 2021 8:18 PM |
| **To:** | 'ullrichlawfirm@att.net' |
| **Subject:** | PG&E Corporation/Pacific Gas and Electric Company: General Claims Information Procedures - Settlement Offer |
| **Attachments:** | ResponseNumber_779000101184452.pdf |

## OFFER NOTICE

**THIS OFFER NOTICE CONCERNS THE PROOF OF CLAIM YOU FILED IN THE PG&E BANKRUPTCY. IT IS IMPORTANT THAT YOU READ THIS OFFER NOTICE AND COMPLY WITH ITS INSTRUCTIONS BY ORDER OF THE BANKRUPTCY COURT.**

Mailing Date: 3/3/2021

General Claimant(s): Charmbury, Karyn

General Claimant's Address:
The Ullrich Law Firm
Donald William Ullrich, Jr.
3574 D Street
Sacramento CA 95816-3412

General Claimant's Email (if applicable): ullrichlawfirm@att.net

Proof of Claim Number(s): 60152

Claim Support ID Number: 779000101184452

**Settlement Offer: $5,000.00**

On January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**" or "**Reorganized Debtors**") filed voluntary cases for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Northern District of California. The Bankruptcy Court confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Bankr. N.D. Cal. Dkt. No. 8048] (the "**Plan**"), on June 20, 2020. The Plan became effective on July 1, 2020.

On September 25, 2020, the Bankruptcy Court approved certain procedures the ("**General Claims Procedures**") to facilitate the resolution of certain proofs of claim that have been submitted in these chapter 11 cases. Enclosed with this Offer Notice are procedures approved by the Bankruptcy Court for the exchange of settlement offers with respect to certain proofs of claim (the "**Offer Procedures**"). You are required to participate in the Offer Procedures with respect to your proof of claim. Copies of the General Claims Procedures and the Offer Procedures are available for viewing at https://restructuring.primeclerk.com/pge/.

This Offer Notice includes an offer by the Reorganized Debtors to settle your claim (the "**Settlement Offer**"). Pursuant to the Offer Procedures, you **must respond** to the Settlement Offer, and your response **must be received** by the Reorganized Debtors **within twenty-one (21) days** of the above-indicated Mailing Date of

1

this Offer Notice (the **"Settlement Response Deadline"**). The Reorganized Debtors, in their sole discretion, may agree to extend the Settlement Response Deadline.

There are two permitted responses to a Settlement Offer: (i) a signed acceptance, or (ii) a rejection and counteroffer. You are expected, as part of your good faith participation in these Offer Procedures, to submit a counteroffer with any rejection of the Settlement Offer. You should sign your counteroffer and identify the specific amount that you will accept in full settlement and satisfaction of your claim.

The Reorganized Debtors will respond in writing within twenty-one (21) days after the receipt of a counteroffer (the **"Counteroffer Response"**). The Counteroffer Response will indicate that the Reorganized Debtors either (i) accept the counteroffer, or (ii) reject the counteroffer.

If the Reorganized Debtors reject the counteroffer, they may make a revised settlement offer (a **"Revised Settlement Offer"**). Alternatively, the Reorganized Debtors may terminate the Offer Procedures. The Reorganized Debtors will indicate which option they have chosen in the Counteroffer Response.

If the Reorganized Debtors reject the Counteroffer without making a Revised Settlement Offer, the Reorganized Debtors will provide you written notification of their rejection, and your claim will, in the Reorganized Debtors' sole discretion, either be (i) submitted to nonbinding, mandatory mediation, or (ii) resolved through the claims reconciliation and objection process before the Bankruptcy Court.

Please submit your settlement offer response electronically by visiting the online portal located here: https://restructuring.primeclerk.com/PGE-ADRSettlementOffer/ (the "Portal").

To access the Portal, login with the below Claim ID Support Number:

Claim ID Support Number: 779000101184452

Once you login to the Portal, you will be asked to indicate whether you accept or reject the enclosed Settlement Offer.

If it is impracticable or impossible for you to complete and submit the Settlement Offer Resonse electronically, you may mail a fully completed Settlement Offer Response using the enclosed form to:

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**FAILURE TO RESPOND TO THE SETTLEMENT OFFER ON OR BEFORE THE SETTLEMENT RESPONSE DEADLINE MAY RESULT IN A FORMAL OBJECTION BEING FILED SEEKING DISALLOWANCE OF YOUR PROOF OF CLAIM.**

Questions regarding this Offer Notice of the General Claims Procedures should be directed to the Reorganized Debtors' Claims and Noticing Agent, Prime Clerk LLC, at 844-339-4217 (toll-free), +1 929-333-8977 (international), or by email at pgeinfo@primeclerk.com.

Yours truly,

PG&E Corporation and Pacific Gas and Electric Company



779000101184452

# SETTLEMENT OFFER RESPONSE

General Claimant(s): Charmbury, Karyn

General Claimant's Address: The Ullrich Law Firm
Donald William Ullrich, Jr.
3574 D Street
Sacramento CA 95816-3412

General Claimant's Email (if applicable): ullrichlawfirm@att.net

Proof of Claim Number(s): 60152

ADR Settlement Number: 779000101184452

Settlement Offer: $5,000.00

**Offer Response (Check one of the below options)**

☐ Settlement Offer Accepted

☐ Settlement Offer Rejected

　　　Counteroffer: $_____

Claimant or Authorized Representative Signature

_____ (Print)

_____ (Sign)

# PG&E ADR Settlement Offer Portal

home / **submit a settlement offer response**

- **Site Navigation**

  Home

  | **Submit Settlement Offer Response**

Submit a Settlement Offer Response Electronically    Submit a Settlement Offer Response via Mail

**Submit Settlement Offer Response**
**Please choose only one approved method of return for your form. If submitted electronically using the below interface, you should not return a copy of your form by hard-copy or by email.**

## SUBMIT A SETTLEMENT OFFER RESPONSE ELECTRONICALLY

To submit an offer response electronically, please enter (i) your name, (ii) the email address to which you want Prime Clerk to send confirmation of your Settlement Offer Response and (iii) your ADR Settlement Offer Number in the fields below.

Your unique ADR Settlement Offer Number is printed on the offer you received in the mail.

You may only use your ADR Settlement Offer Number once.

If you would like to change your response or have any questions regarding submitting your response, please contact Prime Clerk at **844.339.4217** or pgeinfo@primeclerk.com for a new ADR Settlement Offer Number.

**Name**
Donald Ullrich

**Email**
ullrichlawfirm@att.net

**Settlement Offer Response ID**
779000101184452

**Verify you are human**

I'm not a robot

reCAPTCHA
Privacy - Terms

**SUBMIT**

# SUBMIT SETTLEMENT OFFER RESPONSE VIA MAIL

To submit a Settlement Offer Response via mail, send completed forms to the following address:

If by first class mail, hand delivery or overnight courier:

PG&E Corporation Claim Processing Center
c/o Prime Clerk LLC
850 3rd Avenue Suite 412
Brooklyn, NY 11232

Only one form of submission is required. Please do not submit multiple responses.

To submit a form via email, send completed forms to pgeinfo@primeclerk.com.

If you have any questions, please contact Prime Clerk at **844.339.4217** or pgeinfo@primeclerk.com.

## SETTLEMENT OFFER RESPONSE

General Claimant(s): Karyn Charmbury

Proof of Claim Number(s): 60152

ADR Settlement Offer Number: 779000101184452

Settlement Offer: 5,000.00

## Offer Response

☐ Settlement Offer Accepted

☒ Settlement Offer Rejected

    o  Counteroffer: $ 25,000.00

Claimant or Authorized Representative Signature

**Donald W. Ullrich, Jr.** (Print)

**Signature:** *Donald W. Ullrich, Jr.* (Sign)
Donald W. Ullrich, Jr. (Mar 24, 2021 16:59 PDT)

**Email:** ullrichlawfirm@att.net

**Prime Clerk**

# Settlement Offer Response Submission



# You're all set

You finished signing "SettlementOfferResponse_779000101184452_K@C$O28658".

Copies will be e-mailed to all parties. You can also <u>download a copy</u> of what you just si

Case: 19-30088    Doc# 13269-1    Filed: 11/18/22    Entered: 11/18/22 17:41:16    Page
86 of 226

# EXHIBIT I

 Charmbury

**ullrichlawfirm@att.net**

| | |
|---|---|
| **From:** | PGE Claim Support <pgeclaimsupport@PrimeClerk.com> |
| **Sent:** | Wednesday, March 03, 2021 8:18 PM |
| **To:** | 'ullrichlawfirm@att.net' |
| **Subject:** | PG&E Corporation/Pacific Gas and Electric Company: General Claims Information Procedures - Settlement Offer |
| **Attachments:** | ResponseNumber_779000101184453.pdf |

## OFFER NOTICE

**THIS OFFER NOTICE CONCERNS THE PROOF OF CLAIM YOU FILED IN THE PG&E BANKRUPTCY. IT IS IMPORTANT THAT YOU READ THIS OFFER NOTICE AND COMPLY WITH ITS INSTRUCTIONS BY ORDER OF THE BANKRUPTCY COURT.**

Mailing Date: 3/3/2021

General Claimant(s): Charmbury, Karyn

General Claimant's Address:
The Ullrich Law Firm
Donald W. Ullrich, Jr.
P. O. Box 160007
Sacramento CA 95816-0007

General Claimant's Email (if applicable): ullrichlawfirm@att.net

Proof of Claim Number(s): 60152

Claim Support ID Number: 779000101184453

**Settlement Offer: $5,000.00**

On January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**" or "**Reorganized Debtors**") filed voluntary cases for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Northern District of California. The Bankruptcy Court confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Bankr. N.D. Cal. Dkt. No. 8048] (the "**Plan**"), on June 20, 2020. The Plan became effective on July 1, 2020.

On September 25, 2020, the Bankruptcy Court approved certain procedures the ("**General Claims Procedures**") to facilitate the resolution of certain proofs of claim that have been submitted in these chapter 11 cases. Enclosed with this Offer Notice are procedures approved by the Bankruptcy Court for the exchange of settlement offers with respect to certain proofs of claim (the "**Offer Procedures**"). You are required to participate in the Offer Procedures with respect to your proof of claim. Copies of the General Claims Procedures and the Offer Procedures are available for viewing at https://restructuring.primeclerk.com/pge/.

This Offer Notice includes an offer by the Reorganized Debtors to settle your claim (the "**Settlement Offer**"). Pursuant to the Offer Procedures, you **must respond** to the Settlement Offer, and your response **must**

1

be received by the Reorganized Debtors **within twenty-one (21) days** of the above-indicated Mailing Date of this Offer Notice (the "**Settlement Response Deadline**"). The Reorganized Debtors, in their sole discretion, may agree to extend the Settlement Response Deadline.

There are two permitted responses to a Settlement Offer: (i) a signed acceptance, or (ii) a rejection and counteroffer. You are expected, as part of your good faith participation in these Offer Procedures, to submit a counteroffer with any rejection of the Settlement Offer. You should sign your counteroffer and identify the specific amount that you will accept in full settlement and satisfaction of your claim.

The Reorganized Debtors will respond in writing within twenty-one (21) days after the receipt of a counteroffer (the "**Counteroffer Response**"). The Counteroffer Response will indicate that the Reorganized Debtors either (i) accept the counteroffer, or (ii) reject the counteroffer.

If the Reorganized Debtors reject the counteroffer, they may make a revised settlement offer (a "**Revised Settlement Offer**"). Alternatively, the Reorganized Debtors may terminate the Offer Procedures. The Reorganized Debtors will indicate which option they have chosen in the Counteroffer Response.

If the Reorganized Debtors reject the Counteroffer without making a Revised Settlement Offer, the Reorganized Debtors will provide you written notification of their rejection, and your claim will, in the Reorganized Debtors' sole discretion, either be (i) submitted to nonbinding, mandatory mediation, or (ii) resolved through the claims reconciliation and objection process before the Bankruptcy Court.

Please submit your settlement offer response electronically by visiting the online portal located here: https://restructuring.primeclerk.com/PGE-ADRSettlementOffer/ (the "Portal").

To access the Portal, login with the below Claim ID Support Number:

Claim ID Support Number: 779000101184453

Once you login to the Portal, you will be asked to indicate whether you accept or reject the enclosed Settlement Offer.

If it is impracticable or impossible for you to complete and submit the Settlement Offer Resonse electronically, you may mail a fully completed Settlement Offer Response using the enclosed form to:

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**FAILURE TO RESPOND TO THE SETTLEMENT OFFER ON OR BEFORE THE SETTLEMENT RESPONSE DEADLINE MAY RESULT IN A FORMAL OBJECTION BEING FILED SEEKING DISALLOWANCE OF YOUR PROOF OF CLAIM.**

Questions regarding this Offer Notice of the General Claims Procedures should be directed to the Reorganized Debtors' Claims and Noticing Agent, Prime Clerk LLC, at 844-339-4217 (toll-free), +1 929-333-8977 (international), or by email at pgeinfo@primeclerk.com.

Yours truly,

PG&E Corporation and Pacific Gas and Electric Company

Case: 19-30088    Doc# 13269-1    Filed: 11/18/22    Entered: 11/18/22 17:41:16    Page
89 of 226


779000101184453

## SETTLEMENT OFFER RESPONSE

General Claimant(s): Charmbury, Karyn

General Claimant's Address: The Ullrich Law Firm
Donald W. Ullrich, Jr.
P. O. Box 160007
Sacramento CA 95816-0007

General Claimant's Email (if applicable): ullrichlawfirm@att.net

Proof of Claim Number(s): 60152

ADR Settlement Number: 779000101184453

Settlement Offer: $5,000.00

**Offer Response (Check one of the below options)**

☐ Settlement Offer Accepted

☐ Settlement Offer Rejected

Counteroffer: $_____

Claimant or Authorized Representative Signature

_____ (Print)

_____ (Sign)

# PG&E ADR Settlement Offer Portal

home / **submit a settlement offer response**

- **Site Navigation**

Home

| **Submit Settlement Offer Response**

Submit a Settlement Offer Response Electronically    Submit a Settlement Offer Response via Mail

**Submit Settlement Offer Response**

**Please choose only one approved method of return for your form. If submitted electronically using the below interface, you should not return a copy of your form by hard-copy or by email.**

## SUBMIT A SETTLEMENT OFFER RESPONSE ELECTRONICALLY

To submit an offer response electronically, please enter (i) your name, (ii) the email address to which you want Prime Clerk to send confirmation of your Settlement Offer Response and (iii) your ADR Settlement Offer Number in the fields below.

Your unique ADR Settlement Offer Number is printed on the offer you received in the mail.

You may only use your ADR Settlement Offer Number once.

If you would like to change your response or have any questions regarding submitting your response, please contact Prime Clerk at **844.339.4217** or pgeinfo@primeclerk.com for a new ADR Settlement Offer Number.

| Name |
| --- |
| Donald Ullrich |

| Email |
| --- |
| ullrichlawfirm@att.net |

| Settlement Offer Response ID |
| --- |
| 779000101184453 |

**Verify you are human**

I'm not a robot

reCAPTCHA
Privacy - Terms

**SUBMIT**

## SUBMIT SETTLEMENT OFFER RESPONSE VIA MAIL

To submit a Settlement Offer Response via mail, send completed forms to the following address:

If by first class mail, hand delivery or overnight courier:

PG&E Corporation Claim Processing Center
c/o Prime Clerk LLC
850 3rd Avenue Suite 412
Brooklyn, NY 11232

Only one form of submission is required. Please do not submit multiple responses.

To submit a form via email, send completed forms to pgeinfo@primeclerk.com.

If you have any questions, please contact Prime Clerk at **844.339.4217** or pgeinfo@primeclerk.com.

terms of use        privacy notice        team                      © 2021 Prime Clerk. All rights reserved.

3/24/2021, 1:02 PM

## SETTLEMENT OFFER RESPONSE

General Claimant(s): Charmbury, Karyn

Proof of Claim Number(s): 60152

ADR Settlement Offer Number: 779000101184453

Settlement Offer:  5,000.00

## Offer Response

☐ Settlement Offer Accepted

☒ Settlement Offer Rejected

    o  Counteroffer: $ 25,000.00

Claimant or Authorized Representative Signature

# Donald W. Ullrich, Jr. (Print)

**Signature:** *Donald W. Ullrich, Jr.*
Donald W. Ullrich, Jr. (Mar 24, 2021 11:25 PDT)

**Email:** ullrichlawfirm@att.net

**Prime Clerk**

# Settlement Offer Response Submission



# You're all set

You finished signing "SettlementOfferResponse_779000101184453_GDYVE28658".

Copies will be e-mailed to all parties. You can also<u>download a copy</u>of what you just si

# EXHIBIT J



**ullrichlawfirm@att.net**

| | |
|---|---|
| **From:** | Prime Clerk <echosign@echosign.com> |
| **Sent:** | Wednesday, March 24, 2021 12:59 PM |
| **To:** | Prime Clerk E-Filing; Donald W. Ullrich, Jr. |
| **Subject:** | You signed: "SettlementOfferResponse_779000101184452_K@C$O28658" |
| **Attachments:** | SettlementOfferResponse_779000101184452_K@C$O28658 - signed.pdf |

# Prime Clerk



## You're done signing
## SettlementOfferResponse_779000101184452_K@C$O28658

## Open agreement

Attached is the final agreement for your reference. You can also **open it online** to review its activity history.

Thank you for your electronic submission. Please do not send a duplicate of this submission by any other method of return.

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

© 2021 Adobe. All rights reserved.

## SETTLEMENT OFFER RESPONSE

General Claimant(s): Karyn Charmbury

Proof of Claim Number(s): 60152

ADR Settlement Offer Number: 779000101184452

Settlement Offer: 5,000.00

## Offer Response

☐ Settlement Offer Accepted

☒ Settlement Offer Rejected

    o   Counteroffer: $ 25,000.00

Claimant or Authorized Representative Signature

**Donald W. Ullrich, Jr.** (Print)

Signature: *Donald W. Ullrich, Jr.*
Donald W. Ullrich, Jr. (Mar 24, 2021 15:53 PDT)

Email: ullrichlawfirm@att.net

# SettlementOfferResponse_779000101184452_K@C$O28658

Final Audit Report                                      2021-03-24

| | |
|---|---|
| Created: | 2021-03-24 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAfZYvasEU5TzoOkMfbmstqc1dGWEZhDek |

## "SettlementOfferResponse_779000101184452_K@C$O28658" History

📄 Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
   2021-03-24 - 7:56:20 PM GMT

📄 Web Form filled in by Donald W. Ullrich, Jr. (ullrichlawfirm@att.net)
   2021-03-24 - 7:58:45 PM GMT- IP address: 75.58.120.89

🖊 (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:86.0) Gecko/20100101 Firefox/86.0)
   2021-03-24 - 7:58:47 PM GMT- IP address: 75.58.120.89

✅ Agreement completed.
   2021-03-24 - 7:58:47 PM GMT

Prime Clerk    POWERED BY Adobe Sign



**ullrichlawfirm@att.net**

| | |
|---|---|
| **From:** | Prime Clerk <echosign@echosign.com> |
| **Sent:** | Wednesday, March 24, 2021 1:05 PM |
| **To:** | Donald W. Ullrich, Jr.; Prime Clerk E-Filing |
| **Subject:** | You signed: "SettlementOfferResponse_779000101184453_GDYVE28658" |
| **Attachments:** | SettlementOfferResponse_779000101184453_GDYVE28658 - signed.pdf |





You're done signing

**SettlementOfferResponse_779000101184453_GDYVE28658**

# Open agreement

Attached is the final agreement for your reference. You can also **open it online** to review its activity history.

Thank you for your electronic submission. Please do not send a duplicate of this submission by any other method of return.

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

© 2021 Adobe. All rights reserved.

## SETTLEMENT OFFER RESPONSE

General Claimant(s): Charmbury, Karyn

Proof of Claim Number(s): 60152

ADR Settlement Offer Number: 779000101184453

Settlement Offer: 5,000.00

## Offer Response

☐ Settlement Offer Accepted

☒ Settlement Offer Rejected

o   Counteroffer: $ 25,000.00

Claimant or Authorized Representative Signature

**Donald W. Ullrich, Jr.** (Print)

**Signature:** *Donald W. Ullrich, Jr.*
Donald W. Ullrich, Jr. (Mar 24, 2021 11:35 PDT)

**Email:** ullrichlawfirm@att.net

# SettlementOfferResponse_779000101184453_GDYVE28658

**Final Audit Report**       2021-03-24



Created: 2021-03-24
By: Prime Clerk E-Filing (efiling@primeclerk.com)
Status: Signed
Transaction ID: CBJCHBCAABAAUO2_b_a5yTqmlsWQhm8VyXIT0RJySrY6

## "SettlementOfferResponse_779000101184453_GDYVE28658" History

- Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
  2021-03-24 - 8:02:54 PM GMT

- Web Form filled in by Donald W. Ullrich, Jr. (ullrichlawfirm@att.net)
  2021-03-24 - 8:04:59 PM GMT- IP address: 75.58.120.89

- (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:86.0) Gecko/20100101 Firefox/86.0)
  2021-03-24 - 8:05:00 PM GMT- IP address: 75.58.120.89

- Agreement completed.
  2021-03-24 - 8:05:00 PM GMT

Prime Clerk   POWERED BY Adobe Sign



**ullrichlawfirm@att.net**

| | |
|---|---|
| **From:** | Prime Clerk <echosign@echosign.com> |
| **Sent:** | Wednesday, March 24, 2021 1:11 PM |
| **To:** | Prime Clerk E-Filing; Donald W. Ullrich, Jr. |
| **Subject:** | You signed: "SettlementOfferResponse_779000101184447_AUQPH28658" |
| **Attachments:** | SettlementOfferResponse_779000101184447_AUQPH28658 - signed.pdf |





You're done signing
**SettlementOfferResponse_779000101184447_AUQPH28658**

# Open agreement

Attached is the final agreement for your reference. You can also **open it online** to review its activity history.

Thank you for your electronic submission. Please do not send a duplicate of this submission by any other method of return.

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

© 2021 Adobe. All rights reserved.

## SETTLEMENT OFFER RESPONSE

General Claimant(s): Charmbury, Karyn

Proof of Claim Number(s): 65553

ADR Settlement Offer Number: 779000101184447

Settlement Offer: 5,000.00

**Offer Response**

☐ Settlement Offer Accepted

☒ Settlement Offer Rejected

    o  Counteroffer: $ 25,000.00

Claimant or Authorized Representative Signature

Donald W. Ullrich, Jr. (Print)

Signature: _Donald W. Ullrich, Jr._ (Sign)
Donald W. Ullrich, Jr. (Mar 24, 2021 1...)

Email: ullrichlawfirm@att.net

# SettlementOfferResponse_779000101184447_ AUQPH28658

Final Audit Report                                                  2021-03-24

| | |
|---|---|
| Created: | 2021-03-24 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAArPY03MtPxX152LKRFdEi9of5ME8lNpl- |

## "SettlementOfferResponse_779000101184447_AUQPH28658" History

🗐 Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
2021-03-24 - 8:08:45 PM GMT

🗐 Web Form filled in by Donald W. Ullrich, Jr. (ullrichlawfirm@att.net)
2021-03-24 - 8:10:47 PM GMT- IP address: 75.58.120.89

✍ (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:86.0) Gecko/20100101 Firefox/86.0)
2021-03-24 - 8:10:48 PM GMT- IP address: 75.58.120.89

✅ Agreement completed.
2021-03-24 - 8:10:48 PM GMT

Prime Clerk ◊    POWERED BY: Adobe Sign

ullrichlawfirm@att.net 

| | |
|---|---|
| **From:** | Prime Clerk <echosign@echosign.com> |
| **Sent:** | Wednesday, March 24, 2021 1:14 PM |
| **To:** | Donald W. Ullrich, Jr.; Prime Clerk E-Filing |
| **Subject:** | You signed: "SettlementOfferResponse_779000101184449_EMPGV28658" |
| **Attachments:** | SettlementOfferResponse_779000101184449_EMPGV28658 - signed.pdf |

# Prime Clerk



## You're done signing
## SettlementOfferResponse_779000101184449_EMPGV28658

# Open agreement

Attached is the final agreement for your reference. You can also **open it online** to review its activity history.

Thank you for your electronic submission. Please do not send a duplicate of this submission by any other method of return.

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

©2021 Adobe. All rights reserved.

## SETTLEMENT OFFER RESPONSE

General Claimant(s): Charmbury, Karyn

Proof of Claim Number(s): 65553

ADR Settlement Offer Number: 779000101184449

Settlement Offer: 5,000.00

**Offer Response**

☐ Settlement Offer Accepted

☒ Settlement Offer Rejected

    o  Counteroffer: $ 25,000.00

Claimant or Authorized Representative Signature

Donald W. Ullrich, Jr. (Print)

Signature: _Donald W. Ullrich Jr._ (Sign)
Donald W. Ullrich, Jr. (Mar 24, 2021 11:51 gm)

Email: ullrichlawfirm@att.net

# SettlementOfferResponse_779000101184449_EMPGV28658

**Final Audit Report** 2021-03-24

| Created: | 2021-03-24 |
|---|---|
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAATOoxYtVkS6O50e_7GEDnCeumB0DDRdGk |

## "SettlementOfferResponse_779000101184449_EMPGV28658" History

📄 Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
2021-03-24 - 8:13:10 PM GMT

📄 Web Form filled in by Donald W. Ullrich, Jr. (ullrichlawfirm@att.net)
2021-03-24 - 8:14:27 PM GMT- IP address: 75.58.120.89

✍️ (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:86.0) Gecko/20100101 Firefox/86.0)
2021-03-24 - 8:14:28 PM GMT- IP address: 75.58.120.89

✅ Agreement completed.
2021-03-24 - 8:14:28 PM GMT

Prime Clerk ● POWERED BY Adobe Sign

# EXHIBIT K

CRIMEBURY

| From: | ullrichlawfirm@att.net |
|---|---|
| Sent: | Tuesday, May 11, 2021 5:39 PM |
| To: | 'pgeinfo@primeclerk.com' |
| Subject: | PG&E Bankruptcy; Karyn Charmbury, Claimant |
| Attachments: | CHARMBURY - PG&E BK four settlement offer responses20210511_17292839.pdf |

| Importance: | High |
|---|---|

Dear Prime Clerk, LLC:

Please find attached four settlement offer responses that were submitted electronically by the below on March 24, 2021, on behalf of the subject claimant. To date, no responses have been received to the counter-offers by either the undersigned or the claimant. Please inform me as to the status of any response to these settlement offer responses. Thank you very much for your patience and understanding.

Donald W. Ullrich, Jr.

Donald W. Ullrich, Jr.
Attorney at Law, California State Bar No. 118701
Ullrich Law Firm
P. O. Box 160007
3574 D Street
Sacramento, CA 95816
Telephone no.: 1.916.441.4554
Facsimile no.: 1.916.441.5465
Cell phone no.: 1.916.425.1061
e-mail: ullrichlawfirm@att.net
website: www.ullrichlawfirm.com

WARNING AS TO UNAUTHORIZED USE. This e-mail is intended only for the addressee(s) named in this e-mail. The information contained in this e-mail and any attachment(s) to it are intended only for the personal and confidential use of the said addressee(s). This e-mail and any attachment(s) to it may also be a privileged attorney-client communication. If so, it should be considered privileged and confidential. If the reader or recipient of this e-mail and any attachment(s) to it is not the addressee or one of the addressees, if more than one, or an agent or employee thereof responsible for delivering it to said addressee(s), you are hereby notified that you have received this e-mail and any attachment(s) to it in error and that any review, retention, dissemination, distribution, disclosure, or copying of this e-mail in whole or in part, including but not limited to any attachment(s) to it, is strictly prohibited and may subject you to penalties under the Electronic Communications Privacy Act, 18 United States Code, sections 2510-2521, or any successor statute(s) thereto, and other applicable laws. If you have received this e-mail, including any attachment(s) to it, in error, please notify the sender immediately by reply e-mail or by telephone to 1.916.441.4554 or by facsimile transmission to 1.916.441.5465 and permanently delete this e-mail, including any attachment(s) to it, from your network's and/ or computer's memory and any data storage device.

IRS CIRCULAR 230 NOTICE. To ensure compliance with requirements imposed by the Internal Revenue Service of the United States Department of Treasury, you are herewith informed that any advice pertaining or related to the tax laws and/or regulations of the United States of America contained in this e-mail or any attachment(s) to it whether or not you are an addressee of this e-mail or person copied with it is not intended nor written or prepared to be used and cannot

be used by you or anyone for the purpose of (i) avoiding penalties under the United States Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.



**ullrichlawfirm@att.net**

| | |
|---|---|
| **From:** | Prime Clerk <echosign@echosign.com> |
| **Sent:** | Wednesday, March 24, 2021 12:59 PM |
| **To:** | Prime Clerk E-Filing; Donald W. Ullrich, Jr. |
| **Subject:** | You signed: "SettlementOfferResponse_779000101184452_K@C$O28658" |
| **Attachments:** | SettlementOfferResponse_779000101184452_K@C$O28658 – signed.pdf |



# Prime Clerk



You're done signing

# SettlementOfferResponse_779000101184452_K@C$O28658

# Open agreement

Attached is the final agreement for your reference. You can also **open it online** to review its activity history.

Thank you for your electronic submission. Please do not send a duplicate of this submission by any other method of return.

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

© 2021 Adobe. All rights reserved.

i

# SETTLEMENT OFFER RESPONSE

General Claimant(s): Karyn Charmbury

Proof of Claim Number(s): 60152

ADR Settlement Offer Number: 779000101184452

Settlement Offer: 5,000.00

**Offer Response**

☐ Settlement Offer Accepted

☒ Settlement Offer Rejected

   o   Counteroffer: $ 25,000.00

Claimant or Authorized Representative Signature

## Donald W. Ullrich, Jr. (Print)

**Signature:** *Donald W. Ullrich, Jr.* (Sign)
Donald W. Ullrich, Jr. (Mar 24, 2021 16:58 PDT)

**Email:** ullrichlawfirm@att.net

3

# SettlementOfferResponse_779000101184452_K@C$O28658

Final Audit Report                                                   2021-03-24

Created:        2021-03-24
By:             Prime Clerk E-Filing (efiling@primeclerk.com)
Status:         Signed
Transaction ID: CBJCHBCAABAAfZYvasEU5TzoOkMfbmstqo1dGWEZhDek

## "SettlementOfferResponse_779000101184452_K@C$O28658" History

- Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
  2021-03-24 - 7:56:20 PM GMT

- Web Form filled in by Donald W. Ullrich, Jr. (ullrichlawfirm@att.net)
  2021-03-24 - 7:58:45 PM GMT- IP address: 75.58.120.89

- (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:86.0) Gecko/20100101 Firefox/86.0)
  2021-03-24 - 7:58:47 PM GMT- IP address: 75.58.120.89

- Agreement completed.
  2021-03-24 - 7:58:47 PM GMT

Prime Clerk          POWERED BY
                     Adobe Sign



**ullrichlawfirm@att.net**

| | |
|---|---|
| **From:** | Prime Clerk <echosign@echosign.com> |
| **Sent:** | Wednesday, March 24, 2021 1:05 PM |
| **To:** | Donald W. Ullrich, Jr.; Prime Clerk E-Filing |
| **Subject:** | You signed: "SettlementOfferResponse_779000101184453_GDYVE28658" |
| **Attachments:** | SettlementOfferResponse_779000101184453_GDYVE28658 - signed.pdf |





### You're done signing
### SettlementOfferResponse_779000101184453_GDYVE28658

# Open agreement

Attached is the final agreement for your reference. You can also **open it online** to review its activity history.

Thank you for your electronic submission. Please do not send a duplicate of this submission by any other method of return.

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

© 2021 Adobe. All rights reserved.

1

# SETTLEMENT OFFER RESPONSE

<u>General Claimant(s):</u> Charmbury, Karyn

<u>Proof of Claim Number(s):</u> 60152

<u>ADR Settlement Offer Number:</u> 779000101184453

<u>Settlement Offer:</u>  5,000.00

## Offer Response

☐ Settlement Offer Accepted

☒ Settlement Offer Rejected

     o   Counteroffer: $ 25,000.00

Claimant or Authorized Representative Signature

## Donald W. Ullrich, Jr. (Print)

Signature: _Donald W. Ullrich, Jr._
Donald W. Ullrich, Jr. [Mar 24, 2021 1( (Sign) )

Email: ullrichlawfirm@att.net

3

# SettlementOfferResponse_779000101184453_GDYVE28658

**Final Audit Report**           2021-03-24

| | |
|---|---|
| Created: | 2021-03-24 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAUO2_b_e5yTqmlsWQhm8VyXlT0RJySrY6 |

## "SettlementOfferResponse_779000101184453_GDYVE28658" History

- Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
  2021-03-24 - 8:02:54 PM GMT

- Web Form filled in by Donald W. Ullrich, Jr. (ullrichlawfirm@att.net)
  2021-03-24 - 8:04:59 PM GMT- IP address: 75.58.120.89

- (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:86.0) Gecko/20100101 Firefox/86.0)
  2021-03-24 - 8:05:00 PM GMT- IP address: 75.58.120.89

- Agreement completed.
  2021-03-24 - 8:05:00 PM GMT

Prime Clerk   |   POWERED BY Adobe Sign

**ullrichlawfirm@att.net**

| | |
|---|---|
| **From:** | Prime Clerk <echosign@echosign.com> |
| **Sent:** | Wednesday, March 24, 2021 1:11 PM |
| **To:** | Prime Clerk E-Filing; Donald W. Ullrich, Jr. |
| **Subject:** | You signed: "SettlementOfferResponse_779000101184447_AUQPH28658" |
| **Attachments:** | SettlementOfferResponse_779000101184447_AUQPH28658 – signed.pdf |



# Prime Clerk



## You're done signing
## SettlementOfferResponse_779000101184447_AUQPH28658

# Open agreement

---

Attached is the final agreement for your reference. You can also **open it online** to review its activity history.

Thank you for your electronic submission. Please do not send a duplicate of this submission by any other method of return.

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

© 2021 Adobe. All rights reserved.

1

**SETTLEMENT OFFER RESPONSE**

General Claimant(s): Charmbury, Karyn

Proof of Claim Number(s): 65553

ADR Settlement Offer Number: 779000101184447

Settlement Offer: 5,000.00

**Offer Response**

☐ Settlement Offer Accepted

☒ Settlement Offer Rejected

    o  Counteroffer: $ 25,000.00

Claimant or Authorized Representative Signature

# Donald W. Ullrich, Jr. (Print)

**Signature:** *Donald W. Ullrich, Jr.*
Donald W. Ullrich, Jr. (Mar 24, 2021 1(Sign)

**Email:** ullrichlawfirm@att.net

3

# SettlementOfferResponse_779000101184447_AUQPH28658

**Final Audit Report**            2021-03-24

| | |
|---|---|
| Created: | 2021-03-24 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAArPY03MtPxX152LKRFdEl9of5ME8lNpl- |

## "SettlementOfferResponse_779000101184447_AUQPH28658" History

- Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
  2021-03-24 - 8:08:45 PM GMT

- Web Form filled in by Donald W. Ullrich, Jr. (ullrichlawfirm@att.net)
  2021-03-24 - 8:10:47 PM GMT- IP address: 75.58.120.89

- (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:86.0) Gecko/20100101 Firefox/86.0)
  2021-03-24 - 8:10:48 PM GMT- IP address: 75.58.120.89

- Agreement completed.
  2021-03-24 - 8:10:48 PM GMT

Prime Clerk | POWERED BY Adobe Sign


**ullrichlawfirm@att.net** 

| | |
|---|---|
| **From:** | Prime Clerk <echosign@echosign.com> |
| **Sent:** | Wednesday, March 24, 2021 1:14 PM |
| **To:** | Donald W. Ullrich, Jr.; Prime Clerk E-Filing |
| **Subject:** | You signed: "SettlementOfferResponse_779000101184449_EMPGV28658" |
| **Attachments:** | SettlementOfferResponse_779000101184449_EMPGV28658 - signed.pdf |

# Prime Clerk



## You're done signing
## SettlementOfferResponse_779000101184449_EMPGV28658

# Open agreement

Attached is the final agreement for your reference. You can also **open it online** to review its activity history.

Thank you for your electronic submission. Please do not send a duplicate of this submission by any other method of return.

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

© 2021 Adobe. All rights reserved.

1

# SETTLEMENT OFFER RESPONSE

General Claimant(s): Charmbury, Karyn

Proof of Claim Number(s): 65553

ADR Settlement Offer Number: 779000101184449

Settlement Offer: 5,000.00

## Offer Response

☐ Settlement Offer Accepted

☒ Settlement Offer Rejected

    o  Counteroffer: $ 25,000.00

Claimant or Authorized Representative Signature

**Donald W. Ullrich, Jr.** (Print)

**Signature:** *Donald W. Ullrich, Jr.*
Donald W. Ullrich, Jr. (Mar 24, 2021 1(51gn))

**Email:** ullrichlawfirm@att.net

# SettlementOfferResponse_779000101184449_ EMPGV28658

**Final Audit Report** 2021-03-24

| | |
|---|---|
| Created: | 2021-03-24 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAATOoxYtVkS6O50e_7GEDnCeumB0DDRdGk |

## "SettlementOfferResponse_779000101184449_EMPGV28658" History

- Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
  2021-03-24 - 8:13:10 PM GMT

- Web Form filled in by Donald W. Ullrich, Jr. (ullrichlawfirm@att.net)
  2021-03-24 - 8:14:27 PM GMT- IP address: 75.58.120.89

- (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:86.0) Gecko/20100101 Firefox/86.0)
  2021-03-24 - 8:14:28 PM GMT- IP address: 75.58.120.89

- Agreement completed.
  2021-03-24 - 8:14:28 PM GMT

Prime Clerk ♦ | POWERED BY Adobe Sign

# EXHIBIT L

| | |
|---|---|
| **From:** | PGE Info <pgeinfo@primeclerk.com> |
| **Sent:** | Wednesday, May 12, 2021 10:33 AM |
| **To:** | ullrichlawfirm@att.net |
| **Subject:** | RE: [EXTERNAL] PG&E Bankruptcy; Karyn Charmbury, Claimant |

Donald,

Thank you for your inquiry.

Please allow this email to serve as a confirmation that we have received your inquiry and have brought it to the appropriate parties for further assistance.

**Prime Clerk is the court appointed claims and noticing agent in the chapter 11 cases commenced by PG&E and its primary operating subsidiary (collectively, the "Debtors"). As such, we are not permitted to provide legal or financial advice. We are not authorized to accept claims by email or fax, and any documents or information provided via either of these methods will not constitute a claim in these cases.**

Please let us know if we can be of further assistance.

Regards,

---

**Prime Clerk Inquiries**

Prime Clerk LLC, A Kroll Business

850 Third Avenue

Suite 412

Brooklyn, NY 11232

www.krollbusinessservices.com

-------------- Original Message --------------
**From:** [ullrichlawfirm@att.net]
**Sent:** 5/11/2021 8:38 PM
**To:** pgeinfo@primeclerk.com
**Subject:** [EXTERNAL] PG&E Bankruptcy; Karyn Charmbury, Claimant

Dear Prime Clerk, LLC:

Please find attached four settlement offer responses that were submitted electronically by the below on March 24, 2021, on behalf of the subject claimant. To date, no responses have been received to the counter-offers by either the undersigned or the claimant. Please inform me as to the status of any response to these settlement offer responses. Thank you very much for your patience and understanding.

Donald W. Ullrich, Jr.


Donald W. Ullrich, Jr.

Attorney at Law, California State Bar No. 118701

Ullrich Law Firm

P. O. Box 160007

3574 D Street

Sacramento, CA 95816

Telephone no.: 1.916.441.4554

Facsimile no.: 1.916.441.5465

Cell phone no.: 1.916.425.1061

e-mail: ullrichlawfirm@att.net

website: www.ullrichlawfirm.com


WARNING AS TO UNAUTHORIZED USE. This e-mail is intended only for the addressee(s) named in this e-mail. The information contained in this e-mail and any attachment(s) to it are intended only for the personal and confidential use of the said addressee(s). This e-mail and any attachment(s) to it may also be a privileged attorney-client communication. If so, it should be considered privileged and confidential. If the reader or recipient of this e-mail and any attachment(s) to it is not the addressee or one of the addressees, if more than one, or an agent or employee thereof responsible for delivering it to said addressee(s), you are hereby notified that you have received this e-mail and any attachment(s) to it in error and that any review, retention, dissemination, distribution, disclosure, or copying of this e-mail in whole or in part, including but not limited to any attachment(s) to it, is strictly prohibited and may subject you to penalties under the Electronic Communications Privacy Act, 18 United States Code, sections 2510-2521, or any successor statute(s) thereto, and other applicable laws. If you have received this e-mail, including any attachment(s) to it, in error, please notify the sender immediately by reply e-mail or by telephone to 1.916.441.4554 or by facsimile transmission to 1.916.441.5465 and permanently delete this e-mail, including any attachment(s) to it, from your network's and/ or computer's memory and any data storage device.

IRS CIRCULAR 230 NOTICE. To ensure compliance with requirements imposed by the Internal Revenue Service of the United States Department of Treasury, you are herewith informed that any advice pertaining or related to the tax laws and/or regulations of the United States of America contained in this e-mail or any attachment(s) to it whether or not you are an addressee of this e-mail or person copied with it is not intended nor written or prepared to be used and cannot be used by you or anyone for the purpose of (i) avoiding penalties under the United States Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is

available at https://www.kroll.com/en/privacy-policy. ⊠

ref:_00D1N1uIqY._5003l1Boa3y:ref

<img src="https://primeclerkllc--c.na78.content.force.com/servlet/servlet.ImageServer?id=0151N000003RXiF&oid=00D1N000001uIqY&lastMod=1525309340000">
<span style="font-size:12px;font-family: Calibri;">Prime Clerk Inquiries
Prime Clerk
850 Third Avenue, Suite 412
Brooklyn, NY 11232
<a href="http://primeclerk.com/">primeclerk.com</a> </span> <span style="font-size:10px; font-style: italic;font-family: verdana">
The highest level of professionalism, innovation and transparency in bankruptcy administration.
For more information click here: <a href="http://primeclerk.com/raising-the-bar/">http://primeclerk.com/raising-the-bar/</a>&nbsp&nbsp<a href="https://twitter.com/PrimeClerk"><img src="https://primeclerkllc--c.na78.content.force.com/servlet/servlet.ImageServer?id=0151N000003RXiH&oid=00D1N000001uIqY&lastMod=1525309340000"></a>&nbsp&nbsp&nbsp<a href="http://www.linkedin.com/company/prime-clerk"><img src="https://primeclerkllc--c.na78.content.force.com/servlet/servlet.ImageServer?id=0151N000003RXiG&oid=00D1N000001uIqY&lastMod=1525309340000"></a></span>

# EXHIBIT M



**ullrichlawfirm@att.net**

| | |
|---|---|
| **From:** | PGE Claim Support <pgeclaimsupport@PrimeClerk.com> |
| **Sent:** | Wednesday, May 19, 2021 7:41 PM |
| **To:** | 'ullrichlawfirm@att.net'; 'ullrichlawfirm@surewest.net' |
| **Subject:** | PG&E Corporation/Pacific Gas and Electric Company: General Claims Information Procedures - Settlement Offer |
| **Attachments:** | RevisedResponseNumber_779000101231477.pdf |

**O**
**F**
**F**
**E**
**R**

**N**
**O**
**T**
**I**
**C**
**E**

**THIS OFFER NOTICE CONCERNS THE PROOF OF CLAIM YOU FILED IN THE PG&E BANKRUPTCY. IT IS IMPORTANT THAT YOU READ THIS OFFER NOTICE AND COMPLY WITH ITS INSTRUCTIONS BY ORDER OF THE BANKRUPTCY COURT.**

Mailing Date: 5/19/2021

General Claimant(s): Charmbury, Karyn

General Claimant's Address:

The Ullrich Law Firm
Donald W. Ullrich, Jr.
P. O. Box 160007
Sacramento CA 95816 0007

General Claimant's Email (if applicable): ullrichlawfirm@att.net; ullrichlawfirm@surewest.net

Proof of Claim Number(s): 60152

ADR Settlement Number: 779000101231477

**Revised Settlement Offer: $10,000.00**

On January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**" or "**Reorganized Debtors**") filed voluntary cases for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Northern District of California. The Bankruptcy Court confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June*

1

*19, 2020* [Bankr. N.D. Cal. Dkt. No. 8048] (the "**Plan**"), on June 20, 2020. The Plan became effective on July 1, 2020.

On September 25, 2020, the Bankruptcy Court approved certain procedures the ("**General Claims Procedures**") to facilitate the resolution of certain proofs of claim that have been submitted in these chapter 11 cases. Enclosed with this Offer Notice are procedures approved by the Bankruptcy Court for the exchange of settlement offers with respect to certain proofs of claim (the "**Offer Procedures**"). You are required to participate in the Offer Procedures with respect to your proof of claim. Copies of the General Claims Procedures and the Offer Procedures are available for viewing at https://restructuring.primeclerk.com/pge/.

This Offer Notice includes a revised offer by the Reorganized Debtors to settle your claim (the "**Revised Settlement Offer**"). Pursuant to the Offer Procedures, you **must respond** to the Revised Settlement Offer in writing **within fourteen (14) days** of the above-indicated Mailing Date of this Offer Notice (the "**Revised Settlement Offer Deadline**"). The Reorganized Debtors, in their sole discretion, may agree to extend the Revised Settlement Offer Deadline to permit the exchange of additional offers.

There are two permitted responses to a Revised Settlement Offer: (i) a signed acceptance, or (ii) a rejection. A rejection of the Revised Settlement Offer may, but need not, include a counteroffer.

The Reorganized Debtors may, in their sole discretion, terminate the Offer Procedures and (i) submit the General Claim to nonbinding, mandatory mediation, or (ii) seek to resolve the General Claim through the claims reconciliation and objection process before the Bankruptcy Court.

Please submit your settlement offer response electronically by visiting the online portal located here: https://restructuring.primeclerk.com/PGE-ADRSettlementOffer/ (the "Portal").

To access the Portal, login with the below ADR Settlement Number:

ADR Settlement Number: 779000101231477

Once you login to the Portal, you will be asked to indicate whether you accept or reject the enclosed Settlement Offer.

If it is impracticable or impossible for you to complete and submit the Settlement Offer Response electronically, you may mail a fully completed Settlement Offer Response using the enclosed form to:

PG&E Corporation Claims Processing Center c/o
Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**FAILURE TO RESPOND TO THE SETTLEMENT OFFER ON OR BEFORE THE SETTLEMENT RESPONSE DEADLINE MAY RESULT IN A FORMAL OBJECTION BEING FILED SEEKING DISALLOWANCE OF YOUR PROOF OF CLAIM.**

Questions regarding this Offer Notice of the General Claims Procedures should be directed to the Reorganized Debtors' Claims and Noticing Agent, Prime Clerk LLC, at 844-339-4217 (toll- free), +1 929-333-8977 (international), or by email at pgeinfo@primeclerk.com.

Yours truly,

PG&E Corporation and Pacific Gas and Electric Company

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.



## SETTLEMENT OFFER RESPONSE

General Claimant(s): Charmbury, Karyn

General Claimant's Address: The Ullrich Law Firm
Donald W. Ullrich, Jr.
P. O. Box 160007
Sacramento CA 95816-0007

General Claimant's Email (if applicable): ullrichlawfirm@att.net; ullrichlawfirm@surewest.net

Proof of Claim Number(s): 60152

ADR Settlement Number: 779000101231477

Settlement Offer: $10,000.00

**Offer Response (Check one of the below options)**

☐ Settlement Offer Accepted

☐ Settlement Offer Rejected

      Counteroffer: $_____

Claimant or Authorized Representative Signature

_____ (Print)

_____ (Sign)

# EXHIBIT N

**ullrichlawfirm@att.net** 

| | |
|---|---|
| **From:** | PGE Claim Support <pgeclaimsupport@PrimeClerk.com> |
| **Sent:** | Wednesday, May 19, 2021 7:41 PM |
| **To:** | 'ullrichlawfirm@att.net' |
| **Subject:** | PG&E Corporation/Pacific Gas and Electric Company: General Claims Information Procedures - Settlement Offer |
| **Attachments:** | RevisedResponseNumber_779000101231476.pdf |

**O**
**F**
**F**
**E**
**R**

**N**
**O**
**T**
**I**
**C**
**E**

**THIS OFFER NOTICE CONCERNS THE PROOF OF CLAIM YOU FILED IN THE PG&E BANKRUPTCY. IT IS IMPORTANT THAT YOU READ THIS OFFER NOTICE AND COMPLY WITH ITS INSTRUCTIONS BY ORDER OF THE BANKRUPTCY COURT.**

Mailing Date: 5/19/2021

General Claimant(s): Charmbury, Karyn

General Claimant's Address:

The Ullrich Law Firm
Donald William Ullrich, Jr.
3574 D Street
Sacramento CA 95816-3412

General Claimant's Email (if applicable): ullrichlawfirm@att.net

Proof of Claim Number(s): 65553

ADR Settlement Number: 779000101231476

**Revised Settlement Offer: $10,000.00**

On January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**" or "**Reorganized Debtors**") filed voluntary cases for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Northern District of California. The Bankruptcy Court confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June*

1

*19, 2020* [Bankr. N.D. Cal. Dkt. No. 8048] (the "**Plan**"), on June 20, 2020. The Plan became effective on July 1, 2020.

On September 25, 2020, the Bankruptcy Court approved certain procedures the ("**General Claims Procedures**") to facilitate the resolution of certain proofs of claim that have been submitted in these chapter 11 cases. Enclosed with this Offer Notice are procedures approved by the Bankruptcy Court for the exchange of settlement offers with respect to certain proofs of claim (the "**Offer Procedures**"). You are required to participate in the Offer Procedures with respect to your proof of claim. Copies of the General Claims Procedures and the Offer Procedures are available for viewing at https://restructuring.primeclerk.com/pge/.

This Offer Notice includes a revised offer by the Reorganized Debtors to settle your claim (the "**Revised Settlement Offer**"). Pursuant to the Offer Procedures, you **must respond** to the Revised Settlement Offer in writing **within fourteen (14) days** of the above-indicated Mailing Date of this Offer Notice (the "**Revised Settlement Offer Deadline**"). The Reorganized Debtors, in their sole discretion, may agree to extend the Revised Settlement Offer Deadline to permit the exchange of additional offers.

*/*

There are two permitted responses to a Revised Settlement Offer: (i) a signed acceptance, or (ii) a rejection. A rejection of the Revised Settlement Offer may, but need not, include a counteroffer.

The Reorganized Debtors may, in their sole discretion, terminate the Offer Procedures and (i) submit the General Claim to nonbinding, mandatory mediation, or (ii) seek to resolve the General Claim through the claims reconciliation and objection process before the Bankruptcy Court.

Please submit your settlement offer response electronically by visiting the online portal located here: https://restructuring.primeclerk.com/PGE-ADRSettlementOffer/ (the "Portal").

To access the Portal, login with the below ADR Settlement Number:

ADR Settlement Number: 779000101231476

Once you login to the Portal, you will be asked to indicate whether you accept or reject the enclosed Settlement Offer.

If it is impracticable or impossible for you to complete and submit the Settlement Offer Response electronically, you may mail a fully completed Settlement Offer Response using the enclosed form to:

PG&E Corporation Claims Processing Center c/o
Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**FAILURE TO RESPOND TO THE SETTLEMENT OFFER ON OR BEFORE THE SETTLEMENT RESPONSE DEADLINE MAY RESULT IN A FORMAL OBJECTION BEING FILED SEEKING DISALLOWANCE OF YOUR PROOF OF CLAIM.**

Questions regarding this Offer Notice of the General Claims Procedures should be directed to the Reorganized Debtors' Claims and Noticing Agent, Prime Clerk LLC, at 844-339-4217 (toll- free), +1 929-333-8977 (international), or by email at pgeinfo@primeclerk.com.

Yours truly,

PG&E Corporation and Pacific Gas and Electric Company

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.



779000101231476

## SETTLEMENT OFFER RESPONSE

General Claimant(s): Charmbury, Karyn

General Claimant's Address: The Ullrich Law Firm
Donald William Ullrich, Jr.
3574 D Street
Sacramento CA 95816-3412

General Claimant's Email (if applicable): ullrichlawfirm@att.net

Proof of Claim Number(s): 65553

ADR Settlement Number: 779000101231476

Settlement Offer: $10,000.00

**Offer Response (Check one of the below options)**

☐ Settlement Offer Accepted

☐ Settlement Offer Rejected

Counteroffer: $_____

Claimant or Authorized Representative Signature

_____ (Print)

_____ (Sign)

# EXHIBIT O



**ullrichlawfirm@att.net**

| | |
|---|---|
| **From:** | Prime Clerk <echosign@echosign.com> |
| **Sent:** | Wednesday, June 02, 2021 2:33 PM |
| **To:** | Prime Clerk E-Filing; Donald W. Ullrich, Jr. |
| **Subject:** | You signed: "SettlementOfferResponse_779000101231477_LXJXN28658" |
| **Attachments:** | SettlementOfferResponse_779000101231477_LXJXN28658 - signed.pdf |

# Prime Clerk



## You're done signing
## **SettlementOfferResponse_779000101231477_LXJXN28658**

# **Open agreement**

Attached is the final agreement for your reference. You can also **open it online** to review its activity history.

Thank you for your electronic submission. Please do not send a duplicate of this submission by any other method of return.

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

© 2021 Adobe. All rights reserved.

## SETTLEMENT OFFER RESPONSE

General Claimant(s): Donald W. Ullrich, Jr. for Karyn Charmbury

Proof of Claim Number(s): 60152

ADR Settlement Offer Number: 779000101231477

Settlement Offer: 10,000.00

## Offer Response

☐ Settlement Offer Accepted

☒ Settlement Offer Rejected

  o Counteroffer: $ 20,000.00

Claimant or Authorized Representative Signature

**Donald W. Ullrich, Jr.** (Print)

**Signature:** *Donald W. Ullrich, Jr.* (Sign)
Donald W. Ullrich, Jr. (Jun 2, 2021 14:...)

**Email:** ullrichlawfirm@att.net

# SettlementOfferResponse_779000101231477_LXJXN28658

Final Audit Report                                                      2021-06-02

| | |
|---|---|
| Created: | 2021-06-02 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAABRMJA-hQ6E8dkA__uOkVp3FTzFFtCzk2 |

## "SettlementOfferResponse_779000101231477_LXJXN28658" History

📄 Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
2021-06-02 - 9:30:47 PM GMT

📄 Web Form filled in by Donald W. Ullrich, Jr. (ullrichlawfirm@att.net)
2021-06-02 - 9:33:00 PM GMT- IP address: 75.58.120.89

✍ (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:88.0) Gecko/20100101 Firefox/88.0)
2021-06-02 - 9:33:02 PM GMT- IP address: 75.58.120.89

✅ Agreement completed.
2021-06-02 - 9:33:02 PM GMT

Prime Clerk ⬛ | POWERED BY Adobe Sign





**Prime Clerk**
A **KROLL** BUSINESS

# Settlement Offer Response Submission



# You're all set

**You finished signing "SettlementOfferResponse_779000101231477_LXJXN28658".**

**Copies will be e-mailed to all parties. You can also<ins>download a copy</ins>of what you just si**

← RETURN TO CASE HOME

## SETTLEMENT OFFER RESPONSE

General Claimant(s): Donald W. Ullrich, Jr. for Karyn Charmbury

Proof of Claim Number(s): 60152

ADR Settlement Offer Number: 779000101231477

Settlement Offer:  10,000.00

## Offer Response

☐ Settlement Offer Accepted

☒ Settlement Offer Rejected

   o  Counteroffer: $ 20,000.00

Claimant or Authorized Representative Signature

Donald W. Ullrich, Jr. (Print)

Signature: _Donald W. Ullrich, Jr._ (Sign)
Donald W. Ullrich, Jr. (Jun 2, 2021 14...)

Email: ullrichlawfirm@att.net

**ullrichlawfirm@att.net**

| | |
|---|---|
| **From:** | Prime Clerk <echosign@echosign.com> |
| **Sent:** | Wednesday, June 02, 2021 2:39 PM |
| **To:** | Prime Clerk E-Filing; Donald W. Ullrich, Jr. |
| **Subject:** | You signed: "SettlementOfferResponse_779000101231476_J@ZJ*28658" |
| **Attachments:** | SettlementOfferResponse_779000101231476_J@ZJ_28658 - signed.pdf |



# Prime Clerk

You're done signing

## SettlementOfferResponse_779000101231476_J@ZJ*28658

# Open agreement

Attached is the final agreement for your reference. You can also **open it online** to review its activity history.

Thank you for your electronic submission. Please do not send a duplicate of this submission by any other method of return.

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

© 2021 Adobe. All rights reserved.

## SETTLEMENT OFFER RESPONSE

General Claimant(s): Donald W. Ullrich, Jr., for Karyn Charmbury

Proof of Claim Number(s): 65553

ADR Settlement Offer Number: 779000101231476

Settlement Offer:   10,000.00

## Offer Response

☐ Settlement Offer Accepted

☒ Settlement Offer Rejected

○ Counteroffer: $ 20,000.00

Claimant or Authorized Representative Signature

### Donald W. Ullrich, Jr. (Print)

Signature: _Donald W. Ullrich, Jr._ (Sign)
Donald W. Ullrich, Jr. (Jun 2, 2021 14:...)

Email: ullrichlawfirm@att.net

# SettlementOfferResponse_779000101231476_J @ZJ*28658

Final Audit Report                                          2021-06-02

| | |
|---|---|
| Created: | 2021-06-02 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAuJ4yb7deqy3h6wXTSWgMzLGMANTvm7R2 |

## "SettlementOfferResponse_779000101231476_J@ZJ*28658" History

📄 Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
   2021-06-02 - 9:37:22 PM GMT

📄 Web Form filled in by Donald W. Ullrich, Jr. (ullrichlawfirm@att.net)
   2021-06-02 - 9:38:53 PM GMT- IP address: 75.58.120.89

✍️ (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:88.0) Gecko/20100101 Firefox/88.0)
   2021-06-02 - 9:38:54 PM GMT- IP address: 75.58.120.89

✅ Agreement completed.
   2021-06-02 - 9:38:54 PM GMT

Case: 19-30088   Doc# 13269-1   Filed: 11/18/22   Entered: 11/18/22 17:41:16   Page 145 of 226

 

**Prime Clerk**
A **KROLL** BUSINESS

# Settlement Offer Response Submission



# You're all set

**You finished signing "SettlementOfferResponse_779000101231476_J@ZJ*28658".**

**Copies will be e-mailed to all parties. You can also<u>download a copy</u>of what you just si**

**← RETURN TO CASE HOME**

# SETTLEMENT OFFER RESPONSE

General Claimant(s): Donald W. Ullrich, Jr., for Karyn Charmbury

Proof of Claim Number(s): 65553

ADR Settlement Offer Number: 779000101231476

Settlement Offer: 10,000.00

## Offer Response

☐ Settlement Offer Accepted

☒ Settlement Offer Rejected

   o  Counteroffer: $ 20,000.00

Claimant or Authorized Representative Signature

## Donald W. Ullrich, Jr. (Print)

Signature: _Donald W. Ullrich, Jr._
Donald W. Ullrich, Jr. (Jun 2, 2021 14:51 PDT) (eSign)

Email: ullrichlawfirm@att.net

# EXHIBIT P

## OFFER NOTICE

**THIS OFFER NOTICE CONCERNS THE PROOF OF CLAIM YOU FILED IN THE PG&E BANKRUPTCY. IT IS IMPORTANT THAT YOU READ THIS OFFER NOTICE AND COMPLY WITH ITS INSTRUCTIONS BY ORDER OF THE BANKRUPTCY COURT.**

Mailing Date: 6/9/2021

General Claimant(s): Charmbury, Karyn

General Claimant's Address: The Ullrich Law Firm
Donald W. Ullrich, Jr.
P. O. Box 160007
Sacramento, CA 95816-0007

General Claimant's Email (if applicable): ullrichlawfirm@att.net; ullrichlawfirm@surewest.net

Proof of Claim Number(s): 65553

ADR Settlement Number: 779000101307024

**Revised Settlement Offer:** $11,000.00

On January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company (collectively, the **"Debtors"** or **"Reorganized Debtors"**) filed voluntary cases for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Northern District of California. The Bankruptcy Court confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Bankr. N.D. Cal. Dkt. No. 8048] (the **"Plan"**), on June 20, 2020. The Plan became effective on July 1, 2020.

On September 25, 2020, the Bankruptcy Court approved certain procedures the (**"General Claims Procedures"**) to facilitate the resolution of certain proofs of claim that have been submitted in these chapter 11 cases. Enclosed with this Offer Notice are procedures approved by the Bankruptcy Court for the exchange of settlement offers with respect to certain proofs of claim (the **"Offer Procedures"**). You are required to participate in the Offer Procedures with respect to your proof of claim. Copies of the General Claims Procedures and the Offer Procedures are available for viewing at https://restructuring.primeclerk.com/pge/.

This Offer Notice includes a revised offer by the Reorganized Debtors to settle your claim (the **"Revised Settlement Offer"**). Pursuant to the Offer Procedures, you **must respond** to the Revised Settlement Offer in writing **within fourteen (14) days** of the above-indicated Mailing Date of this Offer Notice (the **"Revised Settlement Offer Deadline"**). The Reorganized Debtors, in their sole discretion, may agree to extend the Revised Settlement Offer Deadline to permit the exchange of additional offers.

There are two permitted responses to a Revised Settlement Offer: (i) a signed acceptance, or (ii) a rejection. A rejection of the Revised Settlement Offer may, but need not, include a counteroffer.

The Reorganized Debtors may, in their sole discretion, terminate the Offer Procedures and (i) submit the General Claim to nonbinding, mandatory mediation, or (ii) seek to resolve the General Claim through the claims reconciliation and objection process before the Bankruptcy Court.

Please submit your settlement offer response electronically by visiting the online portal located here: https://restructuring.primeclerk.com/PGE-ADRSettlementOffer/ (the "Portal").

To access the Portal, login with the below ADR Settlement Number:

ADR Settlement Number: 779000101307024

Once you login to the Portal, you will be asked to indicate whether you accept or reject the enclosed Settlement Offer.

If it is impracticable or impossible for you to complete and submit the Settlement Offer Response electronically, you may mail a fully completed Settlement Offer Response using the enclosed form to:

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**FAILURE TO RESPOND TO THE SETTLEMENT OFFER ON OR BEFORE THE SETTLEMENT RESPONSE DEADLINE MAY RESULT IN A FORMAL OBJECTION BEING FILED SEEKING DISALLOWANCE OF YOUR PROOF OF CLAIM.**

Questions regarding this Offer Notice of the General Claims Procedures should be directed to the Reorganized Debtors' Claims and Noticing Agent, Prime Clerk LLC, at 844-339-4217 (toll-free), +1-929-333-8977 (international), or by email at pgeinfo@primeclerk.com.

Yours truly,

PG&E Corporation and Pacific Gas and Electric Company



779000101307024

## SETTLEMENT OFFER RESPONSE

General Claimant(s): Charmbury, Karyn

General Claimant's Address: The Ullrich Law Firm
Donald W. Ullrich, Jr.
P. O. Box 160007
Sacramento CA 95816-0007

General Claimant's Email (if applicable): ullrichlawfirm@att.net; ullrichlawfirm@surewest.net

Proof of Claim Number(s): 65553

ADR Settlement Number: 779000101307024

Settlement Offer: $11,000.00

**Offer Response (Check one of the below options)**

☐ Settlement Offer Accepted

☐ Settlement Offer Rejected

Counteroffer: $_____

Claimant or Authorized Representative Signature

_____ (Print)

_____ (Sign)

&&&PGE 2260 SRF 54331 MMLID:7227218-P PackID: 2 SVC: ADR Settlement
Charmbury, Karyn
The Ullrich Law Firm
Donald W. Ullrich, Jr.
P. O. Box 160007
Sacramento CA 95816-0007

# EXHIBIT Q

# OFFER NOTICE

**THIS OFFER NOTICE CONCERNS THE PROOF OF CLAIM YOU FILED IN THE PG&E BANKRUPTCY. IT IS IMPORTANT THAT YOU READ THIS OFFER NOTICE AND COMPLY WITH ITS INSTRUCTIONS BY ORDER OF THE BANKRUPTCY COURT.**

Mailing Date: 6/9/2021

General Claimant(s): Charmbury, Karyn

General Claimant's Address: The Ullrich Law Firm
Donald William Ullrich, Jr.
3574 D Street
Sacramento CA 95816-3412

General Claimant's Email (if applicable): ullrichlawfirm@att.net

Proof of Claim Number(s): 60152

ADR Settlement Number: 779000101307025

**Revised Settlement Offer:** $11,000.00

On January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company (collectively, the **"Debtors"** or **"Reorganized Debtors"**) filed voluntary cases for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Northern District of California. The Bankruptcy Court confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Bankr. N.D. Cal. Dkt. No. 8048] (the **"Plan"**), on June 20, 2020. The Plan became effective on July 1, 2020.

On September 25, 2020, the Bankruptcy Court approved certain procedures the (**"General Claims Procedures"**) to facilitate the resolution of certain proofs of claim that have been submitted in these chapter 11 cases. Enclosed with this Offer Notice are procedures approved by the Bankruptcy Court for the exchange of settlement offers with respect to certain proofs of claim (the **"Offer Procedures"**). You are required to participate in the Offer Procedures with respect to your proof of claim. Copies of the General Claims Procedures and the Offer Procedures are available for viewing at https://restructuring.primeclerk.com/pge/.

This Offer Notice includes a revised offer by the Reorganized Debtors to settle your claim (the **"Revised Settlement Offer"**). Pursuant to the Offer Procedures, you **must respond** to the Revised Settlement Offer in writing **within fourteen (14) days** of the above-indicated Mailing Date of this Offer Notice (the **"Revised Settlement Offer Deadline"**). The Reorganized Debtors, in their sole discretion, may agree to extend the Revised Settlement Offer Deadline to permit the exchange of additional offers.

There are two permitted responses to a Revised Settlement Offer: (i) a signed acceptance, or (ii) a rejection. A rejection of the Revised Settlement Offer may, but need not, include a counteroffer.

The Reorganized Debtors may, in their sole discretion, terminate the Offer Procedures and (i) submit the General Claim to nonbinding, mandatory mediation, or (ii) seek to resolve the General Claim through the claims reconciliation and objection process before the Bankruptcy Court.

Please submit your settlement offer response electronically by visiting the online portal located here: https://restructuring.primeclerk.com/PGE-ADRSettlementOffer/ (the "Portal").

To access the Portal, login with the below ADR Settlement Number:

ADR Settlement Number: 779000101307025

Once you login to the Portal, you will be asked to indicate whether you accept or reject the enclosed Settlement Offer.

If it is impracticable or impossible for you to complete and submit the Settlement Offer Response electronically, you may mail a fully completed Settlement Offer Response using the enclosed form to:

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**FAILURE TO RESPOND TO THE SETTLEMENT OFFER ON OR BEFORE THE SETTLEMENT RESPONSE DEADLINE MAY RESULT IN A FORMAL OBJECTION BEING FILED SEEKING DISALLOWANCE OF YOUR PROOF OF CLAIM.**

Questions regarding this Offer Notice of the General Claims Procedures should be directed to the Reorganized Debtors' Claims and Noticing Agent, Prime Clerk LLC, at 844-339-4217 (toll-free), +1-929-333-8977 (international), or by email at pgeinfo@primeclerk.com.

Yours truly,

PG&E Corporation and Pacific Gas and Electric Company


779000101307025

# SETTLEMENT OFFER RESPONSE

General Claimant(s): Charmbury, Karyn

General Claimant's Address: The Ullrich Law Firm
Donald William Ullrich, Jr.
3574 D Street
Sacramento CA 95816-3412

General Claimant's Email (if applicable): ullrichlawfirm@att.net

Proof of Claim Number(s): 60152

ADR Settlement Number: 779000101307025

Settlement Offer: $11,000.00

**Offer Response (Check one of the below options)**

☐ Settlement Offer Accepted

☐ Settlement Offer Rejected

Counteroffer: $_____

Claimant or Authorized Representative Signature

_____ (Print)

_____ (Sign)

&&&PGE 2260 SRF 54331 MMLID:7227218-N PackID: 3 SVC: ADR Settlement
Charmbury, Karyn
The Ullrich Law Firm
Donald William Ullrich, Jr.
3574 D Street
Sacramento CA 95816-3412

# EXHIBIT R

# OFFER NOTICE

**THIS OFFER NOTICE CONCERNS THE PROOF OF CLAIM YOU FILED IN THE PG&E BANKRUPTCY. IT IS IMPORTANT THAT YOU READ THIS OFFER NOTICE AND COMPLY WITH ITS INSTRUCTIONS BY ORDER OF THE BANKRUPTCY COURT.**

Mailing Date: 6/9/2021

General Claimant(s): Charmbury, Karyn

General Claimant's Address: The Ullrich Law Firm
Donald William Ullrich, Jr.
3574 D Street
Sacramento CA 95816-3412

General Claimant's Email (if applicable): ullrichlawfirm@att.net

Proof of Claim Number(s): 65553

ADR Settlement Number: 779000101307026

**Revised Settlement Offer:** $11,000.00

On January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**" or "**Reorganized Debtors**") filed voluntary cases for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Northern District of California. The Bankruptcy Court confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Bankr. N.D. Cal. Dkt. No. 8048] (the "**Plan**"), on June 20, 2020. The Plan became effective on July 1, 2020.

On September 25, 2020, the Bankruptcy Court approved certain procedures the ("**General Claims Procedures**") to facilitate the resolution of certain proofs of claim that have been submitted in these chapter 11 cases. Enclosed with this Offer Notice are procedures approved by the Bankruptcy Court for the exchange of settlement offers with respect to certain proofs of claim (the "**Offer Procedures**"). You are required to participate in the Offer Procedures with respect to your proof of claim. Copies of the General Claims Procedures and the Offer Procedures are available for viewing at https://restructuring.primeclerk.com/pge/.

This Offer Notice includes a revised offer by the Reorganized Debtors to settle your claim (the "**Revised Settlement Offer**"). Pursuant to the Offer Procedures, you **must respond** to the Revised Settlement Offer in writing **within fourteen (14) days** of the above-indicated Mailing Date of this Offer Notice (the "**Revised Settlement Offer Deadline**"). The Reorganized Debtors, in their sole discretion, may agree to extend the Revised Settlement Offer Deadline to permit the exchange of additional offers.

There are two permitted responses to a Revised Settlement Offer: (i) a signed acceptance, or (ii) a rejection. A rejection of the Revised Settlement Offer may, but need not, include a counteroffer.

The Reorganized Debtors may, in their sole discretion, terminate the Offer Procedures and (i) submit the General Claim to nonbinding, mandatory mediation, or (ii) seek to resolve the General Claim through the claims reconciliation and objection process before the Bankruptcy Court.

Please submit your settlement offer response electronically by visiting the online portal located here: https://restructuring.primeclerk.com/PGE-ADRSettlementOffer/ (the "Portal").

To access the Portal, login with the below ADR Settlement Number:

ADR Settlement Number: 779000101307026

Once you login to the Portal, you will be asked to indicate whether you accept or reject the enclosed Settlement Offer.

If it is impracticable or impossible for you to complete and submit the Settlement Offer Response electronically, you may mail a fully completed Settlement Offer Response using the enclosed form to:

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**FAILURE TO RESPOND TO THE SETTLEMENT OFFER ON OR BEFORE THE SETTLEMENT RESPONSE DEADLINE MAY RESULT IN A FORMAL OBJECTION BEING FILED SEEKING DISALLOWANCE OF YOUR PROOF OF CLAIM.**

Questions regarding this Offer Notice of the General Claims Procedures should be directed to the Reorganized Debtors' Claims and Noticing Agent, Prime Clerk LLC, at 844-339-4217 (toll-free), +1 929-333-8977 (international), or by email at pgeinfo@primeclerk.com.

Yours truly,

PG&E Corporation and Pacific Gas and Electric Company


779000101307026

## SETTLEMENT OFFER RESPONSE

General Claimant(s): Charmbury, Karyn

General Claimant's Address: The Ullrich Law Firm
Donald William Ullrich, Jr.
3574 D Street
Sacramento CA 95816-3412

General Claimant's Email (if applicable): ullrichlawfirm@att.net

Proof of Claim Number(s): 65553

ADR Settlement Number: 779000101307026

Settlement Offer: $11,000.00

**Offer Response (Check one of the below options)**

☐ Settlement Offer Accepted

☐ Settlement Offer Rejected

Counteroffer: $_____

Claimant or Authorized Representative Signature

_____ (Print)

_____ (Sign)

&&&PGE 2260 SRF 54331 MMLID:7227218-N PackID: 4 SVC: ADR Settlement
Charmbury, Karyn
The Ullrich Law Firm
Donald William Ullrich, Jr.
3574 D Street
Sacramento CA 95816-3412

# EXHIBIT S

## OFFER NOTICE

**THIS OFFER NOTICE CONCERNS THE PROOF OF CLAIM YOU FILED IN THE PG&E BANKRUPTCY. IT IS IMPORTANT THAT YOU READ THIS OFFER NOTICE AND COMPLY WITH ITS INSTRUCTIONS BY ORDER OF THE BANKRUPTCY COURT.**

<u>Mailing Date</u>: 6/9/2021

<u>General Claimant(s)</u>: Charmbury, Karyn

<u>General Claimant's Address</u>: The Ullrich Law Firm
Donald W. Ullrich, Jr.
P. O. Box 160007
Sacramento CA 95816-0007

<u>General Claimant's Email (if applicable)</u>: ullrichlawfirm@att.net; ullrichlawfirm@surewest.net

<u>Proof of Claim Number(s)</u>: 60152

<u>ADR Settlement Number</u>: 779000101307028

**<u>Revised Settlement Offer:</u>** $11,000.00

On January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company (collectively, the **"Debtors"** or **"Reorganized Debtors"**) filed voluntary cases for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Northern District of California. The Bankruptcy Court confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Bankr. N.D. Cal. Dkt. No. 8048] (the **"Plan"**), on June 20, 2020. The Plan became effective on July 1, 2020.

On September 25, 2020, the Bankruptcy Court approved certain procedures the (**"General Claims Procedures"**) to facilitate the resolution of certain proofs of claim that have been submitted in these chapter 11 cases. Enclosed with this Offer Notice are procedures approved by the Bankruptcy Court for the exchange of settlement offers with respect to certain proofs of claim (the **"Offer Procedures"**). You are required to participate in the Offer Procedures with respect to your proof of claim. Copies of the General Claims Procedures and the Offer Procedures are available for viewing at https://restructuring.primeclerk.com/pge/.

This Offer Notice includes a revised offer by the Reorganized Debtors to settle your claim (the **"Revised Settlement Offer"**). Pursuant to the Offer Procedures, you **must respond** to the Revised Settlement Offer in writing **within fourteen (14) days** of the above-indicated Mailing Date of this Offer Notice (the **"Revised Settlement Offer Deadline"**). The Reorganized Debtors, in their sole discretion, may agree to extend the Revised Settlement Offer Deadline to permit the exchange of additional offers.

There are two permitted responses to a Revised Settlement Offer: (i) a signed acceptance, or (ii) a rejection. A rejection of the Revised Settlement Offer may, but need not, include a counteroffer.

The Reorganized Debtors may, in their sole discretion, terminate the Offer Procedures and (i) submit the General Claim to nonbinding, mandatory mediation, or (ii) seek to resolve the General Claim through the claims reconciliation and objection process before the Bankruptcy Court.

Please submit your settlement offer response electronically by visiting the online portal located here: https://restructuring.primeclerk.com/PGE-ADRSettlementOffer/ (the "Portal").

To access the Portal, login with the below ADR Settlement Number:

ADR Settlement Number: 779000101307028

Once you login to the Portal, you will be asked to indicate whether you accept or reject the enclosed Settlement Offer.

If it is impracticable or impossible for you to complete and submit the Settlement Offer Response electronically, you may mail a fully completed Settlement Offer Response using the enclosed form to:

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**FAILURE TO RESPOND TO THE SETTLEMENT OFFER ON OR BEFORE THE SETTLEMENT RESPONSE DEADLINE MAY RESULT IN A FORMAL OBJECTION BEING FILED SEEKING DISALLOWANCE OF YOUR PROOF OF CLAIM.**

Questions regarding this Offer Notice of the General Claims Procedures should be directed to the Reorganized Debtors' Claims and Noticing Agent, Prime Clerk LLC, at 844-339-4217 (toll-free), +1 929-333-8977 (international), or by email at pgeinfo@primeclerk.com.

Yours truly,

PG&E Corporation and Pacific Gas and Electric Company


779000101307028

## SETTLEMENT OFFER RESPONSE

General Claimant(s): Charmbury, Karyn

General Claimant's Address: The Ullrich Law Firm
Donald W. Ullrich, Jr.
P. O. Box 160007
Sacramento CA 95816-0007

General Claimant's Email (if applicable): ullrichlawfirm@att.net; ullrichlawfirm@surewest.net

Proof of Claim Number(s): 60152

ADR Settlement Number: 779000101307028

Settlement Offer: $11,000.00

**Offer Response (Check one of the below options)**

☐ Settlement Offer Accepted

☐ Settlement Offer Rejected

Counteroffer: $_____

Claimant or Authorized Representative Signature

_____ (Print)

_____ (Sign)

&&&PGE 2260 SRF 54331 MMLID:7227218-P PackID: 6 SVC: ADR Settlement
Charmbury, Karyn
The Ullrich Law Firm
Donald W. Ullrich, Jr.
P. O. Box 160007
Sacramento CA 95816-0007

## SETTLEMENT OFFER RESPONSE

<u>General Claimant(s)</u>: Donald W. Ullrich, Jr., for Karyn Charmbury

<u>Proof of Claim Number(s)</u>: 60152

<u>ADR Settlement Offer Number</u>: 779000101307028

<u>Settlement Offer</u>:  11,000.00

## Offer Response

[X] Settlement Offer Accepted

[ ] Settlement Offer Rejected

     o   Counteroffer: $_____

Claimant or Authorized Representative Signature

**Donald W. Ullrich, Jr.** (Print)

**Signature:** *Donald W. Ullrich, Jr.* (Sign)
Donald W. Ullrich, Jr. (Jun 23, 2021 10...)

**Email:** ullrichlawfirm@att.net

# EXHIBIT T

 CHARDSWP

**ullrichlawfirm@att.net**

| | |
|---|---|
| **From:** | Prime Clerk <echosign@echosign.com> |
| **Sent:** | Wednesday, June 23, 2021 1:57 PM |
| **To:** | Prime Clerk E-Filing; Donald W. Ullrich, Jr. |
| **Subject:** | You signed: "SettlementOfferResponse_779000101307024_GG$*U28658" |
| **Attachments:** | SettlementOfferResponse_779000101307024_GG$_U28658 - signed.pdf |

# Prɪme Clerk



You're done signing

## SettlementOfferResponse_779000101307024_GG$*U28658

# Open agreement

Attached is the final agreement for your reference. You can also **open it online** to review its activity history.

Thank you for your electronic submission. Please do not send a duplicate of this submission by any other method of return.

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

© 2021 Adobe. All rights reserved.

## SETTLEMENT OFFER RESPONSE

General Claimant(s): Donald W. Ullrich, Jr. for Karyn Charmbury

Proof of Claim Number(s): 65553

ADR Settlement Offer Number: 779000101307024

Settlement Offer:  11,000.00

**Offer Response**

[X] Settlement Offer Accepted

[ ] Settlement Offer Rejected

o  Counteroffer: $_____

Claimant or Authorized Representative Signature

**Donald W. Ullrich, Jr.** (Print)

**Signature:** *Donald W. Ullrich, Jr.*
Donald W. Ullrich, Jr. (Jun 23, 2021 1: (Sign)

**Email:** ullrichlawfirm@att.net

# SettlementOfferResponse_779000101307024_GG$*U28658

**Final Audit Report** 2021-06-23

Created: 2021-06-23
By: Prime Clerk E-Filing (efiling@primeclerk.com)
Status: Signed
Transaction ID: CBJCHBCAABAAdbt08U_67Ed63qfLC1rRNWRNIDoPFXnU...

## "SettlementOfferResponse_779000101307024_GG$*U28658" History

- Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
  2021-06-23 - 8:56:04 PM GMT

- Web Form filled in by Donald W. Ullrich, Jr. (ullrichlawfirm@att.net)
  2021-06-23 - 8:57:23 PM GMT- IP address: 75.58.120.89

- (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:89.0) Gecko/20100101 Firefox/89.0)
  2021-06-23 - 8:57:24 PM GMT- IP address: 75.58.120.89

- Agreement completed.
  2021-06-23 - 8:57:24 PM GMT

Prime Clerk   POWERED BY Adobe Sign



**ullrichlawfirm@att.net**

| | |
|---|---|
| **From:** | Prime Clerk <echosign@echosign.com> |
| **Sent:** | Wednesday, June 23, 2021 2:01 PM |
| **To:** | Donald W. Ullrich, Jr.; Prime Clerk E-Filing |
| **Subject:** | You signed: "SettlementOfferResponse_779000101307025_XQFLV28658" |
| **Attachments:** | SettlementOfferResponse_779000101307025_XQFLV28658 - signed.pdf |

# Prıme Clerk



You're done signing

## SettlementOfferResponse_779000101307025_XQFLV28658

# Open agreement

---

Attached is the final agreement for your reference. You can also **open it online** to review its activity history.

Thank you for your electronic submission. Please do not send a duplicate of this submission by any other method of return.

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

© 2021 Adobe. All rights reserved.

# SETTLEMENT OFFER RESPONSE

General Claimant(s): Donald W. Ullrich, Jr., for Karyn Charmbury

Proof of Claim Number(s): 60152

ADR Settlement Offer Number: 779000101307025

Settlement Offer:   11,000.00

## Offer Response

☒ Settlement Offer Accepted

☐ Settlement Offer Rejected

     o   Counteroffer: $_____

Claimant or Authorized Representative Signature

## Donald W. Ullrich, Jr. (Print)

**Signature:** *Donald W. Ullrich, Jr.* (Sign)
Donald W. Ullrich, Jr. (Jun 23, 2021 1...)

**Email:** ullrichlawfirm@att.net

# SettlementOfferResponse_779000101307025_XQFLV28658

Final Audit Report              2021-06-23

| | |
|---|---|
| Created: | 2021-06-23 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAShXUTRUh2n4sRNXxjIHclVJ3iKieP1_J |

## "SettlementOfferResponse_779000101307025_XQFLV28658" History

- 🗐 Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
  2021-06-23 - 8:59:26 PM GMT

- 🗐 Web Form filled in by Donald W. Ullrich, Jr. (ullrichlawfirm@att.net)
  2021-06-23 - 9:00:43 PM GMT- IP address: 75.58.120.89

- ✍️ (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:89.0) Gecko/20100101 Firefox/89.0)
  2021-06-23 - 9:00:44 PM GMT- IP address: 75.58.120.89

- ⊘ Agreement completed.
  2021-06-23 - 9:00:44 PM GMT

Prime Clerk 🖛    POWERED BY Adobe Sign

 U H A R T S H A R

**ullrichlawfirm@att.net**

| | |
|---|---|
| **From:** | Prime Clerk <echosign@echosign.com> |
| **Sent:** | Wednesday, June 23, 2021 2:04 PM |
| **To:** | Prime Clerk E-Filing; Donald W. Ullrich, Jr. |
| **Subject:** | You signed: "SettlementOfferResponse_779000101307026_JHKRP28658" |
| **Attachments:** | SettlementOfferResponse_779000101307026_JHKRP28658 - signed.pdf |

 **Prime Clerk**



You're done signing
## SettlementOfferResponse_779000101307026_JHKRP28658

# Open agreement

Attached is the final agreement for your reference. You can also **open it online** to review its activity history.

Thank you for your electronic submission. Please do not send a duplicate of this submission by any other method of return.

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

© 2021 Adobe. All rights reserved.

## SETTLEMENT OFFER RESPONSE

<u>General Claimant(s)</u>: Donald W. Ullrich, Jr., for Karyn Charmbury

<u>Proof of Claim Number(s)</u>: 65553

<u>ADR Settlement Offer Number</u>: 779000101307026

<u>Settlement Offer</u>: 11,000.00

### Offer Response

[X] Settlement Offer Accepted

[ ] Settlement Offer Rejected

     o   Counteroffer: $_____

Claimant or Authorized Representative Signature

**Donald W. Ullrich, Jr.** (Print)

**Signature:** *Donald W. Ullrich, Jr.*
Donald W. Ullrich, Jr. (Jun 23, 2021 11:05 PDT)

**Email:** ullrichlawfirm@att.net

# SettlementOfferResponse_779000101307026_JHKRP28658

Final Audit Report                                    2021-06-23

| | |
|---|---|
| Created: | 2021-06-23 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAqtLEncKv8z4384QqU6ArBG6-fb5RsnNF |

## "SettlementOfferResponse_779000101307026_JHKRP28658" History

⊡ Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
2021-06-23 - 9:02:30 PM GMT

⊡ Web Form filled in by Donald W. Ullrich, Jr. (ullrichlawfirm@att.net)
2021-06-23 - 9:03:31 PM GMT- IP address: 75.58.120.89

✐ (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:89.0) Gecko/20100101 Firefox/89.0)
2021-06-23 - 9:03:33 PM GMT- IP address: 75.58.120.89

✓ Agreement completed.
2021-06-23 - 9:03:33 PM GMT

Prime Clerk ⬥    POWERED BY Adobe Sign



**ullrichlawfirm@att.net**

| | |
|---|---|
| **From:** | Prime Clerk <echosign@echosign.com> |
| **Sent:** | Wednesday, June 23, 2021 2:07 PM |
| **To:** | Prime Clerk E-Filing; Donald W. Ullrich, Jr. |
| **Subject:** | You signed: "SettlementOfferResponse_779000101307028_UGPXF28658" |
| **Attachments:** | SettlementOfferResponse_779000101307028_UGPXF28658 - signed.pdf |

# Prime Clerk



You're done signing

## SettlementOfferResponse_779000101307028_UGPXF28658

# Open agreement

Attached is the final agreement for your reference. You can also **open it online** to review its activity history.

Thank you for your electronic submission. Please do not send a duplicate of this submission by any other method of return.

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

© 2021 Adobe. All rights reserved.

# SETTLEMENT OFFER RESPONSE

General Claimant(s): Donald W. Ullrich, Jr., for Karyn Charmbury

Proof of Claim Number(s): 60152

ADR Settlement Offer Number: 779000101307028

Settlement Offer: 11,000.00

## Offer Response

☒ Settlement Offer Accepted

☐ Settlement Offer Rejected

   o   Counteroffer: $_____

Claimant or Authorized Representative Signature

## Donald W. Ullrich, Jr. (Print)

**Signature:** *Donald W. Ullrich, Jr.*
Donald W. Ullrich, Jr. (Jun 23, 2021 1:05 PDT)

**Email:** ullrichlawfirm@att.net

# SettlementOfferResponse_779000101307028_UGPXF28658

Final Audit Report · 2021-06-23

| | |
|---|---|
| Created: | 2021-06-23 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAGg0gj-tGaa5SqmHliwO9PqFRgSr3B_Iq |

## "SettlementOfferResponse_779000101307028_UGPXF28658" History

- Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
  2021-06-23 - 9:05:55 PM GMT

- Web Form filled in by Donald W. Ullrich, Jr. (ullrichlawfirm@att.net)
  2021-06-23 - 9:06:53 PM GMT- IP address: 75.58.120.89

- (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:89.0) Gecko/20100101 Firefox/89.0)
  2021-06-23 - 9:06:54 PM GMT- IP address: 75.58.120.89

- Agreement completed.
  2021-06-23 - 9:06:54 PM GMT

Prime Clerk | POWERED BY Adobe Sign

# EXHIBIT U

**ullrichlawfirm@att.net**

$C1.)^{q2-xsw^2}$

| | |
|---|---|
| **From:** | ullrichlawfirm@att.net |
| **Sent:** | Sunday, October 03, 2021 5:03 PM |
| **To:** | 'pgeinfo@primeclerk.com' |
| **Subject:** | Karyn Charmbury, Claimant |
| **Attachments:** | CHARMBURY K (PGE BK) acceptances of 4 settlement offers20211003_16524207.pdf |

**Importance:** High

Dear Prime Clerk,

I timely submitted acceptances of four settlement offers on behalf of Karyn Charmbury, claimant, via electronic mail on June 23, 2021. Neither myself nor Ms. Charmbury have received any communication in response to said acceptances. Please advise as to status of acceptances and payment of settlement funds. Thank you for your patience and understanding.

Donald Ullrich

Donald W. Ullrich, Jr.
Attorney at Law, California State Bar No. 118701
Ullrich Law Firm
P. O. Box 160007
3574 D Street
Sacramento, CA 95816
Telephone no.: 1.916.441.4554
Facsimile no.: 1.916.441.5465
Cell phone no.: 1.916.425.1061
e-mail: ullrichlawfirm@att.net
website: www.ullrichlawfirm.com

WARNING AS TO UNAUTHORIZED USE. This e-mail is intended only for the addressee(s) named in this e-mail. The information contained in this e-mail and any attachment(s) to it are intended only for the personal and confidential use of the said addressee(s). This e-mail and any attachment(s) to it may also be a privileged attorney-client communication. If so, it should be considered privileged and confidential. If the reader or recipient of this e-mail and any attachment(s) to it is not the addressee or one of the addressees, if more than one, or an agent or employee thereof responsible for delivering it to said addressee(s), you are hereby notified that you have received this e-mail and any attachment(s) to it in error and that any review, retention, dissemination, distribution, disclosure, or copying of this e-mail in whole or in part, including but not limited to any attachment(s) to it, is strictly prohibited and may subject you to penalties under the Electronic Communications Privacy Act, 18 United States Code, sections 2510-2521, or any successor statute(s) thereto, and other applicable laws. If you have received this e-mail, including any attachment(s) to it, in error, please notify the sender immediately by reply e-mail or by telephone to 1.916.441.4554 or by facsimile transmission to 1.916.441.5465 and permanently delete this e-mail, including any attachment(s) to it, from your network's and/ or computer's memory and any data storage device.

IRS CIRCULAR 230 NOTICE. To ensure compliance with requirements imposed by the Internal Revenue Service of the United States Department of Treasury, you are herewith informed that any advice pertaining or related to the tax laws and/or regulations of the United States of America contained in this e-mail or any attachment(s) to it whether or not you are an addressee of this e-mail or person copied with it is not intended nor written or prepared to be used and cannot

be used by you or anyone for the purpose of (i) avoiding penalties under the United States Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.



**ullrichlawfirm@att.net**

| | |
|---|---|
| **From:** | Prime Clerk <echosign@echosign.com> |
| **Sent:** | Wednesday, June 23, 2021 1:57 PM |
| **To:** | Prime Clerk E-Filing; Donald W. Ullrich, Jr. |
| **Subject:** | You signed: "SettlementOfferResponse_779000101307024_GG$*U28658" |
| **Attachments:** | SettlementOfferResponse_779000101307024_GG$_U28658 - signed.pdf |

# Prime Clerk



## You're done signing
## SettlementOfferResponse_779000101307024_GG$*U28658

## Open agreement

Attached is the final agreement for your reference. You can also **open it online** to review its activity history.

Thank you for your electronic submission. Please do not send a duplicate of this submission by any other method of return.

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

© 2021 Adobe. All rights reserved.

1

# SETTLEMENT OFFER RESPONSE

General Claimant(s): Donald W. Ullrich, Jr. for Karyn Charmbury

Proof of Claim Number(s): 65553

ADR Settlement Offer Number: 779000101307024

Settlement Offer: 11,000.00

## Offer Response

☒ Settlement Offer Accepted

☐ Settlement Offer Rejected

    o  Counteroffer: $_____

Claimant or Authorized Representative Signature

**Donald W. Ullrich, Jr.** (Print)

Signature: *Donald W. Ullrich, Jr.*
Donald W. Ullrich, Jr. (Jun 23, 2021 16:35 PM)

Email: ullrichlawfirm@att.net

3

# SettlementOfferResponse_779000101307024_GG$*U28658

Final Audit Report

2021-06-23

| | |
|---|---|
| Created: | 2021-06-23 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAdbt08U_67Ed63qfLC1rRNWRNIDoPFXnU |

## "SettlementOfferResponse_779000101307024_GG$*U28658" History

- 🗎 Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
  2021-06-23 - 8:56:04 PM GMT

- 🗎 Web Form filled in by Donald W. Ullrich, Jr. (ullrichlawfirm@att.net)
  2021-06-23 - 8:57:23 PM GMT- IP address: 75.58.120.89

- ✍ (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:89.0) Gecko/20100101 Firefox/89.0)
  2021-06-23 - 8:57:24 PM GMT- IP address: 75.58.120.89

- ⊘ Agreement completed.
  2021-06-23 - 8:57:24 PM GMT

Prime Clerk ⟳ | POWERED BY Adobe Sign

## OFFER NOTICE

**THIS OFFER NOTICE CONCERNS THE PROOF OF CLAIM YOU FILED IN THE PG&E BANKRUPTCY. IT IS IMPORTANT THAT YOU READ THIS OFFER NOTICE AND COMPLY WITH ITS INSTRUCTIONS BY ORDER OF THE BANKRUPTCY COURT.**

Mailing Date: 6/9/2021

General Claimant(s): Charmbury, Karyn

General Claimant's Address: The Ullrich Law Firm
Donald W. Ullrich, Jr.
P. O. Box 160007
Sacramento CA 95816-0007

General Claimant's Email (if applicable): ullrichlawfirm@att.net; ullrichlawfirm@surewest.net

Proof of Claim Number(s): 65553

ADR Settlement Number: 779000101307024

**Revised Settlement Offer:** $11,000.00

On January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company (collectively, the **"Debtors"** or **"Reorganized Debtors"**) filed voluntary cases for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Northern District of California. The Bankruptcy Court confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Bankr. N.D. Cal. Dkt. No. 8048] (the **"Plan"**), on June 20, 2020. The Plan became effective on July 1, 2020.

On September 25, 2020, the Bankruptcy Court approved certain procedures the (**"General Claims Procedures"**) to facilitate the resolution of certain proofs of claim that have been submitted in these chapter 11 cases. Enclosed with this Offer Notice are procedures approved by the Bankruptcy Court for the exchange of settlement offers with respect to certain proofs of claim (the **"Offer Procedures"**). You are required to participate in the Offer Procedures with respect to your proof of claim. Copies of the General Claims Procedures and the Offer Procedures are available for viewing at https://restructuring.primeclerk.com/pge/.

This Offer Notice includes a revised offer by the Reorganized Debtors to settle your claim (the **"Revised Settlement Offer"**). Pursuant to the Offer Procedures, you **must respond** to the Revised Settlement Offer in writing **within fourteen (14) days** of the above-indicated Mailing Date of this Offer Notice (the **"Revised Settlement Offer Deadline"**). The Reorganized Debtors, in their sole discretion, may agree to extend the Revised Settlement Offer Deadline to permit the exchange of additional offers.

There are two permitted responses to a Revised Settlement Offer: (i) a signed acceptance, or (ii) a rejection. A rejection of the Revised Settlement Offer may, but need not, include a counteroffer.

The Reorganized Debtors may, in their sole discretion, terminate the Offer Procedures and (i) submit the General Claim to nonbinding, mandatory mediation, or (ii) seek to resolve the General Claim through the claims reconciliation and objection process before the Bankruptcy Court.

Please submit your settlement offer response electronically by visiting the online portal located here: https://restructuring.primeclerk.com/PGE-ADRSettlementOffer/ (the "Portal").

To access the Portal, login with the below ADR Settlement Number:

ADR Settlement Number: 779000101307024

Once you login to the Portal, you will be asked to indicate whether you accept or reject the enclosed Settlement Offer.

If it is impracticable or impossible for you to complete and submit the Settlement Offer Response electronically, you may mail a fully completed Settlement Offer Response using the enclosed form to:

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**FAILURE TO RESPOND TO THE SETTLEMENT OFFER ON OR BEFORE THE SETTLEMENT RESPONSE DEADLINE MAY RESULT IN A FORMAL OBJECTION BEING FILED SEEKING DISALLOWANCE OF YOUR PROOF OF CLAIM.**

Questions regarding this Offer Notice of the General Claims Procedures should be directed to the Reorganized Debtors' Claims and Noticing Agent, Prime Clerk LLC, at 844-339-4217 (toll-free), +1-929-333-8977 (international), or by email at pgeinfo@primeclerk.com.

Yours truly,

PG&E Corporation and Pacific Gas and Electric Company

2

## SETTLEMENT OFFER RESPONSE

General Claimant(s): Donald W. Ullrich, Jr. for Karyn Charmbury

Proof of Claim Number(s): 65553

ADR Settlement Offer Number: 779000101307024

Settlement Offer: 11,000.00

### Offer Response

☒ Settlement Offer Accepted

☐ Settlement Offer Rejected

   o  Counteroffer: $_____

Claimant or Authorized Representative Signature

**Donald W. Ullrich, Jr.** (Print)

Signature: *Donald W. Ullrich, Jr.*
Donald W. Ullrich, Jr. (Jun 23, 2021 14:51 PDT)

Email: ullrichlawfirm@att.net

3

| **From:** | Prime Clerk <echosign@echosign.com> |
| **Sent:** | Wednesday, June 23, 2021 2:01 PM |
| **To:** | Donald W. Ullrich, Jr.; Prime Clerk E-Filing |
| **Subject:** | You signed: "SettlementOfferResponse_779000101307025_XQFLV28658" |
| **Attachments:** | SettlementOfferResponse_779000101307025_XQFLV28658 - signed.pdf |





## You're done signing
## SettlementOfferResponse_779000101307025_XQFLV28658

## Open agreement

Attached is the final agreement for your reference. You can also **open it online** to review its activity history.

Thank you for your electronic submission. Please do not send a duplicate of this submission by any other method of return.

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

© 2021 Adobe. All rights reserved.

1

## SETTLEMENT OFFER RESPONSE

<u>General Claimant(s)</u>: Donald W. Ullrich, Jr., for Karyn Charmbury

<u>Proof of Claim Number(s)</u>: 60152

<u>ADR Settlement Offer Number</u>: 779000101307025

<u>Settlement Offer</u>: 11,000.00

**Offer Response**

☒ Settlement Offer Accepted

☐ Settlement Offer Rejected

     o: Counteroffer: $_____

Claimant or Authorized Representative Signature

**Donald W. Ullrich, Jr.** (Print)

**Signature:** *Donald W. Ullrich, Jr.*
Donald W. Ullrich, Jr. (Jun 23, 2021 11:35 PDT)

**Email:** ullrichlawfirm@att.net

3

# SettlementOfferResponse_779000101307025_XQFLV28658

**Final Audit Report** 2021-06-23

| | |
|---|---|
| Created: | 2021-06-23 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAShXUTRUh2n4sRNXxjIHcIVJ3lKieP1_J |

## "SettlementOfferResponse_779000101307025_XQFLV28658" History

📄 Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
2021-06-23 - 8:59:26 PM GMT

📄 Web Form filled in by Donald W. Ullrich, Jr. (ullrichlawfirm@att.net)
2021-06-23 - 9:00:43 PM GMT- IP address: 75.58.120.89

✍ (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:89.0) Gecko/20100101 Firefox/89.0)
2021-06-23 - 9;00:44 PM GMT- IP address: 75.58.120.89

✅ Agreement completed.
2021-06-23 - 9:00:44 PM GMT

Prime Clerk ⬦  POWERED BY Adobe Sign

## OFFER NOTICE

**THIS OFFER NOTICE CONCERNS THE PROOF OF CLAIM YOU FILED IN THE PG&E BANKRUPTCY. IT IS IMPORTANT THAT YOU READ THIS OFFER NOTICE AND COMPLY WITH ITS INSTRUCTIONS BY ORDER OF THE BANKRUPTCY COURT.**

Mailing Date: 6/9/2021

General Claimant(s): Charmbury, Karyn

General Claimant's Address: The Ullrich Law Firm
Donald William Ullrich, Jr.
3574 D Street
Sacramento CA 95816-3412

General Claimant's Email (if applicable): ullrichlawfirm@att.net

Proof of Claim Number(s): 60152

ADR Settlement Number: 779000101307025

**Revised Settlement Offer:** $11,000.00

      On January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company (collectively, the **"Debtors"** or **"Reorganized Debtors"**) filed voluntary cases for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Northern District of California. The Bankruptcy Court confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Bankr. N.D. Cal. Dkt. No. 8048] (the **"Plan"**), on June 20, 2020. The Plan became effective on July 1, 2020.

      On September 25, 2020, the Bankruptcy Court approved certain procedures the (**"General Claims Procedures"**) to facilitate the resolution of certain proofs of claim that have been submitted in these chapter 11 cases. Enclosed with this Offer Notice are procedures approved by the Bankruptcy Court for the exchange of settlement offers with respect to certain proofs of claim (the **"Offer Procedures"**). You are required to participate in the Offer Procedures with respect to your proof of claim. Copies of the General Claims Procedures and the Offer Procedures are available for viewing at https://restructuring.primeclerk.com/pge/.

      This Offer Notice includes a revised offer by the Reorganized Debtors to settle your claim (the **"Revised Settlement Offer"**). Pursuant to the Offer Procedures, you **must respond** to the Revised Settlement Offer in writing **within fourteen (14) days** of the above-indicated Mailing Date of this Offer Notice (the **"Revised Settlement Offer Deadline"**). The Reorganized Debtors, in their sole discretion, may agree to extend the Revised Settlement Offer Deadline to permit the exchange of additional offers.

There are two permitted responses to a Revised Settlement Offer: (i) a signed acceptance, or (ii) a rejection. A rejection of the Revised Settlement Offer may, but need not, include a counteroffer.

The Reorganized Debtors may, in their sole discretion, terminate the Offer Procedures and (i) submit the General Claim to nonbinding, mandatory mediation, or (ii) seek to resolve the General Claim through the claims reconciliation and objection process before the Bankruptcy Court.

Please submit your settlement offer response electronically by visiting the online portal located here: https://restructuring.primeclerk.com/PGE-ADRSettlementOffer/ (the "Portal").

To access the Portal, login with the below ADR Settlement Number:

ADR Settlement Number: 779000101307025

Once you login to the Portal, you will be asked to indicate whether you accept or reject the enclosed Settlement Offer.

If it is impracticable or impossible for you to complete and submit the Settlement Offer Response electronically, you may mail a fully completed Settlement Offer Response using the enclosed form to:

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**FAILURE TO RESPOND TO THE SETTLEMENT OFFER ON OR BEFORE THE SETTLEMENT RESPONSE DEADLINE MAY RESULT IN A FORMAL OBJECTION BEING FILED SEEKING DISALLOWANCE OF YOUR PROOF OF CLAIM.**

Questions regarding this Offer Notice of the General Claims Procedures should be directed to the Reorganized Debtors' Claims and Noticing Agent, Prime Clerk LLC, at 844-339-4217 (toll-free), +1 929-333-8977 (international), or by email at pgeinfo@primeclerk.com.

Yours truly,

PG&E Corporation and Pacific Gas and Electric Company

2

# SETTLEMENT OFFER RESPONSE

General Claimant(s): Donald W. Ullrich, Jr., for Karyn Charmbury

Proof of Claim Number(s): 60152

ADR Settlement Offer Number: 779000101307025

Settlement Offer: 11,000.00

## Offer Response

[X] Settlement Offer Accepted

[ ] Settlement Offer Rejected

    o   Counteroffer: $_____

Claimant or Authorized Representative Signature

## Donald W. Ullrich, Jr. (Print)

Signature: _Donald W Ullrich, Jr._
Donald W. Ullrich, Jr. (Jun 23, 2021 1(:5 PM PDT)

Email: ullrichlawfirm@att.net

3

| | |
|---|---|
| **From:** | Prime Clerk <echosign@echosign.com> |
| **Sent:** | Wednesday, June 23, 2021 2:04 PM |
| **To:** | Prime Clerk E-Filing; Donald W. Ullrich, Jr. |
| **Subject:** | You signed: "SettlementOfferResponse_779000101307026_JHKRP28658" |
| **Attachments:** | SettlementOfferResponse_779000101307026_JHKRP28658 - signed.pdf |

# Prime Clerk



## You're done signing
## SettlementOfferResponse_779000101307026_JHKRP28658

# Open agreement

Attached is the final agreement for your reference. You can also **open it online** to review its activity history.

Thank you for your electronic submission. Please do not send a duplicate of this submission by any other method of return.

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

© 2021 Adobe. All rights reserved.

**SETTLEMENT OFFER RESPONSE**

General Claimant(s): Donald W. Ullrich, Jr., for Karyn Charmbury

Proof of Claim Number(s): 65553

ADR Settlement Offer Number: 779000101307026

Settlement Offer: 11,000.00

**Offer Response**

☒ Settlement Offer Accepted

☐ Settlement Offer Rejected

   o   Counteroffer: $_____

Claimant or Authorized Representative Signature

## Donald W. Ullrich, Jr. (Print)

Signature: *Donald W. Ullrich, Jr.*
Donald W. Ullrich, Jr. (Jun 23, 2021 1(:35 PDT))

Email: ullrichlawfirm@att.net

3

# SettlementOfferResponse_779000101307026_J HKRP28658

Final Audit Report

2021-06-23

| | |
|---|---|
| Created: | 2021-06-23 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAqtLEncKv8z4384QqU8ArBG6-fb5RsnNF |

## "SettlementOfferResponse_779000101307026_JHKRP28658" History

🗐 Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
2021-06-23 - 9:02:30 PM GMT

🗐 Web Form filled in by Donald W. Ullrich, Jr. (ullrichlawfirm@att.net)
2021-06-23 - 9:03:31 PM GMT- IP address: 75.58.120.89

✍ (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:89.0) Gecko/20100101 Firefox/89.0)
2021-06-23 - 9:03:33 PM GMT- IP address: 75.58.120.89

✅ Agreement completed.
2021-06-23 - 9:03:33 PM GMT

Prime Clerk 🌀 | POWERED BY Adobe Sign

## OFFER NOTICE

**THIS OFFER NOTICE CONCERNS THE PROOF OF CLAIM YOU FILED IN THE PG&E BANKRUPTCY. IT IS IMPORTANT THAT YOU READ THIS OFFER NOTICE AND COMPLY WITH ITS INSTRUCTIONS BY ORDER OF THE BANKRUPTCY COURT.**

<u>Mailing Date</u>: 6/9/2021

<u>General Claimant(s)</u>: Charmbury, Karyn

<u>General Claimant's Address</u>: The Ullrich Law Firm
Donald William Ullrich, Jr.
3574 D Street
Sacramento CA 95816-3412


<u>General Claimant's Email (if applicable)</u>: ullrichlawfirm@att.net

<u>Proof of Claim Number(s)</u>: 65553

<u>ADR Settlement Number</u>: 779000101307026

**<u>Revised Settlement Offer</u>:** $11,000.00

On January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**" or "**Reorganized Debtors**") filed voluntary cases for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Northern District of California. The Bankruptcy Court confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Bankr. N.D. Cal. Dkt. No. 8048] (the "**Plan**"), on June 20, 2020. The Plan became effective on July 1, 2020.

On September 25, 2020, the Bankruptcy Court approved certain procedures the ("**General Claims Procedures**") to facilitate the resolution of certain proofs of claim that have been submitted in these chapter 11 cases. Enclosed with this Offer Notice are procedures approved by the Bankruptcy Court for the exchange of settlement offers with respect to certain proofs of claim (the "**Offer Procedures**"). You are required to participate in the Offer Procedures with respect to your proof of claim. Copies of the General Claims Procedures and the Offer Procedures are available for viewing at https://restructuring.primeclerk.com/pge/.

This Offer Notice includes a revised offer by the Reorganized Debtors to settle your claim (the "**Revised Settlement Offer**"). Pursuant to the Offer Procedures, you **must respond** to the Revised Settlement Offer in writing **within fourteen (14) days** of the above-indicated Mailing Date of this Offer Notice (the "**Revised Settlement Offer Deadline**"). The Reorganized Debtors, in their sole discretion, may agree to extend the Revised Settlement Offer Deadline to permit the exchange of additional offers.

There are two permitted responses to a Revised Settlement Offer: (i) a signed acceptance, or (ii) a rejection. A rejection of the Revised Settlement Offer may, but need not, include a counteroffer.

The Reorganized Debtors may, in their sole discretion, terminate the Offer Procedures and (i) submit the General Claim to nonbinding, mandatory mediation, or (ii) seek to resolve the General Claim through the claims reconciliation and objection process before the Bankruptcy Court.

Please submit your settlement offer response electronically by visiting the online portal located here: https://restructuring.primeclerk.com/PGE-ADRSettlementOffer/ (the "Portal").

To access the Portal, login with the below ADR Settlement Number:

ADR Settlement Number: 779000101307026

Once you login to the Portal, you will be asked to indicate whether you accept or reject the enclosed Settlement Offer.

If it is impracticable or impossible for you to complete and submit the Settlement Offer Response electronically, you may mail a fully completed Settlement Offer Response using the enclosed form to:

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**FAILURE TO RESPOND TO THE SETTLEMENT OFFER ON OR BEFORE THE SETTLEMENT RESPONSE DEADLINE MAY RESULT IN A FORMAL OBJECTION BEING FILED SEEKING DISALLOWANCE OF YOUR PROOF OF CLAIM.**

Questions regarding this Offer Notice of the General Claims Procedures should be directed to the Reorganized Debtors' Claims and Noticing Agent, Prime Clerk LLC, at 844-339-4217 (toll-free), +1 929-333-8977 (international), or by email at pgeinfo@primeclerk.com.

Yours truly,

PG&E Corporation and Pacific Gas and Electric Company

Case: 19-30088    Doc# 13269-1    Filed: 11/18/22    Entered: 11/18/22 17:41:16    Page 201 of 226

# SETTLEMENT OFFER RESPONSE

**General Claimant(s):** Donald W. Ullrich, Jr., for Karyn Charmbury

**Proof of Claim Number(s):** 65553

**ADR Settlement Offer Number:** 779000101307026

**Settlement Offer:** 11,000.00

## Offer Response

[X] Settlement Offer Accepted

[ ] Settlement Offer Rejected

    o  Counteroffer: $_____

Claimant or Authorized Representative Signature

## Donald W. Ullrich, Jr. (Print)

**Signature:** *Donald W. Ullrich, Jr.*
Donald W. Ullrich, Jr. (Jun 23, 2021 1(illegible))

**Email:** ullrichlawfirm@att.net

3

CH/A 23497

**ullrichlawfirm@att.net**

| | |
|---|---|
| **From:** | Prime Clerk <echosign@echosign.com> |
| **Sent:** | Wednesday, June 23, 2021 2:07 PM |
| **To:** | Prime Clerk E-Filing; Donald W. Ullrich, Jr. |
| **Subject:** | You signed: "SettlementOfferResponse_779000101307028_UGPXF28658" |
| **Attachments:** | SettlementOfferResponse_779000101307028_UGPXF28658 - signed.pdf |



# Prime Clerk

## You're done signing
## SettlementOfferResponse_779000101307028_UGPXF28658

# Open agreement

Attached is the final agreement for your reference. You can also **open it online** to review its activity history.

Thank you for your electronic submission. Please do not send a duplicate of this submission by any other method of return.

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

© 2021 Adobe. All rights reserved.

1

**SETTLEMENT OFFER RESPONSE**

<u>General Claimant(s)</u>: Donald W. Ullrich, Jr., for Karyn Charmbury

<u>Proof of Claim Number(s)</u>: 60152

<u>ADR Settlement Offer Number</u>: 779000101307028

<u>Settlement Offer</u>: 11,000.00

**Offer Response**

[X] Settlement Offer Accepted

[ ] Settlement Offer Rejected

     o   Counteroffer: $_____

Claimant or Authorized Representative Signature

## Donald W. Ullrich, Jr. (Print)

**Signature:** *Donald W Ullrich, Jr.*
Donald W. Ullrich, Jr. (Jun 23, 2021 1(signed))

**Email:** ullrichlawfirm@att.net

3

# SettlementOfferResponse_779000101307028_ UGPXF28658

Final Audit Report                                          2021-06-23

| | |
|---|---|
| Created: | 2021-06-23 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAGg0gl-tGaa5SqmHliwO9PqFRgSr3B_lq |

## "SettlementOfferResponse_779000101307028_UGPXF28658" History

- Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
  2021-06-23 - 9:05:55 PM GMT

- Web Form filled in by Donald W. Ullrich, Jr. (ullrichlawfirm@att.net)
  2021-06-23 - 9:06:53 PM GMT- IP address: 75.58.120.89

- (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:89.0) Gecko/20100101 Firefox/89.0)
  2021-06-23 - 9:06:54 PM GMT- IP address: 75.58.120.89

- Agreement completed.
  2021-06-23 - 9:06:54 PM GMT

Prime Clerk | POWERED BY Adobe Sign

## OFFER NOTICE

**THIS OFFER NOTICE CONCERNS THE PROOF OF CLAIM YOU FILED IN THE PG&E BANKRUPTCY. IT IS IMPORTANT THAT YOU READ THIS OFFER NOTICE AND COMPLY WITH ITS INSTRUCTIONS BY ORDER OF THE BANKRUPTCY COURT.**

<u>Mailing Date</u>: 6/9/2021

<u>General Claimant(s)</u>: Charmbury, Karyn

<u>General Claimant's Address</u>: The Ullrich Law Firm
Donald W. Ullrich, Jr.
P. O. Box 160007
Sacramento CA 95816-0007


<u>General Claimant's Email (if applicable)</u>: ullrichlawfirm@att.net; ullrichlawfirm@surewest.net

<u>Proof of Claim Number(s)</u>: 60152

<u>ADR Settlement Number</u>: 779000101307028

<u>**Revised Settlement Offer:**</u> $11,000.00

On January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company (collectively, the **"Debtors"** or **"Reorganized Debtors"**) filed voluntary cases for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Northern District of California. The Bankruptcy Court confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Bankr. N.D. Cal. Dkt. No. 8048] (the **"Plan"**), on June 20, 2020. The Plan became effective on July 1, 2020.

On September 25, 2020, the Bankruptcy Court approved certain procedures the (**"General Claims Procedures"**) to facilitate the resolution of certain proofs of claim that have been submitted in these chapter 11 cases. Enclosed with this Offer Notice are procedures approved by the Bankruptcy Court for the exchange of settlement offers with respect to certain proofs of claim (the **"Offer Procedures"**). You are required to participate in the Offer Procedures with respect to your proof of claim. Copies of the General Claims Procedures and the Offer Procedures are available for viewing at https://restructuring.primeclerk.com/pge/.

This Offer Notice includes a revised offer by the Reorganized Debtors to settle your claim (the **"Revised Settlement Offer"**). Pursuant to the Offer Procedures, you **must respond** to the Revised Settlement Offer in writing **within fourteen (14) days** of the above-indicated Mailing Date of this Offer Notice (the **"Revised Settlement Offer Deadline"**). The Reorganized Debtors, in their sole discretion, may agree to extend the Revised Settlement Offer Deadline to permit the exchange of additional offers.

There are two permitted responses to a Revised Settlement Offer: (i) a signed acceptance, or (ii) a rejection. A rejection of the Revised Settlement Offer may, but need not, include a counteroffer.

The Reorganized Debtors may, in their sole discretion, terminate the Offer Procedures and (i) submit the General Claim to nonbinding, mandatory mediation, or (ii) seek to resolve the General Claim through the claims reconciliation and objection process before the Bankruptcy Court.

Please submit your settlement offer response electronically by visiting the online portal located here: https://restructuring.primeclerk.com/PGE-ADRSettlementOffer/ (the "Portal").

To access the Portal, login with the below ADR Settlement Number:

ADR Settlement Number: 779000101307028

Once you login to the Portal, you will be asked to indicate whether you accept or reject the enclosed Settlement Offer.

If it is impracticable or impossible for you to complete and submit the Settlement Offer Response electronically, you may mail a fully completed Settlement Offer Response using the enclosed form to:

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**FAILURE TO RESPOND TO THE SETTLEMENT OFFER ON OR BEFORE THE SETTLEMENT RESPONSE DEADLINE MAY RESULT IN A FORMAL OBJECTION BEING FILED SEEKING DISALLOWANCE OF YOUR PROOF OF CLAIM.**

Questions regarding this Offer Notice of the General Claims Procedures should be directed to the Reorganized Debtors' Claims and Noticing Agent, Prime Clerk LLC, at 844-339-4217 (toll-free), +1 929-333-8977 (international), or by email at pgeinfo@primeclerk.com.

Yours truly,

PG&E Corporation and Pacific Gas and Electric Company

Case: 19-30088    Doc# 13269-1    Filed: 11/18/22    Entered: 11/18/22 17:41:16    Page 207 of 226

# SETTLEMENT OFFER RESPONSE

<u>General Claimant(s)</u>: Donald W. Ullrich, Jr., for Karyn Charmbury

<u>Proof of Claim Number(s)</u>: 60152

<u>ADR Settlement Offer Number</u>: 779000101307028

<u>Settlement Offer</u>: 11,000.00

## Offer Response

[X] Settlement Offer Accepted

[ ] Settlement Offer Rejected

   o  Counteroffer: $_____

Claimant or Authorized Representative Signature

## Donald W. Ullrich, Jr. (Print)

**Signature:** *Donald W. Ullrich, Jr.*
     Donald W. Ullrich, Jr. (Jun 23, 2021 1:15 EDT) (Sign)

   **Email:** ullrichlawfirm@att.net

3

# EXHIBIT V



**ullrichlawfirm@att.net**

| | |
|---|---|
| **From:** | PGE Info <pgeinfo@primeclerk.com> |
| **Sent:** | Monday, October 04, 2021 3:26 PM |
| **To:** | ullrichlawfirm@att.net |
| **Subject:** | RE: [EXTERNAL] Karyn Charmbury, Claimant |

Thank you for your inquiry.

Our records indicate that no checks have been issued to the claimant Karyn Charmbury. As the claims and noticing agent for the PG&E bankruptcy, Prime Clerk does not have access to the information as to when any payments will be made.

Prime Clerk is the court appointed claims and noticing agent in the chapter 11 cases commenced by PG&E and its primary operating subsidiary (collectively, the "Debtors"). As such, we are not permitted to provide legal or financial advice. We are not authorized to accept claims by email or fax, and any documents or information provided via either of these methods will not constitute a claim in these cases.

Please let us know if we can be of further assistance.

Regards,

_____

**Prime Clerk Inquiries**
Prime Clerk LLC, A Kroll Business
850 Third Avenue
Suite 412
Brooklyn, NY 11232
www.krollbusinessservices.com

--------------- Original Message ---------------
**From:** [ullrichlawfirm@att.net]
**Sent:** 10/3/2021, 8:03 PM
**To:** pgeinfo@primeclerk.com
**Subject:** [EXTERNAL] Karyn Charmbury, Claimant

Dear Prime Clerk,

I timely submitted acceptances of four settlement offers on behalf of Karyn Charmbury, claimant, via electronic mail on June 23, 2021. Neither myself nor Ms. Charmbury have received any communication in response to said acceptances. Please advise as to status of acceptances and payment of settlement funds. Thank you for your patience and understanding.

Donald Ullrich

Donald W. Ullrich, Jr.

Attorney at Law, California State Bar No. 118701

Ullrich Law Firm

P. O. Box 160007

3574 D Street

Sacramento, CA  95816

Telephone no.: 1.916.441.4554

Facsimile no.: 1.916.441.5465

Cell phone no.: 1.916.425.1061

e-mail: ullrichlawfirm@att.net

website: www.ullrichlawfirm.com

WARNING AS TO UNAUTHORIZED USE.  This e-mail is intended only for the addressee(s) named in this e-mail.  The information contained in this e-mail and any attachment(s) to it are intended only for the personal and confidential use of the said addressee(s).  This e-mail and any attachment(s) to it may also be a privileged attorney-client communication.  If so, it should be considered privileged and confidential.  If the reader or recipient of this e-mail and any attachment(s) to it is not the addressee or one of the addressees, if more than one, or an agent or employee thereof responsible for delivering it to said addressee(s), you are hereby notified that you have received this e-mail and any attachment(s) to it in error and that any review, retention, dissemination, distribution, disclosure, or copying of this e-mail in whole or in part, including but not limited to any attachment(s) to it, is strictly prohibited and may subject you to penalties under the Electronic Communications Privacy Act, 18 United States Code, sections 2510-2521, or any successor statute(s) thereto, and other applicable laws.  If you have received this e-mail, including any attachment(s) to it, in error, please notify the sender immediately by reply e-mail or by telephone to 1.916.441.4554 or by facsimile transmission to 1.916.441.5465 and permanently delete this e-mail, including any attachment(s) to it, from your network's and/ or computer's memory and any data storage device.

IRS CIRCULAR 230 NOTICE.  To ensure compliance with requirements imposed by the Internal Revenue Service of the United States Department of Treasury, you are herewith informed that any advice pertaining or related to the tax laws and/or regulations of the United States of America contained in this e-mail or any attachment(s) to it whether or not you are an addressee of this e-mail or person copied with it is not intended nor written or prepared to be used and cannot be used by you or anyone for the purpose of (i) avoiding penalties under the United States Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is

available at https://www.kroll.com/en/privacy-policy.

ref:_00D1N1uIqY._5003l1FyEzW:ref

<img src="https://primeclerkllc--
c.na78.content.force.com/servlet/servlet.ImageServer?id=0151N000003RXiF&oid=00D1N000001uIqY&lastMod=152530
9340000">
<span style="font-size:12px;font-family: Calibri;">Prime Clerk Inquiries
Prime Clerk
850 Third Avenue, Suite 412
Brooklyn, NY 11232
<a href="http://primeclerk.com/">primeclerk.com</a> </span> <span style="font-size:10px; font-style: italic;font-
family: verdana">
The highest level of professionalism, innovation and transparency in bankruptcy administration.
For more information click here: <a href="http://primeclerk.com/raising-the-bar/">http://primeclerk.com/raising-the-
bar/</a>&nbsp&nbsp<a href="https://twitter.com/PrimeClerk"><img src="https://primeclerkllc--
c.na78.content.force.com/servlet/servlet.ImageServer?id=0151N000003RXiH&oid=00D1N000001uIqY&lastMod=152530
9340000"></a>&nbsp&nbsp&nbsp<a href="http://www.linkedin.com/company/prime-clerk"><img
src="https://primeclerkllc--
c.na78.content.force.com/servlet/servlet.ImageServer?id=0151N000003RXiG&oid=00D1N000001uIqY&lastMod=152530
9340000"></a></span>

# EXHIBIT W



## ullrichlawfirm@att.net

| | |
|---|---|
| **From:** | ullrichlawfirm@att.net |
| **Sent:** | Monday, October 04, 2021 5:38 PM |
| **To:** | 'PGE Info' |
| **Subject:** | RE: [EXTERNAL] Karyn Charmbury, Claimant |

**Importance:**     High

Dear Prime Clerk LLC,

You were involved in the offer/counter-offer process on behalf of the debtor PG&E. Emails were used using echosign@echosign.com, which appeared as a Prime Clerk email address. pgeinfo@primeclerk.com was identified in documents as being an information portal. The acceptances of offers were timely submitted via https://restructuring.primeclerk.com/PGE-ADRSettlement Offer/ (the "Portal"). It is as if you did not read any of the attachment I made to the below. Informing me as to receipt of the acceptances and who is the disbursement agent is not providing me legal or financial advice.

Let me quote from the offers: "Questions regarding this Offer Notice of the General Claims Procedure should be directed to the Reorganized Debtors' Claims and Noticing Agent, Prime Clerk LLC, at 944-339-4217 (toll-free), +1 929-333-8977 (international), or by email at pgeinfo@primeclerk.com."

If this information is now proving false, then Prime Clerk LLC may be liable for fraud under the laws of the State of California since my client has reasonably relied on the representations made by you and to her now apparent detriment if she does not receive what was promised her in settlement. You act as the agent for the debtor and you act within the scope of your agency, binding your principal. You can both be jointly and severally liable.

Trying being more helpful in line with your responsibilities as an agent and as no doubt envisioned by the bankruptcy court and the debtor as a debtor-in-possession.

Thank you for your patience, understanding, and anticipated cooperation.

Donald Ullrich

Donald W. Ullrich, Jr.
Attorney at Law, California State Bar No. 118701
Ullrich Law Firm
P. O. Box 160007
3574 D Street
Sacramento, CA 95816
Telephone no.: 1.916.441.4554
Facsimile no.: 1.916.441.5465
Cell phone no.: 1.916.425.1061
e-mail: ullrichlawfirm@att.net
website: www.ullrichlawfirm.com

WARNING AS TO UNAUTHORIZED USE. This e-mail is intended only for the addressee(s) named in this e-mail. The information contained in this e-mail and any attachment(s) to it are intended only for the personal and confidential use of the said addressee(s). This e-mail and any attachment(s) to it may also be a privileged attorney-client communication. If so, it should be considered privileged and confidential. If the reader or recipient of this e-mail and

any attachment(s) to it is not the addressee or one of the addressees, if more than one, or an agent or employee thereof responsible for delivering it to said addressee(s), you are hereby notified that you have received this e-mail and any attachment(s) to it in error and that any review, retention, dissemination, distribution, disclosure, or copying of this e-mail in whole or in part, including but not limited to any attachment(s) to it, is strictly prohibited and may subject you to penalties under the Electronic Communications Privacy Act, 18 United States Code, sections 2510-2521, or any successor statute(s) thereto, and other applicable laws.  If you have received this e-mail, including any attachment(s) to it, in error, please notify the sender immediately by reply e-mail or by telephone to 1.916.441.4554 or by facsimile transmission to 1.916.441.5465 and permanently delete this e-mail, including any attachment(s) to it, from your network's and/ or computer's memory and any data storage device.

IRS CIRCULAR 230 NOTICE.  To ensure compliance with requirements imposed by the Internal Revenue Service of the United States Department of Treasury, you are herewith informed that any advice pertaining or related to the tax laws and/or regulations of the United States of America contained in this e-mail or any attachment(s) to it whether or not you are an addressee of this e-mail or person copied with it is not intended nor written or prepared to be used and cannot be used by you or anyone for the purpose of (i) avoiding penalties under the United States Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

---

**From:** PGE Info <pgeinfo@primeclerk.com>
**Sent:** Monday, October 04, 2021 3:26 PM
**To:** ullrichlawfirm@att.net
**Subject:** RE: [EXTERNAL] Karyn Charmbury, Claimant

Thank you for your inquiry.

Our records indicate that no checks have been issued to the claimant Karyn Charmbury. As the claims and noticing agent for the PG&E bankruptcy, Prime Clerk does not have access to the information as to when any payments will be made.

Prime Clerk is the court appointed claims and noticing agent in the chapter 11 cases commenced by PG&E and its primary operating subsidiary (collectively, the "Debtors"). As such, we are not permitted to provide legal or financial advice. We are not authorized to accept claims by email or fax, and any documents or information provided via either of these methods will not constitute a claim in these cases.

Please let us know if we can be of further assistance.

Regards,

**Prime Clerk Inquiries**
Prime Clerk LLC, A Kroll Business
850 Third Avenue
Suite 412
Brooklyn, NY 11232
www.krollbusinessservices.com

-------------- Original Message --------------
**From:** [ullrichlawfirm@att.net]
**Sent:** 10/3/2021, 8:03 PM
**To:** pgeinfo@primeclerk.com
**Subject:** [EXTERNAL] Karyn Charmbury, Claimant

Dear Prime Clerk,

I timely submitted acceptances of four settlement offers on behalf of Karyn Charmbury, claimant, via electronic mail on June 23, 2021. Neither myself nor Ms. Charmbury have received any communication in response to said acceptances. Please advise as to status of acceptances and payment of settlement funds. Thank you for your patience and understanding.


Donald Ullrich


Donald W. Ullrich, Jr.

Attorney at Law, California State Bar No. 118701

Ullrich Law Firm

P. O. Box 160007

3574 D Street

Sacramento, CA 95816

Telephone no.: 1.916.441.4554

Facsimile no.: 1.916.441.5465

Cell phone no.: 1.916.425.1061

e-mail: ullrichlawfirm@att.net

website: www.ullrichlawfirm.com

WARNING AS TO UNAUTHORIZED USE. This e-mail is intended only for the addressee(s) named in this e-mail. The information contained in this e-mail and any attachment(s) to it are intended only for the personal and confidential use of the said addressee(s). This e-mail and any attachment(s) to it may also be a privileged attorney-client communication. If so, it should be considered privileged and confidential. If the reader or recipient of this e-mail and any attachment(s) to it is not the addressee or one of the addressees, if more than one, or an agent or employee thereof responsible for delivering it to said addressee(s), you are hereby notified that you have received this e-mail and any attachment(s) to it in error and that any review, retention, dissemination, distribution, disclosure, or copying of this e-mail in whole or in part, including but not limited to any attachment(s) to it, is strictly prohibited and may subject you to penalties under the Electronic Communications Privacy Act, 18 United States Code, sections 2510-2521, or any successor statute(s) thereto, and other applicable laws. If you have received this e-mail, including any attachment(s) to it, in error, please notify the sender immediately by reply e-mail or by telephone to 1.916.441.4554 or by facsimile transmission to 1.916.441.5465 and permanently delete this e-mail, including any attachment(s) to it, from your network's and/ or computer's memory and any data storage device.

IRS CIRCULAR 230 NOTICE. To ensure compliance with requirements imposed by the Internal Revenue Service of the United States Department of Treasury, you are herewith informed that any advice pertaining or related to the tax laws and/or regulations of the United States of America contained in this e-mail or any attachment(s) to it whether or not you are an addressee of this e-mail or person copied with it is not intended nor written or prepared to be used and cannot be used by you or anyone for the purpose of (i) avoiding penalties under the United States Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.

ref:_00D1N1uIqY._5003l1FyEzW:ref

<img src="https://primeclerkllc--c.na78.content.force.com/servlet/servlet.ImageServer?id=0151N000003RXiF&oid=00D1N000001uIqY&lastMod=1525309340000">
<span style="font-size:12px;font-family: Calibri;">Prime Clerk Inquiries
Prime Clerk
850 Third Avenue, Suite 412
Brooklyn, NY 11232
<a href="http://primeclerk.com/">primeclerk.com</a> </span> <span style="font-size:10px; font-style: italic;font-family: verdana">
The highest level of professionalism, innovation and transparency in bankruptcy administration.
For more information click here: <a href="http://primeclerk.com/raising-the-bar/">http://primeclerk.com/raising-the-bar/</a>&nbsp&nbsp<a href="https://twitter.com/PrimeClerk"><img src="https://primeclerkllc--c.na78.content.force.com/servlet/servlet.ImageServer?id=0151N000003RXiH&oid=00D1N000001uIqY&lastMod=1525309340000"></a>&nbsp&nbsp&nbsp<a href="http://www.linkedin.com/company/prime-clerk"><img src="https://primeclerkllc--c.na78.content.force.com/servlet/servlet.ImageServer?id=0151N000003RXiG&oid=00D1N000001uIqY&lastMod=1525309340000"></a></span>

.

4

# EXHIBIT X

*CHarbury* (handwritten)

**ullrichlawfirm@att.net**

| | |
|---|---|
| **From:** | Campos, Stacy (Law) <SACh@pge.com> |
| **Sent:** | Wednesday, October 06, 2021 1:38 PM |
| **To:** | ullrichlawfirm@att.net |
| **Subject:** | Karyn Charmbury |

Mr. Ullrich,

I am preparing the settlement agreement for the bankruptcy claims for Karyn Charmbury. I need to know the breakdown of the $22,000 in terms of fees. What is not fees will be split into a wage payment and emotional distress payment. The IRS requires us to place at least 1/3 of every employment related settlement as wages. I plan to put both claims resolutions into one agreement. There is a form bankruptcy settlement agreement for bankruptcy claims. I would like to get this out this week as I will be out of the office starting next week for a few weeks.

Thanks
Stacy Campos
Managing Counsel

# EXHIBIT Y



| | |
|---|---|
| **From:** | ullrichlawfirm@att.net |
| **Sent:** | Thursday, October 07, 2021 3:44 PM |
| **To:** | 'Campos, Stacy (Law)' |
| **Subject:** | RE: Karyn Charmbury |

Stacy,

I need to address some issues with you that have come up over time interacting with Prime Pay. To do so, I have to compile an assortment of documents to scan and email to you. However, I have to file my tax returns no later than October 15, so, I really cannot find the time to do this until after I file. I prepare my own tax returns. It does take a while.

Glad to be actually engaged with a "live person" rather than algorithms at Prime Clerk, or so it seemed to me as in "does not compute" when acting outside preset parameters. No "fuzzy logic" there, apparently.

Thank you for your patience.

Donald Ullrich

Donald W. Ullrich, Jr.
Attorney at Law, California State Bar No. 118701
Ullrich Law Firm
P. O. Box 160007
3574 D Street
Sacramento, CA 95816
Telephone no.: 1.916.441.4554
Facsimile no.: 1.916.441.5465
Cell phone no.: 1.916.425.1061
e-mail: ullrichlawfirm@att.net
website: www.ullrichlawfirm.com

WARNING AS TO UNAUTHORIZED USE. This e-mail is intended only for the addressee(s) named in this e-mail. The information contained in this e-mail and any attachment(s) to it are intended only for the personal and confidential use of the said addressee(s). This e-mail and any attachment(s) to it may also be a privileged attorney-client communication. If so, it should be considered privileged and confidential. If the reader or recipient of this e-mail and any attachment(s) to it is not the addressee or one of the addressees, if more than one, or an agent or employee thereof responsible for delivering it to said addressee(s), you are hereby notified that you have received this e-mail and any attachment(s) to it in error and that any review, retention, dissemination, distribution, disclosure, or copying of this e-mail in whole or in part, including but not limited to any attachment(s) to it, is strictly prohibited and may subject you to penalties under the Electronic Communications Privacy Act, 18 United States Code, sections 2510-2521, or any successor statute(s) thereto, and other applicable laws. If you have received this e-mail, including any attachment(s) to it, in error, please notify the sender immediately by reply e-mail or by telephone to 1.916.441.4554 or by facsimile transmission to 1.916.441.5465 and permanently delete this e-mail, including any attachment(s) to it, from your network's and/ or computer's memory and any data storage device.

IRS CIRCULAR 230 NOTICE. To ensure compliance with requirements imposed by the Internal Revenue Service of the United States Department of Treasury, you are herewith informed that any advice pertaining or related to the tax laws and/or regulations of the United States of America contained in this e-mail or any attachment(s) to it whether or not you

1

are an addressee of this e-mail or person copied with it is not intended nor written or prepared to be used and cannot be used by you or anyone for the purpose of (i) avoiding penalties under the United States Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

---

**From:** Campos, Stacy (Law) <SACh@pge.com>
**Sent:** Wednesday, October 06, 2021 1:38 PM
**To:** ullrichlawfirm@att.net
**Subject:** Karyn Charmbury

Mr. Ullrich,
I am preparing the settlement agreement for the bankruptcy claims for Karyn Charmbury. I need to know the breakdown of the $22,000 in terms of fees. What is not fees will be split into a wage payment and emotional distress payment. The IRS requires us to place at least 1/3 of every employment related settlement as wages. I plan to put both claims resolutions into one agreement. There is a form bankruptcy settlement agreement for bankruptcy claims. I would like to get this out this week as I will be out of the office starting next week for a few weeks.
Thanks
Stacy Campos
Managing Counsel

# EXHIBIT Z

**ullrichlawfirm@att.net**

| | |
|---|---|
| **From:** | Campos, Stacy (Law) <SACh@pge.com> |
| **Sent:** | Thursday, October 07, 2021 3:54 PM |
| **To:** | ullrichlawfirm@att.net |
| **Subject:** | RE: Karyn Charmbury |

I don't work with Prime Pay so our settlement agreement has nothing to do with them. You need to contact them directly if you have issues with them.
Stacy

**From:** ullrichlawfirm@att.net <ullrichlawfirm@att.net>
**Sent:** Thursday, October 7, 2021 3:44 PM
**To:** Campos, Stacy (Law) <SACh@pge.com>
**Subject:** RE: Karyn Charmbury

**\*\*\*\*\*CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.\*\*\*\*\***
Stacy,

I need to address some issues with you that have come up over time interacting with Prime Pay. To do so, I have to compile an assortment of documents to scan and email to you. However, I have to file my tax returns no later than October 15, so, I really cannot find the time to do this until after I file. I prepare my own tax returns. It does take a while.

Glad to be actually engaged with a "live person" rather than algorithms at Prime Clerk, or so it seemed to me as in "does not compute" when acting outside preset parameters. No "fuzzy logic" there, apparently.

Thank you for your patience.

Donald Ullrich

Donald W. Ullrich, Jr.
Attorney at Law, California State Bar No. 118701
Ullrich Law Firm
P. O. Box 160007
3574 D Street
Sacramento, CA 95816
Telephone no.: 1.916.441.4554
Facsimile no.: 1.916.441.5465
Cell phone no.: 1.916.425.1061
e-mail: ullrichlawfirm@att.net
website: www.ullrichlawfirm.com

WARNING AS TO UNAUTHORIZED USE. This e-mail is intended only for the addressee(s) named in this e-mail. The information contained in this e-mail and any attachment(s) to it are intended only for the personal and confidential use of the said addressee(s). This e-mail and any attachment(s) to it may also be a privileged attorney-client communication. If so, it should be considered privileged and confidential. If the reader or recipient of this e-mail and any attachment(s) to it is not the addressee or one of the addressees, if more than one, or an agent or employee thereof responsible for delivering it to said addressee(s), you are hereby notified that you have received this e-mail and any

# EXHIBIT AA

# ullrichlawfirm@att.net

**From:** ullrichlawfirm@att.net
**Sent:** Thursday, October 07, 2021 5:00 PM
**To:** 'Campos, Stacy (Law)'
**Subject:** RE: Karyn Charmbury

Stacy,

Yes, I understand you are not with Prime Pay. Prime Pay, LLC, is an entity owned and controlled by Kroll, Inc., and is contracted to provide bankruptcy claim processing for PG&E. You are with PG&E. I did try to work with Prime Pay. That settlement process with Prime Pay is automated (due no doubt to high claim volume). I'll just send you what I have and show you the problem we have been encountering. You can then refer us back to Prime Pay for resolution or to someone else. I had assumed you were an attorney with "system override" powers with respect to drafting the settlement agreement for PG&E, that is, specifically, with respect to the settlement amount.

Thank you for your patience.

Donald Ullrich

---

**From:** Campos, Stacy (Law) <SACh@pge.com>
**Sent:** Thursday, October 07, 2021 3:54 PM
**To:** ullrichlawfirm@att.net
**Subject:** RE: Karyn Charmbury

I don't work with Prime Pay so our settlement agreement has nothing to do with them. You need to contact them directly if you have issues with them.
Stacy

---

**From:** ullrichlawfirm@att.net <ullrichlawfirm@att.net>
**Sent:** Thursday, October 7, 2021 3:44 PM
**To:** Campos, Stacy (Law) <SACh@pge.com>
**Subject:** RE: Karyn Charmbury

**\*\*\*\*\*CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.\*\*\*\*\***
Stacy,

I need to address some issues with you that have come up over time interacting with Prime Pay. To do so, I have to compile an assortment of documents to scan and email to you. However, I have to file my tax returns no later than October 15, so, I really cannot find the time to do this until after I file. I prepare my own tax returns. It does take a while.

Glad to be actually engaged with a "live person" rather than algorithms at Prime Clerk, or so it seemed to me as in "does not compute" when acting outside preset parameters. No "fuzzy logic" there, apparently.

Thank you for your patience.

Donald Ullrich