Donald W. Ullrich, Jr. (Calif. State Bar No.118701)
Ullrich Law Firm
3100 Zinfandel Drive, Suite 265
Rancho Cordova, CA  95670-6391
Telephone:  1.916.942.9385
Facsimile No.:  1.916.942.9537
Cell Phone:  1.916.425.1061
E-mail: ullrichlawfirm@att.net

*Attorney for Claimant*
*Karyn Charmbury*

UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION, a California corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY, INC., a California corporation<br><br>Debtors. | **Bankruptcy Case No. 19-30088 (DM)**<br><br>**Chapter 11**<br><br>**(Lead Case) (Jointly Administered)**<br><br>**OPPOSITION BY CLAIMANT KARYN CHARMBURY'S COUNSEL TO REQUEST FOR ORDER BY DEFAULT AS TO UNOPPOSED OBJECTIONS MADE BY REORGANIZED DEBTORS' ONE HUNDRED EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS (CHARMBURY CLAIMS); with certificate of service attached**<br><br>Date: November 30, 2022<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA  94102<br>       (by tele/videoconference only) |

Counsel for claimant Karyn Charmbury, Donald W. Ullrich, Jr., herewith submits this opposition to request for order by default as to unopposed objections made by reorganized debtors' one hundred eighteenth omnibus objection to claims (Charmbury Claims).

Opposition and response to reorganized debtors' one hundred eighteenth omnibus objection to claims (Charmbury Claims) was electronically served at the following email addresses on

November 18, 2022, at 2:33 p.m.:

PGEclaims@kbkllp.com

jkim@kbkllp.com

dtaylor@kbkllp.com

dsilveira@kbkllp.com

The documents served were:

(1) NOTICE OF CHANGE OF ADDRESS, TELEPHONE NUMBER, AND FACSIMILE NUMBER OF CLAIMANT KARYN CHARMBURY'S COUNEL; with certificate of service attached

(2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CLAIMANT KARYN CHARMBURY'S OPPOSITION AND RESPONSE TO REORGANIZED DEBTORS' ONE HUNDRED EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS (CHARMBURY CLAIMS); with certificate of service attached

(3) DECLARATION OF CLAIMANT KARYN CHARMBURY'S COUNSEL IN SUPPORT OF OPPOSITION AND RESPONSE TO REORGANIZED DEBTORS' ONE HUNDRED EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS (CHARMBURY CLAIMS); with certificate of service attached

(4) EXHIBITS A THROUGH AA TO SAID DECLARATION

From 1:40 p.m. to 2:20 p.m. on November 18, 2022, counsel attempted to electronically file into the above-entitled case via CM/ECF said opposition and response documents identified hereinabove but was denied permission to do so. Counsel contacted DeWanna (counsel is unsure as to the correct spelling of her first name) Chambers at 1.888.821.7606 at approximately 2:57 p.m. after further attempts to electronically file, who instructed counsel to send an email to ecf_training@canb.uscourts.gov requesting he be allowed to electronically file into this court's CM/ECF. Counsel understood that he was denied the ability to do so because of long inactivity.

Counsel sent such an email at 3:13 p.m. Counsel is awaiting action on his request.

I certify under the laws of the United States the foregoing is true and correct.

Dated: November 18, 2022

_____
DONALD W. ULLRICH, JR.
Attorney for Claimant

# CERTIFICATE OF SERVICE

My name is Donald W. Ullrich, Jr. My business address is 3100 Zinfandel Drive, Suite 265, City of Rancho Cordova, Sacramento County, California 95670-6391. I am over the age of 18 years and not a party to the within action.

On November 18, 2022, I served a true and correct copy of the attached document via electronic email upon the following named individuals, their respective email addresses stated. After sending said emails, thereafter I received no electronic notification of a failed or undeliverable electronic transmission:

PGEclaims@kbkllp.com

Jane Kim jkim@kbkllp.com

David A. Taylor dtaylor@kbkllp.com

Dara L. Silveira dsilveira@kbkllp.com

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: November 18, 2022

*Donald W. Ullrich, Jr.*
Donald W. Ullrich, Jr.