CRAIG A. BURNETT, ESQ. ID. #118907
LAW OFFICE OF CRAIG A. BURNETT
3558 ROUND BARN BLVD., SUITE 200
SANTA ROSA, CALIFORNIA 95403
Telephone: (707) 523-3328

Email: cburnett@nomoredebt.com

Attorney for Claimants

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In Re: | Case No. 19-30088 (DM) |
| | Chapter 11 |
| PG&E CORPORATION, | (Lead Case) |
| | (Jointly Administered) |
| and | |
| | SECOND AMENDED NOTICE OF |
| | HEARING ON FIRE VICTIM TRUSTEE'S |
| | OBJECTION TO CONSOLIDATED |
| PACIFIC GAS AND ELECTRIC COMPANY | MOTION TO ALLOW/DEEM |
| | TIMELY LATE FILING OF CLAIMANTS; |
| Debtors. | CERTIFICATE OF SERVICE |
| | |
| Affects: | Hearing Date: December 13, 2022 |
| | Hearing Time: 10:00 a.m. |
| ☐ PG&E Corporation | Place: Hearing will be conducted |
| ☐ Pacific Gas & Electric Company | telephonically or by video |
| ☑ Both Debtors | |

PLEASE TAKE NOTICE that a hearing on the *Fire Victim Trustee's Objection to Consolidated Motion To Allow/Deem Timely Late Filing Of Claimants* [Dkt. 13254], has been scheduled for December 13, 2022, at 10:00 a.m., before the Honorable Dennis Montali, United States Bankruptcy Judge.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Bankruptcy Court's *Eighth Amended General Order No. 38, In re: COVID-19 Public Health Emergency*, effective December 1, 2021, and until otherwise Order, **all hearings shall be conducted by video or teleconference. The courtroom will be closed.** All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the

Case: 19-30088   Doc# 13272   Filed: 11/21/22   Entered: 11/21/22 12:15:04   Page 1 of 13

Bankruptcy Court by calling (888) 821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

Date: 11/21/2022                    /s/ Craig A. Burnett
                                    Craig A. Burnett, Attorney for Claimants

# CERTIFICATE OF SERVICE

I declare that: I am employed in the County of Sonoma. I am over the age of eighteen years and not a party to the within action; my business address is 3558 Round Barn Blvd., Suite 200, Santa Rosa, California 95403.

On **November 21, 2022,** I served the within:

**SECOND AMENDED NOTICE OF HEARING ON FIRE VICTIM TRUSTEE'S OBJECTION TO CONSOLIDATED PACIFIC GAS AND ELECTRIC COMPANY MOTION TO ALLOW/DEEM TIMELY LATE FILING OF CLAIMANTS**

in said action by sending via U.S. Mail at Santa Rosa, California, addressed as follows:

**PG&E Corporation**
Attn: Janet Loduca, Esq.
77 Beale Street
P.O. Box 770000
San Francisco, CA 94177                    Debtor

**Pacific Gas and Electric Company**
Attn: Janet Loduca, Esq.
77 Beale Street
PO Box 770000
San Francisco, CA 94177                    Debtor

and by electronic service via BKECF of the U.S. Bankruptcy Court, Northern District of California, as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 21, 2022,** at Santa Rosa, California.

                                    /s/ Craig A. Burnett
                                    Craig A. Burnett

**SERVED VIA ELECTRONIC SERVICE (ECF)**

Elliot Adler eadler@theadlerfirm.com, bzummer@theadlerfirm.com
Aaron L. Agenbroad alagenbroad@jonesday.com, saltamirano@jonesday.com
Gabrielle L. Albert galbert@kbkllp.com
Annadel A. Almendras annadel.almendras@doj.ca.gov
Destiny N. Almogue Destiny.Almogue@skadden.com, wendy.lamanna@skadden.com
Monique D. Almy malmy@crowell.com
Anne Andrews aa@andrewsthornton.com, aandrews@andrewsthornton.com
Philip Anker philip.anker@wilmerhale.com, whdocketing@wilmerhale.com
Richard L. Antognini rlalawyer@yahoo.com, hallonaegis@gmail.com
Tyson Arbuthnot tarbuthnot@rjo.com, jyeung@rjo.com
Lauren T. Attard lattard@bakerlaw.com, agrosso@bakerlaw.com
Herb Baer hbaer@primeclerk.com, ecf@primeclerk.com
Kathryn E. Barrett keb@svlg.com, amt@svlg.com
Chris Bator cbator@bakerlaw.com, jmcguigan@bakerlaw.com
Ronald S. Beacher rbeacher@pryorcashman.com
Hagop T. Bedoyan hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com
Andrew David Behlmann abehlmann@lowenstein.com, elawler@lowenstein.com
Tanya Behnam tbehnam@polsinelli.com, ladocketing@polsinelli.com
James C. Behrens jbehrens@milbank.com, mkoch@milbank.com
Jacob Taylor Beiswenger jbeiswenger@omm.com, llattin@omm.com
Peter J. Benvenutti pbenvenutti@kbkllp.com
Robert Berens rberens@smtdlaw.com, sr@smtdlaw.com
Ronald F. Berestka rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
Christian Paul Binder chris@bindermalter.com, cbinder@bindermalter.com
Heinz Binder heinz@bindermalter.com
Jared D. Bissell jared.bissell@troutman.com
Jason Blumberg jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
Richard Bodnar rbodnar@rksllp.com
Melissa Boey melissa.boey@morganlewis.com
Paige Boldt pboldt@wattsguerra.com, cwilson@wattsguerra.com
Jason Borg jborg@jasonborglaw.com
Evan C. Borges eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
Mark Bostick mbostick@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com
James L. Bothwell jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
Peter R. Boutin peter.boutin@kyl.com, lara.joel@kyl.com
Erin N. Brady erin.brady@hoganlovells.com
Lee Brand lee.brand@pillsburylaw.com, docket@pillsburylaw.com
Gregory A. Bray gbray@milbank.com
Michael D. Breslauer mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
W. Steven Bryant , molly.batiste-debose@lockelord.com
Chane Buck cbuck@jonesday.com
Kathlene Burke kathlene.burke@skadden.com, burke.kathlene@gmail.com
Craig A Burnett cburnett@nomoredebt.com, bkecf@nomoredebt.com
Frank Busch busch@wvbrlaw.com, pallister@wvbrlaw.com
Elizabeth J. Cabraser ecabraser@lchb.com, awolf@lchb.com
Anthony P. Cali anthony.cali@stinson.com, lindsay.petrowski@stinson.com
Peter C. Califano pcalifano@cwclaw.com
Steven M. Campora scampora@dbbwc.com, nlechuga@dbbwc.com
Leah E. Capritta Leah.Capritta@hklaw.com, reena.kaur@hklaw.com
Nicholas A. Carlin nac@phillaw.com, rac@phillaw.com
Frank Thomas More Catalina fcatalina@rksllp.com
Katherine Rose Catanese kcatanese@foley.com
Matthew Cave mcave@kfc.law
Barry A. Chatz barry.chatz@saul.com, barry.chatz@gmail.com

**SERVED VIA ELECTRONIC SERVICE (ECF) (CON'T)**

Karen J. Chedister kchedister@h-jlaw.com
Christina Lin Chen christina.chen@morganlewis.com, christina.lin.chen@gmail.com
Richard A. Chesley richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
Kevin Chiu kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com
Jacquelyn H. Choi jacquelyn.choi@rimonlaw.com, docketing@rimonlaw.com
Shawn M. Christianson schristianson@buchalter.com
Robert N.H. Christmas rchristmas@nixonpeabody.com,
nyc.managing.clerk@nixonpeabody.com
Jae Angela Chun ajc@chun.law, teresa@tosdallaw.com
Gerard T. Cicero GCicero@brownrudnick.com, NKhalatova@brownrudnick.com
Louis J. Cisz lcisz@nixonpeabody.com
Valerie E. Clemen , mcarter@coombslaw.com
Alicia Clough aclough@loeb.com
Tiffany Strelow Cobb tscobb@vorys.com
John B. Coffman john@johncoffman.net
Kevin G. Collins kevin.collins@btlaw.com
Brian S. Conlon bsc@phillaw.com, rac@phillaw.com
Charles Cording ccording@willkie.com, mao@willkie.com
Manuel Corrales mannycorrales@yahoo.com, hcskanchy@hotmail.com
Anne Costin anne@costinlawfirm.com
Christopher J. Cox chris.cox@hoganlovells.com
Donald H. Cram dhc@severson.com
Ashley Vinson Crawford avcrawford@akingump.com, dkrasa-berstell@akingump.com
Douglas S. Crosno douglas.crosno@hoganlovells.com
Andrea Crowl acrowl@dbbwc.com
J. Russell Cunningham rcunningham@dnlc.net, emehr@dnlc.net
Keith J. Cunningham , rkelley@pierceatwood.com
James D. Curran jcurran@wolkincurran.com, dstorms@wolkincurran.com
Tambra Curtis tambra.curtis@sonoma-county.org,
Megan.Sweeley@sonoma-county.org
Stacy A. Dasaro sdasaro@goodwinlaw.com
James M. Davis jdavis@cglaw.com
Nicolas De Lancie ndelancie@jmbm.com
Judith A. Descalso , jad_9193@ecf.courtdrive.com
Andrew G. Devore andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com
Erin Elizabeth Dexter edexter@milbank.com
Shounak S. Dharap ssd@arnslaw.com, mec@arnslaw.com
Kathryn S. Diemer kdiemer@diemerwei.com
Kathryn S. Diemer kdiemer@diemerwhitman.com
John P. Dillman houston_bankruptcy@publicans.com
Caroline R. Djang cdjang@buchalter.com, Laurie.Verstegen@bbklaw.com
Krystal Dong ykdong@gmail.com
Jonathan R. Doolittle jonathan.doolittle@pillsburylaw.com
Jonathan R. Doolittle jdoolittle@reedsmith.com
Jennifer V. Doran jdoran@hinckleyallen.com
Dustin M. Dow ddow@bakerlaw.com, jmcguigan@bakerlaw.com
Jamie P. Dreher jdreher@downeybrand.com
Todd Dressel tdressel@mcguirewoods.com, jtabisaura@mcguirewoods.com
Geoffrey B. Dryvynsyde gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
Jeffrey Aaron Dubbin jdubbin@labaton.com, echan-lee@labaton.com
Matthew Ducharme matthew.ducharme@hoganlovells.com,
tracy.southwell@hoganlovells.com
Cecily Ann Dumas cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
Dennis F. Dunne cprice@milbank.com, jbrewster@milbank.com

**SERVED VIA ELECTRONIC SERVICE (ECF) (CON'T)**

Dennis F. Dunne ddunne@milbank.com, jbrewster@milbank.com
Huonganh Annie Duong annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
Luke N. Eaton eatonl@pepperlaw.com, monugiac@pepperlaw.com
Daniel G. Egan daniel.egan@ropesgray.com, nova.alindogan@ropesgray.com
Joseph A. Eisenberg JAE1900@yahoo.com
Michele Ellison mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
David Emerzian , Melany.Hertel@mccormickbarstow.com
G. Larry Engel larry@engeladvice.com
Krista M. Enns kenns@beneschlaw.com
Scott Esbin sesbin@esbinalter.com
Joseph M. Esmont jesmont@bakerlaw.com
Michael P. Esser michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
Richard W. Esterkin richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
Michael S. Etkin metkin@lowenstein.com
Jacob M. Faircloth jacob@bfolegal.com
Brett D. Fallon bfallon@morrisjames.com, wweller@morrisjames.com
Michael C. Fallon , manders@fallonlaw.net
Joana Fang jf@kbklawyers.com, icd@kbklawyers.com
Joseph Kyle Feist jfeistesq@gmail.com, info@norcallawgroup.net
David M. Feldman DFeldman@gibsondunn.com
Matthew A. Feldman mfeldman@willkie.com
Jennifer Feldsher jennifer.feldsher@morganlewis.com
Mark E. Felger mfelger@cozen.com
James J. Ficenec James.Ficenec@ndlf.com
Kimberly S. Fineman kfineman@fhlawllp.com
Stephen D. Finestone sfinestone@fhlawllp.com
Timothy M. Flaherty tflaherty@mpplaw.com
Daniel I. Forman dforman@willkie.com
Matthew Hampton Foushee hampton.foushee@hoganlovells.com, hfoushee@gmail.com
James P. Frantz rosa@frantzlawgroup.com
Carolyn Frederick cfrederick@prklaw.com
Matthew Patrick French mfrench@baumhedlundlaw.com
Peter Friedman pfriedman@omm.com
Roger F. Friedman rfriedman@rutan.com, csolorzano@rutan.com
Xiyi Fu jackie.fu@lockelord.com, taylor.warren@lockelord.com
Lars H. Fuller lfuller@bakerlaw.com
Thomas M. Gaa tgaa@bbslaw.com
Larry W. Gabriel , nfields@bg.law
Gregg M. Galardi gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com
Craig Solomon Ganz ganzc@ballardspahr.com, hartt@ballardspahr.com
Jeffrey K. Garfinkle jgarfinkle@buchalter.com
Oscar Garza ogarza@thegarzafirm.com
Lisa S. Gast lsg@dwgp.com, lmk@dwgp.com
Paul R. Gaus pgaus@downeybrand.com
Duane M. Geck dmg@severson.com
Casey Gee casey@tlopc.com
Evelina Gentry evelina.gentry@akerman.com
Janet D. Gertz jgertz@btlaw.com
Christopher Gessner cgessner@akingump.com, NYMCO@akingump.com
R. Dale Ginter dginter@downeybrand.com
Jon T. Givens givensjt@gmail.com, cwilson@wattsguerra.com

**SERVED VIA ELECTRONIC SERVICE (ECF) (CON'T)**

Barry S. Glaser bglaser@salvatoboufadel.com
Paul R. Glassman pglassman@sycr.com
Gabriel I. Glazer gglazer@pszjlaw.com
Gabrielle Glemann gabrielle.glemann@stoel.com, rene.alvin@stoel.com
Jaime Godin Jtouchstone@fddcm.com
Matthew A. Gold courts@argopartners.net
Eric D. Goldberg eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
Craig Goldblatt Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com
Amy L. Goldman goldman@lbbslaw.com
Eric S. Goldstein egoldstein@goodwin.com
Rhonda Stewart Goldstein Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
Richard H. Golubow rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
Michael J. Gomez mgomez@frandzel.com, dmoore@frandzel.com
Eric R. Goodman egoodman@bakerlaw.com
Michael R. Goodstein mgoodstein@baileycav.com
Mark A. Gorton mgorton@boutinjones.com, cdomingo@boutinjones.com
Mark A. Gorton mgorton@boutininc.com, cdomingo@boutinjones.com
Michael I. Gottfried mgottfried@elkinskalt.com, AAburto@elkinskalt.com
Louis Gottlieb Lgottlieb@labaton.com, mpenrhyn@labaton.com
Elizabeth Graham egraham@gelaw.com
Jason J. Granskog jgranskog@bowlesverna.com, tohl@bowlesverna.com
Eric A. Grasberger eric.grasberger@stoel.com, docketclerk@stoel.com
Debra I. Grassgreen , hphan@pszjlaw.com
Debra I. Grassgreen dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
Eric A. Gravink eric@rhrc.net
Elizabeth A. Green egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
Tracy Green tgreen@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com
Alan Greenberg agreenberg@ggtriallaw.com
Mitchell B. Greenberg mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
Brian Gregory b.gregory@veenfirm.com, EL.Team@Veenfirm.com
Susan Sieger Grimm SSieger-Grimm@brownrudnick.com,
NKhalatova@brownrudnick.com
Matthew W. Grimshaw matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com
Stuart G. Gross sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
Carl L. Grumer cgrumer@manatt.com, mchung@manatt.com
David Matthew Guess dguess@buchalter.com
Elizabeth M. Guffy eguffy@lockelord.com, autodocket@lockelord.com
Lloyd C. Guintivano anitag@co.lake.ca.us, lloydg@co.lake.ca.us
Cameron M. Gulden cameron.m.gulden@usdoj.gov
Mirco J. Haag mhaag@buchalter.com, dcyrankowski@buchalter.com
Laurie Hager lhager@sussmanshank.com
J. Noah Hagey hagey@braunhagey.com, tong@braunhagey.com
Oren Buchanan Haker oren.haker@stoel.com, rene.alvin@stoel.com
Michael Hampson mhampson@rksllp.com
Kristopher M. Hansen dmohamed@stroock.com, mmagzamen@stroock.com
Jay Harker jharker@clausen.com, mgenova@clausen.com
Joseph George Harraka jgharraka@becker.legal
Adam C. Harris adam.harris@srz.com
Robert G. Harris rob@bindermalter.com
Christopher H. Hart chart@nutihart.com, nwhite@nutihart.com
Bryan L. Hawkins bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
Jennifer C. Hayes jhayes@fhlawllp.com
Geoffrey A. Heaton gheaton@duanemorris.com, dmicros@duanemorris.com
Michael C. Hefter michael.hefter@hoganlovells.com,

**SERVED VIA ELECTRONIC SERVICE (ECF) (CON'T)**

tracy.southwell@hoganlovells.com
Alaina R. Heine alaina.heine@dechert.com, brett.stone@dechert.com
Matthew Henderson matthew.henderson@msrlegal.com, karen.wigylus@msrlegal.com
Samy Saad Henein samyhenein@aol.com, mh@suppalaw.com
Stephen E. Hessler, P.C. , jozette.chong@kirkland.com
Matthew Heyn matthew.heyn@doj.ca.gov
Sean T. Higgins aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
James P. Hill hill@sullivanhill.com, bkstaff@sullivanhill.com
Morgan R. Hirst mhirst@jonesday.com, mmelvin@jonesday.com
Michael R. Hogue hoguem@gtlaw.com, navarrom@gtlaw.com
David Holtzman david.holtzman@hklaw.com
Alexandra S. Horwitz allie.horwitz@dinsmore.com
Marsha Houston mhouston@reedsmith.com, hvalencia@reedsmith.com
Linda Wendell Hsu lhsu@selmanlaw.com, psmith@selmanlaw.com
Shane Huang shane.huang@usdoj.gov
Brian D. Huben hubenb@ballardspahr.com, carolod@ballardspahr.com
Kelly L. Huey khuey@burkeandkesslerlaw.com
Christopher Hughes chughes@nossaman.com
Jonathan Hughes , jane.rustice@aporter.com
Edward R. Huguenin ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
Michael A. Isaacs misaacs@rinconlawllp.com, aworthing@rinconlawllp.com
Mark V. Isola misola@brotherssmithlaw.com
J. Eric Ivester Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
J. Eric Ivester , Andrea.Bates@skadden.com
Lawrence A. Jacobson laj@cohenandjacobson.com, mcycle48@gmail.com
Kizzy L. Jarashow KJarashow@goodwinlaw.com,
AFraticelliLouallen@goodwinlaw.com
Ivan C. Jen ivan@icjenlaw.com
Amanda Jereige AJereige@winston.com, amanda-jereige-5954@ecf.pacerpro.com
Monique Jewett-Brewster mjb@hopkinscarley.com, eamaro@hopkinscarley.com
James O. Johnston jjohnston@jonesday.com
Chris Johnstone chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
Andrew Jones andrew@ajoneslaw.com
Gregory K. Jones GJones@dykema.com, cacossano@dykema.com
John L. Jones JJones@chwlaw.us, JLJones2@outlook.com
Robert A. Julian rjulian@bakerlaw.com, hhammonturano@bakerlaw.com
George H. Kalikman , sdavenport@schnader.com
Roberto J. Kampfner rkampfner@whitecase.com, mco@whitecase.com
Bonnie E. Kane bonnie@thekanelawfirm.com, skane@thekanelawfirm.com
Eve H. Karasik ehk@lnbyb.com
Michael G. Kasolas trustee@kasolas.net, ecf.alert+Kasolas@titlexi.com
Elyssa S. Kates ekates@bakerlaw.com
Ori Katz okatz@sheppardmullin.com, LSegura@sheppardmullin.com
William M. Kaufman wkaufman@smwb.com, eschneider@smwb.com
Jane G. Kearl jkearl@watttieder.com, jbenton@watttieder.com
Tobias S. Keller tkeller@kbkllp.com
Lynette C. Kelly ustpregion17.oa.ecf@usdoj.gov
Sarah Elisabeth Kelly-Kilgore skellykilgore@ggtriallaw.com, dvultaggio@ggtriallaw.com
Matthew K. Kelsey mkelsey@gibsondunn.com
Gerald P. Kennedy gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
Erica L. Kerman ekerman@willkie.com
Samuel M. Kidder skidder@ktbslaw.com
Marc Kieselstein , carrie.oppenheim@kirkland.com
Jane Kim jkim@kbkllp.com

**SERVED VIA ELECTRONIC SERVICE (ECF) (CON'T)**

Mary H. Kim Mary.Kim@dechert.com, brett.stone@dechert.com
Susan E. Kirkgaard , carlyn.jorgensen@bullivant.com
Kody D. L. Kleber kkleber@bakerlaw.com, dmartinez@bakerlaw.com
Matthew Ryan Klinger mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
Bradley C. Knapp bknapp@lockelord.com, Yamille.Harrison@lockelord.com
Kelly V. Knight kelly.knight@srz.com
Lydia Vanessa Ko Lvko@stonelawoffice.com
Thomas F. Koegel tkoegel@crowell.com
Katherine Kohn kkohn@groom.com, ashahinllari@groom.com
Andy S. Kong kong.andy@arentfox.com, Yvonne.Li@arentfox.com
Anna Kordas akordas@jonesday.com, mmelvin@jonesday.com
Alan W. Kornberg , akornberg@paulweiss.com
Bernard Kornberg bernard.kornberg@practus.com
David I. Kornbluh dkombluh@venturahersey.com, jpatterson@venturahersey.com
Lauren Kramer lkramer@rjo.com
Marc Kramer mkramer@rksllp.com
Jeffrey C. Krause jkrause@gibsondunn.com
Lindsey E. Kress lkress@lockelord.com, autodocket@lockelord.com
Hannah C. Kreuser hkreuser@porterlaw.com, ooberg@porterlaw.com
Kevin Kroll kkroll@kfc.law
Michael Thomas Krueger michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
Marek P. Krzyzowski MKrzyzowski@brownrudnick.com, SCalderon@brownrudnick.com
Robert T. Kugler robert.kugler@stinson.com
Duane Kumagai dkumagai@maynardcooper.com,
Mshabpareh@maynardcooper.com
Brendan M. Kunkle bkunkle@abbeylaw.com, lmeyer@abbeylaw.com
Alisa C. Lacey alisa.lacey@stinson.com, karen.graves@stinson.com
Timothy S. Laffredi timothy.s.laffredi@usdoj.gov
Timothy S. Laffredi timothy.s.laffredi@usdoj.gov
Richard A. Lapping rich@trodellalapping.com
Omeed Latifi olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
John E. Lattin jlattin@ostergar.com, cslovenec@ostergar.com
Paul J. Laurin plaurin@btlaw.com, slmoore@btlaw.com
Michael Lauter mlauter@sheppardmullin.com
Kenneth T. Law klaw@bbslaw.com
Francis J. Lawall francis.lawall@troutman.com, susan.henry@troutman.com
Andrew Michael Leblanc ALeblanc@milbank.com
Erica Lee Erica.Lee@doj.ca.gov
Scott Lee scott.lee@lewisbrisbois.com,
monique.talamante@lewisbrisbois.com
Paul J. Leeds Pleeds@fsl.law
Edward J. Leen eleen@mkbllp.com
Lisa Lenherr llenherr@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com
Matthew A. Lesnick matt@lesnickprince.com, jmack@lesnickprince.com
Bryn G. Letsch bletsch@braytonlaw.com
David B. Levant david.levant@stoel.com, rene.alvin@stoel.com
Andrew H. Levin alevin@wcghlaw.com
Emily Sarah Levin elevin@levinlawgroupplc.com
David Levine dnl@groom.com
Marc A. Levinson Malevinson@orrick.com, casestream@ecf.courtdrive.com
Dara Levinson Silveira dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com
Alexander James Demitro Lewicki kdiemer@diemerwei.com
Alexander James Demitro Lewicki alewicki@diemerwei.com
Lauren Lifland lauren.lifland@wilmerhale.com, whdocketing@wilmerhale.com

**SERVED VIA ELECTRONIC SERVICE (ECF) (CON'T)**

William S. Lisa , jcaruso@nixonpeabody.com
William S. Lisa wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
Jonathan A. Loeb jon.loeb@bingham.com
Michael B. Lubic michael.lubic@klgates.com
John William Lucas , ocarpio@pszjlaw.com
Joseph R. Lucia PersonalInjuryGroup@RLSlawyers.com
Jane Luciano jane-luciano@comcast.net
Kerri Lyman klyman@irell.com, #-FirmPSDocketing@Steptoe.com
John H. MacConaghy macclaw@macbarlaw.com, smansour@macbarlaw.com;
kmuller@macbarlaw.com
Iain A. Macdonald imac@macfern.com, 6824376420@filings.docketbird.com
Malcolm A. Mackenzie mmackenzie@coombslaw.com, vclemen@coombslaw.com
Tracy L. Mainguy tmainguy@unioncounsel.net,
bankruptcycourtnotices@unioncounsel.net
Samuel R. Maizel samuel.maizel@dentons.com, alicia.aguilar@dentons.com
Adam Malatesta adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
Katharine Malone malonek@gtlaw.com
Liam K. Malone malone@oles.com, shahin@oles.com
Michael W. Malter michael@bindermalter.com
Ankur Mandhania amandhania@mayerbrown.com
Craig Margulies cmargulies@margulies-law.com, lsalazar@margulies-law.com
Geoffrey E. Marr gemarr59@hotmail.com
Richard A. Marshack rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com
Catherine Martin cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com
David P. Matthews jrhoades@thematthewslawfirm.com,
aharrison@thematthewslawfirm.com
Patrick C. Maxcy patrick.maxcy@snrdenton.com
Simon Richard Mayer simon.mayer@lockelord.com, Rellis@lockelord.com
James J. Mazza james.mazza@skadden.com, wendy.lamanna@skadden.com
Benjamin P. McCallen bmccallen@willkie.com
C. Luckey McDowell luckey.mcdowell@shearman.com
Matthew D. McGill MMcGill@gibsondunn.com
Melissa C. McLaughlin mcmclaughlin@venable.com, ataylor@venable.com
Edward Joseph McNeilly edward.mcneilly@hoganlovells.com,
verbon.davenport@hoganlovells.com
Scott H. McNutt SMcNutt@ml-sf.com, csnell@ml-sf.com
Thomas Melone Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
Peter Meringolo peter@pmrklaw.com
Frank A. Merola lacalendar@stroock.com, mmagzamen@stroock.com
Jennifer L. Mersing jennifer.mersing@stoel.com, lisa.petras@stoel.com
Joshua M. Mester jmester@jonesday.com
Matthew D. Metzger belvederelegalecf@gmail.com,
8450177420@filings.docketbird.com
Merle C. Meyers mmeyers@mlg-pc.com
Randy Michelson randy.michelson@michelsonlawgroup.com
Gerardo Mijares-Shafai Gerardo.Mijares-Shafai@arnoldporter.com,
kenneth.anderson@arnoldporter.com
Joel S. Miliband jmiliband@brownrudnick.com
John W. Mills jmills@joneswalker.com
Joseph G. Minias jminias@willkie.com
M. David Minnick dminnick@pillsburylaw.com, docket@pillsburylaw.com
Benjamin Mintz benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com
Nancy Mitchell nmitchell@omm.com

**SERVED VIA ELECTRONIC SERVICE (ECF) (CON'T)**

Thomas C. Mitchell tcmitchell@orrick.com,
Dcmanagingattorneysoffice@ecf.courtdrive.com
John A. Moe john.moe@dentons.com, glenda.spratt@dentons.com
Aaron J. Mohamed ajm@brereton.law, aaronmohamedlaw@gmail.com
David Molton dmolton@brownrudnick.com
Kevin Montee kmontee@monteeassociates.com
Christopher D. Moon chris@moonlawapc.com, kevin@moonlawapc.com
David W. Moon lacalendar@stroock.com, mmagzamen@stroock.com
Erika L. Morabito emorabito@foley.com, hsiagiandraughn@foley.com
Candace J. Morey cjm@cpuc.ca.gov
Courtney L. Morgan morgan.courtney@pbgc.gov
Richard Morin , 6863427420@filings.docketbird.com
Kimberly S. Morris kmorris@bakerlaw.com, hhammonturano@bakerlaw.com
Rodney Allen Morris Rodney.Morris2@usdoj.gov
Joshua D. Morse Joshua.Morse@dlapiper.com, docket@pillsburylaw.com
Andrew H. Morton andrew.morton@stoel.com, lisa.petras@stoel.com
Thomas G. Mouzes tmouzes@boutininc.com
Thomas G. Mouzes tmouzes@boutinjones.com
Peter S. Munoz pmunoz@reedsmith.com, gsandoval@reedsmith.com
John Leland Murphree LMurphree@maynardcooper.com,
mshabpareh@maynardcooper.com
Bennett J. Murphy bmurphy@bennettmurphylaw.com
Julie M. Murphy jmmurphy@stradley.com
Michael S. Myers myersm@ballardspahr.com
David L. Neale dln@lnbyg.com
David Neier dneier@winston.com
Brittany J. Nelson bnelson@foley.com, hsiagiandraughn@foley.com
Michael S. Neumeister MNeumeister@gibsondunn.com
Howard S. Nevins hnevins@hsmlaw.com
Samuel A. Newman sam.newman@sidley.com, laefilingnotice@sidley.com
Melissa T. Ngo harris.melissa@pbgc.gov, efile@pbgc.gov
Mario R. Nicholas mario.nicholas@stoel.com, ana.trask@stoel.com
Sean Nolan snolan@akingump.com, NYMCO@akingump.com
Gregory C. Nuti chart@nutihart.com, nwhite@nutihart.com
Eric A. Nyberg e.nyberg@kornfieldlaw.com, g.michael@kornfieldlaw.com
Abigail O'Brient aobrient@mintz.com, docketing@mintz.com
Alicia D. O'Neill aoneill@wattsguerra.com, cwilson@wattsguerra.com
Julie E. Oelsner joelsner@weintraub.com, bjennings@weintraub.com
Office of the U.S. Trustee / SF USTPRegion17.SF.ECF@usdoj.gov
Aron M. Oliner roliner@duanemorris.com, dmicros@duanemorris.com
Matthew Jon Olson matt@macfern.com, stell.laura@dorsey.com
Scott Olson scott.olson@bclplaw.com
Steven M. Olson steve@bfolegal.com
Aram Ordubegian Ordubegian.Aram@ArentFox.com
Jose Antonio Ortiz aortiz@jhwclaw.com
Keith C. Owens kowens@foxrothschild.com, bclark@venable.com
Gabriel Ozel , gabeozel@gmail.com
Amy S. Park amy.park@skadden.com
Donna Taylor Parkinson donna@parkinsonphinney.com
Peter S. Partee ppartee@huntonak.com, candonian@huntonak.com
Paul J. Pascuzzi ppascuzzi@ffwplaw.com, docket@ffwplaw.com
Kenneth Pasquale , mlaskowski@stroock.com
Dow Wakefield Patten dow@forthrightlaw.com
Larry Allan Peluso pelusolaw@gmail.com, firm@pelusolaw.net

**SERVED VIA ELECTRONIC SERVICE (ECF) (CON'T)**

Valerie Bantner Peo vbantnerpeo@buchalter.com
Yosef Peretz , skim@peretzlaw.com
Christian A Pereyda cpereyda@maynardcooper.com
Thomas R. Phinney tom@parkinsonphinney.com
R. Alexander Pilmer alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
M. Ryan Pinkston rpinkston@seyfarth.com, jmcdermott@seyfarth.com
Estela O. Pino epino@epinolaw.com, rmahal@epinolaw.com
Gregory Plaskett GREGORY.PLASKETT@GMAIL.COM
Mark D. Plevin mplevin@crowell.com
Steven G. Polard spolard@eisnerlaw.com, calendar-lao@ropers.com
Mark D. Poniatowski ponlaw@ponlaw.com
Cara M. Porter cara.porter@doj.ca.gov, rachel.patu@doj.ca.gov
Christopher E. Prince cprince@lesnickprince.com
Douglas B. Provencher dbp@provlaw.com
Amy C. Quartarolo amy.quartarolo@lw.com
Lary Alan Rappaport lrappaport@proskauer.com, PHays@proskauer.com
Justin E. Rawlins justinrawlins@paulhastings.com
Hugh M. Ray hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
Paul F. Ready smeyer@farmerandready.com
Caroline A. Reckler caroline.reckler@lw.com
David M. Reeder david@reederlaw.com, secretary@reederlaw.com
Scott Reents sreents@cravath.com
Steven J. Reisman sreisman@katten.com, nyc.bknotices@kattenlaw.com
Jeffrey M. Reisner jreisner@irell.com, #-FirmPSDocketing@Steptoe.com
Jack A. Reitman , srichmond@lgbfirm.com
Emily P. Rich erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
David J. Richardson drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
Christopher O. Rivas crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
David B. Rivkin drivkin@bakerlaw.com, jmeeks@bakerlaw.com
John R. Rizzardi kcoselman@cairncross.com, tnguyen@cairncross.com
Daniel Robertson robertson.daniel@pbgc.gov, efile@pbgc.gov
Michael Rogers mrogers@lambertrogers.com, jan@lambertrogers.com
Lawrence M. Rolnick lrolnick@rksllp.com
Christina Anne Romak christina.romak@bakerbotts.com
Jorian L. Rose jrose@bakerlaw.com
Laurence M. Rosen lrosen@rosenlegal.com, zstanco@rosenlegal.com
Paul M. Rosenblatt prosenblatt@kilpatricktownsend.com,
mwilliams@kilpatricktownsend.com
David A. Rosenzweig david.rosenzweig@nortonrosefulbright.com
Jay M. Ross jross@hopkinscarley.com, nsvoboda@hopkinscarley.com
Gregory A. Rougeau grougeau@brlawsf.com
Jason C. Rubinstein jrubinstein@fklaw.com, mclerk@fklaw.com
Nathan Q. Rugg nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
Thomas B. Rupp trupp@kbkllp.com
Steven B. Sacks ssacks@sackslawoffice.com
Eric E. Sagerman esagerman@bakerlaw.com
Robert Sahyan rsahyan@sheppardmullin.com, lsegura@sheppardmullin.com
Gregory M. Salvato gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
Jonathan C. Sanders jsanders@stblaw.com
Nanette D. Sanders nanette@ringstadlaw.com, becky@ringstadlaw.com
Lovee Sarenas lovee.sarenas@dinsmore.com
Brandy A. Sargent brandy.sargent@klgates.com, docketclerk@stoel.com
Patricia Savage psavesq@gmail.com, jodi.savage@gmail.com
Caroline A.H. Sayers caroline.sayers@lathropgpm.com,

**SERVED VIA ELECTRONIC SERVICE (ECF) (CON'T)**

patricia.johnson@lathropgpm.com
Sblend A. Sblendorio sas@hogefenton.com
Francis O. Scarpulla fos@scarpullalaw.com, cpc@scarpullalaw.com
Daren M Schlecter daren@schlecterlaw.com, info@schlecterlaw.com
Bradley R. Schneider bschneider@kbkfirm.com
Harvey S. Schochet Harveyschochet@dwt.com
Nathan A. Schultz nschultzesq@gmail.com, kjarashow@goodwinlaw.com
Lisa Schweitzer lschweitzer@cgsh.com
Eric J. Seiler eseiler@fklaw.com, mclerk@fklaw.com
Jonathan A. Shapiro JShapiro@goodwinlaw.com
Robin D Shofner shofner@mobolaw.com
Leonard M. Shulman lshulman@shbllp.com
Andrew I. Silfen andrew.silfen@arentfox.com
Wayne A. Silver w_silver@sbcglobal.net, ws@waynesilverlaw.com
Brandt Silver-Korn bsilverkorn@edelson.com, docket@edelson.com
Craig S. Simon csimon@bergerkahn.com, aketcher@bergerkahn.com
Gerald Singleton gerald@slffirm.com, BKECFCANB@SLFfirm.com
Steven J. Skikos sskikos@skikos.com, mmontoya@skikos.com
Michael K. Slattery mslattery@lkfirm.com, rramirez@lkfirm.com
Dania Slim dania.slim@pillsburylaw.com,
melinda.hernandez@pillsburylaw.com
Jennifer N. Slocum jennifer.slocum@stoel.com, docketclerk@stoel.com
Aaron C. Smith asmith@lockelord.com, autodocket@lockelord.com
Alan D. Smith adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
Jan D. Sokol jdsokol@lawssl.com
Daniel Solish cocolaw@stancounty.com, solishd@stancounty.com
Randye B. Soref rsoref@polsinelli.com, ccripe@polsinelli.com
Joseph Sorkin jsorkin@akingump.com, NYMCO@akingump.com
Michael St. James ecf@stjames-law.com
Diane C. Stanfield diane.stanfield@alston.com, nelly.villaneda@alston.com
Howard J. Steinberg steinbergh@gtlaw.com, pearsallt@gtlaw.com
Harriet A. Steiner harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
Lillian G. Stenfeldt lillian.stenfeldt@rimonlaw.com, docketing@rimonlaw.com
Cheryl L. Stengel clstengel@outlook.com, stengelcheryl40@gmail.com
David M. Stern dstern@ktbslaw.com
Geoffrey S. Stewart gstewart@jonesday.com, mmelvin@jonesday.com
Alan J. Stone AStone@milbank.com, DMcCracken@Milbank.com
Jason D. Strabo jstrabo@mwe.com
Michael H. Strub mstrub@ggtriallaw.com, mhstrub1@gmail.com
Rebecca Suarez rsuarez@crowell.com
Brad T. Summers , docketing-pdx@lanepowell.com
Karin Swope kswope@cpmlegal.com
Kristine Theodesia Takvoryan ktakvoryan@ckrlaw.com
Kesha Tanabe kesha@tanabelaw.com
Mary Ellmann Tang mtang@frenchlyontang.com, nfears@frenchlyontang.com
Dante Taylor dtaylor@lbbklaw.com
Elizabeth Lee Thompson ethompson@stites.com, docketclerk@stites.com
John C. Thornton jct@andrewsthornton.com, aandrews@andrewsthornton.com
Elisa Tolentino cao.main@sanjoseca.gov
Meagan S. Tom meagan.tom@lockelord.com, autodocket@lockelord.com
Edward J. Tredinnick etredinnick@foxrothschild.com
Matthew J. Troy matthew.troy@usdoj.gov
Rocky C. Tsai rocky.tsai@ropesgray.com, matthew.haut@ropesgray.com
Michael Tye Michael.Tye@usdoj.gov

**SERVED VIA ELECTRONIC SERVICE (ECF) (CON'T)**

2
Gary D. Underdahl gunderdahl@askllp.com, lmiskowiec@askllp.com
Andrew Van Ornum avanornum@vlmglaw.com, hchea@vlmglaw.com
3
Shmuel Vasser shmuel.vasser@dechert.com, brett.stone@dechert.com
Victor A. Vilaplana vavilaplana@foley.com, rhurst@foley.com
4
Marta Villacorta marta.villacorta@usdoj.gov
Carol C. Villegas cvillegas@labaton.com, NDonlon@labaton.com
5
John A. Vos InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
Bao M. Vu bao.vu@stoel.com, sharon.witkin@stoel.com
6
Nicholas Wagner kschemen@wagnerjones.com, bwagner@wagnerjones.com
Jonathan D. Waisnor jwaisnor@willkie.com, mao@willkie.com
7
Rachel M. Walsh rwalsh@goodwinlaw.com, tsutton@goodwinlaw.com
Riley C. Walter galfano@wjhattorneys.com
8
Phillip K. Wang phillip.wang@rimonlaw.com
Samuel M. Ward sward@barrack.com, cfessia@barrack.com
9
Philip S. Warden philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
Gregory P. Waters gwaters@elllaw.com, gregorywatersesq@gmail.com
10
Guy L. Watts gwatts@wattsguerra.com, cwilson@wattsguerra.com
Mikal C. Watts mcwatts@wattsguerra.com, cwilson@wattsguerra.com
11
Laura Herron Weber lweber@sl-employmentlaw.com
Lindsi M. Weber lweber@polsinelli.com, yderac@polsinelli.com
12
Joseph M. Welch jwelch@buchalter.com, dcyrankowski@buchalter.com
Todd J. Wenzel todd@wenzellawoffices.com
13
Meredith Werner meredith.werner@clydeco.us
David Walter Wessel DWessel@efronlawfirm.com, hporter@chdlawyers.com
14
Joseph West westjoseph@earthlink.net, josephw998@gmail.com
Drew M. Widders dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
15
Jason P. Williams , maryanne@wplgattorneys.com
Eric R. Wilson kdwbankruptcydepartment@kelleydrye.com,
16
ewilson@kelleydrye.com
Kimberly S. Winick kwinick@clarktrev.com, knielsen@clarktrev.com
17
Rebecca J. Winthrop rebecca.winthrop@nortonrosefulbright.com,
diana.cardenas@nortonrosefulbright.com
18
David Wirt david.wirt@hklaw.com, denise.harmon@hklaw.com
Ryan A. Witthans rwitthans@fhlawllp.com
19
Keith H. Wofford keith.wofford@ropesgray.com, nova.alindogan@ropesgray.com
Risa Lynn Wolf-Smith rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
20
Douglas Wolfe asm@asmcapital.com
Andrea Wong wong.andrea@pbgc.gov, efile@pbgc.gov
21
Christopher K.S. Wong christopher.wong@afslaw.com
David A. Wood dwood@marshackhays.com, lbuchanan@marshackhays.com
22
Kirsten A. Worley worleyk@higgslaw.com, admin@wlawcorp.com
Kinga Wright kinga.wright@lockelord.com, autodocket@lockelord.com
23
Antonio Yanez ayanez@willkie.com
Cathy Yanni cathy@cathyyanni.com, pstrunk@browngreer.com
24
Andrew Yaphe andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
Stephanie Yee syee@janglit.com, klockwood@janglit.com
25
Tacie H. Yoon tyoon@crowell.com
Bennett G. Young byoung@jmbm.com, jb8@jmbm.com
26
Eric G. Young eyoung@dcalaw.com, Jackie@dcalaw.com
Nicole M. Zeiss nzeiss@labaton.com
27
Paul H. Zumbro mao@cravath.com
Brittany Zummer bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
28
Dario de Ghetaldi deg@coreylaw.com, lf@coreylaw.com