

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**November 21, 2022**

Mark B. Busby, Clerk of Court
United States District Court
Phillip Burton Federal Building &
United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

District Court Appeal Number:

**22-cv-06367-HSG**

Re: **Transmission of Document(s) on Appeal:**

**PG&E Corporation and Pacific Gas and Electric Company, Case No. 19-30088-DM, Judge Dennis Montali**

Dear Clerk:

We are transferring the following document(s) to your Court for the above referenced appeal:

Appellant Ricky-Dean Horton's Response to Appellee's Response as Entered on 11/14/2022 DKT 13251;Equitable Tolling of Time Due to Deceitful Court's Order- filed on 11/21/2022 (dkt. #13273)

Certificate of Service- filed on 11/21/2022 (dkt. #13274)

If you have any questions, please contact me at **(415) 268-2373** .

Edward Emmons, Clerk
United States Bankruptcy Court

By: _/s/ DaWana Chambers_

DaWana Chambers  Deputy Clerk

Case: 19-30088    Doc# 13275    Filed: 11/21/22    Entered: 11/21/22 16:30:12    Page 1 of 1