Ricky-Dean Horton
751 Rosemary Court
Fairfield, California [94533]
Cell: 707-386-9713
RickyDHorton@gmail.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICKY-DEAN HORTON, A LIVING SOVEREIGN MAN<br><br>       appellant,<br><br>vs.<br><br>PG&E CORPORATION,<br><br>- and/or-<br><br>PACIFIC GAS AND ELECTRIC COMPANY;<br><br>       appellees*<br><br>*Affects one or both companies. | Bankruptcy Case nos:<br>19-30088 DM (Lead Case)<br>19-30089 DM<br>Chapter 11, Jointly Administered;<br>Claimant/Appellant claim no. 87111<br><br>**On appeal to:**<br>**District Court Case: 22-cv-06367-HSG**<br><br>APPELLANT RICKY-DEAN HORTON'S RESPONSE TO APPELLEE'S RESPONSE AS ENTERED ON 11/14/2022 DKT 13251; EQUITABLE TOLLING OF TIME DUE TO DECEITFUL COURT'S ORDER.<br><br>RELATED: DKTS 11386, 13084, 13136, 13251<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I, Ricky-Dean Horton, do declare and state as follows:

1. I am a creditor in the above-referenced chapter 11 cases.

2. On November 21, 2022, by CM/ECF filing on the Bankruptcy Court's Website, I electronically filed the following documents with the Clerk of the Court by using

CM/ECF system (for Non-Registered ECF Filers):

*Appellant Ricky-Dean Horton's response to Appellee PG&E's response filed as Dkt 13251 .pdf*

3. On November 21, 2022, I caused the same CM/ECF filing on the Bankruptcy Court's Website to be served upon the interested parties as shown below:

**SERVICE LIST**

1. **Attorneys for Debtors, WEIL, GOTSHAL & MANGES LLP**

   **To:**
   WEIL, GOTSHAL & MANGES LLP
      **Via Electonic Email:**

   Stephen Karotkin, Stephen.karotkin@weil.com;
   Jessica Liou, Jessica.liou@weil.com;
   Matthew Goren, Matthew.goren@weil.com;

2. **Attorneys for Debtors, KELLER BENVENUTTI KIM LLP**

   **To:**
   KELLER BENVENUTTI KIM LLP
      **Via Electronic Email:**

   Tobias S. Keller, tkeller@kbkllp.com;
   Jane Kim, jkim@kbkllp.com;

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Signed this 21st day of November 2022, at Fairfield, California.

_____
Ricky-Dean Horton, Claimant/Appellant

SEAL