KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

ROVENS LAMB LLP
Steven A. Lamb (#132534)
(slamb@rovenslamb.com)
2601 Airport Drive, Suite 370
Torrance, CA 90505
Tel: 310 536 7830

LAW OFFICES OF JENNIFER L. DODGE INC.
Jennifer L. Dodge (#195321)
(jdodgelaw@jenniferdodgelaw.com)
2512 Artesia Blvd., Suite 300D
Redondo Beach, California 90278
Tel: (310) 372.3344
Fax: (310) 861.8044

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**STIPULATION TO MODIFY SCHEDULE REGARDING REORGANIZED DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 2090 FILED BY AMIR SHAHMIRZA**<br><br>[Related to Dkt. No. 12130] |

PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), on the one hand, and Creditor Amir Shahmirza ("**Shahmirza**," and together with the Reorganized Debtors, the "**Parties**" and each, a "**Party**") on the other hand, by and through their respective counsel, hereby stipulate and agree as follows:

## RECITALS

A. On April 8, 2022, the Reorganized Debtors filed the *Reorganized Debtors' Objection to Proof of Claim No. 2090 Filed by Amir Shahmirza* (the "**Objection**") [Docket No. 12130]. Concurrently with the Objection, the Reorganized Debtors filed the *Notice of Hearing on Reorganized Debtors' Objection to Proof of Claim No. 2090 Filed by Amir Shahmirza* [Docket No. 12132], which set a hearing on the Objection for May 10, 2022 (the "**Hearing**").

B. On April 22, 2022, after the Parties conferred regarding continuing the Hearing and response deadline for Shahmirza, the Reorganized Debtors filed the *Notice of Continued Hearing on Reorganized Debtors' Objection to Proof of Claim No. 2090 Filed by Amir Shahmirza* [Docket No. 12208], which continued the Hearing to July 12, 2022.

C. On June 28, 2022, Shahmirza filed the *Response and Points and Authorities in Opposition to Objection to Claim #2090* [Docket No. 12572].

D. On July 1, 2022, the Parties entered into a stipulation [Docket No. 12585] to further continue the Hearing to October 11, 2022, which was approved by an order entered on July 6, 2022 [Docket No. 12594].

E. On October 4, 2022, the Reorganized Debtors filed the *Reply in Support of Reorganized Debtors' Objection to Proof of Claim No. 2090 Filed by Amir Shahmirza* [Docket No. 13045].

F. At the Hearing on October 11, 2022, the Court held a status conference on the Objection. The appearances for counsel for Shahmirza and the Reorganized Debtors were as noted on the record.

G. By docket text entry on October 11, 2022, the Court continued the Hearing to December 13, 2022, and set December 8, 2022, as the deadline for Shahmirza to file a motion for summary judgment.

H.  The Parties have conferred further regarding the briefing schedule related to the Objection, and wish to modify the schedule as set forth below.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE BANKRUPTCY COURT TO ORDER, THAT:**

1. Shahmirza shall file and serve a motion for summary judgment (the "**Shahmirza Motion**") on or before December 31, 2022.

2. The Reorganized Debtors shall file and serve an opposition to the Shahmirza Motion and, at their discretion, a cross-motion for summary judgment (the "**PG&E Brief**") on or before January 31, 2023.

3. Shahmirza shall file and serve a reply in support of the Shahmirza Motion on or before February 15, 2023.

4. A hearing on the Shahmirza Motion and PG&E Brief will be held on **March 7, 2023**, at 10:00 a.m. (Pacific Time).

5. The December 13, 2022 Hearing on this matter is dropped from the calendar.

6. The Stipulation and any Order approving the terms of this Stipulation are without prejudice to any Party requesting a further continuance of the Hearing or otherwise modifying the briefing schedule on the Objection.

7. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation or any Order approving the terms of this Stipulation.

8. In the event that the terms of this Stipulation are not approved by the Bankruptcy Court, it shall be null and void and have no force or effect.

[*Signatures on Next Page*]

Dated: November 22, 2022

| | |
|---|---|
| KELLER BENVENUTTI KIM LLP<br>ROVENS & LAMB LLP<br>LAW OFFICES OF JENNIFER L. DODGE, INC. | COHEN AND JACOBSON, LLP |
| */s/ David A. Taylor*<br>David A. Taylor<br>*Attorneys for Debtors and*<br>*Reorganized Debtors* | */s/ Lawrence A. Jacobson*<br>Lawrence A. Jacobson<br>*Attorneys for Amir Shahmirza* |