

Signed and Filed: November 23, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

ROVENS LAMB LLP
Steven A. Lamb (#132534)
(slamb@rovenslamb.com)
2601 Airport Drive, Suite 370
Torrance, CA 90505
Tel: 310 536 7830

LAW OFFICES OF JENNIFER L. DODGE INC.
Jennifer L. Dodge (#195321)
(jdodgelaw@jenniferdodgelaw.com)
2512 Artesia Blvd., Suite 300D
Redondo Beach, California 90278
Tel: (310) 372.3344
Fax: (310) 861.8044

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER APPROVING STIPULATION TO MODIFY SCHEDULE REGARDING REORGANIZED DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 2090 FILED BY AMIR SHAHMIRZA**<br><br>**[Related to Dkt. No. 12130]** |

The Court having considered the *Stipulation to Modify Schedule Regarding Reorganized Debtors' Objection to Proof of Claim No. 2090 Filed By Amir Shahmirza*, dated November 22, 2022 (the "**Stipulation**"),[1] entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") on the one hand, and Creditor Amir Shahmirza ("**Shahmirza**") on the other hand, by and through their counsel; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. Shahmirza shall file and serve a motion for summary judgment (the "**Shahmirza Motion**") on or before December 31, 2022.

3. The Reorganized Debtors shall file and serve an opposition to the Shahmirza Motion and, at their discretion, a cross-motion for summary judgment (the "**PG&E Brief**") on or before January 31, 2023.

4. Shahmirza shall file and serve a reply in support of the Shahmirza Motion on or before February 15, 2023.

5. A hearing on the Shahmirza Motion and PG&E Brief will be held on **March 7, 2023**, at 10:00 a.m. (Pacific Time).

6. The December 13, 2022 Hearing on this matter is dropped from the calendar.

/ / /

/ / /

/ / /

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

7.  The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation or any Order approving the terms of this Stipulation.

*** END OF ORDER ***

APPROVED AS TO FORM AND CONTENT:

COHEN AND JACOBSON, LLP

*/s/ Lawrence A. Jacobson*
Lawrence A. Jacobson
*Attorneys for Amir Shahmirza*