Herbert L. Terreri (SBN 169815)
Law Offices of Herbert L. Terreri,
A Professional Corporation
235 Foss Creek Circle
Healdsburg, CA 95448
Telephone: (707) 431-1933
Facsimile: (707) 431-2769

Attorney for JUSTIN FIFE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In Re: | Case No.: 19-30088 (DM) |
|---|---|
| PG&E CORPORATION | Chapter 11<br>(Lead Case)<br>(Jointly Administered) |
| And | |
| PACIFIC GAS AND ELECTRIC COMPANY, | **ORDER ALLOWING AND DEEMING TIMELY FILED THE PROOF OF CLAIM BY JUSTIN FIFE, ET AL.** |
| Debtors. | Date: December 20, 2022<br>Time: 10:00 a.m.<br>Place: **To be Held Telephonically**<br>United States Bankruptcy Court<br>Courtroom 17<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA |
| ○ Affects PG&E Corporation<br>○ Affects Pacific Gas & Electric<br>● Affects Both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Judge: Honorable Dennis Montali<br><br>**Objection Deadline: December 13, 2022** |

The Court having considered the Motion to Allow/Deem Timely Late Filing of Proof of Claim by Justin Fife dated October 27, 2022 [Dkt. No. _____], no objection or opposition having been filed thereto, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The motion is granted;

2. The Proof of Claim is deemed timely filed.

3. The Proof of Claim and Asserted Fire Victim Claims shall for all purposes be treated and classified as Fire Victim Claims under the Plan, and shall be fully assumed by, and the sole responsibility of, the Fire victim Trust and subject to the Channeling Injunction, to be administered, processed, settled, disallowed, resolved, liquidated, satisfied and/or paid in accordance with the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures.

**END OF ORDER**