Herbert L. Terreri (SBN 169815)
Law Offices of Herbert L. Terreri,
A Professional CORPORATION
235 Foss Creek Circle
Healdsburg, CA 95448
Telephone: (707) 431-1933
Facsimile: (707) 431-2769

Attorney for JUSTIN FIFE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In Re: | Case No.: 19-30088 (DM) |
|---|---|
| PG&E CORPORATION | Chapter 11 (Lead Case) (Jointly Administered) |
| And | |
| PACIFIC GAS AND ELECTRIC COMPANY, | **DECLARATION OF JUSTIN FIFE IN SUPPORT OF MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM** |
| Debtors. | Date: Dec. 20, 2022 Time: 10:00 a.m. |
| ○ Affects PG&E Corporation ○ Affects Pacific Gas & Electric ● Affects Both Debtors | Place: **To be Held Telephonically** United States Bankruptcy Court Courtroom 17 450 Golden Gate Avenue, 16th Floor San Francisco, CA |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Judge: Honorable Dennis Montali **Objection Deadline:** Dec. 13, 2022 |

I, Justin Fife, hereby declare and state as follows:

1. This declaration is based upon my personal knowledge unless otherwise indicated. If called upon to testify as to the matters stated herein, I could and could competently do so.

2. I was unaware of the technicalities of the availability of compensation, or the Fire

Declaration Of Justin Fife In Support Of Motion To Allow/Deem Timely Late Filing of Proof of Claim    Page 1    Case #: 19-30088 (DM)

Case: 19-30088    Doc# 13286    Filed: 11/23/22    Entered: 11/23/22 15:20:47    Page 1 of 3

Victim Trust, or bankruptcy claim process until just days prior to submitting a Claim Questionnaire to the Fire Victim Trust on July 1, 2022.

3. The Sonoma Complex Fires, commencing with the Tubbs Fire on October 8, 2017, caused my home in Rohnert Park, California, to be blanketed in smoke, causing extreme emotional distress and respiratory smoke inhalation and irritation to me, my wife, and two minor children.

4. We sheltered in place, as was recommended, and awaited any evacuation orders that may be made for our zone of residence. Living with the stress and fear of the uncontrolled fire and the daily possibility of receiving evacuation orders, caused extreme anxiety and tension throughout our household.

5. We were all breathing unhealthy levels of smoke and ash causing irritation to our eyes, throat, and lungs. The unhealthy air quality, together with unseasonably high temperatures while living in a home with no air conditioning, created an untenable living situation for the children and, especially for Clara who was an active toddler.

6. Additionally, our 13-month old son, Rowan, already had lung issues having been diagnosed with and/or suffering from asthma, RSV lung infection, and Bronchiolitis before the fires broke out. The inhalation of smoke and ash over the 23 days of fires only served to further exacerbated his lung issues. Having an otherwise active toddler suffering from itchy eyes and sore throat as a result of the smoke inhalation, and a sick infant suffering from lung issues as well as the effects of smoke inhalation, in the home without relief of being able to enjoy fresh air and sunshine caused stress, tension, and anxiety of the children's mother and my wife, Kristen.

7. Since the cessation of the fire storm of 2017, in addition to the physical symptoms, my wife Kristen has experienced anxiety and fear similar to PTSD whenever she hears the wind howling, fire truck sirens, when she gets a fire alert notification on her phone, or if the weather is forecasted to be hot and windy.

8. In the last several days of June 2022, I was informed by a friend that the Fire Victim Trust may offer compensation to me.

Declaration Of Justin Fife In Support Of Motion To
Allow/Deem Timely Late Filing of Proof of Claim — Page 2 — Case #: 19-30088 (DM)

Case: 19-30088    Doc# 13286    Filed: 11/23/22    Entered: 11/23/22 15:20:47    Page 2 of 3

9. On July 1, 2022, I submitted a Claims Questionnaire to the Fire Victim Trust for myself, my wife, Kristin, and my two minor children, Rowan and Clara. On or about July 25, 2022, a Determination Notice from the Claims Processor for the Fire Victim Trust accepted our claim and proposed a settlement offer for the submitted Claims Questionnaire. Subsequently, on July 29, 2022, an ACH payment was made to and received by myself, Justin Fife, and my wife, Kristen Fife in the amount of $18,000.00 each in full settlement of our claims.

10. Prior to receiving the funds, I was assured by the Fire Victim Trust that no further paperwork would be required and it wasn't until after our claims had been accepted and payment made to me and my wife, that the Fire Victim Trust informed me that I would need to make a claim in the bankruptcy court.

11. I request the court grant our petition so we may retain the settlement.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Rohnert Park, California on October 23, 2022.

_____
Justin Fife

Declaration Of Justin Fife In Support Of Motion To
Allow/Deem Timely Late Filing of Proof of Claim      Page 3      Case #: 19-30088 (DM)

Case: 19-30088    Doc# 13286    Filed: 11/23/22    Entered: 11/23/22 15:20:47    Page 3 of 3