Herbert L. Terreri (SBN 169815)
Law Offices of Herbert L. Terreri,
A Professional CORPORATION
235 Foss Creek Circle
Healdsburg, CA 95448
Telephone: (707) 431-1933
Facsimile: (707) 431-2769

Attorney for JUSTIN FIFE

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>PG&E CORPORATION<br><br>And<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric<br>☒ Affects Both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | **Case No.: 19-30088 (DM)**<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: December 20, 2022<br>Time: 10:00 a.m.<br>Place: **To be Held Telephonically**<br>United States Bankruptcy Court<br>Courtroom 17<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA<br>Judge: Honorable Dennis Montali<br><br>**Objection Deadline: December 13, 2022** |

# CERTIFICATE OF SERVICE

I, Herbert L. Terreri, declare:

I am employed in Sonoma County, California and am over the age of eighteen years and not a party to the within-entitled action. My business address is 235 Foss Creek Circle, Healdsburg, California 95448.

On the date below, I served a copy of the following documents:

- MOTION TO ALOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM BY JUSTIN FIFE, ET AL.; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF
- DECLARATION OF JUSTIN FIFE IN SUPPORT OF MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM

by transmitting electronically through the Court's CMECF system.

In addition, I caused, on the same date, to be served via Electronic Mail all parties listed on Exhibit 1, except where indicated by U.S. Mail.

I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Healdsburg, California on November 23, 2022.

/s/ *Herbert L. Terreri*
Herbert L. Terreri

# EXHIBIT 1

| Parties and Counsel | Served At |
|---|---|
| The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company | 77 Beale Street<br>P.O. Box 7700<br>San Francisco, CA 94105<br>*Via First Class Mail* |
| Stephen Karotkin<br>Jessica Liou<br>Matthew Goren<br>Weil, Gotshal & Manges, LLP<br>Counsel to *Debtors* | stephen.karotkin@weil.com<br>jessica.liou@weil.com<br>matthew.goren@weil.com |
| Tobias Keller<br>Jane Kim<br>Keller Benvenutti Kim LLP<br>Counsel to *Debtors* | tkeller@kbkllp.com<br>jkim@kbkllp.com |
| James L. Snyder<br>Timothey Laffredi<br>Marta E. Villacorta<br>Office of the United States Trustee | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov |
| Kristopher M. Hansen<br>Erez E. Gilad<br>Matthew G. Garofalo<br>Frank Merola<br>Strook & Stroock & Lavan LLP<br>Counsel for the Administrative Agent Under the Debtors' Debtor-in-Possession Financing Facility | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>fmerola@stroock.com |
| Eli J. Vonnegut<br>David Schiff<br>Timothy Graulich<br>Davis Polk & Wardwell LLP<br>Counsel for the Collateral Agent | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |
| Alan W. Kornberg<br>Brian S. Hermann<br>Walter R. Rieman<br>Sean A. Mitchell<br>Paul Weiss, Rifkind, Wharton & Garrison LLP<br>Counsel to the California Public Utilities Commission | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com |

| Parties and Counsel | Served At |
|---|---|
| Shane Huang<br>Michael S. Tye<br>Rodney A. Morris<br>U.S. Department of Justice<br>Civil Division<br>Counsel to the Federal Energy Regulatory Commission | Shane.huang@usdoj.gov<br>michael.tye@usdoj.gov<br>Rodney.Morris2@usdoj.gov |
| Dennis F. Dunne<br>Samuel A. Khalil<br>Gregory A. Bray<br>Thomas R. Kreller<br>Milbank LLP<br>Counsel for the Official Committee of Unsecured Creditors | ddunne@milbank.com<br>skhalil@milbank.com<br>gbray@milbank.com<br>TKreller@milbank.com |
| Eric E. Sagerman<br>Lauren T. Attard<br>Robert A. Julian<br>Cecily A. Dumas<br>Baker & Hostetler LLP<br>Counsel for Official Committee of Tort Claimants | esagerman@bakerlaw.com<br>lattard@bakerlaw.com<br>rjulian@bakerlaw.com<br>cdumas@bakerlaw.com |
| Nuclear Regulatory Commission<br>Attn: General Counsel<br>U.S. NRC Region IV | 1600 E. Lamar Blvd.<br>Arlington, TX 76011<br>*Via First Class Mail* |