UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Liz Santodomingo, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On November 21, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Gail Mitcham, 2810 Porter Creek Road, Santa Rosa, CA 95404:

- Order Authorizing Withdrawal of Counsel [Docket No. 13265]

3. On November 21, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Sherry Mitcham, 2810 Porter Creek Road, Santa Rosa, CA 95404:

- Order Authorizing Withdrawal of Counsel [Docket No. 13266]

4. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

5. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 23rd day of November 2022, at New York, NY.

/s/ Liz Santodomingo
Liz Santodomingo