| | |
|---|---|
| 1 | WEIL, GOTSHAL & MANGES LLP |
| | Richard W. Slack (*pro hac vice*) |
| 2 | (richard.slack@weil.com) |
| | Jessica Liou (*pro hac vice*) |
| 3 | (jessica.liou@weil.com) |
| | Matthew Goren (*pro hac vice*) |
| 4 | (matthew.goren@weil.com) |
| | 767 Fifth Avenue |
| 5 | New York, NY 10153-0119 |
| | Tel: 212 310 8000 |
| 6 | Fax: 212 310 8007 |
| 7 | KELLER BENVENUTTI KIM LLP |
| | Tobias S. Keller (#151445) |
| 8 | (tkeller@kbkllp.com) |
| | Jane Kim (#298192) |
| 9 | (jkim@kbkllp.com) |
| | David A. Taylor (#247433) |
| 10 | (dtaylor@kbkllp.com) |
| | 650 California Street, Suite 1900 |
| 11 | San Francisco, CA 94108 |
| | Tel: 415 496 6723 |
| 12 | Fax: 650 636 9251 |

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **NOTICE OF SETTLEMENT AND STIPULATION ADJOURNING HEARING WITH RESPECT TO THE CITY OF SANTA CLARA DBA SILICON VALLEY POWER'S MOTION TO COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACT CONCERNING THE GRIZZLY DEVELOPMENT AND MOKELUMNE SETTLEMENT AGREEMENT** |
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors | |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Related Docket No.:** 10998, 11153, 11337, 11538, 11759, 11881, 12038, 12374, 12627, 12911, 13108 |
| | Adjourning Hearing scheduled for December 20, 2022 |

Case: 19-30088    Doc# 13290    Filed: 11/28/22    Entered: 11/28/22 09:50:43    Page 1 of 3

**WHEREAS**, on January 29, 2019, PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**" and, together with PG&E Corp., the "**Debtors**" or "**Reorganized Debtors**", as applicable), commenced with the Court voluntary cases under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). The *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated June 19, 2020* [Docket No. 8048] (the "**Plan**") was confirmed by Order of the Court dated June 20, 2020 [Docket No. 8053] (the "**Confirmation Order**"). The Plan became effective on July 1, 2020.

**WHEREAS**, on May 15, 2020, the City of Santa Clara dba Silicon Valley Power ("**SVP**" and together with the Reorganized Debtors, the "**Parties**") filed an *Objection to Cure Amount and Request for Adequate Assurance of Future Performance by Counterparty City of Santa Clara DBA Silicon Valley Power* [Docket No. 7208].

**WHEREAS**, on July 30, 2021, SVP filed the *City of Santa Clara DBA Silicon Valley Power's Motion to Compel Assumption or Rejection of Executory Contract Concerning the Grizzly Development and Mokelumne Settlement Agreement* [Docket No. 10998] (the "**Motion**") which noticed a response deadline of August 31, 2021, and a hearing date of September 14, 2021 (the "**Hearing Date**").

**WHEREAS**, the Parties filed several stipulations pursuant to which the Parties agreed, among other things, to adjourn the Hearing Date and briefing schedule on the Motion to allow for negotiation and mediation [Docket Nos. 11144, 11331, 11508, 11751, 11878, 12011, 12343, 12618, 12896, 13104], which were each approved by order of the Court [Docket Nos. 11153, 11337, 11538, 11759, 11881, 12038, 12374, 12627, 12911, 13108].

**WHEREAS**, following mediation with an experienced mediator, the Honorable Randall Newsome, the Reorganized Debtors and SVP entered into a *Settlement Agreement*, dated November 21, 2022 (the "**Settlement Agreement**"), pursuant to which, among other things, the Parties agreed to resolve any and all disputes relating to the Grizzly Powerhouse Development, including those arising out of or relating to the Motion. The terms of the Settlement Agreement are subject to Court approval and, in accordance with the Settlement Agreement, the Debtors are preparing an application to present the Settlement Agreement to the Court for its approval.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE BANKRUPTCY COURT TO ORDER, THAT:**

1. The Hearing Date on the Motion shall be adjourned indefinitely. The December 20, 2022, hearing on the Motion is taken off the Court's calendar.

2. In the event that the terms of this Stipulation are not approved by the Bankruptcy Court, this Stipulation shall be null and void and have no force or effect.

3. Nothing herein shall be construed to be a waiver by the Debtors or the Reorganized Debtors, as applicable, or any other party in interest, of any rights or defenses with respect to the Motion, the Settlement Agreement, or otherwise.

4. This Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same agreement.

5. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation or any Order approving the terms of this Stipulation.

| | |
|---|---|
| Dated: November 28, 2022 | Dated: November 28, 2022 |
| WEIL, GOTSHAL & MANGES LLP<br>KELLER BENVENUTTI KIM LLP | BOUTIN JONES INC. |
| */s/ Richard W. Slack*<br>Richard W. Slack | */s/ Robert D. Swanson*<br>Robert D. Swanson |
| *Attorneys for the Debtors and Reorganized Debtors* | *Attorneys for the City of Santa Clara DBA Silicon Valley Power* |