Frewoini Garcia

Daniel Garcia

Rubyana Gebreselassie Garcia

PG&E Coroporation and Pacific and Electric Company

Case # 1930088

lmsmithson@hotmail.com


I am requesting to submit a late claim. I just became aware that there is compensation being allotted to Tubbs Fire victims until today.

My son, Daniel, daughter, Rubyana and I are victims of the October 8, 2017 Tubbs Fire. We have all suffered emotional distress and anxiety during and since the Tubbs Fire. My son Daniel suffers from asthma and was affected by the smoke from the Tubbs Fire. Prior to being mandatorily evacuated from our home, it was thick with smoke residue and bad air quality, even when wearing masks. We had to evacuate. Having no clear idea where to turn as we were exhausted and scared, we were able to spend some of the mandatory evacuation at a friend's home in an unaffected area of Santa Rosa but also had to go to a motel in SF as there were no vacancies locally.

The Tubbs Fire was directly related to PG&E, and PG&E was found guilty and has accepted liability for the Tubbs Fire. We have suffered as a result of this fire and my children and I need to be compensated as our lives were directly and irrevocably impacted by this massive wildfire, we are fire victims.


Thank you,

Frewoini Garcia  11.28.2022