

**Signed and Filed: November 29, 2022**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br><br><br>Date: November 30, 2022<br>Time: 11:00 AM<br>Via Video/Teleconference<br>www.canb.uscourts.gov/calendars |

**ORDER REGARDING HEARING ON MOTION TO EXTEND TIME**
**TO OBJECT TO CLAIMS**

The court has scheduled a hearing on November 30, 2022, at 11:00 AM on the *Motion for Entry of an Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and for Related Relief* (Dkt. 13122). Counsel for the Reorganized Debtors will begin, have twenty minutes for oral argument and will be expected to reserve a portion of his time for rebuttal.

-1-

Counsel is directed to be specific about when the Reorganized Debtors will be recommencing individual settlement offers to the parties who are identified in Footnote 4 to Dkt. 13292 as having filed the Remaining Objections.  Also, at 4:14 the statement is made that 3,000 Securities Claims have been resolved, with $1.2 B in asserted value.  Please report tomorrow the estimated **number and dollar amount** still pending.  The estimate at 5:14-16 does not give a dollar value and estimates 750 offers per month "for a majority of the remaining…".  750 per month over four months equals the same 3,000 claims resolved, confirming that over fifty percent of all of them are still unresolved.

Counsel for the Chevron parties, the Oregon Objection and the Late Objections are to meet and confer and agree on how to share a total of twenty minutes for their argument.

In reviewing the filings for these matters, the court has just learned of the filing by the Vanguard Parties (Dkt. 13244).  Because of a possible conflict (that will be explained at the hearing), the court will not be able to consider argument on behalf of those particular entities, although their same counsel, who is representing the other identified Late Objection parties, may argue on their behalf.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

ECF Recipients