**Entered on Docket**
**November 29, 2022**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



**Signed and Filed: November 29, 2022**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>         - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>      Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* _All papers shall be filed in_<br>_the Lead Case, No. 19-30088 (DM)._ | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**MEMORANDUM REGARDING MOTION FOR RECUSAL**

On November 17, 2022, Mr. William B. Abrams filed his _Motion Pursuant to Bankruptcy Rule 5004 and 28 U.S.C. § 144 and 455 and Bankr. Local Rule 3-14 for Entry of an Order Authorizing the Recusal of the Honorable Dennis Montali_ ("The Motion") (Dkt. 13260). The court reviewed The Motion and began its preparation to deal with it promptly. Unfortunately, the press

-1-

of other court business, the intervening Thanksgiving break and the length of The Motion has prevented the completion of that task as quickly as hoped.

The court is aware of some media interest in this issue, and there are a number of parties, including Mr. Abrams, the Reorganized Debtors, the Fire Victim Trust and others interested in matters scheduled for the tomorrow's PG&E calendars that are entitled to an answer sooner rather than later.

The court has decided not to grant The Motion. Within the next few days, it will issue a formal order denying it and will accompany that order with a Memorandum Decision explaining the reasons for its denial.

The December 13, 2022, hearing on The Motion as suggested by Mr. Abrams is dropped from the calendar.

**\*\*END OF MEMORANDUM\*\***

Case: 19-30088   Doc# 13294   Filed: 11/29/22   Entered: 11/29/22 14:06:30   Page 2 of 3

## COURT SERVICE LIST

William B. Abrams
1519 Branch Owl Place
Santa Rosa, CA 95409

William B. Abrams
2041 Stagecoach Rd.
Santa Rosa, CA 95404

-3-