**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**,<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors**.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR NOVEMBER 30, 2022, OMNIBUS HEARING**<br><br>Date: November 30, 2022<br>Time: 10:00 a.m. & 11:00 a.m. (Pacific Time)<br>Place: Zoom Videoconference<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# PROPOSED AGENDA FOR
# NOVEMBER 30, 2022,
# OMNIBUS HEARING

**I:** **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*CONTESTED MATTERS GOING FORWARD AT 10:00 A.M. (PACIFIC TIME)*

**Motions to Deem Late Claims Timely:**

1. **Larsen-Bernedo:** *Motion Pursuant to Fed. R. Bankr. 9006(b)(1) to Deem Justine Larsen-Bernedo's Claim Timely Filed* **[Dkt. 13080]**.

   Response Received:

   A. *Fire Victim Trustee's Objection to Motion Pursuant to Fed. R. Bankr. 9006(b)(1) to Deem Justine Larsen-Bernedo's Claim Timely Filed* **[Dkt. 13131]**

   Related Document:

   B. *Order Regarding November 30, 2022, Hearing on Motions Regarding Late Claims* **[Dkt. 13241]**

   Status: This Motion is going forward on a contested basis.

2. **Hallen, et al.; Phillips:** *Motion Pursuant to Fed. R. Bankr. Proc. 7015 and 7017 to Enlarge Time to File Proof of Claim Pursuant to Fed. R. Bankr. Proc. 9006(b)(1)* **[Dkt. 13088]**

   Response Received:

   A. *Fire Victim Trustee's Objection to Motion Pursuant to Fed. R. Bankr. Proc. 7015 and 7107 to Enlarge Time to File Proof of Claim Pursuant to Fed. R. Bankr. Proc. 9006(b)(1)* **[Dkt. 13139]**

   Related Documents:

   B. *Reply in Support of Motion Pursuant to Fed. R. Bankr. Proc. 7015 and 7017 to Enlarge Time to File Proof of Claim Pursuant to Fed. R. Bankr. Proc. 9006(B)(1)* **[Dkt. 13257]**
   C. *Order Regarding November 30, 2022, Hearing on Motions Regarding Late Claims* **[Dkt. 13241]**

   Status: This Motion is going forward on a contested basis.

3. **Skott:** Motion to File Claim After Claims Bar Date. Filed by Creditor Taryn Skott **[Dkt. 13099]**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

<u>Response Received:</u>

A. *Fire Victim Trustee's Objection to Letter Request of Taryn Skott to Deem Late Proof of Claim Timely for The Purpose of Administration by the Fire Victim Trust* **[Dkt. 13144]**

<u>Related Document:</u>

B. *Order Regarding November 30, 2022, Hearing on Motions Regarding Late Claims* **[Dkt. 13241]**

<u>Status</u>: This Motion is going forward on a contested basis.

4. **Dougherty:** Motion to File Claim After Claims Bar Date. Filed by Creditor Alexandra Dougherty **[Dkt. 13109]**

<u>Response Received:</u>

A. *Fire Victim Trustee's Objection to Letter Request of Alexandra Dougherty to Deem Late Proof of Claim Timely for the Purpose of Administration by the Fire Victim Trust* **[Dkt. 13147]**

<u>Related Document:</u>

B. *Order Regarding November 30, 2022, Hearing on Motions Regarding Late Claims* **[Dkt. 13241]**

<u>Status</u>: This Motion is going forward on a contested basis.

5. **Pickett, et al.; Bushby:** *Amended Consolidated Motion to Allow/Deem Timely Late Filing of Claimants, and Memorandum of Points and Authorities and Declaration of Joseph K. Feist in Support Thereof* **[Dkt. 13137 (Amended)] [Dkt. 13116 (Original)]**

<u>Response Received:</u>

A. *Fire Victim Trustee's Objection to Amended Consolidated Motion to Allow/Deem Timely Late Filing of Claimants, and Memorandum of Points and Authorities and Declaration of Joseph K. Feist in Support Thereof* **[Dkt. 13157]**

<u>Related Document:</u>

B. *Order Regarding November 30, 2022, Hearing on Motions Regarding Late Claims* **[Dkt. 13241]**

<u>Status</u>: This Motion is going forward on a contested basis.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

6. **Freeland:** Motion to File Claim After Claims Bar Date. Filed by Creditor Michael Scott Freeland **[Dkt. 13155]**

   Response Received:

   A. *Fire Victim Trustee's Objection to Letter Request of Michael Scott Freeland to Deem Late Proof of Claim Timely for the Purpose of Administration by the Fire Victim Trust* **[Dkt. 13246]**

   Status: This Motion is going forward on a contested basis.

***CONTESTED MATTER GOING FORWARD AT 11:00 A.M. (PACIFIC TIME)***

1. **Motion to Extend Time to Object to Claims:** *Motion for Entry of an Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and for Related Relief* [**Dkt. 13122**].

   Responses Received:

   A. Objection of KingfishersLP, Kingstown Partners II L.P., and Kingstown Partners Master Ltd. [**Dkts. 13163–13164**] ("**Kingstown Objection**").
   B. Sixty-three Joinders to the Kingstown Objection [**Dkts. 13166–13197; 13199–13207; and 13209–13230**] ("**RKS Joinders**").
   C. The Objection and Joinder of Chevron Master Pension Trust and Chevron UK Pension Plan [**Dkt. 13165**] (the "**Chevron Objection**").
   D. The Objection of the California State Teachers Retirement System [**Dkt. 13198**] (the "**CalSTRS Objection**").
   E. The Objection and Joinder of State of Oregon by and through the Oregon Investment Council on Behalf of Each of the Oregon Public Employees Retirement Fund, Common School Fund, Oregon Short Term Fund and Industrial Accident Fund [**Dkt. 13208**] (the "**Oregon Objection**").
   F. The three Objections and Joinders filed by the same counsel for Lord, Abbett & Co. LLC, Dimensional Fund Advisors LP, and multiple Vanguard entities on November 10, 2022 [**Dkts. 13242–13244**] (the "**Procopio Objections**").

   Related Documents:

   G. *Declaration of Robb McWilliams in Support of Motion for Entry of an Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and for Related Relief* [**Dkt. 13123**].

   H. *Reorganized Debtors' Omnibus Reply in Further Support of Motion for Entry of an Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and for Related Relief* [**Dkt. 13292**].

I.  *Order Regarding Hearing on Motion to Extend Time to Object to Claims* **[Dkt. 13293]**.

Status: This Motion has been resolved as to the Kingstown Objection, the RKS Joinders, and the CalSTRS Objection, who have agreed to withdraw their opposition. This Motion is going forward on a contested basis as to the Chevron Objection, the Oregon Objection, and the Procopio Objections.

**RESOLVED AND CONTINUED MATTERS**

1. **118th Omnibus Objection (Charmbury)**: *Reorganized Debtors' One Hundred Eighteenth Omnibus Objection to Claims (Charmbury Claims)* **[Dkt. 13117]**

    Status: This Objection has been continued to December 20, 2022 by Notice **[Dkt. 13278]**

2. **Raven Motion to Modify Plan Injunction**: *Scott and Charlyse Raven's Motion from and/or Modification of the Plan Injunction and/or for Abstention and Supporting Memorandum of Points and Authorities* **[Dkt. 13076]**

    Status: This Motion has been resolved by Stipulation **[Dkt. 13127]** and Order **[Dkt. 13138]**.

**Motions to Deem Late Claims Timely:**

3. **Frisbee [Dkt. 13033]**

    Status: This Motion has been granted by Order **[Dkt. 13153]**.

4. **Blank [Dkt. 13034]**

    Status: This Motion has been granted by Order **[Dkt. 13153]**.

5. **Windisch, et al.**: *Consolidated Motion to Allow/Deem Timely Late Filing of Claimants, and Memorandum of Points and Authorities and Declaration of Brian T. Flahavan in Support Thereof and Declaration of Michael S. Henderson in Support Thereof* **[Dkt. 13161]**

    Status: This Motion has been continued to December 13, 2022 by Notice **[Dkt. 13272]**.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: November 29, 2022

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By:     */s/ Dara L. Silveira*
           Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*