Debra Grassgreen and Karl Knight
c/o Pachulski, Stang, Ziehl & Jones LLP
One Sansome Street, Suite 3430
San Francisco, CA 94104
E-mail: dgrassgreen@pszjlaw.com

Eric and Julie Carlson
Calistoga, CA

*Individual Fire Victims*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088<br><br>Chapter 11<br><br>Jointly Administered<br><br>**DECLARATION OF ERIC CARLSON IN SUPPORT OF RESPONSE OF INDIVIDUAL FIRE VICTIMS TO MOTION OF WILLIAM B. ABRAMS PURSUANT TO BANKRUPTCY RULE 5004 AND 28 U.S.C. SECTION 144 AND 455 AND BANKR. LOCAL RULE 3-14 FOR ENTRY OF AN ORDER AUTHORIZING THE RECUSAL OF THE HONORABLE DENNIS MONTALI**<br><br>[Relates to Docket Number 13260] |

I, Eric Carlson, declare as follows:

1.  I am a former restructuring investment banker. I left that profession in 2017. I have no personal relationship with Judge Montali. I do not believe he knows who I am because he mistook me for an attorney at one of the hearings in this case. I have never spoken to Judge Montali about this case, other than on the record in Court.

2.  My wife and I were victims of the Tubbs fire in 2017. We timely submitted claims in these bankruptcy cases and I actively monitored the filings as they related to our family's claims. I

periodically spoke to other claimants or their representatives that shared similar concerns that I had, including the Knight family and counsel for certain business claimants. I reviewed the objection to confirmation of the PGE plan filed by certain business claimants based on, among other things, the lack of judicial review in the CRP. ECF No. 7072. We had similar concerns to those raised by the business claimants regarding objectionable provisions of the CRP and had raised many of the same issues with counsel for the TCC and in a formal objection to the Disclosure Statement. Inasmuch as our objections were not addressed at the Disclosure Statement phase, we filed an objection to confirmation asserting many of the same issues that we previously raised.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of November, 2022.

By: */s/ Eric Carlson*
Eric Carlson