Gabriel Froymovich
17470 Healdsburg Ave
Healdsburg, CA 95448
Tel: 317-414-3421
froymovichg@sbcglobal.net

Pro Se, claims 7955 and 96978

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| PG&E CORPORATION | Chapter 11 |
| -and- | (Lead Case)(Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY, | **NOTICE OF RESPONSE TO THE REORGANIZED DEBTORS' ONE HUNDRED NINETEENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)** |

**PLEASE TAKE NOTICE** that on November 30, 2022 (the "**Response Date**"), Gabriel Froymovich ("**Claimant**") sent a response to the Reorganized Debtors' One Hundred Nineteenth Omnibus Objection to Claims (No Liability Claims) ("**Objection**"), by electronic mail, to the (i) Debtor at the email address provided in the notice of the Objection, pgeclaims@kbkllp.com; and (ii) to the Court. The Claimant respectfully submits that sufficient service is accomplished simply by emailing a response to the Objection to the Debtor, per the *Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and Manner of the Notice of Omnibus Objections,* entered on July 1, 2020 [Dkt No. 8228], section 2I(iv).

**PLEASE TAKE FURTHER NOTICE** that Claimant intends to attend the hearing scheduled for December 20th.

**PLEASE TAKE FURTHER NOTICE** that the above-noticed response and a supporting declaration have been sent in the same emails as this notice.

WHEREFORE the claimant respectfully requests entry of an order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: November 30, 2022          By:  /s/  Gabriel Froymovich
                                              Gabriel Froymovich, *pro per*