# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: admin | Date Created: 12/2/2022 |
| Case: 19−30088 | Form ID: TRANSC | Total: 11 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Christopher D. Moon | chris@moonlawapc.com |
| aty | Julie M. Murphy | jmmurphy@stradley.com |
| aty | Philip S. Warden | philip.warden@pillsburylaw.com |
| aty | Susan Sieger Grimm | SSieger−Grimm@brownrudnick.com |

TOTAL: 4

**Recipients submitted to the Claims Agent (Kroll Restructuring Administration, LLC):**

aty    Richard W. Slack    Weil Gotshal and Manges, LLP    767 Fifth Ave.    New York, NY 10153−0119
aty    Susan F. DiCicco    Morgan, Lewis & Bockius LLP    101 Park Avenue    New York, NY 10178
     CHRISTOPHER D. MOON, ESQ.    Moon Law APC    228 Hamilton Avenue, 3rd Floor    Palo Alto, CA 94301
     EMILY S. LEVIN, ESQ.    Levin Law Group PLC    2615 Forest Avenue, Suite 120    Chico, CA 95928
     JOSEPH FEIST, ESQ.    Northern California Law Group, PC    2611 Esplanade    Chico, CA 95973
     SUSAN F. DICICCO, ESQ.    Morgan, Lewis & Bockius LLP    1400 Page Mill Road    Palo Alto, CA 94304
     JULIE M. MURPHY, ESQ.    Stradley Ronon Stevens & Young, LLP    2005 Market Street, Suite 2600    Philadelphia, PA 19103

TOTAL: 7