Ricardo Mejia Jr.
Ricardo Mejia Sr.
Victoria Mejia
Mabel Paz
Onesimo Gonzalez

PG&E Corporation and Pacific Gas and Electric Company
rcharms87@gmail.com

To Whom it May Concern,

      I am here to ask for your consideration for myself and my family to file a late claim through the Bankruptcy Court, many friends and family suffered the night of the 2017 Tubbs fire…mine being one of them! Our home on 512 Jacklondon Dr Santa Rosa, Ca. no longer feels safe, and that's a result of PG&E and Company and their neglect that lead to the days, weeks and years following a traumatic fire. I think many of us didn't realize in the moment the struggles our future would bring surrounding summer/fire season. How could we know that every year to follow 2017 would bring angst/anxiety/PTSD? I am sorry to have filed so late, honestly it took longer than it should've to come to terms with the fact that our lives are forever altered due to the simple ignorance that PG&E portrayed by not properly maintaining 100 yr old grid as well as not installing power shut off equipment.

      None of us will ever forget the night of October 8th 2017, especially those of us that fled in fear of our lives and the lives of our loved ones. There was a serious lack of communication from emergency services and authorities that lead to sheer panic and chaos throughout the community. As we are less than a 1/2 mile from the burn scars, we will never not look around our property and not think of that night. We are hoping to find a shred of peace in receiving some compensation for our new "normal".


Thank You For Your Consideration,
Sincerely,
The Mejia Household