KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

LITTLER MENDELSON, LLC
Elisa Nadeau (#199000)
(enadeau@littler.com)
50 West San Fernando St., 7th Floor
San Jose, CA 95113
Tel.: 408 998 4150
Fax: 408 288 5686

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REORGANIZED DEBTORS' OBJECTION TO CLAIM NO. 2441 FILED BY DON WORRELL**<br><br>**Response Deadline: January 11, 2023, 4:00 p.m. (Pacific Time)**<br><br>**Hearing Information If Timely Response Made:**<br>Date: January 25, 2023<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Tele/Videoconference Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

TO: (A) THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE; (B) THE OFFICE OF THE UNITED STATES TRUSTEE; (C) THE AFFECTED CLAIMANT[S]; AND (D) OTHER PARTIES ENTITLED TO NOTICE:

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**," or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") respectfully request that the Court take judicial notice pursuant to Federal Rule of Evidence 201 of the contents and information contained in the following documents and other identified records:

1. Equal Employment Opportunity Commission ("**EEOC**") Charge of Discrimination No. 480-2019-01932 filed by Donald R. Worrell, a true and correct copy of which is attached as **Exhibit A**.

2. Department of Fair Housing and Employment ("**DFEH**") Right-to-Sue Notice for dual-filed EEOC Case No. 480-2019-01932, a true and correct copy of which is attached as **Exhibit B**.

3. EEOC Right-to-Sue Notice for dual-filed EEOC Case No. 480-2019-01932, a true and correct copy of which is attached as **Exhibit C**.

4. DFEH Complaint No. 201912-08577013, dated December 13, 2019, a true and correct copy of which is attached as **Exhibit D**.

5. Don Worrell counsel's response to PG&E's request for information, a true and correct copy of which is attached as **Exhibit E**.

The Court may take judicial notice of **Exhibits A-E** because they are not subject to reasonable dispute and "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Further, courts may take judicial notice of records from administrative agencies. Fed. R. Evid. 201(b)(2) (judicial notice proper for information that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned"); *Interstate Natural Gas Co. v. Southern California Gas Co.*, 209 F.2d 380, 385 (9th Cir. 1953) (judicial notice is properly taken of orders and decisions made by administrative agencies); *Bahra v. County of*

*San Bernardino*, 2018 WL6133666, *1-2 (C.D. Cal. May 17, 2018) (court may take judicial notice of records of administrative bodies. With respect to Exhibit E, it is also not subject to reasonable dispute as it was submitted by Claimant's counsel pursuant to a formal court-approved ADR process.

Dated: December 2, 2022          **KELLER BENVENUTTI KIM LLP**

**LITTLER MENDELSON, LLC**

By:    */s/ Elisa Nadeau*
        Elisa Nadeau

*Attorneys for Debtors and Reorganized Debtors*