# EXHIBIT A

Case: 19-30088    Doc# 13311-1    Filed: 12/02/22    Entered: 12/02/22 16:37:41    Page 1 of 2

**To:** Rose, Scott[SARh@pge.com]; Free, Heather[HAF5@pge.com]; Holbak, Diana[DOH3@pge.com]
**From:** Rizzo, Daniel[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=54DE5184C5F04A119E23E5D85C37D600-D3RI]
**Sent:** Mon 7/23/2018 2:59:21 PM (UTC-07:00)
**Subject:** FW: Complaint 7/23/18

I'll be working with Diana for next steps.

Below is the statement from the employee after today's discussion with Jay West the supervisor.

Thanks,

Dan Rizzo
Division Superintendent, Los Padres – Field Operations South
**Office:** 805-546-3866 | **Cell:** 805-602-6829



---

**From:** West, Jay
**Sent:** Monday, July 23, 2018 2:50 PM
**To:** Rizzo, Daniel <D3RI@pge.com>
**Cc:** West, Jay <J0WQ@pge.com>
**Subject:** Complaint 7/23/18

Duty to Act:

On Monday July 23, 2018 @ approximately 1300, HH EE began to casually discuss how DW is a "Creep" while stating when he is around she has to mind herself and "cover up". When EE made the comment, I began to inquire about any specific incidents that was related to sexual innuendo's, comments and/or harassment that would cause her to suggest that DW is a creep. EE began to provide an example where EE and DW were the only two people in the office sometime during the week of 4th of July and DW came to her office, sat down in a chair across from her desk and began to chat with her. During the conversation, EE stated that DW made a comment saying " If you asked me if I wanted to Fuck you right now, I would". EE stated that the comment did make her feel uncomfortable, but that she was somewhat use to it due to DW making various comments regarding her looks since her hire date of February 2018. I then proceeded to ask EE what other comments he may have said and her example was that DW has said in the past when seeing her " it was like seeing an Angel". EE asked me to keep this confidential and that they did not want me to talk DW, as he is just an older man that just says inappropriate things at times. I advised EE that this was unacceptable and in no way should she ever feel uncomfortable at the workplace and in no way were DW's comments justified, acceptable and this type of behavior will not be tolerated. I also advised EE that I would have to take action and would do it to my best ability to keep her anonymous and her complaint confidential. EE once again asked that I do not take any action as she felt it would come back to her as they were the only two in the office at time. At this time I proceeded with going to my superior Dan Rizzo and informing him of the conversation I had with the EE. Dan and I then proceeded to bring the Director and HR in regarding this incident and to discuss next steps of action.

**Jay West**
Electric Operations, Los Padres Division
Cell (805) 440-3431
J0wq@pge.com



Case: 19-30088    Doc# 13311-1    Filed: 12/02/22    Entered: 12/02/22 16:37:41    Page 2 of 2