# EXHIBIT B

**Memorandum**

Date: September 4, 2018   File #: 18-1636

To: Donald Worrell

From: HUMAN RESOURCES

Subject: POST-INVESTIGATION COMMUNICATION CMS 18-1636



Donald Worrell:

PG&E has conducted an investigation into allegations that you engaged in inappropriate comments and or behavior; you recounted an inappropriate story that included "…want to fuck right now… if you had asked me that, I would say yes"; and an inappropriate comment in reference to appearance, "…from where I'm standing it all looks pretty good"; and inappropriately using terms of endearment such as "angel" in violation of PG&E's code of conduct. This letter summarizes the results of that investigation.

The investigation consisted of interviews of numerous individuals, including you, and the review of relevant company documents.

I was able to substantiate the allegations made and concluded there were code of conduct violations identified.

PG&E prohibits retaliation against any person who files a complaint or participates in the investigation of a complaint. If you feel retaliated against for your participation in this investigation, please do not hesitate to contact me at (925) 373-2615 or the Compliance and Ethics Helpline at 1-888-231-2310.

*Diana Holbak*
Sr. HR Consultant
(925) 373-2615
LAN: DOH3


cc: File