# EXHIBIT C

**Termination Letter**

November 28, 2018

Donald Royce Worrell Jr.:

An investigation by Human Resources found that you violated PG&E's Code of Conduct, Standard for a Harassment and Discrimination and Retaliation-Free Workplace by repeatedly engaging in inappropriate comments of a sexual nature to women in your workplace. Therefore, effective immediately, your employment with PG&E is being terminated.

In approximately two weeks, you will receive benefits information from the HR Solutions Center. In the interim, you may contact the HR Solutions Center at (415) 973-4357 if you have questions about your benefits. You should pay careful attention to the documents you receive, as several have deadlines for applying to continue benefits.

Enclosed is your final paycheck and information concerning the State Disability Plan and Unemployment Insurance.

As a result of your termination, you will not be eligible to work on PG&E projects as an agency worker, independent contractor, or employee of a PG&E supplier.

Sincerely,

Scott Rose
Director

cc: Human Resources
    Personnel File