KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

LITTLER MENDELSON, LLC
Elisa Nadeau (#199000)
(enadeau@littler.com)
50 West San Fernando St., 7th Floor
San Jose, CA 95113
Tel.: 408 998 4150
Fax: 408 288 5686

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>   - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>            **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF DIANA HOLBAK IN SUPPORT OF REORGANIZED DEBTORS' OBJECTION TO CLAIM NO. 2441 FILED BY DON WORRELL**<br><br>**Response Deadline: January 11, 2023, 4:00 p.m. (Pacific Time)**<br><br>**Hearing Information If Timely Response Made:**<br>Date:   January 25, 2023<br>Time:   10:00 a.m. (Pacific Time)<br>Place:  (Tele/Videoconference Appearances Only)<br>         United States Bankruptcy Court<br>         Courtroom 17, 16th Floor<br>         San Francisco, CA 94102 |

# DECLARATION OF DIANA HOLBAK

I, Diana Holbak, hereby declare and state:

1. I was a Senior Human Resources Consultant, responsible for conducting workplace investigations, at Pacific Gas and Electric Company ("PG&E") from June 2013 through September 2019. I make this declaration based on my personal knowledge and, if called to testify, I could and would testify to the matters stated herein.

2. On July 23, 2018, I was assigned to conduct an investigation into a complaint from an Operating Clerk, who I will call "Jane Doe" for the purposes of this Declaration, against Don Worrell, a Distribution Supervisor – Electric. Ms. Doe and Mr. Worrell worked together in the Los Padres division in the San Luis Obispo area. Mr. Dan Rizzo was Mr. Worrell's supervisor and Mr. Scott Rose was Mr. Rizzo's supervisor around this time.

3. I conducted several interviews in connection with my investigation of Ms. Doe's complaint, including interviews of Ms. Doe and Mr. Worrell. I did not interview Mr. Rizzo, as he had not provided information relevant to Ms. Doe's complaint.

4. I concluded that Mr. Worrell had made the statements complained of and others like it to other women in the office in the past. A true and correct copy of my investigation report, redacted to exclude the names of witnesses, is attached hereto as **Exhibit A**.

5. I provided my findings to Mr. Rose and to the Mr. Rose's team's Human Resources Business Partner, Heather Free on or about October 18, 2018. Mr. Rizzo was not present at this meeting and I understand he left PG&E's employment around this time.

6. During my investigation, Mr. Worrell made a complaint to me about Ms. Doe. I investigated Mr. Worrell's complaint and found it to be unsubstantiated. A true and correct copy of Mr. Worrell's complaint against Ms. Doe, along with my conclusion that I reported to him, redacted to exclude Ms. Doe's name, is attached hereto as **Exhibit B**.

//

//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of November, 2022, at Livermore, California.

/s/ *Diana Holbak*
Diana Holbak