# EXHIBIT B

| To: | Worrell Jr., Donald[DRWh@pge.com] |
|---|---|
| Cc: | Rose, Scott[SARh@pge.com] |
| From: | Holbak, Diana[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E25B618E9AF44B168FB38ECEBFBEB310-DOH3] |
| Sent: | Thur 10/18/2018 3:16:44 PM (UTC-07:00) |
| Subject: | RE: Filing Harassment Complaint against Redacted 10-08-2018 |

Hi Don,

Following our call this afternoon, based on the information you provided there is insufficient supporting facts for me to take action on your claim. Please note we have and will remind employees to not discuss workplace investigations. Because Dan is no longer with the company, copied is Scott Rose.

As a reminder, and in line with 'Speak up-Listen up-Follow up', employees are encouraged to raise concerns and more information can be found on pages 17 and 23 of the code of conduct (pasting clips below). The company prohibits retaliation against employees who raise concerns and or participate in any aspect of the investigation of a complaint.

Also, for your reference, I am pasting below the relevant excerpt that I read to you at the beginning of our original interview:

> "While the Company cannot require you to keep this interview confidential, given the sensitive nature of the issues, and consistent with the value PG&E places on professional treatment of each other, you are being asked to refrain from repeating either the questions asked or the answers given during this interview. This is to ensure the integrity of the investigative process and to protect all its participants."

Please contact me with any questions or concerns. Thank you for your cooperation.

**REQUESTING GUIDANCE AND REPORTING CONCERNS**

It's your responsibility to raise concerns about safety, misconduct, or violations of laws, regulations or internal requirements. If you are uncertain about a situation, you have a duty to seek clarification and guidance on interpretations of the Code, safety issues, ethics, compliance and legal issues.

**HOW YOU CAN SPEAK UP**

You have many ways to speak up to voice a concern. You can contact your immediate leader. If the issue involves your leader or you are uncomfortable with that approach, consider elevating your concern to the next level of management. Know that **you are not required to go to a leader**. Here are some additional options.

**Emergency concerns**

If there is a life-threatening or emergency situation, contact **911** and seek emergency care immediately.

If there is workplace violence concern, contact **Corporate Security at 1-800-691-0410**. If the concern is urgent, contact **911**.

**Employee conduct and guidance**

Contact the **Compliance & Ethics (C&E) Helpline** 24/7 at **1-888-231-2310** to request guidance or report violations of our Code of Conduct, accounting issues or illegal activity. You may remain anonymous if you wish. The C&E Helpline is an all-purpose resource for raising concerns or seeking guidance. If you are not sure where to turn, the C&E Helpline will determine where to take the issue and provide you with guidance on next steps.

**Additional responsibilities for PG&E leaders**

When in a leadership position, we take on additional responsibilities for compliance and ethics by:

- Building trust and creating an environment that makes it safe for employees to speak up to share ideas and concerns
- Following through with commitments with the appropriate degree of urgency
- Resolving issues and following up with employees who raise issues
- Seeking guidance if unsure of the appropriate course of action
- Recognizing employees for raising issues
- Openly acknowledging when we are wrong or don't know the answer
- Being an ethical role model
- Making compliance and ethics an essential part of leadership accountability

Sincerely,

Diana Holbak | Cell: 925-200-4340 | Internal: 476-2675

---

**From:** Worrell Jr., Donald
**Sent:** Tuesday, October 09, 2018 6:52 AM
**To:** Holbak, Diana
**Cc:** Rizzo, Daniel; West, Jay
**Subject:** Filing Harassment Complaint against Redacted ᵈ10-08-2018

To: Diana Holbak
From: Don Worrell - DRWH

Hi Diana

I would like to file a Harassment Complaint against Redacted for the following and in connection with the complaint that she filed against me.

1. On Tuesday 08-21-2018 at approx.. 1215 Redacted came into my office and said that she wanted to talk to me regarding the call which was made about me.
   (a) Redacted said that Dan Rizzo ( Superintendent ) and Jay West ( Clerical Supervisor ) made the phone call even though she told them not too, she repeated this 3 times.
   (b) Redacted said that she hated the way that things have been between her and me for the last 2 weeks.
   (c) I have kept my interactions with Redacted cordial and business oriented only.
   (d) Jan Felix's contact information is as follows - Company Cell (Redacted / Personal Cell (Redacted

2. On Friday 10-07-2018 at approx.. 1115 Jan Felix ( Assistant Foreman's Clerk ) approached me and said the following.
   (a) Jan Felix said that Redacted came to Jan Felix and said, whats going on, Jan replied - same old stuff. Then Redacted said again to Jan Felix, whats going on and Jan Felix said once again - the same old stuff. Then Redacted said to Jan Felix, I know that you know whats going on because Don Worrell said that

you had been interviewed.
(b) I ( Don Worrell ) have not said one word about this investigation to anyone except Dan Rizzo ( My Superintendant ) and Jay West ( Redacted   Supervisor ) and that was in regards to item number 1 listed above.
(c) This morning I did inform Dan Rizzo ( Superintendant ) of Redacted  approaching Jan Felix and also informed Dan Rizzo that I would be filing a Complaint against Redacted   for Harassment.

Thank You
Don Worrell - DRWH - Cell  ( 805 ) 680-5722
M&C Supervisor - San Luis Obispo
Los Padres Division