Patrick Cory Smithson

6293 Melita Rd

Santa Rosa, CA 95409

PG&E Corporation and Pacific Gas and Electric Company

Case#1930088

ptrcksmithson@gmail.com


      I would like to add myself to an existing late claim. I was out of town and unreachable when my family became aware that the Tubbs Fire victims could file a late claim for their sufferings the night of and the following weeks of the 2017 Tubbs Fire through the Bankruptcy Court.  Because I was unreachable and unable to file a claim with them I was left off the original claim. I would like to be added to this Claim to receive compensation for my suffering caused by PG&E's catastrophic neglect to maintain and operate a safe electrical grid. There is now not a whiff of smoke that is not immediately associated with that night. Packing everything one could to save from a house into a car while there is a massive fire burning across the skyline coming our way was terrifying! During the weeks that followed the status of our house and property where a mystery, being in the mandatory evacuation zone. I remember it being so hard to get any information and scanning all the news stations for any video footage trying to find a glimpse of Hwy. 12 and Melita Rd. to see how bad the burn damage was and if we'd have anything to go back to.

      None of us will ever forget the night of October 8th 2017 when we survived the Tubbs Fire. That night should have been preventable and could have been if not for PG&E's inability to maintain a safe and working electrical grid.

Sincerely,

Patrick Cory Smithson