# EXHIBIT 1: CLAIMANTS

**(1) Keith Mason Crownover and Lori Ann Crownover.**
**Claim No. 109585, filed on October 2, 2022.**
Keith Mason Crownover and Lori Ann Crownover are spouses. They resided at the real property located at 35550 Golf View Terrace, Santa Rosa, CA 95405. The Crownover family owned and occupied this property during the North Bay Fires.

The Crownover family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Crownover family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around September/October 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(2) Barbara O'Connor and Gary Parsons.**
**Claim No. 109584, filed on October 2, 2022.**
Barbara O'Connor and Gary Parsons are spouses. They resided at the real property located at 3202 Cobblestone Drive, Santa Rosa, CA 95404. The couple owned and occupied this property during the North Bay Fires.

The couple's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires, the couple was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around September/October 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(3) Kenneth Paul Tinkham, Renee Marie Tinkham, Mason Parker Tinkham, and Hayden Thomas Tinkham.**
**Claim No. 109583, filed on October 2, 2022.**
Kenneth Paul Tinkham and Renee Marie Tinkham are spouses. They, with their children (Mason Parker Tinkham and Hayden Tinkham), resided at the real property located at 3316 Bonita Vista Lane, Santa Rosa, CA 95404. The family owned and occupied this property during the North Bay Fires.

The Tinkham family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Tinkham family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around September/October 2022 (shortly after

learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(4) Banyan Parker, Garrett Parker, Zakary Parker, and Deklin Parker.**
**Claim No. 109582, filed on October 2, 2022.**
Banyan Parker and Garrett Parker are spouses. They, with their children (Zakary Parker and Deklin Parker), resided at the real property located at 61 Redwood Court, Santa Rosa, CA 95409. The family owned and occupied this property during the North Bay Fires.
The Parker family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Parker family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around September/October 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(5) Robert Burns and Penny Burns.**
**Claim No. 109581, filed on October 2, 2022.**
Robert Burns and Penny Burns are spouses. They resided at the real property located 13975 Sonoma Highway, Glen Ellen, CA 95442. The Burns family owned and occupied this property during the North Bay Fires.
The Burn family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Burns family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around September/October 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(6) Ernest Carter, Jr., and Kathleen Ann Carter.**
**Claim No. 109671, filed on November 11, 2022.**
Ernest Carter, Jr., and Kathleen Ann Carter are spouses. They resided at the real property located 9269 Oak Trail Circle, Santa Rosa, CA 95409. The Carter family owned and occupied this property during the North Bay Fires.
The Carter family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Carter family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline

expiring–through no fault of their own. In or around September/October 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(7) Nancy Ramos, Luis Ramos, Olivia Ramires, and Santino Ramos.**
**Claim No. 109670, filed on November 11, 2022.**
Nancy Ramos and Luis Ramos are spouses. They, with their child (Santino Ramos) and extended family member (Olivia Ramires), resided at the real property located at 825 Russell Avenue, Apt. 10, Santa Rosa, CA 95403. The family rented and occupied this property during the North Bay Fires.
The Ramos family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Ramos family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(8) Sue Thurston, Zack Thurston, and Samantha Thurston.**
**Claim No. 109673, filed on November 11, 2022.**
Sue Thurston, with her children (Zack Thurston and Samantha Thurston) resided at the real property located at 5916 Featherlight Place, Santa Rosa, CA 95409. The family owned and occupied this property during the North Bay Fires.
The Thurston family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Thurston family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(9) Shelly Schubert, Landon Schubert, and Carley Schubert.**
**Claim No. 109672, filed on November 11, 2022.**
Shelly Schubert, with her children (Landon Schubert and Carley Schubert) resided at the real property located at 5919 Chandler Court, Santa Rosa, CA 95409. The family owned and occupied this property during the North Bay Fires.
The Schubert family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of

Robert Bone, filed herewith), the Schubert family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(10) Steven Salfi, Carmen Salfi, Paytin Salfi, Cambryel Salfi, Isabella Salfi, and Mary Salfi.**
**Claim No. 109674, filed on November 11, 2022.**
Steven Salfi and Carmen Salfi are spouses. They, with their children (Paytin Salfi, Cambryel Salfi, and Issabella Salfi) and grandmother (Mary Salfi), resided at the real property located at 1710 Monte Carlo Court, Santa Rosa, CA 95409. The family owned and occupied this property during the North Bay Fires.

The Salfi family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Salfi family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(11) Randy James Dodson and Cari Dodson.**
**Claim No. 109675, filed on November 11, 2022.**
Randy James Dodson and Cari Dodson are spouses. They resided at the real property located 3490 Bonita Vista Drive, Santa Rosa, CA 95404. The Dodson family owned and occupied this property during the North Bay Fires.

The Dodson family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Dodson family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(12) Loyde Johnson and Sherry Johnson.**
**Claim No. 109677, filed on November 16, 2022.**
Loyde Johnson and Sherry Johnson are spouses. They resided at the real property located 4936 Everglade Drive, Santa Rosa, CA 95409. The Johnson family owned and occupied this property during the North Bay Fires.

The Johnson family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional

distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Johnson family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(13) Kristine Burns-Stirnaman and Emilie Stirnaman.**
**Claim No. 109680, filed on November 11, 2022.**

Kristine Burns-Stirnaman, with her child (Emilie Stirnaman) resided at the real property located at 2131 Parrish Drive, Santa Rosa, CA 95404. The family owned and occupied this property during the North Bay Fires.

The Burns-Stirnaman family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Burns-Stirnaman family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(14) Donald Mills, Mary Miller, James Mills, and Helen Mills.**
**Claim No. 109679, filed on November 16, 2022.**

Donald Mills and Mary Miller are partners. They, with their children (James Mills and Helen Mills), resided at the real property located at 99 St James Drive, Santa Rosa, CA 95403. The family owned and occupied this property during the North Bay Fires.

The Mills/Miller family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Mills/Miller family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(15) Leah Fowler.**
**Claim No. 109683 (Claim No. 109711 is duplicative and erroneous), filed on November 16, 2022.**

Ms. Fowler rented the real property located at 101 Boas Drive, Apt. 49, Santa Rosa, CA 95409, where she resided during the North Bay Fires. Ms. Fowler's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Ms. Fowler was required to evacuate her home. As a result of her displacement, she suffered substantial personal

damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of her own. In or around October/November 2022 (shortly after learning she suffered damages and also learning that her damages might be compensable), she reached out to counsel and filed her claim. She learned of this through family/friends and was not previously aware of the FVT or PG&E bankruptcy case.

**(16) Kinsey Hudson, Kamdyn Coggins, and Klayton Coggins.**
**Claim No. 109678, filed on November 16, 2022.**
Kinsey Hudson, with her children (Kamdyn Cogins and Klayton Coggins) resided at the real property located at 115 11th Street, Santa Rosa, CA 95401. The family rented and occupied this property during the North Bay Fires.

The Hudson/Coggins family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Hudson/Coggins family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(17) Tiffany Johnson, Haily Johnson, Sara Johnson, Anthony Johnson, Tatiana Johnson, and Cloey Johnson.**
**Claim No. 109681, filed on November 16, 2022.**
Tiffany Johnson, with her children (Haily Johnson, Sara Johnson, Anthony Johnson, Tatiana Johnson, and Cloey Johnson) resided at the real property located at 156 Lavell Village Circle, #43, Santa Rosa, CA 95403. The family rented and occupied this property during the North Bay Fires.

The Johnson family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Johnson family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(18) Scott Booth and Catherine Booth.**
**Claim No. 109686, filed on November 16, 2022.**
Scott Booth and Catherine Booth are spouses. They resided at the real property located 4241 Pine Ridge Drive, Santa Rosa, CA 95409. The Booth family owned and occupied this property during the North Bay Fires.

The Booth family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Booth family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(19) Janet Boyd and Gerald Boyd.**
**Claim No. 109682, filed on November 16, 2022.**
Janet Boyd and Gerald Boyd are spouses. They resided at the real property located 213 Rockgreen Place, Santa Rosa, CA 95409. The Boyd family owned and occupied this property during the North Bay Fires.

The Boyd family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Boyd family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(20) Mark Tannehill and Lupe Tannehill.**
**Claim No. 109685, filed on November 16, 2022.**
Mark Tannehill and Lupe Tannehill are spouses. They resided at the real property located 520 Firelight Drive, Santa Rosa, CA 95403. The Tannehill family owned and occupied this property during the North Bay Fires.

The Tannehill family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Tannehill family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(21) Julie Bertoli and Jeff Bertoli.**
**Claim No. 109699, filed on November 16, 2022.**
Julie Bertoli and Jeff Bertoli are spouses. They resided at the real property located 136 St. James Drive, Santa Rosa, CA 95403. The Bertoli family owned and occupied this property during the

North Bay Fires.

The Bertoli family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Bertoli family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(22) Cheryl Diehm.**
**Claim No. 109697, filed on November 16, 2022.**
Ms. Diehm owned the real property located at 7140 Oak Leaf Drive, Santa Rosa, CA 95409, where she resided during the North Bay Fires. Ms. Diehm's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Ms. Diehm was required to evacuate her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of her own. In or around October/November 2022 (shortly after learning she suffered damages and also learning that her damages might be compensable), she reached out to counsel and filed her claim. She learned of this through family/friends and was not previously aware of the FVT or PG&E bankruptcy case.

**(23) Clarence Younger.**
**Claim No. 109687, filed on November 16, 2022.**
Mr. Younger owned the real property located at 7604 Oak Leaf Drive, Santa Rosa, CA 95409, where he resided during the North Bay Fires. Mr. Younger's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Mr. Younger was required to evacuate his home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of his own. In or around October/November 2022 (shortly after learning he suffered damages and also learning that his damages might be compensable), he reached out to counsel and filed his claim. He learned of this through family/friends and was not previously aware of the FVT or PG&E bankruptcy case.

**(24) Laura Graber and Charlie Graber.**
**Claim No. 109689, filed on November 16, 2022.**
Laura Graber, with her child (Charlie Graber) resided at the real property located at 1912 Contra Costa Avenue, Santa Rosa, CA 95405. The family owned and occupied this property during the North Bay Fires.

The Graber family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a

result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Graber family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own.  In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim.  They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(25) Desa Juarez and Casi Juarez.**
**Claim No. 109691 (Claim No. 109701 is duplicative and erroneous), filed on November 16, 2022.**
Desa Juarez and Casi Juarez are spouses.  They resided at the real property located 1561 Lofty Perch Place, Santa Rosa, CA 95409. The Juarez family owned and occupied this property during the North Bay Fires.

The Juarez family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they were required to evacuate their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Juarez family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim.  They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(26) Grace Martin, Natalie Martin, Nick Martin, and Joey Martin.**
**Claim No. 109690, filed on November 16, 2022.**
Grace Martin, Natalie Martin, Nick Martin, and Joey Martin resided at the real property located at 4943 Marshall Drive, Santa Rosa, CA 95409.  The family occupied this property during the North Bay Fires.

The Martin family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they were required to evacuate their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Martin family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own.  In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim.  They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(27) Karl Nonamaker.**
**Claim No. 109693, filed on November 16, 2022.**
Mr. Nonamaker rented the real property located at 2010 Pioneer Way, Apt. #85, Santa Rosa, CA 95403, where he resided during the North Bay Fires.  Mr. Nonamaker's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Mr.

Nonamaker was required to evacuate his home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of his own. In or around October/November 2022 (shortly after learning he suffered damages and also learning that his damages might be compensable), he reached out to counsel and filed his claim. He learned of this through family/friends and was not previously aware of the FVT or PG&E bankruptcy case.

**(28) Richard J. Seitz, Gay A. Seitz, Caylie R. Seitz, and Calan I. Seitz.**
**Claim No. 109692, filed on November 16, 2022.**
Richard J. Seitz and Gay A. Seitz are partners. They, with their dependents (Caylie R. Seitz and Calan I. Seitz), resided at the real property located at 860 Los Alamos Road, Santa Rosa, CA 95409. The family owned and occupied this property during the North Bay Fires.
The Seitz family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Seitz family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(29) Beth Streets and Kenneth Streets.**
**Claim No. 109694, filed on November 16, 2022.**
Beth Streets, with her child (Kenneth Streets) resided at the real property located at 2323 McBride Lane, #34, Santa Rosa, CA 95403. The family rented and occupied this property during the North Bay Fires.
The Streets family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Streets family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(30) Debbie Ausiello and Armand Ausiello.**
**Claim No. 109688, filed on November 16, 2022.**
Debbie Ausiello and Armand Ausiello are spouses. They resided at the real property located 6590 Bridge wood Drive, Santa Rosa, CA 95409. The Ausiello family owned and occupied this property during the North Bay Fires. They also operated Ausiello's 5th Street Bar and Grill.

The Ausiello family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger. Their business was also substantially disrupted and impaired by the fires.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Ausiello family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(31) Thuan Lee.**
**Claim No. 109698, filed on November 16, 2022.**
Mr. Lee rented the real property located at 1795 Walnut Creek Drive, Santa Rosa, CA 95403, where he resided during the North Bay Fires. Mr. Lee's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Mr. Lee was required to evacuate his home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of his own. In or around October/November 2022 (shortly after learning he suffered damages and also learning that his damages might be compensable), he reached out to counsel and filed his claim. He learned of this through his co-tenant (who lived with him in Coffey Park) and was not previously aware of the FVT or PG&E bankruptcy case.

**(32) Judith A. Schapansky and Andrew A. Weinberg.**
**Claim No. 109696, filed on November 16, 2022.**
Judith A. Schapansky, with her child (Andrew A. Weinberg) resided at the real property located at 3521 Leete Avenue, Santa Rosa, CA 95403 The family owned and occupied this property during the North Bay Fires.

The Schapansky/Weinberg family's personal property and residence were destroyed by the North Bay Fires. During the fires, she fearfully evacuated her home with her son, which was later destroyed by the North Bay Fires. As a result of their displacement, and loss of her home, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger–among other things.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), including their full and complete loss, the Schapansky/Weinberg family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. They were not aware of who might be responsible. In or around October/November 2022 (shortly after learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(33) Thomas Parker and Shirley Parker.**
**Claim No. 109695, filed on November 16, 2022.**
Thomas Parker and Shirley Parker are spouses. They resided at the real property located 5375

Sharon Court, Santa Rosa, CA 95409. The Parker family owned and occupied this property during the North Bay Fires.

The Parker family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they were required to evacuate their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Parker family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim.  They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(34) Jason VanAlen.**
**Claim No. 109702, filed on November 19, 2022.**
Mr. VanAlen rented the real property located at 1757 Dorado Court, Apt. R, Santa Rosa, CA 95403, where he resided during the North Bay Fires.  Mr. VanAlen's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Mr. VanAlen was required to evacuate his home.  As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of his own.  In or around October/November 2022 (shortly after learning he suffered damages and also learning that his damages might be compensable), he reached out to counsel and filed his claim.  He learned of this through family/friends and was not previously aware of the FVT or PG&E bankruptcy case.

**(35) Jayne Ring Slayton and Timothy Dean Slayton.**
**Claim No. 109703, filed on November 19, 2022.**
Jayne Ring Slayton and Timothy Dean Slayton are spouses.  They resided at the real property located 2591 Rim Rock Way, Santa Rosa, CA 95404. The Slayton family owned and occupied this property during the North Bay Fires.

The Slayton family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they were required to evacuate their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Slayton family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim.  They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(36) Taylor Bathke, Victoria I. Nelson, and Troy Tomas Bathke.**
<span style="color:red">**Claim No. _____, filed on November 19, 2022. [Claim No. not entered on date of filing]**</span>

Taylor Bathke, Victoria I. Nelson, and Troy Tomas Bathke. resided at the real property located 216 Nielsen Court, Santa Rosa, CA 95409. The Bathke/Nelson family rented and occupied this property during the North Bay Fires.

The Bathke/Nelson family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Bathke/Nelson family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(37) Arnold Fred Stellema, Nannette Lynn Meyers, Alexander James Stellema, Elizabeth Anne Stellema, and Victoria Lynn Stellema.**
**Claim No. 109716, filed on November 19, 2022.**

Arnold Fred Stellema and Nannette Lynn Meyers are spouses. They, with their children (Alexander James Stellema, Elizabeth Anne Stellema, and Victoria Lynn Stellema) resided at the real property located 2424 Sycamore Court, Santa Rosa, CA 95404. The Stellema/Meyers family owned and occupied this property during the North Bay Fires.

The Stellema/Meyers family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Stellema/Meyers family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(38) Mary Keith Roberts.**
**Claim No. 109742, filed on November 19, 2022.**

Ms. Roberts owned the real property located at 6538 Stonecroft Terrace, Santa Rosa, CA 95409, where she resided during the North Bay Fires. Ms. Roberts' personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Ms. Roberts was required to evacuate her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of her own. In or around October/November 2022 (shortly after learning she suffered damages and also learning that her damages might be compensable), she reached out to counsel and filed her claim. She learned of this through family/friends and was not previously aware of the FVT or

PG&E bankruptcy case.

**(39) Angela Haseltine.**
**Claim No. 109705, filed on November 19, 2022.**
Ms. Haseltine rented the real property located at 1671 Orhcard Street, Santa Rosa, CA 95404, where she resided during the North Bay Fires. Ms. Haseltine's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Ms. Haseltine was required to evacuate her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of her own. In or around October/November 2022 (shortly after learning she suffered damages and also learning that her damages might be compensable), she reached out to counsel and filed her claim. She learned of this through family/friends and was not previously aware of the FVT or PG&E bankruptcy case.

**(40) Rebecca Sanchez, Pedro Espana, Alejandro Espana, Eric Espana, Adeline Ramirez, and Nathaniel Ramirez.**
**Claim No. 109721, filed on November 19, 2022.**
Rebecca Sanchez, with her children (Pedro Espana, Alejandro Espana and Eric Espana) and niece and nephew (Adeline Ramirez, and Nathaniel Ramirez) resided at the real property located 2629 Comanche Street, Santa Rosa, CA 95403. The Sanchez/Espana/Ramirez family rented and occupied this property during the North Bay Fires.
The Sanchez/Espana/Ramirez family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Sanchez/Espana/Ramirez family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(41) Edeltraud Petermann.**
**Claim No. 109724, filed on November 19, 2022.**
Ms. Petermann owned the real property located at 6474 Stone Bridge Road, Santa Rosa, CA 95409, where she resided during the North Bay Fires (in particular, the Redwood Complex Fire). Ms. Christensen's personal property was substantially damaged from smoke, soot, and ash from the fires. During the fires, Ms. Petermann was required to evacuate her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of her own. In or around October/November 2022 (shortly after learning she suffered damages and also learning that her damages might be compensable), she reached out to counsel and filed her

claim. She learned of this through family/friends and was not previously aware of the FVT or PG&E bankruptcy case.

**(42) Jill Christensen.**
**Claim No. 109709, filed on November 19, 2022.**
Ms. Christensen rented the real property located at 8925 North State Street, Unit 1, Redwood Valley, CA 95470, where she resided during the North Bay Fires (in particular, the Redwood Complex Fire). Ms. Christensen's personal property was substantially damaged from smoke, soot, and ash from the fires. During the fires, Ms. Christensen was required to evacuate her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of her own. In or around October/November 2022 (shortly after learning she suffered damages and also learning that her damages might be compensable), she reached out to counsel and filed her claim. She learned of this through family/friends and was not previously aware of the FVT or PG&E bankruptcy case.

**(43) Holly Rose Ortega, Christopher Ortega, and Rebecca Lynn Nielson.**
**Claim No. 109720, filed on November 19, 2022.**
Holly Rose Ortega and Christopher Ortega are spouses. They, with their mother/mother-in-law (Rebecca Lynn Nielson) resided at the real property located 7625 Tarrwater Road, Santa Rosa, CA 95404. The Ortega/Nielson family owned and occupied this property during the North Bay Fires.

The Ortega/Nielson family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Ortega/Nielson family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(44) Katrina Lidholm, Melia Vielma, and Victor Rodriguez.**
**Claim No. 109717, filed on November 19, 2022.**
Katrina Lidholm, with her children (Melia Vielma, and Victor Rodriguez) resided at the real property located 2168 Citrine Way, Unit 77, Santa Rosa, CA 95404. The Lidholm family rented and occupied this property during the North Bay Fires.

The Lidholm family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Lidholm family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after

learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(45) Bere Ramos, Olivia Ramirez, Santino Ramos, Katia Ramos, Luis Ramos, and Nancy Ramos.**
**Claim No. 109707, filed on November 19, 2022.**
Bere Ramos, Olivia Ramirez, Santino Ramos, Katia Ramos, Luis Ramos, and Nancy Ramos resided at the real property located 825 Russell Avenue, Apt. 10, Santa Rosa, CA 95403. The Ramos/Ramirez family rented and occupied this property during the North Bay Fires.
The Ramos/Ramirez family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Ramos/Ramirez family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(46) Janet Stapleton.**
**Claim No. 109710, filed on November 19, 2022.**
Ms. Stapleton owned the real property located at 366 Firelight Drive, Santa Rosa, CA 95403, where she resided during the North Bay Fires. Ms. Stapleton's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Ms. Stapleton was required to evacuate her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of her own. In or around October/November 2022 (shortly after learning she suffered damages and also learning that her damages might be compensable), she reached out to counsel and filed her claim. She learned of this through family/friends and was not previously aware of the FVT or PG&E bankruptcy case.

**(47) Bridget D. Newcomb.**
**Claim No. 109636, filed on October 5, 2022.**
Ms. Newcomb lived at the real property located at 542 Emerald Park Court, Santa Rosa, CA 95409, where she resided during the North Bay Fires. Ms. Newcomb's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Ms. Newcomb was required to evacuate her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger. She also operated a business, Chandelier Beauty Lounge, during the fires, which was substantially impacted. Due to the fires, she became homeless and was forced to relocate.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of

her own. In or around October/November 2022 (shortly after learning she suffered damages and also learning that her damages might be compensable), she filed a pro se claim. Shortly after submitting her pro se claim, she reached out to counsel to assist her. She learned of the process and this information through family/friends and was not previously aware of the FVT or PG&E bankruptcy case.

**(48) Melanie Martinez.**
**Claim No. 109578, filed on October 2, 2022.**
Ms. Martinez rented the real property located at 810 Vineyard Creek, Apt. 230, Santa Rosa, CA 95403, where she resided during the North Bay Fires. Ms. Martinez's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Ms. Martinez was required to evacuate her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of her own. In or around October/November 2022 (shortly after learning she suffered damages and also learning that her damages might be compensable), she filed a pro se claim. Shortly after submitting her pro se claim, she reached out to counsel to assist her. She learned of the process and this information through family/friends and was not previously aware of the FVT or PG&E bankruptcy case.

**(49) Allen James Moore and Donna Marie Moore.**
**Claim No. 109718, filed on November 19, 2022.**
Allen James Moore and Donna Marie Moore are spouses. They resided at the real property located 2345 Sycamore Avenue, Santa Rosa, CA 95404. The Moore family owned and occupied this property during the North Bay Fires.
The Moore family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Moore family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(50) Ykeallo Hezchias, Tebletz Bein, Sawait Seyoum, Dawit Seyoum, Sahyim Seyoum, Mia Seyoum, and Simona Seyoum.**
**Claim No. 109722 (Claim No. 109769 is duplicative and erroneously filed), filed on November 19, 2022.**
Ykeallo Hezchias, Tebletz Bein, Sawait Seyoum, Dawit Seyoum, Sahyim Seyoum, Mia Seyoum, and Simona Seyoum resided at the real property located 2002 Diego Avenue, Santa Rosa, CA 95403. Tabletz Bein owned and occupied this property during the North Bay Fires, while the other claimants resided and occupied the property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of

their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(51) Kelly Johnson, Anna Fox, and Tyler Fox.**
**Claim No. 109743, filed on November 19, 2022.**
Kelly Johnson, with her children (Anna Fox and Tyler Fox) resided at the real property located 818 Vineyard Creek Drive, Santa Rosa, CA 95403. The Johnson/Fox family owned and occupied this property during the North Bay Fires.

The Johnson/Fox family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Johnson/Fox family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(52) Molly McGuire-Nunn, Jacob Nunn, Dylan Nunn, and Graysen Reno-Nunn.**
**Claim No. 109760, filed on November 19, 2022.**
Molly McGuire-Nunn and Jacob Nunn are spouses. They, with their children (Dylan Nunn and Graysen Reno-Nunn) resided at the real property located 2432 Tedeschi Drive, Santa Rosa, CA 95403. The Nunn family owned and occupied this property during the North Bay Fires.

The Nunn family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Nunn family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(53) Raves Faull and Rene Faull.**
**Claim No. 109714, filed on November 19, 2022.**
Raves Faull and Rene Faull are spouses. They resided at the real property located 2085 Fulton Road, Santa Rosa, CA 95403. The Faull family owned and occupied this property during the North Bay Fires.

The Faull family's personal property and residence were damaged from smoke, soot, and ash

from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Faull family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(54) Babak Sariaslani, Malisa Evets, Roya Sariaslani, Harlow Sariaslani, Fatemeh Sariaslani, Ghazal Sariaslani, Dan Snyder, and Brayan Gomez.**
**Claim No. 109713, filed on November 19, 2022.**
Babak Sariaslani, Malisa Evets, Roya Sariaslani, Harlow Sariaslani, Fatemeh Sariaslani, Ghazal Sariaslani, Dan Snyder, and Brayan Gomez resided at the real property located 6560 Plum Ranch Road, Santa Rosa, CA 95404. The Sariaslani family owned and occupied this property during the North Bay Fires, while the other claimants resided and occupied the property during the North Bay Fires.

The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(55) Cheyne Thompson, Casey Thompson, and Celeste Thompson.**
**Claim No. 109726, filed on November 19, 2022.**
Cheyne Thompson and Casey Thompson are spouses. They, with their child (Celeste Thompson) resided at the real property located 1527 North Street, Santa Rosa, CA 95404. The Thompson family rented and occupied this property during the North Bay Fires.

The Thompson family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Thompson family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(56) Carol Faull.**
**Claim No. 109728, filed on November 19, 2022.**
Ms. Faull owned the real property located at 1004 Damon Court, Santa Rosa, CA 95409, where she resided during the North Bay Fires. Ms. Faull's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Ms. Faull was required to evacuate her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of her own. In or around October/November 2022 (shortly after learning she suffered damages and also learning that her damages might be compensable), she reached out to counsel and filed her claim. She learned of this through family/friends and was not previously aware of the FVT or PG&E bankruptcy case.

**(57) Daniel Macler, Melissa Locks, Mason Locks and Mia Locks.**
**Claim No. 109725, filed on November 19, 2022.**
Daniel Macler and Melissa Locks are spouses. They, with their children (Mason Locks and Mia Locks) resided at the real property located 5831 Mark West Lane, Santa Rosa, CA 95404. The Macler/Locks family owned and occupied this property during the North Bay Fires.

The Macler/Locks family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Macler/Locks family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(58) Suzie Schlick.**
**Claim No. 109729, filed on November 19, 2022.**
Ms. Schlick rented the real property located at 556 Drake Drive, Santa Rosa, CA 95409, where she resided during the North Bay Fires. Ms. Schlick's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Ms. Schlick was required to evacuate her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of her own. In or around October/November 2022 (shortly after learning she suffered damages and also learning that her damages might be compensable), she reached out to counsel and filed her claim. She learned of this through family/friends and was not previously aware of the FVT or PG&E bankruptcy case.

**(59) Sydnie Brewer and Jeremy Brewer.**
**Claim No. 109731, filed on November 19, 2022.**
Sydnie Brewer and Jeremy Brewer are spouses. They resided at the real property located1726

randon Way, Santa Rosa, CA 95403. The Brewer family owned and occupied this property during the North Bay Fires.

The Brewer family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Brewer family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(60) Tom Kille and Erma Kille.**
**Claim No. 109730, filed on November 19, 2022.**
Tom Kille and Erma Kille are spouses. They resided at the real property 3023 Hardies Lane, Santa Rosa, CA 95403. The Kille family owned and occupied this property during the North Bay Fires.

The Kille family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Kille family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(61) Olivia Edwards and Colette Edwards.**
**Claim No. 109727, filed on November 19, 2022.**
Olivia Edwards and Colette Edwards are spouses. They resided at the real property 2167 Meadwobrook Court, Unit D, Santa Rosa, CA 95403. The Edwards family owned and occupied this property during the North Bay Fires.

The Edwards family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Edwards family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(62) Barry Miller, Amy Miller, Laine Miller, and Sidney Miller.**
**Claim No. 109745, filed on November 19, 2022.**
Barry Miller and Amy Miller are spouses. They, with their children (Laine Miller and Sidney Miller) resided at the real property 11001 Ogburn Lane, Forestville, CA 95436. The Miller family owned and occupied this property during the North Bay Fires.

The Miller family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Miller family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.


**(63) Sharon Justin and Doreen Burwell.**
**Claim No. 109747, filed on November 19, 2022.**
Sharon Justin and Doreen Burwell resided at the real property 499 Oakbrook Court, Santa Rosa, CA 95409. The Justin/Burwell family owned and occupied this property during the North Bay Fires.

The Justin/Burwell family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Justin/Burwell family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.


**(64) Helena Torre-Minto.**
**Claim No. _____, filed on November 19, 2022. [Claim No. not entered on date of filing]**
Ms. Torre-Minto rented the real property located at 55 Aspen Meadows Circle, Santa Rosa, CA 95409, where she resided during the North Bay Fires. Ms. Torre-Minto's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Ms. Torre-Minto was required to evacuate her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of her own. In or around October/November 2022 (shortly after learning she suffered damages and also learning that her damages might be compensable), she reached out to counsel and filed her claim. She learned of this through family/friends and was not previously aware of the FVT or PG&E bankruptcy case.

**(65) Jeffrey Alan Hendrix, Angela Lynn Hendrix, Alex Mason Hendrix, and Max Miranda Hendrix.**
**Claim No. 109761, filed on November 19, 2022.**
Jeffrey Alan Hendrix and Angela Lynn Hendrix are spouses. They, with their children (Alex Mason Hendrix and Max Miranda Hendrix) resided at the real property 1921 Genoa Place, Santa Rosa, CA 95403. The Hendrix family owned and occupied this property during the North Bay Fires.

The Hendrix family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Hendrix family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.


**(66) Sean Hubert, Jennifer Hubert, Ryan Hubert, and Colin Hubert.**
**Claim No. 109753, filed on November 19, 2022.**
Sean Hubert and Jennifer Hubert are spouses. They, with their children (Ryan Hubert and Colin Hubert) resided at the real property 1805 Caparral Road, Santa Rosa, CA 95404. The Hubert family owned and occupied this property during the North Bay Fires.

The Hubert family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Hubert family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.


**(67) Clarissa Harris, Travis Harris, and Julia Harris.**
**Claim No. _____, filed on November 19, 2022. [Claim No. not entered on date of filing]**
Clarissa Harris, Travis Harris, and Julia Harris resided at the real property 4895 Old Redwood Highway, Santa Rosa, CA 95403. The Harris family owned and occupied this property during the North Bay Fires.

The Harris family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Harris family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after

learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(68) Eric Sumner, Nikki Crocker, Sierra Sumner, and Treston Sumner.**
**Claim No. 109758, filed on November 19, 2022.**
Eric Sumner and Nikki Crocker are partners. They, with their children (Sierra Sumner and Treston Sumner) resided at the real property 4515 Patrick Court, Santa Rosa, CA 95409. The Sumner/Crocker family owned and occupied this property during the North Bay Fires. The Sumner/Crocker family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Sumner/Crocker family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(69) Diane K. Cox**
**Claim No. 109755, filed on November 19, 2022.**
Ms. Cox owned the real property located at 328 Candy Lane, Santa Rosa, CA 95403, where she resided during the North Bay Fires. Ms. Cox's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Ms. Cox was required to evacuate her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of her own. In or around October/November 2022 (shortly after learning she suffered damages and also learning that her damages might be compensable), she reached out to counsel and filed her claim. She learned of this through family/friends and was not previously aware of the FVT or PG&E bankruptcy case.

**(70) Timothy Keehn and Aida Herresa-Keehn.**
**Claim No. 109732, filed on November 19, 2022.**
Timothy Keehn and Aida Herresa-Keehn are spouses. They resided at the real property 2247 Orleans Street, Santa Rosa, CA 95403. The Keehn family owned and occupied this property during the North Bay Fires.
The Keehn family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Keehn family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable),

they reached out to counsel and filed their claim.  They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(71) Heather Jackson, Jacob Jackson, and Steven Gomez.**
**Claim No. 109704, filed on November 19, 2022.**
Heather Jackson, with her children (Jacob Jackson and Steven Gomez) resided at the real property 901 Russell Avenue, #235, Santa Rosa, CA 95403.  The Jackson/Gomez family rented and occupied this property during the North Bay Fires.
The Jackson/Gomez family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they were required to evacuate their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Jackson/Gomez family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim.  They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(72) Kelsey Fox.**
**Claim No. 109735, filed on November 19, 2022.**
Ms. Fox owned the real property located at 2456 Orleans Street, Santa Rosa, CA 95403, where she resided during the North Bay Fires.  Ms. Fox's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, Ms. Fox was required to evacuate her home.  As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of her own.  In or around October/November 2022 (shortly after learning she suffered damages and also learning that her damages might be compensable), she reached out to counsel and filed her claim.  She learned of this through family/friends and was not previously aware of the FVT or PG&E bankruptcy case.

**(73) Janet Bell Hall, Jannay Avelar, and Janson Alex Avelar.**
**Claim No. 109741 (Claim No 109734 is duplicative and erroneous), filed on November 19, 2022.**
Janet Bell Hall, Jannay Avelar, and Janson Alex Avelar resided at the real property 2572 N. Village Drive, Santa Rosa, CA 95403.  The Hall/Avelar family owned and occupied this property during the North Bay Fires.
The Hall/Avelar family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they were required to evacuate their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Hall/Avelar family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable),

they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(74) Denise Pena, Emilio Pena, Miranda Rose Pena, and Mario Carlo Refugio Pena.**
**Claim No. 109737, filed on November 19, 2022.**
Denise Pena, Emilio Pena, Miranda Rose Pena, and Mario Carlo Refugio Pena resided at the real property 713 Montclair Drive, Santa Rosa, CA 95409. The Pena family owned and occupied this property during the North Bay Fires.

The Pena family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Pena family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(75) Noemi Enriquez, Monique Urbie, Angel Uribe, and Nevaeh Moreno.**
**Claim No. 109736, filed on November 19, 2022.**
Noemi Enriquez, with her children (Monique Urbie, Angel Uribe, and Nevaeh Moreno), resided at the real property 1787 West 3rd Street, Santa Rosa, CA 95401. The Enriquez family rented and occupied this property during the North Bay Fires.

The Enriquez family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Enriquez family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(76) Daren Babcock.**
**Claim No. 109706, filed on November 16, 2022.**
Mr. Babcock owned the real property located at 5265 Jooquin Drive, Santa Rosa, CA 95409, where he resided during the North Bay Fires. Mr. Babcock's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Mr. Babcock was required to evacuate his home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of his own. In or around October/November 2022 (shortly after learning he suffered damages and also learning that his damages might be compensable), he reached out to counsel and filed his claim. He learned of this through family/friends and was not previously aware of the FVT or

PG&E bankruptcy case.

**(77) Alan Keith, Amanda Rose Keith, Thomas James Keith, and Zakery Alan Keith.**
**Claim No. 109748, filed on November 19, 2022.**
Alan Keith and Amanda Rose Keith are spouses. They, with their children (Thomas James Keith and Zakery Alan Keith), resided at the real property 304 La Quinta Drive, Windsor, CA 95492. The Keith family owned and occupied this property during the North Bay Fires.
The Keith family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Keith family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(78) John Dolan and Esther Dolan.**
**Claim No. 109738, filed on November 19, 2022.**
John Dolan and Esther Dolan are spouses. They resided at the real property 300 Oak Leaf Circle, Santa Rosa, CA 95409. The Dolan family owned and occupied this property during the North Bay Fires.
The Dolan family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Dolan family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(79) William Zeeb, Jolen Kalani Ann Spears, and Michael Anthony Tattner.**
**Claim No. 109740, filed on November 19, 2022.**
William Zeeb, Jolen Kalani Ann Spears, and Michael Anthony Tattner resided at the real property 661 Speers Road, Santa Rosa, CA 95409. The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable),

they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(80) Danny Fish and Debbie Fish.**
**Claim No. 109708, filed on November 20, 2022.**
Danny Fish and Debbie Fish are spouses. They resided at the real property 2481 Placer Drive, Santa Rosa, CA 95401. The Fish family owned and occupied this property during the North Bay Fires.

The Fish family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Fish family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(81) Daphne Peterson, Donald Peterson, and James Peterson.**
**Claim No. 109750, filed on November 20, 2022.**
Daphne Peterson and Donald Peterson are spouses. They, with their child (James Peterson) resided at the real property 4922 Fernglen Drive, Santa Rosa, CA 95405. The Peterson family owned and occupied this property during the North Bay Fires.

The Peterson family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Peterson family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(82) Brandon M. Ingersoll, Kristen Ingersoll, Carter Ingersoll, Mason Ingersoll, and Evan Ingersoll.**
**Claim No. 109759, filed on November 20, 2022.**
Brandon M. Ingersoll and Kristen Ingersoll are spouses. They, with their children (Carter Ingersoll, Mason Ingersoll, and Evan Ingersoll) resided at the real property 2634 Fir Park Way, Santa Rosa, CA. The Ingersoll family owned and occupied this property during the North Bay Fires.

The Ingersoll family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Ingersoll family was not aware that their damages/injuries

might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(83) Cynthia Clark Springer and Donald Springer.**
**Claim No. 109767, filed on November 20, 2022.**
Cynthia Clark Springer and Donald Springer are spouses. They resided at the real property 3662 Rutherford Way, Santa Rosa, CA 95404. The Springer family owned and occupied this property during the North Bay Fires.
The Springer family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Springer family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(84) Richard Lombardo, April Lombardo, and Crosby Lombardo.**
**Claim No. 109766, filed on November 20, 2022.**
Richard Lombardo and April Lombardo are spouses. They, with their child (Crosby Lombardo) resided at the real property 1274 Seghesio Way, Windsor, CA 95492. The Lombardol family owned and occupied this property during the North Bay Fires.
The Lombardo family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Lombardo family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(85) Paula Kay Lindauer.**
**Claim No. 109751, filed on November 20, 2022.**
Ms. Llindauer owned the real property located at 5537 Kathleen Court, Santa Rosa, CA 95409, where she resided during the North Bay Fires. Ms. Lindauer's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Ms. Lindauer was required to evacuate her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), she was not aware that her damages/injuries might be compensable

prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of her own. In or around October/November 2022 (shortly after learning she suffered damages and also learning that her damages might be compensable), she reached out to counsel and filed her claim. She learned of this through family/friends and was not previously aware of the FVT or PG&E bankruptcy case.

**(86) Silvia Y. Barreto Castanon, Francisco Saul Flores Munguia, Jorge A. Barreto, and Sophia A. Flores.**
**Claim No. 109770, filed on November 20, 2022.**
Silvia Y. Barreto Castanon, Francisco Saul Flores Munguia, Jorge A. Barreto, and Sophia A. Flores resided at the real property 3320 Mendocino Avenue, Apt. E, Santa Rosa, CA 95403. The claimants rented and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(87) Mary McConnell.**
**Claim No. 109771, filed on November 20, 2022.**
Ms. McConnell rented the real property located at 2411 Fulton Road, Santa Rosa, CA 95403, where she resided during the North Bay Fires. Ms. McConnell's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Ms. McConnell was required to evacuate her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of her own. In or around October/November 2022 (shortly after learning she suffered damages and also learning that her damages might be compensable), she reached out to counsel and filed her claim. She learned of this through family/friends and was not previously aware of the FVT or PG&E bankruptcy case.

**(88) Carrie Smyth and Laird Doherty.**
**Claim No. 109772, filed on November 20, 2022.**
Carrie Smyth and Laird Doherty are partners. They resided at the real property 1188 Trombetta Street, Santa Rosa, CA 95407. The Smyth/Doherty family owned and occupied this property during the North Bay Fires and also owned the real property located at 2800 St. Paul, #141, Santa Rosa, CA 95405.
The Smyth/Doherty family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Smyth/Doherty family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim.  They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(89) Deanna Holzapfel, Gavid Holzapfel, Noelle Holzapfel, and Asher Holzapfel.**
**Claim No. _____, filed on November 20, 2022. [Claim No. not entered on date of filing]**
Deanna Holzapfel, Gavid Holzapfel, Noelle Holzapfel, and Asher Holzapfel resided at the real property 5955 San Aleso Court, Santa Rosa, CA 95409.  The claimants owned and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they were required to evacuate their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim.  They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(90) William Haga, II, and Margaret Haga.**
**Claim No. 109764, filed on November 20, 2022.**
William Haga, II, and Margaret Haga are spouses.  They resided at the real property 18370 Van Arsdale Road, Potter Valley, CA 95469.  The Haga family owned and occupied this property during the North Bay Fires and also owned the real property located at 2800 St. Paul, #141, Santa Rosa, CA 95405.
The Haga family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires.  During the fires, they were required to evacuate their home.  As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Haga family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim.  They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(91) Ann Hudson, Geoffrey Hudson, Cole Hudson, and Lauren Hudson.**
**Claim No. 109752, filed on November 20, 2022.**
Ann Hudson and Geoffrey Hudson are spouses.  They, with their children (Cole Hudson and Lauren Hudson), resided at the real property 5879 Sailing Hawk Avenue, Santa Rosa, CA 95409.  The Hudson family owned and occupied this property during the North Bay Fires.
The Hudson family's personal property and residence were damaged from smoke, soot, and ash

from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Hudson family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(92) Heidi Lynne Adler.**
**Claim No. 109756, filed on November 20, 2022.**
Ms. Adler owned the real property located at 1450 Gumview Road, Windsor, CA 95492, where she resided during the North Bay Fires. Ms. Adler's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Ms. Adler was required to evacuate her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of her own. In or around October/November 2022 (shortly after learning she suffered damages and also learning that her damages might be compensable), she reached out to counsel and filed her claim. She learned of this through family/friends and was not previously aware of the FVT or PG&E bankruptcy case.

**(93) Trevor Larsen.**
**Claim No. 109757, filed on November 20, 2022.**
Mr. Larson owned the real property located at 2446 Westvaile Court, Santa Rosa, CA 95403, where he resided during the North Bay Fires. Mr. Larsen's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Mr. Larsen was required to evacuate his home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of his own. In or around October/November 2022 (shortly after learning he suffered damages and also learning that his damages might be compensable), he reached out to counsel and filed his claim. He learned of this through family/friends and was not previously aware of the FVT or PG&E bankruptcy case.

**(94) Tina Wells.**
**Claim No. 109763, filed on November 20, 2022.**
Ms. Wells owned the real property located at 171 Faught Court, Santa Rosa, CA 95403, where she resided during the North Bay Fires. Ms. Wells' personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Ms. Wells was required to evacuate her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), she was not aware that her damages/injuries might be compensable

prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of her own. In or around October/November 2022 (shortly after learning she suffered damages and also learning that her damages might be compensable), she reached out to counsel and filed her claim. She learned of this through family/friends and was not previously aware of the FVT or PG&E bankruptcy case.

**(95) Elizabeth Alice Weeks and Gordon Douglas Wilder.**
**Claim No. 109762, filed on November 20, 2022.**
Elizabeth Alice Weeks and Gordon Douglas Wilder are spouses. They resided at the real property 398 Rockgreen Place, Santa Rosa, CA 95409. The Weeks/Wilder family rented and occupied this property during the North Bay Fires.
The Weeks/Wilder family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Weeks/Wilder family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(96) Michael Pina.**
**Claim No. 109749, filed on November 20, 2022.**
Mr. Pina rented the real property located at 4512 Montgomery Drive, Santa Rosa, CA 95409, where he resided during the North Bay Fires. Mr. Pina's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Mr. Pina was required to evacuate his home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of his own. In or around October/November 2022 (shortly after learning he suffered damages and also learning that his damages might be compensable), he reached out to counsel and filed his claim. He learned of this through family/friends and was not previously aware of the FVT or PG&E bankruptcy case.

**(97) Patrick Clifton McGue.**
**Claim No. 109746, filed on November 20, 2022.**
Mr. McGue rented the real property located at 1013 Butte Drive, Santa Rosa, CA 95403, where he resided during the North Bay Fires. Mr. McGue's personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Mr. McGue was required to evacuate his home. As a result of his displacement, he suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), he was not aware that his damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of his own. In or around October/November 2022 (shortly after learning he suffered damages and also learning that his damages might be compensable), he reached out to counsel and filed his

claim. He learned of this through family/friends and was not previously aware of the FVT or PG&E bankruptcy case.

**(98) Nicholas Joseph Kersmarki, Lindsay Virginia Kersmarki, Abigail James Kersmarki, and Micah Starke Kersmarki.**
**Claim No. 109715, filed on November 20, 2022.**
Nicholas Joseph Kersmarki and Lindsay Virginia Kersmarki are spouses. They, with their children (Abigail James Kersmarki and Micah Starke Kersmarki), resided at the real property 5558 El Encanto Drive, Santa Rosa, CA 95409. The Kersmarki family owned and occupied this property during the North Bay Fires.
The Kersmarki family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Kersmarki family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(99) Becky Thomas.**
**Claim No. 109723, filed on November 20, 2022.**
Ms. Thomas owned the real property located at 123 Salisbury Circle, Santa Rosa, CA 95401, where she resided during the North Bay Fires. Ms. Thomas' personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Ms. Thomas was required to evacuate her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of her own. In or around October/November 2022 (shortly after learning she suffered damages and also learning that her damages might be compensable), she reached out to counsel and filed her claim. She learned of this through family/friends and was not previously aware of the FVT or PG&E bankruptcy case.

**(100) Nisa Falk, Brian Falk, Gage Falk, Milani Falk, Damon Falk, and Kyra Devries.**
**Claim No. 109775, filed on November 21, 2022.**
Nisa Falk and Brian Falk are spouses. They, with their children (Gage Falk, Milani Falk, Damon Falk, and Kyra Devries), resided at the real property 2411 Bramble Way, Santa Rosa, CA 95403. The Falk family owned and occupied this property during the North Bay Fires.
The Falk family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Falk family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after

learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(101) John Fruiht, Jessica Fruiht, Brad Fruiht, and Briane Fruiht.**
**Claim No. 109774, filed on November 21, 2022.**
John Fruiht and Jessica Fruiht are spouses. They, with their parents/in-laws (Brad Fruiht and Briane Fruiht), resided at the real property 3400 Rolling Oaks Road, Santa Rosa, CA 95404. The Fruiht family owned and occupied this property during the North Bay Fires.
The Fruiht family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Fruiht family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(102) Louis D. Lopez, Chantal Hernandez, and Davian Lopez.**
**Claim No. 109780, filed on November 23, 2022.**
Louis D. Lopez, Chantal Hernandez, and Davian Lopez resided at the real property 2917 Bay Village Circle, Apt. 2017, Santa Rosa, CA 95403. The claimants rented and occupied this property during the North Bay Fires.
The claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the claimants were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(103) Laura Fry, Tim Fry, Alexander Fry, Caroline Fry, and Felicity Fry.**
**Claim No. 109779, filed on November 23, 2022.**
Laura Fry and Tim Fry are spouses. They, with their children (Alexander Fry, Caroline Fry, and Felicity Fry), resided at the real property 525 Oak Lake Avenue, Santa Rosa, CA 95409. The Fry family owned and occupied this property during the North Bay Fires.
The Fry family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Fry family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline

expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(104) Michael Resch, Darcy Resch, Charlotte Maley, Amadea Resch, Mikaela Resch, and Atticus Resch.**
**Claim No. 109778, filed on November 23, 2022.**
Michael Resch and Darcy Resch are spouses. They, with their children (Charlotte Maley, Amadea Resch, Mikaela Resch, and Atticus Resch), resided at the real property 5111 Middlebrook Court, Santa Rosa, CA 95404. The Resch family owned and occupied this property during the North Bay Fires.
The Resch family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Resch family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(105) Norma Douglas.**
**Claim No. 109777, filed on November 23, 2022.**
Ms. Douglas rented/resided at the real property located at 1399 Fountaingrove Parkway, Santa Rosa, CA 95403, where she resided during the North Bay Fires. Ms. Douglas' personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Ms. Douglas was required to evacuate her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of her own. In or around October/November 2022 (shortly after learning she suffered damages and also learning that her damages might be compensable), she reached out to counsel and filed her claim. She learned of this through family/friends and was not previously aware of the FVT or PG&E bankruptcy case.

**(106) Valerie Henry, Angelo Santoni, Henry Santoni, Benjamin Santoni, Roberta Pugh, and Sara Santoni.**
**Claim No. 109803, filed on November 30, 2022.**
Valerie Henry, Angelo Santoni, Henry Santoni, Benjamin Santoni, Roberta Pugh, and Sara Santoni resided at the real property 3615 Evergreen Road, Santa Rosa, CA 95405. The Claimants rented and occupied this property during the North Bay Fires.
The Claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the claimants' were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(107) Charlene Nicholson.**
**Claim No. 109783, filed on December 1, 2022.**
Ms. Nicholson rented/resided at the real property located at 6727 Enterpris Road, Glen Ellen, CA, where she resided during the North Bay Fires. Ms. Nicholsons' personal property was substantially damaged from smoke, soot, and ash from the North Bay Fires. During the fires, Ms. Nicholson was required to evacuate her home. As a result of her displacement, she suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), she was not aware that her damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of her own. In or around October/November 2022 (shortly after learning she suffered damages and also learning that her damages might be compensable), she reached out to counsel and filed her claim. She learned of this through family/friends and was not previously aware of the FVT or PG&E bankruptcy case.

**(108) Richard J. McChinak ,III, Halie Matlock, Jeff Magee, and Jack Boynton.**
**Claim No. 109791, filed on December 1, 2022.**
Richard J. McChinak ,III, Halie Matlock, Jeff Magee, and Jack Boynton resided at the real property 161 Esposti Meadows Way, Santa Rosa, CA 95403. The Claimants rented and occupied this property during the North Bay Fires.
The Claimants' personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the claimants' were not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(109) Melanie Luce, Eric Luce, Eric Anthony Luce, and Travis Luce.**
**Claim No. _____, filed on December 3, 2022. [Claim No. not entered on date of filing]**
Melanie Luce and Eric Luce are spouses. They, with their children (Eric Anthony Luce and Travis Luce), resided at the real property 4338 Snyder Lane, Santa Rosa, CA 95404. The Luce family owned and occupied this property during the North Bay Fires.
The Luce family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.

Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the Luce family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.

**(110) Jennifer Rose West, Jason Wade West, Mason Michael West, and Avery Rose West. Claim No. _____, filed on December 4, 2022. [Claim No. not entered on date of filing]**
Jennifer Rose West and Jason Wade West are spouses. They, with their children (Mason Michael West and Avery Rose West), resided at the real property 4820 Glencannon Street, Santa Rosa, CA 95405. The West family owned and occupied this property during the North Bay Fires. The West family's personal property and residence were damaged from smoke, soot, and ash from the North Bay Fires. During the fires, they were required to evacuate their home. As a result of their displacement, they suffered substantial personal damages, nuisance, and emotional distress–due to proximity of the zone of danger.
Due to substantial trauma relating to the fires (and other issues discussed in the Declaration of Robert Bone, filed herewith), the West family was not aware that their damages/injuries might be compensable prior to the Extended Bar Date and Claims Questionnaire deadline expiring–through no fault of their own. In or around October/November 2022 (shortly after learning they suffered damages and also learning that their damages might be compensable), they reached out to counsel and filed their claim. They learned of this through family/friends and were not previously aware of the FVT or PG&E bankruptcy case.