| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | KELLER BENVENUTTI KIM LLP<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>David A. Taylor (#247433)<br>(dtaylor@kbkllp.com)<br>Thomas B. Rupp (#278041)<br>(trupp@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251 |

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>        - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF THOMAS B. RUPP IN SUPPORT OF REORGANIZED DEBTORS' MOTION FOR SUMMARY JUDGMENT ON PROOF OF CLAIM NO. 108715 FILED BY DAVID P. ADDINGTON**<br><br>**Response Deadline:**<br>**January 11, 2023, 4:00 p.m. (Pacific Time)**<br><br>**Hearing Information If Timely Response Made:**<br>Date:  January 25, 2023<br>Time:  10:00 a.m. (Pacific Time)<br>Place: (Tele/Videoconference Appearances Only)<br>         United States Bankruptcy Court<br>         Courtroom 17, 16th Floor<br>         San Francisco, CA 94102 |

I, Thomas B. Rupp, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am an attorney with Keller Benvenutti Kim LLP, co-counsel to the Reorganized Debtors in the above captioned Chapter 11 Cases. I am licensed to practice law in the State of California and admitted to practice before the United States District Court for the Northern District of California. I submit this Declaration in support of the *Reorganized Debtors' Motion for Summary Judgment on Proof of Claim No. 108715 Filed by David P. Addington* (the "**Motion**")[1], filed contemporaneously herewith.

2. If called upon to testify, I would testify competently to the facts set forth in this declaration. I am authorized to submit this declaration on behalf of the Reorganized Debtors.

3. Pursuant to the Court's direction, I met and conferred with Aron M. Oliner, counsel for David P. Addington, to discuss the scope of informal discovery the parties would agree to undertake regarding Mr. Addington's claim.

4. The parties agreed to a mutual production of non-privileged documents related to Mr. Addington's landscaping within the date range of November 4, 2016, to June 1, 2017.

5. With the assistance of an e-discovery vendor, the Reorganized Debtors searched the files of 22 of the Utility's employees for responsive, non-privileged documents.

6. On November 2, 2022, I provided Mr. Oliner a link to the Reorganized Debtors' first set of 544 responsive documents. Among these were non-privileged internal and external communications, worksite images, work logs, and engineering reports from the relevant time period.

7. The same day, Mr. Oliner sent me an e-mail attaching a total of seven (7) documents: a record of Mr. Addington's invalid easement termination, four attorney invoices, and two pages of architect drawings.

8. On November 23, 2022, I provided Mr. Oliner with a link to the Reorganized Debtors' second and final set of 55 responsive documents.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this 6th day of December, 2022, in Sunnyvale, California.

By:    */s/ Thomas B. Rupp*
        Thomas B. Rupp