# CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access the filing through the Court's filing system.

Executed this 7th day of December 2022 at Eugene, Oregon.

                                            /s/ Layla Buchanan
                                            LAYLA BUCHANAN

4868-0125-2917, v. 1

Case: 19-30088    Doc# 13324-1    Filed: 12/07/22    Entered: 12/07/22 15:41:17    Page 1 of 1