Ricky-Dean Horton
751 Rosemary Court
Fairfield, California [94533]
Cell: 707-386-9713
RickyDHorton@gmail.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICKY-DEAN HORTON, A LIVING SOVEREIGN MAN,<br><br>        Claimant/appellant,<br><br>vs.<br><br>PG&E CORPORATION,<br>- and/or-<br>PACIFIC GAS AND ELECTRIC COMPANY;<br><br>        Debtors/appellees*<br><br>*Affects one or both companies. | Bankruptcy Case nos:<br>19-30088 DM (Lead Case)<br>19-30089 DM<br>Chapter 11, Jointly Administered;<br>Claimant/Appellant claim no. 87111<br><br>**On appeal to:**<br>**District Court Case: 22-cv-06367-HSG**<br><br>MOTION FOR BANKRUPTCY COURT TO UNSEAL DOCUMENT NO. 11074;<br><br>MOTION FOR BANKRUPTCY COURT TO FORWARD DOCUMENT NO. 11074 TO DISTRICT COURT ON APPEAL;<br><br>MOTION TO COMPEL THE CLERK OF THE BANKRUPTCY COURT TO PROVIDE INFORMATION AND RECORDS OF ORDERS FOUND IN DOCKET NOS. 11135, 11154, 11244, 11386<br><br>Related: Dkts 11073, 13084, 13136<br><br>This motion is to be included (or forwarded) in Appellants designation of records to the Disrict Court on appeal. |

Ricky-Dean Horton, a living sovereign man, creditor and party in interest (appellant) is submitting these motions to the Bankruptcy Court pursuant to my right reserved as declared in designation of records in Docket number 13136 page 5 lines 17-18.

These motions shall be forwarded with the designation of records and information that are already required to be sent to the District Court on Appeal found in appellant's Docket number 13136.

**I am making a MOTION** to unseal document number 11074 to allow for public viewing.

1. Docket number 11074 was filed by me and has been reqeusted by me to be sealed from public view to protect sensitive Claims, personal information, and to protect all parties involved regarding the charges and allegations within, *re: dkt 11073*;
2. Upon further consideration, and to allow and insure that the Clerk of the Bankruptcy Court has the ability to comply to my request and designation of records found in docket 13136 dated October 31, 2022 I am making this motion for the Bankruptcy Court to unseal the docket 11074.
3. With my permission and this motion to unseal document 11074, I am aware that the general public will have access to view the document in its entirety.
4. Document 11074 is relevant to my appeal and should be included in the designation of records to the district court without restrictions of any kind.

**I am making a MOTION** for the Clerk of Bankruptcy Court to forward docket 11074 to the

district court on appeal as required in my designation of records found in Docket 13136 page 3 line 14.

**I am making a MOTION** to the Bankruptcy Court to compel the Clerk of the Bankruptcy Court to comply to the designation of records that will provide the district court the records of the author and/or origination of orders filed as dockets 11135, 11154, 11244, 11386. This motion to compel the Clerk of the Bankruptcy Court to provide the records of the orders, are already part of my designation of records found in my docket 13136 dated October 31, 2022, page 4, lines 7 through 19.

  The records requested are relevant to the issues on appeal.

  The Clerk of the Bankruptcy Court may provide the records of each order as a separate record from each of the other orders and may file the records as a docket entry within the PG&E's court case number 19-30088. Records requested:

1. By whom each order found in dockets 11135, 11154, 11244, 11386 was prepared (ex: PG&E counsel, judge, anonymous party, etc.);
2. How each order found in dockets 11135, 11154, 11244, 11386 were submitted to the court, be specific (examples: efile, US mail, email, uploaded to the bankruptcy court's website, etc.)
3. By whom each order found in dockets 11135, 11154, 11244, 11386 are reviewed, (name all parties that reviewed the order prior to filing as a docket).
4. How each order found in dockets 11135, 11154, 11244, 11386 are approved and by whose authority approves the order for an electronic stamp of the judge.
5. For orders not personally written and authored by the judge, provide the written

statutory rules for orders that are submitted to the court.

The above records of the orders requested in items 1-5 above may be uploaded to the Bankruptcy Court's website as a new docket entry to be available to claimant/appellant, debtors/appellees, and the justices presiding on the bench of the District Court case number 22-cv-06367-HSG so all parties involved may review the records that are relevant to my appeal.

If any of the information of the orders being requested in numbers 1-5 above is unkown by the Clerk of the Bankruptcy Court, then the clerk shall certify that those certain parts of the records of the orders requested are unkown or unavailable to the Clerk of the Bankruptcy Court.

Dated this 9th day of December 2022

_____
By: Ricky-Dean Horton, Claimant/Appellant