# EXHIBIT AB

| From: | PGE Info <pgeinfo@primeclerk.com> |
|---|---|
| Sent: | Monday, October 04, 2021 7:14 PM |
| To: | ullrichlawfirm@att.net |
| Subject: | RE: [EXTERNAL] Karyn Charmbury, Claimant |

Donald,

To confirm, Prime Clerk's role in connection with the settlement offer/counteroffer process is administrative in nature.  Accordingly, we can confirm receipt of the following responses to the settlement offers sent by Prime Clerk on behalf of the Debtors.

| Document PDF | Claim Number | Response Number | Received Date | Settlement Amount | Name | Address1 | A |
|---|---|---|---|---|---|---|---|
| Download File | 60152 | 115 | 3/24/2021 | $5,000.00 | Charmbury, Karyn | The Ullrich Law Firm | C |
| Download File | 65553 | 116 | 3/24/2021 | $5,000.00 | Charmbury, Karyn | The Ullrich Law Firm | C |
| Download File | 60152 | 193 | 6/2/2021 | $10,000.00 | Charmbury, Karyn | The Ullrich Law Firm | C |
| Download File | 65553 | 194 | 6/2/2021 | $10,000.00 | Charmbury, Karyn | The Ullrich Law Firm | C |
| Download File | 60152 | 198 | 6/10/2021 | $11,000.00 | Charmbury, Karyn | The Ullrich Law Firm | C |
| Download File | 65553 | 217 | 6/23/2021 | $11,000.00 | Charmbury, Karyn | The Ullrich Law Firm | C |
| Download File | 60152 | 219 | 6/23/2021 | $11,000.00 | Charmbury, Karyn | The Ullrich Law Firm | C |

The question about the status of any payments to your client related to the accepted settlement offers above have been escalated to the Debtors and their counsel, as we do not have a role in determining payments under the Plan, but rather mailing checks as instructed by the Debtors.

Thank you for your patience and understanding.

Regards,

**Prime Clerk Inquiries**
Prime Clerk LLC, A Kroll Business
850 Third Avenue
Suite 412
Brooklyn, NY 11232
www.krollbusinessservices.com

-------------- Original Message --------------
**From:** [ullrichlawfirm@att.net]
**Sent:** 10/4/2021, 8:38 PM
**To:** pgeinfo@primeclerk.com
**Subject:** RE: [EXTERNAL] Karyn Charmbury, Claimant

Dear Prime Clerk LLC,

| Document PDF | Claim Number | Response Number | Received Date | Settlement Amount | Name | Address1 | Address2 | Settlement Offer Response | Counteroffer |
|---|---|---|---|---|---|---|---|---|---|
| Download File | 60152 | 115 | 3/24/2021 | $5,000.00 | Charmbury, Karyn | The Ullrich Law Firm | Donald William Ullrich, Jr. | Rejected | 25,000.00 |
| Download File | 65553 | 116 | 3/24/2021 | $5,000.00 | Charmbury, Karyn | The Ullrich Law Firm | Donald William Ullrich, Jr. | Rejected | 25,000.00 |
| Download File | 60152 | 193 | 6/2/2021 | $10,000.00 | Charmbury, Karyn | The Ullrich Law Firm | Donald W. Ullrich, Jr. | Rejected | 20,000.0 |
| Download File | 65553 | 194 | 6/2/2021 | $10,000.00 | Charmbury, Karyn | The Ullrich Law Firm | Donald William Ullrich, Jr. | Rejected | 20,000.0 |
| Download File | 60152 | 198 | 6/10/2021 | $11,000.00 | Charmbury, Karyn | The Ullrich Law Firm | Donald William Ullrich, Jr. | Rejected | 87,000.0 |
| Download File | 65553 | 217 | 6/23/2021 | $11,000.00 | Charmbury, Karyn | The Ullrich Law Firm | Donald W. Ullrich, Jr. | Accepted | |
| Download File | 60152 | 219 | 6/23/2021 | $11,000.00 | Charmbury, Karyn | The Ullrich Law Firm | Donald William Ullrich, Jr. | Accepted | |

You were involved in the offer/counter-offer process on behalf of the debtor PG&E. Emails were used using echosign@echosign.com, which appeared as a Prime Clerk email address. pgeinfo@primeclerk.com was identified in documents as being an information portal. The acceptances of offers were timely submitted via https://restructuring.primeclerk.com/PGE-ADRSettlement Offer/ (the "Portal"). It is as if you did not read any of the attachment I made to the below. Informing me as to receipt of the acceptances and who is the disbursement agent is not providing me legal or financial advice.

Let me quote from the offers: "Questions regarding this Offer Notice of the General Claims Procedure should be directed to the Reorganized Debtors' Claims and Noticing Agent, Prime Clerk LLC, at 944-339-4217 (toll-free), +1 929-333-8977 (international), or by email at pgeinfo@primeclerk.com."

If this information is now proving false, then Prime Clerk LLC may be liable for fraud under the laws of the State of California since my client has reasonably relied on the representations made by you and to her now apparent detriment if she does not receive what was promised her in settlement. You act as the agent for the debtor and you act within the scope of your agency, binding your principal. You can both be jointly and severally liable.

Trying being more helpful in line with your responsibilities as an agent and as no doubt envisioned by the bankruptcy court and the debtor as a debtor-in-possession.

Thank you for your patience, understanding, and anticipated cooperation.

Donald Ullrich

 Donald W. Ullrich, Jr.

Attorney at Law, California State Bar No. 118701

Ullrich Law Firm

P. O. Box 160007

3574 D Street

Sacramento, CA  95816

Telephone no.: 1.916.441.4554

Case: 19-30088    Doc# 13330-1    Filed: 12/11/22    Entered: 12/11/22 21:14:35    Page 4
of 41

Facsimile no.: 1.916.441.5465

Cell phone no.: 1.916.425.1061

e-mail: ullrichlawfirm@att.net

website: www.ullrichlawfirm.com

WARNING AS TO UNAUTHORIZED USE. This e-mail is intended only for the addressee(s) named in this e-mail. The information contained in this e-mail and any attachment(s) to it are intended only for the personal and confidential use of the said addressee(s). This e-mail and any attachment(s) to it may also be a privileged attorney-client communication. If so, it should be considered privileged and confidential. If the reader or recipient of this e-mail and any attachment(s) to it is not the addressee or one of the addressees, if more than one, or an agent or employee thereof responsible for delivering it to said addressee(s), you are hereby notified that you have received this e-mail and any attachment(s) to it in error and that any review, retention, dissemination, distribution, disclosure, or copying of this e-mail in whole or in part, including but not limited to any attachment(s) to it, is strictly prohibited and may subject you to penalties under the Electronic Communications Privacy Act, 18 United States Code, sections 2510-2521, or any successor statute(s) thereto, and other applicable laws. If you have received this e-mail, including any attachment(s) to it, in error, please notify the sender immediately by reply e-mail or by telephone to 1.916.441.4554 or by facsimile transmission to 1.916.441.5465 and permanently delete this e-mail, including any attachment(s) to it, from your network's and/ or computer's memory and any data storage device.

IRS CIRCULAR 230 NOTICE. To ensure compliance with requirements imposed by the Internal Revenue Service of the United States Department of Treasury, you are herewith informed that any advice pertaining or related to the tax laws and/or regulations of the United States of America contained in this e-mail or any attachment(s) to it whether or not you are an addressee of this e-mail or person copied with it is not intended nor written or prepared to be used and cannot be used by you or anyone for the purpose of (i) avoiding penalties under the United States Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

---

**From:** PGE Info <pgeinfo@primeclerk.com>
**Sent:** Monday, October 04, 2021 3:26 PM
**To:** ullrichlawfirm@att.net
**Subject:** RE: [EXTERNAL] Karyn Charmbury, Claimant

Thank you for your inquiry.

Our records indicate that no checks have been issued to the claimant Karyn Charmbury. As the claims and noticing agent for the PG&E bankruptcy, Prime Clerk does not have access to the information as to when any payments will be made.

Prime Clerk is the court appointed claims and noticing agent in the chapter 11 cases commenced by PG&E and its primary operating subsidiary (collectively, the "Debtors"). As such, we are not permitted to provide legal or financial advice. We are not authorized to accept claims by email or fax, and any documents or information provided via either of these methods will not constitute a claim in these cases.

3

Please let us know if we can be of further assistance.

Regards,

**Prime Clerk Inquiries**
Prime Clerk LLC, A Kroll Business
850 Third Avenue
Suite 412
Brooklyn, NY 11232
www.krollbusinessservices.com

--------------- Original Message ---------------
**From:** [ullrichlawfirm@att.net]
**Sent:** 10/3/2021, 8:03 PM
**To:** pgeinfo@primeclerk.com
**Subject:** [EXTERNAL] Karyn Charmbury, Claimant

Dear Prime Clerk,

.

I timely submitted acceptances of four settlement offers on behalf of Karyn Charmbury, claimant, via electronic mail on June 23, 2021. Neither myself nor Ms. Charmbury have received any communication in response to said acceptances. Please advise as to status of acceptances and payment of settlement funds. Thank you for your patience and understanding.

Donald Ullrich

Donald W. Ullrich, Jr.

Attorney at Law, California State Bar No. 118701

Ullrich Law Firm

P. O. Box 160007

3574 D Street

Sacramento, CA  95816

Telephone no.: 1.916.441.4554

Facsimile no.: 1.916.441.5465

Cell phone no.: 1.916.425.1061

e-mail: ullrichlawfirm@att.net

website: www.ullrichlawfirm.com

WARNING AS TO UNAUTHORIZED USE. This e-mail is intended only for the addressee(s) named in this e-mail. The information contained in this e-mail and any attachment(s) to it are intended only for the personal and confidential use of the said addressee(s). This e-mail and any attachment(s) to it may also be a privileged attorney-client communication. If so, it should be considered privileged and confidential. If the reader or recipient of this e-mail and any attachment(s) to it is not the addressee or one of the addressees, if more than one, or an agent or employee thereof responsible for delivering it to said addressee(s), you are hereby notified that you have received this e-mail and any attachment(s) to it in error and that any review, retention, dissemination, distribution, disclosure, or copying of this e-mail in whole or in part, including but not limited to any attachment(s) to it, is strictly prohibited and may subject you to penalties under the Electronic Communications Privacy Act, 18 United States Code, sections 2510-2521, or any successor statute(s) thereto, and other applicable laws. If you have received this e-mail, including any attachment(s) to it, in error, please notify the sender immediately by reply e-mail or by telephone to 1.916.441.4554 or by facsimile transmission to 1.916.441.5465 and permanently delete this e-mail, including any attachment(s) to it, from your network's and/ or computer's memory and any data storage device.

IRS CIRCULAR 230 NOTICE. To ensure compliance with requirements imposed by the Internal Revenue Service of the United States Department of Treasury, you are herewith informed that any advice pertaining or related to the tax laws and/or regulations of the United States of America contained in this e-mail or any attachment(s) to it whether or not you are an addressee of this e-mail or person copied with it is not intended nor written or prepared to be used and cannot be used by you or anyone for the purpose of (i) avoiding penalties under the United States Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.

ref:_00D1N1uIqY._5003l1FyEzW:ref

```
<img src="https://primeclerkllc--
c.na78.content.force.com/servlet/servlet.ImageServer?id=0151N000003RXiF&oid=00D1N000001uIqY&lastMod=152530
9340000">
<span style="font-size:12px;font-family: Calibri;">Prime Clerk Inquiries
Prime Clerk
850 Third Avenue, Suite 412
Brooklyn, NY 11232
<a href="http://primeclerk.com/">primeclerk.com</a> </span> <span style="font-size:10px; font-style: italic;font-
family: verdana">
The highest level of professionalism, innovation and transparency in bankruptcy administration.
For more information click here: <a href="http://primeclerk.com/raising-the-bar/">http://primeclerk.com/raising-the-
bar/</a>&nbsp&nbsp<a href="https://twitter.com/PrimeClerk"><img src="https://primeclerkllc--
c.na78.content.force.com/servlet/servlet.ImageServer?id=0151N000003RXiH&oid=00D1N000001uIqY&lastMod=152530
```

9340000"></a> &nbsp&nbsp<a href="http://www.linkedin.com/company/prime-clerk"><img
src="https://primeclerkllc--
c.na78.content.force.com/servlet/servlet.ImageServer?id=0151N000003RXiG&oid=00D1N000001uIqY&lastMod=152530
9340000"></a></span>

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality,
legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is

available at https://www.kroll.com/en/privacy-policy.

<img src="https://primeclerkllc--
c.na78.content.force.com/servlet/servlet.ImageServer?id=0151N000003RXiF&oid=00D1N000001uIqY&lastMod=152530
9340000">
<span style="font-size:12px;font-family: Calibri;">Prime Clerk Inquiries
Prime Clerk
850 Third Avenue, Suite 412
Brooklyn, NY 11232
<a href="http://primeclerk.com/">primeclerk.com</a> </span> <span style="font-size:10px; font-style: italic;font-
family: verdana">
The highest level of professionalism, innovation and transparency in bankruptcy administration.
For more information click here: <a href="http://primeclerk.com/raising-the-bar/">http://primeclerk.com/raising-the-
bar/</a> &nbsp<a href="https://twitter.com/PrimeClerk"><img src="https://primeclerkllc--
c.na78.content.force.com/servlet/servlet.ImageServer?id=0151N000003RXiH&oid=00D1N000001uIqY&lastMod=152530
9340000"></a> &nbsp&nbsp<a href="http://www.linkedin.com/company/prime-clerk"><img
src="https://primeclerkllc--
c.na78.content.force.com/servlet/servlet.ImageServer?id=0151N000003RXiG&oid=00D1N000001uIqY&lastMod=152530
9340000"></a></span>

# EXHIBIT AB-1

## SETTLEMENT OFFER RESPONSE

General Claimant(s): Karyn Charmbury

Proof of Claim Number(s): 60152

ADR Settlement Offer Number: 779000101184452

Settlement Offer: 5,000.00

### Offer Response

☐ Settlement Offer Accepted

☒ Settlement Offer Rejected

o   Counteroffer: $ 25,000.00

Claimant or Authorized Representative Signature

**Donald W. Ullrich, Jr.** (Print)

**Signature:** *Donald W. Ullrich, Jr.*
Donald W. Ullrich, Jr. (Mar 24, 2021 1(SIGN))

**Email:** ullrichlawfirm@att.net

# SettlementOfferResponse_779000101184452_K@C$O28658

Final Audit Report                                                      2021-03-24

| | |
|---|---|
| Created: | 2021-03-24 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAfZYvasEU5TzoOkMfbmstqc1dGWEZhDek |

## "SettlementOfferResponse_779000101184452_K@C$O28658" History

🗐 Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
   2021-03-24 - 7:56:20 PM GMT

🗐 Web Form filled in by Donald W. Ullrich, Jr. (ullrichlawfirm@att.net)
   2021-03-24 - 7:58:45 PM GMT- IP address: 75.58.120.89

🖉 (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:86.0) Gecko/20100101 Firefox/86.0)
   2021-03-24 - 7:58:47 PM GMT- IP address: 75.58.120.89

✅ Agreement completed.
   2021-03-24 - 7:58:47 PM GMT

Prime Clerk ⚲    POWERED BY
                  Adobe Sign

# EXHIBIT AB-2

## SETTLEMENT OFFER RESPONSE

General Claimant(s): Charmbury, Karyn

Proof of Claim Number(s): 65553

ADR Settlement Offer Number: 779000101184447

Settlement Offer: 5,000.00

**Offer Response**

☐ Settlement Offer Accepted

☒ Settlement Offer Rejected

○ Counteroffer: $ 25,000.00

Claimant or Authorized Representative Signature

Donald W. Ullrich, Jr. (Print)

**Signature:** *Donald W. Ullrich, Jr.*
Donald W. Ullrich, Jr. (Mar 24, 2021 1(:35 PST))

**Email:** ullrichlawfirm@att.net

# SettlementOfferResponse_779000101184447_AUQPH28658

Final Audit Report                                    2021-03-24

| | |
|---|---|
| Created: | 2021-03-24 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAArPY03MtPxX152LKRFdEi9of5ME8lNpl- |

## "SettlementOfferResponse_779000101184447_AUQPH28658" History

📄 Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
   2021-03-24 - 8:08:45 PM GMT

📄 Web Form filled in by Donald W. Ullrich, Jr. (ullrichlawfirm@att.net)
   2021-03-24 - 8:10:47 PM GMT- IP address: 75.58.120.89

🖋 (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:86.0)
   Gecko/20100101 Firefox/86.0)
   2021-03-24 - 8:10:48 PM GMT- IP address: 75.58.120.89

✔ Agreement completed.
   2021-03-24 - 8:10:48 PM GMT

Prime Clerk    POWERED BY Adobe Sign

# EXHIBIT AB-3

# SETTLEMENT OFFER RESPONSE

General Claimant(s): Donald W. Ullrich, Jr. for Karyn Charmbury

Proof of Claim Number(s): 60152

ADR Settlement Offer Number: 779000101231477

Settlement Offer:   10,000.00


## Offer Response

☐ Settlement Offer Accepted

☒ Settlement Offer Rejected

　　o  Counteroffer: $ 20,000.00

Claimant or Authorized Representative Signature

**Donald W. Ullrich, Jr.** (Print)

**Signature:** *Donald W. Ullrich, Jr.* (Sign)
Donald W. Ullrich, Jr. (Jun 2, 2021 14:35 PDT)

**Email:** ullrichlawfirm@att.net

# SettlementOfferResponse_779000101231477_LXJXN28658

Final Audit Report                                          2021-06-02

| | |
|---|---|
| Created: | 2021-06-02 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAABRMJA-hQ6E8dkA__uOkVp3FTzFFtCzk2 |

## "SettlementOfferResponse_779000101231477_LXJXN28658" History

📋 Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
2021-06-02 - 9:30:47 PM GMT

📋 Web Form filled in by Donald W. Ullrich, Jr. (ullrichlawfirm@att.net)
2021-06-02 - 9:33:00 PM GMT- IP address: 75.58.120.89

✍ (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:88.0) Gecko/20100101 Firefox/88.0)
2021-06-02 - 9:33:02 PM GMT- IP address: 75.58.120.89

✅ Agreement completed.
2021-06-02 - 9:33:02 PM GMT

Prime Clerk ⚙    POWERED BY
Adobe Sign

# EXHIBIT AB-4

**SETTLEMENT OFFER RESPONSE**

<u>General Claimant(s)</u>: Donald W. Ullrich, Jr., for Karyn Charmbury

<u>Proof of Claim Number(s)</u>: 65553

<u>ADR Settlement Offer Number</u>: 779000101231476

<u>Settlement Offer</u>: 10,000.00

**Offer Response**

☐ Settlement Offer Accepted

☒ Settlement Offer Rejected

    o  Counteroffer: $ 20,000.00

Claimant or Authorized Representative Signature

**Donald W. Ullrich, Jr.** (Print)

**Signature:** *Donald W. Ullrich, Jr.*
Donald W. Ullrich, Jr. (Jun 2, 2021 14:08:00 (esign))

**Email:** ullrichlawfirm@att.net

# SettlementOfferResponse_779000101231476_J @ZJ*28658

Final Audit Report                                          2021-06-02

| | |
|---|---|
| Created: | 2021-06-02 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAuJ4yb7deqy3h6wXTSWgMzLGMANTvm7R2 |

## "SettlementOfferResponse_779000101231476_J@ZJ*28658" History

🖹 Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
   2021-06-02 - 9:37:22 PM GMT

🖹 Web Form filled in by Donald W. Ullrich, Jr. (ullrichlawfirm@att.net)
   2021-06-02 - 9:38:53 PM GMT- IP address: 75.58.120.89

✍️ (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:88.0) Gecko/20100101 Firefox/88.0)
   2021-06-02 - 9:38:54 PM GMT- IP address: 75.58.120.89

✅ Agreement completed.
   2021-06-02 - 9:38:54 PM GMT

Prime Clerk 🔾      POWERED BY
              Adobe Sign

# EXHIBIT AB-5

# **SETTLEMENT OFFER RESPONSE**

<u>General Claimant(s)</u>: Peter Sheridan

<u>Proof of Claim Number(s)</u>: 60152

<u>ADR Settlement Offer Number</u>: 779000101307025

<u>Settlement Offer</u>: 11,000.00

## **Offer Response**

☐ Settlement Offer Accepted

☒ Settlement Offer Rejected

     o   Counteroffer: $ <u>87,000.00</u>

Claimant or Authorized Representative Signature

## Peter Sheridan    (Print)

**Signature:** *Peter Sheridan* (Sign)
Peter Sheridan (Jun 10, 2021 08:07 PDT)

**Email:** psheridan@glaserweil.com

# SettlementOfferResponse_779000101307025_WKC!J28658

**Final Audit Report** 2021-06-10

| | |
|---|---|
| Created: | 2021-06-10 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAsjcVcnPKXmp5uy2NuZfUUlNyyfXXl35Z |

## "SettlementOfferResponse_779000101307025_WKC!J28658" History

📄 Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
2021-06-10 - 3:07:11 PM GMT

📄 Web Form filled in by Peter Sheridan (psheridan@glaserweil.com)
2021-06-10 - 3:07:56 PM GMT- IP address: 12.198.27.10

🖉 (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/91.0.4472.77 Safari/537.36)
2021-06-10 - 3:07:58 PM GMT- IP address: 12.198.27.10

✅ Agreement completed.
2021-06-10 - 3:07:58 PM GMT

Prime Clerk ⌀    POWERED BY Adobe Sign

# EXHIBIT AB-6

## SETTLEMENT OFFER RESPONSE

General Claimant(s): Donald W. Ullrich, Jr. for Karyn Charmbury

Proof of Claim Number(s): 65553

ADR Settlement Offer Number: 779000101307024

Settlement Offer:   11,000.00

**Offer Response**

☒ Settlement Offer Accepted

☐ Settlement Offer Rejected

   o   Counteroffer: $_____

Claimant or Authorized Representative Signature

**Donald W. Ullrich, Jr.** (Print)

**Signature:** *Donald W. Ullrich, Jr.* (Sign)
Donald W. Ullrich, Jr. (Jun 23, 2021 1...)

**Email:** ullrichlawfirm@att.net

# SettlementOfferResponse_779000101307024_GG$*U28658

Final Audit Report                                      2021-06-23

| | |
|---|---|
| Created: | 2021-06-23 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAdbt08U_67Ed63qfLC1rRNWRNIDoPFXnU |

## "SettlementOfferResponse_779000101307024_GG$*U28658" History

- 🗐 Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
  2021-06-23 - 8:56:04 PM GMT

- 🗐 Web Form filled in by Donald W. Ullrich, Jr. (ullrichlawfirm@att.net)
  2021-06-23 - 8:57:23 PM GMT- IP address: 75.58.120.89

- ✍ (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:89.0) Gecko/20100101 Firefox/89.0)
  2021-06-23 - 8:57:24 PM GMT- IP address: 75.58.120.89

- ✅ Agreement completed.
  2021-06-23 - 8:57:24 PM GMT

Prime Clerk ◊    POWERED BY Adobe Sign

# EXHIBIT AB-7

# SETTLEMENT OFFER RESPONSE

General Claimant(s): Donald W. Ullrich, Jr., for Karyn Charmbury

Proof of Claim Number(s): 60152

ADR Settlement Offer Number: 779000101307025

Settlement Offer: 11,000.00

## Offer Response

☒ Settlement Offer Accepted

☐ Settlement Offer Rejected

    o  Counteroffer: $_____

Claimant or Authorized Representative Signature

**Donald W. Ullrich, Jr.** (Print)

**Signature:** *Donald W. Ullrich, Jr.*
Donald W. Ullrich, Jr. (Jun 23, 2021 1(:15 PDT))

**Email:** ullrichlawfirm@att.net

# SettlementOfferResponse_779000101307025_XQFLV28658

Final Audit Report                            2021-06-23

| | |
|---|---|
| Created: | 2021-06-23 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAShXUTRUh2n4sRNXxjiHclVJ3iKieP1_J |

## "SettlementOfferResponse_779000101307025_XQFLV28658" History

🗏 Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
2021-06-23 - 8:59:26 PM GMT

🗏 Web Form filled in by Donald W. Ullrich, Jr. (ullrichlawfirm@att.net)
2021-06-23 - 9:00:43 PM GMT- IP address: 75.58.120.89

🖉 (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:89.0)
Gecko/20100101 Firefox/89.0)
2021-06-23 - 9:00:44 PM GMT- IP address: 75.58.120.89

✔ Agreement completed.
2021-06-23 - 9:00:44 PM GMT

Prime Clerk ⚙    POWERED BY Adobe Sign

# EXHIBIT AC

| | |
|---|---|
| **From:** | Campos, Stacy (Law) <SACh@pge.com> |
| **Sent:** | Thursday, October 07, 2021 7:00 PM |
| **To:** | ullrichlawfirm@att.net |
| **Subject:** | RE: Karyn Charmbury |

No.  The bankruptcy judge deals with that. I deal with rejecting or accepting the claim or negotiating a settlement but it has to go through the bankruptcy process. I am out of town for the next week and one half so I will process the agreement once I receive it and get back in the office.
Stacy

---

**From:** ullrichlawfirm@att.net <ullrichlawfirm@att.net>
**Sent:** Thursday, October 7, 2021 5:00 PM
**To:** Campos, Stacy (Law) <SACh@pge.com>
**Subject:** RE: Karyn Charmbury

**\*\*\*\*\*CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.\*\*\*\*\***
Stacy,

Yes, I understand you are not with Prime Pay.  Prime Pay, LLC, is an entity owned and controlled by Kroll, Inc., and is contracted to provide bankruptcy claim processing for PG&E.   You are with PG&E.  I did try to work with Prime Pay.  That settlement process with Prime Pay is automated (due no doubt to high claim volume).  I'll just send you what I have and show you the problem we have been encountering.  You can then refer us back to Prime Pay for resolution or to someone else.  I had assumed you were an attorney with "system override" powers with respect to drafting the settlement agreement for PG&E, that is, specifically, with respect to the settlement amount.

Thank you for your patience.

Donald Ullrich

**From:** Campos, Stacy (Law) <SACh@pge.com>
**Sent:** Thursday, October 07, 2021 3:54 PM
**To:** ullrichlawfirm@att.net
**Subject:** RE: Karyn Charmbury

I don't work with Prime Pay so our settlement agreement has nothing to do with them. You need to contact them directly if you have issues with them.
Stacy

---

**From:** ullrichlawfirm@att.net <ullrichlawfirm@att.net>
**Sent:** Thursday, October 7, 2021 3:44 PM
**To:** Campos, Stacy (Law) <SACh@pge.com>
**Subject:** RE: Karyn Charmbury

**\*\*\*\*\*CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.\*\*\*\*\***
Stacy,

I need to address some issues with you that have come up over time interacting with Prime Pay. To do so, I have to compile an assortment of documents to scan and email to you. However, I have to file my tax returns no later than October 15, so, I really cannot find the time to do this until after I file. I prepare my own tax returns. It does take a while.

Glad to be actually engaged with a "live person" rather than algorithms at Prime Clerk, or so it seemed to me as in "does not compute" when acting outside preset parameters. No "fuzzy logic" there, apparently.

Thank you for your patience.

Donald Ullrich

Donald W. Ullrich, Jr.
Attorney at Law, California State Bar No. 118701
Ullrich Law Firm
P. O. Box 160007
3574 D Street
Sacramento, CA 95816
Telephone no.: 1.916.441.4554
Facsimile no.: 1.916.441.5465
Cell phone no.: 1.916.425.1061
e-mail: ullrichlawfirm@att.net
website: www.ullrichlawfirm.com

WARNING AS TO UNAUTHORIZED USE. This e-mail is intended only for the addressee(s) named in this e-mail. The information contained in this e-mail and any attachment(s) to it are intended only for the personal and confidential use of the said addressee(s). This e-mail and any attachment(s) to it may also be a privileged attorney-client communication. If so, it should be considered privileged and confidential. If the reader or recipient of this e-mail and any attachment(s) to it is not the addressee or one of the addressees, if more than one, or an agent or employee thereof responsible for delivering it to said addressee(s), you are hereby notified that you have received this e-mail and any attachment(s) to it in error and that any review, retention, dissemination, distribution, disclosure, or copying of this e-mail in whole or in part, including but not limited to any attachment(s) to it, is strictly prohibited and may subject you to penalties under the Electronic Communications Privacy Act, 18 United States Code, sections 2510-2521, or any successor statute(s) thereto, and other applicable laws. If you have received this e-mail, including any attachment(s) to it, in error, please notify the sender immediately by reply e-mail or by telephone to 1.916.441.4554 or by facsimile transmission to 1.916.441.5465 and permanently delete this e-mail, including any attachment(s) to it, from your network's and/ or computer's memory and any data storage device.

IRS CIRCULAR 230 NOTICE. To ensure compliance with requirements imposed by the Internal Revenue Service of the United States Department of Treasury, you are herewith informed that any advice pertaining or related to the tax laws and/or regulations of the United States of America contained in this e-mail or any attachment(s) to it whether or not you are an addressee of this e-mail or person copied with it is not intended nor written or prepared to be used and cannot be used by you or anyone for the purpose of (i) avoiding penalties under the United States Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

---

**From:** Campos, Stacy (Law) <SACh@pge.com>
**Sent:** Wednesday, October 06, 2021 1:38 PM
**To:** ullrichlawfirm@att.net
**Subject:** Karyn Charmbury

Mr. Ullrich,

I am preparing the settlement agreement for the bankruptcy claims for Karyn Charmbury. I need to know the breakdown of the $22,000 in terms of fees. What is not fees will be split into a wage payment and emotional distress payment. The IRS requires us to place at least 1/3 of every employment related settlement as wages. I plan to put both claims resolutions into one agreement. There is a form bankruptcy settlement agreement for bankruptcy claims. I would like to get this out this week as I will be out of the office starting next week for a few weeks.

Thanks

Stacy Campos

Managing Counsel

# EXHIBIT AD

| From: | Simpkins, Phil (Law) <P3SR@pge.com> |
|---|---|
| Sent: | Friday, June 03, 2022 3:44 PM |
| To: | ullrichlawfirm@att.net |
| Subject: | RE: Karyn Charmbury - Claims 60152 and 65553 |

Mr. Ullrich,

I'm following up on our discussion earlier this week. You were going to send me some documentation regarding the claims process. I haven't received it. Checking in case it was too big of an email file and did not transmit.

Please let me know if you are still working on it, when you expect to send.

Thanks,
Phil

**Phil Simpkins** | Pacific Gas and Electric Company | Senior Counsel – Labor and Employment
77 Beale St. | Rm. 3017 | San Francisco, CA 94105
ph: (415) 973-5522 | email: P3SR@pge.com

*CONFIDENTIALITY NOTICE: This message and any attachments are intended only for the recipients named above, and may contain information that is confidential or privileged. If you believe that this email may have been sent to you in error, please notify the sender and then delete all copies. Thank you*

**From:** Simpkins, Phil (Law)
**Sent:** Tuesday, May 31, 2022 10:37 AM
**To:** ullrichlawfirm@att.net
**Subject:** RE: Karyn Charmbury - Claims 60152 and 65553

Mr. Ullrich,

I am following up on my email from two weeks ago (below).

Please respond or let me know if you have any questions.

Thank you,
Phil Simpkins

**Phil Simpkins** | Pacific Gas and Electric Company | Senior Counsel – Labor and Employment
77 Beale St. | Rm. 3017 | San Francisco, CA 94105
ph: (415) 973-5522 | email: P3SR@pge.com

*CONFIDENTIALITY NOTICE: This message and any attachments are intended only for the recipients named above, and may contain information that is confidential or privileged. If you believe that this email may have been sent to you in error, please notify the sender and then delete all copies. Thank you*

**From:** Simpkins, Phil (Law)
**Sent:** Wednesday, May 18, 2022 4:49 PM
**To:** ullrichlawfirm@att.net
**Subject:** Karyn Charmbury - Claims 60152 and 65553

Mr. Ullrich,

I am taking over the processing of these claims for Stacy Campos. My understanding is that her last outreach to you sought your confirmation about the breakdown of the $22,000 settlement, particularly how much of that is attorney's fees, and that we are still awaiting your response.

We need that information in order to fill in those blanks in the form bankruptcy claim settlement agreement. Because these were employment claims, the IRS requires us to allocate the remainder of the settlement amount between wages and non-economic (emotional distress) damages based on the nature of the claims. I would propose that we split the non-fee portion of the settlement between 75% wages and 25% emotional distress based on the allegations your client included in her declaration.

Please confirm both the amount of fees and agreement to the 75/25 split and I'll get the completed settlement agreement over to you asap.

Thank you,
Phil Simpkins

**Phil Simpkins** | Pacific Gas and Electric Company | Senior Counsel – Labor and Employment
77 Beale St. | Rm. 3017 | San Francisco, CA 94105
ph: (415) 973-5522 | email: P3SR@pge.com

*CONFIDENTIALITY NOTICE: This message and any attachments are intended only for the recipients named above, and may contain information that is confidential or privileged. If you believe that this email may have been sent to you in error, please notify the sender and then delete all copies. Thank you*

# EXHIBIT AE

| | |
|---|---|
| **From:** | Simpkins, Phil (Law) <P3SR@pge.com> |
| **Sent:** | Friday, June 10, 2022 9:10 AM |
| **To:** | ullrichlawfirm@att.net |
| **Subject:** | RE: Karyn Charmbury - Claims 60152 and 65553 |

Mr. Ullrich,

Checking in on the below. When do you plan to send over the materials you referenced?

Thanks,
Phil Simpkins

**Phil Simpkins** | Pacific Gas and Electric Company | Senior Counsel – Labor and Employment
77 Beale St. | Rm. 3017 | San Francisco, CA 94105
ph: (415) 973-5522 | email: P3SR@pge.com

*CONFIDENTIALITY NOTICE: This message and any attachments are intended only for the recipients named above, and may contain information that is confidential or privileged. If you believe that this email may have been sent to you in error, please notify the sender and then delete all copies. Thank you*

---

**From:** Simpkins, Phil (Law)
**Sent:** Friday, June 3, 2022 3:44 PM
**To:** ullrichlawfirm@att.net
**Subject:** RE: Karyn Charmbury - Claims 60152 and 65553

Mr. Ullrich,

I'm following up on our discussion earlier this week. You were going to send me some documentation regarding the claims process. I haven't received it. Checking in case it was too big of an email file and did not transmit.

Please let me know if you are still working on it, when you expect to send.

Thanks,
Phil

**Phil Simpkins** | Pacific Gas and Electric Company | Senior Counsel – Labor and Employment
77 Beale St. | Rm. 3017 | San Francisco, CA 94105
ph: (415) 973-5522 | email: P3SR@pge.com

*CONFIDENTIALITY NOTICE: This message and any attachments are intended only for the recipients named above, and may contain information that is confidential or privileged. If you believe that this email may have been sent to you in error, please notify the sender and then delete all copies. Thank you*

---

**From:** Simpkins, Phil (Law)
**Sent:** Tuesday, May 31, 2022 10:37 AM

**To:** ullrichlawfirm@att.net
**Subject:** RE: Karyn Charmbury - Claims 60152 and 65553

Mr. Ullrich,

I am following up on my email from two weeks ago (below).

Please respond or let me know if you have any questions.

Thank you,
Phil Simpkins

---

**Phil Simpkins** | Pacific Gas and Electric Company | Senior Counsel – Labor and Employment
77 Beale St. | Rm. 3017 | San Francisco, CA 94105
ph: (415) 973-5522 | email: P3SR@pge.com

*CONFIDENTIALITY NOTICE: This message and any attachments are intended only for the recipients named above, and may contain information that is confidential or privileged. If you believe that this email may have been sent to you in error, please notify the sender and then delete all copies. Thank you*

---

**From:** Simpkins, Phil (Law)
**Sent:** Wednesday, May 18, 2022 4:49 PM
**To:** ullrichlawfirm@att.net
**Subject:** Karyn Charmbury - Claims 60152 and 65553

Mr. Ullrich,

I am taking over the processing of these claims for Stacy Campos. My understanding is that her last outreach to you sought your confirmation about the breakdown of the $22,000 settlement, particularly how much of that is attorney's fees, and that we are still awaiting your response.

We need that information in order to fill in those blanks in the form bankruptcy claim settlement agreement. Because these were employment claims, the IRS requires us to allocate the remainder of the settlement amount between wages and non-economic (emotional distress) damages based on the nature of the claims. I would propose that we split the non-fee portion of the settlement between 75% wages and 25% emotional distress based on the allegations your client included in her declaration.

Please confirm both the amount of fees and agreement to the 75/25 split and I'll get the completed settlement agreement over to you asap.

Thank you,
Phil Simpkins

---

**Phil Simpkins** | Pacific Gas and Electric Company | Senior Counsel – Labor and Employment
77 Beale St. | Rm. 3017 | San Francisco, CA 94105
ph: (415) 973-5522 | email: P3SR@pge.com

*CONFIDENTIALITY NOTICE: This message and any attachments are intended only for the recipients named above, and may contain information that is confidential or privileged. If you believe that this email may have been sent to you in error, please notify the sender and then delete all copies. Thank you*

# EXHIBIT AF

**ullrichlawfirm@att.net**

| | |
|---|---|
| **From:** | Campos, Stacy (Law) <SACh@pge.com> |
| **Sent:** | Tuesday, July 26, 2022 3:45 PM |
| **To:** | ullrichlawfirm@att.net |
| **Cc:** | Donat, Jen (LAW) |
| **Subject:** | Charmbury Bankruptcy Claims 60152 and 65553 |

Dear Mr. Ullrich,

On May 18, 2022, my colleague Phil Simpkins reached out to you requesting a response as to how you wanted the $11,000 per claim settlement amount ($22,000 total) for the above referenced bankruptcy claims split between attorney's fees and your client. The bankruptcy claim settlement agreement requires this information. In addition, the IRS requires we allocate the claimant's portion between emotional distress and wages in employment related claims. Our proposal was a split of 75% wages and 25% emotional distress. These are the amounts the IRS has provided us.

Mr. Simpkins followed up his email to you with several phone messages that were not returned by your office. Based on your failure to respond, we will be withdrawing our settlement offer and requesting the bankruptcy court dismiss the two claims. Should you wish to avoid dismissal of the claims, please contact me no later than close of business on Monday, August 1, 2022 via email.

Thank you.
Stacy Campos
Managing Counsel
Pacific Gas & Electric Company