

Signed and Filed: December 9, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

*Attorneys for the Fire Victim Trustee*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER APPROVING STIPULATION DEEMING PROOF OF CLAIM OF JUSTIN FIFE TIMELY FILED FOR THE PURPOSE OF ADMINISTRATION BY THE FIRE VICTIM TRUST** |

The Court having considered the *Stipulation Deeming Proof of Claim of Justin Fife Timely Filed for the Purpose of Administration by the Fire Victim Trust*, dated December 7, 2022 [Docket No. 13323] entered into by Cathy Yanni, in her capacity as the Trustee (the "**Trustee**") of the Fire Victim Trust (the "**Trust**"), on the one hand, and Justin Fife ("**Movant**" and together with the Trustee, the "**Parties**"), on the other hand (the "**Stipulation**");[1] and pursuant to the Stipulation and agreement of the Parties, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved.

2. The Proof of Claim shall be deemed timely filed.

3. Nothing herein is intended to, nor shall it be construed to be, a waiver by the Debtors, or the Reorganized Debtors, as applicable, the Fire Victim Trust, or any other party in interest of any right to object to the Proof of Claim on any grounds other than the untimely filing thereof.

4. Nothing herein is intended to, nor shall it be construed to be, a waiver by Movants of their rights to oppose any asserted challenge to the Proof of Claim.

5. By entry of this Order, the *Motion to Allow/Deem Timely Late Filing of Proof of Claim by Justin Fife, et al.; Memorandum of Points and Authorities in Support Thereof; Declaration of Justin Fife* [Docket No. 13285] is deemed withdrawn with prejudice and the Hearing is vacated.

6. The Stipulation is binding on the Parties and each of their successors in interest.

7. This Stipulation constitutes the entire agreement and understanding of the Parties relating to the subject matter hereof and supersede all prior agreements and understandings relating to the subject matter hereof.

/ / /

/ / /

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

1

8. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation or this Order.

*** END OF ORDER ***

Dated: December 7, 2022
THE LAW OFFICES OF HERBERT L. TERRERI
A PROFESSIONAL CORPORATION

/s/ Herbert L. Terreri
Herbert L. Terreri (SBN 169815)

*Attorney for Justin Fife*