**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel:     (212) 310-8000
Fax:    (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:     (415) 496-6723
Fax:    (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>      **Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR DECEMBER 13, 2022, OMNIBUS HEARING**<br><br>Date:  December 13, 2022<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  Zoom Videoconference<br>    United States Bankruptcy Court<br>    Courtroom 17, 16th Floor<br>    San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR
DECEMBER 13, 2022,
OMNIBUS HEARING**

**I:   MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*CONTESTED MATTERS GOING FORWARD*

**Claim Objection:**

1. **Addington Claim Objection:** *Reorganized Debtors' Objection to Amended Proof of Claim No. 108715 Filed by David P. Addington* **[Dkt. 12948]**.

    Related Document:

    A. *Reorganized Debtors' Motion for Summary Judgment on Proof of Claim No. 108715 Filed by David P. Addington* **[Dkt. 13320]**.

    B. *Status Conference Statement Regarding Reorganized Debtors' Objection to Amended Proof of Claim No. 108715 Filed by David P. Addington* **[Dkt. TBD]**.

    Status: This Motion is going forward as a status conference.

**Motions to Deem Late Claims Timely:**

2. **Windisch, et al.:** *Consolidated Motion to Allow/Deem Timely Late Filing of Claimants, and Memorandum of Points and Authorities and Declaration of Brian T. Flahavan in Support Thereof and Declaration of Michael S. Henderson in Support Thereof* [**Dkt. 13161**].

    Responses Received:

    A. *Fire Victim Trustee's Objection to Consolidated Motion to Allow/Deem Timely Late Filing of Claimants, and Memorandum of Points and Authorities and Declaration of Brian T. Flahavan in Support Thereof and Declaration of Michael S. Henderson in Support Thereof* **[Dkt. 13254]**.

    B. *Reply of Claimants to Objection of Fire Victim Trustee to Consolidated Motion to Allow/Deem Timely Late Filing of Claimants; Certificate of Service* **[Dkt. 13329]**.

    Status: This Motion is going forward on a contested basis pursuant to the December 8, 2022 Docket Text Order.

3. **Abrahamian:** *Motion to Allow/Deem Timely Late Filing of Proof of Claim by Davin and Debbie Abrahamian; Memorandum of Points and Authorities; Declaration of Casey A. Gee in Support Thereof* **[Dkt. 13249]**.

Response Received:

A. *Fire Victim Trustee's Objection to Motion to Allow/Deem Timely Late Filing of Proof of Claim by Davin and Debbie Abrahamian; Memorandum of Points and Authorities; Declaration of Casey A. Gee in Support Thereof* **[Dkt. 13281]**.

Related Documents:

B. *Reply in Support of Motion to Allow/Deem Timely Late Filing of Proof of Claim by Davin and Debbie Abrahamian; Declaration of Casey A. Gee* **[Dkt. 13319]**.

Status: This Motion is going forward on a contested basis pursuant to the December 8, 2022 Docket Text Order.

*RESOLVED AND CONTINUED MATTERS*

4. **Shahmirza Claim Objection**: *Reorganized Debtors' Objection to Proof of Claim No. 2090 Filed by Amir Shahmirza* **[Dkt. 12130]**.

   Status: This Objection has been removed from the calendar pursuant to Stipulation **[Dkt. 13280]** and Order **[Dkt. 13283]**.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: December 12, 2022

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: */s/ Dara L. Silveira*
Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*