

**Signed and Filed: December 12, 2022**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>   Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER UNSEALING DOCUMENTS**

On December 9, 2022, the court received a motion by Ricky-Dean Horton seeking to, 1) unseal documents filed at Dkt. 11074; 2) forward documents filed at Dkt. 11074 to District Court on appeal; and 3) compel the Clerk of the Bankruptcy Court to provide information and records of orders found in Dkts. 11135, 11154, 11244, 11386 ("Motion").

-1-

The court reviewed the Motion and will GRANT the unsealing of the documents filed at Dkt. 11074. The Clerk is directed to unseal those documents and include with the designation of the record on appeal in District Court Case No. 22-cv-06367-HSG.

The court will issue a separate order dealing with Mr. Horton's request for information on other orders.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST

Ricky-Dean Horton
751 Rosemary Court
Fairfield, CA 94533