# U.S. Bankruptcy Court
## California Northern Bankruptcy Court (San Francisco)
### Bankruptcy Petition #: 19−30088

|  |  |
|---|---|
| *Date filed:* | 01/29/2019 |
| *Plan confirmed:* | 06/20/2020 |
| *341 meeting:* | 04/29/2019 |
| *Deadline for filing claims:* | 10/21/2019 |
| *Deadline for filing claims (govt.):* | 10/21/2019 |

*Assigned to:* Judge Dennis Montali
Chapter 11
Voluntary
Asset

***Debtor***
**PG&E Corporation**
77 Beale Street
P.O. Box 770000
San Francisco, CA 94177
SAN FRANCISCO−CA
(929) 333−8977
Tax ID / EIN: 94−3234914

represented by **Max Africk**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000
*TERMINATED: 11/12/2019*

**Peter J. Benvenutti**
Keller Benvenutti Kim LLP
650 California St. 19th Fl.
San Francisco, CA 94108
(415) 364−6798
Email: pbenvenutti@kbkllp.com

**Kevin Bostel**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Lee Brand**
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Fl.
San Francisco, CA 94111−5998
415−983−1116
Email: lee.brand@pillsburylaw.com

**Timothy G. Cameron**
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Ave.
New York, NY 10019
(212) 474−1120

**Jared R. Friedmann**
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
(212) 310−8000

**Andriana Georgallas**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Stuart J. Goldring**
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
(212) 310−8000

**Matthew Goren**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**David A. Herman**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000

**David Franklin Hill, IV**
Weil, Gotshal and Manges, LLP
767 Fifth Ave.
New York, NY 10153
(212) 310−8000

**Stephen Karotkin**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Tobias S. Keller**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108
(415) 796−0709
Email: tkeller@kbkllp.com

**Jane Kim**
Keller Benvenutti Kim LLP
650 California St, Suite 1900
San Francisco, CA 94108
(415) 364−6793
Email: jkim@kbkllp.com

**Katherine Kohn**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200
Washington, DC 20006
(202) 861−2607
Email: kkohn@groom.com

**Kevin Kramer**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**David Levine**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200
Washington, DC 20006
(202) 861−5436

Email: dnl@groom.com

**Dara Levinson Silveira**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108
415−364−6793
Email: dsilveira@kbkllp.com

**Jessica Liou**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Omid H. Nasab**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000

**John Nolan**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Kevin J. Orsini**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000

**Scott Reents**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000
Email: sreents@cravath.com

**Thomas B. Rupp**
Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, CA 94108
415−636−9015
Email: trupp@kbkllp.com

**Bradley R. Schneider**
Munger Tolles and Olson LLP
350 S Grand Ave., 50th Fl.
Los Angeles, CA 90071
(213) 683−9100
Email: bschneider@kbkfirm.com
*TERMINATED: 05/18/2022*

**Ray C. Schrock**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Richard W. Slack**
Weil Gotshal and Manges, LLP

767 Fifth Ave.
New York, NY 10153−0119
(212) 310−8000
Email: richard.slack@weil.com

**Theodore Tsekerides**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Paul H. Zumbro**
Cravath, Swaine & Moore LLP
85 Eighth Avenue
New York, NY 10019
2124741000
Email: mao@cravath.com

*Responsible Ind*
**Jason P. Wells**
Senior Vice President
Chief Financial Officer PG&E Corporation
77 Beale St.
San Francisco, CA 94177
(929) 333−8977

*U.S. Trustee*
**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102
(415)705−3333

represented by **Jason Blumberg**
Office of the U.S. Trustee
501 I St. #7−500
Sacramento, CA 95814
(916) 930−2076
Email: jason.blumberg@usdoj.gov

**Cameron M. Gulden**
DOJ−Ust
300 Booth Street
Room 3009
Reno, NV 89509
775−784−5662
Fax : 775−784−5531
Email: cameron.m.gulden@usdoj.gov

**Lynette C. Kelly**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102
(415) 252−2065
Email: ustpregion17.oa.ecf@usdoj.gov

**Timothy S. Laffredi**
Office of the U. S. Trustee − San Jose
280 South 1 St., Suite 268
San Jose, CA 95113
(408) 535−5525
Email: timothy.s.laffredi@usdoj.gov

**Timothy S. Laffredi**
Office of the U.S. Trustee − SF
450 Golden Gate Ave.
Suite 05−0153
San Francisco, CA 94102

(415) 705−3333
Email: timothy.s.laffredi@usdoj.gov

**Marta Villacorta**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102
(415) 252−2062
Email: marta.villacorta@usdoj.gov

| *Creditor Committee* | | |
|---|---|---|
| **Official Committee Of Unsecured Creditors** | represented by | **Paul S. Aronzon** |

Milbank LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067
(424) 386−4000
Email: paronzon@milbank.com

**James C. Behrens**
Milbank, LLP
2029 Century Park E, 33rd Fl.
Los Angeles, CA 90067
(424) 386−4436
Email: jbehrens@milbank.com

**Gregory A. Bray**
Milbank LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067
(424) 386−4470
Email: gbray@milbank.com

**Erin Elizabeth Dexter**
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835−7500
Email: edexter@milbank.com

**Dennis F. Dunne**
Milbank, LLP
55 Hudson Yards
New York, NY 10001−2163
(212) 530−5000
Email: ddunne@milbank.com

**Samuel A. Khalil**
Milbank, LLP
55 Hudson Yards
New York, NY 10001−2163
(212) 530−5000
Email: skhalil@milbank.com
*TERMINATED: 08/30/2022*

**Thomas R. Kreller**
Milbank LLP
2029 Century Park East, 33rd
Los Angeles, CA 90067
(424) 386−4463
Email: tkreller@milbank.com
*TERMINATED: 08/30/2022*

**Andrew Michael Leblanc**
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835−7500
Email: ALeblanc@milbank.com

**Alan J. Stone**
Milbank LLP
55 Hudson Yards
New York, NY 10001
(212) 530−5000
Email: AStone@milbank.com

*Creditor Committee*
**Official Committee of Tort Claimants**

represented by **Lauren T. Attard**
Baker Hostetler LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025−0509
(310) 820−8800
Email: lattard@bakerlaw.com

**Chris Bator**
Baker & Hostetler LLP
127 Public Square #2000
Cleveland, OH 44114
(216) 621−0200
Email: cbator@bakerlaw.com

**Dustin M. Dow**
Baker & Hostetler LLP
127 Public Square #2000
Cleveland, OH 44114
(216) 621−0200
Email: ddow@bakerlaw.com

**Cecily Ann Dumas**
Baker and Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111−2806
415−659−2600
Email: cdumas@bakerlaw.com

**Joseph M. Esmont**
Baker & Hostetler LLP
127 Public Sq., #2000
Cleveland, OH 44147
(216) 861−7835
Email: jesmont@bakerlaw.com

**Lars H. Fuller**
Baker & Hostetler LLP
1801 California St #4400
Denver, CO 80202
(303) 764−4114
Email: lfuller@bakerlaw.com

**Eric R. Goodman**
Brown Rudnick LLP
601 Thirteenth St. NW, #600
Washington, DC 20005
(202) 536−1740

Email: egoodman@bakerlaw.com
*TERMINATED: 04/07/2021*

**Elizabeth A. Green**
BakerHostetler LLP
200 S. Orange Ave. #2300
Orlando, FL 32801
(407) 649−4000
Email: egreen@bakerlaw.com

**Robert A. Julian**
Baker and Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111−2806
(415) 569−2600
Email: rjulian@bakerlaw.com

**Elyssa S. Kates**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589−4227
Email: ekates@bakerlaw.com

**Kody D. L. Kleber**
Baker & Hostetler LLP
811 Main St., #1100
Houston, TX 77005
(713) 703−1315
Email: kkleber@bakerlaw.com

**John H. MacConaghy**
MacConaghy and Barnier
645 1st St. W #D
Sonoma, CA 95476
(707) 935−3205
Email: macclaw@macbarlaw.com

**Kimberly S. Morris**
Baker & Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
(415) 659−2600
Email: kmorris@bakerlaw.com

**David J. Richardson**
Baker & Hostetler, LLP
11601 Wilshire Blvd.,
14th Floor
Los Angeles, CA 90025
(310) 442−8858
Email: drichardson@bakerlaw.com

**David B. Rivkin, Jr.**
Baker and Hostetler LLP
1050 Connecticut Ave., N.W., #1100
Washington, DC 20036
(202) 861−1731
Email: drivkin@bakerlaw.com

**Jorian L. Rose**

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589−4200
Email: jrose@bakerlaw.com

**Eric E. Sagerman**
Baker and Hostetler LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025
(310) 442−8875
Email: esagerman@bakerlaw.com

**Catherine E. Woltering**
Baker & Hostetler LLP
Key Tower, 127 Public Sq., #2000
Cleveland, OH 44114−1214
(614) 462−2677
Email: cwoltering@bakerlaw.com
*TERMINATED: 04/01/2020*

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 08/18/2021 | | 11074 | Proposed Documents Filed Under Seal (RE: related document(s)11073 Motion to File Documents Under Seal filed by Interested Party Ricky−Dean Horton). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3) Filed by Interested Party Ricky−Dean Horton (dc) COURT ENTRY: This document has been unsealed per the order entered at Dkt. 13335. Modified on 12/12/2022 (bg). (Entered: 08/18/2021) |
| 12/09/2022 | | 13328 | Motion to Unseal Document No. 11074, forward document no 11074 to District Court on Appeal and Motion to Compel the Clerk of Bankruptcy Court to Provide Information and Records of Order found in Document Nos. 11135, 11154, 11244, 11386. Filed by Interested Party Ricky−Dean Horton (dc) (Entered: 12/09/2022) |
| 12/12/2022 | | 13335 | Order Unsealing Documents (related document(s): 13328 Motion to Unseal Document filed by Interested Party Ricky−Dean Horton)(Related Doc # 13328) (lp) (Entered: 12/12/2022) |

Motion to Reconsider
Motion to Reverse Order

# NOT FOR

# PUBLIC

# VIEW

1  Ricky-Dean Horton

2  751 Rosemary Court

3  Fairfield, CA 94533

4  707-386-9713 cell

5  RickyDHorton@gmail.com

6

7                    **UNITED STATES BANKRUPTCY COURT**

8                    **NORTHERN DISTRICT OF CALIFORNIA**

9                    **SAN FRANCISCO DIVISION**

10

11 **Ricky-Dean Horton, a living man,**          Bankruptcy Case No.: 19-30088 (DM)

12 **Claimant**                                 Chapter 11, Lead Case, Jointly Administered;
                                                Claim No. 87111, Electrocution of Rory-Nelson Horton;
13                    vs.

14                                              **Motion to Reconsider Order Expunging and**
                                                **Disallowing Claim Number 87111 [Re: Dkt. Nos.**
15 **PG&E CORPORATION,**                        **10808, 10809, 10810, 10960, 10980];**

16

17 **- and -**                                  **Motion and INTENT TO REVERSE The Order**
                                                **Expunging and Disallowing Claim Number 87111 [Re:**
18                                              **Dkt. No. 10980];**

19 **PACIFIC GAS AND ELECTRIC**

20 **COMPANY;**                                 **Response Deadline: September 24, 2021 4:00pm (PT)**
              **Debtors.**
21 Affects Both Debtors                         **Hearing Information If Timely Response Made:**
                                                **Date:  October 8, 2021**
22 *All papers shall be filed in the Lead Case,* **Time: 10:00am (Pacific Time)**
23 *No. 19-30088 (DM*                           **Place:  (Telephonic Appearances Only)**
                                                        **United States Bankruptcy Court**
24

25

26 <u>**THIS MOTION**</u> **To RECONSIDER AND Intent to REVERSE The Order Expunging and**

27 **Disallowing Claim Number 87111 [Re: Dkt. Nos. 10808, 10809, 10810, 10960, 10980, et al.],**

28 <u>**REPLACES PREVIOUS MOTION BY CLAIMANT IN Dkt No. 11031**</u> <u>**IN ITS ENTIRETY.**</u>

## JURISDICTION

This federal Bankruptcy Court has jurisdiction over this matter and shall retain jurisdiction to resolve any disputes or controversies arising from any of the court's orders. *28 U.S.C. §§ 157*

**Fundamental self-evident truths, facts and assertion of Rights:**

1. People are born upon this world of life and creation and are living, breathing people because of creation. Therefore, it is known as a self-evident truth and fact that the living people are gifted by creation with fundamental natural and inherent rights.

2. **Refer to EXHIBIT 1.** (20 pages, Includes first page cover "Not for Public View") **EXHIBIT 1 IS HEREBY ENTERED INTO THE RECORD OF THIS BANKRUPTCY COURT AND SHALL CARRY OVER TO ALL OF ITS RELATED JURISDICTIONS**.

3. As a fact found within **EXHIBIT 1**, Ricky-Dean Horton is a man found to be living and is one of the people of California. (Hereinafter Claimant, or I, or me, or any other identifier to me, the living man, Ricky-Dean Horton).

4. Claimant did file his Claim into this Bankruptcy Court on or before October 21, 2019 with the understanding that this is a **federal court,** is **a court of record**, is bound to and proceeds according to the **Laws of the Land and the laws of nature (aka common law)**, and is mostly governed by the **Federal Rules of Civil Procedure. No rights are waived or in any way conceded that would diminish the inherent, unalienable, substantive, natural or any rights whatsoever of Ricky-Dean Horton, a living man**.

5. **The Judges and/or Magistrates in this Bankruptcy Court,** as bound by their oaths of office, are qualified to preside over these bankruptcy proceedings. The Judges and/or Magistrates in this Bankruptcy Court have, at a minimum, taken the Oath of Office to protect and defend the federal Constitution. Both federal and state Constitutions are ordained and established by the people to protect the inherent, unalienable and natural rights of the people. Governments, government agencies and employees thereof are entrusted with limited duties, responsibilities and authority. People who take the oath of office should recognize and maintain, to the best of their ability, the separation of the realm of the natural world and the people found to be living upon it, and the realm of the commercial world of codes, statutes, and other man-made laws that regulate such commerce.

6. **Claimant is not an attorney** nor is Claimant represented by an attorney. Claimant understands that he is allowed leeway as a **living man** in a court that is conducted mostly of codes, statutes and other man-made rules that are foreign to natural law.

## PLEASE TAKE NOTICE

that the Bankruptcy Court will hold a hearing on **October 8, 2021, at 10:00 a.m. (Pacific Time)** to hear any opposition, support, or other witness testimony to Claimant's **Motion to Reconsider Order Expunging and Disallowing Claim Number 87111 [Re: Dkt. Nos. 10808, 10809, 10810, 10960, 10980, et al.]** and **INTENT TO REVERSE The Order Expunging and Disallowing Claim Number 87111 [Re: Dkt. No. 10980]** before the Honorable Dennis Montali, United States Bankruptcy Judge. Pursuant to the Bankruptcy Court's Sixth Amended General Order No. 38 In re: Coronavirus Disease Public Health Emergency, effective March 1, 2021 and until otherwise ordered, all hearings shall be conducted by video or teleconference. The Courtroom will be closed. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. **The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance or as a witness.** If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

## PLEASE TAKE FURTHER NOTICE

that any opposition to Claimant's **Motion to Reconsider Order Expunging and Disallowing Claim Number 87111 [Re: Dkt. Nos. 10808, 10809, 10810, 10960, 10980, et al.]** and **INTENT TO REVERSE The Order Expunging and Disallowing Claim Number 87111 [Re: Dkt. No. 10980]** must be in writing, filed with this Bankruptcy Court, and served on Claimant at the above-referenced address in the upper left corner of Page 1 of this document or by email to RickyDHorton@gmail.com so as to be received by Claimant no later than **4:00 p.m. (Pacific Time) on September 24, 2021**.

Any relief requested in Claimant's **MOTION AND INTENT** may be granted by default at the hearing if no opposition either appears at the hearing or there is no timely filed Objection served to Claimant in accordance with this Motion.

In deciding Claimant's **Motion to Reconsider Order Expunging and Disallowing Claim Number**

**87111 [Re: Dkt. Nos. 10808, 10809, 10810, 10960, 10980, et al.]** and **INTENT TO REVERSE The Order Expunging and Disallowing Claim Number 87111 [Re: Dkt. No. 10980]**, the court may consider **any other documents or require witnesses**, with or without sworn Declarations filed in these Chapter 11 Cases and related Proceedings, to testify at the hearing.

ATTENTION:

WITNESSES and/or DOCUMENTS REQUIRING MANDATORY APPEARANCE at the Hearing are on Page 12 (Page 13) of this Motion and Intent document. It is the responsibility of debtors or Debtors Council to produce witnesses or things at the Hearing for testimony and questioning regarding their Omnibus Objection Dkt No 10808, 10809, 10810, et al. Failure to produce witnesses or evidence supporting their Omnibus Objection found in Dockets 10808, 10809, and 10810 may result in default judgment against Debtors.


**LAWFUL AND/OR LEGAL ARGUMENT**

    **1. Authority for Claimant to allow his MOTION TO RECONSIDER the Order Expunging and Disallowing Claim Number 87111 [Re: Dkt. Nos. 10808, 10809, 10810, 10960, 10980]** is a fundamental natural right of Claimant as a man found to be living;

    **And**

    **2. Claimant has made a mistake, inadvertence, surprise, or excusable neglect:**

*Federal Rules of Civil Procedures Rule 60: Relief from a Judgment or Order, subsection (b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect. . . ;*

    **And**

    **3. Claimant's Motion is filed within a reasonable time from the order**:

*FRCivP 60 (c) Timing and Effect of the Motion. (1) Timing. A motion under Rule 60(b) must be made within a reasonable time—and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of the proceeding.*

    Upon Claimant discovering his *mistake, inadvertence, surprise, or excusable neglect* on July 27, 2021 that he had not objected to the Omnibus Objection filed by Debtor's Council on docket 10808, and

realizing that the hearing to hear the matter was to be held the next morning on July 28, 2021 at 10:00am, Claimant attempted to correct the *mistake, inadvertence, surprise, or excusable neglect* **prior to the hearing** by immediately emailing Debtor's Council the evening of July 27, 2021 and stating one of his reasons for the *mistake, inadvertence, surprise, or excusable neglect*. Claimant attended the hearing via telephone the next morning on July 28, 2021 at 10:00am to declare his objection to the court and to the Presiding Judge regarding the Omnibus Objection filed by Debtor's Council and to make known on the record that his failure to respond by the court's and/or debtor's deadline was in fact a mistake and unintentional (refer to Hearing audio records of July 28, 2021 Dkt 10992). During the Hearing, some information was provided to Claimant on the procedures to make his motion to the court to reconsider the Order to Disallow and Expunge Claimant's Claim Number 87111 within Docket 10980. **Claimant was not provided a timeline** to file his Motion, but was advised to file his motion timely.

  **Prior to knowing** the maximum allowed timeline in the FRCivP of one year as stated in **FRCivP Rule 60 above**, and in a worried state of mind, **Claimant <u>hastily</u> prepared and sent a Motion To Reconsider** on **August 2, 2021** to the following email addresses.

*PGETeam@primeclerk.com>,*

*tkeller@kbkllp.com,*

*pbenvenutti@kbkllp.com,*

*jkim@kbkllp.com,*

*trupp@kbkllp.com*

**AND CLAIMANT ALSO SENT CHAMBERS COPIES** on August 2, 2021 via US Postal Service Certified mail No. 70191120000192771730 to the Hon. Judge Montali.

The Chambers Copies were subsequentially **filed into the Case Docket as Dkt No. 11031**, of which **Filing was replaced in its entirety** by this current Motion and Intent Document.

4. **Refer to EXHIBIT 2** (9 pages, Includes first page cover "Not for Public View").

  Claimant has historically, to the best of his ability, met the deadlines for all previous filings and responses in this case.

  a. **EXHIBIT 2, page 2**: Declaration of Claimant and Copy of Certified mail receipt no. 7019 0700 0002 1176 9031 to PrimeClerk of the original claim for this case mailed on October 16, 2019 and copies of same hand delivered on October 21, 2019. This document page is already filed in Claim No. 87111.

As Claimant tracked the progress of the mailing, it was apparent that the claim would not be received by PrimeClerk in New York by October 21, 2019. Therefore, to meet the deadline of claim to be received by PrimeClerk on or before October 21, 2019, Claimant **personally hand delivered** a copy of the same mailed claim to the Service Center in Napa, California on the deadline date of October 21, 2019. This dual service of claims resulted in a duplicate claim being filed and given separate claim numbers 87111 and 87144. The two claims Dkt# 87111 and 87144 was survived by a single claim no. 87111 as found in the Docs# 8756 and 9155 in this PG&E case No. 19-30088(DM) and the order signed and filed by the Honorable Judge Montali on September 28, 2020 in where the duplicate claim no. 87144 was disallowed and expunged with no objection from Claimant.

b. **EXHIBIT 2, pages 3-9: Copy of service** of Information Request Form. Via USPS Priority Mail Express No. EL862716486US and by Email to PGEinfo@primeclerk.com.

As Claimant tracked the progress of the **Information Request Form** that was sent via US Postal Service, it again appeared that the response would not have arrived to the PrimeClerk office by the deadline as noted in the letter requesting the **Information Request Form**.

Therefore, to meet the deadline, Claimant sent the **Information Request Form** via email to PGEinfo@primeclerk.com . In the text of the Email, Claimant stated that the supporting documents to the attached **Information Request Form** in the email are actual printed copies and already sent via USPS with the tracking number provided in the email for confirmation.

A response to Claimant's email that evening of November 20, 2020 confirmed that the **Information Request Form** was received. According to the tracking number, the hard copies of the supporting documents were received by PrimeClerk on November 25, 2020.

5. Claimant's mother is seriously ill and has been for over a year. During the past several months, Claimant has been spending time with his father and mother at their home in El Sobrante, California and Claimant's mother has been in and out of their home, hospital or

nursing facility. Claimant was distracted and, unaware of the deadline date, failed to respond by the deadline.

**Therefore** by the facts stated above, and Claimant, upon discovering his *mistake, inadvertence, surprise, or excusable neglect* attempted to immediately and forthright make his objection known **Prior to the Hearing Date and at the Hearing**; and showing a history of his efforts to maintain the court's deadlines; and correcting his *mistake, inadvertence, surprise, or excusable neglect* with **THIS Motion to Reconsider** within a reasonable time; and Claimant is a living man under the supreme law of the land and the law of nature;

**Claimant should be granted his Motion to Reconsider Order Expunging and Disallowing Claim Number 87111 found within Docket Number 10980.**

# MOTION TO RECONSIDER ORDER EXPUNGING AND DISALLOWING CLAIM NUMBER 87111 [RE: DKT. NOS. 10808, 10809, 10810, 10960, 10980, et al.]

      **Comes Now, Ricky-Dean Horton, a man found to be living, Claimant,** is now making this motion upon the court to **Reconsider the Order** on Docket No. 10980 dated July 22, 2021 Disallowing and Expunging his Claim no. 87111 as requested in Debtor'S REORGANIZED DEBTORS' NINETY-THIRD OMNIBUS OBJECTION TO CLAIMS (NO LEGAL LIABILITY CLAIMS) [Re: Dkt. Nos. 10808, 10809, 10810, et al.], for the reason that the Debtor alleges that Claimant did not file his Claim of "Personal Injury" prior to the statutory deadline of "2 years".

**Arguments Against Debtor's Omnibus Objection and request to Expunge and Disallow Claim Number 87111 [Re: Dkt. Nos. 10808] for not filing his claim for personal injury before the statutory deadline of 2 years:**

      **1. As stated in Debtor's docket information no. 10808, Page 5, around Line 5, it states:** *"Barred By Statute of Limitations." These are Proofs of Claim that fail to state a legal basis for recovery against the Debtors because the underlying causes of action are barred by an applicable statute of limitations.";*

AND

  **found in Debtor's docket information no. 10808 page 5 around Line 18:**

*Therefore, the Reorganized Debtors are not liable, and the Barred By Statute of Limitations Claims should be reduced or disallowed and expunged.*

*a. Personal Injury – 2 years. Cal. Civ. Proc. Code § 335.1.*

*b. Damage to Real or Personal Property – 3 years. Cal. Civ. Proc. Code § 338(b) or (c).*

*c. Breach of Written Contract – 4 years. Cal. Civ. Proc. Code § 337.*

*d. Statutory Liability – 3 years. Cal. Civ. Proc. Code § 338(a).*

*e. Statutory Penalty or Forfeiture – 1 year. Cal. Civ. Proc. Code § 340(b).*

*f. Employment Discrimination (California) – 1 year. Cal. Gov't Code § 12960 et seq.4*

*g. Employment Discrimination (Federal) – 300 days. 42 U.S.C. § 2000e-5.*

*h. "Catch-All" Statute – 4 years. Cal. Civ. Proc. Code § 343. ;*

**AND**

  **also found in Debtor's docket information no. 10808, Exhibit 1A and Exhibit 2A, Claim 87111** *"Barred by Statute of Limitations, Personal Injury, (Cal. Civ. Proc. Code § 335.1)"***;**

**It appears that Debtors are alleging that Claimant's Claim is barred by Statute of Limitations,** *a. Personal Injury – 2 years. Cal. Civ. Proc. Code § 335.1;*

**There is none of the charges or claims found in** *a-g* **above ("***h***" excluded) that should be found within Claimant's filing.** "Personal Injury" is **NOT** a charge or claim against PG&E, or any employees thereof, within Claimant's claim 87111. If anything to the contrary is found within Claimant's claim and information, it is a **MISTAKE and Claimant reserves his right to review and correct any such mistake that could be construed as Personal Injury.**

**CLAIMANT HAS, TO THE BEST OF HIS ABILITY, PURPOSEFULLY REFRAINED IN ANY OF HIS FILINGS TO DECLARE ANY CHARGES, OTHER THAN THE CHARGE OF ELECTROCUTION TO THE DEATH OF RORY-NELSON HORTON, AGAINST PG&E AND THOSE REPONSIBLE, TO BE BROUGHT BEFORE A JURY.**

**2.** As seen and declared in Claimant's Claim No. 87111, **Claimant declared his charge against PG&E that Rory-Nelson Horton was electrocuted to his death by contact with an unsafe, uninsulated, overhead energized high voltage conductor.** Also in Claimant's Claim it has been **reserved that ADDITIONAL CHARGES are reasonable** and may be brought before a Jury. Additional charges at a trial for judgment by a jury may include, but are not limited to:

**Charge 1.** First Degree (Pre-Meditated) Murder: **intentional design, construction and operation** of overhead, high voltage, energized conductors, lying in wait for any unsuspecting contact by people and/or machinery **as a direct attempt to keep the high voltage lines from being damaged or destroyed** by killing of the people or severe damage to equipment and/or death of equipment operators from unintentional contact with the <u>uninsulated</u> High Voltage Energized Conductors.

**Charge 2.** Second Degree Murder

**Charge 3.** Voluntary Manslaughter

**Charge 4.** Involuntary manslaughter.

**Charge 5.** Violations of California Public Utilities Commission General Order 95, Rule 34F that lead to the Death by Electrocution of Rory-Nelson Horton. *CPUC GO 95, Section III Requirements for all Lines, Rule 34 F: Energized Conductor (Wire or Cable) All energized conductor (wire or cable) shall be covered with an insulation suitable for the voltage involved (See Rule 20.9–G).*

**Among other possible charges** that may be brought against PG&E and those responsible for the UNSAFE design, permit approvals, installation, and/or continued **UNSAFE** operation of Overhead High Voltage conductors. ***Refer to Claimant's original Claim and reservation of rights to bring other charges against those responsible; Claim No. 87111.***

**3. Claimant is challenging DECLARATION OF A. ANNA CAPELLE** IN SUPPORT OF REORGANIZED DEBTORS' NINETY-THIRD OMNIBUS OBJECTION TO CLAIMS (NO LEGAL LIABILITY CLAIMS) **Found within Docket Number 10809,** that Claimant's Claim No. 87111 should be Disallowed and Expunged;

**4. Claimant is Challenging the DECLARATION OF STACY CAMPOS** IN SUPPORT OF REORGANIZED DEBTORS' NINETY-THIRD OMNIBUS OBJECTION TO CLAIMS (NO LEGAL LIABILITY CLAIMS) **Found within Docket Number 10810,** that Claimant's Claim No. 87111 should be Disallowed and Expunged;

**CLAIMANT DID FILE A CLAIM WITH PG&E PRIOR TO TWO YEARS.**

Although possibly mute and maybe irrelevant since there are no known or declared charges by Claimant that stated "Personal Injury" for the basis of his Claim against PG&E, the information in regards to Claimant filing his claim with PG&E prior to two years is in the paperwork already filed in this court's records of Claimant's Claim number 87111.

Claimant's understanding is that a Civil Action begins at the moment a Claim is filed against the wrongdoers. It is proper and just for a Claimant to seek a remedy against the wrongdoers and begin a Civil Action with the wrongdoers PRIOR to filing a suit in a court; and Claimant did file Civil Action against PG&E by seeking a remedy for the Electrocution to the death of Claimant's brother Rory-Nelson Horton prior to two years from the date of Rory's Electrocution.

**Supporting Facts**

**Refer to EXHIBIT 3**, (6 pages, Includes first page cover "Not for Public View")

1. **EXHIBIT 3, Pages 2 and 3**, Cover Notice of original Claim with **CERTIFICATE OF SERVICE on Page 3 dated August 25, 2018** sent via US Postal Service to two PG&E claims locations. This is a copy of the same document filed in this court's records and found within Claimant's original Claim number 87111.

2. **EXHIBIT 3, Page 4**, CERTIFICATE OF SERVICE of the Claim for injury sent via Email to two email addresses on August 31, 2018.
   This is a copy of the same document filed in this court already and found within Claimant's original Claim.

3. **EXHIBIT 3, Pages 5-6**, Copy of Claimant's email correspondences to PG&E Claims with response by PG&E Law-Claims Representative Maria De Luca acknowledging on August 31, 2018 that the claim has been received.

**THEREFORE by the Facts stated herein,**

**Ricky-Dean Horton, a living man, Claimant,** is now making this motion upon the court to **Reconsider the Order** on Docket No. 10980 dated July 22, 2021 Disallowing and Expunging his Claim no. 87111, **AND**

To **Reverse the Order Expunging and Disallowing Claim Number 87111.**

## Reservation of Rights

It is known that Codes, Statutes, Rules and other man-made laws are **directed at Government agencies, courts, commercial activity, corporations, and others not proved to be living,** and such rules and man-made laws are foreign to the laws of the land and the laws of nature.

**Claimant is a man proven to be living, HAS MADE CLAIM TO HIS ESTATE AND HIS CERTIFICATE OF LIVE BIRTH (TITLE), and is under the Supreme Law of the land and the laws of nature. Claimant DOES NOT CONSENT** to the administration of his estate and/or any Commercial Law, Code, Statute, Rule or other legislation or man-made law that would diminish, nullify, or attempt to take away any rights of Claimant.

As stated within Claimant's Claim No. 87111, **Claimant is seeking a remedy under the law** in this Bankruptcy Court for the alleged unsafe conditions and/or the alleged violations of the law, and among other reasons, that resulted in the electrocution to the death of Claimant's brother Rory-Nelson Horton.

## DECLARATION

I, Ricky-Dean Horton, Claimant, and Rory's living natural brother, declare under penalty of perjury under the Supreme Law of the land, and in accordance with the natural laws of The United States of America and in accordance with the natural laws of California, that, to the best of my knowledge and understanding, the foregoing information is true and correct.

Signed and Sealed this _17th_ day of _August_, 2021 AD

_Ricky-Dean Horton_

Ricky-Dean Horton, a Living man, Californian

SEAL



**MANDATORY APPEARANCE:**

  **Witnesses, or Things to appear at the hearing on:**

  **Date:** October 8, 2021

  **Time:** 10:00 a.m. (Pacific Time)

  **Place**: (Telephonic Appearances Only) United States Bankruptcy Court Courtroom 17, 16th Floor, San Francisco, CA 94102

  **1. The people who conducted ANY Investigation of Claimant's Claim and any relevant documentation (if any)** in support of Debtor's Omnibus Objection Dkt 10808;

  **2. A. Anna Cappelle, Re: Dkt no. 10809;**

  **3. Stacy Campos, Re: Dkt no. 10810;**

  **It is the responsibility of debtors or Debtors' Council** to insure witnesses or things are present at the Hearing for review, testimony and/or questioning regarding **their** Omnibus Objection Dkts No. 10808, 10809, 10810. Failure to produce supporting documents (if any) and/or witnesses being **Challenged of their Sworn Declarations** may result in **default judgment against Debtors**.

EXHIBIT 1

# NOT FOR PUBLIC VIEW

On and for all Public and Private
records, for all courts, recorders,
registrars, and for all cases, causes,
matters and hearings regarding
RICKY DEAN HORTON aka all other
derivative names, [idem sonans]
and spellings thereof.

Date: 25 day of June 2021 Anno Domini

## Execution of Will, Declaration and Claim of Title

In the matter of RICKY DEAN HORTON

RE: Attachment A, a County Certified, State Apostilled and Federal
Authenticated certificate of live birth and/or certificate of title.
RE: Claim & Livery of entire gross Estate.

**To all whom these presents shall come, Greetings:**

**COMES NOW,** Ricky-Dean: House of Horton, one of the people of California, a man
having been found to be living, being of sound mind and memory, having come
to/of full age, competent to give testimony, familiar with the facts recited
herein, being first duly sworn on oath; donor, grantor, settlor, testator,
lawful and absolute general instituted rightful Executor, and the living Hæres/
Heir/Herus of the **RICKY DEAN HORTON** Estate and Trust(s), and all derivative
names [idem sonans] and spellings of said Estate and Trust(s), (hereinafter
"Claimant"), upon this EXECUTION OF WILL, DECLARATION AND CLAIM OF TITLE
(hereinafter "Declaration") regarding the attached birth certificate, which
is a document on the public record within the STATE OF CALIFORNIA of the live
birth of Claimant born on July 27, 1961 with State File Number 61-188849 and/
or a certificate of title registered and placed on file in the office of
the County of Riverside on August 7, 1961, Assessor-County Clerk-Recorder,
registration District and Certificate Number 3318 3894 to the Estate and/or
Trust named or known as RICKY DEAN HORTON; aka all other derivative names,
[idem sonans] and spellings of Claimant and/or Claimant's estate (hereinafter
"Attachment A"), and Claimant does state, declare, admit, and claim, on and
for all public and private records in the presence of a lawful Quorum of
witnesses the following to wit:

> 1. Attachment A is a County Certified, State Apostilled, and Federal
> Authenticated copy of an original document recorded and/or registered
> upon the public record on the date(s) thereon. Therefore Attachment A
> is, at law, equal to the original thereof.

> 2. Attachment A is a STATE OF CALIFORNIA, Riverside County
> Certification of Vital Record with a State File Number 61-188849 that
> Claimant was born on July 27, 1961 to Louise-Viola (Kelly) Horton,
> Claimant's natural mother, and to Andrew-Lloyd Horton, Claimant's
> natural father; and the three are each a party and one of the
> registered owners named in Attachment A.

3. Claimant, was born upon the land and soil of the California Republic, is one of the people of California, and is domiciled upon California land.

4. Attachment A was registered as a Certificate of Title to the RICKY DEAN HORTON estate and/or trust with a Local Registration District and Certificate Number 3318 3894 and the name was added by supplemental name report into the records of the STATE OF CALIFORNIA on August 7, 1961 .

5. Claimant is a party and one of the registered owners named in Attachment A.

6. Claimant is the sole lawful Hæres/Heir/Herus, executor, donor, settlor, and testator of the RICKY DEAN HORTON Estate and/or Trust as named in Attachment A, including, all things [res], all legal names and/or derivatives of said name, akin to Ricky D. Horton, Rick D. Horton, Ricky Horton, and Rick Horton.

7. Claimant claims the entire gross Estate and demands full livery of seisin of said Estate from any and all that hold or warehouse any part or portion thereof.

8. Claimant NOW rescinds, revokes, disavows, removes, renounces and nullifies any revealed and unrevealed pledge, oath, bond, certificate, deposit, presumption, charge, lien, trust, deed, escheat, compact or contract; that would show, or has ever been shown to convey, pledge, give, grant, register or contract away at any time or to anyone; any faith, credit, property, title or land of Claimant's or the Estate named in Attachment A to: the United States, the UNITED STATES, the District of Columbia, State of California, County of Solano, or any other government, entity or third party wheretofore.

## LAW OF THIS MATTER

The law of this matter is hereby decreed, ordained, and established by Claimant as follows:

1. *"Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State. And the Congress may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof"*.
Constitution for the United States of America, Article IV, Section 1.

2. *"Full faith and credit shall be given in each of these States to the records, acts, and judicial proceedings of the courts and magistrates of every other State"*.
Article IV of the 1777 Articles of Confederation.

Case: 19380888   Doc#: 11374011   Filed: 08218222   Entered: 082183221 08439407   Page 3

3. *"The Registrar of Titles is authorized to receive for registration of memorials upon any outstanding certificate of title an official birth certificate pertaining to a registered owner named in said certificate of title showing the date of birth of said registered owner, providing there is attached to said birth certificate an affidavit of an affiant who states that he/she is familiar with the facts recited, stating that the party named in said birth certificate is the same party as one of the owners named in said certificate of title; and that thereafter the Registrar of Titles shall treat said registered owner as having attained the age of the majority at a date 18 years after the date of birth shown by said certificate"*.
Minnesota Rule 220. Birth Certificates.

4. *"The people retain their sovereignty, freedom, and independence, and every power, jurisdiction, and right which is not expressly delegated by the people."* Inspired by Article II of the 1777 Articles of Confederation.

5. *"Properly authenticated copies or transcripts of any books, records, papers or documents shall be admitted in evidence equally with the originals thereof"*.
Inspired by 28 U.S. Code § 1733: Government records and papers; copies (b).

6. *"The acceptance of every public office and oath thereupon, implies an agreement on the part of the officer that he or she will execute its duties with diligence and fidelity always in favor of the natural law, whether written or declared"*.
Inspired by Nelson v. West Va. Pub. Employees Ins. Bd., 171 W. Va. 445, 300 SE2d 86, 34 ALR4th 438

7. *"There is no such thing as a power of inherent sovereignty in a government. Sovereignty resides in the people, and Congress can exercise no power which they have not been entrusted with by the people; All else is withheld"*.
Inspired by Julliard v. Greenman, 110 U.S. 421.

8. *"Sovereignty devolves on the people; and they are truly the sovereigns of the country"*.
Inspired by CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455 @DALL (1793) pp 471-472.

9. *"The people of this State/state are the successors of sovereignty; they are living heirs to life and creation, which no legislation can trespass against."*
Inspired by Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829). 21 Am. Dec. 89.

10. *"The very meaning of 'sovereignty' is that the sovereign is under the laws of the natural world, nothing more and nothing less"*.
Inspired by American Banana Co. v. United Fruit Co., 29 S.Ct. 511,

Case: 1:23-cv-00888   Doc #: 1-34   Filed: 08/18/22   Entered: 08/18/22 08:39:07   Page 4

513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047.

11. *"All courts must condemn influences persuading a sovereign to enter into a contract".*
Inspired by Moscow Fire Ins. Co. of Moscow, Russia v. Bank of New York & Trust Co., 294 N.Y.S. 648, 662, 161 Misc. 903.

12. CONSTITUTION of the STATE of CALIFORNIA (1849);
Article 1 Section 1: *"All men are by nature free and independent, and have certain inalienable rights, among which are those of enjoying and defending life and liberty, acquiring, possessing, and protecting property: and pursuing and obtaining safety and happiness".*
Article 1 Section 2: *"All political power is inherent in the people, Government is instituted for the protection, security, and benefit of the people.".*
Article 1 Section 3: *"The right of trial by jury shall be secured to all, and remain inviolate forever".*

13. *"The people of this state do not yield their sovereignty to the agencies which serve them".*
Inspired by California Government Code 11120 and California Government code 54950.

14. *"A sovereign's commercial partner should not be confused with the sovereign's role. It is one thing to find that a sovereign has agreed to the terms of a contract, and quite another to imply that the sovereign has abandoned its sovereign powers simply because it has not expressly reserved them through a contract. To presume that a sovereign forever waives the right to exercise one of its powers unless it expressly reserves the right to exercise that power in a commercial agreement turns the concept of sovereignty on its head".*
Inspired by Merrion, Et Al, dba Merrion & Bayless, Et Al v. Jicarilla Apache Tribe, Et Al. (1982) 455 U.S. 130, pp.144-148 RESERVATION OF SOVEREIGNTY.

15. *"But if the heir of any inheritance [estate] shall be under age and in wardship, when he comes of age he shall have his inheritance [estate] without relief and without fine."*
Inspired by 1215 Magna Carta, Article 3.

16. *"The administrator, moreover, so long as he/she may have the custody or influence of an estate, shall keep in order all activity regarding any actions pertaining therein, including the houses, parks, warrens, lakes, mills, and all other things; and the administrator shall restore to the heir when he/she comes to full age, his/her estate and wainages, according as the time of the wainage requires and the issues of the estate will reasonably permit".*
Inspired by 1215 Magna Carta, Article 5.

17.  *"Henceforth nothing shall be given or taken for a writ of inquest in a matter concerning life or limb; but it shall be conceded gratis, and shall not be denied."*
Inspired by 1215 Magna Carta, Article 36.

18. *"No freeman shall be taken, or imprisoned, or disseized, or outlawed, or exiled, or in any way harmed--nor will anyone go upon or send upon him--save by the lawful judgment of his peers".*
Inspired by Magna Carta, Article 39.

19. *"No-one can sell, deny or delay any rights or justice."*
Inspired by Magna Carta, Article 40.

20. *"If anyone shall have been disseized, or removed, without a lawful sentence of his peers, from his property, lands, castles, liberties or any natural right, they shall straightway be restored to him. And if a dispute shall arise concerning this matter it shall be settled according to the common law".*
Inspired by Magna Carta, Article 52.

21. *"Our justices, sheriffs, mayors, and other ministers, which under us have the laws of our land to guide, shall allow the said charters pleaded before them in judgment in all their points, that is to wit, the Great Charter as the common law".*
Inspired by Confirmatio Cartarum, November 5, 1297, in Sources of Our Liberties, Edited by Richard L. Perry, American Bar Foundation.

22. *"The governments are but trustees acting under derived authority and have no power to delegate what is not delegated to them. But the people, as the original fountain might take away what they have delegated and entrust to whom they please… The sovereignty in every state resides in the people of the state and among their unlimited and natural rights, they may alter or change their form of government at their own pleasure".*
Inspired by Luther v. Borden, 48 U.S.1, 12 L. Ed.581.

23. "Man" (homo) is a term of nature; "person" (persona), a term of civil law." Homo vocabulum est naturae; persona juris civilis. Maxim of Law. See Black's, Law. Dict. 7th Ed., page 1,640.

24. "It is in the interest of the state that people should be protected." Interest reipublicae quod homines conserventur. Maxim of Law. See Black's, Law. Dict. 9th Ed., page 1,839.

25. "Natural right is that which has the same force among (all) mankind." Jus naturale est quod apud homines eandem habet potentiam. Maxim of Law. See Black's, Law. Dict. 9th Ed., page 1,842.

26. "The law of God and the law of the land are all one; and both promote and favor the common and public good of the land." Le ley de Dieu et ley de terre sont tout un, et l'un et l'autre preferre

Case:1:93:00888   Doc#:11:374011   Filed:08/18/22   Entered:08/18/22 08:39:07   Page:6 2 of 63

et favour Ie common et publique bien del terre. Maxim of Law. See Black's, Law. Dict. 9th Ed., page 1,843.

27. "Where truth is, fiction of law does not exist." Fictio juris non est ube veritas. Maxim of Law. See Black's, Law. Dict. 10th page 1,914.

28. "An heir is favored." Haeredi favetur. Maxim of Law. See Black's, Law. Dict. 10th page 1,916.

29. "Inheritance is the succession to every right possessed by the late possessor." Haereditas est successio in universum jus quod defunctus habuerat. Maxim of Law. See Black's, Law. Dict. 10th page 1,916.

30. "By the title of heirs, come the heirs of heirs to infinity." Haeredum appellation veniunt haeredes haeredum in infinitum. Maxim of Law. See Black's, Law. Dict. 10th page 1,916

31. "An heir is a part of the ancestor." Haeres est pars antecessoris. Maxim of Law. See Black's, Law. Dict. 10th page 1,917.

32. "The heir succeeds to the restitution, not the penalty." In restitutionem, non in poenam, haeres succedit. Maxim of Law. See Black's, Law. Dict. 10th page 1,921.

33. "The rights of blood (or kinship) cannot be destroyed by any civil law." Jura sanguinis nullo jure civili dirimi possunt. Maxim of Law. See Black, Law. Dict. 10th page 1,924.

34. "The law favors a man's life." La ley favour la vie d'un home. Maxim of Law. See Black's, Law. Dict. 10th page 1,925.

35. "The law favors a man's inheritance." La ley favour l'inheritance d'un home. Maxim of Law. See Black's, Law. Dict. 10th page 1,925.

36. "One who commands lawfully must be obeyed." Legitime imperanti parere necesse est. Maxim of Law. See Black's, Law. Dict. 10th page 1,926.

37. "The safety of the people is the highest law." Le salut du peuple est la suprême loi. Maxim of Law. See Black's, Law. Dict. 10th page 1,926.

38. "The law does not tolerate fractions and divisions of estates." 1 Coke 87a. Lex non patitu fractiones et divisions statuum. Maxim of Law. See Black's, Law. Dict. 10th page 1,927.

39. "The law will always give a remedy." Lex semper dabit remedium. Maxim of Law. See Black's, Law. Dict. 10th page 1,928.

40. "Nothing that is lawful is improper." Nihil quod est licitum est inconveniens. Maxim of Law. See Black's, Law. Dict. 10th page 1,936.

41. "Things taken or captured by pirates and robbers do not change their ownership." A piratis et latronibus oapta dominium non mutant. Maxim of Law. See Black's, Law. Dict. 10th page 1,953.

42. "Where common and written law clash, we must stand by the common law." Ubi concurrent commune jus et jus scriptum, communi standum. Maxim of Law. See Black's, Law. Dict. 10th page 1,964.

43. "Where there is a right, there is a remedy." Ubi jus, ibi remedium. Maxim of Law. See Black's, Law. Dict. 10th page 1,965.

44. "Where there is a remedy, there is a right." Ubi remedium, ibi ius. Maxim of Law. See Black's, Law. Dict. 10th page 1,965.

## Claim and Continuation of Will

NOW KNOW YE, That the Claimant has placed upon the attached duly authenticated certificate of title, a value exceeding twenty dollars in lawful consideration, and in conformity with the aforementioned law, by this Declaration which is a claim under Seal, does now claim, redeem and exercise the right to have and to hold the attached certificate of title, in alodium, regarding the Estate(s) named therein, for full and complete redemption of the said Estate(s); together with all the rights, privileges, immunities thereunto belonging to said Claimant and to his heirs and assigns forever.

NOW KNOW YE, All stated herein is the continued wish, will and testament of Claimant, and supersedes, replaces, nullifies, and/or corrects any other will, document, certificate, registration, pledge, oath, bond, trust, letter, deed, compact, contract, and among others, regarding the attached duly authenticated certificate of title and all matters pertaining thereto nunc pro tunc, et usque ad finem temporis.

NOW KNOW YE, That Claimant enters as evidence with this Declaration and Attachment A, an Affidavit by Loiuse-Viola (Kelly): Horton and an Affidavit by Andrew-Lloyd: Horton, swearing to the facts pertaining within this Declaration and among other facts.

NOW KNOW YE, That any use of the name RICKY DEAN HORTON ~ Ricky D. Horton ~ Ricky Horton ~ Rick Horton and/or any similar names [idem sonans] that are in any way identified with Attachment A or an authenticated copy of Attachment A without the express written consent of Claimant will be considered a personal trespass upon said Certificate of Title and/or Claimant and/or a trespass on Claimant's estate. Any trespass that is accompanied with the brandishing or use of a deadly weapon will be considered a direct threat of life and limb to Claimant.

## Witness Quorum and Acknowledgment

We, living soul(s) manifest, now bear witness with our own eyes and attest through our own hand(s), the Claimant's sovereign authority, and the perfect free will writing of Claimant in the form of this Declaration, by Claimant.

We, the undersigned people of California, having personal knowledge of the Claimant's identity, knowing that Claimant is one of the people of California, that Claimant is competent and has come to/of full age, finding said Claimant to be living, and being familiar with Claimant, are hereby witness to the execution of this Declaration.

As witnesses, we hereby verify, acknowledge, validate and certify the free will act and deed, the authenticity of the signatures herein and the identities of the people so signed and that Claimant executed the same in the capacity herein stated, for the purposes herein contained.

We do hereby covenant and agree, under the pains and penalties of perjury, under the Laws of the Land and in accordance with the laws of the United States of America, that this Declaration is a Will, Execution of Will, the continued wish of Claimant, a lawful juristic act and a Claim of Title — at law, and hereby assure all who these presents may reach, that this document is executed without concealment, vexation, or intent to defraud the RICKY DEAN HORTON Estate and/or Trust and/or any other.

Signed and Sealed this __55__ day of __June__ 2021 AD, by the sovereign authority of Claimant and the undersigned witnesses below.


Andrew-Lloyd Horton
Paterfamilias House of Horton
Father of Claimant

Terry-Louise [Horton] Henderson
Sister of Claimant

Dane-Andrew Horton
Brother of Claimant

Kevin-Mark Horton
Brother of Claimant

## Verification

Claimant verifies, acknowledges, validates and certifies under penalty of perjury, under the Supreme laws of the Land and in accordance with the laws of The United States of America the foregoing is true and correct. Claimant has personal knowledge of the above-stated facts and is competent to testify as to the truth of these facts if called as a witness regarding this matter.

Signed and Sealed this 25 day of ___June___ 2021 AD, by Claimant's sovereign authority as one of the people of California.



_____
Exor. Ricky-Dean: House of Horton
Heir - Estate Dignitary - Paterfamilias
One of the people of California
Claimant

SEAL

**ATTACHMENTS:**

Attachment A - Authenticated Certificate, 4 pages total
                3 pages + back page of Certificate

Affidavit - Louise Viola [Kelly] Horton, 1 page

Affidavit - Andrew Lloyd Horton, 1 page

Execution of Will, Declaration and Claim of Title          Page 9 of 9
Case: 19-30088   Doc# 13040-1   Filed: 02/18/22   Entered: 02/18/22 08:39:07   Page
                                30 of 63

31

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of California, and that such Seal(s) is/are entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, Michael R. Pompeo, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this twenty-sixth day of November, 2018.

*Issued pursuant to CHXIV. State of Sept. 15. 1789. 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301. 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

_____
Secretary of State

By _____
Assistant Authentication Officer,
Department of State



# State of California
## Secretary of State

is not valid for use anywhere within the United States of America, its territories or possessions.

**APOSTILLE**
(Convention de La Haye du 5 octobre 1961)

| | | |
|---|---|---|
| **1. Country:**<br>Pays / País: | United States of America | |

**This public document**
Le présent acte public / El presente documento público

| | |
|---|---|
| **2. has been signed by**<br>a été signé par<br>ha sido firmado por | *Peter Aldana* |
| **3. acting in the capacity of**<br>agissant en qualité de<br>quien actúa en calidad de | *County Assessor-Clerk-Recorder* |
| **4. bears the seal / stamp of**<br>est revêtu du sceau / timbre de<br>y está revestido del sello / timbre de | *County of Riverside, State of California* |

**Certified**
Attesté / Certificado

| | | | |
|---|---|---|---|
| **5. at**<br>à / en | Sacramento, California | **6. the**<br>le / el día | *30th day of January 2018* |
| **7. by**<br>par / por | Secretary of State, State of California | | |
| **8. Nº**<br>sous nº<br>bajo el número | 74503 | | |

| **9. Seal / stamp:**<br>Sceau / timbre:<br>Sello / timbre: | | **10. Signature:**<br>Signature:<br>Firma: | |
|---|---|---|---|



This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
To verify the issuance of this Apostille, see: www.sos.ca.gov/business/notary/apostille-search/.
**This certificate does not constitute an Apostille under the Hague Convention of 5 October 1961, when it is presented in a country which is not a party to the Convention. In such cases, the certificate should be presented to the consular section of the mission representing that country.**

Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
Cette Apostille peut être vérifiée à l'adresse suivante: www.sos.ca.gov/business/notary/apostille-search/.
**Ce certificat ne constitue pas une Apostille en vertu de la Convention de La Haye du 5 Octobre 1961, lorsque présenté dans un pays qui n'est pas partie à cette Convention. Dans ce cas, le certificat doit être présenté à la section consulaire de la mission qui représente ce pays.**

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
Esta Apostilla se puede verificar en la dirección siguiente: www.sos.ca.gov/business/notary/apostille-search/.
**Este certificado no constituye una Apostilla en virtud del Convenio de La Haya de 5 de octubre de 1961 cuando se presenta en un país que no es parte del Convenio. En estos casos, el certificado debe ser presentado a la sección consular de la misión que representa a ese país.**

Sec/State Form NP-40 SAC (rev. 07/2017)

# COUNTY OF RIVERSIDE
### RIVERSIDE, CALIFORNIA

"Attachment A"

| | STATE FILE NUMBER | 61 - 188849 | **CERTIFICATE OF LIVE BIRTH**<br>STATE OF CALIFORNIA — DEPARTMENT OF PUBLIC HEALTH | LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER | 3318 | 3894 |
|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| **THIS CHILD** | 1A. NAME OF CHILD—FIRST NAME<br>RICKY | 1B. MIDDLE NAME<br>DEAN | 1C. LAST NAME<br>HORTON |
| | 2. SEX<br>Male | 3A. THIS BIRTH, SINGLE, TWIN, OR TRIPLET?<br>Single | 3B. IF TWIN OR TRIPLET, THIS CHILD BORN 1ST, 2ND, 3RD? / 4A. DATE OF BIRTH—MONTH, DAY, YEAR<br>July 27, 1961 / 4B. HOUR<br>6:47 p M. |
| **PLACE OF BIRTH** | 5A. PLACE OF BIRTH—NAME OF HOSPITAL<br>Parkview Memorial Hospital | | 5B. STREET ADDRESS (GIVE STREET OR RURAL ADDRESS OR LOCATION. DO NOT USE P.O. BOX NUMBERS)<br>3865 Jackson Street |
| | 5C. CITY OR TOWN<br>Riverside | | 5D. COUNTY<br>Riverside |
| **MOTHER OF CHILD** | 6A. MAIDEN NAME OF MOTHER—FIRST NAME<br>Louise | 6B. MIDDLE NAME<br>Viola | 6C. LAST NAME<br>Kelly / 7. COLOR OR RACE OF MOTHER<br>White |
| | 8. AGE OF MOTHER (AT TIME OF THIS BIRTH)<br>23 YEARS | 9. BIRTHPLACE (STATE OR FOREIGN COUNTRY)<br>California | 10. MAILING ADDRESS OF MOTHER—IF DIFFERENT FROM USUAL RESIDENCE—FOR NOTIFICATION OF BIRTH |
| **USUAL RESIDENCE OF MOTHER** (WHERE DOES MOTHER LIVE?) | 11A. USUAL RESIDENCE OF MOTHER—STREET ADDRESS<br>8592 Trey Avenue | 11B. IF INSIDE CORPORATE LIMITS<br>☑ CHECK HERE | IF OUTSIDE CITY CORPORATE LIMITS<br>CHECK ONE: ☐ ON A FARM ☐ NOT ON A FARM |
| | 11C. CITY OR TOWN<br>Arlington | 11D. COUNTY<br>Riverside | 11E. STATE<br>California |
| **FATHER OF CHILD** | 12A. NAME OF FATHER—FIRST NAME<br>Andrew | 12B. MIDDLE NAME<br>Lloyd | 12C. LAST NAME<br>Horton / 13. COLOR OR RACE OF FATHER<br>White |
| | 14 AGE OF FATHER (AT TIME OF THIS BIRTH)<br>29 YEARS | 15. BIRTHPLACE (STATE OR FOREIGN COUNTRY)<br>Texas | 16A. PRESENT OR LAST OCCUPATION<br>Assemblyman / 16B. KIND OF INDUSTRY OR BUSINESS<br>Refrigeration |
| **INFORMANT'S CERTIFICATION** | I HAVE REVIEWED THE ABOVE STATED INFORMATION AND HEREBY CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. | 17A. PARENT OR OTHER INFORMANT—SIGNATURE<br>Louise V. Horton | 17B. DATE SIGNED BY INFORMANT<br>July 27, 1961 |
| **ATTENDANT'S CERTIFICATION** | I HEREBY CERTIFY THAT I ATTENDED THIS BIRTH AND THAT THE CHILD WAS BORN ALIVE AT THE HOUR, DATE AND PLACE STATED ABOVE. | 18A. PHYSICIAN OR OTHER PERSON WHO ATTENDED THIS BIRTH SIGNATURE—DEGREE OR TITLE<br>Robert M. Query M.D. | 18B. ADDRESS<br>Riverside, California |
| **REGISTRAR'S CERTIFICATION** | 19. DATE ON WHICH NAME ADDED BY SUPPLEMENTAL NAME REPORT | 20. LOCAL REGISTRAR—SIGNATURE<br>Everett R. Horn M.D. | 21. DATE RECEIVED BY LOCAL REGISTRAR<br>AUG 7 1961 |

CARTVERS02

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

This is a true and exact reproduction of the document officially registered
and placed on file in the office of the County of Riverside, Assessor-County
Clerk-Recorder.

034716513

Peter Aldana

PETER ALDANA
ASSESSOR-COUNTY CLERK-RECORDER



DATE ISSUED

**NOV 2 8 2017**

This copy not valid unless prepared on an engraved border displaying the date, seal and signature of the Assessor-County Clerk-Recorder.

ANY ALTERATION OR EROSION

Case: 19-30088   Doc# 13040-1   Filed: 02/18/22   Entered: 02/18/22 08:49:07   Page
34 of 63

Accepted for full value, without recourse, registered with and under the House of Horton, not transferable to any party without the express written signed and sealed consent of the Heir and Executor Ricky-Dean: House of Horton.

All assets, goods, property, accounts, titles, funds and all else regarding the RICKY DEAN HORTON estate are now to be reallocated to the Executor Ricky-Dean: House of Horton.



# Affidavit of Andrew-Lloyd Horton

In the matter of Ricky-Dean: House of Horton and/or STATE OF CALIFORNIA Birth Certificate State file number 61-188849 of RICKY DEAN HORTON.

I am Andrew-Lloyd: House of Horton, domiciled on California land since 1942, born on Texas land in Tom Green County on June 25, 1932, married on May 18, 1956 to Louise-Viola Kelly.

I am the natural father and my wife Louise-Viola is the natural mother of our son Ricky-Dean who was born on July 27, 1961 and is 57 years old in the photograph below:



Ricky-Dean Horton
Age in photo: 57 years

Photo Credit:
United States Post Office, Passport Service
Fairfield, California 94533
Date photograph was taken: 01-08-2019

I am familiar with the facts recited by Claimant Ricky-Dean in his declaration titled **Execution of Will, Declaration and Claim of Title.** I know for a fact that Ricky-Dean is the same party as one of the owners named on the birth certificate as Attachment A in the declaration. I was present when my wife Louise signed the birth certificate on July 27, 1961 which was Ricky-Dean's day of nativity.

I declare under penalty of perjury, under the Supreme Laws of the Land and in accordance with the laws of the United States of America that the foregoing is true and correct. I have firsthand knowledge of the above-stated facts and I am competent to testify as to the truth of these facts if called as a witness regarding this matter.

Signed and Sealed this 25TH day of JUNE 2021 AD

_Andrew Lloyd Horton_ 
Andrew-Lloyd Horton
Paterfamilias; House of Horton
Affiant

SEAL

Great Seal
For land and Sea
House of Horton

# Affidavit of Louise-Viola [Kelly] Horton

In the matter of Ricky-Dean: House of Horton and/or the STATE OF CALIFORNIA Birth Certificate State file number 61-188849 of RICKY DEAN HORTON.

I am Louise-Viola Kelly: House of Horton, one of the people of California, born on California land in San Luis Obispo County on October 14, 1937, married on May 18, 1956 to Andrew-Lloyd Horton.

I am the natural mother and my husband Andrew-Lloyd is the natural father of our son Ricky-Dean who was born on July 27, 1961 and is 58 years old in the photograph below:



Ricky-Dean Horton
Age in photo: 58 years

Photo Credit:
United States Post Office, Passport Service
Fairfield, California 94533
Date photograph was taken: 01-08-2019

I am familiar with the facts recited by Claimant Ricky-Dean in his declaration titled **Execution of Will, Declaration and Claim of Title.** I know for a fact that Claimant Ricky-Dean is the same party as one of the owners named on the birth certificate as Attachment A in the declaration. It is my signature on line 17A on the same aforementioned birth certificate.

I declare under penalty of perjury, under the Supreme Laws of the Land and in accordance with the laws of the United States of America that the foregoing is true and correct. I have firsthand knowledge of the above-stated facts and I am competent to testify as to the truth of these facts if called as a witness regarding this matter.

Signed and Sealed this 15 day of June 2021 AD

Louise-Viola [Kelly] Horton
Materfamilias, House of Horton
Affiant

Seal

Case: 19-30088   Doc# 13040-1   Filed: 02/18/22   Entered: 02/18/22 08:39:07   Page 37 of 63

37

On and for all Public and Private
records, for all courts, recorders,
registrars, and for all cases, causes,
matters and hearings regarding
RICKY DEAN HORTON, and RICKY D. HORTON;
aka all other derivative names,
[idem sonans] and spellings thereof.

Date: _25_ day of ___June___ 2021 Anno Domini

# Declaration, Establishment and Publication of House Seal

**To all whom these presents may come Greetings:**

**COMES NOW**, Ricky-Dean: House of Horton, one of the people of California, having been found to be living, being of sound mind and memory, having come to and of full age, competent to give testimony, familiar with the facts recited herein, being first duly sworn on oath; donor, grantor, settlor, testator, sole lawfully appointed absolute general instituted rightful Executor, and sole lawful living Hæres/Heir/Herus of the **Ricky Dean Horton; RICKY DEAN HORTON** Estate and Trust(s), and all derivative names [idem sonans] and spellings of said Estate and Trust(s), birthed or delivered by the hand or water of my lawfully wed mother on July 27, 1961, (hereinafter "Declarant"); upon this Declaration, Establishment and Publication of House Seal, (hereinafter "Declaration"), which is a lawful notice and Declaration regarding known and unknown fraud, establishment of Declarant's House Seal, and an Execution of Declarant's Will;

Declarant now declares and executes the following of Declarant's own free will act and deed in the presence of a lawful quorum of witnesses the following to wit:

It is hereby declared, executed and published for the purpose of **lawful and/or legal public notice to all** that Declarant is the victim of constructive fraud, and that such fraud has, and is, causing damage, harm, loss, and/or injury to Declarant. In an effort to thwart the continuance of fraud, it is therefore hereby declared and executed of Declarant's own free will, act, and deed, in the presence of a lawful quorum of witnesses the following:

**Figure 1**

1)     The Seal under the label "Figure 1" is hereby created and established as Declarant's House Seal and to be used as a mandatory addition to Declarant's lawfully and/or legally binding signature. Declarant's House Seal must be near Declarant's signature stamped in purple ink, and/or embossed as a raised Seal, and/or embossed on a gold adhesive sticker, or drawn by hand in colored ink (not black ink), next to said signature for

this and any other document to be legally binding in any circumstance, as executed below. No one else may use or copy this House Seal without Declarant's express written signed and sealed consent.

2)    The Seal under the label "Figure 2" has been discontinued for further use. Any document that bears the seal as shown under the label "Figure 2" is to be recognized under the same terms, conditions and status as the replacement seal as shown under the label "Figure 1".

**Figure 2**

3)    Declarant and kins of declarant are the only authorized users of Declarant's seal.

4)    Due to the known and unknown fraud, Declarant cannot authenticate nor be bound by any document whatsoever that lacks both Declarant's signature in colored ink (not black ink) and this House Seal next to Declarant's signature prior to, or after, the date of this lawful notice, as executed below.

5)    Any document that lacks both Declarant's signature in colored ink (not black ink) and House Seal upon it as described in paragraph 1 above, is to be construed as having been done under coercion, deception, protest and/or duress, and/or without Declarant's full knowledge and/or consent, whether the improperly executed document notes it or not. Any such document(s) shall therefore be void, not legally enforceable, not binding, and shall have no standing except as proof of fraud being perpetuated against Declarant.

6)    Any man, woman, person(s), individual, party or parties that may have an interest in this matter and wish to dispute its validity or any portion thereof, has thirty (30) calendar days from the date of being placed on notice by the filing and/or posting, of this Declaration. Any interest, claim, or objection to this Declaration must be provided with an explanatory statement signed under pains and penalties of perjury under the common law, by directly sending the information to Declarant at the below address **via registered mail:**
             **Ricky-Dean: House of Horton**
             **C/o 2401 Waterman Blvd, Ste 4A-242**
             **Fairfield, California [94534]**
     If after the notice of dispute, an agreement cannot be reached, a summons to a court of record shall be in order. A court of record, among other purposes, proceeds according to the course of the common law and whose decision shall be the binding authority regarding any matter stated.
     Any interest, claims, or objections not made within the time and opportunity to dispute, shall be construed to be a permanent, irrevocable tacit waiver to all claims or rights otherwise with respect to **any and all** past or future document(s) lacking the specific execution described within this Declaration. (Laches)

# Execution and Verification

Declarant verifies under penalty of perjury, under the Supreme Laws of the Land and in accordance with the laws of the United States of America that the foregoing is true and correct. I have firsthand knowledge of the above-stated facts and I am competent to testify as to the truth of these facts if called as a witness regarding this matter.

Signed and Sealed this _25_ day of ___June___ 2021 AD, that the foregoing DECLARATION, ESTABLISHMENT AND PUBLICATION OF HOUSE SEAL is true and correct to the best of Declarant's knowledge or belief. Declarant has personal knowledge of the above stated facts and is competent to testify as to the truth of these facts if called as a witness regarding this matter.

Declarant verifies, ordains, establishes, executes, signs and Seals all contained herein on this _25_ day of ___June___ in the year 2021 AD, by the sovereign authority of Declarant and as one of the people of California. The noble goal of Declarant by coming upon and executing this Declaration is to have full redemption of Declarant's entire gross Estate and to end all administration and/or fraud of any kind, by any party, regarding same. The Declarant herein may alter and/or amend this Declaration at any time Declarant deems it necessary to do so, without the consent of any trustee or third party whatsoever, and refile/amend same onto the public record, at which time the newly amended "Declaration" shall stand as the new contract and bind all administrators, trustees and/or third parties to the same from that point in time onward.

Gold Foil
Embossed
Seal

Purple Ink
Stamped Seal



Embossed
Seal

Exor. Ricky-Dean: House of Horton
Heir - Estate Dignitary - Paterfamilias
One of the People of California
Declarant

Case: 19-30088   Doc# 13040-1   Filed: 02/18/22   Entered: 02/18/22 08:39:07   Page
40 of 63

40

# Witness Quorum and Acknowledgement

We, living soul(s) manifest, now bear witness with our own eyes and attest through our own hand(s), the Declarant's sovereign authority, perfect free will writing, and the execution of this Declaration by Declarant.

We, having personal knowledge of the Declarant's identity, knowing that Declarant is one of the people of California, finding said Declarant to be living, knowing that Declarant has come to/of full age, and being familiar with Declarant, are hereby witness to the execution of this Declaration.

As witnesses, we hereby verify, acknowledge, validate and certify the free will act and deed, the authenticity of the signatures herein, and the identities of the people so signed, and that Declarant executed the same in the capacity herein stated, for the purposes herein contained.

We hereby covenant and agree, under the pains and penalties of perjury, under the Supreme Laws of the Land and in accordance with the laws of the United States of America, that this Declaration is of Declarant's own free will act and deed, is a lawful juristic act, and we hereby assure all who these presents may reach, that this Declaration is executed without concealment, vexation, or intent to defraud any other.

Therefore, it is hereby resolved that we, the undersigned people of California, being personally familiar with Declarant, do hereby establish and ordain this matter as truth and law.

Signed and sealed this ___25___ day of ____June____ 2021 AD, by the sovereign authority of Declarant and the undersigned witnesses below.


Andrew-Lloyd Horton
Paterfamilias House of Horton
Father of Declarant

Terry-Louise [Horton] Henderson
Sister of Declarant

Dane-Andrew Horton
Brother of Declarant

Kevin-Mark Horton
Brother of Declarant

Declaration, Establishment and Publication of House Seal          Page 4 of 4

EXHIBIT 2

# NOT FOR PUBLIC VIEW

**COPY**

10/21/2019 —

Filing submitted by two processes.

1. Sent via USPS Certified Mail — receipt is on this page.

2. Dropped off at Claims Service Center:

1950 Soscol Ave, ste 105
Napa, CA 94559

I declare under penalty of perjury under the laws of the United States of America that the Proof of claim documents have 37 pages — including this page and were submitted as stated above.

_Richy A. Stortz_ Cal. furiran

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

NEW YORK NY 10163

**OFFICIAL USE**

Certified Mail Fee  $3.50                          0225
$                                                    8
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)    $ $0.00        Postmark
☐ Certified Mail Restricted Delivery $ $0.00      Here
☐ Adult Signature Required       $ $0.00       OCT 16 2019
☐ Adult Signature Restricted Delivery $ $0.00
Postage                          $2.35
                                               10/16/2019
Total Postage and Fees
$                $5.85

Sent To   PGE Claims Processing / PrimeClerk
Street and Apt. No., or PO Box No.   PO Box 4850
City, State, ZIP+4®   New York NY 10163-4850

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

2019 0700 0000 0021 1769031

Certified                              $3.50
   (USPS Certified Mail #)
   (70190700000211769031)

Total:                                 $5.85

Debit Card Remit'd                     $5.85
   (Card Name:Debit Card)
   (Account #:XXXXXXXXXXX1517)
   (Approval #)
   (Transaction #.441)
   (Receipt #:024752)
   (Debit Card Purchase:$5.85)
   (Cash Back:$0.00)

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out  Any Retail
Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage
Refunds for guaranteed services only.
Thank you for your business.

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5945-0028-004-00036-31828-02

or scan this code with
your mobile device:





**Ricky D. Horton <rickydhorton@gmail.com>**

---

# PGE Bankruptcy Claim no. 87111, Follow-up of Information Request Form, see attached

2 messages

---

**Ricky D. Horton** <rickydhorton@gmail.com>                          Fri, Nov 20, 2020 at 11:46 AM
To: pgeinfo@primeclerk.com

Pursuant to a letter dated 10/23/2020, I was asked to send an Information Request Form within 28 days of the date of the letter. I have responded via United States Postal Service Priority Mail Express overnight service on Wednesday November 18, 2020, as proven by tracking number EL862716486US https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=3&text28777=&tLabels=EL862716486US%2C%2C

The Information Request Form that I sent by USPS priority overnight mail on Wednesday 11/18/2020 should have been received by your office on Thursday November 19th by 12:00pm. However, by reviewing the tracking information, the overnight Priority Mail does not look like the letter arrived or was delivered to your address at 850 3rd Ave., Ste 412, Brooklyn, NY 11232 by the guaranteed delivery date and time of noon on Thursday November 19, 2020.

Since, by the tracking number, it appeared that the United States Postal Service failed to perform their duty as promised, and that my response through the mail may not have been officially received at your office by Thursday November 19, 2020, I called the number on the letter dated 10/23/2020 which is 1-844-339-4217. I called on Friday November 20, 2020 at approx 9:57am Pacific Time. I spoke with a representative that used the name of Lisa. I informed her that I responded to the information request letter in a timely manner and that I would follow up with an email such as I'm doing with this email. I called the 1-844-339-4217 number a second time at approximately 10:24am and spoke with the same phone representative named Lisa and provided her more information, including the tracking number of the response letter that included the attached Information Request Form. I recorded our conversation during both calls and she acknowledged that the call was most likely being recorded on her end as well. There was no objection to me recording the phone conversation and I can provide my archived recordings of both conversations if requested.

This email is to ensure that the Information Request Form that you requested in your letter was not ignored by me and the request was responded to and received by your office as requested in a timely manner.

To also ensure that my response is on the record and received in a timely manner, please download the attached copy of the Information Request Form that was sent via United States Postal Service Priority Mail Express overnight service tracking number EL862716486US. The copy of the attached file includes only the cover letter and the completed information request form that was sent in the mail. Please refer to the original response that was sent via USPS Priority Mail Express overnight service tracking number EL862716486US and the 35 page claim documents that the Information Request Form is referring to as the attachment. A printed hard copy of the 35 page claim form is included in the overnight package. It was impractical to submit this complete package electronically due to the number of pages and that is why I submitted the Information Request Form with the attached 35 page copy of claim by USPS Priority Overnight mail tracking number EL862716486US

If you need additional information, please email me at this email address rickydhorton@gmail.com, or I may be reached on my cell phone number 707-386-9713.

Thank you,
Ricky D. Horton,
All rights reserved

Case: 19-30088   Doc# 11374-1   Filed: 08/21/22   Entered: 08/21/22 08:39:07   Page 3
44 of 63

 **PGE case no 87111 Information Request Form .pdf**
4832K

---

**PGE Claim Support** <pgeclaimsupport@primeclerk.com>                   Fri, Nov 20, 2020 at 5:22 PM
To: "rickydhorton@gmail.com" <rickydhorton@gmail.com>

Ricky,

Thank you for your inquiry.

We are processing the Information Request Form you attached. You can email us the supporting documents and we will process those.

**Prime Clerk is the court appointed claims and noticing agent in the chapter 11 cases commenced by PG&E and its primary operating subsidiary (collectively, the "Debtors"). As such, we are not permitted to provide legal or financial advice. We are not authorized to accept claims by email or fax, and any documents or information provided via either of these methods will not constitute a claim in these cases.**

Please let us know if we can be of further assistance.

Regards,

Prime Clerk Inquiries
Prime Clerk
850 Third Avenue, Suite 412
Brooklyn, NY 11232
primeclerk.com
*The highest level of professionalism, innovation and transparency in bankruptcy administration.*

*For more information click here: http://primeclerk.com/raising-the-bar/* 

[Quoted text hidden]

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at http://www.duffandphelps.com/disclosure. Our Privacy Policy is available at https://www.duffandphelps.com/privacy

ref:_00D1N1uIqY._5003l15q7wG:ref



INFORMATION REQUEST FORM

1.  Contact Information

    The section below has fields relating to your contact information (name, address, email, etc.). If any part of that information is incorrect, please provide correct details below. The Reorganized Debtors will use this contact information for any further communications and correspondence regarding your proof of claim(s).

    Please reflect any updates below:

    Address:  Horton, Ricky D.
    751 Rosemary Court
    Fairfield CA 94533

    Phone: 707-386-9713
    Email:  RickyDHorton@gmail.com

2.  Claim-Related Information

    The section below relates to information relevant to your filed proof of claim(s). You must provide the following information:

    (a)  incident date (if applicable);

    | 09/05/2020 as indicated by PG&E SCADA report; Dead body discovered 09/07/2020 |
    | --- |

    (b)  a description of the general nature of the claim (e.g., contract, personal injury, cessation of service, etc.);

    Death of Rory Nelson Horton by electrocution. See supporting documents herein attached from claim.

    (c)  a statement of, and supporting documents indicating, the underlying basis for the claim;

    PG&E and others are responsible for the deadly condition that resulted in Rory Nelson Horton's death by electrocution. The most basic, fundamental, common sense law is that all energized conductors (wire or cable) shall be covered with an insulation suitable for the voltage involved. The high voltage energized conductor that had no suitable insulation is the primary cause of Rory's death by electrocution. If there had been suitable insulation, as common sense dictates, and as required by all electric codes that recognize safety as a primary objective,  and as required by the State of California through the California Public Utility Commission, General Order 95, Section III, Rule 34-F; if there had been suitable insulation, Rory's death would not have occurred. See supporting documents herein attached from claim.



# UNITED STATES
# POSTAL SERVICE.

FAIRFIELD
600 KENTUCKY ST
FAIRFIELD, CA 94533-9998
(800)275-8777

11/18/2020                           11:07 AM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|

PM Express 1-Day        1              $26.35
Flat Rate Env
    Brooklyn, NY 11232
    Flat Rate
    Signature Requested
    Scheduled Delivery Date
    Thu 11/19/2020 12:00 PM
    Money Back Guarantee
    Tracking #:
    EL862716486US
    Insurance                         $0.00
        Up to $100.00 included
Total                                $26.35

Grand Total:                         $26.35

Debit Card Remitted                  $26.35
    Card Name: VISA
    Account #: XXXXXXXXXXXX5726
    Approval #
    Transaction #: 049
    Receipt #: 037642
    Debit Card Purchase: $26.35
    AID: A0000000980840        Chip
    AL: US DEBIT
    PIN: Verified

***************************************
        Due to limited transportation
        availability as a result of
        nationwide COVID-19 impacts
        package delivery times may be
        extended. Priority Mail Express®
        service will not change.

    In a hurry? Self-service kiosks offer
    quick and easy check-out. Any Retail
        Associate can show you how.

    Save this receipt as evidence of
    insurance. For information on filing an
        insurance claim go to
    https://www.usps.com/help/claims.htm

    Text your tracking number to 28777 (2USPS)
    to get the latest status. Standard Message
    and Data rates may apply. You may also
    visit www.usps.com USPS Tracking or call
            1-800-222-1811.

        Preview your Mail
        Track your Packages
        Sign up for FREE @
        www.informeddelivery.com

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
        Thank you for your business.

        Tell us about your experience.
    Go to: https://postalexperience.com/Pos
    or scan this code with your mobile device:



# USPS Tracking®

**FAQs ›**

## Track Another Package  **+**

### Track Packages
### Anytime, Anywhere

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

**(https://reg.usps.com**

/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

---

**Tracking Number:** EL862716486US

Remove ✕

Feedback

**Scheduled Delivery by**

## FRIDAY
# 20 NOVEMBER 2020 ⓘ

by
## 3:00pm ⓘ

✓ **Delivered**

November 25, 2020 at 12:03 pm
BROOKLYN, NY 11232

**Get Updates** ⌄

---

**Text & Email Updates**                    ⌄

---

**Proof of Delivery**                       ⌄

---

Case 1:19-30888   Doc 1134-21   Filed 08/18/22   Entered 08/18/22 08:39:07   Page 7
Case 1:19-30888   Doc 1137-21   Filed 08/18/22   Entered 08/18/22 10:34:40   Page 7
480 of 963

## Tracking History ⌃

**November 25, 2020, 12:03 pm**
Delivered
BROOKLYN, NY 11232
Your item was delivered at 12:03 pm on November 25, 2020 in BROOKLYN, NY 11232 to PRIMECLERK. The item was signed for by E SANTOS.

---

**November 24, 2020, 11:27 am**
Available for Pickup
BROOKLYN, NY 11232

---

**November 24, 2020, 10:59 am**
Arrived at Post Office
BROOKLYN, NY 11232

---

**November 24, 2020, 7:48 am**
Available for Pickup
BROOKLYN, NY 11232

---

**November 18, 2020, 4:59 pm**
Arrived at USPS Regional Origin Facility
OAKLAND CA DISTRIBUTION CENTER

---

**November 18, 2020, 2:14 pm**
Arrived at USPS Origin Facility
FAIRFIELD, CA 94533

---

**November 18, 2020, 11:05 am**
USPS in possession of item
FAIRFIELD, CA 94533

---

## Product Information ⌄

Feedback

Case 19-30088 Doc 11374 Filed 08/18/22 Entered 08/18/22 08:39:07 Page 8
of 963
Case 19-30088 Doc 11374-1 Filed 08/18/22 Entered 08/18/22 08:39:07 Page 49
2021-07-29 19:42



**See Less** ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

EXHIBIT 3

# NOT FOR PUBLIC VIEW

PG&E Loss Claim Form, Death of Rory Horton
Louise V. Horton, Andrew L. Horton, Ricky D. Horton,
 Claimants, right to relief jointly

COVER NOTICE

Page 1 of 2

## TAKE NOTICE

We, Louise Viola Horton and Andrew Lloyd Horton, do declare and certify that we are the Mother and Father of Rory Nelson Horton, our son. Rory was born on April 13, 1960, in Rory's native state of California, in Riverside County.

Due to Rory's untimely death by electrocution on or around September 5, 2016, we do hereby decree and grant to our son and Rory's Brother, Ricky Dean Horton, to be the representative of Rory with complete and unlimited jurisdiction of and over all matters pertaining to Rory. Ricky shall also act as our representative, whether legal representative or otherwise, to and for each of us, with complete and unlimited jurisdiction of and over all matters pertaining to Rory and/or his death.

Louise Viola Horton, Mother          Andrew Lloyd Horton, Father
 (partial wording extracted from notarized form within the enclosed claim)

)))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))

TO : Representatives of PG&E, preferably the legal division. Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105

I, Ricky D. Horton, am asking that you review the enclosed claim. The pre-prepared claim form with an identification form number 62-1444 Rev 2/2011, is roughly filled in and is the form that was provided to us through your website. It was modified to meet most of our needs but have referred most of everything to the attachments therein.

I am asking that you please read the entire claim (contained so far) and let me know if any information sounds awkward, or if any information isn't fully understood. I reserve the right and opportunity to correct any mistakes, whether as to form, grammar, or any other type of technical or substance error.

I am asking you to respond back to me by the date and times below. All times are in Pacific time in whatever time zone is applicable on that date, re: PDST or PST. Failure to respond shall be considered the same as rejecting the claim. Either way, the enclosed claim speaks for itself.

Please use the below cell phone number written here to contact me before 5:00pm 10/1/2018. When you call, please be informed that the call will most likely be recorded and I ask that you too, please, record the call for your future recollections:     (phone number handwritten in)   707 386-9713
If I fail to answer the phone, for whatever reason, then please leave a message that I might return your call to discuss this matter further.  If you leave a message, then please remember to leave me a call back number where I might reach you during 9am-5pm Monday through Friday. If we discuss this matter by phone and if we both record the conversation, then we may both have an accurate recollection of what we discussed. If you would like to meet with us, please be advised that all claimants listed on the claim will most likely attend the meeting as well. This will help to keep us all fully informed.
Please call the phone number above at any time between your receipt of this claim and before 5:00pm on 10/1/2018, so we can set up a time and place to meet. Please note too that all of our meetings will be recorded for future recollection.

If for some reason you do not reach me by phone or if you I don't return your phone call by 5:00pm 10/3/2018,

PG&E Loss Claim Form, Death of Rory Horton
Louise V. Horton, Andrew L. Horton, Ricky D. Horton,
     Claimants, right to relief jointly

COVER NOTICE

Page 2 of 2

or if you would just prefer to respond in writing, then please write to us using the address listed on the pre-prepared claim form at any time between your receipt of this claim and postmarked on or before 10/5/2018. I will respond to your written correspondence within a timely manner, or I will call the phone number that you provide within your written correspondence. To confirm the address for service, I've also listed it below. However, please send all of your correspondences to two addresses:

       Ricky D. Horton
       751 Rosemary Court
       Fairfield, California 94533

and also to

       Andrew and Louise Horton
       4920 Sweetwood Drive
       El Sobrante, California, 94803



I look forward to meeting with you all to consider an amicable solution.

_Ricky D Horton_

    Ricky D. Horton, Californian,
    Rory's Brother and representative

))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))

### CERTIFICATE OF SERVICE

I hereby certify that I have, on August 25, 2018, served an original Claim for injury, electrocution of Rory N.

Horton, to the two addresses listed below.

     Pacific Gas and Electric Company ("PG&E")
     Attn: Legal Department
     77 Beale Street
     San Francisco, California 94105
               US Postal Certified mail number:
               7017 1450 0000 4419 1327

and to:

     PG&E Law - Claims Dept.
     1850 Gateway Blvd., 6th Floor
     Concord, CA 94520
               US Postal Service number:
               7017 1450 0000 4419 1334

Dated August 25, 2018, from Fairfield, CA 94533

_Ricky D Horton_

Ricky D. Horton

CERTIFICATE OF SERVICE

I hereby certify that I have, on August 31, 2018, served a digital PDF version of the original Claim for injury,

electrocution of Rory N. Horton, to the parties via email as shown below.

       De Luca, Maria(Law-Claims)
       MXDp@pge.com

and to:

       LawClaims@pge.com

Dated August 31, 2018, from RickyDHorton@gmail

       /s/     Ricky D. Horton
_____
       Ricky D. Horton

 Gmail

**Ricky D. Horton <rickydhorton@gmail.com>**

## Copy of Claim, Death of Rory Horton, digital copy
2 messages

**Ricky D. Horton** <rickydhorton@gmail.com>     Fri, Aug 31, 2018 at 1:19 PM
To: LawClaims@pge.com
Cc: mxdp@pge.com

As indicated on the PG&E Claim form to submit a claim via email as an alternative method, please notice that this is a digital copy of Claim, of which the hard copy printed claim has already mailed and received by Concord and San Francisco offices, Death of Rory Horton by electrocution. (confirmation of delivery via USPS Certified mail, received 8/27/2018 and 8/28/2018 respectively)

Please use the attached DROPBOX link here to access and download the claim of approximately 85-90mb:
https://www.dropbox.com/s/y4yxd8vabi0qimj/HORTON%20Death%20by%20Electrocution%20PGE%20Email%20copy%20of%20CLAIM.pdf?dl=0
The above link will expire and be no longer available after 10/5/2018

This email is to further insure that PG&E Claims department is fully aware of our intention to file court action, and this claim satisfies our attempt to seek restitution prior to filing a court action.
The dollar amount claimed as restitution is reasonable at this time. Please see claim in it's entirety for more information.

Ricky D. Horton,
Rory's Brother and representative
751 Rosemary Court
Fairfield, California 94533
Solano County
Cell: 707-386-9713

NOTICE and CC TO:
LawClaims@pge.com
Maria De Luca, mxdp@pge.com

---

 **Cert of Service via email.pdf**
17K

**De Luca, Maria(Law-Claims)** <MXDp@pge.com>     Fri, Aug 31, 2018 at 1:22 PM
To: "Ricky D. Horton" <rickydhorton@gmail.com>

I have received your claim. Maria

---

**From:** Ricky D. Horton [mailto:rickydhorton@gmail.com]
**Sent:** Friday, August 31, 2018 1:20 PM
**To:** PG&E Claims

Case: 19-30088 Doc# 11374-031 Filed: 08/21/22 Entered: 08/21/22 08:39:07 Page 5 of 663 / 55 of 63

**Cc:** De Luca, Maria(Law-Claims)
**Subject:** Copy of Claim, Death of Rory Horton, digital copy

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

[Quoted text hidden]

Ricky-Dean Horton
751 Rosemary Court
Fairfield, California [94533]
Cell: 707-386-9713
RickyDHorton@gmail.com

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICKY-DEAN HORTON, A LIVING SOVEREIGN MAN | Bankruptcy Case nos: 19-30088 DM (Lead Case) 19-30089 DM Chapter 11, Jointly Administered; Claimant/Appellant claim no. 87111 |
| Claimant/appellant, | |
| vs. | |
| PG&E CORPORATION, | **On appeal to:** **District Court Case: 22-cv-06367-HSG** |
| - and/or- | |
| PACIFIC GAS AND ELECTRIC COMPANY; | |
| Debtors/appellees* | MOTION FOR BANKRUPTCY COURT TO UNSEAL DOCUMENT NO. 11074; |
| *Affects one or both companies. | MOTION FOR BANKRUPTCY COURT TO FORWARD DOCUMENT NO. 11074 TO DISTRICT COURT ON APPEAL; |
| | MOTION TO COMPEL THE CLERK OF THE BANKRUPTCY COURT TO PROVIDE INFORMATION AND RECORDS OF ORDERS FOUND IN DOCKET NOS. 11135, 11154, 11244, 11386 |
| | Related: Dkts 11073, 13084, 13136 |
| | This motion is to be included (or forwarded) in Appellants designation of records to the Disrict Court on appeal. |

Ricky-Dean Horton, a living sovereign man, creditor and party in interest (appellant) is submitting these motions to the Bankruptcy Court pursuant to my right reserved as declared in designation of records in Docket number 13136 page 5 lines 17-18.

These motions shall be forwarded with the designation of records and information that are already required to be sent to the District Court on Appeal found in appellant's Docket number 13136.

**I am making a MOTION** to unseal document number 11074 to allow for public viewing.

1. Docket number 11074 was filed by me and has been reqeusted by me to be sealed from public view to protect sensitive Claims, personal information, and to protect all parties involved regarding the charges and allegations within, *re: dkt 11073*;

2. Upon further consideration, and to allow and insure that the Clerk of the Bankruptcy Court has the ability to comply to my request and designation of records found in docket 13136 dated October 31, 2022 I am making this motion for the Bankruptcy Court to unseal the docket 11074.

3. With my permission and this motion to unseal document 11074, I am aware that the general public will have access to view the document in its entirety.

4. Document 11074 is relevant to my appeal and should be included in the designation of records to the district court without restrictions of any kind.

**I am making a MOTION** for the Clerk of Bankruptcy Court to forward docket 11074 to the

district court on appeal as required in my designation of records found in ==Docket 13136== page 3 line 14.

**I am making a MOTION** to the Bankruptcy Court to compel the Clerk of the Bankruptcy Court to comply to the designation of records that will provide the district court the records of the author and/or origination of orders filed as dockets 11135, 11154, 11244, 11386. This motion to compel the Clerk of the Bankruptcy Court to provide the records of the orders, are already part of my designation of records found in my ==docket 13136== dated October 31, 2022, page 4, lines 7 through 19.

The records requested are relevant to the issues on appeal.

The Clerk of the Bankruptcy Court may provide the records of each order as a separate record from each of the other orders and may file the records as a docket entry within the PG&E's court case number 19-30088. Records requested:

1. By whom each order found in dockets 11135, 11154, 11244, 11386 was prepared (ex: PG&E counsel, judge, anonymous party, etc.);

2. How each order found in dockets 11135, 11154, 11244, 11386 were submitted to the court, be specif==ic (==examples: efile, US mail, email, uploaded to the bankruptcy court's website, etc.)

3. By whom each order found in dockets 11135, 11154, 11244, 11386 are reviewed, (name all parties that reviewed the order prior to filing as a docket).

4. How each order found in dockets 11135, 11154, 11244, 11386 are approved and by whose authority approves the order for an electronic stamp of the judge.

5. For orders not personally written and authored by the judge, provide the written

statutory rules for orders that are submitted to the court.

The above records of the orders requested in items 1-5 above may be uploaded to the Bankruptcy Court's website as a new docket entry to be available to claimant/appellant, debtors/appellees, and the justices presiding on the bench of the District Court case number 22-cv-06367-HSG so all parties involved may review the records that are relevant to my appeal.

If any of the information of the orders being requested in numbers 1-5 above is unkown by the Clerk of the Bankruptcy Court, then the clerk shall certify that those certain parts of the records of the orders requested are unkown or unavailable to the Clerk of the Bankruptcy Court.

Dated this 9th day of December 2022

_____
By: Ricky-Dean Horton, Claimant/Appellant



Signed and Filed: December 12, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                    ) Bankruptcy Case
                                          ) No. 19-30088-DM
PG&E CORPORATION,                         )
                                          ) Chapter 11
            - and -                       )
                                          ) Jointly Administered
PACIFIC GAS AND ELECTRIC COMPANY,)
                                          )
         Reorganized Debtors.             )
                                          )
☐ Affects PG&E Corporation                )
☐ Affects Pacific Gas and                 )
     Electric Company                     )
☒ Affects both Debtors                    )
                                          )
* _All papers shall be filed in_          )
_the Lead Case, No. 19-30088 (DM)._)
                                          )
_____

**ORDER UNSEALING DOCUMENTS**

On December 9, 2022, the court received a motion by Ricky-Dean Horton seeking to, 1) unseal documents filed at Dkt. 11074; 2) forward documents filed at Dkt. 11074 to District Court on appeal; and 3) compel the Clerk of the Bankruptcy Court to provide information and records of orders found in Dkts. 11135, 11154, 11244, 11386 ("Motion").

-1-

1

2

3

4

The court reviewed the Motion and will GRANT the unsealing of the documents filed at <mark>Dkt. 11074</mark>.  The Clerk is directed to unseal those documents and include with the designation of the record on appeal in District Court Case No. 22-cv-06367-HSG.

5

6

The court will issue a separate order dealing with Mr. Horton's request for information on other orders.

7

**\*\*END OF ORDER\*\***

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

−2−

Ricky-Dean Horton
751 Rosemary Court
Fairfield, CA 94533

-3-