Daniel Erdman
Julianne Erdman
Claim Number# 109828
PG&E Corporation and Pacific and Electric Company
Case # 1930088
dcerdman@gmail.com

To whom it may concern:

I am requesting to submit a late claim due to our suffering from the Tubbs Fire. My wife and I lived at 4959 Oak Park Way, Santa Rosa, CA which was within 5 miles of the burn scar. I remember watching the flames quickly climb down the hill in the middle of the night as we hurriedly packed our dogs, crucial belongings, and personal items we feared may burn along with our house. We never received notification to evacuate despite the flames coming within one mile of our house. Instead, a neighbor who was an off duty fireman for Marin County told us and other neighbors to 'grab what you can and get out'.

My wife was 7 months pregnant carrying our first daughter. We were concerned for both her health and for our baby's. We were evacuated from our home for three weeks, during which time our life, occupations, emotional well being, and physical health were significantly affected. We had relationships in jeopardy and were unsure of the well being of our friends and family. My wife was a teacher and she was horribly concerned about the status and safety of her students. Upon returning home, our house required extensive, time-consuming, and costly cleaning. Our roof was affected as well as our home landscaping. Our cars were stained with burn marks, ash and soot. My wife developed gestational hypertension and our unborn child had intrauterine growth restriction as a result of this hypertension. This prenatal health diagnosis occurred post-fire and was likely due to stress from the fire, the evacuation, and smoke exposure. There are numerous articles and studies about the negative effects of wildfires on pregnancies including high blood pressure, fetile growth restricion, early delivery, and small birth weight. My wife had to deliver 3 weeks early and our daughter was born under the 1% weighing in at 5 lb 5 oz. The worry and concern we felt about the pregnancy and health of our daughter was a direct effect of the fire.

We experienced this suffering and more due to the Tubbs Fire. PG&E was deemed to be responsible for the cause of these fires and as a result, there should be compensation for what we were forced to endure.