# EXHIBIT A

# Dara Silveira

| | |
|---|---|
| **From:** | Simpkins, Phil (Law) <P3SR@pge.com> |
| **Sent:** | Tuesday, May 31, 2022 10:37 AM |
| **To:** | 'ullrichlawfirm@att.net' |
| **Subject:** | RE: Karyn Charmbury - Claims 60152 and 65553 |

Mr. Ullrich,

I am following up on my email from two weeks ago (below).

Please respond or let me know if you have any questions.

Thank you,
Phil Simpkins

_____

**Phil Simpkins** | Pacific Gas and Electric Company | Senior Counsel – Labor and Employment
77 Beale St. | Rm. 3017 | San Francisco, CA 94105
ph: (415) 973-5522 | email: P3SR@pge.com

*CONFIDENTIALITY NOTICE: This message and any attachments are intended only for the recipients named above, and may contain information that is confidential or privileged. If you believe that this email may have been sent to you in error, please notify the sender and then delete all copies. Thank you*

---

**From:** Simpkins, Phil (Law)
**Sent:** Wednesday, May 18, 2022 4:49 PM
**To:** ullrichlawfirm@att.net
**Subject:** Karyn Charmbury - Claims 60152 and 65553

Mr. Ullrich,

I am taking over the processing of these claims for Stacy Campos. My understanding is that her last outreach to you sought your confirmation about the breakdown of the $22,000 settlement, particularly how much of that is attorney's fees, and that we are still awaiting your response.

We need that information in order to fill in those blanks in the form bankruptcy claim settlement agreement. Because these were employment claims, the IRS requires us to allocate the remainder of the settlement amount between wages and non-economic (emotional distress) damages based on the nature of the claims. I would propose that we split the non-fee portion of the settlement between 75% wages and 25% emotional distress based on the allegations your client included in her declaration.

Please confirm both the amount of fees and agreement to the 75/25 split and I'll get the completed settlement agreement over to you asap.

Thank you,
Phil Simpkins

_____

**Phil Simpkins** | Pacific Gas and Electric Company | Senior Counsel – Labor and Employment
77 Beale St. | Rm. 3017 | San Francisco, CA 94105

ph: (415) 973-5522 | email: P3SR@pge.com

*CONFIDENTIALITY NOTICE: This message and any attachments are intended only for the recipients named above, and may contain information that is confidential or privileged. If you believe that this email may have been sent to you in error, please notify the sender and then delete all copies. Thank you*