1  KELLER BENVENUTTI KIM LLP
   Jane Kim (#298192)
2  (jkim@kbkllp.com)
   David A. Taylor (#247433)
3  (dtaylor@kbkllp.com)
   Dara L. Silveira (#274923)
4  (dsilveira@kbkllp.com)
   650 California Street, Suite 1900
5  San Francisco, CA 94108
   Tel: 415 496 6723
6  Fax: 650 636 9251

7  *Attorneys for Debtors and Reorganized Debtors*

8

9              **UNITED STATES BANKRUPTCY COURT**
10             **NORTHERN DISTRICT OF CALIFORNIA**
               **SAN FRANCISCO DIVISION**
11

| | |
|---|---|
| 12  **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| 13  **PG&E CORPORATION,** | Chapter 11 |
| 14   - and - | (Lead Case) (Jointly Administered) |
| 15  **PACIFIC GAS AND ELECTRIC COMPANY,** | **REORGANIZED DEBTORS' REPORT ON RESPONSES TO ONE HUNDRED NINETEENTH OMNIBUS OBJECTION TO CLAIMS AND REQUEST FOR ORDER BY DEFAULT AS TO UNOPPOSED OBJECTION** |
| 16 | |
| 17            **Debtors.** | |
| 18  ☐ Affects PG&E Corporation | **[Re:  Dkt. No. 13238]** |
|     ☐ Affects Pacific Gas and Electric Company | |
| 19  ☒ Affects both Debtors | |
| 20  *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Regarding Objections Set for Hearing December 20, 2022, at 10:00 a.m. (Pacific Time)** |

21

22

23

24

25

26

27

28

**REQUEST FOR ENTRY OF ORDER BY DEFAULT**

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby request, pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' One Hundred Nineteenth Omnibus Objection to Claims (No Liability Claims)* [Docket No. 13238] (the "**Omnibus Objection**"):

**RELIEF REQUESTED IN THE OMNIBUS OBJECTION**

The Omnibus Objection seeks to disallow and expunge the Proofs of Claim listed in Exhibit 1 to the Omnibus Objection.

**NOTICE AND SERVICE**

The Reorganized Debtors filed a Notice of Hearing with respect to the Omnibus Objection [Docket No. 13240]. The Omnibus Objection was also supported by the declaration of A. Anna Capelle [Docket No. 13239]. The Omnibus Objection, the Notice of Hearing, and the Declaration were served as described in the *Certificate of Service of Alain B. Francoeur*, filed on November 16, 2022 [Docket No. 13258]: each holder of a claim listed on Exhibit 1 to the Omnibus Objection received a notice customized to include the claim number, debtor, claim amount and priority, and the basis for Reorganized Debtors' objection with respect to the applicable claim to be disallowed and expunged.

The deadline to file responses or oppositions to the Omnibus Objection has passed. The Reorganized Debtors have received the following response:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| 13297 | Gabriel Froymovich | 7955 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Omnibus Objection. |

## DECLARATION OF NO OPPOSITION RECEIVED

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1.      I am an attorney with the law firm of Keller Benvenutti Kim LLP, co-counsel for the Reorganized Debtors.

2.      I have reviewed the Court's docket in the Chapter 11 Cases and have determined that no responses have been filed with respect to the Omnibus Objection except as described herein.

3.      This declaration was executed in San Francisco, California.

WHEREFORE, the Reorganized Debtors hereby request entry of an Order disallowing and expunging the Proof of Claim listed in **Exhibit 1** to this Request, which listed Claim is identical to those listed in Exhibit 1 to the Omnibus Objection, except as otherwise discussed above.

Dated: December 13, 2022

**KELLER BENVENUTTI KIM LLP**

By: _/s/ Dara L. Silveira_
      Dara L. Silveira

_Attorneys for Debtors and Reorganized Debtors_

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Seymour, Jessica<br>2718 N Bowdish Rd, Apt 343<br>Spokane Valley, WA 99206 | | **92045** | PG&E Corporation and Pacific Gas and Electric Company | 12/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| **Claims To Be Expunged Totals** | | **Count: 1** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | |