

**Signed and Filed: December 14, 2022**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>      - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>      Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br><br><br>Date: January 10, 2023<br>Time: 10:00 AM<br>Via Video/Teleconference<br>www.canb.uscourts.gov/calendars |

**ORDER CONTINUING HEARING ON ONE HUNDRED EIGHTEENTH**
**OMNIBUS OBJECTION TO CHARMBURY CLAIMS**

The court has considered the Opposition (Dkt. 13268) and related declarations filed by counsel for Karyn Charmbury as well as the Reply in Support of Reorganized Debtors' One Hundred Eighteenth Omnibus Objection (Charmbury Claims) (Dkt. 13344). It is clear that there was no meeting of the minds of the parties to settle these disputed claims for $44,000. Whether

-1-

the parties could have or should have settled for $22,000 is less clear.

In the interest of giving more time for the parties to resolve this matter consensually, the court is CONTINUING the December 20, 2022, hearing on the Reorganized Debtors' Objections to January 10, 2023, at 10:00 AM. If they reach a settlement by January 5, 2023, counsel for the Reorganized Debtors should notify the Courtroom Deputy via email: Lorena_Parada@canb.uscourts.gov and the matter will be DROPPED from the calendar. If they do not reach a settlement by that date, counsel for Ms. Charmbury must file a Response to the Objections, including a concise statement of the nature of her asserted claims and an estimate of any anticipated discovery she intends to seek from the Reorganized Debtors or others.

All hearings will be conducted by telephone or video conference (unless otherwise noted). Please review the specific calendar page (pdf) posted on the Bankruptcy Court's website for further instructions one week prior to the hearing.

All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about Court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**END OF ORDER**

**COURT SERVICE LIST**

Donald W. Ullrich, Jr.
Ullrich Law Firm
3100 Zinfandel Drive, Suite 265
Rancho Cordova, CA 95670-6391

-3-