# Notice Recipients

District/Off: 0971–3   User: admin   Date Created: 12/14/2022
Case: 19–30088   Form ID: TRANSC   Total: 6

**Recipients of Notice of Electronic Filing:**
aty   Aron M. Oliner   roliner@duanemorris.com
aty   Casey Gee   casey@tlopc.com
aty   Craig A Burnett   cburnett@nomoredebt.com
aty   Susan Sieger Grimm   SSieger–Grimm@brownrudnick.com
aty   Thomas B. Rupp   trupp@kbkllp.com

TOTAL: 5

**Recipients submitted to the Claims Agent (Kroll Restructuring Administration, LLC):**
intp   David P. Addington   298 Saint James D   Piedmont, CA 94611

TOTAL: 1