Aron M. Oliner (SBN 152373)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
E-mail:roliner@duanemorris.com
Telephone: (415) 957-3000
Facsimile: (415) 957-3001

Attorneys for Claimant
David P. Addington

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    and<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**<br><br>               **Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects both Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**SUBSTITUTION OF ATTORNEY FOR DAVID P. ADDINGTON** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

　　　PLEASE TAKE NOTICE that creditor David P. Addington hereby substitutes himself, in pro per, as attorney of record in lieu and in place of the law firm of Duane Morris LLP, One Market Plaza, Spear Tower, Suite 2000, San Francisco, CA 94105-1104; telephone number (415) 957-3000.

　　　Please direct all future documents, pleadings, and correspondences with respect to the above-captioned bankruptcy proceeding to David P. Addington, at the following address:

| | |
|---|---|
| David P. Addington<br>*In pro per*<br>298 Saint James Drive<br>Piedmont, CA 94611<br>Telephone: (415) 606-6552<br>Email: dpapiedmont@gmail.com | |

**THE UNDERSIGNED CONSENTS TO THE ABOVE SUBSTITUTION:**

Dated: December 15, 2022          **DUANE MORRIS LLP**

By: /s/ *Aron M. Oliner*
ARON M. OLINER
Attorneys for
David P. Addington

**SUBSTITUTION ACCEPTED:**

Dated: December 15, 2022          **DAVID P. ADDINGTON**
                                  ***In Pro Per***

By: /s/ *David P. Addington*
DAVID P. ADDINGTON