12-14-22

Judge Montali,

I am writing today because we are very concerned this trust has turned into a slush fund!! It has now been 2 YEARS 9 months!!? with NO END in sight! Stock hit 16.34 TODAY! We are being told not only can't we sell all of it butt we must also give a discount when we do?? WHAT?? This needs to END NOW! We still have to REBUILD!! It has now been OVER 5 YEARS!! →

WE NEED YOU to STEP IN AND SAY ENOUGH!! 10% OF PEOPLE STILL DON'T HAVE ALL THEIR info in?? AFTER 5,6,7 YEARS if YOU DON'T HAVE ALL PAPERWORK NEEDED---- YOUR DONE! YOU ARE HOLDING UP THE REST OF US! PLEASE PLEASE PLEASE !!! END THIS NIGHTMARE !!!!

WE WAT TO GO HOME !!!!!!

LOU AMATO
2017 SULPHUR FIRE
707-658-5032



Louie Amato
PO Box 1193
Clearlake Park, CA 95424

SAN FRANCISCO CA 940
14 DEC 2022 PM 4 L

Judge Montali
450 Golden Gate Ave.
Mail Box 36099
San Francisco CA 94102
94102-341024

RECEIVED
DEC 16 2022 3L
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Case: 19-30088   Doc# 13365   Filed: 12/16/22   Entered: 12/16/22 10:04:06   Page 3 of 3