**Entered on Docket
December 19, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 12 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILLIAM F. WEIDMAN III, Creditor, <br><br> Appellant, <br><br> v. <br><br> PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY, <br><br> Appellees. | No. 22-15963 <br><br> D.C. No. 4:22-cv-00389-HSG <br> Northern District of California, Oakland <br><br> ORDER |

Before: TASHIMA, S.R. THOMAS, and CLIFTON, Circuit Judges.

Appellees' motion for summary affirmance (Docket Entry No. 9) is granted because the issues raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

**AFFIRMED.**