**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF CANCELLATION OF DECEMBER 20, 2022, OMNIBUS HEARING**<br><br>Date: December 20, 2022<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Zoom Videoconference<br>      United States Bankruptcy Court<br>      Courtroom 17, 16th Floor<br>      San Francisco, CA 94102 |

PLEASE TAKE NOTICE that the following matters, which were scheduled to be heard in the above-captioned chapter 11 cases on December 20, 2022, at 10:00 a.m. (Pacific Time) (the "**Omnibus Hearing**") have been resolved or continued.

PLEASE TAKE FURTHER NOTICE that, accordingly, the Omnibus Hearing is cancelled.

**I:** **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*RESOLVED AND CONTINUED MATTERS*

1. **SVP Motion to Compel Assumption (Grizzly):** *City of Santa Clara DBA Silicon Valley Power's Motion to Compel Assumption or Rejection of Executory Contract Concerning the Grizzly Development and Mokelumne Settlement Agreement* **[Dkt. 10998]**.

    Status: This Objection has been indefinitely removed from the calendar pursuant to Stipulation **[Dkt. 13290]** and Order **[Dkt. 13306]**.

2. **118th Omnibus Objection (Charmbury):** *Reorganized Debtors' One Hundred Eighteenth Omnibus Objection to Claims (Charmbury Claims)* **[Dkt. 13117]**.

    Responses Received:

    A. *Memorandum of Points and Authorities in Support of Claimant Karyn Charmbury's Opposition and Response to Reorganized Debtors' One Hundred and Eighteenth Omnibus Objection to Claims (Charmbury Claims)* **[Dkt. 13268]**.

    Related Documents:

    B. *Declaration of Stacy Campos in Support of Reorganized Debtors' One Hundred Eighteenth Omnibus Objection to Claims (Charmbury Claims)* **[Dkt. 13118]**.

    C. *Declaration of Claimant Karyn Charmbury's Counsel in Support of Opposition and Response to Reorganized Debtors' One Hundred Eighteenth Omnibus Objection to Claims (Charmbury Claims)* **[Dkt. 13269]**.

    D. *Supplemental Declaration of Claimant Karyn Charmbury's Counsel in Support of Opposition and Response to Reorganized Debtors' One Hundred Eighteenth Omnibus Objection to Claims (Charmbury Claims); with certificate of service attached* **[Dkt. 13330]**.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

E. *Reply in Support of Reorganized Debtors' One Hundred Eighteenth Omnibus Objection to Claims (Charmbury Claims)* **[Dkt. 13344]**.

F. *Declaration of Stacy Campos in Further Support of Reorganized Debtors' One Hundred Eighteenth Omnibus Objection to Claims (Charmbury Claims)* **[Dkt. 13345]**.

G. *Declaration of Herb Baer in Connection with Reorganized Debtors' One Hundred Eighteenth Omnibus Objection to Claims (Charmbury Claims)* **[Dkt. 13346]**.

Status: This matter has been continued to January 10, 2023 pursuant to Order **[Dkt. 13356]**.

3. **119th Omnibus Objection (No Liability):** *Reorganized Debtors' One Hundred Nineteenth Omnibus Objection to Claims (No Liability Claims)* **[Dkt. 13238]**.

Response Received:

H. [Froymovich] *Response to the Reorganized Debtors' One Hundred Nineteenth Omnibus Objection to Claims (No Liability Claims)* **[Dkt. 13297]**.

Status: This Objection has been removed from the calendar pursuant to Request for Default **[Dkt. 13347]** and Order **[Dkt. 13350]**.

4. **Late-Claim Motion (Fife):** *Motion to Allow/Deem Timely Late Filing of Proof of Claim by Justin Fife, et al.; Memorandum of Points and Authorities in Support Thereof; Declaration of Justin Fife* **[Dkt. 13285]**.

Status: This Objection has been resolved pursuant to Stipulation **[Dkt. 13323]** and Order **[Dkt. 13333]**.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: December 19, 2022

**WEIL, GOTSHAL & MANGES LLP
KELLER BENVENUTTI KIM LLP**

By: */s/ Thomas B. Rupp*
 Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119