# Notice Recipients

District/Off: 0971−3     User: admin     Date Created: 12/19/2022
Case: 19−30088     Form ID: pdfeoc     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
15322330     Ricky D. Horton     751 Rosemary Court     Fairfield, CA 94533

TOTAL: 1