

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**December 20, 2022**

Mark B. Busby, Clerk of Court
United States District Court
Phillip Burton Federal Building &
United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

District Court Appeal Number:

**22-cv-06367-HSG**

Re: Transmission of Document(s) on Appeal:

**PG&E Corporation and Pacific Gas and Electric Company, Case No. 19-30088-DM, Judge Dennis Montali**

Dear Clerk:

We are transferring the following document(s) to your Court for the above referenced appeal:

Order Denying Information Requests of Ricky-Dean Horton - (dkt, #13371)

If you have any questions, please contact me at **(415) 268-2373** .

Edward Emmons, Clerk
United States Bankruptcy Court

By: */s/ DaWana Chambers*
_____
DaWana Chambers  Deputy Clerk

Case: 19-30088   Doc# 13375   Filed: 12/20/22   Entered: 12/20/22 10:45:44   Page 1 of 1