

Signed and Filed: December 19, 2022

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER DENYING INFORMATION REQUESTS OF RICKY-DEAN HORTON**

On December 9, 2022, the court received a motion from Ricky-Dean Horton ("Motion") (Dkt. 13328) seeking, in part, to compel the Clerk of Court to provide information and records relating to the orders at Dkts. 11135, 11154, 11244, 11386. Namely, Mr. Horton demands information regarding the authorship of those orders, how the orders were put on the docket, who reviewed the orders, and "[h]ow each order . . . [is] approved

-1-

and by whose authority (sic) approves the order for an electronic stamp of the judge."

Mr. Horton provides no basis for these requests, nor any authority which would entitle him to the requested information.

For the sake of clarity, all orders specified by Mr. Horton were issued by the court. No attorney submitted those orders to the court for review and signature.

The court also refers Mr. Horton to its prior *Order Clarifying Order Regarding Motion for Reconsideration by Ricky D. Horton* (Dkt. 11154). That Order addressed Mr. Horton's prior concerns regarding the origin and validity of the court's electronic stamp: "The format and appearance of the Reconsideration Order is entirely consistent with the practice of this court since electronic filing has been in place. There is no "wet" signature of the presiding judge; the signature is applied electronically only after the judge approves and authorizes the filing. There was no fraud on the court or other impropriety with the order." This explanation of the court's procedures for electronically signed orders remains the same.

To the extent Mr. Horton remains unsatisfied with court procedure, he is invited to examine all procedures available on the Bankruptcy Court for the Northern District of California's website, available at https://www.canb.uscourts.gov/.

Accordingly, it is hereby ORDERED that:

1. The court will not place on the docket any future request by Mr. Horton for information regarding internal court processes;

2. The clerk of court is directed to add a copy of this order to Mr. Horton's designation of the record (Dkt. 13340) on his appeal to the district court (22-cv-06367-HSG).

**\*\*END OF ORDER\*\***

COURT SERVICE LIST

Ricky-Dean Horton
751 Rosemary Court
Fairfield, CA 94533

-4-

# Notice Recipients

District/Off: 0971–3  User: admin  Date Created: 12/19/2022
Case: 19–30088  Form ID: pdfeoc  Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
15322330  Ricky D. Horton  751 Rosemary Court  Fairfield, CA 94533

TOTAL: 1