William B. Abrams
end2endconsulting@gmail.com
2041 Stagecoach Rd.
Santa Rosa, CA, 95404
Tel: 707 397 5727

*Pro Se Fire Victim Claimant and Party to related proceedings before the California Public Utilities Commission and the California Office of Energy Infrastructure Safety*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>                      Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankr. Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br><br><br>**SUPPLEMENTAL STATEMENT OF WILLIAM B. ABRAMS IDENTIFYING CUSIP SEARCH RESULTS RELATED TO FIRE VICTIM CLAIM AND CASE NUMBER 19-30088(DM)**<br><br>Related to: Dkt. 13374 |

# SUPPLEMENTAL STATEMENT

After filing the "Statement of William B. Abrams Identifying CUSIP Search Results Related to Fire Victim Claim and Case Number 19-30088(DM)" (the "**Statement**") [Dkt. 13374], I received an email from Trustee counsel requesting that I withdraw the statement by 12pm today. This email also provided a very unequivocal response and clarification which stated that "*the Trust has not, does not and will not transfer, pledge, hypothecate or otherwise securitize any fire victim assets/claim, including your own.*" This part of the response was a very welcome relief given my significant concerns regarding these CUSIP search results. However, because of this email request, I feel it is important to file this supplemental statement to clarify a few points that may not have been clear from the earlier statement.

First, I want to make absolutely clear that there are no conclusions that can be drawn from this limited report regarding who or how there is this apparent association between my claim, this case and this PGIM Income Builder Fund (PCLRX). This is why I stated the following in bold letters at the top of this statement:

> *"Abrams draws no conclusions from these search results but is very concerned regarding the potential implications from the seemingly undisclosed and unauthorized "securitization" of Fire Victim Claims."*

When I received this report, I was shocked to see this association between my claim, this case and the PGIM Income Builder Fund as reflected in Exhibit A of my earlier Statement. **Given the subsequent email that I received from Trustee counsel, I certainly take the Trustee's word that she did not direct the securitization of my claim or other victim claims.** However, I believe it is important to understand how, who and why this claim and apparently other claims are being associated with these CUSIP numbers and perhaps securitized through these types of funds. After filing this initial Statement, I have also been made aware that many other victims awaiting their Trust payments this holiday season have learned that some sort of Qualified Settlement Fund (QSF) was set up by their attorneys in their name for which they were unaware but nonetheless is holding up the disbursement of their funds. Yes, I do not have the financial expertise nor the legal expertise to investigate and/or otherwise ascertain the origin of this apparent securitization which is a primary reason I filed the Statement. **However, I felt it would be irresponsible of me to withhold this**

**information from the Court and core parties once I received this report particularly if this pointed to a pattern of how victims' claims may have been treated.**

Secondly, I want to unequivocally state that the purpose of my Statement was to make this information available to core parties and to request their support to whatever extent they feel it is appropriate to do so in order to understand how these CUSIP numbers were assigned and how they may have been used to securitize victim claims. This report provided to me, while lacking in detail, should certainly provide a basis for further inquiry and good cause to ascertain if and how victim claims may have been used and the potential implications to the Plan and the Fire Victim Trust. As the Court is aware, my prior motions for discovery and disclosures were ardently opposed by the Trustee and certain core parties so I thought that this alternate approach of filing a "statement" to request support from the Court and the Trustee might be more welcome.

Lastly, I would like to make clear that myself and many other victims continue to be extremely concerned, dismayed and disheartened by the lack of transparency from the Trust. If the Trusts' expenditures, incentive structures (inverse condemnation claims, attorney fee structures, contractor fee structures, etc.) and related activities (lobbying, PR, regulatory, etc.) were open and available for victims to see then this type of inquiry might not be necessary. The lack of Trust reporting of expenditures on Federal and State tax documents has also made it difficult for victims to understand costs related to the management of their Trust. While victims have just learned this week that they will not get Federal tax relief for their settlement funds, they also have learned that the Trust and those paid through the Trust have to disclose very little through their related tax filings. All of this is to further demonstrate that it is only because the Fire Victim Trust has been cloaked in confidentiality protocols, protective orders, redacted agreements and other carefully designed nondisclosure terms that we must decipher things like this CUSIP report to try and gain some vague understanding regarding the actions and financial incentives of those parties representing our interests within this case.

As we enter the holiday season and prepare for a new year, victims strain to make ends meet without any expectation if and when they will be able to pay medical bills or rebuild their homes. Still other victims struggle to put food on the table while they await their settlement funds. Given this heart-wrenching context, I continue to encourage the Trust and all parties representing the interests of victims to be more transparent with their costs, fees and related incentive structures. If

there is unauthorized securitization of claims through these CUSIP numbers, victims should be informed. Most importantly, I encourage Trust representatives, Trust Oversight Committee members and core parties to provide victims with more clarity regarding the timing and likelihood of paid-in-full "make whole" disbursements.

Executed on December 21, 2022, at Santa Rosa, CA.

Respectfully submitted,

_____
William B. Abrams
Pro Se Claimant