United States Bankruptcy Court
Northern District of California

In re:

Case No. 19-30088-DM

PG&E Corporation

Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-3             User: admin             Page 1 of 22

Date Rcvd: Dec 19, 2022             Form ID: pdfeoc             Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**             **Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 15322330 | + | Ricky D. Horton, 751 Rosemary Court, Fairfield, CA 94533-1450 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2022             Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron C. Smith | |
| | on behalf of Creditor California Insurance Guarantee Association asmith@lockelord.com  autodocket@lockelord.com |
| Aaron J. Mohamed | |
| | on behalf of Plaintiff Mark Elward ajm@brereton.law  aaronmohamedlaw@gmail.com |
| Aaron L. Agenbroad | |
| | on behalf of Interested Party GE Grid Solutions  LLC alagenbroad@jonesday.com, saltamirano@jonesday.com |
| Abigail O'Brient | |
| | on behalf of Creditor Marin Clean Energy aobrient@mintz.com  docketing@mintz.com |
| Adam Malatesta | |
| | on behalf of Interested Party Dynegy Marketing and Trade  LLC adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com |
| Adam C. Harris | |

on behalf of Creditor Centerbridge Partners  L.P. adam.harris@srz.com

Alaina R. Heine

on behalf of Interested Party State Farm Mutual Automobile Insurance Company alaina.heine@dechert.com
brett.stone@dechert.com

Alan Greenberg

on behalf of Other Prof. Cathy Yanni agreenberg@ggtriallaw.com

Alan D. Smith

on behalf of Creditor Puget Sound Energy  Inc. adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com

Alan J. Stone

on behalf of Creditor Committee Official Committee Of Unsecured Creditors AStone@milbank.com
DMcCracken@Milbank.com

Alan W. Kornberg

on behalf of Creditor California Public Utilities Commision akornberg@paulweiss.com

Alexander James Demitro Lewicki

on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders alewicki@diemerwei.com

Alexander James Demitro Lewicki

on behalf of Defendant The Ad Hoc Group of Subrogation Claim Holders kdiemer@diemerwei.com

Alexandra S. Horwitz

on behalf of Interested Party G4S Secure Integration LLC allie.horwitz@dinsmore.com

Alicia Clough

on behalf of Interested Party California Power Exchange Corporation aclough@loeb.com

Alicia D. O'Neill

on behalf of Creditor Wildfire Class Claimants aoneill@wattsguerra.com  cwilson@wattsguerra.com

Alisa C. Lacey

on behalf of Creditor Public Advocates Office at the California Public Utilities Commission alisa.lacey@stinson.com
karen.graves@stinson.com

Amanda Jereige

on behalf of Interested Party City of San Jose  California AJereige@winston.com, amanda-jereige-5954@ecf.pacerpro.com

Amy C. Quartarolo

on behalf of Intervenor Crockett Cogeneration amy.quartarolo@lw.com

Amy L. Goldman

on behalf of Creditor RE Astoria LLC goldman@lbbslaw.com

Amy S. Park

on behalf of Interested Party First Solar  Inc. amy.park@skadden.com

Andrea Crowl

on behalf of Creditor Thomas Atkinson acrowl@dbbwc.com

Andrea Wong

on behalf of Creditor Pension Benefit Guaranty Corporation wong.andrea@pbgc.gov  efile@pbgc.gov

Andrew Jones

on behalf of Creditor Sencha Funding  LLC andrew@ajoneslaw.com

Andrew Van Ornum

on behalf of Creditor Bradley Concrete avanornum@vlmglaw.com  hchea@vlmglaw.com

Andrew Yaphe

on behalf of Creditor Citibank N.A.  as Administrative Agent for the Utility Revolving Credit Facility
andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com

Andrew David Behlmann

on behalf of Interested Party Public Employees Retirement Association of New Mexico abehlmann@lowenstein.com
elawler@lowenstein.com

Andrew G. Devore

on behalf of Interested Party Elliott Management Corporation andrew.devore@ropesgray.com  nova.alindogan@ropesgray.com

Andrew H. Levin

on behalf of Creditor Marin Clean Energy alevin@wcghlaw.com

Andrew H. Morton

on behalf of Creditor Mustang Project Companies andrew.morton@stoel.com  lisa.petras@stoel.com

Andrew I. Silfen

on behalf of Interested Party BOKF  NA andrew.silfen@arentfox.com

Andrew Michael Leblanc

on behalf of Creditor Committee Official Committee Of Unsecured Creditors ALeblanc@milbank.com

Andy S. Kong

on behalf of Creditor Genesys Telecommunications Laboratories  Inc. kong.andy@arentfox.com, Yvonne.Li@arentfox.com

Ankur Mandhania

on behalf of Creditor BNP Paribas amandhania@mayerbrown.com

Anna Kordas

on behalf of stockholders PG&E Shareholders akordas@jonesday.com  mmelvin@jonesday.com

Annadel A. Almendras

on behalf of Interested Party California Department of Toxic Substances Control annadel.almendras@doj.ca.gov

Anne Andrews

on behalf of Creditor Agajanian  Inc. aa@andrewsthornton.com, aandrews@andrewsthornton.com

Anne Costin

on behalf of Creditor Todd Hearn anne@costinlawfirm.com

Anthony P. Cali

on behalf of Creditor Public Advocates Office at the California Public Utilities Commission anthony.cali@stinson.com
lindsay.petrowski@stinson.com

Antonio Yanez, Jr.

on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders ayanez@willkie.com

Aram Ordubegian

on behalf of Interested Party BOKF  NA Ordubegian.Aram@ArentFox.com

Aron M. Oliner

on behalf of Creditor ArborMetrics Solutions  LLC roliner@duanemorris.com, dmicros@duanemorris.com

Ashley Vinson Crawford

on behalf of Creditor Ad Hoc Committee of Senior Unsecured Creditors of Pacific Gas and Electric Company
avcrawford@akingump.com  dkrasa-berstell@akingump.com

Bao M. Vu

on behalf of Intervenor Capital Dynamics  Inc. bao.vu@stoel.com, sharon.witkin@stoel.com

Barry A. Chatz

on behalf of Creditor SBA Steel II  LLC barry.chatz@saul.com, barry.chatz@gmail.com

Barry S. Glaser

on behalf of Creditor Sonoma County Treasurer & Tax Collector bglaser@salvatoboufadel.com

Benjamin Mintz

on behalf of Interested Party AT&T Corp. benjamin.mintz@arnoldporter.com  valerie.foley@arnoldporter.com

Benjamin P. McCallen

on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders bmccallen@willkie.com

Bennett G. Young

on behalf of Creditor Mizuho Bank  Ltd. byoung@jmbm.com, jb8@jmbm.com

Bennett J. Murphy

on behalf of Creditor Canyon Capital Advisors LLC bmurphy@bennettmurphylaw.com

Bernard Kornberg

on behalf of Interested Party Certain Interested Underwriters at Lloyds  London subscribing to Apollo Liability Consortium 9984
bernard.kornberg@practus.com

Bonnie E. Kane

on behalf of Creditor Carenet Pregnancy Center of Paradise  Incorporated bonnie@thekanelawfirm.com,
skane@thekanelawfirm.com

Brad T. Summers

on behalf of Creditor Pacific Mobile Structures  Inc. docketing-pdx@lanepowell.com

Bradley C. Knapp

on behalf of Creditor International Brotherhood of Electrical Workers Local Union 1245 bknapp@lockelord.com
Yamille.Harrison@lockelord.com

Bradley R. Schneider

on behalf of Interested Party PG&E Holdco Group bschneider@kbkfirm.com

Brandt Silver-Korn

on behalf of Creditor Numerous Victims of the Camp Fire bsilverkorn@edelson.com  docket@edelson.com

Brandy A. Sargent

on behalf of Creditor CN Utility Consulting  Inc. brandy.sargent@klgates.com, docketclerk@stoel.com

Brendan M. Kunkle

on behalf of Creditor Daniel Kosta as Guardian Ad Litem for Minor Child M.K. bkunkle@abbeylaw.com, lmeyer@abbeylaw.com

Brett D. Fallon
on behalf of Creditor Quest Diagnostics Health & Wellness LLC bfallon@morrisjames.com wweller@morrisjames.com

Brian Gregory
on behalf of Creditor Zackary Fernandez b.gregory@veenfirm.com EL.Team@Veenfirm.com

Brian D. Huben
on behalf of Creditor Campos EPC LLC hubenb@ballardspahr.com, carolod@ballardspahr.com

Brian S. Conlon
on behalf of Plaintiff Anthony Gantner bsc@phillaw.com rac@phillaw.com

Brittany Zummer
on behalf of Creditor Mirna Trettevik bzummer@theadlerfirm.com nfournier@theadlerfirm.com

Brittany J. Nelson
on behalf of Creditor Michels Corporation bnelson@foley.com hsiagiandraughn@foley.com

Bryan L. Hawkins
on behalf of Interested Party Avangrid Renewables LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC bryan.hawkins@stoel.com, Sharon.witkin@stoel.com

Bryn G. Letsch
on behalf of Interested Party Everett Waining Jr. bletsch@braytonlaw.com

C. Luckey McDowell
on behalf of Interested Party Agua Caliente Solar LLC luckey.mcdowell@shearman.com

Cameron M. Gulden
on behalf of U.S. Trustee Office of the U.S. Trustee / SF cameron.m.gulden@usdoj.gov

Candace J. Morey
on behalf of Creditor California Public Utilities Commision cjm@cpuc.ca.gov

Cara M. Porter
on behalf of Interested Party California Franchise Tax Board cara.porter@doj.ca.gov rachel.patu@doj.ca.gov

Carl L. Grumer
on behalf of Other Prof. Carmel Financing LLC cgrumer@manatt.com, mchung@manatt.com

Carol C. Villegas
on behalf of Attorney Public Employees Retirement Association of New Mexico cvillegas@labaton.com NDonlon@labaton.com

Caroline A. Reckler
on behalf of Interested Party Dynegy Marketing and Trade LLC caroline.reckler@lw.com

Caroline A.H. Sayers
on behalf of Creditor Garney Pacific Inc. caroline.sayers@lathropgpm.com, patricia.johnson@lathropgpm.com

Caroline R. Djang
on behalf of Creditor City of Lafayette cdjang@buchalter.com Laurie.Verstegen@bbklaw.com

Carolyn Frederick
on behalf of Interested Party The Mosaic Company cfrederick@prklaw.com

Casey Gee
on behalf of Creditor Davin Abrahamian casey@tlopc.com

Catherine Martin
on behalf of Creditor Simon Property Group cmartin@simon.com rtucker@simon.com;bankruptcy@simon.com

Cathy Yanni
on behalf of Other Prof. Cathy Yanni cathy@cathyyanni.com pstrunk@browngreer.com

Cecily Ann Dumas
on behalf of Creditor Committee Official Committee of Tort Claimants cdumas@bakerlaw.com hhammonturano@bakerlaw.com

Chane Buck
on behalf of stockholders PG&E Shareholders cbuck@jonesday.com

Charles Cording
on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders ccording@willkie.com mao@willkie.com

Cheryl L. Stengel
on behalf of Creditor US Air Conditioning Distributors clstengel@outlook.com stengelcheryl40@gmail.com

Chris Bator
on behalf of Creditor Committee Official Committee of Tort Claimants cbator@bakerlaw.com jmcguigan@bakerlaw.com

Chris Johnstone

on behalf of Interested Party ICE NGX Canada Inc. chris.johnstone@wilmerhale.com   whdocketing@wilmerhale.com

Christian A Pereyda

on behalf of Creditor Mesa Associates  Inc. cpereyda@maynardcooper.com

Christian Paul Binder

on behalf of Creditor OPeak LLC chris@bindermalter.com   cbinder@bindermalter.com

Christina Anne Romak

on behalf of Interested Party Centaurus Capital LP christina.romak@bakerbotts.com

Christina Lin Chen

on behalf of Creditor MRO Integrated Solutions  LLC christina.chen@morganlewis.com, christina.lin.chen@gmail.com

Christopher Gessner

on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company
cgessner@akingump.com   NYMCO@akingump.com

Christopher Hughes

on behalf of Creditor Panoramic Investments chughes@nossaman.com

Christopher D. Moon

on behalf of Interested Party C.A.M.C. chris@moonlawapc.com   kevin@moonlawapc.com

Christopher E. Prince

on behalf of Interested Party CH2M HILL Engineers  Inc. cprince@lesnickprince.com

Christopher H. Hart

on behalf of Interested Party Public Entities Impacted by the Wildfires chart@nutihart.com   nwhite@nutihart.com

Christopher J. Cox

on behalf of Defendant Great Lakes Reinsurance (UK) SE chris.cox@hoganlovells.com

Christopher K.S. Wong

on behalf of Creditor Genesys Telecommunications Laboratories  Inc. christopher.wong@afslaw.com

Christopher O. Rivas

on behalf of 3rd Party Plaintiff AECOM Technical Services  Inc. crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

Courtney L. Morgan

on behalf of Creditor Pension Benefit Guaranty Corporation morgan.courtney@pbgc.gov

Craig Goldblatt

on behalf of Interested Party Canyon Capital Advisors LLC Craig.Goldblatt@wilmerhale.com   whdocketing@wilmerhale.com

Craig Margulies

on behalf of Creditor Aegion Corporation and its subsidiary entities: Corrpro Companies  Inc., Insituform Technologies, LLC and
Fibrwrap Construction Services, Inc. cmargulies@margulies-law.com, lsalazar@margulies-law.com

Craig A Burnett

on behalf of Creditor Alan Biggi cburnett@nomoredebt.com   bkecf@nomoredebt.com

Craig S. Simon

on behalf of Creditor Mid-Century Insurance Company csimon@bergerkahn.com   aketcher@bergerkahn.com

Craig Solomon Ganz

on behalf of Creditor Discovery Hydrovac ganzc@ballardspahr.com   hartt@ballardspahr.com

Dania Slim

on behalf of Creditor BANK OF AMERICA N.A dania.slim@pillsburylaw.com   melinda.hernandez@pillsburylaw.com

Daniel Robertson

on behalf of Creditor Pension Benefit Guaranty Corporation robertson.daniel@pbgc.gov   efile@pbgc.gov

Daniel Solish

on behalf of Creditor County of Stanislaus cocolaw@stancounty.com   solishd@stancounty.com

Daniel G. Egan

on behalf of Interested Party Elliott Management Corporation daniel.egan@ropesgray.com   nova.alindogan@ropesgray.com

Daniel I. Forman

on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders dforman@willkie.com

Dante Taylor

on behalf of Creditor Skyport Plaza Owners Association dtaylor@lbbklaw.com

Dara Levinson Silveira

on behalf of Debtor PG&E Corporation dsilveira@kbkllp.com   hrobertsdonnelly@kbkllp.com

Daren M Schlecter

on behalf of Creditor Jesus Mendoza daren@schlecterlaw.com   info@schlecterlaw.com

Dario de Ghetaldi

on behalf of Creditor Fire Victims deg@coreylaw.com  lf@coreylaw.com

David Emerzian

on behalf of Creditor A.J. Excavation Inc. Melany.Hertel@mccormickbarstow.com

David Holtzman

on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY david.holtzman@hklaw.com

David Levine

on behalf of Debtor PG&E Corporation dnl@groom.com

David Molton

on behalf of Other Prof. Cathy Yanni dmolton@brownrudnick.com

David Neier

on behalf of Creditor CF Inspection Management  LLC dneier@winston.com

David Wirt

on behalf of Interested Party Deutsche Bank david.wirt@hklaw.com  denise.harmon@hklaw.com

David A. Rosenzweig

on behalf of Creditor Adventist Health System/West and Feather River Hospital david.rosenzweig@nortonrosefulbright.com

David A. Wood

on behalf of Creditor SLF Fire Victim Claimants dwood@marshackhays.com  lbuchanan@marshackhays.com

David B. Levant

on behalf of Interested Party Avangrid Renewables  LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC david.levant@stoel.com, rene.alvin@stoel.com

David B. Rivkin, Jr.

on behalf of Creditor Committee Official Committee of Tort Claimants drivkin@bakerlaw.com  jmeeks@bakerlaw.com

David I. Kornbluh

on behalf of Creditor De Anza Tile Co.  Inc. dkombluh@venturahersey.com, jpatterson@venturahersey.com

David J. Richardson

on behalf of Creditor Committee Official Committee of Tort Claimants drichardson@bakerlaw.com  aagonzalez@bakerlaw.com

David L. Neale

on behalf of Attorney Levene  Neale, Bender, Yoo & Golubchik L.L.P. dln@lnbyg.com

David M. Feldman

on behalf of Creditor Ad Hoc Committee of Holders of Trade Claims DFeldman@gibsondunn.com

David M. Reeder

on behalf of Creditor City of American Canyon david@reederlaw.com  secretary@reederlaw.com

David M. Stern

on behalf of Interested Party NextEra Energy Inc.  et al. dstern@ktbslaw.com

David Matthew Guess

on behalf of Creditor Centerbridge Partners  L.P. dguess@buchalter.com

David P. Matthews

on behalf of Creditor Fire Victims jrhoades@thematthewslawfirm.com  aharrison@thematthewslawfirm.com

David W. Moon

on behalf of Creditor Mizuho Bank  Ltd. lacalendar@stroock.com, mmagzamen@stroock.com

David Walter Wessel

on behalf of Creditor Marina Gelman DWessel@efronlawfirm.com  hporter@chdlawyers.com

Debra I. Grassgreen

on behalf of Creditor Debra Grassgreen hphan@pszjlaw.com

Debra I. Grassgreen

on behalf of Interested Party The Baupost Group  L.L.C. dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Dennis F. Dunne

on behalf of Creditor Committee Official Committee Of Unsecured Creditors ddunne@milbank.com  jbrewster@milbank.com

Dennis F. Dunne

on behalf of Interested Party Official Committee Of Unsecured Creditors cprice@milbank.com  jbrewster@milbank.com

Destiny N. Almogue

on behalf of Intervenor Mojave Solar LLC Destiny.Almogue@skadden.com  wendy.lamanna@skadden.com

Diane C. Stanfield

on behalf of Creditor Fulcrum Credit Partners LLC diane.stanfield@alston.com  nelly.villaneda@alston.com

Donald H. Cram, III

on behalf of Interested Party HDI Global Specialty SE dhc@severson.com

Donald W. Ullrich, Jr.
     on behalf of Creditor Karyn Newmark Charmbury ullrichlawfirm@att.net

Donna Taylor Parkinson
     on behalf of Creditor Outback Contractors  Inc. donna@parkinsonphinney.com

Douglas Wolfe
     on behalf of Creditor ASM Capital X LLC asm@asmcapital.com

Douglas B. Provencher
     on behalf of Interested Party Provencher & Flatt dbp@provlaw.com

Douglas S. Crosno
     on behalf of Defendant Great Lakes Reinsurance (UK) SE douglas.crosno@hoganlovells.com

Dow Wakefield Patten
     on behalf of Creditor Angela Ramirez dow@forthrightlaw.com

Drew M. Widders
     on behalf of Attorney Molin-Wilcoxen Camp Fire Victims Group dwidders@wilcoxenlaw.com  nina@wilcoxenlaw.com

Duane Kumagai
     on behalf of Creditor Mesa Associates  Inc. dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com

Duane M. Geck
     on behalf of Interested Party HDI Global Specialty SE dmg@severson.com

Dustin M. Dow
     on behalf of Creditor Committee Official Committee of Tort Claimants ddow@bakerlaw.com  jmcguigan@bakerlaw.com

Edward J. Leen
     on behalf of Creditor Jefferies Leveraged Credit Products  LLC eleen@mkbllp.com

Edward J. Tredinnick
     on behalf of Creditor City and County of San Francisco etredinnick@foxrothschild.com

Edward Joseph McNeilly
     on behalf of Interested Party Pacific Investment Management Company LLC edward.mcneilly@hoganlovells.com verbon.davenport@hoganlovells.com

Edward R. Huguenin
     on behalf of Creditor K. Hovnanian California Region  Inc., et al ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com

Elisa Tolentino
     on behalf of Creditor City of San Jose cao.main@sanjoseca.gov

Elizabeth Graham
     on behalf of Creditor Manulife Investment Management egraham@gelaw.com

Elizabeth A. Green
     on behalf of Creditor Committee Official Committee of Tort Claimants egreen@bakerlaw.com  orlbankruptcy@bakerlaw.com

Elizabeth J. Cabraser
     on behalf of Creditor Lore Olds ecabraser@lchb.com  awolf@lchb.com

Elizabeth Lee Thompson
     on behalf of Interested Party The Okonite Company ethompson@stites.com  docketclerk@stites.com

Elizabeth M. Guffy
     on behalf of Creditor Dashiell Corporation eguffy@lockelord.com  autodocket@lockelord.com

Elliot Adler
     on behalf of Creditor Mirna Trettevik eadler@theadlerfirm.com  bzummer@theadlerfirm.com

Elyssa S. Kates
     on behalf of Creditor Committee Official Committee of Tort Claimants ekates@bakerlaw.com

Emily P. Rich
     on behalf of Creditor Engineers and Scientists of California  Local 20, IFPTE erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

Emily Sarah Levin
     on behalf of Creditor Vaughn Wright elevin@levinlawgroupplc.com

Eric A. Grasberger
     on behalf of Plaintiff JH Kelly  LLC eric.grasberger@stoel.com, docketclerk@stoel.com

Eric A. Gravink
     on behalf of Creditor Csaba Wendel Mester eric@rhrc.net

Eric A. Nyberg
     on behalf of Creditor Skyway Fuels  Inc. e.nyberg@kornfieldlaw.com, g.michael@kornfieldlaw.com

Eric D. Goldberg
on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors eric.goldberg@dlapiper.com
eric-goldberg-1103@ecf.pacerpro.com

Eric E. Sagerman
on behalf of Creditor Committee Official Committee of Tort Claimants esagerman@bakerlaw.com

Eric G. Young
on behalf of Creditor Benjamin Jude Wylie eyoung@dcalaw.com Jackie@dcalaw.com

Eric J. Seiler
on behalf of Interested Party The Baupost Group  L.L.C. eseiler@fklaw.com, mclerk@fklaw.com

Eric R. Goodman
on behalf of Other Prof. Cathy Yanni egoodman@bakerlaw.com

Eric R. Wilson
on behalf of Creditor Kompogas SLO LLC kdwbankruptcydepartment@kelleydrye.com  ewilson@kelleydrye.com

Eric S. Goldstein
on behalf of Interested Party Gartner  Inc. egoldstein@goodwin.com

Erica Lee
on behalf of Creditor California Department of Parks and Recreation Erica.Lee@doj.ca.gov

Erica L. Kerman
on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders ekerman@willkie.com

Erika L. Morabito
on behalf of Creditor Michels Corporation emorabito@foley.com  hsiagiandraughn@foley.com

Erin Elizabeth Dexter
on behalf of Creditor Committee Official Committee Of Unsecured Creditors edexter@milbank.com

Erin N. Brady
on behalf of Creditor Yurok Tribe erin.brady@hoganlovells.com

Estela O. Pino
on behalf of Attorney Dreyer Babich Buccola Wood Campora LLP epino@epinolaw.com  rmahal@epinolaw.com

Evan C. Borges
on behalf of Other Prof. John K. Trotter eborges@ggtriallaw.com  cwinsten@ggtriallaw.com

Eve H. Karasik
on behalf of Creditor Traffic Management  Inc. ehk@lnbyb.com

Evelina Gentry
on behalf of Creditor Transwestern Pipeline Company  LLC evelina.gentry@akerman.com

Francis J. Lawall
on behalf of Interested Party HydroChemPSC francis.lawall@troutman.com  susan.henry@troutman.com

Francis O. Scarpulla
on behalf of Creditor Camp Fire Claimants fos@scarpullalaw.com  cpc@scarpullalaw.com

Frank Busch
on behalf of Interested Party Public Employees Retirement Association of New Mexico busch@wvbrlaw.com
pallister@wvbrlaw.com

Frank A. Merola
on behalf of Creditor JPMorgan Chase Bank  N.A., as DIP Administrative Agent lacalendar@stroock.com,
mmagzamen@stroock.com

Frank Thomas More Catalina
on behalf of Creditor Various Rescission and Damages Claimants fcatalina@rksllp.com

G. Larry Engel
on behalf of Creditor Sonoma Clean Power Authority larry@engeladvice.com

Gabriel Ozel
on behalf of Attorney Gabriel Ozel gabeozel@gmail.com

Gabriel I. Glazer
on behalf of Interested Party The Baupost Group  L.L.C. gglazer@pszjlaw.com

Gabrielle Glemann
on behalf of Intervenor Capital Dynamics  Inc. gabrielle.glemann@stoel.com, rene.alvin@stoel.com

Gabrielle L. Albert
on behalf of Defendant PG&E Corporation galbert@kbkllp.com

Gary D. Underdahl
on behalf of Creditor Sunbelt Rentals  Inc. gunderdahl@askllp.com, lmiskowiec@askllp.com

Geoffrey A. Heaton

on behalf of Creditor ArborMetrics Solutions LLC gheaton@duanemorris.com, dmicros@duanemorris.com

Geoffrey B. Dryvynsyde

on behalf of Creditor California Public Utilities Commision gbd@cpuc.ca.gov geoffrey.dryvynsyde@cpuc.ca.gov

Geoffrey E. Marr

on behalf of Creditor Mirna Trettevik gemarr59@hotmail.com

Geoffrey S. Stewart

on behalf of stockholders PG&E Shareholders gstewart@jonesday.com mmelvin@jonesday.com

George H. Kalikman

on behalf of Interested Party Compass Lexecon LLC sdavenport@schnader.com

Gerald Singleton

on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors gerald@slffirm.com
BKECFCANB@SLFfirm.com

Gerald P. Kennedy

on behalf of Creditor Agile Sourcing Partners Inc. gerald.kennedy@procopio.com, kristina.terlaga@procopio.com

Gerard T. Cicero

on behalf of Other Prof. John K. Trotter GCicero@brownrudnick.com NKhalatova@brownrudnick.com

Gerardo Mijares-Shafai

on behalf of Interested Party AT&T Corp. Gerardo.Mijares-Shafai@arnoldporter.com kenneth.anderson@arnoldporter.com

Gregg M. Galardi

on behalf of Interested Party Elliott Management Corporation gregg.galardi@ropesgray.com nova.alindogan@ropesgray.com

Gregory Plaskett

on behalf of Creditor Murga Strange & Chalmers, Inc. GREGORY.PLASKETT@GMAIL.COM

Gregory A. Bray

on behalf of Creditor Committee Official Committee Of Unsecured Creditors gbray@milbank.com

Gregory A. Rougeau

on behalf of Creditor Gregory Frase Enterprises Inc. dba Kortick Manufacturing Company grougeau@brlawsf.com

Gregory C. Nuti

on behalf of Creditor Butte County chart@nutihart.com nwhite@nutihart.com

Gregory K. Jones

on behalf of Creditor Elster American Meter Company LLC GJones@dykema.com, cacossano@dykema.com

Gregory M. Salvato

on behalf of Creditor International Church of the Foursquare Gospel gsalvato@salvatolawoffices.com
calendar@salvatolawoffices.com

Gregory P. Waters

on behalf of Interested Party Kathleen McBride gwaters@elllaw.com gregorywatersesq@gmail.com

Guy L. Watts, II

on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the
Camp Fire Litigation gwatts@wattsguerra.com cwilson@wattsguerra.com

Hagop T. Bedoyan

on behalf of Creditor KINGS RIVER WATER ASSOCIATION hagop.bedoyan@mccormickbarstow.com ecf@kleinlaw.com

Hannah C. Kreuser

on behalf of Creditor New West Partitions hkreuser@porterlaw.com ooberg@porterlaw.com

Harriet A. Steiner

on behalf of Creditor Valley Clean Energy Alliance harriet.steiner@bbklaw.com claudia.peach@bbklaw.com

Harvey S. Schochet

on behalf of Creditor City of San Jose Harveyschochet@dwt.com

Heinz Binder

on behalf of Creditor Almendariz Consulting Inc. heinz@bindermalter.com

Herb Baer

hbaer@primeclerk.com ecf@primeclerk.com

Howard J. Steinberg

on behalf of Interested Party HercRentals steinbergh@gtlaw.com pearsallt@gtlaw.com

Howard S. Nevins

on behalf of Creditor Eagle Ridge Preserve LLC lsamosa@hsmlaw.com

Hugh M. Ray, III

on behalf of Creditor Chevron Products Company a division of Chevron U.S.A. Inc. hugh.ray@pillsburylaw.com

District/off: 0971-3
User: admin
Page 10 of 22

Date Rcvd: Dec 19, 2022
Form ID: pdfeoc
Total Noticed: 1

nancy.jones@pillsburylaw.com

Huonganh Annie Duong

on behalf of Creditor A.J. Excavation Inc. annie.duong@mccormickbarstow.com  dawn.houston@mccormickbarstow.com

Iain A. Macdonald

on behalf of Interested Party Iain A. Macdonald imac@macfern.com  6824376420@filings.docketbird.com

Ivan C. Jen

on behalf of Interested Party Synergy Project Management  Inc. ivan@icjenlaw.com

J. Eric Ivester

on behalf of Interested Party Atlantica Yield plc Andrea.Bates@skadden.com

J. Eric Ivester

on behalf of Intervenor First Solar  Inc. Eric.Ivester@skadden.com, Andrea.Bates@skadden.com

J. Noah Hagey

on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company
hagey@braunhagey.com  tong@braunhagey.com

J. Russell Cunningham

on behalf of Attorney J Russell Cunningham rcunningham@dnlc.net  emehr@dnlc.net

Jack A. Reitman

on behalf of Plaintiff Chico Rent-A-Fence srichmond@lgbfirm.com

Jacob M. Faircloth

on behalf of Creditor Aztrack Construction Corporation jacob@bfolegal.com

Jacob Taylor Beiswenger

on behalf of Interested Party Department of Finance for the State of California jbeiswenger@omm.com  llattin@omm.com

Jacquelyn H. Choi

on behalf of Creditor County of Santa Clara Department of Tax and Collections jacquelyn.choi@rimonlaw.com
docketing@rimonlaw.com

Jae Angela Chun

on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the
Camp Fire Litigation ajc@chun.law

Jaime Godin

on behalf of Plaintiff Allco Renewable Energy Limited Jtouchstone@fddcm.com

James C. Behrens

on behalf of Creditor Committee Official Committee Of Unsecured Creditors jbehrens@milbank.com  mkoch@milbank.com

James D. Curran

on behalf of Creditor Liberty Mutual Insurance Company jcurran@wolkincurran.com  dstorms@wolkincurran.com

James J. Ficenec

on behalf of Creditor Exponent  Inc. James.Ficenec@ndlf.com

James J. Mazza, Jr.

on behalf of Intervenor Mojave Solar LLC james.mazza@skadden.com  wendy.lamanna@skadden.com

James L. Bothwell

on behalf of Creditor K. Hovnanian California Region  Inc., et al jbothwell@huegeninkahn.com, jguzman@huegeninkahn.com

James M. Davis

on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the
Camp Fire Litigation jdavis@cglaw.com

James O. Johnston

on behalf of stockholders PG&E Shareholders jjohnston@jonesday.com

James P. Frantz

on behalf of Creditor Camp Fire Claimants rosa@frantzlawgroup.com

James P. Hill

on behalf of Creditor Darlene Gay Hancock hill@sullivanhill.com  bkstaff@sullivanhill.com

Jamie P. Dreher

on behalf of Creditor A. Teichert & Son  Inc. d/b/a Teichert Aggregates jdreher@downeybrand.com

Jan D. Sokol

on behalf of Creditor Liberty Mutual Insurance Company jdsokol@lawssl.com

Jane Kim

on behalf of Debtor PG&E Corporation jkim@kbkllp.com

Jane Luciano

on behalf of Creditor Jane Luciano jane-luciano@comcast.net

Jane G. Kearl
on behalf of Creditor Barnard Pipeline Inc. jkearl@watttieder.com, jbenton@watttieder.com

Janet D. Gertz
on behalf of Creditor PaR Systems LLC jgertz@btlaw.com

Jared D. Bissell
on behalf of Creditor Osmose Utilities Services Inc. jared.bissell@troutman.com

Jason Blumberg
on behalf of U.S. Trustee Office of the U.S. Trustee / SF jason.blumberg@usdoj.gov ustpregion17.sf.ecf@usdoj.gov

Jason Borg
on behalf of Creditor Grant Smelser jborg@jasonborglaw.com

Jason C. Rubinstein
on behalf of Interested Party The Baupost Group L.L.C. jrubinstein@fklaw.com, mclerk@fklaw.com

Jason D. Strabo
on behalf of Interested Party Individual Officers Anthony F. Earley Jr., Geisha J. Williams, Nickolas Stavropoulos, Julie M. Kane, Christopher P. Johns, Patrick M. Hogan, David Thomason, and Dinyar Mistry jstrabo@mwe.com

Jason J. Granskog
on behalf of Creditor Linda Wright jgranskog@bowlesverna.com tohl@bowlesverna.com

Jason P. Williams
on behalf of Creditor Clear Blue Insurance Company maryanne@wplgattorneys.com

Jay Harker
on behalf of Interested Party Catlin Specialty Insurance Company jharker@clausen.com mgenova@clausen.com

Jay M. Ross
on behalf of Interested Party The City of Oakland jross@hopkinscarley.com nsvoboda@hopkinscarley.com

Jeffrey Aaron Dubbin
on behalf of Interested Party Public Employees Retirement Association of New Mexico jdubbin@labaton.com echan-lee@labaton.com

Jeffrey C. Krause
on behalf of Creditor Topaz Solar Farms LLC jkrause@gibsondunn.com

Jeffrey K. Garfinkle
on behalf of Creditor Henkels & McCoy Inc. jgarfinkle@buchalter.com

Jeffrey M. Reisner
on behalf of Creditor Davey Tree Expert Co. Davey Tree Surgery Co. and Davey Resource Group, Inc. jreisner@irell.com, #-FirmPSDocketing@Steptoe.com

Jennifer Feldsher
on behalf of Creditor The State of Oregon by and through the Oregon Investment Council on behalf of each of the Oregon Public Employees Retirement Fund Common School Fund, Oregon Short Term Fund and Industrial Accident Fu jennifer.feldsher@morganlewis.com

Jennifer C. Hayes
on behalf of Creditor Aggreko jhayes@fhlawllp.com

Jennifer L. Mersing
on behalf of Interested Party Avangrid Renewables LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC jennifer.mersing@stoel.com, lisa.petras@stoel.com

Jennifer N. Slocum
on behalf of Creditor Mustang Project Companies jennifer.slocum@stoel.com docketclerk@stoel.com

Jennifer V. Doran
on behalf of Creditor Telvent USA LLC jdoran@hinckleyallen.com

Joana Fang
on behalf of Creditor Fire Victims jf@kbklawyers.com icd@kbklawyers.com

Joel S. Miliband
on behalf of Other Prof. Cathy Yanni jmiliband@brownrudnick.com

John A. Moe, II
on behalf of Interested Party Capital Power Corporation john.moe@dentons.com glenda.spratt@dentons.com

John A. Vos
on behalf of Interested Party John A. Vos InvalidEMailECFonly@gmail.com PrivateECFNotice@gmail.com

John B. Coffman
on behalf of Interested Party AARP john@johncoffman.net

John C. Thornton
on behalf of Creditor Agajanian Inc. jct@andrewsthornton.com, aandrews@andrewsthornton.com

John E. Lattin

on behalf of Creditor David Alonzo jlattin@ostergar.com  cslovenec@ostergar.com

John H. MacConaghy

on behalf of Creditor Committee Official Committee of Tort Claimants macclaw@macbarlaw.com
smansour@macbarlaw.com;kmuller@macbarlaw.com

John L. Jones, II

on behalf of Creditor City of Orange Cove JJones@chwlaw.com  JLJones2@outlook.com

John Leland Murphree

on behalf of Creditor Mesa Associates  Inc. LMurphree@maynardcooper.com, mshabpareh@maynardcooper.com

John P. Dillman

on behalf of Creditor Harris County houston_bankruptcy@publicans.com

John R. Rizzardi

on behalf of Creditor Winding Creek Solar LLC kcoselman@cairncross.com  tnguyen@cairncross.com

John W. Mills, III

on behalf of Creditor BrightView Enterprise Solutions  LLC jmills@joneswalker.com

John William Lucas

on behalf of Interested Party The Baupost Group  L.L.C. ocarpio@pszjlaw.com

Jon T. Givens

on behalf of Creditor Wildfire Class Claimants givensjt@gmail.com  cwilson@wattsguerra.com

Jonathan Hughes

on behalf of Interested Party AT&T Corp. jane.rustice@aporter.com

Jonathan A. Loeb

on behalf of Creditor Sabre Industries  Inc. jon.loeb@bingham.com

Jonathan A. Shapiro

on behalf of Creditor Black & Veatch Construction  Inc. JShapiro@goodwinlaw.com

Jonathan C. Sanders

on behalf of Creditor Smart Wires Inc. jsanders@stblaw.com

Jonathan D. Waisnor

on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders jwaisnor@willkie.com  mao@willkie.com

Jonathan R. Doolittle

on behalf of Creditor Chevron Master Pension Trust jonathan.doolittle@pillsburylaw.com

Jonathan R. Doolittle

on behalf of Creditor BP Energy Company jdoolittle@reedsmith.com

Jorian L. Rose

on behalf of Creditor Committee Official Committee of Tort Claimants jrose@bakerlaw.com

Jose Antonio Ortiz

on behalf of Creditor A&J Electric Cable Corporation aortiz@jhwclaw.com

Joseph Sorkin

on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company
jsorkin@akingump.com  NYMCO@akingump.com

Joseph West

on behalf of Creditor International Church of the Foursquare Gospel westjoseph@earthlink.net  josephw998@gmail.com

Joseph A. Eisenberg

on behalf of Creditor The Act 1 Group  Inc. JAE1900@yahoo.com

Joseph G. Minias

on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders jminias@willkie.com

Joseph George Harraka, Jr

on behalf of Creditor Horizon Blue Cross Blue Shield of New Jersey Employee's Retirement Plan jgharraka@becker.legal

Joseph Kyle Feist

on behalf of Creditor Camp Fire Claimants jfeistesq@gmail.com  info@norcallawgroup.net

Joseph M. Esmont

on behalf of Creditor Committee Official Committee of Tort Claimants jesmont@bakerlaw.com

Joseph M. Welch

on behalf of Creditor Bradley Tanks  Inc. jwelch@buchalter.com, dcyrankowski@buchalter.com

Joseph R. Lucia

on behalf of Creditor Fire Victims PersonalInjuryGroup@RLSlawyers.com

Joshua D. Morse
    on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors Joshua.Morse@dlapiper.com
    docket@pillsburylaw.com

Joshua M. Mester
    on behalf of stockholders PG&E Shareholders jmester@jonesday.com

Judith A. Descalso
    on behalf of Creditor CM Distributors  Inc. jad_9193@ecf.courtdrive.com

Julie E. Oelsner
    on behalf of Attorney c/o Julie E. Oelsner Intech Mechanical  Inc. joelsner@weintraub.com, bjennings@weintraub.com

Julie M. Murphy
    on behalf of Creditor Vanguard Institutional Short-Term Bond Fund jmmurphy@stradley.com

Justin E. Rawlins
    on behalf of Creditor CF Inspection Management  LLC justinrawlins@paulhastings.com

Karen J. Chedister
    on behalf of Creditor GER Hospitality  LLC kchedister@h-jlaw.com

Karin Swope
    on behalf of Plaintiff John K. Trotter (Ret.)  Trustee kswope@cpmlegal.com

Katharine Malone
    on behalf of Intervenor Southern Power Company malonek@gtlaw.com

Katherine Kohn
    on behalf of Debtor PG&E Corporation kkohn@groom.com  ashahinllari@groom.com

Katherine Rose Catanese
    on behalf of Interested Party CoreLogic Solutions  LLC kcatanese@foley.com

Kathlene Burke
    on behalf of Intervenor Mojave Solar LLC kathlene.burke@skadden.com  burke.kathlene@gmail.com

Kathryn E. Barrett
    on behalf of Creditor TURN-The Utility Reform Network keb@svlg.com  amt@svlg.com

Kathryn S. Diemer
    on behalf of Plaintiff Ad Hoc Group of Subrogation Claim Holders kdiemer@diemerwhitman.com

Kathryn S. Diemer
    on behalf of Defendant The Ad Hoc Group of Subrogation Claim Holders kdiemer@diemerwei.com

Keith C. Owens
    on behalf of Creditor Microsoft Corporation kowens@foxrothschild.com  bclark@venable.com

Keith H. Wofford
    on behalf of Interested Party Elliott Management Corporation keith.wofford@ropesgray.com  nova.alindogan@ropesgray.com

Keith J. Cunningham
    on behalf of Interested Party California Independent System Operator rkelley@pierceatwood.com

Kelly L. Huey
    on behalf of Creditor McGrath Electric  Inc. khuey@burkeandkesslerlaw.com

Kelly V. Knight
    on behalf of Creditor Centerbridge Partners  L.P. kelly.knight@srz.com

Kenneth Pasquale
    on behalf of Creditor Mizuho Bank  Ltd. mlaskowski@stroock.com

Kenneth T. Law
    on behalf of Creditor METRICSTREAM  INC. klaw@bbslaw.com

Kerri Lyman
    on behalf of Creditor Davey Tree Expert Co.  Davey Tree Surgery Co. and Davey Resource Group, Inc. klyman@irell.com,
    #-FirmPSDocketing@Steptoe.com

Kesha Tanabe
    on behalf of Creditor Cedar Glade LP kesha@tanabelaw.com

Kevin Chiu
    on behalf of Interested Party Centaurus Capital LP kevin.chiu@bakerbotts.com  rory.fontenla@bakerbotts.com

Kevin Kroll
    on behalf of Debtor Accountant PricewaterhouseCoopers LLP kkroll@kfc.law

Kevin Montee
    on behalf of Creditor Nearon Sunset  LLC kmontee@monteeassociates.com

Kevin G. Collins
on behalf of Interested Party Miller Pipeline  LLC kevin.collins@btlaw.com

Kimberly S. Fineman
on behalf of Creditor Association of California Water Agencies Joint Powers Insurance Authority kfineman@fhlawllp.com

Kimberly S. Morris
on behalf of Creditor Committee Official Committee of Tort Claimants kmorris@bakerlaw.com  hhammonturano@bakerlaw.com

Kimberly S. Winick
on behalf of Interested Party California Community Choice Association kwinick@clarktrev.com  knielsen@clarktrev.com

Kinga Wright
on behalf of Creditor Dashiell Corporation kinga.wright@lockelord.com  autodocket@lockelord.com

Kirsten A. Worley
on behalf of Creditor Ballard Marine Construction  Inc. worleyk@higgslaw.com, admin@wlawcorp.com

Kizzy L. Jarashow
on behalf of Creditor MML Investment Advisers  LLC KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com

Kody D. L. Kleber
on behalf of Creditor Committee Official Committee of Tort Claimants kkleber@bakerlaw.com  dmartinez@bakerlaw.com

Krista M. Enns
on behalf of Creditor ACRT  Inc. kenns@beneschlaw.com

Kristine Theodesia Takvoryan
on behalf of Creditor SOLON ktakvoryan@ckrlaw.com

Kristopher M. Hansen
on behalf of Creditor JPMorgan Chase Bank  N.A., as DIP Administrative Agent dmohamed@stroock.com, mmagzamen@stroock.com

Krystal Dong
on behalf of Creditor Krystal Dong ykdong@gmail.com

Laila Masud
on behalf of Creditor SLF Fire Victim Claimants lmasud@marshackhays.com  lmasud@ecf.courtdrive.com

Larry Allan Peluso
on behalf of Creditor Ad Hoc Counsel for Camp Fire Real Property Owners pelusolaw@gmail.com  firm@pelusolaw.net

Larry W. Gabriel
on behalf of Interested Party Itron  Inc. nfields@bg.law

Lars H. Fuller
on behalf of Creditor Committee Official Committee of Tort Claimants lfuller@bakerlaw.com

Lary Alan Rappaport
on behalf of Interested Party Ad Hoc Group of Institutional Bondholders of Pacific Gas and Electric Co. lrappaport@proskauer.com  PHays@proskauer.com

Laura Herron Weber
on behalf of Creditor Donatus  Jr. Okhomina lweber@sl-employmentlaw.com

Lauren Kramer
on behalf of Creditor North American Fence & Railing  Inc. lkramer@rjo.com

Lauren Lifland
on behalf of Interested Party Comcast Cable Communications  LLC lauren.lifland@wilmerhale.com, whdocketing@wilmerhale.com

Lauren T. Attard
on behalf of Creditor Committee Official Committee of Tort Claimants lattard@bakerlaw.com  agrosso@bakerlaw.com

Laurence M. Rosen
on behalf of Interested Party Vataj Plaintiffs and the Class lrosen@rosenlegal.com  zstanco@rosenlegal.com

Laurie Hager
on behalf of Interested Party Wilson Construction Company lhager@sussmanshank.com

Lawrence A. Jacobson
on behalf of Interested Party Amir Shahmirza laj@cohenandjacobson.com  mcycle48@gmail.com

Lawrence M. Rolnick
on behalf of Creditor Various Rescission and Damages Claimants lrolnick@rksllp.com

Leah E. Capritta
on behalf of Defendant Tiger Natural Gas  Inc. Leah.Capritta@hklaw.com, reena.kaur@hklaw.com

Lee Brand
on behalf of Debtor PG&E Corporation lee.brand@pillsburylaw.com  docket@pillsburylaw.com

Leonard M. Shulman

on behalf of Interested Party Cushman & Wakefield  Inc. lshulman@shbllp.com

Liam K. Malone

on behalf of Creditor Level-It Installations  Ltd. malone@oles.com, shahin@oles.com

Lillian G. Stenfeldt

on behalf of Creditor Pivot Interiors  Inc. lillian.stenfeldt@rimonlaw.com, docketing@rimonlaw.com

Linda Wendell Hsu

on behalf of Defendant Allianz Global Risks US Insurance Company lhsu@selmanlaw.com  psmith@selmanlaw.com

Lindsey E. Kress

on behalf of Creditor California Insurance Guarantee Association lkress@lockelord.com  autodocket@lockelord.com

Lindsi M. Weber

on behalf of Creditor Dignity Health and its Affiliates lweber@polsinelli.com  yderac@polsinelli.com

Lisa Lenherr

on behalf of Creditor Peninsula Corridor Joint Powers Board llenherr@fennemorelaw.com  ecfbankruptcy@fennemorelaw.com

Lisa Schweitzer

on behalf of Interested Party BlueMountain Capital Management  LLC lschweitzer@cgsh.com

Lisa S. Gast

on behalf of Interested Party City of Santa Clara lsg@dwgp.com  lmk@dwgp.com

Lloyd C. Guintivano

on behalf of Creditor County of Lake anitag@co.lake.ca.us  lloydg@co.lake.ca.us

Louis Gottlieb

on behalf of Interested Party Public Employees Retirement Association of New Mexico Lgottlieb@labaton.com
mpenrhyn@labaton.com

Louis J. Cisz, III

on behalf of Creditor E2 Consulting Engineers  Inc. lcisz@nixonpeabody.com

Lovee Sarenas

on behalf of Creditor RE Astoria LLC lovee.sarenas@dinsmore.com

Luke N. Eaton

on behalf of 3rd Party Plaintiff AECOM Technical Services  Inc. eatonl@pepperlaw.com, monugiac@pepperlaw.com

Lydia Vanessa Ko

on behalf of Creditor Athanasia Vlazkis Lvko@stonelawoffice.com

Lynette C. Kelly

on behalf of U.S. Trustee Office of the U.S. Trustee / SF ustpregion17.oa.ecf@usdoj.gov

M. David Minnick

on behalf of Creditor BANK OF AMERICA N.A dminnick@pillsburylaw.com  docket@pillsburylaw.com

M. Ryan Pinkston

on behalf of Creditor Turner Construction Company rpinkston@seyfarth.com  jmcdermott@seyfarth.com

Malcolm A. Mackenzie

on behalf of Creditor Glenn Gary Baker mmackenzie@coombslaw.com  vclemen@coombslaw.com

Manuel Corrales, Jr.

on behalf of Creditor Barbara Zelmer mannycorrales@yahoo.com  hcskanchy@hotmail.com

Marc Kieselstein

on behalf of Interested Party Federal Monitor carrie.oppenheim@kirkland.com

Marc Kramer

on behalf of Creditor Various Rescission and Damages Claimants mkramer@rksllp.com

Marc A. Levinson

on behalf of Creditor CCP Credit Acquisition Holdings  L.L.C. Malevinson@orrick.com, casestream@ecf.courtdrive.com

Marek P. Krzyzowski

on behalf of Other Prof. John K. Trotter MKrzyzowski@brownrudnick.com  SCalderon@brownrudnick.com

Mario R. Nicholas

on behalf of Plaintiff JH Kelly  LLC mario.nicholas@stoel.com, ana.trask@stoel.com

Mark Bostick

on behalf of Other Prof. Michael G. Kasolas mbostick@fennemorelaw.com  ecfbankruptcy@fennemorelaw.com

Mark A. Gorton

on behalf of Attorney Mark Gorton mgorton@boutininc.com  cdomingo@boutinjones.com

Mark A. Gorton

on behalf of Creditor Sonoma Clean Power Authority mgorton@boutinjones.com  cdomingo@boutinjones.com

Mark D. Plevin

on behalf of Interested Party Renaissance Reinsurance Ltd. mplevin@crowell.com

Mark D. Poniatowski

on behalf of Creditor Holt of California ponlaw@ponlaw.com

Mark E. Felger

on behalf of Creditor Liberty Mutual Insurance Company mfelger@cozen.com

Mark V. Isola

on behalf of Creditor MDR INC. dba ACCU-BORE DIRECTIONAL DRILLING misola@brotherssmithlaw.com

Marsha Houston

on behalf of 3rd Party Plaintiff AECOM Technical Services  Inc. mhouston@reedsmith.com, hvalencia@reedsmith.com

Marta Villacorta

on behalf of U.S. Trustee Office of the U.S. Trustee / SF marta.villacorta@usdoj.gov

Mary Ellmann Tang

on behalf of Creditor Cristina Mendoza mtang@frenchlyontang.com  nfears@frenchlyontang.com

Mary H. Kim

on behalf of Interested Party State Farm Mutual Automobile Insurance Company Mary.Kim@dechert.com
brett.stone@dechert.com

Matthew Cave

on behalf of Debtor Accountant PricewaterhouseCoopers LLP mcave@kfc.law

Matthew Ducharme

on behalf of Interested Party Pacific Investment Management Company LLC matthew.ducharme@hoganlovells.com
tracy.southwell@hoganlovells.com

Matthew Henderson

on behalf of Defendant PG&E Corporation matthew.henderson@msrlegal.com  karen.wigylus@msrlegal.com

Matthew Heyn

on behalf of Creditor California Governor's Office of Emergency Services matthew.heyn@doj.ca.gov

Matthew A. Feldman

on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders mfeldman@willkie.com

Matthew A. Gold

on behalf of Creditor Argo Partners courts@argopartners.net

Matthew A. Lesnick

on behalf of Interested Party CH2M HILL Engineers  Inc. matt@lesnickprince.com, jmack@lesnickprince.com

Matthew D. McGill

on behalf of Creditor Ad Hoc Committee of Holders of Trade Claims MMcGill@gibsondunn.com

Matthew D. Metzger

on behalf of Creditor Dan Clarke belvederelegalecf@gmail.com  8450177420@filings.docketbird.com

Matthew Hampton Foushee

on behalf of Interested Party Hummingbird Energy Storage  LLC hampton.foushee@hoganlovells.com, hfoushee@gmail.com

Matthew J. Troy

on behalf of Creditor United States of America matthew.troy@usdoj.gov

Matthew Jon Olson

on behalf of Interested Party Wendy A. Nathan matt@macfern.com  stell.laura@dorsey.com

Matthew K. Kelsey

on behalf of Creditor Ad Hoc Committee of Holders of Trade Claims mkelsey@gibsondunn.com

Matthew Patrick French

on behalf of Creditor Majesti Mai Bagorio  etc. mfrench@baumhedlundlaw.com

Matthew Ryan Klinger

on behalf of Creditor CitiGroup Financial Products Inc. mklinger@sheppardmullin.com  DGatmen@sheppardmullin.com

Matthew W. Grimshaw

on behalf of Creditor Certain Post-Petition Tort and Fire Claimants matt@grimshawlawgroup.com  ecfmarshackhays@gmail.com

Meagan S. Tom

on behalf of Creditor International Brotherhood of Electrical Workers Local Union 1245 meagan.tom@lockelord.com
autodocket@lockelord.com

Melissa Boey

on behalf of Creditor Badger Creek Limited melissa.boey@morganlewis.com

Melissa C. McLaughlin

on behalf of Creditor Micro Focus Software LLC mcmclaughlin@venable.com ataylor@venable.com

Melissa T. Ngo

on behalf of Creditor Pension Benefit Guaranty Corporation harris.melissa@pbgc.gov efile@pbgc.gov

Meredith Werner

on behalf of Interested Party Houston Casualty Company meredith.werner@clydeco.us

Merle C. Meyers

on behalf of Creditor E. R. a Minor mmeyers@mlg-pc.com

Michael Hampson

on behalf of Creditor Various Rescission and Damages Claimants mhampson@rksllp.com

Michael Lauter

on behalf of Creditor CitiGroup Financial Products Inc. mlauter@sheppardmullin.com

Michael Rogers

on behalf of Creditor William Kreysler & Associates Inc. mrogers@lambertrogers.com, jan@lambertrogers.com

Michael St. James

on behalf of Creditor AmeriTrust Claimants ecf@stjames-law.com

Michael Tye

on behalf of Creditor United States of America Michael.Tye@usdoj.gov

Michael A. Isaacs

on behalf of Creditor Southwire Company LLC misaacs@rinconlawllp.com, aworthing@rinconlawllp.com

Michael B. Lubic

on behalf of Creditor CN Utility Consulting Inc. michael.lubic@klgates.com

Michael C. Fallon

on behalf of Creditor Ahlborn Fence & Steel Inc manders@fallonlaw.net

Michael C. Hefter

on behalf of Interested Party Pacific Investment Management Company LLC michael.hefter@hoganlovells.com tracy.southwell@hoganlovells.com

Michael D. Breslauer

on behalf of Creditor Righetti Ranch LP and Righetti NC LLC mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com

Michael G. Kasolas

trustee@kasolas.net ecf.alert+Kasolas@titlexi.com

Michael H. Strub

on behalf of Interested Party BlueMountain Capital Management LLC mstrub@ggtriallaw.com, mhstrub1@gmail.com

Michael I. Gottfried

on behalf of Creditor Chico Rent-A-Fence mgottfried@elkinskalt.com AAburto@elkinskalt.com

Michael J. Gomez

on behalf of Creditor Lyles Utility Construction LLC mgomez@frandzel.com, dmoore@frandzel.com

Michael K. Slattery

on behalf of Creditor Ad Hoc California Public Entites Committee mslattery@lkfirm.com rramirez@lkfirm.com

Michael P. Esser

on behalf of Interested Party Calpine Corporation michael.esser@kirkland.com michael-esser-3293@ecf.pacerpro.com

Michael R. Goodstein

on behalf of Interested Party Associated Electric & Gas Insurance Services Limited mgoodstein@baileycav.com

Michael R. Hogue

on behalf of Creditor Cardno Inc. hoguem@gtlaw.com, navarrom@gtlaw.com

Michael S. Etkin

on behalf of Interested Party Public Employees Retirement Association of New Mexico metkin@lowenstein.com

Michael S. Myers

on behalf of Creditor Discovery Hydrovac myersm@ballardspahr.com

Michael S. Neumeister

on behalf of Creditor Ad Hoc Committee of Holders of Trade Claims MNeumeister@gibsondunn.com

Michael Thomas Krueger

on behalf of Creditor ERM-West Inc. michael.krueger@ndlf.com, Havilyn.lee@ndlf.com

Michael W. Malter

on behalf of Creditor ChargePoint Inc. michael@bindermalter.com

Michele Ellison

on behalf of Creditor Camblin Steel Service Inc. mellison@gibbsgiden.com, lrochelle@gibbsgiden.com

Mikal C. Watts

on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation mcwatts@wattsguerra.com cwilson@wattsguerra.com

Mirco J. Haag

on behalf of Creditor Bradley Tanks Inc. mhaag@buchalter.com, dcyrankowski@buchalter

Mitchell B. Greenberg

on behalf of Creditor Fire Victims mgreenberg@abbeylaw.com mmeroney@abbeylaw.com

Monique Jewett-Brewster

on behalf of Interested Party The City of Oakland mjb@hopkinscarley.com eamaro@hopkinscarley.com

Monique D. Almy

on behalf of Creditor Nexant Inc. malmy@crowell.com

Morgan R. Hirst

on behalf of stockholders PG&E Shareholders mhirst@jonesday.com mmelvin@jonesday.com

Nancy Mitchell

on behalf of Interested Party Department of Finance for the State of California nmitchell@omm.com

Nanette D. Sanders

on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation nanette@ringstadlaw.com becky@ringstadlaw.com

Nathan A. Schultz

on behalf of Creditor MassMutual Life Insurance Company nschultzesq@gmail.com kjarashow@goodwinlaw.com

Nathan Q. Rugg

on behalf of Interested Party Adler Tank Rental and Mobile Modular nathan.rugg@bfkn.com jean.montgomery@bfkn.com

Nicholas Wagner

on behalf of Creditor Fire Victims kschemen@wagnerjones.com bwagner@wagnerjones.com

Nicholas A. Carlin

on behalf of Creditor Anthony Gantner nac@phillaw.com rac@phillaw.com

Nicolas De Lancie

on behalf of Interested Party SummerHill Homes LLC ndelancie@jmbm.com

Nicole M. Zeiss

on behalf of Interested Party Public Employees Retirement Association of New Mexico nzeiss@labaton.com

Office of the U.S. Trustee / SF

USTPRegion17.SF.ECF@usdoj.gov

Omeed Latifi

on behalf of Creditor Mirna Trettevik olatifi@theadlerfirm.com kdeubler@theadlerfirm.com

Oren Buchanan Haker

on behalf of Interested Party Avangrid Renewables LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC oren.haker@stoel.com, rene.alvin@stoel.com

Ori Katz

on behalf of Creditor The Original Mowbray's Tree Service Inc. okatz@sheppardmullin.com, LSegura@sheppardmullin.com

Oscar Garza

on behalf of Other Prof. Centerview Partners LLC ogarza@thegarzafirm.com

Paige Boldt

on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation pboldt@wattsguerra.com cwilson@wattsguerra.com

Patricia Savage

on behalf of Creditor Ashley Duitsman psavesq@gmail.com jodi.savage@gmail.com

Patrick C. Maxcy

on behalf of Interested Party Horace Mann Property & Casualty Insurance Company patrick.maxcy@snrdenton.com

Paul F. Ready

on behalf of Creditor Sarah Pazdan smeyer@farmerandready.com

Paul H. Zumbro

on behalf of Debtor PG&E Corporation mao@cravath.com

Paul J. Laurin

on behalf of Interested Party Energy Systems Group LLC plaurin@btlaw.com, slmoore@btlaw.com

Paul J. Leeds

on behalf of Creditor Garade LLC Pleeds@fsl.law

Paul J. Pascuzzi
on behalf of Creditor 35th District Agricultural Association ppascuzzi@ffwplaw.com  docket@ffwplaw.com

Paul M. Jamond
on behalf of Creditor Consolidated Motion Claimants (Set 5 - as Disclosed in Exhibit 1 to Motion) jamond@pacbell.net

Paul M. Rosenblatt
on behalf of Creditor Blue Cross Blue Shield of North Carolina prosenblatt@kilpatricktownsend.com
mwilliams@kilpatricktownsend.com

Paul R. Gaus
on behalf of Creditor Tim Messer Construction Inc. pgaus@downeybrand.com

Paul R. Glassman
on behalf of Creditor Johnson Controls  Inc. pglassman@sycr.com

Peter Friedman
on behalf of Interested Party Department of Finance for the State of California pfriedman@omm.com

Peter Meringolo
on behalf of Creditor Mount Veeder Springs LLC peter@pmrklaw.com

Peter C. Califano
on behalf of Creditor CALAVERAS TELEPHONE COMPANY pcalifano@cwclaw.com

Peter J. Benvenutti
on behalf of 3rd Pty Defendant Pacific Gas and Electric Company pbenvenutti@kbkllp.com

Peter R. Boutin
on behalf of Creditor Citibank N.A.  as Administrative Agent for the Utility Revolving Credit Facility peter.boutin@kyl.com,
lara.joel@kyl.com

Peter S. Munoz
on behalf of Creditor Lodi Gas Storage  L.L.P. pmunoz@reedsmith.com, gsandoval@reedsmith.com

Peter S. Partee, Sr.
on behalf of Creditor Potrero Hills Energy Producers  LLC ppartee@huntonak.com, candonian@huntonak.com

Philip Anker
on behalf of Creditor Canyon Capital Advisors LLC philip.anker@wilmerhale.com  whdocketing@wilmerhale.com

Philip S. Warden
on behalf of Creditor Chevron Master Pension Trust philip.warden@pillsburylaw.com  kathy.stout@pillsburylaw.com

Phillip K. Wang
on behalf of Creditor Pivot Interiors  Inc. phillip.wang@rimonlaw.com

R. Alexander Pilmer
on behalf of Interested Party Federal Monitor alexander.pilmer@kirkland.com  keith.catuara@kirkland.com

R. Dale Ginter
on behalf of Creditor Emmerson Investments  Inc. dginter@downeybrand.com

Rachel M. Walsh
on behalf of Creditor MassMutual Life Insurance Company rwalsh@goodwinlaw.com  tsutton@goodwinlaw.com

Randy Michelson
on behalf of Defendant Public Employees Retirement Association of New Mexico randy.michelson@michelsonlawgroup.com

Randye B. Soref
on behalf of Creditor Dignity Health and its Affiliates rsoref@polsinelli.com  ccripe@polsinelli.com

Rebecca Suarez
on behalf of Intervenor KES Kingsburg  L.P. rsuarez@crowell.com

Rebecca J. Winthrop
on behalf of Creditor Adventist Health System/West and Feather River Hospital rebecca.winthrop@nortonrosefulbright.com
diana.cardenas@nortonrosefulbright.com

Rhonda Stewart Goldstein
on behalf of Creditor The Regents of the University of California Rhonda.Goldstein@ucop.edu  Lissa.Ly@ucop.edu

Richard Bodnar
on behalf of Creditor 683 Capital Partners L.P. rbodnar@rksllp.com

Richard Morin
on behalf of Creditor Amanda Olsen 6863427420@filings.docketbird.com

Richard A. Chesley
on behalf of Other Prof. FTI Consulting  Inc. richard.chesley@dlapiper.com, bill.countryman@dlapiper.com

Richard A. Lapping
on behalf of Creditor GER Hospitality  LLC rich@trodellalapping.com

Richard A. Marshack
    on behalf of Creditor SLF Fire Victim Claimants rmarshack@marshackhays.com  rmarshack@ecf.courtdrive.com

Richard H. Golubow
    on behalf of Creditor Hoffman Southwest Corp. rgolubow@wcghlaw.com  jmartinez@WCGHLaw.com

Richard L. Antognini
    on behalf of Requestor Richard Lawrence Antognini rlalawyer@yahoo.com  hallonaegis@gmail.com

Richard W. Esterkin
    on behalf of Creditor ARG Contact LLC richard.esterkin@morganlewis.com  melissa.boey@morganlewis.com

Riley C. Walter
    on behalf of Attorney Aera Energy LLC galfano@wjhattorneys.com

Risa Lynn Wolf-Smith
    on behalf of Creditor Diablo Winds  LLC rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com

Robert Berens
    on behalf of Creditor XL Specialty Insurance Company rberens@smtdlaw.com  sr@smtdlaw.com

Robert Sahyan
    on behalf of Interested Party Columbus Hill Capital Management  L.P. rsahyan@sheppardmullin.com, lsegura@sheppardmullin.com

Robert A. Julian
    on behalf of Creditor Committee Official Committee of Tort Claimants rjulian@bakerlaw.com  hhammonturano@bakerlaw.com

Robert G. Harris
    on behalf of Creditor Almendariz Consulting  Inc. rob@bindermalter.com

Robert N.H. Christmas
    on behalf of Interested Party California Self-Insurers' Security Fund rchristmas@nixonpeabody.com nyc.managing.clerk@nixonpeabody.com

Robert T. Kugler
    on behalf of Creditor Public Advocates Office at the California Public Utilities Commission robert.kugler@stinson.com

Roberto J. Kampfner
    on behalf of Interested Party San Diego Gas & Electric Company rkampfner@whitecase.com  mco@whitecase.com

Robin D Shofner
    on behalf of Creditor Mary McAlvain shofner@mobolaw.com

Rocky C. Tsai
    on behalf of Interested Party Elliott Management Corporation rocky.tsai@ropesgray.com  matthew.haut@ropesgray.com

Rodney Allen Morris
    on behalf of Creditor United States of America Rodney.Morris2@usdoj.gov

Roger F. Friedman
    on behalf of Creditor ARB  Inc. rfriedman@rutan.com, csolorzano@rutan.com

Ronald F. Berestka, Jr.
    on behalf of Creditor George Vlazakis rberestka@stonelawoffice.com  csepulveda@stonelawoffice.com

Ronald S. Beacher
    on behalf of Creditor SPCP Group  LLC rbeacher@pryorcashman.com

Ryan A. Witthans
    on behalf of Creditor Nor-Cal Pipeline Services rwitthans@fhlawllp.com

Samuel A. Newman
    on behalf of Creditor KKR Bespoke Global Credit Opportunities (Ireland) Fund Designated Activity Company sam.newman@sidley.com  laefilingnotice@sidley.com

Samuel M. Kidder
    on behalf of Interested Party NextEra Energy Inc.  et al. skidder@ktbslaw.com

Samuel M. Ward
    on behalf of Creditor Board of Education Employees' Pension Fund of Essex County sward@barrack.com  cfessia@barrack.com

Samuel R. Maizel
    on behalf of Creditor Southwire Company  LLC samuel.maizel@dentons.com, alicia.aguilar@dentons.com

Samy Saad Henein
    on behalf of Creditor Carole Paul samyhenein@aol.com  mh@suppalaw.com

Sarah Elisabeth Kelly-Kilgore
    on behalf of Other Prof. Cathy Yanni skellykilgore@ggtriallaw.com  dvultaggio@ggtriallaw.com

Sblend A. Sblendorio
    on behalf of Interested Party Wilson Construction Company sas@hogefenton.com

Scott Esbin
> on behalf of Creditor SPCP Group  LLC sesbin@esbinalter.com

Scott Lee
> on behalf of Creditor RE Astoria LLC scott.lee@lewisbrisbois.com  monique.talamante@lewisbrisbois.com

Scott Olson
> on behalf of Creditor Interstate Fire & Casualty Company scott.olson@bclplaw.com

Scott Reents
> on behalf of Debtor PG&E Corporation sreents@cravath.com

Scott H. McNutt
> on behalf of Attorney Scott H McNutt SMcNutt@ml-sf.com  csnell@ml-sf.com

Sean Nolan
> on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company snolan@akingump.com  NYMCO@akingump.com

Sean T. Higgins
> on behalf of Creditor Agajanian  Inc. aandrews@andrewsthornton.com, shiggins@andrewsthornton.com

Shane Huang
> on behalf of Defendant Federal Energy Regulatory Commission shane.huang@usdoj.gov

Shawn M. Christianson
> on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com

Shmuel Vasser
> on behalf of Interested Party State Farm Mutual Automobile Insurance Company shmuel.vasser@dechert.com brett.stone@dechert.com

Shounak S. Dharap
> on behalf of Creditor Cherie Brody,Kellen Lehman ssd@arnslaw.com, mec@arnslaw.com

Simon Richard Mayer
> on behalf of Creditor Lloyd's Register Quality Assurance  Inc. simon.mayer@lockelord.com, Rellis@lockelord.com

Stacy A. Dasaro
> on behalf of Creditor MML Investment Advisers  LLC sdasaro@goodwinlaw.com

Stephanie Yee
> on behalf of Creditor CSAA Insurance Exchange syee@janglit.com  klockwood@janglit.com

Stephen D. Finestone
> on behalf of Creditor Aggreko sfinestone@fhlawllp.com

Stephen E. Hessler, P.C.
> on behalf of Interested Party Federal Monitor jozette.chong@kirkland.com

Steven B. Sacks
> on behalf of Creditor PepsiCo  Inc. Master Trust ssacks@sackslawoffice.com

Steven G. Polard
> on behalf of Creditor Creative Ceilings  Inc. spolard@eisnerlaw.com, calendar-lao@ropers.com

Steven J. Reisman
> on behalf of Interested Party Lazard Freres & Co. LLC sreisman@katten.com  nyc.bknotices@kattenlaw.com

Steven J. Skikos
> on behalf of Creditor Gilbert Matherly as Successor Trustee of the Siler Family Trust sskikos@skikos.com mmontoya@skikos.com

Steven M. Campora
> on behalf of Creditor Chippewa Pest Control  Inc. scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Olson
> on behalf of Attorney Steven M. Olson steve@bfolegal.com

Stuart G. Gross
> on behalf of Creditor San Francisco Herring Association sgross@grosskleinlaw.com  iatkinsonyoung@grosskleinlaw.com

Susan E. Kirkgaard
> on behalf of Creditor Travelers Commercial Insurance Company carlyn.jorgensen@bullivant.com

Susan Sieger Grimm
> on behalf of Other Prof. John K. Trotter SSieger-Grimm@brownrudnick.com  NKhalatova@brownrudnick.com

Tacie H. Yoon
> on behalf of Interested Party Renaissance Reinsurance Ltd. tyoon@crowell.com

Tambra Curtis
> on behalf of Creditor Sonoma County tambra.curtis@sonoma-county.org  Megan.Sweeley@sonoma-county.org

Tanya Behnam

on behalf of Creditor Pandora Select Partners  LP tbehnam@polsinelli.com, ladocketing@polsinelli.com

Thomas Melone

on behalf of Interested Party Allco Finance Limited & Subsidiaries Thomas.Melone@gmail.com  Thomas.Melone@AllcoUS.com

Thomas B. Rupp

on behalf of 3rd Pty Defendant Pacific Gas and Electric Company trupp@kbkllp.com

Thomas C. Mitchell

on behalf of Creditor EDF Renewables  Inc. tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com

Thomas F. Koegel

on behalf of Creditor AT&T Corp. tkoegel@crowell.com

Thomas G. Mouzes

on behalf of Creditor City of Santa Clara dba Silicon Valley Power tmouzes@boutininc.com

Thomas G. Mouzes

on behalf of Creditor Sonoma Clean Power Authority tmouzes@boutinjones.com

Thomas M. Gaa

on behalf of Creditor SALESFORCE.COM  INC. tgaa@bbslaw.com

Thomas R. Phinney

on behalf of Creditor Amador Water Agency tom@parkinsonphinney.com

Tiffany Strelow Cobb

on behalf of Creditor Nuance Communications  Inc. tscobb@vorys.com

Timothy M. Flaherty

on behalf of Creditor Petro-Canada America Lubricants  Inc. tflaherty@mpplaw.com

Timothy S. Laffredi

on behalf of U.S. Trustee Office of the U.S. Trustee / SF timothy.s.laffredi@usdoj.gov

Tobias S. Keller

on behalf of Debtor PG&E Corporation tkeller@kbkllp.com

Todd Dressel

on behalf of Interested Party Dominion Energy  Inc. tdressel@mcguirewoods.com, jtabisaura@mcguirewoods.com

Todd J. Wenzel

on behalf of Creditor Sanders Ergas todd@wenzellawoffices.com

Tracy Green

on behalf of Creditor Etta Bacharach Testamentary A & B Trusts tgreen@fennemorelaw.com  ecfbankruptcy@fennemorelaw.com

Tracy L. Mainguy

on behalf of Creditor Engineers and Scientists of California  Local 20, IFPTE tmainguy@unioncounsel.net,
bankruptcycourtnotices@unioncounsel.net

Tyson Arbuthnot

on behalf of Interested Party ACCO Engineered Systems  Inc. tarbuthnot@rjo.com, jyeung@rjo.com

Valerie Bantner Peo

on behalf of Creditor Bradley Tanks  Inc. vbantnerpeo@buchalter.com

Valerie E. Clemen

on behalf of Creditor Glenn Gary Baker mcarter@coombslaw.com

Victor A. Vilaplana

on behalf of Creditor Michels Corporation vavilaplana@foley.com  rhurst@foley.com

W. Steven Bryant

on behalf of Creditor International Brotherhood of Electrical Workers Local Union 1245 molly.batiste-debose@lockelord.com

Wayne A. Silver

on behalf of Creditor Lewis & Tibbitts  Inc. w_silver@sbcglobal.net, ws@waynesilverlaw.com

William M. Kaufman

on behalf of Creditor Daleo Inc. wkaufman@smwb.com  eschneider@smwb.com

William S. Lisa

on behalf of Interested Party California Self-Insurers' Security Fund wlisa@nixonpeabody.com  jcaruso@nixonpeabody.com

Xiyi Fu

on behalf of Creditor Quanta Energy Services LLC jackie.fu@lockelord.com  taylor.warren@lockelord.com

Yosef Peretz

on behalf of Creditor Cara Feneis skim@peretzlaw.com

TOTAL: 569

Signed and Filed: December 19, 2022

_Dennis Montali_

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Bankruptcy Case |
| | ) No. 19-30088-DM |
| PG&E CORPORATION, | ) |
| | ) Chapter 11 |
| - and - | ) |
| | ) Jointly Administered |
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| | ) |
| Reorganized Debtors. | ) |
| | ) |
| ☐ Affects PG&E Corporation | ) |
| ☐ Affects Pacific Gas and | ) |
| Electric Company | ) |
| ☒ Affects both Debtors | ) |
| | ) |
| *\* All papers shall be filed in* | ) |
| *the Lead Case, No. 19-30088 (DM).* | ) |

## ORDER DENYING INFORMATION REQUESTS OF RICKY-DEAN HORTON

On December 9, 2022, the court received a motion from
Ricky-Dean Horton ("Motion") (Dkt. 13328) seeking, in part, to
compel the Clerk of Court to provide information and records
relating to the orders at Dkts. 11135, 11154, 11244, 11386.
Namely, Mr. Horton demands information regarding the authorship
of those orders, how the orders were put on the docket, who
reviewed the orders, and "[h]ow each order . . . [is] approved

-1-

and by whose authority (sic) approves the order for an
electronic stamp of the judge."

Mr. Horton provides no basis for these requests, nor any
authority which would entitle him to the requested information.

For the sake of clarity, all orders specified by Mr. Horton
were issued by the court. No attorney submitted those orders to
the court for review and signature.

The court also refers Mr. Horton to its prior *Order
Clarifying Order Regarding Motion for Reconsideration by Ricky
D. Horton* (Dkt. 11154). That Order addressed Mr. Horton's prior
concerns regarding the origin and validity of the court's
electronic stamp: "The format and appearance of the
Reconsideration Order is entirely consistent with the practice
of this court since electronic filing has been in place. There
is no "wet" signature of the presiding judge; the signature is
applied electronically only after the judge approves and
authorizes the filing. There was no fraud on the court or other
impropriety with the order." This explanation of the court's
procedures for electronically signed orders remains the same.

To the extent Mr. Horton remains unsatisfied with court
procedure, he is invited to examine all procedures available on
the Bankruptcy Court for the Northern District of California's
website, available at https://www.canb.uscourts.gov/.

Accordingly, it is hereby ORDERED that:

1. The court will not place on the docket any future request
   by Mr. Horton for information regarding internal court
   processes;

-2-

2. The clerk of court is directed to add a copy of this order to Mr. Horton's designation of the record (Dkt. 13340) on his appeal to the district court (22-cv-06367-HSG).

**\*\*END OF ORDER\*\***

-3-

COURT SERVICE LIST

Ricky-Dean Horton
751 Rosemary Court
Fairfield, CA 94533

-4-