Isaac M. Pachulski (CA Bar No. 62337)
Debra I. Grassgreen (CA Bar No. 169978)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, CA 94104
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
Email: dgrassgreen@pszjlaw.com

Eric Seiler (admitted *pro hac vice*)
Jason C. Rubinstein (admitted *pro hac vice*)
Michael S. Palmieri (admitted *pro hac vice*)
FRIEDMAN KAPLAN SEILER AND ADELMAN LLP
7 Times Square
New York, NY 10036-6516
Telephone: (212) 833-1103
Facsimile: (212) 373-7903
Email: eseiler@fklaw.com

*Attorneys for Securities Claimant*
*Baupost Group Securities, L.L.C.*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| PG&E CORPORATION, | Case No. 19-30088 (DM) |
| - and - | (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY, | **NOTICE OF HEARING ON MOTION FOR ORDER DEEMING BAUPOST GROUP SECURITIES, L.L.C.'S SUPPLEMENT TO ITS PROOFS OF RESCISSION OR DAMAGE CLAIMS TIMELY** |
| Debtors. | |
| Affects: | |
| ☐ Affects PG&E Corporation | Date: January 25, 2023 |
| ☐ Affects Pacific Gas and Electric Company | Time: 10:00 a.m. (Pacific Time) |
| ☒ Affects Both Debtors | Place: (Tele/Videoconference Appearances Only) |
| *\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | United States Bankruptcy Court Courtroom 17, 16th Floor San Francisco, CA 94102 |

**TO: (A) THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE; (B) THE DEBTORS; AND (C) OTHER PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE** that Securities Claimant Baupost Group Securities, L.L.C. ("**Baupost**") filed on December 28, 2022, in the above-captioned chapter 11 cases (the "**Chapter 11**

**Cases**"), the *Motion for Order Deeming Baupost Group Securities, L.L.C.'s Supplement to Its Proofs of Rescission or Damage Claims Timely* (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will hold a hearing on the Motion on January 25, 2023, at 10:00 a.m. (Pacific Time) (the **Hearing**") before the Honorable Dennis Montali, United States Bankruptcy Judge. Pursuant to the Bankruptcy Court's *Eighth Amended General Order No. 38 In re: COVID-19 Public Health Emergency*, dated December 1, 2021, and until otherwise ordered, **all hearings shall be conducted by video or teleconference. The Courtroom will be closed.** All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about Court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**FILING AND SERVICE OF RESPONSE**: If there is opposition to the Motion referenced above, then a response (a "**Response**") must be filed, in writing, with the Bankruptcy Court, and served on the counsel for Baupost so as to be received by no later than 4:00 p.m. (Pacific Time) on January 11, 2023 (the "**Response Deadline**"). The Response must be filed through the Court's electronic case filing ("**ECF**") system if the filer has access to the ECF system; service on Baupost's counsel will occur automatically upon ECF filing; and no separate service of the Response is required. If the filer does NOT have access to the ECF system, service must be made by electronic mail to Baupost's counsel at dgrassgreen@pszjlaw.com, and the filer must arrange for the Response to be filed with the Court within two business days thereafter. If the filer does not have the ability to serve a Response electronically, the Response must be served by mail, express or some other means so either (a) it is actually received by Baupost's counsel by the Response Deadline, or (b) it is dispatched not later than the Response Deadline through a postal or commercial express service that will make actual delivery not more than two business days after the Response Deadline, and in that case the filer must inform Baupost's counsel by email, telephone or facsimile before the Response Deadline of the fact that a paper Response is being delivered by express.

1     Any Response must be accompanied by any declarations or memoranda of law the filer

2 wishes to present in support of its position.

3     If there is no timely Response, the Bankruptcy Court may enter an order granting the Motion.

4 If a timely Response is filed, the Hearing will be held at the date and time shown above.

5     **PLEASE TAKE FURTHER NOTICE** that copies of the Motion and its supporting papers

6 can be viewed and/or obtained: (i) by accessing the Court's website at

7 http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden

8 Gate Avenue, San Francisco, CA 94102, or (iii) from the Reorganized Debtors' notice and claims

9 agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at

10 https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties;

11 or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a

12 PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: December 28, 2022    PACHULSKI STANG ZIEHL & JONES LLP

By   */s/ Debra I. Grassgreen*
    Isaac M. Pachulski
    Debra I. Grassgreen

- and –

Eric Seiler (admitted *pro hac vice*)
Jason C. Rubinstein (admitted *pro hac vice*)
Michael S. Palmieri (admitted *pro hac vice*)
FRIEDMAN KAPLAN SEILER &
ADELMAN LLP

*Attorneys for Securities Claimant Baupost Group Securities, L.L.C.*