```
Entered on Docket
December 28, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
```



Signed and Filed: December 28, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

ROVENS LAMB LLP
Steven A. Lamb (#132534)
(slamb@rovenslamb.com)
2601 Airport Drive, Suite 370
Torrance, CA 90505
Tel: 310 536 7830

LAW OFFICES OF JENNIFER L. DODGE INC.
Jennifer L. Dodge (#195321)
(jdodgelaw@jenniferdodgelaw.com)
2512 Artesia Blvd., Suite 300D
Redondo Beach, California 90278
Tel: (310) 372.3344
Fax: (310) 861.8044

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **ORDER APPROVING STIPULATION TO MODIFY SCHEDULE REGARDING AMIR SHAHMIRZA'S MOTION FOR SUMMARY JUDGMENT** |
| Debtors. | [Related to Dkt. No. 12130] |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

The Court having considered the *Stipulation to Modify Schedule Regarding Amir Shahmirza's Motion for Summary Judgment*, dated December 28 2022 (the "**Stipulation**"),[1] entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") on the one hand, and Creditor Amir Shahmirza ("**Shahmirza**") on the other hand, by and through their counsel; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. Shahmirza shall file and serve a motion for summary judgment (the "**Shahmirza Motion**") on or before January 31, 2023.

3. The Reorganized Debtors shall file and serve an opposition to the Shahmirza Motion and, at their discretion, a cross-motion for summary judgment (the "**PG&E Brief**") on or before March 3, 2023.

4. Shahmirza shall file and serve a reply in support of the Shahmirza Motion on or before March 20, 2023.

5. A hearing on the Shahmirza Motion and PG&E Brief will be held on **April 11, 2023**, at 10:00 a.m. (Pacific Time).

6. The March 7, 2023 hearing on this matter is dropped from the calendar.

7. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

/ / /

/ / /

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

| | |
|---|---|
| 1 | APPROVED AS TO FORM AND CONTENT: |
| 2 | COHEN AND JACOBSON, LLP |

  /s/ Lawrence A. Jacobson
  Lawrence A. Jacobson
  *Attorneys for Amir Shahmirza*

*** END OF ORDER ***