Shannon Palmer

Claim #: 109839

Brandon Palmer
Gavin Palmer
Evelyn Palmer

PG&E Corporation and Pacific and Electric Company
    Case # 1930088

shanpalm18@gmail.com

   I am requesting to submit a late claim, as I am a fire victim. I was not aware of the steps in this process until this past week, and am now able to submit my claim. It's a long process with many steps that I needed additional instructions for. Thank you for considering my late claim.

   I am a fire victim because of my family's need to evacuate from our house for 2 full weeks. Watching the fire come within ½ mile of our house was devastating. My husband was called to the fire as a Santa Rosa Fire Department Engineer while I evacuated our 1 year old daughter and our 6 year old son all by myself in the dark since the power was out. It was scary watching the glow of flames near closer and closer with each gust of wind, as I was rushing around with 2 screaming children and a diabetic cat trying to decide what I couldn't live without. During this time I also checked on 2 elderly neighbors and made sure they were getting out of their houses.

   While driving away from our house, which I believed to be the last time we'd see it standing since the fire had approached so quickly, we were stuck in so much traffic with our entire neighborhood all doing the same. My daughter screamed and cried the entire way because of her being jolted awake in the middle of the night. All she wanted to do was be nursed back to sleep by me, her momma, but I had to drive us to safety. My son was putting on a brave face and was being as helpful as he could, which later came out at trauma.

   We didn't get to hear from my husband for about 6 hours since he was up all night evacuating neighborhoods and putting out fire after fire. After watching the news and seeing how much devastation (loss of property and life) had occurred due to the fire, we didn't know if my husband was even okay. I tried being brave for our children, but really I was devastated inside. When he finally returned to the station late the next day, he learned the station had burned to the ground, along with all of his personal belongings. It was the longest 2 weeks of my life, and I still have some PTSD due to the circumstances.

   PG&E is guilty of this trauma my family and I faced. If their equipment had been kept up to date and in proper working order as our community expected them to do, we would not have had such a traumatic fire that affected our entire community.

   Thank you for your time in hearing a brief part of our story and considering our claim.

Shannon Palmer