Entered on Docket
January 03, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: January 3, 2023**



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br><br>Date:  January 10, 2023<br>Time:  10:00 AM<br>Via Video/Teleconference<br>www.canb.uscourts.gov/calendars |

**ORDER REGRDING JANUARY 10, 2023, HEARING
ON MOTIONS TO FILE LATE CLAIMS**

    On January 10, 2023, at 10:00 AM, the court will hold a hearing on motions to file late claims and the objections of the Fire Victim Trust ("FVT"), as shown below:

| Motion Filing Date | Motion Docket No. | Movant | Counsel/ Pro Se | Objection Docket No. |
|---|---|---|---|---|
| 11/28/22 | 13291 | Frewoini Garcia | Pro se | 13336 |
| 11/30/22 | 13305 | Ricardo Mejia, Jr. et al. | Pro se | 13351 |
| 12/2/22 | 13317 | Patrick Cory Smithson | Pro se | 13353 |
| 12/6/22 | 13318 | Keith Mason Crownover et al. (110 claimants) | Jacob Faircloth | 13372 |
| 12/8/22 | 13324 | Fern Elizabeth Fisher | Laila Masud | 13380 |
| 12/9/22 | 13327 | Kelly Back et al. (39 claimants) | Paul Jamond | 13385 |
| 12/12/22 | 13341 | Daniel and Julianne Erdman | Pro se | 13388 |

At the hearing, the court will allow five minutes for each of the four pro se parties to present their oral argument, and ten minutes each for Mr. Faircloth, Ms. Masud and Mr. Jamond to present oral argument for their clients, to be followed by twenty minutes for counsel for the FVT as to all movants.

The moving parties should be prepared to explain why the court should not follow its decision denying similar motions in the December 20, 2022, *Amended Order Denying Motions to Allow Late Claims* (Dkt. 13377).

Furthermore, if the four pro se parties - Frewoini Garcia, Ricardo Mejia, Jr. et al., Patrick Cory Smithson, or Daniel and Julianne Erdman, wish to present oral argument, they each must notify the Courtroom Deputy via email: Lorena_Parada@canb.uscourts.gov no later than January 9, 2023.

All hearings will be conducted by telephone or video conference (unless otherwise noted). Please review the specific calendar page (pdf) posted on the Bankruptcy Court's website for further instructions one week prior to the hearing.

All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about Court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**\*\*END OF ORDER\*\***

Case: 19-30088    Doc# 13401    Filed: 01/03/23    Entered: 01/03/23 12:05:15    Page 3 of 4

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | |
| 3 | Frewoini Garcia<br>1785 Las Pravadas Ct. |
| 4 | Santa Rosa, CA 95409<br>lmsmithson@hotmail.com |
| 5 | |
| 6 | Ricardo Mejia, Jr. et al.<br>512 Jacklondon Dr. |
| 7 | Santa Rosa, CA 95409<br>Rcharms87@gmail.com |
| 8 | |
| 9 | Patrick Cory Smithson<br>6293 Melita Road |
| 10 | Santa Rosa, CA 95409<br>ptrcksmithson@gmail.com |
| 11 | |
| 12 | Daniel Erdman<br>Julianne Erdman |
| 13 | 5960 Erland Road<br>Santa Rosa, CA 95404 |
| 14 | dcerdman@gmail.com |

-4-