# CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access the filing through the Court's filing system.

Executed this 3rd day of January 2023 at Kapolei, Hawai'i.

                                         /s/ Chanel Mendoza
                                         CHANEL MENDOZA

4868-0125-2917, v. 1