Aara Viola Pedersen

Claim No: 109843

Donald Edward Pedersen

Shawn Jay Pedersen

[pedersenrealty@gmail.com](mailto:pedersenrealty@gmail.com)

We are filing this claim due to the impact the fires have had on our family. The late filing is because I thought we had to actually have our home burn down not just damaged to file. I also did not realize the impact was going to be so detrimental to my health, my husbands health and our sons on going fears. We still have anxiety from all the alarms evacating us numerous times. We were gone from our home for 2 to 3 weeks, we had smoke damage but didn't file a claim with our insurance company for the 2017 fires. Our back yard was completely full of fire debris, our pool was completely black, we lost our Koi fish due to the ash falling in it but we didn't ask for any compensation. We have 3 fridges and a Chest Freezer and lost all that food. The damage it caused in our home with the refrigerators thawing out was a complete mess. We had to hire a private cleaning service to come in and take care of everything. We had to have all the walls washed down our heating ducts cleaned out at our expense. We purchased air purifiers to help with the smoke. We took care of all of that . We feel that the constant fear of fire still brings us to tears, and causes PTSD with all of us. The fire was 2 blocks from our house and the fear of it coming directly at us was something that we will never ever get over. In order to even get back to our house for anything we had to go through the National Guard to come and get medicines. I have never had heart issues and now I do and I do attribute this partly to this. Anytime anyone talks about it I cry and my husband and son gets upset.

I am a Real Estate Agent and work from my home office, couldn't do business during that time. My husband owned a Pawn Shop and he had to shut that down for a week. Our son works but couldn't get to work because the whole town shut down.

We feel that PG&E caused this due to their negligence. Unfortunately, we felt bad when it all happened then got upset as things progressed as to who was to blame. PG&E was the guilty party.

Sincerely,

Aara Viola Pedersen