McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Hagop T. Bedoyan, #131285
   hagop.bedoyan@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Kings River Water Association, Creditor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>   - and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>   Debtors.<br><br>[ ] Affects PG&E Corporation<br>[x] Affects Pacific Gas Electric Company<br>[ ] Affects Both<br><br>*All papers shall be filed in the Lead Case No. 19-30088 | Case No. 19-30088-DM<br><br>Chapter 11<br>(Lead Case Jointly Administered)<br><br><br>**REQUEST FOR REMOVAL FROM COURT E-MAIL LIST AND MAILING MATRIX** |

TO THE CLERK OF THE COURT, CASE ADMINISTRATORS AND AL PARTIES IN INTEREST:

Hagop T. Bedoyan hereby requests the following name and e-mail address be removed from the Court's ECF e-mail list and the mailing matrix in the above referenced case:

> Hagop T. Bedoyan
> *hagop.bedoyan@mccormickbarstow.com*
> McCormick, Barstow, Sheppard,
> Wayte & Carruth LLP
> 7647 North Fresno Street
> Fresno, California 93720

Dated: December 29, 2022

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: /s/ Hagop T. Bedoyan
Hagop T. Bedoyan
Attorneys for Kings River Water Association,