McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Hagop T. Bedoyan, #131285
  *hagop.bedoyan@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Kings River Water Association,
Creditor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>      – and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>      Debtors.<br>_____<br>[ ] Affects PG&E Corporation<br>[x] Affects Pacific Gas Electric Company<br>[ ] Affects Both<br><br>*All papers shall be filed in the Lead Case No. 19-30088 | Case No. 19-30088-DM<br><br>Chapter 11<br>(Lead Case Jointly Administered)<br><br><br><br>**CERTIFICATE OF SERVICE RE: REQUEST FOR REMOVAL FROM COURT E-MAIL LIST AND MAILING MATRIX** |

I, TERRY DOUTY do declare and state as follows:

1.     I am employed in Fresno County in the State of California. I am over the age of 18 and not a party to this action. My business address is 7647 North Fresno Street, Fresno California 93720.

I certify that on **January 3, 2023**, I caused a true and correct copy of the following documents to be served electronically via the Court's Email Service List.

**REQUEST FOR REMOVAL FROM COURT E-MAIL LIST AND MAILING MATRIX**

I have reviewed the Notice of Electronic Filing for the above-listed document, and I understand that the parties listed in each NEF as having received notice through electronic mail were

electronically served with that document through the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that if called upon to witness, I could and would testify competently thereto.

Executed on **January 3, 2023**, Fresno California.

*/s/Terry Douty*