1 BROWN RUDNICK LLP
David J. Molton (SBN 262075)
2 (DMolton@brownrudnick.com)
Seven Times Square
3 New York, New York 10036
Telephone: (212) 209-4800
4 Facsimile: (212) 209-4801

5 BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
6 (JMiliband@brownrudnick.com)
2211 Michelson Drive, Seventh Floor
7 Irvine, California 92612
Telephone: (949) 752-7100
8 Facsimile: (949) 252-1514

9 *Attorneys for the Fire Victim Trustee*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF HEARING ON FIRE VICTIM TRUSTEE'S OBJECTION TO LETTER REQUEST OF AARA VIOLA PEDERSEN TO DEEM LATE PROOF OF CLAIM TIMELY FOR THE PURPOSE OF ADMINISTRATION BY THE FIRE VICTIM TRUST**<br><br>[Relates To Docket No. 13404]<br><br>Hearing Date: January 25, 2023<br>Hearing Time: 10:00 a.m.<br>Place: Hearing will be conducted telephonically or by video |

1  PLEASE TAKE NOTICE that a hearing on the *Fire Victim Trustee's Objection To Letter Request Of Aara Viola Pedersen To Deem Late Proof Of Claim Timely For The Purpose Of Administration By The Fire Victim Trust* [Dkt. 13407], has been scheduled for January 25, 2023, at 10:00 a.m., before the Honorable Dennis Montali, United States Bankruptcy Judge.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Bankruptcy Court's *Eighth Amended General Order No. 38, In re: COVID-19 Public Health Emergency*, effective December 1, 2021, and until otherwise Order, **all hearings shall be conducted by video or teleconference. The courtroom will be closed.** All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

DATED: January 4, 2023                    BROWN RUDNICK LLP

By: */s/ David J. Molton*
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone:    (212) 209-4800
Facsimile:    (212) 209-4801

and

Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone:    (949) 752-7100
Facsimile:    (949) 252-1514

*Attorneys for the Fire Victim Trustee*

2