**Brandon Boone**

**Claim # 109840**

**Jennifer Boone, Brecken Boone & Hudson Boone**

**"PG&E Corporation and Pacific and Electric Company"**

**Case # 1930088**

[boonebrando@hotmail.com](mailto:boonebrando@hotmail.com)


I would like to request to submit a late claim for my family's loss as a result of the 2017 Tubbs Fire.  The Tubbs Fire caused our family to rapidly evacuate our home late in the evening.  At this time my wife was pregnant, our 1 year old son was fast asleep in his crib and our 5 year old family dog was recovering from recent cardiothoracic surgery. We drove to a friends house in Rohnert Park and were able to stay for a few hours before evacuating again from fire on the nearby hillside.  We evacuated to another friends house in Petaluma and were stuck in gridlock for hours before reaching that residence.  We were not able to stay in this house long because of our dogs panic and this house having a dog next door that was not ok with our dog being here.  We evacuated a third time to flee the uncomfortable situation.  We called every hotel we could find and there was no vacancies.  We reached a cousin who lived in Redwood City and was able to let us into his house until we were able to get back into our home safely.  During our time away from home it was very smokey and we breathed extremely unhealthy air.  We suffered greatly mentally physically and financially as victims of this devastating fire.


Our family suffered not only financially but the long-term physical and psychological effects on our family are ongoing.  The cause of our suffering is a direct result from the devastating Tubbs fire that PG&E was found guilty of causing.