Amanda Hackett
Claim #: 109845
PG&E Corporation and Pacific Gas and Electric Company
Case #: 1930088
amandavh86@gmail.com

      I am requesting a late claim to be granted for my claim against PG&E. I am late filing this paperwork because I was unaware of any ongoing lawsuits against PG&E, I was also not informed about the claim types and what types of personal impact was going to be covered in any lawsuit. My life changed for the worst during and after the fires. I am a transplant to this area and when the fires broke out I didn't have a support system here to help. I had to move back to my hometown and move in with a friend. After dating this friend I was hospitalized from his physical abuse and could not leave since I had no where to go. PG&E were found guilty and should be held liable for my suffering and loss.