Eric Pedersen
Claim #: 109844
PG&E Corporation and Pacific Gas and Electric Company
Case #: 1930088
Whatsuperic2002@yahoo.com

      I am requesting a late claim to be granted for my claim against PG&E. I am late filing this paperwork because I was unaware of any ongoing lawsuits against PG&E, I was also not informed about the claim types and what types of personal impact was going to be covered in any lawsuit. I was affected in ways directly related to the fires that changed my life. The fires caused loss of business and revenue to my employer at the time since the business was close to the fires. I was let go because of this and had to go on unemployment. PG&E were found guilty and should be held liable for my suffering and loss.