Patrick Pedersen

Claim # 109842

PG&E Corporation and Pacific and Electric Company

Case # 1930088

Pjpracer@yahoo.com


To Whom it May Concern:

I'm submitting a request for a late claim for the Tubbs fire. I was a fire victim during the horrific fires in Sonoma County. I was evacuated from my house for approximately 2 weeks, loss of work, and now mental anxiety. Having to jump around from place to place with my dog to try and find a place to stay was difficult. And on top of that the financial strain of not being able to work for that time period caused additional stress. Now moving forward Iam constantly on alert for additional fires. Nightmares often occur from that time period. The list goes on and on.


PG&E was found guilty and should definitely be held responsible for the suffers that they have caused. Please consider this in your decision. Thank you very much for the consideration.