# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On December 21, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on (1) Alexandra Dougherty, 683 Matson Drive, Napa, CA 94558; (2) Michael Scott Freeland, 50 Diogenes Drive, Angwin, CA 94508; and (3) Taryn Skott, P.O. Box 6233, Santa Rosa, CA 95406:

- Amended Order Denying Motions to Allow Late Claims [Docket No. 13377]

3. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Executed this 29th day of December 2022, at New York, NY.

/s/ *Alain B. Francoeur*
Alain B. Francoeur