KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) (Jointly Administered) <br><br> **DECLARATION OF THOMAS B. RUPP IN SUPPORT OF REORGANIZED DEBTORS' STATUS CONFERENCE STATEMENT REGARDING REORGANIZED DEBTORS' OBJECTION TO AMENDED PROOF OF CLAIM NO. 108715 FILED BY DAVID P. ADDINGTON** <br><br> [Related to Docket No. 12948] <br><br> Date: January 10, 2023 <br> Time: 10:00 a.m. (Pacific Time) <br> Place: (Zoom Videoconference Appearances Only) <br> United States Bankruptcy Court <br> Courtroom 17, 16th Floor <br> San Francisco, CA 94102 |

I, Thomas B. Rupp, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am an attorney with Keller Benvenutti Kim LLP, co-counsel to the Reorganized Debtors in the above captioned Chapter 11 Cases. I am licensed to practice law in the State of California and admitted to practice before the United States District Court for the Northern District of California. I submit this Declaration in support of the *Status Conference Statement Regarding Reorganized Debtors' Objection to Amended Proof of Claim No. 108715 Filed by David P. Addington* (the "**Status Conference Statement**"), filed contemporaneously herewith.

2. If called upon to testify, I would testify competently to the facts set forth in this declaration. I am authorized to submit this declaration on behalf of the Reorganized Debtors.

3. Since the December 13, 2022 status conference and through the holidays, I have been communicating regularly with Mr. Addington in an effort to reach a stipulation with respect to the process and timing of litigating his claims in these Chapter 11 Cases.

4. On December 16, 2022, I sent Mr. Addington a letter addressing a number of issues raised at the December 13, 2022 status conference. A true and correct copy of my letter is attached hereto as **Exhibit A**.

5. On December 19, 2022, I received a responsive letter from Mr. Addington in which he stated his intention "to file a second amended proof of claim based on the document production recently made by PG&E." He proposed to share a draft of the amended proof of claim with PG&E by January 16, 2023. Later that day, Mr. Addington reiterated his intention and proposed timing to me by telephone. A true and correct copy of Mr. Addington's December 19, 2022 letter is attached hereto as **Exhibit B**.

6. On December 30, 2022, I received an e-mail from Mr. Addington in which he suggested that that he had not yet decided whether he would "seek to amend [his] claim such that the issues raised in the summary judgment motion are no longer applicable or attempt to refute the rational[e](s) for dismissal or some combination of these two things." A true and correct copy of Mr. Addington's December 30, 2022 e-mail is attached hereto as **Exhibit C**.

7. On Friday, January 6, Mr. Addington indicated to me that he would agree to the terms

and schedule set forth in Section IV of the Status Conference Statement, and execution copies of a stipulation and proposed order were sent to Mr. Addington on the morning of Saturday, January 7. However, on the evening of Sunday, January 8, Mr. Addington e-mailed me to express his objection to the condition that he would not seek to file any further amended claims in these Chapter 11 Cases except pursuant to the stipulated schedule, despite his not previously raising this issue when the same term was included in every previous draft stipulation shared with him.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this 9th day of January, 2023, in Sunnyvale, California.

By: _____*/s/ Thomas B. Rupp*_____
       Thomas B. Rupp