**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**,<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors**.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>\* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR JANUARY 10, 2023, OMNIBUS HEARING**<br><br>Date:   January 10, 2023<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  Zoom Videoconference<br>         United States Bankruptcy Court<br>         Courtroom 17, 16th Floor<br>         San Francisco, CA 94102 |

**PROPOSED AGENDA FOR
JANUARY 10, 2023,
OMNIBUS HEARING**

**I:   MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*CONTESTED MATTERS GOING FORWARD*

**Claim Objection:**

1. **Addington Claim Objection:** *Reorganized Debtors' Objection to Amended Proof of Claim No. 108715 Filed by David P. Addington* **[Dkt. 12948]**.

    Related Document:

    A. *Reorganized Debtors' Motion for Summary Judgment on Proof of Claim No. 108715 Filed by David P. Addington* **[Dkt. 13320]**.

    B. *Status Conference Statement Regarding Reorganized Debtors' Objection to Amended Proof of Claim No. 108715 Filed by David P. Addington* **[Dkt. 13419]**.

    C. *Declaration of Thomas B. Rupp in Support of Status Conference Statement Regarding Reorganized Debtors' Objection to Amended Proof of Claim No. 108715 Filed by David P. Addington* **[Dkt. 13420]**.

    Status: This matter is going forward as a status conference.

**Motions to Deem Late Claims Timely:**

2. **Garcia:** **[Dkt. 13291]**.

    Response Received:

    A. *Fire Victim Trustee's Objection to Letter Request of Frewoini Garcia to Deem Late Proof of Claim Timely for the Purpose of Administration by the Fire Victim Trust* **[Dkt. 13336]**.

    Related Document:

    B. *Order Regarding January 10, 2023 Hearing on Motions to File Late Claims* **[Dkt. 13401]**.

    Status: This matter is going forward on a contested basis.

3. **Mejia, et al.:** **[Dkt. 13305]**.

    Response Received:

    A. *Fire Victim Trustee's Objection to Letter Request of Mejia Household to Deem*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

*Late Proof of Claim Timely for the Purpose of Administration by the Fire Victim Trust* **[Dkt. 13351]**.

Related Document:

B. *Order Regarding January 10, 2023 Hearing on Motions to File Late Claims* **[Dkt. 13401]**.

Status: This matter is going forward on a contested basis.

4. **Smithson**: **[Dkt. 13317]**.

Response Received:

A. *Fire Victim Trustee's Objection to Letter Request of Patrick Cory Smithson to Deem Late Proof of Claim Timely for the Purpose of Administration by the Fire Victim Trust* **[Dkt. 13353]**.

Related Document:

B. *Order Regarding January 10, 2023 Hearing on Motions to File Late Claims* **[Dkt. 13401]**.

Status: This matter is going forward on a contested basis.

5. **Crownover, et al**.: *Consolidated Motion to Allow/Deem Timely Late Filing of Claimants* **[Dkt. 13318]**.

Response Received:

A. *Fire Victim Trustee's Objection to Consolidated Motion to Allow/Deem Timely Late Filing of Claimants* **[Dkt. 13372]**.

Related Documents:

B. *Order Regarding January 10, 2023 Hearing on Motions to File Late Claims* **[Dkt. 13401]**.

C. *Claimants' Reply Memorandum in Support of Consolidated Motion to Allow/Deem Timely Late Filing of Claimants* **[Dkt. 13402]**.

Status: This matter is going forward on a contested basis.

6. **Fisher**: *Motion to Allow/Deem Timely Late Filing of Proof of Claim by Fern Elizabeth Fisher* **[Dkt. 13324]**.

Response Received:

A. *Fire Victim Trustee's Objection to Motion to Allow/Deem Timely Late Filing of Proof of Claim by Fern Elizabeth Fisher* **[Dkt. 13380]**.

Related Documents:

B. *Order Regarding January 10, 2023 Hearing on Motions to File Late Claims* **[Dkt. 13401]**.

C. *Reply in Support of Motion to Allow/Deem Timely Late Filing of Proof of Claim by Fern Elizabeth Fisher* **[Dkt. 13403]**.

Status: This matter is going forward on a contested basis.

7. **Back, et al.**: *Consolidated Motion to Allow/Deem Timely Late Filing of Claimants* **[Dkt. 13327]**.

Response Received:

A. *Fire Victim Trustee's Objection to Consolidated Motion to Allow/Deem Timely Late Filing of Claimants* **[Dkt. 13385]**.

Related Document:

B. *Order Regarding January 10, 2023 Hearing on Motions to File Late Claims* **[Dkt. 13401]**.

Status: This matter is going forward on a contested basis.

8. **Erdman**: **[Dkt. 13341]**.

Response Received:

A. *Fire Victim Trustee's Objection to Letter Request of Daniel and Julianne Erdman to Deem Late Proof of Claim Timely for the Purpose of Administration by the Fire Victim Trust* **[Dkt. 13388]**.

Related Document:

B. *Order Regarding January 10, 2023 Hearing on Motions to File Late Claims* **[Dkt. 13401]**.

Status: This matter is going forward on a contested basis.

/ / /

*CONTINUED AND RESOLVED MATTERS*

9. **118th Omnibus Objection (Charmbury):** *Reorganized Debtors' One Hundred Eighteenth Omnibus Objection to Claims (Charmbury Claims)* **[Dkt. 13117]**.

    Status: The parties have reached a settlement that resolves this matter. The Objection is off calendar indefinitely pending final documentation of the settlement.

10. **SVP Cure Dispute Settlement Motion (Grizzly):** *Motion of the Reorganized Debtors Pursuant to Fed. R. Bankr. P. 9019 for Entry of an Order (I) Approving the Settlement Agreement with Santa Clara DBA Silicon Valley Power Resolving Santa Clara's Cure Dispute and Motion to Compel and (II) Granting Related Relief* **[Dkt. 13366]**.

    Status: This Motion has been granted by Order **[Dkt. 13409]**.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: January 9, 2023

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By:  */s/ Thomas B. Rupp*
Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*