Jennifer Perkins
Claim # 109846
PG&E Corporation and Pacific and Electric Company"
Case # 1930088
jenniferleighperkins@gmail.com

To whom it may concern:

I am submitting a late claim in the case against PG&E. My husband is a firefighter in San Francisco where they have been working mandatory overtime almost every shift since COVID lockdowns due to lack of staffing which resulted from the pandemic. In addition, I teach middle school full time in a low income neighborhood that was highly impacted by the pandemic, requiring a large amount of extra work for me. I also have three children, ages 7, 12, and 14, all of whom play multiple sports all year long. We feel like we are finally catching our breath from back to back fires in our neighborhood (2017 and 2020) coupled with the COVID pandemic. For these reasons, I am finally able to sit down and submit a late claim in the case against PG&E.

During the 2017 fires, my family watched helplessly from our yard as the fires raged at an alarming speed toward our house. My husband is a firefighter and at the time was working for Petaluma. His work called for an immediate need for all firefighters to report to work. Because of the location of our house in relation to the fire, he was able to stay with us for a few hours until we could get to safety. As a resident of Rincon Valley, by the time the fire was visible from our yard, there was not a single engine, truck, firefighter, hose, or police officer available to come to our area. We stood in the dark, with no power, no communication, no services, wondering what to do. My husband tried to find some hoses from our neighboring fire stations, only to find there was nothing left. Our children still remember the hopeless feeling of watching the fire blow through our town with the knowledge that nobody was coming to help. When we realized nobody was coming to help and we had zero resources to fight the fire, we packed in the dark to evacuate our house. My children sobbed as they had to choose only the most important things to bring. Evacuating proved to be an impossible task. With no communication or information, we were unclear of what roads were open and safe. Downed trees, zero power, and raging winds made getting out of Rincon very scary. Finding a place to stay with my 3 kids AND 100 pound dog was the next arduous task. We finally found a friend of a friend's cabin in Cazadero to stay in so my husband could head to work for an undetermined amount of days. For an entire week, we were out of our house while my husband worked. When we finally got word our house was still standing, we were relieved, however, the fire continued to raged for days, causing new fears from the fire on the Oakmont side of our house. My family experienced significant trauma from this experience, which fully became apparent in the 2020 fires. The wounds in my kids were reopened, and the trauma continued. My kids still experience anxiety anytime it is a windy day or they see/smell smoke somewhere. Our experience from the 2017

fires was traumatic and expensive. The cost of being out of our home included paying for housing, food, clothing, and medications that we would otherwise not have spent. Upon returning to our home, after a week of fires blowing around us and no power, we discovered even more costs. Our pool required an entire overhaul to clean it out of ash, tree branches, and burnt embers. We had burn spots all over our yard, patio, roof, and solar panels. Our walls, windows, and air ducts were filled with hazardous soot. Everything in our fridge and freezer had to be thrown away. However, the lasting trauma from this experience will always far outweigh the physical damage.

PG&E was negligent in their care of power lines for decades, resulting in the 2017 fires that killed innocent people and animals and cost thousands of people unnecessary financial and emotional damage. PG&E was found guilty of these charges and needs to compensate the victims accordingly.

Sincerely,
Jennifer Perkins