David P. Addington
298 Saint James Drive
Piedmont, CA 94611

(415) 606-6552
david@cachamp.com

In pro per

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>Affects Both Debtors | CASE NO. 19-30088 (DM)<br><br>**STATUS CONFERENCE STATEMENT OF CREDITOR DAVID P. ADDINGTON REGARDING SCHEDULE FOR RESPONSE TO DEBTORS' MOTION FOR SUMMARY JUDGEMENT (CLAIM NO. 108715)**<br><br>**[Related to Docket No. 12948]**<br><br>Date: January 10, 2023<br>Time: 10:00 a.m. (PT)<br>Place: Zoom Videoconference |

Creditor David P. Addington, *in pro per*, respectfully submits this Status Conference Statement (Docket No. 12948) in the above-captioned Case.

**I.  SUMMARY**

I would like to delay my response to the Debtor's Motion for Summary Judgement.

I intend to file an Amendment to my existing claim - as the Debtor has requested in their Motion for Summary Judgement. My Amendment will make the response to the Debtor's motion unnecessary.

Except for the Debtor's requirement that I relinquish any further rights to amend my claim, (item 5) I agreed with their proposed scheduling order.

I signed and returned to the Debtor's counsel the scheduling order and stipulation on Sunday, January 9, 2023, with the relinquishment provision removed.

While I take exception to many of Mr. Rupp's statements and conclusions, I will not waste the Court's time detailing my exceptions.

## II. PROPOSED SCHEDULE

Creditor believes that the following schedule will best resolve PG&E's concerns and allow Mr. Addington adequate time to either seek amendment of his claim or respond to the Motion for Summary Judgment.

1. The January 25 Hearing is vacated, and all briefing on the Motion for Summary Judgment is suspended, subject to Paragraph 5 herein.
2. Mr. Addington shall have until February 1, 2023, to file the Motion to Amend. Any opposition by the Reorganized Debtors to the Motion to Amend shall be filed and served on or before February 15, 2023. The Motion to Amend shall be heard on February 22, 2023, at 10:00 a.m. (prevailing Pacific time).
3. If Mr. Addington does not file the Motion to Amend by February 1, 2023, the parties shall thereafter meet and confer with respect to the scope of any further discovery in connection with the Motion for Summary Judgment. Otherwise, any discovery by the parties shall be stayed until the earlier of (i) disposition of the Motion to Amend, or (ii) further order of the Court.
4. If Mr. Addington does not file the Motion to Amend pursuant to Paragraph 2 herein, the Motion for Summary Judgment shall be heard on March 22, 2023, at 10:00 a.m. (prevailing Pacific Time). Mr. Addington shall file and serve by e-mail on counsel for the Reorganized

Debtors any opposition to the Motion for Summary Judgment by February 22, 2023. Any reply brief by the Reorganized Debtors shall be filed and served by March 15, 2023.

DATED: January 9, 2023

*David P. Addington*

By:_____
DAVID P. ADDINGTON
In Pro Per