1  BROWN RUDNICK LLP
   David J. Molton (SBN 262075)
2  (DMolton@brownrudnick.com)
   Seven Times Square
3  New York, New York 10036
   Telephone:    (212) 209-4800
4  Facsimile:    (212) 209-4801

5  BROWN RUDNICK LLP
   Joel S. Miliband (SBN 077438)
6  (JMiliband@brownrudnick.com)
   2211 Michelson Drive, Seventh Floor
7  Irvine, California 92612
   Telephone:    (949) 752-7100
8  Facsimile:    (949) 252-1514

9  *Attorneys for the Fire Victim Trustee*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF HEARING ON FIRE VICTIM TRUSTEE'S OBJECTION TO LETTER REQUEST OF BRANDON BOONE TO DEEM LATE PROOF OF CLAIM TIMELY FOR THE PURPOSE OF ADMINISTRATION BY THE FIRE VICTIM TRUST**<br><br>Hearing Date:    January 25, 2023<br>Hearing Time:    10:00 a.m.<br>Place: Hearing will be conducted telephonically or by video |

1     PLEASE TAKE NOTICE that a hearing on the *Fire Victim Trustee's Objection To Letter Request Of Brandon Boone To Deem Late Proof Of Branden Boone Claim Timely For The Purpose Of Administration By The Fire Victim Trust* [Dkt. 13424], has been scheduled for January 25, 2023, at 10:00 a.m., before the Honorable Dennis Montali, United States Bankruptcy Judge.

    PLEASE TAKE FURTHER NOTICE that, in accordance with the Bankruptcy Court's *Eighth Amended General Order No. 38, In re: COVID-19 Public Health Emergency*, effective December 1, 2021, and until otherwise Order, **all hearings shall be conducted by video or teleconference. The courtroom will be closed.** All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

DATED: January 10, 2023          BROWN RUDNICK LLP

By:    */s/ David J. Molton*
       David J. Molton (SBN 262075)
       (DMolton@brownrudnick.com)
       Seven Times Square
       New York, New York 10036
       Telephone: (212) 209-4800
       Facsimile: (212) 209-4801

       and

       Joel S. Miliband (SBN 077438)
       (JMiliband@brownrudnick.com)
       2211 Michelson Drive, Seventh Floor
       Irvine, California 92612
       Telephone: (949) 752-7100
       Facsimile: (949) 252-1514

       *Attorneys for the Fire Victim Trustee*