# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Liz Santodomingo, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On January 3, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Affected Claimants Service List attached hereto as **Exhibit A**:

- Order Regarding January 10, 2023, Hearing on Motions to File Late Claims [Docket No. 13401]

3. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

1 | Executed this 9th day of January 2023, at New York, NY.

   */s/ Liz Santodomingo*
   Liz Santodomingo

# **Exhibit A**

Exhibit A
Affected Claimants Service List
Served by the method set forth

| NAME | ADDRESS | CITY | STATE | POSTAL | EMAIL | METHOD |
|---|---|---|---|---|---|---|
| Daniel Erdman and Julianne Erdman | 5960 Erand Road | Santa Rosa | CA | 95404 | dcerdman@gmail.com | First Class Mail and Email |
| Frewoini Garcia | 1785 Las Pravadas Ct. | Santa Rosa | CA | 95409 | lmsmithson@hotmail.com | First Class Mail and Email |
| Patrick Cory Smithson | 6293 Melita Road | Santa Rosa | CA | 95409 | ptrcksmithson@gmail.com | First Class Mail and Email |
| Ricardo Mejia, Jr. et al. | 512 Jacklondon Dr. | Santa Rosa | CA | 95409 | Rcharms87@gmail.com | First Class Mail and Email |