# Notice Recipients

District/Off: 0971–3        User: admin                    Date Created: 1/12/2023

Case: 19–30088             Form ID: TRANSC                 Total: 8


**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Jacob M. Faircloth | jacob@bfolegal.com |
| aty | Jacob M. Faircloth | jacob@bfolegal.com |
| aty | Laila Masud | lmasud@marshackhays.com |
| aty | Paul M. Jamond | jamond@pacbell.net |
| aty | Susan Sieger Grimm | SSieger–Grimm@brownrudnick.com |
| aty | Thomas B. Rupp | trupp@kbkllp.com |

                                                                TOTAL: 6


**Recipients submitted to the Claims Agent (Kroll Restructuring Administration, LLC)**

| | | | |
|---|---|---|---|
| intp | David P. Addington | 298 Saint James D | Piedmont, CA 94611 |
| cr | Patrick Cory Smithson | 6293 Melita Rd. | Santa Rosa, CA 95409 |

                                                                TOTAL: 2