WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF HERB BAER IN CONNECTION WITH REORGANIZED DEBTORS' OPPOSITION TO BAUPOST GROUP SECURITIES, L.L.C's MOTION FOR ORDER DEEMING SUPPLEMENT TO ITS PROOFS OF RECISSION OR DAMAGE CLAIMS TIMELY**<br><br>**Hearing Information:**<br>Date: January 25, 2023<br>Time: 10:00 a.m. (Pacific Time)<br>Place: **(Tele/Videoconference Only)**<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

I, Herb Baer, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Director of Consulting at Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) ("**Kroll**")[1], an affiliate of Kroll Settlement Administration LLC. Kroll's principal office is located at 55 East 52nd Street, New York, NY 10055.

2. I am providing this Declaration in connection with the *Reorganized Debtors' Opposition to Baupost Group Securities, L.L.C.'s Motion for Order Deeming Supplement To Its Proofs of Rescission or Damage Claims Timely* (the "**Opposition**"), filed contemporaneously herewith in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") of PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, "**PG&E**," the "**Debtors**," or the "**Reorganized Debtors**," as applicable).

3. I have extensive experience and expertise in all aspects of claims administration, including direct notice, paper and electronic publication, website design, claimant communication, claims intake and processing, distribution of payments, and tax reporting. During the last 20 years, I have personally led claims administration teams in major chapter 11 cases such as Lehman Brothers, Takata, Purdue, Mallinckrodt, WorldCom, Bethlehem Steel, Global Crossing, Republic Airways Holdings Inc., RCS Capital Corporation, Aspect Software Parent Inc., Steve and Barry's and Arch Wireless. Kroll has been retained by the Reorganized Debtors as claims and noticing agent in the Chapter 11 Cases. Kroll has significant experience in the administrative aspects of large, complex chapter 11 cases. Kroll's professionals have acted as administrative agent and/or official claims and noticing agent in large bankruptcy cases in this District and other districts nationwide. A detailed description of my experience and qualifications is attached hereto as **Exhibit A**.

4. Except as otherwise indicated herein, all facts set forth in this Declaration are based upon my personal knowledge, the knowledge of other employees working under and alongside me on this matter, my discussions with the Reorganized Debtors' personnel and the Reorganized Debtors' various

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Opposition.

advisors and counsel, and my review of relevant documents and information. If called upon to testify, I would testify competently to the facts set forth in this Declaration. I am authorized to submit this Declaration on behalf of Kroll.

**Process for Filing Amended Proofs of Claim in the PG&E Chapter 11 Cases**

5. The process for filing an amendment with respect a Rescission or Damage Claim in the PG&E Chapter 11 Cases is straightforward and typical of the process in other chapter 11 cases in which Kroll has been involved. To submit an amended proof of claim, a claimant must fill out the Rescission or Damage Claim Proof of Claim and indicate in Question 5 that the claim is amending an existing proof of claim. If the claimant knows the claim number on the claims registry for the original proof of claim, the form also provides space to indicate that information.

6. Claimants submitting an amended proof of claim may file their amendments either electronically through Kroll's website, by first class mail, overnight courier, or hand delivery, as laid out in the Extended Securities Bar Date Order [Dkt. No. 5943]. This is the same process by which a claimant would submit an original proof of claim.

7. Once the Rescission or Damage Proof of Claim is received by Kroll, Kroll assigns a claim number, and registers the claim on the claims register. If the filer indicated through Question 5 that the submission was an amendment to an existing proof of claim, then this information is reflected on the claims register in each of the fields "Amends Previously Filed Claim," "Amended Claim Number," and "Amended Claim Date." This information indicates that the new claim number is amending an existing proof of claim.

8. If Question 5 on a Rescission or Damage Claim Proof of Claim indicates that the claim is an amendment, it is processed and registered as an amendment.

9. Once an amendment is fully processed, Kroll mails an acknowledgement card to the claimant via USPS first class mail ("**Claim Acknowledgment Cards**") unless Kroll has been asked by the claimant to forgo sending the physical claim acknowledgment. The Claim Acknowledgment Cards provide confirmation of the claim filing date and the claim number assigned to the amending claim.

10. As I indicated above, the process Kroll has employed for the submission of amendments in connection with Rescission or Damage Claims in the PG&E Chapter 11 Cases is typical of the process we employ in other chapter 11 cases.

**Amendments to the Securities Claims in the PG&E Chapter 11 Cases**

11. According to Kroll's records, there have been approximately 1,600 amendments to Securities Claims filed in the PG&E Chapter 11 Cases since March 6, 2020. This number is based solely on the information provided in the Rescission or Damage Claim Proof of Claims received and does not take into account any claims reconciliation.

12. During the 2022 calendar year alone, there were approximately 268 amendments to Rescission or Damage Claims in the PG&E Chapter 11 Cases. As far as I am aware, these amendments have all been treated similarly by Kroll and the process by which they have been logged on the claims register has been consistent with the process I set forth above for the submission of amendments.

**The Baupost Amendments**

13. On April 15, 2020, Kroll received two Rescission or Damage Claim Proof of Claim forms from Baupost Group Securities, L.L.C. ("**Baupost**"). These claims were processed and registered to the claims register as claim numbers 100269 and 100309.

14. On December 28, 2022, Kroll received two Rescission or Damage Claim Proof of Claim forms from Baupost. Each submission indicated that it was amending a previously filed claim. The submissions indicated that they were amending proofs of claim 100269 and 100309. These submissions will hereinafter be referred to as the "Baupost Supplements."

15. On January 3, 2023, Kroll processed and registered the two Baupost Supplements. The register indicates that the Baupost Supplements are amending previously filed claims, provides the amended claim numbers (109847 and 09848), and the amended claim date.

16. On January 4, 2023, Kroll mailed two Claim Acknowledgment Cards to Baupost providing Baupost with confirmation of the claim filing date and the assigned proof of claim numbers for each of its amended claims. Scanned copies of these Claim Acknowledgment Cards are attached hereto as **Exhibit B**.

17. As far as I am aware, there has been no attempt by anyone, including the Reorganized

Debtors, to alter, prevent or otherwise object to the logging of the Baupost Supplements.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this eleventh day of January, 2023.

*/s/ Herb Baer*
Herb Baer