# Exhibit A
## Baer Biography



## Herb Baer
*Director, Prime Clerk*

**CONTACT**

**P:** +1 212 257 5835

**E:** hbaer@primeclerk.com

Herb is a director at Prime Clerk. Herb is one of the most experienced consultants in the industry, having spent over 15 years leading the administration of large chapter 11 cases, including Lehman Brothers, Takata, Purdue, Mallinckrodt, WorldCom, Bethlehem Steel, Global Crossing, Republic Airways Holdings Inc., RCS Capital Corporation, Aspect Software Parent, Inc., Steve and Barry's and Arch Wireless. Prior to joining Prime Clerk, Herb was Senior Director, Client Services at Epiq Systems. Early in his career, Herb worked in both computer programming and software development and he continues to use those skills to provide his clients with enhanced technology and process solutions.

Herb holds a B.A. in Economics from Binghamton University.