**Exhibit B**

**Baupost Claim Acknowledgment Cards**

# KROLL
RESTRUCTURING ADMINISTRATION

P.O. Box 5293
New York, NY 10150-9998

In re PG&E Corporation
Case No. 19-30088
United States Bankruptcy Court, Northern District of California

FIRST-CLASS

US POSTAGE ᴵᴹᴵ PITNEY BOWES
ZIP 11232 $ 000.44⁰
02 7H
0006049087    JAN 03 2023

**KROLL RESTRUCTURING ADMINISTRATION (FORMERLY KNOWN AS PRIME CLERK) RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 12/28/2022
Proof of Claim No.: 109848

For additional information, please visit **https://restructuring.ra.kroll.com/pge/**, or call us at **844.339.4217**.

Baupost Group Securities, L.L.C.
The Baupost Group, L.L.C.
Attn: Frederick H. Fogel, Esq.
10 St. James Avenue, 17th Fl
Boston, MA 02116

**KROLL**
RESTRUCTURING
ADMINISTRATION

P.O. Box 5293
New York, NY 10150-9998



FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 11232 $ 000.44⁰
02 7H
0006049087   JAN 03 2023

In re PG&E Corporation
Case No. 19-30088
United States Bankruptcy Court, Northern District of California

**KROLL RESTRUCTURING
ADMINISTRATION (FORMERLY
KNOWN AS PRIME CLERK) RECEIVED
YOUR PROOF OF CLAIM.**

Date Filed: 12/28/2022
Proof of Claim No.: 109847

For additional information, please visit
**https://restructuring.ra.kroll.com/pge/**, or
call us at **844.339.4217**.

Baupost Group Securities, L.L.C.
The Baupost, L.L.C.
Attn: Frederick H. Fogel, Esq.
10 St. James Avenue, 17th Fl
Boston, MA 02116