Entered on Docket
January 11, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: January 11, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br>Date: January 25, 2023<br>Time: 10:00 AM<br>Via Video/Teleconference<br>www.canb.uscourts.gov/calendars |

**ORDER REGRDING JANUARY 25, 2023, HEARING
ON MOTIONS TO FILE LATE CLAIMS**

On January 25, 2023, at 10:00 AM, the court will hold a hearing on motions to file late claims and the objections of the Fire Victim Trust ("FVT"), as shown below:

| Motion Filing Date | Motion Docket No. | Movant | Counsel/ Pro Se | Objection Docket No. |
|---|---|---|---|---|
| 12/27/22 | 13396 | Shannon Palmer et al. | Pro se | 13399 |
| 01/03/23 | 13404 | Aara Viola Pedersen et al. | Pro se | 13407 |
| 01/03/23 | 13411 | Brandon Boone et al. | Pro se | 13424 |
| 01/04/23 | 13412 | Amanda Hackett | Pro se | 13429 |
| 01/04/23 | 13413 | Eric Pedersen | Pro se | 13431 |
| 01/05/23 | 13415 | Patrick Pedersen | Pro se | 13433 |
| 01/09/23 | 13422 | Jennifer Perkins et al. | Pro se | 13435 |

At the hearing, the court will allow five minutes for each of the pro se movants to present their oral argument, to be followed by twenty minutes for counsel for the FVT as to all movants.

The moving parties should be prepared to explain why the court should not follow its decision denying similar motions in the December 20, 2022, *Amended Order Denying Motions to Allow Late Claims* (Dkt. 13377).

Furthermore, if any of the pro se movants wish to present oral argument, they each must notify the Courtroom Deputy via email: Lorena_Parada@canb.uscourts.gov no later than January 20, 2023.

All hearings will be conducted by telephone or video conference (unless otherwise noted). Please review the specific calendar page (pdf) posted on the Bankruptcy Court's website for further instructions one week prior to the hearing.

All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about Court operations during the COVID-19 pandemic. The Bankruptcy

Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

Shannon Palmer
1385 Baird Road
Santa Rosa, CA 95409
Shanpalm18@gmail.com

Aara Pedersen
1025 Calistoga Rd
Santa Rosa, CA 95409
pedersenrealty@gmail.com

Brandon Boone
5550 Marit Dr
Santa Rosa, CA 95409
boonebrando@hotmail.com

Amanda Hackett
806 Bennett Valley Rd
Santa Rosa, CA 95404
Amandavh86@gmail.com

Eric Pedersen
806 Bennett Valley Rd
Santa Rosa, CA 95404
Whatsuperic2002@yahoo.com

Patrick Pedersen
5511 Monte Verde Drive
Santa Rosa, CA 95409
pjpracer@yahoo.com

Jennifer Perkins
539 Calistoga Road
Santa Rosa, CA 95409
jenniferleighperkins@gmail.com