

**Entered on Docket**
**January 12, 2023**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: January 12, 2023**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**SCHEDULING ORDER REGARDING PROOF OF CLAIM OF DAVID P. ADDINGTON**<br><br>[Related to Docket No. 12948]<br><br>Date: January 10, 2023<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Zoom Videoconference Appearances Only<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

The Court having held a status conference at the above-captioned date and time, with Thomas B. Rupp of Keller Benvenutti Kim LLP appearing on behalf of PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and Creditor David P. Addington appearing *pro se*; and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The January 25, 2023 hearing on the *Reorganized Debtors' Motion for Summary Judgment on Proof of Claim No. 108715 Filed by David P. Addington* [Docket No. 13320] (the "**Motion for Summary Judgment**") is vacated, and all briefing on the Motion for Summary Judgment is suspended, subject to Paragraph 4 herein.

2. Mr. Addington shall have until February 1, 2023, to file a motion seeking permission to file an amended proof of claim (the "**Motion to Amend**"). Any opposition by the Reorganized Debtors to the Motion to Amend shall be filed and served on or before February 15, 2023. The Motion to Amend shall be heard on February 22, 2023, at 10:00 a.m. (prevailing Pacific time).

3. If Mr. Addington does not file the Motion to Amend by February 1, 2023, the parties shall thereafter meet and confer with respect to the scope of any further discovery in connection with the Motion for Summary Judgment. Otherwise, any discovery by the parties shall be stayed until the earlier of (i) disposition of the Motion to Amend, or (ii) further order of the Court.

4. If Mr. Addington does not file the Motion to Amend pursuant to Paragraph 2 herein, the Motion for Summary Judgment shall be heard on March 22, 2023, at 10:00 a.m. (prevailing Pacific Time). Mr. Addington shall file and serve by e-mail on counsel for the Reorganized Debtors any opposition to the Motion for Summary Judgment by February 22, 2023. Any reply brief by the Reorganized Debtors shall be filed and served by March 15, 2023.

/ / /

/ / /

APPROVED AS TO FORM AND
CONTENT:

/s/ *[signature]* 1/11/23
David P. Addington, *pro se*

*** END OF ORDER ***