Spiro Jannings
1304 Shortridge Ave., Unit C
San Jose, CA 95116
408-292-0646
Spiro@redlineracingcams.com

Claimant *Pro Se*

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Division

In re

**PG&E CORPORATION**

- and –

**PACIFIC GAS & ELECTRIC COMPANY**

Reorganized Debtors

Case No. 19-30088
(jointly administered)

Chapter 11

## SUBSTITUTION OF COUNSEL

Comes now Spiro Jannings, Claimant, and substitutes himself as his own counsel herein:

I request this Substitution.

1-10-23

Spiro Jannings

I accept this Substitution.

ST. JAMES LAW, P.C.

1-10-23

By: _____
Michael St. James