Jay M. Ross (State Bar No. 151750)
Monique D. Jewett-Brewster (State Bar No. 217792)
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790

Attorneys for Interested Party
The City of Oakland

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 DM |
| PG&E CORPORATION, | Chapter 11 |
| -and- | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | **NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors.<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Hopkins & Carley, a Law Corporation, and attorneys Jay M. Ross and Monique D. Jewett-Brewster ("Hopkins Carley"), hereby withdraw the Notice of

Appearance and Request for Notice filed in the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that Hopkins Carley additionally requests that Debtors and the Clerk of the Court remove the undersigned counsel and its address from any mailing matrix in the above-captioned case.

Dated: January 13, 2023

HOPKINS & CARLEY
A Law Corporation

By: /s/ *Monique D. Jewett-Brewster*
Monique D. Jewett-Brewster
Attorneys for Interested Party
The City of Oakland