| | |
|---|---|
| KELLER BENVENUTTI KIM LLP<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>David A. Taylor (#247433)<br>(dtaylor@kbkllp.com)<br>Thomas B. Rupp (#278041)<br>(trupp@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251 | LITTLER MENDELSON, LLC<br>Elisa Nadeau (#199000)<br>(enadeau@littler.com)<br>50 West San Fernando St., 7th Floor<br>San Jose, CA 95113<br>Tel.: 408 998 4150<br>Fax: 408 288 5686 |

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**BANKRUPTCY LOCAL RULE 9014-1 CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 13308** |

As of this date, the undersigned has not received an answer, objection, or other responsive pleading to the *Reorganized Debtors' Objection to Claim No. 2441 Filed by Don Worrell*, filed on December 2, 2022 [Docket No. 13308] (the "**Objection**") and has reviewed the Court's record and no answer, objection, or other responsive pleading to the Objection appears. Pursuant to the *Notice of Hearing on Reorganized Debtors' Objection to Claim No. 2441 Filed by Don Worrell* [Docket No. 13313], any opposition to the Objection was to be filed and served no later than 4:00 p.m. Pacific Time on January 11, 2023, and no informal extension of time to object has been provided.

It is hereby respectfully requested that the Order uploaded concurrently herewith be entered by the Court.

Dated: January 13, 2023

**KELLER BENVENUTTI KIM LLP**
**LITTLER MENDELSON, LLC**

By: */s/ Thomas B. Rupp*
      Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*