HOLLAND & KNIGHT LLP
Thomas D. Leland (Pro Hac)
Leah E. Capritta (Pro Hac)
1801 California Street, Suite 5000
Denver, Colorado 80202
Telephone: (303) 974-6660
Fax: (303) 974-6659
Email: thomas.leland@hklaw.com
leah.capritta@hklaw.com

HOLLAND & KNIGHT LLP
Vito Costanza (SBN 132754)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450
Email: vito.costanza@hklaw.com

Attorneys for
TIGER NATURAL GAS, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | CASE NO. 19-30089 (DM)<br><br>Chapter 11<br><br>**AMENDED NOTICE OF HEARING ON TIGER NATURAL GAS, INC.'S MOTION TO ENFORCE SETTLEMENT**<br><br>Date: February 22, 2023<br>Time: 10:00 AM (Pacific Time)<br>Place: Tele/Videoconference Appearance<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

## NOTICE OF HEARING

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that a hearing on Tiger Natural Gas Inc.'s ("Tiger") Motion

to Enforce Settlement [Docket 13451] has been scheduled for February 22, 2023, at 10:00 a.m., before the Honorable Dennis Montali, United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE**, that the Motion is based on the Memorandum of Points and Authorities, the Declaration of Leah E. Capritta, the attachments and exhibits thereto, and on other and further evidence the Court may consider at or before any hearing on the Motion.

**PLEASE TAKE FURTHER NOTICE**, that, in accordance with the Bankruptcy Court's *Eighth Amended General Order No. 38, In re: COVID-19 Public Health Emergency*, effective December 1, 2021, and until otherwise Order, **all hearings shall be conducted by video or teleconference. The courtroom will be closed.** All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website

**PLEASE TAKE FURTHER NOTICE**, that attorney Leah E. Capritta, of Holland & Knight LLP, will argue the Motion on February 22, 2023, at 10:00 a.m., before the Honorable Dennis Montali by remote means.

**PLEASE TAKE FURTHER NOTICE**, that any opposition to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for Movants at the above-referenced addresses so as to be received by no later than 4:00 p.m. (Pacific Time) on January 24, 2023. Any oppositions or responses must be filed and served on all "Standard Parties" as defined in, and in accordance with, the Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019 (Dkt. 1996) ("Case Management

Order"). **Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order.**

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pginfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

DATED: January 16, 2023

                                          Respectfully submitted,

                                          **HOLLAND & KNIGHT LLP**

                                          By:    /s/ *Leah E. Capritta*
                                                      Leah E. Capritta

                                          *Attorneys for Tiger Natural Gas, Inc.*