Office of the Clerk
United States Bankruptcy Court
Northern District of California

Notice of Deficiency

January 17, 2023

Mr. Spiro Jannings
1304 Shortridge Ave., Unit C
San Jose, CA 95116

PG&E Corporation and Pacific Gas and Electric Company; Case No. 19-30088

The Clerk's Office has received correspondence from you and is unable to accept/process the items received for the following reason(s):

☒ Personal checks and third-party checks are not accepted. The Court only accepts Cashier's Checks and Money Orders. Alternatively, payment may be made using Pay.Gov which can be accessed by visiting the court's website at https://www.pay.gov/public/form/start/821989144.

☐ The payee on the check is incorrect. The payment must be made payable to Clerk, U.S. Bankruptcy Court.

☐ The amount remitted is incorrect. Please resubmit payment in the correct amount of **$_____**

☐ The check/Cashier's Check/Money Order is not signed. Please sign and resubmit to the Court.

☒ A fee is required in the amount of **$188.00** for the Motion for Relief from Stay.

☐ The incorrect form was used for the Chapter 13 Plan filed in the above-referenced case. For information and approved forms, please visit the court's website at https://www.canb.uscourts.gov/.

☐ Other: _____

Sincerely,
Edward J. Emmons, Clerk of Court

By: DaWana Chambers
Deputy Clerk
Enclosure(s) (Only if applicable)