| | |
|---|---|
| 1 | **SPIRO JANNINGS**<br>1304 Shortridge Ave. Unit C |
| 2 | San Jose, CA 95116<br>408-292-0646 |
| 3 | Spiro@redlineracingcams.com |
| 4 | CREDITOR/CLAIMANT, *In Propria Persona* |
| 5 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No.: **19-30088 (DM)** |
| | ) | |
| PG&E CORPORATION, | ) | Chapter 11 |
| | ) | |
| - and - | ) | (Lead Case) (Jointly Administered) |
| | ) | |
| PACIFIC GAS AND ELECTIC COMPANY, | ) | **NOTICE OF HEARING ON CLAIMAINT JANNINGS` MOTION FOR RELIEF FROM STAY, AND RESPONSE TO REORGANIZED DEBTOR'S OBJECTION TO CLAIM NO. 58462, FILED OCTOBER 17, 2019** |
| Debtors. | ) | |
| | ) | |
| Affects both Debtors | ) | |
| | ) | Response Deadline: |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | ) | February 1, 2023, 4:00 PM, Pacific |
| | ) | Hearing Information (Upon a Timely Response): |
| | ) | Date:  March 7, 2023 |
| | ) | Time:  10:00 AM |
| | ) | Place:  Tele/Video-conference Only |
| | ) | United States Bankruptcy Court |
| | ) | Courtroom 17, 16th Floor |
| | ) | San Francisco, CA 94102 |

TO: The **Honorable Dennis Montali**, United States Bankruptcy Judge ("the **Court**"):

**PLEASE TAKE NOTICE** that Spiro Jannings, *pro se* ("**Claimant**") will hold a hearing on **March 7, 2023 at 10:00 AM** (Pacific) (the "Omnibus Hearing") before the Honorable Dennis Montali, United States Bankruptcy Judge in the above styled Chapter 11 case ("**Ch-11**") against Pacific Gas and Electric Company ("**Debtor**"), on Claimant's January 13, 2023 omnibus amended motion for Relief, seeking to VACATE the Court's January 13, 2022 Order (Dkt. 11829) (the "**Order**"), Disallowing and Expunging Creditor's October 17, 2019 Claim, No. 58462 (the "**Claim**"), against Pacific Gas and Electric Company ("**PG&E**" or "**Debtor**"), and render moot the Court's March 14, 2022 decision (Dkt. 12009) (the "**Decision**") denying Claimant's January 26, 2022, filed under Rule 60(b)(1) (Dkt. 11871); and (**2**) a motion for Relief From Stay of Debtor's Ch-11 (the "**Relief**"), and return state court; and (**3**) consider Claimant's Response (the "**Response**") to Debtor's October 8, 2021 Objection (Dkt. 11388) (the "**Objection**") in support of both motions for relief.

**PLEASE TAKE NOTICE** the Court may change or bifurcate this hearing notice.

**THIS NOTICE OF HEARING** is filed this date pursuant to a request by the Clerk Of the Court on January 11, 2023 to only show the aforementioned omnibus motion, filed January 13, 2023 as having a hearing date as "TBD" (to be determined), due to holiday backups in scheduling; which this notice now cures and serves upon the parties as required.

**PLEASE TAKE FURTHER NOTICE** that copies of the Objection and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Reorganized Debtors' notice and claims agent, Prime Clerk LLC , at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Date: January 17, 2023                     **SPIRO JANNINGS,** *Claimant*

                                           */s/ Spiro Jannings*
                                           SPIRO JANNINGS
                                           *Pro Se*