SPIRO JANNINGS
1304 Shortridge Ave. Unit C
San Jose, CA 95116
408-292-0646
Spiro@redlineracingcams.com

CREDITOR/CLAIMANT, *In Propria Persona*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No.: **19-30088 (DM)** |
| PG&E CORPORATION, | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| PACIFIC GAS AND ELECTIC COMPANY, | **IN THE MATTER OF: CLAIMAINT JANNINGS` MOTION FOR RELIEF FROM STAY, AND RESPONSE TO REORGANIZED DEBTOR'S OBJECTION TO CLAIM NO. 58462, FILED OCTOBER 17, 2019** |
| Debtors. | |
| Affects both Debtors | Response Deadline: February 1, 2023, 4:00 PM, Pacific |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Hearing Information (Upon a Timely Response): Date:   March 7, 2023 Time:   10:00 AM Place:   Tele/Video-conference Only United States Bankruptcy Court Courtroom 17, 16th Floor San Francisco, CA 94102 |

**CERTIFICATE OF SERVICE**

1

Case: 19-30088    Doc# 13459    Filed: 01/17/23    Entered: 01/17/23 15:14:42    Page 1 of 2

I, Dan Carney, declare as follows:

I am a citizen of the United States of America, over the age of 18 years and not a party to the above action. My work address is 1304 Shortridge Ave., Unit C, San Jose, CA 95116.

On January 13, 2023, the following document was e-filed into the Court's CM/ECF system:

**CLAIMANT`S OMNIBUS MOTION, FOR RELIEF FROM FINAL ORDER, MOTION FOR RELIEF FROM STAY AND RESPONSE TO REORGANIZED DEBTOR'S OBJECTION TO CLAIM NO. 58462, FILED OCTOBER 17, 2019**

On January 17, 2023, the following documents were e-filed into the Court's CM/ECF system:

**NOTICE OF HEARING** and
**CERTIFICATE OF SERVICE**

On January 17, 2023, I served the above documents by causing a true and correct copies of the above-mentioned documents to be placed in an envelope; U.S.P.S. postage pre-paid, to:

Jane Kim, Esq.
Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, CA 94108

Said mailings were deposited in the United States mail in the normal course of business on January 17, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of January, 2023, at San Jose, California.

Date: January 17, 2023

Dan Carney

*Signature of non-party*