UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: PG&E CORPORATION,
- and -
PACIFIC GAS AND ELECTRIC COMPANY,
Debtor(s)

Bankruptcy No.: 19-30088 (DM)
R.S. No.:
Hearing Date: 03/07/2023
Time: 10:00 am

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 01/13/2023       Chapter: 11
    Prior hearings on this obligation: 01/13/22    Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

   Secured Creditor [ ] or lessor [ ]
   Fair market value:      $_____         Source of value:_____
   Contract Balance:       $_____         Pre-Petition Default:   $_____
   Monthly Payment:        $_____         No. of months: _____
   Insurance Advance:      $_____         Post-Petition Default:  $_____
                                             No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

   Fair market value: $_____     Source of value:_____     If appraisal, date:_____

   Moving Party's position (first trust deed, second, abstract, etc.):

   Approx. Bal.       $_____          Pre-Petition Default:   $_____
   As of (date): _____                No. of months: _____
   Mo. payment:       $_____          Post-Petition Default:  $_____
   Notice of Default (date): _____    No. of months: _____
   Notice of Trustee's Sale: _____    Advances Senior Liens:  $_____

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed:_____ | $_____ | $_____ | $_____ |
| 2nd Trust Deed:_____ | $_____ | $_____ | $_____ |
| _____:  |  |  |  |
| _____:  |  |  |  |
| _____:  |  |  |  |
| (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information: California state court suit #17CV315033, Santa Clara County Superior Court, filed 08/24/2017, for multiple counts of wrongful termination in August of 2015, rooted in retaliation and not subject to Collective Bargaining Section 301, whereby back pay, interests, costs and other relief is sought exceeding one million U.S.D. ($1,000,000.00+).

Dated: 01/13/2023

_____
Signature
Spiro Jannings
Print or Type Name

Attorney for Pro Se

CANB Documents Northern District of California