

**CHANGES MADE BY COURT**

Signed and Filed: January 23, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br> **PG&E CORPORATION**, <br>  - and - <br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> * *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **ORDER GRANTING STIPULATION RESOLVING MOTION OF BAUPOST GROUP SECURITIES, L.L.C. FOR ORDER DEEMING SUPPLEMENT TO ITS PROOFS OF RESCISSION OR DAMAGE CLAIMS TIMELY** <br><br> [Related to Dkt. No. 13393] <br><br> [No Hearing Requested] |

The Court having considered the *Stipulation Resolving Motion of Baupost Group Securities, L.L.C. for Order Deeming Supplement to its Proof of Rescission or Damage Claims Timely*, dated January 20, 2023 (the "**Stipulation**"),[1] entered into by PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**" or "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") on the one hand, and Baupost Group Securities, L.L.C. ("**Baupost**"), on behalf of itself and as trading nominee for certain funds managed by The Baupost Group, L.L.C. that are the beneficial owners of certain of Debtors' equity securities at issue herein, on the other hand; and, pursuant to such stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED:

1. The Supplemental POCs were submitted to the Claims Administrator on December 28, 2022.

2. Baupost shall promptly withdraw the Motion, without prejudice, and may re-file the Motion only after such time, if any, as the Reorganized Debtors and/or Debtors object to the 2020 POCs and/or the Supplemental POCs. Baupost shall not be prejudiced in any way by either the withdrawal of its Motion or by the passage of time from December 28, 2022, through the date the Motion is re-filed.

3. To the extent Baupost was required to seek leave of Court to file the Supplemental POCs, Baupost shall be deemed to have sought such leave on December 28, 2022, the date the Motion was filed.

4. Subject to paragraphs 2 and 3 above, the 2020 POCs and the Supplemental POCs remain subject to objection and the Reorganized Debtors and Debtors reserve all of their rights to object to the 2020 POCs and the Supplemental POCs on any and all grounds, including that such

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Stipulation.

Supplemental POCs are not valid amendments and therefore are not timely under the applicable Bar Dates for filing proofs of claim set by the Court in these Chapter 11 cases.

5. Baupost reserves all of its rights to dispute or contest any objections asserted by Reorganized Debtors and/or Debtors.

6. Upon the withdrawal of the Motion by Baupost, the Hearing shall be dropped from the Court's calendar.

7. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation and this Order.

APPROVED AS TO FORM AND CONTENT:

Dated: January 20, 2023

PACHULSKI, STANG, ZIEHL & JONES LLP
FRIEDMAN KAPLAN SEILER & ADELMAN, LLP

/s/ *Debra I. Grassgreen*
Debra I. Grassgreen

*Attorneys for Securities Claimant Baupost Group Securities, L.L.C.*

**END OF ORDER**

SEE ATTACHMENT TO ORDER

ATTACHMENT TO ORDER GRANTING BAUPOST – PG&E STIPULATION

The stipulation between the Reorganized Debtors and Baupost Group Securities, L.L.C., ("Baupost"), and this order approving it, resolve the current dispute among them. See Dkts. 13393, 13443 and 13462. Accordingly, and as requested by those parties, the matter is DROPPED from the court's January 25, 2023 calendar.

William B. Abrams filed a Response and Declaration (Dkts. 13440 and 13441), that argue what is good for Baupost should be good for him and countless others. More particularly, he requests court intervention on behalf of ratepayers, fire area residents whose insurance has been negatively impacted, and fire victims via a supplemental process to file damage claims. Presumably those claims would be asserted against the Reorganized Debtors, since he urges that any such damage claims not negatively impact the existing Fire Victim Trust or the processing of claims through that Trust's claims resolution process.

Mr. Abrams does not establish any standing to assert claims in the first two categories, nor has he sought relief for himself as a fire victim in the third category beyond treatment of his existing claim. If he believes he has a claim to assert against the Reorganized Debtors notwithstanding the confirmed Plan of Reorganization, he has not expressed it.

In short, Mr. Abrams has presented no case or controversy for the court to resolve and no cognizable claim for relief. Nor has he demonstrated how or whether the court has jurisdiction to afford him any such unspecified relief, let alone how he may seek it on behalf of any other party. The court notes again that Mr. Abrams is not an ombudsman, appointed

representative, attorney, or any other type of fiduciary with the capacity to represent any person other than himself (See *Order Denying Motion to Recuse*, Dkt. 13326 at fn.1).

For these reasons, the court takes no further action on and DENIES Mr. Abrams's Response. The matter is dropped from the January 25, 2023 calendar.

**COURT SERVICE LIST**

William B. Abrams
1519 Branch Owl Place
Santa Rosa, CA 95409

William B. Abrams
2041 Stagecoach Rd.
Santa Rosa, CA 95404