**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>           **Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>\* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR JANUARY 25, 2023, OMNIBUS HEARING**<br><br>Date: January 25, 2023<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Zoom Videoconference<br>       United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102 |

**PROPOSED AGENDA FOR
JANUARY 25, 2023,
OMNIBUS HEARING**

**I:    MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*CONTESTED MATTERS GOING FORWARD*

**Motions to Deem Late Claims Timely:**

1. **Palmer:** *Letter Request of Shannon Palmer to Deem Late Proof of Claim Timely for the Purpose of Administration by the Fire Victim Trust* [**Dkt. 13396**].

   Responses Received:

   A. *Fire Victim Trustee's Objection to Letter Request of Shannon Palmer to Deem Late Proof of Claim Timely for the Purpose of Administration by the Fire Victim Trust* [**Dkt. 13399**].

   Status: This Motion is going forward on a contested basis pursuant to Order [**Dkt. 13445**].

2. **A. Pedersen:** *Letter Request of Aara Viola Pedersen to Deem Late Proof of Claim Timely for the Purpose of Administration by the Fire Victim Trust* [**Dkt. 13404**].

   Responses Received:

   A. *Fire Victim Trustee's Objection to Letter Request of Aara Viola Pedersen to Deem Late Proof of Claim Timely for the Purpose of Administration by the Fire Victim Trust* [**Dkt. 13407**].

   Status: This Motion is going forward on a contested basis pursuant to Order [**Dkt. 13445**].

3. **Boone:** *Letter Request of Brandon Boone to Deem Late Proof of Claim Timely for the Purpose of Administration by the Fire Victim Trust* [**Dkt. 13411**].

   Responses Received:

   A. *Fire Victim Trustee's Objection to Letter Request of Brandon Boone to Deem Late Proof of Claim Timely for the Purpose of Administration by the Fire Victim Trust* [**Dkt. 13424**].

   Status: This Motion is going forward on a contested basis pursuant to Order [**Dkt. 13445**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

4. **Hackett:** *Letter Request of Amanda Hackett to Deem Late Proof of Claim Timely for the Purpose of Administration by the Fire Victim Trust* [**Dkt. 13412**].

   Responses Received:

   A. *Fire Victim Trustee's Objection to Letter Request of Amanda Hackett to Deem Late Proof of Claim Timely for the Purpose of Administration by the Fire Victim Trust* [**Dkt. 13429**].

   Status: This Motion is going forward on a contested basis pursuant to Order [**Dkt. 13445**].

5. **E. Pedersen:** *Letter Request of Eric Pedersen to Deem Late Proof of Claim Timely for the Purpose of Administration by the Fire Victim Trust* [**Dkt. 13413**].

   Responses Received:

   A. *Fire Victim Trustee's Objection to Letter Request of Eric Pedersen to Deem Late Proof of Claim Timely for the Purpose of Administration by the Fire Victim Trust* [**Dkt. 13431**].

   Status: This Motion is going forward on a contested basis pursuant to Order [**Dkt. 13445**].

6. **P. Pedersen:** *Letter Request of Patrick Pedersen to Deem Late Proof of Claim Timely for the Purpose of Administration by the Fire Victim Trust* [**Dkt. 13415**].

   Responses Received:

   A. *Fire Victim Trustee's Objection to Letter Request of Patrick Pedersen to Deem Late Proof of Claim Timely for the Purpose of Administration by the Fire Victim Trust* [**Dkt. 13433**].

   Status: This Motion is going forward on a contested basis pursuant to Order [**Dkt. 13445**].

7. **Perkins:** *Letter Request of Jennifer Perkins to Deem Late Proof of Claim Timely for the Purpose of Administration by the Fire Victim Trust* [**Dkt. 13422**].

   Responses Received:

   A. *Fire Victim Trustee's Objection to Letter Request of Jennifer Perkins to Deem Late Proof of Claim Timely for the Purpose of Administration by the Fire Victim Trust* [**Dkt. 13435**].

   Status: This Motion is going forward on a contested basis pursuant to Order [**Dkt. 13445**].

**RESOLVED AND CONTINUED MATTERS**

8. **Objection to Claim of Don Worrell**: *Reorganized Debtors' Objection to Claim No. 2441 Filed by Don Worrell* **[Dkt. 13308]**.

   <u>Status</u>:  This Objection has been granted by Order **[Dkt. 13465]**.

9. **Motion for Summary Judgment on Addington Claim**: *Reorganized Debtors' Motion for Summary Judgment on Proof of Claim No. 108715 Filed by David P. Addington* **[Dkt. 13320]**.

   <u>Status</u>:  This Motion has been removed from the calendar pursuant to Order **[Dkt. 13446]**.

10. **Baupost Motion to Deem Supplement to Recission/Damage Claims Timely**: *Motion for Order Deeming Baupost Group Securities, L.L.C.'s Supplement to Its Proofs of Recission or Damage Claims Timely* **[Dkt. 13393]**.

    <u>Status</u>:  This Motion has been resolved by Stipulation **[Dkt. 13462]** and Order **[Dkt. 13467]**.

   **PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: January 24, 2023                     **WEIL, GOTSHAL & MANGES LLP**
                                            **KELLER BENVENUTTI KIM LLP**

                                            By:     */s/ Thomas B. Rupp*
                                                       Thomas B. Rupp

                                            *Attorneys for Debtors and Reorganized Debtors*