UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

# CERTIFICATE OF SERVICE

I, Liz Santodomingo, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On January 12, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction [Docket No. 13442]

3. On January 12, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Affected Claimants Service List attached hereto as **Exhibit B**:

- Order Regarding January 25, 2023, Hearing on Motions to File Late Claims [Docket No. 13445]

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

4. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

5. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 25th day of January 2023, at New York, NY.

                                        */s/ Liz Santodomingo*
                                        Liz Santodomingo

# **Exhibit A**

Exhibit A
Notice Parties Service List
Served via First Class Mail

| NAME | ADDRESS |
|---|---|
| David P. Addington | Address on File |
| Patrick Cory Smithson | Address on File |

**Exhibit B**

Exhibit B
Affected Claimants Service List
Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Aara Pedersen | Address on File | Email Address on File | Email and First Class Mail |
| Amanda Hackett | Address on File | Email Address on File | Email and First Class Mail |
| Brandon Boone | Address on File | Email Address on File | Email and First Class Mail |
| Eric Pedersen | Address on File | Email Address on File | Email and First Class Mail |
| Jennifer Perkins | Address on File | Email Address on File | Email and First Class Mail |
| Patrick Pedersen | Address on File | Email Address on File | Email and First Class Mail |
| Shannon Palmer | Address on File | Email Address on File | Email and First Class Mail |