1    UNITED STATES BANKRUPTCY COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3    -oOo-

4    In Re:                          ) Case No. 19-30088
                                     ) Chapter 11
5    PG&E CORPORATION                )
                                     ) San Francisco, California
6                         Debtor.    ) Wednesday, January 25, 2023
     _____   ) 10:00 AM
7
                                     FIRE VICTIM TRUSTEE'S
8                                    OBJECTION TO LETTER REQUEST
                                     OF AARA VIOLA PEDERSEN TO
9                                    DEEM LATE PROOF OF CLAIM
                                     TIMELY FOR THE PURPOSE OF
10                                   ADMINISTRATION BY THE FIRE
                                     VICTIM TRUST. FILED BY CATHY
11                                   YANNI [13407] (RELATED TO
                                     MOTION 13404)
12
                                     MOTION TO FILE CLAIM AFTER
13                                   CLAIMS BAR DATE. FILED BY
                                     AARA PEDERSEN [13404]
14
                                     FIRE VICTIM TRUSTEE'S
15                                   OBJECTION TO LETTER REQUEST
                                     OF SHANNON PALMER TO DEEM
16                                   LATE PROOF OF CLAIM TIMELY
                                     FOR THE PURPOSE OF
17                                   ADMINISTRATION BY THE FIRE
                                     VICTIM TRUST). FILED BY CATHY
18                                   YANNI [13399] (RELATED TO
                                     MOTION 13396)
19
                                     MOTION TO FILE CLAIM AFTER
20                                   CLAIMS BAR DATE. FILED BY
                                     SHANNON PALMER [13396]
21
                                     FIRE VICTIM TRUSTEE'S
22                                   OBJECTION TO LETTER REQUEST
                                     OF BRANDON BOONE TO DEEM LATE
23                                   PROOF OF CLAIM TIMELY FOR THE
                                     PURPOSE OF ADMINISTRATION BY
24                                   THE FIRE VICTIM TRUST. FILED
                                     BY CATHY YANNI [13424]
25                                   (RELATED TO MOTION 13411)

1       MOTION TO FILE CLAIM AFTER
        CLAIMS BAR DATE. FILED BY
2       BRANDON BOONE [13411]

3       FIRE VICTIM TRUSTEE'S
        OBJECTION TO LETTER REQUEST
4       OF AMANDA HACKETT TO DEEM
        LATE PROOF OF CLAIM TIMELY
5       FOR THE PURPOSE OF
        ADMINISTRATION BY THE FIRE
6       VICTIM TRUST FILED BY CATHY
        YANNI [13429] (RELATED TO
7       MOTION 13412)

8       MOTION TO FILE CLAIM AFTER
        CLAIMS BAR DATE. FILED BY
9       AMANDA HACKETT [13412]

10      FIRE VICTIM TRUSTEE'S
        OBJECTION TO LETTER REQUEST
11      OF ERIC PEDERSEN TO DEEM LATE
        PROOF OF CLAIM TIMELY FOR THE
12      PURPOSE OF ADMINISTRATION BY
        THE FIRE VICTIM TRUST. FILED
13      BY CATHY YANNI [13431]
        (RELATED TO MOTION 13413)
14

15      MOTION TO FILE CLAIM AFTER
        CLAIMS BAR DATE. FILED BY
16      ERIC PEDERSEN [13413]

17      FIRE VICTIM TRUSTEE'S
        OBJECTION TO LETTER REQUEST
        OF PATRICK PEDERSEN TO DEEM
18      LATE PROOF OF CLAIM TIMELY
        FOR THE PURPOSE OF
19      ADMINISTRATION BY THE FIRE
        VICTIM TRUST. FILED BY CATHY
20      YANNI [13433] (RELATED TO
        MOTION 13415)
21

22      MOTION TO FILE CLAIM AFTER
        CLAIMS BAR DATE. FILED BY
        PATRICK PEDERSEN [13415]
23

24

25

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

| | |
|---|---|
| 1 | FIRE VICTIM TRUSTEE'S |
| | OBJECTION TO LETTER REQUEST |
| 2 | OF JENNIFER PERKINS TO DEEM |
| | LATE PROOF OF CLAIM TIMELY |
| 3 | FOR THE PURPOSE OF |
| | ADMINISTRATION BY THE FIRE |
| 4 | VICTIM TRUST. FILED BY CATHY |
| | YANNI [13435] (RELATED TO |
| 5 | MOTION 13422) |
| 6 | MOTION TO FILE CLAIM AFTER |
| | CLAIMS BAR DATE. FILED BY |
| 7 | JENNIFER PERKINS [13422] |

8          TRANSCRIPT OF PROCEEDINGS
        BEFORE THE HONORABLE DENNIS MONTALI
9          UNITED STATES BANKRUPTCY JUDGE

10   APPEARANCES (All present by video or telephone):
     For the Fire Victim Trust:  SUSAN SIEGER-GRIMM, ESQ.
11                               Brown Rudnick LLP
                                 Seven Times Square
12                               New York, NY 10036

13   Also Present:               Aara Viola Pedersen
                                 Individual Claimant
14
                                 Shannon Palmer
15                               Individual Claimant

16                               Brandon Boone
                                 Individual Claimant
17
                                 Eric Pedersen
18                               Individual Claimant

19

20

21

22

23

24

25

escribers
(973)406-2250 | operations@escribers.net | www.escribers.net

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18 Court Recorder:     LORENA PARADA
                 United States Bankruptcy Court
19                450 Golden Gate Avenue
                 San Francisco, CA 94102

20

21 Transcriber:       HANA COPPERMAN
                 eScribers, LLC
22                7227 N. 16th Street
                 Suite #207
23                Phoenix, AZ 85020
                 (973)406-2250

24

25 Proceedings recorded by electronic sound recording;
transcript provided by transcription service.

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation

1    SAN FRANCISCO, CALIFORNIA, WEDNESDAY, JANUARY 25, 2023, 10:00

2                                    AM

3                                  -oOo-

4        (Call to order of the Court.)

5            THE CLERK:  Court is now in session, the Honorable

6    Dennis Montali presiding.  Calling the matter of PG&E

7    Corporation.

8            THE COURT:  Please bring in the pro se parties who

9    asked to be heard and also counsel for the Fire Trust.

10           THE CLERK:  Yes, Your Honor.

11           THE COURT:  So for those of you who are listening,

12   while the courtroom deputy is bringing various parties into the

13   virtual courtroom, I'll just review the situation today.  I

14   previously issued an order on -- a couple of weeks on -- well,

15   forgot the date of my order.  But I set forth a schedule for

16   persons who want to be heard today on the fire victim claims,

17   and our court has heard from several of them.  And pursuant to

18   that order, I will give each of the individuals five minutes to

19   present an argument, and then after that, I will hear from

20   counsel for the Fire Victims Trust.

21           Again, for those of you that have been following this

22   matter, a couple of weeks ago I heard arguments from similar

23   fire claimants.  And I haven't issued a decision on them,

24   because I wanted to wait until we completed the hearings for

25   today.

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation

1　　　　After the hearing today, I will take the matter under

2　advisement, for all of you who are participating and also those

3　who participated previously, in due course, not too long.  I

4　hope very soon I will have a written decision.

5　　　　So Ms. Parada, I see, and we'll get the names of

6　parties.  I see Ms. Palmer, Mr. Pedersen and Mr. Boone.  Did

7　you hear from them?

8　　　　THE CLERK:  Your Honor, I'm attempting to bring in Ms.

9　Viola Pedersen, but she's not accepting a request.

10　　　　THE COURT:  Okay.  And did you receive a request to be

11　heard from any other claimants?

12　　　　THE CLERK:  No, Your Honor.  Just Mr. Boone, Ms.

13　Palmer, Mr. Eric Pedersen and Ms. Viola Pedersen.

14　　　　THE COURT:  Okay.  I see Ms. Viola Pedersen.

15　　　　So I'm going to follow the procedure that I did

16　before.  For those of you who are on the screen, for example, I

17　can see Ms. Palmer.  I'm going to just take the cases are --

18　the individuals alphabetically, and so that starts with Mr.

19　Bowen.  And after that I will call upon you each just

20　alphabetically.

21　　　　And so with that, Mr. Boone, you need to turn on your

22　microphone, state your appearance, and then you're welcome to

23　make your argument.

24　　　　Let me make one other individual or preliminary

25　comment.  I've read all of the submissions that all of you have

PG&E Corporation

1  filed, and I'm aware of the background.  And of course, I don't

2  need to be reminded of the tragedies that you all suffered and

3  thousands of others suffered.  What I need to focus really on,

4  and I want you to focus on is how I manage to -- how you think

5  I should go about departing from the procedure that has been

6  implemented by the fire trustee for late claims.  So we're

7  really focusing on not the harm you suffered, but whether your

8  late claim should be allowed.

9       So Mr. Boone, why don't you state your appearance, and

10 I'll begin with you.

11      MR. BOONE:  Hi.  My name's Brandon Boone, and I'm here

12 to say that I think the late claims should be accepted because

13 the suffering that's -- that we've had that's been caused by

14 the PG&E fire is really a mental health situation.  My family

15 has been suffering from PTSD from it, and we've really been

16 avoiding the subject and didn't want to revisit the subject.

17 But in due time, with healing, we're ready to finally make a

18 claim.  And I think that based on that, people, not just me,

19 are suffering from this.  And it takes time.  And I feel like

20 it's not fair and not just to put a deadline on it and not

21 allow people who are finally ready to come forward and make

22 their claim, not have a chance to do that.

23      THE COURT:  Okay.  You have more time if you want.

24 You don't need to.  I'm aware of your position and your

25 argument, but now I want you to have an opportunity to say

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation

1   anything else you wish to if you wish to.  Don't feel pressured
2   to do it.
3        MR. BOONE:  Nope.  That's it.
4        THE COURT:  Okay.
5        MR. BOONE:  Thank you.
6        THE COURT:  All right.  Thank you, Mr. Boone.  I
7   appreciate your participation.  You can turn off your camera or
8   leave it on.  It's up to you.  You're welcome to stay and watch
9   the proceeding.
10       Okay.  Next alphabetically is Ms. Shannon Palmer.  Ms.
11  Palmer, I see you on the screen.  Good morning.  Would you,
12  again -- I see you -- turn your microphone on.  Go ahead and
13  please begin.  Thank you for participating.
14       MS. PALMER:  Good morning.  Thank you for hearing us
15  out here.  My late claim is a result of excusable neglect.  My
16  children, it's been the last six months.  I realized in
17  September when our fire season, you know, could have started
18  again.  It's been typical in the last few years.  My children
19  both just went downhill with PTSD symptoms.  They have had the
20  hardest time.  You can cry.  Sorry.
21       My daughter is -- every single night is crying and
22  saying that she lies to herself every night, because she's so
23  scared of fire, and she tells herself that fire is not real,
24  just so she can go to sleep at night.  This wasn't happening
25  right away, but it started now.  And she keeps talking about

PG&E Corporation

1   the night she was yanked out of bed to be evacuated and she

2   wonders when that's going to happen again.

3        And it's kind of in my kid's face with dad being a

4   firefighter, and they are worried every single day when he goes

5   to work.  They're worried that, you know, is our town going to

6   all burn up again?  They're very concerned all the time.

7        Sorry.  I have some notes, too.  And this is new.  But

8   you know, they were affected right away.  But the fact that it

9   just keeps going and keep getting worse -- keeps getting worse

10  has been so hard.  The Nixles, the Pulse Points.  Every time my

11  phone goes off, they ask if there's a fire and if we're going

12  to be safe.  If we even see fog in the distance that maybe

13  looks like smoke, they're asking about it, asking if it's

14  coming closer to us.  Could be fire, or you know, could be

15  fireplaces.  Any smell of smoke, my kids are asking about it

16  and scared to death.

17       Wind, our wind event the other night.  Both kids were

18  scared, because they're wondering where the -- if there's a

19  fire that's going to start because of the wind and if it's

20  going to come back to our house.

21       Just, it's just been really hard on my family.  And

22  it's manifested over the last six months, where it's just

23  gotten worse, and all of their symptoms are really just coming

24  to the surface right now, and they know that we're going to

25  need to get help for that.

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation

1          THE COURT:  Okay.  Thank you.  Anything further?

2          MS. PALMER:  No.  Thank you.

3          THE COURT:  Okay.  Well, difficult to explain it, and

4    I appreciate your explanation of it.

5          All right.  Next is Ms. Viola Pearson -- Pedersen.

6          MS. PEDERSEN:  Yes.  Hi.  Hello.  How are you doing?

7          THE COURT:  Okay.  Good morning.  Why don't you -- you

8    don't need to turn on your camera.  It's up to you.  I don't

9    need to see you.  I can listen to you.

10          MS. PEDERSEN:  We put makeup on, so we're good.

11          THE COURT:  I'm not going to worry about that.

12          MS. PEDERSEN:  No, I know.  Thank you for hearing us

13    out.  I'm sorry.  Shannon got me crying.  I'm the same way.

14    I --

15          Obviously, it was a difficult time for everybody.  And

16    I don't want to take away from the people that lost their

17    homes.  I know a lot of people that lost their homes.  So we

18    walked through it with them and we did all that.  But through

19    that whole process, we felt and always heard you had to

20    actually lose your home, you know, to physically lose your

21    whole home to actually participate in anything and get any

22    reimbursement or get any help whatsoever.

23          We saw the fire coming down the hill.  I yelled at my

24    husband, you know, we have to get out of here.  I mean, it was

25    stressful, obviously, as everybody knows.

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation

1        But I guess my thing is this, I didn't know that I had

2   to actually physically, I thought I had to lose my home.  I

3   thought I had to -- it had to burn to the grass.  Not just tons

4   of smoke damage, and not just being out and displaced from our

5   home, you know, for weeks on end, because we never did file

6   with our insurance, because we felt bad for everybody else,

7   because we are, you know, in the community, we try to help the

8   community as much as possible.

9        Through this whole process -- I'm sorry.  I developed

10  heart problems and anxiety.  I went to Nashville.  They had a

11  tornado.  The alarms go off, and it brings my PTSD just crazy.

12  I was just recently in Vegas.  The alarm goes off, and it --

13  and I freak out.  I mean, it will be an ongoing thing.

14       Then when I heard that we could possibly have some

15  help with all of this, because it, financially, we took all the

16  financial burden.  Like I said, we didn't, you know, the first

17  time we didn't even contact our insurance, because we felt so

18  bad for everyone else.  But we have had -- we did take on a lot

19  of financial burden with it.  But I don't want to take away

20  from the people that did lose their homes, because that was

21  very traumatic for them, and I felt like us, as a community,

22  everybody pulled together.

23       Unfortunately, the legal mumbo jumbo that comes along

24  with all that stuff, you know, when you see all the ads and

25  everything else, it does make you feel that you had to lose

PG&E Corporation

1   your home physically, that it had to burn to the ground in

2   order to get any kind of compensation.  And that's where I feel

3   for me and my family, that it's affected us.  And the ongoing,

4   you know -- you know, the ongoing PTSD that we -- will live

5   forever.  And I think the whole county will, to be honest with

6   you.  It's not just us.  I think the whole county will.

7          So on a note, I feel, like, just defeated.  I feel

8   like -- I completely feel defeated.  And I feel like it's hard,

9   and it's going to continue to be hard.  Like Shannon just said,

10  it's going to continue to be hard.  And I feel bad for the

11  younger kids that's going to come along and how it's going to

12  affect them for the rest of their life.  And I do feel like

13  PG&E was responsible for this.

14         Unfortunately, we thought that the house had to burn

15  to the ground in order to have any kind of compensation.  I've

16  already said that.  And so that's my biggest thing.  And the

17  way it comes across and what came across in the county, you

18  know, that -- that's what had to happen in order to get any

19  compensation, so.

20         Anyway, thank you for hearing us out.  I do appreciate

21  your time.

22         THE COURT:  Thank you, Ms. Pedersen.  Again, I

23  appreciate your explanation, and I am sympathetic to you.

24         Okay.  The last person who requested a hearing is Eric

25  Pedersen.  I don't know if Eric Pedersen and Viola Pedersen are

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation

1  related, but they have separate claims.

2         So Mr. Eric Pedersen, are you prepared there to make a

3  presentation?

4         MR. PEDERSEN:  Yes, I am.

5         THE COURT:  Okay.  Good morning.  Thank you for

6  participating.

7         MR. PEDERSEN:  Good morning.  And sorry my video is

8  not working.  I can't seem to get it to work.

9         THE COURT:  That's okay.  No problem.

10        MR. PEDERSEN:  All right.  Multiple lawyers' websites

11  and the Fire Victim Trust website itself all have misleading

12  information relating to who was able to file fire claims.  The

13  wording, to the average person, would lead them to believe the

14  only people who could file claims were if they suffered a major

15  loss like a house or a business.  Most of these sites phrase

16  the list of losses, starting with destruction or damage to real

17  estate or property or personal property, which leads one to

18  believe that that's who can file claims.

19        With this misleading information, legal jargon, and

20  the complexity of the case with multiple parties involved, as a

21  layman, it was difficult to -- difficult to understand, without

22  legal knowledge, to fully grasp the meaning of the mailers and

23  radio ads that were intended to reach the fire victims.

24        I was not, and am not, in a financial situation to

25  hire a lawyer, due to losing my job after the fires.  I do

(973) 406-2250 | operations@escribers.net | www.escribers.net

1  understand this will have an impact on the other fire victims,

2  as the fund has a limited amount of money, and I wish this

3  would not impact their settlements.  But I am a victim, and I

4  do deserve to be compensated.

5          If the information was presented to me in a way I

6  would have understood, then I would have filed my lawsuit on

7  time, and the settlements would still be the same as they were

8  as if I was to file late.

9          I currently am back to work now, so this has, kind of,

10 been put on the back burner for me, being the fact that I was

11 not aware of, again, what I was able to file for.  So now is

12 why I'm coming forward and doing this case.  There is -- do you

13 know what I mean -- I do feel that -- that the information was

14 not presented properly.  And this is, again, just why I'm

15 presenting my case now instead of before.

16         THE COURT:  Okay, Mr. Pedersen.  Thank you very much.

17 Again, I appreciate your comments and your participation, and I

18 will take those into account.

19         Ms. Parada, have we heard from any other people on the

20 list of my order who had requested to be heard?

21         THE CLERK:  No, Your Honor.

22         THE COURT:  All right.  I'll make one more run through

23 the names here.

24         There are Jennifer Perkins, Patrick Pedersen or Amanda

25 Hackett.  If any of the three of you are participating in the

PG&E Corporation

1  hearing today, and you three were those who filed claims, if

2  you wish to be heard, you need to put up your hand, your

3  electronic hand now.  Okay.  I don't see anyone.

4          Counsel for the Fire Victim Trust, Ms. Sieger-Grimm,.

5  you got the duty all the time on this, but here's your chance

6  again.  Good morning.  And you know the procedure that I like

7  to follow.

8          MS. SIEGER-GRIMM:  Good morning, Your Honor.  Susan

9  Sieger-Grimm,

10     (Whereupon these proceedings were concluded at 10:18 AM)

11  Rudnick, for the Fire Victim Trust.  We've addressed all the

12  statements made this morning in the pleadings, so we'll rely on

13  what's already been filed.  I just want to update you on some

14  of the most recent statistics for the Trust.

15          On January 11th the Trust announced that they would

16  increase the pro rata payments from forty-five percent to sixty

17  percent based on the claims questionnaires we have and the

18  amount of distributions that have been made thus far, obviously

19  helped by the recent bump in the stock, so we have a little

20  more liquidity.  As of January 13th the Trust had issued

21  determination notices on account of ninety-one percent of the

22  claims questionnaires that have been submitted.  We have

23  awarded nearly fifteen billion dollars in determination notices

24  and paid nearly six billion dollars to claimants.  These

25  statistics will be updated again on January 30th and posted to

PG&E Corporation

1    the Fire Victim Trust site.

2         Do you have any questions for the Trust?  I mean,

3    otherwise our arguments remain the same.

4         THE COURT:  No.  I understand your arguments are

5    the -- may the same.  And as I say, I appreciate the update.

6    The update doesn't help the claimants today.  They want to be

7    in.  They want to be in.  And the question is whether there's

8    anything different that you've heard.  And if you stand and

9    submit the matter on the papers, then we'll just follow the

10   procedure that I've done before.

11        I will review again the submissions by the individuals

12   who made their arguments today and those who did not make their

13   argument but submitted them and who were considered, and

14   certainly the Trust's responses, and we'll issue an appropriate

15   order.

16        So I'm going to conclude the hearing unless there's

17   anything else that I need to attend to, which, I think that's

18   all we have on for the schedule today.  Okay?

19        So again, for the individual claimants, Mr. Boone, Mr.

20   Palmer, Ms. Pedersen, thank you very much for participating,

21   and your request to have your late claims allowed will be

22   submitted for decision, and I will conclude the hearing.  Thank

23   you very much for your time.

24        ALL:  Thank you, Your Honor.

25        (Whereupon these proceedings were concluded at 10:18 AM)

1               C E R T I F I C A T I O N

2

3    I, Hana Copperman, certify that the foregoing transcript is a

4    true and accurate record of the proceedings.

5

6

7

8    _____

9    /s/ HANA COPPERMAN, CET-487

10

11   eScribers

12   7227 N. 16th Street, Suite #207

13   Phoenix, AZ 85020

14

15   Date:  January 26, 2023

16

17

18

19

20

21

22

23

24

25

(973) 406-2250 | operations@escribers.net | www.escribers.net

**A**

**Aara** 1:8,13
3:13
**able** 13:12 14:11
**accepted** 7:12
**accepting** 6:9
**account** 14:18
15:21
**accurate** 17:4
**addressed** 15:11
**ADMINISTR...**
1:10,17,23 2:5
2:12,19 3:3
**ads** 11:24 13:23
**advisement** 6:2
**affect** 12:12
**ago** 5:22
**ahead** 8:12
**alarm** 11:12
**alarms** 11:11
**allow** 7:21
**allowed** 7:8
16:21
**alphabetically**
6:18,20 8:10
**Amanda** 2:4,9
14:24
**amount** 14:2
15:18
**announced**
15:15
**anxiety** 11:10
**Anyway** 12:20
**appearance**
6:22 7:9
**APPEARAN...**
3:10
**appreciate** 8:7
10:4 12:20,23
14:17 16:5
**appropriate**
16:14
**argument** 5:19
6:23 7:25
16:13
**arguments** 5:22
16:3,4,12
**asked** 5:9

**asking** 9:13,13
9:15
**attempting** 6:8
**attend** 16:17
**Avenue** 4:19
**average** 13:13
**avoiding** 7:16
**awarded** 15:23
**aware** 7:1,24
14:11
**AZ** 4:23 17:13

**B**

**back** 9:20 14:9
14:10
**background** 7:1
**bad** 11:6,18
12:10
**Bankruptcy** 1:1
3:9 4:18
**BAR** 1:13,20 2:1
2:8,15,22 3:6
**based** 7:18
15:17
**bed** 9:1
**believe** 13:13,18
**biggest** 12:16
**billion** 15:23,24
**Boone** 1:22 2:2
3:16 6:6,12,21
7:9,11,11 8:3,5
8:6 16:19
**Bowen** 6:19
**Brandon** 1:22
2:2 3:16 7:11
**bring** 5:8 6:8
**bringing** 5:12
**brings** 11:11
**Brown** 3:11
**bump** 15:19
**burden** 11:16,19
**burn** 9:6 11:3
12:1,14
**burner** 14:10
**business** 13:15

**C**

**C** 17:1,1
**CA** 4:19

**California** 1:2,5
5:1
**call** 5:4 6:19
**Calling** 5:6
**camera** 8:7 10:8
**case** 1:4 13:20
14:12,15
**cases** 6:17
**CATHY** 1:10,17
1:24 2:6,13,19
3:4
**caused** 7:13
**certainly** 16:14
**certify** 17:3
**CET-487** 17:9
**chance** 7:22
15:5
**Chapter** 1:4
**children** 8:16,18
**claim** 1:9,12,16
1:19,23 2:1,4,8
2:11,14,18,21
3:2,6 7:8,18,22
8:15
**Claimant** 3:13
3:15,16,18
**claimants** 5:23
6:11 15:24
16:6,19
**claims** 1:13,20
2:1,8,15,22 3:6
5:16 7:6,12
13:1,12,14,18
15:1,17,22
16:21
**CLERK** 5:5,10
6:8,12 14:21
**closer** 9:14
**come** 7:21 9:20
12:11
**comes** 11:23
12:17
**coming** 9:14,23
10:23 14:12
**comment** 6:25
**comments** 14:17
**community** 11:7
11:8,21

**compensated**
14:4
**compensation**
12:2,15,19
**completed** 5:24
**completely** 12:8
**complexity**
13:20
**concerned** 9:6
**conclude** 16:16
16:22
**concluded** 15:10
16:25
**considered**
16:13
**contact** 11:17
**continue** 12:9,10
**Copperman**
4:21 17:3,9
**Corporation** 1:5
5:7
**counsel** 5:9,20
15:4
**county** 12:5,6,17
**couple** 5:14,22
**course** 6:3 7:1
**court** 1:1 4:18
4:18 5:4,5,8,11
5:17 6:10,14
7:23 8:4,6 10:1
10:3,7,11
12:22 13:5,9
14:16,22 16:4
**courtroom** 5:12
5:13
**crazy** 11:11
**cry** 8:20
**crying** 8:21
10:13
**currently** 14:9

**D**

**dad** 9:3
**damage** 11:4
13:16
**date** 1:13,20 2:1
2:8,15,22 3:6
5:15 17:15

**daughter** 8:21
**day** 9:4
**deadline** 7:20
**death** 9:16
**Debtor** 1:6
**decision** 5:23
6:4 16:22
**DEEM** 1:9,15
1:22 2:4,11,17
3:2
**defeated** 12:7,8
**Dennis** 3:8 5:6
**departing** 7:5
**deputy** 5:12
**deserve** 14:4
**destruction**
13:16
**determination**
15:21,23
**developed** 11:9
**different** 16:8
**difficult** 10:3,15
13:21,21
**displaced** 11:4
**distance** 9:12
**distributions**
15:18
**DISTRICT** 1:2
**doing** 10:6 14:12
**dollars** 15:23,24
**downhill** 8:19
**due** 6:3 7:17
13:25
**duty** 15:5

**E**

**E** 17:1
**electronic** 4:24
15:3
**Eric** 2:11,15
3:17 6:13
12:24,25 13:2
**eScribers** 4:21
17:11
**ESQ** 3:10
**estate** 13:17
**evacuated** 9:1
**event** 9:17

Case: 19-30088    Doc# 13477    Filed: 01/26/23    Entered: 01/26/23 09:40:58    Page 18
of 22

everybody 10:15,25 11:6 11:22
example 6:16
excusable 8:15
explain 10:3
explanation 10:4 12:23

**F**

F 17:1
face 9:3
fact 9:8 14:10
fair 7:20
family 7:14 9:21 12:3
far 15:18
feel 7:19 8:1 11:25 12:2,7,7 12:8,8,10,12 14:13
felt 10:19 11:6 11:17,21
fifteen 15:23
file 1:12,19 2:1,8 2:14,21 3:6 11:5 13:12,14 13:18 14:8,11
filed 1:10,13,17 1:20,24 2:1,6,8 2:12,15,19,22 3:4,6 7:1 14:6 15:1,13
finally 7:17,21
financial 11:16 11:19 13:24
financially 11:15
fire 1:7,10,14,17 1:21,24 2:3,5 2:10,12,16,19 3:1,3,10 5:9,16 5:20,23 7:6,14 8:17,23,23 9:11,14,19 10:23 13:11,12 13:23 14:1 15:4,11 16:1

firefighter 9:4
fireplaces 9:15
fires 13:25
first 11:16
five 5:18
focus 7:3,4
focusing 7:7
fog 9:12
follow 6:15 15:7 16:9
following 5:21
foregoing 17:3
forever 12:5
forgot 5:15
forth 5:15
forty-five 15:16
forward 7:21 14:12
Francisco 1:5 4:19 5:1
freak 11:13
fully 13:22
fund 14:2
further 10:1

**G**

Gate 4:19
getting 9:9,9
give 5:18
go 7:5 8:12,24 11:11
goes 9:4,11 11:12
going 6:15,17 9:2,5,9,11,19 9:20,24 10:11 12:9,10,11,11 16:16
Golden 4:19
good 8:11,14 10:7,10 13:5,7 15:6,8
gotten 9:23
grasp 13:22
grass 11:3
ground 12:1,15
guess 11:1

**H**

Hackett 2:4,9 14:25
Hana 4:21 17:3 17:9
hand 15:2,3
happen 9:2 12:18
happening 8:24
hard 9:10,21 12:8,9,10
hardest 8:20
harm 7:7
healing 7:17
health 7:14
hear 5:19 6:7
heard 5:9,16,17 5:22 6:11 10:19 11:14 14:19,20 15:2 16:8
hearing 6:1 8:14 10:12 12:20,24 15:1 16:16,22
hearings 5:24
heart 11:10
Hello 10:6
help 9:25 10:22 11:7,15 16:6
helped 15:19
Hi 7:11 10:6
hill 10:23
hire 13:25
home 10:20,21 11:2,5 12:1
homes 10:17,17 11:20
honest 12:5
Honor 5:10 6:8 6:12 14:21 15:8 16:24
Honorable 3:8 5:5
hope 6:4
house 9:20 12:14 13:15
husband 10:24

**I**

impact 14:1,3
implemented 7:6
increase 15:16
individual 3:13 3:15,16,18 6:24 16:19
individuals 5:18 6:18 16:11
information 13:12,19 14:5 14:13
insurance 11:6 11:17
intended 13:23
involved 13:20
issue 16:14
issued 5:14,23 15:20

**J**

January 1:6 5:1 15:15,20,25 17:15
jargon 13:19
Jennifer 3:2,7 14:24
job 13:25
JUDGE 3:9
jumbo 11:23

**K**

keep 9:9
keeps 8:25 9:9,9
kid's 9:3
kids 9:15,17 12:11
kind 9:3 12:2,15 14:9
know 8:17 9:5,8 9:14,24 10:12 10:17,20,24 11:1,5,7,16,24 12:4,4,18,25 14:13 15:6
knowledge 13:22
knows 10:25

**L**

late 1:9,16,22 2:4,11,18 3:2 7:6,8,12 8:15 14:8 16:21
lawsuit 14:6
lawyer 13:25
lawyers' 13:10
layman 13:21
lead 13:13
leads 13:17
leave 8:8
legal 11:23 13:19,22
LETTER 1:8,15 1:22 2:3,10,17 3:1
lies 8:22
life 12:12
limited 14:2
liquidity 15:20
list 13:16 14:20
listen 10:9
listening 5:11
little 15:19
live 12:4
LLC 4:21
LLP 3:11
long 6:3
looks 9:13
LORENA 4:18
lose 10:20,20 11:2,20,25
losing 13:25
loss 13:15
losses 13:16
lost 10:16,17
lot 10:17 11:18

**M**

mailers 13:22
major 13:14
makeup 10:10
manage 7:4
manifested 9:22
matter 5:6,22 6:1 16:9
mean 10:24

Case: 19-30088    Doc# 13477    Filed: 01/26/23    Entered: 01/26/23 09:40:58    Page 19 of 22

11:13 14:13 16:2
**meaning** 13:22
**mental** 7:14
**microphone** 6:22 8:12
**minutes** 5:18
**misleading** 13:11,19
**money** 14:2
**Montali** 3:8 5:6
**months** 8:16 9:22
**morning** 8:11,14 10:7 13:5,7 15:6,8,12
**MOTION** 1:11 1:12,18,19,25 2:1,7,8,13,14 2:20,21 3:5,6
**multiple** 13:10 13:20
**mumbo** 11:23

**N**

**N** 4:22 17:1,12
**name's** 7:11
**names** 6:5 14:23
**Nashville** 11:10
**nearly** 15:23,24
**need** 6:21 7:2,3 7:24 9:25 10:8 10:9 15:2 16:17
**neglect** 8:15
**never** 11:5
**new** 3:12 9:7
**night** 8:21,22,24 9:1,17
**ninety-one** 15:21
**Nixles** 9:10
**Nope** 8:3
**NORTHERN** 1:2
**note** 12:7
**notes** 9:7
**notices** 15:21,23

**NY** 3:12

**O**

**O** 17:1
**OBJECTION** 1:8,15,22 2:3 2:10,17 3:1
**obviously** 10:15 10:25 15:18
**okay** 6:10,14 7:23 8:4,10 10:1,3,7 12:24 13:5,9 14:16 15:3 16:18
**ongoing** 11:13 12:3,4
**oOo-** 1:3 5:3
**opportunity** 7:25
**order** 5:4,14,15 5:18 12:2,15 12:18 14:20 16:15

**P**

**paid** 15:24
**Palmer** 1:15,20 3:14 6:6,13,17 8:10,11,14 10:2 16:20
**papers** 16:9
**Parada** 4:18 6:5 14:19
**participate** 10:21
**participated** 6:3
**participating** 6:2 8:13 13:6 14:25 16:20
**participation** 8:7 14:17
**parties** 5:8,12 6:6 13:20
**Patrick** 2:17,22 14:24
**payments** 15:16
**Pearson** 10:5
**Pedersen** 1:8,13 2:11,15,17,22

3:13,17 6:6,9 6:13,13,14 10:5,6,10,12 12:22,25,25,25 13:2,4,7,10 14:16,24 16:20
**people** 7:18,21 10:16,17 11:20 13:14 14:19
**percent** 15:16 15:17,21
**Perkins** 3:2,7 14:24
**person** 12:24 13:13
**personal** 13:17
**persons** 5:16
**PG&E** 1:5 5:6 7:14 12:13
**Phoenix** 4:23 17:13
**phone** 9:11
**phrase** 13:15
**physically** 10:20 11:2 12:1
**pleadings** 15:12
**please** 5:8 8:13
**Points** 9:10
**position** 7:24
**possible** 11:8
**possibly** 11:14
**posted** 15:25
**preliminary** 6:24
**prepared** 13:2
**present** 3:10,13 5:19
**presentation** 13:3
**presented** 14:5 14:14
**presenting** 14:15
**presiding** 5:6
**pressured** 8:1
**previously** 5:14 6:3
**pro** 5:8 15:16

**problem** 13:9
**problems** 11:10
**procedure** 6:15 7:5 15:6 16:10
**proceeding** 8:9
**proceedings** 3:8 4:24 15:10 16:25 17:4
**process** 10:19 11:9
**PROOF** 1:9,16 1:23 2:4,11,18 3:2
**properly** 14:14
**property** 13:17 13:17
**provided** 4:25
**PTSD** 7:15 8:19 11:11 12:4
**pulled** 11:22
**Pulse** 9:10
**PURPOSE** 1:9 1:16,23 2:5,12 2:18 3:3
**pursuant** 5:17
**put** 7:20 10:10 14:10 15:2

**Q**

**question** 16:7
**questionnaires** 15:17,22
**questions** 16:2

**R**

**R** 17:1
**radio** 13:23
**rata** 15:16
**reach** 13:23
**read** 6:25
**ready** 7:17,21
**real** 8:23 13:16
**realized** 8:16
**really** 7:3,7,14 7:15 9:21,23
**receive** 6:10
**record** 17:4
**recorded** 4:24
**Recorder** 4:18

**recording** 4:24
**reimbursement** 10:22
**related** 1:11,18 1:25 2:6,13,20 3:4 13:1
**relating** 13:12
**rely** 15:12
**remain** 16:3
**reminded** 7:2
**request** 1:8,15 1:22 2:3,10,17 3:1 6:9,10 16:21
**requested** 12:24 14:20
**responses** 16:14
**responsible** 12:13
**rest** 12:12
**result** 8:15
**review** 5:13 16:11
**revisit** 7:16
**right** 8:6,25 9:8 9:24 10:5 13:10 14:22
**Rudnick** 3:11 15:11
**run** 14:22

**S**

**s/** 17:9
**safe** 9:12
**San** 1:5 4:19 5:1
**saw** 10:23
**saying** 8:22
**scared** 8:23 9:16 9:18
**schedule** 5:15 16:18
**screen** 6:16 8:11
**se** 5:8
**season** 8:17
**see** 6:5,6,14,17 8:11,12 9:12 10:9 11:24 15:3

Case: 19-30088    Doc# 13477    Filed: 01/26/23    Entered: 01/26/23 09:40:58    Page 20 of 22

**separate** 13:1
**September** 8:17
**service** 4:25
**session** 5:5
**set** 5:15
**settlements** 14:3
14:7
**Seven** 3:11
**Shannon** 1:15
1:20 3:14 8:10
10:13 12:9
**Sieger-Grimm**
3:10 15:4,8,9
**similar** 5:22
**single** 8:21 9:4
**site** 16:1
**sites** 13:15
**situation** 5:13
7:14 13:24
**six** 8:16 9:22
15:24
**sixty** 15:16
**sleep** 8:24
**smell** 9:15
**smoke** 9:13,15
11:4
**soon** 6:4
**sorry** 8:20 9:7
10:13 11:9
13:7
**sound** 4:24
**Square** 3:11
**stand** 16:8
**start** 9:19
**started** 8:17,25
**starting** 13:16
**starts** 6:18
**state** 6:22 7:9
**statements**
15:12
**States** 1:1 3:9
4:18
**statistics** 15:14
15:25
**stay** 8:8
**stock** 15:19
**Street** 4:22
17:12

**stressful** 10:25
**stuff** 11:24
**subject** 7:16,16
**submissions**
6:25 16:11
**submit** 16:9
**submitted** 15:22
16:13,22
**suffered** 7:2,3,7
13:14
**suffering** 7:13
7:15,19
**Suite** 4:22 17:12
**surface** 9:24
**Susan** 3:10 15:8
**sympathetic**
12:23
**symptoms** 8:19
9:23

**T**
**T** 17:1,1
**take** 6:1,17
10:16 11:18,19
14:18
**takes** 7:19
**talking** 8:25
**telephone** 3:10
**tells** 8:23
**thank** 8:5,6,13
8:14 10:1,2,12
12:20,22 13:5
14:16 16:20,22
16:24
**thing** 11:1,13
12:16
**think** 7:4,12,18
12:5,6 16:17
**thought** 11:2,3
12:14
**thousands** 7:3
**three** 14:25 15:1
**time** 7:17,19,23
8:20 9:6,10
10:15 11:17
12:21 14:7
15:5 16:23
**TIMELY** 1:9,16

1:23 2:4,11,18
3:2
**Times** 3:11
**today** 5:13,16,25
6:1 15:1 16:6
16:12,18
**tons** 11:3
**tornado** 11:11
**town** 9:5
**tragedies** 7:2
**Transcriber**
4:21
**transcript** 3:8
4:25 17:3
**transcription**
4:25
**traumatic** 11:21
**true** 17:4
**Trust** 1:10,17,24
2:6,12,19 3:4
3:10 5:9,20
13:11 15:4,11
15:14,15,20
16:1,2
**Trust's** 16:14
**trustee** 7:6
**TRUSTEE'S**
1:7,14,21 2:3
2:10,16 3:1
**try** 11:7
**turn** 6:21 8:7,12
10:8
**typical** 8:18

**U**
**understand**
13:21 14:1
16:4
**understood** 14:6
**Unfortunately**
11:23 12:14
**United** 1:1 3:9
4:18
**update** 15:13
16:5,6
**updated** 15:25

**V**
**various** 5:12

**Vegas** 11:12
**victim** 1:7,10,14
1:17,21,24 2:3
2:6,10,12,16
2:19 3:1,4,10
5:16 13:11
14:3 15:4,11
16:1
**victims** 5:20
13:23 14:1
**video** 3:10 13:7
**Viola** 1:8 3:13
6:9,13,14 10:5
12:25
**virtual** 5:13

**W**
**wait** 5:24
**walked** 10:18
**want** 5:16 7:4,16
7:23,25 10:16
11:19 15:13
16:6,7
**wanted** 5:24
**wasn't** 8:24
**watch** 8:8
**way** 10:13 12:17
14:5
**we'll** 6:5 15:12
16:9,14
**we're** 7:6,17
9:11,24 10:10
**we've** 7:13,15
15:11
**website** 13:11
**websites** 13:10
**Wednesday** 1:6
5:1
**weeks** 5:14,22
11:5
**welcome** 6:22
8:8
**went** 8:19 11:10
**whatsoever**
10:22
**wind** 9:17,17,19
**wish** 8:1,1 14:2
15:2

**wondering** 9:18
**wonders** 9:2
**wording** 13:13
**work** 9:5 13:8
14:9
**working** 13:8
**worried** 9:4,5
**worry** 10:11
**worse** 9:9,9,23
**written** 6:4

**X**

**Y**
**yanked** 9:1
**YANNI** 1:11,18
1:24 2:6,13,20
3:4
**years** 8:18
**yelled** 10:23
**York** 3:12
**younger** 12:11

**Z**

**0**

**1**
**10:00** 1:6 5:1
**10:18** 15:10
16:25
**10036** 3:12
**11** 1:4
**11th** 15:15
**13396** 1:18,20
**13399** 1:18
**13404** 1:11,13
**13407** 1:11
**13411** 1:25 2:2
**13412** 2:7,9
**13413** 2:13,15
**13415** 2:20,22
**13422** 3:5,7
**13424** 1:24
**13429** 2:6
**13431** 2:13
**13433** 2:20
**13435** 3:4
**13th** 15:20

Case: 19-30088 Doc# 13477 Filed: 01/26/23 Entered: 01/26/23 09:40:58 Page 21 of 22

**16th** 4:22 17:12
**19-30088** 1:4

---
**2**

**2023** 1:6 5:1
  17:15
**207** 4:22 17:12
**25** 1:6 5:1
**26** 17:15

---
**3**

**30th** 15:25

---
**4**

**450** 4:19

---
**5**

---
**6**

---
**7**

**7227** 4:22 17:12

---
**8**

**85020** 4:23
  17:13

---
**9**

**94102** 4:19
**973)406-2250**
  4:23