# Notice Recipients

District/Off: 0971–3          User: admin                    Date Created: 1/27/2023

Case: 19–30088               Form ID: TRANSC                 Total: 1

**Recipients of Notice of Electronic Filing:**

aty          Susan Sieger Grimm          SSieger–Grimm@brownrudnick.com

                                                                    TOTAL: 1