LAWRENCE A. JACOBSON, SBN 057393
SEAN M. JACOBSON, SBN 227241
COHEN AND JACOBSON, LLP
66 Bovet Road, Suite 285
San Mateo, CA 94402
Telephone: (650) 261-6280
laj@cohenandjacobson.com

Attorneys for Amir Shahmirza
(Agent for Komir, Inc.) and Komir, Inc.

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT MOTION FOR PARTIAL SUMMARY JUDGMENT OF ISSUES IN REORGANIZED DEBTORS OBJECTION TO CLAIM #2090 AND IN CLAIMANT'S RESPONSE THERETO** |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors | **Date: April 11, 2023**<br>**Time: 10:00 a.m.**<br>**Place: (Tele/Videoconference Appearances Only)**<br>**United States Bankruptcy Court**<br>**Courtroom 17, 16th Floor**<br>**San Francisco, CA 94102** |

Amir Shahmirza, as agent of, and acting on behalf of, Komir, Inc., ("Komir" or "Claimant") requests that, pursuant to Rule 201 of the Federal Rules of Evidence, the Court take judicial notice of the following pleadings and documents that are attached to the accompanying Exhibit Compendium in Support Motion for Partial Summary Judgment of Issues in Reorganized Debtors Objection to Claim #2090 and in Claimant's Response Thereto and that are authenticated by the Declaration of

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PARTIAL SUMMARY JUDGMENT OF ISSUES
IN REORGANIZED DEBTORS OBJECTION TO CLAIM #2090 AND CLAIMANT'S RESPONSE THERETO

1

Case: 19-30088    Doc# 13478-2    Filed: 01/31/23    Entered: 01/31/23 20:09:30    Page 1 of 2

Amir Shahmirza in in Support Motion for Partial Summary Judgment of Issues in Reorganized Debtors Objection to Claim #2090 and in Claimant's Response Thereto:

| | | |
|---|---|---|
| Exhibit 3: | Complaint in Eminent Domain, San Mateo County Superior Court Case No. 175581 (the "Condemnation Lawsuit") filed on May 7, 1973 (Certified Copy) |
| Exhibit 4: | Order Fixing Security to Permit Plaintiff to Take Immediate Possession filed in the Condemnation Lawsuit on September 13, 1974 (Certified Copy) |
| Exhibit 5: | Order for Possession filed in the Condemnation Lawsuit on October 2, 1974 (Certified Copy) |
| Exhibit 6: | Judgment of Condemnation entered ion the Condemnation Lawsuit on February 11, 1983. (Certified Copy) |
| Exhibit: 7 | Final Order of Condemnation entered in the Condemnation Lawsuit on February 11, 1983, and recorded as Instrument No. 83013501. (Certified Copy of Pleading from the office of the clerk of the Superior Court and as Recorded in the Office of the County Recorder) |
| Exhibit 8: | Director's Deed from the State of California to Niel F. Hildebrand and Melanie M. Hildebrand recorded on June 30, 1987 in the records of the County Recorder of San Mateo County as Instrument No. 87101925. (Certified Copy) |
| Exhibit 11: | Grant Deed from Niel F. Hildebrand and Melanie M. Hildebrand to Komir, Inc., recorded on December 18, 2000 in the records of the County Recorder of San Mateo County as Document No. 2000-160010. |

Respectfully submitted.

Dated: January 31, 2023

COHEN AND JACOBSON, LLP

By: /s/ Lawrence A. Jacobson
Lawrence A. Jacobson
Attorneys for Claimant and Respondent

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PARTIAL SUMMARY JUDGMENT OF ISSUES
IN REORGANIZED DEBTORS OBJECTION TO CLAIM #2090 AND CLAIMANT'S RESPONSE THERETO

2