LAWRENCE A. JACOBSON, SBN 057393
SEAN M. JACOBSON, SBN 227241
COHEN AND JACOBSON, LLP
66 Bovet Road, Suite 285
San Mateo, CA 94402
Telephone: (650) 261-6280
laj@cohenandjacobson.com

Attorneys for Amir Shahmirza
(Agent for Komir, Inc.) and Komir, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

PG&E CORPORATION,

   - and -

PACIFIC GAS AND ELECTRIC COMPANY,

   Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
■ Affects both Debtors

Case No. 19-30088 (DM)

Chapter 11

(Lead Case) (Jointly Administered)

**DECLARATION OF AMIR SHAHMIRZA IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF ISSUES IN REORGANIZED DEBTORS OBJECTION TO CLAIM #2090 AND CLAIMANT'S RESPONSE THERETO**

Date: April 11, 2023
Time: 10:00 a.m.
Place: (Tele/Videoconference Appearances Only)
**United States Bankruptcy Court
Courtroom 17, 16th Floor
San Francisco, CA 94102**

DECLARATION OF AMIR SHAHMIRZA IN SUPPORT OF
MOTION FOR PARTIAL SUMMARY JUDGMENT

1

Case: 19-30088    Doc# 13478-3    Filed: 01/31/23    Entered: 01/31/23 20:09:30    Page 1 of 3

I, Amir Shahmirza, declare:

1. I am a licensed civil engineer and am, and at all relevant times have been, the sole shareholder, officer and director of Komir, Inc., a California corporation that is the owner of the real property located at 800 Walnut Street, San Bruno, California, that is the subject of the objection to Claim No. 2090 herein.

2. I am, and at all relevant times have been, solely authorized to act on behalf of Komir, Inc., and to do so in my own name.

3. Attorney Matthew Mellen, prior counsel for Komir, Inc., prepared, filed and signed the Proof of Claim No. 2090 stating the Claimant's name therein as Amir Shahmirza while also referencing a pending lawsuit by Komir, Inc., and me against PG&E wherein Komir, Inc., is identified as the owner of the Property.

3. The lawsuit referenced in the Proof of Claim is that action entitled *"Amir Shahmirza, an individual, and Komir, Inc., a business entity, vs. PG&E, a business entity"* in the Superior Court of San Mateo County, California, as Case No. 18-CIV-06064 (the "Lawsuit").

4. Prior to the commencement of its Chapter 11 case, PG&E filed pleadings in the Lawsuit acknowledging and alleging Komir's ownership of the Property.

5. I understood that Mr. Mellen filed the Proof of Claim for Komir, Inc., by me in my capacity as agent for, and acting on behalf of, Komir, Inc., as the owner of the Property as identified in the referenced lawsuit.

6. I file concurrently herewith an Amended Proof of Claim to clarify the capacity in which I appear on Proof of Claim No. 2090, and to further specify the bases of the claim of trespass asserted in the Proof of Claim.

7. To obtain copies of documents for counsel to submit in support of this Motion for Partial Summary Judgment, I went to the offices of the offices of the Clerk of the Superior Court in the Lawsuit and the County Recorder and obtained those documents that are attached to the Exhibit Compendium as Exhibits 3 through 8 as the certifications are marked on those documents.

I have personal knowledge of the facts set forth herein and can competently testify thereto.

Executed at San Mateo, California, on the 31st of January, 2023.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Amir Shahmirza

DECLARATION OF AMIR SHAHMIRZA IN SUPPORT OF
MOTION FOR PARTIAL SUMMARY JUDGMENT

3