```
 1  LAWRENCE A. JACOBSON, SBN 057393
    SEAN M. JACOBSON, SBN 227241
 2  COHEN AND JACOBSON, LLP
    66 Bovet Road, Suite 285
 3  San Mateo, CA 94402
    Telephone: (650) 261-6280
 4  laj@cohenandjacobson.com

 5  Attorneys for Amir Shahmirza
    (Agent for Komir, Inc.) and Komir, Inc.
 6
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY, | **EXHIBIT COMPENDIUM SUBMITTED IN SUPPORT MOTION FOR PARTIAL SUMMARY JUDGMENT OF ISSUES IN REORGANIZED DEBTORS OBJECTION TO CLAIM #2090 AND IN CLAIMANT'S RESPONSE THERETO:** |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors | <u>**VOLUME 1 - Exhibits 1 and 2**</u> |
| | **Date:** April 11, 2023<br>**Time:** 10:00 a.m.<br>**Place:** **(Tele/Videoconference Appearances Only)**<br>**United States Bankruptcy Court**<br>**Courtroom 17, 16th Floor**<br>**San Francisco, CA 94102** |

Amir Shahmirza, as agent of, and acting on behalf of, Komir, Inc. ("Komir" or "Claimant"), submits this Exhibit Compendium in Support Motion for Partial Summary Judgment of Issues in Reorganized Debtors Objection to Claim #2090 and in Claimant's Response Thereto in support of Claimant's Motion for Partial Summary Judgment of Issues in Reorganized Debtors Objection to

EXHIBIT COMPENDIUM IN SUPPORT OF PARTIAL SUMMARY JUDGMENT OF ISSUES
IN REORGANIZED DEBTORS OBJECTION TO CLAIM #2090 AND CLAIMANT'S RESPONSE THERETO    1

Case: 19-30088    Doc# 13478-5    Filed: 01/31/23    Entered: 01/31/23 20:09:30    Page 1 of 6

1  Claim #2090 and in Claimant's Response Thereto:

2      Exhibit 1:     Record of Survey No. 3259-A

3      Exhibit 2:     Real Estate Survey Map with Aerial

4      Respectfully submitted.

5  Dated: January 31, 2023          COHEN AND JACOBSON, LLP

6

7                          By: /s/ Lawrence A. Jacobson
                            Lawrence A. Jacobson
8                           Attorneys for Claimant and Respondent

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**EXHIBIT COMPENDIUM IN SUPPORT OF PARTIAL SUMMARY JUDGMENT OF ISSUES
IN REORGANIZED DEBTORS OBJECTION TO CLAIM #2090 AND CLAIMANT'S RESPONSE THERETO**

2

Case: 19-30088    Doc# 13478-5    Filed: 01/31/23    Entered: 01/31/23 20:09:30    Page 2 of 6

# EXHIBIT 1

Case: 19-30088    Doc# 13478-5    Filed: 01/31/23    Entered: 01/31/23 20:09:30    Page 3 of 6



Record of Survey No. 3259-A, Vol. 53, Pg. 33 — A parcel of land being the lands of Komir, Inc., described in Deed having Document No. 2000-160010, recorded December 18, 2000 in the Official Records, San Mateo County, California.

# EXHIBIT 2

