1  LAWRENCE A. JACOBSON, SBN 057393
   SEAN M. JACOBSON, SBN 227241
2  COHEN AND JACOBSON, LLP
   66 Bovet Road, Suite 285
3  San Mateo, CA 94402
   Telephone: (650) 261-6280
4  laj@cohenandjacobson.com

5  Attorneys for Amir Shahmirza
   (Agent for Komir, Inc.) and Komir, Inc.
6

7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11  In re                               Case No. 19-30088 (DM)

12  PG&E CORPORATION,                   Chapter 11

13       - and -                        (Lead Case) (Jointly Administered)

14  PACIFIC GAS AND ELECTRIC
    COMPANY,                            **EXHIBIT COMPENDIUM SUBMITTED**
15                                      **IN SUPPORT MOTION FOR PARTIAL**
           Debtors.                     **SUMMARY JUDGMENT OF ISSUES IN**
16                                      **REORGANIZED DEBTORS OBJECTION**
    ☐ Affects PG&E Corporation          **TO CLAIM #2090 AND IN CLAIMANT'S**
17  ☐ Affects Pacific Gas and Electric Company  **RESPONSE THERETO:**
    ■ Affects both Debtors              **VOLUME 2 - Exhibits 3 and 4**
18  _____
                                        **Date:   April 11, 2023**
19                                      **Time:  10:00 a.m.**
                                        **Place: (Tele/Videoconference Appearances**
20                                      **Only)**
                                        **United States Bankruptcy Court**
21                                      **Courtroom 17, 16th Floor**
                                        **San Francisco, CA 94102**
22

23       Amir Shahmirza, as agent of, and acting on behalf of, Komir, Inc. ("Komir" or "Claimant"),

24  submits this Exhibit Compendium in Support Motion for Partial Summary Judgment of Issues in

25  Reorganized Debtors Objection to Claim #2090 and in Claimant's Response Thereto in support of

26  Claimant's Motion for Partial Summary Judgment of Issues in Reorganized Debtors Objection to

1  Claim #2090 and in Claimant's Response Thereto:

2          Exhibit 3:      Complaint in Eminent Domain, San Mateo County Superior Court Case No.

3                          175581 (the "Condemnation Lawsuit") filed on May 7, 1973 (Certified Copy)

4          Exhibit 4:      Order Fixing Security to Permit Plaintiff to Take Immediate Possession filed

5                          in the Condemnation Lawsuit on September 13, 1974 (Certified Copy)

6          Respectfully submitted.

7  Dated: January 31, 2023                    COHEN AND JACOBSON, LLP

8

9                                             By: /s/ Lawrence A. Jacobson
                                                  Lawrence A. Jacobson
10                                                Attorneys for Claimant and Respondent

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**EXHIBIT COMPENDIUM IN SUPPORT OF PARTIAL SUMMARY JUDGMENT OF ISSUES**
**IN REORGANIZED DEBTORS OBJECTION TO CLAIM #2090 AND CLAIMANT'S RESPONSE THERETO**

2

# EXHIBIT 3

ORIGINAL

John P. Horgan
Robert N. DeJohn
A. Matthew Raggio
Attorneys for Plaintiff
369 Pine Street
San Francisco, California 94104
Telephone: 982-3130

FILED

MAY 7 - 1973

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN MATEO

1  | THE PEOPLE OF THE STATE OF CALIFORNIA, )  No. 175091
   | acting by and through the Department )
   | of Public Works, )
   | )
   |                            Plaintiff, )  COMPLAINT
   | )  IN
   |                  vs. )  EMINENT
   | )  DOMAIN
   | CITY AND COUNTY OF SAN FRANCISCO, a )
   | municipal corporation, STATE OF )  PARCELS 1A,1B,1C,1D,
   | CALIFORNIA, UNITED STATES OF AMERICA, )  1E,2,3A,3B,3C,4,5A,
   | SAN FRANCISCO BRIDGE COMPANY, a cor- )  5B,6A,6B,6C,and 6D
   | poration, UNITED AIR LINES, INC., a )
   | corporation, HARRY ROEHRICK, doing busi-)
   | ness as Allen Enterprises, CARL W. OLSON)
   | & SONS CO., a corporation, ASSOCIATED )
   | INSULATION OF CALIFORNIA, a corporation,)
   | ALLAN AUTOMATIC SPRINKLER CORPORATION, a)
   | corporation, AMERICAN TEST & BALANCE )
   | CORPORATION, a corporation, BERGESEN )
   | ELECTRIC INC., PACIFIC GAS AND ELECTRIC )
   | COMPANY, a corporation, AIRBORNE FREIGHT)
   | CORPORATION, a corporation, SHELL OIL )
   | COMPANY, a corporation, BUTLER AVIATION-)
   | SAN FRANCISCO, INC., a corporation, )
   | M. H. McCLOSKEY, H. T. McCLOSKEY; )
   | W. KEVIN CASEY, JAMES F. THACHER, as )
   | Trustees, NEW ENGLAND MUTUAL LIFE )
   | INSURANCE COMPANY, a corporation, )
   | PACIFIC AIR LINES, INC., a corporation, )
   | SAN FRANCISCO AIRPORT IMPROVEMENT )
   | CORPORATION, a corporation, BANK OF )
   | AMERICA NATIONAL TRUST AND SAVINGS )
   | ASSOCIATION, a national banking associa-)
   | tion, WESTERN AIR LINES, INC., a cor- )
   | poration, QUANTAS AIRWAYS, LTD., a cor- )
   | poration, COUNTY OF SAN MATEO, a poli- )
   | tical subdivision, DOE ONE TO DOE FIFTY,)
   | inclusive, )
   | )
   |                           Defendants. )
   | )

1    Plaintiff complains of defendants, and for cause of
2  action alleges that:

3                              I

4    The Department of Public Works is, and at all times
5  herein mentioned has been, the duly authorized body in charge
6  of State highways and is by law vested with authority to exercise,
7  in the name of the People of the State of California, the right
8  of eminent domain for the purpose of acquiring property for
9  State highway purposes.

10                             II

11    Prior to the commencement of this action, at a meeting
12  of the California Highway Commission duly and regularly convened
13  at Sacramento, California, on February 15, 1973, said California
14  Highway Commission duly and regularly passed and adopted Condem-
15  nation Resolution No. C-10572 stating and determining that public
16  interest and necessity require the acquisition of certain real
17  property in fee simple absolute unless a lesser estate is de-
18  scribed herein for State highway purposes in connection witn
19  State highway, Road 04-SM-380,101-5.5-6.9,18.6-21.0, declared
20  a freeway. The use of the real property described in said resolu-
21  tion is a public use authorized by law.

22                            III

23    The real property or interests in real property which
24  the Department of Public Works is authorized to acquire by said
25  resolution is situated in the County of San Mateo, State of
26  California, and described as follows:
27
28
29
30
31

- 2 -

PARCEL 1A:

For freeway purposes that real property described as
follows:

COMMENCING at the northwesterly terminus of the course
described as "N. 24°19'45" W., 104.00 feet", in Parcel 1 of
that Joint Deed, recorded April 6, 1954, in Book 2562 at
Page 404, Official Records of San Mateo County; thence along
the general northeasterly line of said parcel 1
S. 66°54'17" W., 161.29 feet, along a tangent curve to the
right with a radius of 249.98 feet, through an angle of
39°23'45", an arc length of 171.88 feet, N. 73°41'58" W.,
397.36 feet, along a tangent curve to the right with a
radius of 299.98 feet, through an angle of 59°49'00", an arc
length of 313.17 feet, N. 13°52'58" W., 1373.94 feet and
along a tangent curve to the right with a radius of
4884.61 feet, through an angle of 9°50'01", an arc length of
838.33 feet to the northerly line of the S. 1/2 of the
S.W. 1/4 of Section 27, T.3 S., R. 5 W., M.D.B. & M.; thence
along last said line S. 88°48'37" E., 257.20 feet; thence
S. 28°48'39" E., 164.69 feet; thence along a tangent curve to
the left, with a radius of 325.00 feet, through an angle of
67°43'20", an arc length of 384.14 feet; thence
S. 51°05'16" E., 98.55 feet; thence N. 68°00'01" E.,
374.10 feet; thence along a tangent curve to the right with
a radius of 1139.00 feet, through an angle of 7°45'54",
an arc length of 154.36 feet to the westerly line of the
Old Bayshore Highway, as established by that deed to the
State of California recorded August 3, 1925, in Book 180,
at Page 149, Official Records of San Mateo County; thence
along last said line S. 24°17'07" E., 344.44 feet; thence
S. 46°52'11" W., 780.52 feet; thence from a tangent that bears

1 S. 1°04'45" W., along a curve to the right with a radius of
2 1065.00 feet, through an angle of 16°28'03", an arc length of
3 306.09 feet; thence from a tangent that bears
4 S. 13°32'43" E., along a curve to the right with a radius of
5 1362.00 feet, through an angle of 4°35'41", an arc length
6 of 109.22 feet; thence S. 10°02'06" E., 633.97 feet; thence
7 from a tangent that bears S. 8°57'02" E., along a curve to the
8 left with a radius of 238.00 feet, through an angle of
9 61°37'53", an arc length of 256.01 feet; thence S. 70°34'55" E.,
10 258.21 feet; thence along a tangent curve to the left, with a
11 radius of 300.00 feet, through an angle of 40°58'34", an arc
12 length of 214.55 feet; thence from a tangent that bears
13 N. 63°00'09" E., along a curve to the right with a radius
14 of 927.00 feet, through an angle of 13°27'50", an arc length of
15 217.84 feet; thence S. 23°05'43" E., 31.33 feet to the
16 northerly line of San Bruno Avenue as established by deed
17 to County of San Mateo, recorded May 23, 1928, in Book 355,
18 at Page 241, Official Records of San Mateo County; thence
19 along last said line S. 66°54'17" W., 363.90 feet to said
20 course; thence along said course N. 23°05'43" W., 22.00 feet
21 to the point of commencement.

22 Lands abutting said freeway shall have no right or
23 easement of access thereto. Also, there shall be no access
24 to the freeway over and across the northwesterly prolongation
25 of the course described above with the length of 344.44 feet
26 for a distant of 75.00 feet.

27 The bearings and distances used in the above description
28 are on the California Coordinate System, Zone 3. Multiply the
29 above distances by 1.0000790 to obtain ground level distances.
30
31

PARCEL 1B:

AN EASEMENT for cut and fill slope purposes and incidents thereto, upon, over and across the following described parcel of land:

COMMENCING at the southwesterly terminus of the course described as "S. 46°52'11" W., 780.52 feet", in PARCEL 1A above; thence along said course N. 46°52'11" E., 431.34 feet; thence S. 43°07'49" E., 35.00 feet; thence S. 46°52'11" W., 80.00 feet; thence N. 43°07'49" W., 10.00 feet; thence S. 46°52'11" W., 355.00 feet; thence from a tangent that bears S. 2°09'55" W., along a curve to the right with a radius of 1080.00 feet, through an angle of 8°16'37", an arc length of 156.02 feet; thence from a tangent that bears S. 17°57'36" E., along a curve to the right with a radius of 1441.00 feet, through an angle of 9°00'34", an arc length of 226.59 feet; thence S. 10°02'06" E., 633.97 feet; thence from a tangent that bears S. 8°57'02" E., along a curve to the left, with a radius of 159.00 feet, through an angle of 61°37'53", an arc length of 171.02 feet; thence S. 70°34'55" E., 97.25 feet; thence S. 65°06'28" E.,167.04 feet; thence from a tangent that bears S. 70°34'55" E., along a curve to the left, with a radius of 500.00 feet, through an angle of 19°33'38", an arc length of 170.70 feet; thence from a tangent that bears N. 74°09'40" E., along a curve to the left with a radius of 290.00 feet, through an angle of 5°37'35", an arc length of 28.48 feet; thence from a tangent that bears N. 63°01'55" E., along a curve to the right with a radius of 937.00 feet, through an angle of 14°34'25", an arc length of 238.33 feet; thence S. 23°00'45" E., 37.91 feet to the northerly line of San Bruno Avenue, as established by deed to the County of San Mateo, recorded May 23, 1928, in Book 355, at Page 241,

Official Records of San Mateo County; thence along last said
line S. 66°54'17" W., 20.00 feet to the general easterly line
of said PARCEL 1A described above; thence along last said
line N. 23°05'43" W., 31.33 feet, from a tangent that bears
S. 76°27'59" W., along a curve to the left with a radius of
927.00 feet, through an angle of 13°27'50", an arc length of
217.84 feet, from a tangent that bears S. 68°26'31" W.,
along a curve to the right with a radius of 300.00 feet, through
an angle of 40°58'34", an arc length of 214.55 feet,
N. 70°34'55".W 258.21 feet, along a tangent curve to the  right
with a radius of 238.00 feet, through an angle of 61°37'53",
an arc length of 256.01 feet, N. 10°02'06" W.,  633.97 feet,
from a tangent that bears N. 8°57'02" W., along a curve to the
left with a radius of 1362.00 feet, through an angle of
4°35'41", an arc length of 109.22 feet and from a tangent that
bears N. 17°32'48" E., along a curve to the left with a radius
of 1065.00 feet, through an angle of 16°28'03", an arc length  of
306.09 feet to the point of commencement.

RESERVING unto owners of the above-described parcel of
land, their successors or assigns, the right at any time to
remove such slopes or portions thereof upon removing
the necessity for maintaining such slopes or portions thereof
or upon providing in place thereof other adequate lateral
support, the design and construction of which shall be first
approved by the State Division of Highways, for the protection
and support of said highway.

The bearings and distances used in the above description
are on the California Coordinate System, Zone 3.  Multiply the
above distances by 1.0000790 to obtain ground level distances.

PARCEL 1C:

AN EASEMENT for utility purposes for the P.T. & T. and incidents thereto, upon, over, under and across the following described parcel of land:

COMMENCING at the southeasterly terminus of the course with an arc length of 170.70 feet in PARCEL 1B described above; thence along the general easterly line of said PARCEL 1B described above from a tangent that bears N. 74°09'40" E., along a curve to the left with a radius of 290.00 feet, through an angle of 5°37'35", an arc length of 28.48 feet, from a tangent that bears N. 63°01'55" E., along a curve to the right with a radius of 937.00 feet, through an angle of 14°34'25", an arc length of 238.33 feet and S. 23°05'43" E., 37.91 feet to the northerly line of San Bruno Avenue, as established by deed to the County of San Mateo, recorded May 23, 1928, in Book 355, at Page 241, Official Records of San Mateo County; thence along last said line S. 66°54'17" W., 20.00 feet to the general easterly line of PARCEL 1A described above; thence along last said line N. 23°05'43" W., 31.33 feet, from a tangent that bears S. 76°27'59" W., along a curve to the left with a radius of 927.00 feet, through an angle of 13°27'50", an arc length of 217.84 feet, from a tangent that bears S. 68°26'31" W., along a curve to the right with a radius of 300.00 feet, through an angle of 40°58'34", an arc length of 214.55 feet, N. 70°34'55" W., 258.21 feet and along a tangent curve to the right with a radius of 238.00 feet, through an angle of 38°43'21", an arc length of 160.85 feet; thence N. 58°08'26" E., 10.00 feet; thence from a tangent that bears S. 31°51'34" E., along a curve to the left with a radius of 228.00 feet, through an angle of 38°43'21", an arc length of 154.09 feet; thence S. 70°34'55" E., 258.21 feet; thence along a tangent curve to the left with a

FORM WH-10

1 | radius of 290.00 feet, through an angle of 35°15'25", an arc
2 | length of 178.45 feet to the point of commencement.
3 | 
4 | The bearings and distances used in the above description
5 | are on the California Coordinate System, Zone 3.  Multiply the
6 | above distances by 1.0000790 to obtain ground level distances.

FORM WH 107

PARCEL 1D:

AN EASEMENT for channel purposes and incidents thereto, upon, over and across the following described parcel of land:

COMMENCING at the easterly terminus of the course with an arc length of 154.36 feet in PARCEL 1A described above; thence along the general northerly line of said PARCEL 1A from a tangent that bears S. 75°45'55" W., along a curve to the left with a radius of 1139.00 feet, through an angle of 7°45'54". an arc length of 154.36 feet, S. 68°00'01" W., 374.10 feet and N 51°05'16" W., 78.04 feet; thence from a tangent that bears N. 31°29'43" E., along a curve to the right with a radius of 315.00 feet, through an angle of 36°30'18", an arc length of 200.70 feet; thence N. 68°00'01" E., 372.94 feet to the westerly line of the Old Bayshore Highway, as established by that deed to the State of California, recorded August 8, 1925, in Book 180, at Page 149, Official Records of San Mateo County; thence along last said line S. 24°17'07" E., 140.56 feet to the point of commencement.

The bearings and distances used in the above description are on the California Coordinate System, Zone 3. Multiply the above distances by 1.0000790 to obtain ground level distances.

PARCEL 1E:

    A TEMPORARY EASEMENT to terminate on December 31, 1977, for construction purposes and incidents thereto, upon, over and across the folllowing described parcel of land:

    COMMENCING at the easterly terminus of the course with the length of 257.20 feet in PARCEL 1A described above; thence along the northerly line of the S. 1/2 of the S.W. 1/4 of Section 27, T.3S., R. 5W., M.D.B. & M., S. 88°48'37" E., 896.66 feet to the westerly line of the Old Bayshore Highway, as established by that deed to the State of California, recorded August 8, 1925, in Book 180, at Page 149, Official Records of San Mateo County; thence along last said line S. 24°17'07" E., 41.28 feet to the northwesterly line of PARCEL 1D described above; thence along last said line S  68°00'01" W., 372.94 feet and along a tangent curve to the left with a radius of 315.00 feet, through an angle of 36°30'18", an arc length of 200.70 feet to the general northerly line of PARCEL 1A described above; thence along last said line N. 51°05'16" W., 20.51 feet, from a tangent that bears S. 83°28'01" W., along a curve to the right with a radius of 325.00 feet, through an angle of 67°43'20", an arc length of 384.14 feet and N. 28°48'39" W., 164.69 feet to the point of commencement.

    The bearings and distances used in the above description are on the California Coordinate System, Zone 3.  Multiply the above distances by 1.0000790 to obtain ground level distances.

PARCEL 2:

    For freeway purposes, that real property described as follows:

    ALL of PARCEL II as said PARCEL II described in that Director's Deed recorded October 20, 1953, in Book 2487 at Page 445, Official Records of San Mateo County and all of that portion of Section 34 in Township 3 South, Range 5 West, Mount Diablo Base and Meridian, bounded on the East by the Westerly boundary line of the Bayshore Freeway as established by that certain Deed from the City and County of San Francisco, to the State of California, dated December 17, 1953 and recorded April 6, 1954 in Book 2562 of Official Records at Page 404 (File No. 47594-L), bounded on the North by the Northerly line of said Section 34 and bounded on the West by the Easterly boundary line of that certain map entitled "Amended Plan of the Belle Air Park, San Bruno Station, San Mateo County, California" filed in the office of the County Recorder of San Mateo County on June 24, 1907 in Book 5 of Maps at Page 10.

PARCEL 3A:

For freeway purposes that real property described as
follows:

Beginning for reference at the northwesterly corner of
that parcel of land described in that deed to the City and
County of San Francisco, recorded July 15, 1947, in Book 1351,
at Page 273, Official Records of San Mateo County; thence along
the westerly prolongation of the northerly line of said
parcel N. 88°46'47" W., 16.06 feet to the northeasterly
line of existing South Airport Boulevard; thence along last said
line S. 24°17'07" E., 156.04 feet to the TRUE POINT OF
COMMENCEMENT; thence from a tangent that bears N. 76°55'56" E.,
along a curve to the right with a radius of 1112.00 feet, through
an angle of 5°19'47", an arc length of 103.44 feet; thence
S. 88°46'47" E., 824.01 feet; thence S. 79°12'01" E., 3
30.03 feet; thence S. 1°13'13" W., 104.00 feet; thence
N. 88°46'47" W., 124.61 feet; thence S. 1°13'13" W., 5.00 feet;
thence N. 89°02'29" W., 422.32 feet; thence from a tangent
that bears S. 87°34'12" W., along curve to the left with a
radius of 563.00 feet, through an angle of 33°55'16", an
arc length of 333.32 feet to said northeasterly line of existing
South Airport Boulevard; thence along last said line
N. 24°17'07" W., 233.47 feet to the true point of commencement.

TOGETHER with the extinguishment of all easements of
access appurtenant to the remaining lands on and over and across
the courses described above with the lengths of 333.32 feet,
422.32 feet, 103.44 feet and the westerly 729.01 feet of the
course with the length of 824.01 feet.

The bearings and distances used in the above description
are on the California Coordinate System, Zone 3. Multiply the
above distances by 1.0000790 to obtain ground level distances.

PARCEL 3B:

AN EASEMENT for roadway purposes and incidents thereto,
upon, over and across the following described parcel of
land:

COMMENCING at the northwesterly corner of that parcel
of land to the City and County of San Francisco, recorded
July 15, 1947, in Book 1351, at Page 273, Official Records
of San Mateo County; thence along the northerly line of said
parcel S. 88°46'47" E., 332.06 feet; thence S. 1°13'13" W.,
120.00 feet to the northerly line of PARCEL 3A described
above; thence along last said line N. 88°46'47" W.,
179.64 feet and from a tangent that bears S. 82°15'43" W.,
along a curve to the left with a radius of 1112.00 feet,
through an angle of 5°19'47", an arc length of 103.44 feet
to the northeasterly line of existing South Airport Boulevard;
thence along last said line N. 24°17'07" W., 156.04 feet to
the westerly prolongation of said northerly line; thence along
said prolongation S. 88°46'47" E., 16.06 feet to the point of
commencement.

The bearings and distances used in the above description
are on the California Coordinate System, Zone 3.  Multiply the
above distances by 1.0000790 to obtain ground level distances.

PARCEL 3C:

AN EASEMENT for roadway purposes and incidents thereto, upon, over and across the following described parcel of land:

COMMENCING at a point on the northerly line of that parcel of land to the City and County of San Francisco, recorded July 15, 1947, in Book 1351, at Page 273, Official Records of San Mateo County, distant thereon S. 88°46'47" E., 826.43 feet from the northwesterly corner of said parcel; thence along said northerly line S. 88°46'47" E., 179.61 feet; thence S. 1°13'13" W., 125.00 feet to the northerly line of PARCEL 3A described above; thence along last said line N. 79°12'01" W., 30.03 feet and N. 88°46'47" W., 150.00 feet; thence N. 1°13'13" E., 120.00 feet to the point of commencement.

The bearings and distances used in the above description are on the California Coordinate System, Zone 3. Multiply the above distances by 1.0000790 to obtain ground level distances.

FORM WH-1

PARCEL 4:

A TEMPORARY EASEMENT to terminate on December 31, 1977, for roadway purposes and incidents thereto, upon, over and across the following described parcel of land:

COMMENCING at the most southerly corner of PARCEL 3A described above; thence along the general southeasterly line of said PARCEL 3A from a tangent that bears N. 53°38'56" E., along a curve to the right with a radius of 563.00 feet, through an angle of 30°27'06", an arc length of 299.22 feet; thence S. 79°04'29" E., 2.11 feet; thence S. 1°15'37" W., 60.00 feet; thence N. 88°44'23" W., 124.86 feet; thence S. 65°42'53" W., 158.45 feet to the northeasterly line of existing South Airport Boulevard; thence along last said line N. 24°17'07" W., 17.81 feet to the point of commencement.

The bearings and distances used in the above description are on the California Coordinate System, Zone 3. Multiply the above distances by 1.0000790 to obtain ground level distances.

PARCEL 5A:

    For freeway purposes that real property described as
follows:

    COMMENCING at a point on the general southwesterly line
of that parcel of land described as Parcel 1 in that
Joint Deed, recorded April 6, 1954, in Book 2562, at Page 404,
Official Records of San Mateo County, distant thereon
N. 49°58'28" W., 347.12 feet from the southeasterly terminus
of the course with the length of 557.25 feet described in said
Parcel 1; thence along said general southeasterly line
S. 49°58'28" E., 347.12 feet, along a tangent curve to the right
with a radius of 299.98 feet, through an angle of 36°05'30", an
arc length of 188.96 feet and S. 13°52'58" E., 2040.66 feet;
thence S. 66°34'37" W., 128.05 feet; thence N. 12°47'02" W.,
213.30 feet; thence N. 15°39'49" W., 584.76 feet; thence along a
tangent curve to the right with a radius of 3072.00 feet,
through an angle of 9°14'30", an arc length of 495.51 feet;
thence N. 6°25'19" W., 302.97 feet; thence along a tangent
curve to the left, with a radius of 3025.00 feet, through an
angle of 3°40'24", an arc length of 193.94 feet; thence
N. 10°05'43" W., 295.60 feet; thence along a tangent curve to
the left with a radius of 225.00 feet, through an angle of
39°57'13", an arc length of 156.90 feet; thence N. 45°47'35" W.,
342.84 feet to the point of commencement.

    Lands abutting said freeway shall have no right or
easement of access thereto.

    The bearings and distances used in the above description
are on the California Coordinate System, Zone 3. Multiply the
above distances by 1.0000790 to obtain ground level distances.

PARCEL 5B:

AN EASEMENT for channel purposes and incidents thereto,
upon, over and across the following described parcel of land:

COMMENCING at the northwesterly corner of PARCEL 5A
described above; thence along the southwesterly and westerly
line of said PARCEL 5A, S. 45°47'35" E., 342.84 feet, along a
tangent curve to the right with a radius of 225.00 feet,
through an angle of 39°57'13", an arc length of 156.90 feet,
S. 10°05'43" E., 295.60 feet, along a tangent curve to the right
with a radius of 3025.00 feet, through an angle of 3°40'24",
an arc length of 193.94 feet, S. 6°25'19" E., 302.97 feet, along
a tangent curve to the left with a radius of 3072.00 feet,
through an angle of 9°14'30", an arc length of 495.51 feet,
S. 15°39'49" E., 584.76 feet and S. 12°47'02" E., 213.30 feet
to the southerly line of said PARCEL 5A described above; thence
along the southwesterly prolongation of said southerly line
S. 66°34'37" W., 299.68 feet; thence N. 23°25'23" W., 80.00 feet;
thence N. 66°34'37" E., 114.76 feet; thence along a tangent
curve to the left, with a radius of 150.00 feet, through an
angle of 82°14'26", an arc length of 215.30 feet; thence
N. 15°39'49" W., 594.87 feet; thence along a tangent curve to
the right, with a radius of 3147.00 feet, through an angle of
4°16'06", an arc length of 234.44 feet to a point of compound
curvature; thence along a tangent curve to the right with a
radius of 10,100.00 feet, through an angle of 0°34'09", an
arc length of 100.33 feet; thence N. 5°52'16" W., 97.09 feet;
thence S. 84°07'43" W., 7.95 feet; thence from a tangent that
bears N. 10°16'26" W., along a curve to the right with a radius
of 10,100.00 feet, through an angle of 1°47'34", an arc length
of 316.03 feet; thence N. 4°30'32" E., 100.00 feet; thence
N. 13°52'58" W., 194.27 feet; thence from a tangent that bears

N. 6°49'50" W., along a curve to the right with a radius of
10,100.00 feet, through an angle of 1°23'04", an arc length of
244.05 feet to a point of reverse curvature; thence along a
tangent curve to the left with a radius of 150.00 feet,
through an angle of 44°31'42", an arc length of 116.58 feet;
thence N. 49°58'28" W., 453.44 feet to the easterly boundary
line of that certain map entitled "Amended Plan of the
Belle Air Park, San Bruno Station, San Mateo County,
California" filed June 24, 1907, in Book 5 of Maps, at Page 10,
in the office of the County Recorder of San Mateo County;
thence along said easterly boundary line N. 4°38'43" W.,
140.62 feet to the general southwesterly line of that parcel
of land described as Parcel 1 in that Joint Deed, recorded
April 6, 1954, in Book 2562, at Page 404, Official Records
of San Mateo County; thence along last said line
S. 49°58'28" E., 210.08 feet to the point of commencement.

The bearings and distances used in the above description
are on the California Coordinate System, Zone 3. Multiply the
above distances by 1.0000790 to obtain ground level distances.

PARCEL 6A:

For freeway purposes that real property described as follows:

COMMENCING at the southeasterly terminus of the course described as "N. 24°19'43" W., 104.00 feet" in Parcel 1 of that Joint Deed, recorded April 6, 1954, in Book 2562, at Page 404, Official Records of San Mateo County; thence along said course N. 23°05'43" W., 21.00 feet to the southerly line of San Bruno Avenue as established by deed to County of San Mateo, recorded May 25, 1938, in Book 845, at Page 241, Official Records of San Mateo County; thence along last said line N. 67°04'17" E., 617.00 feet; thence S. 23°06'07" E., 25.03 feet; thence S. 64°12'20" W., 351.68 feet; thence along a tangent curve to the left, with a radius of 557.00 feet, through an angle of 36°27'20", an arc length of 348.68 feet; thence S. 28°45'00" W., 737.63 feet; thence along a tangent curve to the left, with a radius of 557.00 feet, through an angle of 35°12'10", an arc length of 342.30 feet to a point of compound curvature; thence along a tangent curve to the left with a radius of 5957.00 feet, through an angle of (illegible), an arc length of 105.80 feet; thence S. 7°41'05" E., (illegible) feet; thence along a tangent curve to the right with a radius of 6000.00 feet, through an angle of 1°58'12", an arc length of 106.30 feet to a point of reverse curvature; thence along a tangent curve to the left, with a radius of 2500.00 feet, through an angle of 3°53'12", an arc length of 130.15 feet; thence S. 7°41'05" E., 297.75 feet; thence along a tangent curve to the left with a radius of 4060.00 feet, through an angle of 1°51'41", an arc length of 114.55 feet; thence S. 9°30'20" E., 198.64 feet to the general southeasterly line of said Parcel 1; thence along last said line

N. 13°52'58" W., 1613.58 feet, along a tangent curve to the right, with a radius of 440.96 feet, through an angle of 45°20'30", an arc length of 356.08 feet, N. 31°27'32" E., 558.24 feet, along a tangent curve to the right with a radius of 249.98 feet, through an angle of 35°26'45", an arc length of 154.65 feet and N. 66°54'17" E., 169.94 feet to the point of commencement.

Lands abutting said freeway shall have no right or easement of access thereto.

The bearings and distances used in the above description are on the California Coordinate System, Zone 3. Multiply the above distances by 1.0000790 to obtain ground level distances.

FORM WH-

PARCEL 6B:

AN EASEMENT for utility purposes for the construction, operation, inspection, maintenance and reconstruction of the P. G. & E. pipe lines and incidents thereto, upon, over and across a strip of land 15.00 feet wide, being more particularly described as follows:

COMMENCING at the southwesterly terminus of the course with the curve length of 344.68 feet in PARCEL 6A described above; thence along said course from a tangent that bears N. 28°45'00" E., along a curve to the right with a radius of 557.00 feet, through an angle of 7°49'04", an arc length of 76.00 feet; thence N. 65°45'21" E., 104.12 feet; thence N. 22°07'10" E., 88.43 feet to said course; thence from a tangent that bears N. 55°02'41" E., along a curve to the right with a radius of 557.00 feet, through an angle of 3°02'59", an arc length of 29.65 feet; thence S. 22°07'10" W., 117.02 feet; thence S. 65°45'21" W., 108.75 feet; thence from a tangent that bears S. 36°09'27" W., along a curve to the left with a radius of 542.00 feet, through an angle of 7°24'27", an arc length of 70.07 feet; thence S. 28°45'00" W., 737.83 feet; thence along a tangent curve to the left with a radius of 542.00 feet, through an angle of 35°12'39", an arc length of 333.08 feet to a point of compound curvature; thence along a tangent curve to the left, with a radius of 4942.00 feet, through an angle of 0°24'34", an arc length of 35.32 feet; thence S. 76°22'17" W., 15.10 feet to the general southeasterly line of said PARCEL 6A described above; thence along last said line from a tangent that bears N. 6°53'27" W., along a curve to the right, with a radius of 4957.00 feet, through an angle of 0°25'48", an arc length of 37.20 feet to a point of compound curvature, along a tangent curve to the right, with a

radius of 557.00 feet, through an angle of 35°12'39", an arc
length of 342.30 feet and N. 28°45'00" E., 737.83 feet to the
point of commencement.

The bearings and distances used in the above description
are on the California Coordinate System, Zone 3. Multiply the
above distances by 1.0000790 to obtain ground level distances.

TOGETHER WITH the right of ingress to and egress from the
above-described PARCEL 6B by the most reasonable and practicable
means available and the right from time to time to trim and to
cut down and clear away or otherwise destroy any and all trees
and brush or hereafter located on or near the above-described
PARCEL 6B, which in the opinion of the plaintiff may be a hazard
to said pipe lines.

OWNER SHALL NOT erect, construct or place any building
or structure or other obstruction or material upon, over, or
under the above-described PARCEL 6B, nor shall owner deposit
or permit or allow to be deposited any substance of material
on or near the above-described PARCEL 6B, so as to constitute,
in the opinion of the plaintiff, a hazard to said pipe lines.

PARCEL 6C:

A TEMPORARY EASEMENT to terminate on December 31, 1977, for roadway construction purposes and incidents thereto, upon, over and across the following described parcel of land:

COMMENCING at the southwesterly terminus of the course with the curve length of 344.68 feet in PARCEL 6A described above; thence along said course from a tangent that bears N. 28°45'00" E., along a curve to the right with a radius of 557.00 feet, through an angle of 26°17'41", an arc length of 255.63 feet; thence S. 22°07'10" W., 88.43 feet; thence S. 28°45'00" W., 896.96 feet; thence along a tangent curve to the left with a radius of 489.00 feet, through an angle of 35°12'39", an arc length of 300.51 feet to a point of compound curvature; thence along a tangent curve to the left with a radius of 4889.00 feet, through an angle of 1°13'26", an arc length of 104.43 feet; thence S. 7°41'05" E., 376.24 feet; thence along a tangent curve to the right, with a radius of 4000.00 feet, through an angle of 2°38'49", an arc length of 184.79 feet to a point of reverse curvature; thence along a tangent curve to the left, with a radius of 3500.00 feet, through an angle of 2°38'49", an arc length of 161.69 feet; thence S. 7°41'05" E., 280.83 feet; thence along a tangent curve to the left, with a radius of 4965.00 feet, through an angle of 6°11'53", an arc length of 537.10 feet; thence S. 13°52'58" E., 74.03 feet; thence from a tangent that bears N. 13°52'58" W., along a curve to the left, with a radius of 7549.00 feet, through an angle of 2°33'57", an arc length of 338.06 feet; thence N. 16°26'55" W., 424.95 feet to the general southeasterly line of said PARCEL 6A described above; thence along last said line N. 7°41'05" W., 135.49 feet, along a tangent curve to the right, with a radius of 2600.00 feet, through

an angle of 3°58'12", an arc length of 180.15 feet to a
point of reverse curvature, along a tangent curve to the
left, with a radius of 2400.00 feet, through an angle of
3°58'12", an arc length of 166.30 feet, N. 7°41'05" W.,
376.35 feet, along a tangent curve to the right, with a
radius of 4957.00 feet, through an angle of 1°13'26", an
arc length of 105.89 feet to a point of compound curvature;
along a tangent curve to the right with a radius of
557.00 feet, through an angle of 35°12'39", an arc length
of 342.30 feet and N. 28°45'00" E., 737.83 feet to the
point of commencement.

The bearings and distances used in the above description
are on the California Coordinate System, Zone 3. Multiply the
above distances by 1.0000790 to obtain ground level distances.

PARCEL 6D:

A TEMPORARY EASEMENT to terminate on December 31, 1977 for drainage purposes and incidents thereto, upon, over and across the following described parcel of land:

COMMENCING at a point on the course with the length of 351.68 feet in PARCEL 6A described above, distant thereon N. 64°12'20" E., 101.40 feet from the southwesterly terminus of said course; thence along said course N. 64°12'20" E., 50.05 feet; thence S. 23°06'07" E., 30.00 feet; thence S. 64°12'20" W., 50.05 feet; thence N. 23°06'07" W., 30.00 feet to the point of commencement.

The bearings and distances used in the above description are on the California Coordinate System, Zone 3. Multiply the above distances by 1.0000790 to obtain ground level distances.

IV

Plaintiff seeks to acquire by this proceeding the parcels of real property, or interests in real property, described in Paragraph III herein. Said parcels include only parts of entire parcels.

V

The location, general route, and termini of the right of way sought to be acquired herein, insofar as involved in this proceeding, are as shown on the maps attached hereto and by this reference made a part hereof.

VI

All of the herein described property lying within the boundaries of streets, highways, or other public easements is subject to an easement or prescriptive right of the public for use for such purpose.

VII

The names of all owners of and claimants to the property sought to be acquired herein, insofar as known to plaintiff, are hereinafter set forth in this paragraph. Each defendant named has, or claims to have, some right, title, or interest in or to the parcels of real property heretofore described. For the convenience of the court and parties, and not as allegations to which plaintiff intends to be bound, plaintiff has set out the name of each defendant and opposite each name a statement of the respective interest in said parcel.

| NAME OF DEFENDANT | INTEREST |
|---|---|
| Parcels 1A, 1B, 1C, 1D, and 1E | |
| City and County of San Francisco, a municipal corporation | Owner |
| State of California | Mineral rights |
| County of San Mateo, a political subdivision | Taxes and assessments |

-26-

| NAME OF DEFENDANT | INTEREST |
|---|---|
| **Parcel 2** | |
| City and County of San Francisco, a municipal corporation | Owner |
| United States of America | Lessee |
| County of San Mateo, a political subdivision | Taxes and assessments |
| **Parcels 3A, 3B, 3C, and 4** | |
| City and County of San Francisco, a municipal corporation | Owner; municipal taxes |
| San Francisco Bridge Company, a corporation | Easement |
| United States of America | Right of Way |
| United Air Lines, Inc., a corporation | Lessee |
| Harry Roehrick, doing business as Allen Enterprises | Lien against United Air Lines, Inc., Recorded 10/13/70, File No. 53084-AD, San Mateo County |
| Carl W. Olson & Sons Co., a corporation | Lien against United Air Lines, Inc., Recorded 11/2/70, File No. 58353-AD, San Mateo County |
| Associated Insulation of California, a corporation | Lien against United Air Lines, Inc., Recorded 12/21/70, File No. 70478-AD, San Mateo County |
| Allan Automatic Sprinkler Corporation, a corporation | Lien against United Air Lines, Inc., Recorded 3/31/71, File No. 94185-AD, San Mateo County |
| American Test & Balance Corporation, a corporation | Lien against United Air Lines, Inc., Recorded 4/5/71, File No. 95276-AD, San Mateo County |
| Bergesen Electric Inc. | Lien against United Air Lines, Inc., Recorded 9/15/72, File No. 58519-AF, San Mateo County |
| County of San Mateo, a political subdivision | Taxes and assessments |

///

-27-

Case: 19-30088   Doc# 13478-6   Filed: 01/31/23   Entered: 01/31/23 20:09:30   Page 30 of 42

| NAME OF DEFENDANT | INTEREST |
|---|---|
| Parcels 5A and 5B | |
| City and County of San Francisco, a municipal corporation | Owner |
| Pacific Gas and Electric Company, a corporation | Right of Way |
| County of San Mateo, a political subdivision | Taxes and assessments |
| Parcels 6A,6B,6C, and 6D | |
| City and County of San Francisco, a municipal corporation | Owner |
| United Air Lines, Inc., a corporation | Roadways, Taxiways, and Utilities |
| Airborne Freight Corporation, a corporation | Lessee |
| Shell Oil Company, a corporation | Unrecorded lease |
| Butler Aviation-San Francisco, Inc., a corporation | Lessee |
| United States of America | Lessee |
| M. H. McCloskey | Lessee; Trustor of deed of trust |
| H. T. McCloskey | Trustor of deed of trust |
| W. Kevin Casey and James F. Thacher, as Trustees | Trustees under deed of trust |
| New England Mutual Life Insurance Company, a corporation | Beneficiary under deed of trust |
| Pacific Air Lines, Inc., a corporation | Lessee |
| San Francisco Airport Improvement Corporation, a corporation | Assignment of leases |
| Bank of America National Trust and Savings Association, a national banking association | Indentures |
| Western Air Lines, Inc., a corporation | Lessee |
| Quantas Airways, Ltd., a corporation | Release and agreement |
| County of San Mateo, a political subdivision | Taxes and assessments |

-28-

VIII

        Defendants Doe One to Doe Fifty, inclusive, have, or
claim to have, an interest in said parcels of land, the exact
nature of which is unknown to plaintiff.  The true names or
capacities, whether individual, corporate, associate, or other-
wise, of defendants Doe One to Doe Fifty are unknown to plain-
tiff who therefore sues said defendants by such fictitious names,
and will ask leave to amend this complaint to show their true
names and capacities and state of incorporation when same have
been ascertained.


        W H E R E F O R E , plaintiff prays judgment that:
    (1)   Said property be condemned to plaintiff's use in fee
simple absolute unless a lesser estate is described herein for
the purposes set forth in said resolution;
    (2)   The just compensation be ascertained and assessed;
    (3)   All liens and encumbrances against said property be
deducted from said judgment; and
    (4)   The Court allow such other and further relief as may
be deemed proper.


                            JOHN P. HORGAN
                            ROBERT N. DeJOHN
                            A. MATTHEW RAGGIO
                            By
                            Attorneys for Plaintiff

                           -29-



PARCEL 2

PARCEL 5

PARCEL 7

PARCEL 8

PARCEL 6

PARCEL 1

PARCEL 4

PARCEL 3

EXHIBIT "A"

CONDEMNATION MAP
04-SM-280/101-25/T.0 C.1972.0



EXHIBIT "B"



EXHIBIT "C"

PARCEL 5A

PARCEL 5B

PARCEL 7D

PARCEL 7A

PARCEL 8

PARCEL 7B

"72" Line

350

360

370

380

390

N
W   E
S

LEGEND

Access Prohibited   ⊥⊥⊥

SCALE IN FEET

0   500   1000   1500

CONDEMNATION MAP
4-SM-380/101-55/73 C-237.2



STATE OF CALIFORNIA }
COUNTY OF SAN MATEO } SS.

I, Neal Taniguchi, the Clerk of the Superior Court of the above entitled County, do hereby certify that the foregoing is a full, true and correct copy of the original on file in my office, and that I have carefully compared same with the original.
Witness my hand and seal of said Superior Court

This_____ day_____
Clerk of the Superior Court, of California, County of San Mateo

By_____
Deputy Clerk

# EXHIBIT 4

1  John P. Horgan
   Robert N. DeJohn
2  A. Matthew Raggio
      Attorneys for Plaintiff
3     369 Pine Street
      San Francisco, California 94104
4     Telephone: 982-3130

**FILED**

SEP 18 1974

MARVIN CHURCH, County Clerk

By _____

DEPUTY CLERK

5

6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                   FOR THE COUNTY OF SAN MATEO

10

11  THE PEOPLE OF THE STATE OF CALIFORNIA,  )   No. 175581
    acting by and through the Department    )
12  of Public Works,                        )
                                            )   APPLICATION AND
13                          Plaintiff,       )   DECLARATION FOR ORDER,
                                            )   AND ORDER FIXING
14              vs.                          )   SECURITY TO PERMIT
                                            )   PLAINTIFF TO TAKE
15  CITY AND COUNTY OF SAN FRANCISCO,        )   IMMEDIATE POSSESSION
    a municipal corporation                 )
16                                          )   PARCELS 1A,1B,1C,1D,
                            Defendants.      )   1E,2,3A,3B,3C,4,5A,
17  _____ )   5B,6A,6B,6C, and 6D

18

19

20                   A P P L I C A T I O N

21

22       The application of plaintiff respectfully shows:

23       That plaintiff has commenced the above-entitled

24  eminent domain proceeding to condemn the property designated in

25  the following declaration; that summons has issued herein and

26  judgment has not been entered; that plaintiff requires the

27  immediate possession and use of said property as a right of way

28  for State highway purposes.

29       WHEREFORE, plaintiff prays that the above-entitled

30  Court make its order directing the security to be deposited in

31  accordance with the provisions of Section 14, Article I, of the

Constitution of the State of California, Sections 1243.4 and
1243.5 of the Code of Civil Procedure, and as provided by law.

                              JOHN P. HORGAN
                              ROBERT N. DeJOHN
                              A. MATTHEW BAGGIO

                              By
                                 Attorneys for Plaintiff

D E C L A R A T I O N

    The undersigned hereby declares and says:

    That he is a Right of Way Agent for the Department of
Public Works, Division of Highways, of the State of California,
and makes this declaration for plaintiff in support of the
foregoing application;

    That declarant is familiar with the property herein-
after designated, which plaintiff seeks to condemn herein for
public use as a right of way for State highway purposes as
alleged in plaintiff's complaint; that the amounts herein set
opposite the parcels of property are amounts reasonably adequate
to secure to the owners of the property of which immediate
possession and use are sought to be taken, the probable just
compensation for such taking and any damage incident thereto,
including damages sustained by reason of an adjudication that
there is no necessity for taking said property;

    That the property referred to herein is designated by
the same parcel number as said property is designated in the
complaint on file herein:

- 2 -

| PARCEL NUMBER | AMOUNT OF SECURITY |
|---|---|
| 1A | $ 1,569,720.00 |
| 1B | 77,920.00 |
| 1C | 6,505.00 |
| 1D | 80,245.00 |
| 1E | 27,910.00 |
| 2 | 91,000.00 |
| 3A | 316,572.00 |
| 3B | 3,218.00 |
| 3C | 256.00 |
| 4 | 8,278.00 |
| 5A | 100.00 |
| 5B | 170,300.00 |
| 6A | 929,200.00 |
| 6B | 28,980.00 |
| 6C | 320.00 |
| 6D | 100.00 |
| | $3,310,624.00 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on _Jan 12, 1954_, at San Francisco, California.

_Francis Holt_
Declarant

ORDER FIXING SECURITY TO PERMIT PLAINTIFF
TO TAKE IMMEDIATE POSSESSION OF
PARCELS 1A,1B,1C,1D,1E,2,3A,3B,
3C,4,5A,5B,6A,6B,6C and 6D

Upon the complaint of plaintiff on file herein and upon the foregoing application and declaration, it appearing and the Court determining that plaintiff is authorized by law to take immediate possession of the property designated in said

- 3 -

1  declaration, and GOOD CAUSE APPEARING THEREFOR:

2  IT IS ORDERED AND DETERMINED that the amounts set forth

3  in said declaration as security for the property so designated

4  therein is reasonably adequate to secure to the owners of said

5  property the probable just compensation for such taking and any

6  damage incident thereto, including damages sustained by reason

7  of an adjudication that there is no necessity for taking said

8  property; and

9  IT IS FURTHER ORDERED that, upon depositing the herein-

10 before determined security in the State Treasury pursuant to

11 Section 1243.6 of the Code of Civil Procedure, plaintiff shall

12 be entitled to an Order For Possession permitting plaintiff to

13 take possession and use of said property as described in

14 plaintiff's complaint for the uses and purposes set forth therein.

15 Dated: _____ SEP 13 1974 _____

16

17

18 Judge of the Superior Court

19

20

21

22

23

24

25

26

27

28

29

30

31

- 4 -



STATE OF CALIFORNIA  } SS.
COUNTY OF SAN MATEO }

I, Neal Taniguchi, the Clerk of the Superior Court of the above entitled County, do hereby certify that the foregoing is a full, true and correct copy of the original on file in my office, and that I have carefully compared same with the original.

Witness my hand and seal of said Superior Court

This _____ JAN 3 0 2023

Clerk of the Superior Court of California, County of San Mateo

By _____

Deputy Clerk
R. KRILL