1  LAWRENCE A. JACOBSON, SBN 057393
   SEAN M. JACOBSON, SBN 227241
2  COHEN AND JACOBSON, LLP
   66 Bovet Road, Suite 285
3  San Mateo, CA 94402
   Telephone: (650) 261-6280
4  laj@cohenandjacobson.com

5  Attorneys for Amir Shahmirza
   (Agent for Komir, Inc.) and Komir, Inc.
6

7

8              UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11  In re                              Case No. 19-30088 (DM)

12  PG&E CORPORATION,                  Chapter 11

13        - and -                      (Lead Case) (Jointly Administered)

14  PACIFIC GAS AND ELECTRIC
    COMPANY,                           **EXHIBIT COMPENDIUM SUBMITTED**
15                                     **IN SUPPORT MOTION FOR PARTIAL**
          Debtors.                     **SUMMARY JUDGMENT OF ISSUES IN**
16                                     **REORGANIZED DEBTORS OBJECTION**
                                       **TO CLAIM #2090 AND IN CLAIMANT'S**
17  ☐ Affects PG&E Corporation         **RESPONSE THERETO:**
    ☐ Affects Pacific Gas and Electric Company  **VOLUME 3 - Exhibit 5**
    ■ Affects both Debtors
18  ─────────────────────────────
                                       **Date:   April 11, 2023**
19                                     **Time:   10:00 a.m.**
                                       **Place:  (Tele/Videoconference Appearances**
20                                     **Only)**
                                       **United States Bankruptcy Court**
21                                     **Courtroom 17, 16th Floor**
                                       **San Francisco, CA 94102**
22

23        Amir Shahmirza, as agent of, and acting on behalf of, Komir, Inc. ("Komir" or "Claimant"),

24  submits this Exhibit Compendium in Support Motion for Partial Summary Judgment of Issues in

25  Reorganized Debtors Objection to Claim #2090 and in Claimant's Response Thereto in support of

26  Claimant's Motion for Partial Summary Judgment of Issues in Reorganized Debtors Objection to

EXHIBIT COMPENDIUM IN SUPPORT OF PARTIAL SUMMARY JUDGMENT OF ISSUES
IN REORGANIZED DEBTORS OBJECTION TO CLAIM #2090 AND CLAIMANT'S RESPONSE THERETO

1

1  Claim #2090 and in Claimant's Response Thereto:

2        Exhibit 5:       Order for Possession filed in the Condemnation Lawsuit on October 2, 1974

3                         (Certified Copy)

4        Respectfully submitted.

5  Dated: January 31, 2023                    COHEN AND JACOBSON, LLP

6

7                                             By: /s/ Lawrence A. Jacobson
                                                  Lawrence A. Jacobson
8                                                 Attorneys for Claimant and Respondent

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**EXHIBIT COMPENDIUM IN SUPPORT OF PARTIAL SUMMARY JUDGMENT OF ISSUES**
**IN REORGANIZED DEBTORS OBJECTION TO CLAIM #2090 AND CLAIMANT'S RESPONSE THERETO**                    2

Case: 19-30088    Doc# 13478-7    Filed: 01/31/23    Entered: 01/31/23 20:09:30    Page 2
of 32

# EXHIBIT 5

ORIGINAL

FILED

OCT 2 - 1974

MARVIN CHURCH, County Clerk

By _____ DEPUTY CLERK



1  John P. Horgan
   Robert N. DeJohn
2  A. Matthew Raggio
     Attorneys for Plaintiff
3    369 Pine Street
     San Francisco, California 94104
4    Telephone: 982-3130
5
6
7
8           SUPERIOR COURT OF THE STATE OF CALIFORNIA
9                 FOR THE COUNTY OF SAN MATEO
10
11  THE PEOPLE OF THE STATE OF CALIFORNIA,     )   No. 175581
    acting by and through the Department       )
12  of Public Works,                           )
13                          Plaintiff,          )   ORDER FOR POSSESSION
14            vs.                               )
                                                )   PARCELS 1A,1B,1C,1D,
15  CITY AND COUNTY OF SAN FRANCISCO,           )   1E,2,3A,3B,3C,4,5A,
    a municipal corporation                     )   5B,6A,6B,6C,and 6D
16                                              )
                          Defendants.           )
17  _____)
18
19       IT APPEARING that an order has been duly and regular-
20  ly made and entered fixing security for possession of certain
21  property described in plaintiff's complaint on file herein as
22  Parcels 1A, 1B, 1C, 1D, 1E, 2, 3A, 3B, 3C, 4, 5A, 5B, 6A, 6B,
23  6C, 6D, being acquired as a right of way for State highway purposes
24       AND IT FURTHER APPEARING and the Court determining
25  that plaintiff has fully complied with said order and has depos-
26  ited security in the way of money in the State Treasury, which
27  amounts are hereinafter set forth;
28       AND IT FURTHER APPEARING and the Court determining
29  that plaintiff is entitled to take said property by eminent
30  domain and to take possession thereof;
31       IT IS ORDERED that plaintiff is authorized and empowered

Case: 19-30088   Doc# 13478-7   Filed: 01/31/23   Entered: 01/31/23 20:09:30   Page 4 of 32

ENT. OCT 2 1974 VOL 425    ISSUE 333

1  to enter upon and take possession and use of said property,
2  and plaintiff is authorized and empowered to remove therefrom
3  any and all persons, obstacles, improvements, or structures
4  of every kind or nature thereon situate, and to fully possess
5  and use the said property as of the indicated dates set out
6  below, or on the thirtieth day following the date of service
7  of this Order, whichever is later:

| PARCEL NUMBER | AMOUNT OF SECURITY DEPOSITED | DATE POSSESSION TO BE TAKEN |
|---|---|---|
| 1A | $ 1,569,720.00 | NOV 4  1974 |
| 1B | 77,920.00 | |
| 1C | 6,505.00 | |
| 1D | 80,245.00 | |
| 1E | 27,910.00 | |
| 2 | 91,000.00 | |
| 3A | 316,572.00 | |
| 3B | 3,218.00 | |
| 3C | 256.00 | |
| 4 | 8,278.00 | |
| 5A | 100.00 | |
| 5B | 170,300.00 | |
| 6A | 929,200.00 | |
| 6B | 28,980.00 | |
| 6C | 320.00 | |
| 6D | 100.00 | |
| | $3,310,624.00 | |

Dated: _October 2, 1974_

_____
Judge of the Superior Court

- 2 -

ENT. OCT 9 '974 VOL 4 2 5

Libr 304

PARCEL 1A:

For freeway purposes that real property described as follows:

COMMENCING at the northwesterly terminus of the course described as "N. 24°19'45" W., 104.00 feet", in Parcel 1 of that Joint Deed, recorded April 6, 1954, in Book 2562 at Page 404, Official Records of San Mateo County; thence along the general northeasterly line of said parcel 1 S. 66°54'17" W., 161.29 feet, along a tangent curve to the right with a radius of 249.98 feet, through an angle of 39°23'45", an arc length of 171.88 feet, N. 73°41'58" W., 397.36 feet, along a tangent curve to the right with a radius of 299.98 feet, through an angle of 59°49'00", an arc length of 313.17 feet, N. 13°52'58" W., 1373.94 feet and along a tangent curve to the right with a radius of 4884.61 feet, through an angle of 9°50'01", an arc length of 838.33 feet to the northerly line of the S. 1/2 of the S.W. 1/4 of Section 27, T.3 S., R. 5 W., M.D.B. & M.; thence along last said line S. 88°48'37" E., 257.20 feet; thence S. 28°48'39" E., 164.69 feet; thence along a tangent curve to the left, with a radius of 325.00 feet, through an angle of 67°43'20", an arc length of 384.14 feet; thence S. 51°05'16" E., 98.55 feet; thence N. 68°00'01" E., 374.10 feet; thence along a tangent curve to the right with a radius of 1139.00 feet, through an angle of 7°45'54", an arc length of 154.36 feet to the westerly line of the Old Bayshore Highway, as established by that deed to the State of California recorded August 8, 1925, in Book 180, at Page 149, Official Records of San Mateo County; thence along last said line S. 24°17'07" E., 344.44 feet; thence S. 46°52'11" W., 780.52 feet; thence from a tangent that bears

FORM WH 107

EST. 348. 10449-530 & 67 4H CVP

ENT. OCT 2 1974 VOL 425 PAGE 995

S. 1°04'45" W., along a curve to the right with a radius of 1065.00 feet, through an angle of 16°28'03", an arc length of 306.09 feet; thence from a tangent that bears S. 13°32'43" E., along a curve to the right with a radius of 1362.00 feet, through an angle of 4°35'41", an arc length of 109.22 feet; thence S. 10°02'06" E., 633.97 feet; thence from a tangent that bears S. 8°57'02" E., along a curve to the left with a radius of 238.00 feet, through an angle of 61°37'53", an arc length of 256.01 feet; thence S. 70°34'55" E., 258.21 feet; thence along a tangent curve to the left, with a radius of 300.00 feet, through an angle of 40°58'34", an arc length of 214.55 feet; thence from a tangent that bears N. 63°00'09" E., along a curve to the right with a radius of 927.00 feet, through an angle of 13°27'50", an arc length of 217.84 feet; thence S. 23°05'43" E., 31.33 feet to the northerly line of San Bruno Avenue as established by deed to County of San Mateo, recorded May 23, 1928, in Book 355, at Page 241, Official Records of San Mateo County; thence along last said line S. 66°54'17" W., 363.90 feet to said course; thence along said course N. 23°05'43" W., 22.00 feet to the point of commencement.

Lands abutting said freeway shall have no right or easement of access thereto. Also, there shall be no access to the freeway over and across the northwesterly prolongation of the course described above with the length of 344.44 feet for a distant of 75.00 feet.

The bearings and distances used in the above description are on the California Coordinate System, Zone 3. Multiply the above distances by 1.0000790 to obtain ground level distances.

JHM WJH-107
EST. 349. 10449-5×0 6-63 4M ○S/P

PARCEL 1B:

AN EASEMENT for cut and fill slope purposes and incidents thereto, upon, over and across the following described parcel of land:

COMMENCING at the southwesterly terminus of the course described as "S. 46°52'11" W., 780.52 feet", in PARCEL 1A above; thence along said course N. 46°52'11" E., 431.34 feet; thence S. 43°07'49" E., 35.00 feet; thence S. 46°52'11" W., 80.00 feet; thence N. 43°07'49" W., 10.00 feet; thence S. 46°52'11" W., 355.00 feet; thence from a tangent that bears S. 2°09'55" W., along a curve to the right with a radius of 1080.00 feet, through an angle of 8°16'37", an arc length of 156.02 feet; thence from a tangent that bears S. 17°57'36" E., along a curve to the right with a radius of 1441.00 feet, through an angle of 9°00'34", an arc length of 226.59 feet; thence S. 10°02'06" E., 633.97 feet; thence from a tangent that bears S. 8°57'02" E., along a curve to the left, with a radius of 159.00 feet, through an angle of 61°37'53", an arc length of 171.03 feet; thence S. 70°34'55" E., 97.25 feet; thence S. 55°04'28" E., 167.04 feet; thence from a tangent that bears S. 70°34'55" E., along a curve to the left, with a radius of 500.00 feet, through an angle of 19°33'38", an arc length of 170.70 feet; thence from a tangent that bears N. 74°09'40" E., along a curve to the left with a radius of 290.00 feet, through an angle of 5°37'35", an arc length of 28.48 feet; thence from a tangent that bears N. 63°01'55" E., along a curve to the right with a radius of 937.00 feet, through an angle of 14°34'25", an arc length of 238.33 feet; thence S. 23°05'43" E., 37.91 feet to the northerly line of San Bruno Avenue, as established by deed to the County of San Mateo, recorded May 23, 1928, in Book 355, at Page 241,

Case: 19-30088   Doc# 13478-7   Filed: 01/31/23   Entered: 01/31/23 20:09:30   Page 8 of 32

Official Records of San Mateo County; thence along last said line S. 66°54'17" W., 20.00 feet to the general easterly line of said PARCEL 1A described above; thence along last said line N. 23°05'43" W., 31.33 feet, from a tangent that bears S. 76°27'59" W., along a curve to the left with a radius of 927.00 feet, through an angle of 13°27'50", an arc length of 217.84 feet, from a tangent that bears S. 68°26'31" W., along a curve to the right with a radius of 300.00 feet, through an angle of 40°58'34", an arc length of 214.55 feet, N. 70°34'55".W 258.21 feet, along a tangent curve to the right with a radius of 238.00 feet, through an angle of 61°37'53", an arc length of 256.01 feet, N. 10°02'06" W., 633.97 feet, from a tangent that bears N. 8°57'02" W., along a curve to the left with a radius of 1362.00 feet, through an angle of 4°35'41", an arc length of 109.22 feet and from a tangent that bears N. 17°32'48" E., along a curve to the left with a radius of 1065.00 feet, through an angle of 16°28'03", an arc length of 306.09 feet to the point of commencement.

RESERVING unto owners of the above-described parcel of land, their successors or assigns, the right at any time to remove such slopes or portions thereof upon removing the necessity for maintaining such slopes or portions thereof or upon providing in place thereof other adequate lateral support, the design and construction of which shall be first approved by the State Division of Highways, for the protection and support of said highway.

The bearings and distances used in the above description are on the California Coordinate System, Zone 3. Multiply the above distances by 1.000079 to obtain ground level distances.

ENT. OCT 1974 VOL 425   FEE 368

PARCEL 1C:

AN EASEMENT for utility purposes for the P.T. & T. and
incidents thereto, upon, over, under and across the following
described parcel of land:

COMMENCING at the southeasterly terminus of the course
with an arc length of 170.70 feet in PARCEL 1B described above;
thence along the general easterly line of said PARCEL 1B
described above from a tangent that bears N. 74°09'40" E.,
along a curve to the left with a radius of 290.00 feet, through
an angle of 5°37'35", an arc length of 28.48 feet, from a tangent
that bears N. 63°01'55" E., along a curve to the right with a
radius of 937.00 feet, through an angle of 14°34'25", an arc
length of 238.33 feet and S. 23°05'43" E., 37.91 feet to the
northerly line of San Bruno Avenue, as established by deed to
the County of San Mateo, recorded May 23, 1928, in Book 355,
at Page 241, Official Records of San Mateo County; thence along
last said line S. 66°54'17" W., 20.00 feet to the general
easterly line of PARCEL 1A described above; thence along last
said line N. 23°05'43" W., 31.33 feet, from a tangent that
bears S. 76°27'59" W., along a curve to the left with a radius
of 927.00 feet, through an angle of 13°27'50", an arc length of
217.84 feet, from a tangent that bears S. 68°26'31" W., along
a curve to the right with a radius of 300.00 feet, through an
angle of 40°58'34", an arc length of 214.55 feet, N. 70°34'55" W.,
258.21 feet and along a tangent curve to the right with a
radius of 238.00 feet, through an angle of 38°43'21", an arc
length of 160.85 feet; thence N. 58°08'26" E., 10.00 feet;
thence from a tangent that bears S. 31°51'34" E., along a curve
to the left with a radius of 228.00 feet, through an angle of
38°43'21", an arc length of 154.09 feet; thence S. 70°34'55" E.,
258.21 feet; thence along a tangent curve to the left with a

FORM WH-107

radius of 290.00 feet, through an angle of 35°15'25", an arc length of 178.45 feet to the point of commencement.

The bearings and distances used in the above description are on the California Coordinate System, Zone 3. Multiply the above distances by 1.0000790 to obtain ground level distances.

FORM WH-107

PARCEL 1D:

AN EASEMENT for channel purposes and incidents thereto, upon, over and across the following described parcel of land:

COMMENCING at the easterly terminus of the course with an arc length of 154.36 feet in PARCEL 1A described above; thence along the general northerly line of said PARCEL 1A from a tangent that bears S. 75°45'55" W., along a curve to the left with a radius of 1139.00 feet, through an angle of 7°45'54". an arc length of 154.36 feet, S. 68°00'01" W., 374.10 feet and N 51°05'16" W., 78.04 feet; thence from a tangent that bears N. 31°29'43" E., along a curve to the right with a radius of 315.00 feet, through an angle of 36°30'18", an arc length of 200.70 feet; thence N. 68°00'01" E., 372.94 feet to the westerly line of the Old Bayshore Highway, as established by that deed to the State of California, recorded August 8, 1925, in Book 180, at Page 149, Official Records of San Mateo County; thence along last said line S. 24°17'07" E., 140.56 feet to the point of commencement.

The bearings and distances used in the above description are on the California Coordinate System, Zone 3. Multiply the above distances by 1.0000790 to obtain ground level distances.

Case: 19-30088    Doc# 13478-7    Filed: 01/31/23    Entered: 01/31/23 20:09:30    Page 12 of 32

ENT. OCT 2 1974 VOL 425 PAGE 911

FORM WH 107

PARCEL 1E:

A TEMPORARY EASEMENT to terminate on December 31, 1977, for construction purposes and incidents thereto, upon, over and across the folllowing described parcel of land:

COMMENCING at the easterly terminus of the course with the length of 257.20 feet in PARCEL 1A described above; thence along the northerly line of the S. 1/2 of the S.W. 1/4 of Section 27, T.3S., R. 5W., M.D.B. & M., S. 88°48'37" E., 896.66 feet to the westerly line of the Old Bayshore Highway, as established by that deed to the State of California, recorded August 8, 1925, in Book 180, at Page 149, Official Records of San Mateo County; thence along last said line S. 24°17'07" E., 41.28 feet to the northwesterly line of PARCEL 1D described above; thence along last said line S 68°00'01" W., 372.94 feet and along a tangent curve to the left with a radius of 315.00 feet, through an angle of 36°30'18", an arc length of 200.70 feet to the general northerly line of PARCEL 1A described above; thence along last said line N. 51°05'16" W., 20.51 feet, from a tangent that bears S. 83°28'01" W., along a curve to the right with a radius of 325.00 feet, through an angle of 67°43'20", an arc length of 384.14 feet and N. 28°48'39" W., 164.69 feet to the point of commencement.

The bearings and distances used in the above description are on the California Coordinate System, Zone 3. Multiply the above distances by 1.0000790 to obtain ground level distances.

PARCEL 2:

　　For freeway purposes, that real property described as follows:

　　ALL of PARCEL II as said PARCEL II described in that Director's Deed recorded October 20, 1953, in Book 2487 at Page 445, Official Records of San Mateo County and all of that portion of Section 34 in Township 3 South, Range 5 West, Mount Diablo Base and Meridian, bounded on the East by the Westerly boundary line of the Bayshore Freeway as established by that certain Deed from the City and County of San Francisco, to the State of California, dated December 17, 1953 and recorded April 6, 1954 in Book 2562 of Official Records at Page 404 (File No. 47594-L), bounded on the North by the Northerly line of said Section 34 and bounded on the West by the Easterly boundary line of that certain map entitled "Amended Plan of the Belle Air Park, San Bruno Station, San Mateo County, California" filed in the office of the County Recorder of San Mateo County on June 24, 1907 in Book 5 of Maps at Page 10.

PARCEL 3A:

For freeway purposes that real property described as
follows:

Beginning for reference at the northwesterly corner of
that parcel of land described in that deed to the City and
County of San Francisco, recorded July 15, 1947, in Book 1351,
at Page 273, Official Records of San Mateo County; thence along
the westerly prolongation of the northerly line of said
parcel N. 88°46'47" W., 16.06 feet to the northeasterly
line of existing South Airport Boulevard; thence along last said
line S. 24°17'07" E., 156.04 feet to the TRUE POINT OF
COMMENCEMENT; thence from a tangent that bears N. 76°55'56" E.,
along a curve to the right with a radius of 1112.00 feet, through
an angle of 5°19'47", an arc length of 103.44 feet; thence
S. 88°46'47" E., 824.01 feet; thence S. 79°12'01" E., 3
30.03 feet; thence S. 1°13'13" W., 104.00 feet; thence
N. 88°46'47" W., 124.61 feet; thence S. 1°13'13" W., 5.00 feet;
thence N. 89°02'29" W., 422.32 feet; thence from a tangent
that bears S. 87°34'12" W., along curve to the left with a
radius of 563.00 feet, through an angle of 33°55'16", an
arc length of 333.32 feet to said northeasterly line of existing
South Airport Boulevard; thence along last said line
N. 24°17'07" W., 233.47 feet to the true point of commencement.

TOGETHER with the extinguishment of all easements of
access appurtenant to the remaining lands on and over and across
the courses described above with the lengths of 333.32 feet,
422.32 feet, 103.44 feet and the westerly 729.01 feet of the
course with the length of 824.01 feet.

The bearings and distances used in the above description
are on the California Coordinate System, Zone 3. Multiply the
above distances by 1.0000790 to obtain ground level distances.

Case: 19-30088    Doc# 13478-7    Filed: 01/31/23    Entered: 01/31/23 20:09:30    Page
15 of 32

EGE 944

21 1374 VOL 425

ENT. 88

## PARCEL 3B:

AN EASEMENT for roadway purposes and incidents thereto, upon, over and across the following described parcel of land:

COMMENCING at the northwesterly corner of that parcel of land to the City and County of San Francisco, recorded July 15, 1947, in Book 1351, at Page 273, Official Records of San Mateo County; thence along the northerly line of said parcel S. 88°46'47" E., 332.06 feet; thence S. 1°13'13" W., 120.00 feet to the northerly line of PARCEL 3A described above; thence along last said line N. 88°46'47" W., 179.64 feet and from a tangent that bears S. 82°15'43" W., along a curve to the left with a radius of 1112.00 feet, through an angle of 5°19'47", an arc length of 103.44 feet to the northeasterly line of existing South Airport Boulevard; thence along last said line N. 24°17'07" W., 156.04 feet to the westerly prolongation of said northerly line; thence along said prolongation S. 88°46'47" E., 16.06 feet to the point of commencement.

The bearings and distances used in the above description are on the California Coordinate System, Zone 3. Multiply the above distances by 1.0000790 to obtain ground level distances.

FORM WH-107

ENT. ... :: 1974 VOL 425 PAGE 345

PARCEL 3C:

AN EASEMENT for roadway purposes and incidents thereto,
upon, over and across the following described parcel of land:

COMMENCING at a point on the northerly line of that
parcel of land to the City and County of San Francisco,
recorded July 15, 1947, in Book 1351, at Page 273, Official
Records of San Mateo County, distant thereon S. 88°46'47" E.,
826.43 feet from the northwesterly corner of said parcel;
thence along said northerly line S. 88°46'47" E., 179.61 feet;
thence S. 1°13'13" W., 125.00 feet to the northerly line of
PARCEL 3A described above; thence along last said line
N. 79°12'01" W., 30.03 feet and N. 88°46'47" W., 150.00 feet;
thence N. 1°13'13" E., 120.00 feet to the point of commencement.

The bearings and distances used in the above description
are on the California Coordinate System, Zone 3. Multiply the
above distances by 1.0000790 to obtain ground level distances.

FORM WH-107

PARCEL 4:

A TEMPORARY EASEMENT to terminate on December 31, 1977, for roadway purposes and incidents thereto, upon, over and across the following described parcel of land:

COMMENCING at the most southerly corner of PARCEL 3A described above; thence along the general southeasterly line of said PARCEL 3A from a tangent that bears N. 53°38'56" E., along a curve to the right with a radius of 563.00 feet, through an angle of 30°27'06", an arc length of 299.22 feet; thence S. 79°04'29" E., 2.11 feet; thence S. 1°15'37" W., 60.00 feet; thence N. 88°44'23" W., 124.86 feet; thence S. 65°42'53" W., 158.45 feet to the northeasterly line of existing South Airport Boulevard; thence along last said line N. 24°17'07" W., 17.81 feet to the point of commencement.

The bearings and distances used in the above description are on the California Coordinate System, Zone 3. Multiply the above distances by 1.0000790 to obtain ground level distances.

ENT. OCT 2 1974 VOL 425 PAGE 016

FORM WH-107

ENT. DOT. 1.324 VOL. +25    PAGE 307

PARCEL 5A:

For freeway purposes that real property described as follows:

COMMENCING at a point on the general southwesterly line of that parcel of land described as Parcel 1 in that Joint Deed, recorded April 6, 1954, in Book 2562, at Page 404, Official Records of San Mateo County, distant thereon N. 49°58'28" W., 347.12 feet from the southeasterly terminus of the course with the length of 557.25 feet described in said Parcel 1; thence along said general southeasterly line S. 49°58'28" E., 347.12 feet, along a tangent curve to the right with a radius of 299.98 feet, through an angle of 36°05'30", an arc length of 188.96 feet and S. 13°52'58" E., 2040.66 feet; thence S. 66°34'37" W., 128.05 feet; thence N. 12°47'02" W., 213.30 feet; thence N. 15°39'49" W., 584.76 feet; thence along a tangent curve to the right with a radius of 3072.00 feet, through an angle of 9°14'30", an arc length of 495.51 feet; thence N. 6°25'19" W., 302.97 feet; thence along a tangent curve to the left, with a radius of 3025.00 feet, through an angle of 3°40'24", an arc length of 193.94 feet; thence N. 10°05'43" W., 295.60 feet; thence along a tangent curve to the left with a radius of 225.00 feet, through an angle of 39°57'13", an arc length of 156.90 feet; thence N. 45°47'35" W., 342.84 feet to the point of commencement.

Lands abutting said freeway shall have no right or easement of access thereto.

The bearings and distances used in the above description are on the California Coordinate System, Zone 3. Multiply the above distances by 1.0000790 to obtain ground level distances.

FORM WH-107

LOT. 348, 13440-520 & 41 4M oosl

Case: 19-30088   Doc# 13478-7   Filed: 01/31/23   Entered: 01/31/23 20:09:30   Page 19 of 32

ENT. 338 0 1974 VOL. 425 PAGE 318

PARCEL 5B:

AN EASEMENT for channel purposes and incidents thereto, upon, over and across the following described parcel of land:

COMMENCING at the northwesterly corner of PARCEL 5A described above; thence along the southwesterly and westerly line of said PARCEL 5A, S. 45°47'35" E., 342.84 feet, along a tangent curve to the right with a radius of 225.00 feet, through an angle of 39°57'13", an arc length of 156.90 feet, S. 10°05'43" E., 295.60 feet, along a tangent curve to the right with a radius of 3025.00 feet, through an angle of 3°40'24", an arc length of 193.94 feet, S. 6°25'19" E., 302.97 feet, along a tangent curve to the left with a radius of 3072.00 feet, through an angle of 9°14'30", an arc length of 495.51 feet, S. 15°39'49" E., 584.76 feet and S. 12°47'02" E., 213.30 feet to the southerly line of said PARCEL 5A described above; thence along the southwesterly prolongation of said southerly line S. 66°34'37" W., 299.68 feet; thence N. 23°25'23" W., 80.00 feet; thence N. 66°34'37" E., 114.76 feet; thence along a tangent curve to the left, with a radius of 150.00 feet, through an angle of 82°14'26", an arc length of 215.30 feet; thence N. 15°39'49" W., 594.87 feet; thence along a tangent curve to the right, with a radius of 3147.00 feet, through an angle of 4°16'06", an arc length of 234.44 feet to a point of compound curvature; thence along a tangent curve to the right with a radius of 10,100.00 feet, through an angle of 0°34'09", an arc length of 100.33 feet; thence N. 5°52'16" W., 97.09 feet; thence S. 84°07'43" W., 7.95 feet; thence from a tangent that bears N. 10°16'25" W., along a curve to the right with a radius of 10,100.00 feet, through an angle of 1°47'34", an arc length of 316.03 feet; thence N. 4°30'32" E., 100.00 feet; thence N. 13°52'58" W., 194.27 feet; thence from a tangent that bears

PEE 819

ENT. 86? 3. 1974 VOL. 425

N. 6°49'50" W., along a curve to the right with a radius of
10,100.00 feet, through an angle of 1°23'04", an arc length of
244.05 feet to a point of reverse curvature; thence along a
tangent curve to the left with a radius of 150.00 feet,
through an angle of 44°31'42", an arc length of 116.58 feet;
thence N. 49°58'28" W., 453.44 feet to the easterly boundary
line of that certain map entitled "Amended Plan of the
Belle Air Park, San Bruno Station, San Mateo County,
California" filed June 24, 1907, in Book 5 of Maps, at Page 10,
in the office of the County Recorder of San Mateo County;
thence along said easterly boundary line N. 4°38'43" W.,
140.62 feet to the general southwesterly line of that parcel
of land described as Parcel 1 in that Joint Deed, recorded
April 6, 1954, in Book 2562, at Page 404, Official Records
of San Mateo County; thence along last said line
S. 49°58'28" E., 210.08 feet to the point of commencement.

The bearings and distances used in the above description
are on the California Coordinate System, Zone 3. Multiply the
above distances by 1.0000790 to obtain ground level distances.

FORM WH-107

PARCEL 6A:

For freeway purposes that real property described as follows:

COMMENCING at the southeasterly terminus of the course described as "N. 24°19'45" W., 104.00 feet" in Parcel 1 of that Joint Deed, recorded April 6, 1954, in Book 2562, at Page 404, Official Records of San Mateo County; thence along said course N. 23°05'43" W., 22.00 feet to the southerly line of San Bruno Avenue as established by deed to County of San Mateo, recorded May 23, 1928, in Book 355, at Page 241, Official Records of San Mateo County; thence along last said line N. 66°54'17" E., 617.00 feet; thence S. 23°06'07" E., 25.03 feet; thence S. 64°12'20" W., 351.68 feet; thence along a tangent curve to the left, with a radius of 557.00 feet, through an angle of 35°27'20", an arc length of 344.68 feet; thence S. 28°45'00" W., 737.83 feet; thence along a tangent curve to the left, with a radius of 557.00 feet, through an angle of 35°12'39", an arc length of 342.30 feet to a point of compound curvature; thence along a tangent curve to the left with a radius of 4957.00 feet, through an angle of 1°13'26", an arc length of 105.89 feet; thence S. 7°41'05" E., 376.35 feet; thence along a tangent curve to the right with a radius of 2400.00 feet, through an angle of 3°58'12", an arc length of 166.30 feet to a point of reverse curvature; thence along a tangent curve to the left, with a radius of 2600.00 feet, through an angle of 3°58'12", an arc length of 180.15 feet; thence S. 7°41'05" E., 297.75 feet; thence along a tangent curve to the left with a radius of 4969.00 feet, through an angle of 1°19'15", an arc length of 114.55 feet; thence S. 9°00'20" E., 108.04 feet to the general southeasterly line of said Parcel 1; thence along last said line

N. 13°52'58" W., 1613.58 feet, along a tangent curve to the right, with a radius of 449.96 feet, through an angle of 45°20'30", an arc length of 356.08 feet, N. 31°27'32" E., 558.24 feet, along a tangent curve to the right with a radius of 249.98 feet, through an angle of 35°26'45", an arc length of 154.65 feet and N. 66°54'17" E., 169.94 feet to the point of commencement.

Lands abutting said freeway shall have no right or easement of access thereto.

The bearings and distances used in the above description are on the California Coordinate System, Zone 3. Multiply the above distances by 1.0000790 to obtain ground level distances.

REC 321

ENT. OCT 2 1974 VOL 425

FORM WH-107

EST. 348. 19449-650 4-67 4M OSP

ENT. OCT 3 1974 VOL 425    PAGE 332

PARCEL 6B:

AN EASEMENT for utility purposes for the construction, operation, inspection, maintenance and reconstruction of the P. G. & E. pipe lines and incidents thereto, upon, over and across a strip of land 15.00 feet wide, being more particularly described as follows:

COMMENCING at the southwesterly terminus of the course with the curve length of 344.68 feet in PARCEL 6A described above; thence along said course from a tangent that bears N. 28°45'00" E., along a curve to the right with a radius of 557.00 feet, through an angle of 7°49'04", an arc length of 76.00 feet; thence N. 65°45'21" E., 104.12 feet; thence N. 22°07'10" E., 88.43 feet to said course; thence from a tangent that bears N. 55°02'41" E., along a curve to the right with a radius of 557.00 feet, through an angle of 3°02'59", an arc length of 29.65 feet; thence S. 22°07'10" W., 117.02 feet; thence S. 65°45'21" W., 108.75 feet; thence from a tangent that bears S. 36°09'27" W., along a curve to the left with a radius of 542.00 feet, through an angle of 7°24'27", an arc length of 70.07 feet; thence S. 28°45'00" W., 737.83 feet; thence along a tangent curve to the left with a radius of 542.00 feet, through an angle of 35°12'39", an arc length of 333.08 feet to a point of compound curvature; thence along a tangent curve to the left, with a radius of 4942.00 feet, through an angle of 0°24'34", an arc length of 35.32 feet; thence S. 76°22'17" W., 15.10 feet to the general southeasterly line of said PARCEL 6A described above; thence along last said line from a tangent that bears N. 6°53'27" W., along a curve to the right, with a radius of 4957.00 feet, through an angle of 0°25'48", an arc length of 37.20 feet to a point of compound curvature, along a tangent curve to the right, with a

FORM WH-107

radius of 557.00 feet, through an angle of 35°12'39", an arc
length of 342.30 feet and N. 28°45'00" E., 737.83 feet to the
point of commencement.

The bearings and distances used in the above description
are on the California Coordinate System, Zone 3. Multiply the
above distances by 1.0000790 to obtain ground level distances.

TOGETHER WITH the right of ingress to and egress from the
above-described PARCEL 6B by the most reasonable and practicable
means available and the right from time to time to trim and to
cut down and clear away or otherwise destroy any and all trees
and brush or hereafter located on or near the above-described
PARCEL 6B, which in the opinion of the plaintiff may be a hazard
to said pipe lines.

OWNER SHALL NOT erect, construct or place any building
or structure or other obstruction or material upon, over, or
under the above-described PARCEL 6B, nor shall owner deposit
or permit or allow to be deposited any substance of material
on or near the above-described PARCEL 6B, so as to constitute,
in the opinion of the plaintiff, a hazard to said pipe lines.

FORM WH-107

ENT. 001 ∴ 1974 VOL 425 PAGE 924

PARCEL 6C:

A TEMPORARY EASEMENT to terminate on December 31, 1977, for roadway construction purposes and incidents thereto, upon, over and across the following described parcel of land:

COMMENCING at the southwesterly terminus of the course with the curve length of 344.68 feet in PARCEL 6A described above; thence along said course from a tangent that bears N. 28°45'00" E., along a curve to the right with a radius of 557.00 feet, through an angle of 26°17'41", an arc length of 255.63 feet; thence S. 22°07'10" W., 88.43 feet; thence S. 28°45'00" W., 896.96 feet; thence along a tangent curve to the left with a radius of 489.00 feet, through an angle of 35°12'39", an arc length of 300.51 feet to a point of compound curvature; thence along a tangent curve to the left with a radius of 4869.00 feet, through an angle of 1°13'26", an arc length of 104.43 feet; thence S. 7°41'05" E., 376.24 feet; thence along a tangent curve to the right, with a radius of 4000.00 feet, through an angle of 2°38'49", an arc length of 184.79 feet to a point of reverse curvature; thence along a tangent curve to the left, with a radius of 3500.00 feet, through an angle of 2°38'49", an arc length of 161.69 feet; thence S. 7°41'05" E., 280.83 feet; thence along a tangent curve to the left, with a radius of 4965.00 feet, through an angle of 6°11'53", an arc length of 537.10 feet; thence S. 13°52'58" E., 74.03 feet; thence from a tangent that bears N. 13°52'58" W., along a curve to the left, with a radius of 7549.00 feet, through an angle of 2°33'57", an arc length of 338.06 feet; thence N. 16°26'55" W., 424.95 feet to the general southeasterly line of said PARCEL 6A described above; thence along last said line N. 7°41'05" W., 135.49 feet, along a tangent curve to the right, with a radius of 2600.00 feet, through

Case: 19-30088    Doc# 13478-7    Filed: 01/31/23    Entered: 01/31/23 20:09:30    Page 26 of 32

an angle of 3°58'12", an arc length of 180.15 feet to a
point of reverse curvature, along a tangent curve to the
left, with a radius of 2400.00 feet, through an angle of
3°58'12", an arc length of 166.30 feet, N. 7°41'05" W.,
376.35 feet, along a tangent curve to the right, with a
radius of 4957.00 feet, through an angle of 1°13'26", an
arc length of 105.89 feet to a point of compound curvature;
along a tangent curve to the right with a radius of
557.00 feet, through an angle of 35°12'39", an arc length
of 342.30 feet and N. 28°45'00" E., 737.83 feet to the
point of commencement.

The bearings and distances used in the above description
are on the California Coordinate System, Zone 3. Multiply the
above distances by 1.0000760 to obtain ground level distances.

ENT. OCT 2 1974 VOL 425 PAGE 3525

FORM WH-107

PARCEL 6D:

A TEMPORARY EASEMENT to terminate on December 31, 1977 for drainage purposes and incidents thereto, upon, over and across the following described parcel of land:

COMMENCING at a point on the course with the length of 351.68 feet in PARCEL 6A described above, distant thereon N. 64°12'20" E., 101.40 feet from the southwesterly terminus of said course; thence along said course N. 64°12'20" E., 50.05 feet; thence S. 23°06'07" E., 30.00 feet; thence S. 64°12'20" W., 50.05 feet; thence N. 23°06'07" W., 30.00 feet to the point of commencement.

The bearings and distances used in the above description are on the California Coordinate System, Zone 3. Multiply the above distances by 1.0000790 to obtain ground level distances.

ENT. 331 2 1324 VOL 425 PAGE 926

FORM WH-107



CONDEMNATION MAP
EXHIBIT "A"



CONDEMNATION MAP

EXHIBIT "B"



EXHIBIT "C"

Case: 19-30088    Doc# 13478-7    Filed: 01/31/23    Entered: 01/31/23 20:09:30    Page 31 of 32



STATE OF CALIFORNIA
COUNTY OF SAN MATEO } ss.

I, Neal Taniguchi, the Clerk of the Superior Court of the above entitled County, do hereby certify that the foregoing is a full, true and correct copy of the original on file in my office, and that I have carefully compared same with the original.

Witness my hand and seal of said Superior Court

This_____ day of JAN 3 0 2023

Clerk of the Superior Court of California, County of San Mateo

By_____
R. KRILL