1 LAWRENCE A. JACOBSON, SBN 057393
SEAN M. JACOBSON, SBN 227241
2 COHEN AND JACOBSON, LLP
66 Bovet Road, Suite 285
3 San Mateo, CA 94402
Telephone: (650) 261-6280
4 laj@cohenandjacobson.com

5 Attorneys for Amir Shahmirza
(Agent for Komir, Inc.) and Komir, Inc.
6

7

8                 UNITED STATES BANKRUPTCY COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11 In re                                    Case No. 19-30088 (DM)

12 PG&E CORPORATION,                        Chapter 11

13       - and -                            (Lead Case) (Jointly Administered)

14 PACIFIC GAS AND ELECTRIC
   COMPANY,                                 **EXHIBIT COMPENDIUM SUBMITTED**
15                                          **IN SUPPORT MOTION FOR PARTIAL**
              Debtors.                       **SUMMARY JUDGMENT OF ISSUES IN**
16                                          **REORGANIZED DEBTORS OBJECTION**
   ☐ Affects PG&E Corporation               **TO CLAIM #2090 AND IN CLAIMANT'S**
17 ☐ Affects Pacific Gas and Electric Company **RESPONSE THERETO:**
   ■ Affects both Debtors                    **VOLUME 4 - Exhibits 6 and 7**
18 _____
                                            **Date:  April 11, 2023**
19                                          **Time:  10:00 a.m.**
                                            **Place: (Tele/Videoconference Appearances**
20                                          **Only)**
                                            **United States Bankruptcy Court**
21                                          **Courtroom 17, 16th Floor**
                                            **San Francisco, CA 94102**
22

23          Amir Shahmirza, as agent of, and acting on behalf of, Komir, Inc. ("Komir" or "Claimant"),

24 submits this Exhibit Compendium in Support Motion for Partial Summary Judgment of Issues in

25 Reorganized Debtors Objection to Claim #2090 and in Claimant's Response Thereto in support of

26 Claimant's Motion for Partial Summary Judgment of Issues in Reorganized Debtors Objection to

EXHIBIT COMPENDIUM IN SUPPORT OF PARTIAL SUMMARY JUDGMENT OF ISSUES
IN REORGANIZED DEBTORS OBJECTION TO CLAIM #2090 AND CLAIMANT'S RESPONSE THERETO

1

1    Claim #2090 and in Claimant's Response Thereto:

2           Exhibit 6:      Judgment of Condemnation entered ion the Condemnation Lawsuit on

3                           February 11, 1983. (Certified Copy)

4           Exhibit: 7      Final Order of Condemnation entered in the Condemnation Lawsuit on

5                           February 11, 1983, and recorded as Instrument No. 83013501. (Certified

6                           Copy of Pleading from the office of the clerk of the Superior Court and as

7                           Recorded in the Office of the County Recorder)

8           Respectfully submitted.

9    Dated: January 31, 2023                        COHEN AND JACOBSON, LLP

10

11                                          By: /s/ Lawrence A. Jacobson
                                                Lawrence A. Jacobson
12                                              Attorneys for Claimant and Respondent

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**EXHIBIT COMPENDIUM IN SUPPORT OF PARTIAL SUMMARY JUDGMENT OF ISSUES**
**IN REORGANIZED DEBTORS OBJECTION TO CLAIM #2090 AND CLAIMANT'S RESPONSE THERETO**                    2

Case: 19-30088    Doc# 13478-8    Filed: 01/31/23    Entered: 01/31/23 20:09:30    Page 2
of 96

# EXHIBIT 6

1  Lee Tyler
   Robert J. DeFea
2  Daniel C. Murphy
     Attorneys for Plaintiff
3    201 Sansome Street, Suite 400
     Mail:  P. O. Box 7444
4    San Francisco, CA 94120-7444
     Telephone:  982-3130

5

6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                   FOR THE COUNTY OF SAN MATEO

10

11  THE PEOPLE OF THE STATE OF CALIFORNIA,   )
    acting by and through the Department     )  No. 175581
12  of Transportation,                       )
                                             )
13                           Plaintiff,      )  Parcels 1A, 1B, 1C, 1D,
                                             )  1E, 2, 3A(Amended), 3B,
14              vs.                          )  3C, 4, 5A, 5B(Amended),
                                             )  6A(Amended), 6B, 6C and
15  CITY AND COUNTY OF SAN FRANCISCO, a      )  6D
    municipal corporation, et al.,           )
16                                           )
                             Defendants.     )
17  _____)

18  THE PEOPLE OF THE STATE OF CALIFORNIA,   )
    acting by and through the Department     )  No. 187314
19  of Transportation,                       )
                                             )
20                           Plaintiff,      )  Parcels 7A(Amended),
                                             )  7B, 7C(Amended), 7D,
21              vs.                          )  7E(Amended) and
                                             )  8(Amended)
22  CITY AND COUNTY OF SAN FRANCISCO, a      )
    municipal corporation, et al.,           )
23                                           )  JUDGMENT IN
                             Defendants.     )  CONDEMNATION
24  _____)

25          The above-named plaintiff and defendants CITY AND

26  COUNTY OF SAN FRANCISCO, a municipal corporation, hereinafter

27  "CITY AND COUNTY OF SAN FRANCISCO," have stipulated that Judgment

Case: 19-30088   Doc# 13478-8   Filed: 01/31/23   Entered: 01/31/23 20:09:30   Page 4
of 96

1 in Condemnation may be entered herein between said parties as to
2 the real property or interest in real property described in the
3 attached Exhibit "A", and have waived Findings of Fact and
4 Conclusions of Law and costs, and GOOD CAUSE APPEARING THEREFOR,
5 IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

6 The compensation to be paid for the acquisition of said
7 parcels 1A, 1B, 1C, 1D, 1E, 2, 3A(Amended), 3B, 3C, 4, 5A,
8 5B(Amended), 6A(Amended), 6B, 6C, 6D, 7A(Amended), 7B,
9 7C(Amended), 7D, 7E(Amended) and 8(Amended) is the sum of
10 $355,025.87, which is the amount of compensation assessed herein
11 of $4,061,224.00; less the amount of $3,310,624.00 heretofore
12 withdrawn on December 6, 1974, in Suit Number 175581, pursuant to
13 order of this court, together with interest at the rate of 7% per
14 annum on the amount of $3,310,624.00 from plaintiff's right of
15 entry upon the property June 13, 1973, to and including December
16 6, 1974; and further, less the amount of $741,200.00 heretofore
17 withdrawn on December 11, 1974, in Suit Number 187314, pursuant
18 to order of this court, together with interest at the rate of 7%
19 per annum on the amount of $741,200.00 from the effective Order
20 for Possession date of November 18, 1974, to and including
21 December 11, 1974; and further, less $1,767.02 credit for
22 plaintiff's cost of relocating and reinstating certain obstruc-
23 tion lights from their former location within previously existing
24 State right of way from approximately Left of ES 308+40± to
25 Right of ES 311+25± on the "F-2" line and from Right of ES
26 320+20± to Right of ES 324+90± on the "F-2" line.
27 ///

ENT FEB 11 1983 VOL 546 纪1582

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)
OSP

Case: 19-30088   Doc# 13478-8   Filed: 01/31/23   Entered: 01/31/23 20:09:30   Page 5
of 96

1    The said total sum shall be distributed by the Clerk of
2  the above-entitled court, when deposited, as follows:

3        To defendant CITY AND COUNTY OF SAN FRANCISCO,
4  in the sum of $355,025.87.

5        The payment into court of said total sum of money as
6  hereinabove specified shall be in full payment for said parcels
7  and for all damages of every kind and nature suffered or to be
8  suffered by reason of the acquisition of said parcels and the
9  construction and use of the project in the manner proposed by
10  plaintiff.

11        Upon payment of said total sum into court for the
12  benefit of defendant CITY AND COUNTY OF SAN FRANCISCO, said
13  parcels shall be condemned to plaintiff and as against defendant
14  CITY AND COUNTY OF SAN FRANCISCO for State highway purposes, in
15  fee simple absolute, unless a lesser estate is described, and all
16  interests of said defendant in and to said parcels shall be
17  terminated.

18        Plaintiff shall take all necessary steps to prevent
19  undue interference with Airport operations.  The Airport will be
20  in continuous operation throughout the period of construction.
21  In addition, plaintiff shall comply with all applicable Federal
22  Aviation Administration requirements relative to structures and
23  equipment which may be hazards to air navigation.

24        Freeway structures, including roadways, signs,
25  lighting, and landscaping, and all other appurtenant structures
26  should not exceed elevations as established by application of the
27  criteria specified in Part 77, Federal Aviation Regulations.  In

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)
OSP

- 3 -

1 the event of determination by the Federal Aviation Administra-
2 tion of any hazardous condition or interference to air
3 navigation, plaintiff shall immediately proceed to take actions
4 to eliminate or mitigate such conditions causing interferences to
5 air navigation, including, but not limited to, adjusting freeway
6 lighting, controlling electromagnetic emissions from all vehicles
7 using the freeways, and electromagnetic interferences to any air
8 navigation aids by freeway structures or vehicles using the
9 freeways.

10      Plaintiff shall furnish the Director of Airports
11 with construction plans and specifications for the freeway
12 projects for review and comments prior to commencement of
13 construction.

14      All costs for relocating existing Airport roads and
15 Airport facilities, located upon Airport property, as required to
16 accommodate State highway construction, shall be without cost to
17 CITY AND COUNTY OF SAN FRANCISCO.

18      All costs for relocation of Pacific Gas and Electric
19 Company transmission lines and their appurtenances and natural
20 gas lines and their appurtenances, as required for freeway
21 construction on Airport property, shall be pursuant to applicable
22 State law and/or Master Contracts in effect between the State and
23 Pacific Gas and Electric Company, and will be without cost to
24 CITY AND COUNTY OF SAN FRANCISCO.

25      Plaintiff, at its cost and expense, shall reconstruct
26 drainage canals as shown on State Construction Plan Drawing
27 220171-40.

COURT PAPER
STATE OF CALIFORNIA
STD 113 (REV. 8-72)
OSP

- 4 -

1      Plaintiff shall maintain at its own cost and expense
2  only those portions of reconstructed drainage canals located
3  within parcels 1A and 2, and plaintiff assumes no other
4  obligation for maintenance or costs and/or expenses of
5  maintenance for any other canals or portions of canals, other
6  than as described herein.

7      Plaintiff shall install and maintain freeway fencing
8  along parcel boundaries common to Airport property and State
9  freeway property; plaintiff has constructed a fence along the
10  northerly boundaries of Parcel 1E of Suit Number 175581, at no
11  cost to CITY AND COUNTY OF SAN FRANCISCO.

12      Plaintiff shall plant and maintain landscaping
13  consisting of trees and shrubbery along the freeway right of way
14  adjoining Airport boundaries at no cost to CITY AND COUNTY OF SAN
15  FRANCISCO.

16      Plaintiff shall maintain all slopes within parcel 1B
17  and parcel 7D against erosion.

18      Plaintiff acknowledges the access obligation set forth
19  in Clause 8(c)(2) as contained in the Contract for Relocation of
20  State Highway at San Francisco Airport dated August 26, 1946.

21      CITY AND COUNTY OF SAN FRANCISCO warrants all property
22  acquired by plaintiff herein to be unencumbered by lease,
23  license, or other interest in United Airlines, Western Airlines,
24  Pacific Airlines, Republic Airlines, Pan American World Airways,
25  or their successors and CITY AND COUNTY OF SAN FRANCISCO hereby
26  agrees to indemnify and hold plaintiff harmless from any and all
27  claims said parties may make or assert on the title to, or any

COURT PAPER
STATE OF CALIFORNIA
STD 113 (REV 8-72)

OSP

Case: 19-30088    Doc# 13478-8    Filed: 01/31/23    Entered: 01/31/23 20:09:30    Page 8
of 96

1   interest in, said property.

2         The purpose for which said parcels is sought to be
3   condemned is a public use authorized by law and the taking of
4   said parcels is necessary for such use.

5         Possession of parcels 1A, 1B, 1C, 1D, 1E, 2,
6   3A(Amended), 3B, 3C, 4, 5A, 5B(Amended), 6A(Amended), 6B, 6C and
7   6D in Suit Number 175581 having been taken by plaintiff on June
8   13, 1973, all taxes, penalties and costs which are a lien on said
9   parcels and which are apportioned to that portion of the fiscal
10   year after June 13, 1973, or thereafter, are hereby canceled
11   pursuant to Section 4986 of the Revenue and Taxation Code; and
12   possession of parcels 7A(Amended), 7B, 7C(Amended), 7D,
13   7E(Amended) and 8(Amended) in Suit Number 187314 having been
14   taken by plaintiff on November 18, 1974, all taxes, penalties and
15   costs which are a lien on said parcels and which are apportioned
16   to that portion of the fiscal year after November 18, 1974, or
17   thereafter, are hereby canceled pursuant to Section 4986 of the
18   Revenue and Taxation Code.

19   Dated:       FEB 11 1983

20

21                        Judge of the Superior Court

22

23

24

25

26

27

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)
OSP

Case: 19-30088   Doc# 13478-8   Filed: 01/31/23   Entered: 01/31/23 20:09:30   Page 9 of 96

ENT FEB 11 1983 VOL 546

1  PARCEL 1A:

2      For freeway purposes that real property described as
3  follows:

4      COMMENCING at the northwesterly terminus of the course
5  described as "N. 24°19'45" W., 104.00 feet", in Parcel 1 of that
6  Joint Deed, recorded April 6, 1954, in Book 2562 at Page 404,
7  Official Records of San Mateo County; thence along the general
8  northeasterly line of said Parcel 1 S. 66°54'17" W., 161.29 feet,
9  along a tangent curve to the right with a radius of 249.98 feet,
10  through an angle of 39°23'45", an arc length of 171.88 feet,
11  N. 73°41'58" W., 397.36 feet, along a tangent curve to the right
12  with a radius of 299.98 feet, through an angle of 59°49'00", an
13  arc length of 313.17 feet, N. 13°52'58" W., 1373.94 feet and
14  along a tangent curve to the right with a radius of 4884.61 feet,
15  through an angle of 9°50'01", an arc length of 838.33 feet to the
16  northerly line of the S. 1/2 of the S.W. 1/4 of Section 27,
17  T.3 S., R. 5 W., M.D.B. & M.; thence along last said line S.
18  88°48'37" E., 257.20 feet; thence S. 28°48'39" E., 164.69 feet;
19  thence along a tangent curve to the left, with a radius of 325.00
20  feet, through an angle of 67°43'20", an arc length of 384.14
21  feet; thence S. 51°05'16" E., 98.55 feet; thence N. 68°00'01" E.,
22  374.10 feet; thence along a tangent curve to the right with a
23  radius of 1139.00 feet, through an angle of 7°45'54", an arc
24  length of 154.36 feet to the westerly line of the Old Bayshore
25  Highway, as established by that deed to the State of California
26  recorded August 8, 1925, in Book 180, at Page 149, Official
27  Records of San Mateo County; thence along last said line

ENT FEB 11 1983 VOL 5 4 6:61 1587

COURT PAPER
STATE OF CALIFORNIA
STD 113 (REV 8-72)
OSP

EXHIBIT "A"

1 S. 24°17'07" E. 344.44 feet; thence S. 46°52'11" W., 780.52 feet;

2 thence from a tangent that bears S. 1°04'45" W., along a curve to

3 the right with a radius of 1065.00 feet, through an angle of

4 16°28'03", an arc length of 306.09 feet; thence from a tangent

5 that bears S. 13°32'43" E., along a curve to the right with a

6 radius of 1362.00 feet, through an angle of 4°35'41", an arc

7 length of 109.22 feet; thence S. 10°02'06" E., 633.97 feet;

8 thence from a tangent that bears S. 8°57'02" E., along a curve to

9 the left with a radius of 238.00 feet, through an angle of

10 61°37'53", an arc length of 256.01 feet; thence S. 70°34'55" E.,

11 258.21 feet; thence along a tangent curve to the left, with a

12 radius of 300.00 feet, through an angle of 40°58'34", an arc

13 length of 214.55 feet; thence from a tangent that bears

14 N. 63°00'09" E., along a curve to the right with a radius of

15 927.00 feet, through an angle of 13°27'50", an arc length of

16 217.84 feet; thence S. 23°05'43" E., 31.33 feet to the northerly

17 line of San Bruno Avenue as established by deed to County of San

18 Mateo, recorded May 23, 1928, in Book 355, at Page 241, Official

19 Records of San Mateo County; thence along last said line

20 S. 66°54'17" W., 363.90 feet to said course; thence along said

21 course N. 23°05'43" W., 22.00 feet to the point of commencement.

22 Lands abutting said freeway shall have no right or easement

23 of access thereto. Also, there shall be no access to the freeway

24 over and across the northwesterly prolongation of the course

25 described above with the length of 344.44 feet for a distance of

26 75.00 feet.

27 The bearings and distances used in the above description are

COURT PAPER
STATE OF CALIFORNIA
STD 113 (REV 8-72)
OSP

1    on the California Coordinate System, Zone 3.   Multiply the above

2    distances by 1.0000790 to obtain ground level distances.

ENT  FEB 1 1 1983 VOL 546 ::1189

COURT PAPER
STATE OF CALIFORNIA
STD 113 (REV  8-72)

OSP

Case: 19-30088    Doc# 13478-8    Filed: 01/31/23    Entered: 01/31/23 20:09:30    Page
12 of 96

1  PARCEL 1B:

2      AN EASEMENT for cut and fill slope purposes and incidents
3  thereto, upon, over and across the following described parcel of
4  land:

5      COMMENCING at the southwesterly terminus of the course
6  described as "S. 46°52'11" W., 780.52 feet", in PARCEL 1A above;
7  thence along said course N. 46°52'11" E., 431.34 feet; thence
8  S. 43°07'49" E., 35.00 feet; thence S. 46°52'11" W., 80.00 feet;
9  thence N. 43°07'49" W., 10.00 feet; thence S. 46°52'11" W.,
10 355.00 feet; thence from a tangent that bears S. 2°09'55" W.,
11 along a curve to the right with a radius of 1080.00 feet, through
12 an angle of 8°16'37", an arc length of 156.02 feet; thence from a
13 tangent that bears S. 17°57'36" E., along a curve to the right
14 with a radius of 1441.00 feet, through an angle of 9°00'34", an
15 arc length of 226.59 feet; thence S. 10°02'06" E., 633.97 feet;
16 thence from a tangent that bears S. 8°57'02" E., along a curve to
17 the left, with a radius of 159.00 feet, through an angle of
18 61°37'53", an arc length of 171.03 feet; thence S. 70°34'55" E.,
19 97.25 feet; thence S. 55°04'28" E., 167.04 feet; thence from a
20 tangent that bears S. 70°34'55" E., along a curve to the left,
21 with a radius of 500.00 feet, through an angle of 19°33'38", an
22 arc length of 170.70 feet; thence from a tangent that bears N.
23 74°09'40" E., along a curve to the left with a radius of 290.00
24 feet, through an angle of 5°37'35", an arc length of 28.48 feet;
25 thence from a tangent that bears N. 63°01'55" E., along a curve
26 to the right with a radius of 937.00 feet, through an angle of
27 14°34'25", an arc length of 238.33 feet; thence S. 23°05'43" E.,

FED 1 530

1983 VOL 546

FEB 11 1983 VOL 546

ENT

- 4 -

COURT PAPER
STATE OF CALIFORNIA
STD 113 (REV 8-72)
OSP

1    37.91 feet to the northerly line of San Bruno Avenue, as

2    established by deed to the County of San Mateo, recorded May 23,

3    1928, in Book 355, at Page 241, Official Records of San Mateo

4    County; thence along last said line S. 66°54'17" W., 20.00 feet

5    to the general easterly line of said PARCEL 1A described above;

6    thence along last said line N. 23°05'43" W., 31.33 feet, from a

7    tangent that bears S. 76°27'59" W., along a curve to the left

8    with a radius of 927.00 feet, through an angle of 13°27'50", an

9    arc length of 217.84 feet, from a tangent that bears

10    S. 68°26'31" W., along a curve to the right with a radius of

11    300.00 feet, through an angle of 40°58'34", an arc length of

12    214.55 feet, N. 70°34'55" W., 258.21 feet, along a tangent curve

13    to the right with a radius of 238.00 feet, through an angle of

14    61°37'53", an arc length of 256.01 feet, N. 10°02'06" W., 633.97

15    feet, from a tangent that bears N. 8°57'02" W., along a curve to

16    the left with a radius of 1362.00 feet, through an angle of

17    4°35'41", an arc length of 109.22 feet and from a tangent that

18    bears N. 17°32'48" E., along a curve to the left with a radius of

19    1065.00 feet, through an angle of 16°28'03", an arc length of

20    306.09 feet to the point of commencement.

21      RESERVING unto owners of the above-described parcel of land,

22    their successors or assigns, the right at any time to remove such

23    slopes or portions thereof upon removing the necessity for

24    maintaining such slopes or portions thereof or upon providing in

25    place thereof other adequate lateral support, the design and

26    contruction of which shall be first approved by the State

27    Division of Highways, for the protection and support of said

28    highway.

COURT PAPER
STATE OF CALIFORNIA
STD 113 (REV 8-72)
osp

- 5 -

1    The bearings and distances used in the above description are
2   on the California Coordinate System, Zone 3.  Multiply the above
3   distances by 1.0000790 to obtain ground level distances.

FEB1592

ENT  FEB 1 1 1983 VOL ⊃ 4 6

COURT PAPER
STATE OF CALIFORNIA
STD 113  REV  (1.72)
OSP

Case: 19-30088    Doc# 13478-8    Filed: 01/31/23    Entered: 01/31/23 20:09:30    Page
15 of 96

1  PARCEL 1C:

2      AN EASEMENT for utility purposes for the P.T. & T. and
3  incidents thereto, upon, over, under and across the following
4  described parcel of land:

5      COMMENCING at the southeasterly terminus of the course with
6  an arc length of 170.70 feet in PARCEL 1B described above; thence
7  along the general easterly line of said PARCEL 1B described above
8  from a tangent that bears N. 74°09'40" E., along a curve to the
9  left with a radius of 290.00 feet, through an angle of 5°37'35",
10 an arc length of 28.48 feet, from a tangent that bears
11 N. 63°01'55" E., along a curve to the right with a radius of
12 937.00 feet, through an angle of 14°34'25", an arc length of
13 238.33 feet and S. 23°05'43" E., 37.91 feet to the northerly line
14 of San Bruno Avenue, as established by deed to the County of San
15 Mateo, recorded May 23, 1928, in Book 355, at Page 241, Official
16 Records of San Mateo County; thence along last said line
17 S. 66°54'17" W., 20.00 feet to the general easterly line of
18 PARCEL 1A described above; thence along last said line
19 N. 23°05'43" W., 31.33 feet, from a tangent that bears
20 S. 76°27'59" W., along a curve to the left with a radius of
21 927.00 feet, through an angle of 13°27'50", an arc length of
22 217.84 feet, from a tangent that bears S. 68°26'31" W., along a
23 curve to the right with a radius of 300.00 feet, through an angle
24 of 40°58'34", an arc length of 214.55 feet, N. 70°34'55" W.,
25 258.21 feet and along a tangent curve to the right with a radius
26 of 238.00 feet, through an angle of 38°43'21", an arc length of
27 160.85 feet; thence N. 58°08'26" E., 10.00 feet; thence from a

COURT PAPER
STATE OF CALIFORNIA
STD 113 (REV 3-95)
OSP

- 7 -

1 tangent that bears S. 31°51'34" E., along a curve to the left
2 with a radius of 228.00 feet, through an angle of 38°43'21", an
3 arc length of 154.09 feet; thence S. 70°34'55" E., 258.21 feet;
4 thence along a tangent curve to the left with a radius of 290.00
5 feet, through an angle of 35°15'25", an arc length of 178.45 feet
6 to the point of commencement.

7     The bearings and distances used in the above description are
8 on the California Coordinate System, Zone 3. Muptiply the above
9 distances by 1.0000790 to obtain ground level distances.



ENT FEB 11 1983 VOL 546    ᗷ01594

COURT PAPER
STATE OF CALIFORNIA
STD 113 REV 8-72
OSP

- 8 -

1  PARCEL 1D:

2      AN EASEMENT for channel purposes and incidents thereto,

3  upon, over and across the following described parcel of land:

4      COMMENCING at the easterly terminus of the course with an

5  arc length of 154.36 feet in PARCEL 1A described above; thence

6  along the general northerly line of said PARCEL 1A from a tangent

7  that bears S. 75°45'55" W., along a curve to the left with a

8  radius of 1139.00 feet, through an angle of 7°45'54", an arc

9  length of 154.36 feet, S. 68°00'01" W., 374.10 feet and N.

10  51°05'16" W., 78.04 feet; thence from a tangent that bears N.

11  31°29'43" E., along a curve to the right with a radius of 315.00

12  feet, through an angle of 36°30'18", an arc length of 200.70

13  feet; thence N. 68°00'01" E., 372.94 feet to the westerly line of

14  the Old Bayshore Highway, as established by that deed to the

15  State of California, recorded August 8, 1925, in Book 180, at

16  Page 149, Official Records of San Mateo County; thence along last

17  said line S. 24°17'07" E., 140.56 feet to the point of

18  commencement.

19      The bearings and distances used in the above description are

20  on the California Coordinate System, Zone 3.  Multiply the above

21  distances by 1.0000790 to obtain ground level distances.

22

23

24

25

26

27

COURT PAPER
STATE OF CALIFORNIA
STD 113 REV 8-72

DSP

Case: 19-30088    Doc# 13478-8    Filed: 01/31/23    Entered: 01/31/23 20:09:30    Page
18 of 96

1  PARCEL 1E:

2  A TEMPORARY EASEMENT to terminate on December 31, 1977, for
3  construction purposes and incidents thereto, upon, over and
4  across the following described parcel of land:

5  COMMENCING at the easterly terminus of the course with the
6  length of 257.20 feet in PARCEL 1A described above; thence along
7  the northerly line of the S. 1/2 of the S.W. 1/4 of Section 27,
8  T. 3 S., R. 5 W., M.D.B. & M., S. 88°48'37" E., 896.66 feet to
9  the westerly line of the Old Bayshore Highway, as established by
10  that deed to the State of California, recorded August 8, 1925, in
11  Book 180, at Page 149, Official Records of San Mateo County;
12  thence along last said line S. 24°17'07" E., 41.28 feet to the
13  northwesterly line of PARCEL 1D described above; thence along
14  last said line S. 68°00'01" W., 372.94 feet and along a tangent
15  curve to the left with a radius of 315.00 feet, through an angle
16  of 36°30'18", an arc length of 200.70 feet to the general
17  northerly line of PARCEL 1A described above; thence along last
18  said line N. 51°05'16" W., 20.51 feet, from a tangent that bears
19  S. 83°28'01" W., along a curve to the right with a radius of
20  325.00 feet, through an angle of 67°43'20", an arc length of
21  384.14 feet and N. 28°48'39" W., 164.69 feet to the point of
22  commencement.

23  The bearings and distances used in the above description are
24  on the California Coordinate System, Zone 3.  Multiply the above
25  distances by 1.0000790 to obtain ground level distances.
26  ///
27  ///

ENT FEB 11 1983 VOL 546

罗王1596

COURT PAPER
STATE OF CALIFORNIA
STD 113 (REV 8-72)
OSP

- 10 -

PARCEL 2:

For freeway purposes, that real property described as follows:

ALL of PARCEL II as said PARCEL II is described in that Director's Deed recorded October 20, 1953, in Book 2487 at Page 445, Official Records of San Mateo County, and all of that portion of Section 34 in Township 3 South, Range 5 West, Mount Diablo Base and Meridian, bounded on the East by the Westerly boundary line of the Bayshore Freeway as established by that certain Deed from the City and County of San Francisco, to the State of California, dated December 17, 1953, and recorded April 6, 1954 in Book 2562 of Official Records at Page 404 (File No. 47594-L), bounded on the North by the Northerly line of said Section 34 and bounded on the West by the Easterly boundary line of that certain map entitled "Amended Plan of the Belle Air Park, San Bruno Station, San Mateo County, California", filed in the office of the County Recorder of San Mateo County on June 24, 1907, in Book 5 of Maps at Page 10.



FEB 1597

ENT FEB 11 1983 VOL 546

COURT PAPER
STATE OF CALIFORNIA
STD 113 (REV 8-72)
OSP

Case: 19-30088    Doc# 13478-8    Filed: 01/31/23    Entered: 01/31/23 20:09:30    Page 20 of 96

1    PARCEL 3A (Amended):

2      For freeway purposes that real property described as
3 follows:

4      Beginning for reference at the northwesterly corner of that
5 parcel of land described in that deed to the City and County of
6 San Francisco, recorded July 15, 1947, in Book 1351, at Page 273,
7 Official Records of San Mateo County; thence along the westerly
8 prolongation of the northerly line of said parcel

9 N. 88°46'47" W., 16.06 feet to the northeasterly line of existing
10 South Airport Boulevard; thence along last said line
11 S. 24°17'07" E., 156.04 feet to the TRUE POINT OF COMMENCEMENT;
12 thence from a tangent that bears N. 76°55'56" E., along a curve
13 to the right with a radius of 1112.00 feet, through an angle of
14 5°19'47", an arc length of 103.44 feet; thence S. 88°46'47" E.,
15 824.01 feet; thence S. 79°12'01" E., 30.03 feet; thence
16 S. 1°13'13" W., 104.00 feet; thence N. 88°46'47" W., 124.61 feet;
17 thence S. 1°13'13" W., 5.00 feet; thence N. 89°02'29" W., 422.32
18 feet; thence from a tangent that bears S. 87°34'12" W., along a
19 curve to the left with a radius of 563.00 feet, through an angle
20 of 33°55'16", an arc length of 333.32 feet to said northeasterly
21 line of existing South Airport Boulevard; thence along last said
22 line N. 24°17'07" W., 233.47 feet to the true point of
23 commencement.

24      TOGETHER with the extinguishment of all easements of access
25 appurtenant to the remaining lands on and over and across the
26 courses described above with the lengths of 333.32 feet, 422.32
27 feet, 103.44 feet and the westerly 729.01 feet of the course with
28 the length of 824.01 feet.

COURT PAPER
STATE OF CALIFORNIA
STD 113 REV 8-72
OSP

- 12 -

1    RESERVING unto City, TWO EASEMENTS described as follows:

2    1)  A TEMPORARY EASEMENT 5.00 feet in width, across the

3  above-described PARCEL 3A for underground conduits and existing

4  street lights, the centerline of which is described as follows:

5    Beginning for reference at the Southwesterly corner of the

6  above-described PARCEL 3A, said southwesterly corner being the

7  beginning point of the last course, described in said PARCEL 3A

8  as "N. 24°17'07" W., 233.47 feet"; thence from a tangent that

9  bears N. 53°38'56" E., along the curve to the right with a radius

10  of 563.00 feet, a central angle of 0°15'37", an arc length of

11  2.56 feet to the TRUE POINT OF COMMENCEMENT, said point of

12  commencement being on the centerline of the aforesaid 5.00-foot

13  easement and being also situated in the southerly line of

14  aforesaid PARCEL 3A; thence along a line parallel to and distant

15  easterly 2.50 feet measured at right angles from the westerly

16  boundary of said PARCEL 3A N. 24°17'07" W., 46.98 feet; thence

17  N. 68°32'44" E., 137.85 feet; thence along a tangent curve to the

18  right with a radius of 122.00 feet, through an angle of

19  22°24'49", an arc length of 47.73 feet; thence S. 89°02'27" E.,

20  82.85 feet to a point in the southeasterly boundary of said

21  PARCEL 3A.

22    All rights reserved by City in and to the above temporary

23  easement will terminate upon the replacement of said lighting

24  along and adjacent to realigned north access road, said realigned

25  roadway centerline identified as the "AC Line" on State's

26  Construction Detail Sheet C3, dated August 10, 1982.

27    2)  A TEMPORARY EASEMENT 60.00 feet in width, across the

FEB 11 1983 VOL 546    PAGE 1533

ENT

- 13 -

Case: 19-30088   Doc# 13478-8   Filed: 01/31/23   Entered: 01/31/23 20:09:30   Page 22 of 96

1  above-described PARCEL 3A for roadway purposes, existing

2  utilities and roadway appurtenances connecting South Airport

3  Boulevard with the Airport's North Access Road, the centerline of

4  which is described as follows:

5  Beginning for reference at the northwesterly corner of the

6  above-described PARCEL 3A; thence S. 24°17'07" E., 33.02 feet to

7  the TRUE POINT OF COMMENCEMENT; thence from a tangent that bears

8  N. 68°31'30" E., along a curve to the right with a radius of

9  160.00 feet, through an angle of 69°24'34", an arc length of

10  193.83 feet to a point of reverse curvature; thence along a

11  tangent curve to the left with a radius of 180.00 feet, through

12  an angle of 31°41'26", an arc length of 99.56 feet to a point

13  lying in the southerly boundary of said PARCEL 3A.

14  All rights reserved by City in and to the above temporary

15  easement will terminate upon State's completion of north access

16  road realignment and utility relocation, said realignment

17  centerline identified as the "AC Line" on State's Construction

18  Detail Sheet C3 dated August 10, 1982.

19  The bearings and distances used in the above description are

20  on the California Coordinate System, Zone 3.  Multiply the above

21  distances by 1.0000790 to obtain ground level distances.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

MEL1630

1983 VOL 546

ENT   FEB 11

Case: 19-30088   Doc# 13478-8   Filed: 01/31/23   Entered: 01/31/23 20:09:30   Page
23 of 96

1  PARCEL 3B:

2      AN EASEMENT for roadway purposes and incidents thereto,

3  upon, over and across the following described parcel of land:

4      COMMENCING at the northwesterly corner of that parcel of

5  land to the City and County of San Francisco, recorded July 15,

6  1947, in Book 1351, at Page 273, Official Records of San Mateo

7  County; thence along the northerly line of said parcel S.

8  88°46'47" E., 332.06 feet; thence S. 1°13'13" W., 120.00 feet to

9  the northerly line of PARCEL 3A described above; thence along

10  last said line N. 88°46'47" W., 179.64 feet and from a tangent

11  that bears S. 82°15'43" W., along a curve to the left with a

12  radius of 1112.00 feet, through an angle of 5°19'47", an arc

13  length of 103.44 feet to the northeasterly line of existing South

14  Airport Boulevard; thence along last said line N. 24°17'07" W.,

15  156.04 feet to the westerly prolongation of said northerly line;

16  thence along said prolongation S. 88°46'47" E., 16.06 feet to the

17  point of commencement.

18      The bearings and distances used in the above description are

19  on the California Coordinate System, Zone 3.  Multiply the above

20  distances by 1.0000790 to obtain ground level distances.

21

22

23

24

25

26

27

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)
DSP

Case: 19-30088    Doc# 13478-8    Filed: 01/31/23    Entered: 01/31/23 20:09:30    Page 24 of 96

PARCEL 3C:

AN EASEMENT for roadway purposes and incidents thereto, upon, over and across the following described parcel of land:

COMMENCING at a point on the northerly line of that parcel of land to the City and County of San Francisco, recorded July 15, 1947, in Book 1351, at Page 273, Official Records of San Mateo County, distant thereon S. 88°46'47" E., 826.43 feet from the northwesterly corner of said parcel; thence along said northerly line S. 88°46'47" E., 179.61 feet; thence S. 1°13'13" W., 125.00 feet to the northerly line of PARCEL 3A described above; thence along last said line N. 79°12'01" W., 30.03 feet and N. 88°46'47" W., 150.00 feet; thence N. 1°13'13" E., 120.00 feet to the point of commencement.

The bearings and distances used in the above description are on the California Coordinate System, Zone 3. Multiply the above distances by 1.0000790 to obtain ground level distances.



COURT PAPER
STATE OF CALIFORNIA
STD 113 REV 8-72

OSP

Case: 19-30088    Doc# 13478-8    Filed: 01/31/23    Entered: 01/31/23 20:09:30    Page 25 of 96

1  PARCEL 4:

2     A TEMPORARY EASEMENT to terminate on December 31, 1977, for

3  roadway purposes and incidents thereto, upon, over and across the

4  following described parcel of land:

5     COMMENCING at the most southerly corner of PARCEL 3A

6  described above; thence along the general southeasterly line of

7  said PARCEL 3A from a tangent that bears N. 53°38'56" E., along a

8  curve to the right with a radius of 563.00 feet, through an angle

9  of 30°27'06", an arc length of 299.22 feet; thence

10  S. 79°04'29" E., 2.11 feet; thence S. 1°15'37" W., 60.00 feet;

11  thence N. 88°44'23" W., 124.86 feet; thence S. 65°42'53" W.,

12  158.45 feet to the northeasterly line of existing South Airport

13  Boulevard; thence along last said line N. 24°17'07" W., 17.81

14  feet to the point of commencement.

15     The bearings and distances used in the above description are

16  on the California Coordinate System, Zone 3.  Multiply the above

17  distances by 1.0000790 to obtain ground level distances.

18

19

20

21

22

23

24

25

26

27



COURT PAPER
STATE OF CALIFORNIA
STD 113 (REV 8 72)
OSP

- 17 -

Case: 19-30088   Doc# 13478-8   Filed: 01/31/23   Entered: 01/31/23 20:09:30   Page 26 of 96

1 PARCEL 5A:

2    For freeway purposes that real property described as
3 follows:

4    COMMENCING at a point on the general southwesterly line of
5 that parcel of land described as Parcel 1 in that Joint Deed,
6 recorded April 6, 1954, in Book 2562, at Page 404, Official
7 Records of San Mateo County, distant thereon N. 49°58'28" W.,
8 347.12 feet from the southeasterly terminus of the course with
9 the length of 557.25 feet described in said Parcel 1; thence
10 along said general southeasterly line S. 49°58'28" E., 347.12
11 feet, along a tangent curve to the right with a radius of 299.98
12 feet, through an angle of 36°05'30", an arc length of 188.96 feet
13 and S. 13°52'58" E., 2040.66 feet; thence S. 66°34'37" W., 128.05
14 feet; thence N. 12°47'02" W., 213.30 feet; thence N. 15°39'49"
15 W., 584.76 feet; thence along a tangent curve to the right with a
16 radius of 3072.00 feet, through an angle of 9°14'30", an arc
17 length of 495.51 feet; thence N. 6°25'19" W., 302.97 feet; thence
18 along a tangent curve to the left, with a radius of 3025.00 feet,
19 through an angle of 3°40'24", an arc length of 193.94 feet;
20 thence N. 10°05'43" W., 295.60 feet; thence along a tangent curve
21 to the left with a radius of 225.00 feet, through an angle of
22 39°57'13", an arc length of 156.90 feet; thence N. 45°47'35" W.,
23 342.84 feet to the point of commencement.

24    Lands abutting said freeway shall have no right or easement
25 of access thereto.

26    The bearings and distances used in the above description are
27 on the California Coordinate System, Zone 3.  Multiply the above
28 distances by 1.0000790 to obtain ground level distances.

COURT PAPER
STATE OF CALIFORNIA
STD 113 (REV 8-72)
OSP

- 18 -

PAGE 1684

FEB 11 1983 VOL 546

ENT

1   PARCEL 5B (Amended):

2       AN EASEMENT for channel purposes and incidents thereto,

3   upon, over and across the following described parcel of land:

4       COMMENCING at the northwesterly corner of PARCEL 5A

5   described above; thence along the southwesterly and westerly line

6   of said PARCEL 5A, S. 45°47'35" E., 342.84 feet; from a tangent

7   that bears S. 50°02'56" E., along a curve to the right with a

8   radius of 225.00 feet, through an angle of 39°57'13", an arc

9   length of 156.90 feet; S. 10°05'43" E., 295.60 feet; along  a

10  tangent curve to the right with a radius of 3025.00 feet, through

11  an angle of 3°40'24", an arc length of 193.94 feet;

12  S. 6°25'19" E., 302.97 feet; along a tangent curve to the left

13  with a radius of 3072.00 feet, through an angle of 9°14'30", an

14  arc length of 495.51 feet; S. 15°39'49" E., 584.76 feet and

15  S. 12°47'02" E., 213.30 feet to the southerly line of said PARCEL

16  5A described above; thence along the southwesterly prolongation

17  of said southerly line S. 66°34'37" W., 299.68 feet; thence N.

18  23°25'23" W., 80.00 feet; thence N. 66°34'37" E., 114.76 feet;

19  thence along a tangent curve to the left, with a radius of 150.00

20  feet, through an angle of 82°14'26", an arc length of 215.30

21  feet; thence N. 15°39'49" W., 594.87 feet; thence along a tangent

22  curve to the right, with a radius of 3147.00 feet, through an

23  angle of 4°16'06", an arc length of 234.44 feet to a point of

24  compound curvature; thence along a tangent curve to the right

25  with a radius of 10,100.00 feet, through an angle of 0°34'09", an

26  arc length of 100.33 feet; thence N. 5°52'16" W., 97.09 feet;

27  thence S. 84°07'43" W., 7.95 feet; thence from a tangent that

COURT PAPER
STATE OF CALIFORNIA
STD 113 (REV 8 72)
GSP

- 19 -

1 bears N. 10°16'25" W., along a curve to the right with a radius
2 of 10,100.00 feet, through an angle of 1°47'34", an arc length of
3 316.03 feet; thence N. 4°30'32" E., 100.00 feet; thence
4 N. 13°52'58" W., 194.27 feet; thence from a tangent that bears
5 N. 6°49'50" W., along a curve to the right with a radius of
6 10,100.00 feet, through an angle of 1°23'04", an arc length of
7 244.05 feet to a point of reverse curvature; thence along a
8 tangent curve to the left with a radius of 150.00 feet, through
9 an angle of 44°31'42", an arc length of 116.58 feet; thence
10 N. 49°58'28" W., 453.44 feet to the easterly boundary line of
11 that certain map entitled "Amended Plan of the Belle Air Park,
12 San Bruno Station, San Mateo County, California" filed June 24,
13 1907, in Book 5 of Maps, at Page 10, in the office of the County
14 Recorder of San Mateo County; thence along said easterly boundary
15 line N. 4°38'43" W., 140.62 feet to the general southwesterly
16 line of that parcel of land described as Parcel 1 in that Joint
17 Deed, recorded April 6, 1954, in Book 2562, at Page 404, Official
18 Records of San Mateo County; thence along last said line
19 S 49°58'28" E., 210.08 feet to the point of commencement.

20 The bearings and distances used in the above description are
21 on the California Coordinate System, Zone 3. Multiply the above
22 distances by 1.0000790 to obtain ground level distances.

23 ///
24 ///
25 ///
26 ///
27 ///

COURT PAPER
STATE OF CALIFORNIA
STD 113 REV 8 72
OSP

Case: 19-30088    Doc# 13478-8    Filed: 01/31/23    Entered: 01/31/23 20:09:30    Page 29 of 96

1  PARCEL 6A (Amended):

2     For freeway purposes that real property described as
3  follows:

4     COMMENCING at the southeasterly terminus of the course
5  described as "N. 24°19'45" W., 104.00 feet" in Parcel 1 of that
6  Joint Deed, recorded April 6, 1954, in Book 2562, at Page 404,
7  Official Records of San Mateo County; thence along said course
8  N. 23°05'43" W., 22.00 feet to the southerly line of San Bruno
9  Avenue as established by deed to County of San Mateo, recorded
10 May 23, 1928, in Book 355, at Page 241, Official Records of San
11 Mateo County; thence along last said line N. 66°54'17" E., 617.00
12 feet; thence S. 23°06'07" E., 25.03 feet; thence S. 64°12'20" W.,
13 351.68 feet; thence along a tangent curve to the left, with a
14 radius of 557.00 feet, through an angle of 35°27'20", an arc
15 length of 344.68 feet; thence S. 28°45'00" W., 737.83 feet;
16 thence along a tangent curve to the left, with a radius of 557.00
17 feet, through an angle of 35°12'39", an arc length of 342.30 feet
18 to a point of compound curvature; thence along a tangent curve to
19 the left with a radius of 4957.00 feet, through an angle of
20 1°13'26", an arc length of 105.89 feet; thence S. 7°41'05" E.,
21 376.35 feet; thence along a tangent curve to the right with a
22 radius of 2400.00 feet, through an angle of 3°58'12", an arc
23 length of 166.30 feet to a point of reverse curvature; thence
24 along a tangent curve to the left, with a radius of 2600.00 feet,
25 through an angle of 3°58'12", an arc length of 180.15 feet;
26 thence S. 7°41'05" E., 297.75 feet; thence along a tangent curve
27 to the left with a radius of 4969.00 feet, through an angle of

ENT FEB 11 1983 VOL 546    PAGE 1327

COURT PAPER
STATE OF CALIFORNIA
STD 113 REV 8 72
OSP

Case: 19-30088   Doc# 13478-8   Filed: 01/31/23   Entered: 01/31/23 20:09:30   Page
30 of 96

1  1°19'15", an arc length of 114.55 feet; thence S. 9°00'20" E.,
2  198.04 feet to the general southeasterly line of said Parcel 1;
3  thence along last said line N. 13°52'58" W., 1613.58 feet, along
4  a tangent curve to the right, with a radius of 449.96 feet,
5  through an angle of 45°20'30", an arc length of 356.08 feet,
6  N. 31°27'32" E., 558.24 feet, along a tangent curve to the right
7  with a radius of 249.98 feet, through an angle of 35°26'45", an
8  arc length of 154.65 feet and N. 66°54'17" E., 169.94 feet to the
9  point of comencement.

10  Lands abutting said freeway shall have no right or easement
11  of access thereto.

12  1) RESERVING unto City, an EASEMENT 50.00 feet in width,
13  across the above-described PARCEL 6A for subsurface drainage
14  structures and drainage ditches (said drainage ditches to be
15  located only outside highway slope areas), said easement being
16  described as follows:

17  Beginning for reference at the southwesterly terminus of the
18  course with the length of 351.68 feet in PARCEL 6A described
19  above; thence along said course N. 64°12'20" E., 101.40 feet to
20  the TRUE POINT OF COMMENCEMENT; thence continuing along said
21  course N. 64°12'20" E., 50.05 feet; thence N. 23°05'43" W., 34.46
22  feet to a point in the northwesterly boundary of PARCEL 6A
23  described above; thence southwesterly along the northwesterly
24  boundary of PARCEL 6A described above S. 66°54'17" W., 50.00
25  feet; thence S. 23°05'43" E., 36.81 feet to the TRUE POINT OF
26  COMMENCEMENT.

27  City shall not in the exercise of its rights under its

COURT PAPER
STATE OF CALIFORNIA
STD 113 REV 3-95
OSP

- 22 -

easement pass through or over the freeway fence constructed by
State across City's easement except in emergencies or when
necessary to permit the construction, reconstruction or
replacement of City's facilities.

2) RESERVING unto City, an UNDERGROUND EASEMENT 50.00 feet
in width, across the above-described PARCEL 5A and PARCEL 6A for
existing and future underground utilities, the centerline of
which easement is described as follows:

Beginning for reference at the westerly terminus of the
course with the length of 297.75 feet in PARCEL 6A described
above; thence along said course S. 7°41'05" E., 31.09 feet to the
TRUE POINT OF COMMENCEMENT; thence S. 74°04'56" W., 423.00 feet
more or less to a point in the westerly boundary of PARCEL 5A
described above, said point also being located on the curve to
the right with a radius of 3072.00 feet, an angle of 9°14'30",
and an arc length of 495.51 feet.

City shall not in the exercise of its rights under its
easement pass through or over the freeway fence constructed by
State across City's easement except in emergencies or when
necessary to permit the construction, reconstruction or
replacement of City's facilities.

The bearings and distances used in the above description are
on the California Coordinate System, Zone 3. Multiply the above
distances by 1.0000790 to obtain ground level distances.

///

///

///

COURT PAPER
STATE OF CALIFORNIA
STD 113 REV 8-72
OSP

Case: 19-30088   Doc# 13478-8   Filed: 01/31/23   Entered: 01/31/23 20:09:30   Page
32 of 96

FREE 19569

1983 VOL 546

ENT FEB 11 1983 VOL 546

1 <u>PARCEL 6B:</u>

2 AN EASEMENT for utility purposes for the construction,

3 operation, inspection, maintenance and reconstruction of the

4 P. G. & E. pipe lines and incidents thereto, upon, over and

5 across a strip of land 15.00 feet wide, being more particularly

6 described as follows:

7 COMMENCING at the southwesterly terminus of the course with

8 the curve length of 344.68 feet in PARCEL 6A described above;

9 thence along said course from a tangent that bears

10 N. 28°45'00" E., along a curve to the right with a radius of

11 557.00 feet, through an angle of 7°49'04", an arc length of 76.00

12 feet; thence N. 65°45'21" E., 104.12 feet; thence

13 N. 22°07'10" E., 88.43 feet to said course; thence from a tangent

14 that bears N. 55°02'41" E., along a curve to the right with a

15 radius of 557.00 feet, through an angle of 3°02'59", an arc

16 length of 29.65 feet; thence S. 22°07'10" W., 117.02 feet; thence

17 S. 65°45'21" W., 108.75 feet; thence from a tangent that bears

18 S. 36°09'27" W., along a curve to the left with a radius of

19 542.00 feet, through an angle of 7°24'27", an arc length of 70.07

20 feet; thence S. 28°45'00" W., 737.83 feet; thence along a tangent

21 curve to the left with a radius of 542.00 feet, through an angle

22 of 35°12'39", an arc length of 333.08 feet to a point of compound

23 curvature; thence along a tangent curve to the left, with a

24 radius of 4942.00 feet, through an angle of 0°24'34", an arc

25 length of 35.32 feet; thence S. 76°22'17" W., 15.10 feet to the

26 general southeasterly line of said PARCEL 6A described above;

27 thence along last said line from a tangent that bears

COURT PAPER
STATE OF CALIFORNIA
STD 113 (REV 8-72)
OSP

Case: 19-30088    Doc# 13478-8    Filed: 01/31/23    Entered: 01/31/23 20:09:30    Page
33 of 96

1  N. 6°53'27" W., along a curve to the right, with a radius of
2  4957.00 feet, through an angle of 0°25'48", an arc length of
3  37.20 feet to a point of compound curvature, along a tangent
4  curve to the right, with a radius of 557.00 feet, through an
5  angle of 35°12'39", an arc length of 342.30 feet and N. 28°45'00"
6  E., 737.83 feet to the point of commencement.

7      The bearings and distances used in the above description are
8  on the California Coordinate System, Zone 3.  Multiply the above
9  distances by 1.0000790 to obtain ground level distances.

10     TOGETHER WITH the right of ingress to and egress from the
11 above-described PARCEL 6B by the most reasonable and practicable
12 means available and the right from time to time to trim and to
13 cut down and clear away or otherwise destroy any and all trees
14 and brush now or hereafter located on or near the above-described
15 PARCEL 6B, which in the opinion of the plaintiff may be a hazard
16 to said pipe lines.

17     OWNER SHALL NOT erect, construct or place any building or
18 structure or other obstruction or material upon, over, or under
19 the above-described PARCEL 6B, nor shall owner deposit or permit
20 or allow to be deposited any substance or material on or near the
21 above-described PARCEL 6B, so as to constitute, in the opinion of
22 the plaintiff, a hazard to said pipe lines.

23 ///
24 ///
25 ///
26 ///
27 ///

ENT  FEB 11 1983 VOL 546 PG 1611

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV 8-72)

OSP

Case: 19-30088    Doc# 13478-8    Filed: 01/31/23    Entered: 01/31/23 20:09:30    Page 34 of 96

1    PARCEL 6C:

2         A TEMPORARY EASEMENT to terminate on December 31, 1977, for

3    roadway construction purposes and incidents thereto, upon, over

4    and across the following described parcel of land:

5         COMMENCING at the southwesterly terminus of the course with

6    the curve length of 344.68 feet in PARCEL 6A described above;

7    thence along said course from a tangent that bears

8    N. 28°45'00" E., along a curve to the right with a radius of

9    557.00 feet, through an angle of 26°17'41", an arc length of

10   255.63 feet; thence S. 22°07'10" W., 88.43 feet; thence

11   S. 28°45'00" W., 896.96 feet; thence along a tangent curve to the

12   left with a radius of 489.00 feet, through an angle of 35°12'39",

13   an arc length of 300.51 feet to a point of compound curvature;

14   thence along a tangent curve to the left with a radius of 4889.00

15   feet, through an angle of 1°13'26", an arc length of 104.43 feet;

16   thence S. 7°41'05" E., 376.24 feet; thence along a tangent curve

17   to the right, with a radius of 4000.00 feet, through an angle of

18   2°38'49", an arc length of 184.79 feet to a point of reverse

19   curvature; thence along a tangent curve to the left, with a

20   radius of 3500.00 feet, through an angle of 2°38'49", an arc

21   length of 161.69 feet; thence S. 7°41'05" E., 280.83 feet; thence

22   along a tangent curve to the left, with a radius of 4965.00 feet,

23   through an angle of 6°11'53", an arc length of 537.10 feet;

24   thence S. 13°52'58" E., 74.03 feet; thence from a tangent that

25   bears N. 13°52'58" W., along a curve to the left, with a radius

26   of 7549.00 feet, through an angle of 2°33'57", an arc length of

27   338.06 feet; thence N. 16°26'55" W., 424.95 feet to the general

EGE1642

FEB 11 1983 VOL 546

ENT

COURT PAPER
STATE OF CALIFORNIA
STD 113 (REV 8-72)

OSP

- 26 -

1  southeasterly line of said PARCEL 6A described above; thence

2  along last said line N. 7°41'05" W., 135.49 feet, along a tangent

3  curve to the right, with a radius of 2600.00 feet, through an

4  angle of 3°58'12", an arc length of 180.15 feet to a point of

5  reverse curvature, along a tangent curve to the left, with a

6  radius of 2400.00 feet, through an angle of 3°58'12", an arc

7  length of 166.30 feet, N. 7°41'05" W., 376.35 feet, along a

8  tangent curve to the right, with a radius of 4957.00 feet,

9  through an angle of 1°13'26", an arc length of 105.89 feet to a

10  point of compound curvature; along a tangent curve to the right

11  with a radius of 557.00 feet, through an angle of 35°12'39", an

12  arc length of 342.30 feet and N. 28°45'00" E., 737.83 feet to the

13  point of commencement.

14      The bearings and distances used in the above description are

15  on the California Coordinate System, Zone 3.  Multiply the above

16  distances by 1.0000790 to obtain ground level distances.

17

18

19

20

21

22

23

24

25

26

27



COURT PAPER
STATE OF CALIFORNIA
STD 113 - REV - 72
OSP

Case: 19-30088    Doc# 13478-8    Filed: 01/31/23    Entered: 01/31/23 20:09:30    Page
36 of 96

1  PARCEL 6D:

2      A TEMPORARY EASEMENT to terminate on December 31, 1977, for

3  drainage purposes and incidents thereto, upon, over and across

4  the following described parcel of land:

5      COMMENCING at a point on the course with the length of

6  351.68 feet in PARCEL 6A described above, distant thereon

7  N. 64°12'20" E., 101.40 feet from the southwesterly terminus of

8  said course; thence along said course N. 64°12'20" E., 50.05

9  feet; thence S. 23°06'07" E., 30.00 feet; thence S. 64°12'20" W.,

10 50.05 feet; thence N. 23°06'07" W., 30.00 feet to the point of

11 commencement.

12     The bearings and distances used in the above description are

13 on the California Coordinate System, Zone 3.  Multiply the above

14 distances by 1.0000790 to obtain ground level distances.



COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)
OSP

Case: 19-30088    Doc# 13478-8    Filed: 01/31/23    Entered: 01/31/23 20:09:30    Page
37 of 96

1 PARCEL 7A (Amended):

2 For freeway purposes that real property described as
3 follows:

4 COMMENCING at the northwesterly terminus of the course with
5 an arc length of 158.47 feet in Parcel 1 of that Joint Deed,
6 recorded April 6, 1954, in Book 2562, at Page 404, Official
7 Records of San Mateo County; thence along said course from a
8 tangent that bears S. 21°49'39" W., along a curve to the left
9 with a radius of 323.97 feet, through an angle of 10°24'42", an
10 arc length of 58.87 feet; thence from a tangent that bears
11 N. 34°04'39" W., along a curve to the right with a radius of
12 1560.00 feet, through an angle of 14°21'56", an arc length of
13 391.13 feet to a point of compound curvature; thence along a
14 tangent curve to the right with a radius of 10,060.00 feet,
15 through an angle of 0°59'24", an arc length of 173.82 feet;
16 thence from a tangent that bears N. 20°24'54" W., along a curve
17 to the right with a radius of 10,000.00 feet, through an angle of
18 4°53'56", an arc length of 855.02 feet; thence N. 13°51'37" W.,
19 1624.37 feet; thence along a tangent curve to the right with a
20 radius of 10,073.00 feet through an angle of 3°01'56", an arc
21 length of 533.09 feet; thence N. 10°49'41" W., 125.06 feet to the
22 southerly line of PARCEL 5A described above; thence along the
23 last said line N. 66°34'37" E., 128.05 feet to the general
24 westerly line of said Parcel 1 of said Joint Deed; thence along
25 last said line S. 13°52'58" E., 2520.46 feet, along a tangent
26 curve to the left, with a radius of 4114.68 feet, through an
27 angle of 6°05'00", an arc length of 436.87 feet, S. 19°57'58" E.,

ENT FEB 1 1 1983 VOL 5 4 6 PAGE1 G15

COURT PAPER
STATE OF CALIFORNIA
STD 113 (REV ....)
OSP

Case: 19-30088    Doc# 13478-8    Filed: 01/31/23    Entered: 01/31/23 20:09:30    Page 38 of 96

1 567.17 feet and along a tangent curve to the right with a radius
2 of 199.98 feet, through an angle of 41°47'37", an arc length of
3 145.88 feet to the point of commencement.

4 Lands abutting said freeway shall have no right or easement
5 of access thereto.

6 1) RESERVING unto City, an UNDERGROUND EASEMENT 30.00 feet
7 in width, across the above-described PARCEL 7A for subsurface
8 power ducts, the centerline of which is described as follows:

9 Beginning for reference at the southeasterly terminus of the
10 2438.84-foot curve with the arc length of 504.30 feet on the
11 easterly line of that 116.35-acre parcel of land known as Parcel
12 1 conveyed to the State of California by that certain Joint Deed
13 recorded April 6, 1954 in Book 2562 at Page 404, Official Records
14 of San Mateo County; thence from a tangent that bears
15 N. 28°41'34" W., along a curve to the right with a radius of
16 2438.84 feet, through an angle of 1°25'36", an arc length of
17 60.73 feet to the TRUE POINT OF COMMENCEMENT: thence
18 S. 73°30'44" W., 383.80 feet more or less, to a point in the
19 westerly boundary of Parcel 7A described above.

20 City shall not in the exercise of its rights under its
21 easement pass through or over the freeway fence constructed by
22 State across City's easement except in emergencies or when
23 necessary to permit the construction, reconstruction or
24 replacement of City's facilities.

25 2) RESERVING unto City, an UNDERGROUND EASEMENT 50.00 feet
26 in width, across the above-described PARCEL 7A for utility
27 tunnels and conduits, the centerline of which is described as
28 follows:

- 30 -

COURT PAPER
STATE OF CALIFORNIA
STD 113  REV.  •  •.
OSP

1    Beginning for reference at the southerly corner of PARCEL 6A
2    described above; thence along the easterly line of Parcel 1 of
3    that Joint Deed recorded April 6, 1954, in Book 2562 at Page 404,
4    Official Records of San Mateo County, which easterly line is the
5    right of way line of the highway commonly known as the Bayshore
6    Freeway, S. 13°52'58" E., 1352.19 feet to the TRUE POINT OF
7    COMMENCEMENT; thence S. 63°16'38" W., 386.36 feet more or less to
8    a point in the westerly line of PARCEL 7A described above.

9    City shall not in the exercise of its rights under its
10   easement pass through or over the freeway fence constructed by
11   State across City's easement except in emergencies or when
12   necessary to permit the construction, reconstruction or
13   replacement of City's facilities.

14   The bearings and distances used in the above description are
15   on the California Coordinate System, Zone 3.   Multiply the above
16   distances by 1.0000790 to obtain ground level distances.

17
18
19
20
21
22
23
24
25
26
27

PAGE 1617

ENT  FEB 11 1983 VOL  546

COURT PAPER
STATE OF CALIFORNIA
STD 113 (REV. 8-72)
OSP

Case: 19-30088    Doc# 13478-8    Filed: 01/31/23    Entered: 01/31/23 20:09:30    Page
40 of 96

1  PARCEL 7B:

2      For freeway purposes that real property described as
3  follows:

4      COMMENCING at the southerly corner of PARCEL 7A described
5  above; thence along the general westerly line of Parcel 1 of that
6  Joint Deed, recorded April 6, 1954, in Book 2562, at Page 404,
7  Official Records of San Mateo County, from a tangent that bears
8  S. 11°24'57" W., along a curve to the left, with a radius of
9  323.97 feet, through an angle of 38°56'22", an arc length of
10  220.18 feet; thence S. 76°34'17" W., 57.21 feet; thence
11  S. 56°39'21" W., 253.96 feet; thence S. 21°36'27" E., 150.00
12  feet; thence from a tangent that bears N. 35°20'38" W., along a
13  curve to the right with a radius of 5584.00 feet, through an
14  angel of 3°12'18", an arc length of 312.36 feet to a point of
15  compound curvature; thence along a tangent curve to the right
16  with a radius of 464.00 feet, through an angle of 11°50'02", an
17  arc length of 95.84 feet; thence S. 41°13'53" E., 150.00 feet;
18  thence N. 56°49'08" E., 114.88 feet; thence along a tangent curve
19  to the left, with a radius of 252.00 feet, through an angle of
20  76°26'21", an arc length of 336.20 feet; thence N. 19°37'13" W.,
21  148.00 feet; thence along a tangent curve to the right with a
22  radius of 1548.00 feet, through an angle of 4°44'56", an arc
23  length of 128.30 feet to a point of compound curvature; thence
24  along a tangent curve to the right with a radius of 10,048.00
25  feet, through an angle of 0°58'21", an arc length of 170.55 feet
26  to the westerly line of said PARCEL 7A described above; thence
27  along last said line from a tangent that bears S. 18°43'19" E.,

COURT PAPER
STATE OF CALIFORNIA
STD 113 (REV 8-72)
OSP

- 32 -

ENT  FEB 1 1 1983 VOL 5 4 6  PAGE 1518

1  along a curve to the left, with a radius of 10,060.00 feet,
2  through an angle of 0°59'24", an arc length of 173.82 feet to a
3  point of compound curvature and along a tangent curve to the
4  left, with a radius of 1560.00 feet, through an angle of
5  14°21'56", an arc length of 391.13 feet to the point of
6  commencement.

7      Lands abutting said freeway shall have no right or easement
8  of access thereto; provided, however, that the remaining lands
9  shall have access to said freeway over, and across the line
10 described above with the lengths of 312.36 feet and 95.84 feet.

11     The bearings and distances used in the above description are
12 on the California Coordinate System, Zone 3. Multiply the above
13 distances by 1.0000790 to obtain ground level distances.



ENT FEB 11 1983 VOL 546

00001639

COURT PAPER
STATE OF CALIFORNIA
STD 113 - REV 3 72
OSP

Case: 19-30088   Doc# 13478-8   Filed: 01/31/23   Entered: 01/31/23 20:09:30   Page
42 of 96

PARCEL 7C (Amended):

For freeway purposes that real property described as follows:

COMMENCING at the southeasterly terminus of the course described as "S. 61°54'30" E., 380.70 feet" in Parcel 1 of that Joint Deed, recorded April 6, 1954, in Book 2562, at Page 404, Official Records of San Mateo County; thence along the general southwesterly line of said Parcel 1 from a tangent that bears S. 60°40'28" E., along a curve to the right, with a radius of 438.96 feet, through an angle of 12°53'46", an arc length of 98.80 feet, S. 47°46'42" E., 385.03 feet, along a tangent curve to the left with a radius of 4114.68 feet, through an angle of 1°40'46", an arc length of 120.61 feet and S. 49°27'28" E., 3500.33 feet; thence N. 50°35'14" W., 963.88 feet; thence N. 49°26'29" W., 1000.00 feet; thence N. 50°35'04" W., 404.06 feet; thence N. 45°51'04" W., 196.45 feet; thence from a tangent that bears N. 51°02'13" W., along a curve to the left, with a radius of 24,875.00 feet, through an angle of 0°41'37", an arc length of 301.13 feet to a point of compound curvature; thence along a tangent curve to the left, with a radius of 2850.00 feet, through an angle of 3°18'07", an arc length of 164.24 feet; thence N. 55°01'57" W., 793.51 feet; thence N. 73°45'09" W., 118.18 feet; thence from a tangent that bears N. 56°24'50" W., along a curve to the right, with a radius of 600.00 feet, through an angle of 43°50'37", an arc length of 459.13 feet to said course, thence along said course, S. 60°40'28" E., 259.75 feet to the point of commencement.

COURT PAPER
STATE OF CALIFORNIA
STD 113 - REV 8-72
OSP

Case: 19-30088    Doc# 13478-8    Filed: 01/31/23    Entered: 01/31/23 20:09:30    Page 43 of 96

PAGE 1620    1983 VOL 546    ENT FEB 1 1 1983

1    Lands abutting said freeway shall have no right or easement
2 of access thereto.

3    The bearings and distances used in the above description are
4 on the California Coordinate System, Zone 3.  Multiply the above
5 distances by 1.0000790 to obtain ground level distances.

6    RESERVING unto City, an UNDERGROUND EASEMENT 50.00 feet in
7 width, across the above-described PARCEL 7C for existing
8 utilities, utility tunnels and future utilities to be
9 constructed, the centerline of said easement being described as
10 follows:

11    COMMENCING at a point in the easterly right of way line of
12 the Bayshore Freeway, said point being situated S. 49°27'28" E.,
13 321.57 feet from the California Highway Commission concrete
14 monument opposite from and distant N. 39°18'30" E., 115.00 feet
15 from Engineer's Station "F" 403+53.43 on the centerline of
16 Bayshore Freeway, which monument is at the northwesterly terminus
17 of the course described in the legal description of Parcel 1 as
18 N. 50°41'30" W., 5091.96 feet, said Parcel 1 being as described
19 in that certain Joint Deed recorded April 6, 1954, in Volume
20 2562, Page 404, Official Records of San Mateo County; thence
21 S. 40°32'32" W., 280.30 feet more or less to a point in the
22 westerly boundary of Parcel 7C, described above.

23    City shall not in the exercise of its rights under its
24 easement pass through or over the freeway fence constructed by
25 State across City's easement except in emergencies or when
26 necessary to permit the construction, reconstruction or
27 replacement of City's facilities.

COURT PAPER
STATE OF CALIFORNIA
STD 113 (REV. 8-72)
OSP

- 35 -

1    The bearings and distances used in the above description are
2    on the California Coordinate System, Zone 3.   Multiply the above
3    distances by 1.0000790 to obtain ground level distances.



ENT  FEB 1 1 1983 VOL 546  PAGE 1622

COURT PAPER
STATE OF CALIFORNIA
STD 113 REV
OSP

Case: 19-30088   Doc# 13478-8   Filed: 01/31/23   Entered: 01/31/23 20:09:30   Page
45 of 96

1  PARCEL 7D:

2      AN EASEMENT for cut and fill slope purposes and incidents
3  thereto, upon, over and across the following described parcel of
4  land:

5      COMMENCING at the northwesterly corner of PARCEL 7A
6  described above; thence along the westerly line of said
7  PARCEL 7A, S. 10°49'41" E., 125.06 feet, along a tangent curve to
8  the left with a radius of 10,073.00 feet, through an angle of
9  3°01'56", an arc length of 533.09 feet, S. 13°51'37" E., 1624.37
10  feet and from a tangent that bears S. 15°30'58" E., along a curve
11  to the left, with a radius of 10,000.00 feet through an angle of
12  4°53'56", an arc length of 855.02 feet; thence N. 31°40'11" W.,
13  100.00 feet; thence from a tangent that bears N. 19°51'15" W.,
14  along a curve to the right, with a radius of 10,020.00 feet,
15  through an angle of 4°20'29", an arc length of 759.23 feet;
16  thence N. 13°51'37" W., 1624.37 feet; thence along a tangent
17  curve to the right with a radius of 10,093.00 feet, through an
18  angle of 3°01'56", an arc length of 534.14 feet; thence
19  N. 10°49'41" W., 120.59 feet to the southerly line of PARCEL 5B
20  described above; thence along last said line N. 66°34'37" E.,
21  20.50 feet to the point of commencement.

22      RESERVING unto owners of the above-described parcel of land,
23  their successors or assigns, the right at any time to remove such
24  slopes or portions thereof upon removing the necessity for
25  maintaining such slopes or portions thereof or upon providing in
26  place thereof other adequate lateral support, the design and
27  construction of which shall be first approved by the State

ENT  FEB 1 1 1983 VOL 5 4 6

1983 C 223

- 37 -

COURT PAPER
STATE OF CALIFORNIA
STD 113 · REV 8 72·

OSP

1  Division of Highways, for the protection and support of said

2  highway.

3       The bearings and distances used in the above description are

4  on the California Coordinate System, Zone 3.  Multiply the above

5  distances by 1.0000790 to obtain ground level distances.



COURT PAPER
STATE OF CALIFORNIA
STD 113 REV 8 72
OSP

Case: 19-30088   Doc# 13478-8   Filed: 01/31/23   Entered: 01/31/23 20:09:30   Page
47 of 96

1  PARCEL 7E (Amended):

2      A TEMPORARY EASEMENT to terminate on December 31, 1986, for

3  drainage purposes and incidents thereto, upon, over and across

4  the parcel of land described as follows:

5      COMMENCING at the northwesterly terminus of the course with

6  the curve length of 301.13 feet in PARCEL 7C described above;

7  thence along said course, from a tangent that bears

8  S. 51°43'50 E., along a curve to the right with a radius of

9  24,875.00 feet, through an angle of 0°41'37", an arc length of

10  301.13 feet; thence S. 39°42'57" W., 96.99 feet; thence from a

11  tangent that bears N. 51°02'18" W., along a curve to the left,

12  with a radius of 24,778.00 feet, through an angle of 0°41'32", an

13  arc length of 299.36 feet to a point of compound curvature;

14  thence along a tangent curve to the left, with a radius of

15  2753.00 feet, through an angle of 4°41'00", an arc length of

16  225.03 feet; thence N. 56°24'50" W., 680.96 feet; thence along a

17  tangent curve to the left with a radius of 110.00 feet, through

18  an angle of 47°16'30", an arc length of 90.76 feet; thence

19  N. 13°41'20" W., 80.00 feet; thence N. 18°45'21" E., 63.19 feet

20  to the southwesterly line of said PARCEL 7C described above;

21  thence along last said line S. 73°45'09" E., 118.18 feet,

22  S. 55°01'57" E., 793.51 feet and along a tangent curve to the

23  right with a radius of 2850.00 feet, through an angle of

24  3°18'07", an arc length of 164.24 feet to the point of

25  commencement.

26      The bearings and distances used in the above description are

27  on the California Coordinate System, Zone 3.  Multiply the above

28  distances by 1.0000790 to obtain ground level distances.

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)
OSP

- 39 -

FEB 1 1 1983 VOL 546    PAGE 1625

ENT

1 PARCEL 8 (Amended):

2     AN AERIAL EASEMENT for the construction of freeway structure

3 and incidents thereto, upon, over and across the following

4 described parcel of land:

5     COMMENCING at the southerly terminus of the course described

6 as "N. 15°07' W., 4633.23 feet" in Parcel 1 of that Joint Deed,

7 recorded April 6, 1954, in Book 2562, at Page 404, Official

8 Records of San Mateo County; thence along said course

9 N. 13°52'58" W., 3019.28 feet to the southerly corner of PARCEL

10 6A described above; thence along the southeasterly line of said

11 PARCEL 6A, N. 9°00'20" W., 198.04 feet, along a tangent curve to

12 the right, with a radius of 4969.00 feet, through an angle of

13 1°19'15", an arc length of 114.55 feet and N. 7°41'05" W., 162.26

14 feet to the southwesterly line of PARCEL 6C described above;

15 thence along last said line S. 16°26'55" E., 424.95 feet and

16 along a tangent curve to the right with a radius of 7549.00 feet,

17 through an angle of 2°33'57", an arc length of 338.06 feet;

18 thence S. 13°52'58" E., 2170.57 feet; thence along a tangent

19 curve to the left with a radius of 4965.00 feet, through an angle

20 of 3°09'59", an arc length of 274.38 feet; thence

21 S. 17°02'57" E., 558.43 feet; thence along a tangent curve to the

22 left, with a radius of 4951.00 feet, through an angle of

23 6°03'12", an arc length of 523.08 feet to a point of compound

24 curvature; thence along a tangent curve to the left with a radius

25 of 426.00 feet, through an angle of 15°14'13", an arc length of

26 113.29 feet to the general easterly line of said Parcel 1 (2562

27 OR 404); thence along last said line from a tangent that bears

COURT PAPER
STATE OF CALIFORNIA
STD 113 REV 8-72
OSP

- 40 -

Case: 19-30088    Doc# 13478-8    Filed: 01/31/23    Entered: 01/31/23 20:09:30    Page 49 of 96

1  N. 58°53'06" W., along a curve to the right with a radius of
2  448.96 feet, through an angle of 30°11'32", an arc length of
3  236.58 feet to a point of compound curvature, along a tangent
4  curve to the right with a radius of 2,438.81 feet, through an
5  angle of 11°50'52", an arc length of 504.30 feet to a point of
6  compound curvature and along a tangent curve to the right with a
7  radius of 3884.69 feet, through an angle of 2°57'44", an arc
8  length of 200.84 feet to the point of commencement.

9    TOGETHER with the temporary right to terminate on December
10  31, 1986, to construct roadway and reconstruct existing roadway
11  over and across the ground level area of the above-described
12  PARCEL 8.

13   The bearings and distances used in the above description are
14  on the California Coordinate System, Zone 3.  Multiply the above
15  distances by 1.0000790 to obtain ground level distances.



PAGE 627

ENT FEB 11 1983 VOL 546

16
17
18
19
20
21
22
23
24
25
26
27

Case: 19-30088   Doc# 13478-8   Filed: 01/31/23   Entered: 01/31/23 20:09:30   Page 50 of 96



STATE OF CALIFORNIA } SS.
COUNTY OF SAN MATEO }

I, Neal Taniguchi, the Clerk of the Superior Court of the above entitled County, do hereby certify that the foregoing is a full, true and correct copy of the original on file in my office, and that I have carefully compared same with the original.
Witness my hand and seal of said Superior Court

This_____ day of JAN 3 0 2023
Clerk of the Superior Court of California, County of San Mateo

By_____
Deputy Clerk
R. KRILL

# EXHIBIT 7

Case: 19-30088   Doc# 13478-8   Filed: 01/31/23   Entered: 01/31/23 20:09:30   Page 52 of 96

RECORDER'S OFFICE SAN MATEO COUNTY

Dept. of Transportation
PO Box 7791
San Francisco CA 94120
Attn. Condemnation Section

1  Lee Tyler
   Robert J. DeFea
2  Daniel C. Murphy
     Attorneys for Plaintiff
3    201 Sansome Street, Suite 400
     Mail:  P. O. Box 7444
4    San Francisco, CA 94120-7444
     Telephone:  982-3130

5

6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                    FOR THE COUNTY OF SAN MATEO

10

11  THE PEOPLE OF THE STATE OF CALIFORNIA,  )
    acting by and through the Department     )  No. 175581
12  of Transportation,                        )
                                              )
13                        Plaintiff,          )  Parcels 1A, 1B, 1C, 1D,
                                              )  1E, 2, 3A(Amended), 3B,
14           vs.                              )  3C, 4, 5A, 5B(Amended),
                                              )  6A(Amended), 6B, 6C and
15  CITY AND COUNTY OF SAN FRANCISCO, a       )  6D
    municipal corporation, et al.,           )
16                                            )
                                              )
17  _____Defendants.  )
                                              )
18  THE PEOPLE OF THE STATE OF CALIFORNIA,   )
    acting by and through the Department     )  No. 187314
19  of Transportation,                        )
                                              )
20                        Plaintiff,          )  Parcels 7A(Amended),
                                              )  7B, 7C(Amended), 7D,
21           vs.                              )  7E(Amended) and
                                              )  8(Amended)
22  CITY AND COUNTY OF SAN FRANCISCO, a       )
    municipal corporation, et al.,           )
23                                            )  FINAL ORDER OF
                          Defendants.         )  CONDEMNATION
24  _____    )

25                              1

26         It appearing to the court that plaintiff has deposited

27  into court for the defendant entitled thereto the sum of money

COURT PAPER
STATE OF CALIFORNIA

1  assessed by the Judgment in Condemnation entered in this

2  proceeding; and

3                              2

4          It further appearing to the court that possession was

5  taken by plaintiff on June 13, 1973, in Suit Number 175581; and

6  on November 18, 1974, in Suit Number 187314;

7                              3

8          NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND

9  DECREED that the real property situated in the County of San

10 Mateo, State of California, and more particularly described in

11 Exhibit "A" attached hereto and made a part hereof, be condemned

12 to plaintiff for State highway purposes, in fee simple absolute,

13 unless a lesser estate is described.

14                             4

15         IT IS FURTHER ORDERED, ADJUDGED AND DECREED that a

16 certified copy of this order be recorded in the office of the

17 County Recorder of the County of San Mateo, State of California,

18 and thereupon title to said property described in Exhibit "A"

19 shall vest in plaintiff and all interests of defendant CITY AND

20 COUNTY OF SAN FRANCISCO, in and to said real property shall be

21 terminated.

22 DATED:         FEB 11 1983

23

24                              **GERALD E. RAGAN**

                          JUDGE OF THE SUPERIOR COURT

25

26

27

COURT PAPER
STATE OF CALIFORNIA
STD. 113  (REV. 8-72)

                    - 2 -

RECORDER'S OFFICE SAN MATEO COUNTY

PARCEL 1A:

For freeway purposes that real property described as
follows:

COMMENCING at the northwesterly terminus of the course
described as "N. 24°19'45" W., 104.00 feet", in Parcel 1 of that
Joint Deed, recorded April 6, 1954, in Book 2562 at Page 404,
Official Records of San Mateo County; thence along the general
northeasterly line of said Parcel 1 S. 66°54'17" W., 161.29 feet,
along a tangent curve to the right with a radius of 249.98 feet,
through an angle of 39°23'45", an arc length of 171.88 feet,
N. 73°41'58" W., 397.36 feet, along a tangent curve to the right
with a radius of 299.98 feet, through an angle of 59°49'00", an
arc length of 313.17 feet, N. 13°52'58" W., 1373.94 feet and
along a tangent curve to the right with a radius of 4884.61 feet,
through an angle of 9°50'01", an arc length of 838.33 feet to the
northerly line of the S. 1/2 of the S.W. 1/4 of Section 27,
T.3 S., R. 5 W., M.D.B. & M.; thence along last said line S.
88°48'37" E., 257.20 feet; thence S. 28°48'39" E., 164.69 feet;
thence along a tangent curve to the left, with a radius of 325.00
feet, through an angle of 67°43'20", an arc length of 384.14
feet; thence S. 51°05'16" E., 98.55 feet; thence N. 68°00'01" E.,
374.10 feet; thence along a tangent curve to the right with a
radius of 1139.00 feet, through an angle of 7°45'54", an arc
length of 154.36 feet to the westerly line of the Old Bayshore
Highway, as established by that deed to the State of California
recorded August 8, 1925, in Book 180, at Page 149, Official
Records of San Mateo County; thence along last said line

EXHIBIT "A"

RECORDER'S OFFICE SAN MATEO COUNTY

1  S. 24°17'07" E. 344.44 feet; thence S. 46°52'11" W., 780.52 feet;

2  thence from a tangent that bears S. 1°04'45" W., along a curve to

3  the right with a radius of 1065.00 feet, through an angle of

4  16°28'03", an arc length of 306.09 feet; thence from a tangent

5  that bears S. 13°32'43" E., along a curve to the right with a

6  radius of 1362.00 feet, through an angle of 4°35'41", an arc

7  length of 109.22 feet; thence S. 10°02'06" E., 633.97 feet;

8  thence from a tangent that bears S. 8°57'02" E., along a curve to

9  the left with a radius of 238.00 feet, through an angle of

10  61°37'53", an arc length of 256.01 feet; thence S. 70°34'55" E.,

11  258.21 feet; thence along a tangent curve to the left, with a

12  radius of 300.00 feet, through an angle of 40°58'34", an arc

13  length of 214.55 feet; thence from a tangent that bears

14  N. 63°00'09" E., along a curve to the right with a radius of

15  927.00 feet, through an angle of 13°27'50", an arc length of

16  217.84 feet; thence S. 23°05'43" E., 31.33 feet to the northerly

17  line of San Bruno Avenue as established by deed to County of San

18  Mateo, recorded May 23, 1928, in Book 355, at Page 241, Official

19  Records of San Mateo County; thence along last said line

20  S. 66°54'17" W., 363.90 feet to said course; thence along said

21  course N. 23°05'43" W., 22.00 feet to the point of commencement.

22      Lands abutting said freeway shall have no right or easement

23  of access thereto. Also, there shall be no access to the freeway

24  over and across the northwesterly prolongation of the course

25  described above with the length of 344.44 feet for a distance of

26  75.00 feet.

27      The bearings and distances used in the above description are

COURT PAPER
STATE OF CALIFORNIA
STD 113 REV 1 72
65P

- 2 -

Case: 19-30088   Doc# 13478-3   Filed: 01/31/23   Entered: 01/31/23 20:05:30   Page 56 of 96

RECORDER'S OFFICE SAN MATEO COUNTY

1   on the California Coordinate System, Zone 3.   Multiply the above

2   distances by 1.0000790 to obtain ground level distances.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

S3013501

COURT PAPER
STATE OF CALIFORNIA
STD 113 REV. 3-70

- 3 -

RECORDER'S OFFICE SAN MATEO COUNTY

1 PARCEL 1B:

2 .AN EASEMENT for cut and fill slope purposes and incidents

3 thereto, upon, over and across the following described parcel of

4 land:

5 COMMENCING at the southwesterly terminus of the course

6 described as "S. 46°52'11" W., 780.52 feet", in PARCEL 1A above;

7 thence along said course N. 46°52'11" E., 431.34 feet; thence

8 S. 43°07'49" E., 35.00 feet; thence S. 46°52'11" W., 80.00 feet;

9 thence N. 43°07'49" W., 10.00 feet; thence S. 46°52'11" W.,

10 355.00 feet; thence from a tangent that bears S. 2°09'55" W.,

11 along a curve to the right with a radius of 1080.00 feet, through

12 an angle of 8°16'37", an arc length of 156.02 feet; thence from a

13 tangent that bears S. 17°57'36" E., along a curve to the right

14 with a radius of 1441.00 feet, through an angle of 9°00'34", an

15 arc length of 226.59 feet; thence S. 10°02'06" E., 633.97 feet;

16 thence from a tangent that bears S. 8°57'02" E., along a curve to

17 the left, with a radius of 159.00 feet, through an angle of

18 61°37'53", an arc length of 171.03 feet; thence S. 70°34'55" E.,

19 97.25 feet; thence S. 55°04'28" E., 167.04 feet; thence from a

20 tangent that bears S. 70°34'55" E., along a curve to the left,

21 with a radius of 500.00 feet, through an angle of 19°33'38", an

22 arc length of 170.70 feet; thence from a tangent that bears N.

23 74°09'40" E., along a curve to the left with a radius of 290.00

24 feet, through an angle of 5°37'35", an arc length of 28.48 feet;

25 thence from a tangent that bears N. 63°01'55" E., along a curve

26 to the right with a radius of 937.00 feet, through an angle of

27 14°34'25", an arc length of 238.33 feet; thence S. 23°05'43" E.,

COURT PAPER
STATE OF CALIFORNIA
STD 113 (REV 8-72)
OSP

- 4 -

RECORDER'S OFFICE SAN MATEO COUNTY

1　37.91 feet to the northerly line of San Bruno Avenue, as

2　established by deed to the County of San Mateo, recorded May 23,

3　1928, in Book 355, at Page 241, Official Records of San Mateo

4　County; thence along last said line S. 66°54'17" W., 20.00 feet

5　to the general easterly line of said PARCEL 1A described above;

6　thence along last said line N. 23°05'43" W., 31.33 feet, from a

7　tangent that bears S. 76°27'59" W., along a curve to the left

8　with a radius of 927.00 feet, through an angle of 13°27'50", an

9　arc length of 217.84 feet, from a tangent that bears

10　S. 68°26'31" W., along a curve to the right with a radius of

11　300.00 feet, through an angle of 40°58'34", an arc length of

12　214.55 feet, N. 70°34'55" W., 258.21 feet, along a tangent curve

13　to the right with a radius of 238.00 feet, through an angle of

14　61°37'53", an arc length of 256.01 feet, N. 10°02'06" W., 633.97

15　feet, from a tangent that bears N. 8°57'02" W., along a curve to

16　the left with a radius of 1362.00 feet, through an angle of

17　4°35'41", an arc length of 109.22 feet and from a tangent that

18　bears N. 17°32'48" E., along a curve to the left with a radius of

19　1065.00 feet, through an angle of 16°28'03", an arc length of

20　306.09 feet to the point of commencement.

21　　　　RESERVING unto owners of the above-described parcel of land,

22　their successors or assigns, the right at any time to remove such

23　slopes or portions thereof upon removing the necessity for

24　maintaining such slopes or portions thereof or upon providing in

25　place thereof other adequate lateral support, the design and

26　contruction of which shall be first approved by the State

27　Division of Highways, for the protection and support of said

28　highway.

COURT PAPER
STATE OF CALIFORNIA
STD. 113  (REV. 8-72)

- 5 -

Case: 19-30088   Doc#:12478-3   Filed: 03/31/22   Entered: 03/31/22 15:49:30   Page 59 of 96



The bearings and distances used in the above description are
on the California Coordinate System, Zone 3. Multiply the above
distances by 1.0000790 to obtain ground level distances.

RECORDER'S OFFICE SAN MATEO COUNTY

S3013501

COURT PAPER
STATE OF CALIFORNIA
STD 113 REV 8 72

- 6 -

Case: 19-30896   Doc# 124761   Filed: 03/25/22   Entered: 03/25/22 20:00:30   Page 60 of 96

RECORDER'S OFFICE SAN MATEO COUNTY

1  PARCEL 1C:

2      AN EASEMENT for utility purposes for the P.T. & T. and

3  incidents thereto, upon, over, under and across the following

4  described parcel of land:

5      COMMENCING at the southeasterly terminus of the course with

6  an arc length of 170.70 feet in PARCEL 1B described above; thence

7  along the general easterly line of said PARCEL 1B described above

8  from a tangent that bears N. 74°09'40" E., along a curve to the

9  left with a radius of 290.00 feet, through an angle of 5°37'35",

10  an arc length of 28.48 feet, from a tangent that bears

11  N. 63°01'55" E., along a curve to the right with a radius of

12  937.00 feet, through an angle of 14°34'25", an arc length of

13  238.33 feet and S. 23°05'43" E., 37.91 feet to the northerly line

14  of San Bruno Avenue, as established by deed to the County of San

15  Mateo, recorded May 23, 1928, in book 355, at Page 241, Official

16  Records of San Mateo County; thence along last said line

17  S. 66°54'17" W., 20.00 feet to the general easterly line of

18  PARCEL 1A described above; thence along last said line

19  N. 23°05'43" W., 31.33 feet, from a tangent that bears

20  S. 76°27'59" W., along a curve to the left with a radius of

21  927.00 feet, through an angle of 13°27'50", an arc length of

22  217.34 feet, from a tangent that bears S. 68°26'31" W., along a

23  curve to the right with a radius of 300.00 feet, through an angle

24  of 40°58'34", an arc length of 214.55 feet, N. 70°34'55" W.,

25  258.21 feet and along a tangent curve to the right with a radius

26  of 238.00 feet, through an angle of 38°43'21", an arc length of

27  160.85 feet; thence N. 58°08'26" E., 10.00 feet; thence from a

- 7 -

COURT PAPER
STATE OF CALIFORNIA
STD 113 REV.

RECORDER'S OFFICE SAN MATEO COUNTY

1 tangent that bears S. 31°51'34" E., along a curve to the left

2 with a radius of 228.00 feet, through an angle of 38°43'21", an

3 arc length of 154.09 feet; thence S. 70°34'55" E., 258.21 feet;

4 thence along a tangent curve to the left with a radius of 290.00

5 feet, through an angle of 35°15'25", an arc length of 178.45 feet

6 to the point of commencement.

7     The bearings and distances used in the above description are

8 on the California Coordinate System, Zone 3. Muptiply the above

9 distances by 1.0000790 to obtain ground level distances.

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27



COURT PAPER
STATE OF CALIFORNIA
Std. 113 (REV. 8-72)
685

- 8 -

RECORDER'S OFFICE SAN MATEO COUNTY

1   PARCEL 1D:

2      AN EASEMENT for channel purposes and incidents thereto,

3  upon, over and across the following described parcel of land:

4      COMMENCING at the easterly terminus of the course with an

5  arc length of 154.36 feet in PARCEL 1A described above; thence

6  along the general northerly line of said PARCEL 1A from a tangent

7  that bears S. 75°45'55" W., along a curve to the left with a

8  radius of 1139.00 feet, through an angle of 7°45'54", an arc

9  length of 154.36 feet, S. 68°00'01" W., 374.10 feet and N.

10  51°05'16" W., 78.04 feet; thence from a tangent that bears N.

11  31°29'43" E., along a curve to the right with a radius of 315.00

12  feet, through an angle of 36°30'18", an arc length of 200.70

13  feet; thence N. 68°00'01" E., 372.94 feet to the westerly line of

14  the Old Bayshore Highway, as established by that deed to the

15  State of California, recorded August 8, 1925, in Book 180, at

16  Page 149, Official Records of San Mateo County; thence along last

17  said line S. 24°17'07" E., 140.56 feet to the point of

18  commencement.

19    The bearings and distances used in the above description are

20  on the California Coordinate System, Zone 3. Multiply the above

21  distances by 1.0000790 to obtain ground level distances.

22

23

24

25

26

27

COURT PAPER
STATE OF CALIFORNIA
STD 113 (REV 8-72)
85

Case 19-20085   Doc 1247-8   Filed 03/29/21   Entered 03/29/21 19:29:10   Page 63 of 96

1  PARCEL 1E:

2      A TEMPORARY EASEMENT to terminate on December 31, 1977, for

3  construction purposes and incidents thereto, upon, over and

4  across the following described parcel of land:

5      COMMENCING at the easterly terminus of the course with the

6  length of 257.20 feet in PARCEL 1A described above; thence along

7  the northerly line of the S. 1/2 of the S.W. 1/4 of Section 27,

8  T. 3 S., R 5 W., M.D.B. & M., S. 88°48'37" E., 896.66 feet to

9  the westerly line of the Old Bayshore Highway, as established by

10  that deed to the State of California, recorded August 8, 1925, in

11  Book 180, at Page 149, Official Records of San Mateo County;

12  thence along last said line S. 24°17'07" E., 41.28 feet to the

13  northwesterly line of PARCEL 1D described above; thence along

14  last said line S. 68°00'01" W., 372.94 feet and along a tangent

15  curve to the left with a radius of 315.00 feet, through an angle

16  of 36°30'18", an arc length of 200.70 feet to the general

17  northerly line of PARCEL 1A described above; thence along last

18  said line N. 51°05'16" W., 20.51 feet, from a tangent that bears

19  S. 83°28'01" W., along a curve to the right with a radius of

20  325.00 feet, through an angle of 67°43'20", an arc length of

21  384.14 feet and N. 28°48'39" W., 164.69 feet to the point of

22  commencement.

23      The bearings and distances used in the above description are

24  on the California Coordinate System, Zone 3. Multiply the above

25  distances by 1.0000790 to obtain ground level distances.

26  ///

27  ///

COURT PAPER
STATE OF CALIFORNIA
STD 113 REV 8 72
OSP

- 10 -

RECORDER'S OFFICE SAN MATEO COUNTY

1   PARCEL 2:

2       For freeway purposes, that real property described as

3   follows:

4       ALL of PARCEL II as said PARCEL II is described in that

5   Director's Deed recorded October 20, 1953, in Book 2487 at Page

6   445, Official Records of San Mateo County, and all of that

7   portion of Section 34 in Township 3 South, Range 5 West, Mount

8   Diablo Base and Meridian, bounded on the East by the Westerly

9   boundary line of the Bayshore Freeway as established by that

10  certain Deed from the City and County of San Francisco, to the

11  State of California, dated December 17, 1953, and recorded April

12  6, 1954 in Book 2562 of Official Records at Page 404 (File No.

13  47594-L), bounded on the North by the Northerly line of said

14  Section 34 and bounded on the West by the Easterly boundary line

15  of that certain map entitled "Amended Plan of the Belle Air Park,

16  San Bruno Station, San Mateo County, California", filed in the

17  office of the County Recorder of San Mateo County on June 24,

18  1907, in Book 5 of Maps at Page 10.

19



COURT PAPER
STATE OF CALIFORNIA

Case: 19-30088   Doc# 13478-8   Filed: 02/31/23   Entered: 01/31/23 16:20:30   Page
65 of 96

1  PARCEL 3A (Amended):

2     For freeway purposes that real property described as

3  follows:

4     Beginning for reference at the northwesterly corner of that

5  parcel of land described in that deed to the City and County of

6  San Francisco, recorded July 15, 1947, in Book 1351, at Page 273

7  Official Records of San Mateo County; thence along the westerly

8  prolongation of the northerly line of said parcel

9  N. 88°46'47" W., 16.06 feet to the northeasterly line of existing

10  South Airport Boulevard; thence along last said line

11  S. 24°17'07" E., 156.04 feet to the TRUE POINT OF COMMENCEMENT;

12  thence from a tangent that bears N. 76°55'5.  ., along a curve

13  to the right with a radius of 1112.00 feet, .. rough an angle of

14  5°19'47", an arc length of 103.44 feet; thence S. 88°46'47" E.,

15  824.01 feet; thence S. 79°12'01" E., 30.03 feet; thence

16  S. 1°13'13" W., 104.00 feet; thence N. 88°46'47" W., 124.61 feet;

17  thence S. 1°13'13" W., 5.00 feet; thence N. 89°02'29" W., 422.32

18  feet; thence from a tangent that bears S. 87°34'12" W., along a

19  curve to the left with a radius of 563.00 feet, through an angle

20  of 33°55'16", an arc length of 333.32 feet to said northeasterly

21  line of existing South Airport Boulevard; thence along last said

22  line N. 24°17'07" W., 233.47 feet to the true point of

23  commencement.

24     TOGETHER with the extinguishment of all easements of access

25  appurtenant to the remaining lands on and over and across the

26  courses described above with the lengths of 333.32 feet, 422.32

27  feet, 103.44 feet and the westerly 729.01 feet of the course with

28  the length of 824.01 feet.

COURT PAPER
STATE OF CALIFORNIA
STD 113 (REV. .
OSP

Case: 19-30088   Doc# 13478-8   Filed: 03/21/22   Entered: 04/31/22 23:39:30   Page 66 of 96

RECORDER'S OFFICE SAN MATEO COUNTY

1      RESERVING unto City, TWO EASEMENTS described as follows:

2      1) A TEMPORARY EASEMENT 5.00 feet in width, across the

3  above-described PARCEL 3A for underground conduits and existing

4  street lights, the centerline of which is described as follows:

5      Beginning for reference at the Southwesterly corner of the

6  above-described PARCEL 3A, said southwesterly corner being the

7  beginning point of the last course, described in said PARCEL 3A

8  as "N. 24°17'07" W., 233.47 feet"; thence from a tangent that

9  bears N. 53°38'56" E., along the curve to the right with a radius

10  of 563.00 feet, a central angle of 0°15'37", an arc length of

11  2.56 feet to the TRUE POINT OF COMMENCEMENT, said point of

12  commencement being on the centerline of the aforesaid 5.00-foot

13  easement and being also situated in the southerly line of

14  aforesaid PARCEL 3A; thence along a line parallel to and distant

15  easterly 2.50 feet measured at right angles from the westerly

16  boundary of said PARCEL 3A N. 24°17'07" W., 46.98 feet; thence

17  N. 68°32'44" E., 137.85 feet; thence along a tangent curve to the

18  right with a radius of 122.00 feet, through an angle of

19  22°24'49", an arc length of 47.73 feet; thence S. 89°02'27" E.,

20  82.85 feet to a point in the southeasterly boundary of said

21  PARCEL 3A.

22      All rights reserved by City in and to the above temporary

23  easement will terminate upon the replacement of said lighting

24  along and adjacent to realigned north access road, said realigned

25  roadway centerline identified as the "AC Line" on State's

26  Construction Detail Sheet C3, dated August 10, 1982.

27      2) A TEMPORARY EASEMENT 60.00 feet in width, across the

83013501

COURT PAPER
STATE OF CALIFORNIA
STD 113 (REV 8-72)
85

- 13 -

RECORDER'S OFFICE SAN MATEO COUNTY

1  above-described PARCEL 3A for roadway purposes, existing

2  utilities and roadway appurtenances connecting South Airport

3  Boulevard with the Airport's North Access Road, the centerline of

4  which is described as follows:

5      Beginning for reference at the northwesterly corner of the

6  above-described PARCEL 3A; thence S. 24°17'07" E., 33.02 feet to

7  the TRUE POINT OF COMMENCEMENT; thence from a tangent that bears

8  N. 68°31'30" E., along a curve to the right with a radius of

9  160.00 feet, through an angle of 69°24'34", an arc length of

10  193.83 feet to a point of reverse curvature; thence along a

11  tangent curve to the left with a radius of 180.00 feet, through

12  an angle of 31°41'26", an arc length of 99.56 feet to a point

13  lying in the southerly boundary of said PARCEL 3A.

14      All rights reserved by City in and to the above temporary

15  easement will terminate upon State's completion of north access

16  road realignment and utility relocation, said realignment

17  centerline identified as the "AC Line" on State's Construction

18  Detail Sheet C3 dated August 10, 1982.

19      The bearings and distances used in the above description are

20  on the California Coordinate System, Zone 3.  Multiply the above

21  distances by 1.0000790 to obtain ground level distances.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV)
081

- 14 -

RECORDER'S OFFICE SAN MATEO COUNTY

PARCEL 3B:

    AN EASEMENT for roadway purposes and incidents thereto, upon, over and across the following described parcel of land:

    COMMENCING at the northwesterly corner of that parcel of land to the City and County of San Francisco, recorded July 15, 1947, in Book 1351, at Page 273, Official Records of San Mateo County; thence along the northerly line of said parcel S. 88°46'47" E., 332.06 feet; thence S. 1°13'13" W., 120.00 feet to the northerly line of PARCEL 3A described above; thence along last said line N. 88°46'47" W., 179.64 feet and from a tangent that bears S. 82°15'43" W., along a curve to the left with a radius of 1112.00 feet, through an angle of 5°19'47", an arc length of 103.44 feet to the northeasterly line of existing South Airport Boulevard; thence along last said line N. 24°17'07" W., 156.04 feet to the westerly prolongation of said northerly line; thence along said prolongation S. 88°46'47" E., 16.06 feet to the point of commencement.

    The bearings and distances used in the above description are on the California Coordinate System, Zone 3. Multiply the above distances by 1.0000790 to obtain ground level distances.



COURT PAPER
STATE OF CALIFORNIA

Case: 19-30088   Doc# 13478-8   Filed: 01/31/23   Entered: 01/31/23 20:09:30   Page 69 of 96

RECORDER'S OFFICE SAN MATEO COUNTY

1   PARCEL 3C:

2       AN EASEMENT for roadway purposes and incidents thereto,

3   upon, over and across the following described parcel of land:

4       COMMENCING at a point on the northerly line of that parcel

5   of land to the City and County of San Francisco, recorded July

6   15, 1947, in Book 1351, at Page 273, Official Records of San

7   Mateo County, distant thereon S. 88°46'47" E., 826.43 feet from

8   the northwesterly corner of said parcel; thence along said

9   northerly line S. 88°46'47" E., 179.61 feet; thence

10   S. 1°13'13" W., 125.00 feet to the northerly line of PARCEL 3A

11   described above; thence along last said line N. 79°12'01" W.,

12   30.03 feet and N. 88°46'47" W., 150.00 feet; thence

13   N. 1°13'13" E., 120.00 feet to the point of commencement.

14       The bearings and distances used in the above description are

15   on the California Coordinate System, Zone 3. Multiply the above

16   distances by 1.0000790 to obtain ground level distances.

17

18

19

20

21

22

23

24

25

26

27

COURT PAPER
STATE OF CALIFORNIA

Case 18-30908   Doc# 13478-8   Filed 01/31/23   Entered 01/31/23 23:05:12   Page 70 of 96

RECORDER'S OFFICE SAN MATEO COUNTY

1   PARCEL 4:

2     A TEMPORARY EASEMENT to terminate on December 31, 1977, for

3   roadway purposes and incidents thereto, upon, over and across the

4   following described parcel of land:

5     COMMENCING at the most southerly corner of PARCEL 3A

6   described above; thence along the general southeasterly line of

7   said PARCEL 3A from a tangent that bears N. 53°38'56" E., along a

8   curve to the right with a radius of 563.00 feet, through an angle

9   of 30°27'06", an arc length of 299.22 feet; thence

10   S. 79°04'29" E., 2.11 feet; thence S. 1°15'37" W., 60.00 feet;

11   thence N. 88°44'23" W., 124.86 feet; thence S. 65°42'53" W.,

12   158.45 feet to the northeasterly line of existing South Airport

13   Boulevard; thence along last said line N. 24°17'07" W., 17.81

14   feet to the point of commencement.

15     The bearings and distances used in the above description are

16   on the California Coordinate System, Zone 3. Multiply the above

17   distances by 1.0000790 to obtain ground level distances.

18
19
20
21
22
23
24
25
26
27

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)

- 17 -

RECORDER'S OFFICE SAN MATEO COUNTY

PARCEL 5A:

For freeway purposes that real property described as follows:

COMMENCING at a point on the general southwesterly line of that parcel of land described as Parcel 1 in that Joint Deed, recorded April 6, 1954, in Book 2562, at Page 404, Official Records of San Mateo County, distant thereon N. 49°58'28" W., 347.12 feet from the southeasterly terminus of the course with the length of 557.25 feet described in said Parcel 1; thence along said general southeasterly line S. 49°58'28" E., 347.12 feet, along a tangent curve to the right with a radius of 299.98 feet, through an angle of 36°05'30", an arc length of 188.96 feet and S. 13°52'58" E., 2040.66 feet; thence S. 66°34'37" W., 128.05 feet; thence N. 12°47'02" W., 213.30 feet; thence N. 15°39'49" W., 584.76 feet; thence along a tangent curve to the right with a radius of 3072.00 feet, through an angle of 9°14'30", an arc length of 195.51 feet; thence N. 6°25'19" W., 302.97 feet; thence along a tangent curve to the left, with a radius of 3025.00 feet, through an angle of 3°40'24", an arc length of 193.94 feet; thence N. 10°05'43" W., 295.60 feet; thence along a tangent curve to the left with a radius of 225.00 feet, through an angle of 39°57'13", an arc length of 156.90 feet; thence N. 45°47'35" W., 342.84 feet to the point of commencement.

Lands abutting said freeway shall have no right or easement of access thereto.

The bearings and distances used in the above description are on the California Coordinate System, Zone 3. Multiply the above distances by 1.0000790 to obtain ground level distances.

- 13 -

RECORDER'S OFFICE SAN MATEO COUNTY

1 PARCEL 5B (Amended):

2     AN EASEMENT for channel purposes and incidents thereto,

3 upon, over and across the following described parcel of land:

4     COMMENCING at the northwesterly corner of PARCEL 5A

5 described above; thence along the southwesterly and westerly line

6 of said PARCEL 5A, S. 45°47'35" E., 342.84 feet; from a tangent

7 that bears S. 50°02'56" E., along a curve to the right with a

8 radius of 225.00 feet, through an angle of 39°57'13", an arc

9 length of 156.90 feet; S. 10°05'43" E., 295.60 feet; along a

10 tangent curve to the right with a radius of 3025.00 feet, through

11 an angle of 3°40'24", an arc length of 193.94 feet;

12 S. 6°25'19" E., 302.97 feet; along a tangent curve to the left

13 with a radius of 3072.00 feet, through an angle of 9°14'30", an

14 arc length of 495.51 feet; S. 15°39'49" E., 584.76 feet and

15 S. 12°47'02" E., 213.30 feet to the southerly line of said PARCEL

16 5A described above; thence along the southwesterly prolongation

17 of said southerly line S. 66°34'37" W., 299.68 feet; thence N.

18 23°25'23" W., 80.00 feet; thence N. 66°34'37" E., 114.76 feet;

19 thence along a tangent curve to the left, with a radius of 150.00

20 feet, through an angle of 82°14'26", an arc length of 215.30

21 feet; thence N. 15°39'49" W., 594.87 feet; thence along a tangent

22 curve to the right, with a radius of 3147.00 feet, through an

23 angle of 4°16'06", an arc length of 234.44 feet to a point of

24 compound curvature; thence along a tangent curve to the right

25 with a radius of 10,100.00 feet, through an angle of 0°34'09", an

26 arc length of 100.33 feet; thence N. 5°52'16" W., 97.09 feet;

27 thence S. 84°07'43" W., 7.95 feet; thence from a tangent that

S3013501

1   bears N. 10°16'25" W., along a curve to the right with a radius
2   of 10,100.00 feet, through an angle of 1°47'34", an arc length of
3   316.03 feet; thence N. 4°30'32" E., 100.00 feet; thence
4   N. 13°52'58" W., 194.27 feet; thence from a tangent that bears
5   N. 6°49'50" W., along a curve to the right with a radius of
6   10,100.00 feet, through an angle of 1°23'04", an arc length of
7   244.05 feet to a point of reverse curvature; thence along a
8   tangent curve to the left with a radius of 150.00 feet, through
9   an angle of 44°31'42", an arc length of 116.58 feet; thence
10  N. 49°58'28" W., 453.44 feet to the easterly boundary line of
11  that certain map entitled "Amended Plan of the Belle Air Park,
12  San Bruno Station, San Mateo County, California" filed June 24,
13  1907, in Book 5 of Maps, at Page 10, in the office of the County
14  Recorder of San Mateo County; thence along said easterly boundary
15  line N. 4°38'43" W., 140.62 feet to the general southwesterly
16  line of that parcel of land described as Parcel 1 in that Joint
17  Deed, recorded April 6, 1954, in Book 2562, at Page 404, Official
18  Records of San Mateo County; thence along last said line
19  S 49°58'28" E., 210.08 feet to the point of commencement.
20      The bearings and distances used in the above description are
21  on the California Coordinate System, Zone 3. Multiply the above
22  distances by 1.0000790 to obtain ground level distances.
23  ///
24  ///
25  ///
26  ///
27  ///

COURT PAPER
STATE OF CALIFORNIA
STD 113 (REV.
8-72)

- 20 -

8391350l

1 <u>PARCEL 6A (Amended)</u>:

2     For freeway purposes that real property described as

3 follows:

4     COMMENCING at the southeasterly terminus of the course

5 described as "N. 24°19'45" W., 104.00 feet" in Parcel 1 of that

6 Joint Deed, recorded April 6, 1954, in Book 2562, at Page 404,

7 Official Records of San Mateo County; thence along said course

8 N. 23°05'43" W., 22.00 feet to the southerly line of San Bruno

9 Avenue as established by deed to County of San Mateo, recorded

10 May 23, 1928, in Book 355, at Page 241, Official Records of San

11 Mateo County; thence along last said line N. 66°54'17" E., 617.00

12 feet; thence S. 23°06'07" E., 25.03 feet; thence S. 64°12'20" W.,

13 351.68 feet; thence along a tangent curve to the left, with a

14 radius of 557.00 feet, through an angle of 35°27'20", an arc

15 length of 344.68 feet; thence S. 28°45'00" W., 737.83 feet;

16 thence along a tangent curve to the left, with a radius of 557.00

17 feet, through an angle of 35°12'39", an arc length of 342.30 feet

18 to a point of compound curvature; thence along a tangent curve to

19 the left with a radius of 4957.00 feet, through an angle of

20 1°13'26", an arc length of 105.89 feet; thence S. 7°41'05" E.,

21 376.35 feet; thence along a tangent curve to the right with a

22 radius of 2400.00 feet, through an angle of 3°58'12", an arc

23 length of 166.30 feet to a point of reverse curvature; thence

24 along a tangent curve to the left, with a radius of 2600.00 feet,

25 through an angle of 3°58'12", an arc length of 180.15 feet;

26 thence S. 7°41'05" E., 297.75 feet; thence along a tangent curve

27 to the left with a radius of 4969.00 feet, through an angle of

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)

RECORDER'S OFFICE SAN MATEO COUNTY

1   1°19'15", an arc length of 114.55 feet; thence S. 9°00'20" E.,

2   198.04 feet to the general southeasterly line of said Parcel 1;

3   thence along last said line N. 13°52'58" W., 1613.58 feet, along

4   a tangent curve to the right, with a radius of 449.96 feet,

5   through an angle of 45°20'30", an arc length of 356.08 feet,

6   N. 31°27'32" E., 558.24 feet, along a tangent curve to the right

7   with a radius of 249.98 feet, through an angle of 35°26'45", an

8   arc length of 154.65 feet and N. 66°54'17" E., 169.94 feet to the

9   point of commencement.

10      Lands abutting said freeway shall have no right or easement

11   of access thereto.

12      1)  RESERVING unto City, an EASEMENT 50.00 feet in width,

13   across the above-described PARCEL 6A for subsurface drainage

14   structures and drainage ditches (said drainage ditches to be

15   located only outside highway slope areas), said easement being

16   described as follows:

17      Beginning for reference at the southwesterly terminus of the

18   course with the length of 351.68 feet in PARCEL 6A described

19   above; thence along said course N. 64°12'20" E., 101.40 feet to

20   the TRUE POINT OF COMMENCEMENT; thence continuing along said

21   course N. 64°12'20" E., 50.05 feet; thence N. 23°05'43" W., 34.46

22   feet to a point in the northwesterly boundary of PARCEL 6A

23   described above; thence southwesterly along the northwesterly

24   boundary of PARCEL 6A described above S. 66°54'17" W., 50.00

25   feet; thence S. 23°05'43" E., 36.81 feet to the TRUE POINT OF

26   COMMENCEMENT.

27      City shall not in the exercise of its rights under its

COURT PAPER
STATE OF CALIFORNIA
STD 113 (REV. 8-72)
85P

- 22 -

RECORDER'S OFFICE SAN MATEO COUNTY

1 easement pass through or over the freeway fence constructed by

2 State across City's easement except in emergencies or when

3 necessary to permit the construction, reconstruction or

4 replacement of City's facilities.

5     2) RESERVING unto City, an UNDERGROUND EASEMENT 50.00 feet

6 in width, across the above-described PARCEL 5A and PARCEL 6A for

7 existing and future underground utilities, the centerline of

8 which easement is described as follows:

9     Beginning for reference at the westerly terminus of the

10 course with the length of 297.75 feet in PARCEL 6A described

11 above; thence along said course S. 7°41'05" E., 31.09 feet to the

12 TRUE POINT OF COMMENCEMENT; thence S. 74°04'56" W., 423.00 feet

13 more or less to a point in the westerly boundary of PARCEL 5A

14 described above, said point also being located on the curve to

15 the right with a radius of 3072.00 feet, an angle of 9°14'30",

16 and an arc length of 495.51 feet.

17     City shall not in the exercise of its rights under its

18 easement pass through or over the freeway fence constructed by

19 State across City's easement except in emergencies or when

20 necessary to permit the construction, reconstruction or

21 replacement of City's facilities.

22     The bearings and distances used in the above description are

23 on the California Coordinate System, Zone 3. Multiply the above

24 distances by 1.0000790 to obtain ground level distances.

25 ///

26 ///

27 ///

COURT PAPER
STATE OF CALIFORNIA

- 23 -

RECORDER'S OFFICE SAN MATEO COUNTY

1  <u>PARCEL 6B:</u>

2     AN EASEMENT for utility purposes for the construction,

3  operation, inspection, maintenance and reconstruction of the

4  P. G. & E. pipe lines and incidents thereto, upon, over and

5  across a strip of land 15.00 feet wide, being more particularly

6  described as follows:

7     COMMENCING at the southwesterly terminus of the course with

8  the curve length of 344.68 feet in PARCEL 6A described above;

9  thence along said course from a tangent that bears

10  N. 28°45'00" E., along a curve to the right with a radius of

11  557.00 feet, through an angle of 7°49'04", an arc length of 76.00

12  feet; thence N. 65°45'21" E., 104.12 feet; thence

13  N. 22°07'10" E., 88.43 feet to said course; thence from a tangent

14  that bears N. 55°02'41" E., along a curve to the right with a

15  radius of 557.00 feet, through an angle of 3°02'59", an arc

16  length of 29.65 feet; thence S. 22°07'10" W., 117.02 feet; thence

17  S. 65°45'21" W., 108.75 feet; thence from a tangent that bears

18  S. 36°09'27" W., along a curve to the left with a radius of

19  542.00 feet, through an angle of 7°24'27", an arc length of 70.07

20  feet; thence S. 28°45'00" W., 737.83 feet; thence along a tangent

21  curve to the left with a radius of 542.00 feet, through an angle

22  of 35°12'39", an arc length of 333.08 feet to a point of compound

23  curvature; thence along a tangent curve to the left, with a

24  radius of 4942.00 feet, through an angle of 0°24'34", an arc

25  length of 35.12 feet; thence S. 76°22'17" W., 15.10 feet to the

26  general southeasterly line of said PARCEL 6A described above;

27  thence along last said line from a tangent that bears

- 24 -

COURT PAPER
STATE OF CALIFORNIA
STD. 13 (REV. 8-72)
cpp

RECORDER'S OFFICE SAN MATEO COUNTY

1   N. 6°53'27" W., along a curve to the right, with a radius of

2   4957.00 feet, through an angle of 0°25'48", an arc length of

3   37.20 feet to a point of compound curvature, along a tangent

4   curve to the right, with a radius of 557.00 feet, through an

5   angle of 35°12'39", an arc length of 342.30 feet and N. 28°45'00"

6   E., 737.83 feet to the point of commencement.

7      The bearings and distances used in the above description are

8   on the California Coordinate System, Zone 3. Multiply the above

9   distances by 1.0000790 to obtain ground level distances.

10      TOGETHER WITH the right of ingress to and egress from the

11   above-described PARCEL 6B by the most reasonable and practicable

12   means available and the right from time to time to trim and to

13   cut down and clear away or otherwise destroy any and all trees

14   and brush now or hereafter located on or near the above-described

15   PARCEL 6B, which in the opinion of the plaintiff may be a hazard

16   to said pipe lines.

17      OWNER SHALL NOT erect, construct or place any building or

18   structure or other obstruction or material upon, over, or under

19   the above-described PARCEL 6B, nor shall owner deposit or permit

20   or allow to be deposited any substance or material on or near the

21   above-described PARCEL 6B, so as to constitute, in the opinion of

22   the plaintiff, a hazard to said pipe lines.

23   ///

24   ///

25   ///

26   ///

27   ///

COURT PAPER
STATE OF CALIFORNIA
STD 113 (REV 8-72)
85P

- 25 -

RECORDER'S OFFICE SAN MATEO COUNTY

PARCEL 6C:

A TEMPORARY EASEMENT to terminate on December 31, 1977, for roadway construction purposes and incidents thereto, upon, over and across the following described parcel of land:

COMMENCING at the southwesterly terminus of the course with the curve length of 344.68 feet in PARCEL 6A described above; thence along said course from a tangent that bears N. 28°45'00" E., along a curve to the right with a radius of 557.00 feet, through an angle of 26°17'41", an arc length of 255.63 feet; thence S. 22°07'10" W., 88.43 feet; thence S. 28°45'00" W., 896.96 feet; thence along a tangent curve to the left with a radius of 489.00 feet, through an angle of 35°12'39", an arc length of 300.51 feet to a point of compound curvature; thence along a tangent curve to the left with a radius of 4889.00 feet, through an angle of 1°13'26", an arc length of 104.43 feet; thence S. 7°41'05" E., 376.24 feet; thence along a tangent curve to the right, with a radius of 4000.00 feet, through an angle of 2°38'49", an arc length of 184.79 feet to a point of reverse curvature; thence along a tangent curve to the left, with a radius of 3500.00 feet, through an angle of 2°38'49", an arc length of 161.69 feet; thence S. 7°41'05" E., 280.83 feet; thence along a tangent curve to the left, with a radius of 4965.00 feet, through an angle of 6°11'53", an arc length of 537.10 feet; thence S. 13°52'58" E., 74.03 feet; thence from a tangent that bears N. 13°52'58" W., along a curve to the left, with a radius of 7549.00 feet, through an angle of 2°33'57", an arc length of 338.06 feet; thence N. 16°26'55" W., 424.95 feet to the general

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)
85°

- 26 -

RECORDER'S OFFICE SAN MATEO COUNTY

1   southeasterly line of said PARCEL 6A described above; thence

2   along last said line N. 7°41'05" W., 135.49 feet, along a tangent

3   curve to the right, with a radius of 2600.00 feet, through an

4   angle of 3°58'12", an arc length of 180.15 feet to a point of

5   reverse curvature, along a tangent curve to the left, with a

6   radius of 2400.00 feet, through an angle of 3°58'12", an arc

7   length of 166.30 feet, N. 7°41'05" W., 376.35 feet, along a

8   tangent curve to the right, with a radius of 4957.00 feet,

9   through an angle of 1°13'26", an arc length of 105.89 feet to a

10  point of compound curvature; along a tangent curve to the right

11  with a radius of 557.00 feet, through an angle of 35°12'39", an

12  arc length of 342.30 feet and N. 28°45'00" E., 737.83 feet to the

13  point of commencement.

14      The bearings and distances used in the above description are

15  on the California Coordinate System, Zone 3.  Multiply the above

16  distances by 1.0000790 to obtain ground level distances.



COURT PAPER
STATE OF CALIFORNIA

- 27 -

S3013501

1  PARCEL 6D:

2     A TEMPORARY EASEMENT to terminate on December 31, 1977, for

3  drainage purposes and incidents thereto, upon, over and across

4  the following described parcel of land:

5     COMMENCING at a point on the course with the length of

6  351.68 feet in PARCEL 6A described above, distant thereon

7  N. 64°12'20" E., 101.40 feet from the southwesterly terminus of

8  said course; thence along said course N. 64°12'20" E., 50.05

9  feet; thence S. 23°06'07" E., 30.00 feet; thence S. 64°12'20" W.,

10  50.05 feet; thence N. 23°06'07" W., 30.00 feet to the point of

11  commencement.

12     The bearings and distances used in the above description are

13  on the California Coordinate System, Zone 3.  Multiply the above

14  distances by 1.0000790 to obtain ground level distances.

15

16

17

18

19

20

21

22

23

24

25

26

27

COURT PAPER

Case: 19-30088  Doc# 13478-8  Filed: 01/31/23  Entered: 01/31/23 20:29:30  Page 82 of 96

RECORDER'S OFFICE SAN MATEO COUNTY

1  PARCEL 7A (Amended):

2      For freeway purposes that real property described as

3  follows:

4      COMMENCING at the northwesterly terminus of the course with

5  an arc length of 158.47 feet in Parcel 1 of that Joint Deed,

6  recorded April 6, 1954, in Book 2562, at Page 404, Official

7  Records of San Mateo County; thence along said course from a

8  tangent that bears S. 21°49'39" W., along a curve to the left

9  with a radius of 323.97 feet, through an angle of 10°24'42", an

10  arc length of 58.87 feet; thence from a tangent that bears

11  N. 34°04'39" W., along a curve to the right with a radius of

12  1560.00 feet, through an angle of 14°21'56", an arc length of

13  391.13 feet to a point of compound curvature; thence along a

14  tangent curve to the right with a radius of 10,060.00 feet,

15  through an angle of 0°59'24", an arc length of 173.82 feet;

16  thence from a tangent that bears N. 20°24'54" W., along a curve

17  to the right with a radius of 10,000.00 feet, through an angle of

18  4°53'56", an arc length of 855.02 feet; thence N. 13°51'37" W.,

19  1624.37 feet; thence along a tangent curve to the right with a

20  radius of 10,073.00 feet through an angle of 3°01'56", an arc

21  length of 533.09 feet; thence N. 10°49'41" W., 125.06 feet to the

22  southerly line of PARCEL 5A described above; thence along the

23  last said line N. 66°34'37" E., 128.05 feet to the general

24  westerly line of said Parcel 1 of said Joint Deed; thence along

25  last said line S. 13°52'58" E., 2520.46 feet, along a tangent

26  curve to the left, with a radius of 4114.68 feet, through an

27  angle of 6°05'00", an arc length of 436.87 feet, S. 19°57'58" E.,

COURT PAPER
STATE OF CALIFORNIA

RECORDER'S OFFICE SAN MATEO COUNTY

S3013561

1  567.17 feet and along a tangent curve to the right with a radius

2  of 199.98 feet, through an angle of 41°47'37", an arc length of

3  145.88 feet to the point of commencement.

4      Lands abutting said freeway shall have no right or easement

5  of access thereto.

6      1)  RESERVING unto City, an UNDERGROUND EASEMENT 30.00 feet

7  in width, across the above-described PARCEL 7A for subsurface

8  power ducts, the centerline of which is described as follows:

9      Beginning for reference at the southeasterly terminus of the

10  2438.84-foot curve with the arc length of 504.30 feet on the

11  easterly line of that 116.35-acre parcel of land known as Parcel

12  1 conveyed to the State of California by that certain Joint Deed

13  recorded April 6, 1954 in Book 2562 at Page 404, Official Records

14  of San Mateo County; thence from a tangent that bears

15  N. 28°41'34" W., along a curve to the right with a radius of

16  2438.84 feet, through an angle of 1°25'36", an arc length of

17  60.73 feet to the TRUE POINT OF COMMENCEMENT: thence

18  S. 73°30'44" W., 383.80 feet more or less, to a point in the

19  westerly boundary of Parcel 7A described above.

20      City shall not in the exercise of its rights under its

21  easement pass through or over the freeway fence constructed by

22  State across City's easement except in emergencies or when

23  necessary to permit the construction, reconstruction or

24  replacement of City's facilities.

25      2)  RESERVING unto City, an UNDERGROUND EASEMENT 50.00 feet

26  in width, across the above-described PARCEL 7A for utility

27  tunnels and conduits, the centerline of which is described as

28  follows:

COURT PAPER
STATE OF CALIFORNIA

- 30 -

RECORDER'S OFFICE SAN MATEO COUNTY

83013501

1    Beginning for reference at the southerly corner of PARCEL 6A
2    described above; thence along the easterly line of Parcel 1 of
3    that Joint Deed recorded April 6, 1954, in Book 2562 at Page 404,
4    Official Records of San Mateo County, which easterly line is the
5    right of way line of the highway commonly known as the Bayshore
6    Freeway, S. 13°52'58" E., 1352.19 feet to the TRUE POINT OF
7    COMMENCEMENT; thence S. 63°16'38" W., 386.36 feet more or less to
8    a point in the westerly line of PARCEL 7A described above.

9        City shall not in the exercise of its rights under its
10   easement pass through or over the freeway fence constructed by
11   State across City's easement except in emergencies or when
12   necessary to permit the construction, reconstruction or
13   replacement of City's facilities.

14       The bearings and distances used in the above description are
15   on the California Coordinate System, Zone 3.  Multiply the above
16   distances by 1.0000790 to obtain ground level distances.

17
18
19
20
21
22
23
24
25
26
27

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-73)
68P

Case: 19-30088    Doc# 13478-8    Filed: 01/31/23    Entered: 01/31/23 20:09:30    Page
85 of 96

S301350/1

1   PARCEL 7B:

2      For freeway purposes that real property described as

3   follows:

4      COMMENCING at the Southerly corner of PARCEL 7A described

5   above; thence along the general westerly line of Parcel 1 of that

6   Joint Deed, recorded April 6, 1954, in Book 2562, at Page 404,

7   Official Records of San Mateo County, from a tangent that bears

8   S. 11°24'57" W., along a curve to the left, with a radius of

9   323.97 feet, through an angle of 38°56'22", an arc length of

10   220.18 feet; thence S. 76°34'17" W., 57.21 feet; thence

11   S. 56°39'21" W., 253.96 feet; thence S. 21°36'27" E., 150.00

12   feet; thence from a tangent that bears N. 35°20'38" W., along a

13   curve to the right with a radius of 5584.00 feet, through an

14   angel of 3°12'18", an arc length of 312.36 feet to a point of

15   compound curvature; thence along a tangent curve to the right

16   with a radius of 464.00 feet, through an angle of 11°50'02", an

17   arc length of 95.84 feet; thence S. 41°13'53" E., 150.00 feet;

18   thence N. 56°49'08" E., 114.88 feet; thence along a tangent curve

19   to the left, with a radius of 252.00 feet, through an angle of

20   76°26'21", an arc length of 336.20 feet; thence N. 19°37'13" W.,

21   148.00 feet; thence along a tangent curve to the right with a

22   radius of 1548.00 feet, through an angle of 4°44'56", an arc

23   length of 128.30 feet to a point of compound curvature; thence

24   along a tangent curve to the right with a radius of 10,048.00

25   feet, through an angle of 0°58'21", an arc length of 170.55 feet

26   to the westerly line of said PARCEL 7A described above; thence

27   along last said line from a tangent that bears S. 18°43'19" E.,

- 32 -

COURT PAPER
STATE OF CALIFORNIA
STD 113 REV. 8-72
85P

RECORDER'S OFFICE SAN MATEO COUNTY

1 along a curve to the left, with a radius of 10,060.00 feet,

2 through an angle of 0°59'24", an arc length of 173.82 feet to a

3 point of compound curvature and along a tangent curve to the

4 left, with a radius of 1560.00 feet, through an angle of

5 14°21'56", an arc length of 391.13 feet to the point of

6 commencement.

7     Lands abutting said freeway shall have no right or easement

8 of access thereto; provided, however, that the remaining lands

9 shall have access to said freeway over, and across the line

10 described above with the lengths of 312.36 feet and 95.84 feet.

11     The bearings and distances used in the above description are

12 on the California Coordinate System, Zone 3.  Multiply the above

13 distances by 1.0000790 to obtain ground level distances.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)
CSP

- 33 -

S3013501

1 PARCEL 7C (Amended):

2    For freeway purposes that real property described as

3 follows:

4    COMMENCING at the southeasterly terminus of the course

5 described as "S. 61°54'30" E., 380.70 feet" in Parcel 1 of that

6 Joint Deed, recorded April 6, 1954, in Book 2562, at Page 404,

7 Official Records of San Mateo County; thence along the general

8 southwesterly line of said Parcel 1 from a tangent that bears

9 S. 60°40'28" E., along a curve to the right, with a radius of

10 438.96 feet, through an angle of 12°53'46", an arc length of

11 98.80 feet, S. 47°46'42" E., 385.03 feet, along a tangent curve

12 to the left with a radius of 4114.68 feet, through an angle of

13 1°40'46", an arc length of 120.61 feet and S. 49°27'28" E.,

14 3500.33 feet; thence N. 50°35'14" W., 963.88 feet; thence

15 N. 49°26'29" W., 1000.00 feet; thence N. 50°35'04" W., 404.06

16 feet; thence N. 45°51'04" W., 196.45 feet; thence from a tangent

17 that bears N. 51°02'13" W., along a curve to the left, with a

18 radius of 24,875.00 feet, through an angle of 0°41'37", an arc

19 length of 301.13 feet to a point of compound curvature; thence

20 along a tangent curve to the left, with a radius of 2850.00 feet,

21 through an angle of 3°18'07", an arc length of 164.24 feet;

22 thence N. 55°01'57" W., 793.51 feet; thence N. 73°45'09" W.,

23 118.18 feet; thence from a tangent that bears N. 56°24'50" W.,

24 along a curve to the right, with a radius of 600.00 feet, through

25 an angle of 43°50'37", an arc length of 459.13 feet to said

26 course, thence along said course, S. 60°40'28" E., 259.75 feet to

27 the point of commencement.

Case: 19-30088   Doc# 13478-8   Filed: 03/31/23   Entered: 03/31/23 20:09:30   Page
69 of 96

RECORDER'S OFFICE SAN MATEO COUNTY

1      Lands abutting said freeway shall have no right or easement

2 of access thereto.

3      The bearings and distances used in the above description are

4 on the California Coordinate System, Zone 3. Multiply the above

5 distances by 1.0000790 to obtain ground level distances.

6      RESERVING unto City, an UNDERGROUND EASEMENT 50.00 feet in

7 width, across the above-described PARCEL 7C for existing

8 utilities, utility tunnels and future utilities to be

9 constructed, the centerline of said easement being described as

10 follows:

11      COMMENCING at a point in the easterly right of way line of

12 the Bayshore Freeway, said point being situated S. 49°27'28" E.,

13 321.57 feet from the California Highway Commission concrete

14 monument opposite from and distant N. 39°18'30" E., 115.00 feet

15 from Engineer's Station "F" 403+53.43 on the centerline of

16 Bayshore Freeway, which monument is at the northwesterly terminus

17 of the course described in the legal description of Parcel 1 as

18 N. 50°41'30" W., 5091.96 feet, said Parcel 1 being as described

19 in that certain Joint Deed recorded April 6, 1954, in Volume

20 2562, Page 404, Official Records of San Mateo County; thence

21 S. 40°32'32" W., 280.30 feet more or less to a point in the

22 westerly boundary of Parcel 7C, described above.

23      City shall not in the exercise of its rights under its

24 easement pass through or over the freeway fence constructed by

25 State across City's easement except in emergencies or when

26 necessary to permit the construction, reconstruction or

27 replacement of City's facilities.

83013501

COURT PAPER
STATE OF CALIFORNIA
STD 113 (REV. 8-72)
85P

- 35 -

RECORDER'S OFFICE SAN MATEO COUNTY

1      The bearings and distances used in the above description are

2 on the California Coordinate System, Zone 3. Multiply the above

3 distances by 1.0000790 to obtain ground level distances.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)
OSP

S3013501

Case: 19-30088   Doc# 1347813   Filed: 01/31/23   Entered: 01/31/23 23:33:33   Page 90 of 96

RECORDER'S OFFICE SAN MATEO COUNTY

1  PARCEL 7D:

2      AN EASEMENT for cut and fill slope purposes and incidents

3  thereto, upon, over and across the following described parcel of

4  land:

5      COMMENCING at the northwesterly corner of PARCEL 7A

6  described above; thence along the westerly line of said

7  PARCEL 7A, S. 10°49'41" E., 125.06 feet, along a tangent curve to

8  the left with a radius of 10,073.00 feet, through an angle of

9  3°01'56", an arc length of 533.09 feet, S. 13°51'37" E., 1624.37

10  feet and from a tangent that bears S. 15°30'58" E., along a curve

11  to the left, with a radius of 10,000.00 feet through an angle of

12  4°53'56", an arc length of 855.02 feet; thence N. 31°40'11" W.,

13  100.00 feet; thence from a tangent that bears N. 19°51'15" W.,

14  along a curve to the right, with a radius of 10,020.00 feet,

15  through an angle of 4°20'29", an arc length of 759.23 feet;

16  thence N. 13°51'37" W., 1624.37 feet; thence along a tangent

17  curve to the right with a radius of 10,093.00 feet, through an

18  angle of 3°01'56", an arc length of 534.14 feet; thence

19  N. 10°49'41" W., 120.59 feet to the southerly line of PARCEL 5B

20  described above; thence along last said line N. 66°34'37" E.,

21  20.50 feet to the point of commencement.

22      RESERVING unto owners of the above-described parcel of land,

23  their successors or assigns, the right at any time to remove such

24  slopes or portions thereof upon removing the necessity for

25  maintaining such slopes or portions thereof or upon providing in

26  place thereof other adequate lateral support, the design and

27  construction of which shall be first approved by the State

COURT PAPER
STATE OF CALIFORNIA
STD 113 (REV 8-72)
85*

Case 19-30088   Doc 13479-2   Filed 07/31/23   Entered 07/31/23 16:31:36   Page
91 of 96

1 Division of Highways, for the protection and support of said
2 highway.
3     The bearings and distances used in the above description are
4 on the California Coordinate System, Zone 3.  Multiply the above
5 distances by 1.0000790 to obtain ground level distances.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

RECORDER'S OFFICE SAN MATEO COUNTY

S3013501

COURT PAPER
STATE OF CALIFORNIA
STD 113

83013501

PARCEL 7E (Amended):

1   A TEMPORARY EASEMENT to terminate on December 31, 1986, for
2
3   drainage purposes and incidents thereto, upon, over and across
4   the parcel of land described as follows:
5       COMMENCING at the northwesterly terminus of the course with
6   the curve length of 301.13 feet in PARCEL 7C described above;
7   thence along said course, from a tangent that bears
8   S. 51°43'50 E., along a curve to the right with a radius of
9   24,875.00 feet, through an angle of 0°41'37", an arc length of
10  301.13 feet; thence S. 39°42'57" W., 96.99 feet; thence from a
11  tangent that bears N. 51°02'18" W., along a curve to the left,
12  with a radius of 24,778.00 feet, through an angle of 0°41'32", an
13  arc length of 299.36 feet to a point of compound curvature;
14  thence along a tangent curve to the left, with a radius of
15  2753.00 feet, through an angle of 4°41'00", an arc length of
16  225.03 feet; thence N. 56°24'50" W., 680.96 feet; thence along a
17  tangent curve to the left with a radius of 110.00 feet, through
18  an angle of 47°16'30", an arc length of 90.76 feet; thence
19  N. 13°41'20" W., 80.00 feet; thence N. 18°45'21" E., 63.19 feet
20  to the southwesterly line of said PARCEL 7C described above;
21  thence along last said line S. 73°45'09" E., 118.18 feet,
22  S. 55°01'57" E., 793.31 feet and along a tangent curve to the
23  right with a radius of 2850.00 feet, through an angle of
24  3°18'07", an arc length of 164.24 feet to the point of
25  commencement.
26      The bearings and distances used in the above description are
27  on the California Coordinate System, Zone 3. Multiply the above
28  distances by 1.0000790 to obtain ground level distances.

COURT PAPER
STATE OF CALIFORNIA
STD 113 REV

RECORDER'S OFFICE SAN MATEO COUNTY

PARCEL 8 (Amended):

2    AN AERIAL EASEMENT for the construction of freeway structure
3 and incidents thereto, upon, over and across the following
4 described parcel of land:

5    COMMENCING at the southerly terminus of the course described
6 as "N. 15°07' W., 4633.23 feet" in Parcel 1 of that Joint Deed,
7 recorded April 6, 1954, in Book 2562, at Page 404, Official
8 Records of San Mateo County; thence along said course
9 N. 13°52'58" W., 3019.28 feet to the southerly corner of PARCEL
10 6A described above; thence along the southeasterly line of said
11 PARCEL 6A, N. 9°00'20" W., 198.04 feet, along a tangent curve to
12 the right, with a radius of 4969.00 feet, through an angle of
13 1°19'15", an arc length of 114.55 feet and N. 7°41'05" W., 162.26
14 feet to the southwesterly line of PARCEL 6C described above;
15 thence along last said line S. 16°26'55" E., 424.95 feet and
16 along a tangent curve to the right with a radius of 7549.00 feet,
17 through an angle of 2°33'57", an arc length of 338.06 feet;
18 thence S. 13°52'58" E., 2170.57 feet; thence along a tangent
19 curve to the left with a radius of 4965.00 feet, through an angle
20 of 3°09'59", an arc length of 274.38 feet; thence
21 S. 17°02'57" E., 558.43 feet; thence along a tangent curve to the
22 left, with a radius of 4951.00 feet, through an angle of
23 6°03'12", an arc length of 523.08 feet to a point of compound
24 curvature; thence along a tangent curve to the left with a radius
25 of 426.00 feet, through an angle of 15°14'13", an arc length of
26 113.29 feet to the general easterly line of said Parcel 1 (2562
27 OR 404); thence along last said line from a tangent that bears

COURT PAPER
STATE OF CALIFORNIA
STD 113 (REV. 8-72)
OSP

1 N. 58°53'06" W., along a curve to the right with a radius of
2 448.96 feet, through an angle of 30°11'32", an arc length of
3 236.58 feet to a point of compound curvature, along a tangent
4 curve to the right with a radius of 2,438.81 feet, through an
5 angle of 11°50'52", an arc length of 504.30 feet to a point of
6 compound curvature and along a tangent curve to the right with a
7 radius of 3884.69 feet, through an angle of 2°57'44", an arc
8 length of 200.84 feet to the point of commencement.

9 TOGETHER with the temporary right to terminate on December
10 31, 1986, to construct roadway and reconstruct existing roadway
11 over and across the ground level area of the above-described
12 PARCEL 8.

13 The bearings and distances used in the above description are
14 on the California Coordinate System, Zone 3. Multiply the above
15 distances by 1.0000790 to obtain ground level distances.



STATE OF CALIFORNIA
COUNTY OF SAN MATEO } ss.

I, MARVIN CHURCH, County Clerk of the above entitled County, and ex-officio Clerk of the Superior Court thereof, do hereby certify that the foregoing is a full, true and correct copy of the original on file in my office, and that I have carefully compared the same with the original.

Witness my hand and seal of said Superior Court this ____ day of ____ 19__
MARVIN CHURCH
County Clerk and Ex-Officio Clerk Superior Court
By ____ Deputy

Case: 19-30088   Doc# 13476-8   Filed: 02/01/23   Entered: 02/01/23 20:00:30   Page 95 of 96

S3013501

RECORDER'S OFFICE SAN MATEO COUNTY

| | |
|---|---|
| RF | / |
| LN | / |
| MF | / |
| SB | / |

83013501

RECORDED AT REQUEST OF

California State
Dept. of Transportation

FEB 11  10 48 AM '83

MARVIN CHURCH, RECORDER
SAN MATEO COUNTY
OFFICIAL RECORDS

83013501