LAWRENCE A. JACOBSON, SBN 057393
SEAN M. JACOBSON, SBN 227241
COHEN AND JACOBSON, LLP
66 Bovet Road, Suite 285
San Mateo, CA 94402
Telephone: (650) 261-6280
laj@cohenandjacobson.com

Attorneys for Amir Shahmirza
(Agent for Komir, Inc.) and Komir, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY,<br>Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors | **NOTICE OF HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT OF ISSUES IN REORGANIZED DEBTORS OBJECTION TO CLAIM #2090 AND CLAIMANT'S RESPONSE THERETO**<br><br>Date: April 11, 2023<br>Time: 10:00 a.m.<br>Place: (Tele/Videoconference Appearances Only)<br>**United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102** |

**TO THE DEBTORS PG&E CORPORATION and PG&E ELECTRIC COMPANY AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN that on April 11, 2023, at 10:00 a.m., in the Courtroom of the Honorable Dennis Montali in the United States Bankruptcy Court for the Northern District of

NOTICE OF HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT OF ISSUES
IN REORGANIZED DEBTORS OBJECTION TO CLAIM #2090 AND CLAIMANT'S RESPONSE THERETO

1

Case: 19-30088   Doc# 13479   Filed: 01/31/23   Entered: 01/31/23 20:13:47   Page 1 of 2

California, San Francisco Division, located at 455 Golden Gate Avenue, Courtroom 17, 16th Floor, San Francisco, CA, (the "Court") a hearing will be held on the Motion for Partial Summary Judgment of Issues in Reorganized Debtors Objection to Claim #2090 and Claimant's Response Thereto filed by Amir Shahmirza, as agent of, and acting on behalf of, Komir, Inc. The hearing will be conducted by Tele/Videoconference with appearances only as prescribed by the Procedures of the Court that can be viewed online at https://www.canb.uscourts.gov/policy-and-procedure-appearances-televideoconference.

Dated: January 31, 2023         COHEN AND JACOBSON, LLP

                                By: /s/ Lawrence A. Jacobson
                                Lawrence A. Jacobson
                                Attorneys for Claimant and Respondent

NOTICE OF HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT OF ISSUES
IN REORGANIZED DEBTORS OBJECTION TO CLAIM #2090 AND CLAIMANT'S RESPONSE THERETO    2

Case: 19-30088    Doc# 13479    Filed: 01/31/23    Entered: 01/31/23 20:13:47    Page 2 of 2