# EXHIBIT A

6 PAGES



Pacific Gas and Electric Company
6121 Bollinger Canyon Rd., 2nd Floor
San Ramon, CA 94583

November 4, 2016

David Addington
298 Saint James Drive
Piedmont, CA 94611

## Tower Maintenance Work Acknowledgement Addendum

Thank you for working with Pacific Gas and Electric Company (PG&E) representatives to recoat our electric transmission towers. This document will serve as an addendum to the "Tower Maintenance Work Acknowledgement" that was signed by both you and PG&E and dated September 2, 2016 ("Agreement").

PG&E agrees to pay you $13,000.00 as additional consideration, bringing the total consideration under the Agreement amount to $49,790.00. In exchange you agree that PG&E has completed the work described in the Agreement. Please provide your signature below to indicate your agreement that your acceptance of this revised total consideration amount will constitute a full and final release of PG&E from obligations arising under that Agreement.

Sincerely,

Pat Arneson
Land Agent

By: _____  Date: 11/4/16

Print Name: D. Addington

By: _____  Date: _____

Print Name: _____

PG&E Land Rep: _____  Date: 11/7/16
Joe Echols
Manager, Land Management
Pacific Gas and Electric Company

I want to
see pymt

Moraga-Oakland #1 - 004/030
Moraga-Oakland #3 - 004/032

3. **Rough Grade**

   Loader – 1 day
   Labor – 1 day                                           $ 1,000
   GJR – 4 hrs.                                            $   440
                                                          $   400
                                                          $ 1,840

4. **Sod Estimate**

   Top soil amendment estimate 80 cu yd. @ $ 50/           $ 4,000
   Rototiller                                              $ 1,000
   Fine grading – 4 men – 2 days                           $ 3,500
   Sod – 8,300 sq. ft. @ $ 0.45                            $ 3,750
   Sod installation 5 men - 1 day                          $ 2,200
                                                          $14,450

5. *Irrigation estimate including vacuum breaker/shutoff,*
   *controller, automatic valves, Hunter 4" pop – up heads*   $ 16,000

6. **Drainage estimate**                                   $ 4,500

22
Toleto
court

21 load    6 inchs on    Total Cost:    $61,740
─────      new                          -13,730   (DIRT OFFHAUL)
x 8                                     $48,010
168  10.  21 x 150 = 3180 fee          - 11,220 (PLAY COURT DEMO)
     9                   2500          $36,790
                                1000 s.f.

Compaction 63 hours  6300 Truckin   5000 c

                    (13000)

                                    7.f7



Pacific Gas and Electric Company
6121 Bollinger Canyon Rd., 2nd Floor
San Ramon, CA 94583

September 2, 2016

David Addington
298 Saint James Drive
Piedmont, CA 94611

## Tower Maintenance Work Soil Restoration Agreement

Thank you for working with Pacific Gas and Electric Company (PG&E) representatives to recoat our electric transmission towers and conduct related soil removal work. This effort is part of PG&E's ongoing commitment to the health and safety of our customers and to environmental responsibility.

With your permission, we would like to remove and replace impacted soil and restore the area. Restoration will include replacement of landscaping that may need to be removed during the soil remediation process. All work will be done at PG&E's expense.

Soil work will include:
- A crew of eight to 10 workers removing soil to a depth of approximately six inches approximately 10-15 feet out from the base of the tower.
- Crews will be dressed in standard safety gear and will be using hand-held tools like shovels and wheelbarrows.
- Throughout the work, we will use water to control any dust
- Removed soil will be placed in secure bins.
- Trucks will be used to remove the soil offsite.
- Clean soil will be brought in to backfill removal areas and compacted as needed

PG&E will perform all work in accordance with all applicable laws, ordinances and regulations. We will obtain any permits or approvals that may be required. Protective measures will be put in place to ensure the safety of the surrounding area while work is taking place, and we will remove any debris related to our activities once work is complete.

If you agree, we ask that you provide your acknowledgement that you would:
- Ensure open access to work areas for PG&E and/or their representatives, contractors and sub-contractors on weekdays between 8 a.m. and 6 p.m. in order to accomplish necessary work; and
- Keep clear of the work area, and keep any children and pets away from the work area so as not to pose any safety risks or hazards while work is taking place.

We will work with you to provide a schedule of work and activities. It is anticipated that soil remediation work will take approximately one week to complete.

If the foregoing is acceptable to you, we ask that you acknowledge by signature in the space provided below. **We will not move forward with any soil removal work on your property until we have received your written agreement.**

Be Safe. Dig Safe. Damage from excavation is the most common cause of pipeline accidents. Before you begin any landscaping work, always call 811 at least two business days in advance. With one free call to 811, PG&E will send a crew to mark our underground gas and electric facilities before you begin work, helping you plan a safe project.

Moraga-Oakland #1 - 004/030
Moraga-Oakland #3 - 004/032



Pacific Gas and Electric Company
6121 Bollinger Canyon Rd., 2nd Floor
San Ramon, CA 94583

September 2, 2016

David Addington
298 Saint James Drive
Piedmont, CA 94611

## Revised Tower Maintenance Work Acknowledgement

Thank you for working with Pacific Gas and Electric Company (PG&E) representatives to recoat our electric transmission towers. PG&E will leave your property in comparable conditions to those existing when we begin work. As we have discussed with you, PG&E's work will include the following activities:

### Description of Work
The following items may require relocation and/or modification to safely conduct work.

1. PLAY COURT DEMO AND OFFHAUL AS PER GJR DEVELOPMENT PROPOSAL
2. 170 CU YARDS SOIL OFFHAUL AS PER GJR DEVELOPMENT PROPOSAL
3. _____
4. _____

The following vegetation removal work will be performed to safely conduct work

1. _____
2. _____
3. _____

### Other considerations

1. COMPLETE WORK AND PROVIDE A CHECK IN THE AMOUNT OF $36,790
2. _____
3. _____

We appreciate your support as we work to improve the safety and reliability of our electric system. Please provide your signature to acknowledge the work that will be conducted.

Sincerely,

*St M. He*

Stephen Hughes
Land Agent
(925) 328-5153

Moraga-Oakland #1 - 004/030
Moraga-Oakland #3 - 004/032

We appreciate your support as we work to improve the safety and reliability of our electric system.

Sincerely,

*St M. He*

Stephen Hughes
Land Agent
(925) 328-5153

ACKNOWLEDGED AND AGREED:

By: _____ Date: 9/2/16

Print Name: David P. Addington

By: _____ Date: _____

Print Name: _____

PG&E Land Rep: _____ Date: _____
   Joe Echols
   Manager, Land Management
   Pacific Gas and Electric Company

**Form W-9**
(Rev. December 2014)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
## Identification Number and Certification

**Give Form to the requester. Do not send to the IRS.**

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

David P. Addington

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification; check only **one** of the following seven boxes:

- [x] Individual/sole proprietor or single-member LLC
- [ ] C Corporation
- [ ] S Corporation
- [ ] Partnership
- [ ] Trust/estate
- [ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶

   **Note.** For a single-member LLC that is disregarded, do not check LLC; check the appropriate box in the line above for the tax classification of the single-member owner.

- [ ] Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any)

Exemption from FATCA reporting code (if any)

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.)

298 St James Dr

**6** City, state, and ZIP code

Piedmont CA 94611

Requester's name and address (optional)

**7** List account number(s) here (optional)

## Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the instructions for line 1 and the chart on page 4 for guidelines on whose number to enter.

**Social security number**

2 5 6 - 0 6 - 3 7 9 5

**or**

**Employer identification number**

## Part II — Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined below); and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here**

Signature of U.S. person ▶

Date ▶ 9/2/16

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** Information about developments affecting Form W-9 (such as legislation enacted after we release it) is at *www.irs.gov/fw9*.

**Purpose of Form**

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following:

- Form 1099-INT (interest earned or paid)
- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)

- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding? on page 2.*

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. See *What is FATCA reporting?* on page 2 for further information.

Cat. No. 10231X

Form **W-9** (Rev. 12-2014)

# EXHIBIT B

7 PAGES

298 Saint James Drive

From: davidaddington@fairmarketproperties.com (davidaddington@fairmarketproperties.com)

To: m1o3@pge.com; p1a8@pge.com

Cc: m1t2@pge.com

Date: Friday, November 18, 2016 at 01:16 PM PST

Hello PG&E Folks,

I am working with my landscaper in the area in and around the towers.

It would be helpful to know with specificity and documented support what work was done. How much material and what type was taken from the site? What test were done and what were the results? What quantity and type of soil was returned? What compaction was done? What compaction tests were done?

Email with attached pdf scans work best for me. If the total package exceeds 20 mg then I need it to be drop boxed.

Many thanks,

**David P. Addington**
*California Champs*
*Rio West Mall*
*Showdogs & Machine Coffee*
*The Warfield Theater, LLC*
415-606-6552

# FW:298 Saint James Drive

From: Arneson, Pat (p1a8@pge.com)

To: davidaddington@fairmarketproperties.com

Date: Tuesday, November 29, 2016 at 04:32 PM PST

Mr. Addington,

Please see below. Please confirm you've received this. Thanks!

Best Regards,
Pat Arneson

**Pacific Gas and Electric Company**
Land Management
6111 Bollinger Canyon Rd, 3rd Floor #3340
San Ramon, CA 94583
E-mail: patrick.arneson@pge.com | Phone/Text: (925) 968-8369



**From:** Arneson, Pat
**Sent:** Tuesday, November 29, 2016 12:52 PM
**To:** 'davidaddington@fairmarketproperties.com'
**Subject:** RE: Automatic reply: 298 Saint James Drive

Hi Mr. Addington,

Attached is the report of the work we completed on your property. If your landscaper has additional questions, he is more than welcome to contact us.

With regards to the erosion controls, if the start of your landscaping work will continue to be delayed, we can refresh the existing wattles and install additional measures to help further stabilize the site.

Best Regards,
Pat Arneson

**Pacific Gas and Electric Company**
Land Management
6111 Bollinger Canyon Rd, 3rd Floor #3340
San Ramon, CA 94583
E-mail: patrick.arneson@pge.com | Phone/Text: (925) 968-8369



**From:** davidaddington@fairmarketproperties.com [mailto:davidaddington@fairmarketproperties.com]
**Sent:** Monday, November 28, 2016 10:08 PM
**To:** Arneson, Pat; Tell, Monica; Oakes, Matthew
**Cc:** Jamie Addington; GJR Development
**Subject:** Re: Automatic reply: 298 Saint James Drive

This is an EXTERNAL EMAIL. Stop and think before clicking links or opening attachments.
*************************************

Pat,

The soil you guys put around the tower is now in my driveway and in the street.

I hope you can make time to speak to me tomorrow as I fear the situation is not self correcting and, in fact, is getting worse.

My intended landscaper, Gary Rapp, who was on site several times during your work and whose bid was attached to our agreement, uttered only one question when recently walking (and sinking) around my yard. As I recall, he asked, "What the hell happened here?" I assume the report will have his answer.

**David P. Addington**
*California Champs*
*Rio West Mall*
*Showdogs & Machine Coffee*
*The Warfield Theater, LLC*
415-606-6552


On Sunday, November 27, 2016 7:44 PM, "Arneson, Pat" <P1A8@pge.com> wrote:


I will be out of the office with limited access to cell phone and e-mail on November 24th and 25th, 2016, for the Thanksgiving holiday. Please permit me to respond upon my return on November 28, 2016.


Best Regards,
Pat Arneson

PG&E Land Management


 Towers Soil Removal Summary Report 11-29-16.pdf
3.1MB

## 298 Saint James Drive

From: davidaddington@fairmarketproperties.com (davidaddington@fairmarketproperties.com)

To: d3cu@pge.com; m1t2@pge.com

Date: Tuesday, November 29, 2016 at 02:10 PM PST

Ms. Conway and Ms. Tell,

As you may recall, I own 298 Saint James Drive in Piedmont, CA. PG&E has two transmission towers on my property.

To facilitate PG&E's cleanup of the towers, I reached an agreement with PG&E to remove lead contaminated soil while preparing this section of my lawn for sod. Once the work started, it became clear that the on-site folks were not too interested in the agreement we had signed. In fact, I am not sure they had ever seen the agreement that resulted in their presence in my yard. I did what I could to direct their efforts in such a way that some progress toward our contractual goals might be realized. I failed.

I have asked repeatedly for documentation of the work that was done, specifically what was removed and what was brought back to my yard. I made clear for the first day of work that I would require these documents (at a minimum) to assess the work preformed with the work agreement we had signed. While I had been promised these documents repeatedly, during my final face to face with PG&E representatives I was told that the decision had been made not to share this information with me. After my complaints, I received an email a week ago telling me a "report" is being prepared that will be shared with me. Nothing so far has arrived.

Unfortunately, not only was the agreed to work not completed, what was done was done poorly and will have to be redone. This includes the new fill around your tower legs which is so poorly compacted that the rain is sweeping it over the retaining wall, onto my driveway and down into the street. The situation is not stable and will continue to disintegrate when it rains again. In the meantime, I am left with a muddy mess that my landscaper won't touch and my kids can play in.

What the heck is going on?

**David P. Addington**
*California Champs*
*Rio West Mall*
*Showdogs & Machine Coffee*
*The Warfield Theater, LLC*
415-606-6552

Re: Automatic reply: 298 Saint James Drive

From: davidaddington@fairmarketproperties.com (davidaddington@fairmarketproperties.com)

To: p1a8@pge.com

Date: Tuesday, November 29, 2016 at 04:58 PM PST

Got it.

But I need the dump logs, not the word of the contractor. I can handle the specifics. And as it is my soil, I want to know exactly what was taken and where it went. Receipts from the dumps. I also want to see the PG&E agreement with Arcadis. Again, the agreement was for work in my yard - so I want to know what was contracted for. I was told that PG&E folks onsite also kept a truck log which I want to see.

The top soil under the towers was not properly compacted which is why you sink six inches when you walk on it. While I have not done a formal compaction test, the fact that a two-year old leaves 3 inch deep marks provides some anecdotal evidence of inadequate compaction.

While the lab analysis of some top soil 6 months ago is interesting, it is not clear how it relates to my yard. I want a receipt from the source of this soil with the specifics. If the test do somehow relate to the soil here, it looks like the site prep and soil mix were both not done as specified.

Thanks,

**David P. Addington**
*California Champs*
*Rio West Mall*
*Showdogs & Machine Coffee*
*The Warfield Theater, LLC*
415-606-6552


On Tuesday, November 29, 2016 2:45 PM, "Arneson, Pat" <P1A8@pge.com> wrote:


Hi Mr. Addington,

Attached is the report of the work we completed on your property. If your landscaper has additional questions, he is more than welcome to contact us.

With regards to the erosion controls, if the start of your landscaping work will continue to be delayed, we can refresh the existing wattles and install additional measures to help further stabilize the site.

Best Regards,

Pat Arneson

**Pacific Gas and Electric Company**
Land Management
6111 Bollinger Canyon Rd, 3rd Floor #3340
San Ramon, CA 94583
E-mail: patrick.arneson@pge.com | Phone/Text: (925) 968-8369



**From:** davidaddington@fairmarketproperties.com [mailto:davidaddington@fairmarketproperties.com]
**Sent:** Monday, November 28, 2016 10:08 PM
**To:** Arneson, Pat; Tell, Monica; Oakes, Matthew
**Cc:** Jamie Addington; GJR Development
**Subject:** Re: Automatic reply: 298 Saint James Drive

This is an EXTERNAL EMAIL. Stop and think before clicking links or opening attachments.
*************************************

Pat,

The soil you guys put around the tower is now in my driveway and in the street.

I hope you can make time to speak to me tomorrow as I fear the situation is not self correcting and, in fact, is getting worse.

My intended landscaper, Gary Rapp, who was on site several times during your work and whose bid was attached to our agreement, uttered only one question when recently walking (and sinking) around my yard. As I recall, he asked, "What the hell happened here?" I assume the report will have his answer.

**David P. Addington**
*California Champs*
*Rio West Mall*
*Showdogs & Machine Coffee*
*The Warfield Theater, LLC*
415-606-6552


On Sunday, November 27, 2016 7:44 PM, "Arneson, Pat" <P1A8@pge.com> wrote:


I will be out of the office with limited access to cell phone and e-mail on November 24th and 25th, 2016, for the Thanksgiving holiday. Please permit me to respond upon my return on November 28, 2016.


Best Regards,
Pat Arneson

PG&E Land Management

## Site Visit Report

| Arcadis Project Number: | Dates of Site Visit: |
|---|---|
| PGEM4MSA.0013.0007B | 10/26/16 - |

| Arcadis Project Name: | Location of Project: |
|---|---|
| Moraga - Oakland Towers 004/30 and 004/32 | Piedmont, Ca |

| Arcadis Personnel Present: D. Feudet | Other Persons Present: |
|---|---|
| Don Gauer, Colleen Taggart | PG&E, PSC |

Purpose of Site Visit:

Soil removal & Waste tracking.

| Date & Time: | Activities: Soil Removal, Concrete /asholt (BO sampling |
|---|---|
| 10/26 1500 | Concrete / Asphalt (Construction debris) Dump truck. |
| 10/27 1020 | Concrete / Asphalt (construction debris) Dump truck |
| 10/27 1315 | Tower-1 (PT2984) (Tower 32) ~18yds/20yds |
| 10/27 1450 | Tower-2 - PT3543 (Tower 32) ~18/yd/80yds |
| 10/27 1700 | Yard-1 - PT3618 (side yard) ~18yd/20yds |
| 10/28 0845 | Yard-2 - PT2728 ~18yd/20yd |
| 10/28 1130 | Yard-3 - 1342 ~18/yd/20yds |
| 10/28 1350 | Yard-4 - PT1130 ~18/yd/20yds |
| 10/28 1445 | Yard-5 - 1307 ~12yds/20yds |
| 10/31 1200 | Tower-3 - 209 (Tower 30) ~18/20yds |
| 10/31 1400 | Tower-4 - PT2379 (Tower 30) ~18/20yds |
| 11/2 1600 | Construction Debris, roots, trash, concrete) ~30yds |

Note: All Soil bins Sampled for VOCs by 8260B, TPH by 8015B, Semi VOCs by 8270C, and Title 22 metals. Once profiled, the soil waste will be disposed of according to profile (non-haz, haz, etc)

See seperate COCs and lab documents for waste profile information

Case: 19-30088   Doc# 13480   Filed: 01/30/23   Entered: 02/01/23 10:13:20   Page 15 of 80

# EXHIBIT C

6 PAGES

On Tuesday, December 13, 2016 5:39 PM, "davidaddington@fairmarketproperties.com" <davidaddington@fairmarketproperties.com> wrote:

I have attached my calculations for what was actually done on my property.

Am I missing something? It appears to me that you took about 50 yards net from the property. (This total does grow with each rain as the poorly compacted top soil is swept down my driveway.)

Our agreement was for PG&E to complete steps one and two of a plan to create a flat yard with sod and a sprinkler system.

My yard is not flat.

The work done by PG&E and Arcadis ( whose summary is materially wrong in every category ) does not fulfill our agreement.

The rain has made evident the defective work. The information provided this morning make evident the insufficiency of the work.

What is PG&E's response?

**David P. Addington**
*California Champs*
*Rio West Mall*
*Showdogs & Machine Coffee*
*The Warfield Theater, LLC*
415-606-6552
On Tuesday, December 13, 2016 6:49 AM, "Lishman, Nathan" <NPL2@pge.com> wrote:
Mr. Addington,

We did not receive physical weigh tickets for seven of the soil bins at the time of disposal, however the tickets arrived in the mail over the weekend and I have attached them for your review.

Regards,
Nate


**From:** davidaddington@fairmarketproperties.com [mailto:davidaddington@fairmarketproperties.com]
**Sent:** Sunday, December 11, 2016 9:47 PM
**To:** Lishman, Nathan
**Subject:** Re: Response to Follow-up Questions

This is an EXTERNAL EMAIL. Stop and think before clicking links or opening attachments.
**************************************

Over a month has passed and we still don't have dump logs?

This seems very strange to me. The driver got a weight slip and signed for it.

I have done several projects requiring cuts and fills and my recollection was that the record keeping was detailed, simultaneous and required. What am I missing here?


**David P. Addington**
*California Champs*
*Rio West Mall*
*Showdogs & Machine Coffee*
*The Warfield Theater, LLC*
415-606-6552


On Wednesday, December 7, 2016 2:48 PM, "Lishman, Nathan" <NPL2@pge.com> wrote:

Mr. Addington,
This is the contractor log and was the only log kept onsite by PG&E or by our contractor. Consider this the PG&E log.

The trucks that were used onsite are as follows:

1) One 12-Yard Dump Truck (Freightliner Model: M2 - 106); and,
2) One 20-yard bin truck (Peterbilt Model: 375).

Additionally, our erosion control team can be out as early as Friday morning to install additional measures should you decide to take us up on this offer.

Best regards,
Nate

-----Original Message-----
From: davidaddington@fairmarketproperties.com
[mailto:davidaddington@fairmarketproperties.com]
Sent: Tuesday, December 06, 2016 7:44 PM
To: Lishman, Nathan
Subject: RE: Response to Follow-up Questions

This is an EXTERNAL EMAIL. Stop and think before clicking links or opening attachments.
*************************************


This appears to be the contractor log.

I asked on the first day if PG&E were keeping a log and was told they were. Not that contractors are not the best judges of their own work, but I'd like to PG&E log,

And the truck type.

David P. Addington
California Champs

Rio West Mall
Showdogs & Machine Coffee
The Warfield Theater, LLC
415-606-6552

--------------------------------------------
On Mon, 12/5/16, Lishman, Nathan <NPL2@pge.com> wrote:


Mr. Addington,
I have attached our onsite truck
log details for your reference. As previously indicated,  these are assumed volumes based on bin size and onsite  observation,
  not actual weight or volume. As discussed via phone last  week, we are still waiting on the final weight tickets for  seven of the soil bins from the disposal site. Its standard  protocol for the disposal site operator to provide final  copies of the weight tickets
  via USPS mail. I will forward the additional weight tickets  immediately once received from the disposal site.


As previously mentioned, in light of the upcoming weather  forecast and timing of your landscaping activities, we would  be happy to   refresh existing erosion control measures and install  additional measures, as appropriate, to further stabilize  the site.


Best regards,
Nate Lishman
(415)971-9347



From:
davidaddington@fairmarketproperties.com
[mailto:davidaddington@fairmarketproperties.com]


Sent: Friday, December 02, 2016 11:23 PM

To: Lishman, Nathan

Subject: Re: Response to Follow-up
Questions

This is an EXTERNAL EMAIL. Stop
and think before clicking links or opening attachments.

*************************************
No problem. I
realize that the truck logs not definitive, but I still want to see them.

Not sure how the
contractor dumped the soil but did not get a weight ticket. Are we waiting on the
contractor? Or the dump?
I can't imagine a contractor - especially under a time and materials contract - not having
the dump bills at the ready.
Am I missing something? Or misunderstanding something?
Thank you for your continued diligence on this small matter.

David P. Addington

On Friday, December 2, 2016 12:20 PM, "Lishman, Nathan" <NPL2@pge.com>
wrote:

Mr. Addington,

We are waiting on seven of the soil bin weigh tickets from one of the disposal sites that
correspond with the spreadsheet, which was included in the report. As mentioned, I will
forward these immediately upon receipt. The onsite "truck logs" only approximate the
volume of soil. Actual soil volumes will be reflected on the disposal site weigh tickets.

Best regards,

Nate Lishman

(415) 971-9347

From:
davidaddington@fairmarketproperties.com
[mailto:davidaddington@fairmarketproperties.com]

Sent: Thursday, December 01, 2016 7:48 PM

To: Lishman, Nathan

Subject: Re: Response to Follow-up Questions

Thank you for these items.

What other dump items are you waiting on? Did you keep an truck log on site?

David P. Addington

On Thursday, December 1, 2016 11:30 AM, "Lishman, Nathan" <NPL2@pge.com> wrote:

Mr. Addington,

I was forwarded your email responding to the report PG&E emailed you on 11/29/16. I have attached the following available additional documents which I hope answer your questions:

Available weigh tickets or shipping manifests demonstrating proof of the actual weight and/or volume of the soil bins, including where each respective bin was shipped to (others will be provided once received by PG&E); and, Receipt from Lyngso Garden Materials showing what soil was purchased and used as backfill.

In regard to your concern about whether PG&E performed work specified in our agreement, please remember that PG&E's work only involved the removal and disposal of soil and the play court, and replacement of soil removed near the base of the towers. It was our understanding that your contractor would be returning shortly after completion of our work to perform grading and landscaping activities. As mentioned, we will be happy to refresh existing erosion control measures and install additional measures, as appropriate, to further stabilize the site in the interim.

Please have your landscape contractor reach out to me directly with any questions about the work.

Sincerely,

Nate Lishman
(415)971-9347

| Soil | | Tons | |
|---|---|---|---|
| 11/11/2016 9:25AM | | 13.68 | bin 1307 |
| 11/11/2016 12:35PM | | 10.58 | bin 1130 |
| 11/11/2016 12:43PM | | 9.26 | bin 3618 |
| 11/16/2016 9:07AM | | 12.64 | bin 2728 |
| 11/18/2016 9:22AM | | 7.52 | bin 1342 |
| 11/18/2016 9:14AM | | 7.77 | bin 2379 |
| 11/18/2016 12:38PM | | 11.01 | bin 209 |
| 11/18/2016 ? | | 7.59 | 2984? |
| 11/18/2016 ? | | 7.86 | 3543? |
| | Total Tons | 87.91 | |
| | Pounds | 175820 | |
| | Yards | 70.328 @ | 2500 |

| Concrete | | | | |
|---|---|---|---|---|
| 10/27/2016 | | 8:52 | 12 | |
| 10/27/2016 | | 12:26 | 12 | |
| | Total Tons | | 24 | |
| | Pounds | | 48000 | |
| | Yards | | 20 @ | 2400 |

| | |
|---|---|
| Total yards removed | 90.328 |
| Plus | |
| construction debris | 3.5 tons |
| Returned top soil | 40 yards |
| Net off haul | 50.328 |
| Contracted off haul | 280 |
| Shortage | 230 |

# EXHIBIT D

_8_ PAGES

**From:** Arneson, Pat [/O=PG&E/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=P1A8AC0]
**Sent:** 1/10/2017 1:52:30 PM
**To:** Echols, Joe [JxEv@pge.com]
**Subject:** FW: 298 Dirt Calcs

Joe,

See below.

Best Regards,
Pat Arneson

**Pacific Gas and Electric Company**
Land Management
6111 Bollinger Canyon Rd, 3rd Floor #3340
San Ramon, CA 94583
E-mail: patrick.arneson@pge.com | Phone/Text: (925) 968-8369



**From:** davidaddington@fairmarketproperties.com [mailto:davidaddington@fairmarketproperties.com]
**Sent:** Tuesday, January 10, 2017 10:57 AM
**To:** Arneson, Pat
**Subject:** Re: 298 Dirt Calcs

This is an EXTERNAL EMAIL. Stop and think before clicking links or opening attachments.
**************************************

Hearing nothing further, I am heading out to meetings.

I will narrow the scope on which I'd like to reach consensus:

1) How much does a cubic yard of my dirt weigh?

I believe 2400 lbs is a supportable weight estimate.

Does PG&E agree? If not, what weight does PG&E think is more accurate and why?

Let's get this matter addressed before we meet again.

**David P. Addington**
*California Champs*
*Rio West Mall*
*Showdogs & Machine Coffee*
*The Warfield Theater, LLC*
415-606-6552

On Monday, January 9, 2017 2:42 PM, "davidaddington@fairmarketproperties.com"
<davidaddington@fairmarketproperties.com> wrote:

We have the truck logs which have the weights.

175,000 lbs of soil

We have to estimate weight for 2 loads of concrete, but dump charged for one ton each
time.   Maybe 5 yards - Not 20

3.5 tons construction debris - 0 yards.

40 cubic yards of top soil returned.

I am interested in meeting only after reviewing your corrections to my spread sheet on the
off haul.

I am not interested in rehashing inaccurate estimates.

**David P. Addington**
*California Champs*
*Rio West Mall*
*Showdogs & Machine Coffee*
*The Warfield Theater, LLC*
415-606-6552

On Monday, January 9, 2017 2:22 PM, "davidaddington@fairmarketproperties.com"
<davidaddington@fairmarketproperties.com> wrote:

The weights don't match you assumptions.

**David P. Addington**
*California Champs*
*Rio West Mall*
*Showdogs & Machine Coffee*
*The Warfield Theater, LLC*
415-606-6552

On Monday, January 9, 2017 7:02 AM, "Arneson, Pat" <P1A8@pge.com> wrote:

Mr. Addington,

A total volume of approximately 186 cubic yards of soil, concrete, asphalt, and construction debris were
removed as part of the restoration activities. The figures breakdown as follows:

- 156 cubic yards of soil (8, 20 cubic yard containers, filled to 18 cubic yards + 1, 20 cubic yard container, filled to 12 cubic yards)
- 20 cubic yards of concrete and asphalt were removed in two, 10-yard dump truck loads
- 10 cubic yards of construction debris (concrete, tree roots, and debris) were removed from the main and side yards in a single 10-yard dump truck load.

We will see you out there at 1pm tomorrow. Let me know if you have any other questions before then.

Thanks again!

Best Regards,
Pat Arneson

**Pacific Gas and Electric Company**
Land Management
6111 Bollinger Canyon Rd, 3rd Floor #3340
San Ramon, CA 94583
E-mail: patrick.arneson@pge.com | Phone/Text: (925) 968-8369



**From:** davidaddington@fairmarketproperties.com [mailto:davidaddington@fairmarketproperties.com]
**Sent:** Thursday, January 05, 2017 5:03 PM
**To:** Arneson, Pat
**Subject:** Re: 298 Dirt Calcs

This is an EXTERNAL EMAIL. Stop and think before clicking links or opening attachments.
*************************************

I want to review what comments you have first. But as long as you send it Monday, I am fine to meet Tuesday at 1

**David P. Addington**
*California Champs*
*Rio West Mall*
*Showdogs & Machine Coffee*
*The Warfield Theater, LLC*
415-606-6552

On Thursday, January 5, 2017 3:46 PM, "Arneson, Pat" <P1A8@pge.com> wrote:

Does Tuesday at 1 work for you? We can meet at your property again. We will have everything ready by then.

Best Regards,
Pat Arneson

**Pacific Gas and Electric Company**
Land Management
6111 Bollinger Canyon Rd, 3rd Floor #3340
San Ramon, CA 94583
E-mail: patrick.arneson@pge.com | Phone/Text: (925) 968-8369

PGE-ADDINGTON-00000310



**From:** davidaddington@fairmarketproperties.com [mailto:davidaddington@fairmarketproperties.com]
**Sent:** Thursday, January 05, 2017 3:21 PM
**To:** Arneson, Pat
**Subject:** Re: 298 Dirt Calcs

This is an EXTERNAL EMAIL. Stop and think before clicking links or opening attachments.
*************************************

Look forward to it.

**David P. Addington**
*California Champs*
*Rio West Mall*
*Showdogs & Machine Coffee*
*The Warfield Theater, LLC*
415-606-6552


On Thursday, January 5, 2017 1:59 PM, "Arneson, Pat" <P1A8@pge.com> wrote:


Mr. Addington,

Joe returned from vacation yesterday and we are now reviewing all of the data. We will reach out to you sometime next week once we've had a chance to look it all over.

Hope you had a great Holiday, thanks again!

Best Regards,
Pat Arneson

**Pacific Gas and Electric Company**
Land Management
6111 Bollinger Canyon Rd, 3rd Floor #3340
San Ramon, CA 94583
E-mail: patrick.arneson@pge.com | Phone/Text: (925) 968-8369




**From:** davidaddington@fairmarketproperties.com [mailto:davidaddington@fairmarketproperties.com]
**Sent:** Wednesday, January 04, 2017 9:57 AM
**To:** Arneson, Pat; Lishman, Nathan
**Subject:** 298 Dirt Calcs

This is an EXTERNAL EMAIL. Stop and think before clicking links or opening attachments.
*************************************

Good Morning and Happy New Year,


Have you had an opportunity to verify (or correct) the volume calculations I prepared for 298 Saint James?

Based on new information, I believe that the concrete calculations are too high and I will adjust once I verify at the dump site today or tomorrow.

Also, I should note that it appears that the new waddles were installed incorrectly - or so I have been informed and the rain seems to verify. However, not a big deal in the overall picture.

I look forward to reaching a consensus on the volumes.

**David P. Addington**
*California Champs*
*Rio West Mall*
*Showdogs & Machine Coffee*
*The Warfield Theater, LLC*
415-606-6552

| | |
|---|---|
| **From:** | Arneson, Pat [/O=PG&E/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=P1A8AC0] |
| **Sent:** | 1/9/2017 7:02:02 AM |
| **To:** | davidaddington@fairmarketproperties.com |
| **Subject:** | RE: 298 Dirt Calcs |

Mr. Addington,

A total volume of approximately 186 cubic yards of soil, concrete, asphalt, and construction debris were removed as part of the restoration activities. The figures breakdown as follows:

• 156 cubic yards of soil (8, 20 cubic yard containers, filled to 18 cubic yards + 1, 20 cubic yard container, filled to 12 cubic yards)

• 20 cubic yards of concrete and asphalt were removed in two, 10-yard dump truck loads

• 10 cubic yards of construction debris (concrete, tree roots, and debris) were removed from the main and side yards in a single 10-yard dump truck load.

We will see you out there at 1pm tomorrow. Let me know if you have any other questions before then.

Thanks again!

Best Regards,
Pat Arneson

**Pacific Gas and Electric Company**
Land Management
6111 Bollinger Canyon Rd, 3rd Floor #3340
San Ramon, CA 94583
E-mail: patrick.arneson@pge.com  |  Phone/Text: (925) 968-8369



**From:** davidaddington@fairmarketproperties.com [mailto:davidaddington@fairmarketproperties.com]
**Sent:** Thursday, January 05, 2017 5:03 PM
**To:** Arneson, Pat
**Subject:** Re: 298 Dirt Calcs

This is an EXTERNAL EMAIL. Stop and think before clicking links or opening attachments.
**************************************

I want to review what comments you have first.  But as long as you send it Monday, I am fine to meet Tuesday at 1

**David P. Addington**
*California Champs*
*Rio West Mall*
*Showdogs & Machine Coffee*
*The Warfield Theater, LLC*
415-606-6552

CONFIDENTIAL

PGE-ADDINGTON-00000329

On Thursday, January 5, 2017 3:46 PM, "Arneson, Pat" <P1A8@pge.com> wrote:

Does Tuesday at 1 work for you? We can meet at your property again. We will have everything ready by then.

Best Regards,
Pat Arneson

**Pacific Gas and Electric Company**
Land Management
6111 Bollinger Canyon Rd, 3rd Floor #3340
San Ramon, CA 94583
E-mail: patrick.arneson@pge.com   |   Phone/Text: (925) 968-8369



**From:** davidaddington@fairmarketproperties.com [mailto:davidaddington@fairmarketproperties.com]
**Sent:** Thursday, January 05, 2017 3:21 PM
**To:** Arneson, Pat
**Subject:** Re: 298 Dirt Calcs

This is an EXTERNAL EMAIL. Stop and think before clicking links or opening attachments.
************************************

Look forward to it.

**David P. Addington**
*California Champs*
*Rio West Mall*
*Showdogs & Machine Coffee*
*The Warfield Theater, LLC*
415-606-6552


On Thursday, January 5, 2017 1:59 PM, "Arneson, Pat" <P1A8@pge.com> wrote:

Mr. Addington,

Joe returned from vacation yesterday and we are now reviewing all of the data. We will reach out to you sometime next week once we've had a chance to look it all over.

Hope you had a great Holiday, thanks again!

Best Regards,
Pat Arneson

**Pacific Gas and Electric Company**
Land Management
6111 Bollinger Canyon Rd, 3rd Floor #3340
San Ramon, CA 94583
E-mail: patrick.arneson@pge.com   |   Phone/Text: (925) 968-8369



PGE-ADDINGTON-00000330

**From:** davidaddington@fairmarketproperties.com [mailto:davidaddington@fairmarketproperties.com]
**Sent:** Wednesday, January 04, 2017 9:57 AM
**To:** Arneson, Pat; Lishman, Nathan
**Subject:** 298 Dirt Calcs

This is an EXTERNAL EMAIL. Stop and think before clicking links or opening attachments.
*************************************

Good Morning and Happy New Year,

Have you had an opportunity to verify (or correct) the volume calculations I prepared for 298 Saint James?

Based on new information, I believe that the concrete calculations are too high and I will adjust once I verify at the dump site today or tomorrow.

Also, I should note that it appears that the new waddles were installed incorrectly - or so I have been informed and the rain seems to verify. However, not a big deal in the overall picture.

I look forward to reaching a consensus on the volumes.

**David P. Addington**
*California Champs*
*Rio West Mall*
*Showdogs & Machine Coffee*
*The Warfield Theater, LLC*
415-606-6552

# How Much does a Cubic Yard of Gravel Weigh?

One cubic yard of gravel can weigh between 2,400 to 2,900 lbs. Or up to one and a half tons approximately.

Generally, a cubic yard of gravel provides enough material to cover a 100-square-foot area with 3 inches of gravel. Keep in mind that some materials compact more than others, so exact coverage may vary.

## Calculate Cubic Yards for your Project

Cubic yards are used to measure all types of materials from crushed granite, to topsoil to organic compost mulch for your garden. A cubic yard is the volume of material which fits in a space one yard wide by one yard deep by one yard high.

# EXHIBIT E

_1_ PAGES



# EXHIBIT F

2 PAGES

Re: Summary Report for 298 Saint James

From: davidaddington@fairmarketproperties.com
To: npl2@pge.com
Cc: jxev@pge.com
Date: Tuesday, February 7, 2017 at 11:18 PM PST

The attached cost estimates took longer to assemble than I had hoped.

The estimates reflect a far higher cost than I had imagined.

I do not think the landscaping plans (or the associated cost estimates) are extravagant, certainly not by the standards of my neighbors.

I am traveling Wednesday (tomorrow) morning but will be reachable after noon, if I can be of help to explain the estimates.

I will abide by my word given in your offices despite the estimates being far higher than what I thought the day of our meeting.

I need PG&E to push out of its comfort zone and get to the number we discussed as soon as practicable.

My current landscaping is not improving with time or this intensive watering.

Sincerely,

**David P. Addington**
*California Champs*
*Rio West Mall*
*Showdogs & Machine Coffee*
*The Warfield Theater, LLC*
415-606-6552


On Tuesday, January 31, 2017 3:13 PM, "davidaddington@fairmarketproperties.com" <davidaddington@fairmarketproperties.com> wrote:

Gary, GJR Landscaping, is working on the budget. I am told that it will be completed on Thursday (anticipated rain).

As soon as I have it, I will forward it.

Sincerely,

# 298 Saint James
## Landscape Budget

| Perimeter wall | | GJR Crew Work Days | Materials | Third Party Cost | |
|---|---|---|---|---|---|
| | footing | 8 | $ 4,000 | | |
| | wall | 10 | $ 5,000 | | |
| | water p | 1 | $ 1,000 | | |
| | drainage | 1 | $ 1,000 | | |
| | rocks | 1 | $ 1,000 | | |
| | Landscaping at wall and side walk | 2 | $ 2,000 | | |
| | stone cap | 1 | $ 10,000 | $ 10,000 | |
| | New Mail Box Install | | | | |
| | **Totals for wall** | 24 | $ 24,000 | $ 10,000 | $ 82,000 |
| **Upper Yard** | | | | | |
| | ramp | 1 | | | |
| | Down Spout correction and tie in | 2 | $ 2,500 | | |
| | full drainage plan | 0.5 | | | |
| | Grading | 3 | | | |
| | Install Drainage | 4.5 | $ 2,500 | | |
| | sump pit/pump/dischrge | 1 | $ 2,000 | | |
| | Slope Grade separations Install | 4 | $ 10,000 | | |
| | Form Concrete bases | 1 | | | |
| | Power to concrete pads | 1 | $ 2,000 | $ 3,000 | |
| | Pour and Finish Concrete | 2 | $ 3,000 | | |
| | Spread Top Soil Mix | 2 | $ 2,500 | | |
| | Large plantings | 1 | $ 15,000 | | |
| | Install Sprinkler system | 7 | $ 7,000 | | |
| | Steel Header | 2 | $ 2,000 | | |
| | Sod Install /finish grade | 5 | $ 5,000 | | |
| | Edge planting | 4 | $ 7,500 | | |
| | **Totals for upper yard** | 42 | $ 66,000 | $ 3,000 | $ 153,000 |
| **Rear/side Yard** | | | | | |
| | Remove all remaining vegetation | 1 | | | |
| | Turf on rear and side | 1 | | | |
| | **Totals for rear and side** | 2 | 0 | 0 | $ 4,000 |
| **Front Yard** | | | | | |
| | rough | 3 | | | |
| | pavers? | | $ 5,000 | | |
| | curb and higher level | | | | |
| | Stair along house | | | | |
| | remove sidewalk | | | | |
| | Trash/storage hut | 1 | $ 2,500 | | |
| | Entry Gate | 3 | | $ 25,000 | |
| | **Totals for front** | 7 | $ 7,500 | $ 25,000 | $ 46,500 |
| **Professional Fees** | | | | | |
| | Budget Consultant | | | $ 1,000 | |
| | Architect | | | $ 7,500 | |
| | Landscape Architect | | | $ 8,200 | |
| | City Permit Fees | | | $ 2,000 | |
| | Fees total | | | $ 18,700 | |
| | Days at | $ 2,000 | | | |
| **TOTALS** | | 75 | $ 150,000 | $ 97,500 | $ 56,700 |
| **Project Total** | | | $ 304,200 | | |

# EXHIBIT G

1 PAGES

# RE: Summary Report for 298 Saint James

From: Echols, Joe (jxev@pge.com)

To: davidaddington@fairmarketproperties.com; npl2@pge.com

Date: Thursday, February 16, 2017 at 09:08 PM PST

Mr. Addington,

Thank you for your proposal, at this time I cannot approve the $100,000 payment based on this proposal. I would like to understand the work being proposed near the tower. Can you provide a design drawing or more detailed plan of the proposed work around the tower. This will allow me to understand your proposed plan and make a final decision.

Please let me know if you would like to meet and discuss.

Regards,
Joe

---

**From:** davidaddington@fairmarketproperties.com [mailto:davidaddington@fairmarketproperties.com]
**Sent:** Tuesday, February 07, 2017 11:18 PM
**To:** Lishman, Nathan
**Cc:** Echols, Joe
**Subject:** Re: Summary Report for 298 Saint James

This is an EXTERNAL EMAIL. Stop and think before clicking links or opening attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The attached cost estimates took longer to assemble than I had hoped.

The estimates reflect a far higher cost than I had imagined.

I do not think the landscaping plans (or the associated cost estimates) are extravagant, certainly not by the standards of my neighbors.

I am traveling Wednesday (tomorrow) morning but will be reachable after noon, if I can be of help to explain the estimates.

I will abide by my word given in your offices despite the estimates being far higher than what I thought the day of our meeting.

I need PG&E to push out of its comfort zone and get to the number we discussed as soon as practicable.

# EXHIBIT H

## $\underline{7}$ PAGES

# Possible Soil Removal Report

## Analysis of Tower 30 & 32 Site

For:
PG&E

By:
ASEC Inc.

Final Revision 0
March 03, 2017

ASEC INC

1

# Table of Contents

- Summary ............................................................ 3
- Plan View of Site ............................................. 4
- Tower 30 – Profile View of Foundation .......... 5
- Tower 32 – Profile View of Foundation .......... 6
- Conclusion ...................................................... 7

ASEC INC

2

# Summary

- This report is based on the in-situ conditions prior to any soil removal and replacement.

- In order to determine uplift loads, in-situ loads were extracted from the PLS-CADD files for both towers and PLS-TOWER analysis was performed. The maximum uplift loads from the PLS-TOWER analysis can be found in the conclusion.

- The plan view of the site (page 4) shows the limits of future soil disturbance.

- The profile views of the tower foundations (pages 5 – 6) show foundation depth information.

- Notes:

  - Broken wire cases are for any two wires broken with 1.0 OLF.
  - GO95 intact cases have a 1.5 OLF.
  - The original drawings indicate a typical 6' stub/grillage foundation.
  - The foundation consists of a leg bolted to a stub angle and a grillage plate at the bottom. This assembly has a 1.5' diameter concrete cap set around the ground line of each leg some time after initial construction. This concrete cap protrudes above the ground as shown in the pictures and below the ground for an unverified depth (typically 12" to 18").
  - There may be degradation of the stub angles and grillage plates due to age or other factors or the soil properties may be different from what is assumed.
  - Tower 30 has been modified by adding post insulators to the top arm, moving all three phases on both circuits up, and removing the bottom arm. This modification has increased foundation loads from the original conditions.

- Assumptions:

  - The stub angle and grillage foundation are in good condition and have not corroded or been damaged.
  - The soil density is 78 lb/ft^3.
  - The angle of repose of the soil is 30°.
  - These depth of concrete below ground is shown as 12" in this report.



ΛSEC INC

3

Case: 19-30088    Doc# 13480    Filed: 01/30/23    Entered: 02/01/23 10:13:20    Page 43 of 80



## Plan View of Site

APN: 051-4813-017

# Tower 30 – Profile View of Foundation



**Notes:**

- Values shown on this page are estimates based on photos taken with no measurements.
- Concrete is a cap only and does not extend to the bottom of the foundation.

ASEC INC

Case: 19-30088     Doc# 13480     Filed: 01/30/23     Entered: 02/01/23 10:13:20     Page 45 of 80

# Tower 32 – Profile View of Foundation



Grillage Plate

**Notes:**
- Values shown on this page are averages of measurements taken in the field.
- Concrete is a cap only and does not extend to the bottom of the foundation.

ASEC INC

6

# Conclusion

### Tower 30

- Maximum uplift loads for the intact loading case is 6,840 lb with 1.5 OLF and 4,560 lb with 1.0 OLF.
- Maximum uplift loads for the broken wire case (2 conductors broken) is 12,850 lb with 1.0 OLF.
- Pictures indicate that the top two conductors have been raised and arms have been retrofitted to hold post insulators. This retrofit has increased foundation loads from the original conditions.

### Tower 32

- Maximum uplift loads for the intact loading case is 5,160 lb with 1.5 OLF and 3,440 lb with 1.0 OLF.
- Maximum uplift loads for the broken wire case (2 conductors broken) is 7,450 lb with 1.0 OLF.

## General Site Instructions for Additional Soil Disturbance

It is the opinion of ASEC that no ground disturbance should occur inside of a 13' radius of the point where the tower leg intersects with the ground unless an engineered solution is obtained for that ground disturbance.

The depth of the concrete cap may vary from what is shown in this report. Do not excavate below the bottom of the concrete cap unless an engineered solution is obtained for that excavation.

ASEC INC.

7

# EXHIBIT I

<u>5</u> PAGES

On Wednesday, April 5, 2017 11:17 AM, "Echols, Joe" <JxEv@pge.com> wrote:


Mr. Addington,

 It's recently brought to my attention that lights have been attached to the PG&E transmission tower(s) located on your property. Unfortunately we cannot allow these items to be placed on the tower. These items violate the Civil Code 1882, as well as CPUC General Order 95 and will need to be removed.  We will be sending someone out to remove the lights attached to the tower.  We ask that you refrain removing the lights yourself and from attaching anything else to the tower in the future.


Thank you,

Joe

On Saturday, April 8, 2017 10:11 PM, David Addington <davidaddington@fairmarketproperties.com> wrote:

Joe,

I disagree.

Civil Code 1882 clearly does not prohibit the light I have rested on your tower.

CPUC General Order 95 are for power line construction. As the CPUC GO 95 is long and clearly not intended for easement granters, I did not read it. If you want to point me to some key provisions, I will read them.

Do not send someone to my house. Uninvited and unwarranted persons on my property are treated as trespassers. California Penal Code - PEN § 602

**David P. Addington**
*California Champs*

*Rio West Mall*
*Showdogs & Machine Coffee*
*The Warfield Theater, LLC*
415-606-6552

**From:** David Addington [mailto:davidaddington@fairmarketproperties.com]
**Sent:** Wednesday, April 12, 2017 11:43 AM
**To:** Echols, Joe; Lishman, Nathan
**Subject:** Re: PG&E Tower - Lights

No response to my last email, Joe?

Will you verify that you or your agent did come onto my property and remove the light from the tower?

Further, will you agree that you or your agent made no attempt to communicate with me or any other occupant at the house regarding its removal?

Lastly, will you agree that since its removal and fully aware of my disagreement, you made no attempt to inform me or any other occupant at the house that it had been removed?

Fear not, the light was not damaged and it has been returned to its tower perch. The light has a motion sensor and is part of my home security system. For this reason and those in my previous email, I trust you will leave it undisturbed.

**David P. Addington**
*California Champs*

*Rio West Mall*
*Showdogs & Machine Coffee*
*The Warfield Theater, LLC*
415-606-6552

RE: PG&E Tower - Lights

From:Echols, Joe (jxev@pge.com)

To:davidaddington@fairmarketproperties.com; npl2@pge.com

Date:Monday, April 17, 2017 at 02:36 PM PDT

Dear Mr. Addington –

The safety of our customers, employees and communities is our highest priority. Affixing energized equipment—like the lighting fixture and supply cable that you have attached—to Pacific Gas and Electric Company's (PG&E) transmission tower(s) is explicitly prohibited, and presents a safety hazard that may result in serious personal injury. **We respectfully repeat our request that you refrain from attaching anything to the tower for the safety of you, your family and our employees.**

We understand your desire to illuminate your property at night for security purposes. Please find a lighting solution that does not involve PG&E's transmission tower.

**We are committed to working with you but cannot compromise on safety.** PG&E removed the lighting fixture and supply cable from the tower leg on April 6, 2017, and you have since reattached them. PG&E will once again remove the lighting fixture and supply cable from the tower. Again, we urge you not to take any action to climb on or access the tower for your safety.

At your request, I am providing you with the following references that prohibit attachments to PG&E towers:

· Rule 34 of the CPUC's General Order 95 (enclosed) prohibits any unauthorized attachment to electric structures, including "wires" and "lighting fixtures" and other such equipment foreign to the purposes of overhead line construction

· In addition, we believe affixing the lighting fixture and supply cable to the tower constitutes unauthorized "tampering" with PG&E's utility facilities within the meaning of Civil Code section 1882

Our goal is to work cooperatively and quickly with you to address this issue and to avoid any necessary action to enforce our legal rights. We remain committed to working with you to ensure PG&E can safely operate its electric transmission facilities while also keeping the public, our employees and the community safe.

Thank you.

Sincerely,

Joe Echols

Re: PG&E Tower - Lights

From:David Addington (davidaddington@fairmarketproperties.com)

To:jxev@pge.com

Date:Tuesday, April 25, 2017 at 11:47 AM PDT

No.


**David P. Addington**
*California Champs*

*Rio West Mall*
*Showdogs & Machine Coffee*
*The Warfield Theater, LLC*
415-606-6552

# EXHIBIT J

4 PAGES

| | |
|---|---|
| **From:** | Hughes, Stephen [/O=PG&E/OU=CORPORATE/CN=RECIPIENTS/CN=S3HH] |
| **Sent:** | 4/5/2017 11:05:28 AM |
| **To:** | Echols, Joe (JxEv@pge.com) [JxEv@pge.com] |
| **Subject:** | RE: Lighting of Transmission Towers |

Here is the revised email we'd like to send out today:

Mr. Addignton,

It's come to our attention that lights have been attached lights to the PG&E transmission tower(s) located on your property. These items are not a permissible use and violates the Civil Code 1882, as well as CPUC General Order 95. We will be sending someone out to remove the lights attached to the tower. We ask that you refrain removing the lights yourself and from attaching anything else to the tower in the future.

Thank you,
Joe

**From:** Hughes, Stephen
**Sent:** Monday, April 03, 2017 3:58 PM
**To:** Echols, Joe (JxEv@pge.com)
**Subject:** FW: Lighting of Transmission Towers
**Importance:** High

Hi Joe,

Here is my proposed response to Mr. Addington regarding the spotlight attached to our tower. Let me know what you think and if we need to have anyone else review this.

Mr. Addington,

The City of Piedmont contacted us about the flood lights that you have attached to the PG&E transmission towers located on your property. This was going to be referred to our law department, but I asked to reach out to you first. We need you to remove the flood light attached to the tower as it is not a permissible use and violates the Civil Code 1882, as well as CPUC General Order 95. Both of these orders do not allow for any tampering of the facilities or attaching anything that is not considered a permissible use. If the light is not removed by the end of the week, then this matter will be referred to our law department.

Thank you,
Joe


Thank you,

 **Stephen Hughes** | Senior Land Agent

**Pacific Gas and Electric Company**
**Land Management**
6111 Bollinger Canyon Rd, 3rd Floor, 3350-E
San Ramon, CA 94583
Office: (925) 328-5153
Cell: (925) 464-8087

**From:** Bryan, Vanessa
**Sent:** Friday, March 31, 2017 3:33 PM
**To:** Tower Coatings Core PMO; jason@keadjian.com; Edward Moser (edward@keadjian.com)
**Subject:** FW: Lighting of Transmission Towers

Sharing the string below noting complaints to the City of Piedmont about the flood lights David Addington has at the base of his towers.  I think this team should determine the appropriate response to the City.

**Vanessa (Volksen) Bryan** | Manager, Local Customer Experience Strategy & Planning
Electric Transmission
Pacific Gas and Electric Company
Phone: 916.708.8376
Email: vfv3@pge.com

**From:** Trujillo, Elena
**Sent:** Friday, March 31, 2017 2:25 PM
**To:** Bryan, Vanessa
**Cc:** Trujillo, Elena
**Subject:** FW: Lighting of Transmission Towers

Hello Vanessa,

I was reaching out to see if you could help me with this transmission tower question or possibly direct me  to who may know.

My apologies for the long thread of emails. To sum it up,  I have a residential customer with the city of piedmont that has attached lighting to the base of the transmission towers and lighting up the towers at night(pictures attached). It is a residential property and a residential use except for the fact that the transmission towers are on site.  Does the easement allow him to make modifications or attach things to the towers? Do we have any PG&E documents on what customers are allowed to do with towers on their property?

-Thank you,
Elena Trujillo Mendoza | Customer Relationship Manager
Pacific Gas and Electric Company
Business Energy Solutions
M: 510-410-5868 O: 510-437-2478
Email:EMTI@pge.com

  Together, Building a Better California

Sign up for Outage Alerts

**From:** Kevin Jackson [mailto:kjackson@ci.piedmont.ca.us]
**Sent:** Friday, March 31, 2017 9:16 AM
**To:** Trujillo, Elena
**Cc:** Schumer, Andrea; Chester Nakahara
**Subject:** RE: Lighting of Transmission Towers

This is an EXTERNAL EMAIL. Stop and think before clicking links or opening attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Elena:

Apologies for any misunderstanding. Yes, the homeowner has attached lighting to the base of the transmission towers and is lighting up the towers at night. We've been trying to approach this from the CA building code, which does not regulate residential outdoor lighting that is not permanently mounted to a residential building or other building on the site. This describes the current situation. We've also begun to look at it as industrial lighting, due to the industrial nature of the towers. Thus the attempt to define it as temporary or not, per Section 6.2.2.2 of the CA building code. Again this is tricky because it is a residential property and a residential use, except for the fact that the transmission towers are on site. Its taking our City Attorney a bit of time to make a determination on that.

Meanwhile, I turned to you, thinking that PG&E may not want lighting attached to the towers, nor want the transmission towers lit up at night for security concerns.

Please let me know what you determine. I'm happy to answer any follow up questions.
Sincerely,

Kevin Jackson, AICP
Planning Director
City of Piedmont
120 Vista Avenue
Piedmont, CA 94611
Tel: (510) 420-3039
Fax: (510) 658-3167

**From:** Trujillo, Elena [mailto:EMTI@pge.com]
**Sent:** Thursday, March 30, 2017 6:11 PM
**To:** Kevin Jackson
**Cc:** Schumer, Andrea;Chester Nakahara
**Subject:** RE: Lighting of Transmission Towers

I may have miss understood. Did the customer put this on himself since it is on his property? And his neighbors are complaining?

If so I will look into what the easement entails.

-Thank you,
Elena Trujillo Mendoza | Customer Relationship Manager
Pacific Gas and Electric Company
Business Energy Solutions
M: 510-410-5868 O: 510-437-2478
Email:EMTI@pge.com

  Together, Building a Better California

**Sign up for Outage Alerts**

**From:** Kevin Jackson [mailto:kjackson@ci.piedmont.ca.us]
**Sent:** Thursday, March 30, 2017 5:46 PM
**To:** Trujillo, Elena
**Cc:** Schumer, Andrea; Chester Nakahara
**Subject:** RE: Lighting of Transmission Towers

This is an EXTERNAL EMAIL. Stop and think before clicking links or opening attachments.
************************************

Elena:

Does the easement allow him to make modifications or attach things to the towers?

Kevin Jackson, AICP
Planning Director
City of Piedmont

120 Vista Avenue
Piedmont, CA 94611
Tel: (510) 420-3039
Fax: (510) 658-3167

**From:** Trujillo, Elena [mailto:EMTI@pge.com]
**Sent:** Thursday, March 30, 2017 3:59 PM
**To:** Kevin Jackson
**Cc:** Schumer, Andrea;Chester Nakahara
**Subject:** RE: Lighting of Transmission Towers

Hello Kevin,

I will look into this, to see why they are on and if they can be turned off.

-Thank you,
Elena Trujillo Mendoza | Customer Relationship Manager
Pacific Gas and Electric Company
Business Energy Solutions
M: 510-410-5868 O: 510-437-2478
Email:EMTI@pge.com

  Together, Building
a Better California

Sign up for Outage Alerts

**From:** Kevin Jackson [mailto:kjackson@ci.piedmont.ca.us]
**Sent:** Thursday, March 30, 2017 3:36 PM
**To:** Trujillo, Elena
**Cc:** Schumer, Andrea; Chester Nakahara
**Subject:** Lighting of Transmission Towers

This is an EXTERNAL EMAIL. Stop and think before clicking links or opening attachments.
*************************************

Elena:

I am writing because I am receiving complaints from neighbors of the property at 298 St. James Drive owned by David Addington. The complaints are in regards to the upward-directed flood lights he has on the transmission towers on his property. I have attached some photos to help explain the situation. Image 1049 shows the floodlight attached to the leg of the tower with the plug dangling.

From what the building official could tell when at the site, these are plug in lights. However, they have been turned on nightly for the past few months. Which means they would not be considered temporary industrial lighting as outlined in Section 6.2.2.2 of the Outdoor Lighting provisions of the CA building code, making them subject to regulation.

Please let me know if PG&E has any concerns, or who, other than yourself, I should be contacting.

Thank you,

Kevin Jackson, AICP
Planning Director
City of Piedmont
120 Vista Avenue
Piedmont, CA 94611
Tel: (510) 420-3039
Fax: (510) 658-3167

# EXHIBIT K

2 PAGES

**From:** David Addington [mailto:davidaddington@fairmarketproperties.com]
**Sent:** Tuesday, May 16, 2017 11:31 AM
**To:** Echols, Joe; Lishman, Nathan; leah.ackerman@arcadis.com; Arneson, Pat; Oakes, Matthew; Tell, Monica; Jamie Addington; Hughes, Stephen; Luis J. Pons; Portus, Colin; Jackanich, Mark; Conway, Denise
**Subject:** 298 Saint James

This is an EXTERNAL EMAIL. Stop and think before clicking links or opening attachments.
**************************************

May 16, 2017

RE: 298 Saint James Drive

Dear PG&E Staff,

I'd like to reach a negotiated resolution to both of our disagreements without being forced to void PG&E's easement on my property.

The first disagreement being the landscaping. I think both parties will agree that PG&E is responsible for restoring Grantor's landscaping that was damaged as part of maintenance of the PG&E towers. Also, I think we can both stipulate that we entered an agreement about that landscaping which Grantee was obligated to preform work on Grantors behalf and would pay Grantor an amount estimated to complete the landscape restoration.

PG&E may claim that the work stipulated in our agreement was completed. I will claim it wasn't. While I will argue that the soil quantities removed from the site were lied about, reduced to a written report that was either fraudulent or malpractice (whatever the engineering world would deem total bullshit), new fill improperly compacted, and generally destroyed my yard. PG&E will likely argue the opposite (based on what fact set I have no idea).

PG&E's agreement with the landscape contractor, Arcadis, (Craig Divine/Mary Ann Hopkins/Alex Rothchild) should provide PG&E's position significant support, but despite asking for the agreement multiple times, it has not been sent. Is Arcadis a licensed landscape contractor in California? This contract was PG&E's subcontract to our agreement. It was made to fulfill PG&E's agreement with me and was for work on my property within and outside of the easement area. If we don't settle, I will get to see this agreement. If the agreement strengthens your position, PG&E would surely provide it as it will make settlement easier. If the agreement fails to sufficiently mirror PG&E's agreement with me, as I suspect, it is nearly irrefutable on its one face that PG&E never intended to uphold the terms of our agreement.

Here, I see only three possible next steps: 1) Make me a settlement offer that I accept; 2) provide me the Arcadis agreement and file by 6/1/17; or 3) Come get your towers off my property. (By the way, if PG&E removes the towers, the requirement to restore the landscaping remains.)

I understand that a court will likely give PG&E a chance to cure its default under most facts. It is possible, however, that the malfeasance rises to a standard requiring more

than a simple landscaping cure. While a court could conclude that I have received the benefit of the bargain, I don't think it will.

The second item where we seem to have a substantial disagreement is my relationship with the physical tower structures. This relationship is not discussed expressly in the easement or in the subsequent work agreements. To my knowledge, these are the only documents effecting the Grantor and Grantee rights and obligations regarding the easement property and all improvements therein. As Grantor, I see the lack of expressed prohibitions as a clean slate where I can do as I please with, around, under, besides, across and otherwise with the towers if I create no hazard. PG&E's position is that I can do nothing as all interaction will create a hazard. Please send don't bother to send additional legal citations that do not apply or rules for public utilities. I can read the citations and I am not a public utility.

PG&E has provided no evidence of a hazard, no range of hazards, no data, study, finding of any kind to support their conclusion. In fact, on the next set of PG&E towers, where I will guess PG&E owns the land under one tower, dozens of powered attachments can be seen only a few hundred feet from my towers. I would stipulate that hazards which can be mitigated by cash payments, like those payments likely generated by the now hazardless attachments on the next towers are not actually hazards at all.

The solutions here seem few and distinct. First, and my preferred, is you remove the towers. Take your time – say 60 or even 90 days – and their use is no longer an issue. Second, show me the science of hazard and how it is differentiated from the non-hazard on the next set of towers. Third, I am going to continue to use the towers as Grantor is allowed and PG&E's alterations of my installations will be trespass and vandalism.

Lastly, I do not want my anger at PG&E's malfeasances and the pain and suffering caused my family by PG&E's willful and wanton disregard its' duties and responsibilities to make resolving these matters more difficult than need be. To this end, please limit your communications to me alone among my family, to writing – email and USPS equally fine unless contractual obligation dictates otherwise and not in person - via agents or employees on my property – within easement or otherwise – without notification.

Sincerely,

# DPA

David P. Addington
davidaddington@fairmarketproperties.com
298 Saint James Drive
Piedmont CA 94611

# EXHIBIT L

## 1 PAGES

RE: 298 Saint James

From:Echols, Joe (jxev@pge.com)
To:davidaddington@fairmarketproperties.com
Date:Tuesday, May 30, 2017 at 12:41 PM PDT

Mr. Addington,


Thank you for your email. We have completed the portion of planned landscaping work (soil removal) that we agreed to perform. In addition, we provided additional compensation to you and your family sufficient for you to complete the landscaping work you had planned at the time the soil removal work was done. As requested, we also provided you with engineering specifications for the tower footings so that your planned landscaping work may be safely performed without destabilizing the soil around the tower footings. If you or your landscapers have any questions regarding these specifications, please let me know.


We do not intend to perform additional landscaping work on your property, or to pay any additional consideration in order for you to complete your planned landscaping work. If you feel as though PG&E's soil removal work has caused damage to your property, please contact PG&E's claims department at (415) 695-3505.


Thank you,

Joe Echols

Manager – Land Management

Pacific Gas and Electric Company

925.270.5827 - Cell

# EXHIBIT M

4 PAGES

and When Recorded Mail to:

David P. Addington
298 Saint James Drive
Piedmont CA 94611



# TERMINATION OF EASEMENT

THIS TERMINATION AND EXTINGUISHMENT OF EASEMENT is made this First day June 2017, by David P. Addington, hereinafter referred to as "Grantor".

WHEREAS, Grantor is successor-in-interest to The Realty Syndicate interests in Grantor's property commonly known as 298 Saint James Drive, Piedmont CA 94611 (the "Land"), which is described in Exhibit "A" and depicted on Exhibit "B" as parcel 17.

NOW, THEREFORE,

1.      Grantor hereby terminates and extinguishes that easement as shown on the map of record and as recorded May 17, 1909 in book 1578 of Deeds, pages 189 of said county, as it relates to Grantor's property.

IN WITNESS WHEREOF, the party hereto has executed this instrument the day and year first above written.

GRANTOR:

David P. Addington

## ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____ *Alameda* )

On _*June 01, 2017*_ before me, _*Patrick Siu, Notary public*_
(insert name and title of the officer)

personally appeared _*David Preston Addington*_
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

PATRICK SIU
Notary Public - California
Alameda County
Commission # 2154970
My Comm. Expires Jun 24, 2020

## Exhibit "A"
## Legal Description

The property in this report is situated in the State of California, County of Alameda, City of Piedmont, described as follows:

PARCEL ONE:

LOTS 112 AND 113, MAP OF ST. JAMES WOOD, FILED OCTOBER 16, 1926, MAP BOOK 10, PAGE 89, ALAMEDA COUNTY RECORDS.

PARCEL TWO:

PORTION OF LOT 114, MAP OF ST. JAMES WOOD, FILED OCTOBER 16, 1926, MAP BOOK 10, PAGE 89, ALAMEDA COUNTY RECORDS, DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE EASTERN LINE OF ST. JAMES DRIVE, WITH THE SOUTHEASTERN LINE OF LOT 114, AS SAID DRIVE AND LOT ARE SHOWN ON SAID MAP; RUNNING THENCE ALONG SAID LINE OF ST. JAMES DRIVE, BEING ALONG THE ARC OF A CIRCLE HAVING A RADIUS OF 245 FEET (THE CENTER OF WHICH CIRCLE BEARS SOUTH 82° 22 ' 46 " WEST 245 FEET DISTANT) NORTHERLY A DISTANCE OF 26.50 FEET; THENCE NORTH 56° 52 ' 55 " EAST 153.86 FEET TO THE NORTHEASTERN LINE OF LOT 114; THENCE ALONG THE LAST MENTIONED LINE SOUTH 36° 54 ' EAST 27.50 FEET; THENCE ALONG THE SAID SOUTHEASTERN LINE OF LOT 114, SOUTH 57° 53 ' 37 " WEST 165.80 FEET TO THE POINT OF BEGINNING.

A.P.N. : 051-4813-017



ASSESSOR'S MAP 51

4813

St James Wood.
Scale 1 in = 50 ft.

Code Area No. 18-000

ALAMEDA, CA  Document:ASSESSOR_MAP 051.4813
Printed on:10/6/2015 9:36 AM

Page:1 of 1

# EXHIBIT N

___1___ PAGES

## Criminal Trespass

From: David Addington (davidaddington@fairmarketproperties.com)

To:   jxev@pge.com; npl2@pge.com; p1a8@pge.com; m1o3@pge.com; m1t2@pge.com

Date: Thursday, August 10, 2017 at 10:05 PM PDT

Mr. Echols,

If people enter my property without my permission, I treat them as trespassers and as a threat to my family.

Despite having made clear my requirement that PG&E get permission to enter my property in prior correspondence, PG&E (or people claiming to represent PG&E) came on my property without invitation or urgency on Tuesday morning.

I was out of town.  I don't want PG&E on my property without my permission.

I know how important safety is to you and PG&E.  It is also important to me.  Stay off my property without permission.

Should PG&E desire to inspect the equipment held over from its former easement on my property, contact me first.


**David P. Addington**
*California Champs*
*Rio West Mall*
*Showdogs & Machine Coffee*
*The Warfield Theater, LLC*
415-606-6552

# EXHIBIT O

2 PAGES



# PIEDMONT POLICE DEPARTMENT

## Summary

### Case

| | | | |
|---|---|---|---|
| **Case Number:** | 2019-00001090 | **Incident Type:** | Information Report |
| **Location:** | 298 ST JAMES DR | **Occurred From:** | 01/29/2019 07:30 |
| | PIEDMONT, CA 94611 | **Occurred Thru:** | 01/29/2019 10:13 |
| **Reporting Officer ID:** | R43 - Mather | **Disposition:** | Closed - Civil Matter |
| | | **Disposition Date:** | 01/30/2019 |
| | | **Reported Date:** | 01/29/2019 10:13 Tuesday |

### Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|

### Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|---|
| Other | 1 | ADDINGTON, DAVID | 298 ST JAMES DR PIEDMONT, CA 94611 | (415)606-6552 | White | Male | |
| Reporting Party | 1 | FENNEWALD, BRIAN | | | | | |
| Reporting Party | 2 | FRAAS, SHAWN | | | | | |

### Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|

### Property

| Date | Code | Type | Make | Model | Description | Tag No. Item No. |
|---|---|---|---|---|---|---|

### Vehicles

| No. | Role | Vehicle Type | Year Make | Model | Color | License Plate State | Age |
|---|---|---|---|---|---|---|---|

Case: 19-30088    Doc# 13480    Filed: 01/30/23    Entered: 02/01/23 10:13:20    Page 72 of 80

**INFORMATION REPORT:2019-1090**

**SYNOPSIS:** Utility power workers go on to private property to get permission to work on towers. They mistakenly obtain permission from housekeeper. When home owner comes home he tells workers to leave his property. Home owner goes into his garage and loads a shotgun. Home owner never threatens or brandishes shotgun in threatening way but keeps at his side while workers leave property.

**NARRATIVE:** On 1/29/19, at 1013 hrs., dispatch advised a possible brandishing occurred at 298 St.James Dr. at 0900 hrs. Dispatch stated utility workers who were on private property to do a tower inspection were told by the home owner to leave when he came home. The home owner then went into his garage and loaded a shotgun and watched the workers leave while keeping it pointed down at his side.

I made contact with the foreman of the group of four men at Estates and Sandringham. Brian Fennewald said he works for Par Electronic which is contracted by PG&E to conduct tower inspections. His foreman, Ron Boyle          advised him to respond to 298 St.James Dr., Piedmont. This is a private home with two large towers on the property. Permission must be granted by the home owner to access the towers. I am familiar with the residents of this home.

Fennewald said he approached the front door and knocked and a female answered. He gave the information to the female who said they could inspect the towers. Fennewald said he never identified the female or verified if it was her home. One of the workers said they observed a vehicle with children leave the home at approximately 0800 hrs.

At approximately 0900 hrs., a large WMA drove up the driveway and asked one of the workers what they were doing. He stated that this was his property and told him to get his men off the property. Worker-Shawn Fraas said he then saw the (owner) subsequently identified as David Addington, go into his garage. He heard what sounded like a shotgun being loaded and a round being "racked". Addington appeared from the garage and Fraas said he saw a shotgun at his side. Fraas said he asked if that was a gun and Addington replied he felt threatened . Fraas told Addington that he felt threatened by the gun.

Fraas said Addington never pointed the gun at anyone or verbally intimated that he would use the weapon. He was never rude or angry. He said he kept the weapon at his side pointing down along his leg. The workers left the home and notified their supervisor and PG&E. I responded to 298 St.James Dr. I made contact with Jamie Addington who I am familiar with. She advised that her housekeeper opened the door when the workers arrived at 0730 hrs. Jamie said she took her children to school at 0800 hrs., but saw no vehicles or persons on her property. David was not home but Jamie provided me his cell phone. I attempted to contact David and left a voicemail message. He did not return my call as of this writing.

Based on the statements of the workers no crime of brandishing was committed. The report was created for documentation purposes only.

**Ofc.Mather R43 1/29/19**

# EXHIBIT P

1 PAGES



**David Addington &lt;dpapiedmont@gmail.com&gt;**

## Fwd: Addington [Sunday work postponed]

**Oliner, Ron** &lt;ROliner@duanemorris.com&gt;
To: David Addington &lt;Dpapiedmont@gmail.com&gt;

Fri, Aug 12, 2022 at 1:03 PM

Well well well.

Sent from my iPhone

Begin forwarded message:

> **From:** Thomas Rupp &lt;trupp@kbkllp.com&gt;
> **Date:** August 12, 2022 at 12:58:39 PM PDT
> **To:** "Oliner, Ron" &lt;ROliner@duanemorris.com&gt;
> **Subject:** RE: Addington [Sunday work postponed]

Ron,

As it turns out, for independent reasons completely unrelated to Mr. Addington, I just learned from my client that the work scheduled for this Sunday has been **postponed**. PG&E still needs to do the work in the future, and it will likely be rescheduled to September. PG&E will notify Mr. Addington in advance, once the schedule has been determined. As further context on the work, it is necessary for certain other PG&E equipment, and there are separate scheduling considerations involving other parties that PG&E must take into account, which is why the work had to take place over the weekend. I'm happy to provide you more detail to explain the nature of the work once we have a new date, but I can assure you that it has nothing to do with your client or his bankruptcy claim, and I hope that you can reassure your client of that as well.

I will reach out to you under separate cover with respect to proceeding on the claim.

Best,

Tom

THOMAS RUPP

650 California Street, Suite 1900

San Francisco, CA 94108

Direct: 415.364.6745

Cell: 415.636.9015

Case: 19-30088    Doc# 13480    Filed: 01/30/23    Entered: 02/01/23 10:13:20    Page 75
of 80

# EXHIBIT R

2 PAGES



# Incident Report

**Incident:** 2022-00010177

| | |
|---|---|
| **Incident Date/Time:** | 12/2/2022 8:08:21 AM |
| **Location:** | 298 ST JAMES DR |
| | PIEDMONT CA 94611 |
| **Phone Number:** | (415)404-5069 |
| **Report Required:** | No |
| **Prior Hazards:** | No |
| **LE Case Number:** | |

| | |
|---|---|
| **Incident Type:** | CIVIL |
| **Venue:** | PIEDMONT |
| **Source:** | Telephone |
| **Priority:** | Medium |
| **Status:** | In Progress |
| **Nature of Call:** | |

## Unit/Personnel

| Unit | Personnel |
|---|---|
| 102 | 102-Yegorov |
| 113 | 113-Diaz |
| 116 | 116-Petit |

## Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 1 | Suspect | ADDINGTON, DAVID | 298 ST JAMES DR PIEDMONT CA 94611 | (415)606-6552 | White | Male | |
| 2 | Caller | E, PG AND | | (415)404-5069 | | | |

## Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|

## Disposition(s)

| Disposition | Count |
|---|---|
| R | 1 |

## Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

Page: 1 of 2

# CAD Narrative

12/02/2022 : 08:48:15 gvy Narrative: 116 - PG&E and sub contractors arrived to replace insulators on the high voltage lines. H/O refused to let them on the property. H/O is in court trying to settle this matter. I advised PG&E to get a court order to allow them on the proerty. This was mitigated and on BWC. At this time PG&E and sub contractos will be leaving. There is no immediate hazerd that constitutes emergency work at this time on the power lines.
12/02/2022 : 08:12:17 sdb Narrative: PGE HAS EASMENT RIGHTS TO ACCESS THE PROPERTY FOR TRANSSMISSION TOWER MAINTENANCE. THE HOMEOWNER WAS ADVISED OF TODAY'S SCHEDULED WORK BACK IN OCTOBER
12/02/2022 : 08:09:18 sdb Narrative: HOMEOWNER REFUSING ACCESS TO PG AND E

# EXHIBIT S

_1_ PAGES


## 298 Saint James

**Paki Muthig** <pmuthig@piedmont.ca.gov>                                    Thu, Dec 8, 2022 at 4:28 PM
To: David Addington <dpapiedmont@gmail.com>
Cc: Steven Lizzarago <slizzarago@piedmont.ca.gov>

Hi David,

I have a call into PG&E to find the right person to speak with. From our discussions the other day it sounded like there will be grading that would result in retaining walls and would require permitting. If you have or can develop Existing and Proposed site plans then we can better comment on the project and use them for reference in our discussions with PG&E.

Thank you,

**Paki Muthig AIA | Building Official | City of Piedmont**

120 Vista Avenue, Piedmont, CA   94611 - 4031

(510) 420-3062    piedmont.ca.gov

**Updated Information:**

Please expect delays in responses to emails, phone calls and processing permits. We greatly appreciate your patience and appologize for the inconvenience.

To schedule an inspection please use our **Online Inspection Scheduler:** Click Here

Submit digital PDF's of all building permit **applications** and materials to buildingpermits@piedmont.ca.gov

To stay up to date with the developments, subscribe to the Planning & Building Department **newsletter** at: https://lp.constantcontactpages.com/su/rMGm1oM/PiedmontPlanBuild

---

**From:** David Addington <dpapiedmont@gmail.com>
**Sent:** Wednesday, December 07, 2022 7:50 PM
**To:** Paki Muthig <pmuthig@piedmont.ca.gov>
**Subject:** 298 Saint James

You don't often get email from dpapiedmont@gmail.com. Learn why this is important