Isaac M. Pachulski (CA Bar No. 62337)
Debra I. Grassgreen (CA Bar No. 169978)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
Email: dgrassgreen@pszjlaw.com

Eric Seiler (admitted pro hac vice)
Jason C. Rubinstein (admitted pro hac vice)
Michael S. Palmieri (admitted pro hac vice)
FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP
7 Times Square
New York, NY 10036-6516
Telephone (212) 833-1103
Facsimile (212) 373-7903
Email: eseiler@fklaw.com

*Attorneys for Securities Claimant*
*Baupost Group Securities, L.L.C.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PG&E CORPORATION, | Case No. 19-30088 (DM) |
| - and - | (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY, | **NOTICE OF CHANGE OF FIRM NAME** |
| Debtors. | |
| Affects: | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects Both Debtors | |
| *\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, as of January 3, 2023, the law firm of Friedman Kaplan Seiler & Adelman LLP has changed its name to:

**FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP**

| | |
|---|---|
| 1 | The firm's address and telephone number remain the same.  The telephone numbers and |
| 2 | email addresses for the attorneys in this matter also remain the same. |

Dated: New York, New York
February 1, 2023

Respectfully Submitted,

FRIEDMAN KAPLAN SEILER
  ADELMAN & ROBBINS LLP


      *s/ Michael S. Palmieri*
Eric Seiler (admitted pro hac vice)
Jason C. Rubinstein (admitted pro hac vice)
Michael S. Palmieri (admitted pro hac vice)
7 Times Square
New York, New York  10036-6516
(212) 833-1100

*Attorneys for Securities Claimant
Baupost Group Securities, L.L.C.*