16 Woodhaven Circle
Merrimack, NH 03054

# Eric Postpischil

https://edp.org

January 28, 2023

United States Bankruptcy Court
North District of California—San Francisco Division
450 Golden Gate Avenue, 18th Floor
San Francisco, CA 94102

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, CA 94108

Office of the United States Trustee
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102

Jones Day
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071-2300

PG&E Securities Settlements
2807 Allen Street, #810
Dallas, TX 75204

Re: PG&E Corporation, et al., Case No. 19-30088 (DM) Bankr. N.D. Cal.)

To the court, the debtors' counsel, the trustee, and the attorneys for the shareholder proponents:

I am writing at the order of the court, or so I am told by a party of unclear identity.

I recently received a letter dated January 4, 2023, purporting to offer a settlement for claim PGE-00097864. I am unsure who this letter is from because:

The letter arrived in an envelope bearing a return address for Kroll Restructuring Administration.

The letter came with a return envelope to PG&E Securities Settlements.

The letter is on letterhead showing Pacific Gas and Electric Company.

The letter is not signed.

The offer is for an agreement with "the Reorganized Debtors (as defined below)." Defined below that I find "the Debtors (as reorganized pursuant to the Plan; the **'Reorganized Debtors'**)." I see the Plan is the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Docket No. 8053]. On a Kroll Restructuring Administration web page for this case, I found an "Amended Plan" with that date, June 19, 2020, that I think is the referred-to plan. Clause 1.181 in that Amended Plan defines "Reorganized Debtors," but it does so using terms that require further investigation to understand and interpret.

The letter purports to convey to me orders of the court: "By Order of the Bankruptcy Court, you are required to accept, reject or make a counteroffer to the Settlement Offer by no later than February 08, 2023." Regarding this issue:

First, I reject the offer because it requires me to maintain confidentiality. I summarily reject all future offers that contain confidentiality clauses.

Second, I find it unsettling that the sender of this letter purports to represent the court in this way. Even if the court issued such an order, these words appear to be those of the sender, not the court, and I ought to be afforded an opportunity to see the actual order. I understand the court might not want to undertake the expense and labor of informing numerous parties of this order, but the letter should at least refer me to a URL on an official court website where I can view the order.

Third, as a passive participant in this case, I did not expect to be subject to any court order requiring action by me, especially without any opportunity to speak to it. I would think most of the claimants in a case of this nature would be passive participants and generally not subject to duties other than providing evidence and information for their claims.

The letter also says that, by the order of the court, the letter, the amount of the offer, the terms of the agreement, and any subsequent settlement communications are strictly confidential and cannot be disclosed or shared with any persons except for advisors and legal counsel. This assertion that the offer is confidential imposes an unwanted burden on me. It gives me something

I cannot talk about with my friends or family, which is something I do not want in my life. It requires me to carefully manage the physical document and any electronic information I acquire or create in association with it.

I did not consent to enter confidential negotiations. I request the court and the defendants release me from obligations to keep anything confidential. I request that Jones Day, whom I understand to be attorneys for the shareholder proponents, ask the court to release me from obligations to keep anything confidential and that they object to the issuance of any future orders that would impose burdens on the passive claimants.

Please do not send me any confidential material in the future.

My claim is modest and cannot justify my active participation in this case. I am content to provide evidence of my claim and perform routine filing of information about it, but I must otherwise rely on the attorneys and the court to see to my interests. Issuing orders I am compelled to learn about, examine, and respond to could outweigh the value of any recovery I might obtain.

Sincerely,

Eric Portpioschi

BOSTON MA 020

28 JAN 2023 PM 5 1

FOREVER USA

Eric Postpischil
16 Woodhaven Circle
Merrimack, NH 03054-2518

RECEIVED

FEB 02 2023

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

United States Bankruptcy Court
North District of California—San Francisco Division
450 Golden Gate Avenue, 18th Floor
San Francisco, CA 94102

94102-342818