```
 1  LAWRENCE A. JACOBSON, SBN 057393
    SEAN M. JACOBSON, SBN 227241
 2  COHEN AND JACOBSON, LLP
    66 Bovet Road, Suite 285
 3  San Mateo, CA 94402
    Telephone: (650) 261-6280
 4  laj@cohenandjacobson.com

 5  Attorneys for Amir Shahmirza
    (Agent for Komir, Inc.) and Komir, Inc.
 6
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Debtors. | **FIRST AMENDED NOTICE OF HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT OF ISSUES IN REORGANIZED DEBTORS OBJECTION TO CLAIM #2090 AND CLAIMANT'S RESPONSE THERETO** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors | |
| | **Date:** April 11, 2023<br>**Time:** 10:00 a.m.<br>**Place:** (Tele/Videoconference Appearances Only)<br>**United States Bankruptcy Court**<br>**Courtroom 17, 16th Floor**<br>**San Francisco, CA 94102** |

**FIRST AMENDED NOTICE OF HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT OF ISSUES IN REORGANIZED DEBTORS OBJECTION TO CLAIM #2090 AND CLAIMANT'S RESPONSE THERETO**   1

Case: 19-30088    Doc# 13486    Filed: 02/02/23    Entered: 02/02/23 17:03:40    Page 1 of 2

**TO THE DEBTORS PG&E CORPORATION and PG&E ELECTRIC COMPANY AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN that on April 11, 2023, at 10:00 a.m., a hearing will be held on the Motion for Partial Summary Judgment of Issues in Reorganized Debtors Objection to Claim #2090 and Claimant's Response Thereto filed by Amir Shahmirza, as agent of, and acting on behalf of, Komir, Inc. The hearing will take place before the Honorable Dennis Montali in the United States Bankruptcy Court for the Northern District of California, San Francisco Division and will be conducted by Tele/Videoconference with appearances only as prescribed by the Procedures of the Court that can be viewed online at https://www.canb.uscourts.gov/policy-and-procedure-appearances-televideoconference.

Notice is further given pursuant to the Court's Eighth Amended General Order No. 38 as follows:

> **"All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about Court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website."**

Dated: February 2, 2023         COHEN AND JACOBSON, LLP


                                By: /s/ Lawrence A. Jacobson
                                    Lawrence A. Jacobson
                                    Attorneys for Claimant and Respondent

**FIRST AMENDED NOTICE OF HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT OF ISSUES IN REORGANIZED DEBTORS OBJECTION TO CLAIM #2090 AND CLAIMANT'S RESPONSE THERETO**     2

Case: 19-30088    Doc# 13486    Filed: 02/02/23    Entered: 02/02/23 17:03:40    Page 2 of 2