UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION

Bankruptcy Case No. 19-30088 (DM)

CREDITOR DAVID P. ADDINGTON'S MOTIONS FOR QUIET TITLE, DECLARATORY RELIEF AND TO AMEND

CLAIM NO. 108715

| # | |
|---|---|
| 1 | |
| 2 | ADDINGTON MOTION |
| 3 | EASEMENT DECLARATION |
| 4 | MAINTENANCE WORK AGREEMENT DECLARATION |
| 5 | LIGHTS DECLARATION |
| 6 | EXPERTS AND LANDSCAPING DECLARATION |
| 7 | STRESS DECLARATION |
| 8 | EXHIBIT A |
| 9 | EXHIBIT B |
| 10 | EXHIBIT C |
| 11 | EXHIBIT D |
| 12 | EXHIBIT E |
| 13 | EXHIBIT F |
| 14 | EXHIBIT G |
| 15 | EXHIBIT H |
| 16 | EXHIBIT I |
| 17 | EXHIBIT J |
| 18 | EXHIBIT K |
| 19 | EXHIBIT L |
| 20 | EXHIBIT M |
| 21 | EXHIBIT N |
| 22 | EXHIBIT O |
| 23 | EXHIBIT P |
| 24 | EXHIBIT Q |
| 25 | EXHIBIT R |
| 26 | EXHIBIT S |
| 27 | |
| 28 | |
| 29 | |
| 30 | |
| 31 | |

AVERY

# EXHIBIT Q
## 2 PAGES

On Wed, Nov 30, 2022 at 9:25 AM Smith, Brian (Land) <B5SG@pge.com> wrote:
Classification: Public

Good morning Mr. Addington,

Unfortunately, this work must proceed as scheduled on Friday, December 2nd. This is important electrical work that must be performed during the scheduled electric outage on the tower. The reiterate, the crews will be arriving around 8 am and the work will take approximately 3 hours to complete. The crews will park their vehicles off of your property and only bring on the necessary equipment to complete the work. If you have any questions, please feel free to reach out to me.

Regards,

Brian

Mr. Smith,

Unfortunately, the date of December 2, 2022 will not work for us.

Let us look for a date in March 2023 that would work for you.

David P. Addington

**Smith, Brian (Land)** <B5SG@pge.com>   Wed, Nov 30, 2022 at 3:08 PM
To: David Addington <dpapiedmont@gmail.com>

Classification: Public

Mr. Addington,

Respectfully, the work will need proceed on December 2nd as planned. Our email to you on October 11th and subsequent emails since then was a notification to of this upcoming work. As you are aware, the easement for the facilities on your property gives PG&E the right to "erect and maintain" two lines of towers for the transmission and distribution of electricity. This scheduled work is to perform maintenance on the equipment on the tower. The easement explicitly includes the right to perform maintain on the tower equipment.

As we have previously informed you, our crew will be at the site at 8 A.M. on Friday. There will be a five man working crew with one inspector on the property. That crew will climb the tower on your property to replace electrical insulators on the tower. Out on the street, there will be two traffic control flaggers. There will be no vehicles on your property and the crews will hoist their tools up by hand. This maintenance work needs to be closely coordinated with a scheduled clearance on the overhead electric lines so the work can be performed safely. This electrical clearance is scheduled for Friday and unfortunately cannot be postponed. All of this work is critical for the safe transmission of electricity and reliability of the system.

You have stated the date of the scheduled work "does not work for you." Although you are welcome to observe the work outside the working zone, you do not need to present on the property as PG&E performs this work. Of course, we are open to addressing any specific issue of concern you may have relating to this access, such as ensuring we close any gates after accessing the property. We urge you not to take any action that would interfere with PG&E's use of the easement or the crew's work as they carry out this maintenance. If you would like to speak with me about any specific issues of concern about this work, please feel free to contact me at (925) 214-5431.

Thank you,

Brian

**David Addington** <dpapiedmont@gmail.com>　　　　　　　　　　　　　　　　　　　　Wed, Nov 30, 2022 at 3:21 PM
To: "Smith, Brian (Land)" <B5SG@pge.com>

Mr. Smith,

Respectfully, the work will not proceed.

I appreciate your analysis but disagree.

Moreover, as PG&E and I have had many disagreements regarding our respective rights at 298 St James Dr, Piedmont, CA 94611, I will not be calling you as I think it best to keep our communications in writing.

Sincerely,

David P. Addington