HOLLAND & KNIGHT LLP
Thomas D. Leland (Pro Hac)
Leah E. Capritta (Pro Hac)
1801 California Street, Suite 5000
Denver, Colorado 80202
Telephone: (303) 974-6660
Fax: (303) 974-6659
Email: thomas.leland@hklaw.com
leah.capritta@hklaw.com

HOLLAND & KNIGHT LLP
Vito Costanza (SBN 132754)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450
Email: vito.costanza@hklaw.com

Attorneys for
TIGER NATURAL GAS, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | CASE NO. 19-30089 (DM)<br><br>Chapter 11<br><br>**NOTICE OF CONTINUED HEARING ON TIGER NATURAL GAS, INC.'S MOTION TO ENFORCE SETTLEMENT**<br><br>[Relates to Dkt. Nos. 13451, 134512, 13453, 13454]<br><br>Date: April 11, 2023<br>Time: 10:00 AM (Pacific Time)<br>Place: Tele/Videoconference Appearance<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on January 13, 2023, Tiger Natural Gas Inc. ("Tiger") filed a Motion to Enforce Settlement [Dkt. 13451] (the "Motion"). In the Motion, Tiger seeks an

1

Order enforcing the settlement reached by the parties in United States District Court for the Northern District of California (the "District Court"), *Tiger Natural Gas, Inc. v. Pacific Gas and Electric Company, et al.*, Case No. 4:16-CV-06711 (JSW) (the "Tiger Action").

**PLEASE TAKE FURTHER NOTICE** that a Hearing on the Motion to Enforce Settlement [Docket 13454] has been scheduled for February 22, 2023, at 10:00 a.m., before the Honorable Dennis Montali, United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE**, that Debtors' opposition to the Motion would otherwise be due to be served on the counsel for Movants no later than 4:00 p.m. (Pacific Time) on February 8, 2023.

**PLEASE TAKE FURTHER NOTICE** that Tiger and Debtors have conferred regarding the matters set forth in the Motion, anticipate promptly finalizing a settlement, and filing appropriate dismissals and other notices.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion shall be continued to the omnibus hearing on April 11, 2023, at 10:00 a.m. (Pacific Time), if not sooner resolved by dismissal.

DATED: February 3, 2023

>Respectfully submitted,
>
>**HOLLAND & KNIGHT LLP**
>
>By: /s/ *Leah E. Capritta*
>　　Leah E. Capritta
>
>*Attorneys for Tiger Natural Gas, Inc.*