**Entered on Docket**
**February 03, 2023**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: February 3, 2023**



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>      - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>      Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

### ORDER ALLOWING LATE CLAIM OF FERN ELIZABETH FISHER

On January 10, 2023, the court held a hearing on the *Motion to Allow/Deem Timely Late Filing of Proof of Claim* (Dkt. 13324) ("Motion") filed by Fern Elizabeth Fisher.

Ms. Fisher is a Wildfire Claimant, as defined below. For the reasons explained below, the court GRANTS the Motion and directs the Fire Victim Trust ("FVT") to treat the proof of claim filed by Ms. Fisher as timely filed.

-1-

# I. Discussion

A bankruptcy court may, on motion of a claimant, deem a late claim to be timely filed if the delay "was the result of excusable neglect." Fed. R. Bankr. Pro. 9006(b)(1). The decision regarding whether a late claim was the result of excusable neglect "is at bottom an equitable one, taking account of all relevant circumstances surrounding the party's omission." *Pioneer Inv. Services Co. v. Brunswick Associates Ltd. Partnership*, 507 U.S. 380, 395 (1993). Some circumstances include "the danger of prejudice to the debtor, the length of the delay and its potential impact on judicial proceedings, the reason for the delay, including whether it was within the reasonable control of the movant, and whether the movant acted in good faith." *Id.* The court may weigh each these factors in its discretion.

There are no arguments regarding Ms. Fisher's good faith or damages. At question is only whether the late filing was within Ms. Fisher's control. The only equitable factors the court considers here are the prejudice to the FVT[1] and whether the delay was in reasonable control of the Ms. Fisher.

First, the court finds that granting the Motion would prejudice the FVT, but only minimally. The court has previously discussed the prejudice the FVT would suffer by the aggregate

---

[1] The FVT is the representative of each of the Debtors' estates regarding administering, objecting to, and settling the claims of victims of the wildfires that ravaged various parts of Northern California in 2015, 2017, and 2018 ("Wildfire Claimants") pursuant to the Paragraph 18(e)(iii) of the court's Confirmation Order (Dkt. 8053).

Case: 19-30088    Doc# 13489    Filed: 02/03/23    Entered: 02/03/23 17:38:22    Page 2 of 4

allowance of late claims (See Dkt. 13377 and Order Denying Motions to Allow Claims issued this date). That prejudice exists in this instance as well, but on a minimal basis.

Next, Ms. Fisher has described circumstances that would explain why the failure to file a claim until recently was the result of excusable neglect. Through her counsel, Ms. Fisher describes a unique situation which led to a lack of knowledge of the claims bar date: total homelessness resulting from the wildfires, culminating in years of living through a combination of burned-out structures without electricity or running water (and presumably without internet or newspaper access); camping, and sleeping on the side of the road. It is unclear to the court why Ms. Fisher did not utilize the type of emergency shelters utilized by other wildfire victims, but that question is also irrelevant to the court for the sake of this Motion. Ms. Fisher's sustained living situation post-wildfires left her, excusably, without any notice of the claims bar date.

## II. Conclusion

For the reasons stated above the court hereby GRANTS the Motion and deems the proof of claim of Ms. Fisher timely.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST