# EXHIBIT
# ORDER DENYING MOTIONS TO ALLOW LATE CLAIMS

| **Claims from Motion at Dkt. 13318:** | | | |
|---|---|---|---|
| | CLAIMANT(S) | POC NUMBER(S) | POC FILING DATE |
| 1. | Keith Mason Crownover<br>Lori Ann Crownover | 109585 | 10/02/2022 |
| 2. | Barbara O'Connor<br>Gary Parsons | 109584 | 10/02/2022 |
| 3. | Kenneth Paul Tinkham<br>Renee Marie Tinkham<br>Mason Parker Tinkham<br>Hayden Thomas Tinkham | 109583 | 10/2/2022 |
| 4. | Banyan Parker<br>Garrett Parker<br>Zakary Parker<br>Deklin Parker | 109582 | 10/2/2022 |
| 5. | Robert Burns<br>Penny Burns | 109581 | 10/2/2022 |
| 6. | Ernest Carter, Jr.<br>Kathleen Ann Carter | 109671 | 11/11/2022 |
| 7. | Nancy Ramos<br>Luis Ramos<br>Olivia Ramires<br>Santino Ramos | 109670 | 11/11/2022 |
| 8. | Sue Thurston<br>Zack Thurston<br>Samantha Thurston | 109673 | 11/11/2022 |
| 9. | Shelly Schubert<br>Landon Schubert<br>Carley Schubert | 109672 | 11/11/2022 |
| 10. | Steven Salfi<br>Carmen Salfi<br>Paytin Salfi<br>Cambryel Salfi<br>Isabella Salfi<br>Mary Salfi | 109674 | 11/11/2022 |
| 11. | Randy James Dodson<br>Cari Dodson | 109675 | 11/11/2022 |

| | | | |
|---|---|---|---|
| 12. | Loyde Johnson<br>Sherry Johnson | 109677 | 11/16/2022 |
| 13. | Kristine Burns-Stirnaman<br>Emilie Stirnaman | 109680 | 11/11/2022 |
| 14. | Donald Mills<br>Mary Miller<br>James Mills<br>Helen Mills | 109679 | 11/16/2022 |
| 15. | Leah Fowler | 109683<br>10971 (duplicative) | 11/16/2022 |
| 16. | Kinsey Hudson<br>Kamdyn Coggins<br>Klayton Coggins | 109678 | 11/16/2022 |
| 17. | Tiffany Johnson<br>Haily Johnson<br>Sara Johnson<br>Anthony Johnson<br>Tatiana Johnson<br>Cloey Johnson | 109681 | 11/16/2022 |
| 18. | Scott Booth<br>Catherine Booth | 109686 | 11/16/2022 |
| 19. | Janet Boyd<br>Gerald Boyd | 109682 | 11/16/2022 |
| 20. | Mark Tannehill<br>Lupe Tannehill | 109685 | 11/16/2022 |
| 21. | Julie Bertoli<br>Jeff Bertoli | 109699 | 11/16/2022 |
| 22. | Cheryl Diehm | 109697 | 11/16/2022 |
| 23. | Clarence Younger | 109687 | 11/16/2022 |
| 24. | Laura Graber<br>Charlie Graber | 109689 | 11/16/2022 |
| 25. | Desa Juarez<br>Casi Juarez | 109691<br>109701 (duplicative) | 11/16/2022 |
| 26. | Grace Martin<br>Natalie Martin<br>Nick Martin<br>Joey Martin | 109690 | 11/16/2022 |

| # | Name | ID | Date |
|---|---|---|---|
| 27. | Karl Nonamaker | 109693 | 11/16/2022 |
| 28. | Richard J. Seitz<br>Gay A. Seitz<br>Caylie R. Seitz<br>Calan I. Seitz | 109692 | 11/16/2022 |
| 29. | Beth Streets<br>Kenneth Streets | 109694 | 11/16/2022 |
| 30. | Debbie Ausiello<br>Armand Ausiello | 109688 | 11/16/2022 |
| 31. | Thuan Lee | 109698 | 11/16/2022 |
| 32. | Judith A. Schapansky<br>Andrew A. Weinberg | 109696 | 11/16/2022 |
| 33. | Thomas Parker<br>Shirley Parker | 109695 | 11/16/2022 |
| 34. | Jason VanAlen | 109702 | 11/19/2022 |
| 35. | Jayne Ring Slayton<br>Timothy Dean Slayton | 109703 | 11/19/2022 |
| 36. | Taylor Bathke<br>Victoria I. Nelson<br>Troy Tomas Bathke | 109829 | 11/19/2022 |
| 37. | Arnold Fred Stellema<br>Nannette Lynn Meyers<br>Alexander James Stellema<br>Elizabeth Anne Stellema<br>Victoria Lynn Stellema | 109716 | 11/19/2022 |
| 38. | Mary Keith Roberts | 109742 | 11/19/2022 |
| 39. | Angela Haseltine | 109705 | 11/19/2022 |
| 40. | Rebecca Sanchez<br>Pedro Espana<br>Alexjandro Espana<br>Eric Espana<br>Adeline Ramirez<br>Nathaniel Ramirez | 109721 | 11/19/2022 |
| 41. | Edeltraud Petermann | 109724 | 11/19/2022 |
| 42. | Jill Christensen | 109709 | 11/19/2022 |

| # | Name | Claim # | Date |
|---|---|---|---|
| 43. | Holly Rose Ortega<br>Christopher Ortega<br>Rebecca Lynn Nielson | 109720 | 11/19/2022 |
| 44. | Katrina Lidholm<br>Melia Vielma<br>Victor Rodriguez | 109717 | 11/19/2022 |
| 45. | Bere Ramos<br>Olivia Ramirez<br>Santino Ramos<br>Katia Ramos<br>Luis Ramos<br>Nancy Ramos | 109707 | 11/19/2022 |
| 46. | Janet Stapleton | 109710 | 11/19/2022 |
| 47. | Bridget D. Newcomb | 109636 | 10/05/2022 |
| 48. | Melanie Martinez | 109578 | 10/02/2022 |
| 49. | Allen James Moore<br>Donna Marie Moore | 109718 | 11/19/2022 |
| 50. | Ykeallo Hezchias<br>Tebletz Bein<br>Sawait Seyoum<br>Dawit Seyoum<br>Sahyim Seyoum<br>Mia Seyoum<br>Simona Seyoum | 109722<br>109769 (duplicative) | 11/19/2022 |
| 51. | Kelly Johnson<br>Anna Fox<br>Tyler Fox | 109743 | 11/19/2022 |
| 52. | Molly McGuire-Nunn<br>Jacob Nunn<br>Dylan Nunn<br>Graysen Reno-Nunn | 109760 | 11/19/2022 |
| 53. | Raves Faull<br>Rene Faull | 109714 | 11/19/2022 |
| 54. | Babak Sariaslani<br>Malisa Evets<br>Roya Sariaslani<br>Harlow Sariaslani<br>Fatemeh Sariaslani<br>Ghazal Sariaslani<br>Dan Snyder<br>Brayan Gomez | 109713 | 11/19/2022 |

| | | | |
|---|---|---|---|
| 55. | Cheyne Thompson<br>Casey Thompson<br>Celeste Thompson | 109726 | 11/19/2022 |
| 56. | Carol Faull | 109728 | 11/19/2022 |
| 57. | Daniel Macler<br>Melissa Locks<br>Mason Locks<br>Mia Locks | 109725 | 11/19/2022 |
| 58. | Suzie Schlick | 109729 | 11/19/2022 |
| 59. | Sydnie Brewer<br>Jeremy Brewer | 109731 | 11/19/2022 |
| 60. | Tom Kille<br>Erma Kille | 109730 | 11/19/2022 |
| 61. | Oliva Edwards<br>Colette Edwards | 109727 | 11/19/2022 |
| 62. | Barry Miller<br>Amy Miller<br>Laine Miller<br>Sidney Miller | 109745 | 11/19/2022 |
| 63. | Sharon Justin<br>Doreen Burwell | 109747 | 11/19/2022 |
| 64. | Helena Torre-Minto | 109830 | 11/19/2022 |
| 65. | Jeffrey Alan Hendrix<br>Angela Lynn Hendrix<br>Alex Mason Hendrix<br>Max Miranda Hendrix | 109761 | 11/19/2022 |
| 66. | Sean Hubert<br>Jennifer Hubert<br>Ryan Hubert<br>Colin Hubert | 109753 | 11/19/2022 |
| 67. | Clarissa Harris<br>Travis Harris<br>Julia Harris | 109831 | 11/19/2022 |
| 68. | Eric Sumner<br>Nikki Crocker<br>Sierra Sumner<br>Treston Sumner | 109758 | 11/19/2022 |
| 69. | Diane K. Cox | 109755 | 11/19/2022 |

| | | | |
|---|---|---|---|
| 70. | Timothy Keehn<br>Aida Herresa-Keehn | 109732 | 11/19/2022 |
| 71. | Heather Jackson<br>Jacob Jackson<br>Steven Gomez | 109704 | 11/19/2022 |
| 72. | Kelsey Fox | 109735 | 11/19/2022 |
| 73. | Janet Bell Hall<br>Jannay Avelar<br>Janson Alex Avelar | 109741<br>109734 (duplicative) | 11/19/2022 |
| 74. | Denise Pena<br>Emilio Pena<br>Miranda Rose Pena<br>Mario Carlo Refugio Pena | 109737 | 11/19/2022 |
| 75. | Noemi Enriquez<br>Monique Urbie<br>Angel Uribe<br>Nevaeh Moreno | 109736 | 11/19/2022 |
| 76. | Daren Babcock | 109706 | 11/16/2022 |
| 77. | Alan Keith<br>Amanda Rose Keith<br>Thomas James Keith<br>Zakery Alan Keith | 109748 | 11/19/2022 |
| 78. | John Dolan<br>Esther Dolan | 109738 | 11/19/2022 |
| 79. | William Zeeb<br>Jolen Kalani Ann Spears<br>Michael Anthony Tattner | 109740 | 11/19/2022 |
| 80. | Danny Fish<br>Debbie Fish | 109708 | 11/20/2022 |
| 81. | Daphne Peterson<br>Donald Peterson<br>James Peterson | 109750 | 11/20/2022 |
| 82. | Brandon M. Ingersoll<br>Kristen Ingersoll<br>Carter Ingersoll<br>Mason Ingersoll<br>Evan Ingersoll | 109759 | 11/20/2022 |
| 83. | Cynthia Clark Springer<br>Donald Springer | 109767 | 11/20/2022 |

| | | | |
|---|---|---|---|
| 84. | Richard Lombardo<br>April Lombardo<br>Crosby Lombardo | 109766 | 11/20/2022 |
| 85. | Paul Kay Lindauer | 109751 | 11/20/2022 |
| 86. | Silvia Y. Barreto Castanon<br>Francisco Saul Flores Munguia<br>Jorge A. Barreto<br>Sophia A. Flores | 109770 | 11/20/2022 |
| 87. | Mary McConnell | 109771 | 11/20/2022 |
| 88. | Carrie Smyth<br>Laird Doherty | 109772 | 11/20/2022 |
| 89. | Deanna Holzapfel<br>Gavid Holzapfel<br>Noelle Holzapfel<br>Asher Holzapfel | 109832 | 11/20/2022 |
| 90. | William Haga, II<br>Margaret Haga | 109764 | 11/20/2022 |
| 91. | Ann Hudson<br>Geoffrey Hudson<br>Cole Hudson<br>Lauren Hudson | 109752 | 11/20/2022 |
| 92. | Heidi Lynne Adler | 109756 | 11/20/2022 |
| 93. | Trevor Larsen | 109757 | 11/20/2022 |
| 94. | Tina Wells | 109763 | 11/20/2022 |
| 95. | Elizabeth Alice Weeks<br>Gordon Douglas Wilder | 109762 | 11/20/2022 |
| 96. | Michael Pina | 109749 | 11/20/2022 |
| 97. | Patrick Clifton McGee | 109746 | 11/20/2022 |
| 98. | Nicholas Joseph Kersmarki<br>Lindsay Virginia Kersmarki<br>Abigail James Kersmarki<br>Micah Starke Kersmarki | 109715 | 11/20/2022 |
| 99. | Becky Thomas | 109723 | 11/20/2022 |

| | | | |
|---|---|---|---|
| 100. | Nisa Falk<br>Brian Falk<br>Gage Falk<br>Milani Falk<br>Damon Falk<br>Kyra Devries | 109775 | 11/21/2022 |
| 101. | John Fruiht<br>Jessica Fruiht<br>Brad Fruiht<br>Briane Fruiht | 109774 | 11/21/2022 |
| 102. | Louis D. Lopez<br>Chantal Hernandez<br>Davian Lopez | 109780 | 11/23/2022 |
| 103. | Laura Fry<br>Tim Fry<br>Alexander Fry<br>Caroline Fry<br>Felicity Fry | 109779 | 11/23/2022 |
| 104. | Michael Resch<br>Darcy Resch<br>Charlotte Maley<br>Amadea Resch<br>Mikaela Resch<br>Atticus Resch | 109778 | 11/23/2022 |
| 105. | Norma Douglas | 109777 | 11/23/2022 |
| 106. | Valerie Henry<br>Angelo Santoni<br>Henry Santoni<br>Benjamin Santoni<br>Roberta Pugh<br>Sara Santoni | 109803 | 11/30/2022 |
| 107. | Charlene Nicholson | 109783 | 12/01/2022 |
| 108. | Richard J. McChinak, III<br>Halie Matlock<br>Jeff Magee<br>Jack Boynton | 109791 | 12/01/2022 |
| 109. | Melanie Luce<br>Eric Luce<br>Eric Anthony Luce<br>Travis Luce | 109818 | 12/02/2022 |

| 110. | Jennifer Rose West<br>Jason Wade West<br>Mason Michael West<br>Avery Rose West | 109815 | 12/04/2022 |

**Claims from Motion at Dkt. 13327:**

|  | CLAIMANT(S) | POC NUMBER(S) | POC FILING DATE |
|---|---|---|---|
| 1. | Kelly Back<br>Laura Thibodean-Back<br>Ryle Back<br>L.B., a minor (parent, Kelly Back) | 109804 | 11/30/2022 |
| 2. | Ralph Barnes<br>Darryn Chandler | 109785 | 12/01/2022 |
| 3. | Rebecca Black | 109805 | 11/30/2022 |
| 4. | John Brodey<br>Cristine Marcus | 109793 | 12/01/2022 |
| 5. | Matthew G. Burtch<br>Mineko Burtch | 109814 | 11/30/2022 |
| 6. | Linda Citti Luca<br>Citti Daniele Citti<br>Isabella Citti | 109784 | 12/01/2022 |
| 7. | David Clawson<br>Tristan Clawson | 109800 | 12/01/2022 |
| 8. | Mary Coscia<br>Anthony Coscia<br>I.C., a minor (parent, Mary Coscia)<br>E.C., a minor (parent, Mary Coscia) | 109811 | 11/30/2022 |
| 9. | Amanda Cream | 109790 | 12/01/2022 |
| 10. | Susan Davis<br>Clifford Davis | 109786 | 12/01/2022 |
| 11. | Dante Digiacomo<br>Gina Digiacomo | 109824 | 12/05/2022 |
| 12. | Michele Donnelly<br>Keith Williams | 109795 | 12/02/2022 |
| 13. | Patricia Donnelly | 109812 | 11/30/2022 |

| 14. | Alexis Wright | 109819 | 12/03/2022 |
|---|---|---|---|
| 15. | Jacob Dorosz | 109820 | 12/03/2022 |
| 16. | Tara Duenas<br>Tracy Duenas<br>Dallas Duenas<br>Dylan Duenas<br>D.D., a minor (parent, Tara Duenas) | 109813 | 11/30/2022 |
| 17. | Kila Gomer<br>Ryan Gomer<br>W.G., a minor (parent, Kila Gomer) | 109797 | 12/02/2022 |
| 18. | Jill Gromm<br>Daniel Gromm<br>Trenton Gromm<br>M.G., a minor (parent, Jill Gromm) | 109796 | 12/03/2022 |
| 19. | Lisa Hartley | 109802 | 12/01/2022 |
| 20. | Marcus Hartley<br>P.H., a minor (parent, Marcus Hartley)<br>A.H., a minor (parent, Marcus Hartley) | 109801 | 12/01/2022 |
| 21. | Ron Kamler<br>Sheree Kamler<br>Tyler Cato<br>B.K., a minor (parent, Ron Kamler) | 109810 | 11/30/2022 |
| 22. | Tracy Kline Sean Baron<br>C.B., a minor (parent, Tracy Kline)<br>P.B., a minor (parent, Tracy Kline) | 109782 | 11/30/2022 |
| 23. | Art Kononuk<br>Soleil Kononuk | 109788 | 11/30/2022 |
| 24. | Kevin Landrus<br>Yanisa Landrus | 109809 | 11/30/2022 |
| 25. | Matthew Lightner<br>Deja Lightner<br>Jonae Arias<br>S.L., a minor (parent, Matthew Lightner) | 109807 | 11/30/2022 |
| 26. | Greg Newton<br>Amy Newton<br>G.N., a minor (parent, Greg Newton)<br>E.N., a minor (parent, Greg Newton)<br>A.N., a minor (parent, Greg Newton) | 109826 | 12/05/2022 |

| | | | |
|---|---|---|---|
| 27. | Nicole Poole<br>Joseph Poole<br>L.P., a minor (parent, Nicole Poole)<br>K.P., a minor (parent, Nicole Poole) | 109798 | 12/02/2022 |
| 28. | Deva Proto<br>Mark Proto | 109799 | 12/02/2022 |
| 29. | Malcolm Robertson<br>Julia Robertson<br>F.R., a minor (parent, Malcolm Robertson)<br>C.R., a minor (parent, Malcolm Robertson) | 109787 | 11/30/2022 |
| 30. | Margaret Russell<br>Blaine Russell | 109822 | 12/02/2022 |
| 31. | Steve Schofield<br>Shelly Schofield | 109834 | 12/01/2022 |
| 32. | Loren Soukup<br>Jared Soukup<br>B.S., a minor (parent, Loren Soukup)<br>C.S., a minor (parent, Loren Soukup) | 109821 | 12/03/2022 |
| 33. | Gregory Tomko<br>Patricia Tomko | 109789 | 12/01/2022 |
| 34. | Jennifer Tusa | 109794 | 12/01/2022 |
| 35. | Jenifer Week<br>Ben Week<br>Suzanne Week<br>J.W., a minor (parent, Jenifer Week)<br>K.W., a minor (parent, Jenifer Week) | 109808 | 11/30/2022 |
| 36. | Constance Weichel | 109806 | 11/30/2022 |
| 37. | Laureen Barnes<br>Steve Tuor<br>Tanner Seaton<br>Evan Seaton<br>Skylar Tuor | 109837 | 12/7/2022 |
| 38. | Rubi Cordova<br>Cody Cordova<br>Gregg Cordova<br>Marcus Cordova<br>B.C., a minor (parent, Rubi Cordova) | 109835 | 12/07/22 |
| 39. | Diana Kline<br>Earl James Kelly Kline | 109836 | 12/07/22 |

| Claims from Motions at Dkts. 13291, 13305, 13317, 13341, 13396, 13404, 13411, 13412, 13413, 13415 and 13422 | | | |
|---|---|---|---|
| Motion Dkt. No. | CLAIMANT(S) | POC NUMBER(S) | POC FILING DATE |
| 13291 | Frewoini Garcia<br>Million Hagos<br>Daniel Garcia<br>R.G.<br>Lowan Hagos | 109781 | 11/29/22 |
| 13305 | Ricardo Mejia<br>Ricardo Mejia Jr<br>Ricardo Mejia Sr<br>Victoria Mejia<br>Mabel Paz<br>Onesimo Gonzalez | 109792 | 12/01/22 |
| 13317 | Patrick Cory Smithson<br>Patrick Smithson | 109817<br>109851 | 12/03/22<br>01/03/23 |
| 13341 | Daniel Erdman<br>Julianne Erdman | 109828 | 12/05/22 |
| 13396 | Shannon Palmer<br>Brandon Palmer<br>Evelyn Palmer<br>Gavin Palmer | 109839 | 12/20/22 |
| 13404 | Aara Viola Pedersen<br>Donald Edward Pedersen<br>Shawn Jay Pedersen | 109843 | 12/28/22 |
| 13411 | Brandon Boone<br>Jennifer Boone<br>Hudson Boone<br>Brecken Boone | 109840 | 12/28/22 |
| 13412 | Amanda Hackett | 109845 | 12/29/22 |
| 13413 | Eric Pedersen | 109844 | 12/29/22 |
| 13415 | Patrick Pedersen | 109842 | 12/28/22 |
| 13422 | Jennifer Perkins<br>Jamin Perkins<br>Cameron Harper Perkins<br>Mason Harper Perkins<br>Brooklyn Perkins | 109846 | 12/29/22 |