ROLNICK KRAMER SADIGHI LLP
Lawrence M. Rolnick (*pro hac vice*)
lrolnick@rksllp.com
Marc B. Kramer (*pro hac vice*)
mkramer@rksllp.com
Michael J. Hampson (*pro hac vice*)
mhampson@rksllp.com
Richard A. Bodnar (*pro hac vice*)
rbodnar@rksllp.com
Frank T.M. Catalina (*pro hac vice*)
fcatalina@rksllp.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 597-2800
Facsimile: (212) 597-2801

ST. JAMES LAW, P.C.
Michael St. James, CSB No. 95653
22 Battery Street, Suite 810
San Francisco, California 94111
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

*Attorneys for the RKS Claimants*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) (Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON THE RKS CLAIMANTS' MOTION TO ENFORCE THE ADR PROCEDURES ORDER AND ESTABLISH A MARCH 20, 2023 DEADLINE TO OBJECT TO THE RKS CLAIMANTS' CLAIMS**<br><br>**Hearing Information:**<br>Date: March 7, 2023<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephone or Video Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br><br>Objection Deadline:<br>February 21, 2023, 4:00 p.m. (Pacific Time) |

ROLNICK KRAMER SADIGHI LLP
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

# NOTICE OF HEARING

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTCE** that a hearing on the RKS Claimants' Motion to Enforce the ADR Procedures Order and Establish a March 20, 2023 Deadline to Object to the RKS Claimants' Claims has been scheduled for March 7, 2023, at 10:00 a.m., before the Honorable Dennis Montali, United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE**, that the Motion is based on the Memorandum of Points and Authorities, the Declaration of Richard A. Bodnar, the exhibits thereto, and on other and further evidence the Court may consider at or before any hearing on the Motion.

**PLEASE TAKE FUTHER NOTICE**, that, in accordance with the Bankruptcy Court's *Eighth Amended General Order No. 38, In re: COVID-19 Public Health Emergency*, effective December 1, 20021, and until otherwise ordered, **all hearings shall be conducted by video or teleconference. The courtroom will be closed**. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE**, that any opposition to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for Movants at the above-referenced addresses so as to be received by no later than 4:00 p.m. (Pacific Time) on February 21, 2023. Any oppositions or responses must be filed and served on all "Standard Parties" as defined in, and in accordance with, the Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019 (Dkt. 1996) ("Case Management Order"). **Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order.**

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at

-1-

http://canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk) at http://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) or U.S. based parties; or +1 (929)333-8977 for International parties or by e-mail at pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: February 6, 2023         ROLNICK KRAMER SADIGHI LLP

                                By:   /s/ Richard A. Bodnar

                                *Attorneys for the RKS Claimants*