ROLNICK KRAMER SADIGHI LLP
Lawrence M. Rolnick (pro hac vice)
lrolnick@rksllp.com
Marc B. Kramer (pro hac vice)
mkramer@rksllp.com
Michael J. Hampson (pro hac vice)
mhampson@rksllp.com
Richard A. Bodnar (pro hac vice)
rbodnar@rksllp.com
Frank T.M. Catalina (pro hac vice)
fcatalina@rksllp.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 597-2800
Facsimile: (212) 597-2801

ST. JAMES LAW, P.C.
Michael St. James, CSB No. 95653
22 Battery Street, Suite 810
San Francisco, California 94111
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

Attorneys for the RKS Claimants

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>            Debtors.<br><br>☒ Affects PG&E Corporation<br><br>☒ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) (Lead Case)<br>(Jointly Administered)<br><br>Chapter 11 |

# CERTIFICATE OF SERVICE

I, Richard A. Bodnar, do declare and state as follows:

I am a Partner at Rolnick Kramer Sadighi LLP, located at 1251 Avenue of the Americas, New York, New York 10020. I am over the age of 18 and not a party to this action.

On February 6, 2023, I served the following documents on the interested parties in this action through the Notice of Electronic Filing for all parties and counsel who are registered ECF Users.

- The RKS Claimants' Motion to Enforce the ADR Procedures Order and Establish a March 20, 2023 Deadline to Object to the RKS Claimants' Claims;

- Declaration of Richard A. Bodnar In Support of the RKS Claimants' Motion to Enforce the ADR Procedures Order and Establish a March 20, 2023 Deadline to Object to RKS Claimants' Claims and exhibits attached thereto; and

- Notice of Hearing on the RKS Claimants' Motion to Enforce the ADR Procedures Order and Establish a March 20, 2023 Deadline to Object to the RKS Claimants' Claims.

Executed on February 6, 2023, at New York, New York.

By:     */s/ Richard A. Bodnar*
                Richard A. Bodnar