Ronald L.M. Goldman, Esq. (State Bar No. 33422)
rgoldman@baumhedlundlaw.com
Matthew P. French, Esq. (State Bar No. 327814)
mfrench@wisnerbaum.com
**WISNER BAUM LLP**
11111 Santa Monica Boulevard, Suite 1750
Los Angeles, California 90025
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

*Attorneys for Creditors,*
*Majesti Mai Bagorio, et al.*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| –and – | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **NOTICE OF CHANGE OF FIRM NAME** |
| ☐ **Affects PG&E Corporation** <br> ☐ **Affects Pacific Gas and Electric Company** <br> ☒ **Affects both Debtors** | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, THE DEBTORS AND THEIR ATTORNEYS OF RECORD, UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:**

1

PLEASE TAKE NOTICE that effective immediately, Baum, Hedlund, Aristei & Goldman, P.C., has changed its name and is now Wisner Baum, LLP. The address, telephone number, fax numbers, remain the same. However, emails addresses have changed as follows:

Matthew P. French, Associate, MFrench@WisnerBaum.com

Dated: February 7, 2023  Respectfully submitted,

WISNER BAUM LLP

By: /s/ Matthew P. French
Matthew P. French
*Attorneys for Creditors,*
*Majesti Mai Bagorio, et al.*

# PROOF OF SERVICE

I am over the age of 18 years and not a party to the within cause. My business address is Wisner Baum, 11111 Santa Monica Boulevard, Suite 1750, Los Angeles, California 90025. On this day, February 7, 2023, I served the following document(s) in the manner described below:

**NOTICE OF CHANGE OF FIRM NAME**

**X**     **VIA ECF**: I caused the aforementioned documents to be filed via the Electronic Case Filing (ECF) system in the United States Bankruptcy Court for the Northern District of California, on all parties registered for e-filing in Case Number Case No. 19-30088 (DM). Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on February 7, 2023.

                                                 /s/ *Matthew P. French*
                                                 MATTHEW P. FRENCH