| | |
|---|---|
| Ronald L.M. Goldman, Esq. (State Bar No. 33422)<br>*rgoldman@baumhedlundlaw.com*<br>Matthew P. French, Esq. (State Bar No. 327814)<br>*mfrench@wisnerbaum.com*<br>**WISNER BAUM LLP**<br>11111 Santa Monica Boulevard, Suite 1750<br>Los Angeles, California 90025<br>Telephone: (310) 207-3233<br>Facsimile: (310) 820-7444<br><br>*Attorneys for Creditors,*<br>*Majesti Mai Bagorio, et al.* | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>–and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ **Affects PG&E Corporation**<br>☐ **Affects Pacific Gas and Electric Company**<br>☒ **Affects both Debtors**<br><br>*\*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>*EX PARTE* **MOTION FOR WITHDRAWAL OF APPEARANCE OF RONALD L.M. GOLDMAN** |

   Pursuant to B.L.R. 1001-2(a) adopting N.D. Cal. Civil L.R. 11-5, creditors Majesti Mai Bagorio, et al., move to withdraw the appearance of Ronald L.M. Goldman, as one of their attorneys. The basis for this withdrawal is that Ronald L.M. Goldman has retired from Baum Hedlund Aristei & Goldman, P.C. Attorney

1

Case: 19-30088    Doc# 13499    Filed: 02/08/23    Entered: 02/08/23 08:17:28    Page 1 of 3

Matthew P. French, an admitted member of the bar of the Northern District of California who has appeared on behalf of creditors, will continue to represent them in this matter.

Dated: February 8, 2023

Respectfully submitted,

WISNER BAUM LLP

By: /s/ Matthew P. French
Matthew P. French
*Attorneys for Creditors,*
*Majesti Mai Bagorio, et al.*

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | |

I am over the age of 18 years and not a party to the within cause. My business address is Wisner Baum, 11111 Santa Monica Boulevard, Suite 1750, Los Angeles, California 90025. On this day, February 8, 2023, I served the following document(s) in the manner described below:

***EX PARTE* MOTION FOR WITHDRAWAL OF APPEARANCE OF RONALD L.M. GOLDMAN**

**X**     **VIA ECF**: I caused the aforementioned documents to be filed via the Electronic Case Filing (ECF) system in the United States Bankruptcy Court for the Northern District of California, on all parties registered for e-filing in Case Number Case No. 19-30088 (DM). Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on February 7, 2023.

                                               /s/ *Matthew P. French*
                                               MATTHEW P. FRENCH