1  Ronald L.M. Goldman, Esq. (State Bar No. 33422)
   *rgoldman@baumhedlundlaw.com*
2  Matthew P. French, Esq. (State Bar No. 327814)
   *mfrench@wisnerbaum.com*
3  **WISNER BAUM LLP**
4  11111 Santa Monica Boulevard, Suite 1750
   Los Angeles, California 90025
5  Telephone: (310) 207-3233
   Facsimile: (310) 820-7444
6

7  *Attorneys for Creditors,*
   *Majesti Mai Bagorio, et al.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| –and – | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **ORDER GRANTING *EX PARTE* MOTION FOR WITHDRAWAL OF APPEARANCE OF RONALD L.M. GOLDMAN** |
| ☐ **Affects PG&E Corporation** ☐ **Affects Pacific Gas and Electric Company** ☒ **Affects both Debtors** | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

An *ex parte* motion to withdraw the appearance of Ronald L.M. Goldman, as counsel for creditors Majesti Mai Bagorio, et al. in case number 19-30088 (DM), has been filed [Doc #12336] and considered.

**IT IS ORDERED THAT:**

The appearance of Ronald L.M. Goldman is withdrawn.

**END OF ORDER**

1