RICHARD T. BOWLES (#46234)
Bowles & Verna LLP
2121 N. California Blvd., Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: rbowles@bowlesverna.com

Attorneys for Creditor Tamie Wright Dasse

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>Affects Borth Debtors | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**EX PARTE MOTION FOR WITHDRAWAL OF APPEARANCE OF RICHARD T. BOWLES** |

Pursuant to B.L.R. 1001-2(a) adopting N.D. Cal. Civil L.R. 11-5, Creditor Tamie Wright Dasse moves to withdraw the appearance of Richard T. Bowles. The basis for this withdrawal is that Creditor Tamie Wright Dasse has settled its claim with the Debtors and should be removed from this matter.

Dated: February 8, 2023                              Bowles & Verna LLP


                                                     By: /s/ Richard T. Bowles
                                                         Richard T. Bowles
                                                         Attorneys for Creditor
                                                         Tamie Wright Dasse

2121 N. California
Suite 875
Walnut Creek 94596

1

EX PARTE MOTION FOR WITHDRAWAL OF APPEARANCE OF RICHARD T. BOWLES - Case No. 19-30088 (DM)

Case: 19-30088    Doc# 13500    Filed: 02/08/23    Entered: 02/08/23 10:32:48    Page 1 of 1