McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Hagop T. Bedoyan, #131285
   hagop.bedoyan@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Kings River Water Association,
Creditor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>[ ] Affects PG&E Corporation<br>[x] Affects Pacific Gas Electric Company<br>[ ] Affects Both<br><br>*All papers shall be filed in the Lead Case No. 19-30088 | Case No. 19-30088-DM<br><br>Chapter 11<br>(Lead Case Jointly Administered)<br><br><br><br><br>**REQUEST FOR REMOVAL FROM COURT E-MAIL LIST AND MAILING MATRIX** |

TO THE CLERK OF THE COURT, CASE ADMINISTRATORS AND AL PARTIES IN INTEREST:

Hagop T. Bedoyan hereby requests the following name and e-mail address be removed from the Court's ECF e-mail list and the mailing matrix in the above referenced case:

Hagop T. Bedoyan
hagop.bedoyan@mccormickbarstow.com
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
7647 North Fresno Street
Fresno, California 93720

Dated: January 20, 2023

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: _____
Hagop T. Bedoyan
Attorneys for Kings River Water Association,