

Signed and Filed: February 13, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Ronald L.M. Goldman, Esq. (State Bar No. 33422)
*rgoldman@baumhedlundlaw.com*
Matthew P. French, Esq. (State Bar No. 327814)
*mfrench@wisnerbaum.com*
**WISNER BAUM LLP**
11111 Santa Monica Boulevard, Suite 1750
Los Angeles, California 90025
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

*Attorneys for Creditors,
Majesti Mai Bagorio, et al.*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>–and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ **Affects PG&E Corporation**<br>☐ **Affects Pacific Gas and Electric Company**<br>☒ **Affects both Debtors**<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**ORDER GRANTING *EX PARTE* MOTION FOR WITHDRAWAL OF APPEARANCE OF RONALD L.M. GOLDMAN** |

An *ex parte* motion to withdraw the appearance of Ronald L.M. Goldman, as counsel for creditors Majesti Mai Bagorio, et al. in case number 19-30088 (DM), has been filed [Doc #12336] and considered.

**IT IS ORDERED THAT:**

The appearance of Ronald L.M. Goldman is withdrawn.

**END OF ORDER**