UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: PG&E CORPORATION
and
PACIFIC GAS AND ELECTRIC COMPANY
Debtor(s)

Bankruptcy No.: 19-30088 (DM)
R.S. No.:
Hearing Date: 03/07/2023
Time: 10:00 am

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 01/29/2019     Chapter: 11
    Prior hearings on this obligation: _____     Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

   Secured Creditor [ ] or lessor [ ]
   Fair market value:      $_____     Source of value: _____
   Contract Balance:       $_____     Pre-Petition Default:  $_____
   Monthly Payment:        $_____          No. of months: _____
   Insurance Advance:      $_____     Post-Petition Default: $_____
                                                No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

   Fair market value: $_____     Source of value: _____     If appraisal, date: _____

   Moving Party's position (first trust deed, second, abstract, etc.):

   Approx. Bal.            $_____     Pre-Petition Default:  $_____
   As of (date): _____                     No. of months: _____
   Mo. payment:            $_____     Post-Petition Default: $_____
   Notice of Default (date): _____          No. of months: _____
   Notice of Trustee's Sale: _____     Advances Senior Liens: $_____

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

   | Position | Amount | Mo. Payment | Defaults |
   |---|---|---|---|
   | 1st Trust Deed: _____ | $_____ | $_____ | $_____ |
   | 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
   | _____ : | | | |
   | _____ : | | | |
   | _____ : | | | |
   | (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information: The motion is for relief from the automatic bankruptcy stay on the grounds that this case proceeding in Santa Cruz Court is in the interest of judicial economy and would not interfere with the bankruptcy case. This underlying matter is seeking a non-monetary judgment involving a prescriptive easement.

Dated: 02/14/2023

_____
Signature
Emily Humy, Esq.
Print or Type Name

Attorney for Charles Maier