# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Liz Santodomingo, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On February 3, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Notice Parties Service List attached hereto as **Exhibit A**:

- Order Denying Motions to Allow Late Claims [Docket No. 13490]

3. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Executed this 13th day of February 2023, at New York, NY.

*/s/ Liz Santodomingo*
Liz Santodomingo

# Exhibit A

Exhibit A
Notice Parties Service List
Served as set forth below

| NAME | ADDRESS | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|
| Aara Pedersen | 1025 Calistoga Rd | Santa Rosa | CA | 95409 | pedersenrealty@gmail.com | Email and First Class Mail |
| Amanda Hackett | 806 Bennett Valley Rd | Santa Rosa | CA | 95404 | Amandavh86@gmail.com | Email and First Class Mail |
| Brandon Boone | 5550 Marit Dr | Santa Rosa | CA | 95409 | boonebrando@hotmail.com | Email and First Class Mail |
| Daniel Erdman Julianne Erdman | 5960 Erland Road | Santa Rosa | CA | 95404 | dcerdman@gmail.com | Email and First Class Mail |
| Eric Pedersen | 806 Bennett Valley Rd | Santa Rosa | CA | 95404 | Whatsuperic2002@yahoo.com | Email and First Class Mail |
| Frewoini Garcia | 1785 Las Pravadas Ct. | Santa Rosa | CA | 95409 | lmsmithson@hotmail.com | Email and First Class Mail |
| Jennifer Perkins | 539 Calistoga Road | Santa Rosa | CA | 95409 | jenniferleighperkins@gmail.com | Email and First Class Mail |
| Patrick Cory Smithson | 6293 Melita Road | Santa Rosa | CA | 95409 | ptrcksmithson@gmail.com | Email and First Class Mail |
| Patrick Pedersen | 5511 Monte Verde Drive | Santa Rosa | CA | 95409 | pjpracer@yahoo.com | Email and First Class Mail |
| Ricardo Mejia, Jr. et al. | 512 Jacklondon Dr. | Santa Rosa | CA | 95409 | Rcharms87@gmail.com | Email and First Class Mail |
| Shannon Palmer | 1385 Baird Road | Santa Rosa | CA | 95409 | Shanpalm18@gmail.com | Email and First Class Mail |