HOLLAND & KNIGHT LLP
Thomas D. Leland (pro hac vice)
Leah E. Capritta (pro hac vice)
1801 California Street, Suite 5000
Denver, Colorado 80202
Telephone (303) 974-6660
Facsimile (303) 974-6659
Email: thomas.leland@hklaw.com
      leah.capritta@hklaw.com

HOLLAND & KNIGHT LLP
Vito Costanzo (SBN 132754)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450
Email: vito.costanza@hklaw.com

Attorneys for
TIGER NATURAL GAS, INC.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                Debtors.<br><br>□ Affects PG&E Corporation<br>■ Affects Pacific Gas and Electric Company<br>□ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | CASE NO. 19-30089 (DM)<br><br>Chapter 11<br><br>**TIGER NATURAL GAS, INC.'S MOTION TO FILE REDACTED PLEADINGS AND MOTION SEAL TIGER'S MOTION TO ENFORCE SETTLEMENT AND SUPPORTING MATERIALS** |

#153396630_v3

Tiger Natural Gas, Inc. ( "Tiger"), by and through its undersigned counsel, hereby submits this motion ("Sealing Motion") pursuant to sections 105(a) and 107(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 1001-2(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "Bankruptcy Local Rules") and the New District Wide Procedures for Electronically Filing Sealed and Redacted Documents adopted by the United States Bankruptcy Court for the Northern District of California (the "Local Procedures") for entry of an order authorizing the sealing of Tiger's Motion to Enforce Settlement and the filing of the Motion to Enforce Settlement (Redacted).

In support of this Motion, Tiger submits the Declaration of Leah E. Capritta filed contemporaneously herewith. The Motion to Enforce Settlement (Redacted) (the "Redacted Motion") is attached as Exhibit 1 with the supporting Declaration of Leah E. Capritta (Redacted) and other materials (the "Redacted Declaration") attached as Exhibit 2. A proposed form of order granting the relief requested herein is attached as Exhibit 3.

## MEMORANDUM AND POINTS OF AUTHORITIES

### I. JURISDICTION

The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409. This Motion to Seal is a core proceeding under 28 U.S.C. § 157(b)(2).

### II. BACKGROUND

On January 25, 2023, the Tiger filed a Motion to Enforce Settlement [Docket No. 13451] (the "Motion") together with the Declaration of Leah E. Capritta in Support of Motion and accompanying Exhibits A-F [Docket No. 13451-1]. (Capritta Decl., ¶2.) The Motion asked the Court to enforce the settlement with Debtor Pacific Gas & Electric Company (the "Utility") further to a stipulation on the record before the District Court. (*Id*.)

On or about February 1, 2023, PG&E Corporation and Pacific Gas & Electric Company (collectively, the "Debtors") conferred with Tiger regarding a potential resolution of the Motion and, on February 3, 2023, Tiger filed a Notice of Continued Hearing, rescheduling the hearing on

1

the Motion to April 11, 2023 [Docket No. 13488]. (Capritta Decl., ¶3.) The parties soon thereafter came to a resolution and agreed to a written form of settlement, which will include a confidentiality provision. (*Id.*)

On February 2, 2023, Debtors requested that Tiger move to seal the Motion and, on February 7, 2023, Debtors provided Tiger with the portions of the Motion they would like redacted. (Capritta Decl., ¶4.) This includes:

- Motion, p. 3, lines 1-7, 11-12, 17-23 (settlement communications and terms);
- Motion, p. 4, lines 4-26 (settlement communications);
- Motion, p. 6, lines 19-20 (settlement terms);
- Motion, p. 7, lines 5-24 (settlement communications and terms);
- Motion, p. 8, lines 7-16, 21 (settlement communications and terms);
- Declaration, p. 2, line 25 through ECF p. 3, line 26 (settlement terms and communications);
- Declaration, p. 4, lines 5-23 (settlement communications);
- Exhibit B - All (settlement communications);
- Exhibit C - All (UET settlement agreement);
- Exhibit D, p. 4, line 16 through p. 5, line 10 (settlement terms);
- Exhibit E - All (settlement communications);
- Exhibit F - All (draft settlement agreement).

Given that Tiger has no objection to Debtors' request, it moves the Court for this relief.

### III. BASIS FOR RELIEF REQUESTED

Section 105(a) of the Bankruptcy Code allows a court to "issue any order . . . that is necessary or appropriate to carry out the provisions of the title." 11 U.S.C. § 105(a). Section 107(b) further provides that a court may "protect any entity with respect to a trade secret or confidential research, development, or commercial information." 11 U.S.C. § 107(b). To seek protection under 107(b), a party only needs to show "that the information it [seeks] to seal [is] 'confidential' and 'commercial' in nature." *Video Software Dealers Ass'n v. Orion Pictures Corp.*, 21 F.3d 24, 27 (2d Cir. 1994).

The Bankruptcy Rules similarly authorize the Court to "make any order which justice requires (1) to protect the estate or any entity in respect of a trade secret or other confidential research, development, or commercial information." Bankruptcy Rule 9018. Finally, the New District Wide Procedures for Electronically Filing Sealed and Redacted Documents require that a request for seal is narrowly tailored to sealable materials.

Tiger asks the Court to seal the Motion and the Declaration and its seeks leave to file the Redacted Motion and Redacted Declaration and Exhibits lieu thereof. Because parties' written agreement, once executed, contains a confidentiality provision information, the redacted materials will likely fall under its aegis, and therefore this Court should grant Tiger's request.

## IV. NOTICE

Notice of this motion is being provided in accordance with the Second Amended Order Implementing Certain Notice and Case Management Procedures, entered on May 14, 2019 [Docket No. 1996].

WHEREFORE, Tiger respectfully requests that the Court grant this Motion, by: (1) Ordering the Motion to Enforce and the Declaration to be sealed; and (2) permitting the filing of the Redacted Motion and Redacted Declaration and other materials (Exhibits 1 and 2 hereto).

DATED: February 10, 2023.

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

By:     /s/ *Leah E. Capritta*
           Leah E. Capritta

*Attorneys for Tiger Natural Gas, Inc.*