HOLLAND & KNIGHT LLP
Thomas D. Leland (pro hac vice)
Leah E. Capritta (pro hac vice)
1801 California Street, Suite 5000
Denver, CO 80202
Telephone: (303) 974-6660
Facsimile: (303) 974-6659
Email: thomas.leland@hklaw.com
       leah.capritta@hklaw.com

HOLLAND & KNIGHT LLP
Vito Costanza (SBN 132754)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450
Email: vito.costanza@hklaw.com

Attorneys for
TIGER NATURAL GAS, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors.<br><br>☐ Affects PG&E Corporation<br>■ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | CASE NO. 19-30089 (DM)<br><br>Chapter 11<br><br>[PROPOSED] ORDER ON TIGER NATURAL GAS, INC.'S MOTION TO FILE REDACTED PLEADINGS AND MOTION SEAL TIGER'S MOTION TO ENFORCE SETTLEMENT [Dkt. No. 13451] AND SUPPORTING MATERIALS [Dkt. No. 13451-1] |

The Court, having reviewed Tiger Natural Gas, Inc.'s ("Tiger") Motion to File Redacted Pleadings and Motion Seal Tiger's Motion to Enforce Settlement [Dkt. No. 13451] and Supporting Materials [Dkt. No. 13451-1], all related submissions, and being fully advised herein,

1. GRANTS Tiger's Motion in its entirety;

2. ORDERS SEALED Tiger's Motion to Enforce Settlement [Docket No. 13451] (the "Motion") together with the Declaration of Leah E. Capritta in Support of Motion and accompanying Exhibits A-F [Docket No. 13451-1]Settlement; and

3. GRANTS LEAVE for Tiger to file the Redacted Motion (Exhibit 1) and the Redacted Declaration (Exhibit 2) Reorganized Debtors' Objection.

**IT IS SO ORDERED.**

Dated: February ___, 2023.

By: _____
Honorable Judge Dennis Montali