

**Signed and Filed: February 16, 2023**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

```
                  UNITED STATES BANKRUPTCY COURT
                  NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>        - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>        Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>     Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**AMENDED[1] ORDER REGARDING DEBTORS' DISPUTE WITH DAVID P. ADDINGTON**

The court has reviewed David P. Addington's Motion for Quiet Title, etc. (Dkt. 13481) and related filings (Dkts. 13480 and 13487) (collectively, the "Motion to Amend") and the

---

[1] Amended to reflect the correct briefing schedule on page 2.

-1-

Reorganized Debtors' Statement and Reservation of Rights, etc. (Dkt. 13513) (the "Statement").

While the Motion to Amend should have been presented as an adversary proceeding, the Statement waives any argument in that regard. More importantly, the Statement suggests a practical and efficient way for the court to consider and rule upon all remaining issues that persist among the parties presented by the Motion to Amend and the anticipated Amended MSJ that Debtors intend to file.

Accordingly, (1) the court tentatively accepts and adopts the Reorganized Debtors' suggested timetable, as set forth below, and (2) will not conduct a hearing on these matters on February 22, 2023, at 10:00 AM. If Mr. Addington, in good faith and for good cause, opposes that suggested timetable, then no later than 4:00 PM on February 21, 2023, he should so advise the Courtroom Deputy (Lorena_Parada@canb.uscourts.gov) and Reorganized Debtors' counsel (trupp@kbkllp.com) via email, in which case the court will conduct a hearing on February 22, 2023, at 10:00 via AT&T Conference Call.

The following will be the schedule for the Amended MSJ:
- Reorganized Debtors to file the Amended MSJ on or before March 22, 2023.
- Mr. Addington to file any opposition to the Amended MSJ by April 19, 2023.
- Reorganized Debtors to file any reply by May 17, 2023.
- The court will conduct a hearing on the Amended MSJ on May 24, 2023, at 10:00 AM.

**\*\*END OF ORDER\*\***

-2-

**COURT SERVICE LIST**

David P. Addington
298 Saint James Drive
Piedmont, CA 94611