AARON J. MOHAMED (SBN 245915)
EMILY HUMY (SBN 335816)
**BRERETON, MOHAMED, & TERRAZAS LLP**
1362 Pacific Avenue, 2nd Floor
Santa Cruz, CA 95060
Tel: (831) 429-6391
Fax: (831) 459-8298
ajm@brereton.law
eh@brereton.law

Attorneys for Plaintiff
CHARLES MAIER

## THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                    Debtors.<br><br>Federal I.D. No. 94-0742640<br>Federal I.D. No. 94-3234914 | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>Superior Court Case<br>No.: 18CV01718<br><br>**NOTICE OF HEARING FOR MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>HEARING DATE<br>DATE:   MARCH 7, 2023<br>TIME:    10:00 AM<br>PLACE: 450 Golden Gate Ave, 16th Flr<br>          Courtroom 17<br>          San Francisco, CA, 94012 |

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

      Notice is hereby given that the Charles Maier's Motion for Relief from the

Automatic Stay to allow the pending action for private nuisance, injunction, and

declaratory relief against the Debtor, Pacific Gas & Electric Company, to proceed in the

Santa Cruz Superior Court instead of this Court will be heard by Judge Dennis Montali

on March 7, 2023, at 10:00 A.M. at the U.S. Bankruptcy Court in the Northern District of

1

NOTICE OF HEARING FOR MOTION FOR RELIEF FROM THE AUTOMATIC STAY

California - San Francisco Division at 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102.

The hearing will not be conducted in the presiding judge's courtroom, but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about Court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website..

Charles Maier in the above-captioned Chapter 11 case hereby move the Court to modify the automatic stay under 11 U.S.C. § 362(d) to allow the pending claims filed against the Debtor, Pacific Gas & Electric Company to proceed in the Santa Cruz Superior Court for cause.

Dated: 2/21/2023

BRERETON, MOHAMED, & TERRAZAS
By: Emily Humy, Esq.
Attorney for Plaintiff Charles Maier

NOTICE OF HEARING FOR MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**PROOF OF SERVICE BY U.S. MAIL, AND ELECTRONIC MAIL**

I, the undersigned, declare:

I am now and at all times herein mentioned have been over the age of eighteen years, a resident of and employed in the County of Santa Cruz, California, and not a party of the within entitled action or cause.  My business address is **BRERETON, MOHAMED, & TERRAZAS, LLP, 1362 Pacific Avenue, Santa Cruz, California 95060.**

On February 21, 2023, I served a true copy of the foregoing:

**NOTICE OF HEARING.**

by sending copies via electronic mail to the following email address:

Gough & Hancock LLP
Gayle Gough, Esq.
50 California St Suite 1500
San Francisco, CA 94111
gayle.gough@ghcounsel.com

 **X**     (By electronic Mail) By personally transmitting a true copy thereof via electronic mail.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: February 21, 2023

Emily Humy