KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
Gabrielle Albert (#190895)
(galbert@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

LITTLER MENDELSON P.C.
Elisa Nadeau (#199000)
(enadeau@littler.com)
50 West San Fernando Street, 7th Floor
San Jose, CA 95113
Tel: 408 961 7119
Fax: 408 516 8313

*Attorneys for the Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Reorganized Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF ELISA NADEAU IN SUPPORT OF REORGANIZED DEBTORS' OPPOSITION TO CLAIMANT'S OMNIBUS MOTION FOR RELIEF FROM FINAL ORDER, MOTION FOR RELIEF FROM STAY, AND RESPONSE TO REORGANIZED DEBTOR'S OBJECTION TO CLAIM NO. 58462, FILED OCTOBER 17, 2019**<br><br>**Related to Docket Nos.:** 13455, 13456 & 13464<br><br>**Hearing Information:**<br>Date: March 7, 2023<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Tele/Videoconference Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

I, Elisa Nadeau, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am the attorney of record for Defendant Pacific Gas and Electric Company (the "**Utility**") in the civil case pending before the Santa Clara County Superior Court, *Jannings v. Pacific Gas and Electric Company*, erroneously sued as *"Pacific Gas & Electric"*, Case No. 17CV315033, (the "**State Court Litigation**") and have represented the Utility since its first appearance in that matter. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto. I submit this Declaration in support of the *Reorganized Debtors' Opposition to Claimant's Omnibus Motion for Relief from Final Order, Motion for Relief from Stay, and Response to Reorganized Debtor's Objection to Claim No. 58462, Filed October 17, 2019* (the "**Opposition**"),[1] filed contemporaneously herewith.

2. On May 5, 2022, I appeared in the State Court Litigation for a case management conference. At that conference, Mr. Scott Furstman appeared as counsel for Jannings. I explained to the State Court that Jannings' claim in the Chapter 11 Cases was expunged and disallowed by order on January 13, 2022, and that the Court had denied the motion for relief from the order filed by Jannings on March 14, 2022. Mr. Furstman stated that Jannings' bankruptcy attorney planned to file a motion for relief under Rule 60 of the Federal Rules of Civil Procedure.

3. The State Court judge stated he could not make an order dismissing the State Court Litigation and set the matter over for a further case management conference on September 22, 2022.

4. On September 22, 2022, I again appeared in Department 19 of Santa Clara County Superior Court for the continued case management conference, the Honorable Amber Rosen presiding. Mr. Furstman again appeared on behalf of Jannings. Mr. Furstman stated that Jannings was planning on retaining bankruptcy counsel to file an unspecified motion for relief from the order expunging and disallowing the claim. Judge Rosen suggested Defendant file a motion to dismiss the case and set the matter over for a further case management conference on February 9, 2023.

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Opposition.

5.  On January 10, 2023, the Utility filed a motion to dismiss the State Court litigation. That motion is currently set for April 18, 2023.

6.  On February 9, 2023, I appeared in Department 10 of Santa Clara County Superior Court for a case management conference in the State Court Litigation. Mr. Furstman again appeared on behalf of Jannings and represented to the Court that Jannings had "appealed" the bankruptcy court's decision. I corrected the characterization of Jannings' motion as an "appeal" and informed the State Court that Jannings had filed the Second Reconsideration Motion, which seeks the same relief that was denied in the First Reconsideration Motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this 21st day of February, 2023, in San Jose, California.

/s/ Elisa Nadeau
Elisa Nadeau