**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel:  (212) 310-8000
Fax:  (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:  (415) 496-6723
Fax:  (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION**, <br><br>  - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors**. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> * *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **NOTICE OF AGENDA FOR FEBRUARY 22, 2023, OMNIBUS HEARING** <br><br> Date:   February 22, 2023 <br> Time:  10:00 a.m. (Pacific Time) <br> Place: AT&T Teleconference <br>          United States Bankruptcy Court <br>          Courtroom 17, 16th Floor <br>          San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR
FEBRUARY 22, 2023,
OMNIBUS HEARING**

I: <u>MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)</u>

*CONTESTED MATTERS GOING FORWARD*

1. **<u>Addington Motion to Amend</u>:** *Creditor David P. Addington's Motion for Quiet Title, Declaratory Relief and to Amend Claim No. 108715* **[Dkt. 13481]**.

    <u>Related Documents</u>:

    A. Exhibits A to P, R and S to *Creditor David P. Addington's Motion for Quiet Title, Declaratory Relief and to Amend Claim No. 108715* **[Dkt. 13480]**.

    B. Exhibit Index and Exhibit Q to *Creditor David P. Addington's Motion for Quiet Title, Declaratory Relief and to Amend Claim No. 108715* **[Dkt. 13487]**.

    C. *Creditor David P. Addington's Scheduling Statement for Claim No. 108715* **[Dkt. 13522]**.

    D. *Plaintiff David P. Addington's Action for Quiet Title and Declaratory Relief at 298 Saint James* **[Dkt. 13523]** (***Initiating Adversary Proceeding #23-03005***).

    <u>Responses</u>:

    E. *Reorganized Debtors' Statement and Reservation of Rights Regarding Creditor David P. Addington's Motion for Quiet Title, Declaratory Relief and to Amend Claim No. 108715* **[Dkt. 13513]**.

    <u>Related Order</u>:

    F. *Amended Order Regarding Debtors' Dispute with David P. Addington* **[Dkt. 13517]**.

    <u>Status</u>:  A hearing will be held on this Motion at Mr. Addington's request pursuant to Order **[Dkt. 13517]**.

/ / /

/ / /

**RESOLVED AND CONTINUED MATTERS**

2. **Tiger Gas Motion to Enforce Settlement Agreement:** *Tiger Natural Gas, Inc.'s Motion to Enforce Settlement* **[Dkt. 13451].**

   Status: This matter has been continued to April 11, 2023 pursuant to Notice **[Dkt. 13488].**

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: February 21, 2023

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: */s/ Thomas B. Rupp*
      Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*