

Signed and Filed: February 22, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br>Date: March 22, 2023<br>Time: 10:00 AM<br>Via Video/Teleconference<br>www.canb.uscourts.gov/calendars |

**ORDER DIRECTING REORGANZIED DEBTORS TO RESPOND TO MOTION FILED BY WILLIAM B. ABRAMS**

The court has reviewed the *Motion for Order Deeming William B. Abrams Supplement to Damage Claims Timely* (Dkt. 13518) (the "Motion") and its accompanying declaration (Dkt. 13519) filed on February 16, 2023. The court hereby directs the following:

-1-

- The Reorganized Debtors or any other respondent to file a response no later than March 8, 2023.
- Mr. Abrams may file his reply no later than March 15, 2023.

The court will hold a hearing on the Motion on March 22, 2023, at 10:00 AM.

All hearings will be conducted by telephone or video conference (unless otherwise noted). Please review the specific calendar page (pdf) posted on the Bankruptcy Court's website for further instructions one week prior to the hearing.

All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about Court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

William B. Abrams
2041 Stagecoach Rd.
Santa Rosa, CA 95404