# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: admin | Date Created: 2/23/2023 |
| Case: 19−30088 | Form ID: TRANSC | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty  Thomas B. Rupp  trupp@kbkllp.com

    TOTAL: 1

**Recipients submitted to the Claims Agent (Kroll Restructuring Administration, LLC):**
intp  David P. Addington  298 Saint James D  Piedmont, CA 94611

    TOTAL: 1