| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ☐ *Debtor(s) appearing without an attorney* <br> ☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - _____ DIVISION**

| In re: | CASE NO.: |
|---|---|
| | CHAPTER: |
| | **NOTICE OF MOTION FOR ORDER WITHOUT A HEARING** <br><br> **[LBR 9013-1(p) or (q)]** |
| Debtor(s). | [No hearing required] |

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) _____, filed a motion or application (Motion) entitled _____ .

2. Movant(s) requests that the court grant the motion without a hearing as provided for in:

    ☐ LBR 9013-1(p), which, in addition to notice via Notice of Electronic Filing, requires the motion to be served on additional parties as specified in LBR _____; or

    ☐ LBR 9013-1(q), which requires service of the motion only on parties via Notice of Electronic Filing.

3. The motion is based upon the legal and factual grounds set forth in the motion. (*Check appropriate box below*):

    ☐ The full motion is attached to this notice; or

    ☐ The full motion was filed with the court as docket entry # \_\_\_, and a detailed description of the relief sought is attached to this notice.

---
This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                             Page 1                                             **F 9013-1.2.NO.HEARING.NOTICE**

Case: 19-30088    Doc# 13546    Filed: 02/24/23    Entered: 02/24/23 16:32:07    Page 1 of 7

4. Movant will promptly lodge an order that the court may use to rule on the motion, as the court may rule on the motion without a hearing and without an opportunity for any party to file a request for a hearing,.

Respectfully submitted,

Date: _____

_____
Signature of Movant or attorney for Movant

_____
Printed name of Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(p) or (q)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*Signature:* Mary Lynn Genova

| Date | Printed Name | Signature |
|------|--------------|-----------|

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015     Page 3     F 9013-1.2.NO.HEARING.NOTICE

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 27285 Las Ramblas, Suite 200, Mission Viejo, California 92691.

On February 24, 2023, I served the document(s) described below on all interested parties, as follows:

**NOTICE OF MOTION FOR ORDER WITHOUT A HEARING**

**[X] BY ELECTRONIC FILING AND SERVICE**: By electronic filing and service of the foregoing document(s) using the CM/ECF System in accordance with F.R.C.P. 5(b)(2)(E) and Civil Local Rule 5.4, I electronically filed the above-listed documents by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

**[X] BY FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Certificate of Service was executed by me on February 24, 2023, at Corona, California.

*/s/ Mary Lynn Genova*
_____
Mary Lynn Genova

1

CERTIFICATE OF SERVICE
CASE NO.: 19-30088 (DM)

Jay D. Harker (State Bar No. 167063)
jharker@clausen.com
CLAUSEN MILLER P.C.
27285 Las Ramblas, Suite 200
Mission Viejo, CA 92691
Telephone: (949) 260-3100 | Facsimile: (949) 260-3190

Attorneys for Creditors, XL INSURANCE AMERICA, INC. (for itself and its subrogees ALBERTSONS COMPANIES, INC. and SAFEWAY INC.); CATLIN SPECIALTY INSURANCE COMPANY (for itself and its subrogees DAVID W. MAEHL and RHONDA J. MAEHL); STARR SURPLUS LINES INSURANCE COMPANY, CHUBB CUSTOM INSURANCE COMPANY; GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA (GSINDA); MARKEL BERMUDA LIMITED and XL INSURANCE AMERICA, INC. (for themselves and their mutual subrogees ASHFORD INC. and ASHFORD HOSPITALITY TRUST, INC.)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088 (DM)<br><br>**MOTION TO WITHDRAW; [PROPOSED] ORDER**<br><br>**[WITHOUT HEARING]** |

THE COURT AND ALL PARTIES ARE NOTIFIED that Creditor XL INSURANCE AMERICA, INC. (for itself and its subrogees ALBERTSONS COMPANIES, LLC and SAFEWAY INC.) hereby makes the following Motion to Withdraw from the above-entitled matter for the following reason:

/ / /

1

MOTION TO WITHDRAW
CASE NO.: 19-30088 (DM)

Creditor XL INSURANCE AMERICA, INC. (for itself and its subrogees ALBERTSONS COMPANIES, LLC and SAFEWAY INC.)'s Proof of Claim has been satisfied in full and asks this Court to remove Clausen Miller P.C. from all ECF filings in this case.

Dated: February 24, 2023         CLAUSEN MILLER P.C.

_____
Jay D. Harker,
Attorney for Creditor XL Insurance America, Inc. (for itself and its subrogees Albertsons Companies, LLC and Safeway Inc.

**O R D E R**

IT IS HEREBY ORDERED that Clausen Miller P.C., counsel for Creditor XL INSURANCE AMERICA, INC. (for itself and its subrogees ALBERTSONS COMPANIES, LLC and SAFEWAY INC.)'s Motion is **GRANTED** and is removed from receiving ECF filings in the above-captioned matter.

Dated: _____   _____
                                JUDGE
                                United States Bankruptcy Court
                                Northern District of California

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 27285 Las Ramblas, Suite 200, Mission Viejo, California 92691.

On February 24, 2023, I served the document(s) described below on all interested parties, as follows:

**MOTION TO WITHDRAW; [PROPOSED] ORDER**

**[X] BY ELECTRONIC FILING AND SERVICE**: By electronic filing and service of the foregoing document(s) using the CM/ECF System in accordance with F.R.C.P. 5(b)(2)(E) and Civil Local Rule 5.4, I electronically filed the above-listed documents by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

**[X] BY FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Certificate of Service was executed by me on February 24, 2023, at Corona, California.

*Mary Lynn Genova*
Mary Lynn Genova

8905031.1

---

1
CERTIFICATE OF SERVICE
CASE NO.: 19-30088 (DM)