Entered on Docket
February 28, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: February 28, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors. | Bankruptcy Case No. 19-30088 (DM)<br><br>Adv. Proc. No. 23-03005 (DM)<br><br>**SCHEDULING ORDER REGARDING OBJECTION TO PROOFS OF CLAIM OF DAVID P. ADDINGTON AND ADVERSARY PROCEEDING NO. 23-03005**<br><br>Date: February 22, 2023<br>Time: 10:00 a.m. (Pacific Time)<br>Place: AT&T Teleconference<br>      United States Bankruptcy Court<br>      Courtroom 17, 16th Floor<br>      San Francisco, CA 94102 |
| **DAVID P. ADDINGTON,**<br><br>Plaintiff<br><br>v.<br><br>**PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Defendants** | |

The Court having held a hearing at the above-captioned date and time, with Thomas B. Rupp of Keller Benvenutti Kim LLP appearing on behalf of PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-referenced chapter 11 cases (the "**Chapter 11 Cases**"), and Creditor David P. Addington appearing *pro se*; and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. *Creditor David P. Addington's Motion for Quiet Title, Declaratory Relief and to Amend Claim No. 108715*, filed on January 31, 2023, [Dkt. No. 13481] (including its exhibits filed around that date at Dkt. Nos. 13480 and 13487), and *Plaintiff David P. Addington's Action for Quiet Title and Declaratory Relief at 298 Saint James*, filed on February 20, 2023, [Dkt. No. 13523 in the Chapter 11 Cases and Dkt. No. 1 in the Adversary Proceeding *Addington v. PG&E Corp., et al.*, No. 23-03005 (the "**Adversary Proceeding**")] shall be deemed to be supplements (the "**Supplements**") to Mr. Addington's Proof of Claim No. 108715 (the "**First Amended Claim**").

2. The Reorganized Debtors' objection to the First Amended Claim and its Supplements shall be consolidated with the Adversary Proceeding for procedural purposes.

3. The Reorganized Debtors shall file a motion for summary judgment (the "**Motion**") in the Adversary Proceeding on or before March 22, 2023. For the avoidance of doubt, the Motion will serve as a response to the declaratory relief and quiet title claims alleged in the Adversary Proceeding as well as an objection to the First Amended Claim and its Supplements.

4. Any opposition by Mr. Addington to the Motion shall be filed with the Court and served on the Reorganized Debtors so as to be received by April 19, 2023.

5. Any reply in support of the Motion shall be filed with the Court and served on Mr. Addington so as to be received by May 17, 2023.

6. The Court shall hear the Motion on May 24, 2023, at 10:00 a.m. (Pacific Time).

7. All other deadlines and previous scheduling orders in the Adversary Proceeding are superseded by this Order. The scheduling conference set for April 25, 2023, is dropped from the Court's calendar.

8. Duplicate copies of this Order shall be entered in the Chapter 11 Cases and the Adversary Proceeding.

9. All available rights, arguments, and defenses of the Parties with respect to the Adversary Proceeding, the First Amended Claim, and its Supplements are reserved.

*** END OF ORDER ***

**COURT SERVICE LIST**

David P. Addington
298 Saint James Drive
Piedmont, CA 94611