ROLNICK KRAMER SADIGHI LLP
Lawrence M. Rolnick *(pro hac vice)*
lrolnick@rksllp.com
Marc B. Kramer *(pro hac vice)*
mkramer@rksllp.com
Michael J. Hampson *(pro hac vice)*
mhampson@rksllp.com
Richard A. Bodnar *(pro hac vice)*
rbodnar@rksllp.com
Frank T.M. Catalina (*pro hac vice*)
fcatalina@rksllp.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 597-2800
Facsimile: (212) 597-2801

ST. JAMES LAW, P.C.
Michael St. James, CSB No. 95653
22 Battery Street, Suite 810
San Francisco, California 94111
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

*Attorneys for the RKS Claimants*

ROLNICK KRAMER SADIGHI LLP
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) (Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**DECLARATION OF FRANK T.M. CATALINA IN SUPPORT OF THE RKS CLAIMANTS' MOTION TO ENFORCE THE ADR PROCEDURES ORDER AND ESTABLISH A MARCH 20, 2023 DEADLINE TO OBJECT TO RKS CLAIMANTS' CLAIMS**<br><br>**Hearing Information:**<br>Date:      March 7, 2023<br>Time:     10:00 a.m. (Pacific Time)<br>Place:    (Telephone or Video Only)<br>          United States Bankruptcy Court<br>          Courtroom 17, 16th Floor<br>          San Francisco, CA 94102 |

ROLNICK KRAMER SADIGHI LLP
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Pursuant to 28 U.S.C. § 1746, I, Frank T.M. Catalina, under penalty of perjury, hereby declare as follows:

1.    I am Counsel at the law firm Rolnick Kramer Sadighi LLP (**"RKS"** or "**Claimants'** **Counsel**"), counsel to the claimants listed on Schedule A to the Motion (collectively, the "**RKS** **Claimants**"). I submit this declaration in further support of the RKS Claimants' Motion to Enforce the ADR Procedures Order and Establish a March 20, 2023 deadline to object to the RKS Claimants' Claims (the "**Motion**").[1]

2.    On January 19, 2023, I attended the mediation (the **"Mediation"**) with Reorganized Debtors on behalf of the RKS Claimants.

3.    Prior to the Mediation Reorganized Debtors never indicated that they expected each of the 699 RKS Claimants to attend the Mediation.

4.    Prior to the mediation, RKS provided Reorganized Debtors with its damages model for the RKS Claimants' damages, and the parties exchanged lengthy mediation statements.

5.    The mediation was terminated because Reorganized Debtors refused to accept RKS's representation that it was authorized to negotiate on behalf of the RKS Claimants, rendering any further negotiations impossible.

6.    At no time that I am aware of have Reorganized Debtors requested individual demands from the RKS Claimants.

7.    Attached hereto as **Exhibit 1** is a true and correct copy of the Notice of Intent to Stay Action Pending Conclusion of Bankruptcy Proceedings, dated April 29, 2021, and filed by the court in the action *In re PG&E Securities Litigation*, No. 5:18-cv-03509-EJD (N.D. Cal.) (the "**Class Action**").

8.    Attached hereto as **Exhibit 2** is a true and correct copy of PG&E Corporation's Response to Lead Plaintiffs' Objection to the Court's Notice of Intent to Stay, dated June 10, 2021, and filed in the Class Action.

9.    Attached hereto as **Exhibit 3** is a true and correct copy of the Order Staying Action

---

[1] Capitalized terms that are not defined herein have the same meaning as in the Motion.

Pending Resolution of Chapter 11 Bankruptcy, dated September 30, 2022, entered by the court in the Class Action.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on February 28, 2023.

By: _____
　　　　　Frank T.M. Catalina

ROLNICK KRAMER SADIGHI LLP
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020