**Entered on Docket**
**March 01, 2023**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: March 1, 2023**



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>        - and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>        Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>     Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br>Date:  March 7, 2023<br>Time:  10:00 AM<br>Via Video/Teleconference<br>www.canb.uscourts.gov/calendars |

**ORDER REGARDING HEARING ON MARCH 7, 2023**

   For the March 7, 2023, 10:00 AM hearing, the court will call the following matters in the order set forth below, and subject to the time limits stated:

   1)   On the *Motion for Relief from Stay* filed by claimant Charles Maier (Dkt. 13509), counsel for Mr. Maier and for the Reorganized Debtors will each have fifteen

-1-

(15) minutes for argument.  Counsel for Mr. Maier will begin and be expected to reserve a portion of the time for rebuttal.

2) On *Claimant's Omnibus Motion for Relief from Final Order, Motion for Relief from Stay, and Response to Reorganized Debtor's Objection to Claim No. 58462, Filed October 17, 2019* filed by claimant Spiro Jannings (Dkt. 13455), Mr. Jannings and counsel for the Reorganized Debtors will each have fifteen (15) minutes for argument.  Mr. Jannings will begin and be expected to reserve a portion of the time for rebuttal.

3) On *The RKS Claimants' Motion to Enforce the ADR Procedures Order and Establish a March 20, 2023 Deadline to Object to The RKS Claimants' Claims* (Dkt. 13492), counsel for The RKS Claimants and for the Reorganized Debtors will each have twenty (20) minutes for argument.  Counsel for The RKS Claimants will begin and be expected to reserve a portion of the time for rebuttal.

All hearings will be conducted by telephone or video conference (unless otherwise noted).  Please review the specific calendar page (pdf) posted on the Bankruptcy Court's website for further instructions one week prior to the hearing.

All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about Court operations during the COVID-19 pandemic.  The Bankruptcy Court's website provides information regarding how to arrange a

telephonic or video appearance.  If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

Spiro Jannings
1304 Shortridge Ave. Unit C
San Jose, CA 95116

-4-