| | |
|---|---|
| Steven S. Kane, Esq., SBN: 061670<br>Bonnie E. Kane, Esq., SBN: 167700<br>**THE KANE LAW FIRM**<br>402 W. Broadway, Suite 2600<br>San Diego, CA 92101<br>Telephone: (619) 236-8700<br>Facsimile: (619) 236-1370<br>E-mail: skane@thekanelawfirm.com<br>E-mail: bonnie@thekanelawfirm.com | |

Attorneys for KAREN GOWINS, Creditor and numerous Wildfire Claimants

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:*<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br>          Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric<br>☒ Affects Both Debtors<br>_____ | Case No. 19-30088-DM<br><br>**CERTIFICATE OF SERVICE** |

1

# CERFIFICATE OF SERVICE

I, Bonnie E. Kane, declare

I am a citizen of the United States and employed in San Diego County, California and Butte County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 402 W. Broadway, Suite 2500, San Diego, California 92101. On March 1, 2023, I served a copy of the within document:

> JOINDER IN ABRAMS' MOTION TO FILE SUPPLEMENT TO CLAIMS AGAINST PG&E

by transmitting electronically through the Court's CM/ECF system and to be served by the Court via Notice of Electronic Filing (NEF). On March 1, 2023, I reviewed the Notices of Electronic Filing (NEF) for the above entitled document and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 1, 2023, at San Diego, California.

_____/s/ Bonnie E. Kane_____
Bonnie E. Kane

2