KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

ROVENS LAMB LLP
Steven A. Lamb (SBN 132534)
slamb@rovenslamb.com
Telephone: (310) 536.7830
Facsimile: (310) 872.5489
2601 Airport Drive, Suite 370
Torrance, California 90505

LAW OFFICES OF JENNIFER L. DODGE INC.
Jennifer L. Dodge (#195321)
(jdodgelaw@jenniferdodgelaw.com)
2512 Artesia Blvd., Suite 300D
Redondo Beach, California 90278
Tel: (310) 372.3344
Fax: (310) 861.8044

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *ALL PAPERS SHALL BE FILED IN THE LEAD CASE, NO. 19-30088 (DM)* | Case Nos. 19-30088 (DM)<br><br>(Lead Case) (Jointly Administered)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PG&E'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT AND COUNTER-MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  April 11, 2023<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Tele/Videoconference Only)<br>    United States Bankruptcy Court<br>    Courtroom 17, 16th Floor<br>    San Francisco, CA 94102 |

Pursuant to Rule 201 of the Federal Rules of Evidence, as made applicable to this contested matter by Rule 9017 of the Federal Rules of Bankruptcy Procedure, Reorganized Debtors PG&E Corporation and Pacific Gas and Electric Company hereby request that the Court take judicial notice of the documents identified below, and filed concurrently herewith, in opposition to Claimant's Motion for Partial Summary Judgment and in support of PG&E's Counter-Motion for Summary Judgment:

| EXHIBIT A | Exhibit A to Declaration of Rob Sullivan, Recorded Easement with San Mateo County Recorder's Office |
|---|---|
| EXHIBIT B | Exhibit B to Declaration of Rob Sullivan, Recorded Easement with San Mateo County Recorder's Office |
| EXHIBIT C | Exhibit C to Declaration of Rob Sullivan, Recorded Easement with San Mateo County Recorder's Office |
| EXHIBIT D | Exhibit D to Declaration of Rob Sullivan, Recorded Easement with San Mateo County Recorder's Office |

DATED: March 3, 2023

**KELLER BENVENUTTI KIM LLP**
**ROVENS LAMB LLP**
**LAW OFFICES OF JENNIFER L. DODGE, INC.**

By: /s/ *Steven A. Lamb*
STEVEN A. LAMB
*Attorneys for Debtors and Reorganized Debtors*