| | |
|---|---|
| KELLER BENVENUTTI KIM LLP<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>David A. Taylor (#247433)<br>(dtaylor@kbkllp.com)<br>Thomas B. Rupp (#278041)<br>(trupp@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251 | ROVENS LAMB LLP<br>STEVEN A. LAMB (SBN 132534)<br>slamb@rovenslamb.com<br>Telephone: (310) 536.7830<br>Facsimile: (310) 872.5489<br>2601 Airport Drive, Suite 370<br>Torrance, California 90505<br><br>LAW OFFICES OF JENNIFER L. DODGE INC.<br>Jennifer L. Dodge (#195321)<br>(jdodgelaw@jenniferdodgelaw.com)<br>2512 Artesia Blvd., Suite 300D<br>Redondo Beach, California 90278<br>Tel: (310) 372.3344<br>Fax: (310) 861.8044 |

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                 **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* ALL PAPERS SHALL BE FILED IN THE LEAD CASE, NO. 19-30088 (DM)* | Case Nos. 19-30088 (DM)<br><br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF BRIAN SMITH SUPPORT OF PG&E'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT AND COUNTER-MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  April 11, 2023<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  (Tele/Videoconference Only)<br>         United States Bankruptcy Court<br>         Courtroom 17, 16th Floor<br>         San Francisco, CA 94102 |

I, Brian Smith, declare:

1. I am a land agent in the Land Rights Services Department of Pacific Gas and Electric Company.

2. I have personal knowledge of the facts set forth herein and can and do competently testify regarding the facts set forth in this declaration.

3. I personally visited the property identified in the Complaint that is the subject of this action, referred to as the Komir Property and observed PG&E's Electric Transmission Lines that extend overhead across the Komir Property. There are three (3) double-circuit Transmission lines that extend across the Komir Property. Each Transmission circuit consists of three conductors, for different phases on the electric circuit. A double circuit is a form of electric construction in which two circuits are supported by a single tower line. There are therefore nine (9) Transmission conductors extending across the Komir Property, supported by three (3) lines of towers. The towers are not located on the Komir Property, PG&E's occupation of the Komir Property are by the overhead electric conductors that extend across the Komir Property.

4. On February 24, 2022 I performed a visit and photographed PG&E's existing overhead Transmission lines as they extend across on the Komir Property. Attached as Exhibit 1 is a photograph depicting the Transmission Lines extending in a northerly direction. The Komir Property in shown in the foreground. The three towers depicted in the background of Exhibit 1 are located on an adjoining parcel owned by PG&E. Attached as Exhibit 2 is another image of the Transmission Lines extending across the Komir Property in a northerly direction. Photograph 2 was taken on the Komir Property, approximately 100 yards from the three transmission towers located on the adjoining PG&E property.

Executed at \_\_\_\_Oakland\_\_\_\_, California on the 23 of February 2023.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Brian [signature]*

Brian Smith