Exhibit 1 to
Smith
Declaration



Case: 19-30088    Doc# 13669-1    Filed: 03/03/23    Entered: 03/03/23 13:33:49    Page 2 of 2

LOOKING AT TOWERS ON PG&E FEE SUBSTATION