Exhibit 2
to Smith
Declaration



LOOKING AT TOWERS ON PG&E FEE PROPERTY