| | |
|---|---|
| KELLER BENVENUTTI KIM LLP<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>David A. Taylor (#247433)<br>(dtaylor@kbkllp.com)<br>Thomas B. Rupp (#278041)<br>(trupp@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251 | ROVENS LAMB LLP<br>STEVEN A. LAMB (SBN 132534)<br>slamb@rovenslamb.com<br>Telephone: (310) 536.7830<br>Facsimile: (310) 872.5489<br>2601 Airport Drive, Suite 370<br>Torrance, California 90505<br><br>LAW OFFICES OF JENNIFER L. DODGE INC.<br>Jennifer L. Dodge (#195321)<br>(jdodgelaw@jenniferdodgelaw.com)<br>2512 Artesia Blvd., Suite 300D<br>Redondo Beach, California 90278<br>Tel: (310) 372.3344<br>Fax: (310) 861.8044 |

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>              **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* ALL PAPERS SHALL BE FILED IN THE LEAD CASE, NO. 19-30088 (DM)* | Case Nos. 19-30088 (DM)<br><br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF ROB SULLIVAN IN SUPPORT OF PG&E'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT AND COUNTER-MOTION FOR SUMMARY JUDGMENT**<br><br>Date: April 11, 2023<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Tele/Videoconference Only)<br>      United States Bankruptcy Court<br>      Courtroom 17, 16th Floor<br>      San Francisco, CA 94102 |

I, Rob Sullivan, declare:

1. I am Principal Land Surveyor for Pacific Gas and Electric Company.

2. I am and for over 14 years have been a licensed surveyor holding License No. 8558 in the State of California. I have the qualifications and experience to review easements, rights of way and other property rights and to plot those on drawings depicting the locations and boundaries of such easements, rights of way, and other property rights.

3. Attached hereto are true and correct copies of the following exhibits kept and maintained in the ordinary course of business by Pacific Gas and Electric Company:

   a. Exh A – Easement [LD 2303-05-1151], recorded on September 12, 1923 as depicted in Volume 87 of Deeds page 328 in the San Mateo [Recording Office].

   b. Exh B – Easement [LD 2304-05-0096], recorded on March 3, 1923 as depicted in Volume 68 of Deeds page 208 in the San Mateo [Recording Office].

   c. Exh C – Easement [LD 2303-05-0076], recorded on May 21, 1910 as depicted in Volume 177 of Deeds page 393 in the San Mateo [Recording Office].

   d. Exh D – Easement [LD 2303-05-1152], recorded on March 3, 1923 as depicted in Volume 64 of Deeds page 406 in the San Mateo [Recording Office].

4. Attached hereto as Exh E is a true and correct copy of a drawing created by me of APN: 020-1550-030, commonly known as the Komir Property and which is the subject of the complaint in this action, which accurately depicts the recorded easements in Exhs A-D attached hereto.

Executed at Concord, California on the 28 of February 2023.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*/s/ Rob Sullivan*

Rob Sullivan

ROVENS LAMB LLP
2601 AIRPORT DRIVE
SUITE 370
TORRANCE CA 90505

Case: 19-30088    Doc# 13570    Filed: 03/03/23    Entered: 03/03/23 13:40:05    Page 2 of 2