Exhibit E to Sullivan Declaration

