Exhibit F
to Leatherman
Declaration

Case: 19-30088    Doc# 13571-5    Filed: 03/03/23    Entered: 03/03/23 13:46:30    Page 1 of 2

