Exhibit G
to Leatherman
Declaration



Case: 19-30088   Doc# 13571-6   Filed: 03/03/23   Entered: 03/03/23 13:46:30   Page 2 of 2