**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**,<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors**.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR MARCH 7, 2023, OMNIBUS HEARING**<br><br>Date: March 7, 2023<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Zoom Videoconference<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR
MARCH 7, 2023,
OMNIBUS HEARING**

I: <u>MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)</u>

*CONTESTED MATTERS GOING FORWARD*

1. <u>**Maier Motion for Relief from Stay:**</u> *Notice of Motion and Motion for Relief From the Automatic Stay Under 11 U.S.C. § 362* **[Dkt. 13509]**.

   <u>Related Documents</u>:

   A. *Declaration of Aaron J. Mohamed in Support of Plaintiff's Motion for Relief from the Automatic Stay* **[Dkt. 13511]**.

   B. *Memorandum of Points and Authorities in Support of Motion for Relief From the Automatic Stay* **[Dkt. 13512]**.

   <u>Responses</u>:

   C. *Reorganized Debtors' Opposition to Motion for Relief From Stay of Charles Maier* **[Dkt. 13553]**.

   <u>Related Order</u>:

   D. *Order Regarding Hearing on March 7, 2023* **[Dkt. 13563]**.

   <u>Status</u>: This matter is going forward on a contested basis.

2. <u>**Jannings Motion to Reconsider:**</u> *Claimant's Omnibus Motion for Relief from Final Order, Motion for Relief from Stay, and Response to Reorganized Debtor's Objection to Claim No. 58462, Filed October 17, 2019* **[Dkt. 13455]**.

   <u>Related Documents</u>:

   A. *Declaration of Spiro Jannings in Support of Motion for Relief From Stay, and Response to Reorganized Debtor's Objection to Claim No. 58462, Filed October 17, 2019* **[Dkt. 13456]**.

   B. *Claimant's Response to Debtor's Opposition to Creditor's Omnibus Motion for Relief From Final Order Dismissing Credito's Claim No. 58462, Filed October 17, 2019* **[Dkt. 13561]**.

   C. *Declaration of Spiro Jannings in Support of Claimant's Response to Debtor's Opposition to Creditor's Omnibus Motion for Relief From Final Order Dismissing Credito's Claim No. 58462, Filed October 17, 2019* **[Dkt. 13562]**.

Responses:

D. *Reorganized Debtors' Opposition to Claimant's Omnibus Motion for Relief From Final Order, Motion for Relief From Stay, and Response to Reorganized Debtor's Objection to Claim No. 58462, Filed October 17, 2019* **[Dkt. 13524]**.

E. *Declaration of Elisa Nadeau in Support of Reorganized Debtors' Opposition to Claimant's Omnibus Motion for Relief From Stay, and Response to Reorganized Debtor's Objection to Claim No. 58462, Filed October 17, 2019* **[Dkt. 13525]**.

Related Order:

F. *Order Regarding Hearing on March 7, 2023* **[Dkt. 13563]**.

Status: This matter is going forward on a contested basis.

3. **RKS Claimants' Motion to Enforce ADR Procedures:** *The RKS Claimants' Motion to Enforce the ADR Procedures Order and Establish a March 20, 2023 Deadline to Object to the RKS Claimants' Claims* **[Dkt. 13492]**.

Related Documents:

A. *Declaration of Richard A. Bodnar in Support of the RKS Claimants' Motion to Enforce the ADR Procedures Order and Establish a March 20, 2023 Deadline to Object to RKS Claimants' Claims* **[Dkt. 13493]**.

B. *The RKS Claimants' Reply in Further Support of Their Motion to Enforce the ADR Procedures Order and Establish a March 20, 2023 Deadline to Object to the RKS Claimants' Claims* **[Dkt. 13556]**.

C. *Declaration of Frank T.M. Catalina in Support of the RKS Claimants' Motion to Enforce the ADR Procedures Order and Establish a March 20, 2023 Deadline to Object to RKS Claimants' Claims* **[Dkt. 13557]**.

Responses:

D. *Reorganized Debtors' Opposition to the RKS Claimants' Motion to Enforce the ADR Procedures Order and Establish a March 20, 2023 Deadline to Object to the RKS Claimants' Claims* **[Dkt. 13528]**.

E. *Declaration of Richard W. Slack in Support of Reorganized Debtors' Opposition to the RKS Claimants' Motion to Enforce the ADR Procedures Order and Establish a March 20, 2023 Deadline to Object to the RKS Claimants' Claims* **[Dkt. 13529]**.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

<u>Related Order</u>:

F. *Order Regarding Hearing on March 7, 2023* **[Dkt. 13563]**.

<u>Status</u>: This matter is going forward on a contested basis.

II: **MATTER SCHEDULED TO BE HEARD IN ADVERSARY PROCEEDINGS (Re: City of Lafayette): Nos. 20-03122 and 20-03124 (DM)**

*RESOLVED AND CONTINUED MATTERS*

1. **<u>Scheduling Conference</u>:** *Summons and Notice of Scheduling Conference in an Adversary Proceeding* **[Dkt. 2]**.

   <u>Status</u>: This matter has been continued to June 7, 2023, by agreement of the parties.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: March 6, 2023

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: */s/ Thomas B. Rupp*
      Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*