THOMAS G. MOUZES (SBN 99446)
MARK GORTON (SBN 99312)
ROBERT D. SWANSON (SBN 162816)
**BOUTIN JONES INC.**
555 Capitol Mall, Fifteenth Floor
Sacramento, CA 95814
Telephone: (916) 321-4444
Email: tmouzes@boutinjones.com
mgorton@boutinjones.com
rswanson@boutinjones.com


LISA S. GAST (*pro hac vice*)
**DUNCAN, WEINBERG, GENZER & PEMBROKE, P.C.**
1667 K Street NW, Suite 700
Washington, DC 20006
Telephone: (202) 791-3601
Email: lsg@dwgp.com

*Attorneys for CITY OF SANTA CLARA*
*dba SILICON VALLEY POWER*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case Nos. 19-30088 DM (Lead Case) |
| | 19-30089 DM |
| PG&E CORPORATION | |
| -and- | Chapter 11 |
| PACIFIC GAS AND ELECTRIC | Jointly Administered |
| COMPANY, | |
| Debtors. | **NOTICE OF WITHDRAWAL WITH PREJUDICE OF CURE DISPUTE AND MOTION TO COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACT CONCERNING THE GRIZZLY DEVELOPMENT AND MOKELUMNE SETTLEMENT AGREEMENT BY THE CITY OF SANTA CLARA dba SILICON VALLEY POWER** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☑ Affects both Debtors. | |
| * All papers shall be filed in the Lead Case No. 19-30088 DM | **[Related To Docket Nos. 7208, 7691, 10998, 13306, 13366 and 13409]** |
| | Date: N/A |

| | | |
|---|---|---|
| ) | Time: | N/A |
| ) | Courtroom: | 17 |
| ) | Place: | United States Bankruptcy Court |
| ) | | 450 Golden Gate Ave., 16th Floor |
| ) | | San Francisco, CA 94102 |
| ) | Judge: | Hon. Dennis Montali |
| ) | | |

**TO DEBTORS AND ALL OTHER PARTIES OF INTEREST:**

The City of Santa Clara, dba Silicon Valley Power ("**SVP**"), pursuant to the Settlement Agreement dated November 21, 2022 between SVP and PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, the "**Debtors**" or, as reorganized pursuant to the Plan, the "**Reorganized Debtors**") (See Docket No. 13366), approved by the above entitled Court on January 4, 2023 (Docket No. 13409), withdraws, with prejudice, the following: (a) the Objection to Cure Amount and Request for Adequate Assurance of Future Performance by Counterparty City of Santa Clara dba Silicon Valley Power filed May 15, 2020 (Docket No. 7208); (b) the Supplemental Objection to Cure Amount and Request for Adequate Assurance of Future Performance by Counterparty City of Santa Clara dba Silicon Valley Power filed June 1, 2020 (Docket No. 7691); and (c) the Motion to Compel Assumption or Rejection of Executory Contract Concerning the Grizzly Development and Mokelumne Settlement Agreement filed July 30, 2021 (Docket No. 10998).

DATED: March 3, 2023.                    BOUTIN JONES INC.

By:      /s/ Thomas G. Mouzes
              Thomas G. Mouzes
              Mark Gorton
              Robert D. Swanson

-and-

Lisa S. Gast
DUNCAN, WEINBERG, GENZER & PEMBROKE, P.C.

Attorney *for CITY OF SANTA CLARA dba SILICON VALLEY POWER*

**CERTIFICATE OF SERVICE**

I am employed in the County of Sacramento; my business address is 555 Capitol Mall, Suite 1500, Sacramento, California 95814. I am over the age of eighteen years and not a party to the foregoing action.

On March 6, 2023 I served the within:

**(1) NOTICE OF WITHDRAWAL WITH PREJUDICE OF CURE DISPITE AND MOTION TO COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACT CONCERNING THE GRIZZLY DEVELOPMENT AND MOKELUMNE SETTLEMENT AGREEMENT BY THE CITY OF SANTA CLARA dba SILICON VALLEY POWER**

| X | **(by mail)** on all parties in said action by regular, first class United States mail, postage fully pre-paid, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Boutin Jones Inc., mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Sacramento, California. |

*See attached list (Exhibit A) of parties served by first class mail.*

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 3/6/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:**

- Elliot Adler    eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Aaron L. Agenbroad    alagenbroad@jonesday.com, saltamirano@jonesday.com
- Gabrielle L. Albert    galbert@kbkllp.com
- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Destiny N. Almogue    Destiny.Almogue@skadden.com, wendy.lamanna@skadden.com
- Monique D. Almy    malmy@crowell.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Philip Anker    philip.anker@wilmerhale.com, whdocketing@wilmerhale.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Tyson Arbuthnot    tarbuthnot@rjo.com, jyeung@rjo.com
- Lauren T. Attard    lattard@bakerlaw.com, agrosso@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Chris Bator    cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- Ronald S. Beacher    rbeacher@pryorcashman.com

- Hagop T. Bedoyan    hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com
- Andrew David Behlmann    abehlmann@lowenstein.com, elawler@lowenstein.com
- Tanya Behnam    tbehnam@polsinelli.com, ladocketing@polsinelli.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti    pbenvenutti@kbkllp.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Ronald F. Berestka    rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
- Christian Paul Binder    chris@bindermalter.com, cbinder@bindermalter.com
- Heinz Binder    heinz@bindermalter.com
- Jared D. Bissell    jared.bissell@troutman.com
- Jason Blumberg    jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- Richard Bodnar    rbodnar@rksllp.com
- Melissa Boey    melissa.boey@morganlewis.com
- Paige Boldt    pboldt@wattsguerra.com, cwilson@wattsguerra.com
- Jason Borg    jborg@jasonborglaw.com
- Evan C. Borges    eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- Mark Bostick    mbostick@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com
- James L. Bothwell    jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
- Peter R. Boutin    peter.boutin@kyl.com, lara.joel@kyl.com
- Erin N. Brady    erin.brady@hoganlovells.com
- Lee Brand    lee.brand@pillsburylaw.com, docket@pillsburylaw.com
- Gregory A. Bray    gbray@milbank.com
- Michael D. Breslauer    mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- W. Steven Bryant    molly.batiste-debose@lockelord.com
- Chane Buck    cbuck@jonesday.com
- Kathlene Burke    kathlene.burke@skadden.com, burke.kathlene@gmail.com
- Craig A Burnett    cburnett@nomoredebt.com, bkecf@nomoredebt.com
- Frank Busch    busch@wvbrlaw.com, pallister@wvbrlaw.com
- Elizabeth J. Cabraser    ecabraser@lchb.com, awolf@lchb.com
- Anthony P. Cali    anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- Peter C. Califano    pcalifano@nvlawllp.com
- Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta    Leah.Capritta@hklaw.com, reena.kaur@hklaw.com
- Nicholas A. Carlin    nac@phillaw.com, rac@phillaw.com
- Frank Thomas More Catalina    fcatalina@rksllp.com
- Katherine Rose Catanese    kcatanese@foley.com
- Matthew Cave    mcave@kfc.law
- Barry A. Chatz    barry.chatz@saul.com, barry.chatz@gmail.com
- Karen J. Chedister    kchedister@h-jlaw.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Kevin Chiu    kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com
- Jacquelyn H. Choi    jacquelyn.choi@rimonlaw.com, docketing@rimonlaw.com
- Shawn M. Christianson    schristianson@buchalter.com

- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Jae Angela Chun    ajc@chun.law
- Gerard T. Cicero    GCicero@brownrudnick.com, NKhalatova@brownrudnick.com
- Louis J. Cisz    lcisz@nixonpeabody.com
- Valerie E. Clemen    mcarter@coombslaw.com
- Alicia Clough    aclough@loeb.com
- Tiffany Strelow Cobb    tscobb@vorys.com
- John B. Coffman    john@johncoffman.net
- Kevin G. Collins    kevin.collins@btlaw.com
- Brian S. Conlon    bsc@phillaw.com, rac@phillaw.com
- Charles Cording    ccording@willkie.com, mao@willkie.com
- Manuel Corrales    mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Anne Costin    anne@costinlawfirm.com
- Christopher J. Cox    chris.cox@hoganlovells.com
- Donald H. Cram    dhc@severson.com
- Ashley Vinson Crawford    avcrawford@akingump.com, dkrasa-berstell@akingump.com
- Douglas S. Crosno    douglas.crosno@hoganlovells.com
- Andrea Crowl    acrowl@dbbwc.com
- J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham    rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis    tambra.curtis@sonoma-county.org, Megan.Sweeley@sonoma-county.org
- Stacy A. Dasaro    sdasaro@goodwinlaw.com
- James M. Davis    jdavis@cglaw.com
- Nicolas De Lancie    ndelancie@jmbm.com
- Judith A. Descalso    jad_9193@ecf.courtdrive.com
- Andrew G. Devore    andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com
- Erin Elizabeth Dexter    edexter@milbank.com
- Shounak S. Dharap    ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer    kdiemerwei.com
- Kathryn S. Diemer    kdiemer@diemerwhitman.com
- John P. Dillman    houston_bankruptcy@lgbs.com
- Caroline R. Djang    cdjang@buchalter.com, Laurie.Verstegen@bbklaw.com
- Krystal Dong    ykdong@gmail.com
- Jonathan R. Doolittle    jonathan.doolittle@pillsburylaw.com
- Jonathan R. Doolittle    jdoolittle@reedsmith.com
- Jennifer V. Doran    jdoran@hinckleyallen.com
- Dustin M. Dow    ddow@bakerlaw.com, jmcguigan@bakerlaw.com
- Jamie P. Dreher    jdreher@downeybrand.com
- Todd Dressel    tdressel@mcguirewoods.com, jtabisaura@mcguirewoods.com
- Geoffrey B. Dryvynsyde    gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
- Jeffrey Aaron Dubbin    jdubbin@labaton.com, echan-lee@labaton.com
- Matthew Ducharme    matthew.ducharme@hoganlovells.com, tracy.southwell@hoganlovells.com
- Cecily Ann Dumas    cdumas@bakerlaw.com, hhammonturano@bakerlaw.com

- Dennis F. Dunne    cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne    ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Luke N. Eaton    eatonl@pepperlaw.com, monugiac@pepperlaw.com
- Daniel G. Egan    daniel.egan@ropesgray.com, nova.alindogan@ropesgray.com
- Joseph A. Eisenberg    JAE1900@yahoo.com
- Michele Ellison    mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- David Emerzian    , Melany.Hertel@mccormickbarstow.com
- G. Larry Engel    larry@engeladvice.com
- Krista M. Enns    kenns@beneschlaw.com
- Scott Esbin    sesbin@esbinalter.com
- Joseph M. Esmont    jesmont@bakerlaw.com
- Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- Richard W. Esterkin    richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- Michael S. Etkin    metkin@lowenstein.com
- Jacob M. Faircloth    jacob@bfolegal.com
- Brett D. Fallon    bfallon@morrisjames.com, wweller@morrisjames.com
- Michael C. Fallon    , manders@fallonlaw.net
- Joana Fang    jf@kbklawyers.com, icd@kbklawyers.com
- Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
- David M. Feldman    DFeldman@gibsondunn.com
- Matthew A. Feldman    mfeldman@willkie.com
- Jennifer Feldsher    jennifer.feldsher@morganlewis.com
- Mark E. Felger    mfelger@cozen.com
- James J. Ficenec    James.Ficenec@ndlf.com
- Kimberly S. Fineman    kfineman@fhlawllp.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Timothy M. Flaherty    tflaherty@mpplaw.com
- Daniel I. Forman    dforman@willkie.com
- Matthew Hampton Foushee    hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- James P. Frantz    rosa@frantzlawgroup.com
- Carolyn Frederick    cfrederick@prklaw.com
- Matthew Patrick French    mfrench@baumhedlundlaw.com
- Peter Friedman    pfriedman@omm.com
- Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Lars H. Fuller    lfuller@bakerlaw.com
- Thomas M. Gaa    tgaa@bbslaw.com
- Larry W. Gabriel    , nfields@bg.law
- Gregg M. Galardi    gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com
- Craig Solomon Ganz    ganzc@ballardspahr.com, hartt@ballardspahr.com
- Jeffrey K. Garfinkle    jgarfinkle@buchalter.com, lverstegen@buchalter.com
- Oscar Garza    ogarza@thegarzafirm.com
- Lisa S. Gast    lsg@dwgp.com, lmk@dwgp.com
- Paul R. Gaus    pgaus@downeybrand.com

1

- Duane M. Geck    dmg@severson.com
- Casey Gee    casey@tlopc.com

2

- Evelina Gentry    evelina.gentry@akerman.com
- Janet D. Gertz    jgertz@btlaw.com

3

- Christopher Gessner    cgessner@akingump.com, NYMCO@akingump.com

4

- R. Dale Ginter    dginter@downeybrand.com
- Jon T. Givens    givensjt@gmail.com, cwilson@wattsguerra.com

5

- Barry S. Glaser    bglaser@salvatoboufadel.com
- Paul R. Glassman    pglassman@sycr.com

6

- Gabriel I. Glazer    gglazer@pszjlaw.com

7

- Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Jaime Godin    Jtouchstone@fddcm.com

8

- Matthew A. Gold    courts@argopartners.net
- Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-

9

  1103@ecf.pacerpro.com

10

- Craig Goldblatt    Craig.Goldblatt@wilmerhale.com,
  whdocketing@wilmerhale.com

11

- Amy L. Goldman    goldman@lbbslaw.com
- Eric S. Goldstein    egoldstein@goodwin.com

12

- Rhonda Stewart Goldstein    Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com

13

- Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- Eric R. Goodman    egoodman@bakerlaw.com

14

- Michael R. Goodstein    mgoodstein@baileycav.com

15

- Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutinjones.com
- Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutinjones.com

16

- Michael I. Gottfried    mgottfried@elkinskalt.com, AAburto@elkinskalt.com
- Louis Gottlieb    Lgottlieb@labaton.com, mpenrhyn@labaton.com

17

- Elizabeth Graham    egraham@gelaw.com

18

- Jason J. Granskog    jgranskog@bowlesverna.com, tohl@bowlesverna.com
- Eric A. Grasberger    eric.grasberger@stoel.com, docketclerk@stoel.com

19

- Debra I. Grassgreen    , hphan@pszjlaw.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

20

- Eric A. Gravink    eric@rhrc.net

21

- Elizabeth A. Green    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- Tracy Green    tgreen@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com

22

- Alan Greenberg    agreenberg@ggtriallaw.com
- Mitchell B. Greenberg    mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com

23

- Brian Gregory    b.gregory@veenfirm.com, EL.Team@Veenfirm.com
- Susan Sieger Grimm    SSieger-Grimm@brownrudnick.com,

24

  NKhalatova@brownrudnick.com

25

- Matthew W. Grimshaw    matt@grimshawlawgroup.com,
  ecfmarshackhays@gmail.com

26

- Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Carl L. Grumer    cgrumer@manatt.com, mchung@manatt.com

27

- David Matthew Guess    dguess@buchalter.com
- Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com

28

- Lloyd C. Guintivano    anitag@co.lake.ca.us, lloydg@co.lake.ca.us
- Cameron M. Gulden    cameron.m.gulden@usdoj.gov

- Mirco J. Haag     mhaag@buchalter.com, dcyrankowski@buchalter.com
- Laurie Hager     lhager@sussmanshank.com
- J. Noah Hagey     hagey@braunhagey.com, tong@braunhagey.com
- Oren Buchanan Haker     oren.haker@stoel.com, rene.alvin@stoel.com
- Michael Hampson     mhampson@rksllp.com
- Kristopher M. Hansen     dmohamed@stroock.com, mmagzamen@stroock.com
- Jay Harker     jharker@clausen.com, mgenova@clausen.com
- Joseph George Harraka     jgharraka@becker.legal
- Adam C. Harris     adam.harris@srz.com
- Robert G. Harris     rob@bindermalter.com
- Christopher H. Hart     chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins     bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Jennifer C. Hayes     jhayes@fhlawllp.com
- Geoffrey A. Heaton     gheaton@duanemorris.com, dmicros@duanemorris.com
- Michael C. Hefter     michael.hefter@hoganlovells.com, tracy.southwell@hoganlovells.com
- Alaina R. Heine     alaina.heine@dechert.com, brett.stone@dechert.com
- Matthew Henderson     matthew.henderson@msrlegal.com, karen.wigylus@msrlegal.com
- Samy Saad Henein     samyhenein@aol.com, mh@suppalaw.com
- Stephen E. Hessler, P.C.     , jozette.chong@kirkland.com
- Matthew Heyn     matthew.heyn@doj.ca.gov
- Sean T. Higgins     aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- James P. Hill     hill@sullivanhill.com, bkstaff@sullivanhill.com
- Morgan R. Hirst     mhirst@jonesday.com, mmelvin@jonesday.com
- Michael R. Hogue     hoguem@gtlaw.com, navarrom@gtlaw.com
- David Holtzman     david.holtzman@hklaw.com
- Alexandra S. Horwitz     allie.horwitz@dinsmore.com
- Marsha Houston     mhouston@reedsmith.com, hvalencia@reedsmith.com
- Linda Wendell Hsu     lhsu@selmanlaw.com, psmith@selmanlaw.com
- Shane Huang     shane.huang@usdoj.gov
- Brian D. Huben     hubenb@ballardspahr.com, carolod@ballardspahr.com
- Kelly L. Huey     khuey@burkeandkesslerlaw.com
- Christopher Hughes     chughes@nossaman.com
- Jonathan Hughes     , jane.rustice@aporter.com
- Edward R. Huguenin     ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
- Michael A. Isaacs     misaacs@rinconlawllp.com, aworthing@rinconlawllp.com
- Mark V. Isola     misola@brotherssmithlaw.com
- J. Eric Ivester     Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester     , Andrea.Bates@skadden.com
- Lawrence A. Jacobson     laj@cohenandjacobson.com, mcycle48@gmail.com
- Paul M. Jamond     jamond@pacbell.net
- Kizzy L. Jarashow     KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com
- Ivan C. Jen     ivan@icjenlaw.com
- Amanda Jereige     AJereige@winston.com, amanda-jereige-5954@ecf.pacerpro.com

- James O. Johnston    jjohnston@jonesday.com
- Chris Johnstone    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Andrew Jones    andrew@ajoneslaw.com
- Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com
- John L. Jones    JJones@chwlaw.us, JLJones2@outlook.com
- Robert A. Julian    rjulian@bakerlaw.com, hhammonturano@bakerlaw.com
- George H. Kalikman    , sdavenport@schnader.com
- Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com
- Bonnie E. Kane    bonnie@thekanelawfirm.com, skane@thekanelawfirm.com
- Eve H. Karasik    ehk@lnbyb.com
- Michael G. Kasolas    trustee@kasolas.net, ecf.alert+Kasolas@titlexi.com
- Elyssa S. Kates    ekates@bakerlaw.com
- Ori Katz    okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- William M. Kaufman    wkaufman@smwb.com, eschneider@smwb.com
- Jane G. Kearl    jkearl@watttieder.com, jbenton@watttieder.com
- Tobias S. Keller    tkeller@kbkllp.com
- Lynette C. Kelly    ustpregion17.oa.ecf@usdoj.gov
- Sarah Elisabeth Kelly-Kilgore    skellykilgore@ggtriallaw.com, dvultaggio@ggtriallaw.com
- Matthew K. Kelsey    mkelsey@gibsondunn.com
- Gerald P. Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
- Erica L. Kerman    ekerman@willkie.com
- Samuel M. Kidder    skidder@ktbslaw.com
- Marc Kieselstein    , carrie.oppenheim@kirkland.com
- Jane Kim    jkim@kbkllp.com
- Mary H. Kim    Mary.Kim@dechert.com, brett.stone@dechert.com
- Susan E. Kirkgaard    , carlyn.jorgensen@bullivant.com
- Kody D. L. Kleber    kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- Matthew Ryan Klinger    mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- Bradley C. Knapp    bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- Kelly V. Knight    kelly.knight@srz.com
- Lydia Vanessa Ko    Lvko@stonelawoffice.com
- Thomas F. Koegel    tkoegel@crowell.com
- Katherine Kohn    kkohn@groom.com, ashahinllari@groom.com
- Andy S. Kong    kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Anna Kordas    akordas@jonesday.com, mmelvin@jonesday.com
- Alan W. Kornberg    , akornberg@paulweiss.com
- Bernard Kornberg    bernard.kornberg@practus.com
- David I. Kornbluh    dkombluh@venturahersey.com, jpatterson@venturahersey.com
- Lauren Kramer    lkramer@rjo.com
- Marc Kramer    mkramer@rksllp.com
- Jeffrey C. Krause    jkrause@gibsondunn.com
- Lindsey E. Kress    lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser    hkreuser@porterlaw.com, ooberg@porterlaw.com
- Kevin Kroll    kkroll@kfc.law

- Michael Thomas Krueger    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Marek P. Krzyzowski    MKrzyzowski@brownrudnick.com, SCalderon@brownrudnick.com
- Robert T. Kugler    robert.kugler@stinson.com
- Duane Kumagai    dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com
- Brendan M. Kunkle    bkunkle@abbeylaw.com, lmeyer@abbeylaw.com
- Alisa C. Lacey    alisa.lacey@stinson.com, karen.graves@stinson.com
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov
- Richard A. Lapping    rich@trodellalapping.com
- Omeed Latifi    olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- John E. Lattin    jlattin@ostergar.com, cslovenec@ostergar.com
- Paul J. Laurin    plaurin@btlaw.com, slmoore@btlaw.com
- Michael Lauter    mlauter@sheppardmullin.com
- Kenneth T. Law    klaw@bbslaw.com
- Francis J. Lawall    francis.lawall@troutman.com, susan.henry@troutman.com
- Andrew Michael Leblanc    ALeblanc@milbank.com
- Erica Lee    Erica.Lee@doj.ca.gov
- Scott Lee    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Paul J. Leeds    Pleeds@fsl.law
- Edward J. Leen    eleen@mkbllp.com
- Lisa Lenherr    llenherr@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com
- Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch    bletsch@braytonlaw.com
- David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin    alevin@wcghlaw.com
- Emily Sarah Levin    elevin@levinlawgroupplc.com
- David Levine    dnl@groom.com
- Marc A. Levinson    Malevinson@orrick.com, casestream@ecf.courtdrive.com
- Dara Levinson Silveira    dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com
- Alexander James Demitro Lewicki    kdiemer@diemerwei.com
- Alexander James Demitro Lewicki    alewicki@diemerwei.com
- Lauren Lifland    lauren.lifland@wilmerhale.com, whdocketing@wilmerhale.com
- William S. Lisa    , jcaruso@nixonpeabody.com
- William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb    jon.loeb@bingham.com
- Michael B. Lubic    michael.lubic@klgates.com
- John William Lucas    , ocarpio@pszjlaw.com
- Joseph R. Lucia    PersonalInjuryGroup@RLSlawyers.com
- Jane Luciano    jane-luciano@comcast.net
- Kerri Lyman    klyman@irell.com, #-FirmPSDocketing@Steptoe.com
- John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald    imac@macfern.com, 6824376420@filings.docketbird.com
- Malcolm A. Mackenzie    mmackenzie@coombslaw.com, vclemen@coombslaw.com
- Tracy L. Mainguy    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

- Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Katharine Malone    malonek@gtlaw.com
- Liam K. Malone    malone@oles.com, shahin@oles.com
- Michael W. Malter    michael@bindermalter.com
- Ankur Mandhania    amandhania@mayerbrown.com
- Craig Margulies    cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr    gemarr59@hotmail.com
- Richard A. Marshack    rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com
- Catherine Martin    cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- Laila Masud    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com
- David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy    patrick.maxcy@snrdenton.com
- Simon Richard Mayer    simon.mayer@lockelord.com, Rellis@lockelord.com
- James J. Mazza    james.mazza@skadden.com, wendy.lamanna@skadden.com
- Benjamin P. McCallen    bmccallen@willkie.com
- C. Luckey McDowell    luckey.mcdowell@shearman.com
- Matthew D. McGill    MMcGill@gibsondunn.com
- Melissa C. McLaughlin    mcmclaughlin@venable.com, ataylor@venable.com
- Edward Joseph McNeilly    edward.mcneilly@hoganlovells.com, verbon.davenport@hoganlovells.com
- Scott H. McNutt    SMcNutt@ml-sf.com, csnell@ml-sf.com
- Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo    peter@pmrklaw.com
- Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com
- Jennifer L. Mersing    jennifer.mersing@stoel.com, lisa.petras@stoel.com
- Joshua M. Mester    jmester@jonesday.com
- Matthew D. Metzger    belvederelegalecf@gmail.com, 8450177420@filings.docketbird.com
- Merle C. Meyers    mmeyers@mlg-pc.com
- Randy Michelson    randy.michelson@michelsonlawgroup.com
- Gerardo Mijares-Shafai    Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com
- Joel S. Miliband    jmiliband@brownrudnick.com
- John W. Mills    jmills@joneswalker.com
- Joseph G. Minias    jminias@willkie.com
- M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Benjamin Mintz    benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com
- Nancy Mitchell    nmitchell@omm.com
- Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Aaron J. Mohamed    ajm@brereton.law, aaronmohamedlaw@gmail.com
- David Molton    dmolton@brownrudnick.com

- Kevin Montee    kmontee@monteeassociates.com
- Christopher D. Moon    chris@moonlawapc.com, kevin@moonlawapc.com
- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com
- Candace J. Morey    cjm@cpuc.ca.gov
- Courtney L. Morgan    morgan.courtney@pbgc.gov
- Richard Morin    , 6863427420@filings.docketbird.com
- Kimberly S. Morris    kmorris@bakerlaw.com, hhammonturano@bakerlaw.com
- Rodney Allen Morris    Rodney.Morris2@usdoj.gov
- Joshua D. Morse    Joshua.Morse@dlapiper.com, docket@pillsburylaw.com
- Andrew H. Morton    andrew.morton@stoel.com, lisa.petras@stoel.com
- Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- John Leland Murphree    LMurphree@maynardcooper.com,
  mshabpareh@maynardcooper.com
- Bennett J. Murphy    bmurphy@bennettmurphylaw.com
- Julie M. Murphy    jmmurphy@stradley.com
- Michael S. Myers    myersm@ballardspahr.com
- David L. Neale    dln@lnbyg.com
- David Neier    dneier@winston.com
- Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com
- Michael S. Neumeister    MNeumeister@gibsondunn.com
- Howard S. Nevins    lsamosa@hsmlaw.com
- Samuel A. Newman    sam.newman@sidley.com, laefilingnotice@sidley.com
- Melissa T. Ngo    harris.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas    mario.nicholas@stoel.com, ana.trask@stoel.com
- Sean Nolan    snolan@akingump.com, NYMCO@akingump.com
- Gregory C. Nuti    chart@nutihart.com, nwhite@nutihart.com
- Eric A. Nyberg    e.nyberg@kornfieldlaw.com, g.michael@kornfieldlaw.com
- Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com
- Alicia D. O'Neill    aoneill@wattsguerra.com, cwilson@wattsguerra.com
- Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Aron M. Oliner    roliner@duanemorris.com, dmicros@duanemorris.com
- Matthew Jon Olson    matt@macfern.com, stell.laura@dorsey.com
- Scott Olson    scott.olson@bclplaw.com
- Steven M. Olson    steve@bfolegal.com
- Aram Ordubegian    Ordubegian.Aram@ArentFox.com
- Jose Antonio Ortiz    aortiz@jhwclaw.com
- Keith C. Owens    kowens@foxrothschild.com, ARCDocketing@foxrothschild.com
- Gabriel Ozel    , gabeozel@gmail.com
- Amy S. Park    amy.park@skadden.com
- Donna Taylor Parkinson    donna@parkinsonphinney.com
- Peter S. Partee    ppartee@huntonak.com, candonian@huntonak.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- Kenneth Pasquale    , mlaskowski@stroock.com
- Dow Wakefield Patten    dow@forthrightlaw.com
- Larry Allan Peluso    pelusolaw@gmail.com, firm@pelusolaw.net
- Valerie Bantner Peo    vbantnerpeo@buchalter.com
- Yosef Peretz    , skim@peretzlaw.com

1
- Christian A Pereyda    cpereyda@maynardcooper.com

2
- Thomas R. Phinney    tphinney@ffwplaw.com
- R. Alexander Pilmer    alexander.pilmer@kirkland.com,

3
  keith.catuara@kirkland.com
- M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com

4
- Estela O. Pino    epino@epinolaw.com, rmahal@epinolaw.com
- Gregory Plaskett    GREGORY.PLASKETT@GMAIL.COM

5
- Mark D. Plevin    mplevin@crowell.com
- Steven G. Polard    spolard@eisnerlaw.com, calendar-lao@ropers.com

6
- Mark D. Poniatowski    ponlaw@ponlaw.com

7
- Cara M. Porter    cporter@marincounty.org, rachel.patu@doj.ca.gov
- Christopher E. Prince    cprince@lesnickprince.com

8
- Douglas B. Provencher    dbp@provlaw.com
- Amy C. Quartarolo    amy.quartarolo@lw.com

9
- Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com

10
- Justin E. Rawlins    justinrawlins@paulhastings.com
- Hugh M. Ray    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com

11
- Paul F. Ready    smeyer@farmerandready.com
- Caroline A. Reckler    caroline.reckler@lw.com

12
- David M. Reeder    david@reederlaw.com, secretary@reederlaw.com
- Scott Reents    sreents@cravath.com

13
- Steven J. Reisman    sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner    jreisner@irell.com, #-FirmPSDocketing@Steptoe.com

14
- Jack A. Reitman    , srichmond@lgbfirm.com

15
- Emily P. Rich    erich@unioncounsel.net,
  bankruptcycourtnotices@unioncounsel.net

16
- David J. Richardson    drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
- Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

17
- David B. Rivkin    drivkin@bakerlaw.com, jmeeks@bakerlaw.com
- John R. Rizzardi    kcoselman@cairncross.com, tnguyen@cairncross.com

18
- Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov

19
- Michael Rogers    mrogers@lambertrogers.com, jan@lambertrogers.com
- Lawrence M. Rolnick    lrolnick@rksllp.com

20
- Christina Anne Romak    christina.romak@bakerbotts.com
- Jorian L. Rose    jrose@bakerlaw.com

21
- Laurence M. Rosen    lrosen@rosenlegal.com, zstanco@rosenlegal.com

22
- Paul M. Rosenblatt    prosenblatt@kilpatricktownsend.com,
  mwilliams@kilpatricktownsend.com

23
- David A. Rosenzweig    david.rosenzweig@nortonrosefulbright.com
- Gregory A. Rougeau    grougeau@brlawsf.com

24
- Jason C. Rubinstein    jrubinstein@fklaw.com, mclerk@fklaw.com
- Nathan Q. Rugg    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com

25
- Thomas B. Rupp    trupp@kbkllp.com
- Steven B. Sacks    ssacks@sackslawoffice.com

26
- Eric E. Sagerman    esagerman@bakerlaw.com

27
- Robert Sahyan    rsahyan@sheppardmullin.com, lsegura@sheppardmullin.com
- Gregory M. Salvato    gsalvato@salvatolawoffices.com,
  calendar@salvatolawoffices.com

28
- Jonathan C. Sanders    jsanders@stblaw.com

- Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com
- Lovee Sarenas    lovee.sarenas@dinsmore.com
- Brandy A. Sargent    brandy.sargent@klgates.com, docketclerk@stoel.com
- Patricia Savage    psavesq@gmail.com, jodi.savage@gmail.com
- Sblend A. Sblendorio    sas@hogefenton.com
- Francis O. Scarpulla    fos@scarpullalaw.com, cpc@scarpullalaw.com
- Daren M Schlecter    daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider    bschneider@kbkfirm.com
- Harvey S. Schochet    Harveyschochet@dwt.com
- Nathan A. Schultz    nschultzesq@gmail.com, kjarashow@goodwinlaw.com
- Lisa Schweitzer    lschweitzer@cgsh.com
- Eric J. Seiler    eseiler@fklaw.com, mclerk@fklaw.com
- Jonathan A. Shapiro    JShapiro@goodwinlaw.com
- Robin D Shofner    shofner@mobolaw.com
- Leonard M. Shulman    lshulman@shbllp.com
- Andrew I. Silfen    andrew.silfen@arentfox.com
- Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Brandt Silver-Korn    bsilverkorn@edelson.com, docket@edelson.com
- Craig S. Simon    csimon@bergerkahn.com, aketcher@bergerkahn.com
- Gerald Singleton    gerald@slffirm.com, BKECFCANB@SLFfirm.com
- Steven J. Skikos    sskikos@skikos.com, mmontoya@skikos.com
- Michael K. Slattery    mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum    jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol    jdsokol@lawssl.com
- Daniel Solish    cocolaw@stancounty.com, solishd@stancounty.com
- Randye B. Soref    rsoref@polsinelli.com, ccripe@polsinelli.com
- Joseph Sorkin    jsorkin@akingump.com, NYMCO@akingump.com
- Michael St. James    ecf@stjames-law.com
- Diane C. Stanfield    diane.stanfield@alston.com, nelly.villaneda@alston.com
- Howard J. Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@rimonlaw.com, docketing@rimonlaw.com
- Cheryl L. Stengel    clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern    dstern@ktbslaw.com
- Geoffrey S. Stewart    gstewart@jonesday.com, mmelvin@jonesday.com
- Alan Joseph Stone    AStone@milbank.com, DMcCracken@Milbank.com
- Jason D. Strabo    jstrabo@mwe.com
- Michael H. Strub    mstrub@ggtriallaw.com, mhstrub1@gmail.com
- Rebecca Suarez    rsuarez@crowell.com
- Brad T. Summers    , docketing-pdx@lanepowell.com
- Karin Swope    kswope@cpmlegal.com
- Kristine Theodesia Takvoryan    ktakvoryan@ckrlaw.com
- Kesha Tanabe    kesha@tanabelaw.com
- Mary Ellmann Tang    mtang@frenchlyontang.com, nfears@frenchlyontang.com
- Dante Taylor    dtaylor@lbbklaw.com
- Elizabeth Lee Thompson    ethompson@stites.com, docketclerk@stites.com

- John C. Thornton    jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Elisa Tolentino    cao.main@sanjoseca.gov
- Meagan S. Tom    meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward J. Tredinnick    etredinnick@foxrothschild.com
- Matthew J. Troy    matthew.troy@usdoj.gov
- Rocky C. Tsai    rocky.tsai@ropesgray.com, matthew.haut@ropesgray.com
- Michael Tye    Michael.Tye@usdoj.gov
- Donald W. Ullrich    ullrichlawfirm@att.net
- Gary D. Underdahl    gunderdahl@askllp.com, lmiskowiec@askllp.com
- Andrew Van Ornum    avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- Carol C. Villegas    cvillegas@labaton.com, NDonlon@labaton.com
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Bao M. Vu    bao.vu@stoel.com, sharon.witkin@stoel.com
- Nicholas Wagner    kschemen@wagnerjones.com, bwagner@wagnerjones.com
- Jonathan D. Waisnor    jwaisnor@willkie.com, mao@willkie.com
- Rachel M. Walsh    rwalsh@goodwinlaw.com, tsutton@goodwinlaw.com
- Riley C. Walter    RIBTecf@wjhattorneys.com
- Phillip K. Wang    phillip.wang@rimonlaw.com
- Samuel M. Ward    sward@barrack.com, cfessia@barrack.com
- Philip S. Warden    philip.warden@pillsburylaw.com,
  kathy.stout@pillsburylaw.com
- Gregory P. Waters    gwaters@elllaw.com, gregorywatersesq@gmail.com
- Guy L. Watts    gwatts@wattsguerra.com, cwilson@wattsguerra.com
- Mikal C. Watts    mcwatts@wattsguerra.com, cwilson@wattsguerra.com
- Laura Herron Weber    lweber@sl-employmentlaw.com
- Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com
- Joseph M. Welch    joseph.welch@blankrome.com, lverstegen@buchalter.com
- Todd J. Wenzel    todd@wenzellawoffices.com
- Meredith Werner    meredith.werner@clydeco.us
- David Walter Wessel    DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Joseph West    westjoseph@earthlink.net, josephw998@gmail.com
- Drew M. Widders    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Jason P. Williams    , maryanne@wplgattorneys.com
- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com,
  ewilson@kelleydrye.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com,
  diana.cardenas@nortonrosefulbright.com
- David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans    rwitthans@fhlawllp.com
- Keith H. Wofford    keith.wofford@ropesgray.com,
  nova.alindogan@ropesgray.com
- Risa Lynn Wolf-Smith    rwolf@hollandhart.com,
  lmlopezvelasquez@hollandhart.com
- Douglas Wolfe    asm@asmcapital.com
- Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov

- Christopher K.S. Wong    christopher.wong@afslaw.com
- David A. Wood    dwood@marshackhays.com, lbuchanan@marshackhays.com
- Kirsten A. Worley    worleyk@higgslaw.com, admin@wlawcorp.com
- Kinga Wright    kinga.wright@lockelord.com, autodocket@lockelord.com
- Antonio Yanez    ayanez@willkie.com
- Cathy Yanni    cathy@cathyyanni.com, pstrunk@browngreer.com
- Andrew Yaphe    andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
- Stephanie Yee    syee@janglit.com, klockwood@janglit.com
- Tacie H. Yoon    tyoon@crowell.com
- Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com
- Eric G. Young    eyoung@dcalaw.com, Jackie@dcalaw.com
- Nicole M. Zeiss    nzeiss@labaton.com
- Paul H. Zumbro    mao@cravath.com
- Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on March 6, 2023, at Sacramento, California.

_/s/ Carmelia V. Domingo_
CARMELIA V. DOMINGO

1301885.1

| DESCRIPTION | NAME | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Counsel to Mirna Trettevik, including Other Fire Victim Tort Claimants | Adler Law Group, APLC<br>Attn: E. Elliot Adler, Esq., Geoffrey E. Marr, Esq., & Omeed Latifi, Esq.<br>402 West Broadway, Ste. 860<br>San Diego, CA 92101 | EAdler@TheAdlerFirm.com<br>gemarr59@hotmail.com<br>bzummer@TheAdlerFirm.com<br>olatifi@theadlerfirm.com | Email |
| Counsel for Mirna Trettevik, including other Fire Victim Tort Claimants | Adler Law Group, APLC<br>Attn: E. Elliot Adler, Geoffrey E. Marr, Brittany S. Zummer, Omeed Latifi<br>402 West Broadway, Suite 860<br>San Diego, CA 92101 | EAdler@TheAdlerFirm.com<br>gemarr59@hotmail.com<br>bzummer@TheAdlerFirm.com<br>olatifi@theadlerfirm.com | Email |
| Counsel to ADVENTIST HEALTHSYSTEM/WEST, a California non-profit religious corporation | Adventist Health System/West<br>ATTN: ROBERT L. LAYTON<br>ONE Adventist Health Way<br>Roseville, CA 95661 | laytonrl@ah.org | Email |
| Counsel to TRANSWESTERN PIPELINE COMPANY, LLC | Akerman LLP<br>Attn: EVELINA GENTRY<br>601 West Fifth Street, Suite 300<br>Los Angeles, CA 90071 | evelina.gentry@akerman.com | Email |
| Counsel to TRANSWESTERN PIPELINE COMPANY, LLC | Akerman LLP<br>Attn: YELENA ARCHIYAN<br>2001 Ross Avenue, Suite 3600<br>Dallas, TX 75201 | | First Class Mail |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP<br>Attn: Ashley Vinson Crawford<br>580 California Street Suite 1500<br>San Francisco, CA 94104 | avcrawford@akingump.com | Email |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP<br>Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter<br>One Bryant Park<br>New York, NY 10036 | mstamer@akingump.com<br>idizengoff@akingump.com<br>dbotter@akingump.com | Email |
| Counsel to Agajanian, Inc., Counsel to Bennett Lane Winery LLC | Andrews & Thornton<br>Attn: Anne Andrews, Sean T. Higgins, and John C. Thornton<br>4701 Von Karman Ave Suite 300<br>Newport Beach, CA 92660 | shiggins@andrewsthornton.com<br>jct@andrewsthornton.com<br>aa@andrewsthornton.com | Email |
| Counsel for BOKF, NA, solely in its capacity as indenture Trustee | Arent Fox LLP<br>Attn: Andrew I. Silfen, Beth M. Brownstein<br>1301 Avenue of the Americas 42nd Floor<br>New York, NY 10019 | Andrew.Silfen@arentfox.com<br>Beth.Brownstein@arentfox.com | Email |
| Counsel for Genesys Telecommunications Laboratories Inc. | Arent Fox LLP<br>Attn: Andy S. Kong and Christopher K.S. Wong<br>555 West Fifth Street 48th Floor<br>Los Angeles, CA 90013-1065 | andy.kong@arentfox.com<br>christopher.wong@arentfox.com | Email |
| Counsel for BOKF, NA, solely in its capacity as indenture Trustee | Arent Fox LLP<br>Attn: Aram Ordubegian<br>555 West Fifth Street 48th Floor<br>Los Angeles, CA 90013-1065 | Aram.Ordubegian@arentfox.com | Email |

| DESCRIPTION | NAME | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Counsel for AT&T | Arnold & Porter Kaye Scholer LLP<br>Attn: Brian Lohan, Esq.<br>250 West 55th Street<br>New York, NY 10019 | brian.lohan@arnoldporter.com | Email |
| Counsel for AT&T | AT&T<br>Attn: James W. Grudus, Esq.<br>One AT&T Way, Room 3A115<br>Bedminster, NJ 07921 | Jg5786@att.com | Email |
| Counsel for the City of Santa Cruz | Atchison, Barisone & Condotti<br>Attn: Alexander Geise<br>PO Box 481<br>Santa Cruz, CA 95061 | ageise@abc-law.com | Email |
| Counsel to California State Agencies | Attorney General of California<br>Attn: XAVIER BECERRA, DANETTE VALDEZ, and ANNADEL ALMENDRAS<br>455 Golden Gate Avenue Suite 11000<br>San Francisco, CA 94102-7004 | Danette.Valdez@doj.ca.gov<br>Annadel.Almendras@doj.ca.gov | Email |
| Counsel to California State Agencies | Attorney General of California<br>Attn: XAVIER BECERRA, MARGARITA PADILLA, and JAMES POTTER<br>1515 Clay Street, 20th Floor P.O. Box 70550<br>Oakland, CA 94612-0550 | James.Potter@doj.ca.gov<br>Margarita.Padilla@doj.ca.gov | Email |
| Counsel to California State Agencies | Attorney General of California<br>Attn: XAVIER BECERRA, MARGARITA PADILLA, and JAMES POTTER<br>300 South Spring Street Suite 1702<br>Los Angeles, CA 90013 | James.Potter@doj.ca.gov | Email |
| Special Bankruptcy Counsel for Certain Fire Damage Plaintiffs Claimants | Bailey And Romero Law Firm<br>Attn: MARTHA E. ROMERO<br>12518 Beverly Boulevard<br>Whittier, CA 90601 | marthaeromerolaw@gmail.com | Email |
| Counsel for Official Committee of Tort Claimants | Baker & Hostetler, LLP<br>Attn: Eric E. Sagerman, Lauren T. Attard<br>11601 Wilshire Blvd. Suite 1400<br>Los Angeles, CA 90025-0509 | esagerman@bakerlaw.com<br>lattard@bakerlaw.com | Email |
| Counsel for Official Committee of Tort Claimants | Baker & Hostetler, LLP<br>Attn: Robert A. Julian, Cecily A. Dumas<br>600 Montgomery Street Suite 3100<br>San Francisco, CA 94111 | rjulian@bakerlaw.com<br>cdumas@bakerlaw.com | Email |
| Counsel for Black & Veatch Construction, Inc. | Baker Botts L.L.P.<br>Attn: Jonathan Shapiro<br>101 California Street, Suite 3600<br>San Francisco, CA 94111 | jonathan.shapiro@bakerbotts.com | Email |
| Counsel for Phillips and Jordan | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC<br>Attn: John H. Rowland<br>211 Commerce Street Suite 800<br>Nashville, TN 37201 | jrowland@bakerdonelson.com | Email |

| DESCRIPTION | NAME | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Counsel for Phillips and Jordan, Inc., Counsel for APTIM, Counsel for TTR Substations, Inc., Counsel for Snelson Companies, Inc. | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC<br>Attn: Lacey E. Rochester, Jan M. Hayden<br>201 St. Charles Avenue, Suite 3600<br>New Orleans, LA 70170 | lrochester@bakerdonelson.com<br>jhayden@bakerdonelson.com | Email |
| URENCO Limited and Louisiana Energy Services, LLC | Ballard Spahr LLP<br>Attn: Brian D. Huben<br>2029 Century Park East Suite 800<br>Los Angeles, CA 90067-2909 | hubenb@ballardspahr.com | Email |
| Counsel to Campos EPC, LLC | Ballard Spahr LLP<br>Attn: Brian D. Huben, Esq.<br>2029 Century Park East Suite 800<br>Los Angeles, CA 90067-2909 | hubenb@ballardspahr.com | Email |
| Counsel for Realty Income Corp., Counsel for Discovery Hydrovac | Ballard Spahr LLP<br>Attn: Craig Solomon Ganz, Michael S. Myers<br>1 East Washington Street Suite 2300<br>Phoenix, AZ 85004-2555 | ganzc@ballardspahr.com<br>myersms@ballardspahr.com | Email |
| URENCO Limited and Louisiana Energy Services, LLC | Ballard Spahr LLP<br>Attn: Matthew G. Summers<br>919 North Market Street 11th Floor<br>Wilmington, DE 19801 | summersm@ballardspahr.com | Email |
| Counsel to Realty Income Corporation | Ballard Spahr LLP<br>Attn: Stacy H. Rubin<br>One Summerlin 1980 Festival Plaza Drive, Suite 900<br>Las Vegas, NV 89135-2958 | rubins@ballardspahr.com | Email |
| Counsel to Campos EPC, LLC | Ballard Spahr LLP<br>Attn: Theodore J. Hartl, Esq.<br>1225 17th Street Suite 2300<br>Denver, CO 80202 | hartlt@ballardspahr.com | Email |
| Counsel for Bank of America, N.A. | Ballard Spahr LLP<br>Attn: John McCusker<br>Mail Code: NY1-100-21-01 One Bryant Park<br>New York, NY 10036 | | First Class Mail |
| Counsel for Public Entities Impacted by the Wildfires | Baron & Budd, P.C.<br>Attn: Scott Summy, John Fiske<br>3102 Oak Lawn Avenue #1100<br>Dallas, TX 75219 | ssummy@baronbudd.com<br>jfiske@baronbudd.com | Email |
| Counsel to Majesti Mai Bagorio, et al., creditors and plaintiffs in Bagorio, et al. v. PG&E Corporation, et al., case number CNC-19-554581 | Baum Hedlund Aristei & Goldman, PC<br>Attn: Ronald L.M. Goldman, Diane Marger Moore<br>10940 Wilshire Boulevard, 17th Floor<br>Los Angeles, CA 90024 | rgoldman@baumhedlundlaw.com<br>dmargermoore@baumhedlundlaw.com | Email |
| Counsel for Dan Clarke | Belvedere Legal, PC<br>Attn: Matthew D. Metzger<br>1777 Borel Place Suite 314<br>San Mateo, CA 94402 | belvederelegalecf@gmail.com | Email |
| Counsel for Infosys Limited, Counsel for ACRT, Inc. | Benesch, Friedlander, Coplan & Aronoff LLP<br>Attn: Kevin M. Capuzzi, Michael J. Barrie<br>222 Delaware Avenue Suite 801<br>Wilmington, DE 19801 | kcapuzzi@beneschlaw.com<br>mbarrie@beneschlaw.com | Email |

| DESCRIPTION | NAME | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Counsel for Infosys Limited, Counsel for ACRT, Inc. | Benesch, Friedlander, Coplan & Aronoff LLP<br>Attn: Krista M. Enns<br>100 Pine Street Suite 3100<br>San Francisco, CA 94111 | kenns@beneschlaw.com | Email |
| Counsel for Nationwide Entities | Berger Kahn, a Law Corporation<br>Attn: Craig S. Simon<br>1 Park Plaza, Suite 340<br>Irvine, CA 92614 | csimon@bergerkahn.com | Email |
| Counsel for Subrogation Insurers | Berger Kahn, a Law Corporation<br>Attn: Craig S. Simon<br>1 Park Plaza, Suite 340<br>Irvine, CA 92614 | csimon@bergerkahn.com | Email |
| Counsel to Oklahoma Firefighters Pension and Retirement System | Berman Tabacco<br>Attn: Daniel E. Barenbaum<br>44 Montgomery Street, Suite 650<br>San Francisco, CA 94104 | dbarenbaum@bermantabacco.com | Email |
| Counsel for Valley Clean Energy Alliance | Best Best & Krieger LLP<br>Attn: Harriet Steiner<br>500 Capitol Mall Suite 1700<br>Sacramento, CA 95814 | harriet.steiner@bbklaw.com | Email |
| Counsel to Recology Inc. | Best Best & Krieger LLP<br>Attn: Lawrence M. Schwab, Esq. and Kenneth T. Law, Esq.<br>633 Menlo Ave., Suite 100<br>Menlo Park, CA 94025 | Klaw@bbslaw.com | **Email** |
| Counsel for ChargePoint, Inc., Counsel to Almendariz Consulting, Inc. | Binder & Malter, LLP<br>Attn: Michael W. Malter, Robert G. Harris, Heinz Binder<br>2775 Park Avenue<br>Santa Clara, CA 95050 | Michael@bindermalter.com<br>Rob@bindermalter.com<br>Heinz@bindermalter.com | Email |
| Counsel to Hartford Life and Annuity Insurance Company (now known as Talcott Resolution Life Insurance Company), Hartford Total Return Bond ETF, Hartford Total Return Bond Fund, Hartford Total Return Bond HLS Fund, The Hartford Strategic Income Fund, HIMCO Duration Matched Division Ser. II, HIMCO US Aggregate Bond Index Division | Bla Schwartz PC<br>Attn: Irwin B. Schwartz<br>515 S. Flower Street, 18th Floor<br>Los Angeles, CA 90071 | ischwartz@blaschwartz.com | Email |
| Counsel to American Construction and Supply, Inc. | Bloomfield Law Group, Inc., P.C.<br>Attn: Neil J. Bloomfield<br>901 E St., Suite 100<br>San Rafael, CA 94901 | bklargecase@njblaw.com | Email |
| Co-Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Braunhagey & Borden LLP<br>Attn: J. Noah Hagey, Jeffrey M. Theodore, David H. Kwasniewski, Andrew Levine<br>351 California Street Tenth Floor | hagey@braunhagey.com<br>theodore@braunhagey.com<br>kwasniewski@braunhagey.com<br>levine@braunhagey.com | Email |
| Counsel to Everett Freeman Waining, Jr. | Brayton-Purcell LLP<br>Attn: Alan R. Brayton, Esq, and Bryn G. Letsch, Esq.<br>222 Rush Landing Road P.O. Box 6169<br>Novato, CA 94948-6169 | bletsch@braytonlaw.com | Email |

| DESCRIPTION | NAME | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Counsel for MDR Inc. (dba Accu-Bore Directional Drilling), Veteran Power, Inc. | Brothers Smith LLP<br>Attn: Mark V. Isola<br>2033 N. Main Street Suite 720<br>Walnut Creek, CA 94596 | misola@brotherssmithlaw.com | Email |
| Counsel for Trustee and Claims Administrator | Brown Rudnick LLP<br>Attn: David J. Molton<br>Seven Times Square<br>New York, NY 10036 | DMolton@brownrudnick.com | Email |
| Counsel for Trustee and Claims Administrator | Brown Rudnick LLP<br>Attn: Joel S. Millband<br>2211 Michelson Drive Seventh Floor<br>Irvine, CA 92612 | JMillband@brownrudnick.com | Email |
| Counsel to Frase Enterprises, Inc. dba Kortick Manufacturing Company | Brunetti Rougeau LLP<br>Attn: Gregory A. Rougeau<br>235 Montgomery Street Suite 830<br>San Francisco, CA 94104 | grougeau@brlawsf.com | Email |
| Counsel for Oracle America, Inc. | Buchalter, a Professional Corporation<br>Attn: Valerie Bantner Peo, Shawn M. Christianson<br>425 Market St. Suite 2900<br>San Francisco, CA 94105 | schristianson@buchalter.com<br>vbantnerpeo@buchalter.com | Email |
| California Public Utilities Commission | California Public Utilities Commission<br>Attn: Arocles Aguilar, Geoffrey Dryvynsyde, and Candace Morey<br>505 Van Ness Avenue<br>San Francisco, CA 94102 | arocles.aguilar@cpuc.ca.gov<br>geoffrey.dryvynsyde@cpuc.ca.gov<br>candace.morey@cpuc.ca.gov | Email |
| Counsel to Certain Victims from the Camp Fire and 2017 North Bay Fires, Patricia Garrison | Casey Gerry Schenk Francavilla Blatt & Penfield, LLP<br>Attn: David S. Casey, Jr., Jeremy Robinson, P. Camille Guerra, and James M. Davis<br>110 Laurel Street<br>San Diego, CA 92101 | dcasey@cglaw.com<br>jrobinson@cglaw.com<br>camille@cglaw.com<br>jdavis@cglaw.com | Email |
| Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc. | Chevron Products Company, A Division of Chevron U.S.A. Inc.<br>Attn: Melanie Cruz, M. Armstrong<br>6001 Bollinger Canyon Road T2110<br>San Ramon, CA 94583 | melaniecruz@chevron.com<br>marmstrong@chevron.com | Email |
| Counsel to Liberty Mutual Insurance Company | Choate, Hall & Stewart LLP<br>Attn: Douglas R. Gooding<br>Two International Place<br>Boston, MA 02110 | dgooding@choate.com | Email |
| Counsel to Liberty Mutual Insurance Company | Choate, Hall & Stewart LLP<br>Attn: Johnathan D. Marshall<br>Two International Place<br>Boston, MA 02110 | jmarshall@choate.com | Email |
| Counsel to Solon | CKR Law, LLP<br>Attn: Kristine Takvoryan<br>1800 Century Park East, 14th Floor<br>Los Angeles, CA 90067 | ktakvoryan@ckrlaw.com | Email |

| DESCRIPTION | NAME | EMAIL | METHOF OF SERVICE |
|---|---|---|---|
| Counsel for XL Insurance America, Inc., Albertsons Companies, Inc., Safeway Inc., Catlin Specialty Insurance Company, David W. Maehl, Rhonda J. Maehl, Starr Surplus Lines Insurance Company, Chubb Custom Insurance Company, General Security Indemnity Company of Arizona (GSINDA), Markel Bermuda Limited, Ashford Inc., Ashford Hospitality Trust, Inc. | Clausen Miller P.C. Attn: Michael W. Goodin 17901 Von Karman Avenue Suite 650 Irvine, CA 92614 | mgoodin@clausen.com | Email |
| Counsel for BlueMountain Capital Management, LLC | Cleary Gottlieb Sheen & Hamilton LLP Attn: Lisa Schweitzer One Liberty Plaza New York, NY 10006 | lschweitzer@cgsh.com | Email |
| Counsel to Amir Shahmirza | Cohen and Jacobson, LLP Attn: Lawrence A. Jacobson 66 Bovet Road, Suite 285 San Mateo, CA 94402 | laj@cohenandjacobson.com | Email |
| Counsel to Western Electricity Coordinating Council | Cohne Kinghorn, P.C. Attn: George Hofmann 111 East Broadway, 11th Floor Salt Lake City, UT 84111 | ghofmann@cohnekinghorn.com | Email |
| Counsel for Office of Unemployment Compensation Tax Services | Commonwealth of Pennsylvania Department of Labor and Industry Collections Support Unit 651 Boas Street, Room 702 Harrisburg, PA 17121 | ra-li-ucts-bankrupt@state.pa.us | Email |
| Counsel for Gowan Construction Company Inc., Calaveras Telephone Company, Kerman Telephone Co., Pinnacles Telephone Co., The Ponderosa Telephone Co., Sierra Telephone Company, Inc., Volcano Telephone Company and TDS Telecom | Cooper, White & Cooper LLP Attn: Peter C. Califano 201 California Street, 17th Floor San Francisco, CA 94111 | pcalifano@cwclaw.com | Email |
| Counsel for Fire Victim Creditors | Corey, Luzaich, De Ghetaldi & Riddle LLP Attn: Dario de Ghetaldi, Amanda L. Riddle, Steven M. Berki, Sumble Manzoor 700 El Camino Real PO Box 669 Millbrae, CA 94030-0669 | deg@coreylaw.com alr@coreylaw.com smb@coreylaw.com smr@coreylaw.com | Email |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Cotchett, Pitre & Mccarthy, LLP Attn: Frank M. Pitre, Alison E. Cordova San Francisco Airport Office Center 840 Malcolm Road, Suite 200 Burlingame, CA 94010 | fpitre@cpmlegal.com | Email |
| Attorney for County of Sonoma | County of Sonoma Attn: Tambra Curtis County Administration Center 575 Administration Drive, Room 105A Santa Rosa, CA 95403 | Tambra.curtis@sonoma-county.org | Email |
| Counsel for Valley Clean Energy Alliance | County of Yolo Attn: Eric May 625 Court Street Room 201 Woodland, CA 95695 | eric.may@yolocounty.org | Email |

| DESCRIPTION | NAME | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| | County of Yolo<br>Attn: Joe Ziemianski<br>101 Montgomery Street Suite 1400<br>San Francisco, CA 94101 | | |
| Counsel to Liberty Mutual Insurance Company | Cozen O'Connor<br>Attn: Mark E. Fleger<br>1201 North Market Street Suite 1001<br>Wilmington, DE 19801 | JZiemianski@cozen.com | Email |
| Counsel to Liberty Mutual Insurance Company | Crowell & Moring LLP<br>Attn: Mark D. Plevin<br>Three Embarcadero Center, 26th Floor<br>San Francisco, CA 94111 | mfelger@cozen.com | Email |
| Counsel to Renaissance Reinsurance LTD. | Crowell & Moring LLP<br>Attn: Monique D. Almy<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | mplevin@crowell.com | Email |
| Counsel for NEXANT | Crowell & Moring LLP<br>Attn: Tacie H. Yoon<br>1001 Pennsylvania Ave., N.W.<br>Washington, DC 20004 | malmy@crowell.com | Email |
| Counsel to Renaissance Reinsurance LTD. | Crowell & Moring LLP<br>Attn: Thomas F. Koegel<br>3 Embarcadero Center 26th Floor<br>San Francisco, CA 94111 | tyoon@crowell.com | Email |
| Counsel for NEXANT | Danko Meredith<br>Attn: Michael S. Danko, Kristine K. Meredith, Shawn R. Miller<br>333 Twin Dolphin Drive Suite 145<br>Redwood Shores, CA 94065 | tkoegel@crowell.com | Email |
| Counsel for Fire Victim Creditors | Davis Polk & Wardwell LLP<br>Attn: Andrew D. Yaphe<br>1600 El Camino Real<br>Menlo Park, CA 94025 | mdanko@dankolaw.com<br>kmeredith@dankolaw.com<br>smiller@dankolaw.com | Email |
| Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP<br>Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich<br>450 Lexington Avenue<br>New York, NY 10017 | andrew.yaphe@davispolk.com | Email |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities, Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Debra Grassgreen<br>Attn: Karl Knight<br>1339 Pearl Street Suite 201<br>Napa, CA 94558 | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com | Email |
| Creditor | Dechert LLP<br>Attn: Allan S. Brilliant, Shmuel Vasser, Alaina R. Heine<br>1095 Avenue of the Americas<br>New York, NY 10036 | dgrassgreen@gmail.com | Email |
| Counsel for State Farm Mutual Automobile Insurance Company and its affiliates | Dechert LLP<br>Attn: Mary H. Kim<br>One Bush Street Suite 1600<br>San Francisco, CA 94104 | allan.brilliant@dechert.com<br>shmuel.vasser@dechert.com<br>alaina.heine@dechert.com | Email |
| Counsel for State Farm Mutual Automobile Insurance Company and its affiliates | | mary.kim@dechert.com | Email |

| DESCRIPTION | NAME | EMAIL | METHOF OF SERVICE |
|---|---|---|---|
| Counsel for Capital Power Corporation and Halkirk I Wind Project LP | Dentons US LLP<br>Attn: John A. Moe, II<br>601 S. Figueroa Street Suite 2500<br>Los Angeles, CA 90017-5704 | john.moe@dentons.com | Email |
| Counsel for Capital Power Corporation and Halkirk I Wind Project LP | Dentons US LLP<br>Attn: Lauren Macksoud<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 | Lauren.macksoud@dentons.com | Email |
| Counsel to Southwire Company LLC, Travelers Insurance | Dentons US LLP<br>Attn: Michael A. Isaacs, Esq.<br>One Market Plaza, Spear Tower, 24th Floor<br>San Francisco, CA 94105 | michael.isaacs@dentons.com | Email |
| Counsel for Capital Power Corporation and Halkirk I Wind Project LP | Dentons US LLP<br>Attn: Oscar N. Pinkas<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 | | First Class Mail |
| Counsel for Travelers Insurance | Dentons US LLP<br>Attn: Peter D. Wolfson<br>1221 Avenue of the Americas<br>New York, NY 10020 | peter.wolfson@dentons.com | Email |
| Counsel to Southwire Company LLC | Dentons US LLP<br>Attn: Samuel R. Maizel, Esq.<br>601 S. Figueroa Street Suite 2500<br>Los Angeles, CA 90017-5704 | samuel.maizel@dentons.com | Email |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Diemer & Wei, LLP<br>Attn: Kathryn S. Diemer, Alexander J. Lewicki<br>55 S Market Street Suite 1420<br>San Jose, CA 95113 | kdiemer@diemerwei.com<br>alewicki@diemerwei.com | Email |
| Counsel for the Ad Hoc Committee of Unsecured Tort Claimant Creditors | DLA Piper LLP (US)<br>Attn: Eric Goldberg and David Riley<br>2000 Avenue of the Stars Suite 400 North Tower<br>Los Angeles, CA 90067-4704 | eric.goldberg@dlapiper.com | Email |
| Counsel for the Ad Hoc Committee of Unsecured Tort Claimant Creditors | DLA Piper LLP (US)<br>Attn: Joshua D. Morse<br>555 Mission Street Suite 2400<br>San Francisco, CA 94105-2933 | joshua.morse@dlapiper.com | Email |
| Counsel for Lisa Delaine Allain, Thomas Atkinson, Chippewa Pest Control, Inc., Lara Balas, Adam Balogh, Brian Bolton, Sharon Britt and Heather Blowers | Dreyer Babich Buccola Wood Campora, LLP<br>Attn: Steven M. Campora, Andrea R. Crowl<br>20 Bicentennial Circle<br>Sacramento, CA 95826 | scampora@dbbwc.com<br>acrowl@dbbwc.com | Email |
| Counsel to City of Santa Clara dba Silicon Valley Power | Duncan, Weinberg, Genzer & Pembroke, P.C.<br>Attn: Lisa S. Gast<br>1667 K Street NW, Suite 700<br>Washington, DC 20006 | lsg@dwgp.com | Email |
| Counsel for Honeywell International Inc. and Elster American Meter Company, LLC | DDykema Gossett LLP<br>Attn: Gregory K. Jones<br>333 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071 | gjones@dykema.com | Email |

| DESCRIPTION | NAME | EMAIL | METHOF OF SERVICE |
|---|---|---|---|
| Counsel for East Bay Community Energy Authority | East Bay Community Energy Authority<br>Attn: Leah S. Goldberg<br>1999 Harrison Street Suite 800<br>Oakland, CA 94612 | | First Class Mail |
| | Edelson PC<br>Attn: Rafey S. Balabanian, Todd Logan, Brandt Silver-Korn<br>123 Townsend Street, Suite 100<br>San Francisco, CA 94107 | rbalabanian@edelson.com<br>tlogan@edelson.com<br>bsilverkorn@edelson.com | Email |
| Counsel for survivors of the Camp Fire | EDP Renewables North America LLC<br>Attn: Randy Sawyer<br>808 Travis Suite 700<br>Houston, TX 77002 | Leslie.Freiman@edpr.com<br>Randy.Sawyer@edpr.com | Email |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington<br>Wind Power Project LLC | Engel Law, P.C.<br>Attn: G. Larry Engel<br>12116 Horseshoe Lane<br>Nevada City, CA 94123 | larry@engeladvice.com | Email |
| Counsel for Sonoma Clean Power Authority | Epiq Corporate Restructuring, LLC<br>Attn: PG&E UCC and PG&E TCC<br>777 Third Avenue, 12th Floor<br>New York, NY 10017 | sgrabato@epiqglobal.com | Email |
| Information Agent for the Official Committee of Unsecured Creditors, and the Official<br>Committee of Tort Claimants | Federal Energy Regulatory Commission<br>Attn: General Counsel<br>888 First St NE<br>Washington, DC 20426 | | First Class Mail |
| Federal Energy Regulatory Commission | Feinberg Fitch<br>Attn: Michael S. Feinberg<br>41911 Fifth Street, Ste. 300<br>Temecula, CA 92590 | feinberg@feinbergfitchlaw.com | Email |
| Attorneys for Objector Patricia Garrison | Felderstein Fitzgerald Willoughby & Pascuzzi LLP<br>Attn: STEVEN H. FELDERSTEIN and PAUL J. PASCUZZI<br>500 Capitol Mall, Suite 2250<br>Sacramento, CA 95814 | sfelderstein@ffwplaw.com<br>ppascuzzi@ffwplaw.com | Email |
| Counsel to California State Agencies | Finestone Hayes LLP<br>Attn: Stephen D. Finestone<br>456 Montgomery St. 20th Fl.<br>San Francisco, CA 94104 | sfinestone@fhlawllp.com | Email |
| Counsel to The Okonite Company | Finestone Hayes LLP<br>Attn: Stephen D. Finestone, Jennifer C. Hayes<br>456 Montgomery St. 20th Floor<br>San Francisco, CA 94104 | sfinestone@fhlawllp.com<br>jhayes@fhlawllp.com<br>rwitthans@fhlawllp.com | Email |
| Aggreko, MCE Corporation, Nor-Cal Pipeline Services, and Roebbelen Contracting, Inc. | Foley & Lardner LLP<br>Attn: Erika L. Morabito, Brittany J. Nelson<br>3000 K Street, NW, Suite 600<br>Washington, DC 20007-5109 | emorabito@foley.com<br>bnelson@foley.com | Email |
| Counsel for Michels Corporation | Foley & Lardner LLP<br>Attn: Victor A. Vilaplana<br>3579 Valley Centre Drive, Suite 300<br>San Diego, CA 92130 | vavilaplana@foley.com | Email |
| Counsel for Michels Corporation | | | |

Case: 19-30088    Doc# 13581    Filed: 03/06/23    Entered: 03/06/23 16:34:00    Page 25
of 53

| DESCRIPTION | NAME | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Counsel for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | Fox Rothschild LLP<br>Attn: Edward J. Tredinnick<br>345 California Street, Suite 2200<br>San Francisco, CA 94104 | etredinnick@foxrothschild.com | Email |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | Frederic Dorwart, Lawyers PLLC<br>Attn: Samuel S. Ory<br>124 East Fourth Street<br>Tulsa, OK 74103-5010 | sory@fdlaw.com | Email |
| Counsel for Itron, Inc. | Gellert Scali Busenkell & Brown, LLC<br>Attn: Michael Busenkell<br>1201 N. Orange St. Suite 300<br>Wilmington, DE 19801 | mbusenkell@gsbblaw.com | Email |
| Counsel for Fire Victim Creditors | Gibbs Law Group<br>Attn: Eric Gibbs, Dylan Hughes<br>505 14th Street, Suite 1110<br>Oakland, CA 94612 | ehg@classlawgroup.com<br>dsh@classlawgroup.com | Email |
| Counsel to the Ad Hoc Committee of Holders of Trade Claims | Gibson, Dunn & Crutcher LLP<br>Attn: David M. Feldman and Matthew K. Kelsey<br>200 Park Avenue<br>New York, NY 10166-0193 | dfeldman@gibsondunn.com<br>mkelsey@gibsondunn.com | Email |
| Counsel for Topaz Solar Farms LLC | Gibson, Dunn & Crutcher LLP<br>Attn: Jeffrey C. Krause<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197 | Jkrause@gibsondunn.com | Email |
| Counsel to the Ad Hoc Committee of Holders of Trade Claims | Gibson, Dunn & Crutcher LLP<br>Attn: Matthew D. McGill<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306 | mmcgill@gibsondunn.com | Email |
| Counsel to the Ad Hoc Committee of Holders of Trade Claims | Gibson, Dunn & Crutcher LLP<br>Attn: Michael A. Rosenthal<br>200 Park Avenue<br>New York, NY 10166-0193 | Mrosenthal@gibsondunn.com | Email |
| Counsel for Topaz Solar Farms LLC | Gibson, Dunn & Crutcher LLP<br>Attn: Michael S. Neumeister and Michelle Choi<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197 | mneumeister@gibsondunn.com<br>mchoi@gibsondunn.com | Email |
| Counsel to Black & Veatch Construction, Inc. | Goodwin Procter LLP<br>Attn: Jonathan A. Shapiro<br>Three Embarcadero Center, Suite 2800<br>San Francisco, CA 94111 | JShapiro@goodwinlaw.com | Email |
| Counsel for MassMutual Life Insurance Company and Its Funds | Goodwin Procter LLP<br>Attn: Kizzy L. Jarashow, Stacy Dasaro<br>620 Eighth Avenue<br>New York, NY 10018 | kjarashow@goodwinlaw.com<br>sdasaro@goodwinlaw.com | Email |
| Counsel for MassMutual Life Insurance Company and Its Funds | Goodwin Procter LLP<br>Attn: Nathan A. Schultz, Rachel M. Walsh<br>3 Embarcadero Center, 28th Floor<br>San Francisco, CA 94111 | RWalsh@goodwinlaw.com | Email |

Case: 19-30088    Doc# 13581    Filed: 03/06/23    Entered: 03/06/23 16:34:00    Page 26 of 53

| DESCRIPTION | NAME | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Counsel to Interested Party John K. Trotter, Trustee of the PG&E Fire Victim Trust | Greenberg Gross LLP<br>Attn: Evan C. Borges<br>650 Town Center Drive, Suite 1700<br>Costa Mesa, CA 92626 | EBorges@GGTrialLaw.com | Email |
| Counsel to John K. Trotter, Trustee of the PG&E Fire Victim Trust | Greenberg Gross LLP<br>Attn: Sarah Kelly-Kilgore, Alan A. Greenberg<br>601 S. Figueroa Street, 30th Floor<br>Los Angeles, CA 90017 | SKellyKilgore@GGTrialLaw.com<br>AGreenberg@GGTrialLaw.com | Email |
| Counsel for Cardno, Inc. | Greenberg Traurig, LLP<br>Attn: Diane Vuocolo<br>1717 Arch Street Suite 400<br>Philadelphia, PA 19103 | vuocolod@gtlaw.com | **Email** |
| Attorneys for HercRentals | Greenberg Traurig, LLP<br>Attn: Howard J. Steinberg<br>1840 Century Park East Suite 1900<br>Los Angeles, CA 90067-2121 | steinbergh@gtlaw.com | Email |
| Counsel for Ruby Pipeline, L.L.C., Cardno, Inc. | Greenberg Traurig, LLP<br>Attn: Michael Hogue<br>4 Embarcadero Center Suite 3000<br>San Francisco, CA 94111 | hoguem@gtlaw.com | Email |
| Counsel for San Francisco Herring Association, Counsel for for Dan Clarke, Counsel for Alda and Ramiro Rodriguez, Counsel for Todd and Adelina McNeive, Counsel for Dennis Caselli, Counsel for Sam and Cathy Dorrance, Counsel for Laura Hart, Counsel for Minh and Gurdon Merchant | Gross & Klein LLP<br>Attn: Stuart G. Gross<br>The Embarcadero Pier 9 Suite 100<br>San Francisco, CA 94111 | sgross@grosskleinlaw.com | Email |
| Counsel for Nationwide Entities | Grotefeld Hoffmann<br>Attn: Mark S. Grotefeld, Maura Walsh Ochoa, Waylon J. Pickett<br>700 Larkspur Landing Circle, Suite 280<br>Larkspur, CA 94939 | mgrotefeld@ghlaw-llp.com<br>mochoa@ghlaw-llp.com<br>wpickett@ghlaw-llp.com | Email |
| Counsel for KAREN ROBERDS and ANITA FREEMAN | Hallisey And Johnson PC<br>Attn: Jeremiah F. Hallisay, Esq.<br>465 California St., Ste. 405<br>San Francisco, CA 94104 | jfhallisey@gmail.com | Email |
| Attorneys for Certain Kincade (2019) claimants | Hansen&Miller Law Firm<br>Attn: Roy E. Miller<br>415 Russell Ave.<br>Santa Rosa, CA 95403 | roy@hansenmiller.com | Email |
| Counsel to Trustee and Claims Administrator for the Fire Victim Trust | Hanson Bridgett LLP<br>Attn: Linda E. Klamm<br>1676 No. California Blvd. Suite 620<br>Walnut Creek, CA 94596 | lklamm@hansonbridgett.com | Email |
| Counsel to Anthony Gantner | Hausfeld LLP<br>Attn: Bonny E. Sweeney, Seth R. Gassman<br>600 Montgomery Street, Suite 3200<br>San Francisco, CA 94111 | bsweeney@hausfeld.com<br>sgassman@hausfeld.com | Email |

| DESCRIPTION | NAME | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Counsel for Telvent USA, LLC. | Hinckley, Allen & Snyder LLP<br>Attn: Jennifer V. Doran<br>28 State Street<br>Boston, MA 02109 | jdoran@hinckleyallen.com | Email |
| COUNSEL FOR ESVOLTA, LP AND HUMMINGBIRD ENERGY STORAGE, LLC | Hogan Lovells US LLP<br>Attn M Hampton Foushee<br>875 Third Avenue<br>New York, NY 10022 | hampton.foushee@hoganlovells.com | Email |
| Counsel to Pacific Investment Management Company LLC | Hogan Lovells US LLP<br>Attn: David P. Simonds, Edward J. McNeilly<br>1999 Avenue of the Stars Suite 1400<br>Los Angeles, CA 90067 | david.simonds@hoganlovells.com<br>edward.mcneilly@hoganlovells.com | Email |
| Counsel to Pacific Investment Management Company LLC | Hogan Lovells US LLP<br>Attn: Michael C. Hefter, Matthew Ducharme<br>390 Madison Avenue<br>New York, NY 10017 | michael.hefter@hoganlovells.com<br>matthew.ducharme@hoganlovells.com | Email |
| Counsel to Diablo Winds, LLC | Holland & Hart LLP<br>Attn: Risa Lynn Wolf-Smith<br>555 Seventeenth Street, Suite 3200 P.O. Box 8749<br>Denver, CO 80201-8749 | rwolf@hollandhart.com | Email |
| Counsel for Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company as Indenture Trustees for certain bondholders | Holland & Knight LLP<br>Attn: Robert J. Labate, David I. Holtzman<br>50 California Street Suite 2800<br>San Francisco, CA 94111 | robert.labate@hklaw.com<br>david.holtzman@hklaw.com | Email |
| Counsel for Interested Party The City of Oakland | Hopkins & Carley, a Law Corporation<br>Attn: Jay M. Ross, Monique D. Jewett-Brewster<br>70 South First Street<br>San Jose, CA 95113 | mjb@hopkinscarley.com<br>jross@hopkinscarley.com | Email |
| Counsel to Hyundai Corporation USA | Hughes Hubbard & Reed LLP<br>Attn: Kathryn A. Coleman<br>One Battery Park Plaza<br>New York, NY 10004 | katie.coleman@hugheshubbard.com | Email |
| Counsel to K. Hovnanian California Region, Inc.; K. Hovnanian Enterprises, Inc.; K. Hovnanian Homes, LLC; K. Hovnanian at Village Center, LLC; K. Hovnanian at Westshore, LLC; K. Hovnanian Companies of California, Inc.; K. Hovnanian Homes Northern California, Inc.; K. Hovnanian Homes of Northern California, Inc.; K. Hovnanian Homes, Inc.; K. Hovnanian Meadow View at Mountain House, LLC; K. Hovnanian's Aspire at Union Village, LLC and Meritage Homes of California, Inc. | Huguenin Kahn LLP<br>Attn: Edward R. Huguenin, Esq. and James L. Bothwell, Esq.<br>3001 Lava Ridge Court, Suite 300<br>Roseville, CA 95661 | ehuguenin@hugueninkahn.com<br>jbothwell@hugueninkahn.com | Email |
| Counsel for DTE Stockton, LLC, Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P., Potrero Hills Energy Producers, LLC, Sunshine Gas Producers, LLC, Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd. | Hunton Andrews Kurth LLP<br>Attn: Peter S. Partee, Sr.<br>200 Park Avenue 53rd Floor<br>New York, NY 10166 | ppartee@huntonak.com | Email |
| Counsel to International Business Machines Corp | IBM Corporation<br>Attn: Marie-Josee Dube<br>275 Viger East<br>Montreal, QC H2X 3R7 | mjdube@ca.ibm.com | Email |

| DESCRIPTION | NAME | EMAIL | METHOF OF SERVICE |
|---|---|---|---|
| Internal Revenue Service | Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104-5016 | | First Class Mail |
| Counsel for BlueMountain Capital Management, LLC | Irell & Manella LLP<br>Attn: Craig Varnen, Andrew J. Strabone<br>1800 Avenue of the Stars Suite 900<br>Los Angeles, CA 90067-4276 | astrabone@irell.com | Email |
| Counsel for The Davey Tree Expert Company | Irell & Manella LLP<br>Attn: Jeffrey M. Reisner, Kerri A. Lyman<br>840 Newport Center Drive Suite 400<br>Newport Beach, CA 92660 | jreisner@irell.com<br>klyman@irell.com | Email |
| Counsel for BlueMountain Capital Management, LLC | Irell & Manella LLP<br>Attn: Michael H. Strub, Jr.<br>840 Newport Center Drive Suite 400<br>Newport Beach, CA 92660-6324 | | First Class Mail |
| Counsel to Iron Mountain Information Management, LLC | Iron Mountain Information Management, LLC<br>Attn: Joseph Corrigan<br>One Federal Street<br>Boston, MA 02110 | Bankruptcy2@ironmountain.com | Email |
| Interested Party CH2M HILL Engineers, Inc. | Jacobs Engineering<br>Attn: Robert Albery<br>Associate General Counsel 9191 South Jamaica Street<br>Englewood, CO 80112 | robert.albery@jacobs.com | Email |
| Interested Party Jane Luciano | Jane Luciano<br>9000 Crow Canyon Road Suite 5 #168<br>Danville, CA 94506 | jane-luciano@comcast.net | Email |
| Counsel for Nationwide Entities | Jang & Associates, LLP<br>Attn: Alan J. Jang<br>1766 Lacassie Ave., Suite 200<br>Walnut Creek, CA 94596 | ajang@janglit.com | Email |
| Counsel to Sodexo, Inc. | JD Thompson Law<br>Attn: Judy D. Thompson, Esq.<br>P.O. Box 33127<br>Charlotte, NC 28233 | | First Class Mail |
| Counsel for Peter Ouborg, Mizuho Bank, Ltd. | Jeffer Mangles Butler & Mitchell LLP<br>Attn: Robert B. Kaplan, Bennett G. Young<br>Two Embarcadero Center 5th Floor<br>San Francisco, CA 94111 | rbk@jmbm.com<br>byoung@jmbm.com | Email |
| Counsel for Itron, Inc. | Jenkins Mulligan & Gabriel LLP<br>Attn: Larry W. Gabriel<br>2160 Oxnard Street Suite 500<br>Woodland Hills, CA 91367 | lgabriel@bg.law | Email |
| Interested Party John A. Vos A | John A. Vos<br>1430 Lincoln Avenue<br>San Rafael, CA 94901 | | First Class Mail |

| DESCRIPTION | NAME | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Counsel for The Act 1 Group, Inc. | Joseph A. Eisenberg P.C.<br>Attn: Joseph A. Eisenberg<br>2976 E. State Street Suite 120 – No. 111 | JAE1900@yahoo.com | Email |
| Counsel to Citibank, N.A. | Keesal, Young & Logan a Professional Corporation<br>Attn: PETER R. BOUTIN<br>450 Pacific Avenue<br>San Francisco, CA 94133 | peter.boutin@kyl.com | Email |
| Counsel to Debtor | Keller Benvenutti Kim LLP<br>Attn: Tobias S. Keller, Jane Kim<br>650 California Street Suite 1900<br>San Francisco, CA 94108 | tkeller@kbklllp.com<br>jkim@kbkllp.com | Email |
| Counsel for Kompogas SLO LLC and Tata Consultancy Services | Kelley Drye & Warren LLP<br>Attn: Benjamin D. Feder<br>101 Park Avenue<br>New York, NY 10178 | KDWBankruptcyDepartment@kelleydrye.com<br>bfeder@kelleydrye.com | Email |
| Counsel to PricewaterhouseCoopers LLP | Kibler Fowler & Cave LLP<br>Attn: Michael D. Kibler, Matthew J. Cave, Kevin Kroll<br>11100 Santa Monica Blvd. Suite 360<br>Los Angeles, CA 90025 | mkibler@kfc.law<br>mcave@kfc.law<br>kkroll@kfc.law | Email |
| Counsel to Oldcastle Infrastructure, Inc. f/k/a Oldcastle Precast, Inc. and Affiliates | Kilpatrick Townsend & Stockton LLP<br>Attn: Benjamin M. Kleinman, Esq.<br>Two Embarcadero Center, Suite 1900<br>San Francisco, CA 94111 | bkleinman@kilpatricktownsend.com | Email |
| Counsel to Oldcastle Infrastructure, Inc. f/k/a Oldcastle Precast, Inc. and Affiliates | Kilpatrick Townsend & Stockton LLP<br>Attn: Paul M. Rosenblatt, Esq.<br>1100 Peachtree Street, NE, Suite 2800<br>Atlanta, GA 30309-4530 | prosenblatt@kilpatricktownsend.com | Email |
| Counsel for Ruby Pipeline, L.L.C. | Kinder Morgan, Inc.<br>Attn: Mark A. Minich<br>Two North Nevada<br>Colorado Springs, CO 80903 | Mark_Minich@kindermorgan.com | Email |
| Counsel for Ruby Pipeline, L.L.C. | Kinder Morgan, Inc.<br>Attn: Mosby Perrow<br>1001 Louisiana Suite 1000<br>Houston, TX 77002 | | First Class Mail |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP<br>Attn: Aparna Yenamandra<br>601 Lexington Avenue<br>New York, NY 10022 | aparna.yenamandra@kirkland.com | Email |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP<br>Attn: David R. Seligman, P.C.<br>300 North LaSalle<br>Chicago, IL 60654 | david.seligman@kirkland.com | Email |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP<br>Attn: Marc Kieselstein, P.C.<br>300 North LaSalle<br>Chicago, IL 60654 | marc.kieselstein@kirkland.com | Email |

| DESCRIPTION | NAME | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Counsel for Calpine Corporation | Kirkland & Ellis LLP<br>Attn: Mark McKane, P.C., Michael P. Esser<br>555 California Street<br>San Francisco, CA 94104 | mark.mckane@kirkland.com<br>michael.esser@kirkland.com | Email |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP<br>Attn: R. Alexander Pilmer<br>555 California Street<br>San Francisco, CA 94104 | alexander.pilmer@kirkland.com | Email |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP<br>Attn: Stephen E. Hessler, P.C.<br>601 Lexington Avenue<br>New York, NY 10022 | | First Class Mail |
| Counsel for The Church of Jesus Christ of Latter-day Saints | Kirton Mcconkie<br>Attn: Jeremy C. Sink<br>36 South State Suite 1900<br>Salt Lake City, UT 84111 | jsink@kmclaw.com | Email |
| Counsel for NextEra Energy Inc. et al. | Klee, Tuchin, Bogdanoff & Stern LLP<br>Attn: Kenneth N. Klee, David M. Stern, Samuel M. Kidder<br>1999 Avenue of the Stars Thirty-Ninth Floor<br>Los Angeles, CA 90067 | kklee@ktbslaw.com<br>dstern@ktbslaw.com<br>skidder@ktbslaw.com | Email |
| Counsel for PG&E Holdco Group | Kramer Levin Naftalis & Frankel LLP<br>Attn: Amy Caton and Megan Wasson<br>1177 Avenue of the Americas<br>New York, NY 10036 | acaton@kramerlevin.com<br>mwasson@kramerlevin.com | Email |
| Claims Agent | Kroll Restructuring Administration LLC<br>Attn: Herb Baer<br>55 East 52nd Street 17th Floor<br>New York, NY 10055 | pgeteam@PrimeClerk.com<br>serviceqa@primeclerk.com | Email |
| Counsel to Public Employees Retirement Association of New Mexico | Labaton Sucharow LLP<br>Attn: Thomas A. Dubbs, Louis Gottlieb, Carol C. Villegas & Jeffrey A. Dubbin<br>140 Broadway<br>New York, NY 10005 | tdubbs@labaton.com<br>lgottlieb@labaton.com<br>cvillegas@labaton.com<br>jdubbin@labaton.com | Email |
| Counsel to County of San Luis Obispo | Lamb & Kawakami LLP<br>Attn: Kevin J. Lamb, Michael K. Slattery<br>333 South Grand Avenue Suite 4200<br>Los Angeles, CA 90071 | klamb@lkfirm.com<br>mslattery@lkfirm.com | Email |
| Counsel for Pacific Mobile Structures, Inc. | Lane Powell PC<br>Attn: Brad T. Summers<br>601 SW Second Avenue Suite 2100<br>Portland, OR 97204 | summerst@lanepowell.com | Email |
| Counsel to Dynegy Marketing and Trade, LLC | Latham & Watkins LLP<br>Attn: Adam E. Malatesta<br>355 S. Grand Avenue, Suite 100<br>Los Angeles, CA 90071-1560 | adam.malatesta@lw.com | Email |

| DESCRIPTION | NAME | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Counsel for Crockett Cogeneration, Middle River Power, LLC, and MRP San Joaquin Energy, LLC | Latham & Watkins LLP<br>Attn: Amy C. Quartarolo<br>355 South Grand Avenue Suite 100<br>Los Angeles, CA 90071-1560 | amy.quartarolo@lw.com | Email |
| Counsel to Dynegy Marketing and Trade, LLC | Latham & Watkins LLP<br>Attn: Caroline A. Reckler, Andrew M. Parlen<br>885 Third Avenue<br>New York, NY 10022-4834 | caroline.reckler@lw.com | Email |
| Counsel for Crockett Cogeneration, Middle River Power, LLC, and MRP San Joaquin Energy, LLC | Latham & Watkins LLP<br>Attn: Christopher Harris<br>885 Third Avenue<br>New York, NY 10022 | christopher.harris@lw.com | Email |
| Unsecured Creditor | Laurie A. Deuschel<br>Attn: Laurie A. Deuschel<br>5120 Second Street<br>Rocklin, CA 95677 | ldeuschel@hotmail.com | Email |
| Attorneys for Objector Patricia Garrison | Law Office of Angela Jae Chun<br>Attn: Angela Jae Chun<br>777 S. Highway 101, Ste. 215<br>Solana Beach, CA 92075 | ajc@chun.law | Email |
| Counsel to Jesus Mendoza | Law Office of Daren M. Schlecter<br>Attn: Daren M. Schlecter, Esq.<br>1925 Century Park East, Suite 830<br>Los Angeles, CA 90067 | daren@schlecterlaw.com | Email |
| Counsel for Ruby Pipeline, L.L.C. | Law Office of Patricia Williams Prewitt<br>Attn: Patricia Williams Prewitt<br>10953 Vista Lake Ct.<br>Navasota, TX 77868 | pwp@pattiprewittlaw.com | Email |
| Interested Party | Law Office of Richard L. Antognini<br>Attn: Richard L. Antognini<br>2036 Nevada City Highway Suite 636<br>Grass Valley, CA 95945-7700 | rlalawyer@yahoo.com | Email |
| Counsel to Attrack Construction Corporation | Law Office of Steven M. Olson<br>Attn: Steven M. Olson, Esq. & Jacob M. Faircloth, Esq.<br>50 Old Courthouse Square, Suite 401<br>Santa Rosa, CA 95404 | smo@smolsonlaw.com | Email |
| Counsel for LEWIS & TIBBITTS, INC., Counsel for LILIA LEESON | Law Office of Wayne A. Silver<br>Attn: Wayne A. Silver<br>643 Bair Island Road Suite 403<br>Redwood City, CA 94063 | ws@wayneslverlaw.com | Email |
| Counsel to GER HOSPITALITY, LLC and RICHARD W. CARPENETI | Law Offices of Francis O. Scarpulla<br>Attn: Francis O. Scarpulla and Patrick B. Clayton<br>456 Montgomery Street, 17th Floor<br>San Francisco, CA 94104 | fos@scarpullalaw.com<br>pbc@scarpullalaw.com | Email |
| Counsel for W. Bradley Electric, Inc. | Law Offices of James Shepherd<br>Attn: James A. Shepherd<br>3000 Citrus Circle Suite 204<br>Walnut Creek, CA 94598 | jim@jsheplaw.com | Email |

| DESCRIPTION | NAME | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Counsel to Ruckman-Leal Creditors, Counsel to Michael Marroquin | Law Offices of Leonard K. Welsh<br>Attn: Leonard K. Welsh, Esq.<br>4550 California Avenue, Second Floor<br>Bakersfield, CA 93309 | lwelsh@lkwelshlaw.com | Email |
| Counsel to Debra Grassgreen | Law Offices of Thomas J. Brandi<br>Attn: Thomas J. Brandi<br>345 Pine Street 3rd Floor<br>San Francisco, CA 94104 | tjb@brandilaw.com | Email |
| Interested Party CH2M HILL Engineers, Inc. | Lesnick Prince & Pappas LLP<br>Attn: Matthew A. Lesnick, Christopher E. Prince<br>315 W. Ninth St., Suite 705<br>Los Angeles, CA 90015 | matt@lesnickprince.com<br>cprince@lesnickprince.com | Email |
| Counsel to Global Diving & Salvage, Inc. and Traffic Management, Inc. | Levene, Neale, Bender, Yoo & Brill L.L.P.<br>Attn: Eve H. Karasik<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA 90067 | EHK@LNBYB.COM | Email |
| Counsel for California Independent System Operator | Levene, Neale, Bender, Yoo & Golubchik L.L.P.<br>Attn: David L. Neale<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034 | DLN@LNBYB.COM | Email |
| Counsel to Kepco California LLC, RE Astoria LLC | Lewis Brisbois Bisgaard & Smith LLP<br>Attn: Lovee D. Sarenas, Scott Lee, Amy L. Goldman<br>633 West 5th Street, Suite 4000<br>Los Angeles, CA 90071 | Lovee.Sarenas@lewisbrisbois.com<br>Amy.Goldman@lewisbrisbois.com<br>Scott.Lee@lewisbrisbois.com | Email |
| Counsel to Harris County | Linebarger Goggan Blair & Sampson, LLP<br>Attn: John D. Dillman<br>PO Box 3064<br>Houston, TX 77253-3064 | houston_bankruptcy@publicans.com | Email |
| Counsel to California Insurance Guarantee Association | Locke Lord LLP<br>Attn: Aaron Smith<br>111 South Wacker Drive, Suite 4100<br>Chicago, IL 60606 | asmith@lockelord.com | Email |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP<br>Attn: Bradley C. Knapp<br>601 Poydras Street Suite 2660<br>New Orleans, LA 70130 | bknapp@lockelord.com | Email |
| Counsel to Quanta Energy Services LLC | Locke Lord LLP<br>Attn: Elizabeth M. Guffy<br>JPMorgan Chase Tower 600 Travis, Suite 2800<br>Houston, TX 77002 | eguffy@lockelord.com | Email |
| Counsel to Quanta Energy Services, Inc., Underground Construction Co., Inc., Mears Group, Inc., Dashiell Corporation, Quanta Technology LLC, and PAR Electrical Contractors | Locke Lord LLP<br>Attn: Elizabeth M. Guffy<br>JPMorgan Chase Tower 600 Travis, Suite 2800<br>Houston, TX 77002 | eguffy@lockelord.com | Email |
| Counsel to Quanta Energy Services, Inc., Underground Construction Co., Inc., Mears Group, Inc., Dashiell Corporation, Quanta Technology LLC, and PAR Electrical Contractors | Locke Lord LLP<br>Attn: Kinga L. Wright<br>101 Montgomery Street, Suite 1950<br>San Francisco, CA 94104 |  | First Class Mail |

| DESCRIPTION | NAME | EMAIL | METHOF OF SERVICE |
|---|---|---|---|
| | Locke Lord LLP<br>Attn: Lindsey E. Kress<br>101 Montgomery Street Suite 1950<br>San Francisco, CA 94104 | lkress@lockelord.com | |
| Counsel to California Insurance Guarantee Association | Locke Lord LLP<br>Attn: Meagan S. Tom<br>101 Montgomery Street Suite 1950<br>San Francisco, CA 94104 | meagan.tom@lockelord.com | Email |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP<br>Attn: W. Steven Bryant<br>600 Congress Street Suite 2200<br>Austin, TX 78701 | sbryant@lockelord.com | Email |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP<br>Attn: Xiyi Fu<br>101 Montgomery Street, Suite 1950<br>San Francisco, CA 94104 | | Email |
| Counsel to Quanta Energy Services LLC | Loeb & Loeb LLP<br>Attn: Marc S. Cohen, Alicia Clough<br>10100 Santa Monica Blvd Suite 2200<br>Los Angeles, CA 90067 | mscohen@loeb.com<br>aclough@loeb.com | First Class Mail |
| Counsel for California Power Exchange Corporation | Lowenstein Sandler LLP<br>Attn: Michael S. Etkin, Andrew Behlmann<br>One Lowenstein Drive<br>Roseland, NJ 070068 | metkin@lowenstein.com<br>abehlmann@lowenstein.com | Email |
| Counsel to Public Employees Retirement Association of New Mexico | Macdonald | Fernandez LLP<br>Attn: Iain A. Macdonald<br>221 Sansome Street Third Floor<br>San Francisco, CA 94104-2323 | imac@macfern.com | Email |
| Interested Party | Manuel Corrales, Jr., Esq.<br>17140 Bernardo Center Drive, Suite 358<br>San Diego, CA 92128 | mannycorrales@yahoo.com | Email |
| Counsel to BARBARA ZELMER and ROBERT ZELMER | Margulies Faith, LLP<br>ATTN: CRAIG G. MARGULIES<br>16030 VENTURA BOULEVARD SUTIE 470<br>ENCINO, CA 91436 | Craig@MarguliesFaithLaw.com | Email |
| Counsel to Aegion Corporation and its subsidiary entities: Corrpro Companies, Inc., Insituform Technologies, LLC and Fibrwrap Construction Services, Inc. | Marshack Hays LLP<br>Attn: RICHARD A. MARSHACK, DAVID A. WOOD, LAILA MASUD<br>870 Roosevelt<br>Irvine, CA 92620 | rmarshack@marshackhays.com<br>dwood@marshackhays.com<br>lmasud@marshackhays.com | Email |
| Counsel to SLF Fire Victim Claimants | Mary Alexander & Associates, P.C.<br>Attn: Mary E. Alexander<br>44 Montgomery Street, Suite 1303<br>San Francisco, CA 94104 | malexander@maryalexanderlaw.com | Email |
| Counsel for Ghost Ship Warehouse Plaintiffs' Executive Committee | | | Email |

| DESCRIPTION | NAME | EMAIL | METHOF OF SERVICE |
|---|---|---|---|
| Counsel to BNP Paribas | Mayer Brown LLP<br>Attn: Ankur Mandhania<br>575 Market St. Suite 2500<br>San Francisco, CA 94105-3670 | amandhania@mayerbrown.com | Email |
| Counsel to BNP Paribas | Mayer Brown LLP<br>Attn: Brian Trust, Joaquin C de Baca<br>1221 Avenue of the Americas<br>New York, NY 10020 | btrust@mayerbrown.com<br>jcdebaca@mayerbrown.com | Email |
| Counsel to Mesa Associates, Inc. | Maynard, Cooper & Gale<br>Attn: Duane Kumagai<br>1901 Avenue of the Stars Suite 1900<br>Los Angeles, CA 90067 | dkumagai@maynardcooper.com | Email |
| Counsel for A.J. Excavation Inc. | Mccormick Barstow LLP<br>Attn: David L. Emerzian, H. Annie Duong<br>Counsel for A.J. Excavation Inc. 7647 North Fresno Street<br>Fresno, CA 93720 | Annie.Duong@mccormickbarstow.com<br>demerzian@mccormickbarstow.com | Email |
| Counsel for Kings River Water Association | McCormick Barstow Sheppard Wayte & Carruth LLP<br>Attn: Hagop T. Bedoyan<br>7647 North Fresno Street<br>Fresno, CA 93720 | hagop.bedoyan@mccormickbarstow.com | Email |
| Counsel to Davey Tree Expert Company, Davey Tree Surgery Company, and Davey Resource Group, Inc. | Mcdermott Will & Emery LLP<br>Attn: Jeffrey M. Reisner<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067-3206 | . | First Class Mail |
| Counsel to Winners Industry Co., Ltd. | Mckoool Smith, P.C.<br>Attn: James H. Smith<br>One Bryant Park, 47th Floor<br>New York, NY 10036 | jsmith@mckoolsmith.com | Email |
| Counsel to Public Employees Retirement Association of New Mexico | Michelson Law Group<br>Attn: Randy Michelson<br>220 Montgomery Street Suite 2100<br>San Francisco, CA 94104 | randy.michelson@michelsonlawgroup.com | Email |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP<br>Attn: Dennis F. Dunne<br>55 Hudson Yards<br>New York, NY 10001-2163 | ddunne@milbank.com | Email |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP<br>Attn: Gregory A. Bray, Samir L. Vora<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 | Gbray@milbank.com<br>svora@milbank.com | Email |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP<br>Attn: Samir L. Vora<br>1850 K St., N.W., Suite 1100<br>Washington, DC 20006 | svora@milbank.com | Email |
| Counsel for Marin Clean Energy | Mintz Levin Cohn Ferris Glovsky And Popeo, P.C.<br>Attn: Abigail V. O'Brient, Andrew B. Levin<br>2029 Century Park East Suite 3100<br>Los Angeles, CA 90067 | avobrient@mintz.com<br>ablevin@mintz.com | Email |

| DESCRIPTION | NAME | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Counsel to NEARON SUNSET, LLC | Montee & Associates<br>Attn: Kevin P. Montee<br>1250-I Newell Ave. Suite 149<br>Walnut Creek, CA 94596 | kmontee@monteeassociates.com | Email |
| Counsel to Quest Diagnostics Health & Wellness LLC d/b/a Quest Diagnostics | Morris James LLP<br>Attn: Brett D. Fallon, Esq.<br>500 Delaware Avenue, Suite 1500 P.O. Box 2306<br>Wilmington, DE 19899-2306 | bfallon@morrisjames.com | Email |
| Counsel for Exponent, Inc. | Newmeyer & Dillon LLP<br>Attn: James J. Ficenec<br>1333 N. California Blvd Suite 600<br>Walnut Creek, CA 94596 | James.Ficenec@ndlf.com | Email |
| Counsel for CALIFORNIA SELF-INSURERS' SECURITY FUND | Nixon Peabody LLP<br>Attn: MAXIMILIAN A. FERULLO<br>55 West 46th Street<br>New York, NY 10036 | | First Class Mail |
| Counsel for CALIFORNIA SELF-INSURERS' SECURITY FUND | Nixon Peabody LLP<br>Attn: RICHARD C. PEDONE<br>Exchange Place 53 State Street<br>Boston, MA 02109 | rpedone@nixonpeabody.com | Email |
| Counsel for CALIFORNIA SELF-INSURERS' SECURITY FUND | Nixon Peabody LLP<br>Attn: WILLIAM S. LISA<br>One Embarcadero Center 32nd Floor<br>San Francisco, CA 94111 | wlisa@nixonpeabody.com | Email |
| Counsel for Michael Vairo, Marie Dierssen, Catherine McClure, Tonia Hanson, Deirdre Coderre, Denise Stooksberry, John Stooksberry, Bryan Sullivan, Sara Hill, Isaiah Vera, Michael Williams, Joel Batts, Annaleisa Batts, Claudia Bijstra, Andries Bijstra, Roger Martinez, Candice Seals, Gretchen Franklin, Christopher Franklin, Paul Bowen, Kelly Jones, Tami Coleman, Cecil Morris, Linda Schooling, Jennifer Makin, Barbara Cruise, Benjamin Hernandez, Irma Enriquez, Constantina Howard, Leroy Howard, Edward Delongfield, Brenda Howell, Lynda Howell, Angela Coker, Sally Thorp, Paradise Moose Lodge, Nancy Seals | Northern California Law Group, PC<br>Attn: Joseph Feist<br>2611 Esplanade<br>Chico, CA 95973 | info@norcallawgroup.net<br>joe@norcallawgroup.net | Email |
| Counsel to City of Santa Clara dba Northern California Power Agency | Northern California Power Agency<br>Attn: Jane Luckhardt<br>651 Commerce Drive<br>Roseville, CA 95678-6411 | Jane.Luckhardt@ncpa.com | Email |
| Counsel to ADVENTIST HEALTHSYSTEM/WEST, a California non-profit religious corporation | Norton Rose Fulbright US LLP<br>ATTN: DAVID A. ROSENZWEIG<br>1301 Avenue of the Americas, Floor 2945<br>New York, NY 10019-6022 | david.rosenzweig@nortonrosefulbright.com | Email |
| Counsel for NextEra Energy Inc., NextEra Energy Partners, L.P. | Norton Rose Fulbright US LLP<br>Attn: Howard Seife, Andrew Rosenblatt, Christy Rivera<br>1301 Avenue of the Americas<br>New York, NY 10019-6022 | howard.seife@nortonrosefulbright.com<br>andrew.rosenblatt@nortonrosefulbright.com<br>christy.rivera@nortonrosefulbright.com | Email |
| Counsel to ADVENTIST HEALTHSYSTEM/WEST, a California non-profit religious corporation | Norton Rose Fulbright US LLP<br>ATTN: REBECCA J. WINTHROP<br>555 South Flower Street, Forty-First Floor<br>Los Angeles, CA 90071 | rebecca.winthrop@nortonrosefulbright.com | Email |

| DESCRIPTION | NAME | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Counsel for Public Entities Impacted by the Wildfires | Nuti Hart LLP<br>Attn: Gregory C. Nuti, Christopher H. Hart, Kimberly S. Fineman<br>411 30th Street Suite 408<br>Oakland, CA 94609-3311 | kfineman@nutihart.com<br>gnuti@nutihart.com<br>chart@nutihart.com | Email |
| Counsel to Department of Finance for the State of California and Governor Gavin Newsom | O'Melveny & Myers LLP<br>Attn: Jacob T. Beiswenger<br>400 South Hope Street<br>Los Angeles, CA 90071-2899 | jbeiswenger@omm.com | Email |
| Counsel to Department of Finance for the State of California and Governor Gavin Newsom | O'Melveny & Myers LLP<br>Attn: John J. Rapisardi, Nancy A. Mitchell and Daniel S. Shamah<br>7 Times Square<br>New York, NY 10036 | jrapisardi@omm.com<br>nmitchell@omm.com<br>dshamah@omm.com | Email |
| Counsel to Department of Finance for the State of California and Governor Gavin Newsom | O'Melveny & Myers LLP<br>Attn: Peter Friedman<br>1625 Eye Street, NW<br>Washington, DC 20006 | pfriedman@omm.com | Email |
| Counsel to Linda Dighton, Nancy Oliver, Grant Smelser, John Randall Dighton, Teddy Oliver and Richard Kelly | O'Brien & Zehnder<br>Attn: Jason Borg<br>9401 E. Stockton Blvd. Suite 225<br>Elk Grove, CA 95624 | jborg@jasonborglaw.com | Email |
| Office of the California Attorney General | Office of The California Attorney General<br>Attn: Bankruptcy Dept<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | bankruptcy@coag.gov | Email |
| Office of the United States Attorney for the Northern District of California | Office of The United States Attorney For The Northern District of California<br>Attn: Bankruptcy Unit<br>Federal Courthouse 450 Golden Gate Avenue<br>San Francisco, CA 94102 | | First Class Mail |
| Office of the United States Trustee | Office of The United States Trustee<br>Attn: James L. Snyder, Esq, & Timothy Lafreddi, Esq., Marta E. Villacorta<br>450 Golden Gate Ave Suite 05-0153<br>San Francisco, CA 94102 | timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov | Email |
| Counsel to Level-It Installations | Oles Morrison Rinker & Baker LLP<br>Attn: Liam K. Malone<br>492 Ninth Street, Suite 220<br>Oakland, CA 94607 | malone@oles.com | Email |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP<br>Attn: Debra Felder<br>1152 15th Street, NW<br>Washington, DC 20005 | dfelder@orrick.com | Email |

| DESCRIPTION | NAME | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Counsel to Centerbridge Partners, L.P. | Orrick, Herrington & Sutcliffe LLP<br>Attn: Douglas S. Mintz<br>Columbia Center 1152 15th Street, N.W.<br>Washington, DC 20005-1706 | | First Class Mail |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP<br>Attn: Lorraine McGowen<br>51 West 52nd Street<br>New York, NY 10019 | lmcgowen@orrick.com | Email |
| Counsel to Centerbridge Partners, L.P. | Orrick, Herrington & Sutcliffe LLP<br>Attn: Marc A. Levinson<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA 95814-4497 | malevinson@orrick.com | Email |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP<br>Attn: Thomas C. Mitchell<br>The Orrick Building 405 Howard Street<br>San Francisco, CA 94105 | tcmitchell@orrick.com | Email |
| Counsel for The Baupost Group, L.L.C., as the general partner and investment manager for certain entities | Pachulski Stang Ziehl & Jones LLP<br>Attn: Isaac M. Pachulski, Debra I. Grassgreen, Gabriel I. Glazer, John W. Lucas<br>One Sansome Street, 34th Floor Suite 3430<br>San Francisco, CA 94104-4436 | jlucas@pszjlaw.com<br>gglazer@pszjlaw.com<br>dgrassgreen@pszjlaw.com<br>ipachulski@pszjlaw.com | Email |
| Counsel to Southwire Company LLC | Parker, Hudson, Rainer & Dobbs, LLP<br>Attn: Bryan E. Bates, Esq.<br>303 Peachtree St., NE, Suite 5300<br>Atlanta, GA 30308 | bbates@phrd.com | Email |
| Counsel to Southwire Company, LLC | Parker, Hudson, Rainer & Dobbs, LLP<br>Attn: Bryan E. Bates, Esq.<br>303 Peachtree Street, Suite 3600<br>Atlanta, GA 30308 | bbates@phrd.com | Email |
| Counsel for Yuba County Water Agency, Stantec Consulting Services Inc., Amador Water Agency, Outback Contractors, Inc., Basin Enterprises, Inc., Sage Engineers, Inc., Fire Cause Analysis, Tyrrell Resources, Inc. | Parkinson Phinney<br>Attn: Thomas R. Phinney<br>3600 American River Drive Suite 145<br>Sacramento, CA 95864 | tom@parkinsonphinney.com | Email |
| Counsel for California Efficiency + Demand Management Council, Counsel for Cypress Energy Partners, L.P., Tulsa Inspection Resources – PUC, LLC, Tulsa Inspection Resources, LLC, CF Inspection Management, LLC, and Cypress Energy Management – TIR, LLC, Counsel for Peninsula Clean Energy Authority | Paul Hastings LLP<br>Attn: Justin E. Rawlins<br>515 South Flower Street Twenty-Fifth Floor<br>Los Angeles, CA 90071-2228 | justinrawlins@paulhastings.com | Email |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Attn: Alan W. Kornberg, Brian S. Hermann, Sean A. Mitchell, Neal P. Donnelly<br>1285 Avenue of the Americas | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>smitchell@paulweiss.com | Email |
| Attorney for Certain Camp Fire Claimants and as Ad Hoc Counsel for Camp Fire Real Property Owners | Peluso Law Group, PC<br>Attn: Larry A. Peluso<br>P.O. Box 7620<br>Incline Village, NV 89450 | firm@pelusolaw.net | Email |

| DESCRIPTION | NAME | EMAIL | METHOF OF SERVICE |
|---|---|---|---|
| Counsel to Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation<br>Attn: Andrea Wong<br>Office of the General Counsel 445 12th Street, SW<br>Washington, DC 20024-2101 | wong.andrea@pbgc.gov<br>efile@pbgc.gov | Email |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation<br>Attn: Courtney L. Morgan<br>Office of the General Counsel 445 12th Street, SW<br>Washington, DC 20024-2101 | morgan.courtney@pbgc.gov<br>efile@pbgc.gov | Email |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation<br>Attn: Daniel Robertson<br>Office of the General Counsel 445 12th Street, SW<br>Washington, DC 20024-2101 | efile@pbgc.gov<br>robertson.daniel@pbgc.gov | Email |
| Counsel for Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation<br>Attn: Melissa T. Ngo<br>Office of the General Counsel 445 12th Street, SW<br>Washington, DC 20024-2101 | ngo.melissa@pbgc.gov<br>efile@pbgc.gov | Email |
| Counsel for Puget Sound Energy, Inc. | Perkins Coie, LLP<br>Attn: Alan D. Smith<br>1201 Third Avenue Suite 4900<br>Seattle, WA 98101-3099 | ADSmith@perkinscoie.com | Email |
| Debtors | PG&E Corporation<br>Attn: President or General Counsel<br>77 Beale Street P.O. Box 77000<br>San Francisco, CA 94177 | | First Class Mail |
| Counsel for Bank of America, N.A. | Pillsbury Winthrop Shaw Pittman LLP<br>Attn: Dania Slim<br>324 Royal Palm Way Suite 2200<br>Palm Beach, FL 33480 | dania.slim@pillsburylaw.com | Email |
| Counsel to Consolidated Edison Development, Inc. | Pillsbury Winthrop Shaw Pittman LLP<br>ATTN: HUGH M. MCDONALD<br>31 West 52nd Street<br>New York, NY 10019-6131 | hugh.mcdonald@pillsburylaw.com | Email |
| Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc. | Pillsbury Winthrop Shaw Pittman LLP<br>Attn: Hugh M. Ray, III<br>900 Fannin Suite 2000<br>Houston, TX 77010 | hugh.ray@pillsburylaw.com | Email |
| Counsel to Consolidated Edison Development, Inc. | Pillsbury Winthrop Shaw Pittman LLP<br>ATTN: JONATHAN DOOLITTLE<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, CA 94111-5998 | jonathan.doolittle@pillsburylaw.com | Email |
| Counsel for Bank of America, N.A. | Pillsbury Winthrop Shaw Pittman LLP<br>Attn: Leo T. Crowley<br>1540 Broadway<br>New York, NY 10036 | leo.crowley@pillsburylaw.com | Email |
| Counsel for Bank of America, N.A. | Pillsbury Winthrop Shaw Pittman LLP<br>Attn: M. David Minnick<br>Four Embarcadero Center 22nd Floor<br>San Francisco, CA 94126-5998 | dminnick@pillsburylaw.com | Email |

Case: 19-30088    Doc# 13581    Filed: 03/06/23    Entered: 03/06/23 16:34:00    Page 39 of 53

| DESCRIPTION | NAME | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| | Pillsbury Winthrop Shaw Pittman LLP<br>Attn: Philip S. Warden<br>Four Embarcadero Center 22nd Floor<br>San Francisco, CA 94111-5998 | philip.warden@pillsburylaw.com | Email |
| Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc. | Pino & Associates<br>Attn: Estela O. Pino<br>1520 Eureka Road, Suite 101<br>Roseville, CA 95661 | epino@epinolaw.com | Email |
| Counsel for Ghost Ship Warehouse Plaintiffs' Executive Committee | Placer County Office of the Treasurer–Tax Collector<br>Attn: Robert Kanngiesser<br>2976 Richardson Drive<br>Auburn, CA 95603 | | First Class Mail |
| Interested Party Placer County Office of the Treasurer–Tax Collector | PMRK Law<br>Attn: Peter P. Meringolo<br>201 Spear Street Suite 1100<br>San Francisco, CA 94105 | peter@pmrklaw.com | Email |
| Counsel for Mark Pulido, Counsel for Donna Walker, Mount Veeder Springs LLC, Counsel for Mount Veeder Springs LLC | Polsinelli LLP<br>Attn: Lindsi M. Weber<br>One East Washington St., Suite 1200<br>Phoenix, AZ 85004-2568 | lweber@polsinelli.com | Email |
| COUNSEL TO DIGNITY HEALTH AND ITS AFFILIATES | Polsinelli LLP<br>Attn: Randye B. Soref<br>2049 Century Park East, Suite 2900<br>Los Angeles, CA 90067 | rsoref@polsinelli.com | Email |
| COUNSEL TO DIGNITY HEALTH AND ITS AFFILIATES | Polsinelli LLP<br>Attn: Tanya Behnam<br>2049 Century Park East Suite 2900<br>Los Angeles, CA 90067 | tbehnam@polsinelli.com | Email |
| Counsel to Whitebox Multi-Strategy Partners, LP, Whitebox GT Fund, LP, Pandora Select Partners, LP and Whitebox CA JA Blanca Fund, LP | Procopio, Cory, Hargreaves & Savitch LLP<br>Attn: Gerald P. Kennedy, Esq.<br>525 B Street, Suite 2200<br>San Diego, CA 92101 | gerald.kennedy@procopio.com | Email |
| Counsel to Agile Sourcing Partners, Inc., Vanguard Institutional Short-Term Bond Fund and Vanguard Ultra-Short-Term Bond Fund | Proskauer Rose LLP<br>Attn: Martin J. Bienenstock, Brian S. Rosen, Maja Zerjal<br>Eleven Times Square<br>New York, NY 10036-8299 | mbienenstock@proskauer.com<br>brosen@proskauer.com<br>mzerjal@proskauer.com | Email |
| Counsel for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. | Proskauer Rose LLP<br>Attn: Michael A. Firestein, Lary Alan Rappaport, Steve Y. Ma<br>2029 Century Park East Suite 2400<br>Los Angeles, CA 90067-3010 | mfirestein@proskauer.com<br>lrappaport@proskauer.com<br>sma@proskauer.com | Email |
| Counsel for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. | Provencher & Flatt, LLP<br>Attn: Douglas b. Provencher<br>823 Sonoma Avenue<br>Santa Rosa, CA 95404 | dbp@provlaw.com | Email |
| Interested Party Provencher & Flatt | Pryor Cashman LLP<br>Attn: Ronald S. Beacher<br>7 Times Square<br>New York, NY 10036 | rbeacher@pryorcashman.com | Email |
| Interested Party Pryor Cashman LLP | | | |

| DESCRIPTION | NAME | EMAIL | METHOF OF SERVICE |
|---|---|---|---|
| Counsel to Canyon Capital Advisors LLC | Quinn Emanuel Urquhart & Sullivan, LLP<br>Attn: Bennett Murphy<br>865 South Figueroa Street 10th Floor<br>Los Angeles, CA 90017-2543 | bennettmurphy@quinnemanuel.com | Email |
| Counsel for the County of Santa Clara Department of Tax and Collections | Raines Feldman LLP<br>Attn: Jacquelyn H. Choi<br>1800 Avenue of the Stars 12th Floor<br>Los Angeles, CA 90067 | jchoi@raineslaw.com | Email |
| Counsel for AECOM Technical Services, Inc., Klefner and Associates, Inc., JAN X-Ray Services, Inc., Counsel for Klefner and Associates, Inc. and JAN X-Ray Services, Inc., AECOM Technical Services, Inc., Counsel for Parsons Environment & Infrastructure, Inc. | Reed Smith LLP<br>Attn: Christopher O. Rivas, Marsha A. Houston<br>355 South Grand Avenue, Suite 2900<br>Los Angeles, CA 90071-1514 | crivas@reedsmith.com<br>mhouston@reedsmith.com | Email |
| Counsel for Nevada Irrigation District, Lodi Gas Storage, L.L.P., Wild Goose, LLC, Paradise Irrigation District, Paradise Unified School District, Northern Recycling and Waste Services, LLC, Northern Holdings, LLC, Napa County Recycling & Waste Services, LLC and Napa Recycling & Waste Services, LLC | Reed Smith LLP<br>Attn: Jonathan R. Doolittle, David E. Weiss<br>101 Second Street Suite 1800<br>San Francisco, CA 94105-3659 | jdoolittle@reedsmith.com<br>dweiss@reedsmith.com | Email |
| Counsel for Parsons Environment & Infrastructure, Inc. | Reed Smith LLP<br>Attn: Marsha A. Houston<br>355 South Grand Avenue, Suite 2900<br>Los Angeles, CA 90071-1514 | mhouston@reedsmith.com | Email |
| Counsel for Nevada Irrigation District, Lodi Gas Storage, L.L.P., Wild Goose, LLC | Reed Smith LLP<br>Attn: Monique B. Howery<br>10 S. Wacker Drive 40th Floor<br>Chicago, IL 60606 | | First Class Mail |
| Counsel for Lodi Gas Storage, L.L.P. Wild Goose, LLC | Reed Smith LLP<br>Attn: Peter Munoz<br>101 Second Street Suite 1800<br>San Francisco, CA 94105-3659 | pmunoz@reedsmith.com | Email |
| Counsel for Bank of New York Mellon | Reed Smith LLP<br>Attn: Robert P. Simons<br>225 Fifth Avenue Suite 1200<br>Pittsburgh, PA 15222 | | First Class Mail |
| Counsel to City of American Canyon, San Ramon Valley Fire Protection District | Reeder Law Corporation<br>ATTN: DAVID M. REEDER<br>1801 Century Park East 16th Floor<br>LOS ANGELES, CA 90067 | david@reederlaw.com | Email |
| Counsel for Matthew E. Gerspacher and Abigail N. Gerspacher (Davis) | Reimer Law, PC<br>Attn: Nicole B. Reimer<br>313 Walnut Street Ste 120<br>Chico, CA 95973 | nbreimer.esq@gmail.com | Email |
| Counsel to Richards Law Firm Claimants | Richards Law Firm<br>Attn: John T. Richards, Evan Willis<br>101 W. Broadway Suite 1950<br>San Diego, CA 92101 | john@ltrlaw1.com<br>evan@ltrlaw1.com | Email |
| Counsel for Pivot Interiors, Inc. | Rimon, P.C.<br>Attn: Lillian G. Stenfeldt<br>One Embarcadero Center Suite 400<br>San Francisco, CA 94111 | lillian.stenfeldt@rimonlaw.com | Email |

| DESCRIPTION | NAME | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Counsel for Pivot Interiors, Inc. | Rimon, P.C.<br>Attn: Phillip K. Wang<br>One Embarcadero Center Suite 400<br>San Francisco, CA 94111 | phillip.wang@rimonlaw.com | Email |
| Special Bankruptcy Counsel for Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation | Ringstad & Sanders LLP<br>Attn: Nanette D. Sanders<br>4343 Von Karman Avenue Suite 300<br>Newport Beach, CA 92660 | nanette@ringstadlaw.com | Email |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Robins Cloud LLP<br>Attn: Bill Robins, III, Robert Bryson<br>650 California Street Site 450<br>Santa Monica, CA 90401 | robins@robinscloud.com<br>rbryson@robinscloud.com | Email |
| Counsel to Ruckman-Leal Creditors, Counsel to Michael Marroquin | Rodriguez & Associates<br>Attn: Joseph Whittington, Esq. and Daniel Turek, Esq.<br>1128 Truxtun Ave<br>Bakersfield, CA 93301-4618 | | First Class Mail |
| | Rolnick Kramer Sadighi LLP<br>Attn: Richard A. Bodnar<br>1251 Avenue of the Americas<br>New York, NY 10020 | rbodnar@rkllp.com | Email |
| Counsel to Various Rescission and Damage Claimants | Ropers, Majeski, Kohn & Bentley<br>Attn: STEVEN G. POLARD<br>445 South Figueroa Street, Suite 3000<br>Los Angeles, CA 90071 | steven.polard@rmkb.com | Email |
| Counsel to CREATIVE CEILINGS, INC. | Ropes & Gray LLP<br>Attn: Gregg M. Galardi, Hannah Boyagg, Daniel G. Egan<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 | gregg.galardi@ropesgray.com<br>hannah.boyagg@ropesgray.com<br>daniel.egan@ropesgray.com | Email |
| Counsel for ELLIOTT MANAGEMENT CORPORATION, on behalf of itself and certain funds and accounts managed, adviced, or sub-advised by it | Ropes & Gray LLP<br>Attn: Matthew L. McGinnis<br>Prudential Tower, 800 Boylston Street<br>Boston, MA 02199-3600 | ssally@ropesgray.com<br>matthew.mcginnis@ropesgray.com | Email |
| Counsel for ELLIOTT MANAGEMENT CORPORATION, on behalf of itself and certain funds and accounts managed, adviced, or sub-advised by it | Ropes & Gray LLP<br>Attn: Matthew M. Roose, Mark I. Bane<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 | mark.bane@ropesgray.com<br>matthew.roose@ropesgray.com | Email |
| Counsel for The Baupost Group L.L.C., as the managing general partner and/or investment manager for certain entities | Ropes & Gray LLP<br>Attn: Peter L. Welsh & Patricia I. Chen<br>Prudential Tower 800 Boylston Street<br>Boston, MA 02199-3600 | peter.welsh@ropesgray.com<br>patricia.chen@ropesgray.com | Email |
| Counsel for The Baupost Group L.L.C., as the managing general partner and/or investment manager for certain entities | Rutan & Tucker, LLP<br>Attn: Roger F. Friedman, Philip J. Blanchard<br>611 Anton Boulevard Suite 1400<br>Costa Mesa, CA 92626-1931 | rfriedman@rutan.com<br>pblanchard@rutan.com | Email |
| Counsel for ARB, INC. | Salvato Boufadel LLP<br>Attn: Barry S. Glaser<br>355 South Grand Avenue Suite 2450<br>Los Angeles, CA 90071-9500 | bglaser@salvatoboufadel.com | Email |
| Counsel for Sonoma County Treasurer & Tax Collector, Counsel for the County of Placer | | | |

| DESCRIPTION | NAME | EMAIL | METHOF OF SERVICE |
|---|---|---|---|
| Counsel for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | San Francisco City Attorney'S Office<br>Attn: Owen Clements<br>1390 Market Street 7th Floor<br>San Francisco, CA 94102 | | First Class Mail |
| Counsel for International Business Machines Corp. | Satterlee Stephens LLP<br>Attn: Christopher R. Belmonte, Esq., Pamela A. Bosswick, Esq.<br>230 Park Avenue<br>New York, NY 10169 | cbelmonte@ssbb.com<br>pbosswick@ssbb.com | Email |
| Counsel for SBA Steel II, LLC | Saul Ewing Arnstein & Lehr LLP<br>Attn: Barry A. Chatz<br>161 N. Clark Street, Suite 4200<br>Chicago, IL 60601 | barry.chatz@saul.com | Email |
| Counsel for SBA Steel II, LLC | Saul Ewing Arnstein & Lehr LLP<br>Attn: Lucian B. Murley<br>1201 North Market Street, Suite 2300<br>Wilmington, DE 19801 | luke.murley@saul.com | Email |
| COUNSEL TO MARIE VALENZA, BRANDEE GOODRICH, KRISTAL DAVIS-BOLIN, ASHLEY DUITSMAN, BARBARA MORRIS, MARY HAINES | Savage, Lamb & Lunde, PC<br>ATTN: E. RYAN LAMB<br>1550 Humboldt Road, Suite 4<br>CHICO, CA 95928 | erlamblaw@gmail.com | Email |
| Counsel to Compass Lexecon, LLC | Schnader Harrison Segal & Lewis LLP<br>Attn: George H. Kalikman<br>650 California Street 19th Floor<br>San Francisco, CA 94108-2736 | gkalikman@schnader.com | Email |
| Counsel to HDI Global Specialty SE, Munich Re, and Party Liberty Specialty Markets | Severson & Werson<br>Attn: Duane M. Geck, Donald H. Cram, Bernard J. Kornberg<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111 | dmg@severson.com<br>dhc@severson.com<br>bjk@severson.com | Email |
| Counsel for Turner Construction Company | Seyfarth Shaw LLP<br>Attn: M. Ryan Pinkston<br>560 Mission Street Suite 3100<br>San Francisco, CA 94105 | rpinkston@seyfarth.com | Email |
| Counsel to Agua Caliente Solar, LLC, Clearway Energy Group LLC, Clearway Energy, Inc., MC Shiloh IV Holdings LLC, NRG Energy, Inc., Solar Partners VIII LLC, and TerraForm Power, Inc. | Shearman & Sterling LLP<br>Attn: C. Luckey McDowell<br>1100 Louisiana Suite 3300<br>Houston, TX 77002 | luckey.mcdowell@shearman.com | Email |
| Counsel to Agua Caliente Solar, LLC, Clearway Energy Group LLC, Clearway Energy, Inc., MC Shiloh IV Holdings LLC, NRG Energy, Inc., Solar Partners VIII LLC, and TerraForm Power, Inc. | Shearman & Sterling LLP<br>Attn: Daniel Laguardia<br>535 Mission Street 25th Floor<br>San Francisco, CA 94105 | daniel.laguardia@shearman.com | Email |
| Counsel for East Bay Community Energy Authority | Shemanolaw<br>Attn: David B. Shemano<br>1801 Century Park East Suite 1600<br>Los Angeles, CA 90067 | dshemano@shemanolaw.com | Email |

| DESCRIPTION | NAME | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Counsel to Ormat Technolgies Inc. | Sheppard, Mullin, Richter & Hampton LLP<br>Attn: Michael M. Lauter, Esq.<br>Four Embarcadero Center 17th Floor<br>San Francisco, CA 94111 | mlauter@sheppardmullin.com | Email |
| Counsel for PG&E Holdco Group | Sheppard, Mullin, Richter & Hampton LLP<br>Attn: ORI KATZ, MICHAEL M. LAUTER, and SHADI FARZAN<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4109 | okatz@sheppardmullin.com<br>mlauter@sheppardmullin.com<br>sfarzan@sheppardmullin.com | Email |
| Counsel to Gartner, Inc. | Shipman & Goodwin LLP<br>Attn: ERIC GOLDSTEIN<br>One Constitution Plaza<br>Hartford, CT 06103- | egoldstein@goodwin.com | Email |
| Attorneys for Cushman & Wakefield, Inc. | Shulman Hodges & Bastian LLP<br>Attn: Leonard M. Shulman, Melissa Davis Lowe<br>100 Spectrum Center Drive Suite 600<br>Irvine, CA 92618 | lshulman@shbllp.com<br>mlowe@shbllp.com | Email |
| Counsel to Simon Property Group, Inc. | Simon Property Group, Inc.<br>Attn: Catherine M. Martin, Esq.<br>225 West Washington Street<br>Indianapolis, IN 46204 | cmartin@simon.com | Email |
| Counsel to the Board of PG&E Corporation and Pacific Gas and Electric Company and Certain Current and Former Independent Directors | Simpson Thacher & Bartlett LLP<br>Attn: Jonathan Sanders<br>2475 Hanover Street<br>Palo Alto, CA 94304 | jsanders@stblaw.com | Email |
| Counsel to the Board of PG&E Corporation and Pacific Gas and Electric Company and Certain Current and Former Independent Directors | Simpson Thacher & Bartlett LLP<br>Attn: Michael H. Torkin, Nicholas Goldin, Kathrine A. McLendon, Jamie J. Fell<br>425 Lexington Avenue<br>New York, NY 10017 | michael.torkin@stblaw.com<br>ngoldin@stblaw.com<br>kmclendon@stblaw.com<br>jamie.fell@stblaw.com | Email |
| Counsel to the Ad Hoc Committee of Unsecured Tort Claimant Creditors and the Singleton Law Firm Fire Victim Claimants | Singleton Law Firm, APC<br>Attn: Gerald Singleton & John C. Lemon<br>450 A Street, 5th Floor<br>San Diego, CA 92101 | | First Class Mail |
| Counsel to Atlantica Yield plc and Mojave Solar LLC | Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: J. Eric Ivester<br>One Manhattan West<br>New York, NY 10001-8602 | Eric.Ivester@skadden.com | Email |
| Counsel to Righetti Ranch, LP and Righetti INC, LLC | Solomon Ward Seidenwurm & Smith, LLP<br>Attn: Michael D. Breslauer<br>401 B Street, Suite 1200<br>San Diego, CA 92101 | mbreslauer@swsslaw.com<br>wyones@swsslaw.com | Email |
| Counsel for Southern California Edison Company | Southern California Edison Company<br>Attn: Julia A. Mosel, Patricia A. Cirucci<br>2244 Walnut Grove Avenue 3rd Floor<br>Rosemead, CA 91770 | Julia.Mosel@sce.com<br>patricia.cirucci@sce.com | Email |

| DESCRIPTION | NAME | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Counsel to Various Rescission and Damage Claimants | ST. JAMES LAW, P.C. <br> Attn: Michael St. James <br> 22 Battery Street Suite 810 <br> San Francisco, CA 94111 | Ecf@stjames-law.com <br> michael@stjames-law.com | Email |
| Counsel for Garcia and Associates | ST. JAMES LAW, P.C. <br> Attn: Michael St. James <br> 22 Battery Street Suite 888 <br> San Francisco, CA 94111 | Ecf@stjames-law.com | Email |
| Attorney for California Department of Industrial Relations Office of Self-Insured Plans | State of California, Department of Industrial Relations <br> Attn: Pamela Allen <br> 1515 Clay Street, 17th Floor <br> Oakland, CA 94612 | | First Class Mail |
| Counsel to Davey Tree Expert Company, Davey Tree Surgery Company, and Davey Resource Group, Inc. | Steptoe & Johnson LLP <br> Attn: Jeffrey M. Reisner & Kerri A. Lyman <br> 633 West Fifth Street, Suite 1900 <br> Los Angeles, CA 90071 | jreisner@steptoe.com <br> klyman@steptoe.com | Email |
| Individual 2015 Butte Fire Victim Creditor | Steve Christopher <br> PO Box 281 <br> Altaville, CA 95221 | sc21042271@gmail.com | Email |
| Counsel to Allianz Global Corporate & Specialty | Stevens & Lee, P.C. <br> Attn: Constantine D. Pourakis <br> 485 Madison Avenue 20th Floor <br> Stevens & Lee, P.C. | cp@stevenslee.com | Email |
| Counsel to Allianz Global Corporate & Specialty | Attn: Leonard P. Goldberger <br> 620 Freedom Business Center Suite 200 <br> King of Prussia, PA 19406 | lpg@stevenslee.com | Email |
| Counsel for Liberty Mutual Life Insurance Company | Stewart Sokol & Larkin LLC <br> Attn: Jan D. Sokol, Esq. <br> 2300 SW First Avenue, Suite 200 <br> Portland, OR 97201 | jdsokol@lawssl.com | Email |
| Counsel to The Oklonite Company | Stites & Harbison PLLC <br> Attn: Elizabeth Lee Thompson <br> 250 West Main Street Suite 2300 <br> Lexington, KY 40507-1758 | ethompson@stites.com | Email |
| Counsel to Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC, Enel Green Power North America, Inc., et al. and Enel X, Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for Power LLC, et al. | Stoel Rives LLP <br> Attn: Andrew H. Morton, Jennifer N. Slocum <br> 600 University Street, Suite 3600 <br> Seattle, WA 98101 | andrew.morton@stoel.com, <br> jennifer.slocum@stoel.com | Email |
| Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for FTP Power LLC, et al. | Stoel Rives LLP <br> Attn: David B. Levant <br> 101 S. Capitol Boulevard Suite 1900 <br> Boise, ID 83702 | david.levant@stoel.com | Email |
| Counsel to Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC, Enel Green Power North America, Inc., et al. and Enel X, Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for Power LLC, et al. | Stoel Rives LLP <br> Attn: Oren Buchanan Haker <br> 760 SW Ninth, Suite 3000 <br> Portland, OR 97205 | oren.haker@stoel.com | Email |

| DESCRIPTION | NAME | EMAIL | METHOF OF SERVICE |
|---|---|---|---|
| Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for FTP Power LLC, et al. | Stoel Rives LLP<br>Attn: Sunny S. Sarkis<br>500 Capitol Mall Suite 1600<br>Sacramento, CA 98514 | sunny.sarkis@stoel.com | Email |
| Counsel to Vanguard Institutional Short-Term Bond Fund and Vanguard Ultra-Short-Term Bond Fund | Stradley Ronon Stevens & Young, LLP<br>Attn: Marissa Parker & Julie M. Murphy<br>2005 Market Street, Suite 2600<br>Philadelphia, PA 19103 | mparker@stradley.com<br>Jmmurphy@stradley.com | Email |
| Counsel to South San Joaquin Irrigation District | Stradling Yocca Carlson & Rauth, P.C.<br>ATTN: PAUL R GLASSMAN<br>100 Wilshire Boulevard, 4th Floor<br>Santa Monica, CA 90401 | pglassman@sycr.com | Email |
| Counsel for Mizuho Bank, Ltd. | Stroock & Stroock & Lavan LLP<br>Attn: David W. Moon<br>2029 Century Park East<br>Los Angeles, CA 90067-3086 | dmoon@stroock.com | Email |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP<br>Attn: Frank A. Merola<br>2029 Century Park East<br>Los Angeles, CA 90067-3086 | fmerola@stroock.com | Email |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP<br>Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo<br>180 Maiden Lane<br>New York, NY 10038-4982 | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com | Email |
| Counsel for Mizuho Bank, Ltd. | Stroock & Stroock & Lavan LLP<br>Attn: Mark A. Speiser, Kenneth Pasquale, Sherry J. Millman, Harold A. Olsen<br>180 Maiden Lane<br>New York, NY 10038-4982 | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>holsen@stroock.com<br>mspeiser@stroock.com<br>kpasquale@stroock.com<br>smillman@stroock.com | Email |
| Counsel for Public Entities Impacted by the Wildfires | Stutzman, Bromberg, Esserman & Plifka, P.C.<br>Attn: Sander L. Esserman, Cliff I. Taylor<br>2323 Bryan Street Suite 2200<br>Dallas, TX 5201-2689 | esserman@sbep-law.com | Email |
| Counsel for Project Management, Inc. | Synergy Project Management, Inc.<br>c/o Law Office of Ivan C. Jen<br>1017 Andy Circle<br>Sacramento, CA 95838 | ivan@icjenlaw.com | Email |
| Counsel for BrightView Enterprise Solutions, LLC, Counsel for Granite Construction Incorporated, BrightView Landscape Services, Inc. | Taylor English Duma LLP<br>Attn: John W. Mills, III<br>1600 Parkwood Circle Suite 200<br>Atlanta, GA 30339 | jmills@taylorenglish.com | Email |

Case: 19-30088    Doc# 13581    Filed: 03/06/23    Entered: 03/06/23 16:34:00    Page 46 of 53

| DESCRIPTION | NAME | EMAIL | METHOF OF SERVICE |
|---|---|---|---|
| Counsel for The Davey Tree Expert Company | The Davey Tree Expert Company<br>Attn: Erika J. Schoenberger, General Counel<br>1500 N. Mantua Street<br>Kent, OH 44240 | Erika.Schoenberger@davey.com | Email |
| Counsel for Karen Gowins and Certain Victims of the Camp Fire | The Kane Law Firm<br>Attn: Steven S. Kane, Bonnie E. Kane<br>402 W. Broadway, Suite 2500<br>San Diego, CA 92101 | bonnie@thekanelawfirm.com<br>skane@thekanelawfirm.com | Email |
| Counsel to International Church of the Foursquare Gospel | The Law Office of Joseph West<br>Attn: Joseph West Esq.<br>575 E. Locust Ave., Suite 120<br>Fresno, CA 93720 | josephwest@westlawfirmofcalifornia.com | Email |
| Counsel to The Regents of the University of California | The Regents of the University of California<br>Attn: Rhonda Stewart Goldstein<br>Office of the General Counsel 1111 Franklin Street, 8th Floor<br>Oakland, CA 94607-5200 | rhonda_goldstein@ucop.edu | Email |
| ATTORNEYS FOR ZACKARY FERNANDEZ, Individually, and as Successor in Interest to, JESUS PEDRO FERNANDEZ, Deceased | The Veen Firm, P.C.<br>Attn: Elinor Leary, Brian Gregory<br>20 Haight Street<br>San Francisco, CA 94102 | | First Class Mail |
| Counsel to Compass Lexecon, LLC | Togut, Segal & Segal LLP<br>Attn: Albert Togut, Kyle J. Ortiz, Amy M. Oden, Amanda C. Glaubach<br>One Penn Plaza Suite 3335<br>New York, NY 10119 | altogut@teamtogut.com<br>kortiz@teamtogut.com<br>aoden@teamtogut.com<br>aglaubach@teamtogut.com | Email |
| Attorneys for Objector Patricia Garrison | Tosdal Law Firm<br>Attn: Thomas Tosdal<br>777 S. Highway 101, Ste. 215<br>Solana Beach, CA 92075 | tom@tosdallaw.com | Email |
| Counsel for Valero Refining Company-California | Trodella & Lapping LLP<br>Attn: Richard A. Lapping<br>540 Pacific Avenue<br>San Francisco, CA 94133 | Rich@TrodellaLapping.com | Email |
| Counsel for Consolidated Edison Development Inc. | Troutman Pepper Hamilton Sanders LLP<br>Attn: Gabriel Ozel, Jared D. Bissell<br>11682 El Camino Real, Suite 400<br>San Diego, CA 92130-2092 | jared.bissell@troutman.com | Email |
| Counsel to Southern Power Company, Consolidated Edison Development, Inc. | Troutman Sanders LLP<br>Attn: Dean Morehous<br>3 Embarcadero Center Suite 800<br>San Francisco, CA 94111 | dean.morehous@troutman.com | Email |
| Counsel for Consolidated Edison Development Inc. | Troutman Sanders LLP<br>Attn: Hugh M. McDonald<br>875 Third Avenue<br>New York, NY 10022 | hugh.mcdonald@troutman.com | Email |

| DESCRIPTION | NAME | EMAIL | METHOF OF SERVICE |
|---|---|---|---|
| Counsel for Southern Power Company and Osmose Utilities Services, Inc. | Troutman Sanders LLP<br>Attn: LaShaun Jones<br>600 Peachtree St. NE Suite 3000<br>Atlanta, GA 30308 | LaShaun.Jones@troutman.com | Email |
| Counsel to the Federal Energy Regulatory Commission | U.S. Department of Justice, Civil Division<br>Attn: Joseph H. Hunt, Ruth A. Harvey, Kirk Manhardt, Matthew Troy, Marc S. Sacks, Shane Huang, Michael S. Tye, Rodney A. Morris<br>11001 L Street, NW Room 10030<br>Washington, DC 20530 | shane.huang@usdoj.gov<br>michael.tye@usdoj.gov<br>Rodney.Morris2@usdoj.gov | Email |
| Counsel to the Federal Energy Regulatory Commission | U.S. Department of Justice, Civil Division<br>Attn: Joseph H. Hunt, Ruth A. Harvey, Kirk Manhardt, Matthew Troy, Marc S. Sacks, Shane Huang, Michael S. Tye, Rodney A. Morris<br>P.O. Box 875 Ben Franklin Station<br>Washington, DC 20044-0875 | shane.huang@usdoj.gov<br>michael.tye@usdoj.gov<br>Rodney.Morris2@usdoj.gov | Email |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission<br>Attn: General Counsel<br>U.S. NRC Region IV 1600 E. Lamar Blvd.<br>Arlington, TX 76011 | | First Class Mail |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission<br>Attn: General Counsel<br>Washington, DC 20555-0001 | | First Class Mail |
| Interested Party | Union Pacific Railroad Company<br>Attn: Tonya W. Conley, Lila L. Howe<br>1400 Douglas Street STOP 1580<br>Omaha, NE 68179 | bankruptcynotices@up.com | Email |
| Unsecured Creditor Claim No. 7072 | Unsecured Creditor Claim No. 7072<br>Attn: John Ramirez, Marta Ramirez<br>38006 Pueblo Road<br>Hinkley, CA 92347 | | First Class Mail |
| Unsecured Creditor Claim No. 7083 | Unsecured Creditor Claim No. 7083<br>Attn: Aurang Zaib Khan, Halima Zahib<br>1969 East Cooley Ave.<br>San Bernardino, CA 92408 | | First Class Mail |
| Unsecured Creditor Claim No. 7167 | Unsecured Creditor Claim No. 7167<br>Attn: Ken Nitao<br>244 S. Citrus Avenue<br>Alhambra, CA 91801 | | First Class Mail |
| Unsecured Creditor Claim No. 7168 | Unsecured Creditor Claim No. 7168<br>Attn: Robert Miller, Donna Learmont<br>37241 Sycamore Street<br>Hinkley, CA 92347 | | First Class Mail |

| DESCRIPTION | NAME | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Unsecured Creditor Claim No. 7171 | Unsecured Creditor Claim No. 7171<br>Attn: Shirley Holcroft, Sam Cabrera<br>2610 S Mariposa Rd<br>Apache Jct, AZ 85119-9252 | | First Class Mail |
| Unsecured Creditor Claim No. 7175 | Unsecured Creditor Claim No. 7175<br>Attn: Andrea Williams, Dan S. Williams<br>36796 Hillview Road<br>Hinkley, CA 92347 | | First Class Mail |
| Unsecured Creditor Claim No. 7176 | Unsecured Creditor Claim No. 7176<br>Attn: Keith Hawes<br>P.O. Box 376<br>Hinkley, CA 92347 | | First Class Mail |
| Unsecured Creditor Claim No. 7180 | Unsecured Creditor Claim No. 7180<br>Attn: Oscar Urbina<br>3617 Slauson Ave.<br>Maywood, CA 90270 | | First Class Mail |
| Unsecured Creditor Claim No. 7183 | Unsecured Creditor Claim No. 7183<br>Attn: Martin Garza, Lynette Brown<br>P.O. Box 344<br>Hinkley, CA 92347 | | First Class Mail |
| Unsecured Creditor Claim No. 7199 | Unsecured Creditor Claim No. 7199<br>Attn: Carolyn Bolin, William Bolin<br>36310 Lenwood Road<br>Hinkley, CA 92347 | | First Class Mail |
| Unsecured Creditor Claim No. 7200 | Unsecured Creditor Claim No. 7200<br>Attn: Sandra L. Brown<br>5432 Macedonia Church Rd<br>Prosperity, SC 29127-7389 | | First Class Mail |
| Unsecured Creditor Claim No. 7201 | Unsecured Creditor Claim No. 7201<br>Attn: Barbara A. Vinson, Lloyd K. Vinson<br>3220 Cindy Circle<br>Anderson, CA 96007 | | First Class Mail |
| Unsecured Creditor Claim No. 7226 | Unsecured Creditor Claim No. 7226<br>Attn: Rosalba Hernandez<br>18284 Pacific Street<br>Hesperia, CA 92345 | | First Class Mail |
| Unsecured Creditor Claim No. 7229 | Unsecured Creditor Claim No. 7229<br>Attn: David Matthiesen, Candace Matthiesen<br>36709 Hidden River Road<br>Hinkley, CA 92347 | | First Class Mail |
| Unsecured Creditor Claim No. 7244 | Unsecured Creditor Claim No. 7244<br>Attn: Agustin Carrera, Maritza Carrera<br>886 Gina Ct.<br>Upland , CA 91784 | | First Class Mail |
| Unsecured Creditor Claim No. 7244 | Unsecured Creditor Claim No. 7244<br>Attn: Aquilla Frederick<br>20455 Halstead Road<br>Hinkley, CA 92347 | | First Class Mail |

| DESCRIPTION | NAME | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Unsecured Creditor Claim No. 7264 | Unsecured Creditor Claim No. 7264<br>Attn: Darlene Herring Jenkins<br>PO Box 512<br>Newberry Spgs, CA 92365-0512 | | First Class Mail |
| Unsecured Creditor Claim No. 7301 | Unsecured Creditor Claim No. 7301<br>Attn: Marina Riebeling, Adolfo Riebeling<br>4600 Jerry Ave.<br>Baldwin Park, CA 91706 | | First Class Mail |
| Unsecured Creditor Claim No. 7585 | Unsecured Creditor Claim No. 7585<br>Attn: Clell Courtney, Hennie Courtney<br>25595 Ash Road<br>Barstow, CA 92311 | | First Class Mail |
| Unsecured Creditor Claim No. 7591 | Unsecured Creditor Claim No. 7591<br>Attn: Cindy Sue Downing<br>P.O. Box 376<br>Hinkley, CA 92347 | | First Class Mail |
| Unsecured Creditor Claim No. 7657 | Unsecured Creditor Claim No. 7657<br>Attn: Joel A. Christison<br>PO Box 2635<br>Big River, CA 92242-2635 | | First Class Mail |
| Unsecured Creditor Claim No. 7704 | Unsecured Creditor Claim No. 7704<br>Attn: Nick Panchev<br>25633 Anderson Avenue<br>Barstow, CA 92311 | | First Class Mail |
| Unsecured Creditor Claim No. 8273 | Unsecured Creditor Claim No. 8273<br>Attn: Charles Matthiesen, Matsue Matthiesen<br>36771 Hidden River Rd.<br>Hinkley, CA 92347 | | First Class Mail |
| Unsecured Creditor Claim No. 8274 | Unsecured Creditor Claim No. 8274<br>Attn: Juliana Martinez, Manuel Martinez<br>36633 Hidden River Road<br>Hinkley, CA 92347 | | First Class Mail |
| Unsecured Creditor Claim No. 8274 | Unsecured Creditor Claim No. 8274<br>Attn: Norman Halstead<br>20455 Halstead Road<br>Hinkley, CA 92347 | | First Class Mail |
| Unsecured Creditor Claim No. 8278 | Unsecured Creditor Claim No. 8278<br>Attn: Kimberly Blowney<br>36816 Hillview Road<br>Hinkley, CA 92347 | | First Class Mail |
| Unsecured Creditor Claim No. 8283 | Unsecured Creditor Claim No. 8283<br>Attn: Saray Ordaz, Victor Suarez<br>1042 E. Sandison St. Apt. 1<br>Wilmington, CA 90744 | | First Class Mail |
| Unsecured Creditor Claim No. Pending | Unsecured Creditor Claim No. Pending<br>Attn: Yvonne Kirkpatrick, Herbert Nethery<br>23394 Alcudia Rd.<br>Hinkley, CA 92347 | | First Class Mail |

| DESCRIPTION | NAME | EMAIL | METHOF OF SERVICE |
|---|---|---|---|
| US Securities and Exchange Commission | Us Securities And Exchange Commission<br>Attn: Jina Choi, Regional Director<br>San Francisco Regional Office 44 Montgomery Street, Suite 2800<br>San Francisco, CA 94104 | sanfrancisco@sec.gov | Email |
| US Securities and Exchange Commission | Us Securities And Exchange Commission<br>Attn: Office of General Counsel<br>100 F St. NE MS 6041B<br>Washington, DC 20549 | secbankruptcy@sec.gov | Email |
| Counsel for Interstate Fire & Casualty Company | Vedder Price Ca LLP<br>Attn: Scott H. Olson<br>275 Battery Street, Suite 2464<br>San Francisco, CA 94111 | | First Class Mail |
| Counsel for Vertiv Corporation, Nuance Communications, Inc. | Vorys, Sater, Seymour And Pease LLP<br>Attn: Tiffany Strelow Cobb, Esq.<br>52 East Gay Street<br>Columbus, OH 43215 | tscobb@vorys.com | Email |
| Counsel to Public Employees Retirement Association of New Mexico | Wagstaffe, Von Loewenfeldt, Busch & Radwick, LLP<br>Attn: James M. Wagstaffe & Frank Busch<br>100 Pine Street Suite 725<br>San Francisco, CA 94111 | wagstaffe@wvbrlaw.com<br>busch@wvbrlaw.com | Email |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Walkup Melodia Kelly & Schoenberger<br>Attn: Michael A. Kelly, Khaldoun A. Baghdadi, Max Schuver<br>650 California Street 26th Floor<br>San Francisco, CA 94108 | mkelly@walkuplawoffice.com<br>kbaghdadi@walkuplawoffice.com<br>mschuver@walkuplawoffice.com | Email |
| Counsel for Aera Energy LLC, Midway Sunset Congeneration Company | Walter Wilhelm Law Group A Professional Corporation<br>Attn: Michael L. Wilhelm<br>205 E. River Park Circle Suite 410<br>Fresno, CA 93720 | Mwilhelm@W2LG.com | Email |
| Counsel to Debtor | Weil, Gotshal & Manges LLP<br>Attn: Stephen Karotkin, Jessica Liou, Matthew Goren<br>767 Fifth Avenue<br>New York, NY 10153-0119 | stephen.karotkin@weil.com<br>matthew.goren@weil.com<br>jessica.liou@weil.com<br>bankruptcycourtnotices@unioncounsel.net<br>erich@unioncounsel.net | Email |
| Counsel for Engineers and Scientists of California, Local 20, IFPTE, Counsel for SEIU United Service Workers - West | Weinberg Roger & Rosenfeld<br>Attn: Emily P. Rich<br>1001 Marina Village Parkway Suite 200<br>Alameda, CA 94501-1091 | tmainguy@unioncounsel.net<br>cgray@unioncounsel.net | Email |
| Counsel to Southwire Company, LLC | Weintraub Tobin Chediak Coleman Grodin<br>Attn: Julie E. Oelsner<br>400 Capitol Mall, 11th Floor<br>Sacramento, CA 95814 | joelsner@weintraub.com | Email |
| Counsel to Michael G. Kasolas, Claims Representative | Wendel Rosen LLP<br>Attn: Mark S. Bostick, Lisa Lenherr<br>1111 Broadway 24th Floor<br>Oakland, CA 94607 | mbostick@wendel.com<br>llenherr@wendel.com | Email |

| DESCRIPTION | NAME | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP<br>Attn: J.Christopher Shore<br>1221 Avenue of the Americas<br>New York, NY 10020-1095 | cshore@whitecase.com | Email |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP<br>Attn: Roberto J. Kampfner<br>555 South Flower Street Suite 2700<br>Los Angeles, CA 90071 | rkampfner@whitecase.com | Email |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP<br>Attn: Thomas E Lauria, Matthew C. Brown<br>Southeast Financial Center 200 South Biscayne Boulevard, Suite 4900 | tlauria@whitecase.com<br>mbrown@whitecase.com | Email |
| Counsel for Ballard Marine Construction, Inc. | Williams Kastner<br>Attn: Todd W. Blischke<br>601 Union Street Suite 4100<br>Seattle, WA 98101-2380 | TBlischke@williamskastner.com | Email |
| Counsel to Subrogation Trust Advisory Board | Willkie Farr & Gallagher LLP<br>Attn: Alexander L. Cheney<br>One Front Street<br>San Francisco, CA 94111 | acheney@willkie.com | Email |
| Counsel to Subrogation Trust Advisory Board | Willkie Farr & Gallagher LLP<br>Attn: Benjamin P. McCallen, Daniel Forman, Charles D. Cording<br>787 Seventh Avenue<br>New York, NY 10019 | bmccallen@willkie.com<br>dforman@willkie.com<br>ccording@willkie.com | Email |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Willkie Farr & Gallagher LLP<br>Attn: Matthew A. Feldman, Joseph G. Minias, Daniel I. Forman<br>787 Seventh Avenue<br>New York, NY 10019-6099 | mfeldman@willkie.com<br>jminias@willkie.com<br>dforman@willkie.com | Email |
| | Wilmer Cutler Pickering Hale & Dorr LLP<br>Attn: Chris Johnstone<br>950 PAGE MILL ROAD<br>PALO ALTO, CA 94304 | CHRIS.JOHNSTONE@WILMERHALE.COM | Email |
| Interested Party ICE NGX Canada Inc.<br>Counsel for Macquarie Energy LLC, Counsel for California Efficiency + Demand Management Council, Counsel for Cypress Energy Partners, L.P., Tulsa Inspection Resources — PUC, LLC, Tulsa Inspection Resources, LLC, CF Inspection Management, LLC and Cypress Energy Management – TIR, LLC, Counsel for Peninsula Clean Energy Authority, Counsel to the City of San Jose, CA | Winston & Strawn LLP<br>Attn: David Neier<br>200 Park Avenue 40th Floor<br>New York, NY 10166-4193<br>Winston & Strawn LLP<br>Attn: Jennifer Machlin Cecil<br>101 California Street 35th Floor<br>San Francisco, CA 94111-5840 | dneier@winston.com | Email |
| Counsel to the City of San Jose, CA | Winston & Strawn LLP<br>Attn: Michael A. Yuffee<br>1901 L Street NW<br>Washington, DC 20036 | Jcecil@winston.com | Email |
| Counsel for Macquarie Energy LLC | | | First Class Mail |

| DESCRIPTION | NAME | EMAIL | METHOF OF SERVICE |
|---|---|---|---|
| | Winthrop Couchot Golubow Hollander, LLP<br>Attn: Richard H. Golubow<br>1301 Dove Street Suite 500 | | |
| Counsel for Hoffman Southwest Corp. dba Professional Pipeline Services | Newport Beach, CA 92660 | rgolubow@wcghlaw.com | Email |
| | Wolkin Curran, LLP<br>Attn: James D. Curran, Esq.<br>111 Maiden Lane, 6th Floor | | |
| Counsel for Liberty Mutual Life Insurance Company | San Francisco, CA 94108 | jcurran@wolkincurran.com | Email |
| | Worley Law, P.C.<br>Attn: Kirsten A. Worley<br>1572 Second Avenue | | |
| Counsel for Ballard Marine Construction, Inc. | San Diego, CA 92101 | kw@wlawcorp.com | Email |
| | Young Conaway Stargatt & Taylor, LLP<br>Attn: Edwin J. Harron, Sara Beth A.R. Kohut<br>Rodney Square, 1000 North King Street | | |
| Counsel to Subrogation Wildfire Trust | Wilmington, DE 19801 | eharron@ycst.com | Email |
| | Young Ward & Lothert, A Professional Law Corporation<br>Attn: Scott Ward, Esq.<br>995 Morning Star Dr., Suite C | | |
| Counsel to Santiago Gatto and Anastasia Tkal | Sonora, CA 95370-5192 | info@youngwardlothert.com | Email |