Jason, Gerald & Stamatina Meek
173 Meadowcroft Way
Santa Rosa, CA 95403
Email:  meek.family.fire@gmail.com
Phone:  (650) 353-0830

March 6, 2023

The Honorable Dennis Montali
United States Bankruptcy Court
450 Golden Gate Ave., Courtroom 17
Mail Box 36099
San Francisco, CA 94102

Re:     Case No. 19-30088
        Docket #13518

**PLEASE POST TO COURTROOM DOCKET**

Dear Judge Montali:

Our family home was destroyed in the Tubbs Fire and we only narrowly escaped with our lives. We are claimants in the PG&E bankruptcy case and related settlement administered by the Fire Victim Trust (FVT).  We write to express our support for **Motion For Order Deeming William B. Abrams Supplement to Damage Claims Timely**.  This motion seeks to apply to all claimants in the PG&E bankruptcy case, among others, the same holdings that allowed a hedge fund investor and other stockholders of PG&E to seek additional damages from the PG&E debtors ("Debtors").

This motion is being put forward in response to the direction set by this Court through its **Order Granting Stipulation Resolving Motion of Baupost Group Securities, L.L.C.'s Supplement to Its Proofs of Rescissions or Damages Claims Timely** (the "Baupost Motion").  Baupost's Motion asserted that the Debtors' stock valuation was "artificially inflated because of the Debtors' material misstatements and nondisclosures concerning their safety practice" and that Baupost "later suffered significant losses when the value of those securities fell as the falsity of Debtors' earlier misstatements came to light...."  Baupost sought additional damages from the Debtors.

Similarly, a successful class action against the Debtors was filed in February 16, 2021 in United States District Court, Case 4:19-cv-06996-HSG, Document 81 (the "Class Action"), in which the Debtors agreed to pay $10,000,000 in a settlement to resolve additional damages pursuant to claims that the Debtors and certain related parties violated Section 10(b) of the Securities Exchange Act by making material misrepresentations and omissions to the public.

We understand that the Baupost Motion and the Class Action asserted additional damages against the Debtors after resolution of the PG&E bankruptcy case and after the formation of FVT.

United States Bankruptcy Court
March 6, 2023
Page 2 of 2

As you know, FVT was funded in large part through shares of PG&E stock, which means that the valuation of the shares contributed to FVT for the benefit of claimants, like us, has also been adversely impacted by the same material misrepresentations and omissions.

We respectfully request that all claimants in the PG&E bankruptcy case and related settlement administered by FVT be granted the same rights to file subsequent claims against the Debtors, as were Baupost Group Securities, L.L.C. and the stockholders in the Class Action.

Sincerely yours,


_____
Jason Meek


_____
Gerald Meek


_____
Stamatina Meek