

Mathew Tyler
PO Box 866
Paradise, CA 95969-3121
+1-262-757-8802
hi@tylerpresident.com

March 6, 2023

~~Judge~~ Montali, Courtroom 17
450 Golden Gate Ave.
Mail Box 36099
San Francisco, CA 94102

Case #19-30088
Docket #13518

"Please Post to the Courtroom Docket"

As a crime victim of the 2018 "Camp Fire," in accordance with California Constitution Article 1, section 28(c)(1), I am enforcing my rights as a crime victim enumerated in California Constitution Article 1, section 28(b). I wish to be heard pursuant to California Constitution Article 1, section 28(b)(8) and 18 U.S. Code § 3771(a)(4).

I think the "judges," elected "representatives," agencies (USFS, NPS, BLM, CalFire, and CPUC), and our "attorneys" are excrement and hope one day you are all held accountable for your actions and inactions that you have done to my community of Paradise, CA and other fraud fire communities.

From violating our rights as crime victims (California Constitution Article 1, section 28[e]) to allowing PG&E to chapter 11 as a commodities broker to our "attorneys" unlawfully accepting an aggregate settlement that was not unanimously accepted as required by California Rules of Professional Conduct: Rule: 1.8.7.

I am writing to express my support for Docket #13518 **MOTION FOR ORDER DEEMING WILLIAM B. ABRAMS SUPPLEMENT TO DAMAGE CLAIMS TIMELY.**





https://dlike.co/firemap

*Fire icon indicates State owned land.*

2023-03-06: Support for Docket #13518





2023-03-06: Support for Docket #13518

Case: 19-30088    Doc# 13586    Filed: 03/06/23    Entered: 03/07/23 16:13:12    Page 3 of 4



> "*The **world will** not **be destroyed** by those who do evil but **by those who watch** them <u>**without doing anything**</u>.*"
> – Albert Einstein

Sincerely,


Mathew Tyler, US Presidential candidate (I)
M.L.T.
# TylerPresident.com, "Strength and honor"