John and Christina Carton

2362 E. Segovia Dr. Saint George Ut 84790

Carton4@aol.com

805-390-3838

Judge Montali, Courtroom 17

450 Golden Gate Ave.

Mailbox 36099

San Francisco, Ca 94102

Case #19-30088

Docket #13518

March 7, 2023

We are writing to express our support for Docket #13518 Motion for order deeming William B. Abrams supplement to damage claim timely.

We will not lecture you about the rules and regulations and write and wrongs of the system; instead, we would like to relay our feelings to someone like us.  A human who has a heart but also holds a lot more power regarding how we move forward after the fire.

We are a family of four who, at the age of 45, had a beautiful home in Paradise, Ca.  We were lucky to have our mortgage fully paid off at this young age.  This home was going to be our retirement home.  Until November 8, 2018, PG&E and their faulty, unmaintained equipment destroyed that plan forever.  Place yourself in our shoes and imagine losing everything you have worked for your entire life.  Imagine losing generations of family heirlooms, pictures of your whole life and your children's lives, and all the treasures your children have made over the years.  The thought is unbearable when you put yourself and your heart in our position. No amount of money can replace those losses, but it can help us get our lives back.

Four years later, we have relied on family and friends for more help than we ever imagined we would need.  Without them, we would still live in our motorhome, God knows where.  Yes, we have received our 60% payment along with most other fire victims. Still, after attorney's fees

and repaying the family and friends that so generously helped us, along with continued costs from the water company, City of Paradise, and property taxes, we must wait for our final payment to consider rebuilding our home. With the cost of rebuilding on the rise, permit fees, and anything else the city feels the need to charge, it is starting to feel like we will never get there.

Now we hear that we may never see 100% of our determination amount. First, we would like to say that this should be kept from being allowed. PG&E destroyed our town, and if the trust hired to determine a specific amount says we will get this amount, they should have the resources to come up with it in full for everyone. Second, if we owe a company like PG&E money, they will not accept a 60% payment instead of the total amount. They would send our account to collections, and we would be expected to pay them in full. They should be held accountable the same as we would be. Finally, we are a small business owners in the construction field. We understand that if we cause damage to a person's home, we are held accountable to repair, replace, or give financial compensation to the homeowner. Not 60%, not whenever we feel like it. The payment is expected right away. Otherwise, the homeowner could take everything we own to rebuild what we destroyed. The same should be said for PG&E.

We thank you for listening to our opinion before deciding on the proposed case above. We ask that you make an informed decision and think with your heart. Please allow us to be compensated for 100% of our claim. We have suffered enough.

Sincerely,

The Carton Family