Jay D. Harker (State Bar No. 167063)
jharker@clausen.com
CLAUSEN MILLER P.C.
27285 Las Ramblas, Suite 200
Mission Viejo, CA 92691
Telephone: (949) 260-3100 | Facsimile: (949) 260-3190

Attorneys for Creditors, XL INSURANCE AMERICA, INC. (for itself and its subrogees ALBERTSONS COMPANIES, INC. and SAFEWAY INC.); CATLIN SPECIALTY INSURANCE COMPANY (for itself and its subrogees DAVID W. MAEHL and RHONDA J. MAEHL); STARR SURPLUS LINES INSURANCE COMPANY, CHUBB CUSTOM INSURANCE COMPANY; GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA (GSINDA); MARKEL BERMUDA LIMITED and XL INSURANCE AMERICA, INC. (for themselves and their mutual subrogees ASHFORD INC. and ASHFORD HOSPITALITY TRUST, INC.)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>　and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　Debtors. | Case No. 19-30088 (DM)<br><br>**NOTICE OF MOTION FOR ORDER TO WITHDRAW**<br><br>**[WITHOUT HEARING]**<br><br>*[Order Filed Concurrently Herewith]* |

THE COURT AND ALL PARTIES ARE NOTIFIED that Creditor XL INSURANCE AMERICA, INC. (for itself and its subrogees ALBERTSONS COMPANIES, LLC and SAFEWAY INC.) hereby makes the following Motion to Withdraw from the above-entitled matter for the following reason:

///

1

Case: 19-30088    Doc# 13589    Filed: 03/07/23    Entered: 03/07/23 17:11:37    Page 1 of 3

NOTICE OF MOTION FOR ORDER TO WITHDRAW
CASE NO.: 19-30088 (DM)

Creditor XL INSURANCE AMERICA, INC. (for itself and its subrogees ALBERTSONS COMPANIES, LLC and SAFEWAY INC.)'s Proof of Claim has been satisfied in full and asks this Court to remove Clausen Miller P.C. from all ECF filings in this case.

Dated: March 7, 2023            CLAUSEN MILLER P.C.

                                          */s/ Jay D. Harker*
                                          Jay D. Harker,
                                          Attorney for Creditor XL Insurance America, Inc. (for itself and its subrogees Albertsons Companies, LLC and Safeway Inc.

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 27285 Las Ramblas, Suite 200, Mission Viejo, California 92691.

On March 7, 2023, I served the document(s) described below on all interested parties, as follows:

## NOTICE OF MOTION FOR ORDER TO WITHDRAW

**[X] BY ELECTRONIC FILING AND SERVICE**: By electronic filing and service of the foregoing document(s) using the CM/ECF System in accordance with F.R.C.P. 5(b)(2)(E) and Civil Local Rule 5.4, I electronically filed the above-listed documents by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

**[X] BY FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Certificate of Service was executed by me on March 7, 2023, at Corona, California.

*/s/ Mary Lynn Genova*
Mary Lynn Genova

8905031.1