Jay D. Harker (State Bar No. 167063)
jharker@clausen.com
CLAUSEN MILLER P.C.
27285 Las Ramblas, Suite 200
Mission Viejo, CA 92691
Telephone: (949) 260-3100 | Facsimile: (949) 260-3190

Attorneys for Creditors, XL INSURANCE AMERICA, INC. (for itself and its subrogees ALBERTSONS COMPANIES, INC. and SAFEWAY INC.); CATLIN SPECIALTY INSURANCE COMPANY (for itself and its subrogees DAVID W. MAEHL and RHONDA J. MAEHL); STARR SURPLUS LINES INSURANCE COMPANY, CHUBB CUSTOM INSURANCE COMPANY; GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA (GSINDA); MARKEL BERMUDA LIMITED and XL INSURANCE AMERICA, INC. (for themselves and their mutual subrogees ASHFORD INC. and ASHFORD HOSPITALITY TRUST, INC.)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>        Debtors. | Case No. 19-30088 (DM)<br><br>**ORDER GRANTING MOTION TO WITHDRAW**<br><br>**[WITHOUT HEARING]**<br><br>*[Motion to Withdraw Filed Concurrently Herewith]* |

IT IS HEREBY ORDERED that Clausen Miller P.C., counsel for Creditor XL INSURANCE AMERICA, INC. (for itself and its subrogees ALBERTSONS

/ / /

/ / /

1

COMPANIES, LLC and SAFEWAY INC.)'s Motion to Withdraw is **GRANTED** and is removed from receiving ECF filings in the above-captioned matter.

Dated: _____     _____
JUDGE
United States Bankruptcy Court
Northern District of California

8917668.1