# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: admin | Date Created: 3/9/2023 |
| Case: 19−30088 | Form ID: TRANSC | Total: 6 |

**Recipients of Notice of Electronic Filing:**

| | | | |
|---|---|---|---|
| aty | Frank Thomas More Catalina | fcatalina@rksllp.com | |
| aty | Thomas B. Rupp | trupp@kbkllp.com | |

TOTAL: 2

**Recipients submitted to the Claims Agent (Kroll Restructuring Administration, LLC)):**

| | | | | | |
|---|---|---|---|---|---|
| aty | Richard W. Slack | Weil Gotshal and Manges, LLP | 767 Fifth Ave. | New York, NY 10153−0119 | |
| | Gayle L. Gough | Gough & Hancock LLP | 50 California Street | Suite 1500 | San Francisco, CA 94111 |
| | Gabrielle Albert | Keller Benvenutti Kim LLP | 650 California Street | Suite 1900 | San Franciso, CA 94108 |
| | Aaron J. Mohamed | Brereton, Mohamed, & Terrazas LLP | 1362 Pacific Avenue | Santa Cruz, CA 95060 | |

TOTAL: 4