I was asleep in the middle of the night. at the time we did not have a landline or internet. The neighbors called our cell phones relentlessly we were told to GET OUT GET OUT. There was a glow over the horizon, my wife started to freak out and have a nervous break down with the fear of impending death we could be trapped there is only one road. I had to secure our barn, tractors and tools because of looters; we are uninsured. We left a note on the door "all Safe 3am". for the volunteer fire department.

I also had to prepare for the real possibility that we would be trapped along a rural road. suited up for the worst, and grabbed chainsaw and tools; with a fire approaching. We felt a moral duty to help the elderly disabled neighbors evacuate. Dawn, was immobile and on O2 after what felt like forever. My irate wife screamed im not dying for her lets go. I put my shoulder in her butt and forced her into the back truck as ash began to fall on us. We tried to evacuate to town. Just our luck a tree had fallen blocking our evacuation route. I had prepared knowing i was not going to die in a fire, My wife would go ballistic if she was trapped in another fire, i would never hear the end of it. We managed to get to town without the red cross was there after the sun came up. I was fine. Dawn the neighbor had to be pried out of the back of the truck by the red cross. my wife was also triaged by the red cross. At the time, and maybe even now i was unable to process the situation. eventually we were allowed to return, We were spared our neighbors were were not so lucky.


In the time since the fire, I have spent nearly all my waking hours preparing for the next impending fire. I purchased a $25,000 excavator to clean up the mountains of rubble that were left by cal fire, after our property was used as a fire break. I have limbed and cleared trees and shrubbery back 200 feet from all the and structures. I brought in nearly 100 tons of gravel, installed hardboard siding on the house, put sprinkles in the house for fire suppression. Next time there is a fire PGE will have already cut the power. I purchased a generator to keep my well powered so that i can fight the fire. I will not lose my house it is uninsured ( insurance is too expensive to be affordable). I know that PGE and will not do what is nessicary to protect me and my family from the next fire so it is something that i have to do. I would love to spend my golden years sipping a beer on a beach in Mexico, but i am stuck here. My wife hardly seems to visit anymore, she is broken because of the stress and being up here scares her from being trapped a 3rd time.