Isaac M. Pachulski (CA Bar No. 62337)
Debra I. Grassgreen (CA Bar No. 169978)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
Email: dgrassgreen@pszjlaw.com

Eric Seiler (admitted *pro hac vice*)
Jason C. Rubinstein (admitted *pro hac vice*)
Michael S. Palmieri (admitted *pro hac vice*)
FRIEDMAN KAPLAN SEILER
   ADELMAN & ROBBINS LLP
7 Times Square
New York, NY 10036-6516
Telephone (212) 833-1103
Facsimile (212) 373-7903
Email: eseiler@fklaw.com

*Attorneys for Securities Claimant*
*Baupost Group Securities, L.L.C.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>Affects:<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects Both Debtors<br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Chapter 11<br><br>Case No. 19-30088 (DM)<br><br>(Jointly Administered)<br><br>**STATEMENT OF BAUPOST GROUP SECURITIES, L.L.C. REGARDING WILLIAM B. ABRAMS'S MOTION FOR ORDER DEEMING SUPPLEMENT TO DAMAGE CLAIMS TIMELY, AND RELATED FILINGS**<br><br>Date: March 22, 2023<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Video conference |

Baupost Group Securities, L.L.C. ("**Baupost**"), on behalf of itself and as trading nominee for certain funds managed by The Baupost Group, L.L.C. that are the beneficial owners of certain of Debtors' equity securities at issue herein, submits this statement regarding the *Motion for Order*

1

*Deeming William B. Abrams Supplement to Damages Claim Claims Timely* [Dkt. No. 13518] (the "**Abrams Motion**"), as well as related filings by other purported interested parties (the "**Related Filings**").[1] Baupost submits this statement to address certain assertions made therein.

On December 28, 2022, Baupost filed a *Motion for Order Deeming Baupost Group Securities, L.L.C. Supplement to its Proofs of Rescission or Damage Claims Timely* [Dkt. No. 13393] (the "**Baupost Motion**"), in which Baupost sought an order deeming the December 2022 supplement to its 2020 proofs of claim timely. The Reorganized Debtors opposed the Baupost Motion [Dkt. No. 13443], and Baupost and the Reorganized Debtors resolved their dispute by stipulation, which the Court so-ordered on January 23, 2013 [Dkt. No. 13467].

The Abrams Motion asserts that, in resolving the Baupost Motion with the Reorganized Debtors, Baupost was attempting to privilege its own claims relative to those of Fire Victims. *See* Abrams Motion at 5, 6, 12, 21. This is incorrect. The limited purpose of the Baupost Motion was to obtain an order deeming Baupost's proof of claim supplements, which "describe [Baupost's] existing claims with greater particularity and highlight[] additional material misstatements and non-disclosures made by Debtors during the Relevant Period," as timely-filed. Baupost Motion. at 2. To the extent that Baupost's claims are ultimately allowed, they will be treated in accordance with the treatment provided for Class 10A-II claims—which are subordinated claims under 11 U.S.C. § 510(b). *See Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Dkt. No. 8024] (the "**Plan**") §§ 1.108, 4.14. The Baupost Motion did not seek to prejudice the rights or treatment of Fire Victims or any other creditors under the Plan. Nor did the resolution of the Baupost Motion change or affect the rights or treatment of any such creditors.

---

[1] The Related Filings include, without limitation: (i) the February 22, 2023 letters filed by Richard and Alison Lane and Tina Reszler [Dkt. Nos. 13533 and 13535], (ii) *the Joinder In Abrams Motion to File Supplements to Claims Against PGE*, filed by Creditor Camp Fire Claimants [Dkt. No. 13534], (iii) the February 23, 2023 letters filed by Mark Castellucci, Tammy Spirlock, Autumn Witham, and Devin Witham. [Dkt. Nos. 13540-13543]. *See also* Dkt. Nos. 13540-43, 13548-49, 13551, 13559-60, 13564, 13572-76, 13579, 13584-86, 13587-88, and 13593.

| | | |
|---|---|---|
| Dated: March 8, 2023 | | PACHULSKI STANG ZIEHL & JONES LLP |
| | By | *s/ Debra I. Grassgreen* |
| | | Isaac M. Pachulski |
| | | Debra I. Grassgreen |
| | | - and – |
| | | Eric Seiler (admitted *pro hac vice*) |
| | | Jason C. Rubinstein (admitted *pro hac vice*) |
| | | Michael S. Palmieri (admitted *pro hac vice*) |
| | | FRIEDMAN KAPLAN SEILER |
| | |   ADELMAN & ROBBINS LLP |
| | | *Attorneys for Securities Claimant Baupost Group Securities, L.L.C.* |