**Exhibit B**

(Claim No. 54799)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| In re:<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                   Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |
|---|---|

# Proof of Claim (Fire Claim Related)

**Read the instructions before filing this claim form. This form is for tort claimants who have a claim against the Debtors (i.e. PG&E Corporation and Pacific Gas and Electric Company) that arose prior to the Debtors filing for bankruptcy (i.e. prior to January 29, 2019) and that arose from, or relates to, a fire.**

> **Do not use this form for non-fire claims. Non-fire tort claimants should use Form 410.**

Do NOT file a fraudulent claim. A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Please type or print in the spaces below. Do NOT use red ink or pencil.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
ABRAMS, WILLIAM
Name of the current creditor (the person or entity to be paid for this claim)

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom?

**3. Are you filing this claim on behalf of your family?**
☐ No
☒ Yes

A family is a group of two or more people related by birth, marriage, domestic partnership, or adoption and residing together. All such people are considered as members of one family.

If you checked "Yes", please provide the full name of each family member that you are filing on behalf of:

A, A, minor child
ABRAMS, EKI
L, A, minor child

**4. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Name: ABRAMS, WILLIAM | Name: |
| Attorney Name (if applicable): Hazam, Lexi J | Attorney Name (if applicable): |
| Attorney Bar Number (if applicable): 224457 | Attorney Bar Number (if applicable): |
| Street Address: 275 BATTERY STREET 29TH FLOOR | Street Address: |
| City: SAN FRANCISCO | City: |
| State: CA | State: |
| Zip Code: 94111 | Zip Code: |
| Phone Number: (415)956-1000 | Phone Number: |
| Email Address: lhazam@lchb.com | Email Address: |

**5. Does this claim amend one already filed?**
☐ No
☒ Yes. Claim number on court claims registry (if known) _____ Filed on _____
                                                                                                    MM / DD / YYYY

**6. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing?

Page 1

| Part 2: | Give Information About the Claim as of the Date this Claim Form is Filed | | |
|---|---|---|---|
| 7. | **What fire is the basis of your claim?**<br><br>Check all that apply. | ☐ Camp Fire (2018)<br>☒ North Bay Fires (2017)<br>☐ Ghost Ship Fire (2016)<br>☐ Butte Fire (2015)<br>☐ Other (please provide date and brief description of fire: _____) | |
| 8. | **What are the loss location(s) where you and/or your family suffered harm? (e.g. home or business address, place of injury, place from which you were evacuated, if different.?** | Location(s):<br>3545 Oak Haven Ct, Santa Rosa, CA 95404-1309<br>3545 Oak Haven Ct, Santa Rosa, CA 95404-1309 | |
| 9. | **How were you and/or your family harmed?**<br><br>Check all that apply | ☒ | Property Damage (homes, structures, personal property, land, trees, landscaping, and all other property damage)<br>☒ Owner  ☐ Renter  ☒ Occupant  ☐ Other (Please specify): _____ |
|   |   | ☒ | Personal Injury |
|   |   | ☐ | Wrongful Death (if checked, please provide the name of the deceased)<br>Name: _____ |
|   |   | ☒ | Business Loss/Interruption |
|   |   | ☒ | Lost wages and earning capacity |
|   |   | ☒ | Loss of community and essential services |
|   |   | ☐ | Agricultural loss |
|   |   | ☐ | Other (Please specify): |
| 10. | **What damages are you and/or your family claiming/seeking?**<br><br>Check all that apply | ☒ | Economic damages (including replacement cost of damaged property, diminution in value, loss of use, lost inventory, lost profits, and other economic damage) |
|   |   | ☒ | Non-economic damages (including loss of society and support, loss of consortium, pain and suffering, emotional distress, annoyance and discomfort, and other non-economic damage) |
|   |   | ☒ | Punitive, exemplary, and statutory damages |
|   |   | ☒ | Attorney's fees and litigation costs |
|   |   | ☒ | Interest |
|   |   | ☒ | Any and all other damages recoverable under California law |
|   |   | ☐ | Other (Please specify): _____ |
| 11. | **How much is the claim?** | _____ (optional) | |
|   |   | ☒ | Unknown / To be determined at a later date |

Page 2

# Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    10/21/2019    (mm/dd/yyyy)

/s/Fabrice Vincent
Signature

| | | | |
|---|---|---|---|
| Name | Fabrice | | Vincnet |
| | First name | Middle name | Last name |

Title: Partner, Lieff Cabraser Heimann & Bernstein LLP

Company: 
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 275 Battery Street 29th Floor
Number    Street

San Francisco    CA    94111
City    State    ZIP Code

Contact phone: 4159561000    Email: fvincent@lchb.com