**Exhibit C**

(Claim No. 20057)

# United States Bankruptcy Court, Northern District of California

**Fill in this information to identify the case (Select only one Debtor per claim form):**

☐ PG&E Corporation (19-30088)

☒ Pacific Gas and Electric Company (19-30089)

<u>Official Form 410</u>

# Proof of Claim

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

**Unless an exception in the Bar Date Order applies to you, you should not use this form to submit a claim that arises out of or relates to the fires that occurred in Northern California prior to January 29, 2019.**

## Part 1: Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | William E Abrams<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor ___None___ |
| 2. Has this claim been acquired from someone else? | ☒ No<br>☐ Yes. From whom? _____ |

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| William E Abrams<br>4250 Allen Rd Spc 58<br>Paso Robles, CA 93446-9750<br><br>Contact phone 805-238-5018<br>Contact email kaarubcic@gmail.com | Contact phone _____<br>Contact email _____ |

| | |
|---|---|
| 4. Does this claim amend one already filed? | ☒ No<br>☐ Yes. Claim number on court claims registry (if known) _____    Filed on ___ / ___ / _____<br>                                                  MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☐ No<br>☒ Yes. Who made the earlier filing? ___Toni Locicero___ |

Case: 19-30088    Doc# 13599-3    Filed: 03/08/23    Entered: 03/08/23 20:11:15    Page 2 of 57

Claim Number: 20057

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:   2   8   9   7

**7. How much is the claim?**   $ 10,000     **. Does this amount include interest or other charges?**

☒ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Due to CALFIRE documented PGE caused house fire at 4250 Allen Rd, Space 67, Paso Robles, CA 93446 $10,000 was loaned to, and not repaid by, Toni Locicero, property owner, to pay for fire debris clean-up.

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

    **Nature of property:**

    ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

    ☐ Motor vehicle

    ☐ Other. Describe: _____

    **Basis for perfection:** _____

    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

    **Value of property:**     $_____

    **Amount of the claim that is secured:**     $_____

    **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

    **Amount necessary to cure any default as of the date of the petition:**     $_____

    **Annual Interest Rate** (when case was filed)_____%

    ☐ Fixed

    ☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**     $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

| | **Amount entitled to priority** |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| ☐ Up to $2,850 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| ☐ Wages, salaries, or commissions (up to $12,850) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(____) that applies. | $ _____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

| **Part 3:** | **Sign Below** |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature:** *William E Abrams*
William E Abrams (Oct 13, 2019)

**Email:** kaarubcic@gmail.com

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name _____
First name          Middle name          Last name

Title _____

Company _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
Number     Street

_____
City                              State     ZIP Code

Contact phone _____     Email _____

Case: 19-30088    Doc# 13599-3    Filed: 03/08/23    Entered: 03/08/23 20:11:15    Page 4 of 57

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ I have supporting documentation.
   (attach below)

☐ I do **not** have supporting documentation.

 Attachment

PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.

IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

# Instructions for Proof of Claim

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of January 29, 2019.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A** *Proof of Claim* **form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at https://restructuring.primeclerk.com/pge.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. § 507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Please send completed Proof(s) of Claim to:**

**If by first class mail:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand delivery:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also hand deliver your completed Proof(s) of Claim to any of the following service center offices (beginning July 15, 2019 through the Bar Date (October 21, 2019) during the hours of 8:30 a.m. – 5:00 p.m. Prevailing Pacific Time):**

Chico Service Center
350 Salem Street
Chico, CA  95928

Marysville Service Center
231 "D" Street
Marysville, CA 95901

Napa Service Center
1850 Soscol Ave. Ste 105
Napa, CA 94559

Oroville Service Center
1567 Huntoon Street
Oroville, CA 95965

Redding Service Center
3600 Meadow View Road
Redding, CA 96002

Santa Rosa Service Center
111 Stony Circle
Santa Rosa, CA 95401

**Photocopy machines will not be available at the Claim Service Centers; you must bring a photocopy of your claim if you wish to receive a date-stamped copy.**

**Do not file these instructions with your form**



**Pacific Gas and Electric Company®**

*IMPORTANT LEGAL NOTICE*

Dear PG&E Customer,

You have received this mailing because PG&E Corporation and Pacific Gas and Electric Company (collectively, "PG&E") have reached the next step in their Chapter 11 Cases: the setting of the "Bar Date." The Bar Date is the deadline by which any person or entity must file a Proof of Claim **if they believe money is owed to them by PG&E for the period <u>prior</u> to the January 29, 2019, Chapter 11 filing**. The U.S. Bankruptcy Court for the Northern District of California has set the Bar Date at **October 21, 2019 at 5:00 p.m. Prevailing Pacific Time**.

This deadline is important because, as part of the Chapter 11 process, PG&E must determine all amounts claimed to be owed to various creditors. The Bar Date and the procedures for filing Proofs of Claim apply to all claims against PG&E that arose before the filing date, January 29, 2019.

**What You Need to Know About the Bar Date**

1. **All PG&E customers are receiving this notice.** Receiving this notice does **not** mean that you have a claim or that PG&E or the Bankruptcy Court believes that you have a claim.

2. **Note that customers are <u>not</u> required to file Proofs of Claim for ordinary and customary refunds, overpayments, billing credits, deposits, or similar billing items**. Inquiries relating to these items should continue to be directed to PG&E's customer service center.

3. **<u>If you do not believe you have a claim against PG&E, you do not need to do anything in response to this Notice or return a Proof of Claim Form.</u>**

4. To the extent you believe that you have a claim that arose before January 29, 2019, or that you are otherwise owed money by PG&E from before the filing date that has not been paid (other than an amount referenced in paragraph 2 above), you **MUST** file a Proof of Claim by the **October 21, 2019** Bar Date. If you fail to do so your claim may be barred and you may not receive any distribution.

5. **IF YOU BELIEVE YOU HAVE A CLAIM ARISING OUT OF OR IN ANY WAY RELATING TO THE NORTHERN CALIFORNIA FIRES[1] YOU MUST FILE THE APPLICABLE FIRE PROOF OF CLAIM FORM BY THE BAR DATE, WHICH CAN BE FOUND AT** WWW.PGECUSTOMERBARDATEINFO.COM.

6. If you have already submitted a claim to PG&E's claims agent, Prime Clerk, prior to receiving this notice, you do **not** need to file another Proof of Claim.

**How to File a Proof of Claim**

Enclosed is a Proof of Claim Form to be used for any claims other than for claims related to the Northern California Fires. As noted above, if you believe you have a claim arising out of or in any way relating to the Northern California Fires, you must file the applicable Fire Proof of Claim Form by the Bar Date. All Proof of Claim Forms (including Fire Proof of Claim Forms) must be filed so as to be received on or before **October 21, 2019 at 5:00 p.m. (Prevailing Pacific Time)** as follows:

| If by first class mail: | If by hand delivery: | If electronically: |
|---|---|---|
| PG&E Corporation Claims Processing Center c/o Prime Clerk LLC Grand Central Station PO Box 4850 New York, NY 10163-4850 **If by overnight courier:** PG&E Corporation Claims Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 | PG&E Corporation Claims Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 -or- One of following PG&E locations (beginning July 15, 2019 through the Bar Date (October 21, 2019) during the hours of 8:30 a.m. – 5:00 p.m. Prevailing Pacific Time): (i) 350 Salem Street, Chico, CA 95928; (ii) 231 "D" Street, Marysville, CA 95901; (iii) 1567 Huntoon Street, Oroville, CA 95965; (iv) 3600 Meadow View Road, Redding, CA 96002; (v) 111 Stony Circle, Santa Rosa, CA 95401; or (vi) 1850 Soscol Ave. Ste 105, Napa, CA 94559. **Photocopy machines will not be available at the Claim Service Centers; you must bring a photocopy of your claim if you wish to receive a date-stamped copy.** | Access the case website established by Prime Clerk, www.pgecustomerbardateinfo.com, click the "Submit a Claim" link and follow the instructions as described. |

Any claimant that timely files a Proof of Claim and makes a good faith effort to complete a Proof of Claim Form as set forth in the Bar Date Order, shall be permitted to revise, amend, and/or supplement their applicable Proof of Claim Form to the extent permitted by applicable law until such time as their claim is allowed or disallowed by order of the Court. Proof of Claim Forms will be deemed filed only when actually received at the addresses listed above or electronically on or before the Bar Date. If you submit a Proof of Claim Form via the Electronic Filing System, you will receive an email confirmation generated by the Electronic Filing System with an image of your filed Proof of Claim Form. Proof of Claim forms may not be delivered by facsimile, telecopy, or electronic mail transmission (other than Proofs of Claim filed electronically through the Electronic Filing System on the Prime Clerk website).

#### **Future Notifications**

If you would like to receive further updates, you may register your email address for electronic notification of important case documents at the website maintained by Prime Clerk, at www.pgecustomerbardateinfo.com. If you require additional information regarding this notice, you may contact Prime Clerk at (844) 627-7787 (toll free) for U.S.-based parties; or +1 (347) 292-2703 for International parties or by e-mail at: pgecustomerbardateinfo@primeclerk.com. **Please note that Prime Clerk cannot provide legal advice, nor can it advise you as to whether you should file a Proof of Claim.**

---

#### *About the Chapter 11 Case*

*On January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company each filed a petition under Chapter 11 of the Bankruptcy Code in the U. S. Bankruptcy Court for the Northern District of California. The Chapter 11 Cases are being jointly administered under the lead case In re PG&E Corporation and Pacific Gas and Electric Company, Case No. 19-30088 (DM). To find more information on PG&E's Chapter 11 Cases, please visit http://www.pge.com/reorganization.*

*Copies of all of the documents filed in the Chapter 11 Cases, including the Bar Date Order and the Proof of Claim Form, can be viewed and/or obtained from the Debtors' notice and claims agent, Prime Clerk, at https://restructuring.primeclerk.com/pge.*

**United States Bankruptcy Court, Northern District of California**

Fill in this information to identify the case (Select only one Debtor per claim form):

☐ PG&E Corporation (19-30088)

☒ Pacific Gas and Electric Company (19-30089)

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) **that you received.**

Unless an exception in the Bar Date Order applies to you, you should not use this form to submit a claim that arises out of or relates to the fires that occurred in Northern California prior to January 29, 2019.

## Part 1:  Identify the Claim

**1. Who is the current creditor?**

WILLIAM E ABRAMS

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor    NONE

**2. Has this claim been acquired from someone else?**

☒ No

☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

WILLIAM E ABRAMS
4250 ALLEN RD SPC 58
PASO ROBLES CA 93446-9750

Contact phone 805-238-5018

Contact email _____

Where should payments to the creditor be sent? (if different)

Name _____

Number     Street _____

City          State          ZIP Code

Contact phone _____

Contact email _____

**4. Does this claim amend one already filed?**

☒ No

☐ Yes. Claim number on court claims registry (if known)_____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☐ No

☒ Yes. Who made the earlier filing? TONI LOCILERO

THIS IS A PARTIAL OF CLAIM MADE
BY TONI LOCI CERD
4250 ALLEN RD. #67
PASO ROBLES CA 93446

1930088CUST

Official Form 410                     Proof of Claim                                        page 1

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☐ No

☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 2 8 9 7

**7. How much is the claim?** $ 10,000

Does this amount include interest or other charges?

☒ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information. DUE TO CALFIRE DOCUMENTED P.G.&E. CAUSED HOUSE FIRE, MONEY LOANED TO TONY LOCIERO TO PAY FOR FIRE DEBRIS CLLEAN UP TO 4250 ALLEN RD. #67 PASO ROBLES, CA 93446

**9. Is all or part of the claim secured?**

☒ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ _____

**Amount of the claim that is secured:** $ _____

**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ _____

**Annual Interest Rate** (when case was filed) _____ %

☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☒ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____

**11. Is this claim subject to a right of setoff?**

☒ No

☐ Yes. Identify the property: _____

Case: 19-30088    Doc# 13599-3    Filed: 03/08/23    Entered: 03/08/23 20:11:15    Page
11 of 57

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☒ No

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ Yes. Check one:

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

$_____

☐ Up to $2,850 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

$_____

☐ Wages, salaries, or commissions (up to $12,850) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

$_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

$_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

$_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)( ) that applies.

$_____

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

### Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  10-6-19  (mm/dd/yyyy)

*William E. Abrams*

Signature

Print the name of the person who is completing and signing this claim:

| Name | | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | | | |
| Company | | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | | | |
| | Number | Street | |
| | City | State | ZIP Code |
| Contact phone | | Email | |

# Instructions for Proof of Claim

### A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

## How to fill out this form

- Fill in all of the information about the claim as of January 29, 2019.

- Fill in the caption at the top of the form.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- Attach any supporting documents to this form. Attach redacted copies of any documents that show the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignment or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child's initials and the full name of the child's parent or guardian. For example, write *A.B., a minor child (John Doe, parent)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at https://restructuring.primeclerk.com/page.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate.
11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101(10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101(13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the care goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. § 507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

## Redaction of information:

Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sections of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by cancelling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

**If by first class mail:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand delivery:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also hand deliver your completed Proof(s) of Claim to any of the following service center offices (beginning July 15, 2019 through the Bar Date (October 21, 2019) during the hours of 8:30 a.m. – 5:00 p.m. Prevailing Pacific Time):**

Chico Service Center
350 Salem Street
Chico, CA 95928

Marysville Service Center
231 "D" Street
Marysville, CA 95901

Napa Service Center
1850 Soscol Ave. Ste 105
Napa, CA 94559

Oroville Service Center
1567 Huntoon Street
Oroville, CA 95965

Redding Service Center
3600 Meadow View Road
Redding, CA 96002

Santa Rosa Service Center
111 Stony Circle
Santa Rosa, CA 95401

**Photocopy machines will not be available at the Claim Service Centers; you must bring a copy of your claim if you wish to receive a date-stamped conformed copy.**

## Do not file these instructions with your form

PG&E Corporation
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**IMPORTANT LEGAL NOTICE**

FIRST-CLASS MAIL
PRESORTED
U.S. POSTAGE PAID
SEYMOUR, IN
PERMIT NO. 341

*********************AUTO**5-DIGIT 93446
A00595577 **001** 1*1378*24
 BDN PGE SRF 34081 PACKID 0006100868
WILLIAM E ABRAMS
4250 ALLEN RD SPC 58
PASO ROBLES CA 93446-9750

# IMPORTANT LEGAL NOTICE

*This Notice was authorized by a federal court. Read it carefully. Your rights are at stake.*

# MOORE'S TRACTOR SERVICE

*2540 Campo Road • Atascadero, CA 93422*

**Robert Moore**
*Owner Operator*

Phone: **466-9516** • Cell: **674-7295**
License # 762216

Name Toni LoCicero

Address 4250 Allen Road #67

Sold By Robert Moore        Date _____

| CASH | COD | CHARGE | ON ACCT. | |
|------|-----|--------|----------|---|
| | | Clean Up Fire Debris $10000⁰⁰ | | |
| | | Paid 5000.00 ✓ 2897 on 3/31/18 | | |
| | | Paid 5000.00 ✓ 2901 on 4/4/18 | | |
| | | | | |
| | | | | |
| | | | | |
| | | Total $10000.⁰⁰ | | |

**NOTICE**

**TERMS: NET CASH -** Payment is due upon receipt of this invoice. Service Charge of 1-1/2% per month (annual rate of 18% per year) will be charged on all accounts thirty days or more past due.

RECEIVED BY

DATE

# MOORE'S TRACTOR SERVICE

*2540 Campo Road • Atascadero, CA 93422*

### Robert Moore
*Owner Operator*

Phone: **466-9516** • Cell: **674-7295**

License # 762216

| Name | *Toni LoCicero* | | | |
|---|---|---|---|---|
| Address | *4250 Allen Road Lot #67* | | | |
| Sold By | | Date | *4-8-18* | |

| CASH | COD | CHARGE | ON ACCT. |
|---|---|---|---|
| | Clean up debris form Fire | | |
| | Paid in full CK# 2897 2901 | | |
| | $10,000 00 | | |

| NOTICE | RECEIVED BY |
|---|---|
| **TERMS: NET CASH -** Payment is due upon receipt of this invoice. Service Charge of 1-1/2% per month (annual rate of 18% per year) will be charged on all accounts thirty days or more past due. | DATE *4-8-18* |



WILLIAM E. ABRAMS
KRISTI A. ABRAMS
4250 ALLEN RD., 58 PH. 805-238-5018
PASO ROBLES, CA 93446

2897

16-24/1220 4471
0806926556

MAR 31 2018

Pay to the Order of **MOORE'S TRACTOR SERVICE** $ 5000,00

**FIVE THOUSAND AND NO-100** Dollars

WELLS FARGO
Wells Fargo Bank, N.A.
California
wellsfargo.com

For CLEAN UP LOT-67 T. LOCISERO    William E. Abrams

0 2897



ENDORSE HERE

☐ CHECK HERE IF MOBILE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Moore's Tractor S
420-606-4892

Do not cash it.
• Any of the features listed above are missing or appear altered
• Further ink on back looks flat or has disappeared
• Brown stains and colored spots appear on both front and back

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|------|-----------|--------|---------|---------|-----|--------|------------|-----|
| VIEWPOINTE | 20180410 | 2901 | | | 000060 | 5,000.00 | 8414737319 | |



WILLIAM E. ABRAMS
KRISTI A. ABRAMS
4250 ALLEN RD., 58  PH. 805-238-5018
PASO ROBLES, CA 93446

2901
15-24/1220 4471
0806926556

Date  04/04/18

Pay to the Order of  MOORE'S TRACTOR SERVICE  $ 5000.00

FIVE THOUSAND AND No-100  Dollars

WELLS FARGO
Wells Fargo Bank, N.A.
California
wellsfargo.com

For  CLEAN LOT-67

William E. Abrams

⑆02901⑆



Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

**Moore's Tractor Service**
2540 Campo Road
Atascadero, CA 93422
Phone: (805)466-9516
License #: 762216

This Agreement ("Contract") is made this **12th** day of **March, 2018**, between **Moore's Tractor Service** ("Contractor") and **Toni LoCicero** ("Owner") at **4250 Allen Road #67, Paso Robles, CA 93446**

The work described in Section 1 below shall be performed in accordance with all plans, specifications and all other contract documents for the project known as:

**LoCicero Cabin Clean-up**

**Section I. Scope:** The contractor agrees to furnish all labor, material, equipment and other facilities required to complete the following work:

- Clean up and haul away of metal, debris and concrete pillars from cabin fire at lot #67.Also, remove burnt car from lot #67. Concrete slabs are to remain intact. When work is completed lot #67 will be clear of all fire related debris.

**Section II. Price and Payment:** The owner agrees to pay Contractor for the strict performance of the work, the sum of: $10,000 – Ten Thousand Dollars. *PAID 5000.00 ON 3-31-18 CK-2897*

*PAID 5000.00 ON 4-4-18 CK-2901*

($10,000) subject to adjustments for changes in the work as may be agreed to by the Owner and the Contractor, or as may be required under this contract.

**\*\*\*The Owner agrees to pay the Contractor upon completion of the contract and submission of invoice to the Owner.\*\*\***

**Section III. Entire Agreement:** This agreement represents the entire agreement between the Contractor and the Owner regarding the work described in Section I, and supersedes any prior written or oral agreements or representations as to that work.

**Section IV. Time:** Time is of the essence of this agreement. The Contractor shall provide the Owner with a progress and completion schedule and shall conform to that schedule, including any changes to that schedule agreed to between the Owner and the Contractor or required by circumstances beyond the Contractors control.

**Section V. Changes in Work:** The work shall be subject to changes by additions, deletions, or revisions by the Owner. The Owner shall notify the Contractor of such changes by delivery of additional and/or revised drawings, specifications or written orders.

Whenever an adjustment in the Contract price or Contract time is required because of Owner's change request, differing site conditions, errors in the plans and specifications, or other circumstances beyond the control of the Contactor (including acts of any government authority, fire, flood, unusual delay in transportation, abnormal weather conditions, natural disasters or acts of third parties), the Contractor shall submit to the Owner, within a reasonable amount of time, a detailed estimate with supporting calculations and pricing, together with any adjustments to the Contract price and the Contract time.

The Contractor shall not be obligated to perform changes in the work or additional work until the Owner has approved, in writing, the changes to the Contract price and Contract time.

**Section VI. Suspension in Work:** The Contractor, at its option, may suspend work under the Contract as a result of the following: (1) Owner's failure to timely pay sums due to the Contractor, until such payment is made; (2) a dispute over payment for extra work, differing site conditions, changes by Owner or other circumstances beyond Contractor's control if such circumstances will cause Contractor to suffer substantial financial hardship if Contractor is required to continue the work; or (3) Owner's failure to provide Owner's ability to pay Contractor for the remaining work to be performed by Contractor.

**Section VII. Inspection of the Work:** The Contractor shall make the work accessible at all reasonable times for inspection by the owner. The Contractor shall inspect all material and equipment delivered to the jobsite by others to be used or incorporated into the Contractor's work.

**Section VIII. Site Access and Right of Way:** The Owner shall provide, no later than the date when needed by the Contractor, all necessary access to the site or sites and any other site or sites designated in the Contract Documents for use by the Contractor. Owner shall continue to provide such access until completion of the Contract. Any delay in providing such access shall entitle the Contractor to an equitable adjustment in the Contract price and the Contract time.

**Section IX. Surveys and Reports:** The Owner shall provide to Contractor for the Work, prior to the start of the Work, all necessary surveys and reports describing the physical characteristics, soil, geological and subsurface conditions, legal limitations, utility locations and legal descriptions that might assist the Contractor in properly evaluating the extent and character of the work required. The Owner shall provide all site surveys and baselines necessary for the Contractor to locate the principal parts of the Work and perform the Work.

**Section X. Permits, Licenses and Regulations:** The Owner and Contractor shall assist the other in obtaining such permits and licenses necessary for the prosecution of the Work. Unless otherwise provide, the owner shall secure and pay for all permits, licenses and easements for Work.

**Section XI. Termination:** The Owner reserves the right to terminate the work for its convenience upon notice in writing to the Contractor. In such an event, the Contractor shall be paid its actual cost for the portion of the work performed to the date of termination, and for all of Contractor's incurred cost of termination, including demobilization and any termination charges by vendors and subcontractors, plus 20% of Contractors actual and incurred cost for overhead and profit.

Should the Owner become insolvent or commit a material breach or default under the Contract, including, but not limited to, failure to pay timely undisputed sums due to the Contractor, then the Contractor may terminate this Contract.

**Section XII. Insurance:** The Contractor shall, at its expense, procure and maintain insurance of its operations under this Contract consisting of the following coverages:

   a.  Workers' Compensation and Employee Liability Insurance;
   b.  Commercial General Liability Insurance covering Contractors Operations; and,
   c.  Automobile Liability Insurance, including coverage Contractors owned hired and non-owned automobiles.

**Section XIII. Warranty:** The Contractor warrants to the Owner that all materials and equipment furnished under the Contract shall be new unless otherwise specified and that all work under this agreement will be performed in a good and workmanlike manner, shall be of good quality, free from faults and defects, and in conformance with Contract documents.

Owner: _Toni Lo Cicero_          Contractor: _Robert Bippel_

                                          License #: 762216

Dated: _March 17, 2018_          Dated: _3-17-18_



**CAL FIRE
San Luis Obispo
County Fire Department**

635 N. Santa Rosa • San Luis Obispo, CA 93405
Phone: 805.543.4244 • Fax: 805.543.4248
www.calfireslo.org

Scott M. Jalbert, Unit Chief

## FIRE REPORT / PUBLIC RECORDS REQUEST

*There is a $15.00 fee per report*

Make checks payable to:  SLO County Fire

Mail request and check to:

**Fire Prevention**
635 North Santa Rosa Street
San Luis Obispo, CA 93405

| | |
|---|---|
| Requestor's Name: | TONI LoCiceRO |
| Company: | |
| Mailing Address: | 4250 Allen Rd #67 Paso Robles CA 93446 |
| Telephone: | 805-238-5018 |
| Incident Date: 10-2-2017 | Time: 7:00 pm |
| Type of Incident: | Vegetation Fire [ ] Vehicle Fire [X] Structure Fire [X] Other [ ]<br><br>Explain other: _____ |
| Address of Incident: | 4250 Allen Rd #67, PASO Robles CA 93446 |
| Requestor's Signature: Toni LoCicero    Date: 10-15-17<br>OWNER | |


## Detail Report-Segment Summary

| | | | |
|---|---|---|---|
| FREQA | 10/02/2017 19:24:12 | MAGUILAR | SLUCAD01 |

Command:LOCAL:13  Primary Tactical:CDF TAC3  Alternate Tactical:VFIRE22  Air to Air:AIRTACTICS4:1
Air to Ground:CDF A/G 1  Victor:PRB VICTOR

| | | | |
|---|---|---|---|
| FREQU | 10/02/2017 19:27:12 | MAGUILAR | SLUCAD01 |

Command Frequency (LOCAL/13) -> (XSL CMD 4)

| | | | |
|---|---|---|---|
| FREQA | 10/02/2017 19:27:12 | MAGUILAR | SLUCAD01 |

Command:XSL CMD 4  Primary Tactical:CDF TAC3  Alternate Tactical:VFIRE22  Air to Air:AIRTACTICS4:1
Air to Ground:CDF A/G 1  Victor:PRB VICTOR

| | | | |
|---|---|---|---|
| PLCREQ | 10/02/2017 19:29:24 | MAGUILAR | SLUCAD01 |

Req#:TBA. Temporary ID:SLU67.001. Item:ENG3. Catalog:Engine, Type 3. When
Needed:10/02/2017-19:29:15. Agency preference:. Place with:CABECC. FAA:PRB. ROS notified.

| | | | |
|---|---|---|---|
| PLCREQ | 10/02/2017 19:29:24 | MAGUILAR | SLUCAD01 |

Req#:TBA. Temporary ID:SLU67.002. Item:ENG3. Catalog:Engine, Type 3. When
Needed:10/02/2017-19:29:15. Agency preference:. Place with:CABECC. FAA:PRB. ROS notified.

| | | |
|---|---|---|
| CAD-CIS | 10/02/2017 19:29:38 | POLLROSI |

Event Identifiers: CAD: SLU, Agc: CASLU, Event #:17015367, Request #:E-0001, CAD temp Id: SLU67.001,
Kind/Type needed:, Qual. needed:, Cat descr: , Cat Xlat: NO CAT, Ross Text: , When needed:,
Requesting User Agc:, Req. User:, Fill resource Ros ID: , Ros Name: , Res ETD:, Res ETA:, Cell
phone:, Remarks:.

| | | |
|---|---|---|
| CAD-CIS | 10/02/2017 19:29:41 | POLLROSI |

Event Identifiers: CAD: SLU, Agc: CASLU, Event #:17015367, Request #:E-0002, CAD temp Id: SLU67.002,
Kind/Type needed:, Qual. needed:, Cat descr: , Cat Xlat: NO CAT, Ross Text: , When needed:,
Requesting User Agc:, Req. User:, Fill resource Ros ID: , Ros Name: , Res ETD:, Res ETA:, Cell
phone:, Remarks:.

| | | | |
|---|---|---|---|
| PLCREQ | 10/02/2017 19:32:00 | MAGUILAR | SLUCAD01 |

Req#:TBA. Temporary ID:SLU67.003. Item:ENG1. Catalog:Engine, Type 1. When
Needed:10/02/2017-19:31:11. Agency preference:. Place with:CASLCC. FAA:. ROS notified.

| | | | |
|---|---|---|---|
| PLCREQ | 10/02/2017 19:32:00 | MAGUILAR | SLUCAD01 |

Req#:TBA. Temporary ID:SLU67.004. Item:ENG3. Catalog:Engine, Type 3. When
Needed:10/02/2017-19:31:11. Agency preference:. Place with:CASLCC. FAA:. ROS notified.

| | | | |
|---|---|---|---|
| PLCREQ | 10/02/2017 19:32:00 | MAGUILAR | SLUCAD01 |

Req#:TBA. Temporary ID:SLU67.005. Item:ENG3. Catalog:Engine, Type 3. When
Needed:10/02/2017-19:31:11. Agency preference:. Place with:CASLCC. FAA:. ROS notified.

| | | | |
|---|---|---|---|
| ROSRFR | 10/02/2017 19:32:00 | MAGUILAR | SLUCAD01 |

Fill requests sent for: E33,E3460,E3462,B3415

| | | |
|---|---|---|
| CAD-CIS | 10/02/2017 19:32:15 | POLLROSI |

Event Identifiers: CAD: SLU, Agc: CASLU, Event #:17015367, Request #:O-0001, CAD temp Id: SLU67.006,
Kind/Type needed:, Qual. needed:, Cat descr: , Cat Xlat: NO CAT, Ross Text: , When needed:,
Requesting User Agc:, Req. User:, Fill resource Ros ID: , Ros Name: , Res ETD:, Res ETA:, Cell
phone:, Remarks:.

| | | |
|---|---|---|
| CAD-CIS | 10/02/2017 19:32:15 | POLLROSI |

Event Identifiers: CAD: SLU, Agc: CASLU, Event #:17015367, Request #:E-0003, CAD temp Id: SLU67.004,
Kind/Type needed:, Qual. needed:, Cat descr: , Cat Xlat: NO CAT, Ross Text: , When needed:,
Requesting User Agc:, Req. User:, Fill resource Ros ID: , Ros Name: , Res ETD:, Res ETA:, Cell
phone:, Remarks:.

| | | |
|---|---|---|
| CAD-CIS | 10/02/2017 19:32:15 | POLLROSI |

Event Identifiers: CAD: SLU, Agc: CASLU, Event #:17015367, Request #:E-0004, CAD temp Id: SLU67.003,
Kind/Type needed:, Qual. needed:, Cat descr: , Cat Xlat: NO CAT, Ross Text: , When needed:,
Requesting User Agc:, Req. User:, Fill resource Ros ID: , Ros Name: , Res ETD:, Res ETA:, Cell
phone:, Remarks:.

| | | |
|---|---|---|
| CAD-CIS | 10/02/2017 19:32:19 | POLLROSI |

Event Identifiers: CAD: SLU, Agc: CASLU, Event #:17015367, Request #:E-0005, CAD temp Id: SLU67.005,
Kind/Type needed:, Qual. needed:, Cat descr: , Cat Xlat: NO CAT, Ross Text: , When needed:,
Requesting User Agc:, Req. User:, Fill resource Ros ID: , Ros Name: , Res ETD:, Res ETA:, Cell
phone:, Remarks:.

| | | |
|---|---|---|
| CAD-CIS | 10/02/2017 19:33:53 | POLLROSI |

Successful CADFILL from ROS to SLU. for placed request. SLU event #17015367, agency CASLU. Placed
request #E-0002.Event Identifiers: CAD: SLU, Agc: CASLU, Event #:17015367, Request #:E-0002, CAD
temp Id: , Kind/Type needed: , Qual. needed: , Cat descr: Engine, Type 3, Cat Xlat: ENG3, Ross Text: ,
When needed:Oct-02-2017/19:29, Requesting User Agc:, Req. User:, Fill resource Ros ID: 58313, Ros
Name: ENGINE - T3 - 4684, Res ETD:Oct-02-2017/19:30, Res ETA:Oct-02-2017/19:35, Cell phone:Monterey
ECC (CA, Remarks:.



**CAL FIRE**
Interagency Report of Incident and Dispatch Action

## Detail Report-Segment Summary

Event Identifiers: CAD: SLU, Agc: CASLU, Event #:17015367, Request #:O-0005, CAD temp Id: SLU67.017,
Kind/Type needed:, Qual. needed:, Cat descr: , Cat Xlat: NO CAT, Ross Text: , When needed:,
Requesting User Agc:, Req. User:, Fill resource Ros ID: , Ros Name: , Res ETD:, Res ETA:, Cell
phone:, Remarks:.

| FREQA | 10/02/2017 | 20:27:02 | MAGUILAR | SLUCAD01 |

Command:XSL CMD 4  Primary Tactical:CDF TAC3  Alternate Tactical:VFIRE22  Air to Air:AIRTACTICS4:1
Air to Ground:CDF A/G 1  Victor:PRB VICTOR

| CAD-CIS | 10/02/2017 | 20:27:36 | | POLLROS1 |

Event Identifiers: CAD: SLU, Agc: CASLU, Event #:17015367, Request #:O-0006, CAD temp Id: SLU67.018,
Kind/Type needed:, Qual. needed:, Cat descr: , Cat Xlat: NO CAT, Ross Text: , When needed:,
Requesting User Agc:, Req. User:, Fill resource Ros ID: , Ros Name: , Res ETD:, Res ETA:, Cell
phone:, Remarks:.

| CAD-CIS | 10/02/2017 | 20:27:36 | | POLLROS1 |

Event Identifiers: CAD: SLU, Agc: CASLU, Event #:17015367, Request #:O-0006, CAD temp Id: ,
Kind/Type needed:, Qual. needed:, Cat descr: WILDLAND FIRE INVESTIGATOR, Cat Xlat: INVF, Ross Text:
☐, When needed:, Requesting User Agc:, Req. User:, Fill resource Ros ID: , Ros Name: , Res ETD:, Res
ETA:, Cell phone:, Remarks:.

| ROSDSPF | 10/02/2017 | 20:28:22 | MAGUILAR | SLUCAD01 |

Updated Received Request for Req # O-0006, Event Number CASLU17015367; Action: DISP+FILL; By
MAGUILAR at wks SLUCAD01;

| CAD-CIS | 10/02/2017 | 20:28:34 | | POLLROS1 |

Event Identifiers: CAD: SLU, Agc: CASLU, Event #:17015367, Request #:O-0006, CAD temp Id: SLU67.018,
Kind/Type needed:, Qual. needed:, Cat descr: NA, Cat Xlat: NO CAT, Ross Text: , When needed:Oct-02-
2017/21:37, Requesting User Agc:, Req. User:, Fill resource Ros ID: 319463, Ros Name: Nichols, Zach,
Res ETD:Oct-02-2017/20:27, Res ETA:Oct-02-2017/21:37, Cell phone:☐, Remarks:.

| ROSDEFER | 10/02/2017 | 21:16:19 | MAGUILAR | SLUCAD01 |

Closed Received Request for Req # O-0006, Event Number CASLU17015367; Action: DEFER; By MAGUILAR at
wks SLUCAD01;

| ROSDEFER | 10/02/2017 | 21:16:19 | MAGUILAR | SLUCAD01 |

Closed Received Request for Req # O-0003, Event Number CASLU17015367; Action: DEFER; By MAGUILAR at
wks SLUCAD01;

| ONS | 10/02/2017 | 21:58:44 | Override: 10/2/17  20:30 | MAGUILAR | SLUCAD01 |

E3462  Override

| FREQA | 10/02/2017 | 22:21:44 | MAGUILAR | SLUCAD01 |

Command:XSL CMD 4  Primary Tactical:CDF TAC3  Alternate Tactical:VFIRE22  Air to Air:AIRTACTICS4:1
Air to Ground:CDF A/G 1  Victor:PRB VICTOR

| PLCREQ | 10/02/2017 | 22:25:28 | MAGUILAR | SLUCAD01 |

Req#:TBA. Temporary ID:SLU67.019. Item:BSU1. Catalog:Air Supply Truck, Type 1. When
Needed:10/02/2017-22:25:14. Agency preference:. Place with:CASLCC. FAA:. ROS notified.

Case: 19-30088   Doc# 13599-3   Filed: 03/08/23   Entered: 03/08/23 20:11:15   Page
23 of 57



**CAL FIRE**
Interagency Report of Incident and Dispatch Action

Incident Number: 17-CASLU 011285
Incident Name: MEADOW
Event Number: 17015367

## Detail Report-Segment Summary

**Incident Remarks:**

| | | | |
|---|---|---|---|
| 10/02/2017 | 19:23:34 | SMOKE SEEN IN THE AREA. DARK SMOKE SEEN. | CLOPEZ |
| 10/02/2017 | 19:29:56 | RP STATES FIRE IS AT 4250 ALLEN RD. ACCESS THROUGH RUNNING DEER RANCH. RP 805-757-7943 | CLOPEZ |
| 10/02/2017 | 19:32:58 | 2ND TONE OUT FOR A3409 | MAGUILAR |
| 10/02/2017 | 19:44:51 | RP HEARD EXPLOSIONS. CABIN ON FIRE. 1 STORY CABIN. FIRE INTO VEG. POSSIBLY 2 CABINS 831-254-8169 | CLOPEZ |
| 10/02/2017 | 19:53:43 | SINGLE STORY SINGLE FAM RES FULLY ENVOLVED. POSSIBLE POWERLINES DOWN. | CLOPEZ |
| 10/02/2017 | 19:54:32 | ACK = COPY POWERLINES DOWN | CLOPEZ |
| 10/02/2017 | 19:54:56 | PG&E NOTIFIED, WILL CALL BACK W/ETA | MAGUILAR |
| 10/02/2017 | 19:56:49 | 3 STRUCTURES ENVOLVED. CONFIRMED LINES DOWN, ACCESS ISSUES DUE TO LINES DOWN | CLOPEZ |
| 10/02/2017 | 19:58:57 | REQ 1 BREATHING SUPPORT AND 1 ADDTL WT | CLOPEZ |
| 10/02/2017 | 20:00:50 | 3 STRUCTURES APPROX 2000-3000 FT. 1 DOWN. 1 50% ENVOLVED. 1 MINIMAL. | CLOPEZ |
| 10/02/2017 | 20:01:53 | NOTHING IN VEG, | CLOPEZ |
| 10/02/2017 | 20:03:02 | NEG ON ANY ADDTL EXPOSURES. JUST CABINS ON EITHER SIDE OF MAIN FIRE | CLOPEZ |
| 10/02/2017 | 20:04:17 | From PRF:<br>[CAD2/1312  10/02/17 20:04:11]<br>EVENT CALL TYPE CHANGED FROM FSRW | 1312 |
| 10/02/2017 | 20:04:38 | From PRF:<br>[CAD2/1312 10/02/2017 20:04:35]<br>UNITS DISPATCHED FROM PRFD: 8191 | 1312 |
| 10/02/2017 | 20:04:56 | From PRF:<br>[/ 10/02/2017 20:04:52]<br>UNIT ENROUTE FROM PRFD: 8191 | C |
| 10/02/2017 | 20:05:27 | FIRE KNOCKED DOWN ON 3RD STRUCTURE. | CLOPEZ |
| 10/02/2017 | 20:07:30 | From PRF:<br>[CAD2/1312 10/02/2017 20:07:28]<br>UNITS DISPATCHED FROM PRFD: 8110 | 1312 |
| 10/02/2017 | 20:13:11 | STAGE AT THE ENTERANCE TO TRI COUNTY | CLOPEZ |
| 10/02/2017 | 20:13:38 | NEG CHP REQ RED CROSS | CLOPEZ |
| 10/02/2017 | 20:19:35 | ACCESS MARKED WITH GREEN CEM LIGHTS | CLOPEZ |
| 10/02/2017 | 20:21:19 | REQ PREVENTION | CLOPEZ |
| 10/02/2017 | 20:23:26 | PG&E AT SCENE. POWERLINES SECURED | CLOPEZ |
| 10/02/2017 | 20:46:32 | 2 STRUCTURES TOTAL LOSS. 1 STRUCTURE MINIMAL LOSS. | CLOPEZ |
| 10/02/2017 | 20:47:14 | 1 ADULT FEMALE DISPLACED FOR RED CROSS | CLOPEZ |
| 10/02/2017 | 20:52:59 | CX E8191 E8687 | CLOPEZ |
| 10/02/2017 | 21:41:59 | From PRF:<br>[CAD2/1312 10/02/2017 21:41:55]<br>UNIT CLEAR FROM PRPD: 8191 | 1312 |
| 10/02/2017 | 21:42:08 | From PRF:<br>[CAD2/1312 10/02/2017 21:42:05]<br>UNIT CLEAR FROM PRPD: 8110 | 1312 |
| 10/02/2017 | 21:42:17 | From PRF:<br>Paso Robles PD, CA has closed Call. | C |
| 10/02/2017 | 22:00:15 | PER IC,<br>E30 AND BEU ENGS COMMITTED 1 HR, E3460 E3462 E33 COMMITTED THROUGH NIGHT | MAGUILAR |
| 10/02/2017 | 22:21:36 | PER IC,<br>REQ BS62, BS7145 HAS MECHANICAL ISSUES | MAGUILAR |
| 10/03/2017 | 2:07:25 | MEADOW IC TERMINATED, E3460 AVAIL | MAGUILAR |

Case: 19-30088    Doc# 13599-3    Filed: 03/08/23    Entered: 03/08/23 20:11:15    Page
24 of 57


## Detail Report-Segment Summary

### Unit Status Details

**A3409**

| DSP | AIQ |
|---|---|
| 19:27:13 | 19:50:21 |

**B3411**

| DSP | AIQ |
|---|---|
| 19:27:13 | 19:27:20 |

**B3415**

| DSP | ENR | ONS | RTQ | RTQ | AIQ |
|---|---|---|---|---|---|
| 19:27:13 | 19:29:32 | 20:41:39 | 0:27:20 | 0:27:33 | 1:38:44 |

**B3418**

| DSP | ENR | IAO | ONS | RTQ | AIQ |
|---|---|---|---|---|---|
| 19:45:54 | 19:45:57 | 20:27:23 | 20:42:28 | 21:05:17 | 21:58:27 |

**B3420**

| DSP | ENR | ONS | RTQ | AIQ |
|---|---|---|---|---|
| 20:27:03 | 20:27:06 | 21:28:26 | 23:53:47 | 1:58:47 |

**BS62**

| DSP | ACK | ENR | ONS | RTQ | AIQ |
|---|---|---|---|---|---|
| 22:21:45 | 22:24:33 | 22:24:40 | 23:53:44 | 1:58:43 | 3:19:38 |

**BS7145**

| DSP | ENR | STG | RTQ | AIQ |
|---|---|---|---|---|
| 19:59:07 | 20:03:27 | 20:42:46 | 23:01:25 | 0:08:52 |

**C3401**

| DSP | ENR | ONS | RTQ | AIQ |
|---|---|---|---|---|
| 20:22:52 | 20:22:52 | 21:28:24 | 22:47:13 | 0:05:14 |

**DUTY**

| DSP | AIQ |
|---|---|
| 19:27:13 | 19:27:14 |

**DUTYFC**

| DSP | AIQ |
|---|---|
| 19:27:14 | 19:27:14 |

**E30**

| DSP | ENR | STG | ACK | AIQ |
|---|---|---|---|---|
| 20:02:30 | 20:02:55 | 20:55:17 | 23:54:02 | 0:53:16 |

**E33**

| DSP | ACK | ENR | IAO | ONS | RTQ | AIQ |
|---|---|---|---|---|---|---|
| 19:27:13 | 19:29:36 | 19:29:44 | 19:47:56 | 20:16:31 | 1:27:26 | 2:36:10 |

**E3460**

| DSP | ENR | IAO | ONS | RTQ | AIQ |
|---|---|---|---|---|---|
| 19:24:12 | 19:29:31 | 19:51:43 | 19:53:05 | 2:07:37 | 2:52:13 |

**E3462**

| DSP | ENR | IAO | ENR | STG | ENR | ONS |
|---|---|---|---|---|---|---|
| 19:27:13 | 19:29:46 | 19:29:46 | 19:30:29 | 20:19:08 | 20:20:43 | 20:30:00 |

| RTQ | AOR |
|---|---|
| 1:16:40 | 1:20:58 |

**E4684**

Case: 19-30088    Doc# 13599-3    Filed: 03/08/23    Entered: 03/08/23 20:11:15    Page 25 of 57



**CAL FIRE**

Interagency Report of Incident and Dispatch Action

## Detail Report-Segment Summary

*Incident Location*                                    *Incident Status:* **CLS**

| | | | | | |
|---|---|---|---|---|---|
| Location: | 4250 ALLEN RD , SLO_CO | | | Apartment: | |
| Lo Cross: | HIGH MEADOW RD | | Hi Cross: | BEEBES LN | |
| City: | SLO_CO | County: | SAN LUIS OBISPO | Map Page: | 470_B_4 |
| Loc Com: | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Latitude: | 35.732965 | Agency: | CASLU | | Dispatch Zone: | LT |
| Longitude: | -120.970696 | Jurisdiction: | CASLU | | Battalion: | B13 |
| Legal: | 26_T25S_R09E_M | DPA Agency: | CASLU | | Resp. Area: | L-1 |
| UTM: | 10 683523 3956230 | | | | Atom: | L-1 |

| | | | | |
|---|---|---|---|---|
| LEGAL | 26_T25S_R09E_M | | THBROS | 470_B_4 |
| 0 | | | 0 | |
| 0 | | | | |

*Reporting Party Information*

| | | |
|---|---|---|
| Caller Name: | VERIZON WIRELESS 800 451 524 | Caller Phone: 464-2600 |
| Caller Loc: | =L(35.74843900,-120.992711) | Call Source: 911 |

*Incident Type/Response Information*

| | | |
|---|---|---|
| Final Incident Type: **FIRE, RES STRUCT WILDLAN** | Initial Incident Type: **FIRE, SMOKE CHECK** | |
| Dispatch Level: **M** | Response Plan: **2381** | Response Level: **2** |

*Incident Date/Time Summary*

| | | | | |
|---|---|---|---|---|
| Incident Call Rec.: | 10/02/2017 | 19:20:00 | | |
| Incident Keystroke: | 10/02/2017 | 19:20:01 | Personnel ID | CAD Workstation |
| Incident Entry: | 10/02/2017 | 19:23:34 | CLOPEZ | SLUCAD02 |
| Incident Dispatch: | 10/02/2017 | 19:24:12 | MDEFAULT | MDBS62 |
| Incident Closed: | 10/03/2017 | 3:35:19 | | |

*Fire Information*

| | | | |
|---|---|---|---|
| Status: | Contained: | | Controlled: |
| Fire Report Person: | MCTIERNAN, DEREK | | Total Acres Burned : |
| Investigation Report Parson: | | | |

*Time Summary:*

| WAI | DSP | ENR | ONS | AAC | CLS | |
|---|---|---|---|---|---|---|
| 19:23:34 | 19:24:12 | 19:29:31 | 19:53:05 | 3:19:38 | 3:35:19 | |

| FDID | State | Date | Station | Incident No | Exposure |
|---|---|---|---|---|---|
| 40555 | California | 10-02-2017 | SLU | 00 11285 | 0 |

## Basic

**Incident Type**

　　Building fire

**Incident Aid**

　Aid Given or Received: Automatic aid received

**Incident Dates**

|  |  |
|---|---|
| Alarm: | 10-02-2017 19:23:00 |
| Arrival: | 10-02-2017 19:53:00 |
| CAD Reported Contained Time: |  |
| Actual Contained Time: | 10-02-2017 20:05:00 |
| Controlled: | 10-03-2017 01:00:00 |
| Last Unit Cleared: | 10-03-2017 02:07:00 |

**Shifts & Alarms**

|  |  |
|---|---|
| Shift or Platoon: |  |
| Alarms: |  |
| District: | B13 |

**Actions Taken**

　　1 : Extinguish
　　2 : Salvage & overhaul

**Resources**

|  | Apparatus | Personnel |
|---|---|---|
| Suppression: | 8 | 17 |
| EMS: |  | 0 |
| Other: | 3 | 3 |

Resource counts do not include aid received in resources.

**Losses**

|  | Losses | Prefire Value |
|---|---|---|
| Property: | 500000 | 500000 |
| Content: | 300000 | 300000 |

**Casualties**

|  | Deaths | Injuries |
|---|---|---|
| Fire Service: | 0 | 0 |
| Civilian/Other Service: | 0 | 0 |

**Other Information**

|  |  |
|---|---|
| Detector Alerted Occupants: |  |
| Hazardous Materials Released: |  |
| Mixed Use Property: |  |
| Property Use: | 1 or 2 family dwelling |

## Location

Case: 19-30088　Doc# 13599　DF/40555/05/08627 Print Incident?OpView&en...　15 0/27/2017

27 of 57

| | |
|---|---|
| Location Type: | **Street address** |
| Lat/Long: | **35.732117 / -120.965467** |
| Street Address: | **00004250 ALLEN Road** |
| Apt./Suite/Room: | |
| City: | **SLO_CO** |
| State: | **California** |
| ZipCode: | **93446** |
| Cross Street or Directions: | **HIGH MEADOW RD, BEEBES LN** |

## Officer in Charge

| | |
|---|---|
| ID: | |
| Name: | **Derek McTiernan** |
| Position or rank: | **FC** |
| Assignment: | **35** |
| Date Signed Off: | **10-02-2017** |

## Reporter

| | |
|---|---|
| ID: | |
| Name: | **Derek McTiernan** |
| Position or rank: | **FC** |
| Assignment: | **35** |
| Date Signed Off: | **10-02-2017** |

## Remarks

**Fin Type = FSRW**

## Fire

**Property Details**

| | |
|---|---|
| Number of Living Units in Bldg of Orgin: | 3 |
| Number of buildings involved: | 3 |
| Acres burned (outside fires): | **None or Less Than One Acre** |

**On-Site Materials or Products**

| | On-Site Material | Material Storage Use |
|---|---|---|
| 1: | **Personal & home products, other** | **Undetermined** |
| 2: | | |
| 3: | | |

**Ignition**

| | |
|---|---|
| Area of fire Origin: | **Undetermined** |
| Heat Source: | **Arcing** |
| Confined to Object of Origin: | **No** |
| Item First Ignited: | **Undetermined** |
| Type of Material First Ignited: | |

|  | Cause of Ignition: | **Failure of equipment or heat source** |
|---|---|---|

**Factors Contributing To Ignition**

|  | 1 : | **Arc, spark from operating equipment** |
|---|---|---|

**Human Factors Contributing To Ignition**

|  | 1 : | **None** |
|---|---|---|

| Estimated Age of Person Involved: |  |
|---|---|
| Sex of Person Involved: |  |

**Equipment Involved In Ignition**

| Equipment Involved: | **Electrical service supply wires from utility** |
|---|---|
| Brand: |  |
| Model: |  |
| Serial #: |  |
| Year: |  |
| Equipment Power Source: | **Electrical line voltage (>= 50 volts)** |
| Equipment Portability: | **Stationary** |

**Fire Suppression Factors**

**Mobile Property Involved:**

| Mobile Property: | **Not involved in ignition, but burned** |
|---|---|
| Mobile Property Type: | **Passenger car.** |
| Mobile Property Make: |  |
| Mobile property Model: |  |
| Year: |  |
| License Plate Number: |  |
| State: |  |
| VIN Number: |  |

**Local Use (Reports):**

| Prefire Plan Available: | **No** |
|---|---|
| Reports Attached | **None Specified** |

## Structure

| Structure Type: | **Fixed portable or mobile structure** |
|---|---|
| Building Status: | **In normal use** |

**Building Height**

| # stories at or above grade: | **1** |
|---|---|
| # stories below grade: | **0** |

**Main Floor Size**

| Total square feet: | **2000** |
|---|---|
| OR |  |
| Length in feet: |  |
| WIDTH in feet: |  |

**Fire Origin**

| Story of fire origin: | **1** |
|---|---|
| Fire Spread: | **Beyond building of origin** |

**Number of Stories Damaged By Flame**

    Minor damage (<25%):

    Significant damage (25-49%):

    Heavy damage (50-85%):

    Extreme damage (75-100%): **1**

**Material Contributing Most To Flame Spread**

    Item contributing most: **Structural member or framing**

    Type of material: **Type of material first ignited, other**

| **Detectors** | **Undetermined** |
| --- | --- |

**Automatic Extinguishment System(AES)**   **None Present**

Case: 19-20689   Doc# 13590-3   Filed: 03/08/23   Entered: 03/08/23 20:11:15   Page 7



**SUPPLEMENTARY INVESTIGATION REPORT**

STATE OF CALIFORNIA
DEPARTMENT OF FORESTRY AND FIRE PROTECTION
LE 71 (REV. 7/2011)

| INCIDENT NUMBER |
| --- |
| 17CASLU011285 |
| **CASE NAME** |
| Meadow |

| DAY | MONTH | DATE | YEAR | COUNTY | REGION | UNIT | CASE NUMBER |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Monday | October | 2 | 2017 | San Luis Obispo | CSR | SLU | |

1  On Monday, October 2, 2017, at 8:27 PM I was dispatched by CAL FIRE SLU Emergency
2  Command Center (ECC) to a structure fire at 4250 Allen Road in rural Paso Robles. The ECC
3  advised me of 911 calls made prior to the fire starting that large "booms" were heard. I arrived at
4  9:28 PM

5  In the driveway of #68 4250 Allen Road I found a downed power line that had been arc
6  severed (P-ZN-05 to 016). In the same area, off of the same pole, I observed a "service drop"
7  running through a tree. The tree was charred where the service drop ran through the limbs (P-ZN-17
8  to 021 & P-ZN-024 / 25). The limbs were burned from the top down. At the base of the pole and
9  under the tree, I observed backing fire spread indicators that moved north to north west. I
10  determined this area to be the General Origin Area (GOA).

11

12  I interviewed (V-ZN-001) Pacific Gas and Electric Company (PG&E) Trouble man Jim
13  MCCALL. MCCALL told me he was notified of a power outage at approximately 4:30 PM the same
14  day and that all of Running Deer Ranch and Tri Counties were affected.

15

16  During my investigation by conducting a perimeter search of an area approximately one acre
17  in size and through the examination of directional burn indicators, I was able to focus my
18  investigation on a GOA of approximately 25 feet by 25 feet.

19

20  I was able to rule out the following sources of ignition as a cause for this fire:
21  *Lightning* – No lightning activity reported in the area and the sky was clear. There was no
22  evidence located within the GOA consistent with a fire igniting as a result of lightning activity.
23  *Smoking* – No cigarettes or other smoking materials were located in the GOA.
24  *Railroad* - There are no railroads or railways in the GOA.
25  *Fireworks* - There was no debris associated to the use of fireworks located within the GOA.
26  *Playing with fire* – There were no signs of children playing in the area and I did not locate any
27  matches in or near the GOA.

1 OF 2

OFFICERS INITIALS

1     *Spontaneous combustion* – This was excluded as a potential cause. No material was located
2     within the GOA that has the ability to spontaneously combust.
3     *Campfire* - There were no signs consistent with a campfire being constructed or utilized within
4     the GOA.
5     *Debris burning* - There were no debris burning piles in the GOA.
6     *Equipment* – There were no indicators of equipment use within the GOA.
7
8     Based on my training, education, observation and statements revealed by interviewing
9 MCCALL, I determined the fire to be caused by power line conductors coming into contact with
10 surrounding vegetation that extended into nearby structures.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31

| PRINTED NAME | SIGNATURE | BADGE NUMBER | DATE |
|---|---|---|---|
| Z. Nichols | | 2534 | 10/19/17 |

2 OF 2

OFFICERS INITIALS

State of California
CAL FIRE
LE-66b (REV. 02-2012)

**Structure Fire Investigation**
CONFIDENTIAL **Origin & Cause Report**

| Incident Number | 17 CASLU011285 |
| Incident Date | Oct 2, 2017 |

## Sketch

| Dimensions (Length x Width) | Square Footage | Notes: |
|---|---|---|
| - | - | 3 Homes included in sketch. Did not enter square footage |



N

Not to Scale

ALLEN ROAD

OAK VIEW DRIVE

#67

4250 ALLEN ROAD

#68

#69

**Vicinity Map**

RUNNING DEER RANCH

ALLEN ROAD

BOBCAT LANE

RACCOON LANE

OAK VIEW DRIVE

✝ POWERPOLE
(X) AREA OF ORIGIN

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ DISPATCH RPT FC-34 | ☐ | FIRE RPT FC-18 | ☐ | PHOTOS | ☐ | CHP RPT | ☐ SKETCH | ☐ DIAGRAM |
| ☐ SUPPLEMENTAL RPT LE-71 | ☐ | EVID RPT LE-75e | ☐ | PHOTOS LE-75p | ☐ | MAPS | OTHER: |

| **Reporting Officer:** | Derek McTiernan | **Signature:** | |
| **Date Report Completed:** | Monday, October 23, 2017 | **Badge Number:** | 4537 |
| **Reviewing Officer:** | Laurie Donnelly | **Signature:** | |

Page 3 of 3

**Narrative**
Details of the Investigation

The San Luis Obispo emergency command center (ECC) dispatched a structure fire at 4250 Allen road on Monday, October 2, 2017 at 1924. E-3460 arrived at scene and found two (2) structures completely involved with extension into a third structures roof, siding, and boat dock. There were also power-lines down in front of two (2) of the structures. Some neighbors were staffing a hose line attached to a hydrant prior to arrival of fire resources. E-3460 personnel acted on keeping the fire from extending further into the third structure from the road until PG&E arrived at scene to secure the downed power-lines. Once the lines were secured personnel made entry into the third structure and extinguished the remaining fire. Two (2) of the homes were a complete loss with a vehicle included in one of the homes.

I identified a possible area of origin and kept all resources assigned to the fire out of the area until the arrival of our fire investigator, B-3420.

B-3420 arrived at scene and examined the area (see attached report).

Based on the evidence found at scene, I believe that the cause of this fire was the power-lines that split from the pole and service drop to the residence.

Fire cause exclusions:

Appliance: There was no evidence that an appliance was responsible for this fire.

Arson: There appeared to be no malicious intent in the start of this fire.

Cooking: There was no evidence that cooking was responsible for this fire.

Equipment: There was no equipment in the area that contributed to the cause of the fire.

Heating: There was no evidence that heating was responsible for this fire.

Smoking: There was no evidence that smoking was responsible for this fire.

Playing with fire: There was no evidence of playing with fire as a cause for this fire.

## Location

| Fire Name | Region | Unit | Batt | County | City/Area | Fire Cause Class |
|---|---|---|---|---|---|---|
| MEADOW | CSR | SLU | 3 | San Luis Oblspo | Paso Robles/Running Deer | Electrical |

| Origin Location: Address, Geographical Landmarks, Hwy, Rd, Trail, etc. | Latitude | Longitude | |
|---|---|---|---|
| 4250 Allen Road Paso Robles, CA 93446 | 35, 73.2117 | -120, 96.5467 | |

| Property Burned | Authority | Time Reported | Date Reported |
|---|---|---|---|
| Three structures, boat dock, vehicle and structure contents | SRA | 7:24 PM | Monday, Oct 2, 2017 |

| Estimated Fire Damage Cost | Response Area | Est. Time Ign. | Date of Ignition |
|---|---|---|---|
| $500,000.00 | L-1 | 6:45 PM | Monday, Oct 2, 2017 |

## Conditions

| Occupied | Occupancy Type | Power On | Circuits Tripped | Gas/Fuel On | LPG Tank % | Sprinklers | Smoke Detector | CO Detector |
|---|---|---|---|---|---|---|---|---|
| No | Residential SF | Yes | No | Yes | | No | | |

| Foundation | Construction Type | Roof | Ext. Covering | Material First Ignited | Suppression Actions Prior to FD |
|---|---|---|---|---|---|
| Slab | Metal Frame | Metal | Metal | Unknown | Yes (See Narrative) |

## Cause Class

| APPLIANCE | ARSON | COOKING | Ignition Source |
|---|---|---|---|
| Excluded | Excluded | Excluded | Downed powerlines |
| **ELECTRICAL** | **EQUIPMENT** | **HEATING** | |
| Included | Excluded | Excluded | |
| **PLAYING WITH FIRE** | **SMOKING** | **OTHER/MISC** | |
| Excluded | Excluded | Excluded | |

## Victim, Witness, Subject

| Code | Name (First Middle LAST) | Address (Mailing/Physical) | Phone |
|---|---|---|---|
| V1 | Toni LoCicero | 4250 Allen Road # 67 Paso Robles, CA 93446 | (805) 296-2246 |

| | License/ID # | State | DOB | Race | Gender | Hair Color | Eye Color | Height | Weight |
|---|---|---|---|---|---|---|---|---|---|
| | | | | WHITE | F | | | | |

| Code | Name (First Middle LAST) | Address (Mailing/Physical) | Phone |
|---|---|---|---|
| V2 | Brent Hendrix | 4250 Allen Road # 68 Paso Robles, CA 93446 | (805) 610-2929 |

| | License/ID # | State | DOB | Race | Gender | Hair Color | Eye Color | Height | Weight |
|---|---|---|---|---|---|---|---|---|---|
| | | | | WHITE | M | | | | |

| Code | Name (First Middle LAST) | Address (Mailing/Physical) | Phone |
|---|---|---|---|
| V3 | Kyle May | 4250 Allen Road # 69 Paso Robles, CA 93446 | (805) 431-3120 |

| | License/ID # | State | DOB | Race | Gender | Hair Color | Eye Color | Height | Weight |
|---|---|---|---|---|---|---|---|---|---|
| | | | | WHITE | M | | | | |

| Code | Name (First Middle LAST) | Address (Mailing/Physical) | Phone |
|---|---|---|---|
| | | | |

| | License/ID # | State | DOB | Race | Gender | Hair Color | Eye Color | Height | Weight |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## Appliances/Equipment

| Make | Model | Serial# | In Operation? |
|---|---|---|---|
| N/A | N/A | N/A | No |

Additional Info:

N/A

## Vehicle

| State | License # | VIN / Serial# | Year | Make | Model | Color |
|---|---|---|---|---|---|---|
| | | | | | | |

Additional Info:

Case: 19-30088   Doc# 13599-3   Filed: 03/08/23   Entered: 03/08/23 20:11:15   Page
35 of 57



# CAIRS
## California All Incident Reporting System



| Incident No. 0011285 | Exposure 0 | Data 10-02-2017 | Station SLU | Alarm Time 10-02-2017 19:23 | Arrival Time 10-02-2017 19:53 | Clear Time 10-03-2017 02:07 |
|---|---|---|---|---|---|---|
| Address 00084250 ALLEN Road | | | Apt./Suite/Room: | City: SLO_CO | | State: California | Zip Code: 93446 |
| Incident Type Building fire | | | Mutual Aid Automatic aid received | Actions Taken Extinguish ; Salvage & overhaul | | |

| Owner/Persons Involved | |
|---|---|
| Owner's Name | Phone |
| Owner's Address | |

| Property Use/Resources/Ignition | | |
|---|---|---|
| Property Use 1 or 2 family dwelling | On-Site Materials Personal & home products, other | Num. Apparatus 11 | Num. Personnel 28 |
| Area of Fire Origin Undetermined | | Heat Source Arcing |
| Item First Ignited Undetermined | | Type of Material First Ignited |

| Mobile Property | |
|---|---|
| Mobile Property Type: Passenger car. | Mobile Property Make: |
| Mobile property Model: | Year: |
| License Plate Number: | State: | VIN Number: |

| Notes | |
|---|---|
| Fin Type = FSRW | Insurance Carrier |
| | Insurance Agent |
| Member Making Report Derek McTiernan | Data 10-02-2017 |

THE UNDERSIGNED HEREBY CERTIFIES THIS REPORT IS A TRUE COPY OF THE RECORD ON FILE.

Signature: _Loree McRoberts_          Date: _2-14-18_

Loree McRoberts
Office Technician, Prevention
CAL FIRE/San Luis Obispo County Fire

Case: 19-30088   Doc# 13599-3   Filed: 03/08/23   Entered: 03/08/23 20:11:15   Page
36 of 57



P-ZN-039



P-ZN-033 Pole between #67 & #68



P-ZN-034 Pole Between #67 & #68



P-ZN-031 Ash pile at base of tree and pole



P-ZN-032 Damage differential



P-ZN-029 Base of pole



P-ZN-030 Backing fire at base of pole



P-ZN-027 Remains of junction box



P-ZN-028 Base of pole and charing



P-ZN-025 Service drop and tree limb charing



P-ZN-026 Service drop messenger line



P-ZN-023 Service drop messenger line



P-ZN-024 Smoking tree where service drop exits


P-ZN-021 Service drop and charing


P-ZN-022 Below severed end of service drop



P-ZN-019 Service drop into tree limbs



P-ZN-020 Severed service drop


P-ZN-017 Service drop into tree limbs


P-ZN-018 Service drop into tree limbs



P-ZN-015 Severed messenger line



P-ZN-016 Pole between #67 & #68



P-ZN-013 Severed conductor



P-ZN-014 Severed conductor



P-ZN-011 Severed conductor



P-ZN-012 Severed conductor and messenger cable



P-ZN-009 Severed conductor



P-ZN-010 Severed conductor



P-ZN-007 Severed conductor



P-ZN-008 Severed conductor



P-ZN-005 Severed conductor



P-ZN-006 Severed conductor



P-ZN-003 Power Pole between #67 & #68



P-ZN-004 Power Pole Between #67 & #68



P-ZN-001 Allen Rd #67



P-ZN-002 Power Pole in between #67 & #68



P-ZN-037



P-ZN-038



P-ZN-035 Pole Between #67 & #68



P-ZN-036  Breaker box damage at #68

# Electronic Proof of Claim_NWG*@27386

Final Audit Report

2019-10-13

| | |
|---|---|
| Created: | 2019-10-13 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAlebjPPC_6O5NNvBp3GVcd7LfOHkQGmve |

## "Electronic Proof of Claim_NWG*@27386" History

Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
2019-10-13 - 7:36:47 PM GMT

William E Abrams (kaarubcic@gmail.com) uploaded the following supporting documents:
Attachment
2019-10-13 - 7:50:16 PM GMT

Web Form filled in by William E Abrams (kaarubcic@gmail.com)
2019-10-13 - 7:50:16 PM GMT- IP address: 216.139.57.153

(User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.120 Safari/537.36)
2019-10-13 - 7:50:19 PM GMT- IP address: 216.139.57.153

Signed document emailed to Prime Clerk E-Filing (efiling@primeclerk.com) and William E Abrams (kaarubcic@gmail.com)
2019-10-13 - 7:50:19 PM GMT

Prime Clerk

POWERED BY
Adobe Sign