Thomas Tosdal
TOSDAL LAW FIRM
991 Lomas Santa Fe Drive, Ste C 439
Solana Beach CA 92075
Telephone: (858) 704-4709
Facsimile: (858) 367-5524
Email: tom@tosdallaw.com

Michael S. Feinberg SBN 81867
Michael S. Feinberg APLC
41911 Fifth Street, Ste. 300
Temecula, CA 92590
Tel: (951) 698-9909
feinberg@feinbergfitchlaw.com

Angela Jae Chun SBN 248571
Law Office of Angela Jae Chun
10680 Treena Street, Ste 160A
San Diego, CA 92131
Tel: (619) 719-5757
Email: ajc@cglaw.com

David S. Casey, Jr. SBN 60768
Casey Gerry Shenk Francavilla
Blatt & Penfield, LLP
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
Fax: (619) 544-9432
Email: dcasey@cglaw.com

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In Re: <br><br>PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY, <br><br>Debtors. <br><br><br><br>Affects Both Debtors | Bankr. Case No. 19-30088-DM <br><br>**CERTIFICATE OF SERVICE** |

I, Teresa Ferrer, declare:

I am a citizen of the United States and am employed as a Litigation Paralegal for the above named attorneys. I am over 18 years of age and not a party to this action. My business address is 991 C 439 Lomas Santa Fe Drive, Solana Beach, California. On February 22, 2023, I caused to be filed and served a JOINDER IN ABRAMS MOTION TO FILE SUPPLEMENTS TO CLAIMS AGAINST PGE, on behalf of the same above named counsel, by transmitting it electronically through the Court's Electronic Filing System (ECF). On this same date, I received confirmation from the Notices of Electronic Filing (NEF) that all counsel and parties had been electronically served with the document.

I declare under penalty of perjury the foregoing is true and correct. Executed on this sixth day of March 2023 at San Diego, California.

/s/ Teresa Ferrer
Teresa Ferrer