**The WAGNER LAW GROUP PC**
**(FORMERLY KNOWN AS Wagner Jones**
 **Kopfman & Artenian, LLP**
Nicholas J.P. Wagner (Bar No. 109455)
David D. Doyle (Bar No.100595)
1111 E. Herndon Avenue, Suite 317
Fresno, California 93720
(559) 449-1800
(559) 449-0749 Fax
Email: bwagner@wagnerjones.com
Email: doyle@ddmslaw.com

Attorney for Brenda Wright and numerous Wildfire Claimants

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | Bankr. Case No. 19-30088-DM |
| PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY, | **CERTIFICATE OF SERVICE** |
| Debtors. | |
| Affects Both Debtors | |

I, Teresa Ferrer, declare:

I am a citizen of the United States and am employed as a Litigation Paralegal. I am over 18 years of age and not a party to this action. My business address is 991 C 439 Lomas Santa Fe Drive, Solana Beach, California. On March 8, 2023, I caused to be filed and served a JOINDER IN ABRAMS MOTION TO FILE SUPPLEMENTS TO CLAIMS AGAINST PGE, on behalf of the same above named counsel, by transmitting it electronically through the Court's Electronic Filing System (ECF). On

this same date, I received confirmation from the Notices of Electronic Filing (NEF) that all counsel and parties had been electronically served with the document.

I declare under penalty of perjury the foregoing is true and correct. Executed on this ninth day of March 2023 at San Diego, California.

*/s/ Teresa Ferrer*
Teresa Ferrer