KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

GOUGH & HANCOCK LLP
Gayle L. Gough (#154398)
(gayle.gough@ghcounsel.com)
Daniel Shevtsov (#299971)
(daniel.shevtsov@ghcounsel.com)
50 California Street, Suite 1500
San Francisco, CA 94111
Tel: 415 848 8918
Fax: 888 808 6471

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF DANIEL SHEVTSOV IN SUPPORT OF REORGANIZED DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 80260 FILED BY HOWARD KRAUSSE**<br><br>**Response Deadline:**<br>**March 28, 2023, 4:00 p.m. (Pacific Time)**<br><br>**Hearing Information If Timely Response Made:**<br>Date: April 11, 2023<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Tele/Videoconference Appearances Only)<br>     United States Bankruptcy Court<br>     Courtroom 17, 16th Floor<br>     San Francisco, CA 94102 |

I, Daniel Shevtsov, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am an attorney at law duly licensed to practice before all courts of the State of California, and I am an attorney at Gough & Hancock LLP, counsel of record for PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**," or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**"). I am one of the attorneys responsible for handling this file and, in this capacity, have personal knowledge of the facts set forth in this declaration and if called as a witness could and would testify as set forth herein. I submit this declaration in support of the *Reorganized Debtors' Objection to Proof of Claim No. 80260 Filed by Howard Krausse* (the "**Objection**"),[1] filed contemporaneously herewith.

2. Attached hereto as **Exhibit A** is a true and correct copy Proof of Claim No. 80260, filed by Claimant Howard Krausse.

3. Attached hereto as **Exhibit B** is a true and correct copy of Claimant's response to PG&E's Information Request pursuant to the ADR Order.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this 10th day of March, 2023, in San Francisco, California.

By:     */s/ Daniel Shevtsov*
       Daniel Shevtsov

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Objection.