Entered on Docket
March 13, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: March 13, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER ALLOWING LATE CLAIM OF CHRISTINA MARIE CHARLES**

The court has reviewed and considered the *Motion to Allow/Deem Timely Late Filing of Proof of Claim* ("Motion") (Dkt. 13547) filed by Christina Marie Charles and the *Fire Victim Trustee's Statement of Non-Opposition to Letter Request of Christina Marie Charles* ("Statement") (Dkt. 13606).

As the Trustee has no opposition to the Motion, the court hereby GRANTS the Motion and deems proof of claim number 106153

-1-

of Ms. Charles timely, but subject to the Trustee's reservations at paragraphs 14 and 15 of the Statement.

**\*\*END OF ORDER\*\***

-2-

Case: 19-30088    Doc# 13613    Filed: 03/13/23    Entered: 03/13/23 12:10:09    Page 2 of 3

COURT SERVICE LIST

Christina Marie Charles
10 Towerside Ave.
San Francisco, CA 94134
Email: chris411char@gmail.com