Entered on Docket
March 14, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

MAR 13 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In the Matter of: PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY,<br><br>          Debtors,<br><br>------------------------------<br><br> ELLIOTT MANAGEMENT CORPORATION, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it; et al.,<br><br>          Appellants,<br><br>  v.<br><br>PG&E CORPORATION, Reorganized PG&E,<br><br>          Appellee. | No. 22-15560<br><br>D.C. No. 4:20-cv-07865-HSG<br>U.S. District Court for Northern California, Oakland<br><br>**MANDATE** |

       The judgment of this Court, entered February 17, 2023, takes effect this

date.

       This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7