Thomas Tosdal
TOSDAL LAW FIRM
991 Lomas Santa Fe Drive, Ste C 439
Solana Beach CA 92075
Telephone: (858) 704-4709
Facsimile: (858) 367-5524
Email: tom@tosdallaw.com

Michael S. Feinberg SBN 81867
Michael S. Feinberg APLC
41911 Fifth Street, Ste. 300
Temecula, CA 92590
Tel: (951) 698-9909
feinberg@feinbergfitchlaw.com

Angela Jae Chun SBN 248571
Law Office of Angela Jae Chun
10680 Treena Street, Ste 160A
San Diego, CA 92131
Tel: (619) 719-5757
Email: ajc@cglaw.com

David S. Casey, Jr. SBN 60768
Casey Gerry Shenk Francavilla
Blatt & Penfield, LLP
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
Fax: (619) 544-9432
Email: dcasey@cglaw.com

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In Re:<br><br>PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors.<br><br><br><br>Affects Both Debtors | Bankr. Case No. 19-30088-DM<br><br>**TROSTLE REPLY IN SUPPORT OF ABRAMS MOTION TO FILE SUPPLEMENTS TO CLAIMS AGAINST PGE** |

Abrams' motion and PGE's opposition raise the prospect of thousands of

claimants filing supplements to claims alleging wrongful manipulation of stock values

«document_number» Page 1

by PGE in the years running up to the bankruptcy plan.

This prospect is very real. So far, counsel representing about 2,000 claimants have filed formal joinders, with others waiting in the wings. The possibility of filing supplements to claims against PGE is of active concern to thousands of claimants. Once our investigation is complete, we will make an informed decision on the merits whether to file claims supplements. In the meantime, we do not want any ruling on the Abrams' motion to prejudice the rights of other claimants.

PGE's opposition ignores two important facts. The first is the value of the stock transferred by PGE to the Trust in mid-2020 was $2.1 billion short of the $6.75 billion promised in the Restructuring Support Agreement and the Plan. As a result, no claimant will receive full compensation for their loss.

Secondly, PGE has stipulated, and this Court has approved the stipulation, to permit hedge fund Baupost to do exactly what the joining fire victims now propose to do: without the necessity of a motion, permit these claimants to file a supplement to their claims alleging serial misstatements by PGE from 2015 through the confirmation of the Plan that artificially increased the value of the stock in the runup to Plan confirmation, resulting in a dramatic loss of value when the misstatements were publicly exposed. These claimants will then seek damages directly from PGE, not the Trust. As stated in the stipulation, PGE may retain all of its defenses.

There is no good reason to deny thousands of claimants the same rights in this regard as Baupost.

Otherwise, these joining claimants support Mr. Abrams' motion to have his claim supplement deemed timely by the Court.

Dated: March 14, 2023

*Thomas Tosdal*
Thomas Tosdal
Attorney for Joining Claimants