

RICHARD T. BOWLES (#46234)
Bowles & Verna LLP
2121 N. California Blvd., Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile:  (925) 935-0371
Email: rbowles@bowlesverna.com

Attorneys for Creditor Tamie Wright Dasse

Signed and Filed: March 14, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors.<br><br>Affects Borth Debtors | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**ORDER GRANTING EX PARTE MOTION FOR WITHDRAWAL OF APPEARANCE OF RICHARD T. BOWLES** |

An ex parte motion to withdraw the appearance of Richard T. Bowles, counsel for creditor Tamie Wright Dasse, has been filed and considered.

IT IS ORDERED THAT:

The appearance of Richard T. Bowles is withdrawn.

*END OF ORDER*

Bowles & Verna LLP
2121 N. California
Suite 875
Walnut Creek 94596

1
ORDER GRANTING EX PARTE MOTION FOR WITHDRAWAL OF APPEARANCE OF RICHARD T. BOWLES
Case No. 19-30088 (DM)

Case: 19-30088    Doc# 13616    Filed: 03/14/23    Entered: 03/14/23 15:10:42    Page 1 of 2

## COURT SERVICE LIST

Tamie Wright-Dasse
Greg Dasse
3130 McBryde Avenue
Richmond, California 94804