# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

February 6, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Pacific Gas & Electric Company
            v. Ad Hoc Committee of Holders of Trade Claims
           No. 22-733
           (Your No. 21-16043)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on February 2, 2023 and placed on the docket February 6, 2023 as No. 22-733.

                                 Sincerely,

                                 **Scott S. Harris**, Clerk

                                 by

                                 Redmond K. Barnes
                                 Case Analyst