**Entered on Docket**
**March 15, 2023**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: March 15, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **ORDER DENYING CHARLES MAIER'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362** <br><br> **[Related to Dkt. No. 13509]** <br><br> Date: March 7, 2023 <br> Time: 10:00 a.m. (Pacific Time) <br> Place: (Zoom Videoconference) <br> United States Bankruptcy Court <br> Courtroom 17, 16th Floor <br> San Francisco, CA 94102 |

The Court having considered the *Notice of Motion and Motion for Relief from Automatic Stay Under 11 U.S.C. § 362* [Docket No. 13509] (the "**Motion**") filed by Charles Maier ("**Maier**") on February 14, 2023, and the Declaration [Docket No. 13511] and Memorandum of Points and Authorities [Docket No. 13512] filed by Maier in support, and the *Reorganized Debtors' Opposition to Motion for Relief from Stay of Charles Maier* [Docket No. 13553] (the "**Opposition**") filed by PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**" or "**Reorganized Debtors**") in the above-captioned chapter 11 cases; and having held a hearing on the Motion at the above-captioned date, with Aaron J. Mohamed appearing on behalf of Maier, and Thomas B. Rupp and Gayle L. Gough appearing on behalf of the Reorganized Debtors; and, upon consideration of all the papers filed with respect to the Motion and arguments made at the hearing, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Motion is denied, for the reasons stated on the record.

2. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

APPROVED AS TO FORM:

BRERETON, MOHAMED, & TERRAZAS, LLP

*/s/ Aaron J. Mohamed*
Aaron J. Mohamed
*Attorneys for Charles Maier*

*** END OF ORDER ***