Entered on Docket
March 15, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: March 15, 2023**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>       - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>       Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br>Date:  March 22, 2023<br>Time:  10:00 AM<br>Via Video/Teleconference<br>www.canb.uscourts.gov/calendars |

**ORDER REGARDING HEARING ON MARCH 22, 2023**

    For the March 22, 2023, 10:00 AM hearing, the court will hear the *Motion for Order Deeming Williams B. Abrams Supplement to Damage Claims Timely* (Dkt. 13518) ("Motion").

    Mr. William B. Abrams will begin and have twenty (20) minutes for argument. He will be expected to reserve a portion of the time for rebuttal. The court recognizes that numerous

-1-

Case: 19-30088   Doc# 13624   Filed: 03/15/23   Entered: 03/15/23 14:51:46   Page 1 of 3

parties filed responses to the Motion.  If Mr. Abrams wishes to share his allowed time with any counsel or individuals who have filed joinders, he may do so.  Mr. Abrams must notify the Courtroom Deputy via email: Lorena_Parada@canb.uscourts.gov and provide the names of the counsel or individual who will be speaking no later than 3:00 PM on March 21, 2023.

    Counsel for the Reorganized Debtors will have twenty (20) minutes for argument.  They may allocate up to five (5) minutes to counsel for the Fire Victim Trust and Baupost Group Securities, L.L.C. to speak if they choose to do so.

    All hearings will be conducted by telephone or video conference (unless otherwise noted).  Please review the specific calendar page (pdf) posted on the Bankruptcy Court's website for further instructions one week prior to the hearing.

    All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about Court operations during the COVID-19 pandemic.  The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance.  If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

William B. Abrams
2041 Stagecoach Rd.
Santa Rosa, CA 95404