# UNITED STATES BANKRUPTCY COURT

# Northern District of California (San Francisco Division)

In re:

PG&E CORPORATION
-and-
PACIFIC GAS AND ELECTRIC
COMPANY,
                    Debtors.

Case No: <u>19-30088</u>

## RELEASE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Transferor, Agajanian, Inc. d/b/a Agajanian Vineyards & Wine Company, and Transferee, Premier Valley Bank, executed a Partial Transfer of Claim Other Than For Security and the same was filed with the above-entitled Court on October 9, 2020, regarding Court Claim #61398.

Transferee acknowledges payment in full of the monies owed to Transferee by Transferor and hereby releases any and all right, title and interest in Court Claim #61398.

Date: _3/13/23_____

By: _____
Transferee/Transferee's Agent
Lo B. Nestman, President and CEO
PREMIER VALLEY BANK, a Division of HTLF Bank,
successor by merger with Premier Valley Bank