# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
|     **- and -** | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
|       **Reorganized Debtors.** | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Liz Santodomingo, do declare and state as follows:

1.    I am employed by Kroll Restructuring Administration LLC ("*Kroll*")[1], the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2.    On March 9, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**; and via Email on Frank Thomas More Catalina, fcatalina@rksllp.com and Thomas B. Rupp, trupp@kbkllp.com:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction [Docket No. 13591]

3.  I have reviewed the Notices of Electronic Filing (NEF) for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

1      4.  I declare under penalty of perjury under the laws of the United States of America, that the

2  foregoing is true and correct and that if called upon as a witness, I could and would competently testify

3  thereto.

4

5  Executed this 15th day of March 2023, at New York, NY.

6                                          /s/ Liz Santodomingo

7                                          Liz Santodomingo

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

Exhibit A
Notice Parties Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|------|-----------|-----------|-----------|------|-------|-------------|
| Brereton, Mohamed, & Terrazas LLP | Attn: Aaron J. Mohamed | 1362 Pacific Avenue | | Santa Cruz | CA | 95060 |
| Gough & Hancock LLP | Attn: Gayle L. Gough | 50 California Street | Suite 1500 | San Francisco | CA | 94111 |
| Keller Benvenutti Kim LLP | Attn: Gabrielle Albert | 650 California Street | Suite 1900 | San Franciso | CA | 94108 |
| Weil Gotshal and Manges, LLP | Attn: Richard W. Slack | 767 Fifth Ave. | | New York | NY | 10153−0119 |

Case: 19-30088    Doc# 13627    Filed: 03/17/23    Entered: 03/17/23 13:02:48    Page 4
of 4