
Signed and Filed: March 18, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

ROVENS LAMB LLP
Steven A. Lamb (#132534)
(slamb@rovenslamb.com)
2601 Airport Drive, Suite 370
Torrance, CA 90505
Tel: 310 536 7830

LAW OFFICES OF JENNIFER L. DODGE INC.
Jennifer L. Dodge (#195321)
(jdodgelaw@jenniferdodgelaw.com)
2512 Artesia Blvd., Suite 300D
Redondo Beach, California 90278
Tel: (310) 372.3344
Fax: (310) 861.8044

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **ORDER APPROVING STIPULATION TO MODIFY SCHEDULE REGARDING MOTIONS FOR SUMMARY JUDGMENT ON CLAIM OF AMIR SHAHMIRZA** |
| Debtors. | [Related to Dkt. Nos. 12130, 13478, 13567] |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

The Court having considered the *Stipulation to Modify Schedule Regarding Motions for Summary Judgment on Claim of Amir Shahmirza*, dated March 17, 2023 (the "**Stipulation**"),[1] entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") on the one hand, and Creditors Amir Shahmirza (Agent for Komir, Inc.) and Komir, Inc. (together, "**Shahmirza**") on the other hand, by and through their counsel; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. Shahmirza shall file an opposition to the PG&E Motion and a reply in support of the Shahmirza Motion on or before April 3, 2023.

3. The Reorganized Debtors shall file a reply in support of the PG&E Motion on or before April 19, 2023.

4. A hearing on the Shahmirza Motion and PG&E Motion will be held on **May 9, 2023**, at 10:00 a.m. (Pacific Time).

5. The April 11, 2023 hearing on this matter is dropped from the calendar.

6. The Stipulation and this Order are without prejudice to any Party requesting a further continuance of the hearing or otherwise modifying the briefing schedule set forth herein.

7. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

/ / /

/ / /

/ / /

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

APPROVED AS TO FORM AND CONTENT:

COHEN AND JACOBSON, LLP

_/s/ Lawrence A. Jacobson_
Lawrence A. Jacobson
*Attorneys for Amir Shahmirza (Agent for Komir, Inc.)
and Komir, Inc.*

*** END OF ORDER ***