Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2600
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619) 236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys for KAREN GOWINS RICHARD GOWINS,
and numerous Wildfire Claimants

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:* | Case No. 19-30088-DM |
| PG&E CORPORATION | **CERTIFICATE OF SERVICE** |
| -and- | |
| PACIFIC GAS AND ELECTRIC COMPANY | |
| Debtors. | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas & Electric | |
| ■ Affects Both Debtors | |
| _____ | |

1

# CERFIFICATE OF SERVICE

I, Bonnie E. Kane, declare

I am a citizen of the United States and employed in San Diego County, California and Butte County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 402 W. Broadway, Suite 2500, San Diego, California 92101. On March 15, 2023, I served a copy of the within document:

KAREN AND RICHARD GOWINS' REPLY IN SUPPORT OF ABRAMS' MOTION FOR ORDERD DEEMING SUPPLEMENTS TO CLAIMS TIMELY

 by transmitting electronically through the Court's CM/ECF system and to be served by the Court via Notice of Electronic Filing (NEF). On March 15, 2023, I reviewed the Notices of Electronic Filing (NEF) for the above entitled document and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 15, 2023, at San Diego, California.

　　　　　　　　　　　　　　　　　　　_____/s/ Bonnie E. Kane_____
　　　　　　　　　　　　　　　　　　　　　　　Bonnie E. Kane

2