

Mathew Tyler
PO Box 866
Paradise, CA 95969-3121
+1-262-757-8802
hi@tylerpresident.com

March 20, 2023

~~Judge~~ Montali, Courtroom 17
450 Golden Gate Ave.
Mail Box 36099
San Francisco, CA 94102

Case # 19-30088
Docket # 13518
# Creditor / Claim # 68827

"Please Post to the Courtroom Docket"

As a crime victim of the 2018 "Camp Fire," in accordance with California Constitution Article 1, section 28(c)(1), I am enforcing my rights as a crime victim enumerated in California Constitution Article 1, section 28(b). I wish to be heard pursuant to California Constitution Article 1, section 28(b)(8) and 18 U.S. Code § 3771(a)(4).

I object to the Fire Victim Trustee's statement, docket #13594.

As far as I know, the Fire Victim Trust (aka Fraud Victim Trust [FVT]) was created to:
1. Process the claims of crime victims[1] of [SIC fraud] fires including the 2018 "Camp Fire"; and,
2. advocate for more monies as the $6.75 billion dollar + stock (with no guarantee of value, as evident now) aggregate settlement was insufficient and misrepresented throughout the entire process.

The Fire Victim Trust attempting to interfere, influence, or otherwise deter a crime victim from being made whole through motions or any other means seems out of the purview of the Fire Victim Trust.

Case: 19-30088    Doc# 13633    Filed: 03/20/23    Entered: 03/21/23 09:27:34    Page 1 of 5



Regardless if it is within the purview of the Fire Victim's Trust, I still maintain my objection to their objection for the other aforementioned reason.


[1] "*(e) As used in this section, a "victim" is a person who suffers direct or threatened physical, psychological, or financial harm as a result of the commission or attempted commission of a crime or delinquent act. The term "victim" also includes the person's spouse, parents, children, siblings, or guardian, and includes a lawful representative of a crime victim who is deceased, a minor, or physically or psychologically incapacitated. The term "victim" does not include a person in custody for an offense, the accused, or a person whom the court finds would not act in the best interests of a minor victim.*" California Constitution Article 1, section 28(e).

20230320: Support for Docket #13518                                                                                                                Page: 2 of 5

Case: 19-30088    Doc# 13633    Filed: 03/20/23    Entered: 03/21/23 09:27:34    Page 2 of 5





https://dlike.co/firemap

*Fire icon indicates State owned land.*

20230320: Support for Docket #13518

Case: 19-30088    Doc# 13633    Filed: 03/20/23    Entered: 03/21/23 09:27:34    Page 3 of 5





> "The **world will** not **be destroyed** by those who do evil but **by those who watch** them <u>**without doing anything**</u>."
> – Albert Einstein

Sincerely,


Mathew Tyler, US Presidential candidate (I)
M.L.T.
# TylerPresident.com, "Strength and honor"