**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**,<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR MARCH 22, 2023, OMNIBUS HEARING**<br><br>Date: March 22, 2023<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Zoom Videoconference<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR
MARCH 22, 2023,
OMNIBUS HEARING**

I: <u>**MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**</u>

*CONTESTED MATTERS GOING FORWARD*

1. <u>**Abrams Motion re Claim Supplement:**</u> *Motion for Order Deeming William B. Abrams Supplement to Damage Claims Timely* [**Dkt. 13518**].

    <u>Responses Received</u>:

    A. *Fire Victim Trustee's Statement and Reservation of Rights in Response to Motion for Order Deeming William B. Abrams Supplement to Damage Claims Timely* [**Dkt. 13594**].

    B. *Statement of Baupost Group Securities, L.L.C. Regarding William B. Abrams's Motion for Order Deeming Supplement to Damage Claims Timely, and Related Filings* [**Dkt. 13598**].

    C. *Reorganized Debtors' Opposition to Motion for Order Deeming William B. Abrams Supplement to Damage Claims Timely* [**Dkt. 13599**].

    <u>Related Documents</u>:

    D. *Declaration of William B. Abrams in Support of Motion for Order Deeming William B. Abrams Supplement to Damage Claims Timely* [**Dkt. 13519**]

    E. [Trostle, et al.] *Joinder in Abrams Motion to File Supplements to Claims Against PGE* [**Dkt. 13534**].

    F. [Gowins, et al.] *Joinder in Abrams' Motion to File Supplement to Claims Against PGE* [**Dkt. 13564**].

    G. [Wright, et al.] *Joinder in Abrams Motion to File Supplements to Claims Against PGE* [**Dkt. 13597**].

    H. *Trostle Reply in Support of Abrams Motion to File Supplements to Claims Against PGE* [**Dkt. 13615**].

    I. [Abrams] *Reply to Reorganized Debtors' Opposition to Motion for Order Deeming William B. Abrams Supplement to Damage Claims Timely* [**Dkt. 13623**].

    J. *Karen and Richard Gowins' Reply in Support of Abrams' Motion for Order Deeming Supplements to Claims Timely* [**Dkt. 13626**].

K. [Wright, et al.] *Amended Reply of Claimants Represented by the Wagner Law Group in Support of Motion to File Suplemental Claims Against PG&E* **[Dkt. 13634]**.

L. Letters to Court from claimants **[Dkts. 13533, 13535, 13540, 13541, 13542, 13543, 13548, 13549, 13551, 13559, 13560, 13572, 13573, 13574, 13575, 13576, 13579, 13584, 13585, 13586, 13587, 13588, 13592, 13593, 13596, 13611, 13633]**.

Related Orders:

M. *Order Directing Reorganized Debtors to Respond to Motion Filed by William B. Abrams* **[Dkt. 13537]**.

N. *Order Regarding Hearing on March 22, 2023* **[Dkt. 13624]**.

Status: This matter is going forward on a contested basis.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: March 21, 2023

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: /s/ Thomas B. Rupp
Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*