

Mathew Tyler
PO Box 866
Paradise, CA 95969-3121
+1-262-757-8802
hi@tylerpresident.com

March 23, 2023

~~Judge~~ Montali, Courtroom 17
450 Golden Gate Ave.
Mail Box 36099
San Francisco, CA 94102

Case # 19-30088
Docket # 13594

# Creditor / Claim # 68827

"Please Post to the Courtroom Docket"

As a crime victim of the 2018 "Camp Fire," in accordance with California Constitution Article 1, section 28(c)(1), I am enforcing my rights as a crime victim enumerated in California Constitution Article 1, section 28(b). I wish to be heard pursuant to California Constitution Article 1, section 28(b)(8) and 18 U.S. Code § 3771(a)(4).

## I object to the Fire Victim Trustee's objection. I object to docket #13594.

As far as I know, the Fire Victim Trust (aka Fraud Victim Trust [FVT]) was created to:
1. Process the claims of crime victims[1] of [SIC fraud] fires including the 2018 "Camp Fire"; and,
2. advocate for more monies as the $6.75 billion dollar + stock (with no guarantee of value, as evident now) aggregate settlement was insufficient and misrepresented throughout the entire process.

20230323: Objection to Fire Victim Trustee Objection. Objection to Docket # 13594

Page: 1 of 5

Case: 19-30088    Doc# 13640    Filed: 03/23/23    Entered: 03/23/23 09:16:59    Page 1 of 5



The Fire Victim Trust attempting to interfere, influence, or otherwise deter a crime victim from being made whole through motions or any other means seems out of the purview of the Fire Victim Trust. Regardless if it is within the purview of the Fire Victim's Trust, I still maintain my objection.


[1] "*(e) As used in this section, a "victim" is a person who suffers direct or threatened physical, psychological, or financial harm as a result of the commission or attempted commission of a crime or delinquent act. The term "victim" also includes the person's spouse, parents, children, siblings, or guardian, and includes a lawful representative of a crime victim who is deceased, a minor, or physically or psychologically incapacitated. The term "victim" does not include a person in custody for an offense, the accused, or a person whom the court finds would not act in the best interests of a minor victim.*" California Constitution Article 1, section 28(e).

20230323: Objection to Fire Victim Trustee Objection. Objection to Docket # 13594

Page: 2 of 5

Case: 19-30088    Doc# 13640    Filed: 03/23/23    Entered: 03/23/23 09:16:59    Page 2 of 5





https://dlike.co/firemap

*Fire icon indicates State owned land.*

20230323: Objection to Fire Victim Trustee Objection. Objection to Docket # 13594





20230323: Objection to Fire Victim Trustee Objection. Objection to Docket # 13594

Case: 19-30088    Doc# 13640    Filed: 03/23/23    Entered: 03/23/23 09:16:59    Page 4 of 5



> *"The **world will** not **be destroyed** by those who do evil but **by those who watch** them <u>**without doing anything**</u>."*
> – Albert Einstein

Sincerely,


Mathew Tyler, US Presidential candidate (I)
M.L.T.
# TylerPresident.com, "Strength and honor"

20230323: Objection to Fire Victim Trustee Objection. Objection to Docket # 13594

Page: 5 of 5

Case: 19-30088   Doc# 13640   Filed: 03/23/23   Entered: 03/23/23 09:16:59   Page 5 of 5