Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In re Debtor(s): | Case No.: 19–30088 DM 11 |
| --- | --- |
| PG&E Corporation | Chapter: 11 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on March 24, 2023 at 9:00 AM was filed on March 27, 2023. The following deadlines apply:

The parties have until Monday, April 3, 2023 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Monday, April 17, 2023.

If a request for redaction is filed, the redacted transcript is due Thursday, April 27, 2023.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Monday, June 26, 2023, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 3/29/23                    For the Court:

                                  Edward J. Emmons
                                  Clerk of Court
                                  United States Bankruptcy Court