# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: admin | Date Created: 3/27/2023 |
| Case: 19−30088 | Form ID: TRANSC | Total: 8 |

**Recipients of Notice of Electronic Filing:**

aty    Nicholas Wagner    kschemen@wagnerjones.com

    TOTAL: 1

**Recipients submitted to the Claims Agent (Kroll Restructuring Administration, LLC):):**

aty    Scott H McNutt    324 WARREN RD    SAN MATEO, CA 94402−1038 UNITED STATES
aty    David J. Molton    Brown Rudnick LLP    7 Times Square    New York, NY 10036
aty    Jessica Liou    Weil, Gotshal & Manges LLP    767 Fifth Avenue    New York, NY 10153
aty    Steven S. Kane    The Kane Law Firm    402 W. Broadway, # 2500    San Diego, CA 92101
    ANGELA JAE CHUN, ESQ.    Law Office of Angela Jae Chun    10680 Treena Street Suite 160A    San Diego, CA 92131

aty    Debra I. Grassgreen  Pachulski Stang Ziehl & Jones LLP  150 California St., 15th Flr. San Francisco, CA 94111    TOTAL: 6