**Entered on Docket**
**March 27, 2023**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**




**Signed and Filed: March 27, 2023**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER DENYING MOTION TO DEEM WILLIAM B. ABRAMS SUPPLEMENT TO DAMAGE CLAIMS TIMELY**

On March 24, 2023, the court held a hearing on the *Motion for Order Deeming Williams B. Abrams Supplement to Damage Claims Timely* (Dkt. 13518) ("Motion") and the responses filed to the Motion. Attached is a list of all parties, or counsel for named or unnamed parties, who joined in the relief sought by Mr.

Abrams. Appearances are noted and arguments are made on the record. For the reasons stated on the record, the Motion is DENIED as to Mr. Abrams and all who joined him.

****END OF ORDER****

**Joinders to Motion for Order Deeming Williams B. Abrams Supplement to Damage Claims Timely**

1. Richard and Alison Lane (Dkt. 13533)

2. Camp Fire Claimant Kirk Trostle and numerous fire claimants, represented by Angela Jae Chun, Esq. and Thomas Tosdal, Esq. (Dkts. 13534, 13615)

3. Tina Reszler (Dkt. 13535)

4. Mark Castellucci (Dkt. 13540

5. Tammy Spirlock (Dkt. 13541)

6. Autumn Witham (Dkt. 13542)

7. Devin Witham (Dkt. 13543)

8. Patti R. Dye (Dkt. 13548)

9. Wilma Dye (Dkt. 13549)

10. Karen Buchanan (Dkt. 13551)

11. Sarah Lynch (Dkt. 13559)

12. Jeremy Robertson (Dkt. 13560)

13. Camp Fire Claimant Karen Gowins and numerous fire claimants, represented by Steven Kane, Esq. (Dkts. 13564, 13626)

14. Cherish Israel (Dkt. 13572)

15. Ammishaddai Israel (Dkt. 13573)

16. Purity Israel (Dkt. 13574)

17. Kathryn Tyler (Dkt. 13575)

18. Gary Tyler (Dkt. 13576)

19. Kathleen Connors (Dkt. 13579)

20. Jason Meek (Dkt. 13584)

21. Stamatina Meek, Gerald Meek, Jason Meek (Dkt. 13585)

22. Mathew Tyler (Dkts. 13586, 13633, 13640)

23. Roxanne Hedman Hill (Dkt. 13587)

24. John and Christina Carton (Dkt. 13588)

25. Jhan Dunn (Dkt. 13593)

26. Camp Fire Claimant Brenda Wright and numerous fire claimants, represented by Nicholas Wagner. Esq. (Dkts. 13597, 13628, 13634)

27. Robert J. Morgan (Dkt. 13611)

**COURT SERVICE LIST**

William B. Abrams
2041 Stagecoach Rd.
Santa Rosa, CA 95404

Richard and Alison Lane
1857 Crimson Lane
Santa Rosa, CA 95403

Tina Reszler
835 Bille Rd
Paradise, CA 95969

Mark Castellucci
311 E Price Street
Hendersonville, NC 28739

Tammy Spirlock
13589 Miwok Court
Magalia, CA 95954

Autumn Witham
311 E Price Street
Hendersonville, NC 28739

Devin Witham
311 E Price Street
Hendersonville, NC 28739

Patti R. Dye
217 Lakeland Drive
Lakeside, OR 97449

Wilma Dye
217 Lakeland Drive
Lakeside, OR 97449

Karen Buchanan
1676 W Retorno De Manana
Green Valley, AZ 85622

Sarah Lynch
2964 SW Redmond Hill Rd.
McMinnville, OR 97128

Jeremy Roberston
2964 SW Redmond Hill Rd.
McMinnville, OR 97128

Kathryn Tyler
P.O. Box 866
Paradise, CA 95967

Gary Tyler
P.O. Box 866
Paradise, CA 95967

Kathleen Connors
422 Larkfield Center #254
Santa Rosa, CA 95403

Jason Meek
Ideal Counsel, a Professional Law Corporation
173 Meadowcroft Way
Santa Rosa, CA 95403

Jason, Gerald & Stamatina Meek
173 Meadowcroft Way
Santa Rosa, CA 95403

Mathew Tyler
PO Box 866
Paradise, CA 95969-3121

Roxanne Hedman Hill
The Hedman Hill & Bennett Families
P.O. Box 5457
Chico, CA 95927

John and Christina Carton
2362 E. Segovia Dr.
Saint George, UT 84790

Jhan Dunn
424 Chaparral Ln
Flat Rock, NC 28731

Robert J. Morgan
2255 Wilson Street, Lot 49
Menomonie, WI 54751