```
 1  LAWRENCE A. JACOBSON, SBN 057393
    SEAN M. JACOBSON, SBN 227241
 2  COHEN AND JACOBSON, LLP
    66 Bovet Road, Suite 285
 3  San Mateo, CA 94402
    Telephone: (650) 261-6280
 4  laj@cohenandjacobson.com

 5  Attorneys for Amir Shahmirza
    (Agent for Komir, Inc.) and Komir, Inc.
 6
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY, | **DECLARATION OF LAWRENCE A. JACOBSON IN SUPPORT OF OPPOSITION TO COUNTER-MOTION FOR SUMMARY JUDGMENT BY PG&E** |
| Debtors. | |
| G Affects PG&E Corporation<br>G Affects Pacific Gas and Electric Company<br>O Affects both Debtors | Date: April 11, 2023<br>Time: 10:00 a.m.<br>Place: (Tele/Videoconference Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

**DECLARATION OF LAWRENCE A. JACOBSON IN SUPPORT OF
OPPOSITION TO COUNTER-MOTION FOR SUMMARY JUDGMENT BY PG&E**  1

Case: 19-30088    Doc# 13654-2    Filed: 04/03/23    Entered: 04/03/23 16:38:58    Page 1 of 2

I, Lawrence A. Jacobson, declare:

1. I am one of the attorneys for Claimant herein and make this Declaration in Support of Opposition to Counter-Motion for Summary Judgment:

2. On various dates, including this date, Declarant reviewed the Creditor List in the PG&E Case No. 01-30923 on PACER.

3. I did not locate on the Creditor List the name of Komir; Amir Shahmirza; Shahmirza, Amir; Neil Hildebrand; Hildebrand, Neil; Melanie Hildebrand; or Hildebrand, Melanie.

4. I also searched in the Claims Register for any Proof of Claim by any of the persons identified in paragraph 3 above and found none.

I have personal knowledge of the facts set forth herein and can competently testify thereto.

Executed at Burlingame, California, on the 3rd day of April, 2023.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

          /s/ Lawrence A. Jacobson
          Lawrence A. Jacobson

**DECLARATION OF LAWRENCE A. JACOBSON IN SUPPORT OF**
**OPPOSITION TO COUNTER-MOTION FOR SUMMARY JUDGMENT BY PG&E**  2