LAWRENCE A. JACOBSON, SBN 057393
SEAN M. JACOBSON, SBN 227241
COHEN AND JACOBSON, LLP
66 Bovet Road, Suite 285
San Mateo, CA 94402
Telephone: (650) 261-6280
laj@cohenandjacobson.com

Attorneys for Amir Shahmirza
(Agent for Komir, Inc.) and Komir, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO COUNTER-MOTION FOR SUMMARY JUDGMENT BY PG&E** |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Date: April 11, 2023<br>Time: 10:00 a.m.<br>Place: (Tele/Videoconference Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Amir Shahmirza, as agent of, and acting on behalf of, Komir, Inc., ("Komir" or "Claimant") requests that, pursuant to Rule 201 of the Federal Rules of Evidence, the Court take judicial notice of the following pleadings and documents in this Court's files in In re PG&E, Case No. 01-30923:

1. Creditor List
2. Claims Register

Respectfully submitted.

Dated: April 3, 2023                                                    COHEN AND JACOBSON, LLP


                                                                        By: /s/ Lawrence A. Jacobson
                                                                            Attorneys for Claimant

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF**
**OPPOSITION TO COUNTER-MOTION FOR SUMMARY JUDGMENT BY PG&E**    2