Thomas R. Phinney – State Bar Number 159435
FELDERSTEIN FITZGERALD WILLOUGHBY
PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
e-mail: tphinney@ffwplaw.com
Counsel for 7 creditors identified below

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>      - and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>            Debtor. | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter No. 11<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**PLEASE TAKE NOTICE** the address of Thomas R. Phinney, has changed, the new address is:

> Thomas R. Phinney – State Bar Number 159435
> FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP
> 500 Capitol Mall, Suite 2250
> Sacramento, CA 95814
> Telephone: (916) 329-7400
> Facsimile: (916) 329-7435
> e-mail: tphinney@ffwplaw.com

Dated: April 4, 2023           **Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP**

                  /s/ Thomas R. Phinney
                 Thomas R. Phinney, Attorneys for:
                 Tyrrell Resources, Inc.
                 Stantec Consulting Services Inc,
                 Amador Water Agency
                 Outback Contractors, Inc.
                 Basin Enterprises, Inc.
                 Sage Engineers, Inc.
                 Fire Cause Analysis