HOLLAND & KNIGHT LLP
Leah E. Capritta (pro hac vice)
1801 California Street, Suite 5000
Denver, Colorado 80202
Telephone (303) 974-6660
Facsimile (303) 974-6659
Email: leah.capritta@hklaw.com

HOLLAND & KNIGHT LLP
Vito Costanzo (SBN 132754)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450
Email: vito.costanza@hklaw.com

Attorneys for
TIGER NATURAL GAS, INC.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | CASE NO. 19-30089 (DM)<br><br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF TIGER NATURAL GAS, INC.'S MOTION TO ENFORCE SETTLEMENT**<br><br>[Relates to Dkt. Nos. 13451, 134512, 13453, 13454, 13515, 13515-1, 13515-2, 13515-3, 13515-4]<br><br>Date: April 11, 2023<br>Time: 10:00 AM (Pacific Time)<br>Place: Tele/Videoconference Appearance<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

#153396630_v3

NOTICE OF WITHDRAWAL OF MOTION TO ENFORCE SETTLEMENT

**TO THE COURT, PARTIES INTEREST, AND THE UNITED STATES TRUSTEE:**

**PLEASE TAKE NOTICE** that Tiger Natural Gas, Inc., by and through its undersigned counsel, hereby withdraws its *Motion to Enforce Settlement* [Doc. 13451, 13515].

DATED: April 5, 2023.

>
> Respectfully submitted,
>
> **HOLLAND & KNIGHT LLP**
>
> By: /s/ *Leah E. Capritta*
> Leah E. Capritta
>
> *Attorneys for Tiger Natural Gas, Inc.*