UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>   - and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>   Reorganized Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Rohany Tejada, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("**_Kroll_**")[1], the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On March 27, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit A:**

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction [Docket No. 13645]

3. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

| 1 | |
|---|---|
| 2 | Executed this 5th day of April 2023, at New York, NY. |
| 3 | /s/ Rohany Tejada |
| 4 | Rohany Tejada |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

SRF 68377

# Exhibit A

# Exhibit A
Notice Parties Service List
Served via first class mail

| ADRID | NAME | ADDRESS |
|---|---|---|
| 12182141 | Chun, Esq., Angela Jae | Address on File |
| 12182131 | Kane, Steven S. | Address on File |
| 12182115 | Liou, Jessica | Address on File |
| 12182125 | McNutt, Scott H | Address on File |
| 12182136 | Molton, David J. | Address on File |