PATRICIA A. SAVAGE (SBN 236235)
SAVAGE & LAMB, PC
1550 Humboldt Road, Suite 4
Chico, CA 95928
Telephone: (530) 809-1851
Fax: (530) 592-3865
Email: psavesq@gmail.com

Attorneys for Movants,
MATTHEW RICCA, DIANNE S. GINGERICH
NIELS BRINGSJORD, KENDRA BRINGSJORD
AND LOGAN BRINGSJORD

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | ) Case No. 19-30088-DM |
| | ) |
| PG&E Corporation, | ) Chapter 11 |
| | ) Lead Case, Jointly Administered |
| and | ) |
| | ) **NOTICE OF HEARING PURSUANT TO** |
| PACIFIC GAS AND ELECTRIC | ) **FED. R. BANKR. PROC. 7015 AND 7017** |
| COMPANY, | ) **TO ENLARGE TIME TO FILE PROOF** |
| | ) **OF CLAIM PURSUANT TO FED. R.** |
| Debtors. | ) **BANKR. PROC. 9006(b)(1)** |

[x] Affects both Debtors

*All paper shall be filed in the Lead Case, No. 19-30088-DM

Date: May 9, 2023
Time: 10:00 a.m. (Pacific Time)
Place: Telephonic/Video Appearances Only
  United States Bankruptcy Court
  Courtroom 17,
  450 Golden Gate Ave., 16th Floor
  San Francisco, CA
Judge: Hon. Dennis Montali
Objection Date: April 24, 2023

**PLEASE TAKE NOTICE** that the Bankruptcy Court will hear and consider the Motion Pursuant to Fed. R. Bankr. Proc. 7015 and 7017 to Enlarge Time to File Proof of Claim Pursuant to Fed. R. Bankr. Proc. 9006(b)(1)("Motion"), on May 9, 2023 (Pacific Time) via video conferencing or telephone.

_____

All interested parties should consult the Bankruptcy Court's website at swww.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

PLEASE TAKE FURTHER NOTICE that the deadline to object to the Motion is April 24, 2023.

PLEASE TAKE FURTHER NOTICE that copies of Motion can be viewed and obtained: (1) by accessing the Court's website at http://www.canb.uscourts.gov, (2) by contacting the Office of the Clerk at 450 Golden Gate Ave, San Francisco, CA 94102, or (3) from the Debtor's notice and claims agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/pge or by calling (844)339-4217 (toll free) for U.S. based parties; or 1 (929) 333-8977 for international parties or by email at: pginfo@primeclerk.com . Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Date: April 7, 2023

*Patricia Savage*
Patricia A. Savage
Attorney for Claimants