Entered on Docket
April 10, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

Signed and Filed: April 7, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

- and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**ORDER APPROVING STIPULATION BY AND BETWEEN REORGANIZED DEBTORS AND CITY AND COUNTY OF SAN FRANCISCO REGARDING CLAIM NO. 108511**

The Court having considered the *Stipulation by and Between Reorganized Debtors and City and County of San Francisco Regarding Claim No. 108511*, dated April 7, 2023 [Dkt. No. 13660 (the "**Stipulation**"),[1] entered into by PG&E Corporation ("**PG&E Corp**.") and Pacific Gas and Electric Company (the "**Utility**"), as reorganized debtors (collectively, the "**Debtors**" and as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), on the one hand, and the City and County of San Francisco ("**Claimant**," and together with the Debtors and the Reorganized Debtors, the "**Parties**"), on the other hand; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The Proof of Claim is deemed withdrawn by Claimant with prejudice; provided, however, that:

    a. Claimant is entitled to pursue Subclaim No. 108511-2—which pertains to ongoing project work related to the Cross Bore Agreement dated October 14, 2014, and the subsequent Amendments thereto—as if the Chapter 11 Cases had not been commenced.

    b. Nothing herein shall affect or alter the terms of the Parties' December 30, 2020, settlement of the Gas House Cove matter described in Subclaim 108511-3.

    c. Claimant is entitled to pursue the following Subclaims, which are the subject of FERC proceedings for which the automatic stay was modified pursuant to the *Order Modifying the Automatic Stay for the City and County of San Francisco Regarding FERC Proceedings* [Docket No. 2027], as if the Chapter 11 Cases had not been commenced:

        i. Subclaim No. 108511-8, pertaining to FERC Case No. EL19-38;

        ii. Subclaim No. 108511-9, pertaining to FERC Case No. EL15-3-00, and related consolidated disputes on servicing regarding the Wholesale Distribution Tariff (FERC Case Nos. ER15-702, ER15-703, ER15-704, ER15-705, and ER15-735); and

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

iii. Subclaim No. 108511-10, pertaining to FERC Case Nos. ER17-910, ER17-1509, ER17-2181, and ER18-1102.

d. Claimant is entitled to pursue the following Subclaims, which are for potential recovery pursuant to FERC Tariff Rate Proceedings, as defined by the Plan, as if the Chapter 11 Cases had not been commenced:

i. Subclaim No. 108511-11, pertaining to FERC Case No. ER19-13;

ii. Subclaim No. 108511-12, pertaining to FERC Case No. ER17-2154; and

iii. Subclaim No. 108511-13, pertaining to FERC Case No. ER16-2320.

2. The Reorganized Debtors or their agents are authorized to adjust the official claims register to reflect the withdrawal of the Proof of Claim.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

APPROVED AS TO FORM AND CONTENT:

Dated: April 7, 2023

FOX ROTHSCHILD LLP

/s/ *Edward J. Tredinnick*
Edward J. Tredinnick

*Attorneys for the City and County of San Francisco*

** END OF ORDER **