Spiro Jannings
1304 Shortridge Ave., Unit C
San Jose, CA 95116
408-292-0646
Spiro@redlineracingcams.com

Claimant *Pro Se*

**FILED APR 10 2023 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA**

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Division

In re

**PG&E CORPORATION**

- and –

**PACIFIC GAS & ELECTRIC COMPANY**

Reorganized Debtors

Case No. 19-30088
(jointly administered)

Chapter 11

## NOTICE OF APPEAL AND ELECTION

**Part 1: Identify the appellant**

1. Name(s) of appellant(s): SPIRO JANNINGS

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal: Creditor

**Part 2: Identify the subject of this appeal**

3. Describe the judgment, order, or decree appealed from:

    ORDER DENYING MOTION FOR RECONSIDERATION (Dkt #13646)

4. State the date on which the judgment, order, or decree was entered: March 27, 2023

**Part 3: Identify the other parties to the appeal:**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

| Party | Attorney |
|---|---|
| 1. Spiro Jannings | Spiro Jannings<br>1304 Shortridge Ave., Unit C<br>San Jose, CA 95116<br>408-292-0646<br>Spiro@redlineracingcams.com<br><br>Appellant *in pro se* |
| 3. PG&E Corporation and Pacific Gas & Electric Company | KELLER BENVENUTTI KIM LLP<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>Thomas B. Rupp (#278041)<br>(trupp@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251 |

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

Pursuant to 28 U.S.C. § 158(c)(1), Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

Dated: April 10, 2023

_____
Spiro Jannings