# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In Re:  
PG&E Corporation  
    and  
Pacific Gas and Electric Company,

Bankruptcy Case No. 19-30088 (DM) (Lead Case)

Chapter 11

(Jointly Administered)

## COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

- Notice of Appeal and Election- by Creditor Spiro Jannings- Dkt. #13662
- Order Denying Motion for Reconsideration Dated 03/27/2023-Dkt. #13646

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) by depositing in the regular United States mail at San Francisco, California on the date shown below, in a sealed envelope bearing the lawful frank of the United States Bankruptcy Court addressed as listed below:

Office of the U.S. Trustee / SF  
Phillip J. Burton Federal Building  
450 Golden Gate Ave. 5th Fl., #05-0153  
San Francisco, CA 94102

KELLER AND BENVENUTTI, LLP      for **PG& E Corporation and**  
Jane Kim      **Pacific Gas & Electric Company**  
Thomas B. Rupp  
650 California St., #1900  
San Francisco, CA 94108

Spiro Jannings      **Creditor/Appellant**  
1304 Shortridge Ave., Unit C  
San Jose, CA 95116

Dated: April 10, 2023      /s/ Monica Tartaglia  
     Monica Tartaglia, Deputy Clerk