

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**April 10, 2023**

Mark B. Busby, Clerk of Court
United States District Court
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re: Transmittal of Notice of Appeal to District Court:

**PG&E Corporation and Pacific Gas and Electric Company, Case No. 19-30088-DM, Judge Dennis Montali**

Dear Clerk:

The following documents are electronically transmitted to your court for the above referenced matter:

Docket Report

Notice of Appeal and Election - Dkt. #13662
Court Certificate of Mailing - Dkt. 13363
Order Denying Motion for Reconsideration by Spiro Jannings - Dkt. #13646

**Filing Fee**: ☒ Paid $ 298.00    ☐ Not Paid    ☐ Fee Waived    ☐ Fee Waiver Pending

If you have any questions, please contact me at **(415) 268-2353**.

Edward Emmons, Clerk
United States Bankruptcy Court

By: */s/ Monica Tartaglia*

Monica Tartaglia, Deputy Clerk