# U.S. Bankruptcy Court
## California Northern Bankruptcy Court (San Francisco)
## Bankruptcy Petition #: 19–30088

*Assigned to:* Judge Dennis Montali
Chapter 11
Voluntary
Asset

*Date filed:* 01/29/2019
*Plan confirmed:* 06/20/2020
*341 meeting:* 04/29/2019
*Deadline for filing claims:* 10/21/2019
*Deadline for filing claims (govt.):* 10/21/2019

*Debtor*
**PG&E Corporation**
77 Beale Street
P.O. Box 770000
San Francisco, CA 94177
SAN FRANCISCO–CA
(929) 333–8977
Tax ID / EIN: 94–3234914

represented by **Max Africk**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000
*TERMINATED: 11/12/2019*

**Peter J. Benvenutti**
Keller Benvenutti Kim LLP
650 California St. 19th Fl.
San Francisco, CA 94108
(415) 364–6798
Email: pbenvenutti@kbkllp.com

**Kevin Bostel**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000

**Lee Brand**
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Fl.
San Francisco, CA 94111–5998
415–983–1116
Email: lee.brand@pillsburylaw.com

**Timothy G. Cameron**
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Ave.
New York, NY 10019
(212) 474–1120

**Jared R. Friedmann**
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
(212) 310–8000

**Andriana Georgallas**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000

**Stuart J. Goldring**
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
(212) 310–8000

**Matthew Goren**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000

**David A. Herman**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212–474–1000

**David Franklin Hill, IV**
Weil, Gotshal and Manges, LLP
767 Fifth Ave.
New York, NY 10153
(212) 310–8000

**Stephen Karotkin**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000

**Tobias S. Keller**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108
(415) 796–0709
Email: tkeller@kbkllp.com

**Jane Kim**
Keller Benvenutti Kim LLP
650 California St, Suite 1900
San Francisco, CA 94108
(415) 364–6793
Email: jkim@kbkllp.com

**Katherine Kohn**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200
Washington, DC 20006
(202) 861–2607
Email: kkohn@groom.com

**Kevin Kramer**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000

**David Levine**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200
Washington, DC 20006
(202) 861–5436

Email: dnl@groom.com

**Dara Levinson Silveira**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108
415–364–6793
Email: dsilveira@kbkllp.com

**Jessica Liou**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000

**Omid H. Nasab**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212–474–1000

**John Nolan**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000

**Kevin J. Orsini**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212–474–1000

**Scott Reents**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212–474–1000
Email: sreents@cravath.com

**Thomas B. Rupp**
Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, CA 94108
415–636–9015
Email: trupp@kbkllp.com

**Bradley R. Schneider**
Munger Tolles and Olson LLP
350 S Grand Ave., 50th Fl.
Los Angeles, CA 90071
(213) 683–9100
Email: bschneider@kbkfirm.com
*TERMINATED: 05/18/2022*

**Ray C. Schrock**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000

**Richard W. Slack**
Weil Gotshal and Manges, LLP

767 Fifth Ave.
New York, NY 10153–0119
(212) 310–8000
Email: richard.slack@weil.com

**Theodore Tsekerides**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000

**Paul H. Zumbro**
Cravath, Swaine & Moore LLP
85 Eighth Avenue
New York, NY 10019
2124741000
Email: mao@cravath.com

*Responsible Ind*
**Jason P. Wells**
Senior Vice President
Chief Financial Officer PG&E Corporation
77 Beale St.
San Francisco, CA 94177
(929) 333–8977

*U.S. Trustee*
**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05–0153
San Francisco, CA 94102
(415)705–3333

represented by **Jason Blumberg**
Office of the U.S. Trustee
501 I St. #7–500
Sacramento, CA 95814
(916) 930–2076
Email: jason.blumberg@usdoj.gov

**Cameron M. Gulden**
DOJ–Ust
300 Booth Street
Room 3009
Reno, NV 89509
775–784–5662
Fax : 775–784–5531
Email: cameron.m.gulden@usdoj.gov

**Lynette C. Kelly**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05–0153
San Francisco, CA 94102
(415) 252–2065
Email: ustpregion17.oa.ecf@usdoj.gov

**Timothy S. Laffredi**
Office of the U. S. Trustee – San Jose
280 South 1 St., Suite 268
San Jose, CA 95113
(408) 535–5525
Email: timothy.s.laffredi@usdoj.gov

**Timothy S. Laffredi**
Office of the U.S. Trustee – SF
450 Golden Gate Ave.
Suite 05–0153
San Francisco, CA 94102

(415) 705-3333
Email: timothy.s.laffredi@usdoj.gov

**Marta Villacorta**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102
(415) 252-2062
Email: marta.villacorta@usdoj.gov

| | | |
|---|---|---|
| *Creditor Committee*<br>**Official Committee Of Unsecured Creditors** | represented by | **Paul S. Aronzon**<br>Milbank LLP<br>2029 Century Park East, 33rd Fl.<br>Los Angeles, CA 90067<br>(424) 386-4000<br>Email: paronzon@milbank.com |

**James C. Behrens**
Milbank, LLP
2029 Century Park E, 33rd Fl.
Los Angeles, CA 90067
(424) 386-4436
Email: jbehrens@milbank.com

**Gregory A. Bray**
Milbank LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067
(424) 386-4470
Email: gbray@milbank.com

**Erin Elizabeth Dexter**
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835-7500
Email: edexter@milbank.com

**Dennis F. Dunne**
Milbank, LLP
55 Hudson Yards
New York, NY 10001-2163
(212) 530-5000
Email: ddunne@milbank.com

**Samuel A. Khalil**
Milbank, LLP
55 Hudson Yards
New York, NY 10001-2163
(212) 530-5000
Email: skhalil@milbank.com
*TERMINATED: 08/30/2022*

**Thomas R. Kreller**
Milbank LLP
2029 Century Park East, 33rd
Los Angeles, CA 90067
(424) 386-4463
Email: tkreller@milbank.com
*TERMINATED: 08/30/2022*

**Andrew Michael Leblanc**
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835−7500
Email: ALeblanc@milbank.com

**Alan Joseph Stone**
Milbank LLP
55 Hudson Yards
New York, NY 10001
(212) 530−5000
Email: AStone@milbank.com

*Creditor Committee*
**Official Committee of Tort Claimants** represented by **Lauren T. Attard**
Baker Hostetler LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025−0509
(310) 820−8800
Email: lattard@bakerlaw.com

**Chris Bator**
Baker & Hostetler LLP
127 Public Square #2000
Cleveland, OH 44114
(216) 621−0200
Email: cbator@bakerlaw.com

**Dustin M. Dow**
Baker & Hostetler LLP
127 Public Square #2000
Cleveland, OH 44114
(216) 621−0200
Email: ddow@bakerlaw.com

**Cecily Ann Dumas**
Baker and Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111−2806
415−659−2600
Email: cdumas@bakerlaw.com

**Joseph M. Esmont**
Baker & Hostetler LLP
127 Public Sq., #2000
Cleveland, OH 44147
(216) 861−7835
Email: jesmont@bakerlaw.com

**Lars H. Fuller**
Baker & Hostetler LLP
1801 California St #4400
Denver, CO 80202
(303) 764−4114
Email: lfuller@bakerlaw.com

**Eric R. Goodman**
Brown Rudnick LLP
601 Thirteenth St. NW, #600
Washington, DC 20005
(202) 536−1740

Email: egoodman@bakerlaw.com
*TERMINATED: 04/07/2021*

**Elizabeth A. Green**
BakerHostetler LLP
200 S. Orange Ave. #2300
Orlando, FL 32801
(407) 649–4000
Email: egreen@bakerlaw.com

**Robert A. Julian**
Baker and Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111–2806
(415) 569–2600
Email: rjulian@bakerlaw.com

**Elyssa S. Kates**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589–4227
Email: ekates@bakerlaw.com

**Kody D. L. Kleber**
Baker & Hostetler LLP
811 Main St., #1100
Houston, TX 77005
(713) 703–1315
Email: kkleber@bakerlaw.com

**John H. MacConaghy**
MacConaghy and Barnier
645 1st St. W #D
Sonoma, CA 95476
(707) 935–3205
Email: macclaw@macbarlaw.com

**Kimberly S. Morris**
Baker & Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
(415) 659–2600
Email: kmorris@bakerlaw.com

**David J. Richardson**
Baker & Hostetler, LLP
11601 Wilshire Blvd.,
14th Floor
Los Angeles, CA 90025
(310) 442–8858
Email: drichardson@bakerlaw.com

**David B. Rivkin, Jr.**
Baker and Hostetler LLP
1050 Connecticut Ave., N.W., #1100
Washington, DC 20036
(202) 861–1731
Email: drivkin@bakerlaw.com

**Jorian L. Rose**

Baker & Hostetler LLP  
45 Rockefeller Plaza  
New York, NY 10111  
(212) 589–4200  
Email: jrose@bakerlaw.com  

**Eric E. Sagerman**  
Baker and Hostetler LLP  
11601 Wilshire Blvd. #1400  
Los Angeles, CA 90025  
(310) 442–8875  
Email: esagerman@bakerlaw.com  

**Catherine E. Woltering**  
Baker & Hostetler LLP  
Key Tower, 127 Public Sq., #2000  
Cleveland, OH 44114–1214  
(614) 462–2677  
Email: cwoltering@bakerlaw.com  
*TERMINATED: 04/01/2020*

| **Filing Date** | **#** | **Docket Text** |
|---|---|---|
| 03/27/2023 | 13646 | Order Denying Motion for Reconsideration By Spiro Jannings (Related Doc # 13455), Denying Motion for Relief From Stay (Related Doc # 13455) (lp) (Entered: 03/27/2023) |
| 04/10/2023 | 13662 | Notice of Appeal and Election , Fee Amount $ 298.00. (RE: related document(s)13646 Order on Motion for Miscellaneous Relief, Order on Motion for Relief From Stay). Appellant Designation due by 4/26/2023. Transmission of Record to District Court due by 5/10/2023. Statement of Issues due by 4/26/2023. Filed by Creditor Spiro Jannings (myt) (Entered: 04/10/2023) |
| 04/10/2023 | 13663 | Courts Certificate of Mailing. Number of notices mailed: 3 (RE: related document(s)13662 Notice of Appeal and Statement of Election). (myt) (Entered: 04/10/2023) |



Signed and Filed: March 27, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>   Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Hearing Held**<br>Date: March 7, 2023<br>Time: 10:00 a.m<br>Via video/teleconference |

ORDER DENYING MOTION FOR RECONSIDERATION
BY SPIRO JANNINGS

On January 13, 2022, the court signed an Order Disallowing and Expunging Claim No. 58462, Filed October 17, 2019, of Spiro Jannings ("Order Disallowing Claim") (Dkt. 11829). On January 26, 2022, Creditor Spiro Jannings ("Jannings") filed the Motion for Relief From Order ("First Motion") (Dkt. 11871) seeking to vacate the Order Disallowing Claim pursuant to Fed. R. Civ. P.

-1-

60(b) or 59(e)("Rule"), as applied to bankruptcy matters by Fed. R. Bankr. P. 9023 and 9024. On March 14, 2022, the court entered an Order Denying the Motion ("Order Denying Reconsideration") (Dkt. 12009).

Ten months later, on January 13, 2023, Jannings filed the Claimant's Omnibus Motion for Relief from Final Order, Motion for Relief from Stay, and Response to Reorganized Debtor's Objection to Claim No. 58462, Filed October 17, 2019 ("Renewed Motion") (Dkt. 13455). The Renewed Motion seeks to vacate the Order Disallowing Claim, nullify the Order Denying Reconsideration, and obtain relief from the discharge injunction to allow Jannings' underlying disallowed claim against the Debtors continue apace in state court pursuant to Rule 60(b)(1) or (b)(3). For the reasons set forth below, the court will DENY the Renewed Motion.

A motion for reconsideration of an allowed or disallowed claim may be filed pursuant to Rule 60 if the motion is "made within a reasonable time . . . no more than a year after the entry of the judgment or order or the date of the proceeding." Rule 60(c).

Whether a reconsideration motion has been filed in a reasonable amount of time "requires a case-by-case analysis. Such determination takes into consideration 'the interest in finality, the reason for delay, the practical ability of the litigant to learn earlier of the grounds relied upon, and prejudice to other parties.'" *In re Williams*, 287 B.R. 787, 793 (B.A.P. 9th Cir. 2002) (quoting *Ashford v. Steuart,* 657 F.2d 1053, 1055 (9th Cir. 1981)).

Case: 19-30088    Doc# 13644-1    Filed: 03/27/23    Entered: 03/27/23 14:08:48    Page 2 of 17

Here, Jannings waited exactly one year from the entry of the court's Order Disallowing Claim to file the Renewed Motion. Jannings explains that he sought new counsel after the court's entry of the Order Denying Consideration that was based in part of the inactions of his then-counsel, Scott Furstman and Michael St. James. However, Jannings was unable to find new counsel easily, and then the counsel he did hire, Mark Bostick, failed to timely file a motion for reconsideration.

Jannings presents two different timelines of his travails. In the first timeline, found in the Renewed Motion, Jannings immediately sought new counsel in March 2022, "directly after this Court's 3/14/22 Decision," and eventually hired attorney Mark Bostick. Then, "Mr. Bostick failed to perform as agreed and fecklessly dragged Jannings along; representation ended 01/12/23," leaving Jannings with less than one day to file the Renewed Motion and accompanying Declaration.

In the second timeline, found in Jannings' Declaration in Support of Reply (Dkt. 13562), Jannings was not even aware of the Court's Order Denying Reconsideration until a month after entry of the order, on April 14, 2022. After being advised to seek new counsel, Jannings spent a few weeks contacting firms but was repeatedly turned away. He chose to hire Mr. Bostick within weeks, and officially retained Mr. Bostick as counsel in July 2022 after due diligence was completed. Then around late November 2022, Jannings "became suspicious Mr. Bostick was not going to complete [the] agreement to file motions for vacating the January 13, 2022 order, and chose to proceed *pro se*."

-3-

The story of each timeline is the same—Jannings' delay in filing the Renewed Motion is reasonable because the counsel he hired as soon as he was able gave him the run-around until it was almost too late. However, in a matter in which the court must analyze timing, a discrepancy of a month or months on both the front and back-end on Jannings' timelines is notable, along with the fact that Mr. St. James was counsel of record for Jannings until January 12, 2023. The court simply does not find Jannings shifting narrative to be credible. With such uncertainty surrounding the timeline, the court cannot conclude that the basis for the delay is reasonable.

As for the other factors for determining whether a delay in filing a motion for reconsideration is reasonable, Reorganized Debtors have been able to rely on the court's decision for more than 10 months, and while the court maintains that the prejudice to Reorganized Debtors in simply continuing state court litigation is minimal, there is an overriding interest in finality that prevails. The court does not weigh whether Jannings could have learned of the grounds for the Renewed Motion earlier, as his argument is that he learned of the need to file the Renewed Motion quickly, but the delay is not attributable to him.

Much of the Renewed Motion is spent on the merits of Jannings' underlying claim, and an argument that Reorganized Debtors committed fraud under Rule 60(b)(3) by presenting an incomplete narrative of Jannings' underlying claim, which he hopes to challenge via an amended complaint in state court. The fraud or misrepresentation described in Rule 60(b)(3) is not

| | |
|---|---|
| 1 | about the court, but about the movant who must show "an order |
| 2 | was obtained through fraud, misrepresentation, or other |
| 3 | misconduct that prevented the losing party from fully and fairly |
| 4 | representing its defense. Also, the fraud must not have been |
| 5 | discoverable with the exercise of due diligence." *United Student* |
| 6 | *Funds, Inc. v. Wylie (In re Wylie)*, 349 B.R. 204, 213 (B.A.P. |
| 7 | 9th Cir. 2006) (citations omitted). As the court has discussed |
| 8 | at length, the only factor that prevented Jannings' opposition |
| 9 | to Reorganized Debtors' request to disallow Jannings' proof of |
| 10 | claim was Jannings' (through his former counsel's) own failure |
| 11 | to respond to the request, despite a three-month period to do |
| 12 | so. The court finds no basis to reconsider its prior orders |
| 13 | under Rule 60(b)(3). |
| 14 | Accordingly, the Renewed Motion is DENIED. |
| 15 | **END OF ORDER** |

| | |
|---|---|
| 1 | <u>COURT SERVICE LIST</u> |
| 2 | Spiro Jannings |
| 3 | 1304 Shortridge Ave. Unit C<br>San Jose, CA 95116 |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Spiro Jannings
1304 Shortridge Ave., Unit C
San Jose, CA  95116
408-292-0646
Spiro@redlineracingcams.com

Claimant *Pro Se*

FILED
APR 10 2023
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS & ELECTRIC COMPANY<br><br>Reorganized Debtors | Case No. 19-30088<br>(jointly administered)<br><br>Chapter 11 |

## NOTICE OF APPEAL AND ELECTION

**Part 1: Identify the appellant**

1. Name(s) of appellant(s):  SPIRO JANNINGS

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal: Creditor

**Part 2: Identify the subject of this appeal**

3. Describe the judgment, order, or decree appealed from:

    ORDER DENYING MOTION FOR RECONSIDERATION  (Dkt #13646)

4. State the date on which the judgment, order, or decree was entered: March 27, 2023

**Part 3: Identify the other parties to the appeal:**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

| Party | Attorney |
|---|---|
| 1. Spiro Jannings | Spiro Jannings<br>1304 Shortridge Ave., Unit C<br>San Jose, CA 95116<br>408-292-0646<br>Spiro@redlineracingcams.com<br><br>Appellant *in pro se* |
| 3. PG&E Corporation and Pacific Gas & Electric Company | KELLER BENVENUTTI KIM LLP<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>Thomas B. Rupp (#278041)<br>(trupp@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251 |

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

Pursuant to 28 U.S.C. § 158(c)(1), Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

Dated: April 10, 2023

Spiro Jannings

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In Re:

PG&E Corporation

    and

Pacific Gas and Electric Company,

Bankruptcy Case No. 19-30088 (DM) (Lead Case)

Chapter 11

(Jointly Administered)

## COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

- Notice of Appeal and Election- by Creditor Spiro Jannings- Dkt. #13662
- Order Denying Motion for Reconsideration Dated 03/27/2023-Dkt. #13646

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) by depositing in the regular United States mail at San Francisco, California on the date shown below, in a sealed envelope bearing the lawful frank of the United States Bankruptcy Court addressed as listed below:

Office of the U.S. Trustee / SF
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

KELLER AND BENVENUTTI, LLP
Jane Kim
Thomas B. Rupp
650 California St., #1900
San Francisco, CA 94108

for **PG& E Corporation and Pacific Gas & Electric Company**

Spiro Jannings
1304 Shortridge Ave., Unit C
San Jose, CA 95116

**Creditor/Appellant**

Dated: April 10, 2023

/s/ Monica Tartaglia
Monica Tartaglia, Deputy Clerk