|   |   |
|---|---|
| UNITED STATES BANKRUPTCY COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |
| SAN FRANCISCO DIVISION | |

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>- and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>　　　Reorganized Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

### SUPPLEMENTAL AFFIDAVITE OF SERVICE

I, Paul Pullo, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On March 14, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Gail Mitcham, (ADRID: 3873630), 3435 Bergesen Court, Kelseyville, CA 95451.

- Order Authorizing Withdrawal of Counsel [Docket No. 13265]

3. On March 15, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Unsecured Creditor Claim No. 7591, (ADRID: 4730869), Attn: Cindy Sue Downing, P.O. Box 36, Hinkley, CA 92347-0036:

- Stipulation by and Among Reorganized Debtors and Santiago Gatto, Anastasia Tkal, and the County of Tuolumne [Docket No. 13498]

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

4. On March 15, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Unsecured Creditor Claim No. 7591, (ADRID: 4730869), Attn: Cindy Sue Downing, P.O. Box 36, Hinkley, CA 92347-0036:

- Order Approving Stipulation by and Among Reorganized Debtors and Santiago Gatto, Anastasia Tkal, and the County of Tuolumne [Docket No. 13501]

5. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

6. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 16th day of March 2023, at New York, NY.

*/s/ Paul Pullo*
Paul Pullo