**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**,<br>     - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>          **Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF CANCELLATION OF APRIL 11, 2023, OMNIBUS HEARING**<br><br>Date:  April 11, 2023<br>Time:  10:00 a.m. (Pacific Time)<br>Place: (Tele/Videoconference Only)<br>       United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102 |

PLEASE TAKE NOTICE that the following matters, which were scheduled to be heard in the above-captioned chapter 11 cases on April 11, 2023, at 10:00 a.m. (Pacific Time) (the "**Omnibus Hearing**") have been resolved or continued.

PLEASE TAKE FURTHER NOTICE that, accordingly, the Omnibus Hearing is cancelled.

**I:** **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*RESOLVED AND CONTINUED MATTERS*

1. **Shahmirza Claim Objection:** *Reorganized Debtors' Objection to Proof of Claim No. 2090 Filed by Amir Shahmirza* **[Dkt. 12130]**.

   Status: This matter has been continued to May 9, 2023, pursuant to Stipulation **[Dkt. 13629]** and Order **[Dkt. 13630]**.

2. **Tiger Gas Motion to Enforce Settlement Agreement:** *Tiger Natural Gas, Inc.'s Motion to Enforce Settlement* **[Dkts. 13451 and 13552]**.

   Status: This matter has been withdrawn pursuant to Notice **[Dkt. 13656]**.

3. **Krausse Claim Objection:** *Reorganized Debtors' Objection to Proof of Claim No. 80260 Filed by Howard Krausse* **[Dkt. 13608]**.

   Status: This matter has been continued to May 9, 2023, pursuant to Notice **[Dkt. 13639]**.

PLEASE TAKE NOTICE that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: April 11, 2023

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: */s/ Thomas B. Rupp*
Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*