DAVID M. REEDER, ESQ. (California State Bar No. 133150)
**REEDER LAW CORPORATION**
1801 CENTURY PARK EAST, 16TH FLOOR
LOS ANGELES, CA 90067
PHONE: (310) 774-4060
FAX: (310) 295-2290
EMAIL: david@reederlaw.com

Attorneys for The City of American Canyon

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br><br>And<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>[X] Affects PG&E Corporation<br>[ ] Affects Pacific Gas Electric Company<br>[ ] Affects Both<br><br>*All papers shall be filed in the Lead Case No. 19-30088 | Case No.: 19-30088-DM<br><br>[Chapter 11]<br>(Lead Case Jointly Administered)<br><br>**REQUEST FOR REMOVAL FROM COURT E-MAIL LIST AND MAILING MATRIX** |

**TO THE CLERK OF THE COURT, CASE ADMINISTRATORS AND ALL PARTIES IN INTEREST:**

     David M. Reeder hereby requests the following name and e-mail addresses be removed from the Court's ECF e-mail list and the mailing matrix in the above referenced case:

David M. Reeder, Esq.
Reeder Law Corporation
1801 Century Park East, 16th Floor
Los Angeles, CA 90067
Email: David@Reederlaw.com; Secretary@Reederlaw.com

Dated: April 12, 2023        REEDER LAW CORPORATION

                                    /s/ DAVID M. REEDER
                                    DAVID M. REEDER
                                    Attorney for The City of American Canyon