| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Calera Corporation (dba Chemetry Corporation) 11500 Dolan Road (Corner of Dolan Road & Highway 1) Moss Landing, CA 95039 | | 813 | PG&E Corporation and Pacific Gas and Electric Company | 2/15/2019 | $0.00 | $0.00 | $0.00 | $20,000.00 | $20,000.00 | Rule 2; No Liability Based on Investigation |
| Jackson Rancheria Development Corporation Law Offices of Charles L. Hastings 4568 Feather River Dr., Suite A Stockton, CA 95219 | | 3002 | PG&E Corporation and Pacific Gas and Electric Company | 5/15/2019 | $0.00 | $0.00 | $0.00 | $160,513.00 | $160,513.00 | No Liability Based on Investigation |
| Jimenez-Padgett, Manuel Cord Ber & Mudford LLP Estee Lewis #218358 1824 Court Street PO Box 994390 Redding, CA 96001 | | 59027 | PG&E Corporation and Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $392,979.48 | $392,979.48 | Amended and Superseded |
| Mason, Quentin 1201 Bonnie Lane # B Auburn, CA 95603 | | 67135 | PG&E Corporation and Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Barred by Statute of Limitations; No Liability Based on Investigation |
| Mitchell, David Law Offices of Craig E. Johnson 1601 Business Park South, Suite 206 Bakersfield, CA 93309 | | 2306 | PG&E Corporation | 4/15/2019 | $0.00 | $0.00 | $0.00 | $50,000.00 | $50,000.00 | No Liability Based on Investigation |
| Rameriz, Hedger PO Box 1392 San Juan Bautista, CA 95045 | | 8599 | PG&E Corporation and Pacific Gas and Electric Company | 9/9/2019 | $50,000.00 | $0.00 | $15,700.00 | $134,300.00 | $200,000.00 | No Liability Based on Investigation |
| Rameriz, Hedger PO BOX 1392 San Juan Bautista, CA 95045 | | 2676 | PG&E Corporation and Pacific Gas and Electric Company | 4/23/2019 | $150,000.00 | $0.00 | $50,000.00 | $0.00 | $200,000.00 | No Liability Based on Investigation |
| Serding, Linda 13877 Betters Rd Madera, CA 93636 | | 4012 | PG&E Corporation and Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $360,000.00 | $360,000.00 | Barred by Statute of Limitations; No Liability Based on Investigation |

One Hundred Twentieth Omnibus Objection

**Exhibit 1**

In re: PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Sterding, Linda 377 Betters Rd Madera, CA 93636 | | 1951 | PG&E Corporation and Pacific Gas and Electric Company | 4/1/2019 | $0.00 | $0.00 | $0.00 | $360,000.00 | $360,000.00 | Barred by Statute of Limitations; No Liability Based on Investigation |
| Synergy Project Management, Inc Jenny Knadler 1527-E Pershing Dve San Francisco, CA 94129 | | 72390 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $5,697,441.76 | $5,697,441.76 | Barred by Statute of Limitations; No Liability Based on Investigation |
| **Claims To Be Expunged Totals** | | **Count:10** | | | **$200,000.00** | **$0.00** | **$65,700.00** | **$7,176,734.24** | **$7,442,434.24** | |