B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re PG&E Corporation,     Case No. 19-30088

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| See Exhibit A. | Jack Britton/Miller-Britton Partnership |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
POB 2069
Carmel CA 93921

Court Claim # (if known): 3106
Amount of Claim: $100,000.00
Date Claim Filed: 05/24/2019

Phone: (831) 624-3846 Ext. 114
Last Four Digits of Acct #: _____

Phone: (831) 624-3846 Ext. 114
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Ralph P. Guenther, Esq.     Date: 04/17/2023
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EXHIBIT A TO:

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

In re: PG&E Corporation    Case No. 19-30088

**The Transferee is:**
The Jay A. R. Miller Family Limited Partnership as to an undivided 47.617% interest and The Miller-Britton Family Limited Partnership as to an undivided 52.383% interest, as tenants in common