| | |
|---|---|
| KELLER BENVENUTTI KIM LLP<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>David A. Taylor (#247433)<br>(dtaylor@kbkllp.com)<br>Thomas B. Rupp (#278041)<br>(trupp@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251 | ROVENS LAMB LLP<br>STEVEN A. LAMB (SBN 132534)<br>slamb@rovenslamb.com<br>Telephone: (310) 536.7830<br>Facsimile: (310) 872.5489<br>2601 Airport Drive, Suite 370<br>Torrance, California 90505<br><br>LAW OFFICES OF JENNIFER L. DODGE INC.<br>Jennifer L. Dodge (#195321)<br>(jdodgelaw@jenniferdodgelaw.com)<br>2512 Artesia Blvd., Suite 300D<br>Redondo Beach, California 90278<br>Tel: (310) 372.3344<br>Fax: (310) 861.8044 |

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* ALL PAPERS SHALL BE FILED IN THE LEAD CASE, NO. 19-30088 (DM)* | Case Nos. 19-30088 (DM)<br><br>(Lead Case) (Jointly Administered)<br><br><br>**PG&E'S EVIDENTIARY OBJECTIONS IN OPPOSITION TO PARTIAL MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF COUNTER-MOTION FOR SUMMARY JUDGMENT**<br><br><br>Date: May 9, 2023<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Tele/Videoconference Only)<br>      United States Bankruptcy Court<br>      Courtroom 17, 16th Floor<br>      San Francisco, CA 94102 |

Pursuant to the Federal Rules of Evidence, Reorganized Debtors PG&E Corporation and Pacific Gas and Electric Company hereby object to the declarations and exhibits submitted in support of Claimant's Motion for Partial Summary Judgment and in opposition to Debtors' Counter-Motion for Summary Judgment:

*Declaration of Amir Shahmirza in Support of Opposition to Counter-Motion for Summary Judgment by PG&E* [Docket No. 13654-1]

| | |
|---|---|
| Paragraph 3, at 2:18-21 (second ¶3), in its entirety. | FRE 602, Lacks Foundation/Personal Knowledge. |
| Paragraph 4, at 2:22-24, in its entirety. | FRE 602, Lacks Foundation/Personal Knowledge. |
| Paragraph 5, at 2:25-3:5, in its entirety. | FRE 602, Lacks Foundation/Personal Knowledge |
| Paragraph 11, at 4:11-13. | FRE 801, Hearsay. |
| Paragraphs 16-20, at 5:3-20, In their entirety. | FRE 602, Lacks Foundation/Personal Knowledge; FRE 801, Hearsay. |
| Paragraph 21, at 6:1-16 (photo and description. | FRE 602, Lacks Foundation/Personal Knowledge/Authentication; FRE 801, Hearsay. |
| Paragraph 23, at 6-19-21, in its entirety. | FRE 602, Lacks Foundation. |
| Paragraphs 28 and 29, at 7:5-8, in their entirety. | FRE 602, Lacks Foundation/Personal Knowledge; FRE 801, Hearsay. |
| Paragraph 30, lines 9-10 "within approximately two 92) months of learning of the relocation and height alteration." | FRE 602, Lacks Foundation/Personal Knowledge/Authentication; FRE 801, Hearsay. |

*Declaration of Lawrence A. Jacobson in Opposition to Counter-Motion for Summary Judgment by PG&E* [Docket No. 13654-2] and Request for Judicial Notice [Docket No. 13654-3]

| | |
|---|---|
| Paragraphs 2-4, at 2:4-9. | FRE 201, Insufficient Support for Judicial Notice, FRE 602, Lacks Foundation (no exhibit or reference to exhibit), FRE 801, Hearsay. |

Dated: April 19, 2023

**KELLER BENVENUTTI KIM LLP**
**ROVENS LAMB LLP**
**LAW OFFICES OF JENNIFER L. DODGE, INC.**

By: _____/s/ Steven A. Lamb_____
Steven A. Lamb
*Attorneys for Debtors and Reorganized Debtors*