UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
|    - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
|       Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Victor Wong, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On April 10, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Order Denying Motion for Reconsideration by Spiro Jannings [Docket No. 13646]
- Notice of Appeal and Election [Docket No. 13662]

3. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 14th day of April 2023, at New York, NY.

                                       */s/ Victor Wong*
                                       Victor Wong

# **Exhibit A**

Exhibit A
Notice Parties Service List
Served via First Class Mail

| Name | Address1 | Address2 | Address3 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| Jannings, Spiro | Address on file | | | | | |
| Keller and Benvenutti, LLP | Attn: Jane Kim, Thomas B. Rupp | 650 California St., #1900 | | San Francisco | CA | 94108 |
| Office of the U.S. Trustee / SF | Phillip J. Burton Federal Building | 450 Golden Gate Ave. | 5th Fl., #05-0153 | San Francisco | CA | 94102 |

In re: PG&E Corporation, *et al.*
Case No. 19-30088 (DM)

Page 1 of 1

Case: 19-30088    Doc# 13676    Filed: 04/20/23    Entered: 04/20/23 08:11:44    Page 4 of 4