KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

GOUGH & HANCOCK LLP
Gayle L. Gough (#154398)
(gayle.gough@ghcounsel.com)
Daniel Shevtsov (#299971)
(daniel.shevtsov@ghcounsel.com)
50 California Street, Suite 1500
San Francisco, CA 94111
Tel: 415 848 8900
Fax: 888 808 6471

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br>     - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **NOTICE OF CONTINUED HEARING ON REORGANIZED DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 80260 FILED BY HOWARD KRAUSSE** <br><br> **[Related to Dkt. No. 13608]** <br><br> **Response Deadline:** <br> May 24, 2023, 4:00 p.m. (PT) <br><br> **Hearing Information If Timely Response Made:** <br> Date:  June 7, 2023 <br> Time:  10:00 a.m. (Pacific Time) <br> Place: (Tele/Videoconference Appearances Only) <br>         United States Bankruptcy Court <br>         Courtroom 17, 16th Floor <br>         San Francisco, CA 94102 |

**TO: (A) THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE; (B) THE OFFICE OF THE UNITED STATES TRUSTEE; (C) THE AFFECTED CLAIMANT; AND (D) OTHER PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (the "**Debtors**," or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that, on March 10, 2023, the Reorganized Debtors filed the *Reorganized Debtors' Objection to Proof of Claim No. 80260 Filed By Howard Krausse* [Dkt. No. 13608] (the "**Objection**"). By the Objection, the Reorganized Debtors seek to disallow and expunge Proof of Claim No. 80260 (the "**Proof of Claim**"), filed by Howard Krausse (the "**Claimant**"). Concurrently with the Objection, the Reorganized Debtors filed a notice of hearing [Dkt. No. 13610] (the "**Original Notice**"), which stated that the hearing before the Bankruptcy Court on the Objection (the "**Hearing**") was scheduled for April 11, 2023, at 10:00 a.m. (Pacific Time).

**PLEASE TAKE FURTHER NOTICE** that the Hearing is **continued** to **June 7, 2023, at 10:00 a.m. (prevailing Pacific Time)** before the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Pursuant to the Bankruptcy Court's *Eighth Amended General Order No. 38 In re: COVID-19 Public Health Emergency*, dated December 1, 2021, and until otherwise ordered, **all hearings shall be conducted by video or teleconference. The Courtroom will be closed.** All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about Court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that any response to the Objection must be filed and served pursuant to the procedures set forth in the Original Notice on counsel for the Reorganized Debtors at PGEclaims@kbkllp.com so as to be received by no later than **4:00 p.m. (Pacific Time) on May 24, 2023**.

**PLEASE TAKE FURTHER NOTICE** that copies of the Objection and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Reorganized Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: April 26, 2023

**KELLER BENVENUTTI KIM LLP**
**GOUGH & HANCOCK LLP**

By: */s/ Thomas B. Rupp*
 Thomas B. Rupp
 *Attorneys for Debtors and Reorganized Debtors*