# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

No. 4:23-cv-01735-HSG

SPIRO JANNINGS,

Plaintiff/Appellant,

v.

PACIFIC GAS & ELECTRIC COMPANY.,

Defendant/Appellee.

Appeal from the United States Bankruptcy Court for the
Northern District Of California – San Francisco Division
Case No.: 19-30088

## APPELLANT'S MOTION FOR EXPANSION OF TIME

Filing Party:
Spiro Jannings, Appellant, Pro Se
1304 Shortridge Ave., Unit C
San Jose, CA 95116
408-292-0646 (Spiro@redlineracingcams.com)

## MOTION FOR EXPANSION OF TIME

Appellant, Spiro Jannings, *pro se*, hereby requests the court for a thirty (30) day expansion of time to meet the obligations set forth in this matter, as due on April 26, 2023, and in support so states:

1. On April 10, 2023, Appellant timely filed a Notice of Appeal from the U.S. Bankruptcy Court's decision, denying a motion to reconsider under Rule 60(b), Docket #13646.

2. On March 15th, Appellant incurred medical issues that required tests for an abrupt increase of high blood pressure, which resulted in controlled medication; on or about March 29, 2023 a determination of further tests was followed by a diagnosis of surgery as being needed for a blocked artery. Appellant's medication and care during the month of March extended into April and affected all normal daily duties and obligations.

3. On April 18th, Appellant was hospitalized for the surgery and not discharged until April 21, 2023.

4. Appellant was not able to prepare for the obligations the Clerk of the Court set forth, and requires an expansion of time to now proceed with self representation and/or consulting with counsel in timely filing.

WHEREFORE, Appellant, *pro se*, respectfully requests the Court for an expansion of time in meeting new deadlines to be set forth by the Clerk.

# CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that pursuant to FRAP 32(a)(5), this Motion was prepared using Arial 14-point type, and formatted as prescribed.

By: _____  Date: April 26, 2023
Spiro Jannings
Appellant, *Pro Se*