

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

April 26, 2023

Mark B. Busby, Clerk of Court
United States District Court
Phillip Burton Federal Building &
United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

District Court Appeal Number:
23-cv-01735-HSG

**Re: Transmission of Document(s) on Appeal:**

PG&E Corporation and Pacific Gas and Electric Company, Case No. 19-30088-DM, Judge Dennis Montali

Dear Clerk:

We are transferring the following document(s) to your Court for the above referenced appeal:

Appellant's Motion for Expansion of Time, filed on 4/26/2023 (dkt. #13683)

If you have any questions, please contact me at (415) 268-2373                .

Edward Emmons, Clerk
United States Bankruptcy Court

By:  /s/ *DaWana Chambers*
DaWana Chambers, Deputy Clerk

Case: 19-30088    Doc# 13684    Filed: 04/26/23    Entered: 04/26/23 15:45:26    Page 1 of 1