**Exhibit 2**

**(Pending Actions and State Court Plaintiffs)**

# Exhibit 2
## (Pending Actions and State Court Plaintiffs)

| No. | State Court Plaintiff(s) & Counsel of Record *Reflects current, best-known law firm names and addresses* | Case Name, Number, and Court | Fire Claims Asserted in Pending Action | Correspondence Dates for Reorganized Debtors' Requests for Dismissal |
|---|---|---|---|---|
| 1 | **Plaintiff(s):** Catherine Dale-Jablonowski, Michael Jablonowski<br><br>**Counsel:** Christian Krankemann<br>Michael Li<br>Krankemann Law Offices P.C.<br>420 E Street, Suite 100<br>Santa Rosa, CA 95404 | *Dale-Jablonowski v. Pacific Gas & Electric Co.*, No. SCV-263261 (Sonoma) | Claims relating to North Bay Fires, including: Negligence, Malice, Inverse Condemnation, Trespass, Private Nuisance, Violation of Public Utilities Code § 2106, and Violation of Health and Safety Code § 13007 | 3/30/2021<br>11/30/2022<br>12/6/2022<br>1/6/2023 |
| 2 | **Plaintiff(s):** Christopher Keys, Sara Keys<br><br>**Counsel:** Christian Krankemann<br>Michael Li<br>Krankemann Law Offices P.C.<br>420 E Street, Suite 100<br>Santa Rosa, CA 95404 | *Keys v. Pacific Gas & Electric Co.*, No. SCV-263332 (Sonoma) | Claims relating to North Bay Fires, including: Negligence, Premises Liability, Malice, Inverse Condemnation, Trespass, Private Nuisance, Violation of Public Utilities Code § 2106, and Violation of Health and Safety Code § 13007 | 3/30/2021<br>11/30/2022<br>12/6/2022<br>1/6/2023 |
| 3 | **Plaintiff(s):** David Barnes, Carrie Barnes<br><br>**Counsel:** Christian Krankemann<br>Michael Li<br>Krankemann Law Offices P.C.<br>420 E Street, Suite 100<br>Santa Rosa, CA 95404 | *Barnes v. Pacific Gas & Electric Co.*, No. SCV-263335 (Sonoma) | Claims relating to North Bay Fires, including: Negligence, Premises Liability, Malice, Inverse Condemnation, Trespass, Private Nuisance, Violation of Public Utilities Code § 2106, and Violation of Health and Safety Code § 13007 | 3/30/2021<br>11/30/2022<br>12/6/2022<br>1/6/2023 |

| No. | State Court Plaintiff(s) & Counsel of Record *Reflects current, best-known law firm names and addresses* | Case Name, Number, and Court | Fire Claims Asserted in Pending Action | Correspondence Dates for Reorganized Debtors' Requests for Dismissal |
|---|---|---|---|---|
| 4 | **Plaintiff(s):** Christopher Ross, Jennifer Ross<br><br>**Counsel:** Christian Krankemann<br>Michael Li<br>Krankemann Law Offices P.C.<br>420 E Street, Suite 100<br>Santa Rosa, CA 95404 | *Ross v. Pacific Gas & Electric Co.*, No. SCV-263336 (Sonoma) | Claims relating to North Bay Fires, including: Negligence, Premises Liability, Malice, Inverse Condemnation, Trespass, Private Nuisance, Violation of Public Utilities Code § 2106, and Violation of Health and Safety Code § 13007 | 3/30/2021<br>11/30/2022<br>12/6/2022<br>1/6/2023 |
| 5 | **Plaintiff(s):** Gurcharan Singh, Kulwant Kaur<br><br>**Counsel:** Christian Krankemann<br>Michael Li<br>Krankemann Law Offices P.C.<br>420 E Street, Suite 100<br>Santa Rosa, CA 95404 | *Singh v. Pacific Gas & Electric Co.*, No. SCV-263337 (Sonoma) | Claims relating to North Bay Fires, including: Negligence, Premises Liability, Malice, Inverse Condemnation, Trespass, Private Nuisance, Violation of Public Utilities Code § 2106, and Violation of Health and Safety Code § 13007 | 3/30/2021<br>11/30/2022<br>12/6/2022<br>1/6/2023 |
| 6 | **Plaintiff(s):** Austin Jacobs, Tiffany Jacobs, Audrey Laton<br><br>**Counsel:** Christian Krankemann<br>Michael Li<br>Krankemann Law Offices P.C.<br>420 E Street, Suite 100<br>Santa Rosa, CA 95404 | *Jacobs v. Pacific Gas & Electric Co.*, No. SCV-263341 (Sonoma) | Claims relating to North Bay Fires, including: Negligence, Premises Liability, Malice, Inverse Condemnation, Trespass, Private Nuisance, Violation of Public Utilities Code § 2106, and Violation of Health and Safety Code § 13007 | 3/30/2021<br>11/30/2022<br>12/6/2022<br>1/6/2023 |

| No. | State Court Plaintiff(s) & Counsel of Record  *Reflects current, best-known law firm names and addresses | Case Name, Number, and Court | Fire Claims Asserted in Pending Action | Correspondence Dates for Reorganized Debtors' Requests for Dismissal |
|---|---|---|---|---|
| 7 | **Plaintiff(s):**  Santa Rosa Chandi Pizza, Inc.  **Counsel:**  Christian Krankemann  Michael Li  Krankemann Law Offices P.C.  420 E Street, Suite 100  Santa Rosa, CA 95404 | *Santa Rosa Chandi Pizza, Inc. v. Pacific Gas & Electric Co.*,  No. SCV-263342 (Sonoma) | Claims relating to North Bay Fires, including: Negligence, Premises Liability, Malice, Inverse Condemnation, Trespass, Private Nuisance, Violation of Public Utilities Code § 2106, and Violation of Health and Safety Code § 13007 | 3/30/2021  11/30/2022  12/6/2022  1/6/2023 |
| 8 | **Plaintiff(s):**  Florence Fay  **Counsel:**  Christian Krankemann  Michael Li  Krankemann Law Offices P.C.  420 E Street, Suite 100  Santa Rosa, CA 95404 | *Fay v. Pacific Gas & Electric Co.*,  No. SCV-263345 (Sonoma) | Claims relating to North Bay Fires, including: Negligence, Malice, Inverse Condemnation, Trespass, Private Nuisance, Violation of Public Utilities Code 2106, and Violation of Health and Safety Code § 13007 | 3/30/2021  11/30/2022  12/6/2022  1/6/2023 |
| 9 | **Plaintiff(s):**  Todd Barnes, Penelope Barnes  **Counsel:**  Christian Krankemann  Michael Li  Krankemann Law Offices P.C.  420 E Street, Suite 100  Santa Rosa, CA 95404 | *Barnes, v. Pacific Gas & Electric Co.*,  No. SCV-263351 (Sonoma) | Claims relating to North Bay Fires, including: Negligence, Premises Liability, Malice, Inverse Condemnation, Trespass, Private Nuisance, Violation of Public Utilities Code § 2106, and Violation of Health and Safety Code § 13007 | 3/30/2021  11/30/2022  12/6/2022  1/6/2023 |

| No. | State Court Plaintiff(s) & Counsel of Record *Reflects current, best-known law firm names and addresses | Case Name, Number, and Court | Fire Claims Asserted in Pending Action | Correspondence Dates for Reorganized Debtors' Requests for Dismissal |
|---|---|---|---|---|
| 10 | **Plaintiff(s):**<br>Rachel Adams<br><br>**Counsel:**<br>Christian Krankemann<br>Michael Li<br>Krankemann Law Offices P.C.<br>420 E Street, Suite 100<br>Santa Rosa, CA 95404 | *Adams v. Pacific Gas & Electric Co.*, No. SCV-263353 (Sonoma) | Claims relating to North Bay Fires, including: Negligence, Premises Liability, Malice, Inverse Condemnation, Trespass, Private Nuisance, Violation of Public Utilities Code § 2106, and Violation of Health and Safety Code § 13007 | 3/30/2021<br>11/30/2022<br>12/6/2022<br>1/6/2023 |
| 11 | **Plaintiff(s):**<br>Martin Reilley, Mary Beth Reilley<br><br>**Counsel:**<br>Christian Krankemann<br>Michael Li<br>Krankemann Law Offices P.C.<br>420 E Street, Suite 100<br>Santa Rosa, CA 95404 | *Reilley v. Pacific Gas & Electric Co.*, No. SCV-263355 (Sonoma) | Claims relating to North Bay Fires, including: Negligence, Premises Liability, Malice, Inverse Condemnation, Trespass, Private Nuisance, Violation of Public Utilities Code § 2106, and Violation of Health and Safety Code § 13007 | 3/30/2021<br>11/30/2022<br>12/6/2022<br>1/6/2023 |
| 12 | **Plaintiff(s):**<br>Stan Rickaby, Rickaby Fire Support, LLC<br><br>**Counsel:**<br>Larry A. Peluso<br>Peluso Law Group, PC<br>3419 Via Lido, Suite 460<br>Newport Beach, CA 92663 | *Rickaby v. PG&E Corp.*, No. CGC-19-573256 (San Francisco) | Claims relating to Camp Fire, including: Inverse Condemnation, Negligence, Violation of Public Utilities Code § 2106, Premises Liability, Trespass, Public Nuisance | 6/1/2021<br>6/29/2021<br>9/9/2021<br>10/26/2022<br>11/7/2022<br>12/6/2022<br>12/16/2022<br>12/19/2022<br>1/6/2023<br>3/3/2023<br>3/7/2023 |

| No. | State Court Plaintiff(s) & Counsel of Record *Reflects current, best-known law firm names and addresses* | Case Name, Number, and Court | Fire Claims Asserted in Pending Action | Correspondence Dates for Reorganized Debtors' Requests for Dismissal |
|---|---|---|---|---|
| 13 | **Plaintiff(s):** Efren Robinson, Adriana Robinson, Danilov Home Furnishings<br><br>**Counsel:** John T. Richards<br>Evan Willis<br>Richards Willis PC<br>750 B Street, Suite 1760<br>San Diego, CA 92101 | *Robinson v. PG&E Corp.*, No. CGC-19-580073 (San Francisco) | Claims relating to Camp Fire, including: Inverse Condemnation, Negligence, Violations Pursuant to Public Utility Code § 2106, Premises Liability, Trespass, Public Nuisance, Private Nuisance, Violation of Health and Safety Code § 13007 | 1/12/2021<br>1/26/2021<br>2/16/2021<br>7/6/2021<br>10/20/2022<br>11/18/2022<br>11/30/2022<br>12/6/2022<br>12/19/2022 |
| 14 | **Plaintiff(s):** Larry Biegler, Alysia Biegler<br><br>**Counsel:** John T. Richards<br>Evan Willis<br>Richards Willis PC<br>750 B Street, Suite 1760<br>San Diego, CA 92101 | *Biegler, v. PG&E Corp.*, No. 19CV00258 (Butte) | Claims relating to Camp Fire, including: Inverse Condemnation, Negligence, Violations Pursuant to Public Utility Code § 2106, Premises Liability, Trespass, Public Nuisance, Private Nuisance, Violation of Health and Safety Code § 13007 | 6/1/2021<br>6/29/2021<br>9/9/2021<br>10/26/2022<br>11/30/2022<br>12/6/2022<br>12/19/2022 |
| 15 | **Plaintiff(s):** Dannie Cook, Vivian Cook, James Isham, Vivian Isham, Patricia Kelly, Elanor Linike, Don Steele, Dotha Steele, Julie Sherrill, Christina Metroka<br><br>**Counsel:** John T. Richards<br>Evan Willis<br>Richards Willis PC<br>750 B Street, Suite 1760<br>San Diego, CA 92101 | *Cook v. PG&E Corp.*, No. 19CV00380 (Butte) | Claims relating to Camp Fire, including: Inverse Condemnation, Negligence, Violations Pursuant to Public Utility Code § 2106, Premises Liability, Trespass, Public Nuisance, Private Nuisance, Violation of Health and Safety Code § 13007 | 6/1/2021<br>6/29/2021<br>9/9/2021<br>10/26/2022<br>11/30/2022<br>12/6/2022<br>12/19/2022 |

| No. | State Court Plaintiff(s) & Counsel of Record *Reflects current, best-known law firm names and addresses | Case Name, Number, and Court | Fire Claims Asserted in Pending Action | Correspondence Dates for Reorganized Debtors' Requests for Dismissal |
|---|---|---|---|---|
| 16 | **Plaintiff(s):** Jacob Bindernagel, Rebecca Bindernagel, John Bindernagel, Denise Bindernagel, Rudolpho Martinez, Hermenia Martinez, The Martinez Revocable Trust Agreement, Randall Ya Tes<br><br>**Counsel:** John T. Richards<br>Evan Willis<br>Richards Willis PC<br>750 B Street, Suite 1760<br>San Diego, CA 92101 | *Bindernagel v. PG&E Corp.*, No. 19CV00939 (Butte) | Claims relating to Camp Fire, including: Inverse Condemnation, Negligence, Violations Pursuant to Public Utility Code § 2106, Premises Liability, Trespass, Public Nuisance, Private Nuisance, Violation of Health and Safety Code § 13007 | 6/1/2021<br>6/29/2021<br>9/9/2021<br>10/26/2022<br>11/30/2022<br>12/6/2022<br>12/19/2022 |
| 17 | **Plaintiff(s):** Bonnie B. Persons<br><br>**Counsel:** John C. Meyer<br>Cecelia C. Fusich<br>Vernon Law Office<br>801 E. Charleston Road<br>Palo Alto, CA 94303 | *Persons v. Pacific Gas & Electric Co.*, No. 19CV00281 (Butte) | Claims relating to Camp Fire, including: Inverse Condemnation, Negligence, Trespass, Nuisance, Negligence per se, Violation of Public Utilities Code § 2106, Violation of Health and Safety Code § 13007 | 6/1/2021<br>6/29/2021<br>9/9/2021<br>10/26/2022<br>11/30/2022<br>12/6/2022<br>12/19/2022<br>1/10/2023 |
| 18 | **Plaintiff(s):** Jaydene Gardner, Thomas Gardner<br><br>**Counsel:** Jane Luciano<br>9000 Crow Canyon Road, Suite 168<br>Danville, CA 94506<br><br>William McCann<br>P.O. Box 370<br>Genoa, NV 89411 | *Gardner v. Pacific Gas & Electric Co.*, No. 19CV00379 (Butte) | Claims relating to Camp Fire, including: Negligence, Inverse Condemnation, Public Nuisance, Private Nuisance, Premises Liability, Trespass, Violation of Public, Violation of Health and Safety Code § 13007, Elder Abuse, Violation of California Insurance Code § 790.03(h) | 6/1/2021<br>6/29/2021<br>7/6/2021<br>11/4/2022<br>11/18/2022<br>12/14/2022 |

| No. | State Court Plaintiff(s) & Counsel of Record *Reflects current, best-known law firm names and addresses* | Case Name, Number, and Court | Fire Claims Asserted in Pending Action | Correspondence Dates for Reorganized Debtors' Requests for Dismissal |
|---|---|---|---|---|
| 19 | **Plaintiff(s):**<br>Liza Sims ex rel. Edna Gleason<br><br>**Counsel:**<br>Jane Luciano<br>9000 Crow Canyon Road, Suite 168<br>Danville, CA 94506<br><br>William McCann<br>P.O. Box 370<br>Genoa, NV 89411 | *Sims v. Pacific Gas & Electric Co.*, No. 19CV01700 (Butte) | Claims relating to Camp Fire, including: Negligence, Inverse Condemnation, Public Nuisance, Private Nuisance, Premises Liability, Trespass, Violation of Public, Violation of Health and Safety Code § 13007, Elder Abuse, Broker Misrepresentation, Broker Negligence | |