WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **DECLARATION OF KEITH E. EGGLETON IN SUPPORT OF REORGANIZED DEBTORS' OMNIBUS MOTION TO ENFORCE THE DISCHARGE AND INJUNCTION PROVISIONS OF PLAN AND CONFIRMATION ORDER AGAINST CERTAIN PENDING ACTIONS** |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Date: May 24, 2023<br>Time: 10:00 a.m. (Pacific Time)<br>Place: **(Tele/Videoconference Only)**<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br><br>**Objection Deadline:**<br>**May 10, 2023, 4:00 pm (Pacific Time)** |

I, Keith E. Eggleton, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a member of Wilson Sonsini Goodrich & Rosati, P.C. ("**WSGR**"), counsel for Pacific Gas and Electric Company and PG&E Corporation (together, the "**Debtors**" or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") as defendants in a number of California state court actions relating to the 2017 North Bay Fires and 2018 Camp Fire. I am licensed to practice law in the State of California and am admitted to practice before this Court.

2. I am authorized to submit this Declaration (the "**Declaration**") on behalf of the Reorganized Debtors in support of the *Reorganized Debtors' Omnibus Motion to Enforce the Discharge and Injunction Provisions of Plan and Confirmation Order Against Certain Pending Actions* (the "**Motion**"),[1] filed contemporaneously herewith. The Motion requests entry of an order (i) enforcing the discharge and injunction provisions of the Plan and the Confirmation Order to prohibit the State Court Plaintiffs from continuing to prosecute any Fire Victim Claims against the Debtors or Reorganized Debtors in the Pending Actions; (ii) permitting the Reorganized Debtors to seek sanctions in the event a State Court Plaintiff fails to dismiss a Pending Action in accordance with the Proposed Order; and (iii) permitting the Reorganized Debtors, upon entry of the Proposed Order, to file the Enforcement Order Notice in each Pending Action, which notice would include a description of the Proposed Order and reserve the Reorganized Debtors' right to seek sanctions. The facts set forth in this Declaration are based upon my personal knowledge and my review of relevant documents. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

3. After entry of the Confirmation Order, the Reorganized Debtors through the work of my firm at my direction undertook a review of the known active litigations against the Debtors to identify litigations where, *inter alia*, (i) the parties were asserting Fire Victim Claims against the Debtors, and (ii) the litigation remained pending and had not been dismissed against Debtors.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

4.      The vast majority of the approximately 900 cases related to the 2017 North Bay Fires and approximately 200 cases related to the 2018 Camp Fire have already been dismissed. Included among the dismissals are the 559 cases that were coordinated in the complex department of the San Francisco Superior Court, which were dismissed on January 20, 2021, by the Honorable Andrew Y.S. Cheng, pursuant to the injunction provision contained in Section 10.7 of the Plan (the "**Channeling Injunction**"). A true and correct copy of this dismissal order is attached hereto as **Exhibit A**.

5.      With respect to the non-coordinated cases related to the 2017 North Bay Fires and the cases related to the 2018 Camp Fire, law firms have filed over 500 voluntary dismissals. I am aware of nineteen actions that remain pending and that are the subjects of this Motion: eleven actions related to the 2017 North Bay Fires and eight actions related to the 2018 Camp Fire.

6.      Following the review described above and through the work of my firm at my direction, the Reorganized Debtors made a good faith determination that the State Court Plaintiffs identified in Exhibit 2 to the Motion have asserted Fire Victim Claims against the Debtors and have been unwilling or reluctant to dismiss those actions notwithstanding the imposition of the Channeling Injunction.

7.      In addition, members of my team have sent correspondence by email, including in a form substantially similar to those attached as Exhibit 4 to the Motion, to counsel for the State Court Plaintiffs in eighteen of the nineteen remaining actions and have followed up to provide an opportunity for the State Court Plaintiffs in those actions to comply with the terms of the Channeling Injunction. Additional efforts by my team on behalf of the Reorganized Debtors in those eighteen cases included: drafting a voluntary dismissal form for counsel to a State Court Plaintiff; offering to file a signed voluntary dismissal form with authorization from a State Court Plaintiff's counsel; and multiple emails (and sometimes telephone calls) following up with counsel for the State Court Plaintiffs.

8.      The nineteenth case is *Sims v. Pacific Gas & Electric Co.*, pending in Butte County Superior Court. Counsel for the plaintiffs in the *Sims* case (Jane Luciano) is also counsel for plaintiff in *Gardner v. Pacific Gas & Electric Co.* – listed in Exhibit 2 to the Motion and one of the

eighteen cases in which the correspondence described in Paragraph 7 above was sent.

9. On April 19, 2023, the Butte County Superior Court held a case management conference in six of the remaining actions relating to the 2018 Camp Fire, including the *Sims* and *Gardner* cases. In connection with those conferences, Ms. Luciano filed case management statements in the *Sims* and *Gardner* cases stating that: "Plaintiff[s] [Sims/Gardner] intend to pursue their case for punitive damages despite threats from Wilson Sonsini demanding that the claim against it be dismissed. Punitive damages are not dischargeable in bankruptcy." True and correct copies of the statements filed by Ms. Luciano in the *Sims* and *Gardner* cases are attached hereto as **Exhibit B**.

10. At the case management conferences, the Butte County Superior Court continued the conferences to August 23, 2023. The court indicated that the Reorganized Debtors could file motions to dismiss the cases. I informed the court that the Reorganized Debtors would likely file this Motion to address all outstanding actions.

11. Although this Declaration does not attach each of the complaints or other pleadings that reflect the claims for Fire Victim Claims, nor the letters and other correspondence reflecting the efforts of the Reorganized Debtors and their counsel to provide notice and opportunity for the State Court Plaintiffs to comply with the Channeling Injunction, the Reorganized Debtors are prepared to promptly provide these materials if requested to do so by the Court.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: April 26, 2023
Palo Alto, California

/s/*Keith E. Eggleton*
Keith E. Eggleton