# EXHIBIT A

**(Dismissal Order in Coordinated North Bay Fire and Camp Fire Cases)**



SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

DEPARTMENT 613

| | |
|---|---|
| COORDINATION PROCEEDING<br>SPECIAL TITLE [RULE 3.550]<br><br>CALIFORNIA NORTH BAY FIRE CASES | Case No. CJC-17-004955<br><br>JUDICIAL COUNCIL COORDINATION PROCEEDING NO. 4955<br><br>ORDER GRANTING UNOPPOSED MOTION TO DISMISS ALL ACTIONS PENDING IN COORDINATED ACTION AND VACATING CASE MANAGEMENT CONFERENCE |

This matter was set for hearing on January 25, 2021 in Department 613, the Honorable Andrew Y.S. Cheng, presiding. Having reviewed and considered the arguments, pleadings, and written submissions of all parties, the Court finds that the matter may be decided without oral argument and **GRANTS** defendants Pacific Gas and Electric Company and PG&E Corporation (collectively, "PG&E") unopposed motion to dismiss all of the actions pending in this coordinated proceeding based on PG&E's bankruptcy proceedings. The Court agrees that "[b]ecause the Channeling Injunction permanently enjoins plaintiffs from continuing any suit against PG&E asserting Subrogation Wildfire Claims or Fire Victim Claims, and because the Plan has released and discharged all Public Entity Wildfire Claims against PG&E, all of the actions in this coordinated proceeding should be dismissed with prejudice as to defendants PG&E Corporation and Pacific Gas and Electric Company, pursuant to Rule 3.545 of the California Rules of Court." (Motion, 10.)

Because the Court grants the motion to dismiss all actions pending in coordinated action, it also **VACATES** the April 5, 2021 CMC.

IT IS SO ORDERED.

Dated: January 20, 2021

                                                ANDREW Y.S. CHENG
                                                Judge of the Superior Court

-2-