# EXHIBIT B

**(State Court Plaintiffs' Case Management Conference Statements in Gardner and Sims Cases)**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Jane Luciano, Esq. SBN 124263; William D. McCann, NV SBN 12038<br>9000 Crow Canyon Road Suite #168<br>Danville, CA 94506<br>TELEPHONE NO.: 925 216-6030  FAX NO. (Optional):<br>E-MAIL ADDRESS: jane-luciano@comcast.net; wdmccann@gmail.com<br>ATTORNEY FOR (Name): JAYDENE GARDNER, THOMAS GARDNER | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF BUTTE
STREET ADDRESS: 1775 CONCORD AVE
MAILING ADDRESS:
CITY AND ZIP CODE: CHICO 95928
BRANCH NAME: NORTH BUTTE

PLAINTIFF/PETITIONER: JAYDENE GARDNER AND THOMAS GARDNER
DEFENDANT/RESPONDENT: PACIFIC GAS & ELECTRIC COMPANY

| CASE MANAGEMENT STATEMENT | CASE NUMBER: |
|---|---|
| (Check one):  [X] UNLIMITED CASE  [ ] LIMITED CASE<br>(Amount demanded exceeds $25,000)  (Amount demanded is $25,000 or less) | 19CV00379 |

A **CASE MANAGEMENT CONFERENCE** is scheduled as follows:
Date: APRIL 19, 2023   Time: 10:30 AM   Dept.: ONE   Div.:   Room:
Address of court (if different from the address above):

[X] Notice of Intent to Appear by Telephone, by (name): JANE LUCIANO, WILLIAM D. MCCANN

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** (answer one):
   a. [X] This statement is submitted by party (name): PLAINTIFFS JAYDENE AND THOMAS GARDNER
   b. [ ] This statement is submitted jointly by parties (names):

2. **Complaint and cross-complaint** (to be answered by plaintiffs and cross-complainants only)
   a. The complaint was filed on (date): JANUARY 31, 2019
   b. [ ] The cross-complaint, if any, was filed on (date):

3. **Service** (to be answered by plaintiffs and cross-complainants only)
   a. [ ] All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
   b. [X] The following parties named in the complaint or cross-complaint
      (1) [X] have not been served (specify names and explain why not):
          PG&E ENTITIES; STAYED DUE TO BANKRUPCY
      (2) [ ] have been served but have not appeared and have not been dismissed (specify names):
      (3) [ ] have had a default entered against them (specify names):
   c. [ ] The following additional parties may be added (specify names, nature of involvement in case, and date by which they may be served):

4. **Description of case**
   a. Type of case in [X] complaint  [ ] cross-complaint  (Describe, including causes of action):
      PG&E NEGLIGENCE, INVERSE CONDEMNATION, ELDER ABUSE, EMOTIONAL DISTRESS AND PUNITIVE DAMAGES
      NATIONAL GENERAL INSURANCE COMPANY: BAD FAITH (SETTLED)

Page 1 of 5

Form Adopted for Mandatory Use
Judicial Council of California
CM-110 [Rev. September 1, 2021]

**CASE MANAGEMENT STATEMENT**

Cal. Rules of Court,
rules 3.720–3.730
www.courts.ca.gov

Case: 19-30088   Doc# 13686-2   Filed: 04/26/23   Entered: 04/26/23 16:41:19   Page 2 of 13

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

4. b. Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

   Plaintiffs were the victims of the Camp fire suffering the loss of all real and personal property. Plaintiffs are claiming economic and non-economic damages and punitive damages against PG&E defendants.
   See Attachment 4b.

   [x] *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5. **Jury or nonjury trial**
   The party or parties request [x] a jury trial   [ ] a nonjury trial. *(If more than one party, provide the name of each party requesting a jury trial):*

6. **Trial date**
   a. [ ] The trial has been set for *(date):*
   b. [x] No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*
   c. Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7. **Estimated length of trial**
   The party or parties estimate that the trial will take *(check one):*
   a. [x] days *(specify number):* 5-7 DAYS
   b. [ ] hours (short causes) *(specify):*

8. **Trial representation** *(to be answered for each party)*
   The party or parties will be represented at trial [x] by the attorney or party listed in the caption   [ ] by the following:
   a. Attorney:
   b. Firm:
   c. Address:
   d. Telephone number:
   e. E-mail address:
   f. Fax number:
   g. Party represented:
   [ ] Additional representation is described in Attachment 8.

9. **Preference**
   [x] This case is entitled to preference *(specify code section):* CCP SECTION 36 AS TO THOMAS GARDNER

10. **Alternative dispute resolution (ADR)**
    a. **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 of the California Rules of Court for information about the processes available through the court and community programs in this case.
       (1) For parties represented by counsel: Counsel [ ] has [ ] has not provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.
       (2) For self-represented parties: Party [ ] has [ ] has not reviewed the ADR information package identified in rule 3.221.
    b. **Referral to judicial arbitration or civil action mediation** *(if available).*
       (1) [ ] This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.
       (2) [ ] Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.
       (3) [ ] This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*

10. c. Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in *(check all that apply and provide the specified information)*:

| | The party or parties completing this form **are willing** to participate in the following ADR processes *(check all that apply)*: | If the party or parties completing this form in the case **have agreed** to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation)*: |
|---|---|---|
| (1) Mediation | [x] | [ ] Mediation session not yet scheduled<br>[ ] Mediation session scheduled for *(date)*:<br>[ ] Agreed to complete mediation by *(date)*:<br>[ ] Mediation completed on *(date)*: |
| (2) Settlement conference | [x] | [x] Settlement conference not yet scheduled<br>[ ] Settlement conference scheduled for *(date)*:<br>[ ] Agreed to complete settlement conference by *(date)*:<br>[ ] Settlement conference completed on *(date)*: |
| (3) Neutral evaluation | [ ] | [ ] Neutral evaluation not yet scheduled<br>[ ] Neutral evaluation scheduled for *(date)*:<br>[ ] Agreed to complete neutral evaluation by *(date)*:<br>[ ] Neutral evaluation completed on *(date)*: |
| (4) Nonbinding judicial arbitration | [ ] | [ ] Judicial arbitration not yet scheduled<br>[ ] Judicial arbitration scheduled for *(date)*:<br>[ ] Agreed to complete judicial arbitration by *(date)*:<br>[ ] Judicial arbitration completed on *(date)*: |
| (5) Binding private arbitration | [ ] | [ ] Private arbitration not yet scheduled<br>[ ] Private arbitration scheduled for *(date)*:<br>[ ] Agreed to complete private arbitration by *(date)*:<br>[ ] Private arbitration completed on *(date)*: |
| (6) Other *(specify)*: | [ ] | [ ] ADR session not yet scheduled<br>[ ] ADR session scheduled for *(date)*:<br>[ ] Agreed to complete ADR session by *(date)*:<br>[ ] ADR completed on *(date)*: |

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

## 11. Insurance

a. ☐ Insurance carrier, if any, for party filing this statement *(name):*

b. Reservation of rights: ☐ Yes ☐ No

c. ☐ Coverage issues will significantly affect resolution of this case *(explain):*

## 12. Jurisdiction

Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.

☒ Bankruptcy ☐ Other *(specify):*

Status:

## 13. Related cases, consolidation, and coordination

a. ☐ There are companion, underlying, or related cases.

   (1) Name of case:

   (2) Name of court:

   (3) Case number:

   (4) Status:

☐ Additional cases are described in Attachment 13a.

b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party):*

## 14. Bifurcation

☒ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*
TRIAL ON PUNITIVE DAMAGES WHEN STAY LIFTED

## 15. Other motions

☐ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*

## 16. Discovery

a. ☐ The party or parties have completed all discovery.

b. ☒ The following discovery will be completed by the date specified *(describe all anticipated discovery):*

| Party | Description | Date |
|---|---|---|
| PLAINTIFFS | INTERROGATORIES ON NET WORTH NTERROGATOR | |
| | SUBPOENA OF FINANCIAL INSTITUTIONS | |
| | DEPOSITIONS REGARDING THE ABOVE | |

c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify):*

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

## 17. Economic litigation

a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.

b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case)*:

## 18. Other issues

☒ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify)*:
See Attachment to 4b on the issue of Wilson Sonsini's CMC statement request to close the case.

## 19. Meet and confer

a. ☒ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain)*:
COUNSEL MCCANN MET AND CONFERRED WITH WILSON SONSINI REGARDING THIS MATTER

b. ☐ After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify)*:

20. Total number of pages attached *(if any)*: ONE

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: APRIL 3, 2023

JANE LUCIANO
(TYPE OR PRINT NAME)

▶ *Jane Luciano* (SIGNATURE OF PARTY OR ATTORNEY)

(TYPE OR PRINT NAME)

▶ (SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.

# ATTACHMENT TO 4 B AND 18

4. B = Plaintiffs have received partial payment from the Fire Victim Trust. The case against PG and E remains stayed due to its Chapter 11 filing.
PG and E pled out to 84 Felonies arising from the Camp Fire.
See the New York Times article reporting this:
https://www.nytimes.com/2020/06/16/business/energy environment/pge-camp-fire-california-wildfires.html
Plaintiff Jaydene Gardner and Thomas Gardner intend to pursue their case for punitive damages despite threats from Wilson Sonsini demanding that the claim against it be dismissed. Punitive damages are not dischargeable in bankruptcy.

18. If this court interprets Wilson Sonsini's request to close this case as a motion, Plaintiff objects to said request for failure to follow this courts rules on the filing of motions.

| | | CM-110 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Jane Luciano 124263<br>Luciano Law<br>9000 Crow Canyon road suite S#168<br>Danville, CA 94506<br>TELEPHONE NO.: 925 216-6030   FAX NO. (Optional):<br>E-MAIL ADDRESS: JANE-LUCIANO@COMCAST.NET<br>ATTORNEY FOR (Name): LIZA SIMS AND EDNA GLEASON | | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF BUTTE
STREET ADDRESS: 1775 CONCORD AVE
MAILING ADDRESS:
CITY AND ZIP CODE: CHICO
BRANCH NAME: NORTH BUTTE

PLAINTIFF/PETITIONER: LIZA SIMS AND EDNA GLEASON
DEFENDANT/RESPONDENT: PACIFIC GAS AND ELECTRIC COMPANY ET AL

| CASE MANAGEMENT STATEMENT | CASE NUMBER: |
|---|---|
| (Check one):  [X] UNLIMITED CASE    [ ] LIMITED CASE<br>*AMENDED*  (Amount demanded exceeds $25,000)  (Amount demanded is $25,000 or less) | 19CV01700 |

A CASE MANAGEMENT CONFERENCE is scheduled as follows:
Date: APRIL 19, 2023    Time: 10;30    Dept.: ONE    Div.:    Room:
Address of court (if different from the address above):

[X] Notice of Intent to Appear by Telephone, by (name): JANE LUCIANO, WILLIAM MCCANN

INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.

1. **Party or parties** (answer one):
    a. [X] This statement is submitted by party (name): PLAINTIFF LIZA SIMS AND EDNA GLEASON
    b. [ ] This statement is submitted jointly by parties (names):

2. **Complaint and cross-complaint** (to be answered by plaintiffs and cross-complainants only)
    a. The complaint was filed on (date): JUNE 9, 2019
    b. [ ] The cross-complaint, if any, was filed on (date):

3. **Service** (to be answered by plaintiffs and cross-complainants only)
    a. [ ] All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
    b. [X] The following parties named in the complaint or cross-complaint
        (1) [X] have not been served (specify names and explain why not):
            PG&E ENTITIES STAYED DUE TO BANKRUPTCY
        (2) [ ] have been served but have not appeared and have not been dismissed (specify names):
        (3) [ ] have had a default entered against them (specify names):
    c. [ ] The following additional parties may be added (specify names, nature of involvement in case, and date by which they may be served):

4. **Description of case**
    a. Type of case in [X] complaint  [ ] cross-complaint  (Describe, including causes of action):
       PG&E: NEGLIGENCE, INVERSE CONDEMNATION, ELDER ABUSE, EMOTIONAL DISTRESS & PUNITIVE DAMAGES

Page 1 of 5

Form Adopted for Mandatory Use
Judicial Council of California
CM-110 [Rev. September 1, 2021]

**CASE MANAGEMENT STATEMENT**

Cal. Rules of Court,
rules 3.720–3.730
www.courts.ca.gov

4. b. Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

   Plaintiffs were victims of the Camp fire suffering from the loss of all real and personal property. Plaintiffs are claiming economic and non-economic damages and punitive damages against PG&E defendants.

   [x] *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5. **Jury or nonjury trial**
   The party or parties request [x] a jury trial  [ ] a nonjury trial. *(If more than one party, provide the name of each party requesting a jury trial):*

6. **Trial date**
   a. [ ] The trial has been set for *(date):*
   b. [x] No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*
   c. Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7. **Estimated length of trial**
   The party or parties estimate that the trial will take *(check one):*
   a. [x] days *(specify number):* 5-7
   b. [ ] hours (short causes) *(specify):*

8. **Trial representation** *(to be answered for each party)*
   The party or parties will be represented at trial  [x] by the attorney or party listed in the caption  [ ] by the following:
   a. Attorney:
   b. Firm:
   c. Address:
   d. Telephone number:
   e. E-mail address:
   f. Fax number:
   g. Party represented:
   [ ] Additional representation is described in Attachment 8.

9. **Preference**
   [ ] This case is entitled to preference *(specify code section):*

10. **Alternative dispute resolution (ADR)**
    a. **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 of the California Rules of Court for information about the processes available through the court and community programs in this case.
       (1) For parties represented by counsel: Counsel [x] has  [ ] has not  provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.
       (2) For self-represented parties: Party [ ] has  [ ] has not  reviewed the ADR information package identified in rule 3.221.
    b. **Referral to judicial arbitration or civil action mediation** (if available).
       (1) [ ] This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.
       (2) [ ] Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.
       (3) [ ] This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
| --- | --- |
| DEFENDANT/RESPONDENT: | |

10. c. Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in *(check all that apply and provide the specified information)*:

| | The party or parties completing this form **are willing** to participate in the following ADR processes *(check all that apply)*: | If the party or parties completing this form in the case **have agreed** to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation)*: |
| --- | --- | --- |
| (1) Mediation | [x] | [ ] Mediation session not yet scheduled<br>[ ] Mediation session scheduled for *(date)*:<br>[ ] Agreed to complete mediation by *(date)*:<br>[ ] Mediation completed on *(date)*: |
| (2) Settlement conference | [x] | [ ] Settlement conference not yet scheduled<br>[ ] Settlement conference scheduled for *(date)*:<br>[ ] Agreed to complete settlement conference by *(date)*:<br>[ ] Settlement conference completed on *(date)*: |
| (3) Neutral evaluation | [ ] | [ ] Neutral evaluation not yet scheduled<br>[ ] Neutral evaluation scheduled for *(date)*:<br>[ ] Agreed to complete neutral evaluation by *(date)*:<br>[ ] Neutral evaluation completed on *(date)*: |
| (4) Nonbinding judicial arbitration | [ ] | [ ] Judicial arbitration not yet scheduled<br>[ ] Judicial arbitration scheduled for *(date)*:<br>[ ] Agreed to complete judicial arbitration by *(date)*:<br>[ ] Judicial arbitration completed on *(date)*: |
| (5) Binding private arbitration | [ ] | [ ] Private arbitration not yet scheduled<br>[ ] Private arbitration scheduled for *(date)*:<br>[ ] Agreed to complete private arbitration by *(date)*:<br>[ ] Private arbitration completed on *(date)*: |
| (6) Other *(specify)*: | [ ] | [ ] ADR session not yet scheduled<br>[ ] ADR session scheduled for *(date)*:<br>[ ] Agreed to complete ADR session by *(date)*:<br>[ ] ADR completed on *(date)*: |

CM-110 [Rev. September 1, 2021]     **CASE MANAGEMENT STATEMENT**     Page 3 of 5

Case: 19-30088   Doc# 13686-2   Filed: 04/26/23   Entered: 04/26/23 16:41:19   Page 10 of 13

## 11. Insurance

a. ☐ Insurance carrier, if any, for party filing this statement *(name)*:

b. Reservation of rights: ☐ Yes ☐ No

c. ☐ Coverage issues will significantly affect resolution of this case *(explain)*:

## 12. Jurisdiction

Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.
☒ Bankruptcy ☐ Other *(specify)*:
Status:

## 13. Related cases, consolidation, and coordination

a. ☒ There are companion, underlying, or related cases.
    (1) Name of case: ADAMS V. PG&E
    (2) Name of court: BUTTE COUNTY SUPERIOR COURT
    (3) Case number: 19CV0110
    (4) Status: PENDING
    ☐ Additional cases are described in Attachment 13a.

b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party)*:

## 14. Bifurcation

☒ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons)*:
TRIAL ON PUNITIVE DAMAGES WHEN STAY LIFTED

## 15. Other motions

☐ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues)*:

## 16. Discovery

a. ☐ The party or parties have completed all discovery.

b. ☒ The following discovery will be completed by the date specified *(describe all anticipated discovery)*:

| Party | Description | Date |
|---|---|---|
| PLAINTIFF | INTERROGATORIES ON NET WORTH | |
| | SUBPOENA FINANCIAL INSTITUTIONS | |
| | DEPOSITIONS | |

c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify)*:

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

CM-110

**17. Economic litigation**

a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.

b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case)*:

**18. Other issues**

☒ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify)*:
SEE ATTACHMENT 4 B SHOULD PG&E ATTORNEYS MAKE A REQUEST TO CLOSE THE CASE.

**19. Meet and confer**

a. ☒ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain)*:

b. ☐ After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify)*:

20. Total number of pages attached *(if any)*: ONE

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: APRIL 3, 2023

JANE LUCIANO
(TYPE OR PRINT NAME)    ▶ *Jane Luciano* (SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)    ▶ _____ (SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.

# SIMS ATTACHMENT TO 4 B AND 18

4. B = Plaintiffs have received partial payment from the Fire Victim Trust. The case against PG and E remains stayed due to its Chapter. 11 filing.
PG and E pled out to 84 Felonies arising from the Camp Fire. See the New York Times article reporting this:
https://www.nytimes.com/2020/06/16/business/energy-environment/pge-camp-fire-california-wildfires.html
PlaintiffS Liza Sims and Edna Gleason intend to pursue their case for punitive damages despite threats from Wilson Sonsini demanding that the claim against it be dismissed. Punitive damages are not dischargeable in bankruptcy.

18. If this court interprets Wilson Sonsini's request to close this case as a motion, Plaintiff objects to said request for failure to follow this courts rules on the filing of motions.