| | |
|---|---|
| 1 | WEIL, GOTSHAL & MANGES LLP |
| | Richard W. Slack (*pro hac vice*) |
| 2 | (richard.slack@weil.com) |
| | Jessica Liou (*pro hac vice*) |
| 3 | (jessica.liou@weil.com) |
| | Matthew Goren (*pro hac vice*) |
| 4 | (matthew.goren@weil.com) |
| | 767 Fifth Avenue |
| 5 | New York, NY 10153-0119 |
| | Tel: 212 310 8000 |
| 6 | Fax: 212 310 8007 |
| 7 | KELLER BENVENUTTI KIM LLP |
| | Jane Kim (#298192) |
| 8 | (jkim@kbkllp.com) |
| | David A. Taylor (#247433) |
| 9 | (dtaylor@kbkllp.com) |
| | Thomas B. Rupp (#278041) |
| 10 | (trupp@kbkllp.com) |
| | 650 California Street, Suite 1900 |
| 11 | San Francisco, CA 94108 |
| | Tel: 415 496 6723 |
| 12 | Fax: 650 636 9251 |
| 13 | *Attorneys for Debtors and Reorganized Debtors* |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **NOTICE OF CHANGE OF ADDRESS OF REORGANIZED DEBTORS** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO THE CLERK OF THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that, effective immediately, PG&E Corporation and Pacific Gas and Electric Company, debtors and reorganized debtors (the "**Debtors**," or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases, have changed their physical and mailing addresses.

**PLEASE TAKE FURTHER NOTICE** that the physical and mailing addresses of the Reorganized Debtors are now as follows:

PHYSICAL ADDRESS:

PG&E Corporation
Pacific Gas and Electric Company
300 Lakeside Drive
Oakland, CA 94612

MAILING ADDRESS:

PG&E Corporation
Pacific Gas and Electric Company
Attn: Law Department
PO Box 1018
Oakland, CA 94612-9991

Dated: April 27, 2023

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**

By: /s/ Thomas B. Rupp
      Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*