1  BROWN RUDNICK LLP
   David J. Molton (SBN 262075)
2  (DMolton@brownrudnick.com)
   Seven Times Square
3  New York, New York 10036
   Telephone:     (212) 209-4800
4  Facsimile:     (212) 209-4801

5  BROWN RUDNICK LLP
   Joel S. Miliband (SBN 077438)
6  (JMiliband@brownrudnick.com)
   2211 Michelson Drive, Seventh Floor
7  Irvine, California 92612
   Telephone:     (949) 752-7100
8  Facsimile:     (949) 252-1514

9  *Attorneys for Fire Victim Trustee*

10              **UNITED STATES BANKRUPTCY COURT**
                 **NORTHERN DISTRICT OF CALIFORNIA**
11                    **SAN FRANCISCO DIVISION**

12

13  In re:                                    Case No. 19-30088 (DM)
                                              Chapter 11
14  **PG&E CORPORATION,**                     (Lead Case)
                                              (Jointly Administered)
15            **- and –**

16  **PACIFIC GAS AND ELECTRIC COMPANY,**     **FIRE VICTIM TRUST'S**
                                              **SUPPLEMENTAL NOTICE**
17  **Debtors.**                              **REGARDING MCKINSEY**
                                              **SETTLEMENT**
18  ☐ Affects PG&E Corporation
    ☐ Affects Pacific Gas and Electric Company   [Relates to Docket Number 12682]
19  ☒ Affects both Debtors

20  *\* All papers shall be filed in the Lead Case,*
21  *No. 19-30088 (DM).*

22

23

24

25

26

27

28

TO FIRE VICTIMS AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that, as previously disclosed, the Fire Victim Trust (the "**Trust**") has settled potential claims (the "**Assigned Claims**") against McKinsey & Company, Inc. United States ("**McKinsey**") that the Trust held as part of the Assigned Rights and Causes of Action transferred to the Trust pursuant to the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated June 19, 2020* [Dkt. No. 8048]. The Trust previously filed an unredacted copy of the settlement and release agreement by and among the Trustee and McKinsey (the "**Settlement Agreement**") [Dkt. No. 13502] and posted the Settlement Agreement on the Fire Victim Trust Website at www.firevictimtrust.com. The Settlement Agreement provides, inter alia, for McKinsey to remit to the Trust the total lump sum of twenty-five million dollars ($25,000,000.00) (the "**Settlement Amount**") and for mutual releases between the parties to the Settlement Agreement.

PLEASE TAKE FURTHER NOTICE that the Trust previously filed an unredacted copy of the engagement letter (the "**McKinsey Claims Engagement Letter**") [Dkt. No. 13502] effective January 1, 2022, between the Trust and Andrews & Thornton, Attorneys at Law, A Law Corporation and Greenberg Gross LLP (together, "**Litigation Counsel**") in connection with the Assigned Claims and posted the McKinsey Claims Engagement Letter on the Fire Victim Trust Website at www.firevictimtrust.com. Pursuant to the McKinsey Claims Engagement Letter, Litigation Counsel shall be entitled to attorneys' fees in the form of a contingency fee equal to 20% of the Net Proceeds (as defined in the McKinsey Claims Engagement Letter).

PLEASE TAKE FURTHER NOTICE that, having performed an accounting to determine its costs, expenses, and attorneys' fees incurred in connection with the Assigned Claims, the Trust files this supplemental notice to provide the following further disclosures: the gross amount realized was $25,000,000.00; costs and expenses totaled $983,953.59; attorneys' fees totaled $4,803,209.28; and the net benefit to the Trust was $19,212,837.13, as detailed in the following table:

/ / /

1

| McKinsey Settlement Distribution | | |
|---|---|---|
| **Gross Settlement Recovery** | | $25,000,000.00 |
| **Minus Expenses** | | $983,953.59 |
| Consultant for Electronic Database / Discovery Platform | $10,175 | |
| Electronic Database / Discovery Platform | $726,106.42 | |
| Financial Analyst | $163,728.00 | |
| Mediator | $33,618.50 | |
| Insurance Counsel | $50,325.67 | |
| TOTAL | $983,953.59 | |
| **Net Proceeds** | | $24,016,046.41 |
| **Minus Attorneys' Fees (20% of Net Proceeds)** | | $4,803,209.28 |
| **Distribution to Trust** | | $19,212,837.13 |

DATED:  April 27, 2023        BROWN RUDNICK LLP

By: */s/David J. Molton*
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone:     (212) 209-4800
Facsimile:     (212) 209-4801

and

Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, California 92612
Telephone:     (949) 752-7100
Facsimile:     (949) 252-1514

*Attorneys for Fire Victim Trustee*

2