KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

ROVENS LAMB LLP
STEVEN A. LAMB (SBN 132534)
slamb@rovenslamb.com
Telephone: (310) 536.7830
Facsimile: (310) 872.5489
2601 Airport Drive, Suite 370
Torrance, California 90505

LAW OFFICES OF JENNIFER L. DODGE INC.
Jennifer L. Dodge (#195321)
(jdodgelaw@jenniferdodgelaw.com)
2512 Artesia Blvd., Suite 300D
Redondo Beach, California 90278
Tel: (310) 372.3344
Fax: (310) 861.8044

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: <br><br> PG&E CORPORATION, <br><br> - and - <br><br> PACIFIC GAS AND ELECTRIC COMPANY, <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* ALL PAPERS SHALL BE FILED IN THE LEAD CASE, NO. 19-30088 (DM)* | Case Nos. 19-30088 (DM) <br><br> (Lead Case) (Jointly Administered) <br><br> **SUPPLEMENTAL DECLARATION OF ROGER LEATHERMAN IN OPPOSITION TO PARTIAL MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF COUNTER-MOTION FOR SUMMARY JUDGMENT** <br><br> Date: May 9, 2023 <br> Time: 10:00 a.m. (Pacific Time) <br> Place: (Tele/Videoconference Only) <br> United States Bankruptcy Court <br> Courtroom 17, 16th Floor <br> San Francisco, CA 94102 |

I, Roger Leatherman, declare:

1. I am a Principal Land Agent, Land Rights Support, for Pacific Gas and Electric Company. I have had served in this function since June, 2021. Prior to being promoted to Principal Land Agent, I was a Senior Land Agent and held that position since April 2013 and have held various positions within Pacific Gas and Electric Company's Land Department since 2005.

2. I have personal knowledge of the facts set forth herein and can and do competently testify regarding the facts set forth in this declaration.

3. One of my duties and responsibilities at Pacific Gas and Electric Company is to prepare, file, record and retain records of various real property interests of Pacific Gas and Electric Company, including easements and rights of way.

4. I make this supplemental declaration to provide additional information in response to evidentiary objections lodged by Claimant.

5. Attached hereto as Exhibit A is a true and correct copy of a Joint Use Agreement by and between Pacific Gas and Electric Company ("PG&E") and the State of California Department of Transportation ("CalTrans"), dated and duly recorded by the County of San Mateo Recorder's Office on December 19, 1985 (the "JUA").

6. The first recital paragraph (slide 2 of the JUA) refers to PG&E's existing easements, which are listed in Exhibit A ("Owner is in possession of certain rights of way and easements, hereinafter referred to as Owner's easement, and described as follows: See Exhibit A.")

7. Exhibit A (slide 8 of the JUA) lists easements by reference to its recording information. Items b, d and e refer to three of the easements extending over the Komir property listed in my original Declaration. Specifically, Exhibits A, B and D to my original Declaration.

8. The JUA recognizes at least three of the easements listed in my original Declaration.

9. Paragraph 6 of the JUA (slide 8 of the JUA) states that, except as expressly set forth herein, this JUA shall not alter, modify or terminate any portion of Owner's [PG&E's] easement.

10. Accordingly, the 1985 JUA acknowledged that PG&E continued to own at least three of the easements listed in my original Declaration. CalTrans, through the JUA, recognized these

easements were in existence in 1985.  This was 12 years after the Order of Possession in 1973, and 2 years after the Judgment of Condemnation in 1983.

Executed at Oakland, California on the 3rd of May 2023.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_Roger Leatherman_ (signature)

Roger Leatherman