Exhibit A

RECORDER'S OFFICE OF SAN MATEO COUNTY

RECORDING REQUESTED BY
State of California

WHEN RECORDED RETURN TO
Department of Transportation
P O Box 7701
San Francisco, CA 94120

attn: W. Brewer
R/W utilities

| Dist. | County | Rte. | P.M. |
|---|---|---|---|
| 4 | SM | 380/ 101 | 5.3/6.6 19.9/21.8 |

Ut. 486.21

Document No. 2293-D (Amended)

## JOINT USE AGREEMENT

THIS AGREEMENT, entered into _____ of _December_, 19_85_ by and between _____ PACIFIC GAS AND _____ hereinafter called "Owner," and _____ ORNIA, acting by and through the Department of Transportation, here_____

WHEREAS, Owner in possession of certain rights of way and easements, hereinafter referred to as "Owner's easement" and described as follows:

See Exhibit "A".

and

WHEREAS State has acquired certain lands for highway purposes in the vicinity of Shaw Road, South San Francisco, and 7th Avenue, San Bruno _____ County of _____ San Mateo _____

on State Road _____ 4-SM-380/101 _____, hereinafter referred to as "highway right of way," which said highway right of way is subject to Owner's easement; and

JUL 08 1985

FORM R/W 03-3

RECORDER'S OFFICE OF SAN MATEO COUNTY

RECORDING REQUESTED BY
State of California

WHEN RECORDED RETURN TO
Department of Transportation
P O Box 7791
San Francisco, CA 94120

attn: Mr. Brewer
R/W utilities

| Dist. | County | Rte. | P.M. |
|---|---|---|---|
| 4 | SM | 380/101 | 5.3/6.6 19.9/21.8 |

Ut. 486.21

Document No. 2293-D (Amended)

## JOINT USE AGREEMENT

THIS AGREEMENT, entered into this _19th_ day of _December_, 19_85_, by and between __PACIFIC GAS AND ELECTRIC COMPANY__ hereinafter called "Owner," and the STATE OF CALIFORNIA, acting by and through the Department of Transportation, hereinafter called "State."

### WITNESSETH

WHEREAS, Owner in possession of certain rights of way and easements, hereinafter referred to as "Owner's easement" and described as follows:

See Exhibit "A".

and

WHEREAS, State has acquired certain lands for highway purposes in the vicinity of Shaw Road, South San Francisco, and 7th Avenue, San Bruno, County of San Mateo on State Road __4-SM-380/101__, hereinafter referred to as "highway right of way," which said highway right of way is subject to Owner's easement; and

JUL 0 8 1985

FORM R/W 05-3

WHEREAS, Owner's facilities on the said highway right of way will interfere with or obstruct the construction, reconstruction, maintenance or use of said highway, and State's desires to eliminate such interference or obstruction.

NOW, THEREFORE, Owner and State hereby mutually agree as follows:

1. The location of Owner's easement so far as it now lies within the said highway right of way be, and it hereby is, changed to the strip of land within said highway right of way, hereinafter referred to as "new location," described as follows:

PARCEL 1:  (2293-D)

　　See Exhibit "B".

PARCEL 2:  (38103-A)

　　See Exhibit "C".

JUL 08 1985

FORM R/W 05-3

J.U.A. No. 2293-D

- 3 -

    2. Owner will rearrange, relocate or reconstruct within said new location any of its facilities now installed pursuant to Owner's easement within said highway right of way and Owner does hereby surrender and quitclaim to the State all of Owner's right, title and interest under and by virtue of Owner's easement in the old location within said highway right of way and not included in said new location. Owner hereby consents to the construction, reconstruction, maintenance or use by State of a highway over, along and upon Owner's easement both in the old location and in the new location within said highway right of way upon and subject to the terms and conditions herein contained.

    3. State acknowledges Owner's title to Owner's easement in said new location for an underground facility and the priority of Owner's title over the title of State therein. Owner has and reserves the right and easement to use, in common with the public's use of said highway, at said new location, without need for any further permit or permission from State. Except in emergencies, Owner shall give reasonable notice to State before performing any work on Owner's facilities in said new location where such work will be performed in, on or over the traveled way or improved shoulders of said highway or will obstruct traffic. In all cases, Owner shall make adequate provision for the protection of the traveling public.

    4. Owner shall have the use of the 4' walk gate right of Engineer's Station "$F_2$" 307+70± and a 12' drive gate right of Engineer's Station "$F_2$" 316+45±. Said gates shall not be used for any purpose other than construction, reconstruction, operation, inspection, repair or maintenance of Owner's utility facilities now or hereafter installed pursuant to Owner's easement. Owner shall close and lock gate after each use thereof by Owner.

    Owner shall not in the exercise of its rights under its easement pass through or over the freeway fencing constructed by the State across Owner's easements left of Engineer's Station "$F_2$ 290+75±, left of Engineer's Station "$F_2$" 299+00± and right of Engineer's Station "$F_2$" 307+75±, right of Engineer's Station "$F_2$" 317+20± except in emergency or when necessary to permit the construction, reconstruction or replacement of the Owner's facilities.

RECORDER'S OFFICE OF SAN MATEO COUNTY

86012687

— 4 —  J.U.A. No. 2293-D
(Amended)

5. In the event that the future use of said highway right of way shall at any time or times necessitate a rearrangement, relocation, reconstruction or removal of any of Owner's facilities then existing in said new location and State shall notify Owner in writing of such necessity and agree to reimburse Owner on demand for its costs incurred in complying with such notice, Owner will provide State with plans of its proposed rearrangement and an estimate of the cost thereof and, upon approval of such plans by State, Owner will promptly proceed to effect such rearrangement, relocation, reconstruction or removal. Owner shall make adequate provisions for the protection of the traveling public. No further permit or permission from State for such rearrangement shall be required and State will (1) enter into a joint use agreement on the same terms and conditions as are herein set forth covering any such subsequent relocation of Owner's facilities within said highway right of way, (2) provide executed document(s) granting to Owner good and sufficient easement outside of the highway right of way if necessary to replace Owner's easement or any part thereof, and (3) reimburse Owner for any costs which it may be required to expend to acquire such easement, provided it is mutually agreed in writing that Owner shall acquire such easement.

6. Except as expressly set forth herein, this agreement shall not in any way alter, modify or terminate any provision of Owner's easement. Both State and Owner shall use said new location in such a manner as not to interfere unreasonably with the rights of the other. Nothing herein contained shall be construed as a release or waiver of any claim for compensation or damages which Owner or State may now have or may hereafter acquire resulting from the construction of additional facilities or the alteration of existing facilities by either State or Owner in such a manner as to cause an unreasonable interference with the use of said new location by the other party.

7. This agreement shall inure to the benefit of and be binding upon the successors and assigns of both parties.

JUL 08 1985

FORM R/W 05-3

J.U.A. No. 2293-D
(Amended)

IN WITNESS WHEREOF, the parties hereto have caused this agreement to be executed in duplicate by their respective officials thereunto duly authorized.

*Recommended for approval:*

_____
UTILITY REVIEW

_____
DIVISION OF RIGHT OF WAY

*Approved as to form and procedure:*

_____
Attorney, Department of Transportation

OWNER

PACIFIC GAS AND ELECTRIC COMPANY

By _____
ROBERT R. JENSEN
Supervisor of Sales, Leasing and Land Rights
By Attest _____

STATE OF CALIFORNIA
DEPARTMENT OF TRANSPORTATION

Director of Transportation

By _____
Harry L. Kagan, Chief
Division of Right of Way

86012687

STATE OF CALIFORNIA       }
                          } ss.
COUNTY OF SACRAMENTO      }

On this _____ day of _____, in the year 19____, before me, the undersigned, a Notary Public in and for the County of Sacramento, State of California, residing therein, duly commissioned and sworn, personally appeared _____, known to me to be the _____ Director of the Department of Transportation of the State of California, described in and that executed the within instrument, and also known to me to be the person who executed the same on behalf of the State of California therein named and he acknowledged to me that the State of California executed the same.

WITNESS my hand and official seal.

_____ (Seal)

_____
Name (Typed or Printed)
Notary Public in and for Said County and State

FORM R/W 05-3                                               29006-500 2-83 3M * OSP

RECORDER'S OFFICE OF SAN MATEO COUNTY

62-4203 (Corporation) Rev. 1/83

**STATE OF CALIFORNIA** } ss.
County of San Francisco

86012687

On this 19th day of December, in the year 19 85, before me, Lucille Mullen, a Notary Public for the State of California, personally appeared Robert R. Jensen, personally known to me (or proved to me on the basis of satisfactory evidence to be the person(s) who executed the within instrument as Supervisor of Sales, Leasing & Land Rights, or on behalf of Pacific Gas and Electric Company, a corporation, and acknowledged to me that the corporation executed it pursuant to its by-laws or a resolution of its board of directors.

Official Seal

OFFICIAL SEAL
Lucille Mullen
NOTARY PUBLIC - CALIFORNIA
CITY & COUNTY OF SAN FRANCISCO
My Commission Expires Jan. 23, 1987

*Lucille Mullen*
Notary Public for the State of California

---

86012687

**Caltrans**
CALIFORNIA DEPARTMENT OF TRANSPORTATION

STATE OF CALIFORNIA } ss.
County of SACRAMENTO

On JANUARY 21, 1986, before me, the undersigned Notary Public in and for said County and State, personally appeared HARRY L. KAGAN,

[X] personally known to me, [ ] proved to me on the basis of satisfactory evidence, to be the person who executed this instrument as CHIEF, DIVISION OF RIGHT OF WAY of DEPARTMENT OF TRANSPORTATION and acknowledged to me that the CHIEF, DIVISION OF RIGHT OF WAY executed it.

WITNESS my hand and official seal.

Signature *A. M. Bojorques*
Notary Public in and for said County and State

(for notary seal or stamp)

OFFICIAL SEAL
AGNES M BOJORQUES
NOTARY PUBLIC - CALIFORNIA
SACRAMENTO COUNTY
My comm. expires JUN 21, 1988

RW 04-03-11

PUBLIC CORPORATION

Case: 19-30088    Doc# 13692-1    Filed: 05/03/23    Entered: 05/03/23 10:37:14    Page 8 of 11

EXHIBIT "A"

a. An Exchange Deed from the City and County of San Francisco to the Pacific Gas and Electric Company dated July 14, 1953, recorded September 25, 1953 in Book 2477, page 231, (File No. 8947-L), O.R. San Mateo County.

b. Indenture and Agreement between Mills Estate Incorporated and Pacific Gas and Electric Company dated February 14, 1923, recorded March 3, 1923 in Book 68, page 208, O.R. San Mateo County.

c. Grant of Right of Way from D. O. Mills to Standard Electric Company of California dated October 16, 1901, recorded November 13, 1901 in Book 96 at page 6, O.R. San Mateo County.

d. Indenture and Agreement between Mills Estate Incorporated and the Pacific Gas and Electric Company dated February 14, 1923, recorded March 3, 1923 in Book 64 at page 406, O.R. San Mateo County.

e. Indenture and Agreement between Mills Estate Incorporated and the Pacific Gas and Electric Company dated September 4, 1923, recorded September 12, 1923 in Book 87 at page 328, O.R. San Mateo County.

f. Grant of Right of Way from D. O. Mills to Sierra and San Francisco Power Company dated December 7, 1909, recorded March 21, 1910 in Book 177 at page 395, O.R. San Mateo County.

JUL 08 1985

86012687

EXHIBIT "B"

All that real property in the City of
South San Francisco, County of San Mateo, State of
California, described as:

PARCEL 1: (2293-D)

A strip of land of the uniform width of 140 feet lying
contiguous to and easterly of the northerly prolongation of
a course in the westerly boundary line of the parcel of land
described and designated PARCEL 1 in the deed from the State
of California to Pacific Gas and Electric Company dated
November 24, 1976 and recorded on Reel 7970 of Official
Records on Image 2333, San Mateo County Records, which
course has a bearing of N. 17°04'45" E. and a length of
250.79 feet, and extending from the easterly boundary line
of said parcel of land designated PARCEL 1 northerly
approximately 605 feet to the northeasterly boundary line of
the 1.189-acre parcel of land described in the deed from
Pacific Gas and Electric Company to the State of California
dated April 20, 1970 and recorded in Book 5899 of Official
Records at page 205, San Mateo County Records.

CONTAINING 1.959 acres, more or less.

The bearings and distances used in the above
description are on the California Coordinate System, Zone 3.
Multiply the above distances by 1.0000790 to obtain ground
level distances.

JUL 08 1985

RECORDER'S OFFICE OF SAN MATEO COUNTY

86012687

RECORDER'S OFFICE OF SAN MATEO COUNTY

EXHIBIT "C"

86012687
RECORDED AT REQUEST OF
State of Calif
Dept of Transportation
FEB 4 12 50 PM '86
MARVIN ... RECORDER
SAN MATEO COUNTY
OFFICIAL RECORDS

All that real property in the County of San Mateo, State of California, described as follows:

PARCEL 2: (38103-A)

AN EASEMENT for utility purposes with the right to excavate for, construct, install, repair, reconstruct, replace, remove, maintain and use, at any time and from time to time, facilities for the transmission of electric energy and for communication purposes, consisting of one or more lines of underground wires and cables, conduits, pipes, manholes, service boxes and other electrical conductors, together with all necessary appliances and fixtures for use in connection therewith, and also a right of way, together with ingress thereto and egress therefrom, over and across the parcel of land described as follows:

BEGINNING for reference at the northeasterly corner of the 0.377-acre parcel of land conveyed to the City of San Bruno by Director's Deed, recorded April 20, 1977 in Volume 7448 at page 455, Official Records of San Mateo County; thence along the easterly prolongation of the northerly line of said parcel, N. 84°25'53" E., 150.00 feet to the TRUE POINT OF COMMENCEMENT; thence along said prolonged line S. 84°25'53" W., 125.00 feet; thence N. 5°34'07" W., 857.24 feet to the southeasterly line of the 34236-square-foot parcel of land conveyed to the Pacific Gas and Electric Company, a California corporation, by Director's Deed recorded July 7, 1977 in Volume 7536 at page 187, Official Records of San Mateo County; thence along last said line from a tangent that bears N. 35°18'15" E., along a curve to the left with a radius of 800.00 feet, through an angle of 6°43'14", an arc length of 93.84 feet and N. 28°35'01" E., 22.96 feet; thence S. 5°34'07" E., 839.50 feet; thence S. 31°53'58" E., 124.00 feet to the TRUE POINT OF COMMENCEMENT.

CONTAINING 1.519 acres, more or less.

The bearings and distances used in the above description are on the California Coordinate System, Zone 3. Multiply the above distances by 1.0000790 to obtain ground level distances.

JUL 08 1985

86012687