Form NFPA

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re: PG&E Corporation | Case No.: 19−30088 DM 11 |
| Debtor(s) | Chapter: 11 |

## NOTICE OF FAILURE TO PERFECT APPEAL

According to Court records **Spiro Jannings**, an Appellant or Cross−Appellant in the above−captioned bankruptcy case has not filed the following documents in accordance with Federal Rule of Bankruptcy Procedure 8009(a) and (b):

- ☑ Designation of Items for the appeal record
- ☑ Statement of Issues on appeal
- ☑ Transcript Request Order or a Certification no transcript(s) will be ordered
- ☐ Other:

If within seven (7) days of the date stated below the Appellant or Cross−Appellant noted above does not file the document(s) indicated above, in accordance with Bankruptcy Local Rule 8009−1(b), *a Notice of Unperfected Appeal* will be sent to the District Court, and the presiding bankruptcy judge may recommend dismissal of the appeal.

Edward J. Emmons, Clerk
United States Bankruptcy Court

Date: 5/4/23

By: DaWana Chambers
Deputy Clerk