# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 5/4/2023 |
| Case: 19–30088 | Form ID: NFPA | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty    Jane Kim    jkim@kbkllp.com
aty    Thomas B. Rupp    trupp@kbkllp.com

TOTAL: 2

**Recipients submitted to the Claims Agent (Kroll Restructuring Administration, LLC)):**
cr    Spiro Jannings    1304 Shortridge Ave., Unit C    San Jose, CA 95116

TOTAL: 1