KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

ROVENS LAMB LLP
STEVEN A. LAMB (SBN 132534)
slamb@rovenslamb.com
Telephone: (310) 536.7830
Facsimile: (310) 872.5489
2601 Airport Drive, Suite 370
Torrance, California 90505

LAW OFFICES OF JENNIFER L. DODGE INC.
Jennifer L. Dodge (#195321)
(jdodgelaw@jenniferdodgelaw.com)
2512 Artesia Blvd., Suite 300D
Redondo Beach, California 90278
Tel: (310) 372.3344
Fax: (310) 861.8044

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case Nos. 19-30088 (DM) |
| **PG&E CORPORATION,** | (Lead Case) (Jointly Administered) |
| - and - | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **PG&E'S SUPPLEMENTAL REPLY BRIEF IN SUPPORT OF COUNTER-MOTION FOR SUMMARY JUDGMENT** |
| | Date: May 9, 2023 |
| ☐ Affects PG&E Corporation | Time: 10:00 a.m. (Pacific Time) |
| ☐ Affects Pacific Gas and Electric Company | Place: (Tele/Videoconference Only) |
| ☒ Affects both Debtors | United States Bankruptcy Court |
| | Courtroom 17, 16th Floor |
| *\* ALL PAPERS SHALL BE FILED IN THE LEAD CASE, NO. 19-30088 (DM)* | San Francisco, CA 94102 |

PG&E Corporation ("**Holdco**") and Pacific Gas and Electric Company ("**PG&E**"), as debtors and reorganized debtors (collectively, the "**Debtors**," or as reorganized, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") submit this Supplemental Reply Brief in Support of PG&E's Counter-Motion for Summary Judgment.

After this matter had been briefed, it was discovered that Amir Shahmirza and Komir, Inc. (together, "**Claimant**" or "**Komir**"), have taken the unprecedented action of unilaterally blocking a gate through which PG&E has obtained access to the PG&E Substation. **Claimant** has blocked access by parking large vehicles directly in front of the gate.   When requested to remove the vehicles, **Claimant** asserted PG&E has no right of access.

The PG&E Substation is critical infrastructure.  Full access to the Substation without impediment is essential for safe operation of the electric grid.  Despite repeated requests, **Claimant** continues to deny access.

The State of California issued a Directors Deed in 1988, <u>after</u> the condemnation action at issue in **Claimant's** Motion.  That Director's Deed is recorded, and provides an easement for landscaping and access (the "PG&E Easement for Landscaping and Access") that affords PG&E the right to travel over and through the PG&E Easement for Landscaping and Access and into the PG&E Substation that is appurtenant to the PG&E Easement for Landscaping and Access.

Claimant's Bankruptcy claim attached a Survey, under penalty of perjury, that clearly reflects the PG&E Easement for Landscaping and Access.  PG&E has had a lock on the gate providing access to and through the PG&E Easement for Landscaping and Access to the PG&E Substation.  That lock had been in place for years and PG&E has accessed the PG&E Substation through the PG&E Easement for Landscaping and Access for decades.

As with its numerous shifting legal theories and claims, **Claimant** now asserts that the State of California lacked the authority to grant the duly recorded 1988 Director's Deed that provided the PG&E Easement for Landscaping and Access and has no right to enter or pass through the PG&E Easement for Landscaping and Access to the PG&E Substation.

Attachments 1-5 hereto are a letter dated May 1, 2023, to **Claimant's** counsel, with the exhibits attached to it. Attachment 6 is the May 3, 2023 response from **Claimant's** counsel.

1. May 1, 2023 Letter to Claimant's Counsel re Access

2. Record of Survey from Claimant

3. PG&E Easement for Landscape & Access

4. Photo Blocking Gate and Access

5. Overhead Photo of Site

6. May 3, 2023 email from Claimant's counsel

Respectfully Submitted,

May 4, 2023

**KELLER BENVENUTTI KIM LLP**
**ROVENS LAMB LLP**
**LAW OFFICES OF JENNIFER L. DODGE INC.**

By: _____/s/   *Steven A Lamb*_____
        Steven A. Lamb

*Attorneys for Debtors and Reorganized Debtors*