FVC Objection Response from Quentin Keen

United States Bankruptcy Court

Northern District of California

San Francisco Division

Bankruptcy Case No. 19-30088 (DM)

Chapter 11

Reorganized Debtors:

PG&E Corporation

Pacific Gas and Electric Company

In Response to:

Notice of the Reorganized Debtors' One Hundred Twentieth Omnibus Objection to Claims

Name: Quentin Keen

Claimant ID: 1087385

Group ID: 301812

CQ ID: 10038261

Representation: Pro Se

Plaintiff ID: 200961

Prime Clerk Claim Number: 67135

Claim ID's: 240736, 241028, 241044

Explanation for Amount of Claim: Destruction by fire of Utility Trailer, Gate and Gatepost, Concrete Forms/Form Lumber, and resources to cut damaged trees that presented safety hazards.

The Bankruptcy Court should not sustain the Omnibus Objection in our case because the Basis for Objection is not correct; we took action well within the statute of limitations to get this matter resolved. As well, here locally, PG&E has acknowledged their responsibility for the fire.

I declare under penalty of perjury that I have personal knowledge of the facts presented in this Response, and they are true and correct:

*Quentin A. Keen*          signed electronically 5/4/2023

Quentin A. Keen

1001 Bonnie Lane #B

Auburn, CA 95603

(m): 530-320-2899     email: Quentin_Keen@yahoo.com

I am representing myself, so contact me with any relevant communication/documents.