**SULLIVAN HILL REZ & ENGEL**
A Professional Law Corporation
James P. Hill, SBN 90478
Gary B. Rudolph, SBN 101921
Christopher V. Hawkins, SBN 222961
600 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 233-4100
Facsimile: (619) 231-4372
E-mail: hill@sullivanhill.com;
rudolph@sullivanhill.com
hawkins@sullivanhill.com
Counsel for Certain Claimants

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT CALIFORNIA OF SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors | Case No. 19-30088 (DM)<br><br>Chapter 11<br>(lead case)<br>(jointly administered)<br><br>**CERTIFICATE OF SERVICE** |

I am employed in San Diego County. I am over the age of 18 and not a party to this action. My business address is 600 B Street, Suite 1700, San Diego, California 92101. On May 5, 2023, I served the foregoing document(s), described as:

- **MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM BY CERTAIN CLAIMANTS; MEMORANDUM OF POINTS AND AUTHORITIES**

- **DECLARATION OF REGINA BAGDASARIAN IN SUPPORT OF • MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM BY CERTAIN CLAIMANTS**

☒ by placing ☐ the original ☒ a true copy thereof, by the following means to the persons as listed below:

☒ **ECF SYSTEM** On May 5, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

**SEE ATTACHED SERVICE LIST**

☒ **UNITED STATES MAIL, postage fully prepaid**:

| | |
|---|---|
| PG&E Corporation<br>Attn: Janet Loduca, Esq.<br>77 Beale Street<br>P.O. Box 770000<br>San Francisco, CA 94177 | Pacific Gas and Electric Company<br>Attn: Janet Loduca, Esq.<br>77 Beale Street<br>PO Box 770000<br>San Francisco, CA 94177 |

I declare under penalty of perjury under the laws of the Unites States that the foregoing is true and correct. Executed on May 5, 2023 at San Diego, California.

          */s/ Laurel Dinkins*
          Laurel Dinkins

**SERVED VIA ELECTRONIC SERVICE (ECF)**

- Elliot Adler   eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Aaron L. Agenbroad   alagenbroad@jonesday.com, saltamirano@jonesday.com
- Gabrielle L. Albert   galbert@kbkllp.com
- Annadel A. Almendras   annadel.almendras@doj.ca.gov
- Destiny N. Almogue   Destiny.Almogue@skadden.com, wendy.lamanna@skadden.com
- Monique D. Almy   malmy@crowell.com
- Anne Andrews   aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Philip Anker   philip.anker@wilmerhale.com, whdocketing@wilmerhale.com
- Richard L. Antognini   rlalawyer@yahoo.com, hallonaegis@gmail.com
- Tyson Arbuthnot   tarbuthnot@rjo.com, jyeung@rjo.com
- Lauren T. Attard   lattard@bakerlaw.com, agrosso@bakerlaw.com
- Herb Baer   hbaer@primeclerk.com, ecf@primeclerk.com
- Kathryn E. Barrett   keb@svlg.com, amt@svlg.com
- Chris Bator   cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- Ronald S. Beacher   rbeacher@pryorcashman.com
- Hagop T. Bedoyan   hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com
- Andrew David Behlmann   abehlmann@lowenstein.com, elawler@lowenstein.com
- Tanya Behnam   tbehnam@polsinelli.com, ladocketing@polsinelli.com
- James C. Behrens   jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger   jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti   pbenvenutti@kbkllp.com
- Robert Berens   rberens@smtdlaw.com, sr@smtdlaw.com
- Ronald F. Berestka   rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
- Christian Paul Binder   chris@bindermalter.com, cbinder@bindermalter.com
- Heinz Binder   heinz@bindermalter.com
- Jared D. Bissell   jared.bissell@troutman.com
- Jason Blumberg   jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- Richard Bodnar   rbodnar@rksllp.com
- Melissa Boey   melissa.boey@morganlewis.com
- Paige Boldt   pboldt@wattsguerra.com, cwilson@wattsguerra.com
- Jason Borg   jborg@jasonborglaw.com
- Evan C. Borges   eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- Mark Bostick   mbostick@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com
- James L. Bothwell   jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
- Peter R. Boutin   peter.boutin@kyl.com, lara.joel@kyl.com
- Erin N. Brady   erin.brady@hoganlovells.com
- Lee Brand   lee.brand@pillsburylaw.com, docket@pillsburylaw.com
- Gregory A. Bray   gbray@milbank.com
- Michael D. Breslauer   mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- W. Steven Bryant   , molly.batiste-debose@lockelord.com
- Chane Buck   cbuck@jonesday.com
- Kathlene Burke   kathlene.burke@skadden.com, burke.kathlene@gmail.com
- Craig A Burnett   cburnett@nomoredebt.com, bkecf@nomoredebt.com
- Frank Busch   busch@wvbrlaw.com, pallister@wvbrlaw.com
- Elizabeth J. Cabraser   ecabraser@lchb.com, awolf@lchb.com
- Anthony P. Cali   anthony.cali@stinson.com, lindsay.petrowski@stinson.com

- Peter C. Califano    pcalifano@nvlawllp.com
- Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta    Leah.Capritta@hklaw.com, reena.kaur@hklaw.com
- Nicholas A. Carlin    nac@phillaw.com, rac@phillaw.com
- Frank Thomas More Catalina    fcatalina@rksllp.com
- Katherine Rose Catanese    kcatanese@foley.com
- Matthew Cave    mcave@kfc.law
- Barry A. Chatz    barry.chatz@saul.com, barry.chatz@gmail.com
- Karen J. Chedister    kchedister@h-jlaw.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Kevin Chiu    kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com
- Jacquelyn H. Choi    jacquelyn.choi@rimonlaw.com, docketing@rimonlaw.com
- Shawn M. Christianson    schristianson@buchalter.com
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Jae Angela Chun    ajc@chun.law
- Gerard T. Cicero    GCicero@brownrudnick.com, NKhalatova@brownrudnick.com
- Louis J. Cisz    lcisz@nixonpeabody.com
- Valerie E. Clemen    , mcarter@coombslaw.com
- Alicia Clough    aclough@loeb.com
- Tiffany Strelow Cobb    tscobb@vorys.com
- John B. Coffman    john@johncoffman.net
- Kevin G. Collins    kevin.collins@btlaw.com
- Brian S. Conlon    bsc@phillaw.com, rac@phillaw.com
- Charles Cording    ccording@willkie.com, mao@willkie.com
- Manuel Corrales    mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Anne Costin    anne@costinlawfirm.com
- Christopher J. Cox    chris.cox@hoganlovells.com
- Donald H. Cram    dhc@severson.com
- Ashley Vinson Crawford    avcrawford@akingump.com, dkrasa-berstell@akingump.com
- Douglas S. Crosno    douglas.crosno@hoganlovells.com
- Andrea Crowl    acrowl@dbbwc.com
- J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham    , rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis    tambra.curtis@sonoma-county.org, Megan.Sweeley@sonoma-county.org
- Stacy A. Dasaro    sdasaro@goodwinlaw.com
- James M. Davis    jdavis@cglaw.com
- Nicolas De Lancie    ndelancie@jmbm.com
- Judith A. Descalso    , jad_9193@ecf.courtdrive.com
- Andrew G. Devore    andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com
- Erin Elizabeth Dexter    edexter@milbank.com
- Shounak Sanjeev Dharap    ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer    kdiemer@diemerwei.com
- Kathryn S. Diemer    kdiemer@diemerwhitman.com
- John P. Dillman    houston_bankruptcy@lgbs.com
- Caroline R. Djang    cdjang@buchalter.com, Laurie.Verstegen@bbklaw.com

- Krystal Dong     ykdong@gmail.com
- Jonathan R. Doolittle     jonathan.doolittle@pillsburylaw.com
- Jennifer V. Doran     jdoran@hinckleyallen.com
- Dustin M. Dow     ddow@bakerlaw.com, jmcguigan@bakerlaw.com
- Jamie P. Dreher     jdreher@downeybrand.com
- Todd Dressel     tdressel@mcguirewoods.com, jtabisaura@mcguirewoods.com
- Geoffrey B. Dryvynsyde     gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
- Jeffrey Aaron Dubbin     jdubbin@labaton.com, echan-lee@labaton.com
- Matthew Ducharme     matthew.ducharme@hoganlovells.com, tracy.southwell@hoganlovells.com
- Cecily Ann Dumas     cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- Dennis F. Dunne     cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne     ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong     annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Luke N. Eaton     eatonl@pepperlaw.com, monugiac@pepperlaw.com
- Daniel G. Egan     daniel.egan@ropesgray.com, nova.alindogan@ropesgray.com
- Joseph A. Eisenberg     JAE1900@yahoo.com
- Michele Ellison     mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- David Emerzian     , Melany.Hertel@mccormickbarstow.com
- G. Larry Engel     larry@engeladvice.com
- Krista M. Enns     kenns@beneschlaw.com
- Scott Esbin     sesbin@esbinalter.com
- Joseph M. Esmont     jesmont@bakerlaw.com
- Michael P. Esser     michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- Richard W. Esterkin     richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- Michael S. Etkin     metkin@lowenstein.com
- Jacob M. Faircloth     jacob@bfolegal.com
- Brett D. Fallon     bfallon@morrisjames.com, wweller@morrisjames.com
- Michael C. Fallon     , manders@fallonlaw.net
- Joana Fang     jf@kbklawyers.com, icd@kbklawyers.com
- Joseph Kyle Feist     jfeistesq@gmail.com, info@norcallawgroup.net
- David M. Feldman     DFeldman@gibsondunn.com
- Matthew A. Feldman     mfeldman@willkie.com
- Jennifer Feldsher     jennifer.feldsher@morganlewis.com
- Mark E. Felger     mfelger@cozen.com
- James J. Ficenec     James.Ficenec@ndlf.com
- Kimberly S. Fineman     kfineman@fhlawllp.com
- Stephen D. Finestone     sfinestone@fhlawllp.com
- Timothy M. Flaherty     tflaherty@mpplaw.com
- Daniel I. Forman     dforman@willkie.com
- Matthew Hampton Foushee     hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- James P. Frantz     rosa@frantzlawgroup.com
- Carolyn Frederick     cfrederick@prklaw.com
- Matthew Patrick French     mfrench@baumhedlundlaw.com
- Peter Friedman     pfriedman@omm.com
- Roger F. Friedman     rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu     jackie.fu@lockelord.com, taylor.warren@lockelord.com

#5480148v1

5

- Lars H. Fuller   lfuller@bakerlaw.com
- Thomas M. Gaa   tgaa@bbslaw.com
- Larry W. Gabriel   , nfields@bg.law
- Gregg M. Galardi   gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com
- Craig Solomon Ganz   ganzc@ballardspahr.com, hartt@ballardspahr.com
- Jeffrey K. Garfinkle   jgarfinkle@buchalter.com, lverstegen@buchalter.com
- Oscar Garza   ogarza@thegarzafirm.com
- Lisa S. Gast   lsg@dwgp.com, lmk@dwgp.com
- Paul R. Gaus   pgaus@downeybrand.com
- Duane M. Geck   dmg@severson.com
- Casey Gee   casey@tlopc.com
- Evelina Gentry   evelina.gentry@akerman.com
- Janet D. Gertz   jgertz@btlaw.com
- Christopher Gessner   cgessner@akingump.com, NYMCO@akingump.com
- R. Dale Ginter   dginter@downeybrand.com
- Jon T. Givens   givensjt@gmail.com, cwilson@wattsguerra.com
- Barry S. Glaser   bglaser@salvatoboufadel.com
- Paul R. Glassman   pglassman@sycr.com
- Gabriel I. Glazer   gglazer@pszjlaw.com
- Gabrielle Glemann   gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Jaime Godin   Jtouchstone@fddcm.com
- Matthew A. Gold   courts@argopartners.net
- Eric D. Goldberg   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Craig Goldblatt   Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com
- Amy L. Goldman   goldman@lbbslaw.com
- Eric S. Goldstein   egoldstein@goodwin.com
- Rhonda Stewart Goldstein   Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- Richard H. Golubow   rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez   mgomez@frandzel.com, dmoore@frandzel.com
- Eric R. Goodman   egoodman@bakerlaw.com
- Michael R. Goodstein   mgoodstein@baileycav.com
- Mark A. Gorton   mgorton@boutinjones.com, cdomingo@boutinjones.com
- Mark A. Gorton   mgorton@boutininc.com, cdomingo@boutinjones.com
- Michael I. Gottfried   mgottfried@elkinskalt.com, AAburto@elkinskalt.com
- Louis Gottlieb   Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Elizabeth Graham   egraham@gelaw.com
- Eric A. Grasberger   eric.grasberger@stoel.com, docketclerk@stoel.com
- Debra I. Grassgreen   , hphan@pszjlaw.com
- Debra I. Grassgreen   dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Eric A. Gravink   eric@rhrc.net
- Elizabeth A. Green   egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- Tracy Green   tgreen@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com
- Alan Greenberg   agreenberg@ggtriallaw.com
- Mitchell B. Greenberg   mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- Brian Gregory   b.gregory@veenfirm.com, EL.Team@Veenfirm.com
- Susan Sieger Grimm   SSieger-Grimm@brownrudnick.com, NKhalatova@brownrudnick.com
- Matthew W. Grimshaw   matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com
- Stuart G. Gross   sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

#5480148v1

- Carl L. Grumer    cgrumer@manatt.com, mchung@manatt.com
- Ralph P. Guenther    doughertyandguentherapc@jubileebk.net, Notices@montereylaw.com
- David Matthew Guess    dguess@buchalter.com
- Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com
- Lloyd C. Guintivano    anitag@co.lake.ca.us, lloydg@co.lake.ca.us
- Cameron M. Gulden    cameron.m.gulden@usdoj.gov
- Mirco J. Haag    mhaag@buchalter.com, dcyrankowski@buchalter.com
- Laurie Hager    lhager@sussmanshank.com
- J. Noah Hagey    hagey@braunhagey.com, tong@braunhagey.com
- Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com
- Michael Hampson    mhampson@rksllp.com
- Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com
- Jay Harker    jharker@clausen.com, mgenova@clausen.com
- Joseph George Harraka    jgharraka@becker.legal
- Adam C. Harris    adam.harris@srz.com
- Robert G. Harris    rob@bindermalter.com, RobertW@BinderMalter.com
- Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Jennifer C. Hayes    jhayes@fhlawllp.com
- Geoffrey A. Heaton    gheaton@duanemorris.com, dmicros@duanemorris.com
- Michael C. Hefter    michael.hefter@hoganlovells.com, tracy.southwell@hoganlovells.com
- Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com
- Matthew Henderson    matthew.henderson@msrlegal.com, karen.wigylus@msrlegal.com
- Samy Saad Henein    samyhenein@aol.com, mh@suppalaw.com
- Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com
- Matthew Heyn    matthew.heyn@doj.ca.gov
- Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- James P. Hill    hill@sullivanhill.com, bkstaff@sullivanhill.com
- Morgan R. Hirst    mhirst@jonesday.com, mmelvin@jonesday.com
- Michael R. Hogue    hoguem@gtlaw.com, navarrom@gtlaw.com
- David Holtzman    david.holtzman@hklaw.com
- Alexandra S. Horwitz    allie.horwitz@dinsmore.com
- Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com
- Linda Wendell Hsu    lhsu@selmanlaw.com, psmith@selmanlaw.com
- Shane Huang    shane.huang@usdoj.gov
- Brian D. Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com
- Kelly L. Huey    khuey@burkeandkesslerlaw.com
- Christopher Hughes    chughes@nossaman.com
- Jonathan Hughes    , jane.rustice@aporter.com
- Edward R. Huguenin    ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
- Michael A. Isaacs    misaacs@rinconlawllp.com, aworthing@rinconlawllp.com
- Mark V. Isola    misola@brotherssmithlaw.com
- J. Eric Ivester    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester    , Andrea.Bates@skadden.com
- Lawrence A. Jacobson    laj@cohenandjacobson.com, mcycle48@gmail.com
- Paul M. Jamond    jamond@pacbell.net
- Kizzy L. Jarashow    KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com
- Ivan C. Jen    ivan@icjenlaw.com

#5480148v1

- Amanda Jereige   AJereige@winston.com, amanda-jereige-5954@ecf.pacerpro.com
- James O. Johnston   jjohnston@jonesday.com
- Chris Johnstone   chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Andrew Jones   andrew@ajoneslaw.com
- Gregory K. Jones   GJones@dykema.com, cacossano@dykema.com
- John L. Jones   JJones@chwlaw.us, JLJones2@outlook.com
- Robert A. Julian   rjulian@bakerlaw.com, hhammonturano@bakerlaw.com
- George H. Kalikman   , sdavenport@schnader.com
- Roberto J. Kampfner   rkampfner@whitecase.com, mco@whitecase.com
- Bonnie E. Kane   bonnie@thekanelawfirm.com, skane@thekanelawfirm.com
- Eve H. Karasik   ehk@lnbyb.com
- Michael G. Kasolas   trustee@kasolas.net, ecf.alert+Kasolas@titlexi.com
- Elyssa S. Kates   ekates@bakerlaw.com
- Ori Katz   okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- William M. Kaufman   wkaufman@smwb.com, eschneider@smwb.com
- Jane G. Kearl   jkearl@watttieder.com, jbenton@watttieder.com
- Tobias S. Keller   tkeller@kbkllp.com
- Lynette C. Kelly   ustpregion17.oa.ecf@usdoj.gov
- Sarah Elisabeth Kelly-Kilgore   skellykilgore@ggtriallaw.com, dvultaggio@ggtriallaw.com
- Matthew K. Kelsey   mkelsey@gibsondunn.com
- Gerald P. Kennedy   gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
- Erica L. Kerman   ekerman@willkie.com
- Samuel M. Kidder   skidder@ktbslaw.com
- Marc Kieselstein   , carrie.oppenheim@kirkland.com
- Jane Kim   jkim@kbkllp.com
- Mary H. Kim   Mary.Kim@dechert.com, brett.stone@dechert.com
- Susan E. Kirkgaard   , carlyn.jorgensen@bullivant.com
- Kody D. L. Kleber   kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- Matthew Ryan Klinger   mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- Bradley C. Knapp   bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- Kelly V. Knight   kelly.knight@srz.com
- Lydia Vanessa Ko   Lvko@stonelawoffice.com
- Thomas F. Koegel   tkoegel@crowell.com
- Katherine Kohn   kkohn@groom.com, ashahinllari@groom.com
- Andy S. Kong   kong.andy@arentfox.com, yvonne.li@afslaw.com
- Anna Kordas   akordas@jonesday.com, mmelvin@jonesday.com
- Alan W. Kornberg   , akornberg@paulweiss.com
- Bernard Kornberg   bernard.kornberg@practus.com
- David I. Kornbluh   dkombluh@venturahersey.com, jpatterson@venturahersey.com
- Lauren Kramer   lkramer@rjo.com
- Marc Kramer   mkramer@rksllp.com
- Jeffrey C. Krause   jkrause@gibsondunn.com
- Lindsey E. Kress   lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser   hkreuser@porterlaw.com, ooberg@porterlaw.com
- Kevin Kroll   kkroll@kfc.law
- Michael Thomas Krueger   michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Marek P. Krzyzowski   MKrzyzowski@brownrudnick.com, SCalderon@brownrudnick.com
- Robert T. Kugler   robert.kugler@stinson.com

- Duane Kumagai  dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com
- Brendan M. Kunkle  bkunkle@abbeylaw.com, lmeyer@abbeylaw.com
- Alisa C. Lacey  alisa.lacey@stinson.com, karen.graves@stinson.com
- Timothy S. Laffredi  timothy.s.laffredi@usdoj.gov
- Timothy S. Laffredi  timothy.s.laffredi@usdoj.gov
- Richard A. Lapping  rich@trodellalapping.com
- Omeed Latifi  olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- John E. Lattin  jlattin@ostergar.com, cslovenec@ostergar.com
- Paul J. Laurin  plaurin@btlaw.com, slmoore@btlaw.com
- Michael Lauter  mlauter@sheppardmullin.com
- Kenneth T. Law  klaw@bbslaw.com
- Francis J. Lawall  francis.lawall@troutman.com, susan.henry@troutman.com
- Andrew Michael Leblanc  ALeblanc@milbank.com
- Erica Lee  Erica.Lee@doj.ca.gov
- Scott Lee  scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Paul J. Leeds  Pleeds@fsl.law
- Edward J. Leen  eleen@mkbllp.com
- Lisa Lenherr  llenherr@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com
- Matthew A. Lesnick  matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch  bletsch@braytonlaw.com
- David B. Levant  david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin  alevin@wcghlaw.com
- Emily Sarah Levin  elevin@levinlawgroupplc.com
- David Levine  dnl@groom.com
- Marc A. Levinson  Malevinson@orrick.com, casestream@ecf.courtdrive.com
- Dara Levinson Silveira  dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com
- Alexander James Demitro Lewicki  kdiemer@diemerwei.com
- Alexander James Demitro Lewicki  alewicki@diemerwei.com
- Lauren Lifland  lauren.lifland@wilmerhale.com, whdocketing@wilmerhale.com
- William S. Lisa  , jcaruso@nixonpeabody.com
- William S. Lisa  wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb  jon.loeb@bingham.com
- Michael B. Lubic  michael.lubic@klgates.com
- John William Lucas  , ocarpio@pszjlaw.com
- Joseph R. Lucia  PersonalInjuryGroup@RLSlawyers.com
- Jane Luciano  jane-luciano@comcast.net
- Kerri Lyman  klyman@irell.com, #-FirmPSDocketing@Steptoe.com
- John H. MacConaghy  macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald  imac@macfern.com, 6824376420@filings.docketbird.com
- Malcolm A. Mackenzie  mmackenzie@coombslaw.com, vclemen@coombslaw.com
- Tracy L. Mainguy  tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel  samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta  adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Katharine Malone  malonek@gtlaw.com
- Liam K. Malone  malone@oles.com, shahin@oles.com
- Michael W. Malter  michael@bindermalter.com
- Ankur Mandhania  amandhania@mayerbrown.com

#5480148v1

- Craig Margulies    cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr    gemarr59@hotmail.com
- Richard A. Marshack    rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com
- Catherine Martin    cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- Laila Masud    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com
- David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy    patrick.maxcy@snrdenton.com
- Simon Richard Mayer    simon.mayer@lockelord.com, Rellis@lockelord.com
- James J. Mazza    james.mazza@skadden.com, wendy.lamanna@skadden.com
- Benjamin P. McCallen    bmccallen@willkie.com
- C. Luckey McDowell    luckey.mcdowell@shearman.com
- Matthew D. McGill    MMcGill@gibsondunn.com
- Melissa C. McLaughlin    mcmclaughlin@venable.com, ataylor@venable.com
- Edward Joseph McNeilly    edward.mcneilly@hoganlovells.com, verbon.davenport@hoganlovells.com
- Scott H. McNutt    SMcNutt@ml-sf.com, csnell@ml-sf.com
- Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo    peter@pmrklaw.com
- Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com
- Jennifer L. Mersing    jennifer.mersing@stoel.com, lisa.petras@stoel.com
- Joshua M. Mester    jmester@jonesday.com
- Matthew D. Metzger    belvederelegalecf@gmail.com, 8450177420@filings.docketbird.com
- Merle C. Meyers    mmeyers@mlg-pc.com
- Randy Michelson    randy.michelson@michelsonlawgroup.com
- Gerardo Mijares-Shafai    Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com
- Joel S. Miliband    jmiliband@brownrudnick.com
- John W. Mills    jmills@joneswalker.com
- Joseph G. Minias    jminias@willkie.com
- M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Benjamin Mintz    benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com
- Nancy Mitchell    nmitchell@omm.com
- Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Aaron J. Mohamed    ajm@brereton.law, aaronmohamedlaw@gmail.com
- David Molton    dmolton@brownrudnick.com
- Kevin Montee    kmontee@monteeassociates.com
- Christopher D. Moon    chris@moonlawapc.com, kevin@moonlawapc.com
- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com
- Candace J. Morey    cjm@cpuc.ca.gov
- Courtney L. Morgan    morgan.courtney@pbgc.gov
- Richard Morin    , 6863427420@filings.docketbird.com
- Kimberly S. Morris    kmorris@bakerlaw.com, hhammonturano@bakerlaw.com
- Rodney Allen Morris    Rodney.Morris2@usdoj.gov
- Joshua D. Morse    Joshua.Morse@dlapiper.com, docket@pillsburylaw.com

#5480148v1

- Andrew H. Morton andrew.morton@stoel.com, lisa.petras@stoel.com
- Thomas G. Mouzes tmouzes@boutininc.com
- Thomas G. Mouzes tmouzes@boutinjones.com
- Peter S. Munoz pmunoz@reedsmith.com, gsandoval@reedsmith.com
- John Leland Murphree LMurphree@maynardcooper.com, mshabpareh@maynardcooper.com
- Bennett J. Murphy bmurphy@bennettmurphylaw.com
- Julie M. Murphy jmmurphy@stradley.com
- Michael S. Myers myersm@ballardspahr.com
- David L. Neale dln@lnbyg.com
- David Neier dneier@winston.com
- Brittany J. Nelson bnelson@foley.com, hsiagiandraughn@foley.com
- Michael S. Neumeister MNeumeister@gibsondunn.com
- Howard S. Nevins lsamosa@hsmlaw.com
- Samuel A. Newman sam.newman@sidley.com, laefilingnotice@sidley.com
- Melissa T. Ngo harris.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas mario.nicholas@stoel.com, ana.trask@stoel.com
- Dustin Nirschl dustin.nirschl@bbklaw.com, Linda.tapia@bbklaw.com
- Sean Nolan snolan@akingump.com, NYMCO@akingump.com
- Gregory C. Nuti chart@nutihart.com, nwhite@nutihart.com
- Eric A. Nyberg e.nyberg@kornfieldlaw.com, g.michael@kornfieldlaw.com
- Abigail O'Brient aobrient@mintz.com, docketing@mintz.com
- Alicia D. O'Neill aoneill@wattsguerra.com, cwilson@wattsguerra.com
- Julie E. Oelsner joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF USTPRegion17.SF.ECF@usdoj.gov
- Aron M. Oliner roliner@duanemorris.com, dmicros@duanemorris.com
- Matthew Jon Olson matt@macfern.com, stell.laura@dorsey.com
- Scott Olson scott.olson@bclplaw.com
- Steven M. Olson steve@bfolegal.com
- Aram Ordubegian Ordubegian.Aram@ArentFox.com
- Jose Antonio Ortiz aortiz@jhwclaw.com
- Keith C. Owens kowens@foxrothschild.com, ARCDocketing@foxrothschild.com
- Gabriel Ozel , gabeozel@gmail.com
- Amy S. Park amy.park@skadden.com
- Donna Taylor Parkinson donna@parkinsonphinney.com
- Peter S. Partee ppartee@huntonak.com, candonian@huntonak.com
- Paul J. Pascuzzi ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- Kenneth Pasquale , mlaskowski@stroock.com
- Dow Wakefield Patten dow@forthrightlaw.com
- Larry Allan Peluso pelusolaw@gmail.com, firm@pelusolaw.net
- Valerie Bantner Peo vbantnerpeo@buchalter.com
- Yosef Peretz yperetz@peretzlaw.com, skim@peretzlaw.com
- Christian A Pereyda cpereyda@maynardnexsen.com
- Thomas R. Phinney tphinney@ffwplaw.com
- R. Alexander Pilmer alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston rpinkston@seyfarth.com, 5314522420@filings.docketbird.com
- Estela O. Pino epino@epinolaw.com, rmahal@epinolaw.com
- Gregory Plaskett GREGORY.PLASKETT@GMAIL.COM

#5480148v1

- Mark D. Plevin    mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com
- Steven G. Polard    spolard@eisnerlaw.com, calendar-lao@ropers.com
- Mark D. Poniatowski    ponlaw@ponlaw.com
- Cara M. Porter    cporter@marincounty.org, ealfaro@marincounty.org
- Christopher E. Prince    cprince@lesnickprince.com
- Douglas B. Provencher    dbp@provlaw.com
- Amy C. Quartarolo    amy.quartarolo@lw.com
- Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins    justinrawlins@paulhastings.com
- Hugh M. Ray    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready    smeyer@farmerandready.com
- Caroline A. Reckler    caroline.reckler@lw.com
- Scott Reents    sreents@cravath.com
- Steven J. Reisman    sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner    jreisner@irell.com, #-FirmPSDocketing@Steptoe.com
- Jack A. Reitman    , srichmond@lgbfirm.com
- Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- David J. Richardson    drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
- Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- David B. Rivkin    drivkin@bakerlaw.com, jmeeks@bakerlaw.com
- John R. Rizzardi    kcoselman@cairncross.com, tnguyen@cairncross.com
- Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov
- Michael Rogers    mrogers@lambertrogers.com, jan@lambertrogers.com
- Lawrence M. Rolnick    lrolnick@rksllp.com
- Christina Anne Romak    christina.romak@bakerbotts.com, vanessa.araujo@bakerbotts.com
- Jorian L. Rose    jrose@bakerlaw.com
- Laurence M. Rosen    lrosen@rosenlegal.com, zstanco@rosenlegal.com
- Paul M. Rosenblatt    prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- David A. Rosenzweig    david.rosenzweig@nortonrosefulbright.com
- Gregory A. Rougeau    grougeau@brlawsf.com
- Jason C. Rubinstein    jrubinstein@fklaw.com, mclerk@fklaw.com
- Nathan Q. Rugg    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp    trupp@kbkllp.com
- Steven B. Sacks    ssacks@sackslawoffice.com
- Eric E. Sagerman    esagerman@bakerlaw.com
- Robert Sahyan    rsahyan@sheppardmullin.com, lsegura@sheppardmullin.com
- Gregory M. Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- Jonathan C. Sanders    jsanders@stblaw.com
- Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com
- Lovee Sarenas    lovee.sarenas@dinsmore.com
- Brandy A. Sargent    brandy.sargent@klgates.com, docketclerk@stoel.com
- Patricia Savage    psavesq@gmail.com, jodi.savage@gmail.com
- Sblend A. Sblendorio    sas@hogefenton.com
- Francis O. Scarpulla    fos@scarpullalaw.com, cpc@scarpullalaw.com
- Daren M Schlecter    daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider    bschneider@kbkfirm.com

#5480148v1

- Harvey S. Schochet    Harveyschochet@dwt.com
- Nathan A. Schultz    nschultzesq@gmail.com, kjarashow@goodwinlaw.com
- Lisa Schweitzer    lschweitzer@cgsh.com
- Eric J. Seiler    eseiler@fklaw.com, mclerk@fklaw.com
- Jonathan A. Shapiro    JShapiro@goodwinlaw.com
- Robin D Shofner    shofner@mobolaw.com
- Leonard M. Shulman    lshulman@shbllp.com
- Andrew I. Silfen    andrew.silfen@arentfox.com
- Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Brandt Silver-Korn    bsilverkorn@edelson.com, docket@edelson.com
- Craig S. Simon    csimon@bergerkahn.com, aketcher@bergerkahn.com
- Gerald Singleton    gerald@slffirm.com, BKECFCANB@SLFfirm.com
- Steven J. Skikos    sskikos@skikos.com, mmontoya@skikos.com
- Michael K. Slattery    mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum    jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol    jdsokol@lawssl.com
- Daniel Solish    cocolaw@stancounty.com, solishd@stancounty.com
- Randye B. Soref    rsoref@polsinelli.com, ccripe@polsinelli.com
- Joseph Sorkin    jsorkin@akingump.com, NYMCO@akingump.com
- Michael St. James    ecf@stjames-law.com
- Diane C. Stanfield    diane.stanfield@alston.com, nelly.villaneda@alston.com
- Howard J. Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@rimonlaw.com, docketing@rimonlaw.com
- Cheryl L. Stengel    clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern    dstern@ktbslaw.com
- Geoffrey S. Stewart    gstewart@jonesday.com, mmelvin@jonesday.com
- Alan Joseph Stone    AStone@milbank.com, DMcCracken@Milbank.com
- Jason D. Strabo    jstrabo@mwe.com
- Michael H. Strub    mstrub@ggtriallaw.com, mhstrub1@gmail.com
- Rebecca Suarez    rsuarez@crowell.com
- Brad T. Summers    , docketing-pdx@lanepowell.com
- Karin Swope    kswope@cpmlegal.com
- Kristine Theodesia Takvoryan    ktakvoryan@ckrlaw.com
- Kesha Tanabe    kesha@tanabelaw.com
- Mary Ellmann Tang    mtang@frenchlyontang.com, nfears@frenchlyontang.com
- Dante Taylor    dante.taylor@sfcityatty.org
- Elizabeth Lee Thompson    ethompson@stites.com, docketclerk@stites.com
- John C. Thornton    jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Elisa Tolentino    cao.main@sanjoseca.gov
- Meagan S. Tom    meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward J. Tredinnick    etredinnick@foxrothschild.com
- Matthew J. Troy    matthew.troy@usdoj.gov
- Rocky C. Tsai    rocky.tsai@ropesgray.com, matthew.haut@ropesgray.com
- Michael Tye    Michael.Tye@usdoj.gov

#5480148v1

- Donald W. Ullrich   ullrichlawfirm@att.net
- Gary D. Underdahl   gunderdahl@askllp.com, lmiskowiec@askllp.com
- Andrew Van Ornum   avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser   shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana   vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta   marta.villacorta@usdoj.gov
- Carol C. Villegas   cvillegas@labaton.com, NDonlon@labaton.com
- John A. Vos   InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Bao M. Vu   bao.vu@stoel.com, sharon.witkin@stoel.com
- Nicholas Wagner   kschemen@wagnerjones.com, bwagner@wagnerjones.com
- Jonathan D. Waisnor   jwaisnor@willkie.com, mao@willkie.com
- Rachel M. Walsh   rwalsh@goodwinlaw.com, tsutton@goodwinlaw.com
- Riley C. Walter   RIBTecf@wjhattorneys.com
- Phillip K. Wang   phillip.wang@rimonlaw.com
- Samuel M. Ward   sward@barrack.com, cfessia@barrack.com
- Philip S. Warden   philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- Gregory P. Waters   gwaters@elllaw.com, gregorywatersesq@gmail.com
- Guy L. Watts   gwatts@wattsguerra.com, cwilson@wattsguerra.com
- Mikal C. Watts   mcwatts@wattsguerra.com, cwilson@wattsguerra.com
- Laura Herron Weber   lweber@sl-employmentlaw.com
- Lindsi M. Weber   lweber@polsinelli.com, yderac@polsinelli.com
- Joseph M. Welch   joseph.welch@blankrome.com, lverstegen@buchalter.com
- Todd J. Wenzel   todd@wenzellawoffices.com
- Meredith Werner   meredith.werner@clydeco.us
- David Walter Wessel   DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Joseph West   westjoseph@earthlink.net, josephw998@gmail.com
- Drew M. Widders   dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Jason P. Williams   , maryanne@wplgattorneys.com
- Eric R. Wilson   kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick   kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop   rebecca.winthrop@nortonrosefulbright.com, diana.cardenas@nortonrosefulbright.com
- David Wirt   david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans   rwitthans@fhlawllp.com
- Keith H. Wofford   keith.wofford@ropesgray.com, nova.alindogan@ropesgray.com
- Risa Lynn Wolf-Smith   rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Douglas Wolfe   asm@asmcapital.com
- Andrea Wong   wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher K.S. Wong   christopher.wong@afslaw.com
- David A. Wood   dwood@marshackhays.com, lbuchanan@marshackhays.com
- Kirsten A. Worley   worleyk@higgslaw.com, admin@wlawcorp.com
- Kinga Wright   kinga.wright@lockelord.com, autodocket@lockelord.com
- Antonio Yanez   ayanez@willkie.com
- Cathy Yanni   cathy@cathyyanni.com, pstrunk@browngreer.com
- Andrew Yaphe   andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
- Stephanie Yee   syee@janglit.com, klockwood@janglit.com
- Tacie H. Yoon   tyoon@crowell.com
- Bennett G. Young   byoung@jmbm.com, jb8@jmbm.com

#5480148v1

- Eric G. Young    eyoung@dcalaw.com, Jackie@dcalaw.com
- Nicole M. Zeiss    nzeiss@labaton.com
- Paul H. Zumbro    mao@cravath.com
- Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com

#5480148v1