```
 1  LAWRENCE A. JACOBSON, SBN 057393
    SEAN M. JACOBSON, SBN 227241
 2  COHEN AND JACOBSON, LLP
    66 Bovet Road, Suite 285
 3  San Mateo, CA 94402
    Telephone: (650) 261-6280
 4  laj@cohenandjacobson.com

 5  Attorneys for Amir Shahmirza
    (Agent for Komir, Inc.) and Komir, Inc.
 6
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY, | **CLAIMANT'S *EX PARTE* MOTION FOR ORDER STRIKING LATE FILED PLEADINGS: (1) PG&E'S SUPPLEMENTAL REPLY BRIEF IN SUPPORT OF COUNTER-MOTION FOR SUMMARY JUDGMENT and (2) SUPPLEMENTAL DECLARATION OF ROGER LEATHERMAN IN OPPOSITION TO PARTIAL MOTION FOR SUMMARY JUDGEMENT AND IN SUPPORT OF COUNTER-MOTION FOR SUMMARY JUDGMENT,** |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| | **and** |
| | **REQUEST FOR JUDICIAL NOTICE** |
| | **Date:** Ex Parte<br>**Time:** Ex Parte<br>**Place:** (Tele/Videoconference Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

**CLAIMANT'S *EX PARTE* MOTION FOR ORDER STRIKING LATE FILED PLEADINGS**

1

Amir Shahmirza, as agent of, and acting on behalf of, Komir, Inc. ("Komir" or "Claimant"), hereby moves the Court, *ex parte*, for an order striking the late filed pleadings identified immediately below:

1. "PG&E'S Supplemental Reply Brief in Support of Counter-motion for Summary Judgment" filed on May 4, 2023 as Docket No. 13695. ("Late Pleading #1").

2. Supplemental Declaration of Roger Leatherman in Opposition to Partial Motion for Summary Judgement and in Support of Counter-Motion for Summary Judgment filed on May 3, 2023 as Docket No. 13692. ("Late Pleading #2).

(jointly, the "Late Pleadings").

This Ex Parte Motion is based upon the grounds that (a) the Late Pleadings were filed after the expiration of the period for PG&E to file further pleadings in opposition to Claimant's Motion for Partial Summary Judgment or in support of Debtors' Counter-Motion for Summary Judgment which period expired on April 19, 2023 and (b) Claimant is prejudiced by the late filings that allowed only 2 (Late Pleading #1) and 3 (Late Pleading #2) business days for response by Claimant.

This Ex Parte Motion is based upon the Order Approving Stipulation to Modify Schedule Regarding Motions for Summary Judgment on Claim of Amir Shahmirza entered herein on March 18, 2023 as Docket No. 13630, copy attached as Exhibit A hereto. Claimant requests that the Court take Judicial Notice of its Order, Exhibit A, pursuant to Federal Rules of Evidence, Rule 201. Respectfully submitted.

Dated: May 8, 2023     COHEN AND JACOBSON, LLP

By: /s/ *Lawrence A. Jacobson*
Lawrence A. Jacobson
Attorneys for Claimant.

**CLAIMANT'S *EX PARTE* MOTION FOR ORDER STRIKING LATE FILED PLEADINGS**

2

# EXHIBIT A

Entered on Docket
March 20, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: March 18, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

ROVENS LAMB LLP
Steven A. Lamb (#132534)
(slamb@rovenslamb.com)
2601 Airport Drive, Suite 370
Torrance, CA 90505
Tel: 310 536 7830

LAW OFFICES OF JENNIFER L. DODGE INC.
Jennifer L. Dodge (#195321)
(jdodgelaw@jenniferdodgelaw.com)
2512 Artesia Blvd., Suite 300D
Redondo Beach, California 90278
Tel: (310) 372.3344
Fax: (310) 861.8044

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **ORDER APPROVING STIPULATION TO MODIFY SCHEDULE REGARDING MOTIONS FOR SUMMARY JUDGMENT ON CLAIM OF AMIR SHAHMIRZA** <br><br> [Related to Dkt. Nos. 12130, 13478, 13567] |

The Court having considered the *Stipulation to Modify Schedule Regarding Motions for Summary Judgment on Claim of Amir Shahmirza*, dated March 17, 2023 (the "**Stipulation**"),[1] entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") on the one hand, and Creditors Amir Shahmirza (Agent for Komir, Inc.) and Komir, Inc. (together, "**Shahmirza**") on the other hand, by and through their counsel; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. Shahmirza shall file an opposition to the PG&E Motion and a reply in support of the Shahmirza Motion on or before April 3, 2023.

3. The Reorganized Debtors shall file a reply in support of the PG&E Motion on or before April 19, 2023.

4. A hearing on the Shahmirza Motion and PG&E Motion will be held on **May 9, 2023**, at 10:00 a.m. (Pacific Time).

5. The April 11, 2023 hearing on this matter is dropped from the calendar.

6. The Stipulation and this Order are without prejudice to any Party requesting a further continuance of the hearing or otherwise modifying the briefing schedule set forth herein.

7. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

/ / /

/ / /

/ / /

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

| | |
|---|---|
| 1 | |
| 2 | APPROVED AS TO FORM AND CONTENT: |
| 3 | COHEN AND JACOBSON, LLP |
| 4 | |
| 5 | /s/ Lawrence A. Jacobson |
| | Lawrence A. Jacobson |
| 6 | *Attorneys for Amir Shahmirza (Agent for Komir, Inc.) and Komir, Inc.* |

*** END OF ORDER ***