**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel:     (212) 310-8000
Fax:     (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:     (415) 496-6723
Fax:     (415) 636-9251

*Attorneys for Debtors and*
*Reorganized Debtors*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION**, | Chapter 11 (Lead Case) (Jointly Administered) |
| - and - | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **NOTICE OF AGENDA FOR MAY 9, 2023, OMNIBUS HEARING** |
| **Debtors**. | |
| ☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☑  Affects both Debtors<br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Date:  May 9, 2023<br>Time:  10:00 a.m. (Pacific Time)<br>Place: Zoom Videoconference<br>         United States Bankruptcy Court<br>         Courtroom 17, 16th Floor<br>         San Francisco, CA 94102 |

**PROPOSED AGENDA FOR
MAY 9, 2023,
OMNIBUS HEARING**

**I:** **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*CONTESTED MATTERS GOING FORWARD*

1. **Motions for Summary Judgment on Objection to Claims of Amir Shahmirza and Komir Inc.:**

   A. *Notice of Motion and Motion for Partial Summary Judgment of Issues in Reorganized Debtors Objection to Claim #0290 and Claimant's Response Thereto* [**Dkt. 13478**].

   B. *PG&E's Opposition to Motion for Partial Summary Judgment and Counter-Motion for Summary Judgment; Memorandum of Points and Authorities* [**Dkt. 13567**].

   Related Documents:

   C. *Request for Judicial Notice in Support of PG&E's Memorandum of Points and Authorities in Opposition to Motion for Partial Summary Judgment and Counter-Motion for Summary Judgment* [**Dkt. 13568**].

   D. *Declaration of Brian Smith Support of PG&E's Memorandum of Points and Authorities in Opposition to Motion for Partial Summary Judgment and Counter-Motion for Summary Judgment* [**Dkt. 13569**].

   E. *Declaration of Rob Sullivan in Support of PG&E's Memorandum of Points and Authorities in Opposition to Motion for Partial Summary Judgment and Counter-Motion for Summary Judgment* [**Dkt. 13570**].

   F. *Declaration of Roger Leatherman in Support of PG&E's Memorandum and Points of Authorities in Opposition to Motion for Partial Summary Judgment and Counter-Motion for Summary Judgment* [**Dkt. 13571**].

   G. *Response to PG&E's Counter-Motion for Partial Summary Judgment of Issues in Reorganized Debtors Objection to Claim #2090 and Claimant's Response Thereto* [**Dkt. 13654**].

   H. *PG&E's Reply Brief in Support of Counter-Motion for Summary Judgment* [**Dkt. 13674**].

   I. *Supplemental Pre-Hearing Evidentiary Objections to PG&E's Reply Brief* [**Dkt. 13682**].

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

J. *Supplemental Declaration of Roger Leatherman in Opposition to Partial Motion for Summary Judgment and in Support of Counter-Motion for Summary Judgment* [**Dkt. 13692**].

K. *Second Request for Judicial Notice in Support of PG&E's Memorandum of Points and Authorities in Opposition to Motion for Partial Summary Judgment and Counter-Motion for Summary Judgment* [**Dkt. 13693**].

L. *PG&E's Supplemental Reply Brief in Support of Counter-Motion for Summary Judgment* [**Dkt. 13695**].

M. *Claimant's Ex Parte Motion for Order Striking Late Filed Pleadings: (1) PG&E's Supplemental Reply Brief in Support of Counter-Motion for Summary Judgment and (2) Supplemental Declaration of Roger Leatherman in Opposition to Partial Motion for Summary Judgment and in Support of Counter-Motion for Summary Judgment, and Request for Judicial Notice* [**Dkt. 13702**].

Related Orders:

N. May 2, 2023 Docket Text Order.

O. May 6, 2023 Docket Text Order.

Status: This matter is going forward on a contested basis.

*RESOLVED AND CONTINUED MATTERS*

2. **Krausse Claim Objection:** *Reorganized Debtors' Objection to Proof of Claim No. 80260 Filed by Howard Krausse* [**Dkt. 13608**].

Status: This matter has been continued to June 7, 2023, pursuant to Notice [**Dkt. 13681**].

3. **Ricca et al Late-Claim Motion:** *Motion Pursuant to Fed. R. Bankr. Proc. 7015 and 7017 to Enlarge Time to File Proof of Claim Pursuant to Fed. R. Bankr. Proc. 9006(b)(1)* [**Dkt. 13658**].

Status: This motion has been denied and dropped from the calendar pursuant to Order [**Dkt. 13691**].

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: May 8, 2023

WEIL, GOTSHAL & MANGES LLP
KELLER BENVENUTTI KIM LLP

By: _/s/ Thomas B. Rupp_
Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY  10153-0119