Jane Luciano, Esq. CA. SBN 124263
Luciano Law
9000 Crow Canyon Road
Suite S #168
Danville, CA 94506
(925) 216-6030

William D. McCann, Esq  SBN NV 12038
P.O. Box 370
Genoa, Nevada 89411
*Pro Haec Vice in Butte County Superior Court Cases*

Attorneys for Plaintiffs and Claimants Liza Sims, individually and Thomas and Jaydene Gardner

**UNTIED STAES BANKRUPCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Bankr. Case No. 19-30088 (DM) |
| PG&E CORPOIRATION, | Chapter 11 |
| | (Lead Case) (Jointly Administered) |
| -and- | **PLAINTIFFS REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OBJECTION FILED CONTEMPORANEOUSLY HEREWITH** |
| PACIFIC GAS AND ELECTRIC COMPANY | |
| Debtors. | Hearing: May 24, 2023<br>Time: 10:00 AM<br>Place: Tele- video conference<br>United States Bankruptcy Court<br>Courtroom 17. 16th Floor<br>San Francisco, CA 94102 |
| **X** Affects Both Debtors | {Related to Doc# 13685} |

Pursuant to Federal Rule of Evidence 201, Plaintiff's Request this Honorable Court take Judicial Notice of the facts contained in the following:

1. The March 23, 2020 Press release of the District Attorney in and for Butte County attached to the Declaration of Jane Luciano as Exhibit "1" and referenced in Plaintiff's Objection as Exhibit "1".

2. The interview of the Hon. Michael Ramsay District Attorney of Butte County conducted by CAPRadio on January 9, 2022 and quoted at page 3 of Plaintiffs Objection as follows:

https://www.capradio.org/articles/2022/01/09/interview-butte-county-district-attorney-on-prosecuting-pge-for-another-wildfire/

3. The Transcript of the Butte County Grand Jury Investigation of PG and E referenced as Exhibit "4" in Plaintiff's Objection as follows:

https://interactive.abc10.com/pdfs/KXTV_PGE_Grand_Jury_Binder.pdf

May 9, 2023					Respectfully submitted,


						/s/Jane Luciano/s/
						 Jane Luciano
						Counsel for Plaintiffs