Jane Luciano, Esq. CA. SBN 124263
Luciano Law
9000 Crow Canyon Road
Suite S #168
Danville, CA 94506
(925) 216-6030

William D. McCann, Esq  SBN NV 12038
P.O. Box 370
Genoa, Nevada 89411
*Pro Haec Vice in Butte County Superior Court Cases*

Attorneys for Plaintiffs and Claimants Liza Sims, individually and Thomas and Jaydene Gardner

**UNTIED STAES BANKRUPCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

In re:

PG&E CORPOIRATION,

-and-

PACIFIC GAS AND ELECTRIC

COMPANY

Debtors.

**X** Affects Both Debtors

Bankr. Case No.  19-30088 (DM)
Chapter 11
(Lead Case) (Jointly Administered)

**DECLARATION OF WILLIAM D. MCCANN IN SUPPORT OF PLAINTIFFS OBJECTION TO PG AND E MOTION TO TO DEFEAT PLAINTIFFS' CLAIMS FOR PUNITIVE DAMAGES**

**Hearing:  May 24, 2023**
**Time:  10:00 am**
**Via Tele-video conference**

**US Bankruptcy Court**
**Courtroom 17, 16th Floor**
 **San Francisco, CA 94102**

 **[**Relates to Dkt. 13685, both Liza Sims and Thomas and Jaydene Gardner case**]**

# DECLARATION OF WILLIAM D. MCCANN. ESQ IN SUPPORT OF OBJECTION

I, William D. McCann, declare:

1. I am competent to make this declaration and have actual knowledge of the facts which follow.

2. Since shortly after the so-called Camp Fire in Butte County, California, I became counsel to Liza Sims and her now deceased Mother, who became residents of Douglas County, Nevada, where I maintain an office. I thereafter became counsel *pro haec vice* with Jane Luciano, Esq. on behalf of Ms. Sims and her now deceased mother, in *Liza Sims v. PG and E,* Butte County Superior Court Case No. 19CV01700 and *Thomas and Jaydene Gardner v. PG and E,* Butte County Superior Court Case No. 19CV00379.

3. During my work for these clients over the last 5 years, I have become familiar with the fact patterns generic to the causation of various California fires caused and/or allegedly caused by errors and omissions by the utility known as PG & E, including but not limited to the so-called San Bruno Fire, the criminal case, plea, and conditions of probation imposed by Hon. William Alsup arising therefrom, the rulings concerning violation of conditions of probation in that case, the so-called Butte Fire of 2015, and the findings of Cal Fire with respect to the causation thereof, the so-called Camp Fire of 2018, the finding of Cal Fire with respect to the causation thereof, and most recently, the Transcript of the Grand Jury of the County of Butte, California, finding criminal liability in PG and E for causing multiple deaths as a result of the Camp fire, specifically:

   https://interactive.abc10.com/pdfs/KXTV_PGE_Grand_Jury_Binder.pdf

4. Among the duties owed my clients and owed the tribunals before which I appear on their behalf is the determination of the nature and type of damages to which my clients might be entitled. My review of the fact patterns generic to the causation of the Camp Fire reveals the inescapable conclusion that PG and E engaged in "willful blindness" as to the dangers to human life presented by its failure to maintain the equipment through which it delivers energy, and in the case of the Camp Fire, failure to control flammable vegetation within the proximity of its equipment. This "willful blindness" was embodied in intentional corporate decisions at board of directors' level to place profits before safety, which decisions consistently occurred during, at least, two decades prior to the date of the Camp Fire.

5. Thus, it is my duty to seek an award of damages by way of punishment and example against this entity, which engaged in conduct beyond "recklessness" and/or "gross negligence" which proximately resulted in damage to my clients. This duty is pursued in good faith.

I declare under penalty of perjury pursuant to the laws of the State of California the foregoing to be true and correct.

May 10, 2023

/s/*William D. McCann*/s/
William D. McCann
Declarant