1 | BROWN RUDNICK LLP
David J. Molton (SBN 262075)
2 | (DMolton@brownrudnick.com)
Seven Times Square
3 | New York, New York 10036
Telephone:  (212) 209-4800
4 | Facsimile:   (212) 209-4801

5 | BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
6 | (JMiliband@brownrudnick.com)
2211 Michelson Drive, Seventh Floor
7 | Irvine, California 92612
Telephone:  (949) 752-7100
8 | Facsimile:   (949) 252-1514

9 | *Attorneys for Fire Victim Trustee*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY, Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**FIRE VICTIM TRUSTEE'S STATEMENT OF NON-OPPOSITION TO CONSOLIDATED LATE CLAIM MOTIONS**<br><br>[Relates to Docket Number 13701] |

Cathy Yanni, in her capacity as the Trustee (the "**Trustee**") of the Fire Victim Trust (the "**Trust**"), by and through her undersigned counsel, respectfully states as follows:

1. On January 29, 2019, PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company ("**Utility**"), as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**"), commenced with the Court voluntary cases under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**"). The Reorganized Debtors filed the Chapter 11 Cases to address the billions of dollars of damage and loss relating to the devastating 2015, 2017 and 2018 California fires and to provide compensation to wildfire victims.

2. By Order dated July 1, 2019, the Court established October 21, 2019 (the "**Bar Date**") as the last date to file proofs of claim in the Chapter 11 Cases [Docket No. 2806]. By Order dated November 11, 2019, the Court extended the Bar Date to December 31, 2019 (the "**Extended Bar Date**") for unfiled, non-governmental Fire Claimants [Docket No. 4672].

3. By Order dated June 20, 2020 [Docket No. 8053] the Bankruptcy Court confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* (as may be further modified, amended or supplemented from time to time, and together with any exhibits or scheduled thereto, the "**Plan**"). The Effective Date of the Plan occurred on July 1, 2020. *See* Dkt. No. 8252.

4. Pursuant to the Plan, the Trustee was appointed as the representative of each of the Debtors' estates pursuant to sections 1123(a)(5), (a)(7), and (b)(3)(B) of the Bankruptcy Code was vested with the authority and power (subject to the Fire Victim Trust Agreement[1] and the Plan) to, among other things: (i) administer, object to or settle Fire Victim Claims; (ii) make distributions to holders of Fire Victim Claims in accordance with the terms of the Plan and the Fire Victim Trust Agreement, and (iii) carry out the provisions of the Plan related to the Trust and the Fire Victim Claims. *See* Plan § 6.8(b).

/ / /

---

[1] Capitalized terms used but not otherwise herein defined have the meanings ascribed to such terms in the Plan.

2

5. Also pursuant to the Plan, all Fire Victim Claims were channeled to the Trust on the Effective Date and are subject to the Channeling Injunction, and any liabilities of the Debtors or the Reorganized Debtors, as applicable, for any Fire Victim Claims have been fully assumed by, and are the sole responsibility of, the Trust, and shall be satisfied solely from the assets of the Trust. *See* Plan §§ 4.7(a), 4.26(c), 6.7(a).

6. To be eligible for compensation from the Trust a holder of a Fire Victim Claim must have timely filed a proof of claim. *See* Dkt. No. 8057-1.

7. On July 6, 2022 counsel for Kelly, Heather, Jason and Bryan Navarro filed the *Motion to Allow/Deem Timely Late Filing of Proof of Claim by Kelly Navarro and Heather Navarro and Jason Navarro and Bryan Navarro, Memorandum of Points and Authorities; Declaration of Regina Bagdasarian in Support* [Dkt 12591]. Counsel attached a copy of an **unfiled** proof of claim to the motion.

8. On July 6, 2022 counsel for Lisa and Vincent Raczynski filed the *Motion to Allow/Deem Timely Late Filing of Proof of Claim by Lisa Raczynski and Vincent Raczynski, Memorandum of Points and Authorities; Declaration of Regina Bagdasarian in Support* [Dkt 12592]. Counsel attached a copy of an **unfiled** proof of claim to the motion.

9. As directed by the *Order Consolidating Motions to File Late Claims* entered August 24, 2022 [Docket No. 12875] (the "<u>Consolidation Order</u>") and the *Order re Supplemental Exhibit to Order Consolidating Motions to File Late Claims* entered September 1, 2022 [Docket No. 12923] (the "<u>Supplemental Consolidation Order</u>"), on September 15, 2022 the Trustee filed a statement of non-opposition to a group of late claims consolidated by the Court, including the Navarro and Raczynski claims described above. [Docket No. 12963]

10. On September 20, 2022 the Court entered an order deeming the claims listed in the Supplemental Consolidation Order "timely filed for the purpose of claim administration by the Fire Victim Trust so long as the Unfiled Proofs of Claim ***are filed and the Trustee is notified of the filing of each of the Proofs of Claim by email to Trustee counsel . . . no later than September 30, 2022***" [Docket No. 12985].

///

3

11. No proofs of claim were filed on behalf of Kelly, Heather, Jason or Bryan Navarro or Lisa or Vincent Raczynski on or before September 30, 2022. Therefore, the order at Docket No. 12985 did not operate to deem the Navarro or Raczynski claims timely, and the holders of those claims remained ineligible for compensation from the Fire Victim Trust.

12. On the *Amended Consolidated Motion to Allow/Deem Timely Late Filing of Claimants, and Memorandum of Points and Authorities; Declaration of Regina Bagdasarian in Support; Related to Docket No 12919* [Docket No. 12921] (the "<u>Consolidated Motion</u>"). The Consolidated Motion covered the claims of Linnise Maria and David Montgomery; Jesse, Christa, Tenli, Viggo, and Luke McCord; Jason, Maria, Jason, Jordan, Taylor, and Kealia McCord; Atilava Togafau; Gary Lynn and Lorraine Gail Koch; Michael and Sharan Keene; and Tyler Allen Dwelle. Counsel attached copies of **unfiled** proof of claim to the motion.

13. On September 16, 2022 the Trustee filed a statement of non-opposition to the relief requested in the Consolidated Motion [Docket No. 12969].

14. On September 20, 2022 the Court entered the *Order Granting Motions to Deem Late-Filed Claims Timely for the Purpose of Administration by the Fire Victim Trust* [Docket No. 12983], which provided that the proofs of claim for Linnise Maria and David Montgomery; Jesse, Christa, Tenli, Viggo, and Luke McCord; Jason, Maria, Jason, Jordan, Taylor and Kealia McCord; Atilava Togafau; Gary Lynn and Lorraine Gail Koch; Michael and Sharan Keene; and Tyler Allen Dwelle "shall be deemed timely filed for the purpose of claim administration by the Fire Victim Trust *so long as the Proofs of Claim are filed no later than September 30, 2022* and the Trustee is notified of the filing of each of the Proofs of Claim by email to Trustee counsel as provided in the Trustee Statement." Docket No. 12983 at 2:10-14.

15. No proofs of claim were filed on behalf of Linnise Maria or David Montgomery; Jesse, Christa, Tenli, Viggo, or Luke McCord; Jason, Maria, Jason, Jordan, Taylor or Kealia McCord; Atilava Togafau; Gary Lynn or Lorraine Gail Koch; Michael or Sharan Keene; or Tyler Allen Dwelle on or before September 30, 2022. Therefore, the order at Docket No. 12983 did not operate to deem those claims timely, and the holders of those claims remained ineligible for compensation from the Fire Victim Trust.

16. On April 13 and April 20, 2023 proofs of claim were filed on behalf of each of the claimants listed on **Exhibit 1** hereto. The Exhibit 1 claimants are comprised of all claimants who were denied relief in September due to the failure to have their proofs of claim timely filed.

17. On May 5, 2023 the claimants on Exhibit 1 filed the *Motion to Allow/Deem Timely Late Filing of Proof of Claim by Certain Claimants; Memorandum of Points and Authorities* [Docket No. 13701] to cure the prior failures to timely file proofs of claim.

18. Given the fact that the claimants listed on Exhibit 1 would have had their claims deemed timely no later than September 30, 2022 if counsel had filed their proofs of claim as directed, the Trustee does not object to this Court deeming the Proofs of Claim timely.

19. Nothing herein is intended to, nor shall it be construed to be, a waiver by the Fire Victim Trust, or any other party in interest of any right to object to the Proof of Claim on any grounds other than the untimely filing thereof.

DATED: May 10, 2023                BROWN RUDNICK LLP

By: /s/ *David J. Molton*
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone:   (212) 209-4800
Facsimile:    (212) 209-4801

and

Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, California 92612
Telephone:   (949) 752-7100
Facsimile:    (949) 252-1514

*Attorneys for Fire Victim Trustee*

# EXHIBIT 1
## LIST OF CLAIMANTS AND PROOFS OF CLAIMS

## LIST OF CLAIMANTS

| DATE ORIGINAL MOTION FILED | ORIGINAL DOCKET | CLAIMANT(S) | POC NUMBER |
|---|---|---|---|
| 7-6-2022 | 12591 | Kelly Navarro<br>Heather Navarro<br>Jason Navarro<br>Bryan Navarro | 109873 |
| 7-6-2022 | 12592 | Lisa Raczynski<br>Vincent Raczynski | 109871 |
| 9-1-2022 | 12921 | Linnise Maria Montgomery<br>David Montgomery | 10974 |
| 9-1-2022 | 12921 | Jesse McCord<br>Christa McCord<br>Tenli McCord<br>Viggo McCord<br>Luke McCord | 109870 |
| 9-1-2022 | 12921 | Jason McCord<br>Maria McCord<br>Taylor McCord<br>Jordan McCord<br>Atilava Togafau | 109876 |
| 9-1-2022 | 12921 | Kealia McCord | 109878 |
| 9-1-2022 | 12921 | Gary Lynn Koch<br>Lorraine Gail Koch | 109875 |
| 9-1-2022 | 12921 | Michael Keene<br>Sharan Keene | 109877 |
| 9-1-2022 | 12921 | Tyler Allen Dwelle | 109872 |