# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| **PG&E CORPORATION,** | No. 19-30088 (DM) |
| -and- | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| | (Jointly Administered) |
| **Reorganized Debtors** | |

## CERTIFICATE OF SERVICE

I, Jane Luciano, do declare:

1. I am employed in the County of Contra Costa in California with my primary office in Danville, California. I am one of the attorneys for Liza Sims, Edna Gleason, Thomas Gardner and Jaydene Gardner respectively in the Butte County Superior Court Camp fire cases

2. On May 10, 2023, I filled the following documents via the Court's Electronic Case Filing System:

   - Objections of Plaintiffs and Claimants Liza Sims, Individually and on Behalf of Thomas and Jaydene Gardner Pursuant to PG&E Motion to Obtain Coverage of "Channeling Injunction" to Defeat Plaintiffs Various Claims for Punitive Damages (Pursuant to LR-9014**). Docket No. 13710**

- Declaration of Jane Luciano In Support of Plaintiffs Objection to PG and E Motion to Defeat Plaintiffs Claims for Punitive Damages; Exhibits 1 through 3. **Docket No. 13711**

- Plaintiffs Request for Judicial Notice in Support of Objection Filed Contemporaneously Herewith. **Docket No. 13712**

- Declaration of William D. McCann in Support of Plaintiffs Objection to PG and E Motion to Defeat Plaintiffs' Claims for Punitive Damages. **Docket No.: 13713**

3. I received notice through electronic mail from the Court's Electronic Case Filing System that electronic service was effectuated on the Noticed Parties Service List.

4. In addition, I caused the aforementioned documents to be successfully electronically serviced on Attorneys of Record for PG&E at Weil, Gotshal & Manges, LLP, Keller Benvenutti Kim LLP and Wilson Sonsini Goodrich & Rosati as follows:

   Richard.slack@weil.com and jessica.liou@weil.com

   jkim@kbkllp.com and trupp@kbkllp.com

   keggleton@wsgr.com

5. On May 10, 2023, the aforementioned documents were also serviced via US Mail with full postage and addressed to the interested parties at:

   Weil, Gotshal & Manges LLP
   767 Firth Avenue
   New York, NY 10153-0019.

   Keller Benvenutti Kim LLP
   650 California Street Ste 1900
   San Francisco, CA 94108

   Wilson Sonsini Goodrich & Rosati
   650 Page Mill Road
   Palo Alto, CA 94304

I declare under perjury under the laws of the State of California that the foregoing is true and correct.

Dated: May 10, 2023                     /s/*Jane Luciano*/s/
                                        Jane Luciano, Declarant