JOHNNY D. KNADLER (SBN 220942)
LAW OFFICE OF JOHNNY D. KNADLER
280 Summergrove Cir.
Roseville, CA 95678
Telephone: (310) 564-6695
Email: SPM.PGE@gmail.com

Attorney for Creditor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

|  |  |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E Corporation,** | Chapter 11 |
| **- and –** | Judge: Hon. Dennis Montali<br>Date: May 24, 2023<br>Time: 10:00 a.m. |
| **Pacific Gas and Electric Company** | Courtroom: (Tele/Videoconf. Appearance)<br>United States Bankruptcy Court |
| Debtor | Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

### EXHIBIT "A"

### TO

### DECLARATION OF JAVAD MIRSAIDI IN SUPPORT OF OPPOSITION TO OBJECTION TO CLAIM – SYNERGY PROJECT MANAGEMENT, INC. (POC #368) (ONE HUNDRED TWENTIETH OMNIBUS OBJECTION TO CLAIMS – NO LIABILITY CLAIMS )

(Series of 1939)

Bill No. 325, Ordinance No. 413, as follows:

Ordinance Granting to Pacific Gas and Electric Company, its Successors and Assigns, a Franchise to Introduce Into, Transmit, Distribute and Supply to the City and County of San Francisco and its Inhabitants Gas for Every Use and Purpose to Which it May Be Put, Exclusive of Those Uses and Purposes for Which Gas May Be Now Supplied By Pacific Gas and Electric Company or Hereafter Supplied By its Successors or Assigns Under Section 19 of Article XI of the Constitution of the State of California, as Said Section Existed Prior to its Amendment on October 10, 1911, and to That End to Lay and Use in the Streets of Said City and County All Pipes and Appurtenances Necessary or Proper Therefor, and Likewise to Use All Gas Pipes and Appurtenances Which are Now in Place or Hereafter May Be Placed in Said Streets.

Be it ordained by the People of the City and County of San Francisco:

Section 1. Whenever in this ordinance the words and phrases hereinafter in this section defined are used they shall have the respective meanings assigned to them in the following definitions (unless, in the given instance, the context wherein they are used shall import a different meaning):

(a) The word "grantee" shall mean Pacific Gas and Electric Company, its successors and assigns;

(b) The word "city" shall mean the City and County of San Francisco, a municipal corporation of the State of California, in its present incorporated form or in any later reorganized, consolidated, enlarged or reincorporated form, and shall include annexed territory;

(c) The word "streets" shall mean the public streets, ways, alleys and places as the same now exist or may hereafter exist within said city;

(d) The word "gas" shall mean natural gas and/or manufactured and/or artificial gas, or a mixture of

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 2 of 279

natural gas and/or manufactured and/or artificial gas, including any gaseous substance usable for heat, power, illumination or fuel purposes;

(e) The phrase "pipes and appurtenances" shall mean pipes, pipelines, mains, services, traps, vents, vaults, manholes, meters, gauges, regulators, valves, conduits, appliances, attachments, appurtenances and any other property located or to be located in, upon, along, across, under or over the streets of the city, and used or useful in introducing, transmitting, distributing and supplying gas as aforesaid;

(f) The phrase "lay and use" shall mean to lay, construct, erect, install, operate, maintain, use, repair or replace;

(g) The phrase "constitutional franchise" shall mean the rights possessed by the grantee under the provisions of Section 19 of article XI of the Constitution of the State of California, as said section existed prior to its amendment on October 10, 1911.

Section 2. There is hereby granted to Pacific Gas and Electric Company, its successors and assigns, a franchise to introduce into, transmit, distribute and supply to the City and County of San Francisco and its inhabitants gas for every use and purpose to which it may be put, exclusive of those uses and purposes for which gas may be now supplied by Pacific Gas and Electric Company or hereafter supplied by its successors or assigns under Section 19 of Article XI of the Constitution of the State of California, as said section

2:

existed prior to its amendment on October 10, 1911, and to that end to lay and use in the streets of said city and county all pipes and appurtenances necessary or proper therefor, and likewise to use all gas pipes and appurtenances which are now in place or hereafter may be placed in said streets.

If the grantee should surrender or otherwise lose any rights under its said constitutional franchise, then the franchise hereby granted shall to the extent of such loss include the right of the grantee to introduce into, transmit, distribute and supply to said city and county and its inhabitants gas for all uses and purposes theretofore covered by said constitutional franchise to the extent of such loss.

Section 3. The franchise hereby granted shall be and continue in full force until, with the consent of the Railroad Commission of the State of California, or other lawful authority having jurisdiction in the premises, it shall be voluntarily surrendered or abandoned by the grantee, or until the city by agreement shall purchase or through eminent domain shall condemn and acquire all property actually used and useful in the exercise of said franchise and situate within the territorial limits of the city, or until it shall be forfeited for noncompliance with its terms by the grantee.

Section 4. The grantee of said franchise shall annually pay to the city a sum which shall be equivalent to one (1%) per cent of the gross annual receipts of the grantee from the sale of gas within the limits of the city, under both said constitutional franchise and the franchise hereby granted, and whether or not said gas be transmitted or

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 4 of 279

distributed by the grantee for its own account or the account of another. The computation of the amount payable annually by the grantee to the city, hereunder, on the basis of the grantee's receipts under its constitutional franchise, as well as its receipts under the franchise hereby granted, is not intended to be and shall not be deemed to be an assertion by the city or a recognition by the grantee that the city has any authority to tax the grantee's right of enjoyment of its said constitutional franchise, but such basis of computation has been adopted merely as a convenient method for measuring the amount which the grantee should annually pay for the enjoyment of the franchise hereby granted.

Section 5. The grantee shall, within three months after the expiration of the calendar year in which the franchise hereby granted shall become effective, and within three months after the expiration of each and every calendar year thereafter, file with the Clerk of the Board of Supervisors a duly verified statement showing in detail the total gross receipts of grantee during the preceding calendar year from the sale of gas within the limits of the city, as specified in Section 4 hereof, and within fifteen days after the time for filing such statement grantee shall pay to the city in lawful money of the United States the aforesaid percentage of its gross receipts for such calendar year, as shown by such statement, and as specified in Section 4 hereof. The grantee shall keep its accounts in such form as to enable the city, or its duly authorized representatives, to ascertain and check the amounts due the city under said franchise. In the event of any neglect, omission or refusal by the

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 5 of 279

grantee to file such verified statement, or to pay said percentage, at the time and in the manner specified, or within any extension of time granted by the Board of Supervisors or other legislative body of the city, the city may sue in its own name in the manner provided by law without the necessity of resorting to proceedings in quo warranto for the forfeiture of the franchise hereby granted.

Section 6. The grantee may charge for gas furnished by it within the limits of the city under the franchise hereby granted such rates only as shall be fixed in accordance with laws now in force or hereafter enacted.

Section 7. The grantee shall (a) construct, install and maintain all pipes and appurtenances in conformity with all the lawful ordinances, rules and regulations heretofore or hereafter adopted by the Board of Supervisors, or other legislative body of the city, in the exercise of the police powers of the city; (b) pay to the city on demand the cost of all repairs to public property made necessary by any of the operations of the grantee; (c) indemnify and hold harmless the city and its officers and employees from any and all liability for damages proximately resulting from any operations under the franchise hereby granted; (d) remove or relocate without expense to the city any facilities installed, used and maintained under the franchise hereby granted, if and when made necessary by any lawful change of grade, alignment or width of any street, or by any work to be performed under the governmental authority of the city; and (e) should the city or any department thereof

5:

make or issue any lawful order, law or ordinance directing the grantee to extend its facilities for the purpose of supplying the service provided for in this franchise, it shall be the duty of the grantee to provide such facilities and supply such service with all due diligence after having been notified to do so by the city or any of its departments having authority so to do.

Section 8. If the grantee shall fail, neglect or refuse to comply with any of the provisions or conditions prescribed in the franchise hereby granted, and shall not within thirty (30) days, or such additional time as may be allowed by the Board of Supervisors or other legislative body of the city, after written demand for compliance therewith, begin the work of compliance, or after such beginning, shall not prosecute the same with due diligence to completion, the city may sue in its own name in the manner provided by law without the necessity of resorting to proceedings in quo warranto for the forfeiture of the franchise hereby granted.

Section 9. The franchise hereby granted shall not in any way or to any extent impair or affect the right of the city to acquire the property of the grantee either by purchase or through the exercise of the right of eminent domain, and nothing herein contained shall be construed to contract away or to modify or to abridge the city's right to exercise the power of eminent domain. In any proceeding of any character before any court or other public authority the franchise hereby granted shall be deemed to have a value equivalent to the purchase price paid therefor by the

grantee and no other or greater value.

Section 10. The grantee shall pay to the city the sum of two hundred thousand dollars ($200,000) as the purchase price of the franchise hereby granted. If, at any time after the payment of said sum, it shall be adjudged that said franchise did not become effective or was or is invalid, or if the grantee shall, at any time, be prevented by the city or by judgment procured by any other person from exercising the same for any reason other than noncompliance with its terms by the grantee, or if a certificate of convenience and necessity to exercise the same be refused by the Railroad Commission of California, then said sum of two hundred thousand dollars ($200,000) shall be forthwith repaid by the city to the grantee.

Section 11. Upon the acceptance of the franchise hereby granted and the payment of the aforesaid purchase price thereof, the grantee shall stand discharged from any and all claims of the city for the use of the streets by grantee prior to the taking effect of said franchise.

Section 12. The grantee shall accept the franchise hereby granted and pay to the city the aforesaid sum of two hundred thousand dollars ($200,000) within thirty days after this ordinance becomes effective, and after the Board of Supervisors shall, by resolution, so declare and, in writing, request acceptance of the franchise by the grantee and payment of said sum of two hundred thousand dollars ($200,000) to the city. If the grantee shall fail to file its acceptance with the Clerk of the Board of Supervisors and pay said two hundred thousand dollars ($200,000) to the city, within the

7:

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   . Page 8 of 279

aforesaid time, or such additional time as may be allowed
by the Board of Supervisors, the franchise hereby granted shall
be ipso facto void and no longer of effect.

--

Extract from Minutes of Board of Supervisors, Monday,
   December 18 1939.
                        FINAL PASSAGE

     The following recommendations of Finance and Public
Utilities Committee, heretofore passed for Second Reading, were
taken up...(The above ordinance set forth except for the
ordinance number).

     Thereupon the roll was called and the foregoing Bill was
Finally Passed by the following vote:

     Ayes:  Supervisors Brown, Colman, McSheehy, Mead, Meyer,
Ratto, Roncovieri, Uhl -- 8.

     Absent:  Supervisors McGowan, Schmidt, Shannon -- 3.

                        ADJOURNMENT

     There being no further business, the Board, at the hour of
5:45 P.M. adjourned.

                              DAVID A. BARRY, Clerk.

   Approved by the Board of Supervisors, Tuesday, December 26,1939.

   Pursuant to Resolution No. 3402 (New Series) of the Board of
Supervisors of the City and County of San Francisco, I, David A.
Barry, hereby certify that the foregoing is a true and correct
copy of the Journal of Proceedings of said Board of the date
hereon stated and approved as recited.
                              DAVID A. BARRY,
                              Clerk of the Board of Supervisors,
                              City and County of San Francisco.

(As shown on publication of Ordinance by title only:
     READ SECOND TIME AND FINALLY PASSED--
Board of Supervisors, San Francisco, December 18, 1939.
     Ayes:  Supervisors Brown, Colman, McSheehy, Mead, Meyer,
Ratto, Roncovieri, Uhl.
     Absent:  Supervisors McGowan, Schmidt, Shannon.
     I hereby certify that the foregoing ordinance was finally
passed by the Board of Supervisors of the City and County of
San Francisco.
                              DAVID A. BARRY, Clerk.
   Approved, San Francisco, December 19, 1939.
                              ANGELO J. ROSSI, Mayor.
Dec. 22 - 1 t.)

JOHNNY D. KNADLER (SBN 220942)
LAW OFFICE OF JOHNNY D. KNADLER
280 Summergrove Cir.
Roseville, CA 95678
Telephone: (310) 564-6695
Email: SPM.PGE@gmail.com

Attorney for Creditor

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| | Chapter 11 |
| **PG&E Corporation,** | |
| | Judge: Hon. Dennis Montali |
| **- and –** | Date: May 24, 2023 |
| | Time: 10:00 a.m. |
| **Pacific Gas and Electric Company** | Courtroom: (Tele/Videoconf. Appearance) |
| | United States Bankruptcy Court |
| Debtor | Courtroom 17, 16th Floor |
| | San Francisco, CA 94102 |

EXHIBIT "B"

TO

DECLARATION OF JAVAD MIRSAIDI IN SUPPORT OF OPPOSITION TO OBJECTION TO CLAIM – SYNERGY PROJECT MANAGEMENT, INC. (POC #368)
(ONE HUNDRED TWENTIETH OMNIBUS OBJECTION TO CLAIMS – NO LIABILITY CLAIMS )

 

City and County of San Francisco
DEPARTMENT OF PUBLIC WORKS
INFRASTRUCTURE DIVISION

# PAVEMENT RENOVATION, SEWER REPLACEMENT, AND WATER MAIN INSTALLATION - HAIGHT STREET AND HAYES STREET

CONTRACT NO. 2264J

(ID NO. FCE15018)

## PROJECT MANUAL

VOLUME 1 OF 2

(Division 00)

SEPTEMBER 5, 2014

*THIS PROJECT IS PARTIALLY FUNDED BY THE
2011 ROAD PAVING AND STREET SAFETY BOND*

*Vision: To Make San Francisco a beautiful, livable, vibrant and sustainable City.*

Each Bid shall be enclosed in an envelope bearing the description:
''BID FOR PAVEMENT RENOVATION, SEWER REPLACEMENT, AND WATER MAIN INSTALLATION -
HAIGHT STREET AND HAYES STREET
(Department of Public Works Contract No. 2264J)''

 *Printed on 30% post-consumer recycled stock*

# IMPORTANT SPECIAL NOTICE

- This Contract includes the City's Local Hiring Requirements with the new 30% goal per Trade. Refer to Section 00 73 30 for more details, and visit the Office of Economic and Workforce Development website at: www.oewd.org.

- For contracts advertised on or after July 1, 2013, prime contractors and subcontractors who are awarded contracts as a result of the bid process are required to use the Elation secure web-based Local Business Utilization Tracking System (LBEUTS) to submit 14B prime contractor and subcontrator payment information, including monthly progress payment invoices.  The LBEUTS replaces CMD Forms 7 and 9.  Refer to CMD Attachment 1 for more details.

- Subsequent to passage of California Assembly Bill 44, Bidders shall include the California contractor license number of each subcontractor in addition to other information required.  Bidder's failure to provide the required minimum information for each subcontractor with its Bid may result in a determination that Bidder has not met the requirements and, therefore, its Bid may be considered non-responsive.   Refer to Instructions to Bidders, Section 00 21 13, paragraph for Statutory Bidding Requirements.

## PROJECT INFORMATION

CONTRACT NO.:    **2264J** (ID NO. FCE15018)

PROJECT TITLE:    **PAVEMENT RENOVATION, SEWER REPLACEMENT, AND WATERMAIN INSTALLATION - HAIGHT STREET AND HAYES STREET**

BID OPENING DATE:    **October 1, 2014**: Sealed bids will be received at 1155 Market Street, 4th Floor, San Francisco, CA 94103 until 2:30 PM.

DESCRIPTION:    The Work is located on Haight St, from Ashbury St to Laguna St, and on Hayes St from Clayton St to Market St / Larkin St and consists of demolition, pavement renovation, curb ramp construction, sewer replacement and drainage work, watermain installation, AWSS relocation traffic signal conduits, audible pedestrian signal installation, traffic control, and all associated work.

PROJECT MANAGER:    Ramon Kong at 415-554-8280.

CONTRACT DURATION:    **490** consecutive calendar days from NTP to substantial completion.

ESTIMATE:    Approximately **$13,000,000**.

BID DOCUMENTS:    Digital files of Bid Documents, Plan Holders Lists, and Addenda may be downloaded at www.sfdpw.org/biddocs, or purchased on a CD format from Contract Administration Division 1155 Market Street, 4th Floor, telephone 415-554-6229, for a non-refundable $15.00 fee paid by cash or check to Department of Public Works. Notices regarding Addenda and other bid changes will be distributed by email to Plan Holders.

PRE-BID MEETING:    **September 17, 2014**; 1:30 p.m., at 1680 Mission Street, 3rd Floor

REQUIREMENTS *(Refer to Project Manual for a complete list)*:

1) **Class "A"** license required to bid.

2) Pursuant to San Francisco Administrative Code (SFAC) Section 6.25, "Clean Construction" is required for the performance of all work.

3) Bid discounts may be applied as per SFAC Chapter 14B.

4) Subcontracting goal is **25**% LBE.

5) Good Faith Efforts. In accordance with SFAC Chapter 14B requirements, all bidders, except those who meet the exception noted below, shall submit documented good faith efforts with their bids and must achieve 80 out of 100 points to be deemed responsive. Bidders will receive 15 points for attending the pre-bid conference. Refer to CMD Form 2B for more details. Exception: Bidders who demonstrate that their total LBE participation exceeds the above subcontracting goal by 35% will not be required to meet the good faith efforts requirements. Call Selormey Dzikunu at 415-558-4059 for details.

6) For information on the City's Surety Bond Program, call Jennifer Elmore at 415-217-6578.

7) This Project shall incorporate the required partnering elements for **Partnering Level 2**. Refer to Section 01 31 33 for more details.

END OF SECTION

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 16 of 279

SECTION 00 01 07

SEALS PAGE

The various portions of the specifications and other contract documents for project "PAVEMENT RENOVATION, SEWER REPLACEMENT, AND WATER MAIN INSTALLATION- HAIGHT STREET AND HAYES STREET," Department of Public Works Contract No. 2264J, have been prepared under the direction of the following design professionals, licensed in the State of California.

CIVIL ENGINEER
*Deanna M. Calleros, P.E.*
*Department of Public Works*
*Infrastructure Division*
*Streets & Highways Section*



CIVIL ENGINEER
*John Helmuth, P.E.*
*Department of Public Works*
*Infrastructure Division*
*Hydraulics Engineering Section*



CIVIL ENGINEER
*Roger F. Tam*
*City and County of San Francisco*
*San Francisco Public Utilities Commission*
*Engineering Management Bureau*



MECHANICAL ENGINEER
*Garrett Low, P.E.*
*City and County of San Francisco*
*San Francisco Public Utilities Commission*
*Engineering Management Bureau*



ELECTRICAL ENGINEER
*Steven T. Lee, P.E.*
*Department of Public Works*
*Infrastructure Division*
*Electrical Section*



MECHANICAL ENGINEER
*Michael Smith, P.E.*
*Department of Public Works*
*Infrastructure Division*
*Mechanical Section*



Case: 19-30088 Doc# 13719-2 Filed: 05/10/23 Entered: 05/10/23 14:28:46 Page 19 of 279

Copyright ©2014 City & County of San Francisco

STRUCTURAL ENGINEER
> *William Liang, P.E.*
> *Department of Public Works*
> *Infrastructure Division*
> *Structural Section*



TRAFFIC ENGINEER
> *Scott Broady, T.E.*
> *City and County of San Francisco*
> *Municipal Transportation Agency*
> *Traffic Routing and Construction Section*



END OF SECTION

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page
20 of 279

Copyright ©2014 City & County of San Francisco                                    2264J

SECTION 00 01 10

TABLE OF CONTENTS

Section No.                    Section Title

**PROCUREMENT AND CONTRACTING GROUP**

*Introductory Information*
00 01 03            PROJECT INFORMATION
00 01 07            SEALS PAGE
00 01 10            TABLE OF CONTENTS

**PROCUREMENT REQUIREMENTS**

00 11 13            ADVERTISEMENT FOR BIDS
00 21 13            INSTRUCTIONS TO BIDDERS
00 21 14            QUESTIONS ON BID DOCUMENTS
00 22 11            SUPPLEMENTARY INSTRUCTIONS TO BIDDERS: LOCAL BUSINESS
                    ENTERPRISE (LBE) PROGRAM
00 22 30            ESCROW BID DOCUMENTS

*Bidding Forms (To Be Submitted With Bid)*
00 40 13            BIDDING FORMS CHECKLIST
00 41 00            BID FORM
00 43 13            BID SECURITY FORM
00 43 20            ACKNOWLEDGMENT OF RECEIPT OF ADDENDA
00 43 36            PROPOSED SUBCONTRACTORS FORM (CMD FORM 2A)
00 45 13            BIDDER'S QUALIFICATIONS
00 45 60            HIGHEST PREVAILING WAGE RATE CERTIFICATION
00 45 65            CERTIFICATE OF BIDDER REGARDING APPRENTICESHIP TRAINING
                    PROGRAM
00 45 70            CERTIFICATE OF BIDDER REGARDING NONDISCRIMINATION IN
                    CONTRACTS AND BENEFITS
00 45 80            NONCOLLUSION AFFIDAVIT
00 45 82            CERTIFICATION OF BIDDER REGARDING DEBARMENT AND SUSPENSION
CMD2B               FORM 2B:"GOOD FAITH OUTREACH" REQUIREMENTS FORM

*Supplements to Bidding Forms (To Be Submitted After Bid Opening)*
00 49 00            SUPPLEMENTARY BIDDING FORMS CHECKLIST
CMD3                FORM 3: CMD NON-DISCRIMINATION AFFIDAVIT
CMD6                FORM 6: CMD LBE SUBCONTRACTOR PARTICIPATION AFFIDAVIT
CMD6A               FORM 6A: CMD LBE TRUCKING FORM
00 49 12            EXPERIENCE STATEMENT
00 49 14            CERTIFICATION OF SUBCONTRACTOR, LOWER-TIER SUBCONTRACTOR
                    OR SUPPLIER REGARDING DEBARMENT AND SUSPENSION
00 49 15            CERTIFICATE OF SUBCONTRACTOR REGARDING APPRENTICESHIP
                    TRAINING PROGRAM
00 49 16            ESCROW BID DOCUMENTS DECLARATION
00 49 18            REQUEST FOR PRODUCT SUBSTITUTION


**CONTRACTING REQUIREMENTS**

00 52 00            AGREEMENT FORM
00 61 13            PERFORMANCE BOND & PAYMENT BOND FORM

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page
22 of 279

00 63 30          ESCROW AGREEMENT FOR SECURITY DEPOSITS IN LIEU OF RETENTION
00 72 00          GENERAL CONDITIONS
00 73 00          SUPPLEMENTARY CONDITIONS
00 73 02          CONTRACT TIME AND LIQUIDATED DAMAGES
00 73 03          ADDITIONAL LIQUIDATED DAMAGES
00 73 16          INSURANCE REQUIREMENTS
00 73 20          EXISTING UTILITY FACILITIES
00 73 21          UTILITY CROSSINGS SPECIFICATIONS
00 73 25          ARCHAEOLOGICAL CONDITIONS
00 73 27          SPECIFIC PROJECT REQUIREMENTS
00 73 30          LOCAL HIRING REQUIREMENTS
                  FORM 1: LOCAL HIRING WORKFORCE PROJECTION
                  FORM 2: LOCAL HIRING PLAN
                  FORM 4: CONDITIONAL WAIVERS
00 73 73          STATUTORY REQUIREMENTS

**SPECIFICATIONS GROUP**

***GENERAL REQUIREMENTS SUBGROUP***

**DIVISION 01 - GENERAL REQUIREMENTS**

01 11 00          SUMMARY OF WORK
                  APPENDIX A: TEMPORARY STREET CLOSURES
                  APPENDIX B: HOLD HARMLESS AGREEMENT
01 20 00          PRICE AND PAYMENT PROCEDURES
01 21 00          ALLOWANCES
01 21 50          MOBILIZATION ITEM
01 25 13          PRODUCT SUBSTITUTION PROCEDURES
01 26 00          CONTRACT MODIFICATION PROCEDURES
01 29 73          SCHEDULE OF VALUES
01 31 13          PROJECT COORDINATION
01 31 19          PROJECT MEETINGS
01 31 33          PARTNERING REQUIREMENTS
01 31 34          APPENDIX A: THREE-PARTY FACILITATOR AGREEMENT
01 32 17          CONSTRUCTION PROGRESS SCHEDULE (BAR)
01 33 00          SUBMITTAL PROCEDURES
01 35 45          HEALTH AND SAFETY CRITERIA
01 41 00          REGULATORY REQUIREMENTS
01 42 00          REFERENCES
01 45 00          QUALITY CONTROL
01 50 00          TEMPORARY FACILITIES AND CONTROLS
                  APPENDIX A: PROJECT SIGN
01 52 13          FIELD OFFICES AND SHEDS
01 55 26          TRAFFIC CONTROL
01 56 39          TEMPORARY TREE AND PLANT PROTECTION
01 57 11          ENVIRONMENTAL MITIGATION MEASURES
01 57 13          TEMPORARY EROSION AND SEDIMENT CONTROL
01 57 26          TEMPORARY PROTECTION OF CATCH BASIN AND STORM DRAIN INLETS
01 60 00          PRODUCT REQUIREMENTS
01 71 23          FIELD ENGINEERING

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page
23 of 279

01 71 33          PROTECTION OF ADJACENT CONSTRUCTION
01 74 50          CONSTRUCTION & DEMOLITION DEBRIS RECOVERY PLAN
01 74 51          APPENDIX A: C&D DEBRIS RECOVERY WORKSHEET
01 77 00          CLOSEOUT PROCEDURES
01 78 23          OPERATIONS & MAINTENACE DATA
01 78 36          WARRANTIES
01 78 39          PROJECT RECORD DOCUMENTS

***FACILITY CONSTRUCTION SUBGROUP***

**DIVISION 02 - EXISTING CONDITIONS**

02 24 00          GROUNDWATER DEWATERING
02 41 00          DEMOLITION
02 81 00          TRANSPORTATION AND DISPOSAL OF HAZARDOUS MATERIALS

**DIVISION 03 - CONCRETE**

03 10 00          CONCRETE FORMING AND ACCESSORIES
03 20 00          CONCRETE REINFORCING
03 30 00          CAST-IN-PLACE CONCRETE

**DIVISION 05 - METALS**

05 50 00          FABRICATED METALWORK

***FACILITY SERVICES SUBGROUP***

**DIVISION 26 - ELECTRICAL**

26 04 00          GENERAL REQUIREMENTS FOR ELECTRICAL
26 05 00          COMMON WORK RESULTS FOR ELECTRICAL

***SITE AND INFRASTRUCTURE SUBGROUP***

**DIVISION 31 - EARTHWORK**

31 00 00          REPAIR AND REPLACEMENT OF SIDE SEWER FOR WATER WORK
31 23 00          EXCAVATION AND FILL
31 23 20          GROUND WATER CONTROLS
31 23 33          TRENCHING AND BACKFILLING
31 23 34          PAVEMENT CUTTING AND EXCAVATION
31 23 36          EXCAVATION AND BACKFILL FOR WATER WORK
31 40 00          SHORING AND UNDERPINNING

**DIVISION 32 - EXTERIOR IMPROVEMENTS**

32 00 00          PAVEMENT RESTORATION FOR WATER WORKS
32 01 16.71       COLD MILLING ASPHALT PAVING
32 12 16          ASPHALT PAVING
32 13 13          CONCRETE PAVING
32 14 16          BRICK UNIT PAVING
32 14 18          GRANITE MASONRY
32 17 33          CAST-IN-PLACE DETECTABLE SURFACE TILES

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 24 of 279

Copyright ©2014 City & County of San Francisco                                    2264J

32 17 53          ADJUSTMENT OF FRAMES AND CASTINGS

**DIVISION 33 - UTILITIES**
33 11 00          DUCTILE IRON PIPE AND FITTINGS FOR WATER WORKS
33 11 23          AWSS WORK
33 11 24          AWSS HP DI GATE VALVE
33 11 41          POLYETHYLENE ENCASEMENT OF DUCTILE IRON PIPE AND FITTINGS FOR WATER WORK
33 11 43          REMOVAL OF SFWD-OWNED VALVE BOX AND COVER
33 11 45          INSTALLATION OF SCREW TAPS, SERVICE PIPE AND FITTINGS FOR WATER WORK
33 12 16          BUTTERFLY VALVES
33 13 00          SANITARY WORK PRACTICES AND DISINFECTION OF WATER UTILITY DISTRIBUTION
33 31 00          SANITARY UTILITY SEWERAGE PIPING

***PROCESS EQUIPMENT SUBGROUP***

*(NOT USED)*

END OF SECTION

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 25 of 279

SECTION 00 11 13

ADVERTISEMENT FOR BIDS

This Section includes a facsimile of the legal notice informing all qualified Bidders of the City's intent to solicit and receive Bids for the construction of the Project covered by the Bid Documents as defined herein for Contract No. 2264J.

**ADVERTISEMENT FOR BIDS**
**CITY & COUNTY OF SAN FRANCISCO**
**DEPARTMENT OF PUBLIC WORKS**

Contract No. 2264J  (ID No. FCE15018)
PAVEMENT RENOVATION, SEWER REPLACEMENT, AND WATERMAIN INSTALLATION
- HAIGHT STREET AND HAYES STREET

Sealed bids will be received at 1155 Market Street, 4th Floor, San Francisco, California 94103 until **2:30 p.m. on October 1, 2014**, after which they will be publicly opened and read. Digital files of Bid Documents, Plan Holders Lists, and Addenda may be downloaded at no cost from the Department of Public Works (DPW) Electronic Bid Documents Download site at www.sfdpw.org/biddocs, or purchased on a CD format from 1155 Market Street, 4th Floor, San Francisco, California 94103, telephone 415-554-6229, for a non-refundable $15.00 fee paid by cash or check to "Department of Public Works". Please visit the DPW's Contracts, Bid Opportunities and Payments webpage at www.sfdpw.org for more information.  Notices regarding Addenda and other bid changes will be distributed by email to Plan Holders.

The Work is located on Haight St, from Ashbury St to Laguna St, and on Hayes St from Clayton St to Market St / Larkin St and consists of demolition, pavement renovation, curb ramp construction, sewer replacement and drainage work, watermain installation, AWSS relocation traffic signal conduits, audible pedestrian signal installation, traffic control, and all associated work. The time allowed for completion is 490 consecutive calendar days.  The Engineer's estimate is approximately $13,000,000. For more information, contact the Project Manager, Ramon Kong at 415-554-8280.

This Project shall incorporate the required partnering elements for **Partnering Level 2**.  Refer to Section 01 31 33 for more details.

Pursuant to San Francisco Administrative Code (SFAC) Section 6.25, "Clean Construction" is required for the performance of all work.

The Specifications include liquidated damages. Contract will be on a Lump Sum Bid Items With Unit Prices basis. Progressive payments will be made.

Bid discounts may be applied as per SFAC Chapter 14B.  Subcontracting goal is **25% LBE**. Call Selormey Dzikunu at 415-558-4059 for details. In accordance with SFAC Chapter 14B requirements, all bidders, except those who meet the exception noted below, shall submit documented good faith efforts with their bids and must achieve 80 out of 100 points to be deemed responsive. Bidders will receive 15 points for attending the pre-bid conference. Refer to CMD Form 2B for more details. Exception: Bidders who demonstrate that their total LBE participation exceeds the above subcontracting goal by 35% will not be required to meet the good faith efforts requirements.

A pre-bid conference will be held on **September 17, 2014**; 1:30 p.m., at 1680 Mission Street, 3rd Floor.

For information on the City's Surety Bond Program, call Jennifer Elmore at (415) 217-6578.

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 26 of 279

A corporate surety bond or certified check for ten percent (10%) of the amount bid must accompany each bid. SFAC Sec. 6.22(A) requires all construction greater than $25,000 to include performance and payment bonds for 100% of the contract award.

**Class "A"** license required to bid.

In accordance with San Francisco Administrative Code Chapter 6, no bid is accepted and no contract in excess of $400,000 is awarded by the City and County of San Francisco until such time as the Mayor or the Mayor's designee approves the contract for award, and the Director of Public Works then issues an order of award. Pursuant to Charter Section 3.105, all contract awards are subject to certification by the Controller as to the availability of funds.

Minimum wage rates for this project must comply with the current General Prevailing Wage as determined by the State Department of Industrial Relations. Minimum wage rates other than applicable to General Prevailing Wage must comply with SFAC Chapter 12P, Minimum Compensation Ordinance.

This Project is subject to the requirements of the San Francisco Local Hiring Policy for Construction ("Policy") as set forth in Section 6.22(G) of the SFAC. Bidders are hereby advised that the requirements of the Policy will be incorporated as a material term of any contract awarded for the Project. Refer to Section 00 73 30 of the Project Manual for more information.

Right reserved to reject any or all bids and waive any minor irregularities.

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 27 of 279

SECTION 00 21 13

INSTRUCTIONS TO BIDDERS

1.1     BIDDING DEFINITIONS

A.     The Bid Documents consist of the Advertisement for Bids, Instructions to Bidders, the Bid and all accompanying Bid forms, Bid security or bond, Contract Monitoring Division employment requirements, the Drawings, the Project Manual, and all Addenda issued prior to receipt of Bids.

B.     Addenda are written or graphic instruments issued by the City prior to the receipt of Bids which modify or interpret the Bid Documents by additions, deletions or other changes.

C.     A Bid is a complete and properly executed offer, submitted in accordance with the Bidding requirements, to provide products and services and to perform the Work in accordance with the requirements of the Contract Documents.

D.     The Total Bid Price is the sum stated in the Bid for which the Bidder offers to perform the Work described in the Bid Documents and it shall include the entire cost of all Work necessary for a complete and fully operational structure or facility in accordance with the requirements of the Contract Documents.

E.     A Bidder is a person or entity who submits a Bid.

F.     All definitions set forth in the General Conditions (Section 00 72 00) and in other Contract Documents are applicable to the Bid Documents.

1.2     DRAWING INDEX

A.     The Drawings, entitled "PAVEMENT RENOVATION, SEWER REPLACEMENT, AND WATERMAIN INSTALLATION - HAIGHT STREET AND HAYES STREET" and dated **AUGUST 2014**, are incorporated as Contract Documents.  Refer to the Drawings for Index of Drawings.

1.3     BIDDING CONTACT INFORMATION

A.     For obtaining Bid Documents, and submittal of Bids and other required bidding and contract documents, contact the following "**Contract Administration Division**":

Contract Administration Division
Department of Public Works
City and County of San Francisco
1155 Market Street, 4th Floor
San Francisco, California 94103
Telephone: 415-554-6229

B.     For technical questions on the Bid Documents, scheduling of special field visits, and submittal of Request for Product Substitutions, contact the following "Project Engineer":

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page
28 of 279

Stephanie Yuan
Infrastructure Division
Department of Public Works
City and County of San Francisco
1690 Mission Street, 3rd Floor
San Francisco, CA 94103
415-8325             General Telephone No.
415-554-8209         Direct Telephone No.
415-554-8243         Fax

C.   For questions on CMD bid documents and submittal of required CMD Forms, contact the following "Contract Compliance Officer":

Selormey Dzikunu
Contract Monitoring Division
30 Van Ness Avenue, 5th Floor
San Francisco, CA  94102
Telephone: 415-558-4059

1.4     ISSUANCE OF BID DOCUMENTS

A.   Bid Documents may be obtained from **Contract Administration Division** and downloaded from DPW website as described in the Advertisement for Bids.

B.   A full set of Bid Documents is available for inspection during business hours without charge at the Contract Administration Division. Bidders may be allowed to perform inspection only, but not to inspect and perform bid take offs.  The Bid Documents are also available for inspection at various builders' exchanges and agencies.  For a current distribution list of such agencies contact the Contract Administration Division.

1.5     EXAMINATION OF BID DOCUMENTS AND SITE

A.   If a Bidder objects on any grounds to any bid specification or legal requirement imposed by this Specification, the Bidder shall, not more than ten calendar days after this Contract is advertised, provide written notice to Contract Administration Division setting forth with specificity the grounds for the objection. The failure of a bidder to object in the manner set forth in this paragraph shall constitute a complete and irrevocable waiver of any such objection.

B.   Before submitting a Bid, Bidder shall carefully examine the Bid Documents, visit the Site, and fully inform themselves of existing conditions and limitations, including all items described in the Bid Documents.  No consideration will be granted for any alleged misunderstanding of the materials to be furnished, Work to be performed or of actual conditions at the Site, it being understood that the tender of a Bid carries with it the agreement to complete all Work and comply with all conditions specified herein and indicated in the Bid Documents.

C.   All special Site access for facility inspection and subsurface investigations shall be requested, approved and scheduled through the Project Engineer/Architect.
    1.    Persons requesting special site access must identify the Bidder being represented, who must be on file with the **Department of Public Works** as a plan holder.
    2.    No discussion, dissemination of information or clarification of the Bid Documents will be given during Site access.  A City representative must accompany each person or group requesting special site access.
    3.    Length of time of tours, number of tours per day and areas open for special Site access are limited and must be scheduled in advance.

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 29 of 279

4.      No adjustment in the Contract Sum will be allowed because of a Bidder's inability to gain access to the Site during the Bid period.

D.  The submission of a Bid will constitute an incontrovertible representation by Bidder of the following:
1.      Bidder has complied with every requirement of this Article "Examination of Bid Documents and Site";
2.      the Bid price is premised upon performing and furnishing the Work required by the Contract Documents without exception; and
3.      the Contract Documents are sufficient in scope and detail to accurately describe all terms and conditions for the performance of the Work.

1.6   INTERPRETATIONS AND ADDENDA

A.  Prior to receipt of Bids, should a Bidder find discrepancies, ambiguities, or conflicts in the Bid Documents, or should there be doubt as to meaning of a provision or requirement, the Bidder shall notify at once the City in writing using the Questions on Bid Documents (QBD) form (Section 00 21 14) and submit the same to the Project Engineer/Architect.

B.  If the response to a QBD is not already contained in the current Bid Documents and resolution of the question is considered necessary by the City, then the City will, time permitting, issue a written response in the form of an Addendum to all Bidders of record.
1.      Only responses contained in an Addendum will be binding.
2.      The City will not be responsible for oral explanations or interpretations of the Bid Documents.

C.  The products specified in the Bid Documents establish a minimum standard of required type, function and quality that substitutions must meet to be considered acceptable to the City.  To obtain acceptance of unspecified products, Bidders shall submit the QBD form accompanied by a Request for Product Substitution form (Section 00 49 18) together with required supporting documentation.
1.      The burden of proof of the merit of the proposed substitute item is upon the Bidder.
2.      The City's decision of approval or disapproval of a proposed substitute item will be final.
3.      If the City approves a proposed substitute item, such approval will be set forth in an Addendum issued to all prospective Bidders.

D.  Questions or requests for substitution received less than 10 days prior to the date of receiving Bids may not be answered.

1.7   PRE-BID CONFERENCE
A.  A pre-bid conference will be held at the place and no later than the date and time specified in the Advertisement for Bids for discussion of the Contract Documents and specific project requirements, and the City's affirmative action and surety bond programs.  The City's representatives will be present at the pre-bid conference to receive questions. Subsequently, an Addendum incorporating the City's responses to questions will be issued, if deemed necessary by the City.

B.  In accordance with Chapter 14B requirements, all bidders shall submit documented good faith efforts with their bids and attendance at a pre-bid conference is required as one of the good faith steps.

1.8   BID SECURITY

A.  A bid security, in an amount equal to 10 percent of the total Bid Price, shall be submitted with each Bid.

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 30 of 279

B. The bid security may be in the form of a notarized corporate surety bond, a certified check payable on sight to the City and County of San Francisco, or an irrevocable letter of credit, on a bank or trust company doing business and having an office in the State of California, having a combined capital and surplus of at least $50,000,000, and subject to supervision and examination by Federal or State authority, as provided for in San Francisco Administrative Code section 6.21.A.4.

C. A notarized Bid Security Form (Section 00 43 13) shall be submitted unless the Bid is accompanied by a certified check or irrevocable letter of credit.

1.9 STATUTORY BIDDING REQUIREMENTS

A. Pursuant to section 6.21.A.9 of the San Francisco Administrative Code, Bidder must submit on the Proposed Subcontractors Form attached to the Bid forms (refer to Section 00 43 36) information regarding Subcontractors that Bidder intends to employ to perform Work in an amount in excess of one-half of one percent, or $10,000, whichever is greater. Bidder shall list only one such Subcontractor for each portion of the Work. Bidder shall complete and submit the Proposed Subcontractors Form with its Bid.

B. Pursuant to California Assembly Bill 44, Bidders must provide the following information with its Bid for each listed subcontractor: i) the name of business; ii) the location of the place of business; iii) portion of work that will be performed by the subcontractor; and iv) the California contractor license number of each subcontractor who will perform work

1. An inadvertent error in listing the California contractor license number for each subcontractor listed number shall not be grounds for filing a bid protest or grounds for considering the bid nonresponsive if the corrected contractor's license number is submitted within 24 hours after the bid opening and provided the corrected contractor's license number corresponds to the submitted name and location for that subcontractor.

2. Failure to complete the required forms as described above. e.g. if the box on the form is blank, the Bidders failure to provide the required information may result in a determination that the Bid is non-responsive.

C. Bidder shall list on the Bid Form its current contractor license number and San Francisco business tax registration certificate number, and list on the Proposed Subcontractors Form the current contractor license number and San Francisco business tax registration certificate number for each Subcontractor listed. If the apparent low Bidder fails to list such registration numbers, the apparent low Bidder shall furnish such numbers when the Contract is awarded.

D. In conformance with Public Contract Code Section 7106, a Noncollusion Affidavit (Section 00 45 80) is included with the Bid Form. Signing the Bid Form shall also constitute signature of the Noncollusion Affidavit.

E. Bidder shall complete and submit with its Bid a Highest Prevailing Wage Rate Certification (Federal) form (Section 00 45 61) certifying its intention to comply with section A7.204 of the San Francisco Charter and section 6.22E of the San Francisco Administrative Code.

F. Pursuant to section 6.22(N) of the San Francisco Administrative Code Bidder shall complete and submit with its Bid a Certificate of Bidder Regarding Apprenticeship Training Program form (Section 00 45 65).

G. Contractor License: Bidder must be properly licensed at the time of Bid, and at all times during the performance of the Work.

Case: 19-30088 Doc# 13719-2 Filed: 05/10/23 Entered: 05/10/23 14:28:46 Page 31 of 279

1.10    DEBARMENT AND SUSPENSION CERTIFICATION REQUIREMENTS

    A.    Bidder shall complete and submit with its Bid the Certification of Bidder Regarding Debarment and Suspension form (Section 00 45 82).

    B.    Bidder further agrees by submitting this Bid that it will require its subcontractors, lower-tier subcontractors and suppliers to complete and submit to the City within 10 working days after the date of the City's notification of the lowest Bidder the Certification of Subcontractor, Lower-Tier Subcontractor or Supplier Regarding Debarment and Suspension form (Section 00 49 14) for lower tier covered transactions of $25,000 or more.

    C.    Bidder agrees by submitting this Bid that, should the Contract be entered into, it shall not knowingly enter into any lower tier covered transaction with a person who is debarred, suspended, declared ineligible, or voluntarily excluded from participation in this Contract, unless authorized by the City.

1.11    CONTRACTOR QUALIFICATIONS

    A.    <u>Subcontractor Qualifications.</u> As a condition of the award of Contract, the low Bidder, and any other Bidder so requested, within 10 working days after the date of the City's notification of the lowest Bidder, shall submit to the Project Engineer a completed Experience Statement form (Section 00 49 12) for each person or entity who will be designated as subcontractors listed as follows:
        1.    Traffic Control Subcontractor, in the event that such subcontractor is used to perform traffic control work, as specified in Specifications Section 01 55 26 – Traffic Control.

        If the Bidder's listed subcontractor does not meet the experience requirements stated above, the City may determine the Bidder to be unqualified to perform the work under this contract.

1.12    LOCAL BUSINESS ENTERPRISE (LBE) PROGRAM

    A.    Bidders' attention is directed to the City's Non-Discrimination and Subcontracting requirements for this Contract as specified in CMD Attachment 1 and in accordance with Chapter 14B.  Refer to the following CMD website to download a copy of CMD Attachment 1: http://sfgsa.org/index.aspx?page=5365

    B.    Subcontracting goal requirements under Chapter 14B shall apply to this Contract. Refer to Supplementary Instructions to Bidders: Local Business Enterprise (LBE) Program (Section 00 22 11) for more details.

1.13    LOCAL HIRING REQUIREMENTS

    A.    The San Francisco Local Hiring Policy for Construction, San Francisco Administrative Code section 6.22(G), will apply to this Contract, if awarded.  Refer to Section 00 73 30 for information regarding local hiring requirements, including but not limited to local hiring forms that must be submitted after Contract award and prior to Notice to Proceed.  In addition, OEWD maintains a "Q&A" regarding the Policy, which is available on OEWD's website at: www.oewd.org

1.14    ACKNOWLEDGMENT OF RECEIPT OF ADDENDA

    A.    Bidder shall acknowledge receipt of all Addenda by completing the Acknowledgment of Receipt of Addenda form (Section 00 43 20) attached to the Bid Form.

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 32 of 279

1.15    BID FORM

    A.    The Bid shall be made on the Bid Form (Section 00 41 00), which may include Schedule of Bid Prices for unit price bid items, as applicable.

1.16    SUBMISSION AND OPENING OF BIDS

    A.    Bids shall be submitted at **Contract Administration Division** no later than the date and time, and at the place specified in the Advertisement for Bids, or as subsequently specified if changed by Addendum.

        1.    The deadline for submitting Bids will be the time stated in the Advertisement for Bids, exactly, the time to be determined per United States Official Time (Pacific), accessed at: www.time.gov

        2.    No Bids received after the specified date and time will be accepted.

    B.    Bidder shall fill in all blanks as appropriate on the Bid Form (Section 00 41 00) and shall submit with its Bid the forms listed in the Bidding Forms Checklist (Section 00 40 13) properly completed and executed as needed.

    C.    Envelopes containing Bids shall be sealed, addressed to **Director of Public Works**, and designated as "Bid for PAVEMENT RENOVATION, SEWER REPLACEMENT, AND WATERMAIN INSTALLATION - HAIGHT STREET AND HAYES STREET (**Department of Public Works Contract No. 2264J**)."  Envelopes shall bear the name and address of the Bidder.

    D.    Bids that are mailed or sent by messenger service shall have the previously described envelope placed inside an envelope addressed as described in Paragraph A of this Article "Submission and Opening of Bids".  It shall be Bidder's responsibility to see that Bids are sent in sufficient time to be received at that address and taken to the place of the Bid opening prior to the time specified in the Advertisement for Bids.

        1.    Bids submitted to the City by facsimile transmission (faxed) will be rejected.

    E.    Bids which are in any way conditional or which make alterations, omissions, or qualifications to the terms of the Bid or Bid Documents may be rejected as incomplete or qualified.

    F.    All Bid data, except signatures, shall be typed or printed legibly in ink.  Mistakes may be crossed out and corrections inserted adjacent, with each correction initialed in ink by the signer of the Bid.

    G.    Each Bid shall show the full business address of the Bidder and be executed with its usual signature.  A Bid by a partnership shall furnish the full names of all partners and shall be signed in the partnership name by one member of the partnership or by an authorized representative, followed by the signature and title of the person signing.  A Bid by a corporation, with corporate seal affixed, shall be executed with the legal name of the corporation, followed by the name of the state of incorporation, and the signature and title of the person executing.  The name and title of the person executing shall also be typed or printed below the signature.  When required by the City, satisfactory evidence of the authority of the officer executing on behalf of the corporation shall be furnished.

    H.    Bids will be opened and read in public; subsequently, the City will furnish Bid tabulations to a Bidder who requests said information.

        1.    Bidders requesting information on the Bid results shall make such requests in writing at least 24 hours after the receipt of Bids to **Contract Administration Division**.

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 33 of 279

1.17    INFORMATION TO BE SUBMITTED AFTER BID OPENING

    A.    After the Bid Opening, required Bidders shall submit properly completed and executed Supplementary Bid Forms within the specified time and to the appropriate person as listed in the Supplementary Bidding Forms Checklist (Section 00 49 00) and as described below.

    B.    Within 10 working days after the date of the City's notification of the lowest Bidder, the low Bidder, and any other Bidder so requested, shall submit the following:
        1.    Certification of Subcontractor, Lower-Tier Subcontractor or Supplier Regarding Debarment and Suspension form (Section 00 49 14) completed by each subcontractor, lower-tier subcontractor and supplier for lower tier covered transactions of $25,000 or more.
        2.    Certificate of Subcontractor Regarding Apprenticeship Training Program form (Section 00 49 15) completed by each subcontractor who employs journeymen or apprentices in an apprenticeable craft or trade.

    C.    Refer to Supplementary Instructions to Bidders: Local Business Enterprise (LBE) Program (Section 00 22 11) for additional CMD submittal requirements after bid opening.

    D.    Refer to Article "Bidder's Qualifications" of this Section 00 21 13 for additional qualifications submittal requirements after Bid opening.

    E.    Refer to Section 00 22 30 - Escrow Bid Documents for additional submittal requirements after Bid opening.

    F.    Requests For Product Substitution: If the successful Bidder wishes to propose an "or equal" or other product substitution, said Bidder must make such request no later than 10 calendar days following the date of the Award.  Requests shall be granted or denied at the City's sole discretion.  Refer to Section 00 49 18 and Specifications Section 01 25 13.
        1.    The completed Requests for Product Substitution form shall be submitted to the Project Engineer/Architect.

1.18    WITHDRAWAL OR REVISION OF BID

    A.    Any Bid may be withdrawn or revised prior to the scheduled time for the receipt of Bids. Those Bids not withdrawn prior to the scheduled time for receipt of Bids shall not be withdrawn for a period of 90 days thereafter.

1.19    BID PROTESTS

    A.    Bidder may file a protest with the City against another Bidder or Bidders subject to the provisions of this Article "Bid Protests."  The procedures and time limits set forth in this Article "Bid Protests" are mandatory and are the Bidder's sole and exclusive remedy in protesting other Bidders' Bids. Failure to comply with these procedures shall constitute a waiver of any right to pursue the bid protest, including filing a Government Code claim or other legal proceedings.

    B.    A protest shall be governed by the following time limitations:
        1.    A protest shall be in writing and shall be received by the City no later than 5:00 p.m. on the 5th working day after the date of Bid opening. A copy of the protest with all supporting documentation shall be delivered concurrently by the protesting Bidder to all Bidders against whose Bids the protest is directed.
        2.    The City will give the protested Bidders 5 working days to respond to the protest.
        3.    All protests and responses or comments by opposing Bidders that are received after the time set forth herein will be rejected.

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 34 of 279

      4.      The City will evaluate all protests and responses and issue a written decision on such protests, responses and other matters related to award of the Contract.

      5.      Protests not received within the time and in the manner specified will not be considered.

C.      Delivery of protest:

      1.      If a protest is mailed, the protesting Bidder bears the risk of non-delivery within the required time period.  Protests should be transmitted by Certified Mail-Return Receipt Requested or by other means which objectively establish the date of receipt by the City.

      2.      Telephoned protests will not be considered.

      3.      Protests shall be transmitted to Contract Administration Division.

D.      Content of  protest:

      1.      The protest document shall state the basis for the protest and provide supporting evidence.

      2.      The protest shall refer to the specific portion of the Bid that forms the basis of the protest.

      3.      The protest shall include the name, address, and telephone number of the person representing the protesting Bidder.

      4.      If the City determines that a protest is frivolous, the protesting Bidder may be determined to be non-responsible and that Bidder may be determined to be ineligible for future contract awards.

## 1.20   AWARD OF CONTRACT

A.      In accordance with San Francisco Administrative Code chapter 6, no bid is accepted and no contract in excess of $400,000 is awarded by the City until such time as the Mayor or the Mayor's designee approves the contract for award, and the Director of Public Works then issues an order of award.

B.      Pursuant to Charter section 3.105, all contract awards are subject to certification by the Controller as to the availability of funds.

C.       The Contract, if awarded, will be awarded to the responsible Bidder who submits the lowest responsive Bid.

D.      The City will issue a written notification of award of the Contract to the successful Bidder.

## 1.21   CONTRACT SECURITY

A.      Article 10 of the General Conditions (Section 00 72 00) sets forth the City's requirements as to performance and payment (labor and material) bonds.

B.      When the successful Bidder delivers the executed Agreement, it must be accompanied by the required performance and payment bonds.

## 1.22   EXECUTION OF CONTRACT

A.      The successful Bidder shall deliver within 10 working days after the date of the City's written notification of award of the Contract the following properly completed and signed documents to **Contract Administration Division**.

      1.      Contract Agreement (Section 00 52 00), 2 original copies with the successful Bidder's signature affixed thereto.

          a.      If successful Bidder is "doing business as" company, attach a copy of "dba" certificate filed with and certified by the County Clerk.

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 35 of 279

2.      Performance bond and payment (labor and material) bond (Section 00 61 13), 2 original copies of each.

3.      Insurance certificates and endorsements, 2 original copies of each, including the following:

      a.     The Contract number "**2264J**" and Project title "PAVEMENT RENOVATION, SEWER REPLACEMENT, AND WATERMAIN INSTALLATION - HAIGHT STREET AND HAYES STREET", the agent names and telephone numbers, and name the certificate holder as follows:

                Contract Administration Division
                Department of Public Works
                1155 Market Street, 4th Floor
                San Francisco, CA  94103

      b.     Name as additional insured the parties as specified in Section 00 73 16, Article "Insurance for Others".

      c.     Otherwise comply with applicable requirements as specified in Section 00 73 16.

4.      Corporate authority in the form of resolution or certified extract from the minutes authorizing the signatory to sign on behalf of the corporation.

5.      Power of Attorney authorizing signatories to execute Performance and Payment Bonds.

6.      Proof of Status as Signatory to Apprenticeship Program or Proof of Payment:

      a.     If successful Bidder declared that it is a signatory to a recognized apprenticeship or training program on the Certificate of Bidder Regarding Apprenticeship Training Program form (Section 00 45 65), successful Bidder shall submit written proof of its status as a signatory.

      b.     For each subcontractor that declared it is a signatory to a recognized apprenticeship or training program on the Certificate of Subcontractor Regarding Apprenticeship Training Program form (Section 00 49 15), successful Bidder shall submit written proof of each such subcontractor's status as a signatory.

      c.     Successful Bidder and/or its subcontractor(s) that are not signatories to a recognized apprenticeship or training program as described herein shall be required after award of the Contract to submit with each progress payment request, beginning with the second such request, proof that successful Bidder (Contractor) or its subcontractor(s) contribute to a fund or funds to administer and conduct the apprenticeship program(s) in the area of the Site for each apprenticeable trade or craft that Contractor or its subcontractor(s) is providing labor to the Project.  Such contributions shall be made on the same basis and in the same manner as the other contractors do, or, where the trust fund administrators are unable to accept such funds, Contractor and its subcontractor(s) must provide written proof of payment of a like amount to the California Apprenticeship Council.

B.      Additionally, if not included with the Bid, the successful Bidder shall deliver to **Contract Administration Division** within the time limit set forth above, the required San Francisco business tax registration numbers and contractor license numbers.

C.      Failure to deliver to the **Department of Public Works** one or more of the documents listed in this Article "Execution of Contract" shall constitute a refusal to enter into the Contract and may result in forfeiture of Bidder's bid security.

<p align="center">END OF SECTION</p>

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 36 of 279

DOCUMENT 00 21 14

QUESTIONS ON BID DOCUMENTS (QBD)

*Potential Bidders must complete this QBD Form and submit to the address below no later than 10 calendar days before the bid opening date.*

Project:  PAVEMENT RENOVATION, SEWER REPLACEMENT,
            AND WATERMAIN INSTALLATION –
            HAIGHT STREET AND HAYES STREET

Contract No. 2264J (ID No. FCE15018)

To:  Infrastructure Division
     1690 Mission Street, 3rd Floor
     San Francisco, CA  94103
     Tel: 415-554-8209  Fax: 415-554-8243
     Attention:  Stephanie Yuan
     Email:  Stephanie.Yuan@sfdpw.org

| City Use Only | |
|---|---|
| QBD No. | |
| Received by: | |
| Date Received: | |
| Addendum Issued? | ☐ Yes ☐ No |
| Date Sent Response: | |

**CONTRACTOR'S QUESTIONS**

Company Name: _____   Date _____
Contact Name: _____   Tel: _____
Title: _____   Fax: _____

*Check One Only (Use separate form for each specifications and drawing question.)*
☐  Spec. Section: _____   Paragraph(s): _____
☐  Drawing Sheet: _____   Detail(s): _____

*Question:*


**CITY'S REPLY**

☐  Mark this box if the QBD can be answered by Bidder's review of the documents.  Reply with location(s) where the information can be obtained.

*Reply:*


By: _____   Bureau/Firm: _____   Date: _____

The reply is an answer to a Bidder's question. The reply does not change the Bid Documents unless the information contained therein is issued in an Addendum. At the sole discretion of the City, the question and reply may be returned to the questioner and distributed to all bidding general contractors for informational purposes.

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 38 of 279

SECTION 00 22 11

SUPPLEMENTARY INSTRUCTIONS TO BIDDERS: LOCAL BUSINESS ENTERPRISE (LBE)
PROGRAM

1.1   CONTRACT MONITORING DIVISION BIDDING REQUIREMENTS

A.   This Contract is subject to the applicable requirements of Chapter 14B of the San Francisco
Administrative Code.

B.   Bidders' attention is directed to the City's Subcontracting and Non-Discrimination
requirements for this Contract as specified in CMD Attachment 1. Refer to the following
website to download a copy of CMD Attachment 1: http://sfgsa.org/index.aspx?page=6135

C.   All references to Section 14B in this Section shall mean the Sections in Chapter 14B of the
San Francisco Administrative Code.

D.   Prime contractors and subcontractors who are awarded contracts as a result of the bid
process are required to use the Elation secure web-based Local Business Utilization
Tracking System (LBEUTS) to submit 14B prime contractor and subcontractor payment
information, including monthly progress payment invoices.  The LBEUTS replaces CMD
Forms 7 and 9.  Refer to CMD Attachment 1 for more details.

E.   Effective July 1, 2012, the Mayor transferred all of the duties and functions of the Human
Rights Commission ("HRC") and the Director of the HRC under Administrative Code Chapter
14B, with the exception of the authority of the Director of the HRC set forth in Section
14B.9(D) and 14B.17(F), and administration of the Chapter 12B Equal Benefits Ordinance
from the HRC to the Contract Monitoring Division of the Office of the City Administrator.
Until Chapter 14B is amended to reflect the transfer, all references in the Ordinance and
implementing Rules and Regulations to the "Director" shall refer to the Director of the CMD,
and all references to the Human Rights Commission shall refer to the City Administrator.

F.   To be eligible for award of the Contract, each Bidder must comply with all applicable
requirements of the San Francisco Contract Monitoring Division ("CMD").

G.   Copies of the LBE certification applications and the listing of CMD-certified LBEs can be
obtained from the above website, or at:

Contract Monitoring Division
30 Van Ness Avenue, Suite 200
San Francisco, CA 94102
(415) 581-2310

1.2   LBE CERTIFICATION

A.   The San Francisco Contract Monitoring Division certifies firms as Local Business Enterprise
(LBE) which meet the certification requirements under Section 14B.3.

B.   The three categories of LBEs are Small-LBEs, Micro-LBEs, or SBA-LBEs. Such LBEs are
also either MBEs, WBEs, or OBEs.

1.3   LBE SUBCONTRACTOR PARTICIPATION

A.   The LBE subcontractor participation goal for this Contract is **25 percent**.

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page
40 of 279

1.  Pursuant to Sec. 14B.9 of the Administrative Code, bidders are hereby advised that the availability of Minority Business Enterprises (MBE), Woman Business Enterprises (WBE) and Other Business Enterprises (OBE) to perform subcontract work on this project is as follows:

    12% MBE;        3% WBE;      10% OBE.

2.  Bidders are further advised that they may not discriminate in the selection of subcontractors on the basis of race, gender, or any other basis prohibited by law, and that they shall undertake all required good faith outreach steps in such a manner as to ensure that neither MBEs nor WBEs nor OBEs are unfairly or arbitrarily excluded from the required outreach.

B.  Only Contract Monitoring Division certified Small-LBEs and Micro-LBEs can be utilized to comply with the subcontracting goals. Bidders shall not use SBA-LBEs to meet the subcontracting goal.

C.  The City will monitor the quantities of Work and amounts paid therefor, dependent upon the method of construction and operations, for compliance with Contractor's LBE subcontracting commitments.

D.  Bidders are reminded that when purchasing manufactured equipment, LBE credit to meet subcontracting goals will be calculated as follows:

1.  If any of the equipment listed in subparagraph (4) below is manufactured by and purchased from an CMD certified LBE manufacturer the entire amount of the purchase order regardless of who does the installation will be credited towards meeting the LBE subcontracting participation goal. Any such LBE manufacturer must be listed on Section 00 43 36 (CMD Form 2A). If no equipment is listed under subparagraph (4) below, Bidder shall identify in its Proposed Subcontractors Form (Section 00 43 36) the LBE-certified manufacturer and, as its portion of work, the specific equipment to be manufactured with a reference to the relevant specifications section. Failure to provide the necessary information may result in the Bidder not receiving participation credit for that manufacturer.

2.  Notwithstanding Chapter 14B Rules and Regulations and CMD Attachments 1 if any of the equipment listed in subparagraph (4) below is purchased from an CMD certified LBE supplier only 5% of the purchase price of the equipment will be credited towards meeting the LBE subcontracting participation goal. No LBE credit beyond the 5% mentioned above will be given for any claimed services (including, but not limited to, costs of insurance, warehousing, and general maintenance) provided by the LBE supplier. Any such LBE supplier must be listed on Section 00 43 36 (CMD Form 2A).

3.  A bidder shall receive full LBE subcontracting participation credit for any labor associated with the installation of the equipment, provided the installation is performed by an CMD certified LBE which has been listed on Section 00 43 36 (CMD Form 2A).

4.  List of Equipment:
    a)   None.

E.  Acceptance of Bids shall not constitute approval by the City of the list of subcontractors submitted with any Bid. To obtain such approval, each Bidder and its subcontractors shall satisfactorily complete, execute, and submit all required CMD forms in a timely manner, and be in compliance with all other applicable provisions of the Contract Documents.

1.4   BID DISCOUNTS

A.   In accordance with Section 14B.7(E), a 2% bid discount shall apply to any bid from a SBA-LBE.

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page
41 of 279

    B.    The 10% bid discount for Small-LBE or Micro-LBE shall not apply.

1.5    GOOD FAITH EFFORTS REQUIREMENTS

    A.    In accordance with Sections 14B.8(D) and (E), all bidders, unless they meet the exception noted below, shall submit documented good faith efforts with their bids and must achieve 80 out of 100 points to be deemed responsive.  Refer to CMD Form 2B for more details.

    B.    <u>Exception</u>: Bidders who demonstrate that their total LBE participation exceeds by **35%** the subcontracting goal for this contract (as specified in paragraph 1.3A above) will not be required to conduct good faith efforts or to file evidence of good faith efforts.  For this Contract, the total LBE participation for which the exception applies (LBE goal plus 35% of LBE goal) is equal to **33.75%.**

    C.    For the sole purpose of determining whether a bid meets the above exception, participation by the following LBEs shall be counted:
    1.    Small-LBE and Micro-LBE prime contractors;
    2.    Small-LBE and Micro-LBE subcontractors;

1.6    CMD BIDDING FORMS

    A.    Submit the following form with the Bid, including supporting documentation for Items 2 and 4 of the Form (refer to CMD Attachment 1):
    1.    FORM 2B: "Good Faith Outreach" Requirements Form.

    B.    No later than 5 working days after the date of the City's notification of the bid results, the apparent low Bidder, and any other Bidder so requested, shall submit completed and properly signed the following CMD Forms to CMD Compliance Officer:
    1.    Supporting documentation for Form 2B, Items 5 and 6.
    1.    FORM 3: CMD Non-Discrimination Affidavit.
    2.    FORM 6: CMD LBE Subcontractor Participation Affidavit.
    3.    FORM 6A: CMD LBE Trucking Form.

    C.    Failure to submit properly completed CMD Bid forms may render the Bidder non-responsive and may be cause for rejection of its Bid.

1.7    SURETY BOND PROGRAM

    A.    Bidders are alerted to the City's surety bond program, which assists LBE contractors in obtaining bonding and financing for contracts awarded by the **Director of Public Works**. For further information regarding enrollment eligibility and program services contact Jennifer Elmore at (415) 217-6578.

END OF SECTION

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page
42 of 279

Copyright ©2014 City & County of San Francisco                                    2264J

SECTION 00 22 30

ESCROW BID DOCUMENTS

1.1    SUMMARY

A.    Escrow bid documents shall be placed in escrow by the City for the duration of the Contract.

B.    After award of the Contract, Escrow Bid Documents shall be opened and examined only in the presence of authorized representatives of the City and Contractor in the event of protests, disputes, claims or negotiations for Contract Sum adjustments.

1.2    DEFINITION

A.    Escrow Bid Documents:  Originals of all documentary information generated in preparation of the Bid to be placed in escrow after 1) notification by the City that Bidder has submitted the lowest responsive Bid, and 2) after the award of the Contract excepting Bid Documents provided by the City.

1.3    REQUIREMENTS

A.    The low Bidder shall submit a set of Escrow Bid Documents accompanied by a signed Escrow Bid Documents Declaration form (refer to Section 00 49 16) that includes detailed information such as quantity takeoffs, subcontractors' and suppliers' bid quotations, etc., that was used to prepare its bid within 10 working days after the City notifies the Bidder that it is the low Bidder.  A second complete set of Bid Escrow Documents shall be submitted by the low Bidder accompanied by a signed Escrow Bid Document Declaration form within 10 working days after receiving notification of the award of contract that details the complete documentation and manner in which the Bidder and its subcontractors and suppliers shall perform the contract as follows:
1.    Submit Escrow Bid Documents in a sealed container clearly marked on the outside with the Bidder's name, date of submittal, project name and the words:  "Escrow Bid Documents - Open only in the presence of authorized representatives of both the City and Contractor."
2.    Attach the Escrow Bid Documents Declaration form (Section 00 49 16), executed by an individual authorized by the Bidder to execute the Bid.
3.    Make appointment and deliver Escrow Bid Documents in person by an authorized representative of Bidder to:

        Maurice Williams, Manager, PCS
        Department of Public Works
        City and County of San Francisco
        1680 Mission Street, 4th Floor
        San Francisco, CA  94103
        Telephone: 415-554-8362

4.    At the time of submission, the City shall assign staff to inspect the contents of the Bid Escrow Documents, witnessed by the Bidder, to verify the contents of the Bid Escrow Documents before the container is resealed.

B.    Additionally, any other Bidder shall submit promptly Escrow Bid Documents if requested by the City as a condition of the award of the Contract.
1.    A Bidder who fails to submit the required Bid documentation in a timely manner or who submits incomplete documents may be deemed non-responsive and its Bid may be

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page
44 of 279

rejected.  The City reserves the right to examine Bid documentation to verify completeness.

2. At the discretion of the City, apparent low Bidder who is deemed non-responsive shall forfeit the amount of its Bid bond or certified check, and consideration for Contract award shall pass to the responsible Bidder who submits the next lowest responsive Bid.

C. The first submission, after the City notifies Bidder that it is the low Bidder, shall identify in the Escrow Bid Documents all Contract costs included in Bidder's Bid prices, including the costs of its subcontractors and suppliers.  For Bid items amounting to less than $10,000, estimated unit costs are acceptable without a detailed cost estimate, provided that labor, equipment, materials and subcontracts, as applicable, are included and provided that indirect costs, contingencies and markup, as applicable, are properly allocated.

D. The second submission, after the City notifies Bidder that it has been awarded the contract, shall include Escrow Bid Documents in customary cost estimating format and within the following guidelines.

1. Use the language (i.e., English) of the specifications.
2. Clearly itemize the estimated costs of performing the work of each Bid item contained in the Schedule of Bid Prices.
3. Separate Bid items into sub-items as required to present a detailed cost estimate and to allow a detailed cost review.
4. Include all quantity takeoffs, crews, equipment, calculations of rates of production and progress, copies of quotations from subcontractors and suppliers, memoranda, narratives, add/deduct sheets, and all other information used by the Bidder to arrive at the prices contained in its Bid.
5. Break down estimated costs into the customary estimating categories, such as direct labor, repair labor, equipment ownership and operation, expendable materials, permanent materials and subcontract costs, as appropriate.
6. Include direct costs of plant and equipment and indirect costs, contingencies, markup and other items allocated to each Bid item.

## 1.4   PROJECT CONDITIONS

A. Contractor and the City mutually agree that nothing in the Escrow Bid Documents shall change or modify the terms or conditions of the Contract Documents and that the Escrow Bid Documents shall be available exclusively to assist in the negotiation of price adjustments and change orders and in the resolution of protests, disputes, and claims.

B. Escrow bid documents are, and shall always remain, the property of Contractor and subject to review if mutually agreed as provided herein.  The City stipulates and expressly acknowledges that the Escrow Bid Documents may constitute trade secrets and may contain information, which is known only to Contractor's business.

C. The City will safeguard the Escrow Bid Documents, and all information contained therein, against disclosure to third parties to the fullest extent permitted by law.

## 1.5   EXAMINATION

A. The Escrow Bid Documents will be examined at any time during the Contract deemed necessary by the City and Contractor in the following situations:

1. To ensure that the Escrow Bid Documents are legible and complete.
2. To assist in the negotiation of price adjustments and Change Orders or the settlement of disputes and claims.

B. Examination of the Escrow Bid Documents is subject to the following conditions:

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 45 of 279

1. The City and Contractor shall each designate, in writing to the other party and 7 calendar days prior to any examination, representatives who are authorized to examine the Escrow Bid Documents. No other person shall have access to the Escrow Bid Documents.
2. Access to the documents may take place only in the presence of duly designated representatives of both the City and Contractor.

C. The City's examination of Escrow Bid Documents shall not include review of, and will not constitute approval of, proposed construction methods, estimating assumptions, or interpretations of Contract Documents. Examination shall not alter any condition or term of the Contract.

D. If all documentation required under the preceding Article 1.3 "Requirements" has not been included in the original submittal, Contractor shall submit additional documentation as requested by the City.
1. If Contractor's Total Bid Price is based upon subcontracting any part of the work, provide Escrow Bid Documents for each subcontractor required to be listed in accordance with section 4104 of the California Public Contract Code.
2. The City reserves the right to require Contractor to submit Escrow Bid Documents from the proposed subcontractor before a subcontract is approved for any portion of the work subcontracted after award of the Contract.
3. Revise the detailed breakdown of estimated costs to reconcile with the additional documentation requested, if required by the City.

1.6    STORAGE AND FINAL DISPOSITION

A. The City will place Escrow Bid Documents in escrow for the duration of the Contract in a mutually agreeable location in San Francisco. The cost of storage will be paid by the City.

B. Escrow Bid Documents will be returned to Contractor at such time as the Contract has been completed and final settlement of all pending claims has been achieved.

END OF SECTION

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 46 of 279

SECTION 00 40 13

BIDDING FORMS CHECKLIST

***To be submitted with Bid for:***

**PAVEMENT RENOVATION, SEWER REPLACEMENT, AND WATERMAIN INSTALLATION –
HAIGHT STREET AND HAYES STREET
(Department of Public Works Contract No. 2264J)**

A.   Each Bidder shall submit with its Bid the following forms, properly completed and executed:

- ❑   Executed Bid Form (Section 00 41 00), with contractor's license number and expiration date.
- ❑   Bid security equal to 10% of the Bid (Section 00 43 13).
- ❑   Acknowledgment of Receipt of Addenda (Section 00 43 20).
- ❑   Proposed Subcontractors Form (Section 00 43 36).
- ❑   Bidder's Qualifications (Section 00 45 13).
- ❑   Highest Prevailing Wage Rate Certification (Section 00 45 60).
- ❑   Certificate of Bidder Regarding Apprenticeship Training Program (Section 00 45 65).
- ❑   Certificate of Bidder Regarding Nondiscrimination in Contracts and Benefits (Section 00 45 70).
- ❑   Non-collusion Affidavit (Section 00 45 80).
- ❑   Certification of Bidder Regarding Debarment and Suspension (Section 00 45 82).
- ❑   FORM 2B: "Good Faith Outreach" Requirement Form, and supporting documentation for Items 2 and 4 of the Form.

B.   Envelopes containing Bids shall be sealed, addressed to Director of Public Works, and designated as "Bid for PAVEMENT RENOVATION, SEWER REPLACEMENT, AND WATERMAIN INSTALLATION - HAIGHT STREET AND HAYES STREET (Department of Public Works Contract No. 2264J)". Envelopes shall bear the name and address of the Bidder.

C.   The Director of the Department of Public Works reserves the right after opening Bids to reject any or all Bids, and to waive any minor irregularity in a Bid.

D.   Bids must be submitted at **1155 Market Street, 4th Floor, San Francisco, California 94103**, no later than the date and time specified in the Advertisement for Bids, or as subsequently specified if changed by Addendum.

END OF SECTION

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page
48 of 279

SECTION 00 41 00

BID FORM

Date of Bid:_____

TO THE DIRECTOR OF PUBLIC WORKS, CITY AND COUNTY OF SAN FRANCISCO

In response to the Advertisement for Bids for the following public work:

PAVEMENT RENOVATION, SEWER REPLACEMENT, AND WATERMAIN INSTALLATION –
HAIGHT STREET AND HAYES STREET
(Department of Public Works Contract No. 2264J)

the undersigned Bidder hereby proposes and agrees to execute the required Contract, should it be awarded to said Bidder, and to do all the work and furnish all the materials therefor all in accordance with the Specifications and Drawings referred to in said Advertisement for Bids and at the prices named in the attached Schedule of Bid Prices.

The undersigned declares:  That it is the Bidder (or by holding the position below indicated is authorized to execute this Bid Form on behalf of the Bidder); that said Bidder submits this Bid; that said Bidder has not, nor have any of its agents, officers, representatives or employees, been guilty of collusion with any officer or representative of the City and County of San Francisco, or with any other party or parties in the submission of this Bid; nor has said Bidder received any preferential treatment by any officer or employee of the City and County in the making or submitting of this Bid. The undersigned declares under penalty of perjury that all representations made on this Bid Form are true and correct.

The undersigned declares, under penalty of perjury under the laws of the State of California that the Bidder has read and agrees to the requirements of the San Francisco Administrative Code described on the attached Sections and certifies that statements contained in such Sections are true and correct:

| Section No. | Title |
|---|---|
| 00 43 20 | Acknowledgment of Receipt of Addenda |
| 00 43 36 | Proposed Subcontractors Form |
| 00 45 13 | Bidder's Qualifications |
| 00 45 60 | Highest Prevailing Wage Rate Certification |
| 00 45 65 | Certificate of Bidder Regarding Apprenticeship Training Program |
| 00 45 70 | Certificate of Bidder Regarding Nondiscrimination in Contracts and Benefits |
| 00 45 80 | Non-collusion Affidavit |
| 00 45 82 | Certification of Bidder Regarding Debarment and Suspension |

**The undersigned acknowledges that he or she has read and agrees to these documents (initial):_____**

 **INITIAL HERE**

BUSINESS TAX REGISTRATION DECLARATION: The undersigned further declares and understands that if I am awarded the Contract, each of my Subcontractors and I must maintain a current business tax registration number.  If the Tax Collector of the City and County of San Francisco determines that any of my Subcontractors or I do not have or maintain a current business tax registration number, the City may either cancel the Contract or withhold payment.

BOND OR CHECK REQUIRED:  There is herewith attached, as required by law, bid security in accordance with the Section 00 21 13 - Instructions to Bidders, Article "Bid Security".

LOCAL BUSINESS ENTERPRISE PARTICIPATION AND NON-DISCRIMINATORY EMPLOYMENT PRACTICES:  Provisions of chapters 12B and 14B (including their implementing Rules and Regulations)

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 50 of 279

of the San Francisco Administrative Code are incorporated herein and by reference made a part of the Bid Documents as though fully set forth.  The Bidder and all subcontractors and suppliers shall comply with these provisions and shall submit all required documents in a timely manner.

The undersigned, having examined all referenced documents and the Drawings, understanding the terms and conditions of the Contract Documents and the local conditions affecting the performance and costs of the Work, and having fully inspected the Site in all particulars, hereby proposes and agrees to fully perform the Work as indicated on the Drawings and in accordance with the requirements of the Contract Documents within the time stated therein, and for the following price(s):

## SCHEDULE OF BID PRICES

| Bid Item | Bid Item Description | Estimated Quantity | Unit[1] | Unit Price | Extension |
|---|---|---|---|---|---|
| R-1 | TRAFFIC ROUTING FOR PAVING WORK | --- | LS | --- | $_____ |
| R-2 | FURNISH AND INSTALL TEMPORARY TRAFFIC STRIPING TAPE | 101,689 | LF | $_____ | $_____ |
| R-3 | FURNISH AND INSTALL CHANGEABLE MESSAGE SIGNS | 2 | EA | $_____ | $_____ |
| R-4 | FULL DEPTH PLANING PER 2-INCH DEPTH OF CUT | 660,000 | SF | $_____ | $_____ |
| R-5 | ASPHALT CONCRETE (TYPE A ½-INCH MAXIMUM WITH MEDIUM GRADING) | 8,250 | TON | $_____ | $_____ |
| R-6 | 10-INCH THICK CONCRETE BASE | 63,582 | SF | $_____ | $_____ |
| R-7 | MARKET STREET CROSSWALK PAVEMENT | 250 | SF | $_____ | $_____ |
| R-8 | 10-INCH THICK REINFORCED CONCRETE BUS PAD | 35,500 | SF | $_____ | $_____ |
| R-9 | 8-INCH THICK CONCRETE PARKING STRIP OR GUTTER | 2,375 | SF | $_____ | $_____ |
| R-10 | 6-INCH OR 12-INCH WIDE CONCRETE CURB | 290 | LF | $_____ | $_____ |
| R-11 | 10-INCH WIDE GRANITE CURB | 30 | LF | $_____ | $_____ |
| R-12 | COMBINED 6-INCH WIDE CONCRETE CURB AND 2-FOOT WIDE CONCRETE GUTTER | 2,160 | LF | $_____ | $_____ |
| R-13 | COMBINED 6-INCH WIDE CONCRETE CURB AND 3-FOOT WIDE CONCRETE GUTTER | 1,440 | LF | $_____ | $_____ |
| R-14 | 3½-INCH THICK CONCRETE SIDEWALK | 38,820 | SF | $_____ | $_____ |

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 51 of 279

| Bid Item | Bid Item Description | Estimated Quantity | Unit[1] | Unit Price | Extension |
|---|---|---|---|---|---|
| R-15 | 4½-INCH THICK COLORED CONCRETE SIDEWALK | 275 | SF | $ _____ | $ _____ |
| R-16 | BRICK SIDEWALK WITH 4-INCH THICK CONCRETE BASE | 50 | SF | $ _____ | $ _____ |
| R-17 | CONCRETE CURB RAMP WITH CONCRETE CAST-IN-PLACE DETECTABLE SURFACE TILES | 107 | EA | $ _____ | $ _____ |
| R-18 | BRICK CURB RAMP WITH CONCRETE CAST-IN-PLACE DETECTABLE SURFACE TILES | 1 | EA | $ _____ | $ _____ |
| R-19 | GRANITE WARNING BAND AT BRICK CURB RAMP | 20 | LF | $ _____ | $ _____ |
| R-20 | CONCRETE MEDIAN ISLAND WITH DOWELED CONCRETE CURB (PER SFDPW STANDARD PLAN 87,172) | 1 | EA | $ _____ | $ _____ |
| R-21 | ADJUST CITY-OWNED MANHOLE AND CATCH BASIN FRAME AND CASTING TO GRADE (CONTINGENCY BID ITEM)[2] | 53 | EA | $ _____ | $ _____ |
| R-22 | ADJUST CITY-OWNED HYDRANT AND WATERMAIN VALVE BOX CASTING COVER TO GRADE (CONTINGENCY BID ITEM)[2] | 120 | EA | $ _____ | $ _____ |
| R-23 | RECONSTRUCT WATERMAIN VALVE BOX CASTING COVER TO GRADE (CONTINGENCY BID ITEM)[2] | 10 | EA | $ _____ | $ _____ |
| R-24 | MOBILIZATION FOR PAVING WORK (MAXIMUM 5% OF THE SUM OF BID ITEMS R-1 THROUGH R-23) | --- | LS | --- | $ _____ |
| R-25 | ALLOWANCE FOR UNIFORMED OFF-DUTY SAN FRANCISCO POLICE DEPARTMENT (SFPD) OFFICERS (AS REQUIRED BY THE CITY REPRESENTATIVE) | --- | AL | --- | $       24,480.00 |
| R-26 | ALLOWANCE FOR PRE-EXCAVATION SOIL SAMPLING, HANDLING, TRANSPORTATION AND DISPOSAL OF HAZARDOUS EXCAVATED MATERIALS AND SOILS RELATED TO PAVING WORK | --- | AL | --- | $       60,000.00 |

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 52 of 279

| Bid Item | Bid Item Description | Estimated Quantity | Unit[1] | Unit Price | Extension |
|---|---|---|---|---|---|
| R-27 | ALLOWANCE TO REMOVE CABLE YOKES ENCOUNTERED BENEATH PAVEMENT ON HAIGHT STREET AND HAYES STREET WITHIN BASE REPAIR WORK LIMITS | --- | AL | --- | $        100,000.00 |
| SW-1 | TRAFFIC ROUTING FOR SEWER AND DRAINAGE WORK | --- | LS | --- | $ _____ |
| SW-2 | TRENCH AND EXCAVATION SUPPORT FOR SEWER AND DRAINAGE WORK | --- | LS | --- | $ _____ |
| SW-3 | CONCRETE MANHOLE FOR 12-INCH TO 24-INCH DIAMETER SEWERS WITH FRAME AND COVER (PER SFDPW STANDARD PLAN 87,181) | 43 | EA | $ _____ | $ _____ |
| SW-4 | CONCRETE CATCH BASIN WITH NEW FRAME AND GRATING (PER SFDPW STANDARD PLAN 87,188) | 13 | EA | $ _____ | $ _____ |
| SW-5 | 12-INCH DIAMETER VCP SEWER ON CRUSHED ROCK BEDDING | 5,817 | LF | $ _____ | $ _____ |
| SW-6 | 15-INCH DIAMETER VCP SEWER ON CRUSHED ROCK BEDDING | 950 | LF | $ _____ | $ _____ |
| SW-7 | 10-INCH DIAMETER VCP CULVERT (CONTINGENCY BID ITEM)[2] | 550 | LF | $ _____ | $ _____ |
| SW-8 | TELEVISION INSPECTION OF EXISTING 6-INCH OR 8-INCH DIAMETER SIDE SEWERS AND 10-INCH DIAMETER CULVERTS WITHIN SEWER WORK LIMITS (CONTINGENCY BID ITEM)[2] | 277 | EA | $ _____ | $ _____ |
| SW-9 | TELEVISION INSPECTION OF EXISTING 6-INCH OR 8-INCH DIAMETER SIDE SEWERS AND 10-INCH DIAMETER CULVERTS OUTSIDE OF SEWER WORK LIMITS BUT WITHIN PAVING AND WATER WORK LIMITS (CONTINGENCY BID ITEM)[2] | 3 | EA | $ _____ | $ _____ |
| SW-10 | STANDARD SIDE SEWER AIR VENT AND TRAP ASSEMBLY (PER SFDPW STANDARD PLAN 87,196) | 9 | EA | $ _____ | $ _____ |

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 53 of 279

| Bid Item | Bid Item Description | Estimated Quantity | Unit[1] | Unit Price | Extension |
|---|---|---|---|---|---|
| SW-11 | 4-INCH DIAMETER CIP SIDE SEWER | 45 | LF | $ _____ | $ _____ |
| SW-12 | 6-INCH OR 8-INCH DIAMETER SIDE SEWER CONNECTION (CONTINGENCY BID ITEM)[2] | 303 | EA | $ _____ | $ _____ |
| SW-13 | 6-INCH OR 8-INCH DIAMETER SIDE SEWER REPAIR, REPLACEMENT OR CONSTRUCTION WITHIN LIMITS OF SEWER WORK (CONTINGENCY BID ITEM)[2] | 3,500 | LF | $ _____ | $ _____ |
| SW-14 | 6-INCH OR 8-INCH DIAMETER SIDE SEWER REPAIR, REPLACEMENT OR CONSTRUCTION OUTSIDE OF SEWER WORK LIMITS BUT WITHIN PAVING AND WATER WORK (CONTINGENCY BID ITEM)[2] | 70 | LF | $ _____ | $ _____ |
| SW-15 | POST-CONSTRUCTION TELEVISION INSPECTION OF NEWLY CONSTRUCTED MAIN SEWERS | --- | LS | --- | $ _____ |
| SW-16 | POST-CONSTRUCTION TELEVISION INSPECTION OF NEWLY CONSTRUCTED SIDE SEWERS AND CULVERTS INSIDE AND OUTSIDE OF SEWER WORK LIMITS (CONTINGENCY BID ITEM)[2] | 110 | EA | $ _____ | $ _____ |
| SW-17 | CAST IRON WATER TRAP FOR CATCH BASIN INCLUDING CLEANOUT CAP (PER SFDPW STANDARD PLAN 87,194) (CONTINGENCY BID ITEM)[2] | 25 | EA | $ _____ | $ _____ |
| SW-18 | EXPLORATORY HOLES (CONTINGENCY BID ITEM)[2] | 20 | CY | $ _____ | $ _____ |
| SW-19 | PLUG & FILL SEWER WITH SLURRY GROUT | 24 | CY | $ _____ | $ _____ |

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 54 of 279

| Bid Item | Bid Item Description | Estimated Quantity | Unit[1] | Unit Price | Extension |
|---|---|---|---|---|---|
| SW-20 | RECONSTRUCT CONCRETE BASE OUTSIDE OF SEWER TRENCH LIMIT AND OUTSIDE OF BASE REPAIR WORK LIMITS UNDER R-DRAWINGS WITH 10-INCH THICK CONCRETE BASE (PER EXCAVATION CODE AS DIRECTED BY THE CITY REPRESENTATIVE) (CONTINGENCY BID ITEM)[2] | 13,000 | SF | $ _____ | $ _____ |
| SW-21 | RECONSTRUCT CONCRETE PARKING STRIP DUE TO SIDE SEWER WORK (CONTINGENCY BID ITEM)[2] | 3,500 | SF | $ _____ | $ _____ |
| SW-22 | CONTROLLED DENSITY FILL BEDDING MATERIAL FOR WATER MAIN ENCOUNTERED WITHIN THE SEWER TRENCH PRIOR TO BACKFILL (CONTINGENCY BID ITEM)[2] | 30 | CY | $ _____ | $ _____ |
| SW-23 | MOBILIZATION AND DEMOBILIZATION FOR SEWER AND DRAINAGE WORK (MAXIMUM 5% OF THE SUM OF BID ITEMS SW-1 THROUGH SW-22) | --- | LS | --- | $ _____ |
| SW-24 | ALLOWANCE FOR AWSS AND WATER DEPARTMENT FACILITIES SETTLEMENT REFERENCE AND MONITORING POINTS, AND STRUCTURAL SUPPORT | --- | AL | --- | $        75,000.00 |
| SW-25 | ALLOWANCE FOR PRE-EXCAVATION SOIL SAMPLING, HANDLING, TRANSPORTATION AND DISPOSAL OF HAZARDOUS EXCAVATED MATERIALS AND SOILS RELATED TO SEWER WORK | --- | AL | --- | $        50,000.00 |
| SW-26 | ALLOWANCE FOR UNIFORMED OFF-DUTY SAN FRANCISCO POLICE DEPARTMENT (SFPD) OFFICERS RELATED TO SEWER WORK | --- | AL | --- | $        15,000.00 |

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 55 of 279

| Bid Item | Bid Item Description | Estimated Quantity | Unit[1] | Unit Price | Extension |
|----------|---------------------|--------------------|---------|------------|-----------|
| SW-27 | ALLOWANCE TO REMOVE CABLE YOKES ENCOUNTERED BENEATH PAVEMENT ON HAIGHT STREET AND HAYES STREET WITHIN SEWER AND DRAINAGE WORK LIMITS | --- | AL | --- | $          50,000.00 |
| SW-28 | ALLOWANCE TO PERFORM NECESSARY WORK DUE TO UNFORESEEN CONDITIONS RELATED TO SEWER AND DRAINAGE WORK | --- | AL | --- | $         120,000.00 |
| WD-1 | TRAFFIC ROUTING FOR WATER WORK | --- | LS | --- | $ _____ |
| WD-2 | EXCAVATION AND BACKFILL FOR 4-,6-, AND 8-INCH PIPE TRENCH: 18-INCH WIDE BY 36-INCH DEEP | 2,400 | LF | $ _____ | $ _____ |
| WD-3 | EXCAVATION AND BACKFILL FOR 12-INCH PIPE TRENCH: 24-INCH WIDE BY 44-INCH DEEP | 700 | LF | $ _____ | $ _____ |
| WD-4 | EXCAVATION AND BACKFILL FOR 16-INCH PIPE TRENCH: 30-INCH WIDE BY 48-INCH DEEP | 300 | LF | $ _____ | $ _____ |
| WD-5 | EXCAVATION AND BACKFILL FOR 24-INCH PIPE TRENCH: 48-INCH WIDE BY 58-INCH DEEP | 5,000 | LF | $ _____ | $ _____ |
| WD-6 | ADDITIONAL EXCAVATION AND BACKFILL | 2,300 | CY | $ _____ | $ _____ |
| WD-7 | REMOVAL AND INSTALLATION OF METER BOX | 40 | EA | $ _____ | $ _____ |
| WD-8 | INSTALLATION OF CITY FURNISHED 4-,6-, AND 8-INCH DUCTILE IRON PIPE WITH POLYETHYLENE ENCASEMENT | 2,400 | LF | $ _____ | $ _____ |
| WD-9 | INSTALLATION OF CITY FURNISHED 12-INCH DUCTILE IRON PIPE WITH POLYETHYLENE ENCASEMENT | 700 | LF | $ _____ | $ _____ |
| WD-10 | INSTALLATION OF CITY FURNISHED 16-INCH DUCTILE IRON PIPE WITH POLYETHYLENE ENCASEMENT | 300 | LF | $ _____ | $ _____ |

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 56 of 279

| Bid Item | Bid Item Description | Estimated Quantity | Unit[1] | Unit Price | Extension |
|---|---|---|---|---|---|
| WD-11 | FURNISH AND INSTALL 24-INCH DUCTILE IRON PIPE WITH POLYETHYLENE ENCASEMENT | 5,000 | LF | $ _____ | $ _____ |
| WD-12 | INSTALLATION OF CITY FURNISHED 4-,6-, AND 8-INCH DUCTILE IRON PIPE FITTINGS WITH POLYETHYLENE ENCASEMENT | 36,500 | LBS | $ _____ | $ _____ |
| WD-13 | INSTALLATION OF CITY FURNISHED 12-INCH DUCTILE IRON PIPE FITTINGS WITH POLYETHYLENE ENCASEMENT | 16,600 | LBS | $ _____ | $ _____ |
| WD-14 | INSTALLATION OF CITY FURNISHED 16-INCH DUCTILE IRON PIPE FITTINGS WITH POLYETHYLENE ENCASEMENT | 15,430 | LBS | $ _____ | $ _____ |
| WD-15 | FURNISH AND INSTALL 24-INCH DUCTILE IRON PIPE FITTINGS WITH POLYETHYLENE ENCASEMENT | 131,200 | LBS | $ _____ | $ _____ |
| WD-16 | TRENCH SHORING AND BRACING PER ALL APPLICABLE SAFETY ORDERS (CONTINGENCY BID ITEM)[2] | 10,700 | SF | $ _____ | $ _____ |
| WD-17 | PAVEMENT RESTORATION | 45,400 | SF | $ _____ | $ _____ |
| WD-18 | ASPHALT CONCRETE MILLING | 49,000 | SF | $ _____ | $ _____ |
| WD-19 | ASPHALT CONCRETE FILLING | 49,000 | SF | $ _____ | $ _____ |
| WD-20 | INSTALLATION OF SCREW TAPS (61 - 1-INCH; 33 - 2-INCH) | 94 | EA | $ _____ | $ _____ |
| WD-21 | RENEWAL OF 1-INCH PLASTIC SERVICE PIPE - TRENCHLESS INSTALLATION | 1,080 | LF | $ _____ | $ _____ |
| WD-22 | INSTALLATION OF SERVICE PIPE - OPEN CUT (230 FT OF 1-INCH & 110 FT OF 2-INCH) | 330 | LF | $ _____ | $ _____ |
| WD-23 | REMOVAL OF SFWD - OWNED VALVE BOX AND COVER | 45 | EA | $ _____ | $ _____ |

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 57 of 279

| Bid Item | Bid Item Description | Estimated Quantity | Unit[1] | Unit Price | Extension |
|----------|---------------------|--------------------|---------|------------|-----------|
| WD-24 | REPAIR AND REPLACEMENT OF SIDE SEWER FOR WATER WORK (CONTINGENCY BID ITEM)[2] | 20 | LF | $ _____ | $ _____ |
| WD-25 | MOBILIZATION FOR WATER WORK (MAXIMUM 1.2% OF THE SUM OF BID ITEMS WD-1 THROUGH WD-24) | --- | LS | --- | $ _____ |
| WD-26 | DEMOBILIZATION FOR WATER WORK (MAXIMUM 0.8% OF THE SUM OF BID ITEMS WD-1 THROUGH WD-24) | --- | LS | --- | $ _____ |
| WD-27 | FURNISH AND INSTALL 24-INCH BUTTERFLY VALVES WITH DISMANTLING JOINTS | 7 | EA | $ _____ | $ _____ |
| WD-28 | FURNISH PIPES, FITTINGS, AND OTHER MATERIALS FOR SFWD TO INSTALL NEW 24-INCH DIP TO EXISTING MAINS | 11,572 | LBS | $ _____ | $ _____ |
| WD-29 | FURNISH AND INSTALL 4-INCH AIR VALVE | 3 | EA | $ _____ | $ _____ |
| WD-30 | CASH ALLOWANCE FOR PERMITS | --- | AL | --- | $ 40,000.00 |
| WD-31 | ALLOWANCE FOR TESTING, HANDLING, TRANSPORTING AND DISPOSING OF CONTAMINATED HAZARDOUS SOIL | --- | AL | --- | $ 60,000.00 |
| E-1 | PULL BOX TYPE III | 36 | EA | $ _____ | $ _____ |
| E-2 | 1-2" PVC SCHEDULE 80 CONDUIT (UNDERGROUND) IN SAME TRENCH | 48 | LF | $ _____ | $ _____ |
| E-3 | 2-2" PVC SCHEDULE 80 CONDUIT (UNDERGROUND) IN SAME TRENCH | 1,493 | LF | $ _____ | $ _____ |
| E-4 | 1-3" & 1-2" PVC SCHEDULE 80 CONDUIT (UNDERGROUND) IN SAME TRENCH | 27 | LF | $ _____ | $ _____ |
| E-5 | FURNISH AND INSTALL 1-B POLE FOUNDATION | 2 | EA | $ _____ | $ _____ |

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 58 of 279

| Bid Item | Bid Item Description | Estimated Quantity | Unit[1] | Unit Price | Extension |
|---|---|---|---|---|---|
| M-1 | ALL WIRING WORK, ALL MISCELLANEOUS ELECTRICAL WORK INCLUDING WORK TO FURNISH AND INSTALL CONDUITS, GROUND RODS, FUSES, PULL TAPE, CONDUIT PLUGS, POLE CAPS, KNOCKOUT | --- | LS | --- | $ _____ |
| M-2 | REMOVE, RELOCATE, AND REINSTALL EXISTING POLE, PEDESTRIAN SIGNAL, AND PEDESTRIAN PUSH BUTTON | 2 | EA | $ _____ | $ _____ |
| M-3 | ALLOWANCE FOR NEW FOUNDATION IF EXISTING FOUNDATION IS EXPOSED | --- | AL | --- | $          6,000.00 |
| MA-1 | AWSS WORK | --- | LS | --- | $ _____ |
| G-1 | ALLOWANCE FOR PARTNERING REQUIREMENTS | --- | AL | --- | $          7,000.00 |
| TOTAL BID PRICE (summation of Bid Items R-1 through G-1 above): | | | | | $ _____ |

[1]Note:   AL = Allowance; CY = Cubic Yards; EA= Each; LBS = Pounds; LF = Linear Feet;
LS = Lump Sum; SF = Square Feet; TON = Tonage

[2]Contingency Bid Items:  For Contingency Bid Items, it is possible that none, some, all, or more of the estimated quantity provided on the Schedule of Bid Prices will be used.  No adjustment in unit price will be made, and subparagraphs 6.08B and 6.08C of the General Conditions shall not apply regardless of actual quantities encountered.  Bidder shall not use Contingency Bid Items, Allowances, or deletable Bid Items to fulfill the LBE subcontracting participation goal.  However, Bidder shall calculate its proposed LBE subcontracting participation using the Total Bid Price (Base Bid), which includes contingency bid items and all other items that contribute to the base bid amount.  Refer to CMD Attachment 1, Part III, for more details.

Bidder acknowledges that quantities are not guaranteed and final payment will be based on the actual quantities determined as provided in the Contract Documents.

The City reserves the right after opening Bids to reject any or all Bids, and to waive any minor irregularity in a Bid. In case of discrepancy between the sum of Bid item amounts and the Total Bid Price, the sum of said amounts shall prevail. In the case of discrepancy between words and figures, the words shall prevail. In case of discrepancy between unit prices Bid and extensions thereof, said unit prices shall prevail.

MOBILIZATION BID ITEM.  Bidder agrees that (a) if the mobilization amount exceeds the limitation provided, the City will include the full line item amount in calculating the Total Bid Price, but will pay the excess amount over the course of the Contract based on the progress of the work, and (b) if the Bidder leaves the mobilization line item blank, the City will read the item as $0 for purposes of calculating the Total Bid Price and the Bidder shall NOT be able to claim a clerical error on that basis.

Bidder acknowledges and agrees that this Bid, if not withdrawn prior to the scheduled time for receipt of Bids, shall not be withdrawn for a period of **90** days thereafter.

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 59 of 279

**By signing the Bid Form, Contractor hereby certifies that it will perform 20% of the Contract Work with its own forces.**

Time allowed for completion of all Work shall be as specified in Section 00 73 02, beginning with and including the official date of Notice to Proceed as established by the Director of the Department of Public Works.

| Check if you are:<br>☐ Certified SBA-LBE (2% Discount) | For certified **LBE only** (check applicable): *<br>☐ MBE        ☐ WBE        ☐ OBE |
|---|---|

\* **MBE** = Minority Business Enterprise, **WBE** = Women Business Enterprise, **OBE** = Other Business Enterprise.

Executed on _____ 20 _____

_____
Name of Firm, Corporation, Partnership or Joint Venture

_____          _____
E-mail Address                                              Signature of Bidder or Authorized Representative

_____          _____
Telephone Number                                        Print Name of Authorized Representative

_____          _____
Contractor's California License No.                Position in Firm or Corporation

_____          _____
License Expiration Date                                  Address of Firm or Corporation

_____          _____
S.F. Business Tax Registration                        City                              State      Zip Code
Certificate Number

***Note***: If Bidder is a corporation, set forth the legal name of the corporation together with the signature of the officer or officers authorized to sign contracts on behalf of the corporation. If Bidder is a partnership, set forth the name of the firm together with the signature of the partner or partners authorized to sign contracts on behalf of the partnership.

<div align="center">END OF SECTION</div>

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 60 of 279

SECTION 00 43 13

BID SECURITY FORM

*Bidder shall have this Bid Bond form executed as indicated below unless Bid is accompanied by certified check.*

KNOW ALL MEN BY THESE PRESENTS:

That the undersigned General Contractor as principal and the undersigned Surety as obligor, are held and firmly bound unto the City and County of San Francisco, a municipal corporation, as obligee, in the penal sum of _____ Dollars, lawful money of the United States of America, for the payment of which, well and truly to be made, we bind ourselves, our successors, executors, administrators and assigns, jointly and severally, firmly by these presents.

That the General Contractor as principal is submitting a Bid for certain work to be performed for the said City and County of San Francisco described as follows:

PAVEMENT RENOVATION, SEWER REPLACEMENT, AND WATERMAIN INSTALLATION – HAIGHT STREET AND HAYES STREET

(Department of Public Works Contract No. 2264J)

THE CONDITION OF THIS OBLIGATION IS SUCH that if the Bid submitted by said principal be accepted and the Contract be awarded to said principal and if said principal shall within a period of ten (10) days after such award enter into the Contract so awarded and file the required performance and payment corporate surety bonds certificates of insurance, then this obligation shall be void, otherwise to remain in full force and effect.

IN WITNESS THEREOF, the above bounden parties have executed this instrument this _____day of _____, 20_____.

(Corporate Seal)          _____
                          Name of Firm, Corporation, Partnership or Joint Venture

                          _____
                          Principal

                          By: _____

(Corporate Seal)          _____
                          Surety

I declare under penalty of perjury, under the laws of the State of California, that I have executed the foregoing bond under an unrevoked power of attorney. Executed on [date]_____, in [City]_____, [State]_____, in conformance with the laws of the State of California.

                          _____
                          Attorney-in-Fact

END OF SECTION

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 62 of 279

SECTION 00 43 20

ACKNOWLEDGMENT OF RECEIPT OF ADDENDA

If Addenda to the Bid Documents have been issued for this Contract, please indicate receipt thereof by filling in the appropriate Addendum number and filling in date received below.  If there are any questions on any Addenda that may have been issued, please contact Stephanie Yuan, Infrastructure Division, City and County of San Francisco, Department of Public Works, 1690 Mission Street, 3rd Floor, San Francisco, CA 94103, telephone 415-554-8209.

Addendum No. _____          Date Received _____

Addendum No. _____          Date Received _____

Addendum No. _____          Date Received _____

Addendum No. _____          Date Received _____

Addendum No. _____          Date Received _____

Addendum No. _____          Date Received _____

Addendum No. _____          Date Received _____

Addendum No. _____          Date Received _____

Addendum No. _____          Date Received _____

A BID MAY BE RENDERED NONRESPONSIVE IF THE BIDDER DOES NOT ACKNOWLEDGE THE RECEIPT OF ALL ADDENDA WHICH MAY HAVE BEEN ISSUED FOR THIS CONTRACT.

*Note:    The above form is part of the Bid. Signing the Bid Form (Section 00 41 00) shall also constitute signature of this form and Bidder acknowledges that information provided above is true and correct.*

END OF SECTION

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 64 of 279

SECTION 00 43 36
(This form replaces CMD FORM 2A)

PROPOSED SUBCONTRACTORS FORM

_____     _____
Date                Name of Firm, Corporation, Partnership, or Joint Venture

     This Document implements listing requirements for (i) subcontractors who will perform work in excess of one-half of one percent of the Total Bid Price [Admin. Code § 6.21(A)(9) and California Public Contract Code §§ 4100 – 4114] and (ii) LBE subcontractors, suppliers and service contractors, regardless of the dollar amount of subcontract work [San Francisco Administrative Code Chapter 14B].

A.    <u>Subcontractors Who Will Perform Work In Excess of ½ of 1% Of Total Bid Price</u>

    Bidder shall submit with its bid a subcontractor list using the form below.  Bidder shall identify each subcontractor[1] who will perform work in an amount in excess of one-half of one percent of Bidder's Total Bid Price.  If this project involves the construction of streets, highways, or bridges, Bidder shall submit with its bid a subcontractor list, using the form below, identifying each subcontractor who will perform work in excess of one-half of one percent of the Total Bid Price, or $10,000, whichever is greater.

    At a minimum, Bidder must provide the following information with its Bid for each listed subcontractor: (i) name and email [Box 2]; (ii) location of the place of business [Box 3]; (iii) portion of work that will be performed by the subcontractor [Box 4] and (iv) the current valid subcontractors license [Box 8].  In addition, for items or portions of work not fully subcontracted, e.g., indicated as "partial," Bidder must provide the amount of subcontract work [Box 10] either at the time of Bid or within 24 hours after Bid opening.  Bidders may provide additional identifying information [e.g., Boxes 5, 6, 7 and/or 9] within 24 hours of Bid opening.

    If the City cannot identify the intended subcontractor or portion of work based on the information provided by Bidder, or where Bidder provides conflicting information, the City may consider the subcontractor or portion of work unlisted for purposes of Public Contract Code § 4106.  An "unlisted" determination may render a Bid non-responsive if the technical specifications require that the work in question be performed by a subcontractor.  In addition, an "unlisted" determination may render a Bidder not responsible if Bidder is not qualified to self-perform the work in question.

    [Note:  For an LBE subcontractor who will perform work in an amount in excess of one-half of one percent of Bidder's Total Bid Price, or $10,000, whichever is greater, Bidder shall provide a single listing for that subcontractor that complies with the requirements of this paragraph A and paragraph B, below.]

B.    <u>LBE Subcontractors, Suppliers and Service Contractors</u>

    Bidder's subcontractor list submitted with its Bid shall also identify each LBE subcontractor,[2] supplier and service contractor (regardless of dollar amount of subcontract) for whom Bidder seeks credit toward the LBE participation goal.  Bidder must provide the following information with its Bid for each LBE: (i) type of subcontractor [Box 1]; (ii) name and email [Box 2]; (iii) location of the place of business [Box 3]; (iv) portion of work that will be performed by the entity [Box 4]; (v) the current valid subcontractors license [Box 8].  and (vi) amount of subcontract work [Box 10].  Bidders may provide additional identifying information [e.g., Boxes 5, 6, 7, 9, 11 and/or 12] within 24 hours of Bid opening.  Bidder's failure to provide the required minimum information with its Bid may result in a determination that Bidder has not met the LBE subcontracting participation goal and, therefore, its Bid is non-responsive.

    The LBE subcontracting goal for this contract is **25** percent.

[1]For the purposes of Paragraph A, the term "subcontractor" shall mean a contractor as defined in California Public Contract Code § 4113.

[2]For the purposes of Paragraph B, the term "subcontractor" shall mean a person as defined in Section 14B.2 of the San Francisco Administrative Code.

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 66 of 279

***Copy this page as needed to provide a complete listing.***     ***Page _____ of _____***

| | |
|---|---|
| 1. TYPE OF SUBCONTRACTOR: ☐ First Tier; ☐ Lower Tier; ☐ Supplier; ☐ Service Contractor (e.g. Trucker) | |
| 2. SUBCONTRACTOR NAME | EMAIL |
| 3. ADDRESS | |
| 4. BID ITEMS/PORTION OF WORK | |

| 5. PHONE NO. | 6. VENDOR NO. | 7. FEDERAL ID NO. |
|---|---|---|
| 8. LICENSE NO. | 9. SF BUSINESS TAX REG. NO. | 10. AMOUNT OF SUB-CONTRACT WORK: $ |
| 11. CERTIFIED LBE? ☐ Yes; ☐ No | 12. IF LBE, CHECK APPLICABLE: ☐ MBE; ☐ WBE; ☐ OBE* ☐ Small LBE; ☐ Micro LBE; ☐ SBA-LBE | |

| | |
|---|---|
| 1. TYPE OF SUBCONTRACTOR: ☐ First Tier; ☐ Lower Tier; ☐ Supplier; ☐ Service Contractor (e.g. Trucker) | |
| 2. SUBCONTRACTOR NAME | EMAIL |
| 3. ADDRESS | |
| 4. BID ITEMS/PORTION OF WORK | |

| 5. PHONE NO. | 6. VENDOR NO. | 7. FEDERAL ID NO. |
|---|---|---|
| 8. LICENSE NO. | 9. SF BUSINESS TAX REG. NO. | 10. AMOUNT OF SUB-CONTRACT WORK: $ |
| 11. CERTIFIED LBE? ☐ Yes; ☐ No | 12. IF LBE, CHECK APPLICABLE: ☐ MBE; ☐ WBE; ☐ OBE* ☐ Small LBE; ☐ Micro LBE; ☐ SBA-LBE | |

| | |
|---|---|
| 1. TYPE OF SUBCONTRACTOR: ☐ First Tier; ☐ Lower Tier; ☐ Supplier; ☐ Service Contractor (e.g. Trucker) | |
| 2. SUBCONTRACTOR NAME | EMAIL |
| 3. ADDRESS | |
| 4. BID ITEMS/PORTION OF WORK | |

| 5. PHONE NO. | 6. VENDOR NO. | 7. FEDERAL ID NO. |
|---|---|---|
| 8. LICENSE NO. | 9. SF BUSINESS TAX REG. NO. | 10. AMOUNT OF SUB-CONTRACT WORK: $ |
| 11. CERTIFIED LBE? ☐ Yes; ☐ No | 12. IF LBE, CHECK APPLICABLE: ☐ MBE; ☐ WBE; ☐ OBE* ☐ Small LBE; ☐ Micro LBE; ☐ SBA-LBE | |

| | |
|---|---|
| 1. TYPE OF SUBCONTRACTOR: ☐ First Tier; ☐ Lower Tier; ☐ Supplier; ☐ Service Contractor (e.g. Trucker) | |
| 2. SUBCONTRACTOR NAME | EMAIL |
| 3. ADDRESS | |
| 4. BID ITEMS/PORTION OF WORK | |

| 5. PHONE NO. | 6. VENDOR NO. | 7. FEDERAL ID NO. |
|---|---|---|
| 8. LICENSE NO. | 9. SF BUSINESS TAX REG. NO. | 10. AMOUNT OF SUB-CONTRACT WORK: $ |
| 11. CERTIFIED LBE? ☐ Yes; ☐ No | 12. IF LBE, CHECK APPLICABLE: ☐ MBE; ☐ WBE; ☐ OBE* ☐ Small LBE; ☐ Micro LBE; ☐ SBA-LBE | |

\* MBE = Minority Business Enterprise, WBE = Women Business Enterprise, OBE = Other Business Enterprise.

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page
67 of 279

*Copy this page as needed to provide a complete listing.*          Page _____ of _____

| 1. TYPE OF SUBCONTRACTOR: | ☐ First Tier; ☐ Lower Tier; ☐ Supplier; ☐ Service Contractor (e.g. Trucker) |
|---|---|

| 2. SUBCONTRACTOR NAME | EMAIL |
|---|---|

3. ADDRESS

4. BID ITEMS/PORTION OF WORK

| 5. PHONE NO. | 6. VENDOR NO. | 7. FEDERAL ID NO. |
|---|---|---|
| 8. LICENSE NO. | 9. SF BUSINESS TAX REG. NO. | 10. AMOUNT OF SUB-CONTRACT WORK: $ |

| 11. CERTIFIED LBE? ☐ Yes; ☐ No | 12. IF LBE, CHECK APPLICABLE: ☐ MBE; ☐ WBE; ☐ OBE* ☐ Small LBE; ☐ Micro LBE; ☐ SBA-LBE |
|---|---|

---

| 1. TYPE OF SUBCONTRACTOR: | ☐ First Tier; ☐ Lower Tier; ☐ Supplier; ☐ Service Contractor (e.g. Trucker) |
|---|---|

| 2. SUBCONTRACTOR NAME | EMAIL |
|---|---|

3. ADDRESS

4. BID ITEMS/PORTION OF WORK

| 5. PHONE NO. | 6. VENDOR NO. | 7. FEDERAL ID NO. |
|---|---|---|
| 8. LICENSE NO. | 9. SF BUSINESS TAX REG. NO. | 10. AMOUNT OF SUB-CONTRACT WORK: $ |

| 11. CERTIFIED LBE? ☐ Yes; ☐ No | 12. IF LBE, CHECK APPLICABLE: ☐ MBE; ☐ WBE; ☐ OBE* ☐ Small LBE; ☐ Micro LBE; ☐ SBA-LBE |
|---|---|

---

| 1. TYPE OF SUBCONTRACTOR: | ☐ First Tier; ☐ Lower Tier; ☐ Supplier; ☐ Service Contractor (e.g. Trucker) |
|---|---|

| 2. SUBCONTRACTOR NAME | EMAIL |
|---|---|

2. SUBCONTRACTOR NAME

3. ADDRESS

4. BID ITEMS/PORTION OF WORK

| 5. PHONE NO. | 6. VENDOR NO. | 7. FEDERAL ID NO. |
|---|---|---|
| 8. LICENSE NO. | 9. SF BUSINESS TAX REG. NO. | 10. AMOUNT OF SUB-CONTRACT WORK: $ |

| 11. CERTIFIED LBE? ☐ Yes; ☐ No | 12. IF LBE, CHECK APPLICABLE: ☐ MBE; ☐ WBE; ☐ OBE* ☐ Small LBE; ☐ Micro LBE; ☐ SBA-LBE |
|---|---|

\* MBE = Minority Business Enterprise, WBE = Women Business Enterprise, OBE = Other Business Enterprise.

*If this is the last page, complete the following:*

| TOTAL LBE PARTICIPATION CLAIMED FOR BASE BID WORK: _____% |
|---|

END OF SECTION

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page
68 of 279

Copyright ©2014 City & County of San Francisco

SECTION 00 45 13

BIDDER'S QUALIFICATIONS

*Pursuant to San Francisco Administrative Code section 6.21.A.7 Bidder submits the following information as to experience and financial qualifications with its Bid. Failure to submit a completed Bidder's Qualifications Statement form may cause Bidder to be non-responsive and its Bid may be rejected. No award will be made until a complete Bidder's Qualifications Statement is provided to the City.*

| | | | |
|---|---|---|---|
| 1. | BIDDER'S NAME: | | |
| 2. | IS THIS A JOINT VENTURE? | ☐ Yes, ☐ No;  If "Yes," list name of each joint venture partner: | |
| 3. | FEDERAL ID NO.: | 4.  SF BUSINESS TAX REG. NO.: | |
| 5. | NAME OF RESPONSIBLE MANAGEMENT OFFICER: | | |
| 6. | DID BIDDER INSPECT THE PROJECT SITE? | ☐ Yes, ☐ No;  If "Yes," list name and phone of person who did the inspection: | |
| 7. | NAME: | 8.  PHONE NO: | |
| 9. | NUMBER OF YEARS BIDDER'S ORGANIZATION HAS HAD EXPERIENCE IN WORK COMPARABLE WITH THAT REQUIRED UNDER THE PROPOSED CONTRACT: | _____ Years as a General Contractor  _____ Years as a Subcontractor | |

10. RECENT WORK SIMILAR IN CHARACTER TO THAT REQUIRED IN THE PROPOSED CONTRACT, WHICH BIDDER HAS COMPLETED IN THE PAST 10 YEARS:

(a)

| | | |
|---|---|---|
| PROJECT DESCRIPTION: | | |
| LOCATION:  *Address, City, State* | | |
| START DATE: | PLANNED COMPLETION DATE: | ACTUAL COMPLETION DATE: |
| CONTRACT AMOUNT:  $ | CHANGE ORDER AMOUNT:  $ | |
| ROLE (Check One):  ☐ General Contractor  ☐ Subcontractor | IF GENERAL CONTRACTOR, LIST NAMES OF MAJOR SUBCONTRACTORS EMPLOYED: | |
| NAME OF OWNER'S REPRESENTATIVE: | | |
| TITLE: | TELEPHONE: | |
| BUSINESS ADDRESS: | | |

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 70 of 279

(b)

| PROJECT DESCRIPTION: | | |
|---|---|---|
| LOCATION: *Address, City, State* | | |
| START DATE: | PLANNED COMPLETION DATE: | ACTUAL COMPLETION DATE: |
| CONTRACT AMOUNT: $ | | CHANGE ORDER AMOUNT: $ |
| ROLE (Check One):<br>☐ General Contractor<br>☐ Subcontractor | IF GENERAL CONTRACTOR, LIST NAMES OF MAJOR SUBCONTRACTORS EMPLOYED: | |
| NAME OF OWNER'S REPRESENTATIVE: | | |
| TITLE: | | TELEPHONE: |
| BUSINESS ADDRESS: | | |

(c)

| PROJECT DESCRIPTION: | | |
|---|---|---|
| LOCATION: *Address, City, State* | | |
| START DATE: | PLANNED COMPLETION DATE: | ACTUAL COMPLETION DATE: |
| CONTRACT AMOUNT: $ | | CHANGE ORDER AMOUNT: $ |
| ROLE (Check One):<br>☐ General Contractor<br>☐ Subcontractor | IF GENERAL CONTRACTOR, LIST NAMES OF MAJOR SUBCONTRACTORS EMPLOYED: | |
| NAME OF OWNER'S REPRESENTATIVE: | | |
| TITLE: | | TELEPHONE: |
| BUSINESS ADDRESS: | | |

*(Add sheets if necessary.)*

11. LIST ALL CONTRACTS DURING THE PAST 10 YEARS FOR WHICH THE BIDDER, OR A MEMBER OF THE BIDDER'S ORGANIZATION, RECEIVED AN UNSATISFACTORY PERFORMANCE RATING, WAS CITED FOR OSHA VIOLATIONS OR FAILED TO COMPLETE WORK.

(a)

| PROJECT: | NAME OF OWNER: |
|---|---|
| LOCATION: *Address, City, State* | |
| EXPLAIN: | |

(b)

| PROJECT: | NAME OF OWNER: |
|---|---|
| LOCATION: *Address, City, State* | |
| EXPLAIN: | |

*(Add sheets if necessary.)*

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 71 of 279

12. LIST MAJOR CONSTRUCTION EQUIPMENT, FACILITIES OR AIDS THAT BIDDER REPRESENTS IT POSSESSES OR CAN OBTAIN IN TIME TO PERFORM THE WORK; INDICATING WHETHER OWNED OR RENTED AND WHERE OBTAINED:

| EQUIPMENT | OWNED | LEASED | RENTED | RENTAL AGENT NAME | TELEPHONE |
|-----------|-------|--------|--------|-------------------|-----------|
| (a) | ☐ | ☐ | ☐ | | |
| (b) | ☐ | ☐ | ☐ | | |
| (c) | ☐ | ☐ | ☐ | | |
| (d) | ☐ | ☐ | ☐ | | |
| (e) | ☐ | ☐ | ☐ | | |

13. BIDDER REFERS TO THE FOLLOWING BANK(S) AS TO FINANCIAL RESPONSIBILITY OF BIDDER:

(a)

| NAME OF BANK: | |
|---|---|
| BUSINESS ADDRESS: | |
| CONTACT NAME: | TELEPHONE: |

(b)

| NAME OF BANK: | |
|---|---|
| BUSINESS ADDRESS: | |
| CONTACT NAME: | TELEPHONE: |

14. INSURANCE AND SURETY COMPANIES AND AGENTS WHO WILL PROVIDE THE REQUIRED INSURANCE AND BONDS ON THIS CONTRACT:

(a)

| NAME OF COMPANY: | TYPE OF INSURANCE OR BOND: |
|---|---|
| BUSINESS ADDRESS: | |
| AGENT'S NAME: | TELEPHONE: |

(b)

| NAME OF COMPANY: | TYPE OF INSURANCE OR BOND: |
|---|---|
| BUSINESS ADDRESS: | |
| AGENT'S NAME: | TELEPHONE: |

*(Add sheets if necessary.)*

Note:   *The above Bidder's Qualifications form is part of the Bid.  Signing the Bid Form shall also constitute signature of this form.*

*By Signing the Bid Form, the Contractor permits the City to contact the Owner of each sample project submitted above.*

END OF SECTION

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page
72 of 279

SECTION 00 45 60

HIGHEST PREVAILING WAGE RATE CERTIFICATION

Bidder, by submitting the attached Bid Form, hereby acknowledges that Bidder has read the San Francisco Charter section A7.204 and San Francisco Administrative Code section 6.22E.

Bidder further acknowledges and certifies that, if awarded the Contract, Bidder will comply with the requirement that any person performing labor or rendering service under a contract for public work or improvement shall be paid not less than the highest general prevailing rate of wages in private employment for similar work.  Bidder is aware that failure to comply with such wage provision shall result in a forfeiture to the City and County of San Francisco of back wages plus fifty dollars ($50) per day for each person not receiving the required wage, and may result in disqualification as a contractor or subcontractor on any public work or improvement for the City and County of San Francisco for a period of up to five years.

Bidder further attests by submitting the attached Bid Form, that Bidder will require from all of its subcontractors that they acknowledge having read San Francisco Charter section A7.204 and San Francisco Administrative Code section 6.22E, and that they will comply with the same requirements under this Contract.

*Note:    The above Certification is part of the Bid. Signing the Bid Form shall also constitute signature of this Certification.*

*Bidder must submit this certification with its Bid.*

END OF SECTION

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page
74 of 279

SECTION 00 45 65

CERTIFICATE OF BIDDER REGARDING APPRENTICESHIP TRAINING PROGRAM

I, the Bidder, by affixing my signature on the Bid Form, acknowledge that I have read San Francisco Administrative Code section 6.22(N) and I make the following declaration regarding each apprenticeable trade for which I will provide labor to the Project: *(Please **check** the appropriate box(es) and complete the listing of trade(s) in the space provided below)*

☐ I am a signatory to a recognized apprenticeship or training program under chapter 4 of the California Labor Code as certified by the State of California Division of Apprenticeship Standards for the following apprenticeable trades for which I will provide labor on the Project, and I will provide written proof of my status as a signatory within 10 days after the date of the City's written notification of award of the Contract:
*(List Trades Here)*        _____

☐ I have applied to become a signatory for the trades listed below but have not been accepted.  Nevertheless, pursuant to San Francisco Administrative Code section 6.22(N) and California Labor Code section 1777.5, I will pay into the appropriate apprenticeship fund(s) an amount equal to that paid by signatories.  I acknowledge that I will be required to submit written evidence of such payments with all progress payment requests for payment for Work on the Project starting with the second such progress payment request and that providing such evidence is a condition that I must meet in order for to qualify for payment by the City.
*(List Trades Here)*        _____

Additionally, I attest that I will require each of my subcontractors to submit in accordance with Section 00 21 13 a completed and signed Certificate of Subcontractor Regarding Apprenticeship Training Program form (Section 00 49 15).  I acknowledge that, for subcontractor(s) who declare on said Section 00 49 15 that they have applied to become a signatory but have not been accepted and will pay into the appropriate apprenticeship fund(s) an amount equal to that paid by signatories, I must submit written evidence of such payments with all progress payment requests for payment for Work on the Project starting with the second such request and that providing such evidence is a condition I must meet in order to qualify for payment by the City.

I also attest that I and all of my subcontractors will comply, as a material term of the Contract, with the requirements of the State Apprenticeship Program as set forth in the California Labor Code, division 3, chapter 4 (commencing at section 3070) and section 1777.5 and San Francisco Administrative Code section 6.22(N) and all requests by the City to provide proof that I and all subcontractors are in compliance with those requirements. I declare (or certify) under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am authorized to bind this entity contractually.

*If the Contract involves one or more trades with a recognized apprenticeship program for which you have declared that you are a signatory to a recognized apprenticeship or training program, written proof of status must be submitted for each trade within 10 working days after the date of the City's written notification of award of the Contract.*

Note:   *The above Certification is part of the Bid. Signing the Bid Form shall also constitute signature of this Certification. Bidders are cautioned that making a false certification may subject the certifier to criminal prosecution.*

*Bidder must submit this certification with its Bid.*

END OF SECTION

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page
76 of 279

SECTION 00 45 70

CERTIFICATE OF BIDDER REGARDING
NONDISCRIMINATION IN CONTRACTS AND BENEFITS

Bidder, by submitting the attached Bid Form, hereby acknowledges that Bidder has read and will comply with chapter 12B "Nondiscrimination in Contracts" of the San Francisco Administrative Code and attests to the following *(please **check** the applicable box)*:

☐ **COMPLIES**: The San Francisco Contract Monitoring Division ("CMD") has certified that Bidder is in compliance with chapter 12B of the San Francisco Administrative Code, and all applicable related requirements as specified in the Contract Documents, and the certification is in effect on the date of Bid opening.

☐ **COMPLIANCE PENDING**: Bidder has submitted Form CMD-12B-101 and all required documentation to the CMD seeking certification of compliance with chapter 12B, and determination of compliance is pending review by the CMD. Bidder agrees to resolve all non-compliance through conciliation with CMD as a condition precedent to award of the Contract. If the CMD determines that Bidder is non-compliant, Bidder's Bid shall be deemed non-responsive.

☐ **NON-COMPLIANCE:** Bidder acknowledges that full compliance with chapter 12B of the San Francisco Administrative Code is a condition precedent for award of the Contract, and if determined to be the low Bidder, Bidder will submit Form CMD-12B-101 and all required documentation within 10 working days after the date of Bid opening. If the CMD determines that Bidder is non-compliant, Bidder's Bid shall be deemed non-responsive.

Note: The text chapter 12B of the San Francisco Administrative Code and Form CMD-12B-101 is available from the CMD, 30 Van Ness Avenue, Suite 200, San Francisco 94102, telephone (415) 581-2351 and posted on the Web at http://sfgsa.org/index.aspx?page=6058. Compliance with the requirements of Chapter 12B is a condition precedent to receiving a contract. Non-compliant Bidders are advised to submit Form CMD-12B-101 and accompanying documentation to the CMD at the earliest possible opportunity to avoid delays in obtaining certification with these requirements; waiting to file during the 10 day period after Bid opening could cause delays.

Note: *The above Certification is part of the Bid. Signing the Bid Form shall also constitute signature of this Certification.*

*Bidder must submit this completed form with its Bid.*

END OF SECTION

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page
78 of 279

SECTION 00 45 80

NONCOLLUSION AFFIDAVIT

TO THE DIRECTOR OF PUBLIC WORKS, CITY AND COUNTY OF SAN FRANCISCO

In accordance with California Public Contract Code section 7106 the Bidder declares that the Bid is not made in the interest of, or on behalf of, any undisclosed person, partnership, company, association, organization, or corporation; that the Bid is genuine and not collusive or sham; that the Bidder has not directly or indirectly induced or solicited any other Bidder to put in a false or sham Bid, and has not directly or indirectly colluded, conspired, connived, or agreed with any Bidder or anyone else to put in a sham Bid, or that anyone shall refrain from Bidding; that the Bidder has not in any manner, directly or indirectly, sought by agreement, communication, or conference with anyone to fix the Bid price of the Bidder or any other Bidder, or to fix any overhead, profit, or cost element of the Bid price, or of that of any other Bidder, or to secure any advantage against the public body awarding the Contract of anyone interested in the proposed Contract; that all statements contained in the Bid are true; and, further, that the Bidder has not, directly or indirectly, submitted his or her Bid price or any breakdown thereof, or the contents thereof, or divulged information or data relative thereto, or paid, and will not pay, any fee to any corporation, partnership, company association, organization, bid depository, or to any member or agent thereof to effectuate a collusive or sham Bid.

Note:    *The above Noncollusion Affidavit is part of the Bid. Signing the Bid Form shall also constitute signature of this Noncollusion Affidavit. Bidders are cautioned that making a false certification may subject the certifier to criminal prosecution.*

*Bidder must submit this form with its Bid.*

END OF SECTION

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 80 of 279

SECTION 00 45 82

CERTIFICATION OF BIDDER REGARDING DEBARMENT AND SUSPENSION*

The Bidder, by signing the attached Bid Form, under penalty of perjury, certifies that, except as noted below, the Bidder and its principals:

1.  are not presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from covered transactions by a government agency;
2.  have not within a 3-year period preceding this Bid been convicted of or had a civil judgment rendered against us for: (i) commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (federal, state or local) transaction or contract under a public transaction; (ii) violation of federal or state antitrust statutes; or (iii) commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, or receiving stolen property;
3.  are not presently indicted for or otherwise criminally or civilly charged by a governmental entity (federal, state or local) with commission of any of the offenses enumerated in item 2 above; and
4.  have not within a 3-year period preceding this Bid had one or more public transactions (federal, state or local) terminated for cause or default.
5.  Where the Bidder is unable to certify to any of the statements in this certification because it currently violates or has previously violated the above conditions 1 to 4, such prospective participant shall provide a description of each instance of violation and attach an explanation to this Bid.  The Bidder declares the following exceptions to the above representations:  *(If there are exceptions to this Certification, insert the exceptions in the space provided below.)*

_____

_____

_____

Exceptions will not necessarily result in denial of award of the Contract, but will be considered in determining Bidder responsibility.  For each exception noted above, Bidder shall indicate below to whom it applies, name of the government entity and dates of action:

| Exception | Person | Government Entity | Dates Inclusive |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

*Fulfills requirements of Title 49, CFR, Part 29*

Note:    *The above Certification is part of the Bid. Signing the Bid Form shall also constitute signature of this Certification. Providing false information may result in criminal prosecution or administrative sanctions.*

*Bidder must submit this completed form with its Bid.*

END OF SECTION

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page
82 of 279



FORM 2B: "GOOD FAITH OUTREACH" REQUIREMENTS FORM

*This "Good Faith Outreach" form must be completed and submitted with the bid EVEN IF the LBE subcontracting participation goal has been met (Section 14B.8 of the San Francisco Administrative Code). Bidders may obtain a list of certified LBEs from the CMD website: http://www.sfgov.org/cmd*

SECTION A

Under Section 14B.8(B) of the Administrative Code, if a bid demonstrates total LBE participation that exceeds by 35% the established LBE subcontracting participation goal for the project, the bidder will not be required to conduct good faith outreach efforts or to submit evidence of good faith outreach efforts. Note that a Small or Micro-LBE prime bidder may count its own Contract Work toward the 35% good faith efforts exception. PLEASE SEE EXAMPLE IN CMD ATTACHMENT 1, SECTION 1.02B.

Does your bid demonstrate that you have exceeded the established LBE subcontracting participation goal by 35% or more in accordance with Section 14B.8(B)?   ☐ YES*    ☐ NO

If the answer is yes, please check "YES", above, and complete Section C (if applicable) and Section D of this Form. If the answer is no, please check "NO", above, and complete Sections B and D of this Form, and submit all required supporting documentation in accordance with the instructions in Section B.

*\* Note: An answer of "YES", above, is subject to verification by CMD. If the CMD determines that bidder did not exceed the LBE subcontracting participation goal by at least 35% and bidder either failed to undertake adequate good faith outreach efforts or failed to submit supporting documentation with its bid as required by Section B, items 2 and 4, below, then bidder's bid will be declared non-responsive and will be rejected.*

*\*Note: "LBE" refers to Small and Micro-LBEs only, unless the Project Specifications allow for SBA-LBE subcontractors to count towards the LBE participation goal.*

SECTION B

All bidders that do not qualify for the exception set forth in Section 14B.8(B) of the Administrative Code must complete this Section B and submit supporting documentation as required.

SUPPORTING DOCUMENTATION FOR ITEMS 2 AND 4, BELOW, MUST BE SUBMITTED WITH THE BID. SUPPORTING DOCUMENTATION FOR ITEM 5 AND 6, BELOW, SHALL BE SUBMITTED BY THE APPARENT LOW BIDDER BY 5:00 P.M. ON THE FIFTH BUSINESS DAY FOLLOWING BID OPENING. *Bidders may obtain a list of certified LBEs from the CMD website: http://www.sfgov.org/cmd*

*A bidder must achieve at least 80 points, as determined by CMD, to be deemed compliant with the "good faith outreach" requirements. A bidder who fails to achieve at least 80 points will be declared non-responsive, and the bid will be rejected. Please check "yes" or "no" for each item listed below.*

| | | | |
|---|---|---|---|
| 1. | Did your firm attend the pre-bid meeting scheduled by the City to inform all bidders of the LBE program requirements for this project?<br>If the City does not hold a pre-bid meeting, all bidders will receive 15 points. | ☐ Yes<br>(15 Points) | ☐ No<br>(0 Points) |
| 2. | Did your firm advertise, not less than 10 calendar days before the due date of the bid, in one or more daily or weekly newspapers, trade association publications, LBE trade oriented publications, trade journals, or other media, such as: Daily Pacific Builder, Daily Construction Service, San Francisco Builder's Exchange, Small Business Exchange, or the Bid and Contracts Section of the Office of Contract Administration's website (http://mission.sfgov.org/OCABidPublication/)? If so, you must enclose a copy of the advertisement with your bid.<br><br>The advertisement must provide LBEs with adequate information about the plans, specifications, and requirements for the work.<br><br>If the City gave public notice of the project less than 15 calendar days prior to the bid | ☐ Yes<br>(10 points) | ☐ No<br>(0 Points) |

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 84 of 279


| | | | |
|---|---|---|---|
| | due date, no advertisement is required, and all bidders will receive 10 points. | | |
| 3. | Did your firm identify and select trades (as categorized in CMD's LBE Directory) to meet the LBE subcontracting goal?  If so, please identify the trades below: <br><br> _____  _____  _____ <br><br> _____  _____  _____ | ☐ Yes (10 points) | ☐ No (0 Points) |
| 4. | Did your firm contact LBE firms (LBE firms include MBEs, WBEs and OBEs) identified by trade (see #3 above), not less than 10 calendar days prior to the due date of the bid?  If so, you must underline such documentation with your bid (i.e. phone logs, emails, faxes and/or etc.) to verify that contacts were made.  The purpose of contacting LBE firms is to provide notice of interest in bidding for this project. <br><br> A bidder who contacts those LBE firms certified in the trades identified, not less than 10 calendar days prior to the due date of the bids, will receive up to 45 points.  If a bidder does not comply with paragraphs a. & b. below, one point will be deducted for each LBE firm within each identified trade that is not contacted. <br><br>     a. If there are less than 25 firms within an identified trade, a bidder should contact all of them. <br><br>     b. If there are 25 or more firms within an identified trade, a bidder should contact at least 25 firms within such identified trade. <br> If a bidder does not contact any LBE firms, the bidder will receive no points. <br> When contacting LBEs, you should provide adequate information about the plans, specifications, and requirements for the work. <br> If the City gave public notice of the project less than 15 calendar days prior to the bid due date, the allocation of points above still applies, except that the bidder may contact those LBE firms certified in the trades identified less than 10 calendar days prior to the due date of the bid. | ☐ Yes (Up to 45 points) | ☐ No (0 Points) |
| 5. | Did your firm follow-up and negotiate in good faith with interested LBEs*?  If applicable, your follow-up contact with interested LBEs should provide information on the City's bonding and financial assistance programs. <br><br> The apparent low bidder shall submit with its CMD 5-day submittal package, documentation (i.e. phone logs, emails, faxes and/or etc.) to verify that follow-up contacts were made. <br><br> For each interested LBE firm that the bidder does not follow-up with, a point will be deducted. <br><br> A bidder who does not perform any follow-up contact with interested LBEs will receive no points. <br><br> * "Interested LBE" shall mean an LBE firm, contacted by the bidder pursuant to Item #4 above, that expresses interest in being a subcontractor/supplier to the bidder. | ☐ Yes (Up to 20 points) | ☐ No (0 Points) |

| | |
|---|---|
| 6. | The apparent low bidder shall submit the following documentation with its CMD 5-Day Submittal Package: <br><br> (1) Copies of all written bids submitted, including those from non-LBEs; <br><br> (2) If oral bids were received, a list of all such bids, including those from non-LBEs.  The trade and dollar amounts for each such bid must be specified; and <br><br> (3) A full and complete statement of the reasons for selection of the subcontractors for each trade.  If the reason is based on relative qualifications, the statement must address the particular qualification at issue. If the reason is based on the bid amounts, the statement must include the amounts and describe the similarities and/or dissimilarities in the scope of work covered by the bids. <br><br> Pursuant to Section 14B.8(E) of the Ordinance, all bidders shall maintain the documentation described under this item for three years following submission of the bid or completion of the contract, whichever is later. |

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 85 of 279


SECTION C

If a Small or Micro-LBE prime bidder checks "YES" in Section A, above, and is relying on self-performed Contract Work to meet the 35% good faith efforts exception, such Small or Micro-LBE prime bidder must indicate the total value of Contract Work that bidder will perform with its own forces in the space below:

$ \underline{\hspace{2cm}}

SECTION D

| | |
|---|---|
| Contract Name: | _____ |
| Contract No.: | _____ |
| Signature of Owner/Authorized Representative: | _____ |
| Owner/Authorized Representative (Print): | _____ |
| Name of Firm (Print): | _____ |
| Title and Position: | _____ |
| Address, City, ZIP: | _____ |
| E-mail: | _____ |
| Date: | _____ |

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 86 of 279

SECTION 00 49 00

SUPPLEMENTARY BIDDING FORMS CHECKLIST

***To be submitted after bid opening for:***

**PAVEMENT RENOVATION, SEWER REPLACEMENT, AND WATERMAIN INSTALLATION - HAIGHT STREET AND HAYES STREET
(Department of Public Works Contract No. 2264J)**

A.   No later than **5 working days** after the date of Bid opening the apparent low Bidder, and any other Bidder so requested, shall submit to the Contract Compliance Officer the following CMD forms, completed and properly signed:

- ❑ FORM 3: CMD Non-Discrimination Affidavit.
- ❑ FORM 6: CMD LBE Subcontractor Participation Affidavit.
- ❑ FORM 6A: CMD LBE Trucking Form.

<u>Submit above forms to:</u> *Selormey Dzikunu, Contract Monitoring Division, 30 Van Ness Avenue, 5th* Floor*, San Francisco, CA 94102*

B.   Within **10 working days** after the date of the City's notification of the lowest Bidder, the low Bidder, and any other Bidder so requested, shall submit the following forms:

- ❑ Experience Statement (Section 00 49 12).

<u>Submit above form(s) to:</u> Stephanie Yuan*, Infrastructure Division, City and County of San Francisco, Department of Public Works,* 1690 Mission Street, 3rd Floor*, San Francisco, CA 94103*

- ❑ Certification of Subcontractor, Lower-Tier Subcontractor or Supplier Regarding Debarment and Suspension (Section 00 49 14), completed by each subcontractor, lower-tier subcontractor and supplier for lower tier covered transactions of $25,000 or more.
- ❑ Certificate of Subcontractor Regarding Apprenticeship Training Program form (Section 00 49 15).
- ❑ Copy of Escrow Bid Documents Declaration form only (Section 00 49 16).

<u>Submit above forms to:</u> Contract Administration Division*, Department of Public Works, 1155 Market Street, 4th Floor, San Francisco, California 94103*

- ❑ Escrow Bid Documents Declaration form (Section 00 49 16) including a set of Escrow Bid Documents in a sealed container in accordance with Section 00 22 30 - Escrow Bid Documents; *submit per instructions on the form*.

C.   Refer to Section 00 73 30 for Local Hiring forms required **to be submitted after Award** of Contract.

END OF SECTION

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 88 of 279


## FORM 3: CMD NON-DISCRIMINATION AFFIDAVIT

1. I will ensure that my firm complies fully with the provisions of Chapter 14B of the San Francisco Administrative Code and its implementing Rules and Regulations and attest to the truth and accuracy of all information provided regarding such compliance.

2. Upon request, I will provide the CMD with copies of contracts, subcontract agreements, certified payroll records and other documents requested so the CMD may investigate claims of discrimination or non-compliance with either Chapter 12B or Chapter 14B.

3. I acknowledge and agree that any monetary penalty assessed against my firm by the Director of the CMD shall be payable to the City and County upon demand. I further acknowledge and agree that any monetary penalty assessed may be withheld from any monies due to my firm on any contract with the City and County of San Francisco.

4. I declare and swear under penalty of perjury under the laws of the State of California that the foregoing statements are true and correct and accurately reflect my intentions.

Signature of Owner/Authorized Representative: _____

Owner/Authorized Representative (Print): _____

Name of Firm (Print): _____

Title and Position: _____

Address, City, ZIP _____

Federal Employer Identification Number (FEIN): _____

Date: _____

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page
90 of 279


## FORM 6: CMD LBE SUBCONTRACTOR PARTICIPATION AFFIDAVIT

This affidavit is to be completed by each LBE subcontractor or supplier (including lower tier subcontractors) and submitted to the apparent low bidder. The apparent low bidder shall submit the completed affidavits and copies of the subcontractors' or suppliers' bid quotations to the CMD no later than 5:00 p.m. on the fifth business day following the Bid opening. Subcontractor may attach additional sheets if more space is needed to provide complete information.

Contract Number: _____ Contract Name: _____

Name of Bidder: _____

Name of LBE Sub or Supplier: _____

License #: _____ Scope of work: _____

1. _____ verify that _____ bid to
   Name of LBE Owner/Representative          LBE Firm

the above referenced Bidder for subcontracting work in the amount of $ _____ and have been offered a subcontract in that amount.

2. Please list major vendors/suppliers of goods/services for this project:

| Name | Phone | Product(s) | $ Amount |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

3. Please describe scope(s) of work:

4. Check one:
   ☐ We will NOT subcontract out ANY portion of our work to another subcontractor.
   ☐ We WILL subcontract out _____% of our work to: _____
   Firm

in the amount of $_____. This business is: ☐ LBE Certified ☐ Not LBE Certified.

5. ☐ I have enclosed a copy of my Firm's Bid Quotation.

I declare, under penalty of perjury, that the above information is true and correct and that our firm is a bona fide, certified LBE as defined under Chapter 14B of the San Francisco Administrative Code.

_____ _____
LBE Owner/Authorized Representative (Signature)          Date

_____ _____
Name and Title (Print)          Phone

(Rev. 5/10/2013)          CMD6-1          CMD LBE Subcontractor Participation Affidavit

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 92 of 279



## FORM 6A: CMD LBE TRUCKING FORM

This form is to be completed by apparent low bidder to describe the complete scope of trucking work to be performed for the contract and submitted to the CMD by 5 p.m. on the fifth day following Bid opening.

Contract Number: _____     Contract Name: _____

SECTION 1.  TRUCKING ESTIMATE

| | | |
|---|---|---|
| Products to be Hauled: | | |
| Type of equipment needed/indicate maximum Number of trucks needed per day: | | |
| Quantity of product to be hauled: | | |
| Estimated quantity per truckload: | | |
| Estimated number of truckloads: | | |
| Products to be hauled from (give point of origin): | | |
| Estimated Number of truck hours per trip: | | |
| Trucking Rate: | | |
| Estimate of total trucking (Number of loads times hours per trip times trucking hourly rate): | | |

If an assigned Trucker is being paid for Administrative Work (i.e. Dispatcher), Describe and State Amount to be Paid: _____

Is this assigned Trucking firm an LBE or Non-LBE firm, specify:     ☐ LBE    ☐ Non-LBE

Total Dollar Amount Committed to LBE Truckers:     $ _____

   * Disposal fee and equipment rental fee will not be counted towards meeting the LBE trucking dollars amount.

SECTION 2. TRUCKING AND HAULING FIRMS

List below CMD certified LBE trucking and hauling firms that will be utilized on this project.  *Photocopy this form for additional truckers and provide the requested information for each LBE trucker.*

| | |
|---|---|
| Firm Name: | ☐ LBE ☐ Non-LBE |
| Products to be hauled: | |
| Number of Trucks Needed: | |
| Type of Trucks Needed: | |
| Proposed Dollar Amount of subcontract: | |

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page
94 of 279



| Firm Name: | ☐ LBE ☐ Non-LBE |
|---|---|
| Products to be hauled: | |
| Number of Trucks Needed: | |
| Type of Trucks Needed: | |
| Proposed Dollar Amount of subcontract: | |

| Firm Name: | ☐ LBE ☐ Non-LBE |
|---|---|
| Products to be hauled: | |
| Number of Trucks Needed: | |
| Type of Trucks Needed: | |
| Proposed Dollar Amount of subcontract: | |

| Firm Name: | ☐ LBE ☐ Non-LBE |
|---|---|
| Products to be hauled: | |
| Number of Trucks Needed: | |
| Type of Trucks Needed: | |
| Proposed Dollar Amount of subcontract: | |

| Firm Name: | ☐ LBE ☐ Non-LBE |
|---|---|
| Products to be hauled: | |
| Number of Trucks Needed: | |
| Type of Trucks Needed: | |
| Proposed Dollar Amount of subcontract: | |

I declare, under penalty of perjury that I am the owner or authorized representative of this firm and that the foregoing is true and correct.

_____
Owner/Authorized Representative (Signature)

_____
Name and Title (Print)

_____
Firm Name

_____
Telephone                         Date

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page
95 of 279

Copyright ©2014 City & County of San Francisco

SECTION 00 49 12

EXPERIENCE STATEMENT

Within 10 working days after the date of the City's notification of the lowest Bidder, the low bidder, and any other Bidder so requested, shall furnish the following information regarding the qualifications of each proposed key team member and person or entity proposed to perform work as required by Section 00 21 13, Article

| | |
|---|---|
| 1. EXPERIENCE FOR (CHECK ONE):<br>☐ Key Team Member ; ☐ Subcontractor | |
| 2. PROJECT POSITION OR SUBCONTRACTOR WORK: | |
| 3. NAME OF PROPOSED PERSON<br>OR SUBCONTRACTOR: | 4. TELEPHONE: |
| 5. BUSINESS ADDRESS: | |
| 6. NUMBER OF YEARS WITH<br>BIDDING CONTRACTOR: | 7. TOTAL NUMBER OF YEARS EXPERIENCE IN<br>CONSTRUCTION INDUSTRY: |
| 8. IS PROPOSED PERSON EMPLOYED BY BIDDER? ☐ YES; ☐ NO; IF "NO", LIST NAME AND PHONE OF EMPLOYER: | |
| 9. NAME OF EMPLOYER: | 10. TELEPHONE: |

**Project Experience:**

(a)

| | |
|---|---|
| PROJECT NAME: | |
| POSITION OR SCOPE OF<br>WORK: | |
| DATES SPENT AT PROJECT: | PROJECT COST: $ |
| DESCRIPTION OF POSITION OR SCOPE OF WORK: | |
| | |
| NAME OF OWNER'S REPRESENTATIVE: | |
| TITLE: | TELEPHONE: |
| BUSINESS ADDRESS: | |

(b)

| | |
|---|---|
| PROJECT NAME: | |
| POSITION OR SCOPE OF<br>WORK: | |
| DATES SPENT AT PROJECT: | PROJECT COST: $ |
| DESCRIPTION OF POSITION OR SCOPE OF WORK: | |
| | |
| NAME OF OWNER'S REPRESENTATIVE: | |
| TITLE: | TELEPHONE: |
| BUSINESS ADDRESS: | |

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 96 of 279

(c)

| PROJECT NAME: | |
|---|---|
| POSITION OR SCOPE OF WORK: | |
| DATES SPENT AT PROJECT: | PROJECT COST:        $ |
| DESCRIPTION OF POSITION OR SCOPE OF WORK: | |
| | |
| NAME OF OWNER'S REPRESENTATIVE: | |
| TITLE: | TELEPHONE: |
| BUSINESS ADDRESS: | |

(d)

| PROJECT NAME: | |
|---|---|
| POSITION OR SCOPE OF WORK: | |
| DATES SPENT AT PROJECT: | PROJECT COST:        $ |
| DESCRIPTION OF POSITION OR SCOPE OF WORK: | |
| | |
| NAME OF OWNER'S REPRESENTATIVE: | |
| TITLE: | TELEPHONE: |
| BUSINESS ADDRESS: | |

(e)

| PROJECT NAME: | |
|---|---|
| POSITION OR SCOPE OF WORK: | |
| DATES SPENT AT PROJECT: | PROJECT COST:        $ |
| DESCRIPTION OF POSITION OR SCOPE OF WORK: | |
| | |
| NAME OF OWNER'S REPRESENTATIVE: | |
| TITLE: | TELEPHONE: |
| BUSINESS ADDRESS: | |

*Copy this page as needed to provide a complete listing.*


END OF SECTION

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 97 of 279

Copyright ©2014 City & County of San Francisco

SECTION 00 49 14

## CERTIFICATION OF SUBCONTRACTOR, LOWER-TIER SUBCONTRACTOR OR SUPPLIER REGARDING DEBARMENT AND SUSPENSION*

I, _____ , by affixing my signature hereto, under penalty of perjury, hereby certify that, except as noted below, that my principals and I are not presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from covered transactions by any government agency.

Where the subcontractor, lower-tier subcontractor or supplier is unable to certify to any of the statements in this certification because it currently violates or has previously violated the above conditions of the certification, such subcontractor, lower-tier subcontractor or supplier shall provide description of each instance of violation and attach an explanation to this Document.  The subcontractor, lower-tier subcontractor or supplier declares the following exceptions to the above representations:  *(If there are exceptions to this Certification, insert the exceptions in the space provided below.)*

_____

_____

_____

Exceptions will not necessarily result in denial of award of the Contract, but will be considered in determining Bidder responsibility.  For each exception noted above, indicate below to whom it applies, name of the government entity and dates of action:

| Exception | Person | Government Entity | Dates Inclusive |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

_____
Name of Firm, Corporation, Partnership or Joint Venture

_____
Name and Title of Authorized Representative

_____     _____
Signature of Bidder or Authorized Representative                          Date

NOTICE:  Providing false information may result in criminal prosecution or administrative sanctions.

*Fulfills requirements of Title 49, CFR, Part 29 (applicable to all subcontracts, purchase orders and other lower tier transactions of $25,000 or more)*

Submit this completed form within 10 working days after date of the City's notification of the lowest Bidder to: Contract Administration Division, Department of Public Works, 1155 Market Street, 4th Floor, San Francisco, California 94103.

END OF SECTION

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 98 of 279

SECTION 00 49 15

CERTIFICATE OF SUBCONTRACTOR REGARDING APPRENTICESHIP TRAINING PROGRAM

I, _____, by affixing my signature hereto, acknowledge that I have read San Francisco Administrative Code section 6.22(N) and I make the following declaration regarding each apprenticeable trade for which I will provide labor to the Project: *(Please **check** the appropriate box(es) and complete the listing of trade(s) in the space provided below)*

☐     I am a signatory to a recognized apprenticeship or training program under chapter 4 of the California Labor Code as certified by the State of California Division of Apprenticeship Standards for the following apprenticeable trades for which I will provide labor on the Project, and I will provide written proof of my status as a signatory within 10 days after the date of the City's written notification of award of the Contract:

*(List Trades Here)*  _____

☐     I have applied to become a signatory for the trades listed below but have not been accepted. Nevertheless, pursuant to San Francisco Administrative Code section 6.22(N) and California Labor Code section 1777.5, I will pay into the appropriate apprenticeship fund(s) an amount equal to that paid by signatories.  I acknowledge that I will be required to submit written evidence of such payments for all progress payment requests for payment for Work on the Project submitted by the Bidder (General Contractor) to the City starting with the second such progress payment request. Further, I acknowledge that my providing such evidence for the Bidder (General Contractor) to submit to the City with its progress payment request(s) is a condition that I must meet in order for the Bidder (General Contractor) to qualify for payment by the City.

*(List Trades Here)*  _____

I also attest that I will comply, as a material term of the Contract, with the requirements of the State Apprenticeship Program as set forth in the California Labor Code, division 3, chapter 4 (commencing at section 3070) and section 1777.5 and San Francisco Administrative Code section 6.22(N) and all requests by the City to provide proof that I am in compliance with those requirements.

I declare (or certify) under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am authorized to bind this entity contractually.

*Complete and deliver this declaration form as specified in Section 00 21 13 – Instructions to Bidders to the Department of Public Works, Contract Administration Division, 1155 Market Street, 4th Floor, San Francisco, CA 94103.  If the subcontract involves one or more trades with a recognized apprenticeship program for which you have declared that you are a signatory to a recognized apprenticeship or training program, written proof of status must be submitted for each trade within 10 working days after the date of the City's written notification of award of the Contract.*

_____          _____
Bidder's Name                                             Name of Signer

_____          _____
Subcontractor's Name                                  Title of Signer

_____          _____
Subcontractor's Street Address                     Signature of Subcontractor or Authorized
                                                                  Representative

_____          _____
Subcontractor's City, State, ZIP                    Date

_____
Subcontractor's Telephone No.

END OF SECTION

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page
100 of 279

Copyright ©2014 City & County of San Francisco

DOCUMENT 00 49 16

ESCROW BID DOCUMENTS DECLARATION

*Apparent low Bidder shall submit this form with escrow bid documents within 10 working days after the City notifies the Bidder that it is the low Bidder; refer to Section 00 22 30.*

I, _____ , hereby declare under penalty of perjury pursuant to the laws of the State of California that the Bid documentation contained herein constitutes all the information used in preparation of the Bid, that I have personally examined these contents and have found that this Bid documentation is complete and constitutes all written information used in the preparation of my Bid, and that no other documentation is known to me which is necessary to consider in resolving disputes or claims.

_____
Signature of Bidder or Authorized Representative

_____
Title

_____
Bidder's Name

_____
Date

Note: Make appointment and deliver Escrow Bid Documents in person by an authorized representative of Bidder to:

      Maurice Williams, Manager, PCS
      Department of Public Works
      City and County of San Francisco
      1680 Mission Street, 4th Floor
      San Francisco, CA  94103

END OF SECTION

Case: 19-30088　Doc# 13719-2　Filed: 05/10/23　Entered: 05/10/23 14:28:46　Page 102 of 279

SECTION 00 49 18

REQUEST FOR PRODUCT SUBSTITUTION (RFPS)

In accordance with California Public Contract Code Section 3400, Contractor will be provided a period of 10 calendar days after the date of Award for submission of data substantiating a request for a substitution with an "or equal" item. Refer to Division 1 for requirements for requesting substitutions. *Submit this completed form to Project Engineer/Architect.*

Contract No.: _____   RFS No.   _____
Project Name: _____
Spec. Section: _____   Paragraph(s): _____
Drawing Sheet: _____   Detail(s): _____

**Proposed Substitution:** _____
Manufacturer: _____
    Address/Phone: _____
Trade Name/Model No.: _____
On-Site Representative: _____
    Address/Phone: _____
Installer: _____
    Address/Phone: _____

Product History:    ☐  New      ☐  2-5 years old      ☐  5-10 years old      ☐  More than 10 years old

(a)  Differences between proposed substitution and specified product (Attach required point by point comparative data):
_____

(b)  Reason for not providing specified item: _____
_____

(c)  Similar installation where proposed substitution has been used (Project/Address/Architect/Owner/Date Installed):
_____
_____

(d)  Proposed substitution affecting other parts of Work:  ☐ No ☐ Yes: Explain _____
_____

(e)  Changes or modifications needed to coordinate other parts of the Work that will be necessary to accommodate the proposed substitution:
_____
_____

(f)  Savings to City for accepting substitution:_____($_____)

(g)  Proposed substitution changes Contract Time: ☐ No ☐ Yes:
                              If "Yes" ☐ Add ☐ Deduct _____ calendar days.

(h)  Supporting data attached:   ☐ Product Data      ☐ Drawings   ☐ Test Reports   ☐ Samples
                                 ☐ Other: _____

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 104 of 279

The undersigned certifies that:
1. The proposed substitution has been fully investigated and determined to be equal or superior in all respects to specified product.
2. The proposed substitution conforms in all respects to the requirements of the Contract Documents and is appropriate for the applications intended.
3. The same warranty will be furnished for proposed substitution as for specified product.
4. The proposed substitution will not affect or delay progress schedule.
5. The cost data as stated above is complete. There shall be no claims to the City for additional costs related to an accepted substitution.
6. The proposed substitution does not affect dimensions and functional clearances.
7. Coordination, installation, and changes in the Work as necessary for accepted substitution will be complete in all respects.

Submitted by: _____     Signature: _____
Firm: _____                                   Date: _____

Attachments _____
_____

| CITY'S REVIEW AND ACTION |
|---|
| ❑ Substitution accepted - Make submittals in accordance with Division 1. |
| ❑ Substitution accepted as noted - Make corrections and submit in accordance with Division 1. |
| ❑ Substitution rejected - Use specified materials and equipment. |
| ❑ Substitution Request received too late - Use specified materials. |

Signed _____          Date _____

Note: The City's acceptance of Contractor's submittal of shop drawings, product data, or samples supporting this Substitution Request shall not constitute approval of submittals which do not conform to the requirements of the Contract Documents.

Additional Comments: _____
_____
_____
_____
_____

END OF SECTION

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 105 of 279

SECTION 00 52 00

AGREEMENT FORM

THIS AGREEMENT made for the convenience of the parties this _____ day of _____
20 _____ by and between _____ located at
_____ ("CONTRACTOR"), and the City and County
of San Francisco, State of California (the "CITY"), acting through the Director (the "DIRECTOR") of the
Department of Public Works, under and by virtue of the Charter and Administrative Code of the City and
County of San Francisco.

WHEREAS, the DIRECTOR awarded this AGREEMENT to CONTRACTOR on the _____ day of
_____, 20___, under AWARD OF FORMAL CONTRACT ORDER NO. _____, as
more fully appears in the formal record of the DIRECTOR:

**PAVEMENT RENOVATION, SEWER REPLACEMENT, AND WATERMAIN INSTALLATION –
HAIGHT STREET AND HAYES STREET
(Department of Public Works Contract No. 2264J)**

NOW, THEREFORE, CONTRACTOR, in consideration of the mutual covenants set forth in this
AGREEMENT, promises and agrees to provide all services to construct the Project in accordance with the
requirements of the Contract Documents, to perform the Work in good and workmanlike manner to the
satisfaction of the DIRECTOR, to prosecute the Work with diligence from day to day to Final Completion, to
furnish all construction work, labor and materials to be used in the execution and completion of the Work in
accordance with the Contract Documents, and to otherwise fulfill all of CONTRACTOR's obligations under
the Contract Documents, as and when required under the Contract Documents to the satisfaction of the
DIRECTOR.

CONTRACTOR's execution of this AGREEMENT signifies its acceptance of the Contract Time and
Contract Sum as being sufficient for completion of the Work, as well as acceptance of the other terms and
conditions of the Contract Documents.

**ARTICLE 1 - WORK**

1.01    Contract Documents.  CONTRACTOR shall Provide all Work according to the Contract Documents,
        which are incorporated into and made a part of this AGREEMENT by this reference, and all labor
        and materials used in providing the Work shall comply with the Contract Documents.  The Contract
        Documents, which comprise the entire agreement between CONTRACTOR and the CITY
        concerning the Provision of the Work, are defined in the General Conditions (Section 00 72 00).
        Any undefined term used in this AGREEMENT shall be given the definition set forth in the General
        Conditions (Section 00 72 00).

1.02    Contractor's General Responsibilities.  CONTRACTOR shall provide a fully functional, complete
        and operational Project constructed in accordance with the Contract Documents, including but not
        limited to, all investigations, analyses, surveys, engineering, procurement, materials, labor,
        workmanship, construction and erection, commissioning, equipment, shipping, subcontractors,
        material suppliers, permits, insurance, bonds, fees, taxes, duties, documentation, spare parts,
        materials for initial operation, security, disposal, startup, testing, training, warranties, guarantees,
        and all incidentals.

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page
106 of 279

1.03    Compliance with Laws.

    A.      CONTRACTOR shall keep itself fully informed of and comply with the Charter, ordinances and regulations of the CITY and other local agencies having jurisdiction over the Work, and all federal and state laws and regulations in any manner affecting the Contract Documents, the performance of the Work, or those persons engaged therein.

    B.      All construction and materials provided under the Contract Documents shall be in full accordance with the latest laws and requirements, or the same as may be amended, updated or supplemented from time to time, of the Code specified in the Contract Documents, Americans with Disability Act Accessibility Guidelines, CAL-OSHA, the State Division of Industrial Safety of the Department of Industrial Relations, the Division of the State Architect – Access Compliance, the Public Utilities Commission of the State of California, the State Fire Marshal, the National Fire Protection Association, the San Francisco Department of Public Health, state and federal laws and regulations, and of other bodies or officials having jurisdiction or authority over same, and they shall be observed and complied with by CONTRACTOR and any and all persons, firms and corporations employed by or under it.

    C.      Authorized persons may at any time enter upon any part of the Work to ascertain whether such laws, ordinances, regulations or orders are being complied with.

    D.      No additional costs will be paid or extensions of time granted as a result of such compliance.

## ARTICLE 2 - CONTRACT TIME

2.01    Completion Dates.  The Work shall be Substantially Complete within _____ consecutive calendar days, beginning with and including the official date of Notice to Proceed as established by the DIRECTOR, and Finally Complete in accordance with Article 9 of the General Conditions (Section 00 72 00) within _____ consecutive calendar days after the date the CITY issues a Notice of Substantial Completion.

2.02    Liquidated Damages.  It is understood and agreed by and between CONTRACTOR and the CITY that time is of the essence in all matters relating to the Contract Documents and that the CITY will suffer financial loss if the Work is not completed within the above-stated Contract Times, plus any extensions thereof allowed in accordance with Article 7 of the General Conditions (Section 00 72 00).  The CITY and CONTRACTOR further understand and agree that the actual cost to CITY which would result from CONTRACTOR's failure to complete the Work within the Contract Time is extremely difficult, if not impossible, to determine.  Accordingly, CONTRACTOR and the CITY agree that as liquidated damages for delay (but not as a penalty), CONTRACTOR shall pay the CITY the amounts set forth in Section 00 72 02 (Contract Time and Liquidated Damages) for each calendar day that expires after the above Contract Times and the Work remains incomplete.

## ARTICLE 3 – CONTRACT SUM

3.01    Contract Sum.

    A.      CONTRACTOR and the CITY agree that, upon performance and fulfillment of the mutual covenants set forth herein, the CITY will, in the manner provided by law and as set forth in the Contract Documents, pay or cause to be paid to CONTRACTOR the following price(s), as indicated in the Schedule of Bid Prices on the Bid Form (Section 00 41 00):

        1.      Lump sums for specified portions of the Work.

        2.      The total of all Unit Price Items bid.

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page
107 of 279

      3.        The allowance specified.

      4.        Selected additive/deductive Alternate Bid Items.

      Total awarded contract amount:  $_____.

      The price(s) and amount set forth above shall be adjusted during performance or upon final completion of the Work in accordance with the Contract Documents.

  B.      CONTRACTOR understands and agrees that the CONTRACTOR shall be solely responsible for providing all resources that may be necessary to provide the Work, and that the CITY shall have no obligation whatsoever to finance any part of such costs except with respect to those amounts which become due under the terms and conditions of the Contract Documents.

3.02   <u>Certification by Controller</u>.  This AGREEMENT is subject to the budget and fiscal provisions of the CITY's Charter.  Charges will accrue only after prior written authorization certified by the Controller, and the amount of the CITY's obligation hereunder shall not at any time exceed the amount certified for the purpose and period stated in such advance authorization.

## ARTICLE 4 – LABOR REQUIREMENTS

4.01   <u>Applicable Laws and Agreements</u>.  Compensation and working conditions for labor performed or services rendered under this AGREEMENT shall be in accordance with the Contract Documents, the San Francisco Charter, and applicable sections of the San Francisco Administrative Code, including section 6.22(E).

4.02   <u>Prevailing Wages</u>.  The latest Wage Rates for Private Employment on Public Contracts in the City and County of San Francisco, as determined by the San Francisco Board of Supervisors and the Director of the California Department of Industrial Relations, and, when federal funds are involved, the current General Wage Determination Decisions, as determined by the U.S. Secretary of Labor, as same may be changed during the term of this AGREEMENT, shall be included in this AGREEMENT and are hereby incorporated by this reference.  CONTRACTOR agrees that any person performing labor in the provision of the Work shall be paid not less than the highest general prevailing rate of wages as so determined.  If federal funds are involved, where the minimum rate of pay for any classification differs among State, City and Federal wage rate determinations, the highest of the three rates of pay shall prevail.  CONTRACTOR shall include, in any contract or subcontract relating to the Work, a requirement that all persons performing labor under such contract or subcontract shall be paid not less than the highest prevailing rate of wages for the labor so performed.  CONTRACTOR shall require any contractor to provide, and shall deliver to CITY every month during any construction period, certified payroll reports with respect to all persons performing labor in the Provision of the Work.

  A.      Copies of the latest prevailing wage rates are on file at the Department of Public Works, City and County of San Francisco, Maurice Williams, Manager, PCS, 1680 Mission Street, 4th Floor, San Francisco, CA, 94103 and are also available on the Internet at http://www.dir.ca.gov/oprl/DPreWageDetermination.htm.

4.03   <u>Penalties</u>.  CONTRACTOR shall forfeit to the CITY back wages due plus fifty dollars ($50.00) for:

  A.      Each laborer, workman, or mechanic employed in the provision of the Work, for each calendar day or portion thereof during which such laborer, workman, or mechanic is not paid the highest general prevailing rate of wage for the work performed; or

  B.      Each laborer, mechanic or artisan employed in the provision of the Work, for each calendar day or portion thereof during which such laborer, mechanic or artisan is compelled or

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 108 of 279

permitted to work for a longer period than five days (Monday-Friday) per calendar week of eight hours each, and not compensated in accordance with the prevailing overtime standard and rate.

## ARTICLE 5 – INDEMNITY

5.01    To the fullest extent permitted by law, and consistent with California Civil Code section 2782 and General Conditions (Section 00 72 00) Article 3, the CONTRACTOR shall assume the defense of, indemnify and hold harmless the CITY, its boards and commissions, other parties designated in Section 00 73 16, and all of their officers, agents, members, employees, authorized representatives, or any other persons deemed necessary by any of them acting within the scope of the duties entrusted to them, from all claims, suits, damages, actions, losses and liabilities of every kind, nature and description, including but not limited to attorney's fees, directly or indirectly arising out of, connected with or resulting from the performance or nonperformance of the Work.  The liability of CONTRACTOR shall not be limited to the amount of insurance coverages required under the Contract Documents (Section 00 73 16).  This indemnification shall not be valid in the instance where the loss is caused by the sole negligence or intentional tort of any person indemnified herein.

## ARTICLE 6 – RIGHTS AND REMEDIES

6.01    <u>General</u>.  The provisions of the Contract Documents shall not limit the duties, obligations, rights and remedies otherwise imposed or available by law or in equity.  No action or failure to act shall in any way abridge the rights and obligations of the Parties to the Contract Documents, or condone a breach thereunder, unless expressly agreed to by the Parties in writing.  All remedies provided in the Contract Documents shall be taken and construed as cumulative; that is, in addition to each and every other remedy herein provided, the CITY shall have any and all equitable and legal remedies that it would in any case have.

6.02    <u>No Waiver</u>.  No waiver of any breach of any provision of the Contract Documents shall be held to be a waiver of any other or subsequent breach.  The only waiver by the CITY shall be a waiver in writing that explicitly states the item or right being waived.

6.03    <u>CITY's Remedies for False Claims and Other Violations</u>.  The Contractor or any Subcontractor or Supplier who violates any provision of Chapter 6 of the Administrative Code or who submits a false claim to the CITY may be subject to monetary penalties under Administrative Code Chapter 6, Article V. The Contractor or any Subcontractor or Supplier who engages in wilful misconduct compromising its good faith dealings with the City or other public entities may be declared nonresponsible and debarred under Administrative Code Chapter 28.

   A.    CONTRACTOR shall include in each subcontract and purchase order for Work a clause incorporating the provisions of this Paragraph 6.03.

## ARTICLE 7 – RESOLUTION OF CONFLICTING TERMS

7.01    The Contract Documents and any other agreements between the Parties relating to the Project are intended to be read together and integrated as a whole, and shall be construed and interpreted in a manner so as to avoid any conflicts to the extent possible.  Supplementary provisions in the Contract Documents shall not be deemed to be in conflict.  It is expressly agreed by and between CONTRACTOR and the CITY that should there be any conflict between the terms of this AGREEMENT and the Bid of CONTRACTOR, then this AGREEMENT shall control and nothing herein shall be considered as an acceptance of any terms of the Bid which conflict with this AGREEMENT.

## ARTICLE 8 – GOVERNING LAW AND VENUE

8.01    <u>Governing Law</u>.  The Contract Documents shall be interpreted in accordance with the laws of the

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 109 of 279

State of California and the provisions of the CITY's Charter and Administrative Code, including but not limited to Chapter 6 of the San Francisco Administrative Code, which is incorporated by this reference as if set forth herein in full.

8.02    Venue.  All Claims, counter-claims, disputes and other matters in question between the CITY and CONTRACTOR arising out of or relating to this AGREEMENT or its breach will be decided by a court of competent jurisdiction within the State of California.

**ARTICLE 9 – DISPUTE REVIEW BOARD**

9.01    Not applicable.

**ARTICLE 10 – NOTICES TO PARTIES**

10.01   Unless otherwise indicated in the Contract Documents, all written communications sent by the Parties may be by U.S. mail, e-mail or by fax, and shall be addressed as follows:

>     To CITY:              [Insert name or title of department contact person, name of department, mailing address, e-mail address and fax number.]

>     To CONTRACTOR:        [Insert name of Contractor, mailing address, e-mail address and fax number]

10.02   From time to time, the parties may designate new address information by notice in writing, delivered to the other Party.

10.03   The delivery to CONTRACTOR at the legal address listed above, as it may be amended upon written notice, or the depositing in any post office or post office box regularly maintained by the United States Postal Service in a postage paid wrapper directed to CONTRACTOR at such address, of any drawing, notice, letter or other communication shall be deemed legal and sufficient service thereof upon CONTRACTOR.

**ARTICLE 11 – PROPRIETARY OR CONFIDENTIAL INFORMATION OF CITY**

11.01   CONTRACTOR understands and agrees that, in the performance of the Work under this AGREEMENT or in contemplation thereof, CONTRACTOR may have access to private or confidential information which may be owned or controlled by CITY and that such information may contain proprietary or confidential details, the disclosure of which to third parties may be damaging to CITY.  CONTRACTOR agrees that all information disclosed by CITY to CONTRACTOR shall be held in confidence and used only in performance of the AGREEMENT. CONTRACTOR shall exercise the same standard or care to protect such information as a reasonably prudent contractor would use to protect its own proprietary data.

**ARTICLE 12 – TERMINATION**

12.01   This AGREEMENT and the other Contract Documents shall terminate when all obligations required to be performed by CONTRACTOR and the CITY have been fulfilled, unless sooner terminated as set forth in Article 14 of the General Conditions (Section 00 72 00).

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 110 of 279

IN WITNESS WHEREOF, the CONTRACTOR and the CITY have hereunto set their hands and seals, and have executed this AGREEMENT in duplicate, the day and year first above written.

CONTRACTOR:

By my signature hereunder, as CONTRACTOR, I certify that I have read and understand the section captioned MacBride Principles – Northern Ireland including in Section 00 73 73, the CITY's statement urging companies doing business in Northern Ireland to move towards resolving employment inequities, encouraging compliance with the MacBride Principles, and urging San Francisco companies to do business with corporations that abide by the MacBride Principles.

I further certify that I am aware of the provisions of section 3700 of the Labor Code which require every employer to be insured against liability for worker's compensation or to undertake self-insurance in accordance with the provisions of that code, and I will comply with such provisions before commencing the performance of the Work of this Contract.

_____
Principal
BY: _____

_____
Title

CITY:

Recommended By:

Project Manager:_____

Division Manager: _____

Deputy Director: _____

Approved as to form:
DENNIS J. HERRERA
City Attorney

APPROVED:

_____          By: _____
Director of Public Works                                                              Deputy City Attorney

END OF SECTION

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 111 of 279

SECTION 00 61 13

PERFORMANCE BOND AND PAYMENT (LABOR & MATERIALS) BOND FORM

KNOW ALL MEN BY THESE PRESENTS, that WHEREAS, the Director of Public Works of the City and County of San Francisco, State of California, has awarded to:

_____

hereinafter designated as the "Principal", a Contract by AWARD OF FORMAL CONTRACT ORDER NO._ _____, approved_____, 20___ for:

**PAVEMENT RENOVATION, SEWER REPLACEMENT, AND WATERMAIN INSTALLATION – HAIGHT STREET AND HAYES STREET**

**(Department of Public Works Contract No. 2264J)**

WHEREAS, said Principal is required under the terms of said Contract to furnish a Bond for the faithful performance of said Contract; and to furnish a separate Bond for the payment of any materials, provisions, or other supplies, used in, upon, for or about the performance of the Work contracted to be done;

NOW, THEREFORE, we the Principal and

_____

as Surety, are firmly bound unto the City and County of San Francisco in the penal sum of

      (PERFORMANCE BOND)                                     (PAYMENT BOND)

_____         and         _____

lawful money of the United States for the payment of which sum well and truly to be made, we bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally firmly by these presents for the penal sum for a performance bond and an equal and separate penal sum for a separate payment bond.  The conditions of this obligation is such that if the said principal does well and faithfully performs all the conditions and covenants of said Contract, according to the true intent and meaning thereof, upon its part to be kept and performed, then the above obligation is to be null and void, otherwise to remain in full force and effect.

(PERFORMANCE BOND)

THE CONDITION OF THIS OBLIGATION IS SUCH, that if the above bounden Principal, its heirs, executors, administrators, successors or assigns, shall in all things stand to and abide by, and well and truly keep and perform the covenants, conditions and agreements in the said Contract, including the provisions for liquidated damages in the said Contract, any changes, additions or alterations thereof made as therein provided, on its part, to be kept and performed at the time and in the manner therein specified, and in all respects according to their true intent and meaning, and shall indemnify and save harmless the City and County of San Francisco, its officers and agents, as therein stipulated, then this obligation shall become null and void; otherwise it shall be and remain in full force and effect.

(PAYMENT BOND)

THE CONDITION OF THIS OBLIGATION IS SUCH, that if said principal, its heirs, executors, administrators, successors or assigns, or its subcontractors, shall fail to pay (i) any of the persons named

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 112 of 279

in California Civil Code Section 9100 for any materials, provisions, or other supplies used in, upon, for or about the performance of work under the Contract, or for any work or labor performed under the Contract; or (ii) amounts due under the California Unemployment Insurance Code with respect to work or labor performed under the Contract; or (iii) for any amounts required to be deducted, withheld, and paid over to the State of California Employment Development Department from the wages of employees of Principal and subcontractors pursuant to Section 13020 of the California Unemployment Insurance Code with respect to such work or labor, that Surety will pay for the same in an amount not exceeding the sum specified in this Bond, otherwise the above obligation shall become and be null and void.  In the event that suit is brought upon this Payment Bond, the parties not prevailing in such suit shall pay reasonable attorney's fees and costs incurred by the prevailing parties in such suit.

This Payment Bond shall inure to the benefit of any of the persons named in California Civil Code Section 9100 as to give a right of action to such persons or their assigns in any suit brought against this Bond.

Surety, for value received, hereby expressly agrees that no change, extension of time, modification, alteration or addition to the undertakings, covenants, terms, conditions and agreements of the Contract, or to the work to be performed thereunder, or to the Specifications accompanying the same, and no inadvertent overpayment of progress payments, shall in any way affect its obligations on these Bonds; and it does hereby waive notice of any such change, extension of time, modification, alteration or addition to the undertakings, covenants, terms, conditions and agreements of the Contract, or to the Work to be performed thereunder, or to the Specifications, or of any inadvertent overpayment of progress payments.

IN WITNESS WHEREOF, the above-bounden parties have executed this instrument under their seal this ____day of _____, 20___, the name and corporate seal of each corporate party being hereto affixed and these presents duly signed by its undersigned representative, pursuant to authority of its governing body.

Approved as to form:
Dennis J. Herrera
City Attorney

By: _____
        Deputy City Attorney

_____
Principal

By: _____

_____
Surety

By: _____

END OF SECTION

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page
113 of 279

SECTION 00 63 30

ESCROW AGREEMENT FOR
SECURITY DEPOSITS IN LIEU OF RETENTION

This Escrow Agreement is made and entered into by and between the CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA, whose address is City Hall, Room 348, 1 Dr. Carlton B. Goodlett Place, San Francisco, California 94102, hereinafter called "City",

_____

whose address is_____

_____, hereinafter called "Contractor"

and _____

whose address is _____, hereinafter called "Escrow Agent."

For the consideration hereinafter set forth, the City, Contractor, and Escrow Agent agree as follows:

1.      Pursuant to section 22300 of the Public Contract Code of the State of California, Contractor has the option to deposit securities with Escrow Agent as a substitute for retention earnings required to be withheld by the City pursuant to the construction contract entered into between the City and Contractor for PAVEMENT RENOVATION, SEWER REPLACEMENT, AND WATERMAIN INSTALLATION - HAIGHT STREET AND HAYES STREET (Department of Public Works Contract No. 2264J) in the amount of _____ dated _____ (hereinafter referred to as the "Contract").  Alternatively, on written request of Contractor, the City shall make payments of the retention earnings directly to Escrow Agent.  When Contractor deposits the securities as a substitute for Contract earnings, Escrow Agent shall notify the City within 10 days of the deposit.  The market value of the securities at the time of substitution shall be equal to the cash amount then required to be withheld as retention under the terms of the Contract between the City and Contractor.  Securities shall be held in the name of CITY AND COUNTY OF SAN FRANCISCO, and shall designate Contractor as the beneficial owner.

2.      The City shall make progress payments to Contractor for such funds which otherwise would be withheld from progress payments pursuant to the Contract provisions, provided that Escrow Agent holds securities in the form and amount specified above.

3.      When the City makes payment of retentions earned directly to Escrow Agent, Escrow Agent shall hold them for the benefit of Contractor until such time as the escrow created under this Contract is terminated.  Contractor may direct the investment of the payments into securities.  All terms and conditions of this Escrow Agreement and the rights and responsibilities of the parties shall be equally applicable and binding when the City pays Escrow Agent directly.

4.      Contractor shall be responsible for paying all fees for the expenses incurred by Escrow Agent in administering the Escrow Account and all expenses of the City.  These expenses and payment terms shall be determined by the City, Contractor, and Escrow Agent.

5.      The interest earned on the securities or the money market accounts held in escrow and all interest earned on that interest shall be for the sole account of Contractor and shall be subject to withdrawal by Contractor at any time and from time to time without notice to the City.

6.      Contractor shall have the right to withdraw all or any part of the principal in the Escrow Account only by written notice to Escrow Agent accompanied by written authorization from the City to

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page
114 of 279

Escrow Agent that the City consents to the withdrawal of the amount sought to be withdrawn by Contractor.

7. The City shall have the right to draw upon the securities in the event of default by Contractor. Upon seven days' written notice Escrow Agent from the City of the default, Escrow Agent shall immediately convert the securities to cash and shall distribute the cash as instructed by the City.

8. Upon receipt of written notification from the City certifying that Contract is final and complete, and that Contractor has complied with all requirements and procedures applicable to the Contract, Escrow Agent shall release to Contractor all securities and interest on deposit less escrow fees and charges of the Escrow Account. The escrow shall be closed immediately upon disbursement of all moneys and securities on deposit and payments of fees and charges.

9. Escrow Agent shall rely on the written notifications from the City and Contractor pursuant to sections 5 to 8, inclusive, of this Escrow Agreement, and the City and Contractor shall hold Escrow Agent harmless from Escrow Agent's release and disbursement of the securities and interest as set forth above.

10. The names of the persons who are authorized to give written notice or to receive written notice on behalf of the City and on behalf of Contractor in connection with the foregoing are as follows:

    a. On behalf of the City:

| _____ | _____ |
|---|---|
| (Title) | (Address) |
| _____ | _____ |
| (Name) | (City, State, Zip Code) |

    b. On behalf of Contractor:

| _____ | _____ |
|---|---|
| (Title) | (Address) |
| _____ | _____ |
| (Name) | (City, State, Zip Code) |

    c. On behalf of Escrow Agent:

| _____ | _____ |
|---|---|
| (Title) | (Address) |
| _____ | _____ |
| (Name) | (City, State, Zip Code) |

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 115 of 279

At the time the Escrow Account is opened, the City and Contractor shall deliver to Escrow Agent a fully executed counterpart of this Escrow Agreement.

IN WITNESS WHEREOF, the parties have executed this Escrow Agreement by their proper officers on the date first set forth above.

CITY AND COUNTY OF
SAN FRANCISCO:

Recommended: _____

_____
Title

By: _____
        Director


Approved as to form:
Dennis J. Herrera
City Attorney

By: _____
Deputy City Attorney


ESCROW AGENT:

_____
(Title)

_____
(Name)

_____
(Signature)


CONTRACTOR:

_____
(Title)

_____
(Name)

_____
(Signature)


**Note: Contractor shall submit 4 original executed copies of this document  to the Awarding Agency.**


END OF SECTION

---

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page
116 of 279

Copyright ©2012 City & County of San Francisco

# SECTION 00 72 00

# GENERAL CONDITIONS (March 2011)

## TABLE OF CONTENTS

Article or Paragraph Number & Title      Page

ARTICLE 1 -  GENERAL .................................................................................................................1

  1.01  DEFINITIONS .................................................................................................1
  1.02  CONTRACT DOCUMENTS AND CONTRACTING REQUIREMENTS ...........5
  1.03  MEANING AND INTENT OF CONTRACT DOCUMENTS ...............................5
  1.04  AMENDMENT OF CONTRACT DOCUMENTS ..............................................6
  1.05  PRECEDENCE OF CONTRACT DOCUMENTS .............................................6
  1.06  REUSE OF CONTRACT DOCUMENTS..........................................................6

ARTICLE 2 -  CITY'S RESPONSIBILITIES AND RIGHTS ............................................................7

  2.01  ADMINISTRATION OF THE CONTRACT .......................................................7
  2.02  INFORMATION AND SERVICES ...................................................................7
  2.03  RIGHT TO STOP THE WORK.........................................................................7
  2.04  RIGHT TO CARRY OUT THE WORK .............................................................7
  2.05  AUDIT ............................................................................................................8
  2.06  NO WAIVER OF RIGHTS ...............................................................................8

ARTICLE 3 -  CONTRACTOR'S RESPONSIBILITIES .................................................................8

  3.01  REVIEW OF CONTRACT DOCUMENTS AND SITE CONDITIONS ...............8
  3.02  SUPERVISION OF THE WORK ......................................................................9
  3.03  UNFORESEEN OR DIFFERING CONDITIONS .............................................10
  3.04  SUPERINTENDENTS AND OTHER KEY TEAM MEMBERS .........................10
  3.05  LABOR, MATERIALS AND EQUIPMENT........................................................10
  3.06  PERMITS, FEES AND NOTICES ...................................................................11
  3.07  RECORD DOCUMENTS ................................................................................12
  3.08  CONTRACTOR'S DAILY REPORT .................................................................12
  3.09  PROGRESS AND SUBMITTAL SCHEDULES ................................................12
  3.10  SHOP DRAWINGS, PRODUCT DATA AND SAMPLES ..................................13
  3.11  SUBSTITUTIONS ...........................................................................................13
  3.12  USE OF SITE ..................................................................................................13
  3.13  ACCESS TO WORK ........................................................................................14
  3.14  CUTTING AND PATCHING .............................................................................14
  3.15  CLEANING UP AND REMOVING DEBRIS .....................................................14
  3.16  ROYALTIES AND PATENTS...........................................................................14
  3.17  WARRANTY ....................................................................................................15
  3.18  TAXES ............................................................................................................15
  3.19  INDEMNIFICATION .........................................................................................16

ARTICLE 4 -  SUBCONTRACTORS .............................................................................................16

  4.01  SUBCONTRACTS AND OTHER CONTRACTS FOR PORTIONS OF THE WORK ..................17
  4.02  SUBCONTRACTUAL RELATIONS .................................................................17
  4.03  ASSIGNABILITY OF SUBCONTRACTS ........................................................17
  4.04  SUCCESSORS AND ASSIGNS .....................................................................17

ARTICLE 5 -  CONSTRUCTION BY CITY OR BY SEPARATE CONTRACTORS .........................17

  5.01  CITY'S RIGHT TO PERFORM CONSTRUCTION AND TO AWARD SEPARATE CONTRACTS............17
  5.02  COORDINATION .............................................................................................18

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page
118 of 279

Copyright ©2012 City & County of San Francisco

    5.03    CLEAN UP RESPONSIBILITIES ....................................................................19

ARTICLE 6 -     CLARIFICATIONS AND CHANGES IN THE WORK ........................................19

    6.01    GENERALLY ...............................................................................................19
    6.02    REQUESTS FOR INFORMATION, CLARIFICATIONS AND FIELD ORDERS .............19
    6.03    CHANGE ORDER REQUESTS (COR) AND PROPOSED CHANGE ORDERS (PCO) ..........19
    6.04    CHANGE ORDERS ........................................................................................20
    6.05    UNILATERAL CHANGE ORDERS ..................................................................20
    6.06    COST OF CHANGE ORDER WORK ...............................................................21
    6.07    FORCE ACCOUNT WORK ............................................................................23
    6.08    UNIT PRICE WORK .....................................................................................24

ARTICLE 7 -     TIME ..........................................................................................................24

    7.01    PROGRESS AND COMPLETION ...................................................................24
    7.02    DELAYS AND EXTENSIONS OF TIME ...........................................................25
    7.03    LIQUIDATED DAMAGES ..............................................................................28

ARTICLE 8 -     INSPECTION AND CORRECTION OF WORK ...............................................29

    8.01    UNCOVERING OF WORK .............................................................................29
    8.02    TESTS AND INSPECTIONS ..........................................................................29
    8.03    CORRECTION OF NON-CONFORMING WORK ...............................................30
    8.04    CORRECTION PERIOD ................................................................................30
    8.05    ACCEPTANCE OF NON-CONFORMING WORK ...............................................31

ARTICLE 9 -     PAYMENTS AND COMPLETION ..................................................................31

    9.01    CONTRACT SUM .........................................................................................31
    9.02    SCHEDULE OF VALUES FOR LUMP SUM WORK ...........................................31
    9.03    PROGRESS PAYMENTS ..............................................................................31
    9.04    RETENTION ...............................................................................................34
    9.05    PAYMENT AUTHORIZATION ........................................................................35
    9.06    WITHHOLDING PAYMENT ............................................................................35
    9.07    PARTIAL UTILIZATION .................................................................................36
    9.08    SUBSTANTIAL COMPLETION .......................................................................36
    9.09    FINAL COMPLETION AND FINAL PAYMENT ..................................................36

ARTICLE 10 -     INSURANCE AND BONDS .........................................................................37

    10.01  INSURANCE REQUIREMENTS ....................................................................37
    10.02  PERFORMANCE BOND AND PAYMENT BOND ..............................................37

ARTICLE 11 -     LABOR STANDARDS ...............................................................................37

    11.01  PREVAILING WAGES ..................................................................................37
    11.02  PAYROLLS ................................................................................................38
    11.03  APPRENTICES ...........................................................................................39
    11.04  LABOR STANDARDS ENFORCEMENT ..........................................................39

ARTICLE 12 -     SAFETY ...................................................................................................39

    12.01  PRECAUTIONS AND PROGRAMS ................................................................39
    12.02  PERSONS AND PROPERTY ........................................................................40
    12.03  SAFETY PERMITS .....................................................................................41
    12.04  EMERGENCIES .........................................................................................41

ARTICLE 13 -     CONTRACT AND GOVERNMENT CODE CLAIMS ........................................41

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page
119 of 279

Copyright ©2012 City & County of San Francisco

13.01  CLAIMS GENERALLY .......................................................................................41
13.02  NOTICE OF POTENTIAL CLAIM ......................................................................41
13.03  CONTRACT CLAIM..........................................................................................42
13.04  GOVERNMENT CODE CLAIM..........................................................................43

ARTICLE 14 -       TERMINATION OR SUSPENSION OF THE CONTRACT .........................43

14.01  NOTICE OF DEFAULT; TERMINATION BY THE CITY FOR CAUSE.............43
14.02  SUSPENSION BY THE CITY FOR CONVENIENCE........................................44
14.03  TERMINATION BY THE CITY FOR CONVENIENCE ......................................44

END OF TABLE OF CONTENTS

Copyright ©2012 City & County of San Francisco

THIS PAGE WAS INTENTIONALLY LEFT BLANK

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page
121 of 279

Copyright ©2012 City & County of San Francisco

# GENERAL CONDITIONS (March 2011)

## ARTICLE 1 - GENERAL

### 1.01 DEFINITIONS

A. Wherever a word or phrase defined below, or a pronoun used in place thereof, is used in the Contract Documents (as defined in Paragraph 1.02), it shall have the meaning set forth in this Paragraph 1.01. References to related Paragraphs or Documents are provided for convenience but not to exclude other Paragraphs or Documents where such terms may be used. The colon (":") is employed in this Paragraph as a symbol for "shall mean". A colon also may be employed in these General Conditions or elsewhere in the Contract Documents to set off a paragraph title or heading from the text that follows or as a punctuation mark in a sentence to direct attention to the matter that follows.

1. **Accepted, Approved**: Accepted or approved, or satisfactory for the Work, as determined in writing by the City, unless otherwise specified. Where used in conjunction with the City's response to submittals, requests, applications, inquiries, proposals and reports by Contractor, the term "approved" shall be held to limitations of the City's responsibilities and duties as specified in these General Conditions. In no case shall the City's approval be interpreted as a release of Contractor from its responsibilities to fulfill the requirements of the Contract Documents or a waiver of the City's right under the Contract.

2. **Addenda**: Written or graphic instruments issued prior to the opening of Bids which make changes, additions or deletions to the Bid Documents. Refer to Section 00 21 13, Instructions to Bidders.

3. **Agreement**: The Agreement or Contract between the City and Contractor covering the Work to be performed; other Contract Documents are attached to the Agreement and made part thereof as provided herein. The Contract is fully executed upon certification by the Controller of the City and County of San Francisco as to the availability of construction funds. Refer to Section 00 52 00, Agreement Form.

4. **Alternate Bid Item**: A Bid item that may be added to or deducted from the Total Bid Price to meet Project construction budget requirements.

5. **Application for Payment**: Written request submitted by Contractor to City for payment of Work completed in accordance with the Contract Documents and approved schedule of values. Refer to Article 9, Payments and Completion.

6. **Approved Equal**: Approved in writing by the City as being of equivalent quality, utility and appearance. Equivalent means equality in the opinion of the City Representative. The burden of proof of

equality is the responsibility of Contractor. Refer to Division 01 for procedures for proposing substitutions.

7. **Bid, Bid Documents**: Refer to Section 00 21 13, Instructions to Bidders.

8. **Bidding Requirements**: The Sections listed in Section 00 01 10, Table of Contents, under the heading "Procurement Requirements."

9. **Bonds**: Bid, performance and payment (labor and materials) bonds and other instruments of security acceptable to the City. Refer to Paragraph 10.02, Performance Bond and Payment Bond, and Sections 00 43 13 and 00 61 13 for Bond forms.

10. **Bulletin**: Refer to "Field Order."

11. **By Others**: Work on this Project that is outside the scope of Work to be performed by Contractor under this Contract, but that will be performed by the City, other contractors, or other means and at other expense.

12. **Change Order**: A written instrument prepared by the City issued after the effective date of the Agreement and executed in writing by the City and Contractor, stating their agreement upon all of the following: (i) a change in the Work; (ii) the amount of the adjustment in the Contract Sum, if any; (iii) the extent of the adjustment in the Contract Time, if any; and (iv) an amendment to any other Contract term or condition. Refer to Article 6, Clarifications and Changes in the Work.

13. **Change Order Request (COR)**: Refer to Paragraph 6.03, Change Order Requests and Proposed Change Orders.

14. **City**: The City and County of San Francisco, California, identified as such in the Agreement and referred to throughout the Contract Documents as if singular in number. The term "Owner" means the City and its authorized agent or representative.

15. **City Representative**: The authorized on-Site representative of the City, as identified at the preconstruction conference convened by the City, in the performance of on-Site inspection and administration of the Contract. All liaisons between the City and Contractor shall be directed through the City Representative.

16. **Claim**: A written demand or assertion by Contractor seeking an adjustment or interpretation of the terms of the Contract Documents, an adjustment in the Contract Sum or Contract Time, or both, or other relief with respect to the Contract Documents, including a determination of disputes or matters in question between the City and the Contractor arising out of or related to the Contract Documents of the performance of the Work, which is submitted in ac-

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 122 of 279

Copyright ©2012 City & County of San Francisco

cordance with the requirements of the Contract Documents. Refer to Article 13. The term "Claim" and the procedures set forth under Article 13 shall not apply to the following: (a) claims respecting penalties for forfeitures prescribed by statute or regulation which a government agency is specifically authorized to administer, settle, or determine; (b) claims respecting personal injury, death, reimbursement, or other compensation arising out of or resulting from liability for personal injury or death; (c) claims by the City; or (d) claims respecting stop notices.

17. **Clarification**: A document consisting of supplementary details, instructions or information issued by the City which clarifies or supplements the Contract Documents. Clarifications do not constitute a change in Contract Work, Contract Sum or an extension of Contract Times unless requested by Contractor and approved by the City in accordance with the Contract Documents. Refer to Article 6, Clarifications and Changes in the Work.

18. **Code**: Code or codes in force under this Contract. Wherever reference is made to Code, that reference shall be construed to mean the codes, laws or orders specified in the Contract Documents.

19. **Commission**: Refers to the Contract awarding authority for City departments with boards or commissions (i.e., the San Francisco Public Utilities Commission, the San Francisco Recreation and Park Commission, the San Francisco Port Commission, the San Francisco Airport Commission, or the Board of Directors of the San Francisco Municipal Transportation Agency, as appropriate). Refer to Section 00 52 00, Agreement Form.

20. **Contract**: Refer to "Agreement."

21. **Contract Documents**: Refer to Paragraph 1.02, Contract Documents and Contracting Requirements.

22. **Contract Sum**: The sum stated in the Agreement and, including authorized adjustments, the total amount payable by the City to Contractor for the performance of the Work under the Contract Documents. Refer to Section 00 52 00, Agreement Form.

23. **Contract Time(s)**: The number of consecutive days as stated in Section 00 73 02 to: (i) achieve Substantial Completion; (ii) complete the Work so that it is ready for final acceptance as evidenced by the City's issuance of written acceptance as required by section 6.22(K) of the San Francisco Administrative Code; and (iii) achieve any interim Milestones specified in the Contract Documents.

24. **Contracting Requirements**: Refer to Paragraph 1.02.

25. **Contractor**: The person or entity with whom the City has executed the Agreement and identified as such therein and referred to throughout the Contract Documents as if singular in number and

neuter in gender. The term "Contractor" means Contractor or its authorized representative.

26. **Critical Path**: A continuous chain of activities with zero float running from the start event to the finish event in the schedule.

27. **Critical Path Method (CPM)**: Refers to the critical path method scheduling technique.

28. **Day**: Reference to "day" shall be construed to mean a calendar day of 24 hours, unless otherwise specified.

29. **Default**: Refer to Paragraph 14.01, Notice of Default; Termination by the City for Cause.

30. **Delivery**: In reference to an item specified or indicated shall mean for the Contractor and/or Supplier to have delivered and to unload and store with proper protection at the Site. Refer to Paragraph 9.03, Progress Payments, for delivery to another (off-Site) location.

31. **Department Head**: The contracting officer for the Contract (i.e., the General Manager of the San Francisco Public Utilities Commission, the Director of the Department of Public Works of the City and County of San Francisco, the Executive Director of the Port of San Francisco, the General Manager of the San Francisco Recreation and Parks Department, the Director of Transportation of the San Francisco Municipal Transportation Agency, or the Director of the San Francisco International Airport, as appropriate), or his/her designee, acting directly or through properly authorized representatives, agents, and consultants, limited by the particular duties entrusted to them. Refer to Section 00 52 00, Agreement Form.

32. **Designated, Determined, Directed**: Required by the City, unless otherwise specified. Refer to Paragraph 2.01, Administration of the Contract.

33. **Differing Conditions**: Refer to Paragraph 3.03, Unforeseen or Differing Conditions.

34. **Division**: A grouping of sections of the Specifications describing related construction products and activities. Refer to Section 00 01 10, Table of Contents, for a listing of Division and section numbers and titles.

35. **Document**: Refer to "Section."

36. **Drawings**: The graphic and pictorial portions of the Contract Documents showing the design, location and dimensions of the Work, generally including plans, elevations, sections, details, schedules and diagrams.

37. **Effective Date of the Agreement**: The date indicated in the Agreement on which it was executed, but if no such date is indicated it shall mean the date on which the Agreement is signed by the last of the two parties to sign, or when the Controller of the City and County of San Francisco certifies the availability of funds, whichever is later.

Case: 19-30088     Doc# 13719-2     Filed: 05/10/23     Entered: 05/10/23 14:28:46     Page 123 of 279

Copyright ©2012 City & County of San Francisco

38. **Field Order**: A written order issued by the City which provides instructions or requires minor changes in the Work but which does not involve a change in the Contract Sum or the Contract Time. Refer to Paragraph 6.02, Request for Information, Clarifications and Field Orders.

39. **Final Completion**: The date of written acceptance of the Work by the City, issued in accordance with section 6.22(K) of the San Francisco Administrative Code, when the Contract has been fully performed, including all punch list items, and when all contractual and administrative requirements have been fulfilled.

40. **Force Account Work**: Change Order Work to be paid for on the basis of direct costs plus markup on direct costs for overhead and profit as provided in Paragraph 6.07, Force Account Work.

41. **Furnish**: Purchase and deliver to the Site, including proper storage only; no installation is included. The term "Furnish" also means to Supply and Deliver to the Site.

42. **General Requirements**: Refer to Paragraph 1.02, Contract Documents and Contracting Requirements.

43. **Indicated**: Shown or noted on the Drawings or written in the Specifications.

44. **Install**: Apply, connect or erect items for incorporation into the Project; Furnishing or Supplying is not included. The term "Install" also describes operations at the Site, including unpacking, assembly, erection, placing, anchoring, applying, working to dimension, finishing, curing, protecting, cleaning, and similar operations.

45. **Installer**: A person engaged by Contractor, its Subcontractor or Lower-Tier Subcontractor for performance of a particular element of construction at the Site, including installation, erection, application and similar required operations.

46. **Item**: A separate, distinct portion of the whole Work, which may comprise material, equipment, article, or process.

47. **Lower-Tier Subcontractor or Supplier**: A person or entity who has a direct contract with a Subcontractor or Supplier, or with another Lower-Tier Subcontractor or Supplier, to perform a portion of the Work at the Site or to furnish materials or equipment to be incorporated in the Work by Contractor, Subcontractor or Lower-Tier Subcontractor, as applicable.

48. **Milestone:** A principal date or time specified in the Contract Documents relating to an intermediate event prior to Substantial Completion.

49. **Modification**: A document incorporating one or more Change Orders approved by the City.

50. **Non-conforming Work**: Work that is unsatisfactory, faulty, defective, or deficient; Work that does not conform to the requirements of the Contract Documents; Work that does not meet the requirements of inspection, reference standards, tests, or approval referred to in the Contract Documents; or Work that has been damaged prior to Final Completion.

51. **Notice of Default**: Refer to Paragraph 14.01, Notice of Default; Termination by the City for Cause.

52. **Notice of Potential Claim**: Refer to Paragraph 13.02, Notice of Potential Claim.

53. **Notice of Substantial Completion**: The written notice issued by the City to Contractor acknowledging that the Work is Substantially Complete as determined by the City. Said Notice shall not be considered as final acceptance of any portion of the Work or relieve Contractor from completing the punch list items attached to said Notice within the specified time and in full compliance with the Contract Documents.

54. **Notice to Proceed**: The written notice issued by the City to Contractor authorizing Contractor to proceed with the Work and establishing the date of commencement of the Contract Time.

55. **Owner**: Refer to "City."

56. **Paragraph**: A paragraph under an Article of these General Conditions. Refer to "General Conditions–Table of Contents" for a listing of Article and Paragraph numbers and titles.

57. **Partial Utilization**: Right of the City to use a portion of the Work prior to Substantial Completion of the Work.

58. **Project**: Refer to "Work".

59. **Project Manual**: The bound written portion of the Contract Documents prepared for bidding and constructing the Work. A listing of the contents of the Project Manual, which consists of the Procurement and Contracting Sections and Specification Sections and may include schedules, is contained in Section 00 01 10, Table of Contents.

60. **Proposed Change Order (PCO)**: A document prepared by the City requesting a quotation of cost or time from Contractor for additions, deletions or revisions in the Work initiated by the City or Contractor.

61. **Provide**: Furnish and Install or Supply and Install complete in place at the Site.

62. **Punch List / Final Completion**: A punch list prepared by the City identifying deficient Items to be corrected by Contractor prior to Final Completion. Refer to Paragraph 9.09, Final Completion and Final Payment.

63. **Punch List / Substantial Completion**: The list provided by the City identifying Items that shall be corrected or completed before the City con-

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 124 of 279

Copyright ©2012 City & County of San Francisco

siders the Work Substantially Complete. Refer to Paragraph 9.08, Substantial Completion.

64. **Quality Assurance (QA)**: All those planned and systematic actions necessary to provide adequate confidence that a Quality Control Program has been applied.

65. **Quality Control (QC)**: Those actions that control and measure the characteristics of an item, process, or facility against established requirements to ensure that a product or service will satisfy given requirements for quality.

66. **Reference Documents**: Refer to Section 00 21 13, Instructions to Bidders, and Section 00 31 00 for identification of Reference Documents, if any.

67. **Regular Working Hours**: 7:00 a.m. to 5:00 p.m., Monday through Friday, except City legal holidays.

68. **Request for Information (RFI)**: A document prepared by Contractor requesting information from the City regarding the Project or Contract Documents.

69. **Request for Substitution (RFS)**: A request from Contractor in accordance with the conditions specified in Division 01 to substitute an Item, type of construction, or process indicated in the Contract Documents with another item, type of construction or process that shall be equal in all respects to that so indicated. Refer to Paragraph 3.11, Substitutions, and Section 00 49 18, Request for Product Substitution form.

70. **Required**: In accordance with the requirements of the Contract Documents.

71. **Resident Engineer**: See "City Representative."

72. **Samples**: Physical examples of materials, equipment, or workmanship that are submitted for adjudication of their compliance with the specification.

73. **Section**: Refer to Section 00 01 10, Table of Contents, for a listing of the Sections.

74. **Shop Drawings**: All drawings, diagrams, illustrations, schedules and other data or information which are prepared or assembled by or for Contractor and submitted to City.

75. **Site**: Geographical location of the Project as indicated elsewhere in the Contract Documents.

76. **Special Provisions**: The part of the Contract Documents that amends, modifies, or supplements these General Conditions. The Special Provisions include the 00 73 00-series Sections as listed in Section 00 01 10, Table of Contents.

77. **Specifications**: The portion of the Project Manual comprising Division 01 through Division 49 and listed in Section 00 01 10, Table of Contents, consisting of requirements and technical descriptions of materials, equipment, systems, standards and workmanship for the Work, and performance of related administrative services.

78. **Specified**: Written or indicated in the Contract Documents.

79. **Subcontractor**: A person or entity who has a direct contract with Contractor to perform a portion of the Work. The term "Subcontractor" is referred to throughout the Contract Documents as if singular in number and neuter in gender and means a Subcontractor or an authorized representative of the Subcontractor. The term "Subcontractor" does not include a separate contractor or subcontractors of a separate contractor. The term "Subcontractor" shall also include contracts assigned to Contractor if so provided in the Supplementary Conditions or specified in the General Requirements (Division 01).

80. **Substantial Completion**: The stage in the progress of the Work, when the Work (or a specified part thereof) is sufficiently complete in accordance with the Contract Documents including receipt of a temporary certificate of occupancy, if applicable, issued by the agency having jurisdiction over the Work so that the Work (or a specified part thereof) can be utilized for the purposes for which it is intended.

81. **Supplementary Conditions**: The part of the Contract Documents that amends, deletes or modifies these General Conditions. The Supplementary Conditions are set forth in Section 00 73 00.

82. **Supplier**: A manufacturer, fabricator, distributor, or vendor having a direct contract with Contractor or with a Subcontractor to furnish materials or equipment to be incorporated in the Work.

83. **Supply**: Refer to "Furnish."

84. **Total Bid Price**: Refer to Section 00 21 13, Instructions to Bidders.

85. **Unavoidable Delay**: Refer to Paragraph 7.02, Delays and Extensions of Time.

86. **Unilateral Change Order**: A written Change Order to Contractor issued after the effective date of the Agreement in accordance with Paragraph 6.05.

87. **Unit Price Work**: Work to be paid for on the basis of unit prices and actual quantities of Work. Refer to Paragraph 6.08.

88. **Work**: The performance by Contractor of all its responsibilities and obligations set forth in the Contract Documents. Work shall include, but not be limited to, providing all labor, services, and documentation required by the Contract Documents. References in the Contract Documents to "Work" may be to items of Work. Refer to Paragraph 1.03.

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 125 of 279

Copyright ©2012 City & County of San Francisco

89. **Working Day**: Any day of the week except Saturdays, Sundays and statutory holidays.

## 1.02 CONTRACT DOCUMENTS AND CONTRACTING REQUIREMENTS

A. The Contract Documents form the entire Contract for the construction of the Work, and consist of the following:

1. the Drawings, Project Manual, and all Addenda thereto;

2. the Agreement, the Bonds, and other documents listed in the Agreement;

3. Change Orders, Unilateral Change Orders, and Field Orders issued after execution of the Contract; and

4. all provisions of the Bid Documents, as defined in Section 00 21 13, Instructions to Bidders, not in conflict with the foregoing.

B. Nothing in the Contract Documents shall be construed to create a contractual relationship between the City and a Subcontractor, Supplier, Lower Tier Subcontractor or Supplier or a person or entity other than the City and Contractor.

C. The Contracting Requirements and the General Requirements contain information necessary for completion of every part of the Project and are applicable to each section of the Specifications.

1. The Contracting Requirements establish the rights and responsibilities of the parties and include these General Conditions (Section 00 72 00) and the Contracting Requirements Sections as listed in the Table of Contents (Section 00 01 10).

2. The General Requirements include all Sections in Division 01, and govern the execution of the Work of all sections of the Specifications.

3. Where items of Work are performed under subcontracts, each item shall be subject to the Contracting Requirements and General Requirements.

## 1.03 MEANING AND INTENT OF CONTRACT DOCUMENTS

A. The Contract Documents are complementary; what is required by one shall be as binding as if required by all. The Contract Documents will be construed in accordance with the laws of the State of California, the City's Charter and Administrative Code, and applicable building codes and statutes of the City and/or County where the Project is located.

B. The intent of the Contract Documents is to describe and provide for a functionally complete and operational Project (or part thereof) to be constructed in accordance with the Contract Documents. All Work, materials, and equipment that may reasonably be inferred from the Contract Documents or from prevailing custom or trade usage as necessary to properly execute and complete the Work to conform to the requirements of the Contract Documents shall be provided by Contractor with no change in the Contract Sum or Contract Time.

C. Arrangement and titles of Drawings, and organization of the Specifications into Divisions, sections and articles in the Contract Documents shall not be construed as segregating the various units of material and labor, dividing the Work among Subcontractors, or establishing the extent of Work to be performed by any trade. Contractor may arrange and delegate its Work in conformance with trade practices, but Contractor shall be responsible for completion of all Work in accordance with the Contract Documents. The City assumes no liability arising out of jurisdictional issues raised or claims advanced by trade organizations or other interested parties based on the arrangement or manner of subdivision of the content of the Drawings and Specifications. The City assumes no responsibility to act as arbiter to establish subcontract limits between portions of the Work.

D. In interpreting the Contract Documents, words describing materials or Work with a well-known technical or trade meaning, unless otherwise specifically defined in the Contract Documents, shall be construed in accordance with such well-known meaning.

E. A typical or representative detail on the Drawings shall constitute the standard for workmanship and material throughout corresponding parts of the Work. Where necessary, and where reasonably inferable from the Drawings, Contractor shall adapt such representative detail for application to such corresponding parts of the Work. The details of such adaptation shall be submitted to the City for approval. Repetitive features shown in outline on the Drawings shall be in exact accordance with corresponding features completely shown.

F. In the event of a conflict in the Contract Documents regarding the quality of a product, Contractor shall request Clarification from the City as provided in Paragraph 6.02 before procuring said product or proceeding with the Work affected thereby.

G. The layout of mechanical and electrical systems, equipment, fixtures, piping, ductwork, conduit, specialty items, and accessories on the Drawings is shown in diagrams and symbols to illustrate the relationships between the parts of the Work; all variations in alignment, elevation, and detail required to avoid interferences and satisfy architectural and structural limitations are not necessarily shown. If rerouting, i.e. relocating a duct, pipe, conduit or similar utilities from the indicated room or space to another room or space to avoid structural interferences, results in a total linear footage which exceeds 125% of the indicated route if the structural interferences did not exist, then Contractor will be compensated for the amount in excess of 125% under the provisions for

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 126 of 279

Copyright ©2012 City & County of San Francisco

Change Orders of Article 6. Actual layout of the Work shall be carried out without affecting the architectural and structural integrity and limitations of the Work; shall be performed in such sequence and manner as to avoid conflicts; shall provide clear access to all control points, including valves, strainers, control devices, and specialty items of every nature related to such systems and equipment; shall obtain maximum headroom; and shall provide adequate clearances as required for operation and maintenance, and as required by the San Francisco Building Code or Code of other public authority having jurisdiction.

H. Unless otherwise indicated in the Contract Documents, the Drawings shall not be scaled for dimensions when figured dimensions are given, or when dimensions could be calculated or field measured. When a true dimension cannot be determined from the Drawings or field measurement, Contractor shall request promptly the same from the City and shall obtain a Clarification or written interpretation from the City before proceeding with the Work affected thereby.

I. In the interest of brevity, the Contract Documents frequently omit modifying words such as "all" and "any" and articles such as "the" and "an," but the fact that a modifier or an article is absent from one statement and appears in another is not intended to affect the interpretation of either statement.

J. When there is a conflict between existing on-Site conditions and information indicated on the Drawings, other than Differing Conditions as defined in Paragraph 3.03, the existing condition shall govern. Contractor shall perform the Work and adjust to the existing condition at no additional cost to the City, provided Contractor should have known of such conflicts based on its reasonable investigation of the Site prior to submitting its Bid in accordance with the requirements of Section 00 21 13.

K. All references in the Contract Documents to satisfactory, sufficient, reasonable, acceptable, suitable, proper, correct, or adjectives of like effect shall be construed to describe an action or determination of the City Representative for the sole purpose of evaluating the completed Work for compliance with the requirements of the Contract Documents and conformance with the intent as expressed in subparagraph 1.03B. Such determinations of the City Representative shall be final and conclusive.

**1.04    AMENDMENT OF CONTRACT DOCUMENTS**

A. The Contract Documents may be amended after execution of the Agreement to provide for additions, deletions, and revisions in the Work or to modify the terms and conditions thereof in one or more of the following ways: (i) Change Order, or (ii) Unilateral Change Order.

B. In addition, the requirements of the Contract Documents may be supplemented, and minor variations and deviations in the Work may be authorized, in one or more of the following ways: (i) a Field Order; (ii) a Clarification, written interpretation or other bulletin issued by the City; or (iii) the City's review and acceptance of a shop drawing or sample in accordance with Paragraph 2.01.

**1.05    PRECEDENCE OF CONTRACT DOCUMENTS**

A. In the case of discrepancy or ambiguity in the Contract Documents, the following order of precedence shall prevail (listed in order of highest to lowest precedence):

1.    Modifications in inverse chronological order, and in same order as specific portions they are modifying.

2.    Executed Agreement.

3.    Addenda.

4.    Division 01.

5.    Division 00 (Bidding and Contracting Requirements).

6.    Divisions 02 through 49.

7.    Contract Drawings.

B. With reference to the Drawings the order of precedence shall be as follows (listed in order of highest to lowest precedence):

1.    Written numbers over figures, unless obviously incorrect.

2.    Figured dimensions over scaled dimensions.

3.    Large-scale Drawings over small-scale Drawings.

4.    Schedules on Drawings or in Project Manual over conflicting information on other portions of Drawings.

5.    Detail Drawings govern over general Drawings.

6.    Drawing with highest revision number prevails.

**1.06    REUSE OF CONTRACT DOCUMENTS**

A. The Contract Documents were prepared for the Work of this Contract only. No part of the Contract Documents shall be used for any other construction or for any other purpose except with the written consent of the City. Any unauthorized use of the Contract Documents is at the sole liability of the user.

Copyright ©2012 City & County of San Francisco

## ARTICLE 2 - CITY'S RESPONSIBILITIES AND RIGHTS

### 2.01 ADMINISTRATION OF THE CONTRACT

A. The City shall administer the Contract as described in the Contract Documents. Reference is made to Division 01 for administrative requirements and procedures.

B. The Department Head will designate in writing an authorized representative with limited authority to act on behalf of the City. The City may at any time during the performance of this Contract make changes in the authority of any representative or may designate additional representatives in accordance with the City's Charter and codes. These changes will be communicated to Contractor in writing. Contractor assumes all risks and consequences of performing work pursuant to any order, including but not limited to instruction, direction, interpretation or determination, of anyone not authorized to issue such order.

C. The review, approval, or other action taken by the City upon Contractor's submittals such as shop drawings, product data, samples and other submittals, shall apply to general design concepts only, and shall in no way relieve Contractor from its responsibility to notify the City of errors or omissions therein in accordance with Paragraph 3.01, nor from providing all labor, equipment, and materials in accordance with the requirements of the Contract Documents necessary for the proper execution of the Work. The City's action will be taken with such reasonable promptness provided that the City shall be provided a reasonable time, as set forth in Division 01, to permit adequate review. Approval of submittals shall not affect the Contract Sum, and additional costs that may result therefrom shall be solely Contractor's obligation. Contractor shall be responsible to provide engineering or other costs necessary to prepare the submittals and obtain approvals required by the Contract Documents from the City or other authorities having jurisdiction. The City is not precluded, by virtue of such approvals, from obtaining a credit for construction cost resulting from allowed concessions in the Work or materials therefor.

### 2.02 INFORMATION AND SERVICES

A. The City's survey information, such as monuments, property lines, and reports describing physical characteristics, legal limitations and utility locations for the Site are available as Reference Documents.

B. The City shall apply and pay for the building permit if required for the Work and shall pay all permanent utility service connection fees. All other permits, easements, approvals, temporary utility charges, and other charges required for construction shall be secured and paid for by Contractor in accordance with Paragraph 3.06.

1. The City's responsibility with respect to certain inspections, tests, and approvals is set forth in Article 8.

### 2.03 RIGHT TO STOP THE WORK

A. The City may order Contractor to stop the Work, or a portion thereof, until the cause for such order has been eliminated. Any such order to stop the Work shall be in writing and shall be signed by the City Representative and, unless otherwise agreed to by the City, the Contract Time will not be extended as a result of an order to stop the Work.

B. The right of the City to stop the Work shall not give rise to a duty on the part of the City to exercise this right for the benefit of Contractor or other person or entity.

C. Reasons for ordering Contractor to stop the Work, or a portion thereof, include but are not limited to the following:

1. Contractor fails to correct Work which is not in accordance with the requirements of the Contract Documents; or

2. Contractor fails to carry out Work in accordance with the Contract Documents; or

3. Contractor disregards the authority of the authorized City Representative; or

4. Contractor disregards the laws and regulations of a public body having jurisdiction over the Project; or

5. Contractor violates in any substantial way any provisions of the Contract Documents; or

6. Contractor fails to maintain current certificates of insurance on file with the City; or

7. Original Contract Work is proceeding but will be modified by a pending Change Order.

D. In the event that Contractor (i) fails to maintain current certificates of insurance on file with the City; (ii) commits criminal or unlawful acts; (iii) creates safety hazards; or (iv) commits acts or creates conditions that would have an immediate adverse impact on the well-being of the Project, the City, the public, and/or Contractor's employees, the City shall have the right to order Contractor to stop the Work immediately, without prior notice.

### 2.04 RIGHT TO CARRY OUT THE WORK

A. In the event that Contractor fails to carry out the Work in accordance with the Contract Documents and fails to promptly correct or prosecute the Work within a 3-day period following a written notice of a deficiency from the City, or other such period as may be specified elsewhere in the Contract Documents, the City may, without prejudice to other remedies the City may have, correct such deficiencies.

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page
128 of 279

Copyright ©2012 City & County of San Francisco

B. In such case the City will deduct all costs of such corrections, including the costs of City staff and consultants, from amounts due Contractor. If funds remaining under the Contract are not sufficient to cover the costs of such corrections, Contractor shall reimburse the City.

## 2.05   AUDIT

A. The City shall have the right to examine, copy and audit all documents (whether paper, electronic, or other media) and electronically stored information, including, but not limited to, any and all books, estimates, records, contracts, escrow bid documents, bid cost data, schedules, subcontracts, job cost reports, and other data, including computations and projections, of Contractor, Subcontractors, Lower-Tier Subcontractors and Suppliers related to bidding, negotiating, pricing, or performing the Work covered by: (i) a Change Order Request; (ii) Force Account Work; or (iii) a Contract Claim. In the event that Contractor is a joint venture, said right to examine, copy and audit shall apply collaterally and to the same extent to the records of the joint venture sponsor, and those of each individual joint venture member.

B. Upon written notice by the City, Contractor immediately shall make available at its office at all reasonable times the materials noted in subparagraph 2.05A for examination, audit, or reproduction. Notice shall be in writing, delivered by hand or by certified mail, and shall provide not fewer than five-days' notice of the examination and/or audit. The City may take possession of the records and materials noted in subparagraph 2.05A by reproducing documents for off-site review or audit. When requested in the City's written notice of examination and/or audit, Contractor shall provide the City with copies of electronic documents and electronically stored information in a reasonably usable format that allows the City to access and analyze all such documents and information. For documents and information that require proprietary software to access and analyze, Contractor shall provide the City with two licenses with maintenance agreements authorizing the City to access and analyze all such documents and information.

C. The City has sole discretion as to the selection of an examiner or auditor and the scope of the examination or audit.

D. The City may examine, audit, or reproduce the materials and records under this Paragraph from the date of award until three years after final payment under this Contract.

E. Failure by the Contractor to make available any of the records or materials noted in subparagraph 2.05A or refusal to cooperate with a notice of audit shall be deemed a material breach of the Contract and grounds for Termination For Cause.

F. Contractor shall insert a clause containing all the provisions of this Paragraph in all subcontracts of Subcontractors and Lower-Tier Subcontractors and Suppliers for this Contract over $10,000.

## 2.06   NO WAIVER OF RIGHTS

A. None of the following shall operate as a waiver of any provision of this Contract or of any power herein reserved by the City or any right to damages herein provided:

1.   inspection by the City or its authorized agents or representatives; or

2.   any order or certificate for payment, or any payment for, or acceptance of the whole or any part of the Work by the City; or

3.   any extension of time; or

4.   any position taken by the City or its authorized agents or representatives.

## ARTICLE 3 -   CONTRACTOR'S RESPONSIBILITIES

## 3.01   REVIEW OF CONTRACT DOCUMENTS AND SITE CONDITIONS

A. The Contract Documents are not complete in every detail but show the purpose and intent only, and Contractor shall comply with their true intent and meaning, taken as a whole, and shall not avail itself of any manifest error, omission, discrepancy or ambiguity which appear in the Contract Documents, instructions or work performed by others.

B. Contractor shall verify all dimensions and determine all existing conditions that may affect its Work adequately in advance of the Work to allow for resolution of questions without delaying said Work, and Contractor shall be responsible for the accuracy of such dimensions and determinations.

C. Contractor shall carefully review the appropriate portions of the Contract Documents a minimum of 30 days in advance of the Work to be executed for the express purposes of checking for any manifest errors, omissions, discrepancies or ambiguities. Contractor shall not be entitled to any compensation for delays, disruptions, inefficiencies or additional administrative effort caused by Contractor's untimely review of the Contract Documents.

D. Contractor shall notify the City in writing promptly as specified in Paragraph 6.02 upon discovery of errors, omissions, discrepancies or ambiguities, and the City will issue a Clarification or RFI reply as to the procedure to be followed. If Contractor proceeds with any such Work without receiving such Clarification or RFI reply, it shall be responsible for correcting all resulting damage and Non-conforming Work.

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 129 of 279

Copyright ©2012 City & County of San Francisco

E. Contractor shall be responsible for its costs and the costs of its Subcontractors to review Contract Documents and field conditions and to implement and administer a Request for Information (RFI) system throughout the Contract Time in accordance with the requirements of Division 01. Contractor shall be responsible for costs incurred by the City for the work of the City's consultants and City's administrative efforts in answering Contractor's RFIs where the answer could reasonably be found by reviewing the Contract Documents.

F. Prior to start of Work, Contractor and the City Representative shall visit the site and adjacent properties as necessary to document existing conditions including photographs. Contractor shall document these conditions and shall submit prior to the start of Work a complete report of existing conditions determined by the site survey as indicated in Division 01.

## 3.02   SUPERVISION OF THE WORK

A. Unless there are specific provisions in the Contract Documents to the contrary, Contractor shall be solely responsible to fully and skillfully supervise and coordinate the Work and control the construction means, methods, techniques, sequences and procedures. Contractor shall be solely responsible for Contractor's failure to carry out the Work in accordance with the Contract Documents and for the acts or omissions of Contractor, its Subcontractors, or their agents or employees, or of any other persons performing portions of the Work. Contractor is solely responsible for maintaining safe conditions on the site at all times, in accordance with Article 12.

B. Contractor shall supervise and coordinate the Work of its Subcontractors so that information required by one will be furnished by others involved in time for incorporation into the Work in the proper sequence and without delay of materials, devices, or provisions for future Work.

C. Whenever the Work of a Subcontractor is dependent upon the work of other Subcontractors or contractors, then Contractor shall require the Subcontractor to:

1.   coordinate its Work with the dependent work;

2.   provide necessary dependent data, connections, miscellaneous items, and other transitional requirements;

3.   supply and install items to be built into dependent work of others;

4.   make provisions for dependent work of others;

5.   examine dependent drawings and specifications and submittals;

6.   examine previously placed dependent work;

7.   check and verify dependent dimensions of previously placed work;

8.   notify Contractor of previously placed dependent work or dependent dimensions which are unsatisfactory or will prevent a satisfactory installation of its Work; and

9.   not proceed with its Work until the unsatisfactory dependent conditions have been corrected.

D. Contractor shall immediately comply with and prosecute orders and instructions including, but not limited to, Change Orders, RFI replies and Clarifications given by the City in accordance with the terms of this Contract, but nothing herein contained shall be taken to relieve Contractor of any of its obligations or liabilities under this Contract, or of performing its required detailed direction and supervision.

E. Contractor shall at all times permit the City, its agents and authorized representatives to: (i) visit and inspect the Work, the materials and the manufacture and preparation of such materials; (ii) subject them to inspection at all such places; and (iii) reject if the Work does not conform to the requirements of the Contract Documents. This obligation of Contractor shall include maintaining proper facilities and safe access for such inspection. Where the Contract requires Work to be tested or inspected, it shall not be covered up before inspection and approval by the City as set forth in Article 8.

F. Whenever Contractor desires to perform Work outside regular working hours, Contractor shall give notice to the City of such desire and request and obtain the City's written permission at least 3 working days in advance, or such other period as may be specified, except in the event of an emergency prior to performing such Work so that the City may make the necessary arrangement for testing and inspection.

G. If Contractor receives a written notice from the City that a Clarification is forthcoming from the City, all Work performed before the receipt of the Clarification shall be coordinated with the City to minimize the effect of the Clarification on Work in progress. All affected Work performed after receipt of the City's written notice but before receipt of the Clarification and not so coordinated shall be at Contractor's risk.

H. During all disputes or disagreements with the City, Contractor shall carry on the Work and adhere to the progress schedule required to be submitted under the requirements of the Contract Documents. No Work shall be delayed or postponed pending resolution of any disputes or disagreements, except as the City and Contractor may otherwise agree in writing.

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 130 of 279

Copyright ©2012 City & County of San Francisco

## 3.03 UNFORESEEN OR DIFFERING CONDITIONS

A. Under section 7104 of the California Public Contract Code, if any of the following conditions are encountered at the Site, Contractor shall promptly, and before such conditions are disturbed, notify the City in writing.

1. Material that Contractor believes may be material that is hazardous waste, as defined in section 25117 of the Health and Safety Code, that is required to be removed to a Class I, Class II, or Class III disposal site in accordance with provisions of existing Law.

2. Subsurface or latent physical conditions at the Site differing materially from those indicated by information about the Site made available to bidders prior to the deadline for submitting bids.

3. Unknown physical conditions at the Site of any unusual nature, different materially from those ordinarily encountered and generally recognized as inherent in the work of the character provided for in the Contract Documents.

B. Contractor's written notice shall inform the City as to how such conditions affect its Work and recommend methods to overcome such conditions.

C. Differing Conditions shall not include:

1. All that is indicated in or reasonably interpreted from the Contract Documents or Reference Documents;

2. All that could be seen on Site;

3. Conditions that are materially similar or characteristically the same as those indicated or described in the Contract Documents or Reference Documents.

4. Conditions where the location of a building component is in the proximity where indicated in or reasonably interpreted from the Contract Documents or Reference Documents.

D. The City will promptly investigate the conditions reported in Contractor's written notice, and will issue a written report of findings to Contractor.

E. Only if the City determines, in its sole discretion, that the conditions reported do materially so differ, or do involve hazardous waste, or do cause a decrease or increase in Contractor's scope of Work, will the City issue a Change Order as provided in Article 6 of these General Conditions, and/or a time extension as provided in Article 7 of these General Conditions, as appropriate.

F. Should Contractor disagree with the City's determination, Contractor shall submit a written Notice of Potential Claim to the City as provided in Paragraph 13.03 of these General Conditions. In the event of such disagreement, Contractor shall proceed with all Work to be performed under the Contract Documents, and shall not be excused from any scheduled completion date provided for by the Contract Documents.

G. Contractor shall be responsible for the safety and protection of the affected area of the Work for the duration of the City's investigation of potential Differing Conditions.

## 3.04 SUPERINTENDENTS AND OTHER KEY TEAM MEMBERS

A. Contractor shall at all times be represented at the Site by Contractor's competent project manager or superintendent whom it has authorized in writing to make decisions and receive and carry out any instructions given by the City. Contractor will be held liable for the faithful compliance with such instructions. Prior to the issuance of Notice to Proceed, Contractor shall inform the City in writing of the names, addresses and telephone numbers of its key personnel whom it has authorized to act as its representatives at the Site and who are to be contacted in case of emergencies at the Site during non-working hours, including Saturdays, Sundays and holidays. If Contractor is a joint venture, it shall designate only one such representative.

B. The City reserves the right to reject Contractor's project manager, general construction superintendents, project coordinators, and foremen at any time for cause as provided in subparagraph 3.05A. The City shall be given written notice of, and shall have the right to approve, replacement of Contractor's project manager, superintendents and foremen.

C. In the event that the Contractor proposes to substitute a key team member during the performance of the Contract, Contractor shall submit to the City Representative, at least seven days prior to engaging the person, an Experience Statement form (Section 00 49 12) for the City's review and acceptance. Any proposed substitution is subject to the approval of the City Representative based upon qualifying experience on similar projects as set forth in the bid documents for the project. Failure to obtain the City's acceptance shall not constitute a cause for delay. In addition, the City may withhold progress payments until such time as the Contractor engages persons possessing skills and qualifications acceptable to the City.

## 3.05 LABOR, MATERIALS AND EQUIPMENT

A. Contractor shall employ only competent and skillful persons to perform the Work, and shall at all times maintain good discipline and order at the Site. Upon the City's notification Contractor shall discharge from the Work and replace at no additional cost to the City an employee, Subcontractor or Supplier used on the Work who, in the City's sole judgment: (i) is incompetent, obnoxious, or disorderly; or (ii) has intimi-

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 131 of 279

Copyright ©2012 City & County of San Francisco

dated or sexually harassed a City employee, agent or member of the public; or (iii) is refusing to carry out the provisions of the Contract.

B. In order that the City can determine whether Contractor has complied or is complying with the requirements of the Contract which are not readily enforceable by inspection and test of the Work and materials, Contractor shall upon request submit properly authenticated documents or other satisfactory proof of its compliance with such requirements.

C. Before ordering materials, equipment, or performing Work, Contractor shall verify indicated dimensions in a timely fashion by taking field measurements required for the proper fabrication and installation of the Work as specified in Paragraph 3.01. If a discrepancy exists, Contractor shall notify the City immediately and request the City to clarify the intended design. Upon commencement of a particular item of Work, Contractor shall be responsible for dimensions related to such item of Work.

D. All materials and equipment shall be delivered, handled, stored, installed, and protected to prevent damage in accordance with best current practice in the industry, in accordance with manufacturers' specifications and recommendations, and in accordance with the requirements of the Contract Documents. Contractor shall store packaged materials and equipment to the Site in their original and sealed containers, marked with the brand and manufacturer's name, until ready for use. Contractor shall deliver materials and equipment in ample time to facilitate inspection and tests prior to installation.

E. Unless otherwise specified in the Contract Documents, Contractor shall provide and assume full responsibility for all materials, equipment, labor, transportation, construction equipment, machinery, tools, appliances, fuel, power, light, heat, telephone, water, sanitary facilities, field offices, storage facilities and incidentals necessary for the performance, testing, start-up and completion of the Work in accordance with Division 01.

F. In the event that Division 01 does not require a field office for the City Representative, Contractor shall provide adequate separate sanitary facilities at the Site for the City Representative.

## 3.06  PERMITS, FEES AND NOTICES

A. Contractor shall pay all utility charges for temporary connections to the Work.

B. Unless otherwise provided in the Contract Documents, Contractor shall secure and pay for all permits (other than the building permit), governmental fees (other than permanent utility service connection fees), licenses, and inspections (other than inspections which are to be performed at the expense of the

City as provided in Article 8) necessary for proper execution and completion of the Work.

1.  Contractor shall coordinate and obtain all permits prior to starting Work for which permits are required.

2.  The City will reimburse Contractor for reasonable costs incurred for obtaining permits that are not specified in the Bid Documents to be obtained at Contractor's expense.

C. Pursuant to section 832 of the California Civil Code, Contractor shall give all notices required by laws, ordinances, rules, regulations and lawful orders of public authorities that relate to performance of the Work.

D. Contractor shall secure all permits and pay all applicable permit fees prior to performing excavation in the public right of way. Contractor shall timely deliver, post and maintain all notices required by such permits. Contractor shall be solely responsible for coordinating and performing its excavation and street restoration operations in accordance with the conditions of such excavation permits and applicable regulations. Should delays or damages be caused by Contractor's failure to coordinate or comply with the conditions of such excavation permits, Contractor shall pay all costs, assessments, fines, and penalties resulting therefrom.

E. If Contractor observes that portions of the Contract Documents are at variance with the Code or other applicable laws, statutes, ordinances, rules and regulations, Contractor shall promptly notify the City in writing. If the City determines that changes to the Contract Documents are necessary to comply with such laws, statutes, ordinances, rules or regulations, the City will make necessary changes to the Contract Documents by appropriate amendment.

F. If Contractor performs Work it knows, or reasonably should have known, to be contrary to the Code or other applicable laws, statutes, ordinances, and rules and regulations without written notice to the City, Contractor shall assume responsibility for such Work and shall bear all costs of correction.

G. Contractor shall keep the permits, an approved set of Drawings and Specifications, and a copy of the Code at the Site readily available for inspection during regular working hours throughout the Contract Time.

H. Contractor shall coordinate all required inspections and special inspections with the appropriate agency having jurisdiction. Contractor shall notify the City Representative in accordance with Article 8, so that the appropriate City representatives and inspectors will be present at these inspections.

I. Contractor shall be responsible for preparing and submitting for approval to the appropriate agency having jurisdiction all shop drawings, product data,

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page
132 of 279

Copyright ©2012 City & County of San Francisco

and manufacturer's certificates as may be required under the conditions of applicable permits.

J. Contractor shall submit to the City Representative as a condition precedent to Final Completion signed permit documents including, but not limited to, job cards, permit applications, permit Drawings, and certificates of occupancy.

## 3.07   RECORD DOCUMENTS

A. Contractor shall maintain at the Site a current record copy of all Contract Documents including, but not limited to, Drawings, Specifications, Addenda, Change Orders, RFIs, Clarifications, Field Orders, and approved shop drawings, samples and other submittals, in good order and clearly marked to record accurately the Work as actually constructed ("as-built"), including changes, adjustments, and other information relative to the Work as actually constructed, all in accordance with the Specifications. Additionally, record documents shall conform to the requirements specified in Division 01.

B. Contractor shall furnish on a monthly basis the aforesaid record documents for the City to review and determine their sufficiency in conforming to the requirements set forth in subparagraph 3.07A. The City shall have the right to withhold 25 percent of progress payments due Contractor until Contractor has complied with this Paragraph 3.07.

C. Record documents shall be available for inspection by the City at all times and shall be delivered to the City prior to Substantial Completion.

## 3.08   CONTRACTOR'S DAILY REPORT

A. Contractor shall complete, and submit to the City on the next day, consecutively numbered daily construction reports in accordance with Division 01.

B. In addition, whenever Force Account Work is in progress, Contractor shall complete and submit to the City detailed written daily Force Account Work reports as provided under Paragraph 6.07.

## 3.09   PROGRESS AND SUBMITTAL SCHEDULES

A. At the Pre-Construction Conference, Contractor shall submit to the City for review a 60 day bar chart type Plan of Operation as required by Division 01.

B. Prior to commencing Work, Contractor shall submit to the City for review the following schedules:

1. a cost-and-resource-loaded Base Line Construction Schedule for the Work which shall use, unless otherwise specified in Division 01, the critical path method (CPM), activity on arrow or precedence diagramming method, as outlined in the Associated General Contractors publication "The Use of CPM in Construction," and shall indicate the times (number of

days or dates) for starting and completing the various stages of the Work, including all milestones and special constraints specified in the Contract Documents; and

2. a submittal log, coordinated with the progress schedule in accordance with the requirements of Division 01, listing all submittals required by the Contract, their cognizant specification reference, and indicating the times for submitting such submittals.

C. Unless specified elsewhere in the Contract Documents, within 10 days after submittal, the City and Contractor shall meet to review for acceptability to the City the schedules submitted under subparagraph 3.09A. Contractor shall have an additional 5 days to make corrections and adjustments and to complete and resubmit the schedules.

D. No progress payments will be made to Contractor unless and until the Baseline Schedule is submitted and accepted by the City.

E. Contractor shall adhere to the Base Line Construction Schedule accepted by the City in accordance with subparagraph 3.09C and as may be adjusted during the performance of the Work in accordance with the Contract Documents. Contractor shall submit to the City for acceptance proposed revisions or adjustments in the base line construction schedule. Proposed adjustments in the base line construction schedule that will change the Contract Times shall be submitted to the City in accordance with Paragraph 7.02.

F. Acceptance of base line construction and submittal schedules by the City will neither impose on the City responsibility for the sequencing, scheduling, or progress of the Work nor interfere with or relieve Contractor from its full responsibility therefor.

G. Contractor shall submit a monthly progress schedule update as a condition precedent to making an Application for Payment as set forth in Paragraph 9.03 and Division 01. All updates shall be submitted to the City for the City's acceptance; if rejected, Contractor shall correct and resubmit updates to the satisfaction of the City before a pending application for payment is approved.

1. Each progress schedule update shall continue to show all Work activities including those already completed and those of changed Work.

2. Each progress schedule update shall accurately reflect "as-built" information by accurately indicating the dates activities were actually started and completed and the actual percent complete of activities.

3. Contractor's submission of progress schedule updates, reports, curves or narratives, or the City's acceptance of such progress schedule updates,

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page
133 of 279

Copyright ©2012 City & County of San Francisco

reports, curves or narratives, shall not amend or modify, in any way, the Contract Time or milestone dates or modify or limit, in any way, Contractor's obligations under this Contract.

4. Contractor waives its rights to time extensions based on changed Work if Contractor has failed to meet its obligations to provide monthly schedule updates as specified herein.

H. Early Completion Schedule: If Contractor submits a base line schedule that shows a completion time that is earlier than the Contract Time, the "float" shall belong to the Project. Contractor shall not be entitled to a compensable time extension for any Change Order or Unilateral Change Order that causes the early completion date to be extended within the "float."

## 3.10 SHOP DRAWINGS, PRODUCT DATA AND SAMPLES

A. Shop drawings, product data, samples and similar submittals are not Contract Documents. The purpose of their submittal is to demonstrate for those portions of the Work for which submittals are required the way Contractor proposes to conform to the information given and the design concept expressed in the Contract Documents. Review or approval of Contractor's submittals by the City is subject to the limitations stipulated in Paragraph 2.01.

B. Contractor shall review, approve, stamp, and submit to the City as specified in Division 01 shop drawings, product data, samples and similar submittals required by the Contract Documents in accordance with the accepted submittal schedule. Submittals made by Contractor that are not required by the Contract Documents may be returned without action.

C. By approving and submitting shop drawings, product data, samples and other submittals, Contractor represents that it has determined and verified materials, field measurements and field construction criteria related thereto, and has checked and coordinated the information contained within such submittals for conformance to the Contract Documents and for coordination of the Work indicated in the submittal and with adjacent work.

D. Contractor shall perform no portion of the Work requiring submittal and review of shop drawings, product data, samples and other submittals until the respective submittal has been received, reviewed and approved by the City and returned to Contractor. Such Work shall be in accordance with approved submittals. Contractor is solely responsible for delays or disruptions to the Work caused by inadequate, uncoordinated, incorrect or late submittals.

E. Where a shop drawing or sample is required by the Contract Documents, related Work performed prior to the City's review and approval of the pertinent submittal shall be at the sole expense, risk and responsibility of Contractor.

F. Contractor shall not be relieved of responsibility for deviations from requirements of the Contract Documents by the City's approval of shop drawings, product data, samples and other submittals unless Contractor has specifically informed the City in writing, attached to the submittal, of such deviation at the time of submittal and the City has given written approval to the specific deviation.

1. Deviations shall also be indicated clearly and boldly on such shop drawing, product data, sample or related submittal.

2. For resubmitted shop drawings, product data, samples and other submittals, Contractor shall direct specific attention, by written attachment, to revisions other than those requested by the City on previous submittals.

G. Contractor shall not be relieved of responsibility for errors or omissions in shop drawings, product data, samples or similar submittals by the City's approval thereof.

## 3.11 SUBSTITUTIONS

A. Consistent with section 3400 of the California Public Contract Code, Contractor, shall submit for approval to the City a properly completed Request for Substitution (refer to Section 00 49 18) for each material, article or equipment that it proposes to substitute in place of, and as the equal, of a material, article or equipment specified in the Contract Documents by trade name or by the names of any particular patentee, manufacturer or dealer. Failure to submit said Request for Substitution form within the period specified in Section 00 49 18 will be deemed adequate and reasonable grounds for refusal by the City to consider any subsequent proposed substitutions.

B. The requirements for obtaining approval of substitutions shall be as specified in Division 01.

## 3.12 USE OF SITE

A. Contractor shall confine its operations at the Site to areas permitted by law, ordinances, permits and the Contract Documents and shall not unreasonably encumber the Site with materials or equipment.

B. Notwithstanding the designation of Contract limits or the indication of temporary fences or barricades, the provisions of the Contract Documents governing certain portions or phases of the Work may require that certain operations be carried out beyond such designated limits. In all cases, the Work shall be constructed solely within the boundaries described in the Contract Documents. Contractor shall coordinate with the City to obtain in advance of said operations all necessary permits, rights-of-way, or easements,

Case: 19-30088　Doc# 13719-2　Filed: 05/10/23　Entered: 05/10/23 14:28:46　Page 134 of 279

Copyright ©2012 City & County of San Francisco

and shall give proper notice thereof to owners of affected properties in accordance with section 832 of the California Civil Code. Contractor shall obtain all such permits, rights-of-way and easements at no cost to the City.

C. Pumping, draining and control of surface and ground water and excavating or other earthwork shall be carried out so as to avoid endangering the Work or adjacent facility or property, or interrupting, restricting or otherwise infringing or interfering with the use thereof. Contractor shall conform to the Code and applicable laws and regulations and shall obtain all permits necessary to perform grading or excavation or dispose of surface or ground water or excavated materials at the Site.

D. Contractor shall not load nor permit any part of any structure to be loaded in a manner that will endanger the structure, nor shall Contractor subject part of the Work or adjacent property to stresses or pressures that will endanger it.

E. Contractor shall assume full responsibility and shall promptly settle all claims for damage to areas within the Contract limits, or to adjoining areas or the owners or occupants thereof, resulting from the performance of the Work.

## 3.13  ACCESS TO WORK

A. During the performance of the Work, the City and its authorized representatives, including City consultants performing necessary project-related functions on behalf of the City (e.g., construction management personnel and design professionals), or other persons deemed necessary by any of them acting within the scope of the duties entrusted to them, may at any time, and for any purpose, enter upon the Work, the shops where any part of such Work may be in preparation, the facilities where any part of the Work may be in storage, or the factories where any materials for use in the Work are being, or are to be, manufactured. Contractor shall not require City personnel or City consultants performing necessary project-related functions on behalf of the City to sign visitor hold harmless agreements or similar agreements requiring the signatory to defend, hold harmless and/or indemnify Contractor for claims arising out of or relating to the Work, the Project, or the Site.

## 3.14  CUTTING AND PATCHING

A. Contractor shall be responsible for performing, in accordance with the requirements of the Specifications, all cutting, fitting, and patching of the Work that may be required to make all parts fit together or to receive the work of other contractors shown on, or reasonably implied by, the Contract Documents for the completed Work.

B. Contractor shall not damage or endanger a portion of the Work, or fully or other partially completed construction of the City or separate contractors, by excavation or by cutting, patching or otherwise altering such construction. Contractor shall not cut or otherwise alter such construction by the City or a separate contractor except with written consent of the City. Contractor shall not withhold from the City Contractor's consent to cut or otherwise alter the Work.

## 3.15  CLEANING UP AND REMOVING DEBRIS

A. Contractor shall keep the Site and surrounding area, including public areas immediately adjacent to the Site such as temporary pedestrian walkways and sidewalks, free from accumulation of excess materials, rubbish, graffiti, and debris.

1.  Contractor shall perform such clean up and removal in accordance with the requirements of the Specifications.

2.  Prior to Substantial Completion Contractor shall remove from and about the Site excess materials, rubbish, Contractor's tools, construction equipment, and machinery and shall perform final cleaning as specified in accordance with the requirements of the Specifications.

3.  Removal and disposal of such excess materials, rubbish, and other debris shall conform to applicable laws and regulations.

B. If Contractor fails to comply with Article 3.15 or to clean up as provided in the Contract Documents, the City may do so and deduct the cost of such cleanup from the amount due Contractor under the Contract.

C. Contractor shall salvage and deliver to the City removed equipment, appurtenances and other materials that are not reused in the Work and indicated by the City to be salvaged. Contractor shall remove from the Site as its property and dispose of in a legal manner all other equipment, appurtenances and other materials to be removed and not indicated to be salvaged or otherwise claimed by the City.

## 3.16  ROYALTIES AND PATENTS

A. Contractor shall be responsible at all times for compliance with applicable patents, copyrights, trademarks, and/or other intellectual property rights held by others encompassing, in whole or in part, any invention, design, process, product, device, material, article or arrangement used, directly or indirectly, in the performance of the Work or incorporated into the Work.

B. Contractor shall pay, and include in the Contract Sum, all royalties and license fees and assume all costs incident to the use in the performance of the Work or the incorporation into the Work of any inven-

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 135 of 279

Copyright ©2012 City & County of San Francisco

tion, design, process, product, device, material, article or arrangement which is the subject of a patent right, copyright, trademark, and/or other intellectual property right held by others.

C. To the fullest extent permitted by law, Contractor shall save, defend, hold harmless, and fully indemnify the City and all its officers and employees connected with the Project, other parties designated in Section 00 73 16, and all of their officers, agents, members, employees, authorized representatives, or any other persons deemed necessary by any of them acting within the scope of the duties entrusted to them, from all damages, claims for damage, costs, or expenses in law or equity, including attorney's fees and costs, that may at any time arise or be set up for any infringement or unauthorized use of any patent rights, copyrights, trademarks or other intellectual property claims by any person in consequence of the use by the City, or any of its officers, agents, members, employees, authorized representatives, or any other person deemed necessary by any of them acting within the scope of the duties entrusted to them, of articles to be supplied under the Contract and of which Contractor is not the patentee or assignee or does not have the lawful right to sell the same.

    1. This indemnity provision is in addition to all other hold harmless and indemnity clauses in the Contract Documents, and shall survive Final Completion and termination of the Contract.

D. If the City is enjoined from the operation or use of the Work, or any part thereof, as a result of any suits or claims for infringement or unauthorized use of a patent right, copyright, trademark, and/or other intellectual property right, Contractor shall, at its sole expense and at no cost to the City, take reasonable steps to procure the right to operate or use the Work. If Contractor cannot so procure such right within a reasonable time, Contractor shall promptly, at Contractor's sole expense and at no cost to the City, (1) modify the Work, consistent with applicable requirements of the Contract Documents, so as to avoid infringement of any such intellectual property right, or (2) replace said Work with work that meets applicable requirements of the Contract Documents and that does not infringe or violate any such intellectual property right.

E. Subparagraphs 3.16C and 3.16D, above, shall not apply to any suit, claim or proceeding based on infringement or violation of a patent right, copyright, trademark, and/or other intellectual property right (i) relating solely to a particular process or product of a particular manufacturer specified by the City and not offered or recommended by Contractor or (ii) arising from modifications to the Work by the City or its agents after acceptance and Final Completion of the Work.

## 3.17  WARRANTY

A. Contractor warrants and guarantees to the City that materials and equipment provided under the Contract shall be at least of the quality specified and new unless otherwise required or permitted by the Contract Documents and if no quality is specified, then the materials and equipment shall be of commercial grade, suitable for heavy public use in facilities of similar size and complexity; that the Work will be free from defects, and that the Work will conform to the requirements of the Contract Documents.

    1. Contractor additionally warrants manufacturers' product warranties as may be required by the Contract Documents.

B. Contractor's warranty excludes damage or defects caused by abuse, modifications to equipment by the City and not authorized by Contractor, improper or insufficient maintenance, improper operation, or normal wear and tear. Testing shall not be construed as operation.

C. Contractor shall deliver product warranties and guarantees conforming to the requirements of the Specifications to the City Representative prior to Substantial Completion dated as at Substantial Completion.

D. The warranty provisions of this Paragraph 3.17 are separate and additional to the provisions for correction of Non-conforming Work as specified in  Article 8.

## 3.18  TAXES

A. Contractor shall be responsible for paying all taxes applicable during the performance of the Work or portions thereof, whether or not said taxes were in effect on or increased after the date of Bid opening.

B. Earned Income Credit (EIC) Forms. San Francisco Administrative Code Chapter 12O requires that employers provide their employees with IRS Form W-5 (The Earned Income Credit Advance Payment Certificate) and the IRS EIC Schedule, as set forth below. Employers can locate these forms at the IRS Office, on the Internet, or anywhere that Federal Tax Forms can be found.

    1. Contractor shall provide EIC Forms to each Eligible Employee at each of the following times: (i) within thirty days following the date on which this Contract becomes effective (unless Contractor has already provided such EIC Forms at least once during the calendar year in which such effective date falls); (ii) promptly after any Eligible Employee is hired by Contractor; and (iii) annually between January 1 and January 31 of each calendar year during the term of the Contract.

    2. Failure to comply with any requirement contained in subparagraph 3.18B.1 shall constitute a

Case: 19-30088  Doc# 13719-2  Filed: 05/10/23  Entered: 05/10/23 14:28:46  Page 136 of 279

Copyright ©2012 City & County of San Francisco

material breach by Contractor of the terms of this Contract. If, within thirty days after Contractor receives written notice of such a breach, Contractor fails to cure such breach or, if such breach cannot reasonably be cured within such period of thirty days, Contractor fails to commence efforts to cure within such period or thereafter fails to diligently pursue such cure to completion, the City may pursue any rights or remedies available under this Contract or applicable Law.

3. Any Subcontract entered into by Contractor shall require the Subcontractor to comply, as to the Subcontractor's Eligible Employees, with each of the terms of this Paragraph 3.18.

4. Capitalized terms used in this Paragraph 3.18 and not defined in Paragraph 1.01 shall have the meanings assigned to such terms in Chapter 12O of the San Francisco Administrative Code.

## 3.19 INDEMNIFICATION

A. Consistent with California Civil Code section 2782 and Section 00 52 00, Contractor shall assume the defense of, indemnify and hold harmless the City, its boards and commissions, other parties designated in Article "Insurance for Others" of Section 00 73 16, and all of their officers, agents, members, employees, authorized representatives, or any other persons deemed necessary by any of them acting within the scope of the duties entrusted to them, from all claims, suits, actions, losses and liability of every kind, nature and description, including but not limited to attorney's fees, directly or indirectly arising out of, connected with or resulting from the performance of the Work. This indemnification shall not be valid in the instance where the loss is caused by the sole negligence or intentional tort of any person indemnified herein.

1. Contractor's defense, indemnity and hold harmless obligations shall extend to City Consultants (e.g., design professionals and construction managers) providing services under separate written agreement with the City covering any portion of the Project and designated as additional insureds in Article "Insurance for Others" of Section 00 73 16. Such City Consultants shall be solely responsible for requesting indemnification or defense by the Contractor and enforcing its request. The City shall have no liability whatsoever for any failure of Contractor to comply with any request from the City Consultant for indemnity or defense.

2. Contractor's defense, indemnity and hold harmless obligations shall not extend to the liability of a City Consultant designated as additional insured in Article "Insurance for Others" of Section 00 73 16 or its agents, employees or subconsultants arising out of, connected with or resulting from such indemnitee's own active negligence, errors or omissions or from (1) such indemnitee's preparation or approval of maps, plans, opinions, reports, surveys, Change Orders, designs or Specifications, or (2) such indemnitee's

issuance of or failure to issue directions or instructions provided that such issuance or failure to issue is the primary cause of the damage or injury.

B. The City, its boards and commissions, and all of their officers, agents, members, employees, and authorized representatives shall have no liability to Contractor for any type of special, consequential or incidental damages arising out of or connected with Contractor's Work. This limit of liability applies under all circumstances including, but not limited to, the breach, completion termination, suspension, cancellation or rescission of the Work or this Contract, negligence or strict liability by the City, its boards and commissions, and their representatives, consultants or agents.

C. Contractor acknowledges that any claims, demands, losses, damages, costs, expenses, and legal liability that arise out of, result from, or are in any way connected with the release or spill of any legally designated hazardous material or waste or contaminated material as a result of the Work performed under this Contract are expressly within the scope of this indemnity, and that the costs, expenses, and legal liability for environmental investigations, monitoring, containment, removal, repair, cleanup, restoration, remedial work, penalties, and fines arising from the violation of any local, state, or federal law or regulation, attorney's fees, disbursements, and other response costs are expressly within the scope of this indemnity.

D. On request, Contractor shall defend any action, claim or suit asserting a claim covered by this indemnity. Contractor shall pay all costs that may be incurred by the City and all indemnified parties specified in subparagraph 3.19A, including reasonable attorney's fees.

E. Contractor's liability shall not be limited to the amount of insurance coverages required under the Contract Documents.

F. In the event that Contractor and its insurance carrier(s) in bad faith refuse to negotiate and compensate a third party or parties for property damage or personal injuries which arise out of Contractor's performance of the Work, the City shall have the right to estimate the amount of damages and to pay the same, and the amount so paid shall be deducted from the amount due Contractor under this Contract, or an appropriate amount shall be retained by the City until all suits or claims for said damages shall have been settled or otherwise disposed of and satisfactory evidence to that effect shall have been furnished to the City.

## ARTICLE 4 - SUBCONTRACTORS

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 137 of 279

Copyright ©2012 City & County of San Francisco

## 4.01 SUBCONTRACTS AND OTHER CONTRACTS FOR PORTIONS OF THE WORK

A. Unless otherwise specifically provided by the Contract Documents, subcontracting shall be in accordance with the governing regulations regarding subcontracts and section 6.21 of the San Francisco Administrative Code. Section 6.21 shall govern the designation of, failure to specify, and substitution of Subcontractors and the assignment, transfer and performance of subcontracts.

B. Contractor shall not employ a Subcontractor, Supplier or other person or entity that the City has determined unqualified or non-responsible. The City may give written notice of such determination prior to award of the Contract or at any time during the Contract Time, and upon receipt thereof Contractor shall provide replacement with a qualified person or entity. The City shall have the right of approval and shall not be responsible for added costs to Contractor, if any, of employing such replacement person or entity.

## 4.02 SUBCONTRACTUAL RELATIONS

A. Contractor shall have an appropriate written agreement specifically binding each Subcontractor or Supplier to Contractor by the applicable terms and conditions of the Contract Documents, in the same manner Contractor is bound to the City. Each subcontract agreement shall preserve all rights of the City with regards to the Work to be performed by the Subcontractor or Supplier. All Subcontractors and Suppliers shall have similar agreements with Lower-Tier Subcontractor and Lower-Tier Suppliers. All Subcontractors and Suppliers shall be given copies of the contract documents to which the Subcontractor or Supplier will be bound, and upon written request of the Subcontractor or Supplier, shall have identified written terms and conditions of their proposed subcontract agreement that vary from the Contract Documents. Subcontractors and Suppliers shall fulfill the same requirements toward their respective proposed Lower-Tier Subcontractors and Lower-Tier Suppliers.

## 4.03 ASSIGNABILITY OF SUBCONTRACTS

A. All subcontracts of Subcontractors and Lower-Tier Subcontractors and purchase agreements of Suppliers and Lower-Tier Suppliers shall provide that they are freely assignable to the City under the following conditions:

1. the City terminates the Contract for cause under provisions of Article 14;

2. the City requests such assignment; and

3. the surety providing the performance bond for the Project fails to timely fulfill its obligations under the performance bond.

B. The City will notify the Subcontractors, Lower-Tier Subcontractors and Suppliers in writing of those agreements the City wishes to accept.

## 4.04 SUCCESSORS AND ASSIGNS

A. Contractor shall constantly give its personal attention to the faithful prosecution of the Work. Contractor shall keep the Work under its personal control and shall not assign by power of attorney or otherwise, nor subcontract the whole or any part thereof, except as herein provided.

B. All transactions with Subcontractors will be made through Contractor, and no Subcontractor shall relieve Contractor of any of its liabilities or obligations under the Contract.

C. When a Subcontractor fails to prosecute a portion of the Work in a manner satisfactory to the City, Contractor shall remove such Subcontractor immediately upon written request of the City, and shall request approval of a replacement Subcontractor to perform the Work at no added cost to the City.

D. The Contract shall not be assigned except upon the approval of the City.

## ARTICLE 5 - CONSTRUCTION BY CITY OR BY SEPARATE CONTRACTORS

## 5.01 CITY'S RIGHT TO PERFORM CONSTRUCTION AND TO AWARD SEPARATE CONTRACTS

A. Should the Contract Documents indicate that construction work, or work of any other nature, be performed by other contractors or other forces within or adjacent to the limits of Work, or be underway at the time the Work was advertised for Bids, Contractor shall cooperate with all such contractors or forces to the end so as to avoid delay or hindrance to their work. The cost of such cooperation shall be considered as included in Contractor's Bid price and no direct or additional payment will be made therefor.

B. The City reserves the right to perform other or additional work within or adjacent to the limits of Work at any time during the Contract by the use of other forces or contractors. If the performance of such other or additional work not indicated in the Contract Documents or underway at the time of advertising for Bids materially increases Contractor's costs, then Contractor may submit a Change Order Request therefor in accordance with Paragraph 6.03.

C. If the City gives Contractor written notice to vacate a location so that other work may be performed by other forces or contractors at the location(s) where Contractor is already performing Work, Contractor shall promptly suspend Work at that location and

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 138 of 279

Copyright ©2012 City & County of San Francisco

clean up and demobilize its operations from the location to the extent necessary as determined by the City to allow the other forces or contractors to perform their work. Contractor shall provide the City Representative written notice when cleanup and demobilization has been completed. The City Representative will issue to the other forces or contractors a notice to proceed with their work. After the date of said notice to proceed, Contractor shall allow proper and safe access to the Work at the subject location and shall schedule and coordinate its Work with the other contractors' work.

D. If Contractor requires access to a location where another contractor is performing work, Contractor shall request such access in writing from the City Representative. The City Representative will provide written notice to Contractor when the work of other forces or contractors at the subject location is completed, and upon receipt of such notification, Contractor shall have full access and shall commence or resume its operations in that location.

E. If Contractor believes it is entitled to a time extension caused by its obligations under subparagraphs 5.01C or 5.01D above, it shall comply with the notification requirements of Paragraph 7.02.

F. When it is necessary for Contractor and another contractor or utility owner to work in the same location at the Site, each party shall assume the following mutual responsibilities for the benefit of the other party at no additional cost to the City:

1.   both parties shall execute identical agreements mutually indemnifying each other from any loss, damage, or injury that may be incurred as a result of the performance of work by the other while both are performing work in the same location;

2.   both parties shall add the other party as an additional insured under their respective liability policies;

3.   the party seeking to use portions of the construction Site of the other party to perform its work shall pay all direct costs incurred by the other party to accommodate its operations; and

4.   if Contractor contends that delay or additional cost is involved because of such action by the City, Contractor shall make such Claim by the procedures as provided in Article 13.

G. The City shall not be a party to any of the agreements between multiple contractors and shall have no liability to any party with regard to the lack of coordination and cooperation or the inability of a party to execute specific work requirements. Contractor agrees to indemnify and hold the City harmless for all claims or losses that Contractor or the other contractors may incur as a result of their inability to successfully obtain work areas under the control of one of the parties.

## 5.02   COORDINATION

A. Contractor shall afford other contractors and the City reasonable opportunity for storage of materials at the Site, shall ensure that the execution of the Work properly coordinates with work of such contractors, and shall cooperate with such other contractors to facilitate the progress of the Work in such a manner as the City may direct.

B. Notice of Conflicting Conditions: Where Contractor's Work is adjacent to or placed on top of that of another contractor, Contractor shall examine the adjacent work and substrate and report in writing to the City any visible defect or condition preventing the proper execution or increased cost of its Contract. If Contractor proceeds without giving notice, it shall be held to have accepted the work or material and the existing conditions, and shall be responsible for any defects in its own Work consequent thereon, and shall not be relieved of any obligation or any guarantee because of any such condition or imperfection. This provision shall be included in any and all other contracts or subcontracts for Work to be performed where such a conflict could exist.

1.   The foregoing does not apply to latent defects. Contractor shall report to the City latent defects in another contractor's work promptly upon discovery.

C. Contractor shall notify the City promptly in writing when another contractor working at the Site fails to coordinate its work with the Work of this Contract as directed.

D. Any difference or conflict that may arise between Contractor and the other contractors or City forces in regard to their work shall be adjusted as determined by the City.

E. If so directed by the City, Contractor shall prepare coordination drawings as necessary to satisfactorily coordinate and interface the Work of its Contract with the work of all other contracts thereby avoiding conflicts that may otherwise arise. If such coordination drawings are not required elsewhere in the Contract Documents, then Contractor may submit a Change Order Request as provided under Paragraph 6.03 for additional costs incurred by it in preparation of such coordination drawings.

F. At any time during the progress of the Work, the City may, by providing reasonable notice, require Contractor to attend any conference of any or all of contractors engaged in the Work.

G. If the City determines that Contractor is failing to coordinate its Work with the work of other contractors as directed, the City may upon 72 hour written notice:

1.   withhold any payment otherwise owed under the Contract until Contractor complies with the City's directions; or

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 139 of 279

2. direct others to perform portions of the Contract and charge the cost of Work against the Contract Sum; or

3. terminate any and all portions of the Contract for Contractor's failure to perform in accordance with the Contract.

## 5.03 CLEAN UP RESPONSIBILITIES

A. Contractor and other contractors shall each bear responsibility for maintaining their respective work areas on the premises and adjoining areas free of waste, rubbish, graffiti, debris, or excess materials and equipment at all times.

B. In the event of conflicts the City, after issuing 24 hour written notice to the contractors involved, will clean up the premises and deduct from the amount due Contractor under the Contract the cost of said clean up as the City determines equitable.

## ARTICLE 6 - CLARIFICATIONS AND CHANGES IN THE WORK

### 6.01 GENERALLY

A. The City may, at any time between the Notice to Proceed and Final Completion and without notice to Contractor's surety, order additions, deletions, or revisions in the Work by Change Order, Unilateral Change Order, or Field Order. Contractor shall promptly comply with such orders and proceed with the Work, which shall be performed under the applicable requirements of the Contract Documents.

B. Contractor shall not be entitled to an increase in the Contract Sum or an extension of the Contract Time if Contractor performs work that is not required by the Contract Documents as amended, modified, or supplemented in writing.

C. The procedures set forth in this Article 6 are intended to ensure that when Clarifications and Changes in the Work are proposed, the Contractor provides the City with its best estimate of the costs and impacts associated with each Clarification and/or Change, so that the City may evaluate each potential Change and proceed on an informed basis. The City also intends that the Clarification and Change Order procedures (including the use of Unilateral Change Orders and Force Account) facilitate payment to the Contractor of additional, undisputed amounts.

D. Failure by the Contractor to comply with the procedures of this Article, including the failure to provide timely, sufficient information and/or documentation to the City at the time of any Clarification or Change Order Request, shall constitute a waiver of any subsequent claim by the Contractor arising out of such Clarification or Change Order.

## 6.02 REQUESTS FOR INFORMATION, CLARIFICATIONS AND FIELD ORDERS

A. Should there appear to Contractor to be a discrepancy in the Contract Documents, should questions arise as to the meaning or intent of the Contract Documents, or should the City's comments on submittals returned to Contractor appear to Contractor to change the requirements or scope of the Contract Documents, Contractor shall submit a Request for Information ("RFI") to the City promptly in accordance with Division 01. Contractor shall coordinate and schedule its Work to provide the City sufficient time to issue a written reply to the RFI before proceeding with Work affected thereby.

B. The City shall issue a reply to the RFI within 10 working days of receipt of the same. The reply may include written Clarifications as deemed by the City to be necessary and consistent with the Contract Documents, or a Field Order requiring minor changes in the Work. If additional time is needed to issue the reply, the City will, within the 10 working-day reply period, notify the Contractor of the longer reply period.

C. Clarifications of the Contract Documents and Field Orders issued by the City shall be binding on Contractor and shall be promptly executed by Contractor. The City's right to clarify any element of the Contract Documents shall not be construed to entitle Contractor to a modification of the Contract Sum or a change in the Contract Time.

## 6.03 CHANGE ORDER REQUESTS (COR) AND PROPOSED CHANGE ORDERS (PCO)

A. COR Initiation: Should the City's Clarification or other written directive, in the opinion of Contractor, materially exceed or change the requirements of the Contract Documents, Contractor shall submit to the City a written Change Order Request (COR) within 5 working days of receipt of the Clarification or other written directive. A COR shall reference the Clarification or other written directive and the relevant Specification and Drawings. A COR shall also include a cost proposal and/or a time adjustment proposal, as a good faith estimate of any additional compensation or time associated with the affected Work, documented in accordance with subparagraphs 6.03E and 6.03F, below. Failure to submit a timely, documented COR shall constitute a waiver of any future claim for additional compensation or time relating to such Work.

B. COR Review: The City will review the COR. Within 10 working days after receipt of the COR, together with the required supporting documentation, the City shall render its determination in writing. If the City does not issue a determination within the 10 working-day period, the COR is deemed rejected. If the City requires additional time to issue a determination, it shall notify the Contractor of the same in writing, within the initial 10 working-day period.

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 140 of 279

Copyright ©2012 City & County of San Francisco

C. PCO Initiation: The City may initiate a change in the Work by issuing a Proposed Change Order (PCO). A PCO will include a detailed description of the proposed additions, deletions or revisions with supplementary or revised Drawings and Specifications, and will request from Contractor a quotation of cost and time for completing the proposed changes. After the City issues a PCO, Contractor shall not submit a COR for the same Work addressed in the City's PCO.

D. PCO Quotation Time Period: Contractor shall submit a PCO cost proposal and PCO time adjustment proposal, if applicable, to the City within 10 working days after receipt of a PCO. If Contractor fails to submit a PCO cost proposal and/or PCO time adjustment proposal within the 10 working-day period, or if the price or time adjustment cannot be agreed upon, the City may either direct Contractor to proceed with the Work on a Force Account basis or a Change Order instructing Contractor to proceed with the PCO Work based on the City's estimate of the cost and/or time adjustment.

E. COR and PCO Cost Proposal Requirements: The Cost Proposal shall include a complete itemized breakdown of labor, material, equipment, taxes, insurance, bonds, and markup for overhead and profit for both additions and deletions on a form supplied by the City. The same shall be required for Subcontractor and Lower-Tier Subcontractor cost proposals, which shall be furnished on the same form as required for Contractor.

1. At a minimum, Contractor shall provide the following documentation to the City in support of Contractor and Subcontractor cost proposals:

a. material quantities and type of products;

b. labor breakdown by trade classification, wage rates, and estimated hours;

c. equipment breakdown by make, type, size, rental rates, and equipment hours; and

d. taxes, insurance and bonds.

F. COR and PCO Time Adjustment Proposal Requirements: If Contractor asserts it is entitled to an adjustment in Contract Time due to the proposed change order work, whether by COR or PCO, Contractor shall provide the following documentation to the City in support of any Contractor and Subcontractor time adjustment proposals:

1. Contractor shall submit to the City a CPM time impact evaluation using sub-network or fragmentary network and including a written narrative and a schedule diagram or other written documentation acceptable to the City, showing the detailed work activities involved in a change that may affect the Critical Path and increase the Contract Time. The analysis shall also show the impact of the change on

other Work and activities of the proposed schedule adjustment. This sub-network shall be tied to the complete and most current City-accepted progress schedule network, with appropriate logic so that a true analysis of critical path can be made.

2. Failure to comply with the requirements set forth in this subparagraph 6.03F shall constitute a waiver of any claim for delay, disruption, extended overhead and other associated costs or damages.

**6.04 CHANGE ORDERS**

A. Execution of Change Orders: When the City and Contractor agree on the total cost and time of a COR or PCO, the City will prepare for signatures of parties a Change Order to formally implement the changed Work. No oral instructions of any person whomsoever shall in any manner or degree modify or otherwise affect the terms of this Contract.

B. Release of Claims: Contractor shall agree to the terms and conditions of Change Orders and to release the City from claims for additional compensation or time relating to the undisputed amount of the change in the Work.

1. If Contractor fails to provide timely documentation of delay to the City as described in subparagraph 6.03F.1, which shall be sufficient to entitle Contractor to a time extension pursuant to paragraph 7.02, Contractor shall execute the Change Order without being granted any extension of time.

2. Contractor shall not condition or qualify any Change Order with a reservation of rights to seek at a later time additional Contract Amount or Time for the changed Work addressed in the Change Order.

C. Change Orders issued under this Article or extensions of Contract Time made necessary by reason thereof shall not in any way release any guarantees or warranties given by Contractor under the provisions of the Contract Documents, nor shall they relieve or release Contractor's sureties of bonds executed under such provisions. The sureties, in executing such bonds, shall be deemed to have expressly agreed to any such Change Orders and to any extension of time made by reason thereof. Contractor shall be responsible for giving notice of any change affecting the Work, Contract Sum or Contract Times that is required to be given to its sureties by the provisions of any bond.

**6.05 UNILATERAL CHANGE ORDERS**

A. General: When time does not allow for a Change Order to be negotiated through the PCO process, or when the City and Contractor are unable to agree on the cost or time required to complete the change in the Work described in a PCO, the City may issue a Unilateral Change Order instructing Contractor to proceed with a change in the Work based on the City's estimate of cost and time to perform the

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 141 of 279

Copyright ©2012 City & County of San Francisco

change in the Work. Upon receipt of a Unilateral Change Order, Contractor shall proceed with the ordered Work.

B. Protest: Should Contractor disagree with any terms or conditions set forth in a Unilateral Change Order, Contractor shall submit, within 5 working days of receipt of the Unilateral Change Order, a Change Order Request (COR) in accordance with the requirements of Paragraph 6.03. If a COR is not submitted as required, Contractor waives all rights to additional compensation for said Work, and payment, which shall constitute full compensation for Work included in the Unilateral Change Order, will be made as set forth in the Unilateral Change Order.

C. Claim Notification: Contractor waives all costs exceeding the City's estimate for the Unilateral Change Order Work unless Contractor submits a written Notice of Potential Claim in accordance with the requirements of Paragraph 13.03. Said Notice shall be submitted no later than 5 working days after occurrence of one of the following, whichever occurs first:

   1.   Contractor submits an invoice for completion of the Unilateral Change Order Work; or

   2.   upon Contractor's receipt of written notice from the City that the City considers the Work completed.

## 6.06    COST OF CHANGE ORDER WORK

A. For Change Order Work, Contractor will be paid the sum of the direct costs for labor, materials and equipment used in performing the Work as determined by the procedures set forth in this subparagraph 6.06A.

   1.   Labor. Contractor will be paid the cost of labor for the workers used in the actual and direct performance of the Change Order Work. Working foremen will be considered a direct cost of the Change Order Work only if the individual is on Site physically installing the Work. The costs for all supervision, including general superintendents and foremen, will not be considered a direct cost and shall be included the markup defined in subparagraph 6.06B, below. The cost of labor, whether the employer is Contractor, a subcontractor, or other forces, will be the sum of the following:

     a.   Actual Wages.  The actual wages paid shall include any actual payments by the employer for its workers' health and welfare, pension, vacation, training, and similar purposes.

     b.   Labor Surcharge. To the actual wages, as defined above, will be added a labor surcharge  as set forth in the version of the California Department of Transportation publication entitled Labor Surcharge and Equipment Rental Rates which is in effect on the date upon which the extra work is accomplished and which is incorporated by reference as though set forth

in full. That labor surcharge shall constitute full compensation to Contractor for all of its costs for worker's compensation insurance, Social Security, Medicare, federal unemployment insurance, state unemployment insurance, and state training taxes. No other fixed labor burdens will be considered, unless approved in writing by the City..

     c.   Subsistence and Travel Allowance.  The actual subsistence and travel allowance paid to such workers.

   2.   Materials: The City will pay Contractor on Change Orders only for those materials furnished by Contractor and directly required for performing the Change Order Work. The cost of such material shall be the direct cost, including sales tax, to the purchaser, whether Contractor, Subcontractor or Lower-Tier Subcontractor, from the Supplier thereof and may include the cost of transportation, but delivery charges will not be allowed unless the delivery is specifically required for the Change Order Work. If a trade discount by an actual Supplier is available to Contractor, such discount shall be credited to the City notwithstanding the fact that such discount may not have been taken. If the materials are obtained from a Supplier or source owned wholly or in part by Contractor, payment thereof shall not exceed the current wholesale price for the materials as determined by the City. The term "trade discount" includes the concept of cash discounting.

   3.   Equipment: Payment for equipment costs on Change Orders will be made at the lesser of the rental rates listed for such equipment as specified in the current edition, at the time of the Change Order, of: (i) the Labor Surcharge & Equipment Rental Rate Book, published by the California Department of Transportation and available for download at http://www.dot.ca.gov/hq/construc/equipmnt.html; or (ii) "Rental Rate Blue Book," published by Machinery Information Division of PRIMEDIA Information, Inc., 1735 Technology Drive Suite 410, San Jose, California 95110-1313. Such rental rates shall be adjusted as appropriate and will be used to compute payments for equipment, regardless of whether the equipment is under Contractor's control through direct ownership, leasing, renting, or other method of acquisition. Daily, weekly, or monthly rates shall be used, whichever are lower. Hourly rates including operator shall not be used. Unless otherwise specified, manufacturer's ratings and manufacturer-approved modifications shall be used to classify equipment for determination of applicable rental rates. If, however, equipment of unwarranted size or type and cost is used, the cost shall be calculated at the rental rate for equipment of proper size and type.

     a.   The actual time to be paid for equipment shall be the time the equipment is in productive operation on the Work under the Change Order. In the event that use of hourly rental rates is appropriate in computing the rental of equipment, any time less than 30 minutes shall be considered one-half hour. No

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 142 of 279

Copyright ©2012 City & County of San Francisco

payment will be made for time while equipment is inoperative due to breakdown or for non-work days. In addition, the rental time shall not include the time required to move the equipment to and from the Site. Loading and transportation costs will be paid, in lieu of rental time, only if the equipment does not move under its own power and is utilized solely for the Work of the Change Order. No mobilization or demobilization will be allowed for equipment already on the Site.

b. Individual pieces of equipment having a replacement value of $1,000 or less shall be considered to be small tools or small equipment, and no payment will be made since the costs of these tools and equipment are included as part of Contractor's markup for overhead and profit as defined in subparagraph 6.06B.

c. Payment to Contractor for the use of equipment as set forth herein shall constitute full compensation to Contractor for the cost of fuel, power, oil, lubricants, supplies, small equipment, necessary attachments, repairs and maintenance of any kind, depreciation, storage, insurance, labor (except for equipment operators), and any and all costs to Contractor incidental to the use of the equipment.

d. Costs of equipment not listed in the publications specified in subparagraph 6.06A.3 shall be based on actual rental invoices. Copies of all invoices shall be provided as support documentation with each PCO cost proposal.

B. Costs Included as Part of Markup for Overhead and Profit: To the total of the direct costs computed as provided in subparagraph 6.06A there will be added a markup for overhead and profit as specified in subparagraph 6.06C. The markup shall constitute full compensation for all direct and indirect overhead costs and profit which shall be deemed to include all items of expense not specifically listed in subparagraph 6.06A as direct costs. No separate allowance or itemization for overhead costs shall be allowed. The following is a list, not intended to be comprehensive, of the types of costs that are included in the markup for overhead and profit for all Change Orders including Force Account Work:

1. Field and home office personnel including, but not limited to, principals, project managers, superintendents, supervisory foremen, estimators, project engineers, detailers, draftspersons, schedulers, consultants, watchpersons, payroll clerks, administrative assistants, and secretaries.

2. All field and home office expenses including, but not limited to, field trailers, parking, storage sheds, office equipment and supplies, telephone service at the Site, long-distance telephone calls, fax machines, computers and software, internet and e-mail services, temporary utilities, sanitary facilities and services, janitorial services, small tools and equipment with a cost under $1,000 each, portable scaffolding, blocking, shores, appliances, job vehicles,

security and fencing, conformance to all regulatory requirements including compliance with safety regulations, safety programs and meetings, cartage, warranties, record documents, and all related maintenance costs.

3. Administrative functions including, but not limited to, reviewing, coordinating, distributing, processing, posting, recording, estimating, negotiating, scheduling, schedule updating and revising, expediting, surveying, engineering, drawing, detailing, revising shop drawings, preparing record drawings, carting, cleaning, protecting the Work, and other incidental Work related to the Change Order.

4. Bond and insurance costs.

5. All other costs and taxes required to be paid, but not included under direct costs as defined in subparagraph 6.06A.

C. Contractor's Markup for Overhead and Profit: The following maximum percentage markups shall be applied to the total direct costs for each direct cost category. These markups provide for all indirect and overhead costs and profit:

| Changed/Extra Work –Direct Costs | Markup Percentage |
|---|---|
| Contractor direct labor | 33% |
| Contractor direct materials | 15% |
| Contractor direct equipment | 15% |
| Subcontractor (of any tier) direct labor | 33% |
| Subcontractor/Supplier (of any tier) direct materials | 15% |
| Subcontractor/Supplier (of any tier) direct equipment | 15% |

1. For Work performed by a Subcontractor, Contractor shall receive a maximum 5 percent markup on the Subcontractor's total cost (total cost includes Subcontractor's direct costs plus applicable markups specified above). Such additional 5 percent markup shall reimburse Contractor for additional overhead, job site, home office and administrative costs.

2. For Work performed by a Lower-Tier Subcontractor or Supplier, Contractor and Subcontractor shall each receive a maximum 5 percent markup on the total cost of their respective Lower-Tier Subcontractors. Such additional 5 percent markup shall reimburse Contractor and Subcontractor for additional overhead, job site, home office and administrative costs.

3. In no case shall the sum of the individual markups specified in subparagraphs 6.06C(1) and 6.06C(2), above, exceed 25 percent, regardless of the

Case: 19-30088　　Doc# 13719-2　　Filed: 05/10/23　　Entered: 05/10/23 14:28:46　　Page 143 of 279

Copyright ©2012 City & County of San Francisco

number of Subcontractor tiers involved in performing the Change Order Work.

D. For Work to be deleted by Change Order, the reduction of the Contract Sum shall be computed on the basis of one or more of the following: (i) Unit Prices stated in the Contract Documents; (ii) where Unit Prices are not applicable, a lump sum based upon the costs which would have been incurred in performing the deleted portions of the Work as calculated in accordance with Paragraph 6.06, supported by a Cost Proposal as required by Paragraph 6.03. Neither Contractor nor the Subcontractor shall receive a markup on their respective Lower-Tier Subcontractors to administer the credit Change Order.

1. When both additions and credits are involved in any one Change Order, Contractor's markup shall be computed on the basis of its direct costs and labor productivity for the net change in the quantity of the Work. For example, if a Change Order adds 14 units on one Drawing and deletes 5 units on another Drawing, the markup shall be based on the net addition of 9 units. No markup will be allowed if the deductive cost exceeds the additive cost.

2. If the City issues written notice of deletion of a portion of Work after the commencement of such Work or after Contractor has ordered acceptable materials for such Work which cannot be cancelled, or if part or all of such Work is not performed by Contractor because it is unnecessary due to actual Site conditions, payment will be made to Contractor for direct costs of such Work actually performed plus markup for overhead and profit as provided in subparagraph 6.06C.

3. Contractor shall not be compensated for costs incurred after receipt of the City's written notice deleting the portion of Work.

4. Materials ordered by Contractor prior to the City's issuance of a notice of deletion and paid for by the City shall become the property of the City, and the City will pay for the actual cost of any further handling of such material. If the material is returnable to the vendor, and if the City so directs, the material shall be returned and Contractor will be paid only for the actual charges made by the vendor for returning the material including restocking charges.

E. Costs Not Included in the Work: Contractor shall be solely responsible for determining which of its subcontractors receive Change Orders. No additional compensation will be provided Contractor for the cost of its subcontractors to review, post, coordinate, and perform related tasks to administer Change Orders which do not result in direct cost charges from such subcontractors. Such costs shall be considered normal business costs, which are contractually determined between Contractor and its subcontractors prior to Bid, and such costs shall be included in Contractor's Total Bid Price.

F. Records: Contractor shall maintain its records in such a manner as to provide a clear distinction between the direct costs of Change Orders and the cost of original Contract Work. This requirement pertains to all types of Change Orders, as well as the additions, deletions, revisions, CORs, and Claims initiated by Contractor.

## 6.07 FORCE ACCOUNT WORK

A. General: When additions, deletions, or revisions in the Work are to be paid for on a Force Account basis, all direct costs itemized in subparagraph 6.06A shall be subject to the approval of the City and compensation will be determined as set forth herein.

1. The City will direct Contractor to proceed with the Work on a Force Account basis, and the City will establish a "not to exceed" budget.

2. All requirements regarding direct costs and markup for overhead and profit provided in Paragraph 6.06B shall apply to Force Account Work. However, the City will pay only the actual necessary costs verified in the field by the City on a daily basis.

3. Contractor shall be responsible for all costs related to the documentation, data preparation, and administration of Force Account Work. Compensation for such costs shall be fully covered by the markup for overhead and profit markup as provided in subparagraph 6.06C.

B. Notification and Verification: Contractor shall notify the City in writing at least 24 hours in advance of its schedule before proceeding with the Force Account Work. All Force Account Work shall be witnessed, documented, and approved in writing by the City on the day that the Work is performed. Contractor will not be compensated for Force Account Work if Contractor fails to provide timely notice to the City before commencing the Force Account Work. In addition, Contractor shall notify the City when the cumulative costs incurred by Contractor for the Force Account Work equal 80 percent of the budget pre-established by the City. Contractor will not be compensated for Force Account Work exceeding the "not to exceed" budget amount if Contractor fails to provide the required notice before exceeding 80 percent of the Force Account budget.

C. Reports: Contractor shall diligently proceed with the approved Force Account Work and shall submit to the City no later than 12:00 p.m. of the day following performance of Force Account Work a daily Force Account Work report on a form obtained from the City. The report shall provide an itemized, detailed account of the daily Force Account labor, material, and equipment, including names of the individuals and the specific pieces of equipment identified by manufacturer's model type and serial number. Contractor's authorized representative shall complete and sign the report. Contractor will not be compensated

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 144 of 279

Copyright ©2012 City & County of San Francisco

for Force Account Work for which said timely report is not completed and submitted to the City.

D. Records: Contractor shall maintain detailed records of all Work done on a Force Account basis. Contractor shall provide a weekly Force Account summary indicating the status of each Force Account Work directive in terms of actual costs incurred as a percent of the budget for the respective Force Account Work directive and the estimated percentage completion of the Force Account Work.

E. Agreement: If Contractor and the City reach a negotiated, signed agreement on the cost of a Change Order while the Work is proceeding on a Force Account basis, Contractor's signed written reports shall be discontinued and all previously signed reports shall become invalid.

## 6.08   UNIT PRICE WORK

A. General: Where the Contract Documents provide that all or part of the Work is to be Unit Price Work, initially the Contract Sum will be deemed to include for all Unit Price Work an amount equal to the product of the established unit price Bid for each Item of Unit Price Work times the estimated quantity of each Item as indicated in the Schedule of Bid Prices. The estimated quantities of unit price Items are not guaranteed and are solely for the purpose of comparing Bids and determining an initial Contract Total Bid Price. Determination of the actual quantities and classifications of Unit Price Work will be made in accordance with Division 01, and the Contract Sum will be adjusted based on the actual quantities of Work performed.

1.   Each unit price on the Schedule of Bid Prices shall include an amount considered by Contractor to cover Contractor's markup for overhead and profit as defined in Paragraph 6.06.

B. Quantity Increases: Should the total quantity of any Item of Unit Price Work performed exceed the estimated quantity indicated on the Schedule of Bid Prices by more than 25 percent, the Work in excess of 125 percent of such estimated quantity will be paid for by adjusting the unit price Bid therefor as follows:

1.   The unit price will be adjusted by the difference between the unit price Bid for the Item and the actual unit cost, determined as follows, of the total quantity of Work performed under said Item. The actual unit cost will be determined based on the direct costs per unit less fixed costs, which will be deemed to have been recovered by Contractor with the payments made for 125 percent of the quantity indicated on the Schedule of Bid Prices, and markup for overhead and profit as provided in Paragraph 6.06.

2.   When the compensation payable for the number of units of an Item of Unit Price Work performed in excess of 125 percent of the quantity as indicated on the Schedule of Bid Price is less than

$5,000 at the unit price Bid therefor, the City reserves the right to make no adjustment in said unit price if the City so elects, except that an adjustment will be made if Contractor submits a Change Order Request (COR) in accordance with the requirements of Paragraph 6.03.

3.   At the City's option, payment for Unit Price Work in such excess will be made on a Force Account basis as provided in Paragraph 6.07 in lieu of adjusting the unit price in accordance with subparagraphs 6.08B.1 or 6.08B.2 above.

C. Quantity Decreases: Should the total quantity of any Item of Unit Price Work performed be less than 75 percent of the estimated quantity indicated on the Schedule of Bid Prices, an adjustment in compensation will not be made unless Contractor submits a COR in accordance with Paragraph 6.03. If Contractor so requests, the quantity of said Item performed will be paid for by adjusting the unit price Bid therefor as follows:

1.   The unit price will be adjusted by the difference between the unit price Bid for the Item and the actual unit cost, determined based on the direct costs per unit, including fixed costs described under subparagraph 6.08B.1, and markup for overhead and profit as provided in Paragraph 6.06, of the total quantity of Work performed under said Item, provided however, that in no case shall the payment for such Work be less than that which would be made at the unit price Bid therefor.

2.   The payment for the total pay quantity of such Item of Unit Price Work will in no case exceed the payment which would be made for the performance of 75 percent of the estimated quantity as indicated on the Schedule of Bid Prices at the unit price Bid therefor.

3.   At the City's option, payment for the Work involved in such deficiency will be made on a Force Account basis as provided in Paragraph 6.07 in lieu of adjusting the unit price in accordance with subparagraphs 6.08C.1 and 6.08C.2 above.

## ARTICLE 7 -   TIME

## 7.01   PROGRESS AND COMPLETION

A. Contractor shall commence the Work of the Contract within 5 days from the start date established in the Notice to Proceed issued by the City and shall diligently and continuously prosecute the Work to its completion.

B. No demolition, removal, or reconstruction Work at the Site shall be started until Contractor has presented evidence satisfactory to the City Representative that it can, upon commencement, prosecute the Work continuously and expeditiously, and a Notice to Proceed has been issued by the City for Work to start.

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 145 of 279

Copyright ©2012 City & County of San Francisco

C. The continuous prosecution of the Work by Contractor shall be subject only to the delays defined in Paragraph 7.02. The start of Work shall include attendance at pre-construction conferences; joint survey and documentation of existing conditions, if required by the Contract Documents; preparation and submittal of shop drawings, equipment lists, schedule of values, progress schedule, submittal schedule, and requests for substitutions; and other similar activities.

D. The Work of this Contract shall be brought to Substantial Completion and Final Completion, as determined by the City, in the manner provided for in the Contract Documents within the limits of Contract Time set forth in Section 00 73 02, from and after the official start date established in the written Notice to Proceed.

1. Issuance of a Notice of Substantial Completion may not precede the issuance of a Temporary Certificate of Occupancy, if such Temporary Certificate of Occupancy is required by the authority having jurisdiction over the Work.

2. During the time between Substantial Completion and Final Completion, Contractor shall complete the punch list work, but Contractor shall not disrupt the City's beneficial occupancy of the Project or any public use of the Work.

3. Final Completion is a condition precedent to final payment. The City will issue final payment to Contractor acknowledging that the Project is complete and the Work is acceptable to the City.

4. The limits of Contract Time as specified in Section 00 73 02 shall not be affected by the acceptance of any of the Alternate Bid Items included in the Contract Documents provided that said Alternate Bid Items were incorporated into the Contract within the number of months after the date of the Order of Award of the Contract specified on Section 00 41 00.

5. The specified limits of Contract Time may be changed only by a Change Order. Claims for compensation because of adjustment of the limits of Contract Time shall be made in accordance with the requirements of Paragraph 13.03.

E. Contractor shall at all times keep on the premises sufficient material and employ sufficient supervision and workers to prosecute the Work at the rate necessary to reach completion of the Project within the specified limits of Contract Time required by the Contract Documents. Contractor shall not start the Work unless it has sufficient equipment and materials available for the Project to allow diligent and continuous prosecution of the Work.

F. Contractor shall be responsible to maintain its schedule so as not to delay the progress of the Project or the schedules of other contractors. Contractor is required by virtue of this Contract to cooperate in every way possible with other contractors in order to maintain its schedule and complete the Work within the specified limits of Contract Time. No additional compensation will be paid for such cooperation.

G. If, in the opinion of the City, Contractor has fallen behind schedule according to Contractor's most current and City-approved update of the progress schedule submitted as set forth in Paragraph 3.09, or if Contractor delays the progress of other contractors, and is not entitled to an extension of time as provided in these Contract Documents, Contractor shall take some or all of the steps as follows to improve its progress at no additional cost to the City and shall submit operational plans to the City to demonstrate the manner in which the desired rate of progress will be regained:

1. increase construction manpower in such quantities and crafts as will substantially eliminate the backlog of Work;

2. increase, when permitted in writing by the City, the number of working hours per shift, shifts per working day, working days per week, or the amount of construction equipment or any combination of the foregoing, sufficiently to substantially eliminate the backlog of Work;

3. reschedule activities to achieve maximum practical concurrence of accomplishment of activities;

4. expedite delivery of materials and equipment such as by airfreight;

5. accelerate the priority of manufacture, fabrication and shipment preparation of Work on order with the Supplier should such priority lists exist as a normal course of its business; and

6. any other means deemed appropriate by the City.

H. The City may direct Contractor to take steps enumerated in subparagraph 7.01G for the convenience of the City and if Contractor is not at fault. Should the City Representative direct Contractor to take measures previously described, the City will reimburse Contractor for reasonable costs of complying.

I. Should Contractor at any time during the progress of Work, refuse, neglect, or be unable for avoidable reasons to supply sufficient resources to prosecute the Work continuously and at the rate necessary to complete the Work within the specified limits of Contract Time, in accordance with the currently accepted progress schedule update, the City shall have the right to enter Default and terminate the Contract for cause as set forth in Paragraph 14.01.

## 7.02   DELAYS AND EXTENSIONS OF TIME

A. Unavoidable Delays: Pursuant to section 6.22H.2.c of the San Francisco Administrative Code and for the purposes of the Contract Documents the term Unavoidable Delay shall mean an interruption of

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 146 of 279

the Work beyond the control of Contractor that could not have been avoided by Contractor's exercising care, prudence, foresight, and diligence. Moreover, in accordance with the progress schedule requirements of Paragraph 3.09, Contractor shall demonstrate that the Unavoidable Delay actually extends the most current Contract Substantial Completion date. Delays attributable to and within the control of a Subcontractor or Supplier shall be deemed to be delays within the control of Contractor.

1. Contractor will be entitled to a non-compensable time extension only for the following types of Unavoidable Delay: acts of God; acts of the public enemy; adverse weather conditions; fires; floods; windstorms; tornadoes; earthquakes; wars; riots; insurrections; epidemics; quarantine restrictions; strikes; lockouts; sit-downs; slowdowns; other labor trouble; labor shortages; inability of Contractor to procure labor; material shortages; inability of Contractor to procure material; fuel shortages; freight embargoes; acts of a government agency; priorities or privileges established for the manufacture, assembly or allotment of materials by order, decree, or otherwise of the United States or by any department, bureau, commission, committee, agent or administrator of any legally constituted public authority; changes in the Work ordered by the City insofar as they necessarily require additional time in which to complete the Project; the prevention by the City of Contractor from commencing or prosecuting the Work; the prevention of Contractor from commencing or prosecuting the Work because of the acts of others, excepting Contractor's Subcontractors or Lower-Tier Subcontractors; the prevention of Contractor from commencing or prosecuting the Work because of failure of the City to furnish the necessary materials, when required by the Contract Documents and when requested by Contractor in the manner provided in the Contract Documents; and inability to procure or failure of public utility service.

a. Whenever Contractor has knowledge that any actual or potential labor dispute is delaying or is threatening to delay the timely performance of its Contract, Contractor shall immediately give written notice thereof, including all relevant information with respect thereto, to the City.

b. In addition, Contractor shall take all appropriate measures to eliminate or minimize the effect of such labor dispute on the current, City-approved progress schedule, including but not limited to such measures as: promptly seeking appropriate injunctive relief; filing appropriate charges with the National Labor Relations Board under the applicable provisions of the Labor Management Relations Act of 1947, as amended; filing appropriate damage actions; taking such measures as establishing a reserved gate, as appropriate; if reasonably feasible, seeking other sources of supply or service; or any other measures that may be appropriately utilized as deemed by the City to limit or eliminate the effect of the labor dispute on the Work. To the extent Contractor fails to initiate appropriate measures, it is not entitled to an extension of Contract Time. In addition, any delay impact caused by said failure on the progress schedule will be considered a Contractor-caused delay under any and all applicable provisions of the Contract Documents.

2. Contractor shall be entitled to a compensable time extension for an Unavoidable Delay caused by a Change Order initiated or caused by the City, provided such Unavoidable Delay is critical, extends the most current Contract Substantial Completion Date, and is not concurrent with a Contractor-caused delay or other type of Unavoidable Delay as previously defined. All other types of Unavoidable Delay shall not entitle Contractor to a compensable time extension.

3. Contractor shall be entitled to a non-compensable time extension in the event a City-caused delay is concurrent with either a Contractor-caused delay or a non-compensable Unavoidable Delay.

B. Avoidable Delays: The term Avoidable Delay shall include, but is not limited to, the following:

1. any delay which could have been avoided by the exercise of care, prudence, foresight and diligence on the part of Contractor; or

2. any delay in the prosecution of parts of the Work, which may in itself be Unavoidable, but which does not necessarily prevent or delay the prosecution of other parts of the Work, nor delay the date of Substantial Completion based on the specified limits of Contract Time; or

3. any delay caused by the untimely review by Contractor of the Contract Drawings and Specifications pursuant to subparagraph 3.01C; or

4. any delay resulting from the City responding to Contractor-generated RFIs in accordance with subparagraph 6.02B; or

5. any delay arising from an interruption in the prosecution of the Work resulting from a reasonable interference from other contractors employed by the City, but does not delay the date of Substantial Completion based on the specified limit of Contract Time.

C. Adverse Weather Delays:

1. Adverse weather shall not be a prima facie reason for the granting of a non-compensable time extension, and Contractor shall make every effort to continue work under prevailing conditions. Such efforts by Contractor shall include, but are not limited to, providing temporary gravel roads; installing a rain dewatering system; protecting interior and exterior areas exposed to rain, wind, and extreme temperatures; and providing temporary heat where required for Work to proceed without delay.


Case: 19-30088 Doc# 13719-2 Filed: 05/10/23 Entered: 05/10/23 14:28:46 Page 147 of 279

Copyright ©2012 City & County of San Francisco

2. The City may classify an adverse weather day as a non-compensable Unavoidable Delay, provided Contractor made efforts to work during adverse weather and to avoid the impacts of adverse weather to its schedule. If such an event occurs, and Contractor is prevented by adverse weather or conditions from proceeding with at least 75 percent of the scheduled labor, material and equipment resources for at least 5 hours per work day on activities shown as critical on the most current and City-approved progress schedule update, the delay will be classified as an Unavoidable Delay, and Contractor will be granted a non-compensable time extension.

3. Regardless of the type and severity of the adverse weather, Contractor shall be responsible for all costs of its efforts to mitigate the impacts of adverse weather to its schedule during the Contract Time.

4. Adverse weather shall mean rain, windstorm, flood, or other natural phenomenon occurring at the Site which exceed the anticipated number of days of inclement weather as provided herein and which are proven by Contractor to be detrimental to the progress of the Work. Contractor shall plan the Work to allow for the following number of days of inclement weather during normal working hours:

| Month | Rain Days | Month | Rain Days |
|-------|-----------|-------|-----------|
| January | 3 | July | 0 |
| February | 3 | August | 0 |
| March | 2 | September | 0 |
| April | 1 | October | 1 |
| May | 0 | November | 1 |
| June | 0 | December | 3 |

a. Contractor's progress schedule shall incorporate prudent allowance for the anticipated number of days of inclement weather specified herein.

b. The Contract Time allowed for completion of Work specified in Contract Time and Liquidated Damages (Section 00 73 02) is predicated on the anticipated number of days of inclement weather specified herein.

c. Contractor shall not be entitled to receive a time extension related to weather until the anticipated number of days specified herein for the month of occurrence of the inclement weather event has been exceeded.

d. In the event that there are months with less than the anticipated number of inclement weather days specified herein, the City reserves the right to transfer the unused inclement weather days to other months of the Contract Time for which Contractor has requested a time extension because of adverse weather.

e. In the event that there is a month with more than the anticipated number of inclement weather days specified herein, and Contractor has requested a time extension because of adverse weather, the City reserves the right to transfer unused inclement weather days from other months of the Contract Time to the month in question. Contractor shall not be entitled to receive a time extension related to weather until the anticipated number of days specified herein for the month of occurrence of the inclement weather event, plus any inclement weather days transferred by the City from other months of the Contract Time, has been exceeded.

D. Notice of Delay:

1. Pursuant to section 6.22H.2.d of the San Francisco Administrative Code, Contractor shall notify the City in writing promptly of all anticipated delays in the prosecution of the Work and, in any event, promptly upon the occurrence of a delay. The City may take steps to prevent the occurrence or continuance of the delay, and the City may determine to what extent Substantial Completion is delayed thereby.

2. Said notice shall constitute an application for an extension of time only if it requests such time extension, sets forth Contractor's estimate of the additional time required together with a full recital of the causes of Unavoidable Delays relied upon, and meets all requirements for a Notice of Potential Claim as set forth in subparagraph 13.03A, including the requirement that such Notice be submitted to the City within 7 days of the event which the Contractor contends affected the performance of the Work.

3. The City's determination of whether an extension of time will be granted will be based on Contractor's demonstration to the City's satisfaction that such Unavoidable Delays will extend Contractor's current critical path on the current, City-approved updated progress schedule or require the formulation of a new extended critical path.

4. If Contractor does not submit a notice as set forth in subparagraph 7.02D.2, above, Contractor thereby admits the occurrence had no effect on the length of its duration of Work and no extension of time is necessary, and Contractor understands and agrees that no extension of time or adjustment of the Contract Sum will be granted by the City.

E. Extensions of Time:

1. In the event it is deemed necessary by the City to extend the time for completion of the Work to be done under these Contract Documents beyond the specified limits of Contract Time specified in the Contract Documents, such extensions shall in no way release any guarantees or warranties given by Contractor pursuant to the provisions of the Contract Documents, nor shall such extension of time relieve or release the sureties on the bonds executed pursuant to said provision.

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 148 of 279

Copyright ©2012 City & County of San Francisco

2. The sureties in executing such bonds shall be deemed to have expressly agreed to any such extension of time.

3. The length of any extension of time shall be limited to the extent that the commencement, prosecution and completion of the Work are delayed by the event as determined by the City in accordance with section 6.22H.2.d of the San Francisco Administrative Code.

4. Extensions of time that cumulatively extend the Contract Time in excess of 10 percent of the original contract duration as specified in Section 00 73 02 shall be subject to the approval of the Mayor (or the Mayor's designee) or the Commission (or the Commission's designee), as appropriate.

5. In no event shall such extensions of time be granted subsequent to the date of Final Completion.

6. Granting of an extension of time because of Unavoidable Delays shall in no way operate as a waiver on the part of the City of the right to collect liquidated damages for other delays or to collect other damages or to pursue other rights and interests which the City is entitled.

7. Should Contractor, any subcontractor of any tier or any supplier of any tier seek an extension of time for the completion of the Work under the provisions of this Paragraph 7.02, Contractor and its subcontractor or supplier shall submit justification for the extension of the time requested and otherwise comply with all provisions of these Contract Documents with respect to requests for extensions of time.

8. Neither this provision, nor any other provision of the Contract Documents, are intended by the parties to be contrary to any express provision of law. The parties specifically agree, acknowledge and warrant that neither this provision nor any other provision of the Contract Documents has for its object, directly or indirectly, the exemption of the City, the City Representative, the City's consultants, and their respective directors, officers, members, employees, and authorized representatives from responsibility of their own sole negligence, violation of law or other willful injury to the person or property of another.

### 7.03    LIQUIDATED DAMAGES

A. Determination of Damages:

1. The actual fact of the occurrence of damages and the actual amount of the damages which the City would suffer if the Work were not completed within the specified limits of Contract Time are dependent upon many circumstances and conditions which could prevail in various combinations and, from the nature of the case, it is impracticable and extremely difficult to fix the actual damages.

2. Damages which the City would suffer in the event of delay include, but are not limited to, costs

of renting equivalent space, expenses of prolonged employment of an architectural, engineering and construction management staff comprised of both City Representatives and consultants; costs of administration, inspection and supervision; and the loss suffered by the public within the City and County of San Francisco by reasons of the delay in the construction of the Project to serve the public at the earliest possible time.

B. Agreed Amount of Damages: It is understood and agreed by Contractor and City that if all the Work specified or indicated in the Contract Documents is not completed within the specified limits of Contract Time, or within such time limits as extended in accordance with Paragraph 7.02, actual damages will be sustained by the City in the event of and by reason of such delay.

1. Contractor and City agree that the amount of liquidated damages set forth in Section 00 73 02 represents the Parties' reasonable estimate of the approximate damages which the City will sustain for each and every day of delay beyond the number of days specified in Section 00 73 02 for Substantial Completion (as such date may be modified in accordance with the Contract Documents).

2. Contractor and City agree that the amount of liquidated damages set forth in Section 00 73 02 represents the Parties' reasonable estimate of the approximate damages which the City will sustain for each and every day of delay beyond the number of days specified in Section 00 73 02 for completing the punch list of remedial Work and achieving Final Completion (as such date may be modified in accordance with the Contract Documents).

3. It is therefore agreed that Contractor shall pay such amount of liquidated damages as specified in Section 00 73 02, and in case such amount is not paid, Contractor agrees that the City may deduct the amount therefor from any money due or that may become due Contractor under the Contract.

C. Payment of Damages:

1. Should Contractor become liable for liquidated damages, the City, in addition to all other remedies provided by law, shall have the right to withhold any and all retained percentages of payments as provided in Paragraph 9.06 which would otherwise be due or become due Contractor until the liability of Contractor has finally been determined.

2. The City shall have the right to use and apply such retained percentages, in whole or in part, to reimburse the City for all liquidated damages due or to become due to the City. Any remaining balance of such retained percentages shall be paid to Contractor only after discharge in full of all liability incurred by Contractor.

3. If the retained percentage is not sufficient to discharge all such liabilities of Contractor, Contrac-

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 149 of 279

Copyright ©2012 City & County of San Francisco

tor and its sureties shall continue to remain liable to the City until all such liabilities are satisfied in full.

4. Should the retention of moneys due or to become due to Contractor be insufficient to cover such damages, Contractor shall pay forthwith the remainder to the City.

## ARTICLE 8 - INSPECTION AND CORRECTION OF WORK

### 8.01 UNCOVERING OF WORK

A. No Work shall be covered until inspected by the City or other public authorities having jurisdiction.

B. If any part of the Work is covered prior to inspection by the City or other public authorities having jurisdiction, Contractor shall, upon written request by the City, uncover it for inspection by the City or other public authorities having jurisdiction and subsequently replace it at no additional cost to the City and without change in the Contract Times.

C. Should the City or other public authorities having jurisdiction wish to re-inspect a portion of the Work that has been covered, Contractor shall uncover it upon written request. If the Work conforms to the requirements of the Contract Documents, the City will pay the costs of uncovering and replacement; if the Work does not conform to the requirements of the Contract Documents, Contractor shall pay said costs, including related disruptions and delays.

### 8.02 TESTS AND INSPECTIONS

A. All testing and inspection of the Work required by the Contract Documents shall be arranged and paid for by Contractor through an independent testing laboratory, unless specifically indicated in the Contract Documents to be the responsibility of the City or other authority having jurisdiction.

B. Special inspections to be performed by the City as specified in the Contract Documents or as required to comply with the Code or other agency having jurisdiction shall be performed at the City's expense. Contractor shall give the City Representative, the City's independent testing laboratory, special inspectors, and representatives from other authorities having jurisdiction a minimum of 10 working days notice, excluding weekends and City holidays, of when and where such special inspections are required so the City may arrange for the appropriate City representatives and inspectors, and representatives from other public authorities having jurisdiction, to be present to perform the necessary inspections or tests.

1. The City reserves the right to modify the scope of, or to reassign, any of the testing and inspection services specified in the various sections of the Contract Documents to be performed by a testing

agency or consultant retained by the City in connection with the Work.

C. If the City or public authorities having jurisdiction determine that portions of the Work require additional testing, inspection or approval not included in subparagraph 8.02A, the City will order the performance of such services by qualified independent testing agencies, or consultants as may reasonably be required. The City shall bear such costs except as otherwise provided in subparagraph 8.02D.

D. If such testing, inspection or approval reveal failure of the portion of the Work to comply with requirements of the Contract Documents, Contractor shall bear all costs made necessary by such failure including costs of repeated procedures and compensation for the City's additional testing and inspection services and expenses.

1. If the City's observation of any inspection or testing undertaken pursuant to this Paragraph 8.02 reveals a failure in any one of a number of identical or similar items or elements incorporated in the Work to comply: (i) with the requirements of the Contract Documents or (ii) with laws, ordinances, rules, regulations, or orders of any public authority having jurisdiction with respect to the performance of the Work, then the City will have the authority to order inspection and testing of all such items or elements of the Work, or of a representative number of such items or elements of the Work, as it may consider necessary or advisable.

2. Contractor shall bear all costs thereof, including reimbursement to the City for the City's additional testing and inspection services if any are required, made necessary thereby. However, neither the City's authority to act under Paragraph 8.02 nor any decision made by the City Representative in good faith either to exercise or not to exercise such authority, shall give rise to any duty or responsibility of the City to Contractor, any subcontractor, or any of their agents or employees, or any other person performing any of the Work.

E. Neither observation by the City nor inspections, tests, or approvals by the City's inspectors or testing agencies and consultants, or by other public authorities having jurisdiction, shall relieve Contractor from Contractor's obligation to perform and provide quality control services to assure that the Work conforms to the requirements of the Contract Documents.

F. Unless otherwise required by the Contract Documents, required certificates of testing, inspection or approval shall be secured by Contractor and furnished to the City in accordance with the Specifications.

G. Contractor shall provide promptly all facilities, labor, equipment, and material reasonably needed for performing such safe and convenient inspection and

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 150 of 279

Copyright ©2012 City & County of San Francisco

test as may be required by the City. Tests or inspections conducted pursuant to the Contract Documents will be made promptly to avoid unreasonable delay in the Work.

    1. The City reserves the right to charge to Contractor any additional cost of inspection, including travel, transportation, lodging, etc., or test when the Work, material or workmanship is not ready for testing or inspection at the specified time.

## 8.03 CORRECTION OF NON-CONFORMING WORK

A. The City shall have the sole and unfettered authority to disapprove or reject Non-conforming Work. Upon receipt of written notification thereof from the City, Non-conforming Work shall be removed from the Site and replaced promptly by Contractor with Work that conforms to the Contract Documents, regardless of when the Non-conformance is determined. Contractor shall pay all claims, costs, losses, and damages, including the City's expenses at the labor rates included in the contracts between the City and the City's testing and inspection services, of removal and replacement including but not limited to all costs of repair or replacement of work of others.

B. Failure or neglect on the part of the City or any of its authorized agents or representatives to condemn or reject Non-conforming Work or defective materials shall not be construed:

    1. to imply acceptance of such Non-conforming Work or materials; or

    2. as barring the City at any subsequent time from the recovery of money needed to build anew all portions of such Non-conforming Work; or

    3. to relieve Contractor from the responsibility of correcting Non-conforming Work or materials.

C. If Contractor fails to commence correction of Non-conforming Work or fails to diligently prosecute such correction within 5 working days of the date of written notification from the City, the City may correct the Non-conforming Work in accordance with Paragraph 2.04 or may remove it and store the salvageable materials or equipment at Contractor's expense. If Contractor does not pay the costs of such removal and storage within 5 working days after written notice, the City may sell, auction, or discard such materials and equipment. The City will credit Contractor's account for the excess proceeds of such sale, if any. The City will deduct from Contractor's account the costs of damages to the Work, rectifying the Non-conforming Work, removing and storing such salvageable materials and equipment, and discarding the materials and equipment, if any. If the proceeds fail to cover said costs and damages, the Contract Sum shall be reduced by the deficit. If the current Contract unpaid balance and retention is insufficient to cover such amount, Contractor shall reimburse the City.

D. If immediate correction of Non-conforming Work is required for life safety or the protection of property and is performed by City or a separate contractor, Contractor shall pay to the City all reasonable costs of correcting such Non-conforming Work. Contractor shall replace, repair, or restore to City's satisfaction any other parts of the Work and any other real or personal property which is damaged or destroyed as a result of such Non-conforming Work or the correction of such Non-conforming Work.

## 8.04 CORRECTION PERIOD

A. Contractor shall repair or replace Non-conforming Work or damage resulting from such Non-conforming Work promptly at no additional cost to the City, whether due to: (i) faulty materials or workmanship; or (ii) defective installation by Contractor of materials or equipment manufactured by others; or (iii) disturbance of, or damage to, City improvements by Contractor's operations contrary to the Specifications; or (iv) other failure to conform to the requirements of the Contract Documents. Such repair or replacement shall commence within 5 working days of the date of the City's written notification directing Contractor to correct such Non-conforming Work and shall forthwith be diligently prosecuted to completion during the following correction periods, or such longer period of time as may be prescribed by laws and regulations or by the terms of any applicable guarantees required elsewhere in the Contract Documents, as applicable:

    1. any time during construction of the Work; or

    2. one year following the date of the Notice of Substantial Completion for Non-conforming Work or damage resulting therefrom in any part of the surface Work or in surface improvements of the City such as building superstructures, pavements, curbs, walks, tracks, walls, stairways, poles, mechanical and electrical equipment, materials, appurtenances and accessories, or other surface structures; or

    3. two years following the date of the Notice of Substantial Completion for Non-conforming Work or damage resulting therefrom in any part of subsurface Work or in subsurface improvements of the City not included in the Work, such as building foundations, sewers, side sewers, culverts, other drainage structures, pipes, valves, conduits, conductors, or other subsurface structures.

B. This requirement to correct Non-conforming Work shall continue until one year after the date of correction of repaired or replaced Items.

C. This requirement to correct Non-conforming Work and all similar requirements applicable to equipment of subcontractors of any tier or suppliers used in or as a part of the Work (whether on equipment of the nature above specified or otherwise) shall

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 151 of 279

Copyright ©2012 City & County of San Francisco

inure to the benefit of the City without necessity of separate transfer or assignment thereof.

D. Contractor's obligations under this Paragraph 8.04 are in addition to and not in limitation of its warranty obligations under Paragraph 3.17 or any other obligation of Contractor under the Contract Documents. Enforcement of Contractor's express warranties and guarantees to repair contained in the Contract Documents shall be in addition to and not in limitation of any other rights or remedies City may have under the Contract Documents or at law or in equity for Non-conforming Work. Nothing contained in this Paragraph 8.04 shall be construed to establish a period of limitation with respect to other obligations of Contractor under the Contract Documents. Establishment of correction periods for Non-conforming Work relate only to the specific obligations of Contractor to correct the Work and in no way limits either Contractor's liability for Non-conforming Work or the time within which proceedings may be commenced to enforce Contractor's obligations under the Contract Documents.

## 8.05   ACCEPTANCE OF NON-CONFORMING WORK

A. If, in the sole and unfettered judgment of the City, it is undesirable or impractical to replace any defective or Non-conforming Work, the Contract Sum shall be reduced by such amount as the City or its authorized representatives deem equitable, or Contractor shall rebate moneys previously paid by the City.

## ARTICLE 9 -   PAYMENTS AND COMPLETION

## 9.01   CONTRACT SUM

A. Payment to Contractor at the Contract Sum shall be full compensation for furnishing all labor, materials, equipment and tools necessary to the Work; for performing and completing all Work in accordance with the requirements of the Contract Documents; and for all expenses incurred by Contractor for any purpose incidental to performing and completing the Work.

B. Whenever the Contract Documents specify that Contractor is to perform Work or furnish materials of any class for which no price is fixed in the Contract, it shall be understood that such Work is to be performed or such materials furnished without extra charge, allowance or direct payment of any sort, and that the cost of performing such Work or furnishing such materials is included in Contractor's Total Bid Price.

## 9.02   SCHEDULE OF VALUES FOR LUMP SUM WORK

A. Within 30 days after receipt of the Notice to Proceed, or as otherwise specified in Division 01, Contractor shall submit a detailed cost breakdown of each of the lump sum Items in the Schedule of Bid Prices, including Alternate Bid Items selected by the City, coordinated with the progress schedule. This breakdown shall be referred to as the schedule of values and shall serve as the basis for progress payments for lump sum Items. No progress payments will be made on account of lump sum Items until the City has reviewed and accepted Contractor's schedule of values.

1.   The specific format, detail and submittal requirements for the schedule of values shall be as specified in Division 01 or as directed by the City to facilitate and clarify progress payments to Contractor for completed Work.

2.   The sum of the individual costs listed in the schedule of values for each lump sum Item shall equal the lump sum price Bid therefor under the Bid Item named in Section 00 41 00.

B. The total cost of performing each lump sum Item, including all labor, material, equipment, fixed cost elements, incidental expenses, and overhead and profit, shall be shown on Contractor's schedule of values. All budgeted costs and manpower shown on the progress schedule shall be allocated to direct cost Bid Items.

1.   Unless otherwise provided in the Contract Documents, Contractor's overhead, profit, insurance, bonds, and other similar costs, shall be prorated through all Items so that the sum of the cost for all Items shall equal Contractor's Total Bid Price.

C. The City will review and return Contractor's schedule of values with comments. Contractor shall make all corrections requested by the City and resubmit for approval.

1.   The City shall be the sole judge of the sufficiency in detail and proper proportioning of Contractor's schedule of values.

2.   Contractor's schedule of values will be acceptable to the City as to form and substance if it provides a reasonable allocation of Contractor's Bid amount to component parts of the Work.

D. Upon concurrence by the City, a written formal approval of Contractor's schedule of values will be issued. If the City later determines that the schedule of values is insufficient or incorrect, an adjustment shall be made as specified in subparagraph 9.02C.

## 9.03   PROGRESS PAYMENTS

A. Subject to the conditions set forth in these General Conditions, and to the authorization of the

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 152 of 279

Copyright ©2012 City & County of San Francisco

City or the authorized representatives of the City, payment shall be made upon demand of Contractor and pursuant to the Contract Documents as follows.

B. On the 25th day of each month, Contractor shall submit to the City for review an Application for Payment, on a form approved by the City and signed by Contractor, covering the Work completed by Contractor as of the date of the Application and accompanied by such supporting documentation as specified in Division 01.

    1. The monthly value of lump sum Work shall be estimated by Contractor pursuant to the schedule of values prepared in accordance with Paragraph 9.02. Contractor's estimates need not be based on strict measurements but shall consist of good-faith approximations and shall be proportional to the total amount, considering payments previously made, that becomes due for such Work satisfactorily completed in accordance with the requirements of the Contract Documents.

    2. Progress payments on account of Unit Price Work shall be based on the number of units of Work satisfactorily completed as determined by the City and the unit prices Bid by Contractor, adjusted as specified in Paragraph 6.08 for the actual quantities of Work performed.

    3. Progress payments on account of allowances named in Section 00 41 00 shall be made for such sums as may be acceptable to the City. Prior to final payment, an appropriate Change Order will be issued as directed by the City Representative to reflect actual amounts due Contractor on account of Work covered by allowances, and the Contract Sum will be adjusted accordingly.

    4. Except as provided in subparagraph 9.03I, no allowance will be made for materials or equipment not incorporated into the Work.

C. The Application for Payment shall identify the amount of Contractor's total earnings to date.

D. Monthly progress payment amounts to Contractor shall be based upon completed Work or percentages of Work completed prior to the end of the payment period.

E. Monthly Applications for Payment shall be based on information developed at monthly progress meetings and shall be prepared by Contractor as specified in Division 01. Submission of acceptable monthly progress schedule updates for same period as the Application for Payment shall be a condition precedent to making progress payment Applications. No partial progress payment shall be made to Contractor until all cost information requested by the City is submitted and reviewed.

F. As soon as practical after estimating the progress of the Work, the City will pay to Contractor in a manner provided by law an amount based upon Contract prices, of labor and materials incorporated in the Work at the Site until midnight of the 25th day of the current month, less the aggregate of the amount of previous payments. Payments, however, may be withheld at any time that the Work, in the City's estimation, is not proceeding in accordance with the Contract, or as otherwise provided in Paragraph 9.06.

    1. The City shall endeavor to make progress payments for undisputed amounts within 15 business days, but no later than 45 business days, of receiving a payment request and the required documentation including, without limitation, certified payrolls and San Francisco Human Rights Commission program participation forms. In no event shall the City become liable for interest or other charges for late payment except as set forth in San Francisco Administrative Code section 6.22(J)(7).

G. No inaccuracy or error in said monthly estimates shall operate to release Contractor or its sureties from damages arising from such Work or from the enforcement of each and every provision of the Contract Documents, and the City shall have the right to correct any error made in any estimate for payment.

H. In accordance with the provisions of section 22300 of the California Public Contract Code, Contractor will be permitted to substitute securities for any moneys withheld by the City to ensure performance under the Contract under the following conditions:

    1. At the request and expense of Contractor, securities listed in section 16430 of the California Government Code, bank or savings and loan certificate of deposits, interest bearing demand deposit accounts, standby letters of credit, or any other security mutually agreed to by the City and Contractor which are equivalent to the amount withheld under the retention provisions of the Contract Documents shall be deposited with the City Controller who shall then pay such moneys to Contractor. Upon satisfactory completion of the Project and all Work under the Contract, the securities shall be returned to Contractor.

    2. Contractor shall be the beneficial owner of the securities substituted for moneys withheld and shall receive any interest thereon.

    3. Contractor shall enter into an escrow agreement with the City Controller according to Section 00 63 30, Escrow Agreement for Security Deposits in Lieu of Retention, specifying the amount of securities to be deposited, terms and conditions of conversion to cash in case of default of Contractor, and termination of escrow upon completion of the Contract.

I. In general, the City will not make partial payment to Contractor for material or equipment procured by Contractor but stored on or off the Site and not incorporated into the Project. Notwithstanding that

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 153 of 279

Copyright ©2012 City & County of San Francisco

general rule, the following exception applies in limited circumstances:

1. The City will, upon written request by Contractor, make partial payment for material or equipment procured by Contractor and not incorporated into the Project subject to the following conditions:

a. Partial payment will not be made for any materials or equipment unless each individual piece of the material or equipment will become a permanent part of the Work, the materials and/or equipment are required by the Contract Documents, and the materials and/or equipment are specially manufactured for the Project and could not readily be used for or diverted to another job.

b. No payment will be made for living or perishable plant material, or for degradable materials such as rock, sand, cement, or for reinforcing steel, miscellaneous piping, off the shelf and catalog items, or similar items, until they are incorporated into the Work.

c. Applicable materials and/or equipment are either stored on the Site or at an off-Site location approved in advance and in writing by the City and in compliance with the requirements set forth in subparagraph 9.03(I)(2), below.

d. Partial payment for materials or equipment stored shall not exceed 75 percent of the fair market value of the materials or equipment. The City will be the sole judge of fair market value. The actual percentage paid (subject to the 75% cap) shall be at the discretion of the City. Contractor shall provide all documentation necessary to establish the cost of the materials or equipment.

e. The General Requirements may set forth additional conditions applicable to partial payment for materials and equipment.

2. The City will not approve a request for partial payment for material or equipment not incorporated into the Project unless Contractor complies with each of the applicable requirements set forth below. No partial payment will be made until Contractor submits sufficient and satisfactory documentation to the City as required below.

a. Contractor shall submit to the City Representative proof of off-Site material or equipment purchases, including bills of sale, invoices, unconditional releases and/or other documentation as requested by the City warranting that Contractor has received the material or equipment free and clear of all liens, charges, security interests, and encumbrances.

b. Contractor shall submit to the City Representative proof that title to stored Items vested in the City at time of delivery to the Site or off-Site warehouse. Contractor shall be responsible for all costs associated with storage of the Items.

c. Contractor shall obtain a negotiable warehouse receipt, endorsed over to the City, for Items stored in an off-Site warehouse, and shall submit such receipt to the City Representative.

d. Contractor shall store the materials and/or equipment in a bonded warehouse or facility approved by the City Representative. The materials and equipment shall be physically segregated from all other materials or equipment within the facility and shall be identified as being the "PROPERTY OF THE CITY AND COUNTY OF SAN FRANCISCO". Contractor shall exercise all measures necessary to ensure preservation of the quality, quantity, and fitness of such materials or equipment and shall perform the manufacturers' recommended maintenance of the materials or equipment. Contractor shall inspect the materials and equipment, and shall submit regular reports to the City Representative as specified in the General Requirements, listing all of the equipment stored, results of its inspection, and the maintenance performed.

e. Contractor, at no additional cost to the City, shall insure stored material and/or equipment against theft, fire, loss, vandalism, and malicious mischief, and shall deliver the policy or certificate of such insurance to the City Representative naming the City as additional insured. Insurance shall not be cancelable for at least 30 days and cancellation shall not be effective until certificate thereof is provided to the City. The insurance shall cover the material or equipment while stored at the approved location, while in transit to the Site, while being off-loaded at the Site and until the material or equipment is incorporated into the Work and the Work is accepted by the City.

f. Contractor shall submit to the City Representative written consent from Contractor's sureties approving the advance payment for Items stored on or off Site. The written consent must include a statement confirming that remittance of the advance payment will not relieve the sureties of any of their obligations under the Bonds.

g. Stored material or equipment shall be available for inspection by the City at all times. Contractor shall, upon request, assist the City Representative in conducting a full view, piece-by-piece, inventory or all such material or equipment.

h. Contractor shall protect stored material and equipment from damage. Damaged material and/or equipment, even though paid for, shall not be incorporated into the Work. In the event of loss or damage to paid material and/or equipment, Contractor shall be responsible for replacing such lost or damaged material and/or equipment at its own cost and shall be responsible for all delays incurred to the Project as a result of such loss or damage. Consistent with Paragraph 9.06, the City may nullify the whole or a part of an advance payment previously issued in the event that Contractor fails to replace lost

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 154 of 279

Copyright ©2012 City & County of San Francisco

or damaged material and/or equipment at its own cost.

      i.   Contractor shall deliver stored material and equipment to the Site. After delivery, if any inherent or acquired defects are discovered in such material and/or equipment, Contractor shall remove and replace any defective Items with suitable Items at no additional cost to the City. Contractor shall be responsible for all delays incurred to the Project resulting from the removal and replacement of defective material and/or equipment. Consistent with Paragraph 9.06, the City may nullify the whole or a part of an advance payment previously issued in the event that Contractor fails to remove and replace defective Items.

      3.   Nothing in this subparagraph 9.03(I) shall relieve Contractor of its responsibility for incorporating material and equipment into the Work that conform to the requirements of the Contract Documents.

      4.   Contractor shall absorb any and all costs incurred to meet the requirements of this subparagraph 9.03(I) without modification to the Contract Sum.

    J. The granting of any progress payment, or the receipt thereof by Contractor, shall not constitute acceptance of the Work or any portion thereof and shall in no way lessen the liability of Contractor to replace unsatisfactory Work or material, though the unsatisfactory character of such Work or material may not have been apparent or detected at the time such payment was made.

    K. It is mutually understood and agreed that the City may withhold from any payment otherwise due Contractor such amounts as may be necessary to protect the City to ensure completion of the Project pursuant to the requirements of this Contract. The failure or refusal of the City to withhold any moneys from Contractor shall in no way impair the obligations of any surety or sureties under any bonds furnished under this Contract.

      1.   If any payment or portion of payment is withheld by the City, Contractor will be notified in writing of the cause(s) of such action.

    L. Only Change Orders and undisputed portions of Unilateral Change Orders completely approved and executed by the City shall be included on the payment authorization, and only that portion of the Change Order Work actually performed shall be submitted for payment. Contractor shall submit a breakdown for each Change Order by Change Order number on its Application for Payment.

    M. Submission of Electronic Certified Payrolls. No monthly progress payments will be processed until Contractor has submitted weekly certified payrolls to the City for the applicable time period. Certified payrolls shall be prepared pursuant to Section 1770 et

seq. of the California Labor Code for the period involved for all employees and owner-operators, including those of Subcontractors and Suppliers of all tiers, for all labor and materials incorporated into the Work.

      1.   Contractor shall submit certified payrolls to the City electronically via the Project Reporting System ("PRS") selected by the City, an Internet-based system accessible on the World Wide Web through a web browser. The Contractor and each Subcontractor and Supplier will be assigned a log-on identification and password to access the PRS.

      2.   Use of the PRS may require Contractor, Subcontractors and Suppliers to enter additional data relating to weekly payroll information including, but not limited to, employee identification, labor classification, total hours worked and hours worked on this project, and wage and benefit rates paid. Contractor's payroll and accounting software may be capable of generating a "comma delimited file" that will interface with the PRS software.

      3.   The City will provide basic training in the use of the PRS at a scheduled training session. Contractor and all Subcontractors and Suppliers and/or their designated representatives must attend the PRS training session.

      4.   Contractor shall comply with the requirements of this subparagraph 9.03M at no additional cost to the City.

      5.   The City will not be liable for interest, charges or costs arising out of or relating to any delay in making progress payments due to Contractor's failure to make a timely and accurate submittal of certified payrolls.

## 9.04   RETENTION

    A. The City shall hold 10 percent in retention from each progress payment. The City shall administer retention in conformance with Administrative Code section 6.22J.

    B. When the City determines that the Work is 50 percent or more complete, that Contractor is making satisfactory progress, and that there is no specific cause for greater withholding, the City, at its sole option and discretion and upon the written request of Contractor, may (a) release part of the retention to the Contractor so that the amount held in retention by the City, after release to Contractor, is reduced to not less than 5 percent of the total value of the labor and materials furnished, and the City shall proceed to retain 5 percent of any subsequent progress payment under the contract or (b) continue to hold the already withheld retention amount, up to 5 percent of the total contract price, and shall not deduct further retention from progress payments.

    C. When the City determines that the Work is 98 percent or more complete, the City may reduce retention funds to an amount equal to 200 percent of the

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 155 of 279

Copyright ©2012 City & County of San Francisco

estimated value of work yet to be completed, provided that the contract is free of offsets by the City and is free of stop notices, forfeitures, and other charges.

D. The City shall release the balance of retention only upon the following conditions: (i) the Contractor has reached Final Completion as provided in paragraph 9.09, below, and (ii) the Contract is free of offsets by the City for liquidated damages and defective work and is free of stop notices, forfeitures, and other charges.

E. The Contractor may apply for early release of retention for Work performed by (1) any subcontractor certified by the HRC as an LBE or (2) any subcontractor under a Contract with a construction duration of more than two years. The Contractor shall make such application in writing and shall certify the following:

    1. That the Work by the subcontractor is completed and satisfactory;

    2. The total final amount paid to the subcontractor; and

    3. The amount of retention associated with the Work performed by the subcontractor.

    4. Contractor acknowledges and agrees that the release of retention under this subparagraph shall not reduce the responsibilities or liabilities of the Contractor or its surety(ies) under the Contract or applicable law.

## 9.05 PAYMENT AUTHORIZATION

A. The City will, after receipt of Contractor's Application for Payment, approve such amount as the City determines is properly due.

B. Payment will be issued by the City based on the City's determination that the Work has progressed satisfactorily to the point stated in the application for payment. Payment will not be a representation that the City has:

    1. inspected the Work exhaustively to check that the quality or quantity are in conformance to the requirements of the Contract Documents; or

    2. reviewed Contractor's means, methods, techniques, sequences or procedures of construction; or

    3. ascertained how or for what purpose Contractor has used money paid, or determined that title to any of the Work, materials, or equipment has passed to the City free and clear of any liens.

## 9.06 WITHHOLDING PAYMENT

A. The City may decide not to authorize payment, in whole or in part, to the extent reasonably necessary to protect itself, up to a maximum of 125% of the estimated cost, as determined by the City, to cure or

otherwise correct or account for Contractor's failure, if, in the City's judgment, the determination required by subparagraph 9.05B cannot be made. If the City does not authorize payment in the amount of the application, the City will notify Contractor of the reasons for withholding payment. The City may also decline to authorize payment based on subsequently discovered evidence, and the City may nullify the whole or a part of a payment previously issued, up to a maximum of 125% of the estimated cost, as determined by the City, to cure or otherwise correct or account for Contractor's failure, for one or more of the following reasons:

    1. The City determines the existence of Nonconforming Work or completed Work that has been damaged, requiring correction or replacement.

    2. Third party claims have been filed, or there is reasonable evidence indicating probable filing of such claims.

    3. The City determines that the Work cannot be completed for the unpaid balance of the Contract Sum.

    4. The Contract Sum has been reduced by Change Orders.

    5. Damage has occurred to the City or another contractor.

    6. The City determines that the Work will not be completed within the Contract Time and that the current unpaid balance and retention will not be adequate to cover actual or liquidated damages for the anticipated delay.

    7. The City determines that Contractor persistently fails to perform the Work in accordance with the Contract Documents (including, but not limited to, any of the causes enumerated under subparagraph 14.01A).

    8. The City determines that Contractor fails to submit timely PCO cost proposal breakdowns in accordance with the Contract Documents.

    9. The City determines that Contractor fails to submit timely progress schedules, revised schedules, schedule updates and reports in accordance with the Contract Documents.

    10. The City determines that Contractor fails to maintain timely updated Contract Documents or record documents.

    11. The City determines that Contractor fails to submit certified payroll records in accordance with the Contract Documents.

    12. The City determines that Contractor fails to comply with any other requirements of the Contract Documents.

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 156 of 279

Copyright ©2012 City & County of San Francisco

**9.07 PARTIAL UTILIZATION**

A. Whenever the Work, or any part thereof, is in a condition suitable for use in the opinion of the City, and the best interest of the City requires such use, the City may make a written request for Contractor to permit the City to take possession of and use the Work, or a part thereof, at no additional cost to the City. When so used, maintenance and repair due to ordinary wear and tear caused by the City will be made at the City's expense. The use by the City of the Work or part thereof shall in no case be construed as constituting completion or acceptance of Non-conforming Work. Unless otherwise provided elsewhere in the Contract Documents, such use shall neither relieve Contractor of any of its responsibilities under the Contract, nor act as a waiver by the City of any of the conditions thereof.

B. Such partial utilization may commence at any time as determined by the City, except that the insurers providing property insurance shall have acknowledged notice thereof and in writing effected any changes in insurance coverage necessitated thereby.

C. If Contractor believes that such part of the Work is Substantially Complete, Contractor shall notify the City in writing and request a joint inspection of that part of the Work as described in Paragraph 9.08.

D. Partial utilization of the Work shall not constitute acceptance of Work not complying with the requirements of the Contract Documents.

E. Contractor shall perform final cleaning of such partially utilized Work as specified in the Division 01 when directed to do so by the City.

**9.08 SUBSTANTIAL COMPLETION**

A. Contractor shall notify the City in writing when Contractor considers that the Work is Substantially Complete and request that the City inspect the Work and prepare a Notice of Substantial Completion. Attached to Contractor's request for a Substantial Completion inspection shall be a preliminary list of items to be completed or corrected before Final Completion.

B. Within 5 working days from receipt of Contractor's written notification, the City will make an inspection to determine whether the Work is Substantially Complete. If the City determines that the Work is not Substantially Complete, the City will provide Contractor with a Punch List / Substantial Completion that lists all Items that shall be corrected or completed before the City considers the Work Substantially Complete.

C. Once Contractor has completed all items on the Punch List / Substantial Completion, Contractor shall request a second inspection by the City to verify that the Work is Substantially Complete. If the City

determines that the Work is not Substantially Complete, the City will follow the same procedure as for the first inspection as described in subparagraph 9.08B. Contractor shall reimburse the City for costs incurred by the City and its consultants related to all additional inspections necessary to achieve Substantial Completion.

D. As a condition precedent to Substantial Completion, Contractor shall obtain a temporary certificate of occupancy from the City's Department of Building Inspection or other equivalent agency having jurisdiction over the Work in the event that such temporary occupancy permit or equivalent permit is necessary for the City to utilize the Work for the purposes for which it is intended.

E. When the City determines that the Work is Substantially Complete, the City will issue a Notice of Substantial Completion, which shall establish the Substantial Completion date.

F. At the time of delivery of the Notice of Substantial Completion, the City will deliver to Contractor (i) a Punch List / Final Completion identifying deficient items to be corrected by Contractor prior to Final Completion; and (ii) a written determination as to the division of responsibilities regarding close-out requirements including, but not limited to, security, operation, safety, maintenance, heat, utilities, insurance and warranties.

**9.09 FINAL COMPLETION AND FINAL PAYMENT**

A. When Contractor considers all Work complete, including all items of Work on the Punch List / Final Completion and all closeout requirements, Contractor shall notify the City in writing and request that the City issue a certificate of acceptance.

B. Within 5 working days of receipt of Contractor's written notice, the City will verify whether all Punch List / Final Completion items are completed. If the City finds that any of the Punch List / Final Completion items are not complete, the City will notify Contractor in writing. Contractor shall promptly take actions necessary to complete such Punch List / Final Completion items.

C. Once Contractor considers all deficient Punch List / Final Completion items complete, Contractor shall notify the City in writing and request a second inspection. If the City finds the Punch List / Final Completion items are still not complete, Contractor shall be responsible for all costs for conducting such additional inspections incurred by the City and its consultants before Final Completion. The cost of such inspections shall not be considered a delay cost and shall be charged in addition to any liquidated damages which may become due as a result of Contractor's failure to achieve Final Completion within the time prescribed in Section 00 73 02. All such costs of

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 157 of 279

Copyright ©2012 City & County of San Francisco

the City and its consultants shall be deducted from amounts which are due or become due to Contractor.

D. While deficient Punch List / Final Completion Work is outstanding, the City may, at its option, pay Contractor any earned Contract funds, including retention, subject to offset for the following: (i) funds subject to a certification of forfeiture by the Office of Labor Standards Enforcement and/or stop notice claims and/or funds to be withheld as otherwise required by law or court order; (ii) an amount not to exceed 200 percent of the total estimated cost of labor and materials to correct any Non-conforming, unacceptable, or incomplete Work; and (iii) amounts assessed for liquidated damages.

E. After Contractor has completed to the satisfaction of the City all Punch List / Final Completion items and close-out requirements in accordance with the Contract Documents, the City will issue a written certificate of acceptance as required by section 6.22(K) of the San Francisco Administrative Code stating that the Work is acceptable, and Contractor may submit the final application for payment.

F. Contractor and each assignee under any assignment in effect at the time of final payment shall, if required by the City, execute and deliver at the time of final payment, as a condition precedent to final payment, a release in form and substance satisfactory to, and containing such exemptions as may be found appropriate by the City, discharging the City and the City's consultants, and their directors, officers, members, employees, agents and authorized representatives of all liabilities, obligations and Claims arising under this Contract.

## ARTICLE 10 - INSURANCE AND BONDS

### 10.01 INSURANCE REQUIREMENTS

A. Contractor shall purchase and maintain in force throughout the Contract Time such liability and other insurance as provided in Section 00 73 16.

### 10.02 PERFORMANCE BOND AND PAYMENT BOND

A. At the time of execution of the Contract, Contractor shall file with the City the following bonds using the form provided in Section 00 61 13:

1. a corporate surety bond, in a sum not less than 100 percent of the Contract Sum, to guarantee the faithful performance of the Contract ("Performance Bond"); and

2. a corporate surety bond, in a sum not less than 100 percent of the Contract Sum, to guarantee the payment of labor, materials, supplies, and equipment used in the performance of the Contract ("Payment Bond").

B. Said Performance Bond shall cover all corrective Work required during the correction period pursuant to Paragraph 8.04, all warranty and maintenance Work required by the Contract Documents, and any and all Work required to correct latent defects.

C. Corporate sureties issuing these bonds and Bid bonds as specified in Section 00 21 13 shall be legally authorized to engage in the business of furnishing surety bonds in the State of California. All sureties shall have either a current A.M. Best Rating not less than "A-, VIII" or shall be listed in the current version of the United States Department of the Treasury's Listing of Approved Sureties (Department Circular 570), and shall be satisfactory to the City.

## ARTICLE 11 - LABOR STANDARDS

### 11.01 PREVAILING WAGES

A. It is hereby understood and agreed that all provisions of section 1770, et seq., of the California Labor Code are required to be incorporated into every contract for any public work or improvement and are provisions of this Contract.

B. It is hereby understood and agreed that all provisions of sections 6.22E and 6.22F of the San Francisco Administrative Code are incorporated as provisions of the Contract Documents including, but not limited to, the following:

1. Contractor shall pay to all persons performing labor in and about the Work not less than the highest general prevailing rate of wages determined as set forth herein for the respective crafts and employments, including such wages for holiday and overtime work.

2. Contractor shall insert in every subcontract or other arrangement, which it may make for the performance of any Work or labor on the Work, a provision that said Subcontractor shall pay to all persons performing labor or rendering service under said subcontract or other arrangement the highest general prevailing rate of wages determined as set forth herein for the respective crafts and employments, including such wages for holiday and overtime work.

3. Contractor shall keep or cause to be kept complete and accurate payroll records showing the name, place or residence, occupation, and per diem pay, of each person engaged in the execution of the Work, and every subcontractor who shall undertake the performance of any part of the Work herein required shall keep a like record of each person engaged in the execution of the subcontract. All such records shall at all times be available for inspection of and examination by the City and its authorized representatives.

Copyright ©2012 City & County of San Francisco

4. Should Contractor, or any Subcontractor who shall undertake the performance of any part of the Work herein required, fail or neglect to pay to the persons who shall perform labor under this Contract, subcontract or other arrangement for the Work, the highest general prevailing rate of wages as herein specified, Contractor shall forfeit, and in the case of any Subcontractor so failing or neglecting to pay said wage, Contractor and the Subcontractor shall jointly and severally forfeit, to the City back wages due plus the penal sum of $50 per day for each laborer, worker or mechanic employed for each calendar day or portion thereof, while they shall be so employed and not paid the highest general prevailing rate of wages. The City, when certifying any payment which may become due under the terms of the Contract, shall deduct from the amount that would otherwise be due on such payment the amount of said forfeiture or forfeitures as so certified.

5. No person performing labor or rendering service in the performance of the Contract or a subcontract for the Work herein required shall perform labor for a longer period than five days (Monday-Friday) per calendar week of eight hours each (with two 10-minute breaks per eight-hour day), except in those crafts in which a different work day or week now prevails by agreement in private employment. Any person working hours in addition to the above shall be compensated in accordance with the prevailing overtime standard and rates. Contractor or any Subcontractor who violates this provision shall forfeit to the City back wages due plus the penal sum of $50 per day for each laborer, mechanic or artisan employed for each calendar day or portion thereof whereon such laborer, mechanic or artisan is compelled or permitted to work more than the days and hours specified herein.

C. A copy of the most current highest general prevailing wage rates will be posted at the Site by the City, and such highest prevailing wage rate determinations made at the time of the advertisement for Bids are hereby incorporated as part of the Contract Documents. No adjustments in the Contract Sum will be allowed for increases or decreases in prevailing wage rates that may occur during the Contract Time.

1. Copies of the prevailing wage rates are available from the contracting department, and are also available on the Internet at http://www.dir.ca.gov/DLSR/PWD.

2. Payments to a craft or classification not shown on the prevailing rate determinations shall comply with the rate of the craft or classification most closely related to it. Contact the California Division of Labor Statistics and Research, Prevailing Wage Unit at telephone (415) 703-4774 for job classifications not listed in the General Prevailing Wage Determinations of the Director of Industrial Relations.

## 11.02 PAYROLLS

A. Certification of Payroll Records: Contractor shall comply with the requirements of section 1776 of the California Labor Code, or as amended from time to time, regarding the keeping, filing and furnishing of certified copies of payroll records of wages paid to its employees and to the employees of its Subcontractors of all tiers.

1. The payroll records shall be certified under penalty of perjury and shall be submitted electronically to the City as set forth in Paragraph 9.03M. In addition, Contractor shall make the payroll records available for inspection at all reasonable hours at the job site office of Contractor on the following basis:

a. A certified copy of an employee's payroll record shall be made available for inspection or furnished to such employee or his or her authorized representative upon request.

b. A certified copy of all payroll records shall be made available for inspection or furnished to a representative of the City upon request.

c. A certified copy of all payroll records shall be made available upon request to the public for inspection or copies thereof made; provided, however, that a request by the public shall be made through either the City, the Division of Apprenticeship Standards, or the Division of Labor Standard Enforcement. The public shall not be provided access to such records at the job site office of Contractor.

d. Contractor shall file a certified copy of the payroll records with the entity that requested such records within 10 days after receipt of a written request.

2. In providing copies of payroll records to any requestor, the City shall redact or obliterate such information as may be required under California Labor Code section 1776(e), as that section may be amended from time to time.

3. Contractor shall inform the City of the location of the payroll records, including the street address, city and county, and shall, within 5 working days, provide a notice of a change of location and address.

4. In the event that Contractor receives a written notification of noncompliance with section 1776, Contractor shall have 10 days from receipt of such written notice to comply. Should noncompliance still be evident after such 10-day period, Contractor shall, as a penalty to the City, forfeit $25 for each day, or a portion thereof, of non-compliance, for each worker, until strict compliance is effected. Upon the request of the Division of Apprenticeship Standards or the Division of Labor Standards Enforcement, such penalties shall be withheld from the Contract Sum.

5. Contractor is solely responsible for compliance with section 1776. The City shall not be liable

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 159 of 279

Copyright ©2012 City & County of San Francisco

for Contractor's failure to make timely or accurate submittals of certified payrolls.

## 11.03 APPRENTICES

A. Contractor and its Subcontractors of every tier shall, as a material term of the Contract, comply with the requirements of the State Apprenticeship Program (as set forth in the California Labor Code, division 3, chapter 4 [commencing at section 3070], and section 1777.5) and San Francisco Administrative Code, section 6.22(N). Contractor shall be solely responsible for securing compliance with section 1777.5 for all apprenticeable occupations.

1. Contractor shall comply with all requests by the City to provide proof that Contractor and all of its Subcontractors at every tier are in compliance with the State Apprenticeship Program.

2. Contractor shall include in all of its sub-contracts the obligation for Subcontractors to comply with the requirements of the State Apprenticeship Program.

3. Section 1777.5 shall not apply to contracts of general contractors involving less than thirty thousand dollars ($30,000) and less than twenty working days, or to contracts of specialty contractors not bidding for work through a general or prime contractor, involving less than two thousand dollars ($2,000) or fewer than five working days.

B. Should Contractor fail to comply with the apprenticeship requirements of section 1777.5, Contractor shall be subject to the penalties prescribed in section 1777.7 of the California Labor Code. The interpretation and enforcement of section 1777.5 shall be in accordance with rules and procedures prescribed by the California Apprenticeship Council.

C. Contractor, if not signatory to a recognized apprenticeship training program under chapter 4 of the California Labor Code, shall provide to the City with all progress payment requests, starting with the second such request, satisfactory evidence that it has contributed to the appropriate apprenticeship fund(s). Contractor shall require its Subcontractors who are not signatories to provide such evidence to the City as a condition precedent for qualifying for payment from the City. The City reserves the right to demand such evidence upon request.

## 11.04 LABOR STANDARDS ENFORCEMENT

A. In accordance with Administrative Code section 6.22(E)(7) and section 6.24, Contractor further acknowledges and agrees as follows:

1. Contractor will cooperate fully with the Labor Standards Enforcement Officer and other City employees and agents authorized to assist in the administration and enforcement of the prevailing wage requirements and other labor standards im-

posed on public works contractors by the Charter and Chapter 6 of the San Francisco Administrative Code.

2. Contractor agrees that the Labor Standards Enforcement Officer and his or her designees, in the performance of their duties, shall have the right to engage in random inspections of job sites and to have access to the employees of the contractor, employee time sheets, inspection logs, payroll records and employee paychecks.

3. Contractor shall maintain a sign-in and sign-out sheet showing which employees are present on the job site.

4. Contractor shall prominently post at each job-site a sign informing employees that the project is subject to the City's prevailing wage requirements and that these requirements are enforced by the Labor Standards Enforcement Officer.

5. The Labor Standards Enforcement Officer may audit such records of Contractor as he or she reasonably deems necessary to determine compliance with the prevailing wage and other labor standards imposed by the Charter and this Chapter on public works contractors.

B. Under California Public Contract Code section 6109, Contractor or Subcontractors who are ineligible to bid or work on, or be awarded, a public works project under California Labor Code sections 1777.1 or 1777.7 are prohibited from performing Work on the Project.

1. Any contract for the Project entered into between Contractor and a debarred subcontractor is void as a matter of law.

2. A debarred subcontractor may not receive any public money for performing work as a subcontractor on a public works project. Contractor shall return to the City any public money that may have been paid to a debarred subcontractor by Contractor.

3. Contractor shall be responsible for the payment of wages to workers of a debarred subcontractor that has been allowed to work on the Project.

## ARTICLE 12 - SAFETY

## 12.01 PRECAUTIONS AND PROGRAMS

A. Contractor shall be solely responsible for initiating, maintaining and supervising all safety precautions and programs in connection with the Work. Contractor shall be solely responsible for any and all fines, penalties or damages which result from Contractor's failure to comply with applicable health and safety laws and regulations during performance of the Work.

B. Contractor shall designate in writing a responsible competent person of Contractor's organization at the Site as Project safety representative whose prin-

Case: 19-30088　Doc# 13719-2　Filed: 05/10/23　Entered: 05/10/23 14:28:46　Page 160 of 279

Copyright ©2012 City & County of San Francisco

cipal duties shall be the prevention of accidents and the maintenance and supervision of safety precautions and programs in accordance with the requirements of applicable laws and regulations. This person shall be available 24 hours a day, 7 days a week by telephone or other approved means.

C. Contractor shall perform all Work relating to hazardous materials as required by the Contract Documents. Contractor and its Subcontractors shall comply with all federal, state and local statutes and regulations on training, handling, storage, public notification and disposal of hazardous materials and hazardous wastes. In the event that Contractor or its Subcontractors introduces and/or discharges, spills or releases a hazardous material onto the site in a manner not specified by the Contract Documents; and/or (ii) disturbs a hazardous material identified in the Contract Documents or Reference Documents, the Contractor shall immediately notify the City Representative and any required agencies of the spill, release or discharge and Contractor shall stop the Work, and cordon off the affected area to secure entry. Removal and disposal of the hazardous material, if deemed necessary by the City, will, at the discretion of the City, be performed either by the City at Contractor's expense or by Contractor, through a qualified remediation Subcontractor, at Contractor's expense. Under no circumstance shall the Contractor perform remediation Work for which it is not qualified.

D. Should Contractor or any of its Subcontractors, while performing Work on the Site, unexpectedly encounter any hazardous material not show in the Contract Documents or Reference Documents, or have reason to believe that any other material encountered may be a hazard to human health and safety and/or the environment, Contractor shall stop the Work, cordon off the affected area to secure entry, and shall immediately notify the City Representative. Removal and disposal of the hazardous material not shown in the Contract Documents or Reference Documents, if deemed necessary by the City, will be performed as directed by the City at the City's expense. In the event that Contractor is delayed in the completion of the Contract Work solely because of such hazardous materials or conditions not previously identified in the Contract Documents or Reference Documents, the Contractor shall be entitled to an extension of time in accordance with Article 7 of these General Conditions.

## 12.02 PERSONS AND PROPERTY

A. Contractor shall take all necessary precautions for safety of, and shall provide the necessary protection to prevent damage, injury or loss to the following:

1. all persons on the Site or others who may be affected by the Work;

2. the Work and the materials and equipment to be incorporated therein, whether in storage on or off the Site; and

3. other property at the Site or adjacent thereto including, but not limited to, trees, shrubs, lawns, walks, pavements, roadways, structures and utilities not indicated to be removed, relocated or replaced on the Contract Documents.

B. Contractor shall give notices pursuant to California Civil Code section 832 and shall comply with all applicable laws, ordinances, rules, regulations and lawful orders of public authorities bearing on safety of persons or property or their protection from damage, injury or loss.

C. Contractor shall notify owners of adjacent property, underground facilities and utilities, such as PG&E, AT&T, Municipal Railway, Hetch Hetchy Water and Power, and the San Francisco Public Utilities Commission, of Contractor's operations a reasonable time in advance thereof so as to permit the owners to make suitable markings on the street surface of the locations of such facilities. After such markings have been satisfactorily made, Contractor shall maintain them as long as necessary for the proper conduct of the Work.

D. Contractor shall not hinder or interfere with an owner or agency having underground facilities and utilities when removing, relocating, or otherwise protecting such facilities.

E. Contractor shall erect and maintain, as required by existing conditions and performance of the Contract, safeguards for safety and protection, such as posting danger signs and other warnings against hazards; promulgating safety regulations; and notifying owners and users of adjacent sites, underground facilities and utilities of Contractor's operations.

F. Contractor shall perform all Work in such manner as to avoid damage to existing underground facilities and other utilities in the process of their removal or adjustment and to avoid damage to such facilities lying outside of or below a required excavation or trench area which are intended to remain in place.

G. Contractor shall be responsible for coordinating the exchange of material safety data sheets or other hazard communication information required to be made available to or exchanged between or among employers at the Site in accordance with applicable laws and regulations.

H. In the event of damage or loss to property referred to in the previous subparagraphs, whether caused by Contractor, its Subcontractors or Lower-Tier Subcontractors, Contractor shall promptly remedy such damage or loss, except such damage or loss attributable to the sole negligent acts or omissions of the City. The foregoing obligations of Contractor are

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 161 of 279

Copyright ©2012 City & County of San Francisco

in addition to Contractor's obligations under Paragraph 3.19 of these General Conditions.

I. Pursuant to section 6705 of the California Labor Code, excavation for trenches 5 feet or more in depth shall not begin until Contractor has received acceptance from the City of Contractor's detailed plan for worker protection from the hazards of caving ground during excavation of such trenches. Contractor's shoring plan shall be submitted in accordance with the requirements of the Specifications and shall show the details and supporting calculations of the design of shoring, bracing, sloping, or other provisions to be made for worker protection during such excavation. No plan shall allow the use of shoring, sloping or other protective system less effective than that required by the Construction Safety Orders of the Division of Occupational Safety and Health. If Contractor's shoring plan varies from the shoring system standards established by the Construction Safety Orders, the plan shall be prepared and sealed by an engineer retained by Contractor who is registered as a civil or structural engineer in the State of California. The City's acceptance of Contractor's shoring plan shall not be construed to relieve Contractor of its sole responsibility for damage or injuries related to the excavation resulting from unsafe shoring.

J. Contractor shall be responsible for each operation and all Work, both permanent and temporary. Contractor shall protect its Work and materials and fully or partially completed work of the City or separate contractors from damage due to construction operations, the action of the elements, the carelessness of its subcontractors, vandalism, graffiti, or any other cause whatsoever, until Final Completion of the Work. Should improper Work of any trade be covered by another contractor and damage or defects result, Contractor shall make the whole Work affected good to the satisfaction of the City and without expense to the City.

**12.03 SAFETY PERMITS**

A. A California industrial safety permit shall be obtained and paid for by Contractor if the following occurs:

1. the construction of a building, structure, false work or scaffolding more than 3 stories or the equivalent of 35 feet height; or

2. the demolition of a building, structure, false work or scaffolding more than 3 stories or the equivalent of 35 feet height; or

3. the excavation of a trench 5 feet deep or deeper into which a person must descend.

B. Contractor shall obtain and pay for all other required safety permits.

**12.04 EMERGENCIES**

A. In emergencies affecting the safety or protection of persons or property at the Site, Contractor shall act promptly to prevent threatened damage, injury or loss. Contractor shall give prompt written notice to the City if Contractor believes that, due to the nature of the emergency or circumstances related thereto, any significant changes in the Work or variations in the Contract Documents have been caused thereby or are required as a result thereof. If the City determines that a change in the Contract Documents is required because of action taken by Contractor in response to such an emergency, a Change Order or Unilateral Change Order will be issued as provided in Article 6.

**ARTICLE 13 - CONTRACT AND GOVERNMENT CODE CLAIMS**

**13.01 CLAIMS GENERALLY**

A. The City and Contractor acknowledge and agree that early identification and resolution of potential claims or disputes benefits all parties and advances the success of the Project.

B. The notice requirements and procedures set forth under this Article 13 are necessary for the City to address potential claims and disputes. Having knowledge of potential claims prior to the Contractor performing disputed Work and having documentation from the Contractor concerning a dispute as Work is being performed is critical for the City to make informed decisions which could impact the budget and schedule for the Project.

C. Compliance with the notice and claim submission procedures prescribed in this Article is a condition precedent to the right to file a Government Code Claim, commence litigation, or commence any other legal action arising out of or related to this Contract. Claims or issues not timely raised and properly documented in conformance with this Article shall be deemed waived by the Contractor and may not be asserted in a Government Code Claim, subsequent litigation, or legal action. Furthermore, by executing this Contract, Contractor waives any and all claims or defenses of waiver, estoppel, release, bar, or any other type of excuse of non-compliance with the claim submission requirements.

D. The requirements of this Article 13 shall survive expiration or termination of this Contract.

**13.02 NOTICE OF POTENTIAL CLAIM**

A. If, during the course of the Project, the Contractor disputes any directive, determination (including determination of delay, or assessment of liquidated damages), interpretation of the Contract Documents,

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 162 of 279

Proposed Change Order, Unilateral Change Order, payment, nonpayment, termination for cause, termination for convenience, or other act by the City impacting or potentially impacting payment, nonpayment, withholding, the performance of the Work (collectively, "potential claim events"), the Contractor shall submit to the City a Notice of Potential Claim. The Contractor shall submit such Notice within 7 days of the potential claim event. The Notice shall describe the potential claim event, provide a good faith estimate of any impact, and reference any relevant provisions of the Contract Documents and any schedules with sufficient specificity for the City to review the matter. Failure to submit a timely, properly documented Notice of Potential Claim shall constitute a waiver of any claim arising out of such potential claim event.

1. The requirements of subparagraph 13.02A, above, apply regardless of whether or not the disputed item underlying a potential claim event has been or will be submitted to a Dispute Review Board ("DRB") or Dispute Resolution Advisor ("DRA") for review.

## 13.03 CONTRACT CLAIM

A. General Contract Claim Requirements. No later than 45 days after submitting a timely Notice of Potential Claim to the City in accordance with subparagraph 13.02A, Contractor may submit a Contract Claim for additional compensation or time based on any disputed item (i) respecting the true value of any Work performed or any changes in the Work which Contractor may be required to perform; and/or (ii) regarding time extensions; and/or (iii) respecting the amount of payment to Contractor during the performance of the Contract; and/or (iv) regarding the performance of obligations by any party; and/or (v) as defined under Article 1 of these General Conditions. The Contract Claim shall be the Contractor's sole and exclusive administrative remedy for additional compensation or time associated with its performance of the Work under the Contract. Failure to submit a timely, certified, and documented Contract Claim in conformance with this Article shall constitute a waiver by the Contractor as to any claims relating to its performance of the Work under the Contract and a failure to exhaust its administrative remedies.

1. The time requirement for submitting a Contract Claim set forth in subparagraph 13.03A, above, shall be extended in accordance with Section 00 73 13 (DRB) or Section 00 73 14 (DRA), as applicable, if the Contract Documents require the parties to establish a DRB or DRA for the Project. Referring a disputed matter to the DRA or DRB in accordance with the procedures set forth in Section 00 73 13 or Section 00 73 14, as applicable, is a prerequisite to filing a Contract Claim under this Article. By failing to submit a notice of referral to the DRB or DRA within the time frame specified in the applicable version of Section 00 73 13 or Section 00 73 14, Contractor

waives future Contract Claims relating to the disputed matter

B. Contract Claim Certification Requirement:

1. Contractor, under penalty of perjury, shall submit with the Contract Claim certification by Contractor and its Subcontractor(s), as applicable, that:

a. the Claim is made in good faith;

b. supporting data are accurate and complete to the best of Contractor's and/or Subcontractor's knowledge and belief; and

c. the amount requested accurately reflects the Contract adjustment for which Contractor believes the City is liable.

2. An individual or officer who is authorized to act on Contractor's behalf shall execute the certification. Failure to certify a claim under penalty of perjury shall render the Contract Claim a nullity and the underlying claim waived by the Contractor.

3. In regard to a Claim or portion of a Claim by a Subcontractor, Contractor shall fully review the Subcontractor's Claim and shall certify the Subcontractor's Claim or such relevant portion(s) of the Subcontractor's Claim, under penalty of perjury, in the same manner the Contractor would certify its own claim under the foregoing subparagraph 13.03B.1. The City will not consider a direct claim by any Subcontractor. Subcontractors at any tier are not third-party beneficiaries of this Contract.

4. Contractor hereby agrees that failure to furnish certification as required in this Article shall constitute a waiver by the Contractor as to the subject Claim.

5. Contractor further acknowledges and agrees that if it submits a false claim, on behalf of itself or a Subcontractor, Contractor may be subject to civil penalties, damages, debarment, and criminal prosecution in accordance with local, state, and federal statutes.

C. Format of a Contract Claim:

1. The Contractor shall document its Contract Claim in the following format:

a. Cover letter and certification.

b. Narrative Summary of Claim merit and amount, and clause under which the Claim is made.

c. List of documents relating to Claim:

1) Specifications

2) Drawings

3) Clarifications/RFIs

4) Correspondence

5) Schedules

Copyright ©2012 City & County of San Francisco

6) Other

d. Chronology of events and correspondence.

e. Analysis of Claim merit.

f. Analysis of Claim cost (money and time).

g. Attachments:

1) Specifications

2) Drawings

3) Clarifications/RFIs

4) Correspondence

5) Schedules

6) Other

D. Additional Requirements for Contract Claims Regarding Time Extensions:

1. All Contract Claims regarding time extensions or assessments of delay and/or liquidated damages shall include, in addition to all other applicable requirements of this Article 13, an analysis of the delays impacting the as-built critical path. The as-built critical path shall be determined by (1) comparing the late dates for schedule activities indicated within the Contractor's "as-planned" CPM schedule (as approved by the City) with the actual dates for the same activities, and then (2) determining the longest path through the as-built schedule using the Contractor's originally-approved as-planned activity to activity logic. The "as-built" CPM shall reflect the exact manner in which the Project was actually constructed (including start and completion dates, actual sequence and durations of work activities, and logic).

2. The City will not review or consider any Contract Claim regarding time extensions based upon an impacted as-planned CPM, collapsed as-built schedule, time impact analysis or similar method that does not take into account actual events on the Project.

E. Procedure For Review of a Contract Claim:

1. The City shall review only a timely, certified, and properly documented Contract Claim.

2. The City shall respond to a Contract Claim in writing, within 45 days of receipt of such Claim. In its response, the City shall either grant or deny the Claim in whole or in part. If the City does not respond to a Claim within the 45-day period, the Claim is deemed denied in its entirety.

3. Within 10 days of the date of the City's response or expiration of the 45-day period, whichever is earlier, the Contractor may request review of the Contract Claim and the City's response by the Department Head. The request must be in writing, directed to the Department Head and copied to the City

Representative. Failure by the Contractor to make a timely request to the Department Head, copied to the City Representative, shall constitute acceptance by the Contractor of the City's original response.

4. Upon a timely and proper request, the Department Head, or his/her designee (other than personnel assigned to the Project), shall review the relevant documents, meet with the Contractor and City personnel assigned to the Project, and confirm or revise the City's response to the Contract Claim. The Department Head, or his/her designee, shall issue such determination within 60 days of the date of the request for review. The determination by the Department Head, or his/her designee, shall constitute the final administrative determination of the City. If the Department Head takes no action on a request for review within the 60-day period, the City's original response shall constitute the final administrative determination by the City.

**13.04 GOVERNMENT CODE CLAIM**

A. The administrative procedure under this Article 13 shall not operate to toll, waive, or excuse Contractor's compliance with the Government Code Claim requirements under California Government Code section 900, et *seq.*, and San Francisco Administrative Code Chapter 10. For the purposes of this Contract, the City and the Contractor hereby agree that any action at law against the City arising out of or relating to Contractor's performance of the Work shall accrue either on the effective date of termination (under Article 14 of these General Conditions) or on the date of Substantial Completion, whichever is earlier.

**ARTICLE 14 - TERMINATION OR SUSPENSION OF THE CONTRACT**

**14.01 NOTICE OF DEFAULT; TERMINATION BY THE CITY FOR CAUSE**

A. Grounds for Default. Contractor is in Default of the Contract if Contractor:

1. refuses or fails to supply enough properly skilled workers, adequate and proper materials, or supervision to prosecute the Work at a rate necessary to complete the Work within the specified limits of Contract Time, in accordance with the currently accepted updated progress schedule; or

2. is adjudged bankrupt, makes a general assignment for the benefit of its creditors, or a receiver is appointed on account of its insolvency; or

3. refuses or fails in a material way to replace or correct Work not in conformance with the Contract Documents; or

4. repeatedly fails to make prompt payment due to Subcontractors or for labor; or

Case: 19-30088　　Doc# 13719-2　　Filed: 05/10/23　　Entered: 05/10/23 14:28:46　　Page 164 of 279

Copyright ©2012 City & County of San Francisco

5. materially disregards or fails to comply with any law, ordinance, rule, regulation or order of any public authority having jurisdiction; or

6. intimidates or sexually harasses a City employee, agent, or member of the public; or

7. is otherwise in material breach of any provision of the Contract Documents.

B. Notice of Default. When any of the above grounds for Default exist, the City may, without prejudice to any other rights or remedies that the City may have, issue a written Notice of Default to the Contractor. The City shall provide a copy of any Notice of Default to the Contractor's surety.

1. The Notice of Default shall identify the ground(s) for Default and provide the Contractor with a 14-day cure period to complete necessary corrective Work and/or actions.

2. In the event that necessary corrective Work and/or actions cannot be completed within the 14-day cure period through no fault of Contractor or its subcontractors/suppliers, Contractor shall, within the 14-day cure period, (i) provide the City with a schedule, acceptable to the City, for completing the corrective Work and/or actions; and (ii) commence diligently the corrective Work and/or actions. The City, after accepting Contractor's proposed schedule, will amend the Notice of Default in writing to set forth the agreed-upon cure period. The City will provide a copy of the amended Notice of Default to the Contractor's surety.

C. Termination for Cause. If Contractor fails to completely cure the Default either (i) within the 14-day cure period set forth in the Notice of Default; or (ii) within the agreed-upon cure period set forth in an amended Notice of Default, the City may, without prejudice to any other rights or remedies that the City may have, immediately terminate employment of Contractor and, subject to the prior rights and duties of the surety under any bond provided in accordance with the Contract Documents:

1. take possession of the Site and use any materials, equipment, tools, and construction equipment and machinery thereon owned by Contractor to complete the Project;

2. accept assignment of subcontracts and agreements pursuant to Paragraph 4.03; and

3. finish the Work by whatever reasonable method the City may deem expedient.

D. When the City terminates the Contract for one of the grounds set forth in subparagraph 14.01A, Contractor shall not be entitled to receive further payment until the Work is finished. If the unpaid balance of the Contract Sum exceeds the cost of finishing the Work, including all liquidated damages for delays, such excess shall be paid to Contractor. If

such costs exceed the unpaid balance, Contractor shall pay the difference to the City. The amount to be paid to Contractor or City, as the case may be, upon application, shall be an obligation for payment that shall survive termination of the Contract.

1. Upon completion of all Work, Contractor shall be entitled to the return of all its materials which have not been used in the Work, its plant, tools, equipment and other property provided, however, that Contractor shall have no claim on account of usual and ordinary depreciation, loss, wear and tear.

E. If, after termination of the Contractor's right to proceed, it is determined that the Contractor was not in default, or that the delay was excusable, the rights and obligations of the parties, including adjustment of the Contract Sum, will be the same as if the termination had been issued for the convenience of the City, as provided under Paragraph 14.03.

**14.02 SUSPENSION BY THE CITY FOR CONVENIENCE**

A. The City may, without cause, order Contractor in writing to suspend, delay or interrupt the Work in whole or in part for such period of time as the City may determine.

B. An adjustment shall be made as specified in subparagraph 7.02A for increases in the cost of performance of the Contract caused by suspension, delay or interruption. No adjustment shall be made to the extent:

1. that performance is, was or would have been so suspended, delayed or interrupted by another cause for which Contractor is responsible; or

2. that an equitable adjustment is denied under another provision of this Contract.

**14.03 TERMINATION BY THE CITY FOR CONVENIENCE**

A. Pursuant to section 6.22L of the San Francisco Administrative Code the City may terminate the performance of Work under this Contract in accordance with this Paragraph 14.03 in whole or, from time to time, in part, whenever the City shall determine that such termination is in the best interest of the City. Any such termination shall be effected by delivery to Contractor of a notice of termination specifying the extent to which performance of Work under the contract is terminated, and the date upon which such termination becomes effective.

B. After receipt of a notice of termination, and except as otherwise directed by the City, Contractor shall comply with all of the following requirements.

1. Stop Work under the Contract on the date and to the extent specified in the notice of termination.

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 165 of 279

Copyright ©2012 City & County of San Francisco

2. Place no further orders or subcontracts for materials, services, or facilities except as necessary to complete the portion of the Work under the Contract that is not terminated.

3. Terminate all orders and subcontracts to the extent that they relate to the performance of Work terminated by the notice of termination.

4. Assign to the City, in the manner, at the times, and to the extent directed by the City, all of the right, title, and interest of Contractor under the orders and subcontracts so terminated. The City shall have the right, at its discretion, to settle or pay any or all Claims arising out of the termination of such orders and subcontracts.

5. Settle all outstanding liabilities and all Claims arising out of such termination of orders and subcontracts with the approval or ratification of the City, in writing, to the extent it may require. The City's approval or ratification shall be final for all the purposes of this Paragraph 14.03.

6. Transfer title to the City, and deliver in the manner, at the times, and to the extent, if any, directed by the City, (i) the fabricated or unfabricated parts, Work in process, completed Work, supplies, and other material produced as a part of, or acquired in connection with the performance of, the Work terminated by the notice of termination, and (ii) the completed or partially completed drawings, information, and other property which, if the Contract had been completed, would have been required to be furnished to the City.

7. Use its best efforts to sell, in the manner, at the times, to the extent, and at the price or prices that the City directs or authorizes, any property of the types previously referred to herein, but Contractor (i) shall not be required to extend credit to any purchaser, and (ii) may acquire any such property under the conditions prescribed and at a price or prices approved by the City. The proceeds of any such transfer or disposition shall be applied in reduction of any payments to be made by the City to Contractor under this Contract or shall otherwise be credited to the price or cost of the Work covered by this Contract or paid in such other manner as the City may direct.

8. Complete performance of such part of the Work as shall not have been terminated by the notice of termination.

9. Take such action as may be necessary, or as the City may direct, for the protection and preservation of the property related to this Contract which is in the possession of Contractor and in which the City has or may acquire an interest.

C. After receipt of a notice of termination, Contractor shall submit to the City its termination claim, in the form and with the certification the City prescribes. Such termination claim shall be submitted promptly, but in no event later than 3 months from the effective date of termination, unless one or more extensions in writing are granted by the City upon written request of Contractor within such 3-month period or an authorized extension period. However, if the City determines that the facts justify such action, it may receive and act upon any such termination Claim at any time after such 3-month period or extension period. If Contractor fails to submit its termination Claim within the time allowed, the City may determine, on the basis of information available to the City, the amount, if any, due to Contractor because of the termination. The City shall then pay to Contractor the amount so determined.

D. Subject to the previous provisions of this Paragraph 14.03, Contractor and the City may agree upon the whole or any part of the amount or amounts to be paid to Contractor because of the total or partial termination of Work. The amount or amounts may include a reasonable allowance for profit on Work done. However, such agreed amount or amounts, exclusive of settlement costs, shall not exceed the total Contract Sum as reduced by the amount of payments otherwise made and as further reduced by the Contract Sum of Work not terminated. The Contract shall be amended accordingly, and Contractor shall be paid the agreed amount. Nothing following, prescribing the amount to be paid to Contractor in the event of failure of Contractor and the City to agree upon the whole amount to be paid to Contractor because of the termination of Work under this Paragraph 14.03, shall be deemed to limit, restrict, or otherwise determine or affect the amount or amounts which may be agreed upon to be paid to Contractor pursuant to this subparagraph 14.03D.

E. If Contractor and the City fail to agree, as subparagraph 14.03D provides, on the whole amount to be paid to Contractor because of the termination of Work under Paragraph 14.03, the City shall determine, on the basis of information available to the City, the amount, if any, due to Contractor by reason of the termination and shall pay to Contractor the amounts determined as follows:

1. For all Contract Work performed before effective date of the notice of termination, the total (without duplication of any items) of the following items:

a. The cost of such Work.

b. The cost of settling and paying Claims arising out of the termination of Work under subcontracts or orders as previously provided. This cost is exclusive of the amounts paid or payable on account of supplies or materials delivered or services furnished by Contractor before the effective date of the notice of termination. These amounts shall be included in the cost on account of which payment is made for the cost of Work previously provided.

c. A sum, as profit on the cost of the Work as provided in subparagraph 14.03D, that the City

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 166 of 279

Copyright ©2012 City & County of San Francisco

determines to be fair and reasonable. But, if it appears that Contractor would have sustained a loss on the entire Contract had it been completed, no profit shall be included or allowed, and an appropriate adjustment shall be made reducing the amount of the settlement to reflect the indicated loss.

2. The reasonable cost of the preservation and protection of property incurred as previously provided. The total sum to be paid to Contractor shall not exceed the total Contract Sum as reduced by the amount of payments otherwise made and as further reduced by the Contract price of Work not terminated. Except for normal spoilage, and except to the extent that the City shall have otherwise expressly assumed the risk of loss, there shall be excluded from the amounts payable to Contractor the fair value, as determined by the City, of property which is destroyed, lost, stolen, or damaged, to the extent that it is undeliverable to the City, or to a buyer as previously provided.

F. Contractor shall have the right to dispute in a court of competent jurisdiction within the State of California any determination the City makes under subparagraph 14.03E. But, if Contractor has failed to submit its termination Claim within the time provided and has failed to request extension of such time, it shall have no such right to dispute the City's determination. In any case where the City has determined the amount owed, the City shall pay to Contractor the following:

1. if there is no right to dispute hereunder or if a right to dispute has not been timely exercised, the amount so determined by the City; or

2. if a proceeding is initiated in a court of competent jurisdiction within the State of California, the amount finally determined in said proceeding.

G. In arriving at the amount due Contractor under this clause there shall be deducted:

1. all unliquidated advance or other payments on account theretofore made to Contractor, applicable to the terminated portion of this Contract;

2. any Claim which the City may have against Contractor in connection with this Contract; and

3. the agreed price for, or the proceeds of sale of, any materials, supplies, or other things kept by Contractor or sold, under the provisions of this Paragraph 14.03, and not otherwise recovered by or credited to the City.

H. If the termination hereunder be partial, before the settlement of the terminated portion of this Contract, Contractor may file with the City a request in writing for an equitable adjustment of the price or prices specified in the Contract relating to the continued portion of the Contract (the portion not terminated by the notice of termination). Such equitable adjustment as may be agreed upon shall be made in the specified price or prices. Nothing contained herein shall limit the right of the City and Contractor to agree upon the amount or amounts to be paid to the continued portion of the Contract when the Contract does not contain an established Contract price for the continued portion.

I. Contractor understands and agrees that the foregoing termination of Contract for convenience provisions shall be interpreted and enforced pursuant to cases interpreting and enforcing similar provisions in federal procurement contracts.

**END OF SECTION**

SECTION 00 73 00

SUPPLEMENTARY CONDITIONS

1.1     SUMMARY

A.      This Document includes supplements that amend, delete, or modify provisions of Section 00 72 00, the General Conditions of the City and County of San Francisco, as required for the Work of this Contract.

B.      All provisions that are not so modified shall remain in full force and effect.

1.2     ARTICLE 1

A.      Amend Subparagraph 1.04A with the following new sub-subparagraph:

"1.     Change Orders shall be executed and Unilateral Change Orders shall be issued using the DPW Online Signature Access System (the "OSAS"). Contractor shall provide to DPW a completed Request for User ID & Access form for each principal or employee authorized by Contractor to execute Change Orders (each such person is referred to as an "Individual Certificate Holder"). Each Individual Certificate Holder shall (1) complete training on the electronic OSAS approval system (training to be provided by the City at no expense to contractors and consultants), and (2) execute a DPW "Online System Security Agreement" form on behalf of its company and submit the form to DPW. Contractor is responsible for submitting a completed Request for User ID & Access form to change the access or remove authorization of an Individual Certificate Holder."

1.3     ARTICLE 2

A.      Amend Paragraph 2.02 with the following new subparagraph 2.02C:

"C.     Contractor will be furnished 2 half-size sets of Drawings and 2 Project Manuals and one set of full-size Drawings at no cost. Contractor shall pay the reproduction costs of any additional sets required. Contractor will be furnished one set of Documents required for subsequent modifications, Change Orders, and Proposed Change Orders."

1.4     ARTICLE 3

A.      Amend Subparagraph 3.06B with the following new sub-subparagraphs:

"3.     Permits to be secured and paid for by Contractor that may be required to perform the Work include, but are not limited to, the following:
a.      Excavation, street space, side sewer, night noise, and street improvement permits from the San Francisco Department of Public Works, Bureau of Street-Use and Mapping, 1155 Market Street, 3rd Floor, San Francisco, telephone (415) 554-6201. Refer to Section 00 73 27 - Specific Project Requirements for excavation code requirements.
b.      Special traffic permits from the Department of Parking and Traffic, Engineering Division, 1 So. Van Ness Avenue, 7th Floor, San Francisco, telephone (415) 701-4500.
c.      Construction Site Runoff Control Permit from the San Francisco Public Utilities Commission, Wastewater Enterprise, Collection System Division,

Case: 19-30088     Doc# 13719-2     Filed: 05/10/23     Entered: 05/10/23 14:28:46     Page 168 of 279

3801 3rd Street, Suite 600, San Francisco, telephone (415) 695-7321  or (415) 695-7339, or San Francisco Permit Center, 1660 Mission Street, San Francisco.

    d.    Combustible or flammable liquids permit from the San Francisco Fire Department.

    e.    Hazardous materials storage permit from the San Francisco Public Health Department, Hazardous Materials Division."

B.    Delete Subparagraph 3.18B in its entirety, including sub-subparagraphs 1 through 4.

C.    Add the following new paragraph:

"3.20  DESIGN PROFESSIONAL SERVICES

A.    In the event that the Contract Documents require that a certain Item be designed by Contractor, Contractor shall, consistent with applicable licensing laws, retain the services of such Design Professional(s) who shall be licensed in the State of California and shall have the necessary expertise and experience required to prepare such design documents to permit Contractor to complete such Item in accordance with the requirements of the Contract Documents.  Nothing in the Contract Documents is intended to create a legal or contractual relationship between the City and any Design Professional.

B.    Such Design Professional(s) shall be vested with the authority to act on behalf of Contractor in all matters relating to design or supervision of construction of that Item of which he or she is responsible.  Contractor's Design Professional(s) may be replaced only with the approval of the City.

C.    Contractor shall require its Design Professional(s) to be responsible without limitation for the following:

    1.    Consult with authorized employees, agents and representatives of the City relative to the City's requirements for the design and construction of the Project.

    2.    Review the Contract Documents and existing Reference Documents and studies of the proposed Site and other data furnished to the Design Professional and advise the City whether such data is sufficient for purposes of design, and whether additional data is necessary before the Design Professional can proceed.

    3.    Provide additional surveys and information related to the Site, which the Design Professional deems necessary for the performance of the Work.

    4.    Provide design-related services for preparing construction documents necessary for Contractor to construct and interface the Item in complete conformance with the intent and performance requirements of the Contract Documents.

        a.    Construction documents shall be submitted to the City for review and acceptance for conformance with the intent and performance requirements of the Contract Documents prior to Contractor initiating permit or construction activities based on such construction documents.

        b.    The City's approval or acceptance of construction document submitted by Contractor shall not be interpreted as a release of Contractor from its responsibilities to coordinate the various portions of the design and to provide

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 169 of 279

accurate and complete design documents to fulfill the intent and requirements of the Contract Documents.

5.  Provide to the City design data, technical criteria and assistance necessary for supporting, protecting, and incorporating into the Project the Item designed by the Design Professional.

6.  Comply with requirements of codes, regulations, and written interpretation thereof, existing at the time permit application(s) are made with the local authorities having jurisdiction over the Project.

7.  Provide Design Professional's professional liability policies and coverages as required in Section 00 73 16.

8.  Provide assistance in connection with the start-up, testing, refining and adjusting of equipment or system designed by the Design Professional for incorporation into the Project.

9.  Assist the City in training staff and developing systems and procedures for operation and maintenance and record keeping for equipment or system designed by the Design Professional for incorporation into the Project.

D.  Contractor shall be wholly responsible for all engineering and design of such Item regardless of any contribution, input, review, participation, or coordination that the City, its agents, members, employees, and authorized representatives may have provided to Contractor or its Design Professional.

E.  Contractor agrees to release the City, its agents, members, employees, and authorized representatives from liability or losses directly or indirectly arising out of, connected with, or resulting from such Items engineered or designed by Contractor or its Design Professional or furnished and installed by Contractor and shall bear the costs of corrective and replacement work necessary to complete the Items in accordance with the requirements of the Contract Documents."

1.5  ARTICLE 9

A.  DELETE Paragraph 9.04 in its entirety and SUBSTITUTE the following:

"9.04  RETENTION

A.  As required by and in conformance with the procedures set forth in section 6.22(J) of the Administrative Code, the City shall hold five (5) percent in retention from each progress payment.

B.  When the City determines that the Work is 98 percent or more complete, the City may reduce retention funds to an amount equal to 200 percent of the estimated value of work yet to be completed, plus any amounts necessary to cover offsets by the City for liquidated damages, defective Work, stop notices, forfeitures, and other charges.

C.  The City shall release the balance of retention only upon the following conditions: (i) the Contractor has reached Final Completion as provided in Paragraph 9.09, below, and (ii) the Contract is free of offsets by the City for liquidated damages and defective work and is free of stop notices, forfeitures, and other charges.

D.  The Contractor may apply for early release of retention for Work performed by (1) any subcontractor certified by the CMD as an LBE or (2) any subcontractor under a Contract with a construction duration of more

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 170 of 279

than two years.  The Contractor shall make such application in writing and shall certify the following:

1.    That the Work by the subcontractor is completed and satisfactory in accordance with the Contract Documents;

2.    The total amount paid to the subcontractor by Contractor as of the date of the written request; and

3.    The amount of retention associated with the Work performed by the subcontractor.

4.    Contractor acknowledges and agrees that the release of retention under this subparagraph shall not reduce the responsibilities or liabilities of the Contractor or its surety(ies) under the Contract or applicable law."

END OF SECTION

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 171 of 279

SECTION 00 73 02

CONTRACT TIME AND LIQUIDATED DAMAGES

1.1     SUMMARY

A.     This Document specifies the limits of Contract Time and amounts of liquidated damages agreed to be assessed should the Work be incomplete after the limits of Contract Time.

1.2     CONTRACT TIME

A.     The Work shall be commenced within 5 calendar days from issuance of the Notice to Proceed by the City, prosecuted diligently thereafter, and brought to Substantial Completion within the time limit of **490** consecutive calendar days.
   1.     The date of the Notice to Proceed will be set on the Monday immediately following the certification of the Contract as required by the Controller's Office.  If such Monday falls on a City Holiday, then the Notice to Proceed will be set on the following Tuesday after the certification of the Contract.
   2.     The time allowed for achieving Substantial Completion as specified above shall include the time required for public notification, application and approval for all required permits, and submittals prior to start of construction work.

B.     Final Completion shall occur no later than **30** consecutive calendar days after the date of Notice of Substantial Completion.

1.3     LIQUIDATED DAMAGES

A.     The City and Contractor agree that as liquidated damages for delay (but not as a penalty) Contractor shall pay the City and County of San Francisco the sum of two thousand five hundred dollars ($2,500.00) for each calendar day that transpires with the Work not Substantially Completed after the time limit for achieving Substantial Completion specified in Paragraph 1.2A.

B.     In addition, Contractor shall pay the sum of six hundred twenty-five dollars ($ 625.00) for each calendar day that transpires with the Project not Finally Completed after the time limit for achieving Final Completion specified in Paragraph 1.2B.

C.     See Section 00 73 03 for Additional Liquidated Damages, which summarizes, but not limited to, the other liquidated damages included in this Contract.

END OF SECTION

Case: 19-30088     Doc# 13719-2     Filed: 05/10/23     Entered: 05/10/23 14:28:46     Page 172 of 279

SECTION 00 73 03

ADDITIONAL LIQUIDATED DAMAGES

1.1   ENVIRONMENTAL AND SAFETY CONTROLS LIQUIDATED DAMAGES

A.   Contractor will be assessed liquidated damages in the amount of one thousand dollars ($1,000) per calendar day for each day Contractor fails to comply with the requirements for accessibility and placement of barricades. Refer to Section 00 73 27, article Requirements for Placement of Barricades.

B.   The City will monitor air quality as part of the environmental monitoring process.  If the Contractor fails to implement more stringent air pollution and dust controls as directed by the City and/or exceeds any one of the environmental project action levels the Contractor shall be assessed liquidated damages of one thousand dollars ($1,000.00) for each calendar day. Refer to Section 00 73 27, article Air Quality Requirements.

1.2   CONSTRUCTION SCHEDULE LIQUIDATED DAMAGES

A.   Failure to submit the required Construction Schedule shall result in the assessment of liquidated damages in the amount of two hundred dollars ($200.00) per day which the Construction Schedule is delayed for each day beyond the period as specified in Section 01 32 17 – Construction Progress Schedule – Bar Chart.

1.3   TRAFFIC ROUTING LIQUIDATED DAMAGES

A.   Failure to submit the required Traffic Control Plans and Schedule shall result in the assessment of liquidated damages in the amount of Two Hundred Dollars ($200.00) per day which the Traffic Control Plans and Schedule are delayed for each day beyond the required period as specified in Section 01 55 26 - Traffic Control. No contracted work shall commence in the field without approved Traffic Control Plans. If the Contractor commenced work on city streets without having approved Traffic Control Plans on site (emergency work excepted), it shall be grounds for shutdown of work and a fee of Two Thousand Dollars ($2,000.00) each time a shutdown intervention is required in addition to the SFPD's citation.

B.   The Contractor shall restore and maintain the traffic lane requirements in accordance with Section 01 55 26 – Traffic Control.  Unless authorized and directed by the City Representative in writing to do otherwise, the Contractor shall pay liquidated damages in the amount of Five Hundred Dollars ($500.00) per hour, or portion thereof per lane for failure to provide the lane requirements.

1.   In addition, if the Contractor's failure to provide the required traffic lanes causes traffic congestion requiring immediate action by the City to provide Parking Control Officers or Police to control the traffic manually, the Contractor shall pay the City these costs.  The Officers shall be paid at overtime rate for a minimum of two hours.  The Officers shall be paid an additional one hour travel time.

C.   The Contractor shall pay liquidated damages in the amount of Five Hundred Dollars ($500.00) for each solar operated Flashing Arrow Sign and/or Changeable Message Sign (CMS) per calendar day for everyday when the required sign is not furnished and in place in accordance with Section 01 55 26 – Traffic Control.

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 174 of 279

D.  The Contractor shall pay liquidated damages in the amount of Two Hundred Dollars ($200.00) per traffic sign, traffic device, and/or non-skid steel plate per calendar day for everyday when the required sign, traffic device, and/or non-skid steel plate is not furnished and in place in accordance with Section 01 55 26 – Traffic Control.

E.  The Contractor shall pay liquidated damages in the amount of Five Hundred Dollars ($500.00) per calendar day per block or portion of a block for every day when there is no continuous construction activity within 24 hours of the posted effective date and time of the temporary "Tow-Away, No Stopping" zone.

F.  The Contractor shall pay liquidated damages in the amount of Five Thousand Dollars ($5,000.00) per unauthorized bus zone relocation or any other unauthorized use of the temporary bus stop signs.

G.  The Contractor shall pay liquidated damages in the amount of Five Hundred Dollars ($500.00) per parking meter removed by the Contractor without authorization from SFMTA.

H.  The Contractor shall pay liquidated damages in the amount of One Thousand Dollars ($1,000.00) per parking meter misplaced or lost by the Contractor.

I.  The Contractor shall pay liquidated damages in the amount of One Thousand Dollars ($1,000.00) per calendar day for every day when the temporary pavement markings are not furnished and installed in accordance with 01 55 26 – Traffic Control.

1.4    ROADWAY PAVING LIQUIDATED DAMAGES

A.  The Contractor shall pay liquidated damages in the amount of Three Hundred Dollars ($300.00) per calendar day for every day in excess of three (3) consecutive calendar days after the completion of resurfacing surrounding castings, which are the responsibility of the Contractor to adjust to the new pavement grade, for every casting that has not been adjusted and paved around.  Refer to Section 32 17 53, Adjustment of Frames and Castings.

B.  The Contractor shall pay liquidated damages in the amount of Three Hundred Dollars ($300.00) per each casting, per calendar day in excess of two (2) consecutive calendar days after the completion of casting adjustment, for not restoring asphalt concrete paving around the adjusted City-owned casting.

C.  The Contractor shall pay liquidated damages in the amount of Three Hundred Dollars ($300.00) per casting, per calendar day in excess of one (1) calendar day after final paving, for every casting left covered and inaccessible.

D.  The Contractor shall pay liquidated damages in the amount of Five Hundred Dollars ($500.00) per temporary hot asphalt fill paving not constructed on concrete base repair per calendar day for every day in excess of three (3) consecutive calendar days after placement of concrete base.

E.  The Contractor shall pay liquidated damages in the amount of Three Hundred Dollars ($300.00) per temporary asphalt concrete wedge or ramp per calendar day for every day the temporary wedge or ramp is not constructed in violation of Section 31 01 16.71, Cold Milling Asphalt Paving.

F.  The Contractor shall pay liquidated damages in the amount of Five Hundred Dollars ($500.00) per calendar day for every day materials are left on any part of streets, sidewalks, and traffic islands in violation of the cleaning up and removing debris

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page
175 of 279

requirements under Section 00 72 00 – General Conditions including form lumber and broken barricades.

G.    The Contractor shall pay liquidated damages in the amount of One Thousand Dollars ($1,000.00) per block per calendar day for every day in excess of three (3) consecutive calendar days after any cold planing that the planed area has not been resurfaced.  The three (3) calendar day period shall be from the start day of the cold planing to the completion day of the resurfacing of the particular block.

H.    The Contractor shall pay liquidated damages in the amount of Five Hundred Dollars ($500.00) per calendar day per sign for not providing the required Project Signs.

I.    The Contractor shall pay liquidated damages in the amount of Ten Thousand Dollars ($10,000.00) per calendar day for working without the proper permits. Contractor will be required to stop work and obtain the proper permits.

J.    The Contractor shall pay liquidated damages in the amount of One Thousand Dollars ($1,000.00) per day for excavating without providing Public Notice. The Contractor will be required to stop work and provide the required Public Notice.

K.    The Contractor shall pay liquidated damages in the amount of Two Hundred Fifty Dollars ($250.00) per occurrence for not having the proper permit on site.

1.5    REPORTS FOR LIQUIDATED DAMAGES AND DEDUCTION OF LIQUIDATED DAMAGES

A.    The City Representative shall furnish the Contractor with the weekly progress report showing the date, period of time of violation, and the assessed liquidated damages.  The Contractor will be allowed 15 days from the issuance of the weekly progress report showing the liquidated damages in which to file a written protest setting forth in what respect he differs from the City Representative and any extenuating circumstances, otherwise the decision of the City Representative shall be deemed to have been accepted by the Contractor as correct.

B.    The amount of liquidated damages and cost of remedial actions shall be deducted from the progress and/or final payment to be made to the Contractor.

C.    It is further agreed that payment of liquidated damages under one of the aforementioned conditions will not relieve the Contractor from separate liquidated damage liability under the other conditions, each to the full extent of the specified amount, regardless of whether the times for which liquidated damages are to be paid do or do not run concurrently, or whether either liability is or is not a consequence of the other.

END OF SECTION

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 176 of 279

SECTION 00 73 16

INSURANCE REQUIREMENTS

1.1     SUMMARY

    A.    This Document includes insurance requirements, which amend Article 11 of the General
          Conditions.

1.2     CONTRACTOR'S LIABILITY INSURANCE

    A.    Contractor shall maintain in full force and effect, for the period covered by the Contract, the
          following liability insurance with the following minimum specified coverages or coverages as
          required by laws and regulations, whichever is greater:
          1.    Worker's Compensation in statutory amount, including Employers' Liability coverage
                with limits not less than $1,000,000.00 each accident, injury, or illness.
          2.    Commercial General Liability insurance with limits not less than $1,000,000.00 each
                occurrence, and $2,000,000 general aggregate, combined single limit for bodily injury
                and property damage, including coverage for Contractual Liability, independent
                contractors, Explosion, Collapse, and Underground (XCU), Personal Injury,
                Broadform Property Damage, and completed operations.
          3.    Commercial Automobile Liability insurance with limits not less than $1,000,000.00
                each occurrence combined single limit for bodily injury and property damage,
                including owned, hired or non-owned vehicles, as applicable.

1.3     ADDITIONAL COVERAGES

    A.    Professional Liability Insurance:  In the event that Contractor employs professional
          engineering or land surveyor services for performing field engineering or preparing
          design calculations, plans and specifications, Contractor shall require the retained
          engineers and land surveyors to carry professional liability insurance with limits not less
          than $1,000,000 each claim with respect to negligent acts, errors, or omissions in
          connection with professional services to be provided under this Contract.

1.4     INSURANCE FOR OTHERS

    A.    For general liability and automobile liability insurance, Contractor shall include as additional
          insured, the City, its board members and commissions, and all authorized agents and
          representatives, and members, directors, officers, trustees, agents and employees of any of
          them.

    B.    Other parties to be protected by Contractor's liability insurance shall be as follows:
          1.    City's consultants and/or subconsultants: None.
          2.    Non-City Agencies: None.

1.5     FORMS OF POLICIES AND OTHER INSURANCE REQUIREMENTS

    A.    Before commencement of the Work of this Contract, certificates of insurance and policy
          endorsements in form and with insurers acceptable to the City, evidencing all required
          insurance and with proper endorsements from Contractor's insurance carrier identifying as
          additional insureds the parties indicated under Article "Insurance for Others" above, shall be
          furnished to the City, with complete copies of policies to be furnished to the City promptly
          upon request.  Contractor will be allowed a maximum of 10 working days, after the date on
          which the Contract is awarded, in which to deliver appropriate bond and insurance
          certificates and endorsements.

Case: 19-30088     Doc# 13719-2     Filed: 05/10/23     Entered: 05/10/23 14:28:46     Page
178 of 279

B.  Approval of the insurance by the City shall not relieve or decrease the extent to which Contractor or subcontractor of any tier may be held responsible for payment of any and all damages resulting from its operations.  Contractor shall be responsible for all losses not covered by the policy, excluding damage caused by earthquake and flood consistent with section 7105 of the California Public Contract Code in excess of 5 percent of the Contract Sum, including the deductibles.  All policies of insurance and certificates shall be satisfactory to the City.

C.  The Contractor and its subcontractors shall comply with the provisions of California Labor Code section 3700. Prior to commencing the performance of work, the Contractor and all of its subcontractors shall submit to the awarding department a certificate of insurance against liability for workers compensation or proof of self-insurance in accordance with the provisions of the California Labor Code.

D.  Liability insurance, with an allowable exception for professional liability insurance, shall be on an occurrence basis, and said insurance shall provide that the coverage afforded thereby shall be primary coverage (and non-contributory to any other existing valid and collectable insurance) to the full limit of liability stated in the declaration, and such insurance shall apply separately to each insured against whom claim is made or suit is brought, but the inclusion of more than one insured shall not operate to increase the insurer's limits of liability.

E.  Except for professional liability insurance, should any of the required insurance be provided under a form of coverage that includes an annual general aggregate limit or provides that claims investigation or legal defense costs be included in such annual general aggregate limit, such general annual aggregate limit shall be two times the occurrence limits stipulated. City reserves the right to increase any insurance requirement as needed and as appropriate.

F.  Should any of the required insurance be provided under a claims-made form, Contractor shall maintain such coverage continuously throughout the term of this Contract, and without lapse, for a period 4 years beyond the Contract Final Completion date, to the effect that, should occurrences during the Contract term give rise to claims made after expiration of the Contract, such claims shall be covered by such claims-made policies.

G.  Each such policy shall be endorsed to provide 30 days advance written notice to the City of reduction or non-renewal of coverages or cancellation of coverages for any reason.  All notices shall be made to:

Manager, Contract Administration Division
City and County of San Francisco
1155 Market Street, 4th Floor
San Francisco, CA 94103.

H.  All policies shall be endorsed to provide waivers of subrogation against City.

I.  Contractor, upon notification of receipt by the City of any such notice, shall file with the City a certificate of the required new or renewed policy at least 10 days before the effective date of such cancellation, change or expiration, with a complete copy of the new or renewed policy.

J.  If, at any time during the life of this Contract, Contractor fails to maintain any item of the required insurance in full force and effect, all Work of this Contract may, at City's sole option, be discontinued immediately, and all Contract payments due or that become due will be withheld, until notice is received by the City as provided in the immediately preceding Subparagraph "H" that such insurance has been restored to full force and effect and that the premiums therefor have been paid for a period satisfactory to the City.

K.  Any failure to maintain any item of the required insurance may, at City's sole option, be

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 179 of 279

sufficient cause for termination for default of this Contract.

1.6    QUALIFICATIONS

A.    Insurance companies shall be legally authorized to engage in the business of furnishing insurance in the State of California.  All insurance companies shall have a current A.M. Best Rating not less than "A-,VIII" and shall be satisfactory to the City.

END OF SECTION

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 180 of 279

SECTION 00 73 20

EXISTING UTILITY FACILITIES

1.1     SUMMARY

A.      This Section includes special requirements for existing utilities and underground facilities owned or controlled by any person or entity, private or governmental, referred to herein as "Utility Operators," which may be encountered by Contractor performing the Work.

B.      Utility facilities in public streets that are within the jurisdiction of the Department of Public Works shall be governed by the applicable provisions of the San Francisco Public Works Code, Sections 906, 907, 908, 909, and 910. The Utility Crossings Specifications is based on agreements with non-governmental agencies for removal, support and relocation of privately-owned utility facilities.

1.2     EXISTING UTILITIES INDICATED

A.      The Contract Documents may identify or include utility occupancy drawings or utility reference drawings, hereinafter called "reference drawings," showing the approximate locations and other details, of pipes, conduits, structures and other utility facilities which are based on information and data furnished the City by the Utility Operators.
        1.      Reference drawings do not form part of the Contract Documents. It is understood that the City makes no representation as to the completeness or accuracy of said reference drawings or other information available to Contractor and assumes no responsibility therefor.

B.      With respect to existing utility facilities, the Contractor shall assume the cost and responsibility for the following:
        1.      Reviewing and checking all such reference drawings or information.
        2.      Locating all underground facilities indicated in the reference drawings or other information available to Contractor.
        3.      Coordinating the Work with the Utility Operators and construct the Work to clear existing utility facilities.
        4.      The safety and protection of all such utility facilities as provided in Article 12 of the General Conditions (Section 00 72 00) and repairing damage thereto which may result from the Work.
        5.      Removing, adjusting, and relocating existing utility facilities located in, over or around the location of the Work as necessary to allow the prosecution of the Work, when such work to the existing utility facilities is indicated in the Contract Documents.

1.3     EXISTING UTILITIES NOT INDICATED

A.      Consistent with the provisions of section 4215 of the California Government Code, the City will assume the responsibility for the timely removal, relocation, or protection of existing main or trunk line utilities located on the site of the Work, if such utilities are not identified in the Contract Documents, reference drawings or other information available to Contractor.

B.      Contractor shall notify promptly the City and the Utility Operators in writing, and before further disturbing conditions affected thereby, of such unforeseen or differing utilities it discovers while performing the Work.

C.      Contractor shall negotiate with the Utility Operator, who shall have the sole discretion to perform repairs or relocation work or permit Contractor to do such repairs or relocation work at a reasonable price.

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 182 of 279

D. For Work which physically conflicts with existing non-City owned utilities that were not indicated in the Contract Documents, the Contractor shall seek reimbursement for additional cost incurred from the non-City Utility Operator.

E. For Work which physically conflicts with existing City owned utilities that were not indicated in the Contract Documents, the Contractor will be compensated per Subsection 1.4

F. Contractor will be granted a non-compensable time extension and shall not be assessed liquidated damages for delay in completion of the Work if the delay was caused by such existing main or trunk line utilities in direct conflict with the Work and not indicated in the Contract Documents, reference drawings or other information available to Contractor.

G. Contractor shall not be entitled to any adjustment in the Contract Sum or Time if the extra work could have been avoided by:
1. reasonable examination, investigation, exploration, test or study of the site and contiguous areas as required by the Contractor to locate all underground utility facilities and coordinate such existing utilities with the work prior to commencing the Work; or
2. reasonable inference from the presence of other visible facilities, such as buildings, meter, utility castings, junction boxes, vaults, and etc., to locate all underground utility facilities and coordinate such existing utilities with the Work prior to commencing the Work.

1.4 GOVERNMENTAL FACILITIES IN THE CITY OF SAN FRANCISCO

A. Contractor shall satisfactorily support, work around, and protect, as approved by the City, all facilities, whether shown on the Drawings or not, which exist within any excavation and which are owned or controlled, and maintained, by a City department or other authority in the exercise of a governmental function, including, but not limited to, traffic control, lighting, police communication and fire alarm systems, and all conduits, wiring and related appurtenances for such systems; sewers and sewer structures; Water Enterprise facilities; pipes and facilities of the Auxiliary Water Supply System for Fire Protection; the Municipal Railway and Hetch Hetchy Water and Power overhead lines and power feeder systems serving the Municipal Railway; and other Hetch Hetchy Water and Power facilities.
1. Municipal Railway facilities, Hetch Hetchy Water and Power facilities serving the Municipal Railway, and other Hetch Hetchy Water and Power facilities, if encountered, shall be supported in a manner satisfactory to the City.
2. Auxiliary Water Supply for Fire Protection facilities, if encountered, shall be supported by a minimum of one cable with turnbuckle, a strongback, and a beam spanning the trench; however, where a joint falls within the trench area, a cable with turnbuckle shall be placed on each side of the joint. All such support work shall be subject to the approval of the City before commencement thereof. After supports are removed and the pipe is sufficiently supported by partial backfill, but with the joints exposed, the pipe shall be subjected to a hydrostatic field test of 350 psi pressure in accordance with section 908.22 of the DPW Standard Specifications (refer to Division 1 for reference standards) before final backfill is placed. If a joint is visibly wet, Contractor shall repair the joint in accordance with section 910 of the DPW Standard Specifications.
3. If vitrified clay pipe side sewers or culverts are encountered, Contractor may elect, in lieu of supporting such side sewers and culverts, to cut and restore those portions of the side sewers and culverts which obstruct the prosecution of the Work, provided that it complies with the provision of section 301 of the DPW Standard Specifications regarding the handling and disposal of seepage, storm water and sewage.
4. Water Enterprise facilities, if encountered, shall be supported as follows:
a. Push-on joint pipes: Pipes shall be supported by a minimum of one cable with turnbuckle, a pipe clamp and a beam spanning the trench; however, where a

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 183 of 279

               joint falls within a trench area, a cable with turnbuckle and pipe clamp shall be placed on each side of the joint.

    b.    Copper tubing and plastic pipes (service pipes 2 inches or smaller in diameter): If the trench is less than 8-foot wide, no support is required. For trenches wider than 8 feet, one support is required for every additional 8 feet or part thereof.

    c.    Steel welded pipes: Pipes shall be supported in a manner satisfactory to the General Manager of the Public Utilities Commission of the City and County of San Francisco.

    d.    Contractor shall submit support designs for approval and start work only with approved support designs.

5.    The adjustment of manhole castings and other castings of governmental facilities, and the paving adjacent thereto, shall be done in accordance with the requirements of section 217 of the DPW Standard Specifications.

B.    Supporting, working around, and protecting existing governmental facilities indicated in the Contract Documents, reference drawings or other information available to Contractor shall be considered incidental work and no direct or additional payment will be made therefor.

C.    Governmental facilities not shown on the Contract Documents, reference drawings or other information available to Contractor that require removal, adjustment or relocation to avoid direct physical conflict with the facilities to be constructed under the Contract shall:

1.    be removed or adjusted by Contractor in accordance with the provisions of the Contract Documents; or

2.    in the absence of such provisions, be removed or adjusted by Contractor on a force account basis as set forth in Paragraph 6.07 of General Conditions (Section 00 72 00); or

3.    be removed or adjusted by other suitable procedure at the City's expense.

1.5    NON-GOVERNMENTAL FACILITIES IN THE CITY OF SAN FRANCISCO

A.    The procedure to be followed with respect to non-governmental utility facilities owned or controlled by any person, company, firm or corporation, in the exercise of a proprietary function is covered by sections 906, 907, 908, 909, and 910 of the San Francisco Public Works Code (part II, chapter X, of the Municipal Code).

B.    The method of application of the provisions of these Public Works Code sections is described in the following subparagraphs:

1.    If the cost of removing or adjusting a utility facility, (a) materially exceeds the cost of so modifying the Work that it can be done satisfactorily without the removal or adjustment of the facility, or (b) materially exceeds the increase in the cost of Contractor's operations that would be occasioned to it by the uninterrupted presence of the facility if it were not removed or adjusted, then, in either case, the City will, if requested by the Utility Operator, waive the requirement that the facility be removed or adjusted and allow it to remain in place, provided that (1) the Utility Operator obtains the consent of Contractor to such waiver in return for such compensation, if any, by the Utility Operator as may be just and equitable and no expense is occasioned either directly or indirectly to the City by such waiver, (2) the City determines that it is economically and technically feasible to change the Project design without affecting its performance, and (3) the Utility Operator agrees to compensate the City for the expense, if any, of revising the Drawings and Specifications as necessary to accomplish the appropriate modification of the Work. Should a Utility Operator, in satisfying the requirements of the immediately preceding subparagraph, notify Contractor of its intention to leave the facility in place, Contractor shall, within 10 days, furnish to the Utility Operator a quotation covering the entire cost of supporting, working around or protecting, as necessary, such

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page
184 of 279

facility. In the event a Utility Operator and Contractor cannot agree upon the amount of the compensation, if any, to be paid by the Utility Operator to Contractor, then the Director of the Department of Public Works, with or without the consent of Contractor, will, if he or she determines that it would be uneconomical and contrary to the public interest to remove or adjust the utility facility, and if the Utility Operator promises in writing to pay to the City the amount of the expense incurred by the City under the Change Order next hereinafter mentioned, waive the requirement that the facility be removed or adjusted and will issue an appropriate Change Order to Contractor in accordance with the provisions of Article 6 of the General Conditions (Section 00 72 00) to modify the Work or to modify its operations, as the case may be, as necessary to accommodate the continued presence of the facility.

2.  In lieu of the procedures set forth in subparagraph 1.5B.1, agreements have been executed between various utility companies and agencies, and the City, enabling such companies and agencies to have included in City contracts the work of supporting, working around, and protecting their facilities. The work of supporting, working around, and protecting such facilities may or may not be included in a contract.  Such work, if included in a contract, will be paid for by the various utility companies and agencies directly to Contractor in conformance with the provisions of the Utility Crossing Specifications (Section 00 73 21).  Requirements for performance of this work are also contained in the Utility Crossing Specifications.  Such work, if not included in a contract, but encountered in the field, shall be subject to the provisions of this Article, excluding this subparagraph 1.5B.2.

C.  Pursuant to the provisions of subparagraphs 1.5B.1 and 1.5B.2, Bidders shall not include in their Bids expense on account of the presence, or possible presence, of non-governmental utility facilities, except only that which might be included for forming around manhole frames and other castings with boxes as specified in section 217 of the DPW Standard Specifications.

D.  If during the course of the Work an unexpected interference by a non-governmental utility facility is discovered, Contractor shall immediately notify the Utility Operator of the interfering facility so that the required procedure outlined in subparagraph 1.5B.1 or 1.5B.2, as applicable, may be followed in a manner to cause no delay in the Work.

1.6  ABANDONED UTILITY FACILITIES

A.  These provisions do not apply to abandoned utility facilities.  Any increase in the cost of Contractor's operations occasioned by the presence and/or removal of abandoned facilities shall be at the sole expense of Contractor and no additional payment will be made by the former Utility Operators or by the City, except that removal of abandoned utility facilities, not shown on the Drawings or specified to be removed, shall be removed by Contractor on a force account basis as provided in Paragraph 6.07 of the General Conditions (Section 00 72 00).

1.6  USE OF PAVEMENT BREAKER ADJACENT TO UTILITY FACILITIES LIMITED

A.  In accordance with the requirements of section 373 of the Public Works Code, Contractor may use pavement breakers or other labor-saving devices; however, the use of any machine or device that breaks pavement by blows struck by a falling or driven hammer or weight is prohibited within a horizontal distance of 6 feet from any gas, sewer, water or Auxiliary Water Supply System pipe, communications duct or any other utility facility.

1.  Such prohibition, however, shall not be construed as barring the use of hand tools or manually operated air tools such as jackhammers.

END OF SECTION

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 185 of 279

SECTION 00 73 21

UTILITY CROSSINGS SPECIFICATIONS (Effective January 2014)

SECTION U1.    SUPPORT, WORK AROUND, AND PROTECT EXISTING UTILITY COMPANY
               FACILITIES-GENERAL SPECIFICATIONS

**General**

Contractor shall support, work around, and protect Pacific Gas and Electric Company (PG&E), Pacific Bell Telephone Company D/B/A AT&T California (AT&T), and Comcast Corp. (Comcast) facilities, as applicable, where shown on the Drawings or where directed, at utility crossings which exist within the excavations and interfere with the prosecution of the work because of their presence.

Such Utility Crossings are defined as occurring where the length of a Utility Main, Duct Structure, or Service (measured along the centerline) is in the excavation area of the City structure not more than 3 times the width of the excavation for excavation widths less than 18 feet.  Excavation width will be the outside diameter or width of the City structure plus 3 feet.

If provided by the Utility Companies prior to advertisement of this Contract, Utility Contract Drawings showing Utility Crossings will be incorporated into the Contract Drawings.  Utility facilities which the Utility Company intends to adjust or abandon thus eliminating the need for Contractor to support, work around, or protect will also be shown.  Estimates of the cost of Utility Crossing work will be included with the Drawings.

Within 30 days of notification of the award of the City contract, PG&E, AT&T, and Comcast, as applicable, will execute a contract or an acceptable document with the City Contractor and will pay said Contractor directly for the work of supporting, working around, and protecting such facilities, according to the Cost of Utility Crossing Schedule, hereinafter set forth.  Where the computed cost of any crossing exceeds $8,781 the Utility Company shall negotiate directly with Contractor on the crossing.

Work at crossings of other non-governmental utility company facilities in public streets shall be in accordance with the provisions of Section  00 73 20, Article 1.5, unless otherwise specified.

Any PG&E, AT&T,  and Comcast, or other non-governmental facilities, as applicable, that require relocation to avoid physical conflict with the facilities to be constructed under this Contract will be relocated by the appropriate Utility Company in accordance with the requirements of Section  00 73 20, Article 1.5, or treated as otherwise allowed therein.  Contractor shall measure the outside diameter or width of utility facilities to the nearest inch and length of crossings to the nearest foot to determine the actual cost of each Utility Crossing according to Cost of Utility Crossing Schedule hereinafter set forth.

Contractor shall keep an itemized record of the Utility Crossing work done, noting any variations from the Utility Contract Drawings and Estimates.  Contractor shall notify the Utility Company and City immediately of any such variations and any disagreement between Contractor and the Utility Companies regarding Utility Crossings will be decided prior to backfilling by the Director of Public Works or his or her designated representative.  The decision of the Director of Public Works will be final. The Contractor's only recourse is to file a claim.  Progress payments shall be made by the applicable Utility Company upon receipt of Contractor's invoice for work done in the amount of $500.00 or more, but not more often than once every 30 days.

**Utility Co. Facility Support, Etc., Work Located in Contract but Utility Contract Drawings Omitted from Contract**

In the event that Utility Contract Drawings from PG&E, AT&T, and Comcast, as applicable, are not included in the Contract but the Estimate and General Location of the Support, Work Around and Protect Work are

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page
186 of 279

known and included in the Contract, all such work performed will be paid for by the Utility according to the Cost of Utility Crossing Schedule hereinafter set forth.

Abandoned and other facilities which the DPW Standard Specifications provide may be cut or treated by Contractor at its expense are excluded from this coverage.

**Utility Co. Facility Support, Etc., Work Overlooked, Unexpected, and Not Shown on Utility Contract Drawings, but Ownership Known**

Support, Work Around and Protect Work for those Utility Crossings overlooked, unexpected, and not shown on Utility Contract Drawings and Estimates will be paid for by the Utility Company according to the Cost of Utility Crossing Schedule hereinafter set forth plus an additional ten percent surcharge for Contractor's profit and overhead.

Abandoned and other facilities which the DPW Standard Specifications provide may be cut or treated by Contractor at its expense are excluded from this coverage.

**Unexpected or Unidentified Facilities, Ownership Not Known**

If, during the course of the work, an unexpected or unidentified interference is discovered, Contractor shall immediately call this fact to the attention of all Utility Companies, including appropriate City Departments. A period of twenty-four (24) hours, including at least (8) working hours, beginning with the time of receipt of such notice, will be allowed said Utility Companies and City Departments to determine whether ownership is by one of said Utility Companies or City Departments. Disposition shall be in accordance with the applicable requirements of Section 00 73 20, Article 1.5, if such facilities are owned by companies other than PG&E, AT&T, and Comcast. If ownership is by one or more of PG&E, AT&T, and Comcast, disposition shall be as hereinbefore set forth under the heading, "Utility Co. Facility Support, Etc., Work Overlooked, Unexpected, and Not Shown on Utility Contract Drawings, But Ownership Known."

**Duct Structure**

Duct structure is one or more ducts, conduits or pipes, of any size, or a combination of such ducts, conduits or pipes, which are grouped together but which may or may not be banded, encased in concrete, or otherwise incorporated into a solid unit.

**Nested Utility Facilities**

Nested utility facilities are defined as facilities 4 inches or less in outside diameter or width which are less than 3 feet clear distance from each other regardless of ownership. In the case of nested facilities, each crossing shall be paid for according to the Cost of Utility Crossing Schedule reduced by 33-1/3%.

**Abandoned Facilities**

Any increase in the cost of Contractor's operations occasioned by the presence and/or removal of abandoned subsurface facilities shall be handled in accordance with section 700.09 of the DPW Standard Specifications.

**Third Party Insurance**

Contractor shall provide third party insurance naming the affected Utility Company or Utility Companies in addition to the City as an insured against claims for property damage and personal liability arising directly or indirectly from Utility work performed by Contractor.

**Cost of Utility Crossing Schedules (Effective January 2014)**

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 187 of 279

Cost of Utility Crossing shall be equal to Fixed Cost plus ("+") Support Cost, scheduled by length of crossing (Groups I, II, and III) as follows.  In the following schedules the maximum outside diameter shall mean outside diameter of pipe, conduit, service, duct or main excluding any fittings, bells, or gate valves, and width shall mean the distance measured horizontally across the duct structure.

Group I (length of crossing less than 6 feet):

| Maximum Outside Diameter Of Main And Service Or Width Of Duct Structure | Fixed Cost | Support Cost Per Foot of Length of Crossing |
|---|---|---|
| 4 inches or less | $494 | 0 |
| 4 inches to 20 inches | $494 + $82 per inch over 4 inches | 0 |
| Over 20 inches | $1,810 + $137 per inch over 20 inches | 0 |

Group II (length of crossing 6 to 12 feet):

| Maximum Outside Diameter Of Main And Service Or Width Of Duct Structure | Fixed Cost | Support Cost Per Foot of Length of Crossing Over Six Feet |
|---|---|---|
| 4 inches or less | $631 | $82 |
| 4 inches to 20 inches | $631 + $88 per inch over 4 inches | $82 |
| Over 20 inches | $2,035 + $148 per inch over 20 inches | $82 |

Group III (length of crossing greater than 12 feet):

| Maximum Outside Diameter Of Main And Service Or Width Of Duct Structure | Fixed Cost | Support Cost Per Foot of Length of Crossing Over Twelve Feet |
|---|---|---|
| 4 inches or less | $1,125 | $110 |
| 4 inches to 20 inches | $1,125 + $99 per inch over 4 inches | $110 |
| Over 20 inches | $2,704 + $164 per inch over 20 inches | $137 |

SECTION U2.    SUPPORT, WORK AROUND, AND PROTECT EXISTING PACIFIC GAS AND ELECTRIC COMPANY (PG&E) UNDERGROUND FACILITIES - STANDARD TECHNICAL SPECIFICATIONS

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 188 of 279

The requirements for supporting, working around, and protecting existing Pacific Gas and Electric Company (PG&E) underground electric, gas and steam facilities are as follows:

For pipe and conduit in sizes up to and including 6 inches inside diameter, spans of less than 6 feet shall be considered self-supporting unless otherwise directed by the City or by the PG&E inspector through the City Representative. Spans of 6 feet and more, but not to exceed 12 feet, shall be supported by a beam with at least one cable and turnbuckle. For spans over 12 feet, an additional cable and turnbuckle shall be installed for each additional 6 feet or fraction thereof of span. Cables and turnbuckles shall be located to support joints, valves and other fittings. Cast iron joints and valves, where encountered, shall be supported on both sides.

For pipe and conduit in sizes larger than 6 inches inside diameter, spans shall be supported by beams with cables and turnbuckles located at intervals not to exceed ten times the diameter of the pipe measured in inches, unless otherwise directed by the City or PG&E inspector through the City Representative. Cable and turnbuckles shall be located to support joints, valves, and other fittings. Cast iron joints and valves, where encountered, shall be supported on both sides.

Concrete-encased duct lines and/or concrete-encased steam lines shall not be considered as self-supporting, but may be so designated by the City or PG&E inspector through the City Representative, upon a visual examination of the concrete envelope.

Beams, cables and turnbuckles for supporting steel pipe and/or conduit shall be adequately sized to limit the deflection so as not to exceed length of span in feet divided by 360.

**Length of span in feet**

Beams, cables and turnbuckles used for supporting cast iron pipe shall be adequately sized to insure that no deflection will occur.

Beams, cables and turnbuckles used for supporting concrete encased duct lines and/or concrete encased steam lines shall be adequately sized and spaced to insure that no deflection will occur.

For multi-way conduits, spacers shall be placed to maintain conduit separation at point of support. 2-inch x 4-inch wood softeners shall be used with all cable slings to prevent damage to pipe, coating, wrapping or concrete encasement. However, slings supporting unreinforced concrete encased pipe must also incorporate strongbacks to prevent cracking of concrete.

Contractor shall exercise due care to avoid damage to pipe and pipe coatings, wrapping or concrete encasement. Should Contractor damage or displace any PG&E facility Contractor shall notify the PG&E immediately by calling Gas Dispatch at 995-5666 (gas and electric facilities). Repairs or replacements will be made by the PG&E. However, all expenses in connection therewith shall be borne solely by Contractor. Contractor shall notify the PG&E Inspection Department at 695-3358 one week prior to excavating so that all crossings can be verified.

SECTION U3.    SUPPORT, WORK AROUND, AND PROTECT EXISTING PACIFIC BELL TELEPHONE COMPANY D/B/A AT&T CALIFORNIA (AT&T) UNDERGROUND FACILITIES - STANDARD TECHNICAL SPECIFICATIONS

**General**

The requirements for supporting, working around, and protecting existing AT&T underground facilities are as follows:

**Requirements for Supporting AT&T Ducts**

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 189 of 279

A single duct spanning less than 6 feet shall be considered self-supporting unless otherwise directed by the City or by the AT&T inspector through the City Representative.

A single duct spanning more than 6 feet shall be supported by a beam with at least one cable and turnbuckle.  For spans over 12 feet, an additional cable and turnbuckle shall be installed for each additional 6 feet or fraction thereof of span.  Cables and turnbuckles shall be located to support duct joints.

Duct structures consisting of 2 or more single ducts not encased in concrete and spanning more than 4 feet, shall be banded with at least 2 bands and supported by a beam with at least one cable and turnbuckle.  For spans over 8 feet, an additional set of bands, cable and turnbuckle shall be installed for each additional 4 feet or fraction thereof of span.  Banding of ducts shall be done in such a manner as to not distort the normal configuration of the structure.

Duct structures consisting of 2 or more single ducts, encased in concrete and spanning more than 4 feet, shall be supported by a beam with at least one cable and turnbuckle.  For spans over 8 feet, an additional cable and turnbuckle shall be installed for each additional 4 feet or fraction thereof of span.

Multiple-duct structures of vitrified clay and/or concrete shall be supported for the complete width of the trench.  The support shall consist of planking or beams equal in width to the width of the structure and banded to it.  This structure in turn shall be supported by a beam with at least one cable and turnbuckle placed every 4 feet or fraction thereof so as to maintain the existing position and alignment of the duct structure.

Duct structures consisting of dissimilar conduit materials shall be supported in the manner applicable to the most fragile portion of the structure.

**Requirements for Protecting AT&T Ducts**

Single ducts shall be protected if required.  This determination will be made by the City or by the AT&T inspector through the City Representative.

Duct structures having top and bottom wood planking or encased in concrete will not require additional protection unless otherwise directed by the City or by the AT&T inspector through the City Representative.

All other multiple duct structures, with the exception of steel pipe in good condition, shall be protected by the placement of wood planking or sheeting no less than 1/2-inch in thickness and equal in width to the width of the structure.

**Damage or Displacement of AT&T Facilities**

Should Contractor damage or displace any AT&T owned facility, the Cable Maintenance Department of AT&T shall be notified immediately by calling 863-6906.  Repairs or replacements will be made by AT&T.  However, all expenses in connection therewith shall be borne solely by Contractor.

SECTION U4.   SUPPORT, WORK AROUND, AND PROTECT EXISTING COMCAST CORP.
              (COMCAST) UNDERGROUND FACILITIES - STANDARD TECHNICAL
              SPECIFICATIONS

**General**

The requirements for supporting, working around, and protecting existing Comcast underground facilities are as follows:

**Requirements for Supporting Comcast Corp. Ducts**

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page
190 of 279

A single duct spanning less than six (6) feet shall be considered self-supporting, unless otherwise directed by the Comcast engineering coordinator or the Comcast inspector, through the City Representative.

A single duct spanning more than six (6) feet shall be supported by a beam with at least one cable and turnbuckle. For spans over twelve (12) feet, an additional cable and turnbuckle shall be installed for each additional six (6) feet or fraction thereof of span. Cables and turnbuckles shall be located to support duct joints.

Duct Structures consisting of two (2) or more single ducts spanning more than four (4) feet shall be banded with at least two (2) bands and supported by a beam with at least one (1) cable and turnbuckle. For spans over eight (8) feet an additional set of bands, cable, and turnbuckle shall be installed for each additional four (4) feet or fraction thereof of span. Banding of ducts shall be done in such a manner as to not distort the normal configuration of the structure.

Duct structures consisting of dissimilar conduit materials shall be supported in the manner applicable to the most fragile portion of the structure.

**Requirements for Protecting Comcast Ducts**

Single ducts shall be protected if required. This determination will be made by the Comcast engineering coordinator or by the Comcast Corp. inspector, through the City Representative.

Duct Structure having top and bottom wood planking will not require additional protection unless otherwise directed by the Comcast engineering coordinator or the Comcast Corp. inspector through the City Representative.

All other multiple duct structures shall be protected by the placement of wood planking or sheeting no less than 1/2-inch in thickness and equal in width to the width of the structure.

**Damage or Displacement of Comcast Facilities**

Should Contractor damage or displace any Comcast owned facility the proper authorities shall be notified immediately by calling (888) 824-8219. Repairs or replacements will be made by Comcast. However, all expenses in connection therewith shall be borne solely by Contractor.

SECTION U5. SUPPORT, WORK AROUND, AND PROTECT EXISTING MUNI TRANSIT POWER (MTP) UNDERGROUND FACILITIES - STANDARD TECHNICAL SPECIFICATIONS

**General**

The requirements for supporting, working around, and protecting existing Muni Transit Power (MTP) underground conduit and ducts are as follows:
**Requirements for Supporting MTP Conduits and Ducts**

Steel conduit spanning less than six feet shall be considered self-supporting unless otherwise directed by the City or by the MTP inspector through the City Representative.

Steel conduit spanning six feet and more shall be supported by a beam with at least one cable and turnbuckle. For spans over 12 feet, an additional cable and turnbuckle shall be installed for each additional six feet or fraction thereof of span. Cables and turnbuckles shall be located to support duct joints.

Beams, cables and turnbuckles for supporting steel conduit shall be adequately sized to limit the deflection so as not to exceed length of span in feet divided by 360.

Case: 19-30088 Doc# 13719-2 Filed: 05/10/23 Entered: 05/10/23 14:28:46 Page 191 of 279

Spacers shall be placed between multiple conduits in a manner to maintain conduit separation at points of support.

Concrete-encased ducts spanning more than four feet shall be supported by a beam with at least one cable and turnbuckle.  For spans over eight feet, an additional cable and turnbuckle shall be installed for each additional four feet or fraction thereof of span for the complete width of the excavation.

Beams, cables and turnbuckles for supporting concrete-encased duct lines shall be adequately sized and spaced to insure that no deflection will occur.

Contractor shall provide adequate support and protection to prevent differential movement at the juncture of manholes and duct banks.

Duct structures consisting of dissimilar conduit materials shall be supported in the manner applicable to the most fragile portion of the structure.

**Requirements for Protecting MTP Conduits and Ducts**

Steel conduit shall be protected if required.  This determination will be made by the City or by the MTP inspector through the City Representative.

Duct structures having top and/or bottom wood planking or encased in concrete will not require additional protection unless otherwise directed by the City or by the MTP inspector through the City Representative.

All other duct structures, such as unprotected tile and the like, shall be adequately protected by the placement of wood planking or sheeting no less than 1/2-inch in thickness and equal in width to the width of the structure.  The top, bottom and sides shall be covered as necessary, depending on Contractor's operations and the conditions of the work.

**Damage or Displacement of MTP Facilities**

Should Contractor damage or displace any MTP-owned facility, the General Superintendent of Facilities Maintenance shall be notified immediately by calling 554-9221.  Repairs or replacements will be made by MTP.  However, all expenses in connection therewith shall be borne solely by Contractor.

**Conduits to Pole Risers to be Considered as Services**

For the purpose of payment, conduits that run directly from a manhole or pull box to a pole riser shall be considered to be a service and will be paid for according to the Cost of Utility Crossing Schedule.

END OF SECTION

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 192 of 279

SECTION 00 73 25

ARCHAEOLOGICAL CONDITIONS

1.1    SUMMARY

A.    This Document includes procedures to provide for protection, removal, or investigation of archaeological findings, and to provide Contractor such compensation or relief as may be appropriate for unforeseen work or for work suspension directed by the City under the provisions of the Contract Documents.

B.    Pursuant to the National Historic Preservation Act of 1966, (16 U.S.C. 470) and PRM 75-27, the City intends to provide for the preservation and protection of such material of an archaeological nature as may be of scientific or historical value.

1.2    DISCOVERY OF ARCHAEOLOGICAL FINDS

A.    If potential historical, architectural, archaeological, or cultural resources are discovered at the Site, the following procedures are to be instituted:
    1.    Promptly report all subsurface archaeological finds to the City. Prehistoric finds shall also be reported to local Native American organizations.
    2.    The City will issue a written order to suspend Work in accordance with Paragraph 14.02 of the General Conditions directing Contractor to cease all construction operations only at the location of such potential cultural resources find.
    3.    The City's archaeologist will assess the significance of the find, and immediately report to the City Environmental Review Officer (ERO), who will recommend specific additional mitigation measures as necessary to minimize potential effects on cultural resources. Such mitigation measures may include additional site security; on-site investigations by an archaeologist; and documentation, preservation, and recovery of cultural materials. Following review and approval of the City archaeologist's report by the ERO, copies of the final report will be sent to the California Archaeological Site Survey Northwest Information Center and the President of the Landmarks Preservation Advisory Board.

B.    Cost or time impacts as a result of a suspension under this Document shall be resolved as provided in the General Conditions. Refer to Article 6 for Changes and Article 13 for Claims.

C.    For Work suspensions there shall be no compensation to Contractor for any delays up to a total of 20 working days due to the City's order to suspend Work.

END OF SECTION

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 194 of 279

SECTION 00 73 27

SPECIFIC PROJECT REQUIREMENTS

1.1   SUMMARY

A.   This Section includes special project conditions, environmental mitigation measures, and requirements for accessibility, controlling construction noise, use of potable water for construction, excavation in the public right of way, and air and water quality to comply with City regulations affecting construction Work at the Site.

B.   All requirements in this Section are incidental work, unless specified otherwise.

C.   Any and all provisions herein shall be applicable as to all work performed within the City and County of San Francisco.
    1.   As for work performed outside the legal and geographical boundaries of the City and County of San Francisco, Contractor shall comply with any and all applicable federal, state, and/or local regulations concerning any and all matters addressed by Section 00 73 27 herein.
    2.   Contractor shall be solely responsible and fully liable for any and all failures to comply with the aforementioned regulations, and shall unconditionally and fully indemnify the City for any damages resulting therefrom.

1.2   PROJECT CONDITIONS

A.   Contractor shall be responsible for all costs necessary to prevent its operations from violating any federal, state, or local governmental regulations and the requirements of the Contract Documents.

B.   If Contractor does not observe said regulations or the requirements specified herein, or promptly take all required remedial actions to the City's satisfaction, the City will withhold progress payments to Contractor until satisfactory compliance has been accomplished.

C.   The City will monitor Contractor's adherence to the requirements specified herein and will report on Contractor's compliance pursuant to California Assembly Bill 3180 (chapter 1232).
    1.   Said monitoring and reporting activities may include, but are not limited to, qualitative, quantitative and video observations and data collection on the impacts of noise, air quality, traffic, street pavement damage, water quality, archaeology, and hazardous materials.
    2.   Contractor shall cooperate with such monitoring activities, provide access to the Work Site to establish and secure monitoring stations, and make its facilities and records available to the City for performing such monitoring.

D.   Contractor shall be informed about, coordinate, schedule, and perform Work in consideration of adjacent property owners and other activities and construction work in the area.
    1.   Contractor will be granted an equitable time extension for Unavoidable Delays caused by the City subject to the provisions of Paragraph 7.02 of the General Conditions.

1.3   CONSTRUCTION NOISE REQUIREMENTS

A.   Contractor shall comply with the City's Noise Control Ordinance (article 29 of the San Francisco Police Code, Ordinance No. 274-72).
    1.   Contractor shall be responsible for fines or violations pertaining to these ordinances, at no cost to the City.

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 196 of 279

2. Provide advance notice to residents and affected businesses in the area of the Site of times, dates and location of construction activities.
3. Coordinate and schedule Contractor's construction operations to conform to all City requirements and restrictions.
4. Contractor shall implement mitigation controls to ensure compliance with the construction noise levels allowed. The maximum noise level from any powered construction equipment shall not be greater than 80dBA at 100 feet. This translates to 86dBA at 50 feet (dual units not applicable, as these are specific field and instrument measurements).

B. Use appropriate construction methods and equipment and furnish and install acoustical barriers so that noise emanating from the construction will not exceed noise levels pursuant to the City's Noise Control Ordinance.
1. Muffle and shield intakes and exhausts, shroud or shield impact tools, as feasible,
2. Use electric-powered rather than diesel-powered construction equipment,
3. Enclose equipment such as large compressors, generators, and large de-watering pumps at a minimum in one-inch-thickness plywood sheds.
4. Equip pavement breakers and jackhammers with acoustically attenuating shield or shrouds.
5. Select haul routes that minimize intrusion to residential areas.
6. Select construction processes and techniques that create the lowest noise levels.

C. Prepare a written Noise Control Program to mitigate the construction noise impacts and to comply with the noise criteria specified herein, including the method of construction, the equipment to be used, and acoustical treatments as necessary. Implement the program and keep a copy at the project site to be submitted to the City Representative upon request.

D. The City, at its own discretion, will monitor construction noise as part of the environmental monitoring process. When noise levels exceed the noise limits pursuant to article 29 of the San Francisco Police Code, Contractor shall stop work for alternate methods and equipment or place restrictions on construction operations to further limit the noise as directed by the City.

1.4   NIGHT AND WEEKEND NOISE REQUIREMENTS

A. Except as specifically set forth in these Specifications, Contractor shall not perform work between the hours of 8:00 p.m. and 7:00 a.m. of the following day if the noise level created thereby is in excess of the ambient noise level by 5 dBA at the nearest property line, unless a noise permit therefor has been obtained pursuant to the Police Code section 2908.
1. Apply for City noise permits through the City Representative at least 3 working days in advance of night (i.e., between 8:00 p.m. and 7:00 a.m.), weekend, and holiday work. The requirements of the Contract Documents, including safety requirements, shall apply for all night, weekend, and holiday work performed.
2. If Contractor is directed in the Contract Documents or by special written notice from the City Representative to perform any part of the work between the hours of 8 p.m. and 7 a.m. or on weekends or holidays, the Contractor must obtain and comply with a City noise permit prior to starting any work. The noise permit shall be obtained from and approved by Bureau of Street Use and Mapping, 1155 Market Street, 3rd Floor, San Francisco, CA 94103.
3. Refer to Section 00 72 00 for definition of Regular Working Hours.

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 197 of 279

1.5     REQUIREMENTS FOR PLACEMENT OF BARRICADES

A.     Comply with the requirements of San Francisco Department of Public Works Guidelines for the Placement of Barricades at Construction Sites (DPW Order No. 167,840).  Refer to this website for a copy of DPW Order No. 167,840: http://www.sfdpw.org/index.aspx?page=295

B.     Provide and maintain at least one accessible path-of-travel for pedestrians around the construction site consistent with applicable federal, state, and local laws, including the Americans with Disabilities Act and the California Building Code (Title 24, Part 2, Accessibility Standards).

C.     Contractor will be assessed liquidated damages in the amount of one thousand dollars ($1,000) per calendar day for each day Contractor fails to comply with the requirements for accessibility and placement of barricades.

1.6     REQUIREMENTS FOR USING WATER FOR CONSTRUCTION

A.     Comply with Ordinance #175-91, article 21, sections 1100 to 1107 of the San Francisco Municipal Code (Public Works Code), restricting the use of potable water for soil compaction and dust control activities, to the extent not directly in conflict with any applicable federal, state, and local law.

B.     Secondary effluent is available at no cost to Contractor from the Southeast Water Pollution Control Plant at 750 Phelps Street, San Francisco, from 8:00 a.m. to 5:00 p.m. on weekdays and Saturdays.
       1.     Contractor shall be responsible for handling and trucking of secondary effluent at no cost to the City.
       2.     A permit is required to obtain reclaimed water from the City. Contact the Watch 6 Chief at (415) 648-6882 x 1378 at least three (3) days prior to the date that reclaimed water is required.  The Contractor will be responsible for the handling and transportation of reclaimed water as well as any permit and discharge fees.

C.     Should Contractor require use of potable water for soil compaction or dust control activities, Contractor shall apply for and obtain an exemption pursuant to Ordinance #175-91, article 21, prior to its use.
       1.     Applications shall be sent to:

              Department of Public Health
              Environmental Health Section
              1390 Market Street, Room 910
              San Francisco, CA 94102
              Telephone (415) 252-3945.

       2.     Pursuant to Ordinance #175-91 permission for said use of potable water may be granted by the General Manager of the San Francisco Water Department.

D.     Potable Water:
       1.     Arrange with the San Francisco Water Department (415) 923-2520 to provide potable water obtained by connecting to City water systems.
       2.     Water may also be available from the fire hydrants located in the streets.   Obtain permission from and fill an application with the San Francisco Water Department (415) 923-2488.
       3.     Pay the costs of permit fees, connection fees, meters, and all water usage furnished by the San Francisco Water Department under the water service account established above.  The city will not reimburse these costs.

Case: 19-30088     Doc# 13719-2     Filed: 05/10/23     Entered: 05/10/23 14:28:46     Page 198 of 279

1.7    AIR QUALITY REQUIREMENTS

A.    The Contractor shall provide dust control measures during construction in accordance with the requirements of the Contract Documents. Prior to starting Work at the site, the Contractor shall prepare a Dust Control Program to minimize potential public health impacts associated with visible dust emissions and air quality pollutants.  Said dust control program shall include measures to minimize impacts to sensitive receptors associated with exposure to respirable nuisance dust (PM10) and the following requirements to achieve a goal of "No Visible Emissions". The Contractor shall implement the dust control program for the project duration and maintain a copy at the project site to be submitted to the City Representative upon request.

B.    Comply with the following requirements in accordance with San Francisco Department of Public Works Dust Control Order (DPW Order No. 171,378).  Failure to comply with DPW Order No. 171,378 shall subject Contractor to fines of $1,000 per day for each day a violation is not corrected.

1.    Minimize dust generation to reduce health risks to workers and the public.
2.    Mist the immediate demolition area with a water spray to prevent airborne dust particles.
3.    Perform continuous water spraying during dust generating activities. Mist or spray in such a way as to prevent puddling or generation of runoff.
4.    Use dust enclosures, curtains, and dust collectors as necessary to control dust. The City may request dust scrubbers installation during demolition to minimize dust migration in the project site's occupied areas.
5.    Minimize the amount of demolition debris stored at the Site.  Remove demolition debris, with the exception of hazardous materials or suspected hazardous materials, from the Site no later than the end of each workday.
6.    If hazardous materials or suspected hazardous materials are stored on Site, store such materials in accordance with all applicable Cal/EPA regulations, including providing storage in proper containers and protection from exposure to the elements. Remove such materials from the Site as soon as possible for disposal or recycling in accordance with applicable laws and regulations.
7.    Keep the Site and adjacent areas clean and perform wet sweeping at the end of each shift.
8.    Load haul trucks, hauling debris, soils, sand or other such materials so that the material does not extend above the walls or back of the truck bed.  Wet before covering and tightly cover the surface of each load before the haul truck leaves the loading area.
9.    Clean up spillage on City streets, whether directly or indirectly caused by Contractor's operations.
10.    Stockpiles soil, sand and other materials; shall be covered and protected at the end of the shift

C.    Comply with the requirements of the Bay Area Air Quality Management District (BAAQMD) regulation 6 (for particulate matter and visible emissions), regulation 7 "Odorous Substances," regulation 11 "Hazardous Pollutants," and the California Health and Safety Code division 26 "Air Resource", chapter 3 "Emission Limitations", section 41700 "Prohibited Conduct," and related regulations.  Notify the BAAQMD 10 working days prior to commencing demolition or hazardous materials abatement work.

1.    Such notification shall include the names and addresses of operations and persons responsible; description and location of the structure to be demolished or altered including size, age and prior use, and the approximate amount of friable asbestos; scheduled starting and completion dates of demolition or abatement; nature of planned work and methods to be employed; procedures to be employed to meet BAAQMD requirements; and the name and location of the disposal site.

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 199 of 279

    2.     The BBAQMD randomly inspects removal operations and will respond to any complaints received.  Cooperate and facilitate all BAAQMD authorized inspections.

D.    Implement the specific air pollution controls to reduce exhaust emissions of particulate matter and other pollutants from construction and related equipment, to a less significant level, by:

1.    Preventing the accumulation of toxic concentrations of chemicals.
2.    Preventing harmful or obnoxious dispersal of pollutants into the atmosphere.
3.    Limiting vehicle speed limit on unpaved roads to 15 miles per hour (mph).
4.    Prohibiting idling motors when equipment is not in use or when truck are waiting in queues.  The idling time of all construction equipment used at the site shall not exceed five (5) minutes.
5.    Limit the hours of operation of heavy-duty equipment and/or amount of equipment in use to what is needed.
6.    All equipment shall be properly tuned and maintained in accordance with the manufacturer's specifications.
7.    When feasible, alternative fuel or electrical construction equipment shall be used at the project site.
8.    Load haul trucks, excavated materials, hauling debris, soils, sand or other such materials so that the material does not extend above the walls or back of the truck bed.  Wet before covering and tightly cover the surface of each load before the haul truck leaves the loading area.
9.    Clean up spillage on City streets promptly, whether directly or indirectly caused by Contractor's operations.
10.    Any stockpiles of excavated materials, backfill, import materials; sand, gravel, road base and soil shall be shall be stored in staging areas approved by the City and shall be completely covered with a 10 ml (0.01 inch) polyethylene plastic or equivalent tarp and braced down and secured daily at the end of the shift.  The Contractor shall maintain the covers throughout their use.
11.    During all excavation and dirt moving activities, wet sweep/vacuum the streets, sidewalks, paths and intersections where work is in progress at least three (3) times per shift per day and once at the end of the shift as directed by the City.
12.    For wet sweeping use a vacuum sweeper vehicle with sufficient suction to ensure that the vehicle does not blow dust towards neighboring businesses or residences. The city will evaluate the effectiveness of the Contractor's vacuum sweeper and, if necessary, will require the Contractor to provide a more powerful and effective vehicle.
13.    Vehicles entering or exiting construction areas shall travel at a speed of no more than 15 mph to minimize dust emissions and follow the approved traffic routes.
14.    Wheel washers shall be installed and used to clean truck and equipment tires leaving the construction site.  If wheel washers cannot be installed, tires and spoils trucks shall be washed off before they re-enter City streets to minimize deposition of dust-causing materials.
15.    Wet down areas around soil improvement operations, visibly dry disturbed soil surface areas and visibly dry disturbed unpaved driveways at least three (3) times per shift per day or more as needed as directed by the City.

## 1.8    MAINTENANCE OF THE WORK AREA AND DEBRIS CONTROL

A.    Maintain work areas and adjacent public right-of-ways in orderly and safe condition. Sweep all pedestrian walkways and dispose of debris around the site perimeter on a daily basis, and as often as determined by the City.

B.    Control the accumulation of waste materials and debris; collect waste from construction areas and the project site, daily.  Remove accumulations of debris surplus materials and

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page
200 of 279

trash from the site at the end of each working day or at frequent intervals or as directed by the City. Burying or burning of trash and debris on the site is not permitted

C.   Perform the work in a manner to minimize the generation of dust and dirt, to prevent dust and dirt from interfering with the progress of the Work, and to keep dust and dirt from accumulating in work areas and adjacent areas.

D.   Handle hazardous, dangerous, or unsanitary waste materials separately from other waste by containerizing properly.  Dispose these types of materials in a lawful manner. Comply with requirements of NFPA 241 for removal of combustible waste material and debris.

E.   For storage areas, ensure that materials to be used for construction are stored in designated structures or areas by the appropriate trades.  Maintain such areas or structures in a clean condition for the life of the Contract.
   1.   Provide and maintain proper storage with secondary containment for lubrication oil, hydraulic fluids, waste oils, fuels, solvents and other hazardous or toxic materials and wastes.
   2.   Immediately remove materials deposited outside of approved storage areas.

1.9   PARKING RESTRICTIONS

A.   Parking: Employees of the Contractor, sub-contractors, and suppliers shall not park their vehicles within the active construction area when they are currently working and where public access is prohibited.  The Contractor shall provide parking for their employees at a site, which will not impact local public parking and transport employees between the parking area and the work.

B.   Vehicle Towing:  When a vehicle is removed from a street at the request of the Contractor and a post-storage hearing determines that as a result of the Contractor's improper posting of required signs, reasonable grounds did not exist for removal, the responsible Contractor shall reimburse the City for cost incurred in storage and towing.

1.10   EXCAVATION REQUIREMENTS

A.   Comply with the regulations of California State Standard, CCR Title 8, Chapter 4, Section 1541, regarding coordination and safety of excavations near subsurface installations.

B.   Contractor shall obtain, review and comply with article 2.4, "Excavation in the Public Right of Way," of the San Francisco Public Works Code, as currently amended, and applicable regulations of the Department of Public Works for excavating and restoring streets in the public right of way.  Except for excavations specifically exempted by said article or by written waiver granted by the Department of Public Works, no excavation shall be performed in the public right of way under the jurisdiction of the Department of Public Works without a valid excavation permit issued by the San Francisco Department of Public Works, Bureau of Street-use and Mapping, telephone (415) 554-6201.
   1.   Refer to Paragraph 3.06 of the General Conditions (Section 00 72 00) as amended in the Supplementary Conditions (Section 00 73 00) for permit procurement responsibilities.
   2.   Keep copies of the excavation permit available at the Site for inspection by the City upon request.
   3.   Excavation permits are not required for excavations completed within 24 hours to install parking meters, street lights, street trees, traffic signs, traffic signals, utility poles or to repair utility boxes in sidewalks; or excavations performed for the sole purpose of repairing sidewalks.

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 201 of 279

4. For emergency excavations, necessary for protection of life or property, immediately notify the Department of Public Works, Bureau of Street-use and Mapping, and apply for an emergency permit within 4 hours after the Department offices first open.

5. Refer to the latest revision of the manual "Regulations for Excavating and Restoring Streets in San Francisco" for complete information about excavation code requirements. Copies of the manual may be purchased at Bureau of Street-use and Mapping, 1155 Market Street, 3rd Floor , San Francisco, California 94103, telephone (415) 554-5810.

6. Coordinate with the City and other contractors working at the Site to minimize impacts of the excavation work on the community and local businesses.

C. Contractor shall provide proper public notices prior to commencing excavations in accordance with article 2.4 of the San Francisco Public Works Code. Such notices shall include the name, address, and 24-hour telephone number of Contractor's representative who will provide information to, and receive complaints from, the public concerning the excavation.

1. For excavations completed and restored in 2 to 14 days, post and maintain notices every 100 feet along the block of excavation work at least 72 hours prior to starting excavation.

2. For excavations completed and restored in 15 days or longer, provide written notice delivered by U.S. mail to each property owner affected by the excavation at least 30 days but not more than 60 calendar days prior to starting excavation. Additionally, post and maintain notices every 100 feet and deliver written notices to each dwelling unit along the block of excavation work at least 10 days but not more than 15 days prior to starting excavation.

3. For emergency excavation post and maintain notices every 100 feet along the block of excavation work during the excavation work.

D. No excavation shall be performed outside the boundaries, times, descriptions or methods set forth on the approved permit; no excavation shall be longer than 1,200 feet in length at any time without prior written approval of the City.

1. Secure permit extension prior to expiration date in the event of delays in excavation work.

2. Should such delays be caused by the City Contractor will be granted an extension of Contract Time or adjustment of Contract Sum as provided in Paragraph 7.02 of the General Conditions.

E. Observe regulations concerning excavation sites including the following:

1. Cover open excavations with steel plates ramped to street grade or provide other means of protection acceptable to the Department of Public Works. Refer to Section 01 55 26, Traffic Control, for specific requirements on non-skid metal plating.

2. Clean the Site of loose dirt and debris and remove excavated material from the Site at the end of each work day; comply with DPW Order No. 171,378 (refer to Paragraph 1.7B above).

3. Materials and equipment to be used for excavation work within 7 calendar days may be stored at the Site, provided that fill material, sand, aggregate, and asphalt-coated material shall be stored only in covered, locked containers and provided that such storage complies with the City's traffic rules and regulations.

4. Conform to the requirements of the Specifications for handling, removal and disposal of hazardous materials.

F. Restore excavated street or sidewalk pavement in accordance with the requirements of the Specifications or the applicable requirements of the DPW Standard Specifications and Standard Plans (refer to Division 1 for reference standards) to the extent not in conflict with the Specifications. Comply with the following additional San Francisco Public Works Code requirements:

Case: 19-30088 Doc# 13719-2 Filed: 05/10/23 Entered: 05/10/23 14:28:46 Page 202 of 279

1. Restore trenches and pavement to a constant width equal to the widest section of the excavation, but not exceeding 13 ft.
2. Backfill excavation within 72 hours of completing related construction.
3. Replace pavement base within 72 hours of backfilling excavation.
4. Complete finished pavement within 72 hours of replacing pavement base.
5. Correct deficiencies in the restoration respecting timing or manner specified for the above items at no additional cost to the City within 24 hours of notification by the City.
6. Should Contractor fail to timely restore, correct or repair deficiencies, the Department of Public Works will complete or cause to be completed such restoration, correction or repair deficiencies, and the completion costs will be deducted from monies due Contractor.

## 1.11   REQUIREMENTS FOR HANDLING OF WASTEWATER

A. Wastewater which is transferred from the Site during this Project shall meet the pre-treatment standards of the San Francisco Municipal Code, section 123, Industrial Waste Ordinance #19-92 and DPW Order No. 158,170 prior to discharge into the City's sewage system.

B. Should wastewater become contaminated due to Contractor's operations all costs of satisfactory remediation and disposal shall be at no cost to the City.  Such costs shall include, but not be limited to, all redesign, reconstruction and pre-treatment costs necessary to satisfy the requirements of the Industrial Waste Ordinance #19-92, and DPW Order No. 158,170.

C. Should the existing wastewater be contaminated, or should it be uncontaminated but subsequently become contaminated due to conditions other than Contractor's operations, a Change Order will be issued as provided in Article 6 of the General Conditions for additional costs or time extension will be granted as provided in Article 7 of the General Conditions to pretreat the contaminated water prior to routing the flow into the sewer system or other approved disposal at the direction of the City.

D. Contractor shall be responsible for obtaining and paying for all water discharge permits and for paying all sewer service charges, penalties and other incidental fees and expenses resulting from discharging wastewater into the City's sewerage system by Contractor's operations.
  1. The application for such wastewater discharge permit shall be sent to:

    San Francisco Public Utilities Commission
    Wastewater Enterprise, Collection System Division
    3801 3rd Street, Suite 600
    San Francisco, CA  94124
    Telephone (415) 695-7321.

END OF SECTION

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page
203 of 279

SECTION 00 73 30

LOCAL HIRING REQUIREMENTS

1.1     SUMMARY

A.     This Section 00 73 30 incorporates applicable requirements of the San Francisco Local Hiring Policy for Construction ("Policy") as set forth in Section 6.22(G) of the San Francisco Administrative Code.  The Provisions of the Policy are hereby incorporated as a material term of this Contract.  Contractor agrees that (i) Contractor shall comply with all applicable requirements of the Policy; (ii) the provisions of the Policy are reasonable and achievable by Contractor and its Subcontractors; and (iii) they have had a full and fair opportunity to review and understand the terms of the Policy.

B.     The Office of Economic and Workforce Development (OEWD) is responsible for administering the Policy.  For more information on the Policy and its implementation, please visit the OEWD website at: www.workforcedevelopmentsf.org

C.     Meeting the local hiring requirements of the Policy as set forth in this Document will satisfy Contractor's obligations under the City's First Source Hiring Program (San Francisco Administrative Code Chapter 83).

1.2     DEFINITIONS

A.     "Apprentice" means any worker who is indentured in a construction apprenticeship program that maintains current registration with the State of California's Division of Apprenticeship Standards.

B.     "Area Median Income (AMI)" means unadjusted median income levels derived from the Department of Housing and Urban Development ("HUD") on an annual basis for the San Francisco area, adjusted solely for household size, but not high housing cost area.

C.     "Covered Project" means a public work or improvement or part thereof with estimated cost in excess of the Threshold Amount as set forth in section 6.1 of the San Francisco Administrative Code.

D.     "Non-covered Project" means any construction projects not covered by the San Francisco Local Hiring Policy.

E.     "Disadvantaged Worker" means a local resident, who (i) resides in a census tract within the City with a rate of unemployment in excess of 150% of the City unemployment rate; or (ii) at the time of commencing work on a covered project has a household income of less than 80% of the AMI , or (iii) faces or has multiple barriers to employment as set forth in section 6.22(G)(2)(g) of the Administrative Code.

F.     "Local Resident" means an individual who is domiciled, as defined by Section 349(b) of the California Election Code, within the City at least seven (7) days prior to commencing work on the project.

G.      "Project Work Hours" means the total work hours worked on a construction contract by all apprentices and journey-level workers, whether those workers are employed by the contractor or any subcontractor.

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 204 of 279

H.    "Job Notification" means the written notice of any Hiring Opportunities from Contractor to CityBuild. Contractor shall provide Job Notifications to CityBuild with a minimum of 3 business days' notice.

I.    "Targeted Worker" means any Local Resident or Disadvantaged Worker.

1.3    LOCAL HIRING REQUIREMENTS

A.    <u>Total Project Work Hours By Trade. For all contracts for Covered Projects advertised for bids between March 25, 2014 and March 24, 2015, the mandatory participation level in terms of Project Work Hours within each trade to be performed by Local Residents is 30%, with a goal of no less than 15% of Project Work Hours within each trade to be performed by Disadvantaged Workers.</u>

B.    <u>Apprentices.</u> For all Covered Projects, at least 50% of the Project Work Hours performed by apprentices within each trade shall be performed by local residents, with a goal of no less than 25% of Project Work Hours performed by apprentices within each trade to be performed by Disadvantaged Workers.

C.    <u>Out-of-State Workers.</u> For all Covered Projects, Project Work Hours performed by residents of states other than California will not be considered in calculation of the number of Project Work Hours to which the local hiring requirements apply. Contractors and Subcontractors shall report to Department of Public Works and OEWD the number of Project Work Hours performed by residents of states other than California.

D.    <u>Pre-construction or other Local Hire Meeting.</u> Prior to commencement of construction on Covered Projects, Contractor and its Subcontractors identified in the Local Hiring Forms as contributing toward the mandatory local hiring requirement shall attend a preconstruction or other Local Hire meeting(s) convened by awarding department or OEWD staff. Representatives from Contractor and the Subcontractor(s) who attend the pre-construction or other Local Hire meeting must have hiring authority.

E.    The Policy does not limit Contractor's or its Subcontractors' ability to assess qualifications of prospective workers, and to make final hiring and retention decisions. No provision of the Policy shall be interpreted so as to require a Contractor or Subcontractor to employ a worker not qualified for the position in question, or to employ any particular worker.

1.4    CITYBUILD WORKFORCE DEVELOPMENT PROGRAM; EMPLOYMENT NETWORKING SERVICES

A.    OEWD administers the CityBuild Program. CityBuild is a resource for Contractor and Subcontractors to use to meet Contractor's local hiring requirements under the Policy. CityBuild has two main goals:

1.    Assist with local hiring requirements under the Policy by connecting Contractor and Subcontractors with qualified journey-level, apprentice, and pre-apprentice local residents.

2.    Promote training and employment opportunities for disadvantaged workers of all ethnic backgrounds and genders in the construction work force.

B.    Where Contractor's or its Subcontractors' preferred or preexisting hiring or staffing procedures for a Covered Project do not enable Contractor to satisfy the local hiring requirements of the Policy, the Contractor or Subcontractor shall use other procedures to identify and retain Targeted Workers, including the following:

1.    Requesting to connect with workers through CityBuild, with qualifications described in the request limited to skills directly related to performance of job duties.

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 205 of 279

2.    Considering Targeted Workers networked through CityBuild within three business days of the request and who meet the qualifications described in the request. Such consideration may include in-person interviews. All workers networked through CityBuild will qualify as Disadvantaged Workers under the Policy. Neither Contractor nor its Subcontractors are required to make an independent determination of whether any worker is "disadvantaged" as defined in the Policy.

## 1.5   CONDITIONAL WAIVER FROM LOCAL HIRING REQUIREMENTS

A.   Contractor or the Subcontractor may use one or more of the following pipeline and retention compliance mechanisms to receive a conditional waiver from the local hiring requirements on a project-specific basis. All requests for conditional waivers must be submitted to OEWD for approval.

1.   <u>Specialized Trades</u>. OEWD has published a list of trades designated as "Specialized Trades" for which the local hiring requirements of the Policy will not apply. The list is available on the OEWD website. Contractor and its Subcontractors shall report to OEWD the project work hours utilized in each designated Specialized Trade and in each OEWD-approved project-specific Specialized Trade.

2.   <u>Credit for Hiring on Non-Covered Projects</u>. Contractor and its Subcontractors may accumulate credit hours for hiring Targeted Workers on Non-Covered Projects in the nine-county San Francisco Bay Area and apply those credit hours to contracts for Covered Projects to meet the mandatory local hiring requirement. For hours performed by <u>Targeted Workers</u> on Non-Covered Projects, the hours shall be credited toward the local hiring requirement for this Contract provided that:

a.   the Targeted Workers are paid the prevailing wages for work on the Non-Covered Projects; and

b.   for Non-Covered Projects located in the City, the number of hours to be credited for the Non-Covered Project exceed one-half of the number of hours that would be required if the project were a Covered Project.

3.   <u>Sponsoring Apprentices</u>. Contractor or a Subcontractor may agree to sponsor an OEWD-specified number of new apprentices in trades in which noncompliance is likely and retaining those apprentices for the period of Contractor's or a Subcontractor's work on the project. OEWD will verify with the California Department of Industrial Relations that the new apprentices are registered and active apprentices.

4.   <u>Direct Entry Agreements</u>. OEWD is authorized to negotiate and enter into direct entry agreements with apprenticeship programs that are registered with the California Department of Industrial Relations' Division of Apprenticeship Standards. Contractor may avoid assessment of penalties for non-compliance with the Policy by Contractor or Subcontractor hiring and retaining apprentices who are enrolled through such direct entry agreements. Such exception from assessments of penalties is subject to review and approval by OEWD.

## 1.6   LOCAL HIRING FORMS

A.   Utilizing the City's online Project Reporting System ("PRS"), Contractors shall submit the following forms, as applicable, to the Department of Public Works and OEWD **within 15 calendar days of notice of Award:**

1.   <u>Form 1: Local Hiring Workforce Projection</u>. The City will not issue Notice to Proceed (NTP) until Contractor completes and submits a Local Hiring Workforce Projection.

2.   <u>Form 2: Local Hiring Plan</u>. For Covered Projects estimated to cost more than $1,000,000, Contractor shall prepare and submit to Contracting City Agency and

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 206 of 279

OEWD for approval a Local Hiring Plan for the project using OEWD Form 2. The OEWD-approved Local Hiring Plan will be incorporated into this Contract as a Contract Document, and will serve as the basis for determining Contractor's and its Subcontractors' compliance with local hiring requirements.

    i.    a.    The City will not issue NTP until Contractor submits the Local Hiring Plan. Contractor shall be fully responsible for any delays to NTP and associated damages incurred by the City caused by Contractor's failure to timely submit a Local Hiring Plan.

    ii.    b.    The Local Hiring Plan must be reviewed and approved in writing by OEWD before any Application for Payment can be approved and progress payment paid to Contractor.

3.    c.  Upon commencement of work, Contractor and its Subcontractors may submit Job Notifications to CityBuild to connect with local trades workers.

4.    <u>Form 4: Conditional Waivers</u>. To be completed by Contractor in the event that Contractor or a Subcontractor believes the local hiring requirements cannot be met. Refer to Articles 1.4 and 1.5 for more information regarding conditional waivers.

1.7    ENFORCEMENT, RECORD KEEPING, NONCOMPLIANCE AND PENALTIES

A.    <u>Subcontractor Compliance</u>. Contractor shall ensure that Subcontractors of all tiers comply with applicable requirements of the Policy. Refer to Administrative Code Section 6.22(G)(6)(d).

B.    <u>Reporting</u>. As required by Subparagraph 9.03M of the General Conditions (Section 00 72 00) Contractor shall submit certified payrolls to the City electronically using the Project Reporting System. OEWD and Department of Public Works will monitor compliance with the Policy electronically.

C.    <u>Recordkeeping</u>. Contractor and each Subcontractor shall keep, or cause to be kept, for a period of four years from the date of Substantial Completion of project work, certified payroll and basic records, including time cards, tax forms, and superintendent and foreman daily logs, for all workers within each trade performing work on the Project.

1.    Such records shall include the name, address and social security number of each worker who worked on the covered project, his or her classification, a general description of the work each worker performed each day, the apprentice or journey-level status of each worker, daily and weekly number of hours worked, the self-identified race, gender, and ethnicity of each worker, whether or not the worker was a local resident, and the referral source or method through which the contractor or subcontractor hired or retained that worker for work on the covered project (e.g., core workforce, name call, union hiring hall, City-designated referral source, or recruitment or hiring method).

2.    Contractor and Subcontractors may verify that a worker is a local resident by following OEWD's domicile policy.

3.    All records described in this subsection shall at all times be open to inspection and examination by the duly authorized officers and agents of the City, including representatives of the awarding department and the OEWD.

D.    <u>Monitoring</u>. From time to time and in its sole discretion, OEWD and/or the awarding department may monitor and investigate compliance of Contractor and Subcontractors working on the Project with requirements of this Policy. Consistent with the Access to Work provisions of Paragraph 3.13 of the General Conditions (Section 00 72 00), Contractor shall allow representatives of OEWD and the awarding department, in the performance of their

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 207 of 279

duties, to engage in random inspections of the Site.  Contractor and all Subcontractors shall also allow representatives of OEWD and the awarding department to have access to employees of Contractor and Subcontractors and the records required to be maintained under the Policy.

E.    Noncompliance and Penalties.  Failure of Contractor and/or its Subcontractors to comply with the requirements of the Policy and the obligations set forth in the Local Hiring Plan may subject Contractor to the consequences of noncompliance specified in Section 6.22(G)(7)(f) of the Administrative Code, including but not limited to the penalties prescribed in Section 6.22(G)(7)(f)(ii).  The assessment of penalties for noncompliance shall not preclude the City from exercising any other rights or remedies to which it is entitled.  Refer to Administrative Code Section 6.22(G)(7)(f)(iv) for a description of the recourse procedure applicable to penalty assessments under the Policy.

END OF SECTION

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page
208 of 279



CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF ECONOMIC AND WORKFORCE DEVELOPMENT
CITYBUILD PROGRAM



LOCAL HIRING PROGRAM
OEWD FORM 1
*CONSTRUCTION CONTRACTS*

## FORM 1: LOCAL HIRING WORKFORCE PROJECTION

**Project**

**Contractor:** _____  **Name:** _____  **Contract #:** _____

The Contractor must complete and submit this *Local Hiring Workforce Projection* (Form 1) within 15 calendar days from notice award of the contract. The Contractor must include information regarding all of its Subcontractors who will perform construction work on the project regardless of Tier and Value Amount. <u>Notice to Proceed (NTP) will not be issued until the City receives a completed Form 1 from Contractor. The Contractor shall be responsible for any delays to NTP and resulting damages incurred by the City caused by Contractor's failure to submit an accurate and complete Form 1 for its workforce and the workforce of its Subcontractors in a timely manner.</u>

### Will you be able to meet the mandatory Local Hiring Requirements?

☐ **YES** (*Please provide information for all contractors performing construction work in Table 1 below.*)

☐ **NO** (*Please complete Table 1 below and Form 4: Conditional Waivers.*)

**INSTRUCTIONS FOR COMPLETING TABLE 1:**

1. Please organize the contractors' information based on their Trade Craft work.
2. For contractors performing work in various Trade Craft, please list contractor name in each Trade Craft (*i.e. if Contractor X will perform two trades, list Contractor X under two Trade categories.*)
3. If you anticipate utilizing apprentices on this project, please note the requirement that 50% of apprentice hours must be performed by San Francisco residents.
4. Additional blank form is available at our Website: www.workforcedevelopmentsf.org. For assistance or questions in completing this form, contact (415) 701-4894 or Email @ Local.hire.ordinance@sfgov.org.

**TABLE 1: WORKFORCE PROJECTION**

| Trade Craft | | Contractor<br>*List contractors by Trade Craft* | | Est. Total Work Hours | Est. Total Local Work Hours | Est. Total Local Work Hours % |
|---|---|---|---|---|---|---|
| ***Example:*** Laborer | Contractor X | | *Journey* | 800 | 250 | 31% |
| | | | *Apprentice* | 200 | 100 | 50% |
| ***Example:*** Laborer | Contractor Y | | *Journey* | 500 | 100 | 20% |
| | | | *Apprentice* | 0 | 0 | 0 |
| ***Example:*** | **TOTAL LABORER** | | *Journey* | 1300 | 350 | **27%** |
| | | | *Apprentice* | 200 | 100 | **50%** |
| ***Example:*** | | | **TOTAL** | **1500** | **450** | **30%** |
| | | | Journey | | | |
| | | | Apprentice | | | |
| | | | Journey | | | |
| | | | Apprentice | | | |
| | | | Journey | | | |
| | | | Apprentice | | | |

***DISCLAIMER:*** *If the Total Work Hours for a Trade Craft are less than 5% of the Total Project Work Hours, the Trade Craft is exempt from the Mandatory Requirement. Subsequently, if the Trade Craft exceeds 5% of the Total Project Work Hours at any time during the project, the Trade Craft is subject to the Mandatory Requirement.*

_____   _____   _____   _____   _____
Name of Authorized Representative        Signature        Date        Phone        Email



**SAN FRANCISCO**
Office of Economic and Workforce Development

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF ECONOMIC AND WORKFORCE DEVELOPMENT
CITYBUILD PROGRAM



LOCAL HIRING PROGRAM
OEWD FORM 2
*CONSTRUCTION CONTRACTS*

## FORM 2: LOCAL HIRING PLAN

**Contractor:** _____  **Project Name:** _____  **Contract #:** _____

If the Engineer's Estimate for this Project exceeds **$1 million**, then Contractor must submit a *Local Hiring Plan* using this Form 2 through the City's Project Reporting System. NTP will not be issued until Contractor submits a completed Form 2.  Contractor shall be responsible for any delays to NTP and resulting damages incurred by the City caused by the Contractor's failure to submit a completed Form 2 in a timely manner. The Local Hiring Plan must be approved in writing by OEWD before any Application for Payment can be approved and progress payment paid to Contractor.  The OEWD-approved Local Hiring Plan will be a Contract Document and will be the basis for determining Contractor's and its Subcontractors' compliance with the local hiring requirements.  Any OEWD-approved *Conditional Waivers* (Form 4) will be incorporated into the OEWD-approved Local Hiring Plan.

***COMPLETE AND SUBMIT A SEPARATE FORM 2 FOR EACH TRADE THAT WILL BE UTILIZED ON THIS PROJECT.***

**INSTRUCTIONS:**
1. Please complete tables below for Contractor and all Subcontractors that will be contributing Project Work Hours to meet the Local Hiring Requirement.
2. Please note that a Form 2 will need to be developed and approved separately for each trade craft that will be utilized on this project.
3. If you anticipate utilizing apprentices on this project, please note the requirement that 50% of apprentice hours must be performed by San Francisco residents.
4. The Contractor and each Subcontractor identified in the Local Hiring Plan must sign this form before it will be considered for approval by OEWD.
5. If applicable, please attach all OEWD-approved Form 4 Conditional Waivers.
6. Additional blank form is available at our Website: www.workforcedevelopmentsf.org. For assistance or questions in completing this form, contact (415) 701-4894 or Email @ Local.hire.ordinance@sfgov.org.

*List Trade Craft. Add numerical values from Form 1: Local Hiring Workforce Projection and input in the table below.*

| Trade Craft | Total Work Hours | Total Local Work Hours | Local Work Hours% | Total Apprentice Work Hours | Total Local Apprentice Work Hours | Local Apprentice Work Hours % |
|---|---|---|---|---|---|---|
| **Example:** *Laborer* | *1500* | *450* | *30%* | *200* | 100 | *50%* |

*List all contractors contributing to the project work hours to meet the Local Hiring Requirements for the above Trade Craft*

| Contractor and Authorized Representative | Local Journey Hours | Local Apprentice Hours | Total Local Work Hours | Start Date | Number of Working Days | *Contractor Signature |
|---|---|---|---|---|---|---|
| Contractor X Joe Smith | 250 | 100 | 350 | 3/25/13 | 60 | *Joe Smith* |
| Contractor Y Michael Lee | 100 | 0 | 100 | 5/25/13 | 30 | *Michael Lee* |
| | | | | | | |

***\*We the undersigned, have reviewed Form 2 and agree to deliver the hours set forth in this document.***

| City Use Only | |
|---|---|
| OEWD Approval | ☐ Yes ☐ No |
| Signature and Date: | |



CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF ECONOMIC AND WORKFORCE DEVELOPMENT
CITYBUILD PROGRAM



LOCAL HIRING PROGRAM
OEWD FORM 4
*CONSTRUCTION CONTRACTS*

# FORM 4: CONDITIONAL WAIVERS

**Contractor:** _____  **Project Name:** _____  **Contract #:** _____

Upon approval from OEWD, Contractors and Subcontractors may use one or more of the following pipeline and retention compliance mechanisms to receive a Conditional Waiver from the Local Hiring Requirements on a project-specific basis. Conditional Waivers must be approved by OEWD prior to approval of Contractor's first Application for Payment. If applicable, each contractor must submit their individual Waiver request to OEWD and copy their Prime Contractor.

**TRADE WAIVER INFORMATION:** Please provide information on the Trades you are requesting Waivers for:

| Laborer Trade Craft | Est. Total Work Hours | Projected Deficient Local Work Hours | Laborer Trade Craft | Est. Total Work Hours | Projected Deficient Local Work Hours |
|---|---|---|---|---|---|
| 1. | | | 3. | | |
| 2. | | | 4. | | |

***Please check any of the following Conditional Waivers and complete the appropriate boxes for approval:***

☐ **1. SPECIALIZED TRADES**  ☐ **2. SPONSORING APPRENTICES**  ☐ **3. CREDIT FOR NON-COVERED PROJECTS**

| 1. | **SPECIALIZED TRADES:** Will your firm be requesting Conditional Waivers for "Specialized Trades" designated by OEWD and listed on OEWD's website or project-specific Specialized Trades approved by OEWD during the bid period? | ☐ Yes | ☐ No |
|---|---|---|---|

***Please CHECK off the following Specialized Trades you are claiming for Condition Waiver:***
☐ MARINE PILE DRIVER  ☐ HELICOPTER, CRANE, or DERRICK BARGE OPERATOR  ☐ IRONWORKER CONNECTOR
☐ STAINLESS STEEL WELDER  ☐ TUNNEL OPERATING ENGINEER  ☐ ELECTRICAL UTILITY LINEMAN  ☐ MILLWRIGHT
☐ TRADE CRAFT IS LESS THAN 5% OF TOTAL WORK HOURS. *LIST:*

**a. List OEWD-approved project-specific Specialized Trades approved during the bid period:**

| | OEWD APPROVAL: ☐ Yes ☐ No | OEWD Signature: |
|---|---|---|

| 2. | **SPONSORING APPRENTICES:** Will you be able to work with OEWD to sponsor an OEWD-specified number of new apprentices in the agreeable trades into California Department of Industrial Relations' Division of Apprenticeship Standards approved apprenticeship programs? | ☐ Yes | ☐ No |
|---|---|---|---|

| PLEASE PROVIDE DETAILS: Construction Trade | Est. # of Sponsor Positions | Union (Yes / No) | If Yes, Local # | Est. Start Date | Est Duration of Working Days | Est Total Work Hours Performed |
|---|---|---|---|---|---|---|
| | | Y ☐ N ☐ | | | | |
| | | Y ☐ N ☐ | | | | |
| | OEWD APPROVAL: ☐ Yes ☐ No | | OEWD Signature: | | | |

| 3. | **CREDIT for HIRING on NON-COVERED PROJECTS:** If your firm cannot meet the mandatory local hiring requirement, will you be requesting credit for hiring Targeted Workers on Non-covered Projects? | ☐ Yes | ☐ No |
|---|---|---|---|

| PLEASE PROVIDE DETAILS: Labor Trade, Position, or Title | | Est. # of Off-site Hires | Est Total Work Hours Performed | Offsite Project Name | Project Address |
|---|---|---|---|---|---|
| | Journey | | | | |
| | Apprentice | | | | |
| | OEWD APPROVAL: ☐ Yes ☐ No | | OEWD Signature: | | |

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 212 of 279

SECTION 00 73 73

STATUTORY REQUIREMENTS

1.1    NONDISCRIMINATION IN CONTRACTS AND BENEFITS

A.    In the performance of this Agreement, Contractor agrees not to discriminate against any employee, City and County employee working with such contractor or subcontractor, applicant for employment with such contractor or subcontractor, or against any person seeking accommodations, advantages, facilities, privileges, services, or membership in all business, social, or other establishments or organizations, on the basis of the fact or perception of a person's race, color, creed, religion, national origin, ancestry, age, height, weight, sex, sexual orientation, gender identity, domestic partner status, marital status, disability or Acquired Immune Deficiency Syndrome or HIV status (AIDS/HIV status), or association with members of such protected classes, or in retaliation for opposition to discrimination against such classes.

B.    Contractor shall incorporate by reference in all subcontracts the provisions of §§12B.2(a), 12B.2(c)-(k), and 12C.3 of the San Francisco Administrative Code, and shall require all subcontractors to comply with such provisions. Contractor's failure to comply with the obligations in this subsection shall constitute a material breach of this Agreement.

C.    Contractor does not as of the date of this Agreement and will not during the term of this Agreement, in any of its operations in San Francisco, on real property owned by San Francisco, or where work is being performed for the City elsewhere in the United States, discriminate in the provision of bereavement leave, family medical leave, health benefits, membership or membership discounts, moving expenses, pension and retirement benefits or travel benefits, as well as any benefits other than the benefits specified above, between employees with domestic partners and employees with spouses, and/or between the domestic partners and spouses of such employees, where the domestic partnership has been registered with a governmental entity pursuant to state or local law authorizing such registration, subject to the conditions set forth in §12B.2(b) of the San Francisco Administrative Code.

D.    The provisions of Chapters 12B and 12C of the San Francisco Administrative Code are incorporated in this Document by reference and made a part of this Agreement as though fully set forth herein. Contractor shall comply fully with and be bound by all of the provisions that apply to this Agreement under such Chapters, including but not limited to the remedies provided in such Chapters. Without limiting the foregoing, Contractor understands that pursuant to §§12B.2(h) and 12C.3(g) of the San Francisco Administrative Code, a penalty of $50 for each person for each calendar day during which such person was discriminated against in violation of the provisions of this Agreement may be assessed against Contractor and/or deducted from any payments due Contractor.

E.    During the performance of this Contract, the Contractor, for itself, its assignees and successors in interest (hereinafter referred to as the "Contractor") agrees as follows:

(1)    **Compliance with Regulations:** The Contractor shall comply with the Regulation relative to nondiscrimination in Federally-assisted programs of the Department of Transportation (hereinafter, "DOT") Title 49, Code of Federal Regulations, Part 21, and the Federal Highway Administration (hereinafter

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 214 of 279

"FHWA") Title 23, Code of Federal Regulations, Part 200 as they may be amended from time to time, (hereinafter referred to as the "Regulations"), which are herein incorporated by reference and made a part of this Contract.

(2) **Nondiscrimination:** The Contractor, with regard to the work performed by it during the Contract, shall not discriminate on the grounds of race, color, or national origin, sex, age, and disability/handicap and low income in the selection and retention of subcontractors, including procurements of materials and leases of equipment. The Contractor shall not participate either directly or indirectly in the discrimination prohibited by 49 CFR, section 21.5 of the Regulations, including employment practices when the Contract covers a program set forth in Appendix B of the Regulations.

(3) **Solicitations for Subcontractors, Including Procurements of Materials and Equipment:** In all solicitations either by competitive bidding or negotiation made by the Contractor for work to be performed under a subcontract, including procurements of materials or leases of equipment, each potential subcontactor or supplier shall be notified by the Contractor of the Contractor's obligations under this Contract and the Regulations relative to nondiscrimination on the grounds of race, color, or national origin, sex, age, and disability/handicap and low income.

(4) **Information and Reports:** The Contractor shall provide all information and reports required by the Regulations or directives issued pursuant thereto, and shall permit access to its books, records, accounts, other sources of information, and its facilities as may be determined by the City and County of San Francisco ("City") or the FHWA to be pertinent to ascertain compliance with such Regulations, orders and instructions. Where any information required of a Contractor is in the exclusive possession of another who fails or refuses to furnish this information the Contractor shall so certify to the City, or the FHWA as appropriate, and shall set forth what efforts it has made to obtain the information.

(5) **Sanctions for Noncompliance:** In the event of the Contractor's noncompliance with the nondiscrimination provisions of this Contract, the City shall impose such Contract sanctions as it or the FHWA may determine to be appropriate, including, but not limited to:
(a) withholding of payments to the Contractor under the Contract until the Contractor complies, and/or
(b) cancellation, termination or suspension of the Contract, in whole or in part.

(6) **Incorporation of Provisions:** The Contractor shall include the provisions of paragraphs (1) through (6) in every subcontract, including procurements of materials and leases of equipment, unless exempt by the Regulations, or directives issued pursuant thereto. The Contractor shall take such action with respect to any subcontract or procurement as the City or the FHWA may direct as a means of enforcing such provisions including sanctions for non-compliance, provided, however, that, in the event a Contractor becomes involved in, or is threatened with, litigation with a subcontractor or supplier as a result of such direction, the Contractor may request the City to enter into such litigation to protect the interests of the City, and, in addition, the Contractor may request the United States to enter into such litigation to protect the interests of the United States.

1.2    MINIMUM COMPENSATION ORDINANCE FOR EMPLOYEES (MCO)

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 215 of 279

Contractor agrees to comply fully with and be bound by all of the provisions of the Minimum Compensation Ordinance (MCO), as set forth in San Francisco Administrative Code Chapter 12P (Chapter 12P), including the remedies provided, and implementing guidelines and rules. The provisions of Chapter 12P.5 and 12P.5.1 are incorporated herein by reference and made a part of this Agreement as though fully set forth. The text of the MCO is available on the web at *http://www.sfgov.org/olse*. Capitalized terms used in this Section and not defined in the Agreement shall have the meanings assigned to such terms in Chapter 12P. Consistent with the requirements of the MCO, Contractor agrees to all of the following:

(a)   Minimum Compensation Ordinance for Employees as follows:   (a) For each hour worked by a Covered Employee during a Pay Period on work funded under the City contract during the term of this Agreement, Contractor shall pay to the Covered Employee no less than the Minimum Compensation, which includes a minimum hourly wage and compensated and uncompensated time off consistent with the requirements of the MCO. Effective January 1, 2014, for the hourly gross compensation portion of the MCO, Contractor shall pay a minimum of $12.66 an hour for the term of this Agreement; provided, however, that Contractors that are Nonprofit Corporations or public entities shall pay a minimum of $11.03 an hour for the term of this Agreement. If a Covered Employee of a Nonprofit Corporation works in San Francisco, then that employee is covered by San Francisco's Minimum Wage Ordinance, which is Chapter 12R of the Administrative Code."Contractor shall not discharge, reduce in compensation, or otherwise discriminate against any employee for complaining to the City with regard to Contractor's compliance or anticipated compliance with the requirements of the MCO, for opposing any practice proscribed by the MCO, for participating in proceedings related to the MCO, or for seeking to assert or enforce any rights under the MCO by any lawful means.

(b)   Contractor shall not discharge, reduce in compensation, or otherwise discriminate against any employee for complaining to the City with regard to Contractor's compliance or anticipated compliance with the requirements of the MCO, for opposing any practice proscribed by the MCO, for participating in proceedings related to the MCO, or for seeking to assert or enforce any rights under the MCO by any lawful means.

(c)   Contractor understands and agrees that the failure to comply with the requirements of the MCO shall constitute a material breach by Contractor of the terms of this Agreement. The City, acting through the Contracting Department, shall determine whether such a breach has occurred.

(d)   If, within 30 days after receiving written notice of a breach of this Agreement for violating the MCO, Contractor fails to cure such breach or, if such breach cannot reasonably be cured within such period of 30 days, Contractor fails to commence efforts to cure within such period, or thereafter fails diligently to pursue such cure to completion, the City, acting through the Contracting Department, shall have the right to pursue the following rights or remedies and any rights or remedies available under applicable law:

   (1)   The right to charge Contractor an amount equal to the difference between the Minimum Compensation and any compensation actually provided to a Covered Employee, together with interest on such amount from the date payment was due at the maximum rate then permitted by law;

   (2)   The right to set off all or any portion of the amount described in Subsection (d)(1) of this Section against amounts due to Contractor under this Agreement;

   (3)   The right to terminate this Agreement in whole or in part;

   (4)   In the event of a breach by Contractor of the covenant referred to in Subsection (b) of this Section, the right to seek reinstatement of the employee or to obtain

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 216 of 279

other appropriate equitable relief; and

(5) The right to bar Contractor from entering into future contracts with the City for three years.

Each of the rights provided in this Subsection (D) shall be exercisable individually or in combination with any other rights or remedies available to the City. Any amounts realized by the City pursuant to this subsection shall be paid to the Covered Employee who failed to receive the required Minimum Compensation.

(e) Contractor represents and warrants that it is not an entity that was set up, or is being used, for the purpose of evading the intent of the MCO.

(f) Contractor shall keep itself informed of the current requirements of the MCO, including increases to the hourly gross compensation due Covered Employees under the MCO, and shall provide prompt written notice to all Covered Employees of any increases in compensation, as well as any written communications received by the Contractor from the City, which communications are marked to indicate that they are to be distributed to Covered Employees.

(g) Contractor shall provide reports to the City in accordance with any reporting standards promulgated by the City under the MCO, including reports on subcontractors.

(h) The Contractor shall provide the City with access to pertinent records after receiving a written request from the City to do so and being provided at least five (5) business days to respond.

(i) The City may conduct random audits of Contractor. Random audits shall be (i) noticed in advance in writing; (ii) limited to ascertaining whether Covered Employees are paid at least the minimum compensation required by the MCO; (iii) accomplished through an examination of pertinent records at a mutually agreed upon time and location within ten days of the written notice; and (iv) limited to one audit of Contractor every two years for the duration of this Agreement. Nothing in this Agreement is intended to preclude the City from investigating any report of an alleged violation of the MCO.

(j) Any subcontract entered into by Contractor shall require the subcontractor to comply with the requirements of the MCO and shall contain contractual obligations substantially the same as those set forth in this Section. A subcontract means an agreement between the Contractor and a third party which requires the third party to perform all or a portion of the services covered by this Agreement. Contractor shall notify the Department of Administrative Services when it enters into such a subcontract and shall certify to the Department of Administrative Services that it has notified the subcontractor of the obligations under the MCO and has imposed the requirements of the MCO on the subcontractor through the provisions of the subcontract. It is Contractor's obligation to ensure that any subcontractors of any tier under this Agreement comply with the requirements of the MCO. If any subcontractor under this Agreement fails to comply, City may pursue any of the remedies set forth in this Section against Contractor.

(k) Each Covered Employee is a third-party beneficiary with respect to the requirements of subsections (a) and (b) of this Section, and may pursue the following remedies in the event of a breach by Contractor of subsections (a) and (b), but only after the Covered Employee has provided the notice, participated in the administrative review hearing, and waited the 21-day period required by the MCO. Contractor understands and agrees that if the Covered Employee prevails in such action, the Covered Employee may be awarded: (1) an amount equal to the difference between the Minimum Compensation and any compensation actually provided to the Covered Employee, together with interest on such amount from the date payment was due at

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 217 of 279

the maximum rate then permitted by law; (2) in the event of a breach by Contractor of subsections (a) or (b), the right to seek reinstatement or to obtain other appropriate equitable relief; and (3) all additional statutory remedies.

(l)    If Contractor is exempt from the MCO when this Agreement is executed because the cumulative amount of agreements with this department for the fiscal year is less than $25,000 ($50,000 for nonprofits), but Contractor later enters into an agreement or agreements that cause contractor to exceed that amount in a fiscal year, Contractor shall thereafter be required to comply with the MCO under this Agreement. This obligation arises on the effective date of the agreement that causes the cumulative amount of agreements between the Contractor and this department to exceed $25,000 ($50,000 for nonprofits) in the fiscal year.

## 1.3    HEALTH CARE ACCOUNTABILITY ORDINANCE (HCAO)

Contractor agrees to comply fully with and be bound by all of the provisions of the Health Care Accountability Ordinance (HCAO), as set forth in San Francisco Administrative Code Chapter 12Q, including the remedies provided, and implementing regulations, as the same may be amended from time to time. The provisions of Chapter 12Q are incorporated by reference and made a part of this Agreement as though fully set forth herein. The text of the HCAO is available on the web at http://www.sfgov.org/olse. Capitalized terms used in this Section and not defined in this Agreement shall have the meanings assigned to such terms in Chapter 12Q.

(a)    For each Covered Employee, Contractor shall provide the appropriate health benefit set forth in Section 12Q.3 of the HCAO. If Contractor chooses to offer the health plan option, such health plan shall meet the minimum standards set forth by the San Francisco Health Commission.

(b)    Notwithstanding the above, if the Contractor is a small business as defined in Section 12Q.3(e) of the HCAO, it shall have no obligation to comply with part (a) above.

(c)    Contractor's failure to comply with the HCAO shall constitute a material breach of this Agreement. City shall notify Contractor if such a breach has occurred. If, within 30 days after receiving City's written notice of a breach of this Agreement for violating the HCAO, Contractor fails to cure such breach or, if such breach cannot reasonably be cured within such period of 30 days, Contractor fails to commence efforts to cure within such period, or thereafter fails diligently to pursue such cure to completion, City shall have the right to pursue the remedies set forth in 12Q.5.1 and 12Q.5(f)(1-6). Each of these remedies shall be exercisable individually or in combination with any other rights or remedies available to City.

(d)    Any Subcontract entered into by Contractor shall require the Subcontractor to comply with the requirements of the HCAO and shall contain contractual obligations substantially the same as those set forth in this Section. Contractor shall notify City's Office of Contract Administration when it enters into such a Subcontract and shall certify to the Office of Contract Administration that it has notified the Subcontractor of the obligations under the HCAO and has imposed the requirements of the HCAO on Subcontractor through the Subcontract. Each Contractor shall be responsible for its Subcontractors' compliance with this Chapter. If a Subcontractor fails to comply, the City may pursue the remedies set forth in this Section against Contractor based on the Subcontractor's failure to comply, provided that City has first provided Contractor with notice and an opportunity to obtain a cure of the violation.

(e)    Contractor shall not discharge, reduce in compensation, or otherwise discriminate against any employee for notifying City with regard to Contractor's noncompliance or anticipated noncompliance with the requirements of the HCAO, for opposing any practice proscribed by the HCAO, for participating in proceedings related to the

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 218 of 279

HCAO, or for seeking to assert or enforce any rights under the HCAO by any lawful means.

(f)    Contractor represents and warrants that it is not an entity that was set up, or is being used, for the purpose of evading the intent of the HCAO.

(g)    Contractor shall maintain employee and payroll records in compliance with the California Labor Code and Industrial Welfare Commission orders, including the number of hours each employee has worked on the City Contract.

(h)    Contractor shall keep itself informed of the current requirements of the HCAO.

(i)    Contractor shall provide reports to the City in accordance with any reporting standards promulgated by the City under the HCAO, including reports on Subcontractors and Subtenants, as applicable.

(j)    Contractor shall provide City with access to records pertaining to compliance with HCAO after receiving a written request from City to do so and being provided at least ten business days to respond.

(k)    Contractor shall allow City to inspect Contractor's job sites and have access to Contractor's employees in order to monitor and determine compliance with HCAO.

(l)    City may conduct random audits of Contractor to ascertain its compliance with HCAO. Contractor agrees to cooperate with City when it conducts such audits.

(m)    If Contractor is exempt from the HCAO when this Agreement is executed because its amount is less than $25,000 ($50,000 for nonprofits), but Contractor later enters into an agreement or agreements that cause Contractor's aggregate amount of all agreements with City to reach $75,000, all the agreements shall be thereafter subject to the HCAO. This obligation arises on the effective date of the agreement that causes the cumulative amount of agreements between Contractor and the City to be equal to or greater than $75,000 in the fiscal year.

## 1.4    MACBRIDE PRINCIPLES - NORTHERN IRELAND

A.    Under San Francisco Administrative Code section 12F.5, the City urges companies doing business in Northern Ireland to move towards resolving employment inequities, and encourages such companies to abide by the MacBride Principles. The City urges San Francisco companies to do business with corporations that abide by the MacBride Principles.

## 1.5    PROHIBITION ON USE OF CITY FUNDS FOR POLITICAL ACTIVITY

A.    Under San Francisco Administrative Code Chapter 12G, Contractor may not participate in, support, or attempt to influence any political campaign for a candidate or for a ballot measure (collectively, "Political Activity") in the performance of the services provided under this Agreement. Contractor agrees to comply with San Francisco Administrative Code Chapter 12G and any implementing rules and regulations promulgated by the City's Controller. The terms and provisions of Chapter 12G are incorporated herein by this reference. In the event Contractor violates the provisions of this Paragraph 1.5, the City may, in addition to any other rights and remedies available hereunder, (i) terminate this Agreement, and (ii) prohibit Contractor from bidding on or receiving any new City contract for a period of 2 years. The Controller will not consider Contractor's use of profit as a violation of this Paragraph 1.5.

## 1.6    PROTECTION OF PRIVATE INFORMATION

A.    Contractor has read and agreed to the terms set forth in San Francisco Administrative Code sections 12M.2, "Nondisclosure of Private Information," and

12M.3, "Enforcement of Administrative Code Chapter 12M, "Protection of Private Information," which are incorporated herein as if fully set forth. Contractor agrees that any failure of Contractor to comply with the requirements of Section 12M.2 shall be a material breach of this Agreement. In such an event, in addition to any other remedies available to it under equity or law, the City may terminate the Agreement, bring a false claim action against Contractor under Chapter 6 or Chapter 21 of the Administrative Code, or debar Contractor.

1.7    ASSIGNMENT UNDER CPCC SECTION 7103.5

A.    Under Public Contract Code section 7103.5, Contractor and its Subcontractors shall conform to the following requirements:

   1.    In entering into the Agreement or subcontract to supply goods, services, or materials under this Agreement, Contractor or its Subcontractors offer and agree to assign the City all rights, title, and interest in and to all causes of action they may have under section 4 of the Clayton Act (15 U.S.C. Section 15) or under the Cartwright Act (chapter 2, commencing with section 16700, of part 2 of division 7 of the Business and Professions Code), arising from purchases of goods, services or materials pursuant to the Agreement or subcontract.

   2.    The assignment shall be made and become effective at the time the City tenders Final Payment to Contractor, without further acknowledgement by the Parties.

   3.    Contractor shall include the provisions of this Article in its subcontracts and purchase agreements to supply goods, services, or materials pursuant to the Agreement.

1.8    TROPICAL HARDWOOD AND VIRGIN REDWOOD PRODUCTS BAN

A.    Except as expressly permitted by the application of Sections 802(b) and 803(b) of the San Francisco Environment Code, Contractor shall not provide any items to the City in performance of this contract which are tropical hardwoods, tropical hardwood wood products, virgin redwood or virgin redwood wood products. The City urges Contractor not to import, purchase, obtain, or use for any purpose, any tropical hardwood, tropical hardwood product, virgin redwood or virgin redwood wood product.

1.9    PRESERVATIVE-TREATED WOOD CONTAINING ARSENIC

A.    Contractor may not purchase preservative-treated wood products containing arsenic in the performance of this Agreement unless an exemption from the requirements of Chapter 13 of the San Francisco Environment Code is obtained from the Department of the Environment under Section 1304 of the Code. The term "preservative-treated wood containing arsenic" shall mean wood treated with a preservative that contains arsenic, elemental arsenic, or an arsenic copper combination, including, but not limited to, chromated copper arsenate preservative, ammoniacal copper zinc arsenate preservative, or ammoniacal copper arsenate preservative. Contractor may purchase preservative-treated wood products on the list of environmentally preferable alternatives prepared and adopted by the Department of the Environment. This provision does not preclude Contractor from purchasing preservative-treated wood containing arsenic for saltwater immersion. The term "saltwater immersion" shall mean a pressure-treated wood that is used for construction purposes or facilities that are partially or totally immersed in saltwater.

1.10    FOOD SERVICE WASTE REDUCTION REQUIREMENTS

A.    Contractor agrees to comply fully with and be bound by all of the provisions of the Food Service Waste Reduction Ordinance, as set forth in San Francisco

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 220 of 279

Environment Code Chapter 16, including the remedies provided, and implementing guidelines and rules. The provisions of Chapter 16 are incorporated herein by reference and made a part of this Agreement as though fully set forth. This provision is a material term of this Agreement. By entering into this Agreement, Contractor agrees that if it breaches this provision, City will suffer actual damages that will be impractical or extremely difficult to determine; further, Contractor agrees that the sum of one hundred dollars ($100) liquidated damages for the first breach, two hundred dollars ($200) liquidated damages for the second breach in the same year, and five hundred dollars ($500) liquidated damages for subsequent breaches in the same year is reasonable estimate of the damage that City will incur based on the violation, established in light of the circumstances existing at the time this Agreement was made. Such amount shall not be considered a penalty, but rather agreed monetary damages sustained by City because of Contractor's failure to comply with this provision.

## 1.11   LOCAL BUSINESS ENTERPRISE AND  NON-DISCRIMINATION IN CONTRACTING REQUIREMENTS

A.   Pursuant to chapter 14B of the San Francisco Administrative Code the following requirements are made part of the Contract:

1.   Chapters 12B and 14B of the San Francisco Administrative Code, their implementing Rules and Regulations, and CMD Attachment 1 – Requirements for Construction Contracts, are incorporated by reference herein as though fully set forth.  These documents are available to be viewed and downloaded on the Contract Monitoring Division's website: http://sfgsa.org/index.aspx?page=5365
Alternatively, contact the CMD Contract Compliance Officer assigned to this Contract for assistance in obtaining any of these documents.

2.   The willful failure of Contractor or its subcontractors to comply with any of the requirements of chapter 14B or to comply with the level of LBE subcontractor participation specified herein shall be deemed a material breach of contract.

3.   In the event that the Director of Contract Monitoring Division finds that Contractor or any of its subcontractors willfully fails to comply with any of the provisions of Chapter 14B, rules and regulations implementing Chapter 14B, or Contract provisions pertaining to LBE participation, Contractor or its subcontractor shall be liable for liquidated damages as specified in CMD Attachment 1, article 1.05 "Noncompliance and Sanctions," which shall be payable to the City upon demand and may be set off against moneys due to Contractor or its subcontractor for any contract with the City.  Contractor agrees that progress payments shall be withheld, and Contractor's liability for liquidated damages assessed will be subject to the collection procedures specified in CMD Attachment 1, article 1.05 "Noncompliance and Sanctions."

4.   Contractor shall maintain, and shall require its subcontractors to maintain, records including such information requested by CMD necessary for monitoring their compliance with Chapter 14B.  Such records shall be maintained for 3 years after the date of Final Completion.

5.   During the term of the Contract, Contractor shall fulfill its LBE participation commitments submitted with its Bid.  In the event that Contractor must request a substitution of an LBE subcontractor under Public Contract Code section 4107, Contractor shall make a good faith effort to retain a replacement who is also a certified LBE.  For a substitution of a non-LBE subcontractor, Contractor agrees to make a good faith effort to retain an LBE as the replacement subcontractor.

6.   Contractor shall compensate a LBE subcontractor if Contractor does not fulfill its commitment during the term of the Contract to utilize the LBE subcontractor.  Contractor shall include a contract provision in all LBE

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 221 of 279

subcontracts requiring Contractor to compensate a LBE subcontractor if Contractor fails to comply with its commitment to utilize LBE subcontractors. The forgoing provisions shall be enforceable in a court of competent jurisdiction.

7. Whenever Change Orders are made which cumulatively increase the Contract Sum by more than 20 percent, Contractor shall comply with all LBE subcontracting provisions of this Contract with respect to the Change Order.

8. Back-contracting to Contractor or lower-tier subcontracting for any purpose inconsistent with the provisions of Chapter 14B, rules and regulations implementing Chapter 14B, or Contract provisions pertaining to LBE participation shall be prohibited.

9. Contractor shall pay its subcontractors within 3 working days after receiving payment from the City unless Contractor notifies the Director of the CMD in writing prior to receiving payment from the City that there is a bona fide dispute between Contractor and the subcontractor. The Director of the CMD may, upon making a determination that a bona fide dispute exists between Contractor and the subcontractor, waive this 3-day payment requirement.

10. Contractor shall submit CMD Contract Performance Forms (CMD Forms 7, 8, 9, and 10) as set forth in CMD Attachment 1, article 1.03.

11. Contractor shall comply with the Non-Discrimination provisions as set forth in Part IV of CMD Attachment 1.

## 1.12 CLEAN CONSTRUCTION

A. Pursuant to chapter 6, section 6.25 of the San Francisco Administrative Code, "Clean Construction on Major Construction Projects" is required.

B. The City will assess liquidated damages of $100.00 per day per each piece of off-road equipment and each off-road engine utilized to complete work on the project that violates the Clean Construction requirements of the ordinance.

## 1.13 CONSIDERATION OF CRIMINAL HISTORY IN HIRING AND EMPLOYMENT DECISIONS *[Applies to contracts/agreements executed or amended in any manner on or after August 13, 2014.]*

A. Contractor agrees to comply fully with and be bound by all of the provisions of Chapter 12T "City Contractor/Subcontractor Consideration of Criminal History in Hiring and Employment Decisions," of the San Francisco Administrative Code (Chapter 12T), including the remedies provided, and implementing regulations, as may be amended from time to time. The provisions of Chapter 12T are incorporated by reference and made a part of this Agreement as though fully set forth herein. The text of the Chapter 12T is available on the web at www.sfgov.org/olse/fco. A partial listing of some of Contractor's obligations under Chapter 12T is set forth in this Section. Contractor is required to comply with all of the applicable provisions of 12T, irrespective of the listing of obligations in this Paragraph. Capitalized terms used in this Paragraph and not defined in this Agreement shall have the meanings assigned to such terms in Chapter 12T.

B. The requirements of Chapter 12T shall only apply to a Contractor's or Subcontractor's operations to the extent those operations are in furtherance of the performance of this Agreement, and shall apply only to applicants and employees who would be or are performing work in furtherance of this Agreement.

C. Contractor shall incorporate by reference in all subcontracts the provisions of Chapter 12T, and shall require all subcontractors to comply with such provisions.

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 222 of 279

Contractor's failure to comply with the obligations in this subsection shall constitute a material breach of this Agreement.

D.  Contractor or Subcontractor shall not inquire about, require disclosure of, or if such information is received base an Adverse Action on an applicant's or potential applicant for employment, or employee's: (1) Arrest not leading to a Conviction, unless the Arrest is undergoing an active pending criminal investigation or trial that has not yet been resolved; (2) participation in or completion of a diversion or a deferral of judgment program; (3) a Conviction that has been judicially dismissed, expunged, voided, invalidated, or otherwise rendered inoperative; (4) a Conviction or any other adjudication in the juvenile justice system; (5) a Conviction that is more than seven years old, from the date of sentencing; or (6) information pertaining to an offense other than a felony or misdemeanor, such as an infraction.

E.  Contractor or Subcontractor shall not inquire about or require applicants, potential applicants for employment, or employees to disclose on any employment application the facts or details of any conviction history, unresolved arrest, or any matter identified in subparagraph D, above.  Contractor or Subcontractor shall not require such disclosure or make such inquiry until either after the first live interview with the person, or after a conditional offer of employment.

F.  Contractor or Subcontractor shall state in all solicitations or advertisements for employees that are reasonably likely to reach persons who are reasonably likely to seek employment to be performed under this Agreement, that the Contractor or Subcontractor will consider for employment qualified applicants with criminal histories in a manner consistent with the requirements of Chapter 12T.

G.  Contractor and Subcontractors shall post the notice prepared by the Office of Labor Standards Enforcement (OLSE), available on OLSE's website, in a conspicuous place at every workplace, job site, or other location under the Contractor or Subcontractor's control at which work is being done or will be done in furtherance of the performance of this Agreement.  The notice shall be posted in English, Spanish, Chinese, and any language spoken by at least 5% of the employees at the workplace, job site, or other location at which it is posted.

H.  Contractor understands and agrees that if it fails to comply with the requirements of Chapter 12T, the City shall have the right to pursue any rights or remedies available under Chapter 12T, including but not limited to, a penalty of $50 for a second violation and $100 for a subsequent violation for each employee, applicant or other person as to whom a violation occurred or continued, termination or suspension in whole or in part of this Agreement.


END OF SECTION

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 223 of 279

JOHNNY D. KNADLER (SBN 220942)
LAW OFFICE OF JOHNNY D. KNADLER
280 Summergrove Cir.
Roseville, CA 95678
Telephone: (310) 564-6695
Email: SPM.PGE@gmail.com

Attorney for Creditor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

|  |  |
|---|---|
| **In re:** | ) Case No. 19-30088 (DM) |
| | ) |
| **PG&E Corporation,** | ) Chapter 11 |
| | ) |
| **- and –** | ) Judge: Hon. Dennis Montali |
| | ) Date: May 24, 2023 |
| **Pacific Gas and Electric Company** | ) Time: 10:00 a.m. |
| | ) Courtroom: (Tele/Videoconf. Appearance) |
| | ) United States Bankruptcy Court |
| Debtor | ) Courtroom 17, 16th Floor |
| | ) San Francisco, CA 94102 |

## EXHIBIT "C"

### TO

### DECLARATION OF JAVAD MIRSAIDI IN SUPPORT OF OPPOSITION TO OBJECTION TO CLAIM – SYNERGY PROJECT MANAGEMENT, INC. (POC #368)
### (ONE HUNDRED TWENTIETH OMNIBUS OBJECTION TO CLAIMS – NO LIABILITY CLAIMS )



**Pacific Gas and Electric Company**

Law - Claims

May 9, 2017

Javad Mirsadi
Synergy Project Management
301 Crescent Court # 3409
San Francisco, CA 94134

Re: PG&E Claim No.    : 2015381702
     Date of Incident    : 04/29/2015
     Location of Incident : Intersection of Haight Street and Masonic, SF

Dear Mr. Mirsadi:

This letter is in follow-up to your claim concern with regards to an employee of Synergy, during excavation making contact to an unmarked PG&E gas facility at the location shown above.

My investigation shows PG&E responded to your USA ticket, locating and marking PG&E's gas facility. At this time, there is no indication PG&E's facility was not marked correctly.

Based on the above, we do not believe that PG&E was responsible for your loss. As a result, we regret that we cannot accept your claim.

Thank you for your courtesy and cooperation. We are sorry that you experienced this loss. You may want to consider reviewing this matter with your insurance provider to determine if coverage is available under any insurance you may have.

If you have any questions or additional information that you wish us to consider, please contact me at (415) 695-3510. Please always refer to your claim number in any communication.

Sincerely,

Dennis Dionson
Claims Investigator
2225 Folsom St
San Francisco CA 94110



**Pacific Gas and Electric Company**

Law - Claims

May 9, 2017

Javad Mirsadi
Synergy Project Management
301 Crescent Court # 3409
San Francisco, CA 94134

Re: PG&E Claim No.    : 2015381714
    Date of Incident      : 07/30/2015
    Location of Incident: 566 Haight Street, SF

Dear Mr. Mirsadi:

This letter is in follow-up to your claim concern with regards to an employee of Synergy, during excavation making contact to an unmarked PG&E electric facility at the location shown above.

My investigation shows PG&E responded to your USA ticket, locating and marking PG&E's electric facility. At this time there is no indication PG&E's facility was not marked correctly.

Based on the above, we do not believe that PG&E was responsible for your loss. As a result, we regret that we cannot accept your claim.

Thank you for your courtesy and cooperation. We are sorry that you experienced this loss. You may want to consider reviewing this matter with your insurance provider to determine if coverage is available under any insurance you may have.

If you have any questions or additional information that you wish us to consider, please contact me at (415) 695-3510. Please always refer to your claim number in any communication.

Sincerely,

Dennis Dionson
Claims Investigator
2225 Folsom St
San Francisco CA 94110



**Pacific Gas and Electric Company**

Law - Claims

May 9, 2017

Javad Mirsadi
Synergy Project Management
301 Crescent Court # 3409
San Francisco, CA  94134

Re: PG&E Claim No.      :  2015381714
    Date of Incident    :  08/27/2015
    Location of Incident :  1436 Haight Street, SF

Dear Mr. Mirsadi:

This letter is in follow-up to your claim concern with regards to an employee of Synergy, during excavation making contact to an unmarked PG&E gas facility at the location shown above.

My investigation shows PG&E responded to your USA ticket, locating and marking PG&E's gas facility.  At this time, there is no indication PG&E's facility was not marked correctly.

Based on the above, we do not believe that PG&E was responsible for your loss.  As a result, we regret that we cannot accept your claim.

Thank you for your courtesy and cooperation.  We are sorry that you experienced this loss.  You may want to consider reviewing this matter with your insurance provider to determine if coverage is available under any insurance you may have.

If you have any questions or additional information that you wish us to consider, please contact me at (415) 695-3510. Please always refer to your claim number in any communication.

Sincerely,

Dennis Dionson
Claims Investigator
2225 Folsom St
San Francisco CA 94110



**Pacific Gas and Electric Company**

Law - Claims

May 9, 2017

Javad Mirsadi
Synergy Project Management
301 Crescent Court # 3409
San Francisco, CA 94134

Re: PG&E Claim No.     : 2015381715
    Date of Incident      : 09/16/2015
    Location of Incident : Haight Street, between Ashby & Masonic, SF

Dear Mr. Mirsadi:

This letter is in follow-up to your claim concern with regards to an employee of Synergy, during excavation making contact to an unmarked PG&E gas facility at the location shown above.

My investigation shows PG&E responded to your USA ticket, locating and marking PG&E's gas facility. At this time there is no indication PG&E's facility was not marked correctly.

Based on the above, we do not believe that PG&E was responsible for your loss. As a result, we regret that we cannot accept your claim.

Thank you for your courtesy and cooperation. We are sorry that you experienced this loss. You may want to consider reviewing this matter with your insurance provider to determine if coverage is available under any insurance you may have.

If you have any questions or additional information that you wish us to consider, please contact me at (415) 695-3510. Please always refer to your claim number in any communication.

Sincerely,

Dennis Dionson
Claims Investigator
2225 Folsom St
San Francisco CA 94110



**Pacific Gas and Electric Company**

Law - Claims

May 9, 2017

Javad Mirsadi
Synergy Project Management
301 Crescent Court # 3409
San Francisco, CA 94134

Re: PG&E Claim No.     : 2015381704
    Date of Incident     : 10/06/2015
    Location of Incident : 1427 Haight Street, SF

Dear Mr. Mirsadi:

This letter is in follow-up to your claim concern with regards to an employee of Synergy, during excavation making contact to an unmarked PG&E gas facility at the location shown above.

My investigation shows PG&E responded to your USA ticket, locating and marking PG&E's gas facility. At this time there is no indication PG&E's facility was not marked correctly.

Based on the above, we do not believe that PG&E was responsible for your loss. As a result, we regret that we cannot accept your claim.

Thank you for your courtesy and cooperation. We are sorry that you experienced this loss. You may want to consider reviewing this matter with your insurance provider to determine if coverage is available under any insurance you may have.

If you have any questions or additional information that you wish us to consider, please contact me at (415) 695-3510. Please always refer to your claim number in any communication.

Sincerely,

Dennis Dionson
Claims Investigator
2225 Folsom St
San Francisco CA 94110



**Pacific Gas and
Electric Company**

Law - Claims

May 9, 2017

Javad Mirsadi
Synergy Project Management
301 Crescent Court # 3409
San Francisco, CA 94134

Re: PG&E Claim No.      : 2015381712
    Date of Incident     : 10/08/2015
    Location of Incident : 1427 Haight Street, SF

Dear Mr. Mirsadi:

This letter is in follow-up to your claim concern with regards to an employee of Synergy,
during excavation making contact to an unmarked PG&E gas facility at the location
shown above.

My investigation shows PG&E responded to your USA ticket, locating and marking
PG&E's gas facility. At this time there is no indication PG&E's facility was not marked
correctly.

Based on the above, we do not believe that PG&E was responsible for your loss. As a
result, we regret that we cannot accept your claim.

Thank you for your courtesy and cooperation. We are sorry that you experienced this
loss. You may want to consider reviewing this matter with your insurance provider to
determine if coverage is available under any insurance you may have.

If you have any questions or additional information that you wish us to consider, please
contact me at (415) 695-3510. Please always refer to your claim number in any
communication.

Sincerely,

Dennis Dionson
Claims Investigator
2225 Folsom St
San Francisco CA 94110



**Date:** June 5, 2017

**To:** Mr. Dennis Dionson
Pacific gas & Electric
Claims Investigator
2225 Folsom Street
San Francisco, CA 94110

**Re:** PG&E Claim Numbers:
*2015381702: 04/29/2015 - Intersection of Haight and Masonic*
*2015381714: 07/30/2015 - 566 Haight Street*
*2015381714: 08/27/2015 - 1436 Haight Street*
*2015381715: 09/16/2015 - Haight Street Between Ashby & Masonic*
*2015381704: 10/06/2015 - 1427 Haight Street*
*2015381712: 10/08/2015 - 1427 Haight Street*

Dear Dennis,

I am in receipt of your letters dated May 9, 2017 that categorically denies most of claims submitted by Synergy in 2015. I am surprised that it took so long for your determinations for these incidents that happened in 2015 (2 years +/- ago) and there is no reference, justification, proof, evidence, photos, etc. provided for any of the incidents. Just a form letter response to all of them!

Attached please find a photo for each incident that clearly shows that they were all due to unmarked, mismarked, or improperly installed utilities by PG&E. In addition there were incidents on 7/31/2015, 9/17/2015, and 10/9/2015 that you have failed to address.

Please be advised that Synergy continues to accrue interest and other expenses for these incidents. Feel free to contact me at javad@synergypm.com should you have any questions or need additional information.

Very truly yours,
Synergy Project Management, Inc.

Javad Mirsaidi, PE, CCM
President



JOHNNY D. KNADLER (SBN 220942)
LAW OFFICE OF JOHNNY D. KNADLER
280 Summergrove Cir.
Roseville, CA 95678
Telephone: (310) 564-6695
Email: SPM.PGE@gmail.com

Attorney for Creditor

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
|  | Chapter 11 |
| **PG&E Corporation,** | |
|  | Judge: Hon. Dennis Montali |
| **- and –** | Date: May 24, 2023 |
|  | Time: 10:00 a.m. |
| **Pacific Gas and Electric Company** | Courtroom: (Tele/Videoconf. Appearance) |
|  | United States Bankruptcy Court |
| Debtor | Courtroom 17, 16th Floor |
|  | San Francisco, CA 94102 |

### EXHIBIT "D"

### TO

### DECLARATION OF JAVAD MIRSAIDI IN SUPPORT OF OPPOSITION TO OBJECTION TO CLAIM – SYNERGY PROJECT MANAGEMENT, INC. (POC #368) (ONE HUNDRED TWENTIETH OMNIBUS OBJECTION TO CLAIMS – NO LIABILITY CLAIMS )



**SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF SAN FRANCISCO**

# Document Scanning Lead Sheet

Jul-10-2017  2:32 pm

Case Number: CGC-17-560034

Filing Date: Jul-10-2017 2:12

Filed by:  NEYL WEBB

Image: 05938491

COMPLAINT

SYNERGY PROJECT MANAGEMENT, INC. VS. CITY AND COUNTY OF SAN
FRANCISCO

001C05938491

**Instructions:**
Please place this sheet on top of the document to be scanned.



**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
CITY AND COUNTY OF SAN FRANCISCO

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
SYNERGY PROJECT MANAGEMENT, INC.

<div style="text-align:right">

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

</div>

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: <br> *(El nombre y dirección de la corte es):* | CASE NUMBER: <br> *(Número del Caso):* **17 - 560 034** |
|---|---|

San Francisco County Superior Court-Civic Center Courthouse
400 McAllister Street, San Francisco, CA 94102

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Kris A. Cox, 220 Montgomery Street, Suite 2100, San Francisco, CA 94104, Phone: 415-362-3599

| DATE: <br> *(Fecha)* **JUL 1 0 2017** | Clerk of the Court | Clerk, by <br> *(Secretario)* _Neyl Webb_ | , Deputy <br> *(Adjunto)* |
|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* City and County of San Francisco

   under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
   ☒ other *(specify):* As a public entity
4. ☐ by personal delivery on *(date):*

**BY FAX**
**ONE LEGAL LLC**

[SEAL] SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN FRANCISCO

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Page 1 of 1 <br> Code of Civil Procedure §§ 412.20, 465 <br> *www.courtinfo.ca.gov* |
|---|---|---|

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 235 of 279

MATTHEW K. YAN, State Bar No. 257918
KRIS A. COX, State Bar No. 136504
ERIN H. REDING, State Bar No. 252691
MOSCONE EMBLIDGE & OTIS LLP
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Telephone:    (415) 362-3599
Facsimile:    (415) 362-2006
Email: cox@mosconelaw.com
      reding@mosconelaw.com

Attorneys for Plaintiff
SYNERGY PROJECT MANAGEMENT, INC.

**FILED**
San Francisco County Superior Court

JUL 1 0 2017

CLERK OF THE COURT
BY: _____
                    Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

### COUNTY OF SAN FRANCISCO – UNLIMITED CIVIL JURISDICTION

| | |
|---|---|
| SYNERGY PROJECT MANAGEMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendant. | Case No. **CGC-17-560034** <br><br> **COMPLAINT** <br><br> 1. **Intentional Interference with Contractual Relations** <br> 2. **Intentional Interference with Prospective Economic Advantage** <br> 3. **Negligent Interference with Prospective Economic Advantage** |

**BY FAX**
ONE LEGAL LLC

## PRELIMINARY ALLEGATIONS

1. In January 2015, after an improperly held hearing, an employee of the City and County of San Francisco ("City") issued a statement of findings ("Statement of Findings") related to a dispute about the City's public works project located on Haight and Hayes Streets.

2. The City's issuance of the Statement of Findings interfered with the contract between subcontractor Synergy Project Management, Inc. ("Synergy") and general contractor Ghilotti Brothers, Inc. ("GBI").

3. The City's issuance of the Statement of Findings also interfered with Synergy's prospective economic advantage.

COMPLAINT                                    1                          Case No. _____

**PARTIES**

4. Synergy Project Management, Inc. is a California corporation, qualified to do business in California, and located in San Francisco, California.

5. Defendant City and County of San Francisco is a municipal corporation existing under the laws of the State of California, and is both a Charter City and a County under the Constitution of the State of California.

**JURISDICTION AND VENUE**

6. This Court has jurisdiction of the subject matter for each of the causes of action in this Complaint because the total amount of damages claimed herein exceeds the minimum jurisdictional limit of this Court.

7. Venue in this Court is proper pursuant to California Code of Civil Procedure Section 395 because this complaint concerns a construction project located in San Francisco County, the contract alleged by Synergy was entered into in San Francisco County and to be performed here, and the other injuries Plaintiff alleges in this complaint all occurred in this County.

8. Additionally, venue is proper in this Court because Defendant is the City and County of San Francisco.

**FACTS**

9. On February 10, 2015, the City and GBI entered into a contract to replace the sewer line, install new water lines, and renovate the pavement on Haight Street and Hayes Street, referred to as DPW Project No. PCE 15018/2264J(R), "Pavement Renovation, Sewer Replacement, and Water Main Installation – Haight Street and Hayes Street" (the "Project").

10. In GBI's bid for the Project, GBI selected and listed Synergy as a subcontractor on GBI's contract with the City .

11. Synergy's role was to perform the underground excavation and utilities work on the Project.

COMPLAINT 2 Case No. _____

1     12. GBI and Synergy entered into a Subcontract Agreement on April 17, 2015. Attached

2     hereto as **Exhibit A** is a true and correct copy of the Subcontract Agreement.

3     13. Once GBI listed Synergy as a subcontractor on GBI's bid to the City, and the City

4     accepted the bid and signed a contract with GBI, Synergy had the right to complete its work on

5     the Project unless it was removed pursuant to the provisions of the Subletting and Subcontracting

6     Fair Practices Act, California Public Contract Code Sections 4100 *et seq.*, (hereinafter the

7     "Subletting and Subcontracting Fair Practices Act") which establishes a detailed, mandatory

8     framework for competitive bids on public works projects.

9     14. Additionally, the Subcontract Agreement between Synergy and GBI gave Synergy the

10    right to perform work on the Project. It further provided that GBI would "pay [Synergy] for the

11    satisfactory performance of this Agreement. . ." (Exhibit A, p. 1.)

12    15. The Subcontract Agreement between Synergy and GBI explicitly provided for how GBI

13    could terminate Synergy as subcontractor on the Project. If "at any time [Synergy] breach[ed]

14    this Agreement or failed[ed] to prosecute the said work with promptness, diligence and

15    efficiency or fail[ed] to perform any of the requirements hereof, [GBI] may. . . terminate the

16    employment of [Synergy]." (Exhibit A, pp. 11-12.) The Agreement further provided that, "In its

17    sole discretion and to the extent permitted by law, [GBI] may terminate this Agreement without

18    cause." (Exhibit A, p. 12.)

19    16. The Subletting and Subcontracting Fair Practices Act contains mandatory and

20    comprehensive requirements for when and how a listed subcontractor on a public works project

21    can be removed or replaced. The City has adopted the provisions of the Subletting and

22    Subcontracting Fair Practices Act as an ordinance applying to its public works projects.

23    17. Nothing in the Subcontract Agreement or the Subletting and Subcontracting Fair

24    Practices Act gave any party, other than GBI, the right to terminate Synergy from the Project.

25    (Exhibit A.)

26    18. GBI and Synergy began work on the Project in April 2015.

27

28

---

COMPLAINT                                    3                        Case No. _____

1    19. The Project was a particularly difficult one. Throughout its excavation work, Synergy

2 encountered 798 underground utilities. Of those, the project plans had only identified 357. More

3 than 400 of the underground utilities were unknown to Synergy and therefore unanticipated.

4    20. Even for the underground facilities that the utility companies *had* identified, many did not

5 comply with industry standards for placement, and critical information about those utilities was

6 incorrect. As a result, Synergy encountered unprecedented obstacles.

7    21. Of the almost 800 underground utilities, Synergy damaged five PG&E gas lines during

8 the course of the project.

9    22. On October 8, 2015, purportedly because of the gas line accidents, the Director of Public

10 Works wrote a letter to GBI instructing all work on the project to stop and further stating: "You

11 are hereby directed . . . to remove [Synergy] immediately."

12    23. The City cited section California Public Contract Code Sections 4100, *et seq.*, and a

13 clause in its contract with GBI, as support for the direction.

14    24. GBI objected to the substitution but began soliciting proposals from other qualified

15 bidders because it needed a subcontractor to finish the project.

16    25. On October 14, 2015, the City informed Synergy that the City had "directed Ghilotti to

17 remove Synergy and to substitute a replacement contractor." The letter cited Section 4107(a)(7)

18 as support for the City's action.

19    26. Synergy submitted a formal objection to the removal five days later.

20    27. The City responded approximately one month later on November 16, 2015, reiterating its

21 reliance on Section 4107(a)(7) for its removal of Synergy.

22    28. On December 9, 2015, Synergy and the City participated in an administrative hearing

23 before a City-appointed hearing officer, who was an employee of the City.

24    29. The City undertook to prove at the hearing that it had the right to remove Synergy from

25 the Project without the consent or request of the prime contractor, GBI.

26    30. GBI testified at the hearing on behalf of Synergy and in opposition to the City's actions.

27    31. On January 8, 2015, the hearing officer issued a Statement of Findings, which rejected

28 Synergy's arguments about the propriety and legality of the City's use of Section 4107(a)(7) to

---

COMPLAINT                                           4                          Case No. _____

1  hold the hearing, and instead adopted the City's theory that it could use the section to unilaterally

2  remove Synergy as a subcontractor on the project, without the prime contractor requesting that

3  Synergy be removed.

4      32. While the City wrote three previous letters regarding removing Synergy from the Project

5  (*see* ¶¶ 20, 23, 25), the removal was not official or final until the hearing officer issued his

6  Statement of Findings on January 8, 2015. The prior letters asserting the City's desire to remove

7  Synergy from the project did not carry the necessary authority to remove Synergy from the

8  Project. The only way Synergy could have been properly removed from the Project was under

9  the authority of a hearing that complied with the relevant sections of the Subletting and

10  Subcontracting Fair Practices Act.

11      33. Synergy brought a Petition for Writ of Mandate to review the Hearing Officer's ruling. In

12  its Writ of Mandate, Synergy argued that the City failed to act as required by law because, while

13  the City claimed that it had authority under Public Contract Code Section 4107 to unilaterally

14  remove Synergy from the Project, Section 4107 did not provide the City with any such authority.

15  Synergy further argued that the City had no other legal authority to remove a subcontractor from

16  a public works project without the request of the prime contractor. Therefore, Synergy argued,

17  the hearing that resulted in the City's Statement of Findings, was improperly held and without

18  legal authority. As a result, the resulting Statement of Findings was equally improper and had no

19  authority.

20      34. On November 10, 2016, the San Francisco Superior Court granted Synergy's Writ and

21  ordered the Hearing Officer's Determination to be vacated, finding that the City's actions were

22  not supported by the law. Attached hereto as **Exhibit B** is a true and correct copy of the court's

23  order.

24

25          **FIRST CAUSE OF ACTION**
      **Intentional Interference with Contractual Relations**

26      35. Plaintiff incorporates by reference each and every allegation in each preceding paragraph

27  as if fully set forth herein.

28

---

COMPLAINT                                5                    Case No. _____

36. At the time the City issued its Statement of Findings related to the dispute about the Project, a valid contract existed between Synergy and GBI. (*See* Exhibit A.)

37. The City had knowledge of the contract between Synergy and GBI because, in the bid GBI submitted to the City, GBI listed Synergy as a subcontractor to perform work on the Project. Therefore, the City knew a subcontract had been entered between GBI and Synergy. Consequently, the City also knew that Synergy had a right to perform the work on the Project unless GBI removed Synergy under the relevant provisions of the Subletting and Subcontracting Fair Practices Act.

38. The City's issuance of a Statement of Findings was the official and final act that removed Synergy from the Project. The issuance was an intentional act to induce a breach or disruption in the contract between Synergy and GBI. The January 8, 2016 Statement of Findings adopted the City's theory that it could use Section 4107(a) to unilaterally remove Synergy as a subcontractor on the project, without GBI requesting that Synergy be removed.

39. The sole design and purpose of the City's issuance of the Statement of Findings was to disrupt the contract between Synergy and GBI by unliterally removing Synergy from the Project and depriving Synergy of the right to perform the work under its contract with GBI.

40. The issuance of the Statement of Findings caused a breach or disruption in the contractual relationship between Synergy and GBI because the issuance deprived Synergy of the rights afforded to it in the contract between Synergy and GBI, specifically performing work on the Project.

41. The issuance of the Statement of Findings also caused a breach or disruption in the contractual relationship between Synergy and GBI because the issuance breached and disrupted the contract provisions that provided only GBI could terminate Synergy from the Project in compliance with the Subcontracting and Subletting Fair Practices Act.

42. Synergy was damaged by the City's intentional act of issuing the Statement of Findings because the issuance: (1) removed Synergy from the Project; (2) Synergy was unable to complete its work on the Project and be compensated for that work; (3) Synergy was left with unabsorbed

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 241 of 279

overhead and unrealized profit; and (4) Synergy was deprived of the rights afforded to it by the contract between Synergy and GBI.

WHEREFORE, Synergy prays for relief as hereinafter set forth.

## SECOND CAUSE OF ACTION
### Intentional Interference with Prospective Economic Advantage

43. Plaintiff incorporated by reference each and every allegation in each preceding paragraph as if fully set forth herein.

44. At the time the City issued its Statement of Findings related to the dispute about the Project, an economic relationship existed between Synergy and GBI, with the probability of economic benefit to Synergy. (*See* Exhibit A.)

45. The City had knowledge of the relationship between Synergy and GBI because, in the bid GBI submitted to the City, GBI listed Synergy as a subcontractor to perform work on the Project. Therefore, the City knew a subcontract had been entered between GBI and Synergy. Consequently, the City also knew that Synergy had a right to perform the work on the Project unless GBI removed Synergy under the relevant provisions of the Subletting and Subcontracting Fair Practices Act.

46. The City's issuance of a Statement of Findings was the official and final act that removed Synergy from the Project. The issuance was an intentional act to disrupt the economic relationship between Synergy and GBI. The January 8, 2016 Statement of Findings adopted the City's theory that it could use Section 4107(a) to unilaterally remove Synergy as a subcontractor on the project, without GBI requesting that Synergy be removed.

47. The issuance of the Statement of Findings actually disrupted the economic relationship between Synergy and GBI because the issuance deprived Synergy of the rights afforded to it in the contract between Synergy and GBI.

48. The issuance of the Statement of Findings also disrupted the economic relationship between Synergy and GBI because the issuance disrupted the contract provisions that provided only GBI could terminate Synergy from the Project in compliance with the Subcontracting and Subletting Fair Practices Act.

COMPLAINT                                    7                    Case No. _____

49. The City's interference was wrongful, not just because the City interfered with an existing economic relationship, but also because the City's actions were proscribed by statute and contravened Section 4107 of the Public Contract Code. (*See* Exhibit B.) The San Francisco County Superior Court confirmed that the City's actions contravened Section 4107 in its November 10, 2016 order granting Synergy's Writ and ordering the Hearing Officer's Determination to be vacated because the City's actions were not supported by the law. (*Id.*)

50. Synergy incurred economic harm from the City's intentional act of issuing the Statement of Findings because the issuance: (1) removed Synergy from the Project; (2) Synergy was unable to complete its work on the Project and be compensated for that work; (3) Synergy was left with unabsorbed overhead and unrealized profit; and (4) Synergy was deprived of the rights afforded to it by the contract between Synergy and GBI.

WHEREFORE, Synergy prays for relief as hereinafter set forth.

### THIRD CAUSE OF ACTION
#### Negligent Interference with Prospective Economic Advantage

51. Plaintiff incorporated by reference each and every allegation in each preceding paragraph as if fully set forth herein.

52. Synergy and GBI were in an economic relationship that would have resulted in future economic benefit to Synergy because the subcontract agreement entered into by Synergy and GBI gave Synergy a right to work on the Project, and a right to be compensated for its work on the Project.

53. The City knew or should have known of the relationship between Synergy and GBI because, in the bid GBI submitted to the City, GBI listed Synergy as a subcontractor to perform work on the Project. Therefore, the City knew a subcontract had been entered between GBI and Synergy. Consequently, the City also knew that Synergy had a right to perform the work on the Project unless GBI removed Synergy under the relevant provisions of the Subletting and Subcontracting Fair Practices Act

54. The City knew or should have known that this relationship between Synergy and GBI would be disrupted if the City failed to act with reasonable care. The harm to Synergy, resulting

COMPLAINT                                8                        Case No. _____

1  from the issuance of the Statement of Findings, was foreseeable. It was obvious and undeniable

2  that removing Synergy from the Project would harm Synergy by preventing it from completing

3  work on the Project, preventing Synergy from being compensated for that work, leaving Synergy

4  with unabsorbed overhead and unrealized profit, and depriving Synergy of the rights afforded to

5  it by the contract between Synergy and GBI.

6     55. The City failed to act with reasonable care because it engaged in wrongful conduct that

7  was proscribed by statute and contravened Section 4107 of the Public Contracting Code. (*See*

8  Exhibit B.) The San Francisco County Superior Court confirmed that the City's actions

9  contravened Section 4107 in its November 10, 2016 order granting Synergy's Writ and ordering

10  the Hearing Officer's Determination to be vacated because the City's actions were not supported

11  by the law. (*Id.*)

12     56. The relationship between Synergy and GBI was disrupted because the City's issuance of

13  the Statement of Findings removed Synergy from the Project and caused a breach or disruption

14  in the subcontract agreement between GBI and Synergy.

15     57. Synergy was harmed and the City's wrongful conduct was a substantial factor in causing

16  Synergy's harm. Synergy suffered injury by the City's issuance of the Statement of Findings

17  because the issuance: (1) removed Synergy from the Project; (2) Synergy was unable to complete

18  its work on the Project and be compensated for that work; (3) Synergy was left with unabsorbed

19  overhead; and (4) Synergy was deprived of the rights afforded to it by the contract between

20  Synergy and GBI.

21     58. Furthermore there was a sufficiently close connection between the City's issuance of the

22  Statement of Findings and the removal of Synergy from the Project because the issuance was the

23  direct and immediate cause of the removal of Synergy from the Project. While the City wrote

24  three previous letters regarding removing Synergy from the Project (*see* ¶¶ 20, 23, 25), the

25  removal was not official or final until the hearing officer issued his Statement of Findings on

26  January 8, 2015. (*See* ¶ 30.)

27     59. The City's issuance of its Statement of Findings, removing Synergy from the Project, was

28  intended to affect Synergy because the sole purpose of the issuance was to remove Synergy from

COMPLAINT                          9                    Case No. _____

the Project, or the City should have known that its actions would have this effect and the City negligently undertook its course of action.

60. For all of these reasons, the City owed Synergy a duty of care, which it breached when it issued a Statement of Findings that was designed to remove Synergy from the Project.

WHEREFORE, Synergy prays for relief as hereinafter set forth.

## PRAYER

WHEREFORE, Plaintiff prays for relief as follows:

1. For damages in an amount to be proven at trial;

2. For costs of suit; and

3. For such other relief as the Court may deem just and proper.

Dated: July 10, 2017

Respectfully Submitted,

MOSCONE EMBLIDGE & OTIS LLP

By: _____
        Kris A. Cox

Attorneys for Plaintiff SYNERGY
PROJECT MANAGEMENT, INC.

---

COMPLAINT                    10                    Case No. _____

# EXHIBIT A

# EXHIBIT A

# EXHIBIT A

DocuSign Envelope ID: 9CD66350-7CD0-4971-87F7-CADAD6F00333



Ghilotti Bros., Inc.
525 JACOBY STREET • SAN RAFAEL, CA 94901
P 415.454.7011 • F 415.454.8376
STATE CONTRACTORS LICENSE # 13212

## Subcontract General Terms & Conditions – Long Form

### I. SCOPE OF WORK

a) SUBCONTRACTOR shall furnish all labor, material, supplies and equipment, and perform all work necessary to complete the following part or parts of the work of the General Contract in all respects as is therein required of the CONTRACTOR, and all work incidental thereto, all in accordance with the terms and conditions of the General Contract including the General Conditions, Drawings, Specifications and other Documents, which by Reference, are made part of said General Contract, all of which shall be considered part of the AGREEMENT by this Reference thereto, and SUBCONTRACTOR agrees to be bound to CONTRACTOR and OWNER by the terms and Provisions thereof.

b) CONTRACTOR shall have the same rights and privileges as against the SUBCONTRACTOR herein as the OWNER in the General Contract has against CONTRACTOR.

c) It is agreed that the materials to be furnished and/or work to be done by the Subcontractor are as stated on page 1 of the attached Job Specific Scope of Work line items.

### II. AGREEMENT PRICE AND PAYMENT

a) CONTRACTOR will pay SUBCONTRACTOR for the satisfactory performance of this AGREEMENT, the sum as PER PRICES SET FORTH ABOVE IN THE ATTACHED JOB SPECIFIC SCOPE OF WORK LINE ITEMS, subject to additions and deductions provided for herein.

CONTRACTOR agrees to pay SUBCONTRACTOR for said work subject to additions and deductions as herein provided, payable as work progresses, on estimates made and approved by CONTRACTOR and within three (3) days after CONTRACTOR actually receives payment from OWNER on account of SUBCONTRACTOR's work. CONTRACTOR may withhold retention from SUBCONTRACTOR progress payment. The percentage of retention withheld shall not exceed the percentage withheld under CONTRACTOR's contract with the OWNER. SUBCONTRACTOR agrees to furnish, if and when required by CONTRACTOR, payroll affidavits (including statements of non-performance for CONTRACTOR records), receipts, vouchers, releases of claims of labor, and material, and agrees to furnish same from its subcontractors, suppliers and/or materialmen in form satisfactory to CONTRACTOR prior to receipt of any payment. CONTRACTOR may, at its option, make any payment or portion thereof by joint check payable to SUBCONTRACTOR and any of its subcontractors, suppliers and/or materialmen. Nothing herein shall waive or impair any rights of either party, at law or in equity, to setoff.  Upon reasonable written notice, CONTRACTOR shall have the right to pay union benefit trust funds, employees, subcontractors, suppliers, taxing authorities, apprenticeship councils, and any other creditors of SUBCONTRACTOR, or creditors of SUBCONTRACTOR's lower tier subcontractors or suppliers for the 2264J project, if SUBCONTRACTOR fails to do so, and satisfaction of the obligations owed by SUBCONTRACTOR to such persons shall constitute payment for purposes of this Agreement, with the amounts otherwise owed under this Agreement to be adjusted accordingly. **Notwithstanding the foregoing requirements of this Article II, Subcontractor expressly does not waive any statutory right to collect prompt payment penalties.**

b) CONTRACTOR may in addition withhold from any payment or retention up to 150% of the amount of any disputed item, including without limitation, amounts CONTRACTOR believes may be necessary to withhold to protect CONTRACTOR from any potential claims which may result from SUBCONTRACTOR failing to furnish appropriate waivers and releases for itself or any lower tier subcontractors or suppliers.

Page 1 of 14

DocuSign Envelope ID: 9CD66350-7CD0-4971-87F7-CADAD6F00333




**Ghilotti Bros., Inc.**
525 JACOBY STREET • SAN RAFAEL, CA 94901
P 415.454.7011 • F 415.454.8376
STATE CONTRACTORS LICENSE # 13212

## Subcontract General Terms & Conditions – Long Form

c) On public works projects with the State of California or any subdivision thereof, the amounts (if any) which CONTRACTOR is obligated by this AGREEMENT to pay as retention shall be paid within three (3) days after receipt of retention by CONTRACTOR; additionally, on such state or local projects, the percentage of retention withheld (when there are no additional reasons for withholding) shall not exceed the percentage required to be withheld under CONTRACTOR's contract with the OWNER. On such a state or local public works project, a SUBCONTRACTOR with a contract of 5% or more of the project price also may have the right under applicable law and depending on the circumstances either to post securities in lieu of retention or to receive interest on certain sums when the CONTRACTOR has posted securities in lieu of retention.

d) Notwithstanding any other term of this AGREEMENT, CONTRACTOR shall be permitted a reasonable period of time to pursue remedies and collect from OWNER or other persons for progress payments, final payments or other payments on account of SUBCONTRACTOR's work or claims, before payment shall become due to SUBCONTRACTOR. What is a "reasonable time" shall be decided based upon all relevant circumstances, but shall in no event be less than the amount of time needed to pursue to conclusion (including collection) available remedies against OWNER, insurers, other subcontractors, or any other party responsible for payment. Notwithstanding any provision of this AGREEMENT, if the reason that a payment by OWNER to CONTRACTOR has failed to come due is not because of an act or omission of SUBCONTRACTOR (including, without limitation, a deficiency in SUBCONTRACTOR's work) then the payment shall become due no later than ten (10) days after it would otherwise have become due in the absence of a failure by OWNER to have made payment."



### III.   SUBCONTRACTOR'S OBLIGATIONS

a) SUBCONTRACTOR acknowledges that he has read the GENERAL CONTRACT and all plans and specifications and is familiar therewith and agrees to comply with and perform all provisions thereof applicable to SUBCONTRACTOR.

b) The SUBCONTRACTOR shall conform in all respects to the provisions and regulations of any general or local act or ordinance, or any local authority which may be applicable to the work, hold harmless, defend, and indemnify the CONTRACTOR against all penalties by reason of nonobservance of any such provisions or regulations. SUBCONTRACTOR will abide by and comply with all OSHA standards and regulations. If SUBCONTRACTOR's conduct results in an OSHA violation or citation, they will be held responsible for the resulting fines against themselves and the CONTRACTOR, as well as any resulting legal fees.

c) SUBCONTRACTOR agrees to obtain and pay for all licenses and official inspections made necessary by its work and to comply with all codes, laws, ordinances and regulations bearing on its work and the conduct thereof.

d) SUBCONTRACTOR shall remove from the premises, as often as directed by the CONTRACTOR, all rubbish and surplus material which may accumulate from the prosecution of said work and should SUBCONTRACTOR fail to do so, CONTRACTOR may, at his option, remove same without further notice at SUBCONTRACTOR'S expense.

e) SUBCONTRACTOR shall submit six (6) copies of submittal data. Reference to the applicable sections of the contract documents for those items is required. Submittal shall reference the project title, number and specification section. All submittals must be submitted to the CONTRACTOR within twenty (20) working days of Subcontract NTP date.



f) On all projects subject to state or local prevailing wage requirements, SUBCONTRACTOR shall comply with any applicable California prevailing wage laws. The provisions of California Labor Code Sections 1771, 1775, 1776, 1777.5, 1813 and 1815 shall apply. On all such projects, as a condition precedent to final payment,

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page
249 of 279

DocuSign Envelope ID: 9CD66350-7CD0-4971-87F7-CADAD6F00333



**Ghilotti Bros., Inc.**
525 JACOBY STREET • SAN RAFAEL, CA 94901
P 415.454.7011 • F 415.454.8376
STATE CONTRACTORS LICENSE # 13212

## Subcontract General Terms & Conditions – Long Form

SUBCONTRACTOR agrees to provide an affidavit that complies with the terms of Labor Code Section 1775(b)(4). SUBCONTRACTOR acknowledges and agrees that it has performed its own investigation as to the applicability of California prevailing wage laws, the federal Davis-Bacon Act, or any similar laws, regulations, or contract requirements; SUBCONTRACTOR shall comply with all applicable laws, regulations, or other requirements concerning payment of wages and conditions of employment, and record keeping in accordance therewith. SUBCONTRACTOR agrees to furnish certified payrolls promptly upon demand and further agrees to cooperate fully in any effort by CONTRACTOR to verify compliance with labor laws and regulations, including requirements under the Davis-Bacon Act or the California Labor Code. Such cooperation shall include, without limitation, furnishing copies and originals of records and providing access to employees or witnesses for interviews and statements. In addition to and without derogation to any other rights that Contractor may enjoy, CONTRACTOR may withhold sufficient funds to protect Contractor against any claims related to labor requirements, including without limitation, requirements under the Davis-Bacon Act or the California Labor Code. SUBCONTRACTOR agrees that the amounts set forth as the Agreement Price shall be deemed to be full compensation for compliance with such laws, regulations, or requirements, including payment of all applicable wage rates, and that no additional compensation will be owed to SUBCONTRACTOR in the event that SUBCONTRACTOR is required thereunder to pay higher wages or incur additional costs that SUBCONTRACTOR contends that it did not anticipate.

g) The SUBCONTRACTOR, as a part of the obligations assumed by him in this AGREEMENT, accepts exclusive liability for all taxes and contributions required of the CONTRACTOR or SUBCONTRACTOR by the Federal Social Security Act and the Unemployment Compensation Law or similar law in any state in respect to the employees of SUBCONTRACTOR in the performance of the work herein provided for, and agrees to furnish CONTRACTOR with suitable written evidence that he has been authorized to accept such liability. The SUBCONTRACTOR further agrees that if he cannot furnish said evidence or should fail to do so prior to beginning his work, the CONTRACTOR may, at his option, pay or reserve for payment said taxes and contributions and deduct the amount paid or reserved from payments due, or to become due, the SUBCONTRACTOR. The SUBCONTRACTOR agrees to hold harmless, defend and indemnify the CONTRACTOR against all liability in respect to said employees under said act or law.

h) The SUBCONTRACTOR accepts exclusive liability for any and all sales tax or use tax which may be assessed against materials, equipment or labor used in this part of the work.

i) SUBCONTRACTOR shall provide safe and sufficient facilities to OWNER, ENGINEER, CONTRACTOR, or their duly authorized representatives for inspection of the work by SUBCONTRACTOR.

j) SUBCONTRACTOR shall provide safe and sufficient facilities for SUBCONTRACTOR'S own workmen, suppliers, and any other individuals for whom SUBCONTRACTOR is responsible.

k) SUBCONTRACTOR shall within one (1) working day after receiving written notice from CONTRACTOR proceed promptly to remove from the site all materials and work which the ENGINEER has condemned or failed to approve and shall promptly make good all such work and all other work damaged or destroyed in removing or making good said condemned work.

l) SUBCONTRACTOR shall warrantee and guarantee all work done by him under this AGREEMENT against deficiencies and defects in materials and/or workmanship for the period of time of CONTRACTOR'S warrantee and guarantees to OWNER, but in no event for less than one year after notice of completion is recorded.

m) SUBCONTRACTOR shall at all times supply adequate tools, appliances and equipment, a sufficient number of properly skilled workmen and a sufficient amount of materials and supplies of proper quality to efficiently and

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 250 of 279

DocuSign Envelope ID: 9CD66350-7CD0-4971-87F7-CADAD6F00333



Ghilotti Bros., Inc.
525 JACOBY STREET • SAN RAFAEL, CA 94901
P 415.454.7011 • F 415.454.8376
STATE CONTRACTORS LICENSE # 13212

## Subcontract General Terms & Conditions – Long Form

promptly prosecute said work and shall promptly pay for all materials purchased and shall pay all workmen each week and obtain and furnish CONTRACTOR weekly with two (2) copies of certified payroll upon request.

n) The SUBCONTRACTOR shall give his personal superintendence to the work or have a competent foreman or superintendent satisfactory to CONTRACTOR on the work at all times during progress with authority to act for him.

o) In the event of a dispute, SUBCONTRACTOR shall comply with CONTRACTOR'S written directives and shall continue performance in accordance with V(e).

### IV. ENTIRE AGREEMENT

This Agreement represents the entire agreement between CONTRACTOR and the SUBCONTRACTOR and supersedes any prior written or oral representations. SUBCONTRACTOR, its subcontractors, suppliers and/or materialmen are bound by the prime contract and any contract documents incorporated therein insofar as they relate in any way, directly or indirectly, to the work covered by this Agreement.

### V. PERFORMANCE OF WORK (TIME & SCHEDULE)

a) On Caltrans A+B projects, or on other projects where the CONTRACTOR'S bid proposal to the OWNER includes not only price(s), but also durations and/or dates for performance, SUBCONTRACTOR agrees that at no additional cost it shall conform to the CONTRACTOR'S baseline schedule and all revisions thereto, and the activities and durations therein, which the CONTRACTOR has designated in order to meet milestones, completion dates and durations based on the CONTRACTOR'S bid, notwithstanding that the OWNER'S solicitation for bid proposals may have permitted the submission of a bid proposal that includes completion or milestone dates and/or greater durations.

b) Time is of the essence of this AGREEMENT. SUBCONTRACTOR shall commence work promptly on notice by the CONTRACTOR and shall prosecute the same diligently in accordance with the mutually agreed Work Schedule, continuously and at a speed that will not cause delay in the progress of CONTRACTOR'S work or the work carried on by other subcontractors or OWNER. CONTRACTOR may require SUBCONTRACTOR to prosecute in preference to other parts of the work such part or parts as CONTRACTOR may specify.

c) SUBCONTRACTOR at CONTRACTOR'S request and at the time specified in such request shall submit to CONTRACTOR progress, procurement, and man-hour completion schedules, satisfactory in form and content to CONTRACTOR and upon CONTRACTOR'S acceptance of the schedules shall prosecute the work in accordance therewith.

d) To secure performance by SUBCONTRACTOR and any funds expended by CONTRACTOR hereunder, CONTRACTOR shall have a lien upon all materials, tools, appliances and equipment of the SUBCONTRACTOR on the premises or used in connection with said work.

e) The SUBCONTRACTOR shall not deviate from the plans and specifications except on written order from the CONTRACTOR. SUBCONTRACTOR shall be responsible for any damage, inconvenience, or increase of costs arising directly or indirectly from failure of SUBCONTRACTOR to observe the same. CONTRACTOR shall have the right to make changes in the plans and specifications, and the SUBCONTRACTOR on notice thereof shall be governed thereby. Allowance for extra work and deductions for omissions shall be by mutual AGREEMENT between the CONTRACTOR and the SUBCONTRACTOR or determined in accordance with procedures specified in the GENERAL CONTRACT. No changes are to be made however except upon a prior written order from

Page 4 of 14

DocuSign Envelope ID: 9CD66350-7CD0-4971-87F7-CADAD6F00333





Ghilotti Bros., Inc.
525 JACOBY STREET • SAN RAFAEL, CA 94901
P 415.454.7011 • F 415.454.8376
STATE CONTRACTORS LICENSE # 13212

## Subcontract General Terms & Conditions – Long Form

CONTRACTOR and CONTRACTOR shall not be held liable to SUBCONTRACTOR for any extra labor, materials, or equipment furnished without such written order.

f) In the event a dispute arises between SUBCONTRACTOR and CONTRACTOR, SUBCONTRACTOR expressly agrees that it will continue to perform its work for reasonable time and during dispute resolution process.

### VI. DELAYS

a) Any damages for delay caused by SUBCONTRACTOR shall be deducted by CONTRACTOR from the agreed price, subject, however, to the options of the CONTRACTOR to terminate said AGREEMENT for default as herein elsewhere provided.

b) Except as provided in subparagraph (e) and (f), CONTRACTOR shall not be liable to the SUBCONTRACTOR for delay to SUBCONTRACTOR'S work by the act, neglect or default of the OWNER, its ARCHITECTS and/or ENGINEERS, or by reason of strikes, lockouts, or on account of any acts of God, or any other cause beyond the CONTRACTOR'S control; but CONTRACTOR will cooperate with SUBCONTRACTOR to enforce any just claim against the OWNER, its ARCHITECTS and/or ENGINEERS for delay.

c) Should SUBCONTRACTOR be delayed in his work by CONTRACTOR, then CONTRACTOR shall owe SUBCONTRACTOR therefore an extension of time and reasonable cost for delay for completion equal to the delay caused and then only if a written claim for delay is made to CONTRACTOR within forty-eight (48) hours from the time of the beginning of the delay.

d) To secure performance by SUBCONTRACTOR, and any funds expended by CONTRACTOR hereunder, CONTRACTOR shall have a lien upon all materials, of the SUBCONTRACTOR on the premises or used in connection with said work.

e) In the event that CONTRACTOR in its sole discretion shall seek compensation from the OWNER as a result of any delay, SUBCONTRACTOR shall be entitled to an equitable portion of any amount recovered by CONTRACTOR plus an aliquot share of the cost of pursuing said claim. This provision shall not be construed to require the CONTRACTOR to pursue any claim against the OWNER or any other party.

f) To the greatest extent permitted by law, the remedies set forth at paragraphs (b), (c) and (e) hereof shall constitute SUBCONTRACTOR'S exclusive remedies for delay, disruption, acceleration, or similar issues relating to schedule or timely performance ("DELAY CLAIMS"), regardless of cause; notwithstanding the foregoing, however, to the extent that the contract between OWNER and CONTRACTOR expressly authorizes CONTRACTOR to recover from OWNER for DELAY CLAIMS, then SUBCONTRACTOR shall have the same rights and ability, but only to the same extent and no greater, to recover from CONTRACTOR for such DELAY CLAIMS.

### VII. CHANGES IN WORK

SUBCONTRACTOR shall make no changes in the work covered by this Agreement without written direction from the CONTRACTOR. SUBCONTRACTOR shall not be compensated for any change which is made without such written direction. No changes in the work covered by this Agreement shall exonerate any surety or any bond given in connection with the Agreement.



### VIII. INSPECTION AND PROTECTION OF WORK

SUBCONTRACTOR shall make the work accessible at all reasonable times for inspection by the CONTRACTOR. SUBCONTRACTOR shall, at the first opportunity, inspect all material and equipment delivered to the job site by

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 252 of 279

DocuSign Envelope ID: 9CD66350-JCD0-4971-87F7-CADAD6F00333





Ghilotti Bros., Inc.
525 JACOBY STREET • SAN RAFAEL, CA 94901
P 415.454.7011 • F 415.454.8376
STATE CONTRACTORS LICENSE # 13212

## Subcontract General Terms & Conditions – Long Form

others to be used or incorporated in the SUBCONTRACTOR's work and give prompt notice of any defect therein. SUBCONTRACTOR assumes full responsibility to protect the work done hereunder until final acceptance by the Architect, Owner and CONTRACTOR.

### IX.   INDEMNIFICATION

a) To the greatest extent permitted by law, SUBCONTRACTOR shall defend, indemnify and hold harmless CONTRACTOR, OWNER, and OWNER's architect or engineer, and any of their respective directors, officers, agents, employees, parents, affiliates, subsidiaries, partners, and representatives, and any other persons or entities designated by any of them (collectively, the "INDEMNITEES") from and against all actions, penalties, assessments, fines, actions by governmental authorities, demands, liabilities, claims, damages, costs, losses, and expenses, including but not limited to attorney's fees and costs(all collectively referred to as "Liabilities"), which arise out dfor are in any way related (i) to actual or alleged actions or omissions by SUBCONTRACTOR or any of its subcontractors, suppliers, vendors, employees, or persons for whom it is responsible; (ii) to SUBCONTRACTOR's presence on the site; or (iii) to this Agreement. The obligations hereunder shall apply regardless of whether or not the INDEMNITEE and/or the SUBCONTRACTOR, its directors, officers, employees, agents, and/or subcontractors or suppliers of any tier, are actively or passively negligent, are in contractual breach or otherwise at fault, except that there shall be no obligation to defend or indemnify to the extent that such an obligation would violate Section 2782 of the Civil Code, or any other statute or law, as it applies to the specific circumstances of the project; for example, there shall be no obligation to indemnify an Indemnitee against the Indemnitees' willful misconduct or sole negligence. Upon tender, SUBCONTRACTOR shall immediately provide and shall continue to provide a complete defense to Indemnitee. The defense obligations of this provision are separate and independent covenants from the duty to indemnify. The obligations of this Section VII are in no way limited or relieved by SUBCONTRACTOR having obtained insurance, by the provisions of Section VIII, and/or, and to the extent permitted by law, by the provisions of any workers compensation law, regulation, or arrangement. This **Section IX. Indemnification** shall apply regardless of whether SUBCONTRACTOR has completed its work or this Agreement has been terminated.

b) If hazardous substance of a type of which an employer is required by law to notify its employees are being used on the site by the SUBCONTRACTOR, its subcontractors or anyone directly or indirectly employed by them, the SUBCONTRACTOR shall, prior to exposure of any employees on the site to such substance, give written notice of the chemical composition thereof to the CONTRACTOR in sufficient detail and time to permit compliance with such laws by the CONTRACTOR, other subcontractors and employers on the site.

### X. INSURANCE

Prior to commencement of construction, SUBCONTRACTOR shall deliver to CONTRACTOR Job Specific Certificates of Insurance and  required endorsements evidencing the existence and amounts of insurance required herein. No policy shall be canceled or subject to reduction of coverage except after thirty (30) days prior written notice to CONTRACTOR. SUBCONTRACTOR shall procure and maintain at its own cost and expense, at all times during the terms of this AGREEMENT and through all applicable statute of limitation periods following completion of the work, the following insurance coverage and endorsements in insurance companies and forms acceptable to CONTRACTOR.

a) Workers' Compensation and Employers' liability: Workers' Compensation Insurance shall be provided in amounts prescribed by law, including U.S. Longshoremen's and Harbor Workers'

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 253 of 279

DocuSign Envelope ID: 9CD66350-7CD0-4971-87F7-CADAD6F00333

 

Ghilotti Bros., Inc.
525 JACOBY STREET • SAN RAFAEL, CA 94901
P 415.454.7011 • F 415.454.8376
STATE CONTRACTORS LICENSE # 13212

## Subcontract General Terms & Conditions – Long Form

Compensation Act, the Jones Act or any other Federal, State or local employment regulations.. Employers' Liability limits should be provided at limits not less than: $1,000,00 each accident for bodily injury by accident; $1,000,000 policy limit for bodily injury be disease; $1,000,000 each employee for bodily injury by disease. A waiver of Subrogation endorsement shall be provided in favor of Owner and CONTRACTOR and their respective officers, directors and employees, and any other parties required by Owner on NCCI form WC 00 03 13, or its equivalent. If Subcontractor leases any employees through another company then they will provide evidence of coverage in the form of an alternative employer/leased employee endorsement. Risk Retention Groups and Self Insured Groups are not acceptable.

**b) General liability:** Commercial General Liability and Personal Injury Insurance covering OWNER, CONTRACTOR, and SUBCONTRACTOR for bodily injury, property damage and personal injury. Said Insurance shall cover all operations performed by or on behalf of SUBCONTRACTOR in a coverage form no less restrictive than Insurance Services Office's Commercial Liability Form CG0001.

The limits of liability shall not be less than:
$1,000,000 each occurrence (combined single limit for bodily injury and property damage)
$1,000,000 for personal injury liability
$2,000,000 aggregate for products/completed operations
$2,000,000 general aggregate
If higher limits are required by the Owner, the SUBCONTRACTOR will comply with such limits by providing evidence of an umbrella or excess liability policy. If Excess or Umbrella Liability policies are used to meet the required limits of liability, then said policies shall be "following" form of the underlying policy and shall meet all of the insurance requirements stated herein including the additional insured and primary insurance requirements.

Other General Liability Insurance Requirements –

    A. Premises and Operations Coverage
    B. Products and Completed Operations, which shall be maintained through the expiration of all applicable statutes of limitation following completion of the work
    C. Personal and Advertising Injury Liability
    D. Contractual Liability insuring the obligations assumed by Subcontractor in this Agreement
    E. Broad Form Property Damage, including Completed Operations
    F. CONTRACTOR, its officers, directors, and employees, and OWNER shall be endorsed as additional insureds under the Occurrence form Commercial General Liability policy and said endorsement shall be on a form CG 2010 1185 or equivalent (to be reviewed), and shall not contain any additional exclusions. The additional insured provisions shall include products and completed operations coverage, and shall be maintained on all subsequent policy renewals through all applicable statute of limitation periods following completion of the work.
    G. The policy shall stipulate that the insurance afforded the additional insureds shall apply as primary insurance and that any other insurance carrier by CONTRACTOR, his officers, directors, and employees or OWNER will be excess only and will not contribute with the insurance.
    H. Coverage shall apply on an "occurrence" basis. Claims made or modified occurrence policies are not allowed.



Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 254 of 279

DocuSign Envelope ID: 9CD66350-7CD0-4971-87F7-CADAD6F00333



Ghilotti Bros., Inc.
525 JACOBY STREET • SAN RAFAEL, CA 94901
P 415.454.7011 • F 415.454.8376
STATE CONTRACTORS LICENSE # 13212

## Subcontract General Terms & Conditions – Long Form

I. The General Aggregate Limit shall apply separately to this project.

J. Any "Overall or Total Policy Aggregate Limit" shall be submitted to Contractor for approval prior to commencing work.

K. Defense Costs shall be in addition to the policy limits.

L. The policy shall provide a Waiver of Subrogation to all Additional Insured parties.

M. Any "cross suits" exclusions shall not apply to any additional insureds.

N. There shall be no provision which excludes or limits coverage for claims brought by employees of any subcontractor or claims by any lower tier subcontractors, such as an independent subcontractor exclusion

O. There shall be no coverage exclusions or restrictions for subsidence, earth movement, explosion, collapse or underground hazards.

P. If Subcontractor of any tier performs any work or conducts any operations within fifty feet of any railroad, Subcontractor shall obtain an endorsement to its General Liability policy to delete any exclusion, including the "Contractual Liability" exclusion, for work performed within fifty feet of a railroad. A copy of such endorsement shall be provided to Contractor prior to any work or operations by Subcontractor within fifty feet of any railroad.

Q. For residential projects, there shall be no coverage exclusions or restrictions for any residential construction, including, but not limited to, apartments or other types of multi-family housing.

R. Deductibles or Self Insured Retentions greater than $25,000 shall be submitted to Contractor for approval prior to commencing work. All Self Insured Retentions shall be disclosed on the certificates of insurance and a copy of the Self Insured Retention endorsement or policy provision shall be provided along with the certificate of insurance. All Self Insured Retention provisions must state that retention amounts may be satisfied by either the Named Insured(s) or any Additional Insured(s). Self Insured Retentions that can be satisfied by only the Named Insured(s) are not acceptable.


c) **Automobile liability:** SUBCONTRACTOR shall carry automobile liability insurance, including owned, non-owned and hired coverage with limits of liability of not less than $1,000,000 per occurrence (Combined single limit for bodily injury and property damage). If the Subcontractor or its Subcontractors transport hazardous materials, regulated substances or wastes, the policy shall include Endorsement MCS-90. The Contractor, the Owner and their respective officers, directors and employees, and any other parties required by Owner shall be additional insureds.

d) **Hazardous Materials.** If SUBCONTRACTOR and/or its SUBCONTRACTORs or suppliers, regardless of tier, perform remediation of hazardous materials or if their operations create an exposure to hazardous materials as those terms are defined in federal, state or local law (including, but not limited to, asbestos, lead, silica, PCB's, contaminated soil, etc.), SUBCONTRACTOR and its SUBCONTRACTORs and suppliers must obtain a "CONTRACTOR's Pollution Liability" policy with limits not less than $2,000,000 per occurrence and not less than $2,000,000 aggregate for Bodily Injury, Property Damage, Environmental Damage or Clean-up Costs, including coverage for Non-Owned Disposal Sites. The Contractor, the Owner and their respective officers, directors and employees, and any other parties required by Owner shall be additional insureds during the term of the Subcontract agreement and through all applicable statute of limitation periods following completion of the work. The policy shall stipulate the insurance afforded to the additional insureds applies as primary insurance and that any other insurance carried by the

Page 8 of 14

, DocuSign Envelope ID: 9CD66350-7CD0-4971-87F7-CADAD6F00333



 

**Ghilotti Bros., Inc.**
525 JACOBY STREET • SAN RAFAEL, CA 94901
P 415.454.7011 • F 415.454.8376
STATE CONTRACTORS LICENSE # 13212

## Subcontract General Terms & Conditions – Long Form

additional insureds will be excess only and will not contribute with the Subcontractor's insurance. If SUBCONTRACTOR or its SUBCONTRACTORs or suppliers haul hazardous material (including, without limitation, waste), the policy must extend pollution coverage to the transportation of hazardous materials or pollutants by waste hauling vehicles. If SUBCONTRACTOR is Subject to the Motor Carrier Act of 1980, the Motor Carrier Act endorsement MCS-90 must be obtained and attached to the policy. Whether written on an "Occurrence" basis or on a "Claims Made" basis, coverage shall either be renewed continuously or shall provide an extended claims reporting period through all applicable statute of limitation periods following completion of the work.

e) **Professional liability.** Any SUBCONTRACTOR performing work that includes any design/build work or services shall obtain a Professional Liability Insurance Policy with limits not less than $1,000,000. Design/build work includes, without limitation, design/build work with respect to mechanical, electrical, structural, plumbing and fire sprinkler systems. Evidence of coverage in the form of a Certificate of Insurance shall be provided prior to the start of the project. SUBCONTRACTOR shall obtain coverage for a minimum of three years following completion of the project, either through continued purchase of policies for such years or through purchase of an extended reporting period. If OWNER or CONTRACTOR elects to purchase a project design policy, SUBCONTRACTOR's policy shall be endorsed to indicate that SUBCONTRACTOR's policy shall provide coverage once the project design policy has been exhausted.

f) **Riggers liability.** Should SUBCONTRACTOR's work involve the moving, lifting, lowering, rigging or hoisting of property or equipment, SUBCONTRACTOR shall carry adequate Rigger's Liability Insurance to insure against physical loss or damage to the property or equipment.

g) **Aircraft Liability.** If SUBCONTRACTOR (or its SUBCONTRACTORs or suppliers, regardless of tier) use any owned, leased, chartered or hired aircraft of any type in the performance of this contract, they shall maintain aircraft liability insurance in an amount of not less than $10,000,000 per occurrence, including Passenger Liability. Evidence of coverage in the form of a certificate of insurance shall be provided prior to the start of the Project. The Contractor, the Owner and their respective officers, directors and employees, and any other parties required by Owner shall be additional insureds.

h) ~~**Protection of Work/Materials and Builders Risk Insurance.** SUBCONTRACTOR shall obtain and maintain an installation floater or builders risk policy; SUBCONTRACTOR shall pay for all deductibles and waives any right to reimbursement or subrogation with respect to such insurance. SUBCONTRACTOR shall secure and protect its work and materials from damage or loss until final acceptance by OWNER.~~

i) **Work Near Railroads.** If SUBCONTRACTOR (including any lower tier SUBCONTRACTOR or supplier) performs any work or conducts any operations within fifty feet of any railroad (including any light rail, fixed rail or other rail system), SUBCONTRACTOR shall obtain an endorsement of its Commercial General Liability Policy to delete any exclusion, including the "Contractual Liability" exclusion, for work performed within fifty feet of a railroad. A copy of such endorsement shall be provided to CONTRACTOR prior to any work or operations by SUBCONTRACTOR within fifty feet of any railroad.

j) **Waiver of Subrogation.** CONTRACTOR and SUBCONTRACTOR waive all rights against each other for loss or damage to the extent reimbursed by any property or equipment insurance applicable to the work, except such rights as they may have to the proceeds of such insurance. If any applicable policies of

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 256 of 279

DocuSign Envelope ID: 9CD66350-7CD0-4971-87F7-CADAD6F00333

 

**Ghilotti Bros., Inc.**
525 JACOBY STREET • SAN RAFAEL, CA 94901
P 415.454.7011 • F 415.454.8376
STATE CONTRACTORS LICENSE # 13212

## Subcontract General Terms & Conditions – Long Form

insurance referred to in this Section require an endorsement or consent of the insurance company to provide for continued coverage where there is a waiver of subrogation, the owners of such policies will cause them to be so endorsed or obtain such consent.

**k) Requirements for SUB-SUBCONTRACTORs, Truckers, Trucking Brokers, Sub-haulers, Vendors, and Suppliers.** SUBCONTRACTOR shall ensure that all tiers of its SUBCONTRACTORs, Truckers, Trucking Brokers, Sub-haulers, vendors and suppliers shall maintain insurance in like form and amounts, shall comply with the additional insured requirements as set forth above, and shall provide CONTRACTOR with evidence of insurance prior to commencing work.

**Requirements for all insurance.** All insurance shall be provided from a carrier with A.M. Best's Rating of A-:VIII or better, unless more stringent requirements are imposed by OWNER or the terms of the contract between OWNER and CONTRACTOR, including any specifications, conditions, or other provisions. CONTRACTOR reserves the right, in its sole and subjective discretion, to reject an insurer and require SUBCONTRACTOR to obtain policies from another insurer. An exception is allowed for Workers' Compensation insurance provided by California State Compensation Insurance Fund.

 **Certificates of Insurance.** SUBCONTRACTOR shall provide acceptable Job Specific certificates of insurance along with all required policy forms or endorsements to Contractor before commencing any work under this Subcontract Agreement. Full copies of policies shall be furnished upon request. The Certificates of Insurance and required endorsements shall provide that there will be no cancellation or reduction of coverage without thirty (30) days prior written notice to the Contractor. Subcontractor shall continue to provide certificates of insurance and required policy endorsements, including the required additional insured endorsements, for a period of three (3) years following completion of the work.

**Insurance Greater than the Minimum Requirements.** The insurance limits and coverages stated in this Addendum are minimum required limits and coverages. To the extent Subcontractor maintains insurance policies with limits greater or coverage broader than any of the minimums established herein, then Subcontractor agrees that such higher limits and broader coverage shall be deemed to be the required minimum and shall be available to the Additional Insureds with respects to any of Subcontractor's insurance obligations hereunder.

**Non-Compliance.** In the event Subcontractor does not comply with the requirements of this Addendum, Contractor may, at its option, provide insurance coverage to protect the Contractor and charge the Subcontractor for the cost of that insurance, hold the Subcontractor responsible for all costs incurred by Contractor as a result of Subcontractor's failure to maintain the proper insurance, and/or terminate this Subcontract Agreement. Contractor, at its option, may withhold payment until acceptable certificates have been furnished, or if upon receipt of a cancellation notice on a policy, until withdrawal of the notice or the reinstatement of the canceled policy. Contractor's acceptance of insurance certificates shall in no way limit or relieve the Subcontractor of the duties and responsibilities stated in this Subcontract Agreement. Neither the forbearance nor omission by Contractor to require proof of all provisions of this insurance from Subcontractor will be deemed as a waiver of Contractor's rights or Subcontractor's obligations regarding the provisions of this Subcontract Agreement.

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page
257 of 279

DocuSign Envelope ID: 9CD66350-7CB84971-87F7-CADAD6F00333




Ghilotti Bros., Inc.
525 JACOBY STREET • SAN RAFAEL, CA 94901
P 415.454.7011 • F 415.454.8376
STATE CONTRACTORS LICENSE # 13212

## Subcontract General Terms & Conditions – Long Form

**Controlled Insurance Program.** If the Contract Documents require participation in an Owner Controlled Insurance Program (OCP) or Contractor Controlled Insurance Program (CCIP), Subcontractor shall fully participate and cooperate with Contractor and Insurance Program Administrator in compliance of the program requirements.

### XI. LIENS

SUBCONTRACTOR shall at all times maintain the project in a good condition, free and clear of all claims, encumbrances or liens and shall protect and save harmless CONTRACTOR and OWNER from all claims, encumbrances, and liens growing out of the performance of this AGREEMENT, and SUBCONTRACTOR shall, at his own cost and expense (including attorneys' fees), defend all suits to establish such claims, pay any such claim or lien so established. In the event that a lien or claim is made against the project or the OWNER or general CONTRACTOR, SUBCONTRACTOR agrees that within forty-eight (48) hours of written notice, to have such claim, lien or encumbrance removed from the job and to place with OWNER and Prime CONTRACTOR adequate security to insure compliance with this provision.

### XII. BONDS



The SUBCONTRACTOR, upon request, shall furnish to the CONTRACTOR a performance bond and a labor and a materials payment bond in amount, form and substance and with a surety or sureties satisfactory to the CONTRACTOR. CONTRACTOR will pay the cost of such bond, up to two percent (2%) of the total AGREEMENT amount.

### XIII. TERMINATION

a) Should SUBCONTRACTOR at any time breach this AGREEMENT or fail to prosecute the said work with promptness, diligence and efficiency or fail to perform any of the requirements hereof, CONTRACTOR may after forty-eight (48) hours written notice, proceed as follows:

    1. Provide such materials, supplies, equipment and labor as may be necessary to complete said work, pay for same and deduct the amount so paid from any money then or thereafter due SUBCONTRACTOR or

    2. Withhold payment of any estimate in the event SUBCONTRACTOR be in default under this AGREEMENT or any provision hereof, other provisions of this AGREEMENT notwithstanding.

    3. Terminate the employment of SUBCONTRACTOR, enter upon the premises and take possession, for use in completing the work, of all the materials, supplies, tools, equipment and appliances of the SUBCONTRACTOR thereon and complete the work or have same completed by others and be liable to SUBCONTRACTOR for no further payment under the AGREEMENT until final payment is due and then only if and to the extent that the unpaid balance of the amount to be paid under this AGREEMENT exceeds the expense of the CONTRACTOR in finishing the work.

b) If the amount expended by CONTRACTOR under (1) above or the cost of completing the work under (3) above exceeds the unpaid balance of the AGREEMENT price herein stated, SUBCONTRACTOR shall pay CONTRACTOR such excess within seven (7) calendar days of issuance of Invoice.

c) Should SUBCONTRACTOR at any time fail to pay for all labor, materials or supplies used by SUBCONTRACTOR in said work when due, CONTRACTOR at his option may pay for same and charge to SUBCONTRACTORS or

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 258 of 279

DocuSign Envelope ID: 9CD66350-7CD0-4971-87F7-CADAD6F00333

 

Ghilotti Bros., Inc.
525 JACOBY STREET • SAN RAFAEL, CA 94901
P 415.454.7011 • F 415.454.8376
STATE CONTRACTORS LICENSE # 13212

## Subcontract General Terms & Conditions – Long Form

may, at his discretion and with the consent of SUBCONTRACTOR, pay at any time claims for labor, material and supplies used in the work.

d) Should SUBCONTRACTOR default in any of the provisions of this AGREEMENT and should CONTRACTOR employ an attorney to enforce any provision hereof, or to collect damages for breach of the AGREEMENT, or to recover on the bond mentioned in Article X above, SUBCONTRACTOR and his surety agree to pay CONTRACTOR such reasonable Attorneys' fees as he may expend therein. As against the obligations here contained, SUBCONTRACTOR and his surety waive all rights of exoneration.

e) In its sole discretion and to the extent permitted by law, CONTRACTOR may terminate this AGREEMENT without cause. In the event of such a termination, SUBCONTRACTOR shall be paid only for its actual out-of-pocket direct costs in connection with the project to the extent that these have not already been paid for by CONTRACTOR. In no event shall the total amount paid to SUBCONTRACTOR after a termination without cause (including all prior payments) exceed the price as set forth in III(a) as multiplied by the percentage of completion of SUBCONTRACTOR'S work. Upon a termination for convenience, SUBCONTRACTOR shall not be entitled to any lost profits or consequential damages, or any recovery other than that set forth previously in this subsection (e). If CONTRACTOR is found to have terminated this AGREEMENT improperly under any other section, such as subsection (a), then the termination shall be deemed to have been a termination without cause, and SUBCONTRACTOR'S remedies shall be limited accordingly.

f) The rights and remedies granted to CONTRACTOR under this article and pursuant to the other provisions of this AGREEMENT shall be cumulative and are not intended to be in lieu of any legal right or remedy which CONTRACTOR may have against SUBCONTRACTOR for breach of this AGREEMENT or default hereunder, afforded by state or federal law.

### XIV. COMPLIANCE WITH LAW AND PERMITS

a) SUBCONTRACTOR shall obtain and pay for all necessary permits and licenses pertaining to the work and shall comply with all federal, state, municipal and local laws, ordinances, codes, rules, regulations, standards, and requirements including but not limited to those relating to state contractor license requirements, safety, discrimination in employment, fair employment practices or equal employment opportunity, applicable local, disadvantaged, or minority preference or hiring programs, and with the requirements of the American Insurance Association whether or not provided for by the plans, specifications, general conditions or other contract documents without additional charge or expense to CONTRACTOR. The SUBCONTRACTOR agrees to hold harmless and indemnify the CONTRACTOR from and against any and all fees, including attorneys' fees, occasioned directly or indirectly by SUBCONTRACTOR'S failure to comply with any said laws, ordinances, rules, regulations, standards, orders, notices or requirements or to correct said violations.

b) Compliance with Proposition 65: SUBCONTRACTOR will comply with all provisions of "Proposition 65" (California State Drinking Water Act of 1986, California statutes) which shall include, but not be limited to, posting with the prior written submission to, at the time submittals are made and with the written permission of CONTRACTOR, any required notices. SUBCONTRACTOR shall not use or bring on to the project any of the chemicals or compounds listed by the California State Attorney General from time to time under the provisions of Proposition 65 (the List) without delivering a clear written notice, at the time submittals are written, to CONTRACTOR and OWNER informing them of the dates and locations where such items shall be delivered, used, or stored. Notwithstanding anything to the contrary contained or indicated herein or in any of the contract documents or purchase orders or anywhere else, SUBCONTRACTOR shall not incorporate into the work, or allow to be incorporated into the work, any of the items on such list without specific advanced

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page
259 of 279

DocuSign Envelope ID: 9CD66350-7CD0-4971-87F7-CADAD6F00333




**Ghilotti Bros., Inc.**
525 JACOBY STREET • SAN RAFAEL, CA 94901
P 415.454.7011 • F 415.454.8376
STATE CONTRACTORS LICENSE # 13212

## Subcontract General Terms & Conditions – Long Form

written notice having first been delivered to CONTRACTOR prior to SUBCONTRACTOR becoming actually contractually obligated to purchase or take delivery thereof from its suppliers, and then only to the extent the CONTRACTOR gives clear written approval of the uses proposed in the notice. The notice shall contain clear descriptions of the type, amount, uses, locations and content of such items incorporated into or used in said work. SUBCONTRACTOR expressly acknowledges and agrees that it shall indemnify and hold harmless CONTRACTOR and the OWNER from any and all claims, demands, suits, or liability of whatsoever nature by reason of the use or possession of the items set forth on the list on the subject project.

### XV. CLAIMS

a) If any dispute arises between the CONTRACTOR and SUBCONTRACTOR involving performance of this work or any alleged change in the work, SUBCONTRACTOR shall timely perform the disputed work and shall give written notice of a claim for additional compensation for the work within ten (10) days after commencement of the disputed work. SUBCONTRACTOR'S failure to give written notice within ten (10) days constitutes an AGREEMENT by SUBCONTRACTOR that it will receive no extra compensation for the disputed work.

b) Notwithstanding the foregoing, if the General Contract contains notice provisions that are more stringent than those contained in this AGREEMENT, then SUBCONTRACTOR shall comply with the provisions of the General Contract and, in addition, shall give CONTRACTOR to comply with the provisions of the General Contract.

c) With regard to claims arising from differing conditions, changes directed by the OWNER or others, or which otherwise are not solely the fault of CONTRACTOR, SUBCONTRACTOR shall be entitled to such portion of the additional compensation received by CONTRACTOR from OWNER on account of such matters as is equitable under all of the circumstances. SUBCONTRACTOR agrees to be bound by OWNER'S determination and by the determination in any proceeding in which OWNER is involved, regardless of whether SUBCONTRACTOR was a party to such proceeding. SUBCONTRACTOR and CONTRACTOR shall cooperate in the prosecution of such claims, and SUBCONTRACTOR shall pay a pro rata share of the costs and expenses incurred in connection therewith, to the extent that said claim is made by CONTRACTOR on behalf of SUBCONTRACTOR. Nothing herein shall require CONTRACTOR to pursue such a claim on behalf of SUBCONTRACTOR. Payment of any and all claims shall be subject to the terms of Section III of this AGREEMENT.

### XVI. DISPUTE RESOLUTION

SUBCONTRACTOR and CONTRACTOR agree that in the event that CONTRACTOR and OWNER or other third party, select a form of the resolution of disputes arising out of the project that SUBCONTRACTOR agrees to participate and be bound by any decision or award given in such forum. The option to arbitrate or use other alternative dispute resolution procedure is mutual agreement.

### XVII. LABOR RELATIONS

SUBCONTRACTOR acknowledges that CONTRACTOR is a signatory to collective bargaining agreement(s) with the Operating Engineers, Teamsters, Laborers and Cement Finishers & Carpenters. SUBCONTRACTOR and all lower tier subcontractors shall perform all work covered by CONTRACTOR'S master labor agreement under the terms of said agreement and shall become signatory to the applicable agreement(s) as a condition of performing work as required by CONTRACTOR'S collective bargaining agreement. Should CONTRACTOR at its sole discretion establish a reserve gate system on the project, SUBCONTRACTOR warrants that its employees and suppliers will use the reserve gate(s) designated for their use by CONTRACTOR. SUBCONTRACTOR further agrees to perform notwithstanding the presence of pickets at gate(s) reserved for SUBCONTRACTOR'S

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 260 of 279

DocuSign Envelope ID: CD66350-7CD0-4971-87F7-CADAD6F00333

 

Ghilotti Bros., Inc.
525 JACOBY STREET • SAN RAFAEL, CA 94901
P 415.454.7011 • F 415.454.8376
STATE CONTRACTORS LICENSE # 13212

## Subcontract General Terms & Conditions – Long Form

employees and suppliers. Failure to perform in accordance with this provision shall constitute a material breach of contract.

### XVIII. WATER POLLUTION CONTROL

SUBCONTRACTOR acknowledges that the EPA and California regulatory authorities, including without limitation, the State and Regional Water Quality Control Boards, have mandated certain requirements for permits under the National Pollutant Discharge Elimination System (NPDES), including Storm Water Pollution Prevention Plan (SWPPP) requirements. SUBCONTRACTOR has undertaken its own independent and thorough investigation of all such matters, including without limitation, a thorough review of all requirements under the Contract Documents and/or that are imposed by any permits that apply to the Project, and SUBCONTRACTOR warrants that it is not relying upon any statements or representations by CONTRACTOR or OWNER with respect to such matters. SUBCONTRACTOR agrees, at its sole cost, to conform to any and all requirements of any environmental, air and water pollution statutes, regulations and measures, and/or permits, including NPDES permits, and SUBCONTRACTOR also shall conform to any and all SWPPP requirements applicable to the Project. For example, and without limitation, on projects subject to the California Standard Specifications, such as Caltrans projects, SUBCONTRACTOR 'S attention is directed to **California Standard Specifications Sections 13.1.01 through 13-10.03, "Water Pollution", and Sections 14-1.01 through 14.204, "Environmental Stewardship"**, and to any special provisions or other contract provisions concerning NPDES, Department of Fish & Game, and other permits, air and water pollution statutes, regulations, and measures, and SWPPP requirements, and SUBCONTRACTOR at its own cost agrees to comply fully therewith.

### XIX. MISCELLANEOUS PROVISIONS

a) SUBCONTRACTOR shall not sublet, assign or transfer this AGREEMENT, or any part thereof, without the prior written consent of the CONTRACTOR.

b) This AGREEMENT contains the entire AGREEMENT between the parties and supersedes all prior or contemporaneous written or oral communications between the parties. Any additions thereto or changes thereafter shall be in writing and shall not be binding unless the same are in writing.

c) If any term of this AGREEMENT is held by a court of competent jurisdiction to be void or unenforceable, the remainder of the AGREEMENT'S terms shall remain in full force and effect and shall not be affected.

**CONTRACTORS are required by law to be licensed and regulated by the Contractors State License Board, which has jurisdiction to investigate complaints against contractors if a complaint is filed within three (3) years of the date of the alleged violation. Any questions concerning a contractor may be referred to the Registrar, Contractors State License Board, P.O. Box 26000, Sacramento, California 95826**

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 261 of 279

DocSign Envelope ID: 9CD66350-7CD0-4971-87F7-CADAD6F00333



Ghilotti Bros., Inc.
525 JACOBY STREET • SAN RAFAEL, CA 94901
P 415.454.7011 • F 415.454.8376
STATE CONTRACTORS LICENSE # 132128

# Subcontract Agreement

**Date:** 02/09/15    **GBI Job No.** 14431    **Subcontract No.** 14431-976-LF

GBI Job Number and Subcontract Number shall appear on all submitted documents.

**TO:** Synergy Construction Management, Inc.
150 Executive Park Blvd. Suite 4100
San Francisco, CA 94134

**Job:** Haight and Hayes Street Rehab
San Francisco

**Contact:** Terry Ayyad
**Phone:** 415-467-3000
**Fax:** 415-467-3001
**Email:** estimating@synergypm.com

**Bill To:** Accounts Payable
Ghilotti Bros., Inc.
525 Jacoby Street
San Rafael, CA 94901

**TERMS:** Progress Pay – 5% Retention    **FOB:** Jobsite

| Cost Code | Item No. DESCRIPTION | QTY | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 290-976-01 | SW-01 TRAFFIC ROUTING FOR SS AND SD WORK | 1.00 | LS | 80,000.00 | $ 80,000.00 |
| 290-976-01 | SW-02 TRENCH & EXC SUPPORT FOR SS & SD WORK | 1.00 | LS | 80,000.00 | $ 80,000.00 |
| 290-976-01 | SW-03 SS/SDMH ON 12" to 24" PIPE (STP 87, 181) | 44.00 | EA | 5,000.00 | $ 220,000.00 |
| 290-976-01 | SW-04 CB W/NEW Fr & Gr (STP 87, 188) | 15.00 | EA | 3,000.00 | $ 45,000.00 |
| 290-976-01 | SW-05 12" VCP SS on CRUSHED ROCK BASE | 5,817.00 | LF | 215.00 | $ 1,250,655.00 |
| 290-976-01 | SW-06 15" VCP SS on CRUSHED ROCK BASE | 950.00 | LF | 250.00 | $ 237,500.00 |
| 290-976-01 | SW-07C 10" VCP CULVERT (CONTINGENCY) | 580.00 | LF | 170.00 | $ 98,600.00 |
| 290-976-01 | SW-08C TELE-INSPCT 6" & 8" SSS OR 10" PIPE-IN LIMT | 277.00 | EA | 50.00 | $ 13,850.00 |
| 290-976-01 | SW-09C TELE-INSPCT 6" & 8" SSS OR 10" PIPE-OT LIMT | 3.00 | EA | 100.00 | $ 300.00 |
| 290-976-01 | SW-10 STD SSS AIR VENT & TRAP (STP 87, 196) | 9.00 | EA | 250.00 | $ 2,250.00 |
| 290-976-01 | SW-11 4" CIP SIDE SEWER | 45.00 | LF | 200.00 | $ 9,000.00 |
| 290-976-01 | SW-12C 6" or 8" SIDE SS CONNECTION (CONTNG) | 303.00 | EA | 250.00 | $ 75,750.00 |
| 290-976-01 | SW-13C 6" or 8" SIDE SS REPLACE/REPAIR IN-LIMITS | 3,500.00 | LF | 190.00 | $ 665,000.00 |
| 290-976-01 | SW-14C 6" or 8" SIDE SS- REPLACE/REPAIR OUT-LIMTS | 70.00 | LF | 200.00 | $ 14,000.00 |
| 290-976-01 | SW-15 POST CNSTRCTIN TELE INSPECTN of (N) SS MAIN | 1.00 | LS | 15,000.00 | $ 15,000.00 |

**LBE $7,478,799.00**

Page 1 of 4




DocuSign Envelope ID: 9CD66350-7C20-4971-87F7-CADAD6F00333



**Ghilotti Bros., Inc.**
525 JACOBY STREET • SAN RAFAEL, CA 94901
P 415.454.7011 • F 415.454.8376
STATE CONTRACTORS LICENSE # 132128

| Cost Code | Item No. | DESCRIPTION | QTY | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 290-976-01 | SW-1C | POST CNSTRCTN TELE INSPECTN of (N) SS SIDE | 110.00 | EA | 50.00 | $ 5,500.00 |
| 290-976-01 | SW-1C | CI WATER TRAP IN CB's (CONTI) | 25.00 | EA | 4,500.00 | $ 112,500.00 |
| 290-976-01 | SW-1C | EXPLORATORY HOLES (POTHOLE?) (CONTI) | 20.00 | CY | 150.00 | $ 3,000.00 |
| 290-976-01 | SW-1C | PLUG & FILL SS WITH SLURRY GROUT | 24.00 | CY | 100.00 | $ 2,400.00 |
| 290-976-01 | SW-2C | 10" RECNSTR BASE O/S OF WORK AREA (CONTI) | 13,000.00 | SF | 15.00 | $ 195,000.00 |
| 290-976-01 | SW-2C | RECNST PCC PARKG STRIP BY SSS WORK (CONTI) | 3,500.00 | SF | 10.00 | $ 35,000.00 |
| 290-976-01 | SW-2C | CDF BEDDG for WAT MAIN IN SS TRENH (CONTI) | 30.00 | CY | 100.00 | $ 3,000.00 |
| 290-976-01 | SW-2E | AWSS SETTLMT REF & MONITORING POINS | 1.00 | LS | 157,500.00 | $ 157,500.00 |
| 290-976-01 | SW-2E | STRUCTURAL SUPPORT FOR WATER IN SS TRENH | 1.00 | LS | 60,000.00 | $ 60,000.00 |
| 290-976-01 | SW-2E | 5% max MOB/DEMOBE FOR SS & DRAIAGE WORK | 1.00 | LS | 180,000.00 | $ 180,000.00 |
| | | | | | **SW Total** | $ 3,560,805.00 |
| 290-976-01 | WD-0E | TRAFFIC ROUTING FOR WATER WORK | 1.00 | LS | 90,000.00 | $ 90,000.00 |
| 290-976-01 | WD-0E | EXC & BKFL FOR 4", 6", 8" WATER (18" X 36") | 3,900.00 | LF | 60.00 | $ 234,000.00 |
| 290-976-01 | WD-0E | EXC & BACKFILL FOR 12" WATER (24" X 48") | 700.00 | LF | 75.00 | $ 52,500.00 |
| 290-976-01 | WD-0E | EXC & BACKFILL FOR 16" WATER (30" X 48") | 200.00 | LF | 89.00 | $ 17,800.00 |
| 290-976-01 | WD-0E | EXC & BACKFILL FOR 24" WATER (48" X 58") | 4,900.00 | LF | 95.00 | $ 465,500.00 |
| 290-976-01 | WD-0E | ADDITIONAL EXC & BACKFILL for WATER | 2,500.00 | CY | 5.00 | $ 12,500.00 |
| 290-976-01 | WD-0E | REMOVAL & INSTALL WATER METER BOX | 40.00 | EA | 10.00 | $ 400.00 |
| 290-976-01 | WD-0E | INSTALL CITY-FURN & POLYCASED 4", 6", & 8" | 2,600.00 | LF | 25.00 | $ 65,000.00 |
| 290-976-01 | WD-0E | INSTALL CITY-FURN & POLYCASED 12" DI PIPE | 700.00 | LF | 30.00 | $ 21,000.00 |
| 290-976-01 | WD-1E | INSTALL CITY-FURN & POLYCASED 16" DI PIPE | 200.00 | LF | 40.00 | $ 8,000.00 |
| 290-976-01 | WD-1E | INSTALL K-FURNISHED & POLCASED 24" DI | 4,900.00 | LF | 250.00 | $ 1,225,000.00 |
| 290-976-01 | WD-1E | INSTAL CITY-FURN & POLY-ENCASED 4", 6", & 8" | 41,100.00 | LB | 0.10 | $ 4,110.00 |

Case: 19-30088     Doc# 13719-2     Filed: 05/10/23     Entered: 05/10/23 14:28:46     Page 263 of 279

DocuSign Envelope ID: 9CD66350-7CD0-4971-87F7-CADAD6F00333



Ghilotti Bros., Inc.
525 JACOBY STREET • SAN RAFAEL, CA 94901
P 415.454.7011 • F 415.454.8376
STATE CONTRACTORS LICENSE # 132128

| Cost Code | Item No. DESCRIPTION | QTY | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 290-976-01 | WD-13 INSTAL CITY-FURN & POLY-ENCASED 12" DI FITGS | 21,000.00 | LB | 0.10 | $ 2,100.00 |
| 290-976-01 | WD-14 INSTAL CITY-FURN & POLY-ENCASED 16" DI FITGS | 12,940.00 | LB | 0.10 | $ 1,294.00 |
| 290-976-01 | WD-15 INSTAL K-FURN & POLY-ENCASED 24" DI | 138,200.00 | LB | 2.50 | $ 345,500.00 |
| 290-976-01 | WD-16C WATER TRENCH SHORING/BRACING per ALL SO's | 10,600.00 | SF | 1.00 | $ 10,600.00 |
| 290-976-01 | WD-17 PAVEMENT RESTORATION (for water) | 48,800.00 | SF | 1.00 | $ 48,800.00 |
| 290-976-01 | WD-18 AC MILLING (for water) | 49,000.00 | SF | 0.50 | $ 24,500.00 |
| 290-976-01 | WD-19 AC FILLING (for water) | 49,000.00 | SF | 1.00 | $ 49,000.00 |
| 290-976-01 | WD-20 INSTALL SCREW-TAPS (61-EA X 1" & 33-EA X 2") | 138.00 | EA | 300.00 | $ 41,400.00 |
| 290-976-01 | WD-21 RENEW 1" PLASTIC SERVICE-TRENCHLESS INSTALL | 1,140.00 | LF | 100.00 | $ 114,000.00 |
| 290-976-01 | WD-22 INST OPEN-CUT WATER SVC 380 X 1" & 210 X 2" | 590.00 | LF | 220.00 | $ 129,800.00 |
| 290-976-01 | WD-23 REMOVE SFWD VALVE BOX & COVER | 45.00 | EA | 10.00 | $ 450.00 |
| 290-976-01 | WD-24C REPAIR-REPLACE SSS for WATER WK (CONTI | 20.00 | LF | 250.00 | $ 5,000.00 |
| 290-976-01 | WD-25 1.2% max MOB FOR WATERWORK | 1.00 | LS | 190,800.00 | $ 190,800.00 |
| 290-976-01 | WD-26 0.8% DEMOB FOR WATER WORK | 1.00 | LS | 27,200.00 | $ 27,200.00 |
| 290-976-01 | WD-27 F&I 24" B-FLY VALVE WITH RSMTLG JTS | 7.00 | EA | 30,000.00 | $ 210,000.00 |
| 290-976-01 | WD-28 FURN ALL 24" DI TAP MATLS to SFWD PERSNL | 11,572.00 | LB | 10.00 | $ 115,720.00 |
| 290-976-01 | WD-29 F&I 4" AIR VALVE | 4.00 | EA | 14,000.00 | $ 56,000.00 |
| 290-976-01 | MA-01 AWSS WORK | 1.00 | LS | 350,000.00 | $ 350,000.00 |
| | | | | WD Total | $ 3,917,974.00 |
| | | | | SW Total | $ 3,560,805.00 |
| | | | | Total | $ 7,478,779.00 |

SCOPE OF WORK: SUBCONTRACTOR shall perform the work complete and in place per plans and specification for the listed bid items, noted above. Work shall be performed in accordance with the job schedule mutually agreeable to both parties.

SPECIAL CONDITIONS:
- SUBCONTRACTOR agrees to comply with CONTRACTOR Code of Safe Practices, dated June 2012.
- *Allowance Items (SW-26 through -29 and WD-30 through -31) are to be awarded to Subcontractor as Subcontract Change Order Work as the work is authorized by the Owner.*
- SUBCONTRACTOR'S work shall adhere to San Francisco Public Works Project Manual volume 2 of 2 Section 01 57 13 TEMPORARY EROSION AND SEDIMENT CONTROLS and the approved SWPPP as it relates to SUBCONTRACTOR's work.

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 264 of 279

DocuSign Envelope ID: 9CD66350-7CD0-4971-87F3-CADAD6F00333



Ghilotti Bros., Inc.
525 JACOBY STREET • SAN RAFAEL, CA 94901
P 415.454.7011 • F 415.454.8376
STATE CONTRACTORS LICENSE # 132128

- SUBCONTRACTOR work associated with SW-1 to SW-25 and WD-1 to WD-29 & MA-1 per plans dated 09/05/14 & 08/13/14.

BY ATTACHMENT, GHILOTTI BROS, INC. SUBCONTRACT GENERAL TERMS AND CONDITIONS ARE HEREBY INCORPORATED INTO THIS SUBCONTRACT AGREEMENT.

JOB SPECIFIC TERMS AND CONDITIONS NOTED ABOVE SUPERSEDE GHILOTTI BROS., INC. SUBCONTRACT GENERAL TERMS AND CONDITIONS WHERE IN CONFLICT.

NOTE: THIS AGREEMENT MAY BE EXECUTED IN COUNTERPARTS. A SIGNED COPY OF THIS AGREEMENT TRANSMITTED ELECTRONICALLY, SUCH AS BY EMAIL OR FACSIMILE, IS ENFORCEABLE AS AN ORIGINAL; AN ACCEPTANCE BY SUBCONTRACTOR OF THE TERMS OF THIS AGREEMENT IS VALID IF COMMUNICATED BY ANY REASONABLE MEANS, INCLUDING WITHOUT LIMITATION, BY EMAIL OR FACSIMILE.

Contracted By:
Synergy

Signed: _Terry Ayyad_
FD481D5FB6204E...
Terry Ayyad

Date: 4/19/2015

Contracted By:
Ghilotti Bros., Inc.

Signed: _Thomas G. Barr, P.E._
8EF339EDB3C2466...
Thomas G. Barr, P.E.

Date: 4/19/2015

| Contractor's License No. | 644102 |
|---|---|
| Expiration Date: | 4/30/2017 |
| Tax Payer ID Number: | 20-5857561 |

Case: 19-30088   Doc# 13719-2   Filed: 05/10/23   Entered: 05/10/23 14:28:46   Page 265 of 279

# EXHIBIT B

# EXHIBIT B

# EXHIBIT B

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MATTHEW K. YAN, State Bar No. 257918
KRIS A. COX, State Bar No. 136504
ERIN H. REDING, State Bar No. 252691
MOSCONE EMBLIDGE & OTIS LLP
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Telephone:    (415) 362-3599
Facsimile:    (415) 362-2006

Attorneys for Petitioner
SYNERGY PROJECT MANAGEMENT, INC.

ENDORSED
F I L E D
Superior Court of California
County of San Francisco

NOV 1 0 2016

CLERK OF THE COURT
By: ____ ROSIE NOGUERA
              Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

SYNERGY PROJECT MANAGEMENT, INC.

             Petitioner,

        vs.

CITY AND COUNTY OF SAN FRANCISCO,

             Respondent.

Case No. CPF-16-514783

**ORDER GRANTING PETITIONER SYNERGY PROJECT MANAGEMENT, INC.'S MOTION FOR ISSUANCE OF WRIT**

Date:  November 10, 2016
Time:  9:30 am
Dept.: 302
Judge:  Hon. Harold E. Kahn

Action filed:  February 19, 2016

ORDER GRANTING MOTION FOR ISSUANCE
OF WRIT

Case No. CPF-16-514783

1  On November 10, 2016, Petitioner Synergy Project Management, Inc.'s Motion For

2  Issuance Of Writ Of Mandate came before the Honorable Harold Kahn for hearing in

3  Department 302 of the above-. Kris A. Cox, Moscone Emblidge & Otis LLP appeared for

4  Petitioner Synergy Project Management, Inc., and S. Anne Johnson, Deputy City Attorney, San

5  Francisco City Attorneys Office, appeared for Respondent City and County of San Francisco.

6      The Court having reviewed and considered the parties' papers and oral argument; and

7  good cause appearing:

8      Petitioner Synergy Project Management, Inc.'s petition for writ of mandate is GRANTED

9  and the January 8, 2016 Statement of Hearing Officer Findings is VACATED. The hearing

10  officer erred in determining that he had jurisdiction to determine whether the Department of

11  Public Works presented sufficient evidence to support its substitution demand. All three bases

12  that the hearing officer offered for his exercise of jurisdiction are erroneous as a matter of law.

13  The parties agree that section 4107of the Public Contract Code by itself is not a basis for

14  jurisdiction where, as here, the proposed substitution of a subcontractor is initiated by the

15  awarding authority, not prime contractor. The parties also agree that, per section 4.04 of the

16  contract between the Department of Public Works and Ghilotti, a hearing to determine the

17  propriety of substituting the subcontractor can only occur if Ghilotti requested the replacement of

18  Synergy. None of the evidence cited by the City to show that Ghilotti made such a request shows

19  that Ghilotti did in fact make such a request. A review of the relevant portions of the

20  Administrative Record fails to disclose any instance where prior to the hearing held by the

21  hearing officer Ghilotti requested that the Department of Public Works replace Synergy as a

22  subcontractor. While Ghilotti investigated potential replacement subcontractors to avoid

23  breaching its contract after the City directed Ghilotti to remove Synergy (AR Tab 83; Hearing

24  Transcript 89:7-16), that is not the same as Ghilotti making a request to the City that Synergy be

25  removed. Nor was there any jurisdiction to hold the hearing simply because such a hearing is not

26  precluded by section 4107. For the hearing officer to have jurisdiction to address the substantive

27  issue he addressed there must be some statute, ordinance, contract or other legal authority

28  providing the hearing officer with such jurisdiction. Because there is none, the hearing officer

ORDER GRANTING MOTION FOR ISSUANCE          1                    Case No. CPF-16-514783
OF WRIT

Case: 19-30088    Doc# 13719-2    Filed: 05/10/23    Entered: 05/10/23 14:28:46    Page 269 of 279

1   lacked jurisdiction and thus, per CCP 1094.5, he prejudicially abused his discretion by

2   proceeding in a manner not authorized by law by addressing the issue of whether the Department

3   of Public Works presented sufficient evidence to support its substitution demand.

4   IT IS SO ORDERED.

5   Dated:  November 10, 2016

6

7                                                   HAROLD KAHN
                                    _____
8                                   THE HONORABLE HAROLD E. KAHN
                                    JUDGE OF THE SUPERIOR COURT
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING MOTION FOR ISSUANCE          2                Case No. CPF-16-514783
OF WRIT

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State bar number, and address):*
Matthew K. Yan (SBN 257918); Kris A. Cox (SBN 136504)
MOSCONE EMBLIDGE & OTIS LLP
220 Montgomery Street, Suite 2100, San Francisco, California 94104

TELEPHONE NO.: 415-362-3599    FAX NO.: 415-362-2006
ATTORNEY FOR *(Name):* Plaintiff Synergy Project Management, Inc.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco 94102
BRANCH NAME: Civic Center Courthouse

CASE NAME:
Synergy Project Management, Inc. v. City and County of San Francisco

FOR COURT USE ONLY

**FILED**
San Francisco County Superior Court

JUL 1 0 2017

CLERK OF THE COURT
BY: _____
Deputy Clerk

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| ☑ Unlimited (Amount demanded exceeds $25,000) | ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter ☐ Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | | CGC-17-560034 JUDGE: DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☑ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary  b. ☐ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action *(specify):*
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: July 10, 2017

Kris A. Cox
*(TYPE OR PRINT NAME)*        *(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)*

BY FAX
ONE LEGAL LLC

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov



# INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
Damage/Wrongful Death
Uninsured Motorist (46) (*if the
case involves an uninsured
motorist claim subject to
arbitration, check this item
instead of Auto*)
**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
Asbestos Property Damage
Asbestos Personal Injury/
Wrongful Death
Product Liability (*not asbestos or
toxic/environmental*) (24)
Medical Malpractice (45)
Medical Malpractice–
Physicians & Surgeons
Other Professional Health Care
Malpractice
Other PI/PD/WD (23)
Premises Liability (e.g., slip
and fall)
Intentional Bodily Injury/PD/WD
(e.g., assault, vandalism)
Intentional Infliction of
Emotional Distress
Negligent Infliction of
Emotional Distress
Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
Practice (07)
Civil Rights (e.g., discrimination,
false arrest) (*not civil
harassment*) (08)
Defamation (e.g., slander, libel)
(13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
Legal Malpractice
Other Professional Malpractice
(*not medical or legal*)
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
Breach of Rental/Lease
Contract (*not unlawful detainer
or wrongful eviction*)
Contract/Warranty Breach–Seller
Plaintiff (*not fraud or negligence*)
Negligent Breach of Contract/
Warranty
Other Breach of Contract/Warranty
Collections (e.g., money owed, open
book accounts) (09)
Collection Case–Seller Plaintiff
Other Promissory Note/Collections
Case
Insurance Coverage (*not provisionally
complex*) (18)
Auto Subrogation
Other Coverage
Other Contract (37)
Contractual Fraud
Other Contract Dispute
**Real Property**
Eminent Domain/Inverse
Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
Writ of Possession of Real Property
Mortgage Foreclosure
Quiet Title
Other Real Property (*not eminent
domain, landlord/tenant, or
foreclosure*)
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) (*if the case involves illegal
drugs, check this item; otherwise,
report as Commercial or Residential*)
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
Writ–Administrative Mandamus
Writ–Mandamus on Limited Court
Case Matter
Writ–Other Limited Court Case
Review
Other Judicial Review (39)
Review of Health Officer Order
Notice of Appeal–Labor
Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
(*arising from provisionally complex
case type listed above*) (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
Abstract of Judgment (Out of
County)
Confession of Judgment (*non-
domestic relations*)
Sister State Judgment
Administrative Agency Award
(*not unpaid taxes*)
Petition/Certification of Entry of
Judgment on Unpaid Taxes
Other Enforcement of Judgment
Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint (*not specified
above*) (42)
Declaratory Relief Only
Injunctive Relief Only (*non-
harassment*)
Mechanics Lien
Other Commercial Complaint
Case (*non-tort/non-complex*)
Other Civil Complaint
(*non-tort/non-complex*)
**Miscellaneous Civil Petition**
Partnership and Corporate
Governance (21)
Other Petition (*not specified
above*) (43)
Civil Harassment
Workplace Violence
Elder/Dependent Adult
Abuse
Election Contest
Petition for Name Change
Petition for Relief From Late
Claim
Other Civil Petition

**CIVIL CASE COVER SHEET**

JOHNNY D. KNADLER (SBN 220942)
LAW OFFICE OF JOHNNY D. KNADLER
280 Summergrove Cir.
Roseville, CA 95678
Telephone: (310) 564-6695
Email: SPM.PGE@gmail.com

Attorney for Creditor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

|  |  |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E Corporation,** | Chapter 11 |
| **- and –** | Judge: Hon. Dennis Montali |
| | Date: May 24, 2023 |
| **Pacific Gas and Electric Company** | Time: 10:00 a.m. |
| | Courtroom: (Tele/Videoconf. Appearance) |
| Debtor | United States Bankruptcy Court |
| | Courtroom 17, 16th Floor |
| | San Francisco, CA 94102 |

## EXHIBIT "E"

### TO

### DECLARATION OF JAVAD MIRSAIDI IN SUPPORT OF OPPOSITION TO OBJECTION TO CLAIM – SYNERGY PROJECT MANAGEMENT, INC. (POC #368) (ONE HUNDRED TWENTIETH OMNIBUS OBJECTION TO CLAIMS – NO LIABILITY CLAIMS )

# Dig-in Investigation Cover Sheet

| | |
|---|---|
| Investigator Name: | Pete Urrutia  #pfu1 |
| Date of Incident: | Thursday<br>August 27, 2015 |
| Address of Incident: | IFO 1433 Haight St<br>San Francisco |
| IMT Number: | 565954 |
| Time Dispatched: | 1321 hrs |
| Time of Arrival back at Home: | 1345 hrs |
| Time Spent to Complete Investigation Notes: | 1 hour<br>45 minutes |
| TOTAL TIME: | 3 hours<br>30 minutes |
| Starting Mileage: | 000 (Trip) |
| Ending Mileage: | 003 (Trip) |
| TOTAL MILEAGE: | 3 miles |
| Documents Submitted To: | Jorge Gil-Blanco, Cliff Concello, Betsey Syms, & Kaci Piccillo |

I observed five yellow PG&E gas facility markings which were in line with the location of the damaged gas line, traversed across Haight St. I utilized my HIT kit and took photos of the damage in relation to the gas facility markings (see photos below).

I determined that the damage to the gas line occurred when the road saw penetrated though the concrete and damaged the gas line. Measurements of the road saw revealed that it was equipped with a blade that had a 32 inch diameter (see photo below).

Familiar with the ongoing construction, I was aware that Synergy Project Management had been contracted by the City of San Francisco to excavate and install new water service lines in the area. However, I also learned that the sawing and cutting of the roadway had been sub-contracted to another company. Near the incident location, I located a black pick-up truck with the markings, Nichols Concrete Cutting associated to it. I was able to confirm that Nichols Concrete Cutting was contracted by Synergy only to cut through the asphalt and concrete, and not to excavate.

I conducted an online search for associated USA tickets using the IRTH database and discovered USA Ticket 224533 was associated to the project. It was obtained on May 18, 2015, by Synergy Property Management. There were notes on the ticket by the PG&E locator as well as pre-incident photos. The USA Ticket is located at the bottom of this narrative and the pre-incident photos are in the investigation file folder.

I was unable to locate a USA ticket for Nichols Concrete Cutting in the IRTH database.

I took photographs of the scene and obtained measurements for diagramming purposes.

A PG&E M&C repair crew arrived and excavated to expose the damaged section of gas line that was beneath the asphalt roadway.

Once asphalt and dirt was uncovered, it was confirmed that the damaged gas line was a ½ inch plastic service line. The top of the service line appeared to have been partially sawed through. The damaged gas line was determined to be approximately 8-9 inches deep. The damaged section of gas line was isolated and ultimately repaired by PG&E M&C.

## STATEMENTS:

### STATEMENT OF PERSON CAUSING DAMAGE - MIKE HERRERA:

HERRERA stated that he worked for Nichols Concrete Cutting. His company was subcontracted by Synergy Property Management to cut the asphalt and concrete on Haight St. He specified that he was only cutting the concrete and that Synergy was to conduct the excavation.

HERRERA also stated that he was operating a Morley M48 Road Saw at the time of the incident. He was operating the road saw in an eastbound direction on Haight St. Herrera was in the process of making two cuts in the roadway, approximately 5 feet apart, down the center of Haight St.

| From: | Lynch, John (DPW) |
| To: | Hespen, Melinda (DPW); Murillo, Alex (DPW); Thatcher, Kaitlyn (DPW); Levine, Suzanne (DPW); Tse, Bernie (DPW) |
| Subject: | Hit gas service on Haight |
| Date: | Thursday, August 27, 2015 12:59:37 PM |

All,
Gas service cut by saw on Haight, between Ashbury & Masonic, PG&E called as well as 911.
report more later
John

Sent from Samsung tablet

| | |
|---|---|
| **From:** | Moore, Grace (DPW) |
| **To:** | Gordon, Rachel (DPW); Murillo, Alex (DPW) |
| **Subject:** | Fwd: Haight Street Gas Leak Response |
| **Date:** | Wednesday, September 02, 2015 4:54:17 PM |

The response has been drafted. see below. we should have a final soon. I will give Christin and Valle .a call tomorrow morning

*Sent from my Verizon Wireless 4G LTE DROID*

-------- Original Message --------
Subject: FW: Haight Street Gas Leak Response
From: "Suskind, Suzanne (DPW)" <suzanne.suskind@sfdpw.org>
To: "Moore, Grace (DPW)" <Grace.Moore@sfdpw.org>,"Najib, Dadisi (DPW)"
<Dadisi.Najib@sfdpw.org>
CC:

**From:** Thomas, John (DPW)
**Sent:** Tuesday, September 01, 2015 11:02 PM
**To:** Nuru, Mohammed (DPW)
**Cc:** Sweiss, Fuad (DPW); Suskind, Suzanne (DPW); Tse, Bernie (DPW); Beasley, Yolanda (DPW);
Gordon, Rachel (DPW)
**Subject:** Haight Street Gas Leak Response

Mohammed

Here's the draft for Supervisor Breed's office.  I assume you want this to come from your office.
Please let me know if you have any questions or concerns.

John

Dear Vallie:

We understand the community's concern regarding the gas line breaks on Haight Street and want to
assure you that public safety is Public Works top priority.

**Here is what has occurred to date:**

On  April 29th, the contractor damaged a marked gas line at the intersection of Haight and Masonic.
The contractor's workers identified a pipe they believed was the active gas line based on PG&E's
pavement markings.  What they actually found was an abandoned gas line and they damaged the
live gas line a few feet further along the trench.   After this incident Public Works met with the
contractor, Ghilotti Brothers (GBI), and their subcontractor, Synergy Project Management (SPM), to
review their procedures to identify underground utilities. SPM  revised their procedures so
identifying underground utilities will be performed only by their foreman or superintendent.  They

agreed to perform more careful hand digging, especially near intersections, to locate utilities prior to excavation. Public Works also provided the contractors additional drawings obtained from the utility companies as another resource to locate and identify underground pipes and conduits.

On August 27th, SPM was cutting the existing 10" thick pavement layer in preparation for the installation of a new water main when a gas line was cut. Typically, gas lines are installed 24" below the pavement surface. The gas line that was hit was located only 11" below the pavement surface. While safety precautions and measures were taken to identify the horizontal location of the line, the contractor had no way of knowing that the gas line would be installed at such a shallow depth. PG&E representatives have confirmed the shallow installation of their gas line and are not holding the contractor responsible for this incident.

Public Works staff continues to monitor the Contractor's safety practices.

**Going Forward:**

We recently completed the sewer work along Haight Street and are now starting the installation of 24" and 8" water lines between Ashbury and Buchannan. We anticipate installation of the water line will take 2-3 weeks per block. Overall the water line work will take 8- 9 months to complete. We will also be constructing new bus and pedestrian bulbs and will pave the street curb to curb from Masonic to Laguna.

If you have additional concerns or comments, feel free to contact Department of Public Works Public Affairs Officer Alex Murillo (415) 437-7009 or we can arrange a meeting between yourself and the community.



John F Thomas, PE
Division Manager

Project Management & Construction| San Francisco Public Works | City and County of San Francisco
30 Van Ness Avenue, 5th Floor| San Francisco, CA 94102| (415) 557-4668 | sfpublicworks.org ·
twitter.com/sfpublicworks



**Pacific Gas and Electric Company**

Law - Claims

May 9, 2017

Javad Mirsadi
Synergy Project Management
301 Crescent Court # 3409
San Francisco, CA 94134

Re: PG&E Claim No.        : 2015381714
    Date of Incident      : 08/27/2015
    Location of Incident : 1436 Haight Street, SF

Dear Mr. Mirsadi:

This letter is in follow-up to your claim concern with regards to an employee of Synergy, during excavation making contact to an unmarked PG&E gas facility at the location shown above.

My investigation shows PG&E responded to your USA ticket, locating and marking PG&E's gas facility. At this time, there is no indication PG&E's facility was not marked correctly.

Based on the above, we do not believe that PG&E was responsible for your loss. As a result, we regret that we cannot accept your claim.

Thank you for your courtesy and cooperation. We are sorry that you experienced this loss. You may want to consider reviewing this matter with your insurance provider to determine if coverage is available under any insurance you may have.

If you have any questions or additional information that you wish us to consider, please contact me at (415) 695-3510. Please always refer to your claim number in any communication.

Sincerely,

Dennis Dionson
Claims Investigator
2225 Folsom St
San Francisco CA 94110