JOHNNY D. KNADLER (SBN 220942)
LAW OFFICE OF JOHNNY D. KNADLER
280 Summer Grove Cir.
Roseville, CA  95678
Telephone:  (310) 564-6695
Email:  SPM.PGE@gmail.com

Attorney for Creditor
SYNERGY PROJECT MANAGEMENT, INC.

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E Corporation,** <br><br> - and – <br><br> **Pacific Gas and Electric Company** <br><br> Debtor | Case No. 19-30088 (DM) <br><br> Chapter 11 |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE:**

The address of Johnny Knadler, Law Office of Johnny D. Knadler has changed.

The new address is:

      JOHNNY D. KNADLER
      LAW OFFICE OF JOHNNY D. KNADLER
      280 Summer Grove Cir.
      Roseville, CA  95678

Please update your records accordingly.

Dated this 9th day of May, 2023        **LAW OFFICE OF** JOHNNY D. KNADLER
                                                                                Counsel for Synergy Project Management, Inc.

                                                                                   ___/s/ Johnny D. Knadler_____

1