# Notice Recipients

District/Off: 0971−3　　　User: admin　　　Date Created: 5/11/2023
Case: 19−30088　　　Form ID: TRANSC　　　Total: 3

**Recipients of Notice of Electronic Filing:**
aty　　Lawrence A. Jacobson　　laj@cohenandjacobson.com
aty　　Thomas B. Rupp　　trupp@kbkllp.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2

**Recipients submitted to the Claims Agent (Kroll Restructuring Administration, LLC):**
　　Steven A. Lamb　　Rovens Lamb LLP　　2601 Airport Dr., Suite 370　　Torrance, CA 90505

　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1