# Notice Recipients

District/Off: 0971−3  User: admin  Date Created: 5/11/2023
Case: 19−30088  Form ID: TRANSC  Total: 3

**Recipients of Notice of Electronic Filing:**
aty    Lawrence A. Jacobson    laj@cohenandjacobson.com
aty    Thomas B. Rupp    trupp@kbkllp.com

TOTAL: 2

**Recipients submitted to the Claims Agent (Kroll Restructuring Administration, LLC):**
        Steven A. Lamb, ESQ.    Rovens Lamb LLP    2601 Airport Drive, Suite 370    Torrance, CA 90505

TOTAL: 1