WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:     (415) 496-6723
Fax:    (650) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** **PG&E CORPORATION,** - and - **PACIFIC GAS AND ELECTRIC COMPANY,** Debtors. ☐ Affects PG&E Corporation ☐ Affects Pacific Gas and Electric Company ☒ Affects both Debtors * *ALL PAPERS SHALL BE FILED IN THE LEAD CASE, NO. 19-30088 (DM).* | Case No. 19-30088 (DM) Chapter 11 (Lead Case) (Jointly Administered) **NOTICE OF SUBMISSION OF PROPOSED ORDER APPROVING MEDIATORS FOR SECURITIES ADR AND RELATED PROCEDURES** [Relates to Dkt. No. 10015] |

**PLEASE TAKE NOTICE** that on January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**" or "**Reorganized Debtors**") filed voluntary cases for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**"). On June 20, 2020, the Bankruptcy Court confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Dkt. No. 8048] (as may be modified, supplemented, or amended from time to time, and together with all schedules and exhibits thereto, the "**Plan**"). The Plan became effective on July 1, 2020.[1]

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court held a hearing on November 18, 2020, at 10:30 a.m. (Pacific Time) before the Honorable Dennis Montali, United States Bankruptcy Judge, to consider the *Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims* filed by the Debtors on September 1, 2020 [Dkt. No. 8964].

**PLEASE TAKE FURTHER NOTICE** that, on January 25, 2021, after hearing from numerous parties including a number of securities claimants and counsel, the Bankruptcy Court entered the *Order Approving Securities ADR and Related Procedures for Resolving Subordinated Securities Claims* [Dkt. No. 10015] (the "**Securities ADR and Related Procedures Order**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Securities ADR and Related Procedures Order, the Reorganized Debtors have compiled, for consideration and approval by the Bankruptcy Court, two panels of qualified and experienced mediators that the Reorganized Debtors propose shall constitute, respectively, the Panel of Mediators for Abbreviated Mediations and the Panel of Mediators for Standard Mediations (together, the "**Mediation Panels**," and each proposed mediator, a "**Mediator**"). Attached hereto as **Exhibit A** is a proposed order approving the Mediation Panels (the "**Proposed Order**"). The Proposed Order includes the proposed Panel of Mediators for Abbreviated Mediations as **Exhibit A-1** and the proposed Panel of Mediators for Standard Mediations as **Exhibit A-2**. The Reorganized Debtors have submitted the Proposed Order and its attachments to the Bankruptcy Court for approval concurrently herewith.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the procedures set forth in the Securities ADR and Related Procedures Order, attached hereto as **Exhibit B** is a compilation of each Mediator's resume or curriculum vitae showing his or her college and post-graduate education, legal and ADR experience, and other biographical or pertinent information.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Securities ADR and Related Procedures Order, attached hereto as **Exhibit C** is a compilation of each Mediator's disclosure regarding any current or past work that such proposed Mediator has performed for, or on behalf of, the Debtors or Reorganized Debtors, or their primary legal counsel (Weil, Gotshal & Manges LLP, Keller Benvenutti Kim LLP, Latham & Watkins LLP, or Cravath, Swaine & Moore LLP) in the past five years, and any other potential conflicts that, in the Mediator's view, could create a reasonable inference of bias.

---

[1] Any capitalized terms not defined herein have the definition assigned to them in the Plan or in the Securities ADR and Related Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that copies of the pleadings and other documents identified herein can be viewed and/or obtained: (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Reorganized Debtors' notice and claims agent, Kroll Restructuring Administration LLC, at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: May 11, 2023

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

/s/      *Richard W. Slack*
         Richard W. Slack

*Attorneys for the Debtors and Reorganized Debtors*