# EXHIBIT B: Biographical Information for Proposed Mediators





# Hon. William J. Cahill (Ret.)

JAMS Mediator, Arbitrator and Referee/Special Master

# Contact Information

## Scott Schreiber

Two Embarcadero Center Suite 1500
San Francisco, CA 94111
T: 415-774-2615
F: 415-982-5287

**Hon. William Cahill (Ret.)** is a reputable and sought-after neutral throughout the country who regularly travels to hear cases. He has successfully mediated and arbitrated thousands of cases, including business and contract disputes, securities matters, class actions, insurance, real property, engineering and infrastructure, employment, intellectual property, and legal and other professional malpractice matters.

Prior to becoming a full time neutral in 2000, Judge Cahill spent nearly ten years as a judge in San Francisco County Superior Court and before that he was a partner and a trial lawyer at a top law firm. His experience gives him unique insight into how alternative dispute resolution can be used to resolve matters efficiently and effectively.

Judge Cahill has been regularly included on the "National Mediators" List, Chambers USA since 2017. The 2021 Edition of the Guide notes that Judge Cahill "is a good listener, carefully reads all the submissions, thoughtfully guides the process and works hard to settle matters."

Case: 19-30088   Doc# 13725-2   Filed: 05/11/23   Entered: 05/11/23 17:42:46   Page 2
of 39

Judge Cahill is known nationally for his preparation, adaptability, fairness and neutrality. He has an ability to relate to all participants in a case—the lawyers and their clients. He is patient with parties and clients laud him for his ability to quickly grasp complex facts prior to the commencement of proceedings and for his creative settlement ideas that lead to closure.

## ADR Experience and Qualifications

- Renowned across the country as an effective and savvy neutral, and consistently recognized as one of the top neutrals in the Bay Area as well as California by various surveys and legal publications
- Over 15 years of experience as a full time neutral handling mediations and arbitrations of complex cases
- San Francisco Superior Court Law & Motion and Writs & Receivers Judge for four years, and Settlement and Trial Judge for eight years
- Designated liaison for seven years for the court's committee to construct the San Francisco Civic Center Courthouse
- Specialized in complex litigation and construction law while in private practice. He represented architects, engineers, owners, and contractors both in litigation and as outside corporate counsel

# Representative Matters

- **Business/Commercial**
    - Arbitrated contract dispute related to purchase and sale of steam, water, and hydrogen manufacturing facility and the provision of services between adjacent facilities
    - Mediated commercial dispute between two global companies over the scope of an audit clause in a supply agreement that permits either party to ensure that the other is complying with contractual obligations
    - Mediated business dispute related to investment structure of bridge note purchased from a Chinese company through a global trading firm
    - Served as chair of a three-panel arbitration for a dispute between a radio broadcasting company and a high tech search engine company that acquired it
    - Mediated case between a construction company and port authority of an island over allegedly unauthorized tariffs and penalty fines
    - Serves as arbitrator frequently in post-resolution attorney fee disputes
    - Mediated and arbitrated multiple franchise disputes involving issues such as breach of contract, breach of fiduciary duty and bankruptcy
    - Mediated numerous high technology licensing disputes, involving technology such as software, hardware, biotech and pharmaceuticals, and medical devices. Disputes involved issues of lost profits and royalties
    - Mediated cases involving dissolution of businesses and partnerships and underlying securities, stock and payout issues
    - Mediated dispute involving two shareholders of a small corporation in which one of the shareholders formed a new, competing business and allegedly use the original company's trade secrets and breached the original contract and breached fiduciary duties
- **Civil Rights**
    - Mediated a case involving a wrongful imprisonment suit filed by a person whose

Hon. William J. Cahill (Ret.) (Rety.) JAMS Neutral | General Biography
Two Embarcadero Center Suite 1500 San Francisco, CA 94111 • P: 415-774-2615 • F: 415-982-5287 • www.jamsadr.com
Page 2 of 6

murder conviction was set aside by a federal judge after he served 11 years in State Prison. Navigated through intense emotional, legal and political issues in order to reach a settlement that was paid over time to insure the plaintiff had sufficient income for the rest of his life
- Mediated a case against a municipality and a lead investigator for wrongful conviction arising out of suppression of evidence
- Mediated numerous ADA cases

- **Class Action and Mass Tort**
  - Mediated a unique class action case regarding county-provided high school-level educational programs for inmates held in a county Juvenile Hall. Facilitated a non-monetary settlement in the form of an agreement as to the appropriate quality of educational programs that were to be offered to young inmates
  - Mediated a class action involving consumer claims of defects in electronic devices
  - Mediated a consumer class action involving allegations of violations of privacy as well as antitrust and unfair competition
  - Mediated several class actions brought by consumers over the expiration dates on gift cards

- **Construction**
  - Mediation of a $10m + dispute over design and construction of a major hospital. Mediation took 2 months before resolution.
  - Claims adjudicator for $100m construction of a San Francisco high rise and adjudicated a changed condition claim re rock excavation on site and a delay claim.
  - Sole arbitrator re design and construction of a elderly care facility in East Bay. Probably $50m + of disputes between the owner, design professional and owner.
  - Sole arbitrator in construction dispute regarding upgrade of a security system installed in a Northern California prison.
  - Mediation of a construction dispute regarding renovation of a Nevada power plant. Several sessions over two months.
  - Sole arbitrator re construction disputes between buyers and developers of luxury homes in the Napa Valley.

- **Employment**
  - Arbitrate and mediate wide variety of employment disputes including all types of harassment, wrongful termination, and retaliation and whistleblower allegations
  - Mediated numerous wage and hour class actions, involving issues of overtime misclassification, meal and rest period violations and unpaid wages
  - Mediated numerous wrongful termination cases involving executives as well as counter claims of theft of trade secrets
  - Mediated post-acquisition employment disputes between executives and acquiring company

- **Entertainment and Sports**
  - Arbitrated business dispute between a sports franchise and their stadium owners regarding claims of $7 to 8 million of alleged rent owed and contract dispute about capital improvements to stadium
  - Mediated a series of related large investment fraud disputes involving several celebrities alleging mis-management of investments. Case had criminal implications as well as civil damages issues
  - Mediated multiple contract disputes between well-known musicians and their managers
  - Mediated several disputes involving sports stadiums and related contract obligations, tax issues and ownership disputes

Hon. William J. Cahill (Ret.) | JAMS Neutral | General Biography
Two Embarcadero Center Suite 1500 San Francisco, CA 94111 • P: 415-774-2615 • F: 415-982-5287 • www.jamsadr.com
Page 3 of 6

- **Financial Markets**
  - Mediated a stockholder derivative suit involving allegations related to the purchase of 100 million shares of a public company by alleged private insiders for less than a fair market price
  - Mediated dispute over alleged manipulation of stock valuation in a management buyout (MBO) by a national brokerage firm
  - Mediated a case involving breach of fiduciary duty claim against a hedge fund for failure to liquidate to avoid a $50 million loss
  - Mediated class action brought by stockholders regarding stock devaluation due to restatement of allegedly fraudulent financials
- **Health Care**
  - Mediated a false claim case between the state insurance commissioner and a health care provider that settled for over $40 million
  - Several arbitrations between carriers and hospital chains regarding billing
  - Multi-million dollar settlement in a case between two health care providers regarding emergency room charges where there was no contract
  - Mediated an ObamaCare matter between a state's Department of Justice and a major health care provider
  - Heard several nursing home cases regarding the staffing of nurses
  - Several arbitrations interpreting contracts between hospitals regarding their chart of account contracts
  - Mediated qui tam action regarding alleged false billing for services provided by insufficiently credentialed personnel
  - Arbitrated multi-million breach of contract dispute regarding reimbursement fees between nonprofit health care system and leading Pharmacy Benefit Manager
  - Mediated class action alleging leading post acute care services provider failed to meet daily nurse hours staffing requirements for all residents
  - Mediated qui tam action brought by State alleging operator of numerous health system facilities of submitting false, fraudulent, or misleading bills to insurers for anesthesia services. The suit also alleges named PPO networks of aiding and abetting violations by restricting insurers' ability to audit claims
- **Insurance**
  - Mediated multi-million dollar coverage case in London between a carrier and its French insured
  - Arbitrated large insurance case arising out of hurricane Katrina between insurance companies and hospitals, involving issues of frequency of occurrences of incidents and related coverage
  - Mediated a large breach of fiduciary duty case between several school and college districts and their insurance broker. Allegations included lack of expertise in the insurance and reinsurance industries, misappropriation of funds and failure to disclose commissions and other financial benefits that the insurance company was receiving
  - Mediated a series of insurance coverage disputes between a law firm and their insurance carrier
  - Mediated several class actions brought against insurance companies related to methods used by the insurance companies to bill the insured
  - Mediated a series of complicated asbestos cases involving insurance coverage issues
- **Intellectual Property**
  - Served as chair of three-panel arbitration of a pharmaceutical licensing dispute that involved issues related to FDA approval of the patented drug

Hon. William J. Cahill (Ret.) | JAMS Neutral | General Biography
Two Embarcadero Center Suite 1500 San Francisco, CA 94111 • P: 415-774-2615 • F: 415-982-5287 • www.jamsadr.com

- Mediated large copyright dispute related to downloading music from the internet
- Mediated large patent infringement dispute between two large biotech companies over patents on blood-glucose testing devices used by diabetes patients
- Mediated copyright dispute between global online social gaming company and Brazilian gaming company
- Mediated patent infringement case involving technology related to the technology that lights laptop screens
- Arbitrated patent infringement dispute related to hormone enhancement drugs for women
- Mediated a patent infringement dispute over patents on ingredients used to make tires in Korea
- Mediated a patent infringement dispute related to ecommerce technology, including allegations of theft of trade secrets

- **Professional Liability**
  - Mediated multiple legal malpractice cases involving law firms and their clients, including universities, and construction companies, among others. Cases involved issues of breach of fiduciary duty, standards of care, breach of contract, and some involved counterclaims for unpaid fees
  - Mediated numerous accounting malpractice disputes arising out of the recession and the Madoff scandal
  - Mediated multiple accounting malpractice cases related to improper tax considerations
  - Mediated numerous professional malpractice cases brought against architects and engineers related to failed and defective construction developments

- **Real Property**
  - Mediated contract dispute between developers and their lenders related to construction and payments for the development of a condominium complex
  - Arbitrated dispute regarding the partition and sale of a multi-million dollar property in Northern California
  - Mediated dispute between developers and buyers over toxic waste in a residential neighborhood
  - Arbitrated and mediated numerous disputes over purchase and sale agreements for commercial and residential property
  - Sole arbitrator/judge in an infrastructure dispute regarding construction of a commuter train system in the Bay Area

- **Water Rights**
  - Mediated water rights matter involving North Basin of the San Francisco Peninsula an aquifer regarding water storage methods of reserves for use during drought, future water pumping limits, and drainage issues
  - Mediated San Francisco West Side Basin water rights matter
  - Mediated Santa Maria water rights matter

# Honors, Memberships, and Professional Activities

*Completed Virtual ADR training conducted by the JAMS Institute, the training arm of JAMS.*

- Included on "National Mediators" list, *Chambers USA America's Leading Lawyers for Business*, 2017-2022

Hon. William J. Cahill (Ret.) | JAMS Neutral | General Biography
Two Embarcadero Center Suite 1500 San Francisco, CA 94111 • Phone: 415-774-2615 • F: 415-982-5287 • www.jamsadr.com
Page 5 of 6

- Recognized as a Top California Neutral, *Daily Journal*, 2004, 2005, 2009-2013
- Recognized as a Northern California Super Lawyer, ADR Category, *San Francisco Magazine*, 2004, 2006-2014
- Recognized as one of the three Best Neutrals in the Bay Area, through an open survey of attorneys, *The Recorder*, 2007, 2008, and 2009
- Recognized as one of the "500 Leading Judges in America," by *Lawdragon Magazine*, 2006
- Recognized as one of the Bay Area's Top 10 Mediators and Top 10 Arbitrators, *The Recorder*, 2002
- Chosen as the top judge on the San Francisco Superior Court in a poll published in the *San Francisco Examiner;* Judge Cahill's settlement skills were noted in the December 14, 1998 article
- Trial Judge of the Year, San Francisco, 1992
- Lecturer, international, national, and local speaking engagements including topics related to class actions, mediation, employment, arbitration, insurance, construction, ethics, law and motion practice, expert witnesses, and clause drafting, among others
- Former Member, Chief Justice Ronald George's Committee to revise the California Civil Jury Instructions
- Judicial Officer, San Francisco Bar Association Bench Bar Media Committee, 1991-2000
- Former Member, Board of Directors, Association of Business Trial Lawyers, 1996-1998; (In 1994, Judge Cahill was chosen by the ABTL to be an instructor on settlements to both the United States District Court, Northern California and the San Francisco Superior Court benches.)
- Member, Litigation Section, Bar Association of San Francisco, 2000-present
- "Reading the Room," ADR Profile, *Daily Journal*, October 16, 2015

# Background and Education

- Judge, San Francisco County Superior Court, 1991-2000
- Partner, Bronson, Bronson & McKinnon, 1986-1991
- J.D., Hastings College of Law, 1979
- B.S., University of California at Berkeley, 1976

**Disclaimer**

This page is for general information purposes. JAMS makes no representations or warranties regarding its accuracy or completeness. Interested persons should conduct their own research regarding information on this website before deciding to use JAMS, including investigation and research of JAMS neutrals. See More

Hon. William J. Cahill (Ret.) | JAMS Neutral | General Biography
Two Embarcadero Center Suite 1500 San Francisco, CA 94111 • P: 415-774-2615 • F: 415-982-5287 • www.jamsadr.com
Page 6 of 6

# AMBASSADOR DAVID L. CARDEN (Ret.)
## cardenldavid@gmail.com

**PROFILE**

I was the first resident United States Ambassador to the Association of South East Asian Nations (ASEAN), a ten-member multilateral organization whose members are Brunei, Cambodia, Indonesia, Laos, Malaysia, Myanmar, the Philippines, Singapore, Thailand and Vietnam. As the U.S. Ambassador, I was responsible for establishing the Mission and collaborating with the President and officials from the White House, Department of State, Department of Defense and other United States Governmental Agencies in formulating policy and conducting negotiations on a broad array of issues affecting South East Asia and the United States. These issues included all aspects of our economic engagement, including trade, the development of financial markets and products, tax policy, intellectual property protection, sustainable urban planning, development of the rule of law and combating corruption; managing traditional security risks arising from competing claims in the South China Sea and other border disputes; and addressing non-traditional security challenges such as pandemics, natural disasters, food security, water security, climate change, human and wildlife trafficking, human migration, ecosystem degradation, unsustainable exploitation of the ocean and inadequate educational and healthcare systems.

**EMPLOYMENT EXPERIENCE**

Mediator, (2018 to present)
- Focus on large, complex commercial disputes with focus on class action claims for securities fraud
- Advise foreign governments on creating mediation programs
- Organize foreign mediators to mediate public interest disputes

Partner, Jones Day (2014-2018)
- Partner-in-Charge, Asia (2014-15)
- Attention to the Firm's long-term strategic engagement in Asia
- Advising clients on global risk
- Advising clients on developing strategies for engaging foreign markets

United States Ambassador to the Association of Southeast Asia Nations (ASEAN) (2011- 2013)

- Adopted a systemic, interdisciplinary approach to the United States' engagement in the Region
- Built alliances for development and change among government officials, diplomats, businesses, and NGOs across a wide range of sectors
- Led United States Delegations in multilateral Ministerial meetings; advisor to the President, including appearing with him at three U.S.-ASEAN Leaders' Summits and three East Asia Summits
- Conducted negotiations on matters within the responsibilities of the Mission
- Spoke on all of the topics that comprised the ASEAN agenda in numerous public and private fora

Partner, Jones Day (1990 - 2010)

- Partner and Co-Chair of the Firm's International Securities Litigation & SEC Enforcement Practice
- Chair of the New York Litigation Department, which included the office's Intellectual Property and Labor Practices
- Representation of financial services firms and other corporate clients in major litigation such as the Enron and Lehman bankruptcies
- Litigated matters and conducted investigations in numerous foreign countries, including the United Kingdom, France, Switzerland, Luxembourg, the Netherland Antilles, Barbados, Italy, Singapore, Indonesia, China, Saudi Arabia, Syria and Lebanon
- Mediations of major matters alleging securities fraud.

Partner, Coffield, Ungaretti, Harris & Slavin (1980 - 1990)

Associate, Kirkland & Ellis (1977 - 1981)


**BOARD AND COMMITTEE MEMBERSHIPS**
- Board Member, Weinstein International Foundation
- Chair of Advisory Board, Center for Rural Engagement, Indiana
- University Board of Visitors, Indiana University School of Law.

AWARDS, RECOGNITIONS, NOTABLE PUBLIC SPEAKING
ENGAGEMENTS
- Superior Honor Award, presented by the U.S. Department of State in
- recognition of sustained extraordinary performance (2013)
- Chambers, New York Super Lawyers
- Recognition in the New York Times "Super Lawyer Section" for the
  defense of securities fraud litigation
- Lawdragon list of "100 Lawyers You Need to Know in Securities
  Litigation"
- Thomas Hart Benton Mural Medallion (2014)
- Indiana University Maurer School of Law's Academy of Law Alumni
  Fellow (2016)
- Commencement Speaker, Indiana University (2012) and Indiana
  University
- Commencement Speaker, Indiana University (2012) and Indiana
  University School of Law (2012)
- More than one thousand speaking engagements and appearances as
  U.S. Ambassador on all aspects of the ASEAN agenda, including at
  business summits, universities, Bloomberg News, CNBC, corporate
  boards, think tanks and NGOs
- Numerous post-Ambassador speaking engagements and television
  appearances
- Practitioner Residencies, The Rockefeller Foundation Bellagio Center
  (2015, 2016 and 2023)


**REPRESENTATIVE MEDIATIONS**

Class action against a transportation-as-a-service company (TaaS) for alleged
misstatements in a registration statement;

Receiver, class action and multiple individual claims brought for aiding and
abetting against a major accounting firm arising out of securities fraud violations
by an investment fund manager;

Class action and multiple related derivative cases alleging securities fraud against a
shipping company arising out of a failure to disclose risks associated with business
operations and threats to the defendant's future business;

Claims brought against a major US bank alleging aiding and abetting fraud;

Class action and multiple opt out claims against a pharmaceutical company asserting securities fraud violations due to alleged failure to disclose a material foreign tax liability;

Class action for securities fraud against a major transport and logistics company;

Class action and related derivatives actions against a major consumer products company alleging failure to disclose alleged risks and accounting irregularities in connection with a merger;

Class action against a major foreign energy firm alleging mismanagement and failure to disclose cost overruns and other challenges associated with construction of a refinery;

Consumer fraud class action against a foreign health product company;

Securities fraud class action and multiple opt out claims against a pharmaceutical company for alleged misrepresentations and failure to disclose material matters;

Class action and multiple individual and group securities fraud claims brought against a venture capital firm as owner of an operating company accused of price fixing;

Class and opt out claims against major accounting firm for aiding and abetting securities fraud;

Claims based on fraud and theft of intellectual property and trade secrets against a pharmaceutical company;

Fraud claims against a major foreign agricultural firm for breach of contract;

Claims brought against a former President of a foreign country for alleged malfeasance during his term in office;

Personal injury action against the federal government and multiple corporate defendants;

Claim for the return of a major work of art;

Claim against an internet service for interference with prospective business advantage;

Claim for wrongful termination against a major consumer products retailer.


**SELECTED PUBLICATIONS**

Carden, D.L. Mapping ASEAN, Achieving Peace, Prosperity and Sustainability in Southeast Asia. Bloomington, IN: Indiana University Press, Fall 2019

*A Geological Basis for Making Territorial Claims? (Satire)*[http://www.fletcherforum.org/home/2023/4/25/a-geological-basis-for-making-territorial-claims](http://www.fletcherforum.org/home/2023/4/25/a-geological-basis-for-making-territorial-claims)

*Republican Theocrats Threaten America at Home and Abroad*[http://www.fletcherforum.org/home/2023/4/12/republican-theocrats-threaten-america-at-home-and-abroad](http://www.fletcherforum.org/home/2023/4/12/republican-theocrats-threaten-america-at-home-and-abroad)

*A Land for Peace Settlement in Ukraine: Is It Time to Think About It?*[http://www.fletcherforum.org/home/2022/11/2/a-land-for-peace-settlement-in-ukraine-is-it-time-to-think-about-it](http://www.fletcherforum.org/home/2022/11/2/a-land-for-peace-settlement-in-ukraine-is-it-time-to-think-about-it)

*Beyond Ceasefires: using Private Mediators to Resolve Stalemated Conflicts*[https://sr.sgpp.ac.id/post/beyond-ceasefires-using-private-mediators-to-resolve-stalemated-civil-conflicts](https://sr.sgpp.ac.id/post/beyond-ceasefires-using-private-mediators-to-resolve-stalemated-civil-conflicts)

*Putin's Wars on Rationality and Globalization*[http://www.fletcherforum.org/home/2022/9/5/putins-wars-on-rationality-and-globalization](http://www.fletcherforum.org/home/2022/9/5/putins-wars-on-rationality-and-globalization)

*Domestic Policy is Foreign Policy: Wage Stagnation and Income Inequality Threaten America's Leadership Abroad*[https://saisreview.sais.jhu.edu/domestic-policy-threatens-americas-leadership-abroad/](https://saisreview.sais.jhu.edu/domestic-policy-threatens-americas-leadership-abroad/)

*We All Are Ukrainians,*[https://saisreview.sais.jhu.edu/we-all-are-ukrainians/](https://saisreview.sais.jhu.edu/we-all-are-ukrainians/)

*To Save Democracy, America Needs a Mandatory Public Service Program,* [https://foreignpolicy.com/2021/10/31/us-democracy-mandatory-public-service-program-political-divides/](https://foreignpolicy.com/2021/10/31/us-democracy-mandatory-public-service-program-political-divides/)

*Concepts of ownership shouldn't apply to the Parthenon Marbles,* [https://www.ekathimerini.com/culture/1167433/concepts-of-ownership-shouldnt-apply-to-the-parthenon-marbles/](https://www.ekathimerini.com/culture/1167433/concepts-of-ownership-shouldnt-apply-to-the-parthenon-marbles/)

*Finding Common Ground: The Effect of Geography on Domestic and Foreign Policy,* [https://saisreview.sais.jhu.edu/finding-common-ground/](https://saisreview.sais.jhu.edu/finding-common-ground/), *2021*

*To Pay for the Pandemic, Dry Out the Tax Havens,* [https://foreignpolicy.com/2020/07/16/tax-havens-apple-costs-pandemic/](https://foreignpolicy.com/2020/07/16/tax-havens-apple-costs-pandemic/), *2020*

*My solution to the Parthenon marbles row: a museum for the 21st century*, The Guardian, 2020

*From climate change to coronavirus, complex adaptive systems thinking is the key to handling crises*, South China Morning Post, 2020.

*Why We Need a New Approach to North Korea*, Politico, 2019

*Why Asian Trade is a National Security Issue*, Politico, 2015.

*ASEAN's Sustainable Future: Science and Technology*. Strategic Review 5(4): 12-24. Carden D.L. and M.J. Pongsiri. 2015.

*The Challenges for ASEAN's Next Generation*. Strategic Review. Carden D.L. April-June 2014.

*ASEAN, Multilateralism, and the Future of US Diplomacy in Asia.* The Ambassadors Review. Carden D.L. Fall 2012.

*Renewed Focus on Asia: An Interview with David Carden, Former U.S. Ambassador to ASEAN*." Yale Journal of International Affairs, Volume 10, 2016.

**EDUCATION**
Indiana University School of Law (1976), Order of the Coif.
DePauw University (1973) B.A., Political Philosophy. Phi Beta Kappa.



# MICHAEL D. COOPER, ESQ.
## Mediator



Prominent bankruptcy attorney, Michael D. Cooper, Esq., provides mediation services that are strengthened by his decades of experience as an attorney handling complex bankruptcy and commercial law matters, including the representation of debtors, creditors and trustees in insolvency, workouts and bankruptcy cases.

As a recognized expert in the field, Mr. Cooper served on the State Bar Consulting Group that established certification procedures for bankruptcy specialists in California. He has been active in committees charged with consulting and drafting several sets of guidelines for rules and procedures related to bankruptcy law for the United States Bankruptcy Court, Northern District of California. In recognition of his contributions to the law, he has been selected by his peers for inclusion in *The Best Lawyers in America®* in the areas of Bankruptcy and Creditor/Debtor Rights/Insolvency, and Reorganization Law and Bankruptcy Litigation.

Since 1995, Mr. Cooper has drawn upon his substantive knowledge and expertise to successfully mediate and resolve bankruptcy and commercial law disputes involving a myriad of contract, commercial and other business matters. He was appointed by the United States Bankruptcy Court as a Resolution Advocate for its Bankruptcy Dispute Resolution Program, and he has successfully mediated more than 125 matters through this program. He is known for his flexible approach to mediation, marked by extensive preparation and follow up, effective listening, and a strong focus on the needs of the parties. His expertise in evaluating the technical and complex legal issues involved in bankruptcy disputes is instrumental in overcoming the stumbling blocks to settlement and has led to the successful resolution of numerous business and commercial law disputes.

## AREAS OF SPECIALIZATION

- **Bankruptcy and Commercial Law**
  Specialization in Chapter 11 reorganization, Chapter 7 liquidation, representing debtors, creditors and trustees. Representative cases involve all aspects of Commercial Law and Real Estate Law.

- **Representation of State Court Receivers and other Fiduciaries**

## PROFESSIONAL EXPERIENCE

- **Wendel Rosen LLP**
  Mr. Cooper served for 30 years as a partner in the firm's insolvency and restructuring practice group. He represented debtors, trustees, and creditors in insolvency, workouts and bankruptcy matters. He has also represented receivers and other fiduciaries is state court litigation.

## AWARDS/RECOGNITION

- Selected by his peers for inclusion in *The Best Lawyers in America®* in two practice areas:
  - Bankruptcy and Creditor Debtor Rights/Insolvency, 2008-2019
  - Reorganization Law and Bankruptcy Litigation, 2008-2019
- Selected for inclusion in Northern California *Super Lawyers* magazine, 2004-2020
- AV® Preeminent™ rated by Martindale-Hubbell

## PROFESSIONAL AFFILIATIONS

**Bay Area Bankruptcy Forum:**
- Board of Directors, 1994 to 2000
- Member since inception

**Bar Association of San Francisco**
- Commercial Law and Bankruptcy Section
- AIDS Legal Referral Panel, Pro Bono Representation

**Alameda County Bar Association**
- Commercial Law and Bankruptcy Section, Executive Committee Member and Former Chair
- Voluntary Legal Services Bureau of Alameda County (pro bono representation of indigent clients in bankruptcy matters)
- Lawyers in the Library Program (counsel indigent clients in consumer matters)

**Bankruptcy Dispute Resolution Program**
- Resolution Advocate since 1995

**State Bar of California**
- Personal and Small Business Bankruptcy Law Advisory Commission, Chair 1995 to 1996, Vice Chair 1994-1995
- Bankruptcy Law Consulting Group, Member, 1989-1992

**Court Appointed Special Committees**
- Committee of Lawyer Representatives of the Northern District of California to the Ninth Circuit, Member 2000-2003
- Lawyer Representatives of the United States Bankruptcy Court for the Northern District of California, Former Committee Member and Chair
- Drafting committee member for General Order No. 12 - Adoption of Dispute Resolution Procedures for Bankruptcy Cases and Adversary Proceedings, United States Bankruptcy Court, Northern District of California, 1993-1994
- Rules subcommittee member to revise bankruptcy rules for the Northern District of California, 1991-1992
- Bankruptcy Committee to Establish Guidelines for the U.S. Trustee in Bankruptcy Cases for Northern California and Nevada, 1988-1990
- Bankruptcy Court Automation Committee for the Northern District of California, Former Member

**California Receivership Forum**
- Member of Bay Area Chapter

## SPEAKING AND TEACHING

- Bay Area Bankruptcy Forum Panelist
- PESI Ninth Circuit Bankruptcy Symposium, Panelist, 1993
- Pacific Bankruptcy Law Institute, Faculty Member, 1991
- CPA Associations, Lecturer
- Bay Area Legal Secretaries' Forum, Lecturer
- Other civic and professional organizations

## PUBLICATIONS

- "Asset Protection Planning – An Overview," Fall 2006

## EDUCATION

- University of San Francisco, J.D.
- San Francisco State University, B.A.

## ADMISSIONS

- State Bar of California
- United States District Court; Northern, Southern, Eastern and Central Districts of California
- United States Court of Appeals, Ninth Circuit
- United States Supreme Court

## REPRESENTATIVE MATTERS

**Mediation Matters:**

- Appointment approved by the U.S. Bankruptcy Court to mediate disputes in the PG&E bankruptcy case.
- Mediated a procedural dispute involving both a bankruptcy case and state court action relating to a municipality's eminent domain claims.
- Resolved a six-figure dispute in an adversary proceeding in bankruptcy court involving issues of alleged fiduciary fraud, injury to property and the dischargeability of debt.
- Mediated a multiparty, pre-litigation dispute involving ownership of trust assets valued in the seven figures. The parties reached a settlement shortly after conclusion of the mediation, which allowed them to avoid litigation.
- Mediated a dispute between multiple parties involving four active lawsuits in both federal and state courts. The lawsuits involved alleged fraudulent conveyances and willful injury to property. The settlement resulted in a dismissal of all the pending litigation and mutual releases of the multiple claims between the parties.
- Mediated a dispute relating to a development project on multi-acre property on Cannery Row in Monterey between the owners and lien holders.
- Mediated a dispute in the bankruptcy of a prominent San Francisco law firm that had filed Chapter 11 bankruptcy. The issues involved the recovery of payments made to over 50 of the firm's attorneys. The parties settled shortly after the mediation.
- Mediated a twelve-year dispute relating to 6,000 acres of rural land in Santa Clara and Santa Cruz Counties valued in excess of $50 million. The issues involved ownership, foreclosures, development and bankruptcy.
- Mediated a dispute of multiple issues over three sessions between a bankruptcy debtor and numerous creditors relating to real estate, lien properties and claims for personal injuries. The settlement was approved by the Bankruptcy Court and the debtor was able to confirm a Chapter 11 reorganization plan.

**Attorney Matters:**

- Represented all types of business entities in Chapter 7 liquidation bankruptcies, involving real estate and contract disputes.
- Represented state court appointed receivers involving partnership disputes, real estate, and commercial law issues.
- Represented prominent San Francisco based landlord in major, national bankruptcy cases.
- Represented debtor in a Chapter 11 bankruptcy preventing foreclosure of a multi-million dollar residence in Pacific Heights.
- Represented a public utility in various matters involving its regulatory claims against rate payers.
- Represented local pizza chain in debt workout, involving landlord/tenant issues.
- Represented major steel company in Chapter 11 reorganization, involving regulatory and commercial law issues.

- Represented prominent San Francisco based landlord in major bankruptcy cases involving client's tenants.
- Represented prominent general contractor in out-of-court workout.
- Represented major local port in its claims large national entity that filed bankruptcy.
- Represented a computer technology company in an out-of-court debt workout.
- Represented the major shareholder of sporting goods conglomerate in excess of $100M in debt owed to one the largest international banks. Briefs filed with the United States Supreme Court, which denied a hearing to the bank.
- Represented a professional football player in a contested bankruptcy case.
- Represented a prominent entertainer in a Chapter 11 reorganization.
- Represented debtors, creditors, and trustees in bankruptcy cases.
- Represented state court receivers in actions involving automobile dealerships and other businesses involving a multitude of legal issues, including partnership disputes, real estate and commercial matters

**EXPERT WITNESS MATTERS**

- Retained as consultant and expert witness in federal and state court litigation on bankruptcy, commercial law and professional negligence issues.





# Lizbeth Hasse, Esq., FCIArb

JAMS Mediator, Arbitrator and Referee/Special Master

## Contact Information

### Aimee Hwang

Two Embarcadero Center Suite 1500
San Francisco, CA 94111
T: 415-774-2607
F: 415-982-5287

**Lizbeth Hasse** has served as mediator, arbitrator, negotiator, or special master since 1998 in over 1,000 matters in the United States as well as internationally. Bringing 30+ years of international experience in the fields of intellectual property, business operations, entertainment and media, and technology law, Ms. Hasse has proven sophistication to manage a wide range of disputes.

Ms. Hasse is best known for her commitment to the process and its participants. Her resourceful insights, tenacity, intellectual acumen, and masterful communication skills enable her to resolve high stakes and multi-party cases involving highly talented lawyers and their clients. Ms. Hasse is also a mentor to new mediators and frequently speaks and writes about mediation and intellectual property.

# Representative Matters

tlement master since 2007, for highest grossing US rock band

- Part of team that settled numerous banking and financial institution actions arising out of Enron collapse
- Part of team that designed processes and settled multiple antitrust/practice fixing cases in the DRAM, SRAM, LCD, and other multinational competition matters
- Part of a team that resolved class action and other cases in the Adelphia bankruptcy
- Mediated and managed process for landmark environmental case involving indigenous Peruvian Amazon communities versus a major petro-chemical company
- Mediated several complex securities cases following public offerings of high valued Chinese energy and resources companies
- Structured process and helped resolve major copyright termination, copyright infringement, and related rights of motion picture studios and content originators and estates
- Mediated high-value technology development and licensing cases involving university technology exchange and private industry
- Neutral evaluator for trademark dispute involving major technology mark
- Mediated numerous trademark actions involving disruptive or evolving technology and rights-holders in the music, video, and gaming industries
- Negotiation of high tech-venture involving governmental and private interests in West Africa
- USAID evaluator and designer of rule of law, judicial, and legal reform projects in Central Asia and Eastern and Central European countries

# Representative Matters

- **Antitrust**
  - Large complex actions involving price fixing and anti-competitive allegations in SRAM, DRAM, LCD, egg distribution, and health care industries

- **Board Governance**
  - Variety of board disputes and dysfunctional situations for non-profit and profit entities; board governance reform in corporate derivative actions; structuring of mergers of large charitable organizations

- **Business Commercial**
  - High-value merger and investor disputes; breach of buy-sell agreements in ongoing business relations; joint agency dispute; back-dating options actions; attorneys' fee arbitrations; partnership and joint venture disputes and dissolutions; broker disputes; disputes between private equity firms and major bank; wide variety of business contract and licensing disputes; lender liability actions

- **Class Action and Mass Tort**
  - Institutional lender-borrower class actions; high value DRAM anti-trust claims involving private and governmental plaintiffs; class certification issues; federal securities and common law fraud; multiple carrier insurance coverage issues in class action resolutions;

big pharma securities fraud class; consumer products and consumer fraud class actions; financial entities and fraudulent reporting; consumer class actions involving statutory penalties that would potentially bankrupt company

- **Employment**
  - Sexual discrimination cases; statutory wage and benefits class actions; employee and customer raiding; employee and company trade secret issues; founder and executive employment termination

- **Entertainment and Sports**
  - Disputes between artists and distributors over music rights; film property and publishing royalty disputes; file-sharing ("peer to peer") copyright actions; pre-filing resolution in production and talent matters; defamation involving high profile individuals; "idea theft;" misappropriation and production disputes; distribution rights disputes; arbitrations of rights between motion picture co-producers; rights of publicity; major boxing promotion disputes; sports merchandising disputes; arbitration of rights involving film distribution; copyright termination matters

- **Environmental**
  - Resolution of actions involving environmental activist organization plaintiffs; private action toxic pollution claims; water bank disputes involving countries and private owners; resolution of environmental remediation claims requiring complex long-term settlement structure; multinational disputes in extractive industries; environmental cases involving indigenous populations; California Environmental Quality Act (CEQA) challenges; actions relating to county implementation of general plan and EIR

- **Insurance Coverage**
  - Numerous cases on inconsistencies/differences in policy language between layers of insurance coverage; coverage issues in IP cases; coverage dispute involving broker malpractice allegations; insurance and reinsurance coverage disputes

- **Intellectual Property**
  - High tech, software and hardware, patent and copyright infringement; trademark infringement claims by multinational companies; patent and licensing disputes; patent infringement involving data privacy and encryption; fashion design misappropriation; secondary liability in online copyright infringement; video game licensing dispute; copyright termination issues; Fair Use; university/researcher IP and patent ownership issues; joint venture IP ownership disputes

- **International & Cross-Border**
  - Complex disputes in business commercial, intellectual property, and environmental disputes between business partners, local communities, indigenous populations and quasi-governmental bodies; experience in Africa, Europe, Central Europe, and Central Asia

- **Nonprofit/Education**

- Alleged discrimination in public school system; dispute between nonprofits over donors; nonprofits' mergers; issues between founder of charity and non-profit board; facilitation of board and constituent issues for nonprofits; disputes between major private universities and foundations; disputes between public universities and pension fund fiduciary

- **Personal Injury Torts**
  - Successfully mediated a variety of disputes including wrongful death, medical malpractice, emotional distress, defamation and trade libel matters; cases involving long-term health effects resulting from severe personal injury

- **Professional Liability**
  - Accounting negligence in bet-the-company litigation; attorney malpractice in complex IP rights matters; attorney negligence in large damages actions

- **Securities**
  - Acquisition of company and stock trade resolution; cases with a variety of stock-drop Dura class action analyses; restatement, securities fraud and/or §11 cases at different stages of litigation; control person liability; resolution of derivative actions involving governance and fee/cost negotiations; settlement of China reverse-merger actions; mortgage-backed securities litigation; multiple securities class actions

# Honors, Memberships, and Professional Activities

*Completed Virtual ADR training conducted by the JAMS Institute, the training arm of JAMS.*

- Fellow, Chartered Institute of Arbitrators, London
- Fulbright Fellow, Paris, France; Legal Scholar in comparative law
- Selected Member, The Masters Forum of the Straus Institute for Dispute Resolution, Pepperdine University
- Certified by United Nations in Civilian Personnel of Peace-Keeping, Mediators and Election Monitoring at International Faculty of Scuola Superiore Sant'Anna, (Advanced Studies in Human Rights and Conflict Management), Pisa, Italy
- Panelist, AIPLA (American Intellectual Property Law Association) ADR Neutral Registry
- Panelist, Arts Arbitration and Mediation Services, San Francisco
- Panelist, Bar Association of San Francisco, Qualified Mediator Panel and Trainer of Mediators
- Member, American Bar Association – Intellectual Property and Dispute Resolution Sections
- Member, California Bar Association – Intellectual Property, Litigation, Dispute Resolution, and International Law sections
- Member, San Francisco Intellectual Property Association; Women's Intellectual Property Law ociation

- Visiting Professor, University of California Berkeley, American University School of Law, Yerevan, Armenia; University of Paris V Faculty of Law, France; Indonesian State University at Denpasar Law Facility, Intellectual Property, Civil Law, Comparative Law, Dispute Resolution, Media Law and Legal Theory
- Member, Boards of Directors: Heart-to-Heart International Children's Medical Alliance; Track Two Center for Diplomacy; the Russian-American Center; Founding Board of the Edible Schoolyard, Berkeley, CA; Trustee: Presidio Graduate School, San Francisco, CA

# Background and Education

- Founding Partner, Creative Industry Law, San Francisco
- Coudert Brothers LLP, 2002-2004
- Hasse Molesky LLP 1987-2002
- Steinhart & Falconer LLP, 1984-1986
- Heller Ehrman, White & McAuliffe LLP, 1982-1984
- J.D., University of California, Berkeley School of Law (formerly Boalt Hall School of Law), 1982
- M.A., Jurisprudence and Social Policy, University of California, Berkeley, 1982
- B.A., *magna cum laude*, Wesleyan University, Highest Honors in Linguistics, 1977
- On parle francais

> "Thank you again Liz — we very much appreciate your guidance and persistence yesterday. I will make sure others in our firm know your outstanding mediation skills."
>
> **—Partner, Nationwide Law Firm**

> "From my perspective, you handled this brilliantly. [Client] told me the same. You were dealing with a really weird situation and a group with mixed (to put it mildly) ranges of experience. That you were able to come up with the idea for an unusual resolution structure, and then sell everyone in the group on it, was amazing [...] [Client] was extremely impressed by you and said he would use you again in a heartbeat."
>
> **—Major Class Action Attorney, Nationwide Firm Representing Plaintiffs and Defendants**

"Thank you Liz. As I mentioned, your preparation and your personal persistence and patience in assisting us get to a resolution...was much appreciated. Thank you again for your efforts."

—**Partner, International Law Firm**

"I think all the credit goes to Liz on this one.  Without her amazing efforts this would not have happened."

—**International Human Rights Attorney**

"Thank you for your work on this case and for your thoughtful handling of my client.  I hope to work with you again in the future."

—**Bay Area Attorney**

"[Ms. Hasse's] guidance during the mediation was extremely helpful... look forward to working with [her] again."

- **Partner, International Law Firm**

"Signed, sealed, and delivered.  You're my hero, Liz.  Can't thank you enough for your hard work on this."

— **Partner, Bi-coastal Litigation Firm**

"I wanted to let you know that, with your assistance, we reached an agreement in principle to settle... Your help was invaluable. Thank you very much."

**York City Attorney**

Case: 19-30088    Doc# 13725-2    Filed: 05/11/23    Entered: 05/11/23 17:42:46    Page
24 of 39

# HOME OFFICE

### San Francisco, California

Two Embarcadero Center, Suite 1500, San Francisco, CA 94111

415-982-5267      Contact Us

View Location Details

| IN-PERSON | VIRTUAL | HYBRID |

### Sacramento, California

1415 L Street, Suite 700, Sacramento, CA 95814

916-921-5300      Contact Us

View Location Details

| IN-PERSON | VIRTUAL | HYBRID |

### Santa Rosa, California

50 Old Courthouse Square, Suite 600, Santa Rosa, CA 95404

707-527-5267      Contact Us

View Location Details

| IN-PERSON | VIRTUAL | HYBRID |

### Silicon Valley, California

160 W. Santa Clara St., Suite 1600, San Jose, 95113 CA

408-288-2240      Contact Us

View Location Details

| IN-PERSON | VIRTUAL | HYBRID |

### Walnut Creek, California

1255 Treat Blvd., Suite 700, Walnut Creek, CA 94597

925-938-5060      Contact Us

View Location Details

| IN-PERSON | VIRTUAL | HYBRID |

### London, United Kingdom

1 Paternoster Lane, St. Paul's, London EC4M7BQ UK

+44 207 583 9808      Contact Us

View Location Details

| IN | VIRTUAL | HYBRID |

Case: 19-30088   Doc# 13725-2   Filed: 05/11/23   Entered: 05/11/23 17:42:46   Page
25 of 39

# AVAILABLE TO TRAVEL

## Los Angeles, California

555 West 5th St., 32nd Floor, Los Angeles, CA 90013

213-620-1133        Contact Us

View Location Details

| HYBRID | IN-PERSON | VIRTUAL |

## Century City, California

1925 Century Park East, 14th Floor, The Watt Plaza, Los Angeles, CA 90067

310-392-3044        Contact Us

View Location Details

| IN-PERSON | VIRTUAL | HYBRID |

## New York, New York

NY Times Building, 620 8th Ave, 34th Floor, New York, NY 10018

212-751-2700        Contact Us

View Location Details

| IN-PERSON | VIRTUAL | HYBRID |

# NEWS

### Breaking the Bias in International Arbitration: Party Autonomy and the Opportunity to Diversify

March 8, 2022

### Trade secrets troubles are well-suited for early mediation

August 17, 2016

### When IP Settlements Create Antitrust Headaches

March 21, 2016

### IP Matters, Fall 2015

Fall 2015

# Past Events

**October 4-6, 2022**

CIArb Mediation Symposium 2022

**February 1 - 3, 2018**

Copyright Society of the USA Annual Mid-Winter Meeting

**September 30, 2016**

Intellectual Property Disputes and Artists as Clients

**October 20, 2015**

JAMS Mediation Week 2015 - San Francisco

**October 12-18, 2015**

JAMS Mediation Week | October 12-18, 2015

---

**Disclaimer**

This page is for general information purposes. JAMS makes no representations or warranties regarding its accuracy or completeness. Interested persons should conduct their own research regarding information on this website before deciding to use JAMS, including investigation and research of JAMS neutrals. See More



**Phillips ADR**

(949) 760-5280
PHILLIPSADR.COM
2101 EAST COAST HWY, STE 250
CORONA DEL MAR, CA 92625

## MARK B. HELM

MEDIATOR / ARBITRATOR / INDEPENDENT PANELIST

Mr. Helm has mediated disputes up to ten figures in a wide range of areas, including securities class actions, disputes arising from corporate transactions, regulatory enforcement actions, claims against accounting firms, administration of billion-dollar trusts, copyright and trademark actions, and many others. He has studied mediation at the Straus Institute and was previously a member of the ADR panel for the U.S. District Court for the Central District of California.



Before joining Phillips ADR, Mr. Helm was a nationally-recognized trial lawyer and appellate advocate at Munger, Tolles & Olson LLP in Los Angeles. He specialized in complex disputes involving asset management firms and their portfolio companies; entertainment and intellectual property; trade secrets and employee mobility; claims against law firms; and the duties of directors, officers, and shareholders. His wide-ranging practice over the years also included antitrust, mass torts, environmental law, and investigations, and he once served as outside general counsel for a public company. From 2005 to 2010, Mr. Helm was co-managing partner of the firm, and he was named in 2008 as one of Lawdragon's "100 Managing Partners You Need to Know."

Mr. Helm is the immediate past chair and a current member of the board of directors of the YMCA of Metropolitan Los Angeles and is president of the board of directors of the Ojai Playwrights Conference. He is a former co-chair of the ABA Litigation Section's Committee on Pro Bono and Public Service, a former chair of the Los Angeles County Bar Association's Professional Responsibility and Ethics Committee, and a former adjunct professor at Loyola Law School. Active for many years in efforts to diversify the legal profession, he was on the team of lawyers who developed the "Mansfield Rule" for the Stanford Law School Women in Law Hackathon in 2016. More recently, he served as an NGO observer of terrorism prosecutions before the Military Commission at Guantanamo Bay on behalf of the Pacific Council on International Policy, of which he is a member.

MARK HELM

mhelm@phillipsadr.com

To book: (949) 760-5288

Mr. Helm clerked for Chief Justice Warren E. Burger on the United States Supreme Court and Judge Carl McGowan on the United States Court of Appeals for the District of Columbia Circuit. Before attending law school, Mr. Helm worked for a year as the political speechwriter for Mayor Kevin H. White of Boston.

Mr. Helm graduated magna cum laude from Harvard Law School, where he was President of the Harvard Law Review and received the Sears Prize. He graduated from Harvard College magna cum laude in government, where he received the Wendell Phillips Award for oratory, the Detur Book Prize, and the John Harvard Scholarship.

A lover of jazz and blues music, Mr. Helm has regularly attended the New Orleans Jazz Festival for over a quarter century, and he plays jazz piano with more enthusiasm than ability. He has grown twin daughters, one an actor and television writer in Los Angeles and the other a fiction writer and podcast host in Brooklyn. He lives in Los Angeles with his wife Cathy, also a lawyer, and their two dogs.

# FRED HOLDEN
## Attorney and Mediator

Early in my career as a litigator at Brobeck, Phleger & Harrison LLP, I observed that my clients generally received the highest net value when settlement was explored early. I also noted that the US bankruptcy law was well designed to enable claims to be settled and paid efficiently. To further the value I saw in settlements, I designed and taught a training program on settlement strategy and tactics for all types of civil litigation. And, as a third-year associate, I started the first corporate bankruptcy specialty practice in San Francisco's largest law firms (Brobeck then being the second largest.)

During my 29 years at Brobeck, and an additional 15 at Orrick, Herrington & Sutcliffe LLP, I represented in bankruptcy matters countless companies, banks and funds as creditors; numerous public and private companies as debtors; trustees; official committees of creditors, retirees and shareholders; and even one official committee of *minority* shareholders.

I also continued my focus on the settlement process. In 1984, the California State Bar Board of Governors awarded me a commendation for a settlement I negotiated, *pro bono*, on behalf of thousands of farm workers, in class actions against large growers threatening bankruptcy to avoid improving working conditions.

While I was with Orrick and Brobeck, each had a very large and nationally prominent securities litigation practice. Securities issues were therefore often at the heart of the bankruptcy matters I handled. At Orrick, I was the lead partner in advising boards of directors regarding their duties, when their corporation was or might be insolvent. On behalf of venture capital funds whose officers served as directors, and on behalf of trustees in other matters, I led litigation in the U.S. Bankruptcy Courts in California and Delaware (and in related appeals), and coordinated litigation in foreign countries, concerning the fiduciary duties of officers and directors.

As a partner at Orrick and Brobeck, I handled mediation on behalf of parties in virtually every role in a bankruptcy and gave seminars on mediation's usefulness in chapter 11 practice.

# FRED HOLDEN
## Attorney and Mediator

Although no longer a member of a multi-lawyer firm, I remain on essentially every US and worldwide list of the top bankruptcy and restructuring lawyers. I have also been ranked several times as among the top 100 lawyers in Northern California, regardless of specialty, and I am a Fellow Emeritus in the American College of Bankruptcy.

I have led seminars sponsored by the American Bar Association, International Bar Association, American College of Bankruptcy, National Conference of Bankruptcy Judges, California State Bar, Bar Association of San Francisco, Bay Area Bankruptcy Forum, INSOL, Turnaround Management Association, California Continuing Education of the Bar, California Receivers Forum, Banking Law Institute, Practising Law Institute, and numerous universities, including annual lectures for many years at the UC Berkeley Haas School of Business.

B.A. with High Honors, University of California, Santa Barbara, 1971

J.D., University of California, Davis School of Law, 1974
Managing Editor of UC Davis Law Review
Instructor in Legal Writing and Research

Frederick D. Holden, Jr.
fredholdenjr@gmail.com
415-307-6881



# HON. RANDALL J. NEWSOME (RET.)

Randall Newsome ADR and Consulting LLC
10770 Cement Hill Rd., Nevada City, CA 95959
randall@randallnewsomeadr.com | 510-612-7772

## BIOGRAPHY

Hon. Randall J. Newsome (Ret.) was born in Dayton, Ohio on July 13, 1950. He was a judicial law clerk for U.S. District Judge Carl B. Rubin from 1975-77. He practiced labor law and insurance coverage litigation at Dinsmore & Shohl from 1978 to 1982.

From 1982 until 1988 he was a United States Bankruptcy Judge for the Southern District of Ohio in Cincinnati. He was reappointed as a bankruptcy judge in the Northern District of California in Oakland in 1988 and was Chief Judge of that court from 2004 until his retirement in 2010. He served as a visiting judge in the bankruptcy courts of the District of Arizona, Central District of California, the District of Nevada, and the Western District of Washington. He also served as a visiting judge in the District of Delaware from April of 2001 until January 1, 2004, where his work included overseeing five asbestos-related mass tort chapter 11 cases.

In January of 2011 he joined JAMS, the largest alternative dispute resolution firm in the country. He launched Randall Newsome ADR and Consulting LLC in January of 2022.

## ADR Experience and Qualifications

- Mediated more than 200 disputes while acting as a settlement judge
- Mediated over 150 disputes while serving as a neutral for JAMS and then at Randall Newsome ADR and Consulting LLC
- Experienced at mediating and serving as a neutral in high profile cases, such as the 2003 bankruptcy of Pacific Gas & Electric Company and the 2019 bankruptcy of PG&E, where he served the as court-appointed mediator.

## Representative Matters Successfully Concluded

### Business and Contract Disputes

- A contract dispute between a French wine producer and a U.S. distributor.
- Alleged fraudulent transfer involving an NYSE-listed software company and parties involved in an assignment for the benefit of creditors.
- A dispute between the principals of major restaurant chains and their main creditor, resulting not only in the resolution of the issues, but the sale of the chains to a Canadian buyer.
- A dispute between two law firms involving allegations of fraudulent transfers following failed merger discussions.
- Allegations of breach of an acquisition contract concerning a software company in which the principals alleged that the purchase price was not fully paid.
- A securities class action involving allegations of stock manipulation, omissions and misrepresentations under Rule 10b-5 and Section 20(d) by a publicly held company.

**Sports and Entertainment**

- A dispute between creditors and the officers and directors of a film animation studio.
- A dispute between a production company and a German hedge fund over the video game rights for a major movie franchise.
- Hundreds of millions of dollars in disputes involving dozens of secured and unsecured creditors and a debtor entertainment company, which provided the framework for a confirmed chapter 11 plan.
- Disputes involving financially troubled golf courses and country clubs.

**Health Care**

- Allegations of fraud against the owner of small hospital in a rural community.
- Disputes arising out of the sale of one of the largest hospitals to file for bankruptcy.
- Disputes arising out of the liquidation of a large Los Angeles hospital.

**Insurance**

- Long-pending suit brought by a mortgage company against its former principal seeking to collect on a directors and officers insurance policy
- Claims against a principal of a manufacturer implicating D&O policy
- Multi-million dollar dispute implicating fidelity insurance policies arising out of the conduct of a bank vice president
- A dispute regarding premiums owed by an insured to a workers compensation insurer.

## Honors, Memberships and Professional Activities

- Fellow, American College of Bankruptcy
- Member, American Law Institute
- Lecturer, Federal Judicial Center, 1986-2010. Taught bankruptcy jurisdiction to newly-appointed U.S. District Court judges from 1994-2010
- President, National Conference of Bankruptcy Judges, 1999
- Served on the faculty of numerous bankruptcy educational programs for ALI-ABA, NCBJ, Practicing Law Institute, Midwest Bankruptcy Institute, American Insolvency and Restructuring Advisors, and many others.

## Education

- J.D., University of Cincinnati College of Law, 1975
- B.A., *summa cum laude*, Boston University, 1972



# HON. WINIFRED Y. SMITH (RET.)

*Available for Mediations, Arbitrations, Discovery and Judicial References*



Your Partner in Resolution
www.adrservices.com

The Honorable Winifred Y. Smith (Ret.) comes to ADR Services, Inc. with 21 years of experience as a Judge of the Alameda County Superior Court and 26 years as Deputy Attorney General in the California Attorney General's Office. During her tenure on the bench, Judge Smith presided over civil law and motion, civil direct, and complex litigation matters. She was also an integral member of court leadership, having served as a member of the Judicial Council, Supervising Judge of multiple courthouses, Supervising Judge of the court's Civil Division, and later as Presiding Judge.

Judge Smith has extensive experience in a variety of civil cases, including coordinated cases, class actions, employment, construction defect, and Proposition 65 matters, and has presided over many cases presenting questions of first impression. In her 13 years serving in civil assignments, Judge Smith presided over nearly 100 cases to verdict, including a Product Liability/Complex Litigation case which resulted in the largest civil award in California's history. She has been affirmed in 95% of her cases on appeal. In addition, Judge Smith served as a Justice *Pro Tem* for the California Court of Appeal, First Appellate District, Division Four.

Prior to her appointment to the bench, Judge Smith worked as a Deputy Attorney General with the California Department of Justice's Office of the Attorney General. During her tenure there, her assignments included working in the OAG's Health, Education, and Welfare Section representing state agencies.

Judge Smith is widely respected for her judicial demeanor and ability to deftly manage complex matters to resolution. She has been honored by many legal organizations for her commitment to judicial excellence, including being twice named Jurist of Distinction by the Women Lawyers of Alameda County and as Trial Judge of the Year by the American Board of Trial Advocates (ABOTA) in 2021.She has been invited to speak on numerous panels to offer her legal expertise and is currently a lecturer at Berkeley Law teaching Civil Trial Practice.

## JUDICIAL EXPERIENCE

**Alameda County Superior Court**

| | |
|---|---|
| Civil Complex Litigation | 2016-2021 |
| Presiding Judge | 2014-2015 |
| Assistant Presiding Judge | 2012-2014 |
| Felony Criminal Assignment | 2012-2014 |
| Supervising Judge of Civil Division | 2010-2012 |
| Civil Direct Calendar | 2007-2012 |
| Civil Law and Motion | 2006-2007 |
| Supervising Judge | 2004-2005 |

    Wiley W. Manuel Courthouse
    Allen E. Broussard Justice Center

| | |
|---|---|
| Felony Arraignments | 2004-2005 |
| Juvenile Court | 2002-2003 |
| Misdemeanor Pre-Trial | 2001 |

**California Court of Appeal, First Appellate District**

| | |
|---|---|
| Associate Justice *Pro Tem*, Division Four | 2018 |

## HONORS AND AWARDS

| | |
|---|---|
| Women Lawyers of Alameda County, Jurist of Distinction | 2021 |
| American Board of Trial Advocates, Trial Judge of the Year | 2021 |
| Women Lawyers of Alameda County, Jurist of Distinction | 2014 |
| California Association of Black Lawyers, Judicial Excellence Award | 2013 |
| Alameda County Bar Association, Distinguished Service Award | 2010 |
| Charles Houston Bar Association, Judge of the Year | 2006 |

## EDUCATION

| | |
|---|---|
| J.D., Boston University School of Law | 1974 |
| B.A., Stanford University | 1971 |

## PROFESSIONAL AFFILIATIONS

| | |
|---|---|
| Judicial Council of California | 2008-2011 |
| Consultant for Civil Proceedings Bench Book, CJER | 2009-2010 |
| Continuing Judicial Studies Committee, CJER | 2007-2008 |
| Judicial Council Access and Fairness Advisory Committee | 2004-2007 |
| Lawyer Delegate | 1997-1999 |
|     Northern District of California | |
|     Ninth Circuit Court of Appeals | |

## TEACHING EXPERIENCE

| | |
|---|---|
| UC Berkeley, School of Law | 2022 |
| CJER Civil Experienced Primary Assignment Orientation | 2021 |
| CJER Complex Case Management and Trial | 2021 |

## BOARD AFFILIATIONS

| | |
|---|---|
| Association of Business Trial Lawyers | 2015-Present |
| Alameda County Bar Association, Volunteer Legal Services | 2008-2014 |
| David P. McCullum Youth Court | 2003-2009 |

## PROFESSIONAL MEMBERSHIPS

California Judges Association
Alameda County Bar Association
Women Lawyers of Alameda County
National Bar Association
California Association of Black Lawyers
Charles Houston Bar Association
Earl Warren Inn of Court

# REPRESENTATIVE CASE SUMMARIES

## EMPLOYMENT

- Age discrimination case alleged against an insulation installment company under FEHA and under common law.

- Sex discrimination against major shipping company in which plaintiff alleged she was subject to a different standard for performance than her male colleagues. Case tried to verdict but settled before punitive damages phase of the trial.

- Discrimination alleged by professor seeking tenure.

- Plaintiff alleged wrongful termination from a medical center claiming that she was retaliated against for engaging in union activities.

- Plaintiff sued a university for wrongful termination from her position as an assistant professor when she failed to return to work after medical leave. The core issues in the case revolved around failure to achieve tenure and the status of her academic research. The case was tried to verdict and the Court of Appeal affirmed Judge Smith's orders denying plaintiff's motion for reinstatement to her position as professor.

- Class action against a car manufacturer for racial bias on the production floor.

## BUSINESS / CONTRACT

- Action for breach of contract, fraud and concealment following the sale of stock in a newspaper publishing corporation.

- Dispute over purported ownership of a nightclub. Plaintiff alleged defendant granted him half ownership in exchange for his capital investment then excluded him for ownership and management of the club.

- Action by a bank against a title company for negligence in managing an escrow to which the bank was not a party. The theory of liability was that the bank had a financial interest in the outcome of the escrow and was therefore owed a duty of care.

- Declaratory relief sought against homeowners' association to determine that amendments to development's covenants, conditions and restrictions deprived owners of significant property rights.

- Action involving a dispute over competing claims for the surplus proceeds from a foreclosure sale of a residence.

- A case resolving the disputed financial matters of a couple who broke their engagement. The Court of Appeal affirmed the order apportioning the various assets owned or controlled by the parties.

**PERSONAL INJURY**

- During her tenure as a Direct Calendar judge, Judge Smith tried numerous personal injury cases ranging from catastrophic injuries to injuries sustained in motor vehicle and other accidents.

- For five years, Judge Smith was one of two judges assigned to try asbestos cases filed in Alameda County. She tried over a dozen cases to verdict and managed hundreds more.

- In a bellwether trial, part of a larger coordinated matter assigned by the Judicial Council, a couple alleged that their use of a popular fertilizer resulted in their contracting non-Hodgkins lymphoma. The trial resulted in the largest personal injury award in the state of California.

- Action against tire manufacturer for strict product liability and negligence for failing to provide warnings about the danger of older tires.

- Action against an airport shuttle company for injuries sustained in transit to a local airport.

- Dispute involving whether an airline carrier was liable for the injuries of a TSA airport screener when screener carried an oversize bag.

**CLASS ACTIONS**

- Class action filed on behalf of over 80 thousand employees of a health care organization alleging that they were underpaid regularly and owed overtime wages due to the rounding of time entries when they clocked in and out of work.

- Consumer class action challenging wireless phone carrier's policy of charging early termination fees to consumers for terminating service before defined contract periods expired.

- Class action seeking injunctive relief under the UCL against a health plan for failing to provide coverage for necessary mental health services.

- Representative action brought by plaintiffs against defendants for their participation in illegal internet payday loan practices.

- A class of retirees from employment at a university sued to determine if there is a legal duty on the governing body of the university to pay retroactive monthly retirement benefits for periods of time prior to the date on which a retirement plan member submits a request for benefits under the plan.

- Plaintiff class sought damages from company utilizing automated debt collection practices which caused financial harm.

- The class sought an order requiring national retail chain to provide seating at cash registers.

- Class sought damages against major grocery store chain for misrepresenting the origin of the olives in the store label olive oil.

**WAGE AND HOUR/ PRIVATE ATTORNEY GENERAL ACT (PAGA)**

Judge Smith handled over 200 hundred Wage and Hour and/or PAGA cases during her tenure in a Complex Litigation assignment. For example:

- Employees sued national company providing helicopter emergency services for wage and hour and PAGA violations. After a phase 1 trial on whether certain Labor Code provisions exempted plaintiffs from meal and rest break requirements, the parties resolved the remaining liability issues for an award in excess of 100 million dollars.

- Wage and Hour and PAGA claims alleging failure to provide meal and rest breaks against:

  - Fast food chain
  - Chain of restaurants operating in Northern California
  - National chain of nutritional products stores
  - Grocery store chain operating in northern and southern California

- Wage and Hour claims against a transportation company. The case raised issues of preemption by federal law because of the nature of the business.

**COORDINATED PROCEEDINGS**

During her years in a Complex Litigation assignment, the Chief Justice of the California Supreme Court appointed Judge Smith to manage a number of cases coordinated throughout the state as a single case. The following are examples:

- 31,000 cases nationwide filed in California in which plaintiffs sued the manufacturer of a non-surgical birth control device for various injuries. Judge Smith oversaw the case from filing to resolution.

- Over 200 cases in which the plaintiffs sued the manufacturer of a national brand of fertilizer because it failed to warn that users may develop non-Hodgkins lymphoma.

- Cases in Northern California filed on behalf of victims of clergy sex abuse.

- Cases alleging a cancer-causing ingredient in an over-the-counter medication against manufacturer and retailers.

- Cases alleging fraud by payday lending institutions.

**COMPLEX LITIGATION**

- Plaintiff, representing a trust created in Bankruptcy Court, sued defendant, an insurance organization, seeking a declaration that defendant was responsible for the obligations of certain insolvent insurers. This case was litigated for over five

years and went to the Court of Appeal twice. After phase 1 of the trial which addressed the scope of defendant's potential liability, the parties resolved how the defendant insurance organization would participate in future litigation stemming from the trust.

- Case resolved two related issues: (1) was the defendant university authorized to enter into contracts for certain benefits for retirees, and (2) whether it had entered into an implied contract to provide those benefits to the retirees.

- Plaintiffs filed a petition for writ of mandate and complaint for declaratory and injunctive relief seeking to enforce the due process rights of criminal defendants declared incompetent to stand trial under the US constitution to timely treatment to restore them to competency so that they may proceed to trial.

## PROPOSITION 65

- Action against manufacturer of energy drinks alleging lead in excess of the permitted limits.

- Action against national retail chain to warn of toxic components in accessories sold in the stores.

- Action against manufacturer of energy drinks to warn of alcohol in excess of permitted limits.

- Action against manufacturer of uniforms to warn of chemicals used to treat fabric used to make the uniforms.

## LEGAL MALPRACTICE

- Plaintiff asserted defendant pressured her into agreeing to a settlement of her claims against a non-profit organization and several governmental agencies and that defendant dismissed her lawsuit without authorization. The underlying lawsuit alleged that defendants intentionally thwarted her efforts to establish a facility for disabled children.

- This malpractice suit followed a probate action in which the defendant drafted a trust to effect the disposition of a client's real and personal property.

## PUBLIC ENTITIES

- Plaintiff sued a school district for alleged constitutional violations in assigning students to the district's elementary schools and assigning students to academic programs in the district high school.

- Case addressed public agency immunity from liability for accidents involving high speed chases by peace officers.

- A county mental institution was sued for injuries sustained by a patient assaulted by a fellow patient. The case addressed the issue of governmental immunity for public entities tortious conduct committed by mentally ill patients.

- Class action for injunctive and writ relief statewide on behalf of recipients of certain public benefits in that they were deprived of equal protection and discriminated against in the administration and supervision of said benefits.

- Retirees sued pension fund for age discrimination following a change in formula used for calculation of retiree pension benefits.

- A consolidated case addressed how to determine the integrity of electronic voting machines under the California Elections Code.

- Case addressed the issue of the disclosure of meeting minutes at the public university pursuant to the Public Records Act.