SPIRO JANNINGS
1304 Shortridge Ave. Unit C
San Jose, CA 95116
408-292-0646
Spiro@redlineracingcams.com

APPELLANT/CREDITOR, *In Propria Persona*



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANNINGS,<br><br>        Creditor/Appellant,<br><br>v.<br><br>PG&E CORPORATION, and<br>PACIFIC GAS & ELECTRIC COMPANY<br><br>        Debtors/Appellees. | Bankruptcy Case No. <u>19-30088 (DM)</u><br><br>Chapter 11 (Jointly Administered)<br><br>**APPELLANT'S MOTION FOR LEAVE TO EXPAND TIME FOR DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL FROM BANKRUPTCY COURT**<br><br>Original Due Date: April 26, 2023 |

      SPIRO JANNINGS, Creditor/Appellant, *pro se*, hereby moves for leave to seek a thirty (30) day Expansion Of Time for filing a Designation Of Record and Statement Of Issues On Appeal, and in support states the following:

      1.     On April 10, 2023, Appellant/Creditor, filed a Notice of Appeal (Dkt. 13662) from a final Order Denying Motion for Reconsideration (Dkt. 13646) of the Order Disallowing Appellant's Claim (Dkt. 11829) ("**the Orders**"), in the United States Bankruptcy Court For The Northern District Of California; Case No. 19-30088, In re, PG&E Corporation -and- Pacific Gas & Electric Company, Reorganized Debtors, signed by this Court on March 27, 2023.

1

2. On April 10, 2023, the Office of the Clerk, United States Bankruptcy Court, Northern District of California filed its Transmittal of Notice of Appeal to the Northern District Court, as Case No. 4:23-CV-01735-HSG; assigned to the **Honorable Haywood S. Gilliam, Jr.**, and shown as Doc. 1, with Dkts. #13662, 13646 and 13363 electronically transmitted.

3. On April 11, 2023, the United States District Court Clerk, Northern District of California, issued its Scheduling Order.

4. On April 26, 2023, Appellant's Designation of Record and Statement of Issues was due, but was not filed -- for just cause.

5. On April 26, 2023, Appellant filed a Motion for Expansion of Time of thirty (30) days (Doc. 3); citing (without Declaration) hospitalization and surgery as just cause for delay; a Declaration for this matter is co-filed in support (see Jannings Declaration).

6. On May 3, 2023, the District Court issued an Order Denying Appellant's Motion (Doc. 4), without prejudice; noting Appellant's error of venue and obligations resided with this Court.

7. Appellant cures the justified medical cause delinquency with co-filing upon this date Appellant's Designation of Record and Statement of Issues.

WHEREFORE, Appellant/Creditor Jannings, *pro se*, hereby moves this Court, or the Clerk of the Court, as deemed necessary, to issue an Order expanding time for thirty (30) days to file his Designation of Record and Statement of Issues, to May 26, 2023.

Date: May 12, 2023          **SPIRO JANNINGS,** *Appellant*

　　　　　　　　　　　　　　　　/s/ Spiro Jannings　　　　．
　　　　　　　　　　　　　　　　SPIRO JANNINGS, *Pro Se*

2

Case: 19-30088    Doc# 13726    Filed: 05/12/23    Entered: 05/12/23 15:11:56    Page 2 of 2