SPIRO JANNINGS
1304 Shortridge Ave. Unit C
San Jose, CA 95116
408-292-0646
Spiro@redlineracingcams.com

APPELLANT/CREDITOR, *In Propria Persona*

FILED
MAY 12 2023
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANNINGS,<br><br>    Creditor/Appellant,<br><br>v.<br><br>PG&E CORPORATION, and<br>PACIFIC GAS & ELECTRIC COMPANY<br><br>    Debtors/Appellees. | Bankruptcy Case No. <u>19-30088 (DM)</u><br><br>Chapter 11 (Jointly Administered)<br><br>**APPELLANT'S DECLARATION IN SUPPORT OF MOTION FOR LEAVE TO EXPAND TIME FOR DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL FROM BANKRUPTCY COURT** |

I, Spiro G. Jannings, hereby declare and state:

1.    I am over the age of 18, a natural born U.S. Citizen, and resident of Santa Clara County, California, and of sound mind and health. I am the creditor/appellant, and have personal knowledge of the facts stated herein, and will testify under oath upon being called to do so.

2.    On March 15th, I incurred medical issues that required tests for an abrupt increase of high blood pressure, which resulted in controlled medication; on or about March 29, 2023 a determination of further tests was followed by a diagnosis of surgery as being needed for a blocked artery. My medication and care during the month of March extended into April and affected all of my normal daily duties and obligations.

1

Case: 19-30088    Doc# 13727    Filed: 05/12/23    Entered: 05/12/23 15:14:35    Page 1 of 2

3. On April 10, 2023, I filed a Notice of Appeal with the Court, which was rendered on April 11, 2023 and received appellate case number: 23-cv-01735-HSG.

4. On April 18th, I was hospitalized for the surgery and discharged April 21, 2023.

5. I was under strict care and medication post-surgery, and not able to prepare for my obligations in preparing the record for Designation of Record and Statement of Issues on Appeal as set forth for the filing deadline of April 26, 2023.

6. On April 26, 2023, I mistakenly filed in the wrong venue a motion for expansion of time in this matter with the Ninth District Court, and briefly summarized the issues for cause, which was entered as Document #3, of Case No. 23-cv-01735-HSG.

7. The delinquency of my missed filing for Designation of the Record and Statement Of Issues was unanticipated and unavoidable at the time of my filing a notice of appeal; and to cure, requires an expansion of time.

8. Should the Court require any confidential medical records for in-camera review in support of this Declaration, I am willing to provide anything the Court requires, *instanter*.

I declare under the penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed at San Jose, California, this 12th Day of May, 2023.

Date: 5-12-2023

**SPIRO JANNINGS,** *Claimant*

SPIRO JANNINGS
*Pro Se*