| | |
|---|---|
| 1 | SPIRO JANNINGS |
| 2 | 1304 Shortridge Ave. Unit C<br>San Jose, CA 95116 |
| 3 | 408-292-0646<br>Spiro@redlineracingcams.com |
| 4 | CREDITOR/APPELLANT, *Pro Se* |

**FILED**

**MAY 12 2023**

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JANNINGS,<br><br>　　　　　Appellant,<br><br>v.<br><br>PG&E CORPORATION, and<br>PACIFIC GAS & ELECTRIC COMPANY<br><br>　　　　　Appellees. | Bankruptcy Case No. <u>19-30088 (DM)</u><br><br>Chapter 11 (Jointly Administered)<br><br>**APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL FROM BANKRUPTCY COURT**<br><br>Original Due Date: April 26, 2023 |

　　　　SPIRO JANNINGS, *pro se*, CREDITOR/APPELLANT, hereby gives notice to the Clerk of The Court of Appellant's Designation Of Record and Statement of Issues on Appeal to be prepared for the Transmittal of Record On Appeal to the District Court overseeing the Appeal; to wit:

---

APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES
ON APPEAL FROM BANKRUPTCY COURT; CASE NO.: <u>23-CV-01735-HSG</u>　　　　1

## DESIGNATION OF RECORD

| Bankruptcy Docket No. | Date Entered | Brief Summary of Document and/or Transcript |
|---|---|---|
| 11388 | 10/08/21 | PG&E Objection to Appellant's Claim |
| 11388 | 10/08/21 | Declaration of PG&E agent, Ledbetter in support of Objection |
| 11388 | 10/08/21 | Declaration of PG&E agent, Leonard in support of Objection |
| 11388 | 10/08/21 | Declaration of PG&E Counsel, Nadeau in support of Objection |
| 11393 | 10/08/21 | Notice Of Hearing |
| 11753 | 12/28/21 | Appellant's Motion to Abstain and Dismiss |
| 11768 | 12/30/21 | Appellant's Motion to Enlarge Time |
| 11768-1 | 12/30/21 | Declaration of Appellant's counsel in support of motion |
| 11775 | 12/31/21 | Appellee's Opposition to Motion to Enlarge Time |
| 11806 | 01/11/22 | Appellee's Request for Default |
| 11806-1 | 01/11/22 | Exhibit e-Mails of PG&E in support of Default |
| **11829** | **01/14/22** | **ORDER Disallowing Appellant's Claim** |
| 11871 | 01/26/22 | Appellant's Rule 60 Motion for Relief of Order (Dkt. 11829) |
| 11871-1 | 01/26/22 | Declaration of Appellant's Counsel, Furstman |
| 11871-2 | 01/26/22 | Declaration of Appellant's Counsel, St. James |
| 11872 | 01/26/22 | Notice Of Hearing |
| 11939 | 02/16/22 | Appellee's Opposition to Rule 60 Motion |
| 11940 | 02/16/22 | Declaration of PG&E Counsel, Kim |
| 11940-1 | 02/16/22 | Exhibit e-Mail of PG&E in support of Opposition |
| 11941 | 02/16/22 | Declaration of PG&E Counsel, Nadeau |

| | | | |
|---|---|---|---|
| | 11941-1 | 02/16/22 | Exhibit e-Mail of PG&E in support of Opposition |
| | 12009 | 03/14/22 | ORDER Denying Appellant's Rule 60 Motion (Dkt. 11871) |
| | 13447 | 01/12/23 | Appellant's Substitution of Counsel |
| | 13455 | 01/13/23 | Appellant's Rule 60(b) Omnibus Motion |
| | 13456 | 01/13/23 | Declaration of Appellant, Jannings |
| | 13458 | 01/17/23 | Notice Of Hearing |
| | 13524 | 02/21/23 | Appellee's Opposition |
| | 13525 | 02/21/23 | Declaration of PG&E Counsel, Nadeau |
| | 13561 | 02/28/23 | Appellant's Reply to Appellee's Opposition |
| | 13562 | 02/28/23 | Declaration of Appellant, Jannings |
| | 13563 | 03/01/23 | ORDER Affirming 03/07/23 Hearing |
| | 13591 | 03/07/23 | HEARING Transcript; Appellant's Motion (Dkt. 13455) |
| | **13646** | **03/27/23** | **ORDER Denying Rule 60(b) Reconsideration of Default** |
| | 13662 | 04/10/23 | Appellant's Notice of Appeal |
| | Pending | 05/12/23 | Appellant's Motion for Leave to Expand Time for Designation of Record and Statement of Issues |
| | Pending | 05/12/23 | Appellant's Declaration in Support of Motion for Leave to Expand Time for Designation of Record and Statement of Issues |
| | Pending | 05/12/23 Or Later | The U.S. Bankruptcy Court's Order and/or all relevant records filed with the Clerk in response to Appellant's Motion for Leave to Expand Time for Designation of Record and Statement |

*** END OF DOCUMENTS ***

## STATEMENT OF ISSUES ON APPEAL

1. Whether the Bankruptcy Court erred by failing to apply an appropriate "case by case analysis" to Appellant's Omnibus Motion filed per F. R. Civ. P. 60(b)(1)/(3) (Dkt. 13455), for determining if [it] was "made within a reasonable time," as defined under F. R. Civ. P. 60(c);

2. Whether the Bankruptcy Court erred in determining "made within a reasonable time" under F. R. Civ. P. 60(c) circumvents or supersedes its stipulation of: "no more than a year after the entry of judgment," as specified for relief pursued under F. R. Civ. P. 60(b)(1)/(3);

3. Whether the Bankruptcy Court was prejudiced by considering the un-answered allegations of the Appellees' Objection (Dkt. 11388) to determine its ruling (Dkt. 11829) for a motion otherwise limited to a default (Dkt. 11806), and thereby prejudiced Appellant;

4. Whether the Bankruptcy Court erred in unfairly sanctioning Jannings individually for the misdeeds of his counsel's untimely filings, when the Court determined Appellee was not and could not be prejudiced by granting Appellant's relief;

5. Whether the Bankruptcy Court erred in ignoring, or failing to correct its interpretation of a clearly stated scrivener error it used in weighing its final determination;

6. Whether the Bankruptcy Court erred in finding the burden to determine fraud upon the Court was not met;

7. Whether the Bankruptcy Court erred in denying Appellant the opportunity to amend his action against Appellee in State Court, which preceded Appellee's Chapter 11 filing;

8. Whether the Bankruptcy Court erred in ignoring established case law pertaining to the Agency Theory over Attorney Authority that has been determined by SCOTUS since *Link v. Wabash Railroad* (1962); and brought to the Court's attention (Dkt. 13561);

9. All other matters of error properly raised in the record, which can be delineated.

Respectfully submitted,

Date: May 12, 2023

**SPIRO JANNINGS,** *Appellant*

*/s/ Spiro Jannings*

SPIRO JANNINGS
*Pro Se*