UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

PG&E Corporation

and

Pacific Gas and Electric Company.

Bankruptcy Case No.: 19-30088 (DM) (Lead Case)

Chapter 11

(Jointly Administered)

FILED
MAY 12 2023
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

CREDITOR/APPELLANT'S
**CERTIFICATE OF MAILING**

I, the undersigned: <u>Dan Carney</u>, a disinterested non-party, acting at the request of the Appellant, Spiro Jannings, served a copy of the following documents:

1. Motion for Leave to Expand Time to file Appellant's Designation of Record and Statement of Issues to be Appealed;
2. Declaration of Spiro Jannings in support of Motion for Leave to Expand Time;
3. Appellant's Designation of Record and Statement of Issues to be Appealed.

Further, that I complied with mailing the aforementioned documents by depositing same in the United States Postal system at San Jose, California on the date shown below, in a sealed envelope, First Class (or higher) postage prepaid, to the recipients at the addresses below:

Office of the U.S. Trustee / SF
Phillip J. Burton Federal Building
450 Golden Gate Ave., 5th FL, #05-0153
San Francisco, CA 94102

KELLER AND BENVENUTTI, LLP       for PG&E Corporation, *et al*
Jane Kim
Thomas B. Rupp
650 California St. #1900
San Francisco, CA 94108

EXECUTED BY: /s/ Dan Carney            Dated: May 12, 2023
Dan Carney
1304 Shortridge Ave., Unit C
San Jose, CA 95116