# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

**The updated address information shown below applies to the bankruptcy cases and adversary proceedings appearing on the attached list.**

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** the address of has changed. The new address is:

Please update your records accordingly.

Date:

                                                           Signature

| | | | |
|---|---|---|---|
| 08-30989 | Sand Hill Capital Partners III, LLC | 7 | 06/05/08 |
| | 08-32514 | Heller Ehrman LLP | 11 |
| | 10-46683 | Tranax Technologies, Inc. | 7 |
| | 12-32747 | The Zuercher Trust of 1999 | 7 |
| | 13-30477 | Monica H. Hujazi | 7 |
| | 16-31326 | Wrap Media, Inc. | 11 |
| | 17-30326 | Mayacamas Holdings LLC | 7 |
| | 17-30327 | Profit Recovery Center LLC | 7 |
| | 17-31272 | MedCision, LLC | 11 |
| | 19-30088 | PG&E Corporation | 11 |
| | 19-41949 | Pleasanton Fitness, LLC | 7 |
| | 20-03052 | Lifschitz v. Kristul | *Lead BK*: 20-30238 Maria Kristul |
| | 20-03061 | Levin v. Kristul | *Lead BK*: 20-30238 Maria Kristul |
| | 20-03128 | Resolution Law Firm P. C. v. Kristul | *Lead BK*: 20-30238 Maria Kristul |
| | 20-03129 | Raskin et al v. Kristul | *Lead BK*: 20-30238 Maria Kristul |
| | 20-03130 | Tkach et al v. Kristul | *Lead BK*: 20-30238 Maria Kristul |
| | 20-30238 | Maria Kristul | 7 |
| | 20-30310 | Public Bikes, Inc. | 11 |
| | 20-30812 | International Orange Spa, Inc. | 11 |
| | 20-30819 | Benja Incorporated | 7 |
| | 20-40954 | Specialty's Cafe and Bakery, Inc. | 7 |
| | 20-41119 | BAP Properties, LLC | 7 |
| | 20-51604 | RS Air, LLC | 11 |

| Case | Name | Chapter |
|---|---|---|
| 20-51659 | Goldenstar Specialty Insurance, LLC | 7 |
| 21-03060 | Everett v. Peters | *Lead BK:* 20-30819 Benja Incorporated |
| 21-30399 | Multerra Bio, Inc. | 7 |
| 21-30740 | TLG Capital Development, LLC | 11 |
| 21-41479 | Wheels America San Francisco, L.L.C. | 11 |
| 21-51138 | Delfino Nava Cardenas and Amparo Magana Cardenas | 13 |
| 21-51255 | Dutchints Development LLC | 7 |
| 21-51477 | Watsonville Hospital Corporation | 11 |
| 22-03019 | Schoenmann et al v. Schoenmann | *Lead BK:* 22-30028 E. Lynn Schoenmann |
| 22-10381 | Spring Mountain Vineyard Inc. | 11 |
| 22-30028 | E. Lynn Schoenmann | 11 |
| 22-30062 | PTSS, Inc. (fka Professional Technical Security Se | 7 |
| 22-30667 | William Francis McDonagh, III | 13 |
| 22-41290 | Montgomery Realty Group, LLC | 11 |
| 22-50960 | Charles R. Balanoj | 13 |
| 23-03017 | Schoenmann v. Schoenmann | *Lead BK:* 22-30028 E. Lynn Schoenmann |
| 23-04001 | Montgomery Realty Group, LLC v. Jo-Ann Stores, LLC | *Lead BK:* 22-41290 Montgomery Realty Group, LLC |
| 23-10021 | Angela Kay Duerr | 7 |