**Signed and Filed: May 15, 2023**



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

<u>ORDER GRANTING APPELLANT SPIRO JANNINGS'
MOTION FOR LEAVE TO EXPAND TIME</u>

The court has reviewed Appellant's Motion for Leave to Expand Time for Designation of Record and Statement of Issues on Appeal and the declaration in support (Dkts. 13726 and 13727) filed by Spiro Jannings on May 12, 2023. It is HEREBY ORDERED that Mr. Jannings is granted an extension to May 26, 2023, to file the Designation of Record and Statement of Issues on

Appeal, and any other required documents to perfect the record on appeal.

The court notes that Mr. Jannings also filed the Designation of Record and Statement of Issues on Appeal (Dkt. 13728) on May 12, 2023. The Clerk is directed to transmit this Order and the Designation and Statement to the District Court.

**END OF ORDER**

<pre>
1                    COURT SERVICE LIST

2   Spiro Jannings
    1304 Shortridge Ave. Unit C
3   San Jose, CA 95116
</pre>