

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (888) 821-7606

**May 15, 2023**

Mark B. Busby, Clerk of Court
United States District Court
Phillip Burton Federal Building &
United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

District Court Appeal Number:

**23-cv-01735-HSG**

**Re: Transmission of Document(s) on Appeal:**

**PG&E Corporation and Pacific Gas and Electric Company, Case No. 19-30088-DM, Judge Dennis Montali**

Dear Clerk:

We are transferring the following document(s) to your Court for the above referenced appeal:

Appellant Designation of Contents For Inclusion in Record On Appeal and Statement of Issues on Appeal filed on 5/12/2023, (dkt. #13728)

Order Granting Appellant Spiro Jannings' Motion for Leave to Expand Time filed on 5/15/2023, (dkt. #13733)

If you have any questions, please contact me at (888) 821-7606          .

Edward Emmons, Clerk
United States Bankruptcy Court

By: */s/ DaWana Chambers*

DaWana Chambers, Deputy Clerk