

**Entered on Docket**
**May 16, 2023**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: May 16, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801
BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone:  (949) 752-7100
Facsimile:  (949) 252-1514

*Attorneys for Fire Victim Trustee*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING CONSOLIDATED MOTIONS TO DEEM LATE-FILED CLAIMS TIMELY FOR THE PURPOSE OF CLAIM ADMINISTRATION BY THE FIRE VICTIM TRUST** |

The Court having considered the *Fire Victim Trustee's Statement of Non-Opposition to Consolidated Late Claim Motions* dated May 10, 2023 [Dkt. No.13716] and the *Motion to Allow/Deem Timely Late Filing of Proof of Claim by Certain Claimants; Memorandum of Points and Authorities* [Docket No. 13701], and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The proofs of claim listed in **Exhibit 1** hereto (the "**Proofs of Claim**") are deemed timely filed.

2. The Proofs of Claims and the claims asserted thereunder (the "**Asserted Fire Victim Claims**") shall for all purposes be treated and classified as Fire Victim Claims under the Plan, and shall be fully assumed by, and the sole responsibility of, the Fire Victim Trust and subject to the Channeling Injunction, to be administered, processed, settled, disallowed, resolved, liquidated, satisfied, and/or paid in accordance with the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures. Movants shall have no further recourse against the Debtors or Reorganized Debtors, as applicable, with respect to the Proofs of Claim or the Asserted Fire Victim Claims.

3. Nothing herein shall be construed to be a waiver by the Fire Victim Trust of any right to object to the Asserted Fire Victim Claims or the Proofs of Claim on any grounds other than the untimely filing thereof.

4. This Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

*** END OF ORDER ***

Dated: May 16, 2023

BROWN RUDNICK LLP

*/s/ David J. Molton*
David J. Molton

*Attorneys for Fire Victim Trustee*

# EXHIBIT 1

LIST OF CLAIMANTS

| DATE POC FILED | POC NO. | CLAIMANT(S) |
|---|---|---|
| 4-13-2023 | 109870 | Jesse McCord<br>Christa McCord<br>Tenli McCord<br>Viggo McCord<br>Luke McCord |
| 4-13-2023 | 109871 | Lisa Raczynski<br>Vincent Raczynski |
| 4-13-2023 | 109872 | Tyler Allen Dwelle |
| 4-13-2023 | 109873 | Kelly Navarro<br>Heather Navarro<br>Jason Navarro<br>Bryan Navarro |
| 4-13-2023 | 109874 | Linnise Maria Montgomery<br>David Montgomery |
| 4-13-2023 | 109875 | Gary Lynn Koch<br>Lorraine Gail Koch |
| 4-13-2023 | 109876 | Jason McCord<br>Maria McCord<br>Taylor McCord<br>Jordan McCord<br>Atilava Togafau |
| 4-21-2023 | 109877 | Michael Keene<br>Sharan Keene |
| 4-21-2023 | 109878 | Kealia McCord |