**Signed and Filed: May 16, 2023**



_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>      - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>      Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br>Date: May 24, 2023<br>Time: 10:00 AM<br>Via Video/Teleconference<br>www.canb.uscourts.gov/calendars |

**ORDER REGARDING HEARING ON MAY 24, 2023**

    On May 24, 2023, at 10:00 AM, the court will hear the *Reorganized Debtors' Omnibus Motion to Enforce the Discharge and Injunction Provisions of Plan and Confirmation Order Against Certain Pending Actions* (Dkt. 13685) ("Motion").

    Although the Motion is by the Reorganized Debtors, the court will hear first from each of the named respondents, Liza

Sims, individually, Estate of Edna Gleason and Thomas and Jaydene Gardner, and Efren Robinson.  Counsel for Sims, et al. and counsel for Mr. Robinson will each have ten (10) minutes for argument, to be followed by the Reorganized Debtors, who will have a total of fifteen (15) minutes.  Counsel for respondents will then each have five (5) minutes for rebuttal.

The court has read and considered the filing (Dkts. 13714 and 13715) by Mr. William B. Abrams in response to the Motion. The court concludes that Mr. Abrams lacks standing, and therefore, he will not be permitted to argue.  The court will issue an appropriate order after the hearing.

All hearings will be conducted by telephone or video conference (unless otherwise noted).  Please review the specific calendar page (pdf) posted on the Bankruptcy Court's website for further instructions one week prior to the hearing.

All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about Court operations during the COVID-19 pandemic.  The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance.  If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

Jane Luciano, Esq.
9000 Crow Canyon Road
Suite S #168
Danville, CA 94506

William McCann, Esq.
P.O Box 370
Genoa, NV 89411

John T. Richards, Esq.
Richards Willis PC
750 B Street, Suite 1760
San Diego, CA 92101

William B. Abrams
2041 Stagecoach Rd.
Santa Rosa, CA 95404