| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | KELLER BENVENUTTI KIM LLP<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>David A. Taylor (#247433)<br>(dtaylor@kbkllp.com)<br>Dara L. Silveira (#274923)<br>(dsilveira@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251 |
| 7 | *Attorneys for Debtors and Reorganized Debtors* |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**REORGANIZED DEBTORS' REPORT ON RESPONSES TO ONE HUNDRED TWENTIETH OMNIBUS OBJECTION TO CLAIMS AND REQUEST FOR ORDER BY DEFAULT AS TO UNOPPOSED OBJECTIONS**<br><br>**[Re: Dkt. Nos. 13670, 13698, 13719, 13730]**<br><br>**Regarding Objections Set for Hearing May 24, 2023, at 10:00 a.m. (Pacific Time)** |

**REQUEST FOR ENTRY OF ORDER BY DEFAULT**

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby request, pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Liability Claims)* [Docket No. 13670] (the "**Omnibus Objection**").

**RELIEF REQUESTED IN THE OMNIBUS OBJECTION**

The Omnibus Objection seeks to disallow and expunge the Proofs of Claim listed in Exhibit 1 to the Omnibus Objection.

**NOTICE AND SERVICE**

The Reorganized Debtors filed a Notice of Hearing with respect to the Omnibus Objection [Docket No. 13672]. The Omnibus Objection was also supported by the declaration of Renee Records [Docket No. 13671]. The Omnibus Objection, the Notice of Hearing, and the Declaration were served as described in the *Certificate of Service of Alain B. Francoeur*, filed on April 20, 2023 [Docket No. 13677]: each holder of a Claim listed on Exhibit 1 to the Omnibus Objection received a notice customized to include the claim number, debtor, claim amount and priority, and the basis for Reorganized Debtors' objection with respect to the applicable Claim to be disallowed and expunged.

The deadline to file responses or oppositions to the Omnibus Objection has passed. The Reorganized Debtors have received the following responses:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| 13698 | Quentin Keen | 67135 | The Reorganized Debtors have reached a settlement with Claimant. The hearing on the Omnibus Objection will be taken off calendar pending documentation of the settlement. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| 13719 | Synergy Project Management, Inc. | 72390 | The Reorganized Debtors are investigating Claimant's response to the Omnibus Objection. The Reorganized Debtors have attempted to contact Claimant but have not received a response to date. Accordingly, the hearing on the Omnibus Objection with respect to this Claim will be continued to July 26, 2023. |
| 13730 | David Mitchell | 2306 | The Reorganized Debtors are investigating Claimant's response to the Omnibus Objection. Mr. Mitchell has agreed to continue the hearing on the Omnibus Objection with respect to this Claim to July 26, 2023. |

### DECLARATION OF NO OPPOSITION RECEIVED

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am an attorney with the law firm of Keller Benvenutti Kim LLP, co-counsel for the Reorganized Debtors.

2. I have reviewed the Court's docket in the Chapter 11 Cases and have determined that no responses have been filed with respect to the Omnibus Objection except as described herein.

3. This declaration was executed in San Francisco, California.

WHEREFORE, the Reorganized Debtors hereby request entry of an Order disallowing and expunging the Proofs of Claim listed in **Exhibit 1** to this Request, which listed Claims are identical to those listed in Exhibit 1 to the Omnibus Objection, except as otherwise discussed above.

Dated: May 17, 2023

**KELLER BENVENUTTI KIM LLP**

By: /s/ *Dara L. Silveira*
      Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Cera Corporation (dba Chemetry Corporation) 11500 Dolan Road (Corner of Dolan Road & Highway 1) Moss Landing, CA 95039 | | 813 | PG&E Corporation and Pacific Gas and Electric Company | 2/15/2019 | $0.00 | $0.00 | $0.00 | $20,000.00 | $20,000.00 | Rule 2: No Liability Based on Investigation |
| Jackson Rancheria Development Corporation c/o Law Offices of Charles L. Hastings 4568 Feather River Dr., Ste A Stockton, CA 95219 | | 3002 | PG&E Corporation and Pacific Gas and Electric Company | 5/15/2019 | $0.00 | $0.00 | $0.00 | $160,513.00 | $160,513.00 | No Liability Based on Investigation |
| Jimenez-Padgett, Manuel Cord Baar & Mudford LLP Estee Lewis #23858 1824 Court Street PO Box 994390 Redding, CA 96001 | | 59027 | PG&E Corporation and Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $392,979.48 | $392,979.48 | Amended and Superseded |
| Kameriz, Hedger PO Box 1392 San Juan Bautista, CA 95045 | | 8599 | PG&E Corporation and Pacific Gas and Electric Company | 9/9/2019 | $50,000.00 | $0.00 | $15,700.00 | $134,300.00 | $200,000.00 | No Liability Based on Investigation |
| Kameriz, Hedger PO BOX 1392 San Juan Bautista, CA 95045 | | 2676 | PG&E Corporation and Pacific Gas and Electric Company | 4/23/2019 | $150,000.00 | $0.00 | $50,000.00 | $0.00 | $200,000.00 | No Liability Based on Investigation |
| Silverding, Linda 15677 Betters Rd Madera, CA 93636 | | 4012 | PG&E Corporation and Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $360,000.00 | $360,000.00 | Barred by Statute of Limitations; No Liability Based on Investigation |
| Silverding, Linda 15677 Betters Rd Madera, CA 93636 | | 1951 | PG&E Corporation and Pacific Gas and Electric Company | 4/1/2019 | $0.00 | $0.00 | $0.00 | $360,000.00 | $360,000.00 | Barred by Statute of Limitations; No Liability Based on Investigation |
| **Claims To Be Expunged Totals** | | **Count: 7** | | | **$200,000.00** | **$0.00** | **$65,700.00** | **$1,427,792.48** | **$1,693,492.48** | |