WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **SUPPLEMENTAL DECLARATION OF KEITH E. EGGLETON IN SUPPORT OF REORGANIZED DEBTORS' OMNIBUS MOTION TO ENFORCE THE DISCHARGE AND INJUNCTION PROVISIONS OF PLAN AND CONFIRMATION ORDER AGAINST CERTAIN PENDING ACTIONS** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Date: May 24, 2023<br>Time: 10:00 a.m. (Pacific Time)<br>Place: **(Tele/Videoconference Only)**<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I, Keith E. Eggleton, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a member of Wilson Sonsini Goodrich & Rosati, P.C. ("**WSGR**"), counsel for Pacific Gas and Electric Company and PG&E Corporation (together, the "**Debtors**" or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") as defendants in a number of California state court actions relating to the 2017 North Bay Fires and 2018 Camp Fire. I am licensed to practice law in the State of California and am admitted to practice before this Court.

2. I am authorized to submit this Supplemental Declaration (the "**Declaration**") on behalf of the Reorganized Debtors in support of the *Reorganized Debtors' Omnibus Motion to Enforce the Discharge and Injunction Provisions of Plan and Confirmation Order Against Certain Pending Actions* (the "**Motion**").[1] The facts set forth in this Declaration are based upon my personal knowledge and my review of relevant documents. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

3. Since filing the Motion, counsel for the Reorganized Debtors received positive informal responses from two attorneys for the State Court Plaintiffs.

4. The first was from Christian Krankemann, counsel in eleven known Pending Actions in Sonoma County Superior Court. I believe Plaintiffs in those actions have now filed requests for dismissal, and the dockets reflect that those eleven Pending Actions in Sonoma County Superior Court have been dismissed.

5. The second was from Larry Peluso, counsel in one known Pending Action pending in San Francisco Superior Court. Mr. Peluso has informed my firm that he is attempting to file papers requesting dismissal of his Pending Action in San Francisco County Superior Court.

6. To my knowledge, two other attorneys (John Meyer and Cecelia Fusich)—co-counsel in one known Pending Action in Butte County Superior Court—did not respond formally or

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

informally to the Motion.

7. After the Motion was filed, while preparing for a court hearing in the *Robinson* Pending Action involving State Court Plaintiffs represented by Richards Willis PC, I discovered a new action against the Debtors that I believe is asserting what would be Fire Victim Claims as defined in the Plan. This case is pending in the San Francisco Superior Court as *Johnson, et al. v. PG&E Corporation, et al.*, Case No. CGC-19-579965. Richards Willis PC is counsel for the plaintiffs in this action. I do not believe the Debtors were ever served with a summons in this action.

8. The *Robinson* and *Johnson* cases were both scheduled for order to show cause hearings on May 2, 2023, concerning potential dismissal of the cases.

9. Shortly before the hearings, the plaintiffs in those cases filed the statements attached as **Exhibit A** hereto.

10. In response, the San Francisco County Superior Court canceled the order to show cause hearings and scheduled case management conferences "for status report re bankruptcy" for September 6, 2023.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: May 17, 2023
Palo Alto, California

/s/*Keith E. Eggleton*
Keith E. Eggleton