## Exhibit A-1

## Panel of Mediators for Abbreviated Mediations Pursuant to Securities ADR and Related Procedures Order

- Michael D. Cooper, Esq.
- Lizbeth Hasse, Esq.
- Fred Holden Jr., Esq.
- Hon. Winifred Y. Smith (Ret.)