**<u>Exhibit A-2</u>**

**<u>Panel of Mediators for Standard Mediations Pursuant to Securities ADR and Related Procedures Order</u>**

- Hon. William J. Cahill (Ret.)

- Ambassador David L. Carden (Ret.)

- Mark B. Helm, Esq.

- Hon. Randall J. Newsome (Ret.)