**Exhibit A**

# Exhibit A

**8,848 Securities Claims Filed**

**4,658 Resolved Securities Claims** | **4,190 Unresolved Securities Claims**

## Resolutions Since Inception:

- As of May 12, 2023, 4,658 Securities Claims have been resolved, including 2,580 Securities Claims settled, 1,877 Securities Claims expunged, and 201 Securities Claims withdrawn.
- There are outstanding settlement offers covering 2,270 Securities Claims which have not yet been accepted or declined. As of Friday, May 12, 2023, only 136 settlement offers covering 147 Securities Claims had been declined.

## Resolutions During Fifth Extension Period:

- During the Fifth Extension Period, the Reorganized Debtors made settlement offers covering 3,597 Securities Claims and settled 1,552 Securities Claims. A further 41 claims have been withdrawn.