WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Gabrielle L. Albert (#190895)
(galbert@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (650) 636-9251

Attorneys for Debtors and Reorganized Debtors

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                  Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF RICHARD W. SLACK IN SUPPORT OF MOTION FOR ENTRY OF AN ORDER FURTHER EXTENDING DEADLINE FOR THE REORGANIZED DEBTORS TO OBJECT TO CLAIMS AND FOR RELATED RELIEF**<br><br>**Response Deadline:**<br>**May 31, 2023, 4:00 p.m. (PT)**<br><br>**Hearing Information If Timely Response Made:**<br>Date:  June 7, 2023<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  (Tele/Videoconference Appearances Only)<br>        United States Bankruptcy Court<br>        Courtroom 17, 16th Floor<br>        San Francisco, CA 94102 |

I, Richard W. Slack, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a member of Weil, Gotshal & Manges LLP, counsel for Pacific Gas and Electric Company and PG&E Corporation (collectively, the "**Debtors**" or "**Reorganized Debtors**"). I respectfully submit this declaration in support of the *Motion for Entry of an Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and for Related Relief* [Docket No. 13745].

2. Attached as **Exhibit A** is a true and correct copy of the *Movant Plaintiffs' Motion to Intervene and Memorandum of Points and Authorities in Support Therein* filed on February 15, 2023 in *In re PG&E Corp. Securities Litigation*, No. 5:18-cv-03509-EJD (N.D. Cal.) (the "**Securities Litigation**").

3. Attached as **Exhibit B** is a true and correct copy of the *Movant Plaintiffs' Reply Memorandum in Further Support of Motion to Intervene* filed on March 28, 2023 in the Securities Litigation.

4. Attached as **Exhibit C** is a true and correct copy of the *Joint Status Report* filed jointly by the Reorganized Debtors and the Public Employees Retirement Association of New Mexico, York County on behalf of the County of York Retirement Fund, the City of Warren Police and Fire Retirement System, and Mid-Jersey Trucking Industry & Local No. 701 Pension Fund on March 27, 2023 in an appeal from the Securities Litigation before the Ninth Circuit, *In re PG&E Corp. Securities Litigation*, No. 21-16507 (9th Cir.).

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: May 17, 2023
New York, New York

                                                */s/ Richard W. Slack*
                                                Richard W. Slack

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119