**Exhibit C**

IN THE

# United States Court of Appeals

### FOR THE NINTH CIRCUIT

IN THE MATTER OF:
PG&E CORPORATION AND PACIFIC GAS & ELECTRIC COMPANY,

*Debtors,*

PUBLIC EMPLOYEES RETIREMENT ASSOCIATION OF NEW MEXICO; YORK COUNTY ON BEHALF OF THE COUNTY OF YORK RETIREMENT FUND; CITY OF WARREN POLICE AND FIRE RETIREMENT SYSTEM; MID-JERSEY TRUCKING INDUSTRY & LOCAL NO. 701 PENSION FUND,

*Appellants,*

—v.—

PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY; OFFICIAL COMMITTEE OF TORT CLAIMANTS; OFFICIAL COMMITTEE OF UNSECURED CREDITORS,

*Appellees.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## JOINT STATUS REPORT

Pursuant to the Court's Order dated January 25, 2023, Securities Plaintiffs-Appellants Public Employees Retirement Association of New Mexico, York County on behalf of the County of York Retirement Fund, City of Warren Police and Fire Retirement System, and Mid-Jersey Trucking Industry & Local No. 701 Pension Fund, and Defendants-Appellees PG&E Corporation and Pacific Gas and Electric Company, submit this joint status report.

On January 13, 2023, the parties submitted a joint motion requesting that the Court remove this appeal from the oral argument calendar and hold it in abeyance in

order to allow the parties to continue their efforts to negotiate, memorialize, and finalize a settlement, including of the issues underlying this appeal.

On January 25, 2023, the Court entered an order granting the parties' joint motion. This order vacated the hearing in San Francisco that was originally scheduled for February 14, 2023.

Despite the opportunity to continue ongoing settlement discussions, the parties have been unable to successfully negotiate the terms of a settlement agreement that would potentially resolve those issues underlying this appeal.

Accordingly, the parties jointly request that the Court lift the stay and reschedule the hearing for this fully briefed appeal.

Dated: March 27, 2023

Respectfully submitted,

LABATON SUCHAROW LLP

By: */s/ Thomas A. Dubbs*
Thomas A. Dubbs *(pro hac vice)*
Carol C. Villegas *(pro hac vice)*
Michael P. Canty *(pro hac vice)*
140 Broadway
New York, NY 10005
212-907-0700
tdubbs@labaton.com
cvillegas@labaton.com
mcanty@labaton.com

*Lead Counsel for Securities Lead Plaintiff-Appellant PERA and the Class*

MICHELSON LAW GROUP
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
415-512-8600
randy.michelson@michelsonlawgroup.com

LOWENSTEIN SANDLER LLP
Michael S. Etkin *(pro hac vice)*
Andrew Behlmann *(pro hac vice)*
One Lowenstein Drive
Roseland, NJ 07068
973-597-2500
metkin@lowenstein.com
abehlmann@lowenstein.com

*Bankruptcy Counsel for Securities Lead Plaintiff-Appellant PERA and the Class*

WAGSTAFFE, VON LOEWENFELDT,
 BUSCH & RADWICK, LLP

James M. Wagstaffe (SBN 95535)
Frank Busch (SBN 258288)
100 Pine Street, Suite 725
San Francisco, CA 94111
415-357-8900
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Liaison Counsel for the Class*

ROBBINS GELLER RUDMAN
 & DOWD LLP
Darren J. Robbins (SBN 168593)
Brian E. Cochran (SBN 286202)
655 West Broadway, Suite 1900
San Diego, CA 92101
619-231-1058
darrenr@rgrdlaw.com
bcochran@rgrdlaw.com

ROBBINS GELLER RUDMAN
 & DOWD LLP
Willow E. Radcliffe (SBN 200089)
Kenneth J. Black (SBN 291871)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
415-288-4545
willowr@rgrdlaw.com
kennyb@rgrdlaw.com

*Counsel for Securities Act Plaintiffs-Appellants*

VANOVERBEKE, MICHAUD
  & TIMMONY, P.C.
Thomas C. Michaud
79 Alfred Street
Detroit, MI 48201
313-578-1200
tmichaud@vmtlaw.com

*Additional Counsel for Securities Act Plaintiffs-Appellants*

Dated: March 27, 2023                    Respectfully submitted,

By:    */s/ Richard W. Slack*
Richard W. Slack
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
212-310-8000
richard.slack@weil.com

*Attorney for Appellees PG&E Corporation and Pacific Gas and Electric Company*

5

## ATTESTATION

I, Thomas A. Dubbs, am the ECF user whose ID and password are being used to file this Joint Status Report. I hereby attest that Richard W. Slack has concurred in this filing.

*/s/ Thomas A. Dubbs*
THOMAS A. DUBBS
