CHARLES L. HASTINGS
CA State Bar No.: 88599
NATALI A. RON
CA State Bar No.: 302927
Law Office of Hastings & Ron
PMB 270, 4719 Quail Lakes Drive, Suite G
Stockton, CA 95207
(209) 476-1010

Attorneys for JACKSON RANCHERIA DEVELOPMENT CORP

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case No: 19-30088 (DM)<br>Chapter 11<br><br>DECLARATION IN SUPPORT OF EX PARTE APPLICATION TO FILE LATE OPPOSITION TO REORGANIZED DEBTORS' ONE HUNDRED TWENTIETH OMNIBUS OBJECTION TO CLAIMS – BY JACKSON RANCHERIA DEVELOPMENT CORP (CLAIM NO. 3002)<br><br>Date: May 24, 2023<br>Time: 10:00 a.m.<br>Location: (Video/Teleconference Only)<br>U.S. Bankruptcy Court<br>Courtroom 17, 16th floor<br>San Francisco, CA 94102<br>Judge: Honorable Dennis Montali |

I, NATALI A. RON, declare as follows:

1. I am the attorney of record for JACKSON RANCHERIA DEVELOPMENT CORP, (hereinafter referred to as "Jackson") the creditor in the above-captioned matter, which filed Claim No. 3002 on or about May 15, 2019. I have personal knowledge of the matter set forth herein, and if called upon to do so, could and would competently, truthfully, and accurately testify hereto.

DECLARATION IN SUPPORT OF EX PARTE APPLICATION TO ALLOW CONSIDERATION OF UNTIMELY FILING OF OPPOSITION TO OBJECTION TO CLAIM 3002   1

Case: 19-30088    Doc# 13754-1    Filed: 05/18/23    Entered: 05/18/23 18:00:43    Page 1 of 4

2. As set forth in the Reorganized Debtors' One Hundred Twentieth Omnibus Objection to Claims, Jackson's claim was originally channeled to the Fire Victim Claims, and preliminarily identified as a Fire Victim Claim to be administered, processed, settled, disallowed, resolved, liquidated, satisfied, and/or paid by the Fire Victim Trust in accordance with its governing documents. However, upon the discovery that this was not an appropriate Fire Victim Claim, I notified the Fire Victim Claims administrator. After months of waiting and follow-up, the claim was finally re-channeled to the appropriate General Unsecured Claims. I received email confirmation of this on April 5, 2023. Approximately two weeks later, on April 14, 2023, the subject Reorganized Debtors' One Hundred Twentieth Omnibus Objection to Claims was filed.

3. I received the Reorganized Debtors' Report on Responses to One Hundred Twentieth Omnibus Objection to Claims and Request for Order by Default as to Unopposed Objections [Doc. No. 13738] in today's service email. Upon receipt, I immediately undertook review to discover the motion to which this document applied, only to discover a service email of April 14, 2023. I reviewed my calendar and emails to confirm how I did not previously see this email. Because I had not previously received the Omnibus Objection, I inadvertently did not timely file opposition thereto, which was due to be filed on May 10, 2023, in accordance with this Court's ORDER APPROVING (A) PROCEDURES FOR FILING OMNIBUS OBJECTIONS TO CLAIMS AND (B) THE FORM AND MANNER OF THE NOTICE OF OMNIBUS OBJECTIONS. [Docket No. 8228].

4. It appears I received the filings via email on April 14, 2023, at 1:21 p.m.; however, at that time, I was preparing for a non-retained expert deposition which was scheduled to commence at 3:00 p.m., in the matter if *Irrigation Design & Construction, LLC v. Parker Technical Sales*, Monterey County Superior Court case no.: 20CV003182. This matter was scheduled for and proceeded to trial on May 8, 2023, and I am still in trial which I believe will resume May 22, 2023. (We conducted four days of testimony, however, due to opposing counsel's COVID-19 exposure, the matter has been delayed.)

DECLARATION IN SUPPORT OF EX PARTE APPLICATION TO ALLOW CONSIDERATION OF UNTIMELY FILING OF OPPOSITION TO OBJECTION TO CLAIM 3002   2

Case: 19-30088    Doc# 13754-1    Filed: 05/18/23    Entered: 05/18/23 18:00:43    Page 2 of 4

5.     The Monday following e-service, which was April 17, 2023, I had an all-day binding arbitration in the matter of *Jaspreet Singh v. Reedy Mechanical Inc.*, San Joaquin County Superior Court case no.: STK-CV-UCC-2021-11339, which took place at ADR Services in Oakland, California.

6.     The week of April 17, 2023, I also had two retained expert witness depositions, and two non-retained expert witness depositions in the matter of *Irrigation Design & Construction, LLC v. Parker Technical Sale*s.  Between the five depositions in that two-week period, preparation for and appearance at arbitration, and continued preparation for the Monterey County Court trial, I inadvertently did not see the service email come through on the Reorganized Debtors' One Hundred Twentieth Omnibus Objection to Claims.

7.     This Court's Order Approving (A) Procedures for Filing Omnibus Objections To Claims And (B) the Form and Manner of the Notice of Omnibus Objections sets forth the Omnibus Claim Objection Notice procedure (paragraph F), which requires "the Omnibus Claim Objection Notice [to] be served on the individual Claimant **by mail**, not less than 37 days before the date set for hearing of the Omnibus Objection, at the address specified in the Proof of Claim."  However, I have no record of having received the One Hundred Twentieth Omnibus Objection to Claims via mail.  Upon review of the certificate of service, it appears Counsel's office address is listed; however, my office now has a designated mailing address, and although there is a change of address on file with the Post Office, and mail should be delivered to our Post Mail Box, there have been many instances of mailing issues and mail being returned to sender.  As such, and in any event, I have not received the Omnibus Objection via mail.

8.     Accordingly, and based on my inadvertent and excusable neglect, I am respectfully requesting this Court to allow the late filing of Jackson's Opposition to the Omnibus Objection, to consider it prior to the hearing scheduled for May 24, 2023, and to hear oral argument on said matter.

9.     There is no danger of prejudice to the Reorganized Debtors or their bankruptcy estate in deeming the Creditor's Opposition to Objection to its claim as timely filed because

DECLARATION IN SUPPORT OF EX PARTE APPLICATION TO ALLOW CONSIDERATION OF UNTIMELY FILING OF OPPOSITION TO OBJECTION TO CLAIM 3002   3

Case: 19-30088    Doc# 13754-1    Filed: 05/18/23    Entered: 05/18/23 18:00:43    Page 3 of 4

there has been no plan confirmation, and no distributions have been made to general unsecured creditors.

      Executed under penalty of perjury under the laws of the State of California, this 18th day of May 2023, at Stockton, California.

BY: _____
NATALI A. RON Attorney for JACKSON RANCHERIA DEVELOPMENT CORP

DECLARATION IN SUPPORT OF EX PARTE APPLICATION TO ALLOW CONSIDERATION OF UNTIMELY FILING OF OPPOSITION TO OBJECTION TO CLAIM 3002   4

Case: 19-30088   Doc# 13754-1   Filed: 05/18/23   Entered: 05/18/23 18:00:43   Page 4 of 4