| | |
|---|---|
| 1 | CHARLES L. HASTINGS |
| 2 | CA State Bar No.: 88599 |
|   | NATALI A. RON |
| 3 | CA State Bar No.: 302927 |
|   | Law Office of Hastings & Ron |
| 4 | PMB 270, 4719 Quail Lakes Drive, Suite G |
| 5 | Stockton, CA 95207 |
|   | (209) 476-1010 |
| 6 | |
|   | Attorneys for JACKSON RANCHERIA DEVELOPMENT CORP |
| 7 | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION

- and -

PACIFIC GAS AND ELECTRIC COMPANY,

Debtors.

Case No: 19-30088 (DM)
Chapter 11

DECLARATION IN SUPPORT OF OPPOSITION TO REORGANIZED DEBTORS' ONE HUNDRED TWENTIETH OMNIBUS OBJECTION TO CLAIMS – BY JACKSON RANCHERIA DEVELOPMENT CORP (CLAIM NO. 3002)

Date: May 24, 2023
Time: 10:00 a.m.
Location: (Video/Teleconference Only) U.S. Bankruptcy Court Courtroom 17, 16th floor San Francisco, CA 94102
Judge: Honorable Dennis Montali

I, Crystal Jack, declare as follows:

1. I am the Chief Executive Officer for JACKSON RANCHERIA DEVELOPMENT CORP, (hereinafter referred to as "Jackson") the creditor in the above-captioned matter, which filed Claim No. 3002 on or about May 15, 2019. Based on the review of records, I have personal knowledge of the matter set forth herein, and if called upon to do so, could and would competently, truthfully, and accurately testify hereto.

DECLARATION IN SUPPORT OF OPPOSITION TO OBJECTION TO CLAIM 3002   1
Case: 19-30088   Doc# 13757   Filed: 05/19/23   Entered: 05/19/23 11:51:00   Page 1 of 3

2. A true and correct copy of Jackson's claim, with the supporting evidence and documents is attached hereto as "Exhibit A."

3. Jackson owns real property in Jackson, California in the vicinity of New York Ranch Road.

4. On June 24, 2017, a wildfire was reported at approximately 2:30 PM, alongside New York Ranch Road, along a PG&E box/power pole. The fire began burning Jackson's property consisting of uphill grasslands, fences, and a barn, which ultimately was deemed a complete loss needing full replacement.

5. Jackson's claim, therefore, arises out of fire damage caused by an electrical malfunction of PG&E's power pole and grade transformer which caused a fire to erupt damaging Jackson's property. The fire perimeter was approximately five acres and burned a barn causing it to collapse, damaging its contents and other surrounding property, including an adjacent fence, graze land, and cattle. The estimated cost to repair the barn is approximately **$142,988**. The cost to repair and/or replace the fence, the cattle, the grazing land, and clean-up costs is **$17,525**. Jackson's total claim is **$160,513**.

6. Jackson Fire Department was dispatched to contain the fire, and issued a full automatic aid wildland response, including air and ground units from California Department of Forestry and Fire Protection ("Cal Fire"), Amador Fire Protection District, and the City of Ione Fire Department.

7. Cal Fire determined the ignition source of the fire to be faulty equipment and equipment malfunction, tracing burn indicators back to a PG&E power pole with a below grade transformer at its base. Cal Fire ruled out any other indication of the source of the fire, and ultimately unequivocally determined PG&E's faulty equipment to be the source of the fire and resulting damage.

8. For the foregoing reasons, and based on the legal authority set forth in the opposition filed here with, the Bankruptcy Court should not sustain the Omnibus Objection as it relates to Claim No. 3002.

Executed under penalty of perjury under the laws of the State of California, this 19th day of May, 2023, at Jackson, California.

BY: _____
CRYSTAL JACK