CHARLES L. HASTINGS
CA State Bar No.: 88599
NATALI A. RON
CA State Bar No.: 302927
Law Office of Hastings & Ron
PMB 270, 4719 Quail Lakes Drive, Suite G
Stockton, CA 95207
(209) 476-1010

Attorneys for JACKSON RANCHERIA DEVELOPMENT CORP

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case No: 19-30088 (DM)<br>Chapter 11<br>AMENDED<br>DECLARATION IN SUPPORT OF OPPOSITION TO REORGANIZED DEBTORS' ONE HUNDRED TWENTIETH OMNIBUS OBJECTION TO CLAIMS – BY JACKSON RANCHERIA DEVELOPMENT CORP (CLAIM NO. 3002)<br><br>Date:  May 24, 2023<br>Time:  10:00 a.m.<br>Location: (Video/Teleconference Only)<br>    U.S. Bankruptcy Court<br>    Courtroom 17, 16th floor<br>    San Francisco, CA 94102<br>Judge:  Honorable Dennis Montali |

I, Crystal Jack, declare as follows:

1.  I am the Chief Executive Officer for JACKSON RANCHERIA DEVELOPMENT CORP, (hereinafter referred to as "Jackson") the creditor in the above-captioned matter, which filed Claim No. 3002 on or about May 15, 2019. Based on the review of records, I have personal knowledge of the matter set forth herein, and if called upon to do so, could and would competently, truthfully, and accurately testify hereto.

DECLARATION IN SUPPORT OF OPPOSITION TO OBJECTION TO CLAIM 3002   1

2.     A true and correct copy of Jackson's claim, with the supporting evidence and documents is attached hereto as "Exhibit A."

3.     Jackson owns real property in Jackson, California in the vicinity of New York Ranch Road.

4.     On June 24, 2017, a wildfire was reported at approximately 2:30 PM, alongside New York Ranch Road, along a PG&E box/power pole. The fire began burning Jackson's property consisting of uphill grasslands, fences, and a barn, which ultimately was deemed a complete loss needing full replacement.

5.     Jackson's claim, therefore, arises out of fire damage caused by an electrical malfunction of PG&E's power pole and grade transformer which caused a fire to erupt damaging Jackson's property.  The fire perimeter was approximately five acres and burned a barn causing it to collapse, damaging its contents and other surrounding property, including an adjacent fence, graze land, and cattle.  The estimated cost to repair the barn is approximately **$142,988**.  The cost to repair and/or replace the fence, the cattle, the grazing land, and clean-up costs is **$17,525**. Jackson's total claim is **$160,513.**

6.     Jackson Fire Department was dispatched to contain the fire, and issued a full automatic aid wildland response, including air and ground units from California Department of Forestry and Fire Protection ("Cal Fire"), Amador Fire Protection District, and the City of Ione Fire Department.

7.     Cal Fire determined the ignition source of the fire to be faulty equipment and equipment malfunction, tracing burn indicators back to a PG&E power pole with a below grade transformer at its base.  Cal Fire ruled out any other indication of the source of the fire, and ultimately unequivocally determined PG&E's faulty equipment to be the source of the fire and resulting damage.

8.     For the foregoing reasons, and based on the legal authority set forth in the opposition filed here with, the Bankruptcy Court should not sustain the Omnibus Objection as it relates to Claim No. 3002.

1       Executed under penalty of perjury under the laws of the State of California, this 19th day

2 of May, 2023, at Jackson, California.

3

4                                    BY:_____

                                           CRYSTAL JACK

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION IN SUPPORT OF OPPOSITION TO OBJECTION TO CLAIM 3002_3

# EXHIBIT A

# United States Bankruptcy Court, Northern District of California

Fill in this information to identify the case (Select only one Debtor per claim form):

☐ PG&E Corporation (19-30088)

☒ Pacific Gas and Electric Company (19-30089)

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Jackson Rancheria Development Corporation
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

c/o Law Offices of Charles L. Hastings
4568 Feather River Dr., Suite A
Stockton, CA 95219

Contact phone  2094761010

Contact email  nron@hastingslawoffice.com

Where should payments to the creditor be sent? (if different)

Contact phone _____

Contact email _____

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☒ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |

| | |
|---|---|
| 7. How much is the claim? | $ 160513 _____. **Does this amount include interest or other charges?**<br>☒ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Property damage |

| | |
|---|---|
| 9. Is all or part of the claim secured? | ☒ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Value of property: $_____<br>Amount of the claim that is secured: $_____<br><br>Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>Amount necessary to cure any default as of the date of the petition: $_____<br><br>Annual Interest Rate (when case was filed) _____%<br>☐ Fixed<br>☐ Variable |

| | |
|---|---|
| 10. Is this claim based on a lease? | ☒ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____ |

| | |
|---|---|
| 11. Is this claim subject to a right of setoff? | ☒ No<br>☐ Yes. Identify the property: _____ |

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No |
|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* |

|  | **Amount entitled to priority** |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_____) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Signature:  *Natali A. Ron*
Natali A. Ron (May 15, 2019)

Email:  nron@hastingslawoffice.com

_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | Natali A. Ron | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Attorney | | |
| Company | Law Offices of Charles L. Hastings | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 4568 Feather River Dr., Suite A | | |
| | Number      Street | | |
| | Stockton | CA | 95219 |
| | City | State | ZIP Code |
| Contact phone | 2094761010 | Email | nron@hastingslawoffice.com |

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ I have supporting documentation.
(attach below)

☐ I do not have supporting documentation.

**Attachment**

PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.

IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

Modified Form 410
# Instructions for Proof of Claim

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- Fill in all of the information about the claim as of the date the case was filed.

- Fill in the caption at the top of the form.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- Attach any supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian. For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at http://restructuring.primeclerk.com/pge.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate.
11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy.
11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

---

### Do not file these instructions with your form

**Pacific Gas and Electric Company**

62-1444
Rev 2/2011

Mail To:
PG&E Law - Claims Dept.
1850 Gateway Blvd. 6th Floor
Concord, CA 94520-OR-
Email to: LawClaims@pge.com -OR-
Fax to: 925-459-7326
Helpline phone: 415-973-4548

**PLEASE PRINT**

Mr./ Mrs. / Ms. / Dr.     Cheryl Clark   John Oneto

| Last Name | First Name | Spouse's Name | Work Telephone | Home Telephone |
|---|---|---|---|---|
| Jackson Rancheria. | | | (209) 217 4220 | (209) 204 6873 |

Business name (if claim is for business)
Jackson Rancheria Development Corp    PG&E Account Number

Mailing Address - Street
PO Box 1090    Apt. Number

| City | State | Zip Code | Email Address |
|---|---|---|---|
| Jackson | CA | 95642 | 615 New York Ranch Road |

| Date of Incident | Time | Location of Incident (check if same as mailing address □) |
|---|---|---|
| 6-24-2017 | 2:39AM (PM) | clarkoneto77@yahoo.com |

Description of Incident
At approx 230 pm fire was reported on s/de of new york ranch roads east side along PG&E Box/Pole. Fire moved at a rapid speed up hill burning grasslands, fences, and barn approx 250 feet from road. Barn was a complete loss, approx 5 acres, fences and cross fence a loss also. Land and property owned by Jackson Rancheria Development Corp.
Jackson Fire Department completed report, Cal Fire Report
# CA-AEU-001795

PROPERTY DAMAGE: Attach repair estimates, invoices, proof of purchase, or supporting documents. (Do Not Send Originals).
FOOD SPOILAGE: Include a separate itemized list of each item of food spoiled and documentation of cost.
NOTE: Under California damages law you are entitled to reimbursement for the lesser of fair market value or the cost to repair your damaged property. We use the replacement cost of the item and depreciate that amount to arrive at the fair market value. You may consider consulting with your insurance carrier.

| Item Description | Make/Brand | Model: Name /Number/Size | Age | Amount Claimed |
|---|---|---|---|---|
| Barn 45x65x25 | wood siding/tin Roof | 45x65x25 | | 142988.— |
| Fences | Tpost - Barb wire. | 1970 feet | | 10835— |
| Feeders | cattle | | | 500— |
| Grazing loss | native grass | 5 Acres | | 250— |
| Clean up site. | | labor, Equip, Dump | | 2000— |
| Fence Removal | Tpost + Barb wire. | 1970 feet | | 3940.— |
| | | Total Amount Claimed | $ | 160 513 |

Were you injured? □ Yes ☑ No   If yes, please describe:
Other Losses (lost wages, lost revenue, medical expenses, etc.) Use Additional paper if necessary

Witnesses: Name, Address, and Telephone    □ PG&E Employee   □ Other
Cal fire, Jackson Fire Department

I understand that Pacific Gas and Electric Company will review all documentation in support of this claim. I certify that the foregoing is true and correct.

Prepared By Cheryl Clark 209 217 4230    Relationship to Claimant Rep

Signature [signature]    Date 4-3-18


**Pacific Gas and Electric Company.**

## CLAIMS PROCESS

We understand you have sustained a loss and you believe PG&E may be responsible. If we prove to be responsible, we want to promptly and fairly compensate you. To evaluate your claim, we must determine how the incident happened, whether or not we caused it, and compensate you fairly under the law. Below are some frequently asked questions about submitting a claim to Pacific Gas and Electric Company.

**WHAT IS THE CLAIMS POLICY AND PROCESS?** It is PG&E's policy to respond to claims promptly and fairly. We evaluate each claim based on the information you provide and our investigation. The time to investigate your claim will depend on the information you provide and the complexity of the incident. Our goal is to reach a decision on your claim within 30 days of its receipt. However, if there are complex issues involved, or if we need additional information, the process may take longer.

**WHO IS RESPONSIBLE FOR DAMAGES?** Generally speaking, PG&E is responsible for damages that result from its negligence. If any person, business or property is damaged because PG&E does something unreasonable, or because we unreasonably fail to do something that should have been done, then we are obligated to reimburse reasonable damages. We are not responsible for damages that we do not cause or that are the result of forces beyond our control. For example, in most instances we are not responsible for power outages or voltage fluctuations caused by earthquakes, weather conditions (such as lightning, floods, heavy storms, extreme heat or winds) curtailments or outages initiated at the direction of any electric grid operator or due to a failure of gas supplies not caused by us. There may be situations in which PG&E is only partially responsible for a loss. In those cases we will offer to pay our fair share.

**WHAT IS YOUR RESPONSIBILITY?** You have a duty to mitigate your damages, which means that you have to minimize the loss, and to make sure that losses or expenses incurred because of an incident are not accumulating needlessly and that they are reasonable in relation to the loss.

**WHAT DO YOU NEED TO PROVIDE?** You should retain copies of all receipts so you can provide full and accurate documentation of your losses or damages. You can help us expedite your claim by completing the claim form as thoroughly as possible, and by enclosing appropriate photographs and supporting documentation. Below are general examples.

| Property Damage | Personal Injury* | Lost Wages | Business Losses | Miscellaneous Losses | Food Spoilage** |
| --- | --- | --- | --- | --- | --- |
| Detailed repair estimates | Date of Birth | Amount of time off | Tax records | Hotel receipts | Itemized purchase receipts |
| Detailed repair invoices | Gender | Employer's verification | Bank statements | Restaurant receipts | Itemized list of cost and type of food |
| Purchase receipts | Treatment bills | Payroll stubs | Payroll records | Car rental receipts | List to identify if items were frozen or refrigerated |
| Appraisals | *Treatment records | | Revenue statements | | Photographs |
| Photographs | Prescription receipts | | Expense statements | | |
| Rental receipts | | | Sales Receipts | | |

*For personal injury losses, be prepared to provide your Social Security Number and to approve PG&E's request for records from your medical provider(s).

**Food spoilage claims are evaluated based on the recommended guidelines from the US Department of Agriculture:
1. A fully stocked freezer will usually keep food frozen for 2 days after losing power, if the door remains closed.
2. A half-full freezer will usually keep food frozen about 1 day, if the door remains closed.
3. Food will usually stay cold in the refrigerator up to 4 hours, if the door remains closed.

**WHAT ARE YOUR CLAIM OPTIONS?** You may wish to refer your claim to your insurance company, which may be able to reimburse you without an investigation and, depending on your coverage, may pay replacement values for damaged items. Your insurance company will seek reimbursement from PG&E.

**WHAT IF YOUR CLAIM IS DENIED?** If your claim is denied, we will send a letter explaining the reason. It may be because of a gas or electric rule that applies to your situation. These rules are on file with the California Public Utilities Commission (CPUC). They have the same effect as other laws. If you are not satisfied with our decision and explanation, you have the right to file a court action, including a small claims action. The small claims court hears matters not exceeding $7,500. The small claims process does not involve attorneys.

**IS THERE A TIME LIMIT ON FILING A CLAIM OR A COURT ACTION?** It is always best to submit a claim as soon as possible. PG&E is guided by claims experience and applicable time limits for filing legal actions, if the claim is denied. Our experience indicates that food spoilage and similar claims should be made promptly, and, therefore, such claims will only be paid if they are submitted and resolved within one year from the date of the incident. If you wish to file a court action, there are various time limits set by California law. Generally, these are: personal injury, 2 years from the date of the injury; personal inconvenience (such as a meal out), 1 year; business interruption or economic loss with no property damage, 2 years; tangible property damage, 3 years. If you have questions regarding these limits, you should consult an attorney.

**WHAT IS THE ROLE OF THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC)?** The CPUC sets general rules relating to claims process, but it does not rule on the underlying merits of a claim. If you have a billing dispute that you are unable to resolve with PG&E personnel, the appropriate remedy is to file a complaint with the CPUC. For further information about the role of the CPUC, you can call 800-649-7570 or visit its website at www.cpuc.ca.gov.

Sent from my iPhone

Begin forwarded message:

> **From:** Larry White <lwhite@JacksonCasino.com>
> **Date:** March 14, 2018 at 10:25:11 AM PDT
> **To:** John Oneto <joneto@JacksonCasino.com>
> **Cc:** Natasha Ballew <nballew@JacksonCasino.com>
> **Subject: FW: IMG_1231.PNG.png**
>
> John,
>
> Please see below for the proposal for the barn replacement after the fire.
>
> Thanks :)
>
> Larry White
> Community Development Director
> Tribal Government
> Jackson Rancheria
> 12222 New York Ranch Rd.
> Jackson, CA 95642
>
> 209-283-0264 Cell
> 209-223-8466 FAX
>
> -----Original Message-----
> From: Jack Stewart [mailto:jakstewart@aol.com]
> Sent: Wednesday, March 14, 2018 9:26 AM
> To: Larry White <lwhite@JacksonCasino.com>
> Subject: Re: IMG_1231.PNG.png
>
> Larry
> A 45 X 65 X 16. 6/12 roof pitch
> With concrete, insulation, (2) 10 X 12 roll up or sliding doors, (1) 14 X 14 roll up, (2) man
> doors. Hay door and hay door roof cover erected with engineering. About $ 142,988.00  I had
> to guess on the back side. Looks like a lean-to.
> Let me know what else you need.
>
> Jack

7/3/2018

# COST SCHEDULE

The following is a guideline for reimbursement credits for Actual Costs incurred by approved projects as specified in the Grazing Lease and Annual Grazing Plan. Specifications and credits for each project will be developed and agreed upon in the Annual Grazing Plan.

## FENCE

| | | |
|---|---|---|
| Five Strand Barbed Wire: | $4.75- $6.00 per foot | 5.50 |
| Two Strand Electric: | $1.10 per foot | |
| Fence Line Preparation: | $3.00 per foot for five foot wide path in canopy cover greater than 65%. | |
| Removal of Old Fence: | $2.60 per foot | 2. |

## WATER DEVELOPMENTS

Spring Developments: $1,750-$3,500 including labor, spring box, 300-gallon cement water trough and enclosure fence for spring box.

Storage Tank: Will require additional approval and cost will be size-dependent.

Pond Development: Since individual site requirements will vary, each site will have costs determined after specifications have been drawn up.

## LABOR/EQUIPMENT RATES

**Per hour**

1........ Maximum farm hand labor rate – three times Minimum Wage
($10.00 per hour – for persons over 18 years of age)    $ 33.00

2........ Maximum equipment rates, bulldozers including driver:
Under 47 drawbar horsepower.....................................    $ 81.00
From 47 to 60 horsepower..........................................    $ 93.00
From 61 to 73 horsepower..........................................    $ 110.00

3........ Truck, up to 6000-pound capacity (including driver)............    $ 70.00

4........ Backhoe rate (including driver).....................................    $ 110.00

Date

Topic

Meeting Objectives

Attendees

Notes _____ white@Jacksoncrains.

150,000     142958
- Let from Jesus Smith + Jack Stewart (emer)

5 ac.
?    old hay - poor quality.

We lease.

sq footage
photos.
brds.
recepts ?   m.

Action items _____

# Argos Timber Works

Traditional Timber Frames and Restoration Services

**Jason Smith**
18570 Toyon Ct
Sutter Creek, CA 95685
209.256.5127

argos.timber@gmail.com
argostimberworks.com
Cal. Lic. #1002646

Concrete   12,000 - 16,000

$   50,000 - ~~75,000~~ Frame + Siding + Doors

$   9,000.

$100,000 - $150,000 →                    130000.-

+ 15-20% for unpredictables



# JACKSON FIRE DEPARTMENT

33 Broadway, Jackson, California 95642 · Non-emer: 209-223-1646 · Fax: 209-223-1111 · jacksonfiredept@hotmail.com

DETAILED REPROT, INCIDENT #17956
Wildland fire, 615 New York Ranch Rd. Jackson Ca.
June 24, 2017
Report prepared by Dep. Chief Dale Fishback, 6301


On June 24, 2017 at 14:40 Jackson Fire Department was dispatched to a reported to a reported wildland fire across the street from 615 New York ranch Rd. Jackson fire Department responded with Deputy Chief 6301 and Engine 6333 Staffed with one captain one firefighter and one probationary firefighter. A full automatic aid wildland response was issued through the ECC including Air and ground units from Cal Fire as well as equipment from AFPD and the City of Ione Fire Department.


Chief 6301 was the first to arrive on scene at 14:47 giving the initial report of approximately one acre of grass at a moderate rate of spread with one structure immediately threatened. The fire was on the eastern side of New York ranch road moving slightly up hill from the road and was already burning around a large barn approximately 250 feet from the road. Cal Fire Battalion Chief 2714 arrived on scene directly behind C6301 at 14:48. Face to face communication was made between C6301 and B2714 and due to the larger wildland threat incident command was passed to B2714. B2714's initial report was given as 1-2 acres at a moderate rate of spread and continue all responding units. C6301 proceeded south on New York Ranch approximately 100 yards in search of access into the fire through a gate at a residence to get a closer look at the situation around the barn and make access for incoming units. Once access was made through a locked gate C6301 was able to make it to the barn and reported that the structure was involved and requested the next in engine to his location to attempt a stop on the barn. E6333 arrived on scene at 14:50 and was assigned to the structure. E6333 made an initial attempt to contain the fire in the structure using there tank water and a master stream attack. The effort made a slight impact but fell short and by the time they were able to obtain a water source to the engine the fire had spread throughout the structure. At 14:57 B2714 reported to the command center that fire was now 3-4 acers with 1 fully involved bard. At 15:02 the forward rate of spread of the fire was reported as stopped with a continued threat of spotting until the barn was mitigated. Due to the intense heat crews were unable to get close enough to make any type of an effective effort on the barn. At 15:07 the structure succumbed to the fire and collapsed to the ground. After cooling the structure site with bucket drops from copter 404 crews were able to get in and mop up the rest of the structure. Not further spotting occurred and the fire was declared contained at 15:39. Units remained on scene mopping up until 17:09. The fire was checked every 2 hours through the night with no further flare ups found.

Station #1 - 33 Main Street Jackson CA 95642   (209) 223-9319



# JACKSON FIRE DEPARTMENT

15 Broadway, Jackson California 95642 · voice (209) 223-1646 · fax (209) 223-3333 · jacksonfiredept@hotmail.com

The wildland wife was contained to approximately 4 acers of open grass with minimum spotting. The extension to the approximately 50x60 wood construction barn resulted in a total loss of the structure and any contents. An Investigation of the estimated site of the fires origin at the road side was carried out but no evidence was found relating to an ignition source. The fires origin is undetermined.

Dale Fishback
Dept. Chief, Jackson Fire Department

Station 151 - 1 5 Main Street Jackson, CA 95642 - (209) 223-9034

Station 152 - 10650 Argonaut Dam Rd. Jackson, CA 95642 - (209) 223-9034



# JACKSON FIRE DEPARTMENT

11 Broadway, Jackson, California 95642 • voice (209) 223-1646 • fax (209) 223-1741 • jacksonfiredept@hotmail.com

Photos of barn taken at 15:03



Station 131 - 175 Main Street, Jackson, CA 95642 - (209) 223-0630

Sent from my iPhone

Begin forwarded message:

> **From:** "Request, PRA@CALFIRE" <pra.request@fire.ca.gov>
> **Date:** March 12, 2018 at 9:36:39 AM PDT
> **To:** "clarkoneto77@yahoo.com" <clarkoneto77@yahoo.com>
> **Subject: FW: 18-P-0216 FW: CA-AEU-0017956**
>
> Good Morning Ms. Clark:
>
> Thank you for your request noted below. **Responsive documents are attached.**
>
> Sincerely,
>
> Anne Henigan
> CAL FIRE Legal Office
>
> **From:** Cheryl Clark [mailto:clarkoneto77@yahoo.com]
> **Sent:** Thursday, March 1, 2018 11:42 AM
> **To:** Request, PRA@CALFIRE <pra.request@fire.ca.gov>
> **Subject:** CA-AEU-0017956
>
> Hello I was hoping to obtain a Fire report on Incident # CA-AEU-0017956. This fire location was on Approx cross section of New York Ranch Road and China Gulch Road in Jackson California
> Approximately 5 acres and a barn structure were at loss.
>
> Incident Date: 6/24/2017
>
> I am obtaining information for Jackson rancheria a development corporation. If you need to contact me my phone number is 209-217-4230.
>
> Thank you
> Cheryl Clark

| State of California CAL FIRE LE-66a (REV.10-2013) | | | | **Wildland Fire Investigation** | | | Incident Number | 17CAAEU017956 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Incident Date | Jun 24, 2017 |

## Location

| Fire Name | Region | Unit | Batt | County | | City/Area | | **Fire Cause Class** |
|---|---|---|---|---|---|---|---|---|
| NEW | CNR | AEU | 04 | Amador | | JACKSON_CITY | | Electrical Power Hardware |

| Origin Location | | Latitude | Longitude | |
|---|---|---|---|---|
| street RD JACKSON_CITY CA 95642 blk sierra pl. | | 38 21.8120 | -120 45.7620 | |
| | | Authority | Time Reported | Date Reported |
| | | | 02:40 PM | Saturday, Jun 24, 2017 |
| **Property Burned** | | Response Area | Est. Time Ign | Date of Ignition |
| grass /barn | | 131R | 02:38 PM | Saturday, Jun 24, 2017 |

## Conditions

| Red Flag | Weather Observer | | Device | Weather Observation | Date | Time | Temp °F | RH % | Wind Dir. | MPH |
|---|---|---|---|---|---|---|---|---|---|---|
| N | collin snyder | | Belt | Clear, less than 1/10 | Jun 24, 2017 | 03:50 PM | 95 | 40 | South | 3 |

| Elevation | Slope % | Aspect | Material First Ignited | | Arrival Fire Size ac. | Control Fire Size ac. | Suppression Actions Prior to FD |
|---|---|---|---|---|---|---|---|
| 1445 | 5 | S | grass | | 0.25 | 4.30 | No |

## Cause Class

| ARSON | CAMPFIRE | DEBRIS BURNING | ELECTRICAL POWER | EQUIPMENT | LIGHTNING |
|---|---|---|---|---|---|
| Excluded | Excluded | Excluded | Included | Excluded | Excluded |
| PLAYING WITH FIRE | RAILROAD | SMOKING | VEHICLE | OTHER/MISC | |
| Excluded | Excluded | Excluded | Excluded | Included | |

### Ignition Source

Faulty equipment / equipment malfunction

### Victim, Witness, Subject

### Vehicle/Equipment

Case: 19-30088   Doc# 13758   Filed: 05/19/23   Entered: 05/19/23 14:36:30   Page 21 of 36

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TCH RPT FC-34 | ☐ | FIRE RPT FC-18 | ☒ | PHOTOS | ☐ | CHP RPT | ☒ | SKETCH | ☐ | DIAGRAM |
| MENTAL RPT LE-71 ☐ | | EVID RPT LE-75e | ☐ | PHOTOS LE-75p | ☐ | MAPS | OTHER: | | | |

| | |
|---|---|
| fficer:Ryan J. Hollowell | Signature: |
| Completed:Jun 25, 2017 | Badge Number:2001 |
| fficer:Gianni S Muschetto | Signature: |

Page 3 of 3

| State of California | **Wildland Fire Investigation** | Incident Number | 17CAAEU017956 |
|---|---|---|---|
| CAL FIRE LE-66a (REV.10-2013) | | Incident Date | Jun 24, 2017 |

## NARRATIVE
### Details of the Investigation.

On Saturday June 24 2017 , I was assigned as the company officer on E-2754 at Sutter hill station 60. at 14:40 the Emergency command center (ECC) for CAL FIRE in Camino received a report of a vegetation fire at 615 New York ranch rd. in Jackson city CA. The ECC initiated a response. My crew and I responded on E-2754. Arriving at scene I noticed @ 3 acres of grass burning along New York ranch rd., and backing down hill into a drainage on the north end of the fire. On the south end of the fire I noticed the fire making an up hill run toward a structure ( hay barn ). E-2754 was assigned to B-6301 (structure group), and instructed to hold the fire east of the structure. After collapse of the structure and extinguishment of its contents, E-2754 mapped the fires perimeter to be 4.3 acres. B-2714 traced the burn indicators back to a power pole with a below grade transformer at its base. Talking with a PG&E employee at scene he believed the fire had started in the below grade box. There did not appear to be any other causes for the fires start or evidence of ignition devices. The cause of the fire was determined to be from an electrical malfunction of the equipment belonging to PG&E.



California Department of Forestry
and Fire Protection
Interagency Report of Incident and Dispatch Action

Incident Number: 17-CAAEU 017956
Incident Name: NEW
Event Number: 17020532

## Detail Report-Segment Summary

### Incident Location

**Incident Status: ONS**

| | |
|---|---|
| Location: | NEW YORK FITNESS @ 615 NEW YORK RANCH RD , JACKSON_CITY |
| Lo Cross: | 185 BLK SIERRA PL |
| City: | JACKSON_CI | County: | AMADOR |
| Loc Com: | |

Apartment:
Hi Cross: 2 BLK ROLLINGWOOD DR
Map Page: 386

| | |
|---|---|
| Latitude: | 38.361867 |
| Longitude: | -120.763985 |
| Legal: | 21_T06N_R11E_M |
| UTM: | 10 695359 4248332 |

Agency: CAJKS
Jurisdiction: CAJKS
DPA Agency: CAJKS

Dispatch Zone: EAST
Battalion: AEUBAT4
Resp. Area: 131A
Atom: 131A

| | |
|---|---|
| Legal | 21 T06N_R11E_M |
| 0 | |

Census    TR000402_BG3

### Reporting Party Information

Caller Name: AT&T MOBILITY 800 635 6840 4
Caller Loc: ⊶L(38.36139300,-120.765281)

Caller Phone: 209-418-5170
Call Source: 911

### Incident Type/Response Information

Incident Type: FIRE, VEGETATION
Dispatch Level: M

Response Plan: FWL2
Response Level: 1

### Incident Date/Time Summary

| | |
|---|---|
| Incident Call Rec.: | 06/24/2017 14:39:48 |
| Incident Keystroke: | 06/24/2017 14:39:49 |
| Incident Entry: | 06/24/2017 14:40:33 |
| Incident Dispatch: | 06/24/2017 14:40:57 |
| Incident Closed: | |

Personnel ID
KRASMUSS
KKING

CAD Workstation
AEUCAD08
AEUCAD02

### Fire Information

Status: CONT          Contained: 06/24/2017 15:39:00          Controlled:

Time Summary:

| WAI | DSP | ENR | ONS |
|---|---|---|---|
| 14:40.33 | 14:40.57 | 14:44.08 | 14:47.59 |

Case: 19-30088   Doc# 13758   Filed: 05/19/23   Entered: 05/19/23 14:36:30   Page 24 of 36

**A**

| 03020 | CA | MM 06 | DD 24 | YYYY 2017 | 132 | 17-0017956 | 000 | ☐ Delete | NFIRS -1 |
|---|---|---|---|---|---|---|---|---|---|
| FDID ★ | State ★ | Incident Date ★ | | | Station | Incident Number ★ | Exposure ★ | ☐ Change | Basic |
| | | | | | | | | ☐ No Activity | |

**B  Location★**

☐ Check this box to indicate that the address for this incident is provided on the Wildland Fire Module in Section B "Alternative Location Specification". Use only for wildland fires.    Census Tract |___|-|___|

☒ Street address
☐ Intersection
☐ In front of
☐ Rear of
☐ Adjacent to
☐ Directions

| 615 | | NEW YORK RANCH | | RD | |
|---|---|---|---|---|---|
| Number/Milepost | Prefix | Street or Highway | | Street Type | Suffix |

| JACKSON | | CA | 95642 | -|___| |
|---|---|---|---|---|
| Apt./Suite/Room  City | | State | Zip Code | |

Cross street or directions, as applicable

**C  Incident Type ★**

142    Brush or brush-and-grass
Incident Type

**D  Aid Given or Received ★**

1 ☐ Mutual aid received
2 ☐ Automatic aid recv.
3 ☐ Mutual aid given
4 ☒ Automatic aid given
5 ☐ Other aid given
N ☐ None

| 03020 | |
|---|---|
| Their FDID | Their State |

| | |
|---|---|
| Their Incident Number | |

**E1  Date & Times**       Midnight is 0000

Check boxes if dates are the same as Alarm Date.       Month  Day  Year   Hr Min Sec
ALARM always required

Alarm ★          06 | 24 | 2017 | 14:40:00

ARRIVAL required, unless canceled or did not arrive
☒ Arrival ★      06 | 24 | 2017 | 14:47:00

CONTROLLED Optional, Except for wildland fires
☐ Controlled
LAST UNIT CLEARED, required except for wildland fires
☒ Cleared         06 | 24 | 2017 | 19:33:00

**E2 Shift & Alarms**

Local Option

| | | |
|---|---|---|
| Shift or Platoon | Alarms | District |

**E3  Special Studies**

Local Option

| | |
|---|---|
| Special Study IDs | Special Study Value |

**F  Actions Taken ★**

10    Fire control or
Primary Action Taken (1)

13    Establish fire lines
Additional Action Taken (2)

14    Contain fire (wildland)
Additional Action Taken (3)

**G1  Resources ★**

☒ Check this box and skip this section if an Apparatus or Personnel form is used.

| | Apparatus | Personnel |
|---|---|---|
| Suppression | 0002 | 0004 |
| EMS | | |
| Other | | |

☐ Check box if resource counts include aid received resources.

**G2 Estimated Dollar Losses & Values**

LOSSES: Required for all fires if known. Optional for non fires.

| Property $ | |___|,| 000 |,| 000 | ☐ None |
|---|---|
| Contents $ | |___|,| 000 |,| 000 | ☐ None |

PRE-INCIDENT VALUE: Optional

| Property $ | |___|,| 000 |,| 000 | ☐ None |
|---|---|
| Contents $ | |___|,| 000 |,| 000 | ☐ None |

**Completed Modules**

☐ Fire-2
☐ Structure-3
☐ Civil Fire Cas.-4
☐ Fire Serv. Cas.-5
☐ EMS-6
☐ HazMat-7
☐ Wildland Fire-8
☒ Apparatus-9
☒ Personnel-10
☐ Arson-11

**H1★Casualties** ☐ None

| | Deaths | Injuries |
|---|---|---|
| Fire Service | | |
| Civilian | | |

**H2  Detector**
Required for Confined Fires.

1 ☐ Detector alerted occupants
2 ☐ Detector did not alert them
U ☐ Unknown

**H3  Hazardous Materials Release**

N ☐ None
1 ☐ Natural Gas: slow leak, no evacuation or HazMat actions
2 ☐ Propane gas: <21 lb. tank (as in home BBQ grill)
3 ☐ Gasoline: vehicle fuel tank or portable container
4 ☐ Kerosene: fuel burning equipment or portable storage
5 ☐ Diesel fuel/fuel oil: vehicle fuel tank or portable storage
6 ☐ Household solvents: home/office spill, cleanup only
7 ☐ Motor oil: from engine or portable container
8 ☐ Paint: from paint can totaling < 55 gallons
0 ☐ Other: special HazMat actions required or spill > 55gal., Please complete the HazMat form

**I  Mixed Use Property**

NN ☐ Not Mixed
10 ☐ Assembly use
20 ☐ Education use
33 ☐ Medical use
40 ☐ Residential use
51 ☐ Row of stores
53 ☐ Enclosed mall
58 ☐ Bus. & Residential
59 ☐ Office use
60 ☐ Industrial use
63 ☐ Military use
65 ☐ Farm use
00 ☐ Other mixed use

**J  Property Use★    Structures**

131 ☐ Church, place of worship
161 ☐ Restaurant or cafeteria
162 ☐ Bar/Tavern or nightclub
213 ☐ Elementary school or kindergarten
215 ☐ High school or junior high
241 ☐ College, adult education
311 ☐ Care facility for the aged
331 ☐ Hospital

**Outside**

124 ☐ Playground or park
655 ☐ Crops or orchard
669 ☐ Forest (timberland)
807 ☐ Outdoor storage area
919 ☐ Dump or sanitary landfill
931 ☒ Open land or field

341 ☐ Clinic, clinic type infirmary
342 ☐ Doctor/dentist office
361 ☐ Prison or jail, not juvenile
419 ☐ 1-or 2-family dwelling
429 ☐ Multi-family dwelling
439 ☐ Rooming/boarding house
449 ☐ Commercial hotel or motel
459 ☐ Residential, board and care
464 ☐ Dormitory/barracks
519 ☐ Food and beverage sales
936 ☐ Vacant lot
938 ☐ Graded/care for plot of land
946 ☐ Lake, river, stream
951 ☐ Railroad right of way
960 ☐ Other street
961 ☐ Highway/divided highway
962 ☐ Residential street/driveway

539 ☐ Household goods, sales, repairs
579 ☐ Motor vehicle/boat sales/repair
571 ☐ Gas or service station
599 ☐ Business office
615 ☐ Electric generating plant
629 ☐ Laboratory/science lab
700 ☐ Manufacturing plant
819 ☐ Livestock/poultry storage (barn)
882 ☐ Non-residential parking garage
891 ☐ Warehouse
981 ☐ Construction site
984 ☐ Industrial plant yard

Lookup and enter a Property Use code only if you have NOT checked a Property Use box:

Property Use    931

Open land or field

NFIRS-1 Revision 03/11/99

**K1  Person/Entity Involved**
Local Option

| | Business name (if applicable) | | Area Code | Phone Number |
|---|---|---|---|---|

JACKSON

Case: 19-30088    Doc# 13758    Filed: 05/19/23    Entered: 05/19/23 14:36:30    Page 25 of 36

03020    06/24/2017    17-0017956

☐ Check This Box if same address as incident location. Then skip the three duplicate address lines.

Mr.,Ms., Mrs. First Name | MI | Last Name | Suffix

Number | Prefix | Street or Highway | Street Type | Suffix

Post Office Box | Apt./Suite/Room | City

State | Zip Code

☐ More people involved? Check this box and attach Supplemental Forms (NFIRS-1S) as necessary

---

**K2 Owner** ☐ Same as person involved? Then check this box and skip the rest of this section.

Local Option

Business name (if Applicable) | Area Code | Phone Number

☐ Check this box if same address as incident location. Then skip the three duplicate address lines.

Mr.,Ms., Mrs. First Name | MI | Last Name | Suffix

Number | Prefix | Street or Highway | Street Type | Suffix

Post Office Box | Apt./Suite/Room | City

State | Zip Code

---

**L Remarks**

Local Option

On 06/24/2017 at 14:40:00  dispatched To 615 NEW YORK RANCH RD /JACKSON, CA 95642.  The location is a  Open land or field.  The incident was determined to be a(n) Brush or brush-and-grass mixture fire.

14:47:00 arrived on scene.
The following actions were performed on scene:
    Fire control or extinguishment, other
    Establish fire lines (wildfire)
    Contain fire (wildland)

Units responding were:
  Unit 6301 responded.
  Unit 6333 responded.


Automatic aid given:
  Jackson Fire Department


19:33:00  all units back in service.

---

**L Authorization**

Officer in charge ID | **Unknown Staff Member** Signature | Position or rank | Assignment | Month | Day | Year

Check Box if ☒ same as Officer in charge.

Member making report ID | **Unknown Staff Member** Signature | Position or rank | Assignment | Month | Day | Year

JACKSON

03020      06/24/2017     17-0017956



California Department of Forestry
and Fire Protection
Interagency Report of Incident and Dispatch Action

Incident Number: 17-CAAEU 017956
Incident Name: NEW
Event Number: 17020532

## Detail Report-Segment Summary

**Unit Status Details**

**131**

| DSP | AIQ |
|---|---|
| 14:40:56 | 15:06:48 |

**132**

| DSP | AIQ |
|---|---|
| 14:40:56 | 14:40:58 |

**60**

| DSP | ONS |
|---|---|
| 18:02:55 | 18:02:55 |

**AA440**

| REQ | DSP | ASN | ENR | ONS | AOR |
|---|---|---|---|---|---|
| 14:40:55 | 14:40:55 | 14:53:58 | 15:01:13 | 15:01:21 | 15:27:03 |

**AT82**

| REQ | DSP | ASN | ENR | ONS | RTQ | AIQ |
|---|---|---|---|---|---|---|
| 14:40:55 | 14:40:55 | 14:56:15 | 15:01:05 | 15:09:28 | 15:16:25 | 15:18:46 |

**AT83**

| REQ | DSP | ASN | ENR | ONS | RTQ | AIQ |
|---|---|---|---|---|---|---|
| 14:40:55 | 14:40:55 | 14:58:37 | 15:01:06 | 15:09:28 | 15:16:25 | 15:18:46 |

**B2714**

| DSP | ENR | ONS | AOS | AIQ |
|---|---|---|---|---|
| 14:40:55 | 14:44:12 | 14:48:43 | 17:09:36 | 18:00:04 |

**C404**

| DSP | REQ | ASN | ENR | ONS | RTQ | AIQ |
|---|---|---|---|---|---|---|
| 14:40:55 | 14:40:55 | 14:59:36 | 15:01:05 | 15:16:29 | 15:19:51 | 15:19:54 |

**C5101**

| ONS | DSP | AIQ |
|---|---|---|
| 14:54:02 | 14:54:02 | 15:42:31 |

**C6301**

| DSP | ENR | ONS | AOS | AIQ |
|---|---|---|---|---|
| 14:44:21 | 14:44:21 | 14:47:59 | 17:09:36 | 17:34:56 |

**D2741**

| DSP | AIQ |
|---|---|
| 14:40:56 | 14:45:20 |

**D2744**

| DSP | ENR | ONS | RTQ | AIQ |
|---|---|---|---|---|
| 14:44:08 | 14:44:08 | 15:12:24 | 15:57:48 | 16:10:20 |

**DUTYECC**

| DSP | AIQ |
|---|---|
| 14:40:56 | 14:40:58 |

**E2753**

| DSP | ENR | ONS | AIQ |
|---|---|---|---|
| 14:40:56 | 14:46:11 | 14:53:30 | 17:22:36 |

**E2754**

| DSP | ENR | ONS | AOS | RTQ | AIQ | ENR |
|---|---|---|---|---|---|---|
| 14:40:57 | 14:46:11 | 15:02:40 | 17:09:40 | 18:02:17 | 18:25:30 | 6:01:50 |

Case: 19-30088    Doc# 13758    Filed: 05/19/23    Entered: 05/19/23 14:36:30    Page 27 of 36



California Department of Forestry
and Fire Protection
Interagency Report of Incident and Dispatch Action

Incident Number: 17-CAAEU 017956
Incident Name: NEW
Event Number: 17020532

## Detail Report-Segment Summary

| DSP 6:01:50 | IAO 6:33:54 | AIQ 6:59:50 | | |
|---|---|---|---|---|

**E2774**

| DSP 14:40:57 | ENR 14:46:11 | ONS 15:02:40 | RTQ 16:19:49 | AIQ 16:31:03 |
|---|---|---|---|---|

**E2783**

| DSP 14:40:56 | ENR 14:46:11 | ONS 14:53:30 | RTQ 16:20:27 | AIQ 16:36:02 |
|---|---|---|---|---|

**E5361**

| DSP 14:40:55 | ACK 14:46:41 | AIQ 16:38:38 | | |
|---|---|---|---|---|

**E5364**

| ENR 14:45:09 | DSP 14:45:09 | ONS 14:48:45 | RTQ 16:23:00 | AIQ 16:38:32 |
|---|---|---|---|---|

**E5368**

| DSP 14:40:56 | ENR 14:46:11 | ONS 14:52:17 | RTQ 17:08:18 | AIQ 17:15:25 |
|---|---|---|---|---|

**E6333**

| DSP 14:40:55 | ENR 14:44:31 | ONS 14:50:25 | AIQ 17:34:49 | ENR 18:55:30 | DSP 18:55:30 | ONS 19:02:32 |
|---|---|---|---|---|---|---|
| RTQ 19:16:13 | AIQ 19:33:04 | | | | | |

**HC26F**

| DSP 14:40:56 | ENR 14:50:25 | RTQ 15:16:09 | AIQ 16:10:30 |
|---|---|---|---|

**HCVL1**

| REQ 14:40:56 | DSP 14:40:56 | AOR 14:46:35 |
|---|---|---|

**HCWAR4**

| REQ 14:40:57 | DSP 14:40:57 | ASN 14:42:13 | AOR 14:46:28 |
|---|---|---|---|

**JKSCHF**

| DSP 14:40:55 | AIQ 15:06:44 |
|---|---|

**P2721**

| ENR 14:49:02 | DSP 14:49:02 | ONS 15:58:09 | AIQ 15:58:12 |
|---|---|---|---|

**W236**

| DSP 14:59:51 | ENR 14:59:51 | RTQ 15:12:54 | AIQ 15:26:55 |
|---|---|---|---|

**W6240**

| DSP 14:59:22 | ENR 15:03:37 | RTQ 15:12:54 | AIQ 15:22:00 |
|---|---|---|---|

**W6340**

| DSP 14:40:56 | AIQ 15:15:16 |
|---|---|

**W6440**



California Department of Forestry
and Fire Protection
Interagency Report of Incident and Dispatch Action

## Detail Report-Segment Summary

| DSP 14:59:22 | ENR 15:03:20 | RTQ 15:12:54 | AIQ 15:22:07 | |
|---|---|---|---|---|

WILDA

| DSP 14:40:56 | AIQ 14:40:58 | |
|---|---|---|

Incident Remarks:

| | | | |
|---|---|---|---|
| 06/24/2017 | 14:41:03 | 3RD HAND REPORT OF WILDLAND FIRE OUTSIDE OF BUSINESS | KRASMUSS |
| 06/24/2017 | 14:42:07 | per another rp 60x60 spot | LDAWES |
| 06/24/2017 | 14:42:47 | 50 x 20 yards going towards house and barn | KACCINEL |
| 06/24/2017 | 14:47:57 | coming up hilll towards house | KACCINEL |
| 06/24/2017 | 14:49:14 | ST9252G responding from Mok. Hill | LDAWES |
| 06/24/2017 | 14:54:19 | ALL FIXED WING OFF 15 MIN ETA | TBOSWORT |
| 06/24/2017 | 14:55:56 | aa440 15:05 eta | BRAPP |
| 06/24/2017 | 14:57:09 | C404 1512 ETA | TBOSWORT |
| 06/24/2017 | 15:06:16 | ST9252G ENROUTE FROM AMA/CALA CO LINE | BRAPP |
| 06/24/2017 | 15:14:02 | AA440 - RELEASING T82 T83 LOADED  ETA 15:22 | BRAPP |
| 06/24/2017 | 15:14:37 | AA440 - C404 REMAINING IN THE AIR FOR SPOTTING POTENTIAL ST9252G ON SCENE | BRAPP |
| 06/24/2017 | 15:18:39 | AA440 RELEASEING C404 ETA CAAB 15:32 | BRAPP |
| 06/24/2017 | 16:37:36 | ST9252G RETURNING TO TCU | BRAPP |
| 06/24/2017 | 18:15:45 | per b2714 someone will be checking the barn every 2 hours. there was hay in it. the home owner next door will also be watching every hour | KACCINEL |
| 06/25/2017 | 6:02:11 | E2754, CHECKING FIRE | KKING |

California Department of Forestry
and Fire Protection
Interagency Report of Incident and Dispatch Action

Incident Number: 17-CAAEU 017956
Incident Name: NEW
Event Number: 17020532



## Detail Report-Segment Summary

```
FREQA          06/24/2017  14:40:54                                JGAYMES              AEUCAD05
Command:AMADOR:2  Primary Tactical:CDF TAC 2  Alternate Tactical:(none)  Air to Air:AIR TACS 22:1  Ai
APND           06/24/2017  14:42:47                                KACCINEL             AEUCAD01
Location: =L(38.362423,-120.764165) ,JACKSON_CITY ;Caller: AT&T MOBILITY 800 635 6840 4;Address: =L(3
FREQA          06/24/2017  14:44:07                                KACCINEL             AEUCAD01
Command:AMADOR:2  Primary Tactical:CDF TAC 2  Alternate Tactical:(none)  Air to Air:AIR TACS 22:1  Ai
FREQA          06/24/2017  14:44:20                                BRAPP                AEUCAD06
Command:AMADOR:2  Primary Tactical:CDF TAC 2  Alternate Tactical:(none)  Air to Air:AIR TACS 22:1  Ai
FREQA          06/24/2017  14:45:09                                BRAPP                AEUCAD06
Command:AMADOR:2  Primary Tactical:CDF TAC 2  Alternate Tactical:(none)  Air to Air:AIR TACS 22:1  Ai
PLCREQ         06/24/2017  14:47:28                                LDAWES               AEUCAD07
Req#:TBA. Temporary ID:AEU32.001. Item:STG. Catalog:Crew, Strike Team, Type 1. When Needed:06/24/2017
CAD-CIS        06/24/2017  14:47:41                                                     POLLROSI
Event Identifiers: CAD: AEU, Agc: CAJKS, Event #:17020532, Request #:C-0001, CAD temp Id: AEU32.001, :
PLCREQ         06/24/2017  14:47:53                                TBOSWORT             AEUCAD09
Req#:TBA. Temporary ID:AEU32.002. Item:A/A. Catalog:Fixed Wing, Air Tactical. When Needed:06/24/2017--
APND           06/24/2017  14:47:57                                KACCINEL             AEUCAD01
Location: 400 CHINA GRAVEYARD RD ,JACKSON_CITY ;Caller: NODDER, RUSS;Address: 400 CHINA GRAVEYARD RD;
MISC           06/24/2017  14:48:38                                BRAPP                AEUCAD06
C6301,1 acre grass mod ros 1 structure threatened (command: M)
FREQA          06/24/2017  14:49:02                                BRAPP                AEUCAD06
Command:AMADOR:2  Primary Tactical:CDF TAC 2  Alternate Tactical:(none)  Air to Air:AIR TACS 22:1  Ai
MISC           06/24/2017  14:50:17                                BRAPP                AEUCAD06
B2714,1-2 acres mod ros con't resp (command: M)
PLCREQ         06/24/2017  14:51:15                                TBOSWORT             AEUCAD09
Req#:TBA. Temporary ID:AEU32.003. Item:A/A. Catalog:Fixed Wing, Air Tactical. When Needed:06/24/2017--
CAD-CIS        06/24/2017  14:51:26                                                     POLLROSI
Event Identifiers: CAD: AEU, Agc: CAJKS, Event #:17020532, Request #:A-0001, CAD temp Id: AEU32.003, :
PLCREQ         06/24/2017  14:51:48                                TBOSWORT             AEUCAD09
Req#:TBA. Temporary ID:AEU32.005. Item:A/T. Catalog:Airtanker, Any Type. When Needed:06/24/2017-14:51
PLCREQ         06/24/2017  14:51:48                                TBOSWORT             AEUCAD09
Req#:TBA. Temporary ID:AEU32.004. Item:A/T. Catalog:Airtanker, Any Type. When Needed:06/24/2017-14:51
PLCREQ         06/24/2017  14:52:51                                TBOSWORT             AEUCAD09
Req#:TBA. Temporary ID:AEO32.008. Item:A/T. Catalog:Airtanker, Any Type. When Needed:06/24/2017-14:51
PLCREQ         06/24/2017  14:52:51                                TBOSWORT             AEUCAD09
Req#:TBA. Temporary ID:AEU32.007. Item:A/T. Catalog:Airtanker, Any Type. When Needed:06/24/2017-14:51
CAD-CIS        06/24/2017  14:52:59                                                     POLLROSI
Event Identifiers: CAD: AEU, Agc: CAJKS, Event #:17020532, Request #:A-0002, CAD temp Id: AEU32.007, :
CAD-CIS        06/24/2017  14:52:59                                                     POLLROSI
Event Identifiers: CAD: AEU, Agc: CAJKS, Event #:17020532, Request #:O-0001, CAD temp Id: AEU32.006, :
CAD-CIS        06/24/2017  14:53:05                                                     POLLROSI
Event Identifiers: CAD: AEU, Agc: CAJKS, Event #:17020532, Request #:A-0003, CAD temp Id: AEU32.008, :
CAD-CIS        06/24/2017  14:53:12                                                     POLLROSI
Event Identifiers: CAD: AEU, Agc: CAJKS, Event #:17020532, Request #:O-0002, CAD temp Id: AEU32.009, :
PLCREQ         06/24/2017  14:53:37                                TBOSWORT             AEUCAD05
Req#:TBA. Temporary ID:AEU32.010. Item:HEL2. Catalog:Helicopter, Type 2 Standard. When Needed:06/24/2
CAD-CIS        06/24/2017  14:53:49                                                     POLLROSI
Event Identifiers: CAD: AEU, Agc: CAJKS, Event #:17020532, Request #:A-0004, CAD temp Id: AEU32.010, :
FREQA          06/24/2017  14:54:02                                BRAPP                AEUCAD06
Command:AMADOR:2  Primary Tactical:CDF TAC 2  Alternate Tactical:(none)  Air to Air:AIR TACS 22:1  Ai
CAD-CIS        06/24/2017  14:54:15                                                     POLLROSI
Successful CADFILL from ROS to AEU. for placed request. AEU event #17020532, agency CAJKS. Placed req
PLCREQ         06/24/2017  14:55:36                                LDAWES               AEUCAD07
Req#:TBA. Temporary ID:AEU32.011. Item:ENG3. Catalog:Engine, Type 3. When Needed:06/24/2017-14:55:02.
PLCREQ         06/24/2017  14:55:36                                LDAWES               AEUCAD07
Req#:TBA. Temporary ID:AEU32.012. Item:ENG3. Catalog:Engine, Type 3. When Needed:06/24/2017-14:55:02.
```



California Department of Forestry
and Fire Protection
Interagency Report of Incident and Dispatch Action

Incident Number: 17-CAAEU 017956
Incident Name: NEW
Event Number: 17020532

## Detail Report-Segment Summary

ROSRFR         06/24/2017  14:55:36                                    LDAWES              ABUCADO7
Fill requests sent for: E2753,E2783,B2714
CAD-CIS        06/24/2017  14:55:47                                                        POLLROSI
Event Identifiers: CAD: AEU, Agc: CAJKS, Event #:17020532, Request #:E-0002, CAD temp Id: AEU32.011, :
CAD-CIS        06/24/2017  14:55:50                                                        POLLROSI
Event Identifiers: CAD: AEU, Agc: CAJKS, Event #:17020532, Request #:E-0001, CAD temp Id: AEU32.012, :
CAD-CIS        06/24/2017  14:56:26                                                        POLLROSI
Successful CADFILL from ROS to AEU. for placed request. AEU event #17020532, agency CAJKS. Placed req
PLCREQ         06/24/2017  14:56:33                                    BRAFF               AEUCADO7
Req#:TBA. Temporary ID:AEU32.013. Item:ENG1. Catalog:Engine, Type 1. When Needed:06/24/2017-14:56:19.
CAD-CIS        06/24/2017  14:56:45                                                        POLLROSI
Event Identifiers: CAD: AEU, Agc: CAJKS, Event #:17020532, Request #:E-0003, CAD temp Id: AEU32.013, :
MISC           06/24/2017  14:57:37                                    BRAFF               ABUCADO6
B2714,3-4 acres making progress with 1 fully involved barn (command: M)
MISC           06/24/2017  14:58:41                                    BRAFF               ABUCADO6
B2714,req 2 wt's (command: M)
SUGG           06/24/2017  14:58:44                                    JGAINES             ABUCADO5
, ADD: No comments entered.
CAD-CIS        06/24/2017  14:58:48                                                        POLLROSI
Successful CADFILL from ROS to AEU. for placed request. AEU event #17020532, agency CAJKS. Placed req
SUGG           06/24/2017  14:59:05                                    JGAINES             ABUCADO5
, ADD: No comments entered.
FREQA          06/24/2017  14:59:22                                    JGAINES             ABUCADO5
Command:AMADOR:2  Primary Tactical:CDF TAC 2  Alternate Tactical:(none)  Air to Air:AIR TACS 22:1  Ai
FREQA          06/24/2017  14:59:51                                    BRAFF               ABUCADO6
Command:AMADOR:2  Primary Tactical:CDF TAC 2  Alternate Tactical:(none)  Air to Air:AIR TACS 22:1  Ai
CAD-CIS        06/24/2017  15:00:00                                                        POLLROSI
Successful CADFILL from ROS to AEU. for placed request. AEU event #17020532, agency CAJKS. Placed req
MISC           06/24/2017  15:02:55                                    BRAFF               ABUCADO6
B2714,FORWARD PROGRESS STOPPED WILL CON'T TO HAVE SPOTTING ISSUE TILL BARN FIRE MITIGATED (command: M
PLCREQ         06/24/2017  15:03:26                                    LDAWES              ABUCADO7
Req#:TBA. Temporary ID:AEU32.015. Item:ENG3. Catalog:Engine, Type 3. When Needed:06/24/2017-15:02:55.
PLCREQ         06/24/2017  15:03:26                                    LDAWES              ABUCADO7
Req#:TBA. Temporary ID:AEU32.014. Item:ENG3. Catalog:Engine, Type 3. When Needed:06/24/2017-15:02:55.
ROSRFR         06/24/2017  15:03:26                                    LDAWES              ABUCADO7
Fill requests sent for: E2754,E2774
CAD-CIS        06/24/2017  15:03:38                                                        POLLROSI
Event Identifiers: CAD: AEU, Agc: CAJKS, Event #:17020532, Request #:E-0004, CAD temp Id: AEU32.015, :
CAD-CIS        06/24/2017  15:03:40                                                        POLLROSI
Event Identifiers: CAD: AEU, Agc: CAJKS, Event #:17020532, Request #:E-0005, CAD temp Id: AEU32.014, :
PLCREQ         06/24/2017  15:10:28                                    LDAWES              ABUCADO7
Req#:TBA. Temporary ID:AEU32.016. Item:ENG1. Catalog:Engine, Type 1. When Needed:06/24/2017-15:09:33.
CAD-CIS        06/24/2017  15:10:36                                                        POLLROSI
Event Identifiers: CAD: AEU, Agc: CAJKS, Event #:17020532, Request #:E-0006, CAD temp Id: AEU32.016, :
CAD-CIS        06/24/2017  15:10:36                                                        POLLROSI
Event Identifiers: CAD: AEU, Agc: CAJKS, Event #:17020532, Request #:E-0006, CAD temp Id: , Kind/Type
MISC           06/24/2017  15:12:19                                    BRAFF               ABUCADO6
B2714,BARN TO THE GROUND CON'T ST9252G CANCEL REMAINDER (command: M)
PLCREQ         06/24/2017  15:12:57                                    LDAWES              ABUCADO7
Req#:TBA. Temporary ID:AEU32.017. Item:ENG. Catalog:Engine, Type Any. When Needed:06/24/2017-15:10:28
CAD-CIS        06/24/2017  15:13:06                                                        POLLROSI
Event Identifiers: CAD: AEU, Agc: CAJKS, Event #:17020532, Request #:E-0007, CAD temp Id: , Kind/Type
CAD-CIS        06/24/2017  15:13:06                                                        POLLROSI
Event Identifiers: CAD: AEU, Agc: CAJKS, Event #:17020532, Request #:E-0007, CAD temp Id: AEU32.017, :
PLCREQ         06/24/2017  15:13:56                                    LDAWES              ABUCADO7
Req#:TBA. Temporary ID:AEU32.018. Item:ENG1. Catalog:Engine, Type 1. When Needed:06/24/2017-15:12:58.

Case: 19-30088   Doc# 13758   Filed: 05/19/23   Entered: 05/19/23 14:36:30   Page 31
of 36

California Department of Forestry
and Fire Protection
Interagency Report of Incident and Dispatch Action

Incident Number: 17-CAAEU 017956
Incident Name: NEW
Event Number: 17020532



## Detail Report-Segment Summary

```
CAD-CIS      06/24/2017  15:14:07
                                                                        POLLROST
Event Identifiers: CAD: AEU, Agc: CAJKS, Event #:17020532, Request #:E-0008, CAD temp Id: AEU32.018, :
CAD-CIS      06/24/2017  15:14:07
                                                                        POLLROST
Event Identifiers: CAD: AEU, Agc: CAJKS, Event #:17020532, Request #:E-0008, CAD temp Id: , Kind/Type
PLCREQ       06/24/2017  15:15:50
                                                             LDAWES          AEUCAD07
Req#:TBA. Temporary ID:AEU32.019. Item:DOZ2. Catalog:Dozer, Type 2. When Needed:06/24/2017-15:14:13. .
CAD-CIS      06/24/2017  15:16:03
                                                                        POLLROST
Event Identifiers: CAD: AEU, Agc: CAJKS, Event #:17020532, Request #:E-0009, CAD temp Id: AEU32.019, :
CAD-CIS      06/24/2017  15:19:19
                                                                        POLLROST
Successful ROSFILL from ROS to AEU, for AEU # 17020532, agency CAJKS. Request # E-0006. ObjId: 870991
CHNG         06/24/2017  15:28:22
                                                             HELOFSON        AEUCAD09
Priority: 3 ==> 8;Type: FWL ==> FCS;TypeDescr: FIRE, VEGETATION ==> FIRE, SMOKE CHECK;RespId: FWL2 ==
CHNG         06/24/2017  15:28:48
                                                             HELOFSON        AEUCAD09
Priority: 8 ==> 3;Type: FCS ==> FWL;TypeDescr: FIRE, SMOKE CHECK ==> FIRE, VEGETATION;RespId: FSK2 ==
CAD-CIS      06/24/2017  15:31:07
                                                                        POLLROST
Successful ROSFILL from ROS to AEU, for AEU # 17020532, agency CAJKS. Request # E-0007. ObjId: 870991
ROSFILL      06/24/2017  15:31:07
                                                             CISWKS          CISWKS
Req#: E-0007. Item: NO CAT. Catalog: Engine, Type 3, 4, 5, or 6. ROS reports FILL action.
CAD-CIS      06/24/2017  15:35:53
                                                                        POLLROST
Successful ROSFILL from ROS to AEU, for AEU # 17020532, agency CAJKS. Request # E-0008. ObjId: 870991
ROSDEFER     06/24/2017  15:38:23
                                                             LDAWES          AEUCAD07
Closed Received Request for Req # E-0008, Event Number CAJKS17020532; Action: DEFER; By LDAWES at wks
ROSDEFER     06/24/2017  15:38:23
                                                             LDAWES          AEUCAD07
Closed Received Request for Req # E-0007, Event Number CAJKS17020532; Action: DEFER; By LDAWES at wks
ROSDEFER     06/24/2017  15:38:23
                                                             LDAWES          AEUCAD07
Closed Received Request for Req # E-0006, Event Number CAJKS17020532; Action: DEFER; By LDAWES at wks
MISC         06/24/2017  15:39:45
                                                             BRAPP           AEUCAD06
B2714,FIRE CONTAINED (command: M)
TAB          06/24/2017  15:46:03
                                                             JGAIMES         AEUCAD05
4.3 (command: TAB)
TAB          06/24/2017  15:53:56
                                                             BRAPP           AEUCAD06
4 (command: TAB)
CAD-CIS      06/24/2017  16:24:17
                                                                        POLLROST
Successful CADFILL from ROS to AEU, for placed request, AEU event #17020532, agency CAJKS. Placed req
CAD-CIS      06/24/2017  17:03:26
                                                                        POLLROST
Successful CADCAN from ROS to AEU, for placed request, AEU event #17020532, agency CAJKS. Placed requ
PLCRCAN      06/24/2017  17:03:26
                                                             CISWKS          CISWKS
Req#:C-0001. Temporary ID:. Item:STG. Catalog:Crew, Strike Team, Type 1.
FREQA        06/24/2017  18:02:55
                                                             BRAPP           AEUCAD06
Command:AMADOR:2  Primary Tactical:CDF TAC 2  Alternate Tactical:(none)  Air to Air:AIR TACS 22:1  Ai
FREQA        06/24/2017  18:55:30
                                                             SPEREZ          AEUCAD02
Command:AMADOR:2  Primary Tactical:CDF TAC 2  Alternate Tactical:(none)  Air to Air:AIR TACS 22:1  Ai
FREQA        06/25/2017  6:01:50
                                                             RKING           AEUCAD02
Command:AMADOR:2  Primary Tactical:CDF TAC 2  Alternate Tactical:(none)  Air to Air:AIR TACS 22:1  Ai
```

| 03020 | CA | MM 6 | DD 24 | YYYY 2017 | 132 | 17-0017956 | 000 | Responding Personnel |
| FDID ★ | State ★ | Incident Date ★ | | | Station | Incident Number ★ | Exposure ★ | |

| Staff ID\Staff Name | Unit | Activity | Position | Rank | PayScl | Hrs | HrsPd | Pts |
|---|---|---|---|---|---|---|---|---|
| 6301 FISHBACK, DALE R | 6301 | FX Fire Response | | DC | | 4.88 | 4.88 | 0.00 |
| 6305 MARTINSEN, CODY T | 6333 | FX Fire Response | | CP | | 4.88 | 4.88 | 0.00 |
| ANAYO1 ANAYA, VICTOR R | 6333 | FX Fire Response | | PR | | 4.88 | 4.88 | 0.00 |
| BIDWO1 BIDWELL, ANDREW S | 6333 | FX Fire Response | | FFE | | 4.88 | 4.88 | 0.00 |

Total Participants: 4

Total Personnel Hours: 19.52

An 'X' next to the unit denotes driver.

JACKSON

03020   06/24/2017   17-0017956



100% loss

# Electronic Proof of Claim

Final Audit Report

2019-05-15

| | |
|---|---|
| Created: | 2019-05-15 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA7cEuZEaQXJB_CRRdNWEZUji_127BFh5y |

## "Electronic Proof of Claim" History

🗐 Widget created by Prime Clerk E-Filing (efiling@primeclerk.com)
2019-05-15 - 4:52:07 PM GMT

⬎ Natali A. Ron (nron@hastingslawoffice.com) uploaded the following supporting documents:
⬎ Attachment
2019-05-15 - 5:13:28 PM GMT

🗐 Widget filled in by Natali A. Ron (nron@hastingslawoffice.com)
2019-05-15 - 5:13:28 PM GMT- IP address: 73.48.214.250

🔧 (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 6.1; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/74.0.3729.157 Safari/537.36)
2019-05-15 - 5:13:31 PM GMT- IP address: 73.48.214.250

🌐 Signed document emailed to Natali A. Ron (nron@hastingslawoffice.com) and Prime Clerk E-Filing
(efiling@primeclerk.com)
2019-05-15 - 5:13:31 PM GMT

Prime Clerk · POWERED BY Adobe Sign