1  KELLER BENVENUTTI KIM LLP
   Jane Kim (#298192)
2  (jkim@kbkllp.com)
   David A. Taylor (#247433)
3  (dtaylor@kbkllp.com)
   Dara L. Silveira (#274923)
4  (dsilveira@kbkllp.com)
   650 California Street, Suite 1900
5  San Francisco, CA 94108
   Tel: 415 496 6723
6  Fax: 650 636 9251

7
   *Attorneys for Debtors and Reorganized Debtors*
8
                    UNITED STATES BANKRUPTCY COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION
10

11
   **In re:**                                    Bankruptcy Case No. 19-30088 (DM)
12
   **PG&E CORPORATION,**                          Chapter 11
13
          **- and -**                             (Lead Case) (Jointly Administered)
14
   **PACIFIC GAS AND ELECTRIC COMPANY,**          **NOTICE OF CONTINUED HEARING ON
15                                                 CERTAIN OF THE REORGANIZED
                             **Debtors.**          DEBTORS' OMNIBUS OBJECTIONS TO
16                                                 CLAIMS**

17 ☐ Affects PG&E Corporation                     **[Re:  Dkt. Nos. 13670, 13753]**
   ☐ Affects Pacific Gas and Electric Company
   ☒ Affects both Debtors
18
   * *All papers shall be filed in the Lead Case, No.*   Date:  July 26, 2023
19  *19-30088 (DM).*                              Time: 10:00 a.m. (Pacific Time)
                                                   Place: (Tele/Videoconference Only)
20                                                        United States Bankruptcy Court
                                                          Courtroom 17, 16th Floor
21                                                        San Francisco, CA 94102

22

23

24

25

26

27

28

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (the "**Debtors,**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** by Order dated June 20, 2020, the Bankruptcy Court confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated July 19, 2020* [Docket No. 8048] (the "**Plan**"). The Plan became effective on July 1, 2020.

**PLEASE TAKE FURTHER NOTICE** that on June 30, 2020, the Bankruptcy Court entered the *Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and Manner of the Notice of Omnibus Objections*, dated June 30, 2020 [Docket No. 8228] (the "**Omnibus Objections Procedures Order**"), pursuant to which the Bankruptcy Court established procedures by which the Debtors and Reorganized Debtors could file objections to multiple Claims (as defined therein).

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Omnibus Objection Procedures Order, the Reorganized Debtors filed the following omnibus objection (the "**Omnibus Objection**") and received the corresponding response identified below (the "**Omnibus Objection Response**"):

| Omnibus Objection | Objection Filed | Objection Deadline | Responses Received | Original Hearing Date |
|---|---|---|---|---|
| *Reorganized Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Liability Claims)*<br><br>[Docket No. 13670] | April 14, 2023 | May 10, 2023, at 4:00 p.m. (Pacific Time) | Jackson Rancheria Development Corp. (Claim No. 3002) [Docket No. 13753] | May 24, 2023, at 10:00 a.m. (Pacific Time) |

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Omnibus Objection *solely with respect to the specific claim that is identified in the Omnibus Objection Response and in the above paragraph of this Notice* will be **continued** to the omnibus hearing on July 26, 2023, at 10:00 a.m. (Pacific Time), unless otherwise noted herein.

**PLEASE TAKE FURTHER NOTICE** that copies of each document identified herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Reorganized Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

1   Dated:  May 22, 2023                    **KELLER BENVENUTTI KIM LLP**

2                                           */s/ Dara L. Silveira*
3                                           Dara L. Silveira

4                                           *Attorneys for Debtors and Reorganized Debtors*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28