MARY ELLMANN TANG (SBN 154340)
PATRICIA H. LYON (SBN 126761)
KEVIN E. FUSCH (SBN 255877)
FRENCH LYON TANG
A Professional Corporation
1550 Parkside Drive, Suite 250
Walnut Creek, CA 94596
Telephone: (925) 678-1876

Attorneys for Creditor,
CRISTINA MENDOZA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In Re:** <br><br> **PG&E CORPORATION** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY** <br><br> **Debtors.** | Case No. 19-30088 (DM) and 19-30089 <br> Chapter 11 <br><br> (Jointly Administered) <br><br> **REQUEST TO BE REMOVED FROM ECF NOTIFICATIONS** |

TO THE CLERK OF THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Bankr. P. 2002 and 9007, the undersigned attorney hereby requests to be removed from the Court's Courtesy Notification of Electronic Filing in these jointly administered cases.

                                                            FRENCH LYON TANG
                                                            A Professional Corporation

Dated: May 23, 2023                      By: /s/Mary Ellmann Tang
                                                            MARY ELLMANN TANG
                                                            Attorneys for CRISTINA MENDOZA

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all those entitled hereto.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 23rd day of May, 2023, at Walnut Creek, California.

/s/Nicole Fears
NICOLE FEARS

REQUEST TO BE REMOVED FROM ECF NOTIFICATIONS