**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>        **Debtors**.<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☒  Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR MAY 24, 2023, OMNIBUS HEARING**<br><br>Date:  May 24, 2023<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  Zoom Videoconference<br>        United States Bankruptcy Court<br>        Courtroom 17, 16th Floor<br>        San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR
MAY 24, 2023,
OMNIBUS HEARING**

**I:** **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*CONTESTED MATTERS GOING FORWARD AT 10:00 A.M.*

1. **Motion to Enforce Plan Injunction:** *Reorganized Debtors' Omnibus Motion to Enforce the Discharge and Injunction Provisions of Plan and Confirmation Order Against Certain Pending Actions* [**Dkt. 13685**].

    Related Documents:

    A. *Declaration of Keith E. Eggleton in Support of Reorganized Debtors' Omnibus Motion to Enforce the Discharge and Injunction Provisions of Plan and Confirmation Order Against Certain Pending Actions* [**Dkt. 13686**].

    B. *Reorganized Debtors' Reply in Support of Omnibus Motion to Enforce the Discharge and Injunction Provisions of Plan and Confirmation Order Against Certain Pending Actions* [**Dkt. 13741**].

    C. *Supplemental Declaration of Keith E. Eggleton in Support of Reorganized Debtors' Omnibus Motion to Enforce the Discharge and Injunction Provisions of Plan and Confirmation Order Against Certain Pending Actions* [**Dkt. 13742**].

    Responses Received:

    D. *Objectiions of Plaintiffs and Claimants Liza Sims, Individually and On Behalf of Thomas and Jaydene Gardner Pursuant to PG&E Motion to Obtain Coverage of "Channeling Injunction" to Defeat Plaintiffs Various Claims for Punitive Damages (Pursuant to LR 9014-1)* [**Dkt. 13710**].

    E. *Declaration of Jane Luciano in Support of Plaintiffs Objection to PG and E Motion to Defeat Plaintiffs Claims for Punitive Damages; Exhibits 1 Through 3.* [**Dkt. 13711**].

    F. *Plaintiffs Request for Judicial Notice in Support of Objection Filed Contemporaneously Herewith* [**Dkt. 13712**].

    G. *Declaration of William D. McCann in Support of Plaintiffs Objection to PG and E Motion to Defeat Plaintiffs' Claims for Punitive Damages* [**Dkt. 13713**].

    H. *William B. Abrams Objection to the Reorganized Debtors' Omnibus Motion to Enforce the Discharge and Injunction Provisions of Plan and Confirmation Order Against Certain Pending Actions* [**Dkt. 13714**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

I. *Declaration of William B. Abrams Objection to the Reorganized Debtors' Omnibus Motion to Enforce the Discharge and Injunction Provisions of Plan and Confirmation Order Against Certain Pending Actions* [**Dkt. 13715**].

J. *Efren Robinson, et al.'s Objection to the Reorganized Debtors' Omnibus Motion to Enforce the Discharge and Injunction Provisions of Plan and Confirmation Order Against Certain Pending Actions* [**Dkt. 13721**].

K. *William B. Abrams Motion for Reconsideration and Relief from the Order Regarding Hearing on May 24, 2023* [**Dkt. 13755**].

L. *Declaration of William B. Abrams in Support of William B. Abrams Motion for Reconsideration and Relief from the Order Regarding Hearing on May 24, 2023* [**Dkt. 13756**].

Related Order:

M. *Order Regarding Hearing on May 24, 2023* [**Dkt. 13736**].

Status: This matter is going forward on a contested basis.

*RESOLVED AND CONTINUED MATTERS*

2. **120th Omnibus Objection:** *Reorganized Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Liability Claims)* [**Dkt. 13670**].

Status: This matter has been continued to July 26, 2023, as to the claims of Synergy Project Management, Inc., David Mitchell, and Jackson Rancheria Development Corp. pursuant to Notices [**Dkts. 13739 and 13762**]. The Objection is expected to be resolved as to all other claims pursuant to the Revised Report on Responses and Request for Default [**Dkt. 13761**].

II: **MATTERS SCHEDULED TO BE HEARD IN ADVERSARY PROCEEDING: No. 23-03005 (DM)**

*RESOLVED AND CONTINUED MATTERS*

1. **Addington Motion for Summary Judgment:** *Reorganized Debtors' Motion for Summary Judgment on Claims of David P. Addington and Request for Related Relief* [**Dkt. 14**].

Status: This matter has been continued by agreement of the parties to June 7, 2023, at 11:00 a.m. Pacific Time.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims

agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: May 23, 2023

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: /s/ Thomas B. Rupp
　　　Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*