UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br>    - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                    Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

## **SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Paul Pullo, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On May 9, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the City and County of San Francisco, (ADRID: 9562343), Fox Rothschild, LLP, Edward J. Tredinnick, 845 California St #22, San Francisco, CA, 94108.

- Stipulation By and Between Reorganized Debtors and City and County of San Francisco Regarding Claim No. 108511 [Docket No. 13660]

3. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 12th day of May 2023, at New York, NY.

/s/ Paul Pullo
Paul Pullo

SRF 69505