MICHAEL A. SWEET (SBN 184345)
msweet@foxrothschild.com
EDWARD J. TREDINNICK (SBN 84033)
etredinnick@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436

*Attorneys for Howard Krausse and Anne Potts*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                              Debtors.<br>  Affects PG&E Corporation<br>  Affects Pacific Gas and Electric Company<br>X Affects Both Debtors | Case No. 19-30088-(DM)<br><br>Chapter 11<br><br>**RESPONSE TO REORGANIZED DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 80260**<br><br>Date: June 7, 2023<br>Time: 10:00 a.m.<br>Place: Tele/Videoconference |

**I.    INTRODUCTION**

PG&E's objection to the Proof of Claim filed by Howard Krausse (the "Objection", the "POC" and "Krausse", respectively) should be overruled. First, the Objection addresses some, but not all, of the Krausse's claims. Second, where PG&E does address the POC claims head-on, PG&E omits facts asserted in the POC. Third, PG&E ignores facts asserted in the POC to wrongly contend that no evidence exists to support the POC (when the narrative contained within the POC constitutes evidence). Finally, PG&E introduces no evidence whatsoever necessary to shift the burden back to Krausse.

///

///

1

## II. GOVERNING LAW

"A proof of claim executed and filed in accordance with these rules shall constitute prima facie evidence of the validity and amount of the claim." Fed. R. Bankr. P. 3001(f). "Except for evidence of proof of perfection of a security interest, Fed.R.Bankr.P. 3001(d), the rules do not require that evidence be attached to the proof of claim." *In re Garner*, 246 B.R. 617, 621 (B.A.P. 9th Cir. 2000) (footnote omitted). "[A] proof of claim executed by an attorney has an evidentiary effect similar to that of a verified complaint." *Id*. !This should be no surprise since a proof of claim requires a declaration that its content is true and correct. Furthermore, the Information Request Form used by PG&E in this case also provides that it is made under penalty of perjury. [Doc# 13609-2 at 3.] Local Rule 3007-1(b) provides, with respect to claim objections, that where there is a factual dispute, the Objection hearing will be treated as a status conference.

## III. ARGUMENT

PG&E objects to the POC on the basis that "it seeks amounts for which the Debtors are not liable." [Doc# 13610 at 2.] PG&E introduces no evidence in support of its objection other than the POC and the Krausse response to its Request for Information ("RFI"). Krausse will address PG&E's objections in the order presented in its memorandum:

### 1. Fluctuating Voltage and Power Interruptions

PG&E baldly contends "Krausse has not provided any evidence of the alleged fluctuating voltage or power interruptions." [Doc# 13608 at 6.] Of course, that's not true. The POC provides the following:

- "On July 11, 2017, Krausse spoke with PG&E's agent in Eureka, Mr. Bear, about multiple power interruptions, suspected electricity theft, unacceptable voltage and frequency variations in power ostensibly supplied by PG&E and certainly billed for by PG&E."

- "Although Bear acknowledged that PG&E had recorded 22 outages in Willow Creek year to date, PG&E phone records will demonstrate that Krausse had placed several phone calls to PG&E regarding outages at the Krausse residence that were not included in the official record."

- "However, by October 7, 2017 there was a frequency deviation as measured by a frequency derived AC clock, of 30 seconds."
- "It also suggested that the frequent power interruptions at the Willow Creek address might be due to the transfer from one power source to another illegal source."

[Doc# 13609-1 at 6.] Thus, the POC supplied evidence of fluctuating voltage and power interruptions.

The RFI also addresses these facts. It asserts:

- "We then decided that since outages and surges were such frequent occurrences and since we were not present much of the time, it would be prudent to purchase a unit with a "soft start" which would mitigate the power surges."
- "[Damage to the washer] occurred at a time when we had been observing large voltage variations from the standard 120 volts."

[Doc# 13609-2 at 4.] Thus, the POC and the RFI supplied evidence of fluctuating voltage and power interruptions.

Through this argument, PG&E invites the Court to ignore the words of the POC and RFI (both submitted under penalty of perjury) in favor of its conclusory characterization those materials. The Court should decline PG&E's invitation.

2. **Personal Property Damage**

PG&E, again, baldly assets that "[Krausse] offers no evidence of causation or damages []" for his personal property damage claims concerning his deck and security camera. [Doc# 13608 at 6.] Again, PG&E's assertions simply do not square with the material evaluated.

The POC explains that on the day the personal property damage was discovered, Krausse received a voicemail from a PG&E troubleman regarding access to Krausse's residence. [Doc# 13609-1 at 7.] Admittedly surveillance footage does not show the troubleman present. However, as Krausse explained, the surveillance camera was damaged at the relevant time. [Doc# 13609-2 at 32.]

///

///

3

Case: 19-30088    Doc# 13768    Filed: 05/23/23    Entered: 05/23/23 14:34:57    Page 3 of 19

145902105.3

Moreover, PG&E knows the identity of the troubleman that appears to have damaged the Krausse personal property. [Doc# 13609-2 at 9.] But it offers no declaration from him refuting the claim or other business record indicating that this troubleman was not present at property.[1]

### 3. **Trespass and Burglary**

PG&E contends the trespass claim fails because it had the right to access the Krausse property at any time for any electricity related purpose under Electric Rule No. 16, A.12. [Doc# 13608 at 6.] First, the plain reading of that Rule appears to allow PG&E access to real property, but not a personal residence. It provides in full:

> ACCESS TO APPLICANT'S PREMISES. PG&E shall at all times have the right to enter and leave Applicant's Premises for any purpose connected with the furnishing of electric service (meter reading, inspection, testing, routine repairs, replacement, maintenance, vegetation management, emergency work, etc.) and the exercise of any and all rights secured to it by law, or under PG&E's tariff schedules. These rights include, but are not limited to,
> a. The use of a PG&E-approved locking device, if Applicant desires to prevent unauthorized access to PG&E's facilities;
> b. Safe and ready access for PG&E personnel free from unrestrained animals;
> c. Unobstructed ready access for PG&E's vehicles and equipment to install, remove, repair, or maintain its facilities; and
> d. Removal of any and all of its property installed on Applicant's Premises after the termination of service.

*Avaliable at* https://www.pge.com/tariffs/assets/pdf/tariffbook/ELEC_RULES_16.pdf (last accessed May 17, 2023). Moreover, Krausse's narrower reading of the Rule is consistent with PG&E's statements about how it responds to voltage complaints. Namely that, "[i]f the area is not accessible, we leave a card with contact information requesting the customer to reschedule the visit." [Doc# 13609-2 at 28.] PG&E didn't do that. Instead the troubleman, specifically told Krausse via voicemail "I was into your *residence* at 640 Forest View Drive . . . you have a lock on both the meter uh boxes-panels where I need to get into." [Doc# 13609-1 at 16, emphasis added.]

Second, PG&E omits that it explicitly requested access to install an RMV meter and Krausse refused. And that following Krausse's refusal, **PG&E agreed not to install the device on the Krausse property** and instead agreed to install it on the PG&E box. [Doc# 13609-1 at 6.] Perhaps PG&E had the right to enter the Krausse property for any electricity related purpose at one point, but

---

[1] If PG&E submitted such a declaration it would only create a disputed fact, but would not shift the burden back to Krausse in in light of the existing – detailed – factual allegations in the POC.

4

after it committed specifically to not enter to install an RMV meter – and then later while Krausse was not present – returned to do just that, creates a factual and legal question regarding whether or not PG&E committed a trespass.

With respect to the burglary claim, PG&E entered the Krausse property and committed vandalism (Cal. Pen. Code § 549) – damage to Krasse property – a felony under certain circumstances. [Doc# 13609-1 at 7 (damaged boards/floor), 18 (damaged electronics); Doc# 13609-2 at 9 (damaged boards/floor), 20-25 (selected photographs), 26 (damaged electronics).] The fact that PG&E vandalized Krausse's property is – at this stage and in the absence of any contradictory evidence from PG&E whatsoever – more than sufficient evidence of entry with the intent to commit a felony.

### 4. **Payment for Power Monitoring**

As with its prior arguments, PG&E offers a bald factual dispute about Krausse's power monitoring without submitting contradictory evidence. Further, PG&E's discussion of the law leaves something to be desired.

The Civil Code expressly authorizes oral contracts, except those specifically required by statute to be in writing. Cal. Civ. Code § 1622. An oral contract is one in which the parties' undertakings are expressed in words, but the words have not been reduced to writing. *Id*.

Civil Code §1621 defines an implied contract as one "the existence and terms of which are manifested by conduct[.]" An implied contract is one that arises from the parties' mutual agreement and intent when the parties' mutual promises have not been expressed in words. *Retired Employees Ass'n of Orange County, Inc. v County of Orange*, 52 Cal.4th 1171, 1178 (2011); *California Emergency Physicians Med. Group v PacifiCare of Cal.*, 111 Cal.App.4th 1127 (2003), disapproved on other grounds in *Centinela Freeman Emergency Med. Assocs. v Health Net of Cal., Inc.*, 1 Cal.5th 994 (2017).

In *Scott v PG&E*, the California Supreme Court opined that:

> "The recognition of implied-in-fact contract provisions is part of the modern trend in contract law to reverse 'the common law presumption that the parties' writing and the official law of contract are the definitive elements of the agreement. Evidence derived from experience and practice can now trigger the incorporation of additional, implied terms.'"

5

145902105.3
Case: 19-30088    Doc# 13768    Filed: 05/23/23    Entered: 05/23/23 14:34:57    Page 5 of 19

11 Cal.4th 454, 463 (1995), citing *Foley v Interactive Data Corp.* 47 Cal.3d 654, 679 (1988).

In its objection, PG&E contends no contract was formed. But it offers no evidence to support that claim, notwithstanding knowing the identity of the PG&E representative that contracted with Krausse on behalf of PG&E. [*See, e.g.*, Doc# 13609-1 at 6.] PG&E – in its brief – denies that it agreed to pay Krausse to monitor voltage. But that denial is not admissible evidence let alone evidence at all.

Rather, the *evidence* before the Court is that PG&E and Krausse agreed that he would monitor the voltage. The whole reason for that agreement was numerous PG&E failings running the gamut from multiple power interruptions, suspected electricity theft, and voltage and frequency variations. Certainly, Krausse did not agree to do PG&E's job for it for free. The only evidence before the Court is that the parties created an oral and implied in fact contact relating to PG&E's failings and monitoring by Krausse of the same. The reasonable hourly rate charged for Krausse' efforts is a fact subject to dispute. PG&E's assertion that "here there was no mutual consent, no meeting of the minds, and no contract[,]" [Doc# 13608 at 7] cannot be squared with the agreement described in the POC [*see* Doc# 13609-1 at 6].

### 5. Aspects of the Krausse Claim PG&E did not Address

PG&E offered no argument or evidence with respect to:

a. The damage to appliances. [*See* Doc# 13609-2 at 4-5, 7.]
b. PG&E's failure to address the electricity theft it was put on notice of. [*See* Doc# 13609-2 at 8 (describing PG&E being informed of a neighbor's efforts in their garage to address an electrical bolt in the Krausse kitchen).
c. Erroneous charges by PG&E to Krausse for stolen electricity. [*See* Doc# 13609-2 at 29.]

PG&E's objection – an objection that does not even address all of the items asserted by Krausse – should not be sustained.

///

///

///

## IV. CONCLUSION AND REQUEST FOR RELIEF

Krausse's POC and RFI provide ample factual support for the claim. PG&E's argument without evidence should be rejected. Accordingly, Krausse respectfully requests the Court:

1. Overrule the objection;
2. Treat the hearing as a Status Conference and schedule an evidentiary hearing on the contested matter following a reasonable period of time for discovery; and
3. Provide such other and further relief as the Court deems appropriate.

Date: May 23, 2023

FOX ROTHSCHILD LLP

*/s/ Jack C. Praetzellis*
Jack C. Praetzellis
*Attorneys for Howard Krausse and Anne Potts*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 900, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled: RESPONSE TO REORGANIZED DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 80260 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 23, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Elliot Adler    eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Aaron L. Agenbroad    alagenbroad@jonesday.com, saltamirano@jonesday.com
- Gabrielle L. Albert    galbert@kbkllp.com
- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Destiny N. Almogue    Destiny.Almogue@skadden.com, wendy.lamanna@skadden.com
- Monique D. Almy    malmy@crowell.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Philip Anker    philip.anker@wilmerhale.com, whdocketing@wilmerhale.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Tyson Arbuthnot    tarbuthnot@rjo.com, jyeung@rjo.com
- Lauren T. Attard    lattard@bakerlaw.com, agrosso@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Chris Bator    cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com
- Andrew David Behlmann    abehlmann@lowenstein.com, elawler@lowenstein.com
- Tanya Behnam    tbehnam@polsinelli.com, ladocketing@polsinelli.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti    pbenvenutti@kbkllp.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Ronald F. Berestka    rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
- Christian Paul Binder    chris@bindermalter.com, cbinder@bindermalter.com
- Heinz Binder    heinz@bindermalter.com
- Jared D. Bissell    jared.bissell@troutman.com
- Jason Blumberg    jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- Richard Bodnar    rbodnar@rksllp.com
- Melissa Boey    melissa.boey@morganlewis.com
- Paige Boldt    pboldt@wattsguerra.com, cwilson@wattsguerra.com
- Jason Borg    jborg@jasonborglaw.com
- Evan C. Borges    eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- Mark Bostick    mbostick@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com
- James L. Bothwell    jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
- Peter R. Boutin    peter.boutin@kyl.com, lara.joel@kyl.com
- Erin N. Brady    erin.brady@hoganlovells.com
- Lee Brand    lee.brand@pillsburylaw.com, docket@pillsburylaw.com

- Gregory A. Bray    gbray@milbank.com
- Michael D. Breslauer    mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Chane Buck    cbuck@jonesday.com
- Kathlene Burke    kathlene.burke@skadden.com, burke.kathlene@gmail.com
- Craig A Burnett    cburnett@nomoredebt.com, bkecf@nomoredebt.com
- Frank Busch    busch@wvbrlaw.com, pallister@wvbrlaw.com
- Elizabeth J. Cabraser    ecabraser@lchb.com, awolf@lchb.com
- Anthony P. Cali    anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- Peter C. Califano    pcalifano@nvlawllp.com
- Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta    Leah.Capritta@hklaw.com, reena.kaur@hklaw.com
- Nicholas A. Carlin    nac@phillaw.com, rac@phillaw.com
- Frank Thomas More Catalina    fcatalina@rksllp.com
- Katherine Rose Catanese    kcatanese@foley.com
- Matthew Cave    mcave@kfc.law
- Barry A. Chatz    barry.chatz@saul.com, barry.chatz@gmail.com
- Karen J. Chedister    kchedister@h-jlaw.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Kevin Chiu    kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com
- Jacquelyn H. Choi    jacquelyn.choi@rimonlaw.com, docketing@rimonlaw.com
- Shawn M. Christianson    schristianson@buchalter.com
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Jae Angela Chun    ajc@chun.law
- Gerard T. Cicero    GCicero@brownrudnick.com, NKhalatova@brownrudnick.com
- Louis J. Cisz    lcisz@nixonpeabody.com
- Valerie E. Clemen    , mcarter@coombslaw.com
- Alicia Clough    aclough@loeb.com
- Tiffany Strelow Cobb    tscobb@vorys.com
- John B. Coffman    john@johncoffman.net
- Kevin G. Collins    kevin.collins@btlaw.com
- Brian S. Conlon    bsc@phillaw.com, rac@phillaw.com
- Charles Cording    ccording@willkie.com, mao@willkie.com
- Manuel Corrales    mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Anne Costin    anne@costinlawfirm.com
- Christopher J. Cox    chris.cox@hoganlovells.com
- Donald H. Cram    dhc@severson.com
- Ashley Vinson Crawford    avcrawford@akingump.com, dkrasa-berstell@akingump.com
- Douglas S. Crosno    douglas.crosno@hoganlovells.com
- Andrea Crowl    acrowl@dbbwc.com
- J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham    , rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis    tambra.curtis@sonoma-county.org, Megan.Sweeley@sonoma-county.org
- Stacy A. Dasaro    sdasaro@goodwinlaw.com
- James M. Davis    jdavis@cglaw.com
- Nicolas De Lancie    ndelancie@jmbm.com
- Judith A. Descalso    , jad_9193@ecf.courtdrive.com
- Andrew G. Devore    andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com
- Erin Elizabeth Dexter    edexter@milbank.com
- Shounak Sanjeev Dharap    ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer    kdiemer@diemerwei.com
- Kathryn S. Diemer    kdiemer@diemerwhitman.com

2

- John P. Dillman    houston_bankruptcy@lgbs.com
- Caroline R. Djang    cdjang@buchalter.com, Laurie.Verstegen@bbklaw.com
- Krystal Dong    ykdong@gmail.com
- Jonathan R. Doolittle    jonathan.doolittle@pillsburylaw.com
- Jennifer V. Doran    jdoran@hinckleyallen.com
- Dustin M. Dow    ddow@bakerlaw.com, jmcguigan@bakerlaw.com
- Jamie P. Dreher    jdreher@downeybrand.com
- Todd Dressel    tdressel@mcguirewoods.com, jtabisaura@mcguirewoods.com
- Geoffrey B. Dryvynsyde    gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
- Jeffrey Aaron Dubbin    jdubbin@labaton.com, echan-lee@labaton.com
- Matthew Ducharme    matthew.ducharme@hoganlovells.com, tracy.southwell@hoganlovells.com
- Cecily Ann Dumas    cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- Dennis F. Dunne    cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne    ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Luke N. Eaton    eatonl@pepperlaw.com, monugiac@pepperlaw.com
- Daniel G. Egan    daniel.egan@ropesgray.com, nova.alindogan@ropesgray.com
- Joseph A. Eisenberg    JAE1900@yahoo.com
- Michele Ellison    mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- David Emerzian    , Melany.Hertel@mccormickbarstow.com
- G. Larry Engel    larry@engeladvice.com
- Krista M. Enns    KEnns@beneschlaw.com
- Scott Esbin    sesbin@esbinalter.com
- Joseph M. Esmont    jesmont@bakerlaw.com
- Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- Richard W. Esterkin    richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- Michael S. Etkin    metkin@lowenstein.com
- Jacob M. Faircloth    jacob@bfolegal.com
- Brett D. Fallon    bfallon@morrisjames.com, wweller@morrisjames.com
- Michael C. Fallon    , manders@fallonlaw.net
- Joana Fang    jf@kbklawyers.com, icd@kbklawyers.com
- Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
- David M. Feldman    DFeldman@gibsondunn.com
- Matthew A. Feldman    mfeldman@willkie.com
- Jennifer Feldsher    jennifer.feldsher@morganlewis.com
- Mark E. Felger    mfelger@cozen.com
- James J. Ficenec    James.Ficenec@ndlf.com
- Kimberly S. Fineman    kfineman@fhlawllp.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Timothy M. Flaherty    tflaherty@mpplaw.com
- Daniel I. Forman    dforman@willkie.com
- Matthew Hampton Foushee    hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- James P. Frantz    rosa@frantzlawgroup.com
- Carolyn Frederick    cfrederick@prklaw.com
- Matthew Patrick French    mfrench@baumhedlundlaw.com
- Peter Friedman    pfriedman@omm.com
- Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Lars H. Fuller    lfuller@bakerlaw.com
- Thomas M. Gaa    tgaa@bbslaw.com
- Larry W. Gabriel    , nfields@bg.law
- Gregg M. Galardi    gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com
- Craig Solomon Ganz    ganzc@ballardspahr.com, hartt@ballardspahr.com
- Jeffrey K. Garfinkle    jgarfinkle@buchalter.com, lverstegen@buchalter.com

3

- Oscar Garza   ogarza@thegarzafirm.com
- Lisa S. Gast   lsg@dwgp.com, lmk@dwgp.com
- Paul R. Gaus   pgaus@downeybrand.com
- Duane M. Geck   dmg@severson.com
- Casey Gee   casey@tlopc.com
- Evelina Gentry   evelina.gentry@akerman.com
- Janet D. Gertz   jgertz@btlaw.com
- Christopher Gessner   cgessner@akingump.com, NYMCO@akingump.com
- R. Dale Ginter   dginter@downeybrand.com
- Jon T. Givens   givensjt@gmail.com, cwilson@wattsguerra.com
- Barry S. Glaser   bglaser@salvatoboufadel.com
- Paul R. Glassman   pglassman@sycr.com
- Gabriel I. Glazer   gglazer@pszjlaw.com
- Gabrielle Glemann   gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Jaime Godin   Jtouchstone@fddcm.com
- Matthew A. Gold   courts@argopartners.net
- Eric D. Goldberg   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Craig Goldblatt   Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com
- Amy L. Goldman   goldman@lbbslaw.com
- Eric S. Goldstein   egoldstein@goodwin.com
- Rhonda Stewart Goldstein   Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- Richard H. Golubow   rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez   mgomez@frandzel.com, dmoore@frandzel.com
- Eric R. Goodman   egoodman@bakerlaw.com
- Michael R. Goodstein   mgoodstein@baileycav.com
- Mark A. Gorton   mgorton@boutinjones.com, cdomingo@boutinjones.com
- Mark A. Gorton   mgorton@boutininc.com, cdomingo@boutinjones.com
- Michael I. Gottfried   mgottfried@elkinskalt.com, AAburto@elkinskalt.com
- Louis Gottlieb   Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Elizabeth Graham   egraham@gelaw.com
- Eric A. Grasberger   eric.grasberger@stoel.com, docketclerk@stoel.com
- Debra I. Grassgreen   , hphan@pszjlaw.com
- Debra I. Grassgreen   dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Eric A. Gravink   eric@rhrc.net
- Elizabeth A. Green   egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- Tracy Green   tgreen@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com
- Alan Greenberg   agreenberg@ggtriallaw.com
- Mitchell B. Greenberg   mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- Brian Gregory   b.gregory@veenfirm.com, EL.Team@Veenfirm.com
- Susan Sieger Grimm   SSieger-Grimm@brownrudnick.com, NKhalatova@brownrudnick.com
- Matthew W. Grimshaw   matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com
- Stuart G. Gross   sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Carl L. Grumer   cgrumer@manatt.com, mchung@manatt.com
- Ralph P. Guenther   doughertyandguentherapc@jubileebk.net, Notices@montereylaw.com
- David Matthew Guess   dguess@buchalter.com
- Elizabeth M. Guffy   eguffy@lockelord.com, autodocket@lockelord.com
- Lloyd C. Guintivano   anitag@co.lake.ca.us, lloydg@co.lake.ca.us
- Cameron M. Gulden   cameron.m.gulden@usdoj.gov
- Natali Gulli   ngulli@hastingslawoffice.com, ksousa@hastingslawoffice.com
- Mirco J. Haag   mhaag@buchalter.com, dcyrankowski@buchalter.com
- Laurie Hager   lhager@sussmanshank.com
- J. Noah Hagey   hagey@braunhagey.com, tong@braunhagey.com
- Oren Buchanan Haker   oren.haker@stoel.com, rene.alvin@stoel.com
- Michael Hampson   mhampson@rksllp.com

4

Active\118534396.v2-1/12/21

- Kristopher M. Hansen  dmohamed@stroock.com, mmagzamen@stroock.com
- Jay Harker  jharker@clausen.com, mgenova@clausen.com
- Joseph George Harraka  jgharraka@becker.legal
- Adam C. Harris  adam.harris@srz.com
- Robert G. Harris  rob@bindermalter.com, RobertW@BinderMalter.com
- Christopher H. Hart  chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins  bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Christopher V. Hawkins  hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com
- Jennifer C. Hayes  jhayes@fhlawllp.com
- Geoffrey A. Heaton  gheaton@duanemorris.com, dmicros@duanemorris.com
- Michael C. Hefter  michael.hefter@hoganlovells.com, tracy.southwell@hoganlovells.com
- Alaina R. Heine  alaina.heine@dechert.com, brett.stone@dechert.com
- Matthew Henderson  matthew.henderson@msrlegal.com, karen.wigylus@msrlegal.com
- Samy Saad Henein  samyhenein@aol.com, mh@suppalaw.com
- Stephen E. Hessler, P.C.  , jozette.chong@kirkland.com
- Matthew Heyn  matthew.heyn@doj.ca.gov
- Sean T. Higgins  aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- James P. Hill  hill@sullivanhill.com, bkstaff@sullivanhill.com
- Morgan R. Hirst  mhirst@jonesday.com, mmelvin@jonesday.com
- Michael R. Hogue  hoguem@gtlaw.com, navarrom@gtlaw.com
- David Holtzman  david.holtzman@hklaw.com
- Alexandra S. Horwitz  allie.horwitz@dinsmore.com
- Marsha Houston  mhouston@reedsmith.com, hvalencia@reedsmith.com
- Linda Wendell Hsu  lhsu@selmanlaw.com, psmith@selmanlaw.com
- Shane Huang  shane.huang@usdoj.gov
- Brian D. Huben  hubenb@ballardspahr.com, carolod@ballardspahr.com
- Kelly L. Huey  khuey@burkeandkesslerlaw.com
- Christopher Hughes  chughes@nossaman.com
- Jonathan Hughes  , jane.rustice@aporter.com
- Edward R. Huguenin  ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
- Michael A. Isaacs  misaacs@rinconlawllp.com, aworthing@rinconlawllp.com
- Mark V. Isola  misola@brotherssmithlaw.com
- J. Eric Ivester  Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester  , Andrea.Bates@skadden.com
- Lawrence A. Jacobson  laj@cohenandjacobson.com, mcycle48@gmail.com
- Paul M. Jamond  jamond@pacbell.net
- Kizzy L. Jarashow  KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com
- Ivan C. Jen  ivan@icjenlaw.com
- Amanda Jereige  AJereige@winston.com, amanda-jereige-5954@ecf.pacerpro.com
- James O. Johnston  jjohnston@jonesday.com
- Chris Johnstone  chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Andrew Jones  andrew@ajoneslaw.com
- Gregory K. Jones  GJones@dykema.com, cacossano@dykema.com
- John L. Jones  JJones@chwlaw.us, JLJones2@outlook.com
- Robert A. Julian  rjulian@bakerlaw.com, hhammonturano@bakerlaw.com
- George H. Kalikman  , sdavenport@schnader.com
- Roberto J. Kampfner  rkampfner@whitecase.com, mco@whitecase.com
- Bonnie E. Kane  bonnie@thekanelawfirm.com, skane@thekanelawfirm.com
- Eve H. Karasik  ehk@lnbyb.com
- Michael G. Kasolas  trustee@kasolas.net, ecf.alert+Kasolas@titlexi.com
- Elyssa S. Kates  ekates@bakerlaw.com
- Ori Katz  okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- William M. Kaufman  wkaufman@smwb.com, eschneider@smwb.com
- Jane G. Kearl  jkearl@watttieder.com, jbenton@watttieder.com

5

- Tobias S. Keller    tkeller@kbkllp.com
- Lynette C. Kelly    ustpregion17.oa.ecf@usdoj.gov
- Sarah Elisabeth Kelly-Kilgore    skellykilgore@ggtriallaw.com, dvultaggio@ggtriallaw.com
- Matthew K. Kelsey    mkelsey@gibsondunn.com
- Gerald P. Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
- Erica L. Kerman    ekerman@willkie.com
- Samuel M. Kidder    skidder@ktbslaw.com
- Marc Kieselstein    , carrie.oppenheim@kirkland.com
- Jane Kim    jkim@kbkllp.com
- Mary H. Kim    Mary.Kim@dechert.com, brett.stone@dechert.com
- Susan E. Kirkgaard    , carlyn.jorgensen@bullivant.com
- Kody D. L. Kleber    kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- Matthew Ryan Klinger    mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- Johnny Knadler    jdknadler@yahoo.com
- Bradley C. Knapp    bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- Kelly V. Knight    kelly.knight@srz.com
- Lydia Vanessa Ko    Lvko@stonelawoffice.com
- Thomas F. Koegel    tkoegel@crowell.com
- Katherine Kohn    kkohn@groom.com, ashahinllari@groom.com
- Andy S. Kong    kong.andy@arentfox.com
- Anna Kordas    akordas@jonesday.com, mmelvin@jonesday.com
- Alan W. Kornberg    , akornberg@paulweiss.com
- Bernard Kornberg    bernard.kornberg@practus.com
- David I. Kornbluh    dkombluh@venturahersey.com, jpatterson@venturahersey.com
- Lauren Kramer    lkramer@rjo.com
- Marc Kramer    mkramer@rksllp.com
- Jeffrey C. Krause    jkrause@gibsondunn.com
- Lindsey E. Kress    lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser    hkreuser@porterlaw.com, ooberg@porterlaw.com
- Kevin Kroll    kkroll@kfc.law
- Michael Thomas Krueger    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Marek P. Krzyzowski    MKrzyzowski@brownrudnick.com, SCalderon@brownrudnick.com
- Robert T. Kugler    robert.kugler@stinson.com, Jess.Rehbein@stinson.com
- Duane Kumagai    dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com
- Brendan M. Kunkle    bkunkle@abbeylaw.com, lmeyer@abbeylaw.com
- Alisa C. Lacey    alisa.lacey@stinson.com, karen.graves@stinson.com
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov
- Richard A. Lapping    rich@trodellalapping.com
- Omeed Latifi    olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- John E. Lattin    jlattin@ostergar.com, cslovenec@ostergar.com
- Paul J. Laurin    plaurin@btlaw.com, slmoore@btlaw.com
- Michael Lauter    mlauter@sheppardmullin.com
- Kenneth T. Law    klaw@bbslaw.com
- Francis J. Lawall    francis.lawall@troutman.com, susan.henry@troutman.com
- Andrew Michael Leblanc    ALeblanc@milbank.com
- Erica Lee    Erica.Lee@doj.ca.gov
- Scott Lee    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Paul J. Leeds    Pleeds@fsl.law
- Edward J. Leen    eleen@mkbllp.com
- Lisa Lenherr    llenherr@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com
- Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch    bletsch@braytonlaw.com
- David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com

6

- Andrew H. Levin    alevin@wcghlaw.com
- Emily Sarah Levin    elevin@levinlawgroupplc.com
- David Levine    dnl@groom.com
- Marc A. Levinson    Malevinson@orrick.com, casestream@ecf.courtdrive.com
- Dara Levinson Silveira    dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com
- Alexander James Demitro Lewicki    kdiemer@diemerwei.com
- Alexander James Demitro Lewicki    alewicki@diemerwei.com
- Lauren Lifland    lauren.lifland@wilmerhale.com, whdocketing@wilmerhale.com
- William S. Lisa    , jcaruso@nixonpeabody.com
- William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb    jon.loeb@bingham.com
- Michael B. Lubic    michael.lubic@klgates.com
- John William Lucas    , ocarpio@pszjlaw.com
- Joseph R. Lucia    PersonalInjuryGroup@RLSlawyers.com
- Jane Luciano    jane-luciano@comcast.net
- Kerri Lyman    klyman@irell.com, #-FirmPSDocketing@Steptoe.com
- John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald    imac@macfern.com, 6824376420@filings.docketbird.com
- Malcolm A. Mackenzie    mmackenzie@coombslaw.com, vclemen@coombslaw.com
- Tracy L. Mainguy    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Katharine Malone    malonek@gtlaw.com
- Liam K. Malone    malone@oles.com, shahin@oles.com
- Michael W. Malter    michael@bindermalter.com
- Ankur Mandhania    amandhania@mayerbrown.com
- Craig Margulies    cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr    gemarr59@hotmail.com
- Richard A. Marshack    rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com
- Catherine Martin    cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- Laila Masud    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com
- David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy    patrick.maxcy@snrdenton.com
- Simon Richard Mayer    simon.mayer@lockelord.com, Rellis@lockelord.com
- James J. Mazza    james.mazza@skadden.com, wendy.lamanna@skadden.com
- Benjamin P. McCallen    bmccallen@willkie.com
- C. Luckey McDowell    luckey.mcdowell@shearman.com
- Matthew D. McGill    MMcGill@gibsondunn.com
- Melissa C. McLaughlin    mcmclaughlin@venable.com, ataylor@venable.com
- Edward Joseph McNeilly    edward.mcneilly@hoganlovells.com, verbon.davenport@hoganlovells.com
- Scott H. McNutt    SMcNutt@ml-sf.com, csnell@ml-sf.com
- Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo    peter@pmrklaw.com
- Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com
- Jennifer L. Mersing    jennifer.mersing@stoel.com, lisa.petras@stoel.com
- Joshua M. Mester    jmester@jonesday.com
- Matthew D. Metzger    belvederelegalecf@gmail.com, 8450177420@filings.docketbird.com
- Merle C. Meyers    mmeyers@mlg-pc.com
- Randy Michelson    randy.michelson@michelsonlawgroup.com
- Gerardo Mijares-Shafai    Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com
- Joel S. Miliband    jmiliband@brownrudnick.com
- John W. Mills    jmills@joneswalker.com
- Joseph G. Minias    jminias@willkie.com
- M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com

- Benjamin Mintz    benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com
- Nancy Mitchell    nmitchell@omm.com
- Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Aaron J. Mohamed    ajm@brereton.law, aaronmohamedlaw@gmail.com
- David Molton    dmolton@brownrudnick.com
- Kevin Montee    kmontee@monteeassociates.com
- Christopher D. Moon    chris@moonlawapc.com, kevin@moonlawapc.com
- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com
- Candace J. Morey    cjm@cpuc.ca.gov
- Courtney L. Morgan    morgan.courtney@pbgc.gov
- Richard Morin    , 6863427420@filings.docketbird.com
- Kimberly S. Morris    kmorris@bakerlaw.com, hhammonturano@bakerlaw.com
- Rodney Allen Morris    Rodney.Morris2@usdoj.gov
- Joshua D. Morse    Joshua.Morse@dlapiper.com, docket@pillsburylaw.com
- Andrew H. Morton    andrew.morton@stoel.com, lisa.petras@stoel.com
- Thomas G. Mouzes    tmouzes@boutininc.com
- Thomas G. Mouzes    tmouzes@boutinjones.com
- Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- John Leland Murphree    LMurphree@maynardcooper.com, mshabpareh@maynardcooper.com
- Bennett J. Murphy    bmurphy@bennettmurphylaw.com
- Julie M. Murphy    jmmurphy@stradley.com
- Michael S. Myers    myersm@ballardspahr.com
- David L. Neale    dln@lnbyg.com
- David Neier    dneier@winston.com
- Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com
- Michael S. Neumeister    MNeumeister@gibsondunn.com
- Howard S. Nevins    lsamosa@hsmlaw.com
- Samuel A. Newman    sam.newman@sidley.com, laefilingnotice@sidley.com
- Melissa T. Ngo    harris.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas    mario.nicholas@stoel.com, ana.trask@stoel.com
- Dustin Nirschl    dustin.nirschl@bbklaw.com, Linda.tapia@bbklaw.com
- Sean Nolan    snolan@akingump.com, NYMCO@akingump.com
- Gregory C. Nuti    chart@nutihart.com, nwhite@nutihart.com
- Eric A. Nyberg    e.nyberg@kornfieldlaw.com, g.michael@kornfieldlaw.com
- Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com
- Alicia D. O'Neill    aoneill@wattsguerra.com, cwilson@wattsguerra.com
- Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Aron M. Oliner    roliner@duanemorris.com, dmicros@duanemorris.com
- Matthew Jon Olson    matt@macfern.com, stell.laura@dorsey.com
- Scott Olson    scott.olson@bclplaw.com
- Steven M. Olson    steve@bfolegal.com
- Aram Ordubegian    Ordubegian.Aram@ArentFox.com
- Jose Antonio Ortiz    aortiz@jhwclaw.com
- Keith C. Owens    kowens@foxrothschild.com, ARCDocketing@foxrothschild.com
- Gabriel Ozel    , gabeozel@gmail.com
- Amy S. Park    amy.park@skadden.com
- Donna Taylor Parkinson    donna@parkinsonphinney.com
- Peter S. Partee    ppartee@huntonak.com, candonian@huntonak.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- Kenneth Pasquale    , mlaskowski@stroock.com
- Dow Wakefield Patten    dow@forthrightlaw.com

8

Case: 19-30088    Doc# 13768    Filed: 05/23/23    Entered: 05/23/23 14:34:57    Page 15 of 19

- Larry Allan Peluso    pelusolaw@gmail.com, firm@pelusolaw.net
- Valerie Bantner Peo    vbantnerpeo@buchalter.com
- Yosef Peretz    yperetz@peretzlaw.com, skim@peretzlaw.com
- Christian A Pereyda    cpereyda@maynardnexsen.com
- Thomas R. Phinney    tphinney@ffwplaw.com
- R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston    rpinkston@seyfarth.com, 5314522420@filings.docketbird.com
- Estela O. Pino    epino@epinolaw.com, rmahal@epinolaw.com
- Gregory Plaskett    GREGORY.PLASKETT@GMAIL.COM
- Mark D. Plevin    mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com
- Steven G. Polard    spolard@eisnerlaw.com, calendar-lao@ropers.com
- Mark D. Poniatowski    ponlaw@ponlaw.com
- Cara M. Porter    cporter@marincounty.org, ealfaro@marincounty.org
- Christopher E. Prince    cprince@lesnickprince.com
- Douglas B. Provencher    dbp@provlaw.com
- Amy C. Quartarolo    amy.quartarolo@lw.com
- Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins    justinrawlins@paulhastings.com
- Hugh M. Ray    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready    smeyer@farmerandready.com
- Caroline A. Reckler    caroline.reckler@lw.com
- Scott Reents    sreents@cravath.com
- Steven J. Reisman    sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner    jreisner@irell.com, #-FirmPSDocketing@Steptoe.com
- Jack A. Reitman    , srichmond@lgbfirm.com
- Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- David J. Richardson    drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
- Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- David B. Rivkin    drivkin@bakerlaw.com, jmeeks@bakerlaw.com
- John R. Rizzardi    kcoselman@cairncross.com, tnguyen@cairncross.com
- Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov
- Michael Rogers    mrogers@lambertrogers.com, jan@lambertrogers.com
- Lawrence M. Rolnick    lrolnick@rksllp.com
- Christina Anne Romak    christina.romak@bakerbotts.com, vanessa.araujo@bakerbotts.com
- Jorian L. Rose    jrose@bakerlaw.com
- Laurence M. Rosen    lrosen@rosenlegal.com, zstanco@rosenlegal.com
- Paul M. Rosenblatt    prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- David A. Rosenzweig    david.rosenzweig@nortonrosefulbright.com
- Gregory A. Rougeau    grougeau@brlawsf.com
- Jason C. Rubinstein    jrubinstein@fklaw.com, mclerk@fklaw.com
- Nathan Q. Rugg    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp    trupp@kbkllp.com
- Steven B. Sacks    ssacks@sackslawoffice.com
- Eric E. Sagerman    esagerman@bakerlaw.com
- Robert Sahyan    rsahyan@sheppardmullin.com, lsegura@sheppardmullin.com
- Gregory M. Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- Jonathan C. Sanders    jsanders@stblaw.com
- Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com
- Lovee Sarenas    lovee.sarenas@dinsmore.com
- Brandy A. Sargent    brandy.sargent@klgates.com, docketclerk@stoel.com
- Patricia Savage    psavesq@gmail.com, jodi.savage@gmail.com
- Sblend A. Sblendorio    sas@hogefenton.com
- Francis O. Scarpulla    fos@scarpullalaw.com, cpc@scarpullalaw.com
- Daren M Schlecter    daren@schlecterlaw.com, info@schlecterlaw.com

- Bradley R. Schneider    bschneider@kbkfirm.com
- Harvey S. Schochet    Harveyschochet@dwt.com
- Nathan A. Schultz    nschultzesq@gmail.com, kjarashow@goodwinlaw.com
- Lisa Schweitzer    lschweitzer@cgsh.com
- Eric J. Seiler    eseiler@fklaw.com, mclerk@fklaw.com
- Jonathan A. Shapiro    JShapiro@goodwinlaw.com
- Robin D Shofner    shofner@mobolaw.com
- Leonard M. Shulman    lshulman@shbllp.com
- Andrew I. Silfen    andrew.silfen@arentfox.com
- Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Brandt Silver-Korn    bsilverkorn@edelson.com, docket@edelson.com
- Craig S. Simon    csimon@bergerkahn.com, aketcher@bergerkahn.com
- Gerald Singleton    gerald@slffirm.com, BKECFCANB@SLFfirm.com
- Steven J. Skikos    sskikos@skikos.com, mmontoya@skikos.com
- Michael K. Slattery    mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum    jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol    jdsokol@lawssl.com
- Daniel Solish    cocolaw@stancounty.com, solishd@stancounty.com
- Randye B. Soref    rsoref@polsinelli.com, ccripe@polsinelli.com
- Joseph Sorkin    jsorkin@akingump.com, NYMCO@akingump.com
- Michael St. James    ecf@stjames-law.com
- Diane C. Stanfield    diane.stanfield@alston.com, nelly.villaneda@alston.com
- Howard J. Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@rimonlaw.com, docketing@rimonlaw.com
- Cheryl L. Stengel    clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern    dstern@ktbslaw.com
- Geoffrey S. Stewart    gstewart@jonesday.com, mmelvin@jonesday.com
- Alan Joseph Stone    AStone@milbank.com, DMcCracken@Milbank.com
- Jason D. Strabo    jstrabo@mwe.com
- Michael H. Strub    mstrub@ggtriallaw.com, mhstrub1@gmail.com
- Rebecca Suarez    rsuarez@crowell.com
- Brad T. Summers    , docketing-pdx@lanepowell.com
- Karin Swope    kswope@cpmlegal.com
- Kristine Theodesia Takvoryan    ktakvoryan@ckrlaw.com
- Kesha Tanabe    kesha@tanabelaw.com
- Mary Ellmann Tang    mtang@frenchlyontang.com, nfears@frenchlyontang.com
- Dante Taylor    dante.taylor@sfcityatty.org
- Elizabeth Lee Thompson    ethompson@stites.com, docketclerk@stites.com
- John C. Thornton    jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Elisa Tolentino    cao.main@sanjoseca.gov
- Meagan S. Tom    meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward J. Tredinnick    etredinnick@foxrothschild.com
- Matthew J. Troy    matthew.troy@usdoj.gov
- Rocky C. Tsai    rocky.tsai@ropesgray.com, matthew.haut@ropesgray.com
- Michael Tye    Michael.Tye@usdoj.gov
- Donald W. Ullrich    ullrichlawfirm@att.net
- Gary D. Underdahl    gunderdahl@askllp.com, lmiskowiec@askllp.com
- Andrew Van Ornum    avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com

- Marta Villacorta    marta.villacorta@usdoj.gov
- Carol C. Villegas    cvillegas@labaton.com, NDonlon@labaton.com
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Bao M. Vu    bao.vu@stoel.com, sharon.witkin@stoel.com
- Nicholas Wagner    kschemen@wagnerjones.com, bwagner@wagnerjones.com
- Jonathan D. Waisnor    jwaisnor@willkie.com, mao@willkie.com
- Rachel M. Walsh    rwalsh@goodwinlaw.com, tsutton@goodwinlaw.com
- Riley C. Walter    RIBTecf@wjhattorneys.com
- Phillip K. Wang    phillip.wang@rimonlaw.com
- Samuel M. Ward    sward@barrack.com, cfessia@barrack.com
- Philip S. Warden    philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- Gregory P. Waters    gwaters@elllaw.com, gregorywatersesq@gmail.com
- Guy L. Watts    gwatts@wattsguerra.com, cwilson@wattsguerra.com
- Mikal C. Watts    mcwatts@wattsguerra.com, cwilson@wattsguerra.com
- Laura Herron Weber    lweber@sl-employmentlaw.com
- Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com
- Joseph M. Welch    joseph.welch@blankrome.com, lverstegen@buchalter.com
- Todd J. Wenzel    todd@wenzellawoffices.com
- Meredith Werner    meredith.werner@clydeco.us
- David Walter Wessel    DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Joseph West    westjoseph@earthlink.net, josephw998@gmail.com
- Drew M. Widders    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Jason P. Williams    , maryanne@wplgattorneys.com
- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, diana.cardenas@nortonrosefulbright.com
- David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans    rwitthans@fhlawllp.com
- Keith H. Wofford    keith.wofford@ropesgray.com, nova.alindogan@ropesgray.com
- Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Douglas Wolfe    asm@asmcapital.com
- Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher K.S. Wong    christopher.wong@afslaw.com, yvonne.li@afslaw.com
- David A. Wood    dwood@marshackhays.com, lbuchanan@marshackhays.com
- Kirsten A. Worley    worleyk@higgslaw.com, admin@wlawcorp.com
- Kinga Wright    kinga.wright@lockelord.com, autodocket@lockelord.com
- Antonio Yanez    ayanez@willkie.com
- Cathy Yanni    cathy@cathyyanni.com, pstrunk@browngreer.com
- Andrew Yaphe    andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
- Stephanie Yee    syee@janglit.com, klockwood@janglit.com
- Tacie H. Yoon    tyoon@crowell.com
- Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com
- Eric G. Young    eyoung@dcalaw.com, Jackie@dcalaw.com
- Nicole M. Zeiss    nzeiss@labaton.com
- Paul H. Zumbro    mao@cravath.com
- Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com

**2.     SERVED BY UNITED STATES MAIL**: On N/A I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.*

**3.**
**SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 23, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or for those who consented in writing to such service method, by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.*

By email to counsel for the Reorganized Debtors: PGEclaims@kbkllp.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 23, 2023 | Kimberly Hoang | /s/ Kimberly Hoang |
|---|---|---|
| Date | Printed Name | Signature |

12