Richard A. Lapping (SBN: 107496)
Trodella & Lapping LLP
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 399-1015
Facsimile: (415) 651-9004
*Rich@TrodellaLapping.com*

Attorneys for Valero Refining Company-California

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors. | Case No.: 19-30088-DM<br><br>Chapter 11<br><br>**REQUEST TO BE REMOVED FROM ECF NOTIFICATIONS** |

TO THE CLERK OF THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Bankr. P. 2002 and 9007, the undersigned attorney hereby requests to be removed from the Court's Courtesy Notification of Electronic Filing in these jointly administered cases.

Dated: May 24, 2023                    TRODELLA & LAPPING LLP

                                By:    /s/ Richard A. Lapping
                                        Richard A. Lapping
                                        Attorneys for Valero Refining Company-California