# Notice Recipients

| District/Off: 0971–3 | User: admin | Date Created: 5/25/2023 |
|---|---|---|
| Case: 19–30088 | Form ID: TRANSC | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty     Thomas B. Rupp     trupp@kbkllp.com

                                                                                                                                                                           TOTAL: 1

**Recipients submitted to the BNC (Kroll Restructuring Administration, LLC):**

       KEITH EGGLETON, ESQ.     Wilson Sonsini Goodrich & Rosati, PC     650 Page Mill Road     Palo Alto, CA 94304
       JANE LUCIANO, ESQ.     9000 Crow Canyon Road     Suite S #168     Danville, CA 94506
       WILLIAM D. MCCANN, ESQ.     P.O Box 370     Genoa, NV 89411

                                                                                                                                                                           TOTAL: 3