**Entered on Docket**
**May 25, 2023**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: May 24, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  KELLER BENVENUTTI KIM LLP
   Jane Kim (#298192)
2  (jkim@kbkllp.com)
   David A. Taylor (#247433)
3  (dtaylor@kbkllp.com)
   Dara L. Silveira (#274923)
4  (dsilveira@kbkllp.com)
   650 California Street, Suite 1900
5  San Francisco, CA 94108
   Tel: 415 496 6723
6  Fax: 650 636 9251

7  *Attorneys for Debtors and Reorganized Debtors*

8

9          **UNITED STATES BANKRUPTCY COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
10               **SAN FRANCISCO DIVISION**

11

12  **In re:**                          Bankruptcy Case No. 19-30088 (DM)

13  **PG&E CORPORATION,**              Chapter 11

14         **- and -**                 (Lead Case) (Jointly Administered)

15  **PACIFIC GAS AND ELECTRIC**       **ORDER DISALLOWING AND EXPUNGING**
    **COMPANY,**                       **PROOFS OF CLAIM PURSUANT TO**
16                                     **REORGANIZED DEBTORS' ONE HUNDRED**
                   **Debtors.**        **TWENTIETH OMNIBUS OBJECTION TO**
17                                     **CLAIMS (NO LIABILITY CLAIMS)**

18  ☐ Affects PG&E Corporation         **[Re: Dkt. Nos. 13670, 13698, 13719, 13730,**
    ☐ Affects Pacific Gas and Electric Company  **13738, 13753, 13761]**
19  ☒ Affects both Debtors

20  *All papers shall be filed in the Lead Case,*
    *No. 19-30088 (DM).*

21

22

23

24

25

26

27

28

Upon the *Reorganized Debtors' Revised Report on Responses to One Hundred Twentieth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objection* [Docket No. 13761] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Liability Claims)* [Docket No. 13670] (the "**Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proofs of Claim shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| 13698 | Quentin Keen | 67135 | The Reorganized Debtors have reached a settlement with Claimant. The hearing on the Omnibus Objection will be taken off calendar pending documentation of the settlement. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| 13719 | Synergy Project Management, Inc. | 72390 | The Reorganized Debtors are investigating Claimant's response to the Omnibus Objection. The Reorganized Debtors have attempted to contact Claimant but have not received a response to date. Accordingly, the hearing on the Omnibus Objection with respect to this Claim will be continued to July 26, 2023. |
| 13730 | David Mitchell | 2306 | The Reorganized Debtors are investigating Claimant's response to the Omnibus Objection. Mr. Mitchell has agreed to continue the hearing on the Omnibus Objection with respect to this Claim to July 26, 2023. |
| 13753 | Jackson Rancheria Development Corp. | 3002 | The Reorganized Debtors are investigating Claimant's response to the Omnibus Objection. Jackson Rancheria has agreed to continue the hearing on the Omnibus Objection with respect to this Claim to July 26, 2023. |

2.      The Claims listed in the column headed "Claim to be Expunged" in **Exhibit 1** hereto are disallowed and expunged.

3.      This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

** END OF ORDER ***

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Chemetry Corporation (dba Chemetry Corporation) 11500 Dolan Road (Corner of Dolan Rad & Highway 1) Moss Landing, CA 95039 | | 813 | PG&E Corporation and Pacific Gas and Electric Company | 2/15/2019 | $0.00 | $0.00 | $0.00 | $20,000.00 | $20,000.00 | Rule 2; No Liability Based on Investigation |
| Esquenezi-Padgett, Manuel Cord Barr & Mudford LLP Estee Lewis #138358 1824 Court Street PO Box 994390 Redding, CA 96001 | | 50027 | PG&E Corporation and Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $392,979.48 | $392,979.48 | Amended and Superseded |
| Esheriz, Hedger PO Box 1392 San Juan Bautista, CA 95045 | | 8599 | PG&E Corporation and Pacific Gas and Electric Company | 9/9/2019 | $50,000.00 | $0.00 | $15,700.00 | $134,300.00 | $200,000.00 | No Liability Based on Investigation |
| Esheriz, Hedger PO BOX 1392 San Juan Bautista, CA 95045 | | 2676 | PG&E Corporation and Pacific Gas and Electric Company | 4/23/2019 | $150,000.00 | $0.00 | $50,000.00 | $0.00 | $200,000.00 | No Liability Based on Investigation |
| Esterling, Linda 23877 Betters Rd Madera, CA 93636 | | 4012 | PG&E Corporation and Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $360,000.00 | $360,000.00 | Barred by Statute of Limitations; No Liability Based on Investigation |
| Esterling, Linda 23877 Betters Rd Madera, CA 93636 | | 1951 | PG&E Corporation and Pacific Gas and Electric Company | 4/1/2019 | $0.00 | $0.00 | $0.00 | $360,000.00 | $360,000.00 | Barred by Statute of Limitations; No Liability Based on Investigation |
| Claims To Be Expunged Totals | | Count:6 | | | $200,000.00 | $0.00 | $65,700.00 | $1,267,279.48 | $1,532,979.48 | |