```
1   KELLER BENVENUTTI KIM LLP
    Jane Kim (#298192)
2   (jkim@kbkllp.com)
    David A. Taylor (#247433)
3   (dtaylor@kbkllp.com)
    Gabrielle L. Albert (#190895)
4   (galbert@kbkllp.com)
    650 California Street, Suite 1900
5   San Francisco, CA 94108
    Tel: (415) 496-6723
6   Fax: (650) 636 9251

7   Attorneys for Appellees (Debtors and
    Reorganized Debtors)
8
```

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Reorganized Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>District Court Case No. 22-cv-00389-HSG<br><br>**APPELLEES' (I) RESPONSE TO SPIRO JANNINGS' APPELLANT'S DESIGANTION OF RECORD AND STATEMENT OF ISSUES AND (II) DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL** |

PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Appellees**," the "**Debtors**," or as reorganized pursuant to the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Dkt. No. 8048] (as it may be amended, modified, or supplemented and together with any exhibits or schedules thereto), the "**Reorganized Debtors**") submit this response to the May 12, 2023, filing by Spiro Jannings ("**Appellant**") of the *Appellant's Designation of Record and Statement of Issues on Appeal from Bankruptcy Court* [Dkt. No. 13728], and designation of additional items to be included in the record on appeal, in connection with Appellant's appeal from the *Order Denying Motion for Reconsideration by Spiro Jannings*, entered on March 27, 2023 [Dkt. No. 13646], by the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

**I.  RESPONSE TO STATEMENT OF ISSUES ON APPEAL**

The sole issue on appeal is whether the Bankruptcy Court abused its discretion in denying Appellant's motion for reconsideration of the order disallowing his claim, as failing to meet the standard of Rule 60(b)(3) and untimely filed under Rule 60(c) of the Federal Rules of Civil Procedure, as adopted by Federal Rule of Bankruptcy Procedure ("**FRBP**") 9024.

**II.  DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL**

Pursuant to FRBP 8009, the Reorganized Debtors hereby designate the following additional items to be included in the record on appeal, which include all exhibits and addenda attached thereto and filed therewith and all documents incorporated by reference therein:

Docket items from *In re PG&E Corp., et al.*, Case No. 19-30088 (DM):

| Dkt. No. | Description | Date |
|---|---|---|
| 263 | Amended Declaration of Jason P. Wells in Support of First Day Motions and Related Relief | 02/01/2019 |
| 8048 | Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 | 06/19/2020 |
| 8053 | Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 | 06/20/2020 |

| Dkt. No. | Description | Date |
|---|---|---|
| 10494 | Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and Granting Related Relief | 04/05/2021 |
| 11392 | Request for Judicial Notice in Support of Reorganized Debtors' Objection to Claim (Claim No. 58462, Filed October 17, 2019, of Spiro Jannings) | 10/08/2021 |
| 11417 | Certificate of Service of Sonia Akter | 10/13/2021 |
| 11488 | Notice of Continued Hearing on Reorganized Debtors' Objection to Claim (Claim No. 58462, Filed October 17, 2019, of Spiro Jannings) | 10/26/2021 |
| 11838 | Certificate of Service of Sonia Akter | 01/20/2022 |
| 11853 | Certificate of Service of Alain B. Francoeur | 01/21/2022 |
| 11854 | Certificate of Service of Sonia Akter | 01/21/2022 |
| 11916 | Certificate of Service of Xavi Flores | 02/10/2022 |
| 11959 | Certificate of Service of Alain B. Francoeur | 02/21/2022 |
| 11969 | Reply in Support of Motion for Relief From Order (Default Order; Dkt #11829; Sustaining Objection to Claim No. 58462; Dkt # 11388) | 02/23/2022 |
| 12040 | Certificate of Service of Sonia Akter | 03/18/2022 |
| 13457 | Notice of Deficiency | 01/17/2023 |
| 13459 | Certificate of Service of Dan Carney | 01/17/2023 |
| 13464 | Relief From Stay Cover Sheet | 01/20/2023 |
| 13653 | Certificate of Service of Alain B. Francoeur | 04/01/2023 |
| 13664 | Transmittal of Notice of Appeal to District Court | 04/10/2023 |
| 13676 | Certificate of Service of Victor Wong | 04/20/2023 |
| 13683 | Appellant's Motion for Expansion of Time | 04/26/2023 |
| 13694 | Service of Notice of Failure to Perfect Appeal | 05/04/2023 |

| Dkt. No. | Description | Date |
|---|---|---|
| 13726 | Appellant's Motion for Leave to Expand Time for Designation of Record and Statement of Issues on Appeal from Bankruptcy Court | 05/12/2023 |
| 13727 | Appellant's Declaration in Support of Motion for Leave to Expand Time for Designation of Record and Statement of Issues on Appeal from Bankruptcy Court | 05/12/2023 |
| 13728 | Appellant's Designation of Record and Statement of Issues on Appeal from Bankruptcy Court | 05/12/2023 |
| 13729 | Certificate of Mailing of Dan Carney | 05/12/2023 |
| 13733 | Order Granting Appellant Spiro Jannings' Motion for Leave to Expand Time | 05/15/2023 |

Docket Text from *In re PG&E Corp., et al.*, Case No. 19-30088 (DM):

| Dkt. No. | Description | Date |
|---|---|---|
| N/A | **DOCKET TEXT ORDER** (no separate order issued:) Denied The Motion to Extend Time filed by Spiro Jennings (#11768) is DENIED for the reasons stated by Debtors (#11775). The Motion to Abstain that Mr. Jennings filed (#11753) was not even set for hearing; the Objection to his claim was filed nearly three months ago. The Objection will remain on the January 18, 2022, calendar unless Debtors agree to continue it. (RE: related document(s)11768 Motion to Extend Time filed by Creditor Spiro Jannings). (Montali, Dennis) | 12/31/2021 |
| N/A | **DOCKET TEXT ORDER** (no separate order issued:) The Motion For Relief From Order (Dkt 11871), filed by Spiro Jannings, and set on the March 2, 2022, 10:00 AM calendar, is DROPPED from the calendar. The court does not further argument, and the matter will stand as SUBMTTERD on the papaers. (RE: related document(s)11871 Motion Miscellaneous Relief filed by Creditor Spiro Jannings). (Montali, Dennis) | 02/28/2022 |
| N/A | Hearing Dropped. The hearing on 3/2/22 regarding Motion for Relief from Order (Default Order Dkt #11829; Sustaining Objection to Claim No. 58462) is dropped from the calendar pursuant to the Court's 2/28 Docket Text Order. (related document(s): 11871 Motion Miscellaneous Relief filed by Spiro Jannings) (lp) | 03/01/2022 |

Hearing Transcripts from in *In re PG&E Corp., et al.*, Case No. 19-30088 (DM):

| Dkt. No. | Description | Date |
|---|---|---|
| 13591 | March 7, 2023 Hearing Transcript | 03/08/2023 |

Proof of Claim filed in *In re PG&E Corp., et al.*, Case No. 19-30088 (DM):

| Claim No. | Claimant | Date |
|---|---|---|
| 58462 | Spiro Jannings | 10/17/2019 |

The Reorganized Debtors reserve the right to designate additional items for inclusion in the record or restate the issues presented on appeal.

Dated: May 26, 2023

**KELLER BENVENUTTI KIM LLP**

By: /s/ Jane Kim
 Jane Kim

*Attorneys for the Appellees (Debtors and Reorganized Debtors)*