# Annex A

**(Pending Actions and State Court Plaintiffs)**

# Annex A
# (Pending Actions and State Court Plaintiffs)

| No. | State Court Plaintiff(s) & Counsel of Record<br>*Reflects current, best-known law firm names and addresses* | Case Name, Number, and Court |
|---|---|---|
| 1 | **Plaintiff(s):**<br>Catherine Dale-Jablonowski, Michael Jablonowski<br><br>**Counsel:**<br>Christian Krankemann<br>Michael Li<br>Krankemann Law Offices P.C.<br>420 E Street, Suite 100<br>Santa Rosa, CA 95404 | *Dale-Jablonowski v. Pacific Gas & Electric Co.*,<br>No. SCV-263261 (Sonoma) |
| 2 | **Plaintiff(s):**<br>Christopher Keys, Sara Keys<br><br>**Counsel:**<br>Christian Krankemann<br>Michael Li<br>Krankemann Law Offices P.C.<br>420 E Street, Suite 100<br>Santa Rosa, CA 95404 | *Keys v. Pacific Gas & Electric Co.*,<br>No. SCV-263332 (Sonoma) |
| 3 | **Plaintiff(s):**<br>David Barnes, Carrie Barnes<br><br>**Counsel:**<br>Christian Krankemann<br>Michael Li<br>Krankemann Law Offices P.C.<br>420 E Street, Suite 100<br>Santa Rosa, CA 95404 | *Barnes v. Pacific Gas & Electric Co.*,<br>No. SCV-263335 (Sonoma) |
| 4 | **Plaintiff(s):**<br>Christopher Ross, Jennifer Ross<br><br>**Counsel:**<br>Christian Krankemann<br>Michael Li<br>Krankemann Law Offices P.C.<br>420 E Street, Suite 100<br>Santa Rosa, CA 95404 | *Ross v. Pacific Gas & Electric Co.*,<br>No. SCV-263336 (Sonoma) |
| 5 | **Plaintiff(s):**<br>Gurcharan Singh, Kulwant Kaur<br><br>**Counsel:**<br>Christian Krankemann<br>Michael Li<br>Krankemann Law Offices P.C.<br>420 E Street, Suite 100<br>Santa Rosa, CA 95404 | *Singh v. Pacific Gas & Electric Co.*,<br>No. SCV-263337 (Sonoma) |

| No. | State Court Plaintiff(s) & Counsel of Record *Reflects current, best-known law firm names and addresses* | Case Name, Number, and Court |
|---|---|---|
| 6 | **Plaintiff(s):**<br>Austin Jacobs, Tiffany Jacobs, Audrey Laton<br><br>**Counsel:**<br>Christian Krankemann<br>Michael Li<br>Krankemann Law Offices P.C.<br>420 E Street, Suite 100<br>Santa Rosa, CA 95404 | *Jacobs v. Pacific Gas & Electric Co.*,<br>No. SCV-263341 (Sonoma) |
| 7 | **Plaintiff(s):**<br>Santa Rosa Chandi Pizza, Inc.<br><br>**Counsel:**<br>Christian Krankemann<br>Michael Li<br>Krankemann Law Offices P.C.<br>420 E Street, Suite 100<br>Santa Rosa, CA 95404 | *Santa Rosa Chandi Pizza, Inc. v. Pacific Gas & Electric Co.*,<br>No. SCV-263342 (Sonoma) |
| 8 | **Plaintiff(s):**<br>Florence Fay<br><br>**Counsel:**<br>Christian Krankemann<br>Michael Li<br>Krankemann Law Offices P.C.<br>420 E Street, Suite 100<br>Santa Rosa, CA 95404 | *Fay v. Pacific Gas & Electric Co.*,<br>No. SCV-263345 (Sonoma) |
| 9 | **Plaintiff(s):**<br>Todd Barnes, Penelope Barnes<br><br>**Counsel:**<br>Christian Krankemann<br>Michael Li<br>Krankemann Law Offices P.C.<br>420 E Street, Suite 100<br>Santa Rosa, CA 95404 | *Barnes, v. Pacific Gas & Electric Co.*,<br>No. SCV-263351 (Sonoma) |
| 10 | **Plaintiff(s):**<br>Rachel Adams<br><br>**Counsel:**<br>Christian Krankemann<br>Michael Li<br>Krankemann Law Offices P.C.<br>420 E Street, Suite 100<br>Santa Rosa, CA 95404 | *Adams v. Pacific Gas & Electric Co.*,<br>No. SCV-263353 (Sonoma) |

| No. | State Court Plaintiff(s) & Counsel of Record<br>*Reflects current, best-known law firm names and addresses* | Case Name, Number, and Court |
|---|---|---|
| 11 | **Plaintiff(s):**<br>Martin Reilley, Mary Beth Reilley<br><br>**Counsel:**<br>Christian Krankemann<br>Michael Li<br>Krankemann Law Offices P.C.<br>420 E Street, Suite 100<br>Santa Rosa, CA 95404 | *Reilley v. Pacific Gas & Electric Co.*,<br>No. SCV-263355 (Sonoma) |
| 12 | **Plaintiff(s):**<br>Stan Rickaby, Rickaby Fire Support, LLC<br><br>**Counsel:**<br>Larry A. Peluso<br>Peluso Law Group, PC<br>3419 Via Lido, Suite 460<br>Newport Beach, CA 92663 | *Rickaby v. PG&E Corp.*,<br>No. CGC-19-573256 (San Francisco) |
| 13 | **Plaintiff(s):**<br>Efren Robinson, Adriana Robinson, Danilov Home Furnishings<br><br>**Counsel:**<br>John T. Richards<br>Evan Willis<br>Richards Willis PC<br>750 B Street, Suite 1760<br>San Diego, CA 92101 | *Robinson v. PG&E Corp.*,<br>No. CGC-19-580073 (San Francisco) |
| 14 | **Plaintiff(s):**<br>Larry Biegler, Alysia Biegler<br><br>**Counsel:**<br>John T. Richards<br>Evan Willis<br>Richards Willis PC<br>750 B Street, Suite 1760<br>San Diego, CA 92101 | *Biegler, v. PG&E Corp.*,<br>No. 19CV00258 (Butte) |
| 15 | **Plaintiff(s):**<br>Dannie Cook, Vivian Cook, James Isham, Vivian Isham, Patricia Kelly, Elanor Linike, Don Steele, Dotha Steele, Julie Sherrill, Christina Metroka<br><br>**Counsel:**<br>John T. Richards<br>Evan Willis<br>Richards Willis PC<br>750 B Street, Suite 1760<br>San Diego, CA 92101 | *Cook v. PG&E Corp.*,<br>No. 19CV00380 (Butte) |

| No. | State Court Plaintiff(s) & Counsel of Record<br>*Reflects current, best-known law firm names and addresses | Case Name, Number, and Court |
|---|---|---|
| 16 | **Plaintiff(s):**<br>Jacob Bindernagel, Rebecca Bindernagel, John Bindernagel, Denise Bindernagel, Rudolpho Martinez, Hermenia Martinez, The Martinez Revocable Trust Agreement, Randall Ya Tes<br><br>**Counsel:**<br>John T. Richards<br>Evan Willis<br>Richards Willis PC<br>750 B Street, Suite 1760<br>San Diego, CA 92101 | *Bindernagel v. PG&E Corp.*,<br>No. 19CV00939 (Butte) |
| 17 | **Plaintiff(s):**<br>Bonnie B. Persons<br><br>**Counsel:**<br>John C. Meyer<br>Cecelia C. Fusich<br>Vernon Law Office<br>801 E. Charleston Road<br>Palo Alto, CA 94303 | *Persons v. Pacific Gas & Electric Co.*,<br>No. 19CV00281 (Butte) |
| 18 | **Plaintiff(s):**<br>Jaydene Gardner, Thomas Gardner<br><br>**Counsel:**<br>Jane Luciano<br>9000 Crow Canyon Road, Suite 168<br>Danville, CA 94506<br><br>William McCann<br>P.O. Box 370<br>Genoa, NV 89411 | *Gardner v. Pacific Gas & Electric Co.*,<br>No. 19CV00379 (Butte) |
| 19 | **Plaintiff(s):**<br>Liza Sims ex rel. Edna Gleason<br><br>**Counsel:**<br>Jane Luciano<br>9000 Crow Canyon Road, Suite 168<br>Danville, CA 94506<br><br>William McCann<br>P.O. Box 370<br>Genoa, NV 89411 | *Sims v. Pacific Gas & Electric Co.*,<br>No. 19CV01700 (Butte) |

| No. | State Court Plaintiff(s) & Counsel of Record<br>*Reflects current, best-known law firm names and addresses* | Case Name, Number, and Court |
|---|---|---|
| 20 | **Plaintiff(s):**<br>Mark Johnson, Kay Johnson, Sheron Box, The Robert and Kay Johnson Family Trust, Carmen Maya, Larry Grant, Renee Grant, Michael Guarino, Christina Guarino, The DeWayne Hart Family Trust<br><br>**Counsel:**<br>John T. Richards<br>Evan Willis<br>Richards Willis PC<br>750 B Street, Suite 1760<br>San Diego, CA 92101 | *Johnson, et al. v. PG&E Corp., et al.*<br>No. CGC-19-579965 (San Francisco) |