

**Signed and Filed: May 26, 2023**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Bankruptcy Case |
| | ) No. 19-30088-DM |
| PG&E CORPORATION, | ) |
| | ) Chapter 11 |
|         - and - | ) |
| | ) Jointly Administered |
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| | ) |
|       Reorganized Debtors. | ) |
| | ) |
| ☐ Affects PG&E Corporation | ) |
| ☐ Affects Pacific Gas and | ) |
|     Electric Company | ) |
| ☒ Affects both Debtors | ) |
| | ) |
| *All papers shall be filed in* | ) |
| *the Lead Case, No. 19-30088 (DM).* | ) |
| | ) |
| | ) |

**ORDER DENYING MOTION FOR RECONSIDERATION BY WILLIAM B. ABRAMS**

On May 17, 2023, the court issued an *Order Regarding Hearing on May 24, 2023* ("Order") (Dkt. 13736). The Order set time allocation for arguments by the parties on the *Reorganized Debtors' Omnibus Motion to Enforce the Discharge and Injunction Provisions of Plan and Confirmation Order Against Certain Pending Actions* ("Motion") (Dkt. 13685). The Order also

-1-

informed Mr. William B. Abrams, who had filed a response to the Motion, that he lacks standing and will not be permitted to argue.

On May 19, 2023, Mr. Abrams filed a *Motion for Reconsideration and Relief from the Order Regarding Hearing on May 24, 2023* ("Reconsideration") (Dkt. 13755).

For the reasons stated on the record at the hearing on the Motion on May 24, 2023, the Reconsideration is DENIED.

**END OF ORDER**

-2-

**COURT SERVICE LIST**

William B. Abrams
2041 Stagecoach Rd.
Santa Rosa, CA 95404

-3-