SPIRO JANNINGS
1304 Shortridge Ave. Unit C
San Jose, CA 95116
408-292-0646
Spiro@redlineracingcams.com

CREDITOR/APPELLANT, *Pro Se*

FILED
MAY 26 2023
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANNINGS,<br><br>    Appellant,<br><br>v.<br><br>PG&E CORPORATION, and<br>PACIFIC GAS & ELECTRIC COMPANY<br><br>    Appellees. | Bankruptcy Case No. <u>19-30088 (DM)</u><br><br>Chapter 11 (Jointly Administered)<br><br>**APPELLANT'S AMENDED DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL FROM BANKRUPTCY COURT**<br><br>Due: May 26, 2023, per Court Order |

SPIRO JANNINGS, *pro se*, CREDITOR/APPELLANT, hereby AMENDS his 05/12/23 notice to the Clerk of The Court of Appellant's Designation Of Record and Statement of Issues on Appeal (Dkt. 13728) to update and correct Scrivener errors to the Docket numbers, for the Clerk's Transmittal of Record On Appeal to the District Court; and in support so states:

1. On 05/12/23, Appellant filed a "Motion" for leave to expand time to file Designation of Record and Statement of Issues on Appeal (Dkt. 13726) with Declaration in support (Dkt. 13727), and co-filed Designation of Record and Statement of Issues (Dkt. 13728).

2. On 05/15/23, the Court GRANTED the Motion, providing until 05/26/23.

3. Appellant's filing: Dkt. 13728, contained scrivener errors (*), now cured; to wit:

---

APPELLANT'S AMENDED DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL FROM BANKRUPTCY COURT; CASE NO.: 23-CV-01735-HSG      1

## AMENDED DESIGNATION OF RECORD

| Bankruptcy Docket No. | Date Entered | Brief Summary of Document and/or Transcript |
|---|---|---|
| 11388 | 10/08/21 | PG&E Objection to Appellant's Claim |
| 11389* | 10/08/21 | Declaration of PG&E agent, Ledbetter in support of Objection |
| 11390* | 10/08/21 | Declaration of PG&E agent, Leonard in support of Objection |
| 11391* | 10/08/21 | Declaration of PG&E Counsel, Nadeau in support of Objection |
| 11393 | 10/08/21 | Notice Of Hearing |
| 11753 | 12/28/21 | Appellant's Motion to Abstain and Dismiss |
| 11768 | 12/30/21 | Appellant's Motion to Enlarge Time |
| 11768-1 | 12/30/21 | Declaration of Appellant's counsel in support of motion |
| 11775 | 12/31/21 | Appellee's Opposition to Motion to Enlarge Time |
| 11806 | 01/11/22 | Appellee's Request for Default |
| 11806-1 | 01/11/22 | Exhibit e-Mails of PG&E in support of Default |
| **11829** | **01/14/22** | **ORDER Disallowing Appellant's Claim** |
| 11871 | 01/26/22 | Appellant's Rule 60 Motion for Relief of Order (Dkt. 11829) |
| 11871-1 | 01/26/22 | Declaration of Appellant's Counsel, Furstman |
| 11871-2 | 01/26/22 | Declaration of Appellant's Counsel, St. James |
| 11872 | 01/26/22 | Notice Of Hearing |
| 11939 | 02/16/22 | Appellee's Opposition to Rule 60 Motion |
| 11940 | 02/16/22 | Declaration of PG&E Counsel, Kim |
| 11940-1 | 02/16/22 | Exhibit e-Mail of PG&E in support of Opposition |
| 11941 | 02/16/22 | Declaration of PG&E Counsel, Nadeau |

APPELLANT'S AMENDED DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL FROM BANKRUPTCY COURT; CASE NO.: 23-CV-01735-HSG     2

Case: 19-30088    Doc# 13779    Filed: 05/26/23    Entered: 05/26/23 13:45:31    Page 2 of 6

| | | | |
|---|---|---|---|
| 1 | 11941-1 | 02/16/22 | Exhibit e-Mail of PG&E in support of Opposition |
| 2 | 12009 | 03/14/22 | ORDER Denying Appellant's Rule 60 Motion (Dkt. 11871) |
| 3 | 13447 | 01/12/23 | Appellant's Substitution of Counsel |
| 4 | 13455 | 01/13/23 | Appellant's Rule 60(b) Omnibus Motion |
| 5 | 13456 | 01/13/23 | Declaration of Appellant, Jannings |
| 6 | 13458 | 01/17/23 | Notice Of Hearing |
| 7 | 13524 | 02/21/23 | Appellee's Opposition |
| 8 | 13525 | 02/21/23 | Declaration of PG&E Counsel, Nadeau |
| 9 | 13561 | 02/28/23 | Appellant's Reply to Appellee's Opposition |
| 10 | 13562 | 02/28/23 | Declaration of Appellant, Jannings |
| 11 | 13563 | 03/01/23 | ORDER Affirming 03/07/23 Hearing |
| 12 | 13591 | 03/07/23 | HEARING Transcript; Appellant's Motion (Dkt. 13455) |
| 13 | **13646** | **03/27/23** | **ORDER Denying Rule 60(b) Reconsideration of Default** |
| 14 | 13662 | 04/10/23 | Appellant's Notice of Appeal |
| 15 | 13726 | 05/12/23 | Appellant's Motion for Leave to Expand Time for Designation of Record and Statement of Issues |
| 16 | 13727 | 05/12/23 | Appellant's Declaration in Support of Motion for Leave to Expand Time for Designation of Record and Statement of Issues |
| 17 | 13728 | 05/12/23 | Appellant's Designation of Record and Statement of Issues |
| 18 | 13733 | 05/15/23 | The Bankruptcy Court's Order granting Appellant's Motion for Leave to Expand Time for Designation of Record and Statement |
| 19 | Pending | 05/26/23 | Appellant's AMENDED Designation of Record and Statement of Issues |

\*      Corrected Docket Numbers (scrivener errors) of filing: Dkt. 13728.

*** END OF DOCUMENTS ***

APPELLANT'S AMENDED DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL FROM BANKRUPTCY COURT; CASE NO.: 23-CV-01735-HSG     3

## STATEMENT OF ISSUES ON APPEAL

1. Whether the Bankruptcy Court erred by failing to apply an appropriate "case by case analysis" to Appellant's Omnibus Motion filed per F. R. Civ. P. 60(b)(1)/(3) (Dkt. 13455), for determining if [it] was "made within a reasonable time," as defined under F. R. Civ. P. 60(c);

2. Whether the Bankruptcy Court erred in determining "made within a reasonable time" under F. R. Civ. P. 60(c) circumvents or supersedes its stipulation of: "no more than a year after the entry of judgment," as specified for relief pursued under F. R. Civ. P. 60(b)(1)/(3);

3. Whether the Bankruptcy Court was prejudiced by considering the un-answered allegations of the Appellees' Objection (Dkt. 11388) to determine its ruling (Dkt. 11829) for a motion otherwise limited to a default (Dkt. 11806), and thereby prejudiced Appellant;

4. Whether the Bankruptcy Court erred in unfairly sanctioning Jannings individually for the misdeeds of his counsel's untimely filings, when the Court determined Appellee was not and could not be prejudiced by granting Appellant's relief;

5. Whether the Bankruptcy Court erred in ignoring, or failing to correct its interpretation of a clearly stated scrivener error it used in weighing its final determination;

6. Whether the Bankruptcy Court erred in finding the burden to determine fraud upon the Court was not met;

7. Whether the Bankruptcy Court erred in denying Appellant the opportunity to amend his action against Appellee in State Court, which preceded Appellee's Chapter 11 filing;

8. Whether the Bankruptcy Court erred in ignoring established case law pertaining to the Agency Theory over Attorney Authority that has been determined by SCOTUS since *Link v. Wabash Railroad* (1962); and brought to the Court's attention (Dkt. 13561);

9. All other matters of error properly raised in the record, which can be delineated.

APPELLANT'S AMENDED DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL FROM BANKRUPTCY COURT; CASE NO.: 23-CV-01735-HSG    4

Case: 19-30088    Doc# 13779    Filed: 05/26/23    Entered: 05/26/23 13:45:31    Page 4 of 6

Respectfully submitted,

Date: May 26, 2023

**SPIRO JANNINGS,** *Appellant*

*/s/ Spiro Jannings*

SPIRO JANNINGS
*Pro Se*

APPELLANT'S AMENDED DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL FROM BANKRUPTCY COURT; CASE NO.: 23-CV-01735-HSG    5

Case: 19-30088    Doc# 13779    Filed: 05/26/23    Entered: 05/26/23 13:45:31    Page 5 of 6

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

PG&E Corporation

and

Pacific Gas and Electric
Company.

Bankruptcy Case No.: 19-30088 (DM) (Lead Case)

Chapter 11

(Jointly Administered)

## CREDITOR/APPELLANT'S
## **CERTIFICATE OF MAILING**

I, the undersigned: <u>Dan Carney</u>, a disinterested non-party, acting at the request of the Appellant, Spiro Jannings, served a copy of the following documents:

    1.    Appellant's 05/26/23 Amended Designation of Record and Statement of Issues to be Appealed.

Further, that I complied with mailing the aforementioned documents by depositing same in the United States Postal system at San Jose, California on the date shown below, in a sealed envelope, First Class (or higher) postage prepaid, to the recipients at the addresses below:

Office of the U.S. Trustee / SF
Phillip J. Burton Federal Building
450 Golden Gate Ave., 5th FL, #05-0153
San Francisco, CA 94102

KELLER AND BENVENUTTI, LLP      for PG&E Corporation, *et al*
Jane Kim
Thomas B. Rupp
650 California St. #1900
San Francisco, CA 94108

EXECUTED BY: _/s/ Dan Carney_      Dated: May 26, 2023
Dan Carney
1304 Shortridge Ave., Unit C
San Jose, CA 95116