UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re: PG&E Corporation and

Pacific Gas and Electric Company    Bankruptcy Case No.: 19-30088-DM

_____

District Court Appeal Case No.: 23-cv-01735-HSG

**CERTIFICATE OF RECORD**

The undersigned Clerk of the U.S. Bankruptcy Court hereby certifies the record on appeal is complete and ready for transmission. The Designation of Content for Record on Appeal and Statement of Issues have been filed. The status of the transcripts are as follows:

[X] Designated transcript(s) have been filed with this Court. Docket #: 13591

[ ] No transcripts were requested by Appellant or Appellee.

[ ] Other:

Edward Emmons, Clerk
United States Bankruptcy Court

Date: May 31, 2023    By: /s/ *DaWana Chambers*
_____

DaWana Chamber, Deputy Clerk