

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102          May 31, 2023
Phone: (415) 268-2300

Mark B. Busby, Clerk of Court
United States District Court
Phillip Burton Federal Building & United States Courthouse       District Court Appeal Number:
450 Golden Gate Avenue, 16th Floor                               23-cv-01735-HSG
San Francisco, CA 94102

**Re:  Transmittal of Record on Appeal to District Court:**

PG&E Corporation and Pacific Gas and Electronic Company; Case No. 19-30088-DM;
Judge Dennis Montali

Dear Clerk:

We are electronically transmitting the following documents to your court for the above referenced matter:

- [✓] Docket Report
- [✓] Certificate of Record
- [X] Appellant's Designation of Items and Statement of Issues
- [X] Appellee's Designation of Additional Items (if applicable)
- [ ] Cross-Appellant's Designation of Additional Items and Statement of Issues (if applicable)
- [ ] Cross-Appellee's Designation of Additional Items (if applicable)
- [ ] Certificate of No Transcript Requests (if applicable)
- [ ] Statement of Evidence When a Transcript is Unavailable (if applicable)
- [ ] Agreed Statement as the Record on Appeal (if applicable)
- [ ] Other

If you have any questions, please contact me at  (415) 268-2373  .

Edward Emmons, Clerk
United States Bankruptcy Court

By:  /s/ *DaWana Chambers*

DaWana Chambers, Deputy Clerk