# U.S. Bankruptcy Court
## California Northern Bankruptcy Court (San Francisco)
### Bankruptcy Petition #: 19−30088

*Assigned to:* Judge Dennis Montali
Chapter 11
Voluntary
Asset

*Date filed:* 01/29/2019
*Plan confirmed:* 06/20/2020
*341 meeting:* 04/29/2019
*Deadline for filing claims:* 10/21/2019
*Deadline for filing claims (govt.):* 10/21/2019

*Debtor*
**PG&E Corporation**
Attn: Law Department
PO Box 1018
Oakland, CA 94612−9991
ALAMEDA−CA
(929) 333−8977
Tax ID / EIN: 94−3234914

represented by **Max Africk**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000
*TERMINATED: 11/12/2019*

**Gabrielle L. Albert**
Keller Benvenutti Kim LLP
650 California Street, 19th Floor
San Francisco, CA 94108
(530) 902−2560
Email: galbert@kbkllp.com

**Peter J. Benvenutti**
Keller Benvenutti Kim LLP
650 California St. 19th Fl.
San Francisco, CA 94108
(415) 364−6798
Email: pbenvenutti@kbkllp.com

**Kevin Bostel**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Lee Brand**
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Fl.
San Francisco, CA 94111−5998
415−983−1116
Email: lee.brand@pillsburylaw.com

**Timothy G. Cameron**
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Ave.
New York, NY 10019
(212) 474−1120

**Jared R. Friedmann**
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153

(212) 310−8000

**Andriana Georgallas**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Stuart J. Goldring**
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
(212) 310−8000

**Matthew Goren**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**David A. Herman**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000

**David Franklin Hill, IV**
Weil, Gotshal and Manges, LLP
767 Fifth Ave.
New York, NY 10153
(212) 310−8000

**Stephen Karotkin**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Tobias S. Keller**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108
(415) 796−0709
Email: tkeller@kbkllp.com

**Jane Kim**
Keller Benvenutti Kim LLP
650 California St, Suite 1900
San Francisco, CA 94108
(415) 364−6793
Email: jkim@kbkllp.com

**Katherine Kohn**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200
Washington, DC 20006
(202) 861−2607
Email: kkohn@groom.com

**Kevin Kramer**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

212−310−8000

**David Levine**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200
Washington, DC 20006
(202) 861−5436
Email: dnl@groom.com

**Dara Levinson Silveira**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108
415−364−6793
Email: dsilveira@kbkllp.com

**Jessica Liou**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Omid H. Nasab**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000

**John Nolan**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Kevin J. Orsini**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000

**Scott Reents**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000
Email: sreents@cravath.com

**Thomas B. Rupp**
Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, CA 94108
415−636−9015
Email: trupp@kbkllp.com

**Bradley R. Schneider**
Munger Tolles and Olson LLP
350 S Grand Ave., 50th Fl.
Los Angeles, CA 90071
(213) 683−9100
Email: bschneider@kbkfirm.com
*TERMINATED: 05/18/2022*

**Ray C. Schrock**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Richard W. Slack**
Weil Gotshal and Manges, LLP
767 Fifth Ave.
New York, NY 10153−0119
(212) 310−8000
Email: richard.slack@weil.com

**Theodore Tsekerides**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Paul H. Zumbro**
Cravath, Swaine & Moore LLP
85 Eighth Avenue
New York, NY 10019
2124741000
Email: mao@cravath.com

*Responsible Ind*
**Jason P. Wells**
Senior Vice President
Chief Financial Officer PG&E Corporation
77 Beale St.
San Francisco, CA 94177
(929) 333−8977

*U.S. Trustee*
**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102
(415)705−3333

represented by **Jason Blumberg**
Office of the U.S. Trustee
501 I St. #7−500
Sacramento, CA 95814
(916) 930−2076
Email: jason.blumberg@usdoj.gov

**Cameron M. Gulden**
DOJ−Ust
300 Booth Street
Room 3009
Reno, NV 89509
775−784−5662
Fax : 775−784−5531
Email: cameron.m.gulden@usdoj.gov

**Lynette C. Kelly**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102
(415) 252−2065
Email: ustpregion17.oa.ecf@usdoj.gov

**Timothy S. Laffredi**
Office of the U. S. Trustee − San Jose
280 South 1 St., Suite 268
San Jose, CA 95113
(408) 535−5525

Email: timothy.s.laffredi@usdoj.gov

**Timothy S. Laffredi**
Office of the U.S. Trustee − SF
450 Golden Gate Ave.
Suite 05−0153
San Francisco, CA 94102
(415) 705−3333
Email: timothy.s.laffredi@usdoj.gov

**Marta Villacorta**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102
(415) 252−2062
Email: marta.villacorta@usdoj.gov

| | | |
|---|---|---|
| *Creditor Committee*<br>**Official Committee Of Unsecured Creditors** | represented by | **Paul S. Aronzon**<br>Milbank LLP<br>2029 Century Park East, 33rd Fl.<br>Los Angeles, CA 90067<br>(424) 386−4000<br>Email: paronzon@milbank.com |

**James C. Behrens**
Milbank, LLP
2029 Century Park E, 33rd Fl.
Los Angeles, CA 90067
(424) 386−4436
Email: jbehrens@milbank.com

**Gregory A. Bray**
Milbank LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067
(424) 386−4470
Email: gbray@milbank.com

**Erin Elizabeth Dexter**
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835−7500
Email: edexter@milbank.com

**Dennis F. Dunne**
Milbank, LLP
55 Hudson Yards
New York, NY 10001−2163
(212) 530−5000
Email: ddunne@milbank.com

**Samuel A. Khalil**
Milbank, LLP
55 Hudson Yards
New York, NY 10001−2163
(212) 530−5000
Email: skhalil@milbank.com
*TERMINATED: 08/30/2022*

**Thomas R. Kreller**

Milbank LLP
2029 Century Park East, 33rd
Los Angeles, CA 90067
(424) 386−4463
Email: tkreller@milbank.com
*TERMINATED: 08/30/2022*

**Andrew Michael Leblanc**
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835−7500
Email: ALeblanc@milbank.com

**Alan Joseph Stone**
Milbank LLP
55 Hudson Yards
New York, NY 10001
(212) 530−5000
Email: AStone@milbank.com

*Creditor Committee*
**Official Committee of Tort Claimants** represented by **Lauren T. Attard**
Baker Hostetler LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025−0509
(310) 820−8800
Email: lattard@bakerlaw.com

**Chris Bator**
Baker & Hostetler LLP
127 Public Square #2000
Cleveland, OH 44114
(216) 621−0200
Email: cbator@bakerlaw.com

**Dustin M. Dow**
Baker & Hostetler LLP
127 Public Square #2000
Cleveland, OH 44114
(216) 621−0200
Email: ddow@bakerlaw.com

**Cecily Ann Dumas**
Baker and Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111−2806
415−659−2600
Email: cdumas@bakerlaw.com

**Joseph M. Esmont**
Baker & Hostetler LLP
127 Public Sq., #2000
Cleveland, OH 44147
(216) 861−7835
Email: jesmont@bakerlaw.com

**Lars H. Fuller**
Baker & Hostetler LLP
1801 California St #4400
Denver, CO 80202
(303) 764−4114

Email: lfuller@bakerlaw.com

**Eric R. Goodman**
Brown Rudnick LLP
601 Thirteenth St. NW, #600
Washington, DC 20005
(202) 536−1740
Email: egoodman@bakerlaw.com
*TERMINATED: 04/07/2021*

**Elizabeth A. Green**
BakerHostetler LLP
200 S. Orange Ave. #2300
Orlando, FL 32801
(407) 649−4000
Email: egreen@bakerlaw.com

**Robert A. Julian**
Baker and Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111−2806
(415) 569−2600
Email: rjulian@bakerlaw.com

**Elyssa S. Kates**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589−4227
Email: ekates@bakerlaw.com

**Kody D. L. Kleber**
Baker & Hostetler LLP
811 Main St., #1100
Houston, TX 77005
(713) 703−1315
Email: kkleber@bakerlaw.com

**John H. MacConaghy**
MacConaghy and Barnier
645 1st St. W #D
Sonoma, CA 95476
(707) 935−3205
Email: macclaw@macbarlaw.com

**Kimberly S. Morris**
Baker & Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
(415) 659−2600
Email: kmorris@bakerlaw.com

**David J. Richardson**
Baker & Hostetler, LLP
11601 Wilshire Blvd.,
14th Floor
Los Angeles, CA 90025
(310) 442−8858
Email: drichardson@bakerlaw.com

**David B. Rivkin, Jr.**

Baker and Hostetler LLP
1050 Connecticut Ave., N.W., #1100
Washington, DC 20036
(202) 861−1731
Email: drivkin@bakerlaw.com

**Jorian L. Rose**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589−4200
Email: jrose@bakerlaw.com

**Eric E. Sagerman**
Baker and Hostetler LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025
(310) 442−8875
Email: esagerman@bakerlaw.com

**Catherine E. Woltering**
Baker & Hostetler LLP
Key Tower, 127 Public Sq., #2000
Cleveland, OH 44114−1214
(614) 462−2677
Email: cwoltering@bakerlaw.com
*TERMINATED: 04/01/2020*

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 05/26/2023 | | 13776 | Appellee Designation of Contents for Inclusion in Record of Appeal *APPELLEES (I) RESPONSE TO SPIRO JANNINGS APPELLANTS DESIGANTION OF RECORD AND STATEMENT OF ISSUES AND (II) DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL* (RE: related document(s)13662 Notice of Appeal and Statement of Election filed by Creditor Spiro Jannings). Filed by Debtor PG&E Corporation (Albert, Gabrielle) (Entered: 05/26/2023) |
| 05/26/2023 | | 13779 | Amended Appellant Designation of Contents For Inclusion in Record On Appeal and Statement of Issues on Appeal, District Court Court Case No. 23−cv−01735−HSG (RE: related document(s)13662 Notice of Appeal and Statement of Election filed by Creditor Spiro Jannings). Filed by Creditor Spiro Jannings (dc) (Entered: 05/26/2023) |
| 05/31/2023 | | 13781 | Certificate of Record Re: District Court, Case No. 23−cv−01735−HSG (RE: related document(s)13662 Notice of Appeal and Statement of Election). (dc) (Entered: 05/31/2023) |

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Gabrielle L. Albert (#190895)
(galbert@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (650) 636 9251

*Attorneys for Appellees (Debtors and Reorganized Debtors)*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Reorganized Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>District Court Case No. 22-cv-00389-HSG<br><br>**APPELLEES' (I) RESPONSE TO SPIRO JANNINGS' APPELLANT'S DESIGANTION OF RECORD AND STATEMENT OF ISSUES AND (II) DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL** |

PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Appellees**," the "**Debtors**," or as reorganized pursuant to the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Dkt. No. 8048] (as it may be amended, modified, or supplemented and together with any exhibits or schedules thereto), the "**Reorganized Debtors**") submit this response to the May 12, 2023, filing by Spiro Jannings ("**Appellant**") of the *Appellant's Designation of Record and Statement of Issues on Appeal from Bankruptcy Court* [Dkt. No. 13728], and designation of additional items to be included in the record on appeal, in connection with Appellant's appeal from the *Order Denying Motion for Reconsideration by Spiro Jannings*, entered on March 27, 2023 [Dkt. No. 13646], by the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

I.  **RESPONSE TO STATEMENT OF ISSUES ON APPEAL**

The sole issue on appeal is whether the Bankruptcy Court abused its discretion in denying Appellant's motion for reconsideration of the order disallowing his claim, as failing to meet the standard of Rule 60(b)(3) and untimely filed under Rule 60(c) of the Federal Rules of Civil Procedure, as adopted by Federal Rule of Bankruptcy Procedure ("**FRBP**") 9024.

II. **DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL**

Pursuant to FRBP 8009, the Reorganized Debtors hereby designate the following additional items to be included in the record on appeal, which include all exhibits and addenda attached thereto and filed therewith and all documents incorporated by reference therein:

Docket items from *In re PG&E Corp., et al*., Case No. 19-30088 (DM):

| Dkt. No. | Description | Date |
|---|---|---|
| 263 | Amended Declaration of Jason P. Wells in Support of First Day Motions and Related Relief | 02/01/2019 |
| 8048 | Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 | 06/19/2020 |
| 8053 | Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 | 06/20/2020 |

| Dkt. No. | Description | Date |
|---|---|---|
| 10494 | Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and Granting Related Relief | 04/05/2021 |
| 11392 | Request for Judicial Notice in Support of Reorganized Debtors' Objection to Claim (Claim No. 58462, Filed October 17, 2019, of Spiro Jannings) | 10/08/2021 |
| 11417 | Certificate of Service of Sonia Akter | 10/13/2021 |
| 11488 | Notice of Continued Hearing on Reorganized Debtors' Objection to Claim (Claim No. 58462, Filed October 17, 2019, of Spiro Jannings) | 10/26/2021 |
| 11838 | Certificate of Service of Sonia Akter | 01/20/2022 |
| 11853 | Certificate of Service of Alain B. Francoeur | 01/21/2022 |
| 11854 | Certificate of Service of Sonia Akter | 01/21/2022 |
| 11916 | Certificate of Service of Xavi Flores | 02/10/2022 |
| 11959 | Certificate of Service of Alain B. Francoeur | 02/21/2022 |
| 11969 | Reply in Support of Motion for Relief From Order (Default Order; Dkt #11829; Sustaining Objection to Claim No. 58462; Dkt # 11388) | 02/23/2022 |
| 12040 | Certificate of Service of Sonia Akter | 03/18/2022 |
| 13457 | Notice of Deficiency | 01/17/2023 |
| 13459 | Certificate of Service of Dan Carney | 01/17/2023 |
| 13464 | Relief From Stay Cover Sheet | 01/20/2023 |
| 13653 | Certificate of Service of Alain B. Francoeur | 04/01/2023 |
| 13664 | Transmittal of Notice of Appeal to District Court | 04/10/2023 |
| 13676 | Certificate of Service of Victor Wong | 04/20/2023 |
| 13683 | Appellant's Motion for Expansion of Time | 04/26/2023 |
| 13694 | Service of Notice of Failure to Perfect Appeal | 05/04/2023 |

Case: 19-30088    Doc# 13782-2    Filed: 05/26/23    Entered: 05/26/23 09:13:45    Page 11 of 20

2

11

| Dkt. No. | Description | Date |
|---|---|---|
| 13726 | Appellant's Motion for Leave to Expand Time for Designation of Record and Statement of Issues on Appeal from Bankruptcy Court | 05/12/2023 |
| 13727 | Appellant's Declaration in Support of Motion for Leave to Expand Time for Designation of Record and Statement of Issues on Appeal from Bankruptcy Court | 05/12/2023 |
| 13728 | Appellant's Designation of Record and Statement of Issues on Appeal from Bankruptcy Court | 05/12/2023 |
| 13729 | Certificate of Mailing of Dan Carney | 05/12/2023 |
| 13733 | Order Granting Appellant Spiro Jannings' Motion for Leave to Expand Time | 05/15/2023 |

Docket Text from *In re PG&E Corp., et al.*, Case No. 19-30088 (DM):

| Dkt. No. | Description | Date |
|---|---|---|
| N/A | **DOCKET TEXT ORDER** (no separate order issued:) Denied The Motion to Extend Time filed by Spiro Jennings (#11768) is DENIED for the reasons stated by Debtors (#11775). The Motion to Abstain that Mr. Jennings filed (#11753) was not even set for hearing; the Objection to his claim was filed nearly three months ago. The Objection will remain on the January 18, 2022, calendar unless Debtors agree to continue it. (RE: related document(s)11768 Motion to Extend Time filed by Creditor Spiro Jannings). (Montali, Dennis) | 12/31/2021 |
| N/A | **DOCKET TEXT ORDER** (no separate order issued:) The Motion For Relief From Order (Dkt 11871), filed by Spiro Jannings, and set on the March 2, 2022, 10:00 AM calendar, is DROPPED from the calendar. The court does not further argument, and the matter will stand as SUBMTTERD on the papaers. (RE: related document(s)11871 Motion Miscellaneous Relief filed by Creditor Spiro Jannings). (Montali, Dennis) | 02/28/2022 |
| N/A | Hearing Dropped. The hearing on 3/2/22 regarding Motion for Relief from Order (Default Order Dkt #11829; Sustaining Objection to Claim No. 58462) is dropped from the calendar pursuant to the Court's 2/28 Docket Text Order. (related document(s): 11871 Motion Miscellaneous Relief filed by Spiro Jannings) (lp) | 03/01/2022 |

Hearing Transcripts from in *In re PG&E Corp., et al.*, Case No. 19-30088 (DM):

| Dkt. No. | Description | Date |
|---|---|---|
| 13591 | March 7, 2023 Hearing Transcript | 03/08/2023 |

Proof of Claim filed in *In re PG&E Corp., et al.*, Case No. 19-30088 (DM):

| Claim No. | Claimant | Date |
|---|---|---|
| 58462 | Spiro Jannings | 10/17/2019 |

The Reorganized Debtors reserve the right to designate additional items for inclusion in the record or restate the issues presented on appeal.

Dated: May 26, 2023

**KELLER BENVENUTTI KIM LLP**

By: /s/ Jane Kim
  Jane Kim

*Attorneys for the Appellees (Debtors and Reorganized Debtors)*

SPIRO JANNINGS
1304 Shortridge Ave. Unit C
San Jose, CA 95116
408-292-0646
Spiro@redlineracingcams.com

CREDITOR/APPELLANT, *Pro Se*



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANNINGS,<br><br>　　　　　Appellant,<br><br>　v.<br><br>PG&E CORPORATION, and<br>PACIFIC GAS & ELECTRIC COMPANY<br><br>　　　　　Appellees. | Bankruptcy Case No. <u>19-30088 (DM)</u><br><br>Chapter 11 (Jointly Administered)<br><br>**APPELLANT'S AMENDED DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL FROM BANKRUPTCY COURT**<br><br>Due: May 26, 2023, per Court Order |

SPIRO JANNINGS, *pro se*, CREDITOR/APPELLANT, hereby AMENDS his 05/12/23 notice to the Clerk of The Court of Appellant's Designation Of Record and Statement of Issues on Appeal (Dkt. 13728) to update and correct Scrivener errors to the Docket numbers, for the Clerk's Transmittal of Record On Appeal to the District Court; and in support so states:

1.　On 05/12/23, Appellant filed a "Motion" for leave to expand time to file Designation of Record and Statement of Issues on Appeal (Dkt. 13726) with Declaration in support (Dkt. 13727), and co-filed Designation of Record and Statement of Issues (Dkt. 13728).

2.　On 05/15/23, the Court GRANTED the Motion, providing until 05/26/23.

3.　Appellant's filing: Dkt. 13728, contained scrivener errors (*), now cured; to wit:

APPELLANT'S AMENDED DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL FROM BANKRUPTCY COURT; CASE NO.: 23-CV-01735-HSG　　　　1

## AMENDED DESIGNATION OF RECORD

| Bankruptcy Docket No. | Date Entered | Brief Summary of Document and/or Transcript |
|---|---|---|
| 11388 | 10/08/21 | PG&E Objection to Appellant's Claim |
| 11389* | 10/08/21 | Declaration of PG&E agent, Ledbetter in support of Objection |
| 11390* | 10/08/21 | Declaration of PG&E agent, Leonard in support of Objection |
| 11391* | 10/08/21 | Declaration of PG&E Counsel, Nadeau in support of Objection |
| 11393 | 10/08/21 | Notice Of Hearing |
| 11753 | 12/28/21 | Appellant's Motion to Abstain and Dismiss |
| 11768 | 12/30/21 | Appellant's Motion to Enlarge Time |
| 11768-1 | 12/30/21 | Declaration of Appellant's counsel in support of motion |
| 11775 | 12/31/21 | Appellee's Opposition to Motion to Enlarge Time |
| 11806 | 01/11/22 | Appellee's Request for Default |
| 11806-1 | 01/11/22 | Exhibit e-Mails of PG&E in support of Default |
| **11829** | **01/14/22** | **ORDER Disallowing Appellant's Claim** |
| 11871 | 01/26/22 | Appellant's Rule 60 Motion for Relief of Order (Dkt. 11829) |
| 11871-1 | 01/26/22 | Declaration of Appellant's Counsel, Furstman |
| 11871-2 | 01/26/22 | Declaration of Appellant's Counsel, St. James |
| 11872 | 01/26/22 | Notice Of Hearing |
| 11939 | 02/16/22 | Appellee's Opposition to Rule 60 Motion |
| 11940 | 02/16/22 | Declaration of PG&E Counsel, Kim |
| 11940-1 | 02/16/22 | Exhibit e-Mail of PG&E in support of Opposition |
| 11941 | 02/16/22 | Declaration of PG&E Counsel, Nadeau |

APPELLANT'S AMENDED DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL FROM BANKRUPTCY COURT; CASE NO.: 23-CV-01735-HSG    2

Case: 19-30088    Doc# 13782-2    Filed: 05/26/23    Entered: 05/26/23 08:53:45    Page 15 of 20

15

| | | | |
|---|---|---|---|
| 1 | 11941-1 | 02/16/22 | Exhibit e-Mail of PG&E in support of Opposition |
| 2 | 12009 | 03/14/22 | ORDER Denying Appellant's Rule 60 Motion (Dkt. 11871) |
| 3 | 13447 | 01/12/23 | Appellant's Substitution of Counsel |
| 4 | 13455 | 01/13/23 | Appellant's Rule 60(b) Omnibus Motion |
| 5 | 13456 | 01/13/23 | Declaration of Appellant, Jannings |
| 6 | 13458 | 01/17/23 | Notice Of Hearing |
| 7 | 13524 | 02/21/23 | Appellee's Opposition |
| 8 | 13525 | 02/21/23 | Declaration of PG&E Counsel, Nadeau |
| 9 | 13561 | 02/28/23 | Appellant's Reply to Appellee's Opposition |
| 10 | 13562 | 02/28/23 | Declaration of Appellant, Jannings |
| 11 | 13563 | 03/01/23 | ORDER Affirming 03/07/23 Hearing |
| 12 | 13591 | 03/07/23 | HEARING Transcript; Appellant's Motion (Dkt. 13455) |
| 13 | **13646** | **03/27/23** | **ORDER Denying Rule 60(b) Reconsideration of Default** |
| 14 | 13662 | 04/10/23 | Appellant's Notice of Appeal |
| 15 | 13726 | 05/12/23 | Appellant's Motion for Leave to Expand Time for Designation of Record and Statement of Issues |
| 16 | 13727 | 05/12/23 | Appellant's Declaration in Support of Motion for Leave to Expand Time for Designation of Record and Statement of Issues |
| 17 | 13728 | 05/12/23 | Appellant's Designation of Record and Statement of Issues |
| 18 | 13733 | 05/15/23 | The Bankruptcy Court's Order granting Appellant's Motion for Leave to Expand Time for Designation of Record and Statement |
| 19 | Pending | 05/26/23 | Appellant's AMENDED Designation of Record and Statement of Issues |

\* Corrected Docket Numbers (scrivener errors) of filing: Dkt. 13728.

*** END OF DOCUMENTS ***

APPELLANT'S AMENDED DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL FROM BANKRUPTCY COURT; CASE NO.: 23-CV-01735-HSG    3

## STATEMENT OF ISSUES ON APPEAL

1. Whether the Bankruptcy Court erred by failing to apply an appropriate "case by case analysis" to Appellant's Omnibus Motion filed per F. R. Civ. P. 60(b)(1)/(3) (Dkt. 13455), for determining if [it] was "made within a reasonable time," as defined under F. R. Civ. P. 60(c);

2. Whether the Bankruptcy Court erred in determining "made within a reasonable time" under F. R. Civ. P. 60(c) circumvents or supersedes its stipulation of: "no more than a year after the entry of judgment," as specified for relief pursued under F. R. Civ. P. 60(b)(1)/(3);

3. Whether the Bankruptcy Court was prejudiced by considering the un-answered allegations of the Appellees' Objection (Dkt. 11388) to determine its ruling (Dkt. 11829) for a motion otherwise limited to a default (Dkt. 11806), and thereby prejudiced Appellant;

4. Whether the Bankruptcy Court erred in unfairly sanctioning Jannings individually for the misdeeds of his counsel's untimely filings, when the Court determined Appellee was not and could not be prejudiced by granting Appellant's relief;

5. Whether the Bankruptcy Court erred in ignoring, or failing to correct its interpretation of a clearly stated scrivener error it used in weighing its final determination;

6. Whether the Bankruptcy Court erred in finding the burden to determine fraud upon the Court was not met;

7. Whether the Bankruptcy Court erred in denying Appellant the opportunity to amend his action against Appellee in State Court, which preceded Appellee's Chapter 11 filing;

8. Whether the Bankruptcy Court erred in ignoring established case law pertaining to the Agency Theory over Attorney Authority that has been determined by SCOTUS since *Link v. Wabash Railroad* (1962); and brought to the Court's attention (Dkt. 13561);

9. All other matters of error properly raised in the record, which can be delineated.

APPELLANT'S AMENDED DESIGNATION OF RECORD AND STATEMENT OF ISSUES
ON APPEAL FROM BANKRUPTCY COURT; CASE NO.: 23-CV-01735-HSG    4

Respectfully submitted,

Date: May 26, 2023

**SPIRO JANNINGS,** *Appellant*

*/s/ Spiro Jannings*

SPIRO JANNINGS
*Pro Se*

APPELLANT'S AMENDED DESIGNATION OF RECORD AND STATEMENT OF ISSUES
ON APPEAL FROM BANKRUPTCY COURT; CASE NO.: 23-CV-01735-HSG    5

Case: 19-30088    Doc# 13782-2    Filed: 05/26/23    Entered: 05/26/23 10:53:45    Page 18 of 20

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In Re:  Bankruptcy Case No.: 19-30088 (DM) (Lead Case)

PG&E Corporation

and  Chapter 11

Pacific Gas and Electric Company.  (Jointly Administered)

## CREDITOR/APPELLANT'S
## CERTIFICATE OF MAILING

I, the undersigned: Dan Carney, a disinterested non-party, acting at the request of the Appellant, Spiro Jannings, served a copy of the following documents:

1. Appellant's 05/26/23 Amended Designation of Record and Statement of Issues to be Appealed.

Further, that I complied with mailing the aforementioned documents by depositing same in the United States Postal system at San Jose, California on the date shown below, in a sealed envelope, First Class (or higher) postage prepaid, to the recipients at the addresses below:

Office of the U.S. Trustee / SF
Phillip J. Burton Federal Building
450 Golden Gate Ave., 5th FL, #05-0153
San Francisco, CA 94102

KELLER AND BENVENUTTI, LLP     for PG&E Corporation, *et al*
Jane Kim
Thomas B. Rupp
650 California St. #1900
San Francisco, CA 94108

EXECUTED BY: /s/ Dan Carney     Dated: May 26, 2023
Dan Carney
1304 Shortridge Ave., Unit C
San Jose, CA 95116

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re: PG&E Corporation and

Pacific Gas and Electric Company

Bankruptcy Case No.: 19-30088-DM

District Court Appeal Case No.: 23-cv-01735-HSG

## CERTIFICATE OF RECORD

The undersigned Clerk of the U.S. Bankruptcy Court hereby certifies the record on appeal is complete and ready for transmission. The Designation of Content for Record on Appeal and Statement of Issues have been filed. The status of the transcripts are as follows:

[X] Designated transcript(s) have been filed with this Court. Docket #: 13591

[ ] No transcripts were requested by Appellant or Appellee.

[ ] Other:

Edward Emmons, Clerk
United States Bankruptcy Court

Date: May 31, 2023

By: /s/ *DaWana Chambers*

DaWana Chamber, Deputy Clerk