PILLSBURY WINTHROP SHAW PITTMAN LLP
JONATHAN DOOLITTLE (290638)
jonathan.doolittle@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: 415.983.1000
Facsimile: 415.983.1200

Counsel to Chevron Master Pension Trust
and Chevron UK Pension Plan

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>PG&E, CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>___ Affects PG&E Corporation<br>___ Affects Pacific Gas and Electric Company<br>_X_ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)*. | Bankruptcy Case No. 19-30088(DM)<br><br>CHAPTER 11<br><br>(Lead Case) (Jointly Administered)<br><br>**CHEVRON'S OPPOSITION WITH RESPECT TO THE REORGANIZED DEBTORS' MOTION FOR ENTRY OF AN ORDER FURTHER EXTENDING DEADLINE FOR THE REORGANIZED DEBTORS TO OBJECT TO CLAIMS AND FOR RELATED RELIEF AND JOINDER**<br><br>Date: June 7, 2023<br>Time: 10:00 a.m. (PT)<br>Place: (Telephonic or Video Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br><br>Objection Deadline:<br>May 31, 2023, 4:00 pm (Pacific Time)<br><br>**Related Docket No.:** 13745 |

Chevron Master Pension Trust ("**CMPT**") and Chevron UK Pension Plan ("**CUPP**" and together with CMPT, "**Chevron**"), with claims in excess of $10 million dollars, through undersigned counsel, submit this objection (the "**Objection**") and relating to The Reorganized Debtors' Motion for Entry Of An Order Further Extending Deadline For The Reorganized Debtors To Object To Claims And For Related Relief [Dkt. No. 13745] (the "**Sixth Extension Motion**") respectfully represents as follows:

## BACKGROUND

On January 29, 2019 (the "Petition Date"), PG&E Corporation ("**HoldCo**") and Pacific Gas and Electric Company ("**Utility**", and together the "**Reorganized Debtors**") commenced voluntary cases for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of California.

Both CUPP and CMPT are prepetition holders of the Reorganized Debtors' publicly traded equity securities or debt securities. On May 14, 2020, CUPP and CMPT filed amended Rescission Proofs of Claim on account of those holdings at Claim Nos. 104490 and 104534 respectively (collectively, the "**Amended Claims**").[1] The Amended Claims are Securities Claims as that term is defined in the Sixth Extension Motion.

The original claims objection deadline was December 28, 2020 (the "**Objection Deadline**"). By virtue of the Reorganized Debtor's first five motions seeking to extend the Objection Deadline, the Objection Deadline was extended through June 30, 2023, almost two and a half years past the original deadline.

During the almost two and a half years since the December 28, 2020, deadline Chevron has provided trading information to the Reorganized Debtors. The Reorganized Debtors provided an initial response to Chevron that identified claimed issues with the Amended Claims and made an offer to resolve the Chevron claims. The Reorganized Debtors gave Chevron extensions of time to respond

---

[1] The Amended Claims amended Rescission Proofs of Claim filed previously by CUPP and CMPT on April 16, 2020, Claim Nos. 101416 and 101365 respectively (collectively, the "**Original Claims**"). The Original Claims were filed timely by the Extended Securities Bar Date (April 16, 2020). The Amended Claims relate back to the Original Claims. Pursuant to a Stipulation between CUPP and CMPT (collectively, "**Chevron**") filed April 26, 2021 [Dkt. No. 10580] the parties agreed that the Original Claims were expunged and agreed further that the "expungement of the Original Claims may not be argued to have negatively affected Chevron's Amended Claims."

to the pending offer during which time Chevron conducted an internal assessment of the issues raised by the Reorganized Debtors. Chevron will respond to the Reorganized Debtors' pending offer on June 1, 2023. Chevron anticipates that its claims will then go through the Securities Mediation Procedures previously approved by this Court.

Various parties have or will file objections to the Sixth Extension Motion, including the following:

- The California State Teachers Retirement System ("CalSTRS"), the New York State Common Retirement Fund ("NY CRF"), the Pension Reserves Investment Management Board of Massachusetts ("Mass PRIM") and the Hartford Accounts (together, the "BLA Schwartz Clients") filed an objection to the Sixth Extension Motion on May 31, 2023 (the "**BLA Schwartz Client's Objection**").

- The RKS Claimants (as that term is defined in their objection) filed an objection to the Sixth Extension Motion on May 31, 2023 (the "**RKS Claimants Objection**").

## OBJECTION

The Sixth Extension Motion seeks to make substantive changes to the Securities Procedures, including imposing an obligation that Chevron and other Securities Claimants, by September 30, 2023, prepare and file a detailed securities fraud complaint or adopt the four-year-old 218-page PERA Complaint which was filed on May 28, 2019. *Sixth Extension Motion* at 6:1-25 (summarizing requirement). The court-approved Securities Claims Procedures [Dkt. No. 10015-1 at 3:12-14] do not impose this requirement.

In addition, the Sixth Extension Motion seeks a court order adopting Securities Claims Merits Litigation Procedures and extending the objection deadline to allow a motion to dismiss-style process. The Sixth Extension Motion proposed to substantively revise the Securities Procedures to provide that a decision favorable to the Reorganized Debtors on a motion to dismiss will be imposed against all Securities Claimants. *Sixth Extension Motion* at 6:12-16 (*res judicata* by imposed agreement) 6:26-7:4 (summarizing procedures). Those that fail to adopt the PERA Complaint or submit their own PSLRA-style complaint will be dismissed for failing to state a claim even though they followed the Securities Procedures to the letter. *Sixth Extension Motion* at 7:2-4. Neither the Bankruptcy Code,

3

Case No. 19-30088(DM)

4853-7217-4951.v1

the Rules, or case law imposes such an outcome, and this relief is far more than a request to extend an objection deadline to allow further time to complete a Court-approved claims resolution process. It is improper at this late stage to substantively revise the Securities Procedures in a way that clearly prejudices Securities Claimants who agreed years ago to abide by the Securities Procedures the Court approved in 2020. The Court should not adopt the Securities Claims Merits Litigation Procedures. The Reorganized Debtors have failed to establish good cause to extend the objection deadline and revise the Securities Claims Procedures.

## **JOINDER**

The BLA Schwartz Client's Objection sets out in detail additional factual and legal arguments for denying the Sixth Extension Motion and Chevron will not restate those arguments in this Objection. Chevron instead joins in the BLA Schwartz Client's Objection and incorporates the same into this Objection.

In respect to the RKS Claimants Objection, Chevron joins in the factual and legal arguments made that the Reorganized Debtors have not shown good cause sufficient for the court to revise the ADR Procedures Order as it effects parties who have not yet completed the mediation process, and the factual and legal arguments as to why the Reorganized Debtors' additional proposed procedural hurdles should not be imposed.

## **CONCLUSION**

WHEREFORE, Chevron respectfully requests that the Court deny the Sixth Extension Motion and not alter the Securities Procedures that have been in place since 2020 and apply to Chevron's filed claims. Chevron continues to reserve all rights and requests that the Court order such other relief as is just and necessary.

Dated: May 31, 2023

PILLSBURY WINTHROP SHAW PITTMAN LLP

*/s/ Jonathan R. Doolittle*
By: JONATHAN R. DOOLITTLE

Counsel to Chevron Master Pension Trust and Chevron UK Pension Plan

4

# CERTIFICATE OF SERVICE

I, **Kathy Stout**, hereby declare:

I am a citizen of the United States, over the age of 18 years and not a party to the above-entitled action. I am an employee of Pillsbury Winthrop Shaw Pittman LLP, and my business address is Four Embarcadero Center, 22 Floor, San Francisco, CA 94111.

On **May 31, 2023**, I served a true copy of the following document(s): **CHEVRON'S OPPOSITION WITH RESPECT TO THE REORGANIZED DEBTORS' MOTION FOR ENTRY OF AN ORDER FURTHER EXTENDING DEADLINE FOR THE REORGANIZED DEBTORS TO OBJECT TO CLAIMS AND FOR RELATED RELIEF AND JOINDER** in the matter indicated below:

On **May 31, 2023**, I caused notice to be provided through ECF notification on all persons registered as participants in the Court's ECF system, or by electronic mail as indicated below.

***By Electronic Mail:***

***By ECF Notification***:

- Elliot Adler    eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Aaron L. Agenbroad    alagenbroad@jonesday.com, saltamirano@jonesday.com
- Gabrielle L. Albert    galbert@kbkllp.com
- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Destiny N. Almogue    Destiny.Almogue@skadden.com, wendy.lamanna@skadden.com
- Monique D. Almy    malmy@crowell.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Philip Anker    philip.anker@wilmerhale.com, whdocketing@wilmerhale.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Tyson Arbuthnot    tarbuthnot@rjo.com, jyeung@rjo.com
- Lauren T. Attard    lattard@bakerlaw.com, agrosso@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Chris Bator    cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com
- Andrew David Behlmann    abehlmann@lowenstein.com, elawler@lowenstein.com
- Tanya Behnam    tbehnam@polsinelli.com, ladocketing@polsinelli.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti    pbenvenutti@kbkllp.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Ronald F. Berestka    rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
- Christian Paul Binder    chris@bindermalter.com, cbinder@bindermalter.com
- Heinz Binder    heinz@bindermalter.com
- Jared D. Bissell    jared.bissell@troutman.com
- Jason Blumberg    jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- Richard Bodnar    rbodnar@rksllp.com
- Melissa Boey    melissa.boey@morganlewis.com

- 1 -
CERTIFICATE OF SERVICE

- Paige Boldt   pboldt@wattsguerra.com, cwilson@wattsguerra.com
- Jason Borg   jborg@jasonborglaw.com
- Evan C. Borges   eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- Mark Bostick   mbostick@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com
- James L. Bothwell   jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
- Peter R. Boutin   peter.boutin@kyl.com, lara.joel@kyl.com
- Erin N. Brady   erin.brady@hoganlovells.com
- Lee Brand   lee.brand@pillsburylaw.com, docket@pillsburylaw.com
- Gregory A. Bray   gbray@milbank.com
- Michael D. Breslauer   mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- W. Steven Bryant   , molly.batiste-debose@lockelord.com
- Chane Buck   cbuck@jonesday.com
- Kathlene Burke   kathlene.burke@skadden.com, burke.kathlene@gmail.com
- Craig A Burnett   cburnett@nomoredebt.com, bkecf@nomoredebt.com
- Frank Busch   busch@wvbrlaw.com, pallister@wvbrlaw.com
- Elizabeth J. Cabraser   ecabraser@lchb.com, awolf@lchb.com
- Anthony P. Cali   anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- Peter C. Califano   pcalifano@nvlawllp.com
- Steven M. Campora   scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta   Leah.Capritta@hklaw.com, reena.kaur@hklaw.com
- Nicholas A. Carlin   nac@phillaw.com, rac@phillaw.com
- Frank Thomas More Catalina   fcatalina@rksllp.com
- Katherine Rose Catanese   kcatanese@foley.com
- Matthew Cave   mcave@kfc.law
- Barry A. Chatz   barry.chatz@saul.com, barry.chatz@gmail.com
- Karen J. Chedister   kchedister@h-jlaw.com
- Christina Lin Chen   christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley   richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Kevin Chiu   kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com
- Jacquelyn H. Choi   jacquelyn.choi@rimonlaw.com, docketing@rimonlaw.com
- Shawn M. Christianson   schristianson@buchalter.com
- Robert N.H. Christmas   rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Jae Angela Chun   ajc@chun.law
- Gerard T. Cicero   GCicero@brownrudnick.com, NKhalatova@brownrudnick.com
- Louis J. Cisz   lcisz@nixonpeabody.com
- Valerie E. Clemen   , mcarter@coombslaw.com
- Alicia Clough   aclough@loeb.com
- Tiffany Strelow Cobb   tscobb@vorys.com
- John B. Coffman   john@johncoffman.net
- Kevin G. Collins   kevin.collins@btlaw.com
- Brian S. Conlon   bsc@phillaw.com, rac@phillaw.com
- Charles Cording   ccording@willkie.com, mao@willkie.com
- Manuel Corrales   mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Anne Costin   anne@costinlawfirm.com
- Christopher J. Cox   chris.cox@hoganlovells.com

| | |
|---|---|
| 1 | - Donald H. Cram     dhc@severson.com |
| | - Ashley Vinson Crawford     avcrawford@akingump.com, dkrasa-berstell@akingump.com |
| 2 | - Douglas S. Crosno     douglas.crosno@hoganlovells.com |
| 3 | - Andrea Crowl     acrowl@dbbwc.com |
| | - J. Russell Cunningham     rcunningham@dnlc.net, emehr@dnlc.net |
| 4 | - Keith J. Cunningham     , rkelley@pierceatwood.com |
| | - James D. Curran     jcurran@wolkincurran.com, dstorms@wolkincurran.com |
| 5 | - Tambra Curtis     tambra.curtis@sonoma-county.org, Megan.Sweeley@sonoma-county.org |
| 6 | - Stacy A. Dasaro     sdasaro@goodwinlaw.com |
| | - James M. Davis     jdavis@cglaw.com |
| 7 | - Nicolas De Lancie     ndelancie@jmbm.com |
| | - Judith A. Descalso     , jad_9193@ecf.courtdrive.com |
| 8 | - Andrew G. Devore     andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com |
| | - Erin Elizabeth Dexter     edexter@milbank.com |
| 9 | - Shounak Sanjeev Dharap     ssd@arnslaw.com, mec@arnslaw.com |
| 10 | - Kathryn S. Diemer     kdiemer@diemerwei.com |
| | - Kathryn S. Diemer     kdiemer@diemerwhitman.com |
| 11 | - John P. Dillman     houston_bankruptcy@lgbs.com |
| | - Caroline R. Djang     cdjang@buchalter.com, Laurie.Verstegen@bbklaw.com |
| 12 | - Krystal Dong     ykdong@gmail.com |
| | - Jonathan R. Doolittle     jonathan.doolittle@pillsburylaw.com |
| 13 | - Jennifer V. Doran     jdoran@hinckleyallen.com |
| 14 | - Dustin M. Dow     ddow@bakerlaw.com, jmcguigan@bakerlaw.com |
| | - Jamie P. Dreher     jdreher@downeybrand.com |
| 15 | - Todd Dressel     tdressel@mcguirewoods.com, jtabisaura@mcguirewoods.com |
| | - Geoffrey B. Dryvynsyde     gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov |
| 16 | - Jeffrey Aaron Dubbin     jdubbin@labaton.com, echan-lee@labaton.com |
| 17 | - Matthew Ducharme     matthew.ducharme@hoganlovells.com, tracy.southwell@hoganlovells.com |
| 18 | - Cecily Ann Dumas     cdumas@bakerlaw.com, hhammonturano@bakerlaw.com |
| | - Dennis F. Dunne     cprice@milbank.com, jbrewster@milbank.com |
| 19 | - Dennis F. Dunne     ddunne@milbank.com, jbrewster@milbank.com |
| 20 | - Huonganh Annie Duong     annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com |
| 21 | - Luke N. Eaton     eatonl@pepperlaw.com, monugiac@pepperlaw.com |
| | - Daniel G. Egan     daniel.egan@ropesgray.com, nova.alindogan@ropesgray.com |
| 22 | - Joseph A. Eisenberg     JAE1900@yahoo.com |
| | - Michele Ellison     mellison@gibbsgiden.com, lrochelle@gibbsgiden.com |
| 23 | - David Emerzian     , Melany.Hertel@mccormickbarstow.com |
| 24 | - G. Larry Engel     larry@engeladvice.com |
| | - Krista M. Enns     KEnns@beneschlaw.com |
| 25 | - Scott Esbin     sesbin@esbinalter.com |
| | - Joseph M. Esmont     jesmont@bakerlaw.com |
| 26 | - Michael P. Esser     michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com |
| 27 | - Richard W. Esterkin     richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com |
| 28 | |

- Michael S. Etkin    metkin@lowenstein.com
- Jacob M. Faircloth    jacob@bfolegal.com
- Brett D. Fallon    bfallon@morrisjames.com, wweller@morrisjames.com
- Michael C. Fallon    , manders@fallonlaw.net
- Joana Fang    jf@kbklawyers.com, icd@kbklawyers.com
- Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
- David M. Feldman    DFeldman@gibsondunn.com
- Matthew A. Feldman    mfeldman@willkie.com
- Jennifer Feldsher    jennifer.feldsher@morganlewis.com
- Mark E. Felger    mfelger@cozen.com
- James J. Ficenec    James.Ficenec@ndlf.com
- Kimberly S. Fineman    kfineman@fhlawllp.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Timothy M. Flaherty    tflaherty@mpplaw.com
- Daniel I. Forman    dforman@willkie.com
- Matthew Hampton Foushee    hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- James P. Frantz    rosa@frantzlawgroup.com
- Carolyn Frederick    cfrederick@prklaw.com
- Matthew Patrick French    mfrench@baumhedlundlaw.com
- Peter Friedman    pfriedman@omm.com
- Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Lars H. Fuller    lfuller@bakerlaw.com
- Thomas M. Gaa    tgaa@bbslaw.com
- Larry W. Gabriel    , nfields@bg.law
- Gregg M. Galardi    gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com
- Craig Solomon Ganz    ganzc@ballardspahr.com, hartt@ballardspahr.com
- Jeffrey K. Garfinkle    jgarfinkle@buchalter.com, lverstegen@buchalter.com
- Oscar Garza    ogarza@thegarzafirm.com
- Lisa S. Gast    lsg@dwgp.com, lmk@dwgp.com
- Paul R. Gaus    pgaus@downeybrand.com
- Duane M. Geck    dmg@severson.com
- Casey Gee    casey@tlopc.com
- Evelina Gentry    evelina.gentry@akerman.com
- Janet D. Gertz    jgertz@btlaw.com
- Christopher Gessner    cgessner@akingump.com, NYMCO@akingump.com
- R. Dale Ginter    dginter@downeybrand.com
- Jon T. Givens    givensjt@gmail.com, cwilson@wattsguerra.com
- Barry S. Glaser    bglaser@salvatoboufadel.com
- Paul R. Glassman    pglassman@sycr.com
- Gabriel I. Glazer    gglazer@pszjlaw.com
- Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Jaime Godin    Jtouchstone@fddcm.com
- Matthew A. Gold    courts@argopartners.net
- Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Craig Goldblatt    Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com

- 4 -
CERTIFICATE OF SERVICE

- Amy L. Goldman    goldman@lbbslaw.com
- Eric S. Goldstein    egoldstein@goodwin.com
- Rhonda Stewart Goldstein    Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- Eric R. Goodman    egoodman@bakerlaw.com
- Michael R. Goodstein    mgoodstein@baileycav.com
- Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutinjones.com
- Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutinjones.com
- Michael I. Gottfried    mgottfried@elkinskalt.com, AAburto@elkinskalt.com
- Louis Gottlieb    Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Elizabeth Graham    egraham@gelaw.com
- Eric A. Grasberger    eric.grasberger@stoel.com, docketclerk@stoel.com
- Debra I. Grassgreen    , hphan@pszjlaw.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Eric A. Gravink    eric@rhrc.net
- Elizabeth A. Green    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- Tracy Green    tgreen@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com
- Alan Greenberg    agreenberg@ggtriallaw.com
- Mitchell B. Greenberg    mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- Brian Gregory    b.gregory@veenfirm.com, EL.Team@Veenfirm.com
- Susan Sieger Grimm    SSieger-Grimm@brownrudnick.com, NKhalatova@brownrudnick.com
- Matthew W. Grimshaw    matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com
- Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Carl L. Grumer    cgrumer@manatt.com, mchung@manatt.com
- Ralph P. Guenther    doughertyandguentherapc@jubileebk.net, Notices@montereylaw.com
- David Matthew Guess    dguess@buchalter.com
- Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com
- Lloyd C. Guintivano    anitag@co.lake.ca.us, lloydg@co.lake.ca.us
- Cameron M. Gulden    cameron.m.gulden@usdoj.gov
- Natali Gulli    ngulli@hastingslawoffice.com, ksousa@hastingslawoffice.com
- Mirco J. Haag    mhaag@buchalter.com, dcyrankowski@buchalter.com
- Laurie Hager    lhager@sussmanshank.com
- J. Noah Hagey    hagey@braunhagey.com, tong@braunhagey.com
- Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com
- Michael Hampson    mhampson@rksllp.com
- Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com
- Jay Harker    jharker@clausen.com, mgenova@clausen.com
- Joseph George Harraka    jgharraka@becker.legal
- Adam C. Harris    adam.harris@srz.com
- Robert G. Harris    rob@bindermalter.com, RobertW@BinderMalter.com
- Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Christopher V. Hawkins    hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com
- Jennifer C. Hayes    jhayes@fhlawllp.com

- 5 -
CERTIFICATE OF SERVICE

- Geoffrey A. Heaton    gheaton@duanemorris.com, dmicros@duanemorris
- Michael C. Hefter    michael.hefter@hoganlovells.com, tracy.southwell@hoganlovells.com
- Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com
- Matthew Henderson    matthew.henderson@msrlegal.com, karen.wigylus@msrlegal.com
- Samy Saad Henein    samyhenein@aol.com, mh@suppalaw.com
- Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com
- Matthew Heyn    matthew.heyn@doj.ca.gov
- Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- James P. Hill    hill@sullivanhill.com, bkstaff@sullivanhill.com
- Morgan R. Hirst    mhirst@jonesday.com, mmelvin@jonesday.com
- Michael R. Hogue    hoguem@gtlaw.com, navarrom@gtlaw.com
- David Holtzman    david.holtzman@hklaw.com
- Alexandra S. Horwitz    allie.horwitz@dinsmore.com
- Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com
- Linda Wendell Hsu    lhsu@selmanlaw.com, psmith@selmanlaw.com
- Shane Huang    shane.huang@usdoj.gov
- Brian D. Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com
- Kelly L. Huey    khuey@burkeandkesslerlaw.com
- Christopher Hughes    chughes@nossaman.com
- Jonathan Hughes    , jane.rustice@aporter.com
- Edward R. Huguenin    ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
- Michael A. Isaacs    misaacs@rinconlawllp.com, aworthing@rinconlawllp.com
- Mark V. Isola    misola@brotherssmithlaw.com
- J. Eric Ivester    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester    , Andrea.Bates@skadden.com
- Lawrence A. Jacobson    laj@cohenandjacobson.com, mcycle48@gmail.com
- Paul M. Jamond    jamond@pacbell.net
- Kizzy L. Jarashow    KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com
- Ivan C. Jen    ivan@icjenlaw.com
- Amanda Jereige    AJereige@winston.com, amanda-jereige-5954@ecf.pacerpro.com
- James O. Johnston    jjohnston@jonesday.com
- Chris Johnstone    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Andrew Jones    andrew@ajoneslaw.com
- Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com
- John L. Jones    JJones@chwlaw.us, JLJones2@outlook.com
- Robert A. Julian    rjulian@bakerlaw.com, hhammonturano@bakerlaw.com
- George H. Kalikman    , sdavenport@schnader.com
- Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com
- Bonnie E. Kane    bonnie@thekanelawfirm.com, skane@thekanelawfirm.com
- Eve H. Karasik    ehk@lnbyb.com
- Michael G. Kasolas    trustee@kasolas.net, ecf.alert+Kasolas@titlexi.com
- Elyssa S. Kates    ekates@bakerlaw.com
- Ori Katz    okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- William M. Kaufman    wkaufman@smwb.com, eschneider@smwb.com
- Jane G. Kearl    jkearl@watttieder.com, jbenton@watttieder.com

- Tobias S. Keller     tkeller@kbkllp.com
- Lynette C. Kelly     ustpregion17.oa.ecf@usdoj.gov
- Sarah Elisabeth Kelly-Kilgore     skellykilgore@ggtriallaw.com, dvultaggio@ggtriallaw.com
- Matthew K. Kelsey     mkelsey@gibsondunn.com
- Gerald P. Kennedy     gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
- Erica L. Kerman     ekerman@willkie.com
- Samuel M. Kidder     skidder@ktbslaw.com
- Marc Kieselstein     , carrie.oppenheim@kirkland.com
- Jane Kim     jkim@kbkllp.com
- Mary H. Kim     Mary.Kim@dechert.com, brett.stone@dechert.com
- Susan E. Kirkgaard     , carlyn.jorgensen@bullivant.com
- Kody D. L. Kleber     kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- Matthew Ryan Klinger     mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- Johnny Knadler     jdknadler@yahoo.com
- Bradley C. Knapp     bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- Kelly V. Knight     kelly.knight@srz.com
- Lydia Vanessa Ko     Lvko@stonelawoffice.com
- Thomas F. Koegel     tkoegel@crowell.com
- Katherine Kohn     kkohn@groom.com, ashahinllari@groom.com
- Andy S. Kong     kong.andy@arentfox.com
- Anna Kordas     akordas@jonesday.com, mmelvin@jonesday.com
- Alan W. Kornberg     , akornberg@paulweiss.com
- Bernard Kornberg     bernard.kornberg@practus.com
- David I. Kornbluh     dkombluh@venturahersey.com, jpatterson@venturahersey.com
- Lauren Kramer     lkramer@rjo.com
- Marc Kramer     mkramer@rksllp.com
- Jeffrey C. Krause     jkrause@gibsondunn.com
- Lindsey E. Kress     lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser     hkreuser@porterlaw.com, ooberg@porterlaw.com
- Kevin Kroll     kkroll@kfc.law
- Michael Thomas Krueger     michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Marek P. Krzyzowski     MKrzyzowski@brownrudnick.com, SCalderon@brownrudnick.com
- Robert T. Kugler     robert.kugler@stinson.com, Jess.Rehbein@stinson.com
- Duane Kumagai     dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com
- Brendan M. Kunkle     bkunkle@abbeylaw.com, lmeyer@abbeylaw.com
- Alisa C. Lacey     alisa.lacey@stinson.com, karen.graves@stinson.com
- Timothy S. Laffredi     timothy.s.laffredi@usdoj.gov
- Timothy S. Laffredi     timothy.s.laffredi@usdoj.gov
- Richard A. Lapping     rich@trodellalapping.com
- Omeed Latifi     olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- John E. Lattin     jlattin@ostergar.com, cslovenec@ostergar.com
- Paul J. Laurin     plaurin@btlaw.com, slmoore@btlaw.com
- Michael Lauter     mlauter@sheppardmullin.com
- Kenneth T. Law     klaw@bbslaw.com

- Francis J. Lawall  francis.lawall@troutman.com, susan.henry@troutman.com
- Andrew Michael Leblanc  ALeblanc@milbank.com
- Erica Lee  Erica.Lee@doj.ca.gov
- Scott Lee  scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Paul J. Leeds  Pleeds@fsl.law
- Edward J. Leen  eleen@mkbllp.com
- Lisa Lenherr  llenherr@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com
- Matthew A. Lesnick  matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch  bletsch@braytonlaw.com
- David B. Levant  david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin  alevin@wcghlaw.com
- Emily Sarah Levin  elevin@levinlawgroupplc.com
- David Levine  dnl@groom.com
- Marc A. Levinson  Malevinson@orrick.com, casestream@ecf.courtdrive.com
- Dara Levinson Silveira  dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com
- Alexander James Demitro Lewicki  kdiemer@diemerwei.com
- Alexander James Demitro Lewicki  alewicki@diemerwei.com
- Lauren Lifland  lauren.lifland@wilmerhale.com, whdocketing@wilmerhale.com
- William S. Lisa  , jcaruso@nixonpeabody.com
- William S. Lisa  wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb  jon.loeb@bingham.com
- Michael B. Lubic  michael.lubic@klgates.com
- John William Lucas  , ocarpio@pszjlaw.com
- Joseph R. Lucia  PersonallnjuryGroup@RLSlawyers.com
- Jane Luciano  jane-luciano@comcast.net
- Kerri Lyman  klyman@irell.com, #-FirmPSDocketing@Steptoe.com
- John H. MacConaghy  macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald  imac@macfern.com, 6824376420@filings.docketbird.com
- Malcolm A. Mackenzie  mmackenzie@coombslaw.com, vclemen@coombslaw.com
- Tracy L. Mainguy  tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel  samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta  adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Katharine Malone  malonek@gtlaw.com
- Liam K. Malone  malone@oles.com, shahin@oles.com
- Michael W. Malter  michael@bindermalter.com
- Ankur Mandhania  amandhania@mayerbrown.com
- Craig Margulies  cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr  gemarr59@hotmail.com
- Richard A. Marshack  rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com
- Catherine Martin  cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- Laila Masud  lmasud@marshackhays.com, lmasud@ecf.courtdrive.com
- David P. Matthews  jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy  patrick.maxcy@snrdenton.com

- 8 -
CERTIFICATE OF SERVICE

- Simon Richard Mayer    simon.mayer@lockelord.com, Rellis@lockelord.com
- James J. Mazza    james.mazza@skadden.com, wendy.lamanna@skadden.com
- Benjamin P. McCallen    bmccallen@willkie.com
- C. Luckey McDowell    luckey.mcdowell@shearman.com
- Matthew D. McGill    MMcGill@gibsondunn.com
- Melissa C. McLaughlin    mcmclaughlin@venable.com, ataylor@venable.com
- Edward Joseph McNeilly    edward.mcneilly@hoganlovells.com, verbon.davenport@hoganlovells.com
- Scott H. McNutt    SMcNutt@ml-sf.com, csnell@ml-sf.com
- Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo    peter@pmrklaw.com
- Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com
- Jennifer L. Mersing    jennifer.mersing@stoel.com, lisa.petras@stoel.com
- Joshua M. Mester    jmester@jonesday.com
- Matthew D. Metzger    belvederelegalecf@gmail.com, 8450177420@filings.docketbird.com
- Merle C. Meyers    mmeyers@mlg-pc.com
- Randy Michelson    randy.michelson@michelsonlawgroup.com
- Gerardo Mijares-Shafai    Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com
- Joel S. Miliband    jmiliband@brownrudnick.com
- John W. Mills    jmills@joneswalker.com
- Joseph G. Minias    jminias@willkie.com
- M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Benjamin Mintz    benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com
- Nancy Mitchell    nmitchell@omm.com
- Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Aaron J. Mohamed    ajm@brereton.law, aaronmohamedlaw@gmail.com
- David Molton    dmolton@brownrudnick.com
- Kevin Montee    kmontee@monteeassociates.com
- Christopher D. Moon    chris@moonlawapc.com, kevin@moonlawapc.com
- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com
- Candace J. Morey    cjm@cpuc.ca.gov
- Courtney L. Morgan    morgan.courtney@pbgc.gov
- Richard Morin    , 6863427420@filings.docketbird.com
- Kimberly S. Morris    kmorris@bakerlaw.com, hhammonturano@bakerlaw.com
- Rodney Allen Morris    Rodney.Morris2@usdoj.gov
- Joshua D. Morse    Joshua.Morse@dlapiper.com, docket@pillsburylaw.com
- Andrew H. Morton    andrew.morton@stoel.com, lisa.petras@stoel.com
- Thomas G. Mouzes    tmouzes@boutininc.com
- Thomas G. Mouzes    tmouzes@boutinjones.com
- Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com

- John Leland Murphree    LMurphree@maynardcooper.com, mshabpareh@maynardcooper.com
- Bennett J. Murphy    bmurphy@bennettmurphylaw.com
- Julie M. Murphy    jmmurphy@stradley.com
- Michael S. Myers    myersm@ballardspahr.com
- David L. Neale    dln@lnbyg.com
- David Neier    dneier@winston.com
- Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com
- Michael S. Neumeister    MNeumeister@gibsondunn.com
- Howard S. Nevins    lsamosa@hsmlaw.com
- Samuel A. Newman    sam.newman@sidley.com, laefilingnotice@sidley.com
- Melissa T. Ngo    harris.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas    mario.nicholas@stoel.com, ana.trask@stoel.com
- Dustin Nirschl    dustin.nirschl@bbklaw.com, Linda.tapia@bbklaw.com
- Sean Nolan    snolan@akingump.com, NYMCO@akingump.com
- Gregory C. Nuti    chart@nutihart.com, nwhite@nutihart.com
- Eric A. Nyberg    e.nyberg@kornfieldlaw.com, g.michael@kornfieldlaw.com
- Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com
- Alicia D. O'Neill    aoneill@wattsguerra.com, cwilson@wattsguerra.com
- Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Aron M. Oliner    roliner@duanemorris.com, dmicros@duanemorris.com
- Matthew Jon Olson    matt@macfern.com, stell.laura@dorsey.com
- Scott Olson    scott.olson@bclplaw.com
- Steven M. Olson    steve@bfolegal.com
- Aram Ordubegian    Ordubegian.Aram@ArentFox.com
- Jose Antonio Ortiz    aortiz@jhwclaw.com
- Keith C. Owens    kowens@foxrothschild.com, ARCDocketing@foxrothschild.com
- Gabriel Ozel    , gabeozel@gmail.com
- Amy S. Park    amy.park@skadden.com
- Donna Taylor Parkinson    donna@parkinsonphinney.com
- Peter S. Partee    ppartee@huntonak.com, candonian@huntonak.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- Kenneth Pasquale    , mlaskowski@stroock.com
- Dow Wakefield Patten    dow@forthrightlaw.com
- Larry Allan Peluso    pelusolaw@gmail.com, firm@pelusolaw.net
- Valerie Bantner Peo    vbantnerpeo@buchalter.com
- Yosef Peretz    yperetz@peretzlaw.com, skim@peretzlaw.com
- Christian A Pereyda    cpereyda@maynardnexsen.com
- Thomas R. Phinney    tphinney@ffwplaw.com
- R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston    rpinkston@seyfarth.com, 5314522420@filings.docketbird.com
- Estela O. Pino    epino@epinolaw.com, rmahal@epinolaw.com
- Gregory Plaskett    GREGORY.PLASKETT@GMAIL.COM
- Mark D. Plevin    mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

- Steven G. Polard    spolard@eisnerlaw.com, calendar-lao@ropers.com
- Mark D. Poniatowski    ponlaw@ponlaw.com
- Cara M. Porter    cporter@marincounty.org, ealfaro@marincounty.org
- Jack Praetzellis    jpraetzellis@foxrothschild.com, jack-praetzellis-1683@ecf.pacerpro.com
- Christopher E. Prince    cprince@lesnickprince.com
- Douglas B. Provencher    dbp@provlaw.com
- Amy C. Quartarolo    amy.quartarolo@lw.com
- Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins    justinrawlins@paulhastings.com
- Hugh M. Ray    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready    smeyer@farmerandready.com
- Caroline A. Reckler    caroline.reckler@lw.com
- Scott Reents    sreents@cravath.com
- Steven J. Reisman    sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner    jreisner@irell.com, #-FirmPSDocketing@Steptoe.com
- Jack A. Reitman    , srichmond@lgbfirm.com
- Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- David J. Richardson    drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
- Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- David B. Rivkin    drivkin@bakerlaw.com, jmeeks@bakerlaw.com
- John R. Rizzardi    kcoselman@cairncross.com, tnguyen@cairncross.com
- Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov
- Michael Rogers    mrogers@lambertrogers.com, jan@lambertrogers.com
- Lawrence M. Rolnick    lrolnick@rksllp.com
- Christina Anne Romak    christina.romak@bakerbotts.com, vanessa.araujo@bakerbotts.com
- Jorian L. Rose    jrose@bakerlaw.com
- Laurence M. Rosen    lrosen@rosenlegal.com, zstanco@rosenlegal.com
- Paul M. Rosenblatt    prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- David A. Rosenzweig    david.rosenzweig@nortonrosefulbright.com
- Gregory A. Rougeau    grougeau@brlawsf.com
- Jason C. Rubinstein    jrubinstein@fklaw.com, mclerk@fklaw.com
- Nathan Q. Rugg    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp    trupp@kbkllp.com
- Steven B. Sacks    ssacks@sackslawoffice.com
- Eric E. Sagerman    esagerman@bakerlaw.com
- Robert Sahyan    rsahyan@sheppardmullin.com, lsegura@sheppardmullin.com
- Gregory M. Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- Jonathan C. Sanders    jsanders@stblaw.com
- Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com
- Lovee Sarenas    lovee.sarenas@dinsmore.com
- Brandy A. Sargent    brandy.sargent@klgates.com, docketclerk@stoel.com
- Patricia Savage    psavesq@gmail.com, jodi.savage@gmail.com
- Sblend A. Sblendorio    sas@hogefenton.com
- Francis O. Scarpulla    fos@scarpullalaw.com, cpc@scarpullalaw.com

| | |
|---|---|
| 1 | - Daren M Schlecter    daren@schlecterlaw.com, info@schlecterlaw.com |
| | - Bradley R. Schneider    bschneider@kbkfirm.com |
| 2 | - Harvey S. Schochet    Harveyschochet@dwt.com |
| 3 | - Nathan A. Schultz    nschultzesq@gmail.com, kjarashow@goodwinlaw.com |
| | - Lisa Schweitzer    lschweitzer@cgsh.com |
| 4 | - Eric J. Seiler    eseiler@fklaw.com, mclerk@fklaw.com |
| | - Jonathan A. Shapiro    JShapiro@goodwinlaw.com |
| 5 | - Robin D Shofner    shofner@mobolaw.com |
| | - Leonard M. Shulman    lshulman@shbllp.com |
| 6 | - Andrew I. Silfen    andrew.silfen@arentfox.com |
| 7 | - Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com |
| | - Brandt Silver-Korn    bsilverkorn@edelson.com, docket@edelson.com |
| 8 | - Craig S. Simon    csimon@bergerkahn.com, aketcher@bergerkahn.com |
| | - Gerald Singleton    gerald@slffirm.com, BKECFCANB@SLFfirm.com |
| 9 | - Steven J. Skikos    sskikos@skikos.com, mmontoya@skikos.com |
| 10 | - Michael K. Slattery    mslattery@lkfirm.com, rramirez@lkfirm.com |
| | - Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com |
| 11 | - Jennifer N. Slocum    jennifer.slocum@stoel.com, docketclerk@stoel.com |
| | - Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com |
| 12 | - Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com |
| 13 | - Jan D. Sokol    jdsokol@lawssl.com |
| | - Daniel Solish    cocolaw@stancounty.com, solishd@stancounty.com |
| 14 | - Randye B. Soref    rsoref@polsinelli.com, ccripe@polsinelli.com |
| | - Joseph Sorkin    jsorkin@akingump.com, NYMCO@akingump.com |
| 15 | - Michael St. James    ecf@stjames-law.com |
| 16 | - Diane C. Stanfield    diane.stanfield@alston.com, nelly.villaneda@alston.com |
| | - Howard J. Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com |
| 17 | - Harriet A. Steiner    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com |
| | - Lillian G. Stenfeldt    lillian.stenfeldt@rimonlaw.com, docketing@rimonlaw.com |
| 18 | - Cheryl L. Stengel    clstengel@outlook.com, stengelcheryl40@gmail.com |
| 19 | - David M. Stern    dstern@ktbslaw.com |
| | - Geoffrey S. Stewart    gstewart@jonesday.com, mmelvin@jonesday.com |
| 20 | - Alan Joseph Stone    AStone@milbank.com, DMcCracken@Milbank.com |
| | - Jason D. Strabo    jstrabo@mwe.com |
| 21 | - Michael H. Strub    mstrub@ggtriallaw.com, mhstrub1@gmail.com |
| | - Rebecca Suarez    rsuarez@crowell.com |
| 22 | - Brad T. Summers    , docketing-pdx@lanepowell.com |
| 23 | - Karin Swope    kswope@cpmlegal.com |
| | - Kristine Theodesia Takvoryan    ktakvoryan@ckrlaw.com |
| 24 | - Kesha Tanabe    kesha@tanabelaw.com |
| | - Dante Taylor    dante.taylor@sfcityatty.org |
| 25 | - Elizabeth Lee Thompson    ethompson@stites.com, docketclerk@stites.com |
| | - John C. Thornton    jct@andrewsthornton.com, aandrews@andrewsthornton.com |
| 26 | - Elisa Tolentino    cao.main@sanjoseca.gov |
| | - Meagan S. Tom    meagan.tom@lockelord.com, autodocket@lockelord.com |
| 27 | - Edward J. Tredinnick    etredinnick@foxrothschild.com |
| 28 | - 12 -<br>CERTIFICATE OF SERVICE |

4870-1406-8487.v1

- Matthew J. Troy    matthew.troy@usdoj.gov
- Rocky C. Tsai    rocky.tsai@ropesgray.com, matthew.haut@ropesgray.com
- Michael Tye    Michael.Tye@usdoj.gov
- Donald W. Ullrich    ullrichlawfirm@att.net
- Gary D. Underdahl    gunderdahl@askllp.com, lmiskowiec@askllp.com
- Andrew Van Ornum    avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- Carol C. Villegas    cvillegas@labaton.com, NDonlon@labaton.com
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Bao M. Vu    bao.vu@stoel.com, sharon.witkin@stoel.com
- Nicholas Wagner    kschemen@wagnerjones.com, bwagner@wagnerjones.com
- Jonathan D. Waisnor    jwaisnor@willkie.com, mao@willkie.com
- Rachel M. Walsh    rwalsh@goodwinlaw.com, tsutton@goodwinlaw.com
- Riley C. Walter    RIBTecf@wjhattorneys.com
- Phillip K. Wang    phillip.wang@rimonlaw.com
- Samuel M. Ward    sward@barrack.com, cfessia@barrack.com
- Philip S. Warden    philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- Gregory P. Waters    gwaters@elllaw.com, gregorywatersesq@gmail.com
- Guy L. Watts    gwatts@wattsguerra.com, cwilson@wattsguerra.com
- Mikal C. Watts    mcwatts@wattsguerra.com, cwilson@wattsguerra.com
- Laura Herron Weber    lweber@sl-employmentlaw.com
- Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com
- Joseph M. Welch    joseph.welch@blankrome.com, lverstegen@buchalter.com
- Todd J. Wenzel    todd@wenzellawoffices.com
- Meredith Werner    meredith.werner@clydeco.us
- David Walter Wessel    DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Joseph West    westjoseph@earthlink.net, josephw998@gmail.com
- Drew M. Widders    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Jason P. Williams    , maryanne@wplgattorneys.com
- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, diana.cardenas@nortonrosefulbright.com
- David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans    rwitthans@fhlawllp.com
- Keith H. Wofford    keith.wofford@ropesgray.com, nova.alindogan@ropesgray.com
- Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Douglas Wolfe    asm@asmcapital.com
- Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher K.S. Wong    christopher.wong@afslaw.com, yvonne.li@afslaw.com
- David A. Wood    dwood@marshackhays.com, lbuchanan@marshackhays.com
- Kirsten A. Worley    worleyk@higgslaw.com, admin@wlawcorp.com
- Kinga Wright    kinga.wright@lockelord.com, autodocket@lockelord.com
- Antonio Yanez    ayanez@willkie.com

| | |
|---|---|
| 1 | - Cathy Yanni    cathy@cathyyanni.com, pstrunk@browngreer.com |
| 2 | - Andrew Yaphe    andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com |
|   | - Stephanie Yee    syee@janglit.com, klockwood@janglit.com |
| 3 | - Tacie H. Yoon    tyoon@crowell.com |
| 4 | - Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com |
|   | - Eric G. Young    eyoung@dcalaw.com, Jackie@dcalaw.com |
| 5 | - Nicole M. Zeiss    nzeiss@labaton.com |
|   | - Paul H. Zumbro    mao@cravath.com |
| 6 | - Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com |
|   | - Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com |

<u>By US First Class Mail</u>:

PG&E Corporation and Pacific Gas
 and Electric Company
Attn: Janet Loduca, Esq.
PO Box 770000
77 Beale Street
San Francisco, CA 94105

Stephen Karotkin, Esq.
Jessica Liou, Esq.
Matthew Goren, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Tobias Keller, Esq.
Jane Kim, Esq.
Keller & Benvenutti LLP
650 California Street, Suite 1900
San Francisco, CA 94108

Kristopher M. Hansen, Esq.
Erez E. Gilad, Esq.
Matthew G. Garofalo, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Frank A. Merola, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East
Los Angeles, CA 90067-3086

Eli J. Vonnegut, Esq.

- 14 -
CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | David Schiff, Esq. |
| 2 | Timothy Graulich, Esq. |
| | Davis Polk & Wardwell LLP |
| 3 | 450 Lexington Avenue |
| | New York, NY 10017 |
| 4 | |
| 5 | Alan W. Kornberg, Esq. |
| | Brian S. Hermann, Esq. |
| 6 | Walter R. Rieman, Esq. |
| | Sean A. Mitchell, Esq. |
| 7 | Neal P. Donnelly, Esq. |
| | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| 8 | 1285 Avenue of the Americas |
| | New York, NY 10019-6064 |
| 9 | |
| 10 | James L. Snyder, Esq. |
| | Timothy Laffredi, Esq. |
| 11 | Office of the United States Trustee for Region 17 |
| | 450 Golden Gate Avenue, 5th Floor, Suite #05-0153 |
| 12 | San Francisco, CA 94102 |
| 13 | General Counsel |
| | U.S. Nuclear Regulatory Commission |
| 14 | Washington, DC 20555-0001 |
| 15 | |
| 16 | Danielle A. Pham, Esq. |
| | U.S. Department of Justice |
| 17 | as counsel for United States |
| | on behalf of the FERC |
| 18 | 1100 L Street, NW, Room 7106 |
| | Washington DC 20005 |
| 19 | |
| 20 | Dennis F. Dunne, Esq. |
| | Sam A. Khalil, Esq. |
| 21 | Milbank LLP |
| | 55 Hudson Yards |
| 22 | New York, NY 10001-2163 |
| 23 | Paul S. Aronzon, Esq. |
| | Gregory A. Bray, Esq. |
| 24 | Thomas R. Kreller, Esq. |
| | Milbank LLP |
| 25 | 2029 Century Park East, 33rd Floor |
| | Los Angeles, CA 90067 |
| 26 | |
| 27 | |
| 28 | |

- 15 -
CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | Eric Sagerman, Esq. |
| 2 | Cecily Dumas, Esq.<br>Baker & Hostetler LLP |
| 3 | 11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025-0509 |
| 4 | |
| 5 | <u>By Overnight Delivery:</u> |
| 6 | Honorable Dennis Montali<br>Courtroom 17 |
| 7 | United States District Court<br>450 Golden Gate Avenue, 16th Floor |
| 8 | San Francisco, CA 94102<br>(415) 268-2320 |
| 9 | |
| 10 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed at San Francisco, California on **May 31, 2023**. |

*/s/ Kathy Stout*

Kathy Stout

- 16 -
CERTIFICATE OF SERVICE