**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel:     (212) 310-8000
Fax:    (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Gabrielle L. Albert (#190895)
(galbert@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (650) 636 9251

*Attorneys for the Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> * *ALL PAPERS SHALL BE FILED IN THE LEAD CASE, NO. 19-30088 (DM).* | Case Nos. 19-30088 (DM) (Lead Case) <br> (Jointly Administered) <br><br> **STIPULATION BETWEEN THE REORGANIZED DEBTORS AND CALPINE EXTENDING TIME TO RESPOND TO THE MOTION FOR ENTRY OF AN ORDER FURTHER EXTENDING DEADLINE FOR THE REORGANIZED DEBTORS TO OBJECT TO CLAIMS AND FOR RELATED RELIEF** <br><br> Re: Dkt. No. 13745 <br><br> [No Hearing Requested] |

This stipulation and agreement for order ("**Stipulation**") is entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Reorganized Debtors**"), on the one hand, and Calpine Corporation and its subsidiaries (collectively, "**Calpine**"), on the other hand. The Reorganized Debtors and Calpine are referred to in this Stipulation collectively as the "**Parties**," and each as a "**Party**." The Parties hereby stipulate and agree as follows:

### RECITALS

A. On May 17, 2023, the Reorganized Debtors filed the *Motion for Entry of an Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and for Related Relief* [Docket No. 13745] (the "**Motion to Extend**"), which is set for a hearing before the Court at 10:00 a.m. on June 7, 2023. Any response or opposition to the Motion to Extend is due by 4:00 p.m. (Pacific Time) on May 31, 2023.

B. Counsel for Calpine has requested, and counsel for the Reorganized Debtors has agreed, that the time for Calpine to respond to the Motion to Extend be extended.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. The time for Calpine to file and serve any response or opposition to the Motion to Extend is extended through 4:00 p.m. (Pacific Time) on June 1, 2023.

[*Signatures on next page*]

Dated: May 31, 2023

| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>KELLER & BENVENUTTI LLP | CARLSON, CALLADINE &<br>PETERSON, LLP |
| /s/ *Thomas B. Rupp*<br>Thomas B. Rupp | /s/ *Colin C. Munro*<br>Colin C. Munro |
| *Attorneys for the Debtors*<br>*and Reorganized Debtors* | *Attorney for Calpine* |