KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (650) 636 9251

GOUGH & HANCOCK LLP
Gayle L. Gough (#154398)
(gayle.gough@ghcounsel.com)
50 California Street, Suite 1500
San Francisco, CA 94111
Tel: 415 848 8918
Fax: 888 808 6471

*Attorneys for the Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* ALL PAPERS SHALL BE FILED IN THE LEAD CASE, NO. 19-30088 (DM).* | Case Nos. 19-30088 (DM) (Lead Case)<br>(Jointly Administered)<br><br>**STIPULATION TO CONTINUE HEARING ON REORGANIZED DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 80260 FILED BY HOWARD KRAUSSE**<br><br>**Re: Dkt. No. 13608**<br><br>**[No Hearing Requested]** |

This stipulation and agreement for order ("**Stipulation**") is entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Reorganized Debtors**"), on the one hand, and Howard Krausse ("**Krausse**"), on the other hand. The Reorganized Debtors and Krausse are referred to in this Stipulation collectively as the "**Parties**," and each as a "**Party**." The Parties hereby stipulate and agree as follows:

**RECITALS**

A.     On March 10, 2023, the Reorganized Debtors filed the *Reorganized Debtors' Objection to Proof of Claim No. 80260 Filed By Howard Krausse* [Dkt. No. 13608] (the "**Objection**"). Concurrently with the Objection, the Reorganized Debtors filed a notice of hearing [Dkt. No. 13610], which set the hearing on the Objection (the "**Hearing**") for April 11, 2023, at 10:00 a.m. (Pacific Time).

B.     The Hearing was subsequently continued to May 9, 2023 [Dkt. No. 13639] and then to June 7, 2023 [Dkt. No. 13681].

C.     On May 23, 2023, Krausse filed the *Response to Reorganized Debtors' Objection to Proof of Claim No. 80260* [Dkt. No. 13768].

D.     The Parties have agreed that the Hearing on the Objection be continued further.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1.     The Hearing on the Objection is continued to June 27, 2023, at 11:30 a.m. (Pacific Time).

2.     The Reorganized Debtors may file a reply in support of the Objection by June 20, 2023.

*[Signatures on next page]*

1  Dated:  May 31, 2023

2  KELLER BENVENUTTI KIM LLP               FOX ROTHSCHILD LLP
   GOUGH & HANCOCK LLP
3

4  /s/ *Thomas B. Rupp*                     /s/ *Jack C. Praetzellis*
   Thomas B. Rupp                           Jack C. Praetzellis
5

6  *Attorneys for the Debtors*              *Attorneys for Howard Krausse and Anne*
   *and Reorganized Debtors*                *Potts*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28