Jane Luciano, Esq. CA. SBN 124263
Luciano Law
9000 Crow Canyon Road
Suite S #168
Danville, CA 94506
(925) 216-6030

William D. McCann, Esq  SBN NV 12038
P.O. Box 370
Genoa, Nevada 89411
*Pro Haec Vice in Butte County Superior Court Cases*

Attorneys for Plaintiffs and Claimants Liza Sims, individually and as executrix for the Estate of Edna Gleason and Thomas and Jaydene Gardner

# IN THE BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

In re:

PG&E CORPOIRATION,

   -and-

PACIFIC GAS AND ELECTRIC

Company

   Debtors

**X** Affects Both Debtors

Bankr. Case No.  19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**NOTICE OF APPEAL AND STATEMENT OF ELECTION FILED ON BEHALF OF LIZA SIMS INDIVUALLY AND AS EXECUTRIX OF THE ESTATE OF EDNA GLEASON AND THOMAS AND JAYDENE GARDNER**

**NOTICE OF APPEAL AND STATEMENT OF ELECTION**

NOTICE OF APPEAL AND STATEMENT OF ELECTION     1

## I. IDENTITY OF APPELLANTS

1. Appellants are Liza Sims individually and in her capacity as the executrix of the Estate of her Mother, Edna Gleason, deceased, and Thomas and Jaydene Gardner.

2. Appellants are Creditors of PG and E seeking punitive damages under a number of State pf California statutes arising from damages sustained by them in the so-call Camp Fire in Butte County, California. Appellants have pending claims (which have thus far been stayed) before the Superior Court in and for the County of Butte.

## II. SUBJECT OF APPEAL

1. Failure of the Hon. Dennis Montali to sustain Appellants' Objection to PG and E's Motion for an Order that the so-called 'Channeling Injunction' requires dismissal of Appellants various state claims for punitive damages. The *gravamen* of Appellants' Objection is that construing the 'Channeling Injunction' as requiring dismissal of Appellants' punitive damages claims is an overbroad and impermissible use of Section 105 (a) of the Bankruptcy Code and a virtual repeal of Section 523 (a)(6) which a bankruptcy judge has no jurisdiction to do. This appeal is premised on the fact that though a Butte County Grand Jury found PG and E "reckless", there has been no judicial finding whether its conduct over multiple decades in failing to maintain and replace powerlines was "willful", and that Appellants have a right to have that issue decided by a jury of their peers. The appeal is further premised on the fact that Appellants have not been paid the monies promised them by the Fire Victim Trust, and contemporaneously with their application for benefits under the Trust filed non-waivers of their punitive damages claim, to which PG and E made no objection.

2. The appeal is further premised on Judge Montali's failure to strike the

NOTICE OF APPEAL AND STATEMENT OF ELECTION     2

Case: 19-30088    Doc# 13798    Filed: 06/01/23    Entered: 06/01/23 11:39:56    Page 2 of 3

declarations of Keith Eggleston since they only proved that other Plaintiff's lawyers dismissed their 'clients' punitive damages claims after receiving threats from Mr. Eggleton's employer, Wilson, Sonsini *et al,* and instead relied on such declarations to grant PG and E's motion of Mr. Eggleton's employer, Wilson Sonsini et al.

### III. IDENTITY OF APPELLEE

Appellee is Pacific Gas and Electric Company (PG and E) represented by:

1. WEIL, GOTSHAL & MANGES LLP
   Richard Slack, Jessica Liou and Matthew Goren
   767 Fifth Avenue
   New York, NY 10153-0119

2. KELLER BENVENUTTI KIM LLP
   Thomas Rupp, Jane Kim and David Taylor
   650 California Street, Suite 1900
   San Francisco, CA 94108

3. Wilson, Sonsini, Goodrich & Rosati
   Keith Eggleton
   650 Page Mill Road
   Palo Alto, CA 94304

### IV. ELECTION

Appellants elect to have this appeal decided by the Federal District Court for the Northern District of California

Date: June 1, 2023

                                                 /s/jane Luciano/s/
                                                 Jane Luciano, Esq.
                                                 Attorney for Appellants