# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| -and- | Chapter 11 |
| PACIFIC GAS AND ELECTRIC | (Lead Case) |
| COMPANY, | (Jointly Administered) |
| Reorganized Debtors | |

## CERTIFICATE OF SERVICE

I, Jane Luciano, do declare:

1. I am employed in the County of Contra Costa in California with my primary office in Danville, California. I am one of the attorneys for Liza Sims, Edna Gleason, Thomas Gardner and Jaydene Gardner respectively in the Butte County Superior Court Camp fire Cases.

2. On June 1, 2023, I submitted the following document through the Court's Electronic Filing System.

   - **NOTICE OF APPEAL AND STATEMENT OF ELECTION**

3. I received notice through electronic mail from the Court's Electronic Case Filing System that electronic service was effectuated on the Noticed Parties Service List.

Case: 19-30088    Doc# 13799    Filed: 06/01/23    Entered: 06/01/23 13:26:35    Page 1 of 2

4. In addition, I caused the aforementioned document to be successfully electronically serviced on Attorneys of Record for PG&E at Weil, Gotshal & Manges, LLP, Keller Benvenutti Kim LLP and Wilson Sonsini Goodrich & Rosati as follows:

Richard.slack@weil.com and jessica.liou@weil.com

jkim@kbkllp.com and trupp@kbkllp.com

keggleton@wsgr.com

I declare under perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 1, 2023                    /s/*Jane Luciano*/s/
                                        Jane Luciano, Declarant