| | |
|---|---|
| KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller (#151445)<br>(tkeller@kbkllp.com)<br>Gabrielle L. Albert (#190895)<br>(galbert@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel:  (415) 496-6723<br>Fax:  (650) 636-9251<br><br>*Attorneys for Debtors and Reorganized Debtors* | MILLER STARR REGALIA<br>Arthur F. Coon (#124206)<br>(Arthur.coon@msrlegal.com)<br>Matthew Henderson (#229259)<br>(matthew.henderson@msrlegal.com)<br>A Professional Law Corporation<br>1331 N. California Blvd., Suite 600<br>Walnut Creek, CA 94596<br>Tel:  (925) 935-9400<br>Fax:  (925) 933-4126 |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                              **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case Nos. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br><br><br>REQUEST FOR REMOVAL OF ATTORNEY ON COURT'S NOTICE OF ELECTRONIC FILING |

/ / /

/ / /

/ / /

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

PLEASE TAKE NOTICE attorney Matthew C. Henderson, attorney for debtors and reorganized debtor, requests that his name and email address: matthew.henderson@msrlegal.com) be removed from the Court's Notice of Electronic Filing in the above matter.

Dated: June 1, 2023         MILLER STARR REGALIA

By:    /s/ Matthew C. Henderson
MATTHEW C. HENDERSON
Attorneys for Debtors and Reorganized Debtors