1  Irwin B. Schwartz (Cal. Bar No. 141140)
   ischwartz@blaschwartz.com
2  BLA Schwartz, P.C.
   515 S. Flower Street 18th Floor
3  Los Angeles, California 90071
   Phone:  213-785-3683
4  Fax:     213-785-3684
5
   *Counsel for California State Teachers Retirement System;*
6  *New York State Comptroller, as Administrative Head of the*
   *New York State Local Retirement System and*
7  *New York State Common Retirement Fund;*
   *Pension Reserves Investment Management Board of Massachusetts;*
8  *36 Securities Claimants owned or managed by entities*
   *associated with The Hartford*
9

10

# UNITED STATES BANKRUPTCY COURT

11

## NORTHERN DISTRICT OF CALIFORNIA

12

### SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14  In re: | Case No. 19-30088 (DM) (Lead Case) (Jointly Administered) |
| 15  PG&E CORPORATION, | Chapter 11 |
| 16       - and - | **[CORRECTED COVER PAGE] OPPOSITION TO REORGANIZED DEBTORS' SIXTH EXTENSION MOTION** |
| 17  PACIFIC GAS AND ELECTRIC COMPANY, | |
| 18 | |
| 19       Debtors. | **Hearing Information:** |
| 20  ☐ Affects PG&E Corporation | Date:       June 7, 2023<br>Time:       10:00 a.m. (Pacific Time)<br>Place:       (Phone/Videoconference Only) |
| 21  ☐ Affects Pacific Gas and Electric Company | United States Bankruptcy Court<br>Courtroom 17, 16th Floor |
| 22  ☒  Affects both Debtors | San Francisco, CA 94102 |
| 23  *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

24

25

26

27

28

# Appendix A

| Hartford, HIMCO, & Hartford-associated entity claims by Case. | |
|---|---|
| **30088 (PG&E)** | **30089 (Pacific Gas and Electric)** |
| 100853 | 108501 |
| 108500 | 101963 |
| 101156 | 100313 |
| 108142 | 108396 |
| 108394 | 108404 |
| 108405 | 101182 |
| 100755 | 101917 |
| 102076 | 101981 |
| 100767 | 100877 |
| 108147 | 108143 |
| 100957 | 100939 |
| 100864 | 100916 |
| 108146 | 108144 |
| 108149 | 108145 |
| 108152 | 108148 |
| 108151 | 108150 |
| 108154 | 108160 |
| 108157 | 108153 |
| 108156 | 108158 |
| 108155 | 108162 |
| 108159 | 108163 |
| 101294 | 101264 |
| 101960 | 101161 |
| 102081 | 101383 |

| Hartford, HIMCO, & Hartford-associated entity claims by Case. | |
|---|---|
| **30088 (PG&E)** | **30089 (Pacific Gas and Electric)** |
| 102076 | 101189 |
| 101281 | 101204 |
| 102029 | 101225 |
| 101192 | 101165 |
| | 101781 |
| | 101161 |
| | 101964 |
| | 101227 |
| | 102109 |
| | 101993 |
| | 101264 |
| | 101168 |

for CalSTRS, PRIM and NY Common (and excluding Withdrawn claims)

| Client | 30088 (PG&E) | 30089 (Pacific Gas and Electric) |
|---|---|---|
| New York State Common Retirement Fund | 99987 | |
| California State Teachers Retirement System | 101135 | 101178 |
| Pension Reserves Investment Board of Massachusetts | 101139 | 101131 |