UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA


In Re: PG& E Corporation　　　　　　　　　　Bankruptcy Case No. 19-30088-DM
and Pacific Gas and Electric Company　　　　　Chapter 11
　　　　　　　　　　　　　　　　　　　　　　(Jointly Administered)


COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

**Notice of Appeal and Statement of Election- by Creditors Thomas and Jaydene Gardner and Liza Sims - Dkt. #13798**

**Certificate of Service- by Creditors Thomas and Jaydene Gardner and Liza Sims - Dkt. #13799**

**Order Enforcing Discharge and Injunction Provisions of Plan and Confirmation Order Against Certain Pending Actions- Dkt. #13777**

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) on the date shown below:

**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102


Keller & Benvenutti LLP　　　　　　　　　　for PG& E Corporation and
David A. Taylor　　　　　　　　　　　　　　　Pacific Gas & Electric Company
Jane Kim
Thomas B. Rupp
650 California St., #1900
San Francisco, CA 94108

-and-
Weil, Gotshal & Manges LLP
Richard W. Slack
Jessica Liou
Matthew Goren
767 Fifth Ave.
New York, NY 10153-0119

-and-

Wilson, Sonsini, Goodrich & Rosati
Keith Eggleton
650 Page Mill Road
Palo Alto, CA 94304

| | |
|---|---|
| Luciano Law | for Creditors/ Appellants Liza Sims, |
| Jane Luciano Esq. | individually and as executrix for |
| 9000 Crow Canyon Rd, Suite S #168 | the Estate of Edna Gleason; |
| Danville, CA 94506 | Thomas and Jaydene Gardner |

| | |
|---|---|
| William D. McCann, Esq. | Pro Haec Vic in the Butte County Superior Court Cases |
| P.O. Box 370 | |
| Genoa, NV 89411 | |

                                                   /s/ *Da'Wana L. Chambers*

Date: June 2, 2023                                   Deputy Clerk