

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**June 2, 2023**

Mark B. Busby, Clerk of Court
United States District Court
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re: Transmittal of Notice of Appeal to District Court:

**PG&E Corporation and Pacific Gas and Electric Company, Case No. 19-30088-DM, Judge Dennis Montali**

Dear Clerk:

The following documents are electronically transmitted to your court for the above referenced matter:

Docket Report

Notice of Appeal and Election - Dkt. #13798
Court Certificate of Mailing - Dkt. #13802
Order Enforcing Discharge and Injunction Provisions of Plan and Confirmation Order Against Certain Pending Actions- Dkt. #13777
Certificate of Service by Creditors Thomas and Jaydene Gardner , Liza Sim - Dkt. #13799

**Filing Fee**: ☒ Paid $ 298.00     ☐ Not Paid     ☐ Fee Waived     ☐ Fee Waiver Pending

If you have any questions, please contact me at **(415) 268-2373** .

Edward Emmons, Clerk
United States Bankruptcy Court

By: /s/ Da'Wana Chambers

Da'Wana Chambers  Deputy Clerk

Case: 19-30088    Doc# 13803    Filed: 06/02/23    Entered: 06/02/23 11:06:38    Page 1 of 1