# U.S. Bankruptcy Court
## California Northern Bankruptcy Court (San Francisco)
## Bankruptcy Petition #: 19–30088

|  |  |
|---|---|
| *Assigned to:* Judge Dennis Montali | *Date filed:* 01/29/2019 |
| Chapter 11 | *Plan confirmed:* 06/20/2020 |
| Voluntary | *341 meeting:* 04/29/2019 |
| Asset | *Deadline for filing claims:* 10/21/2019 |
|  | *Deadline for filing claims (govt.):* 10/21/2019 |

| | |
|---|---|
| ***Debtor***<br>**PG&E Corporation**<br>Attn: Law Department<br>PO Box 1018<br>Oakland, CA 94612–9991<br>ALAMEDA–CA<br>(929) 333–8977<br>Tax ID / EIN: 94–3234914 | represented by **Max Africk**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>212–310–8000<br>*TERMINATED: 11/12/2019*<br><br>**Gabrielle L. Albert**<br>Keller Benvenutti Kim LLP<br>650 California Street, 19th Floor<br>San Francisco, CA 94108<br>(530) 902–2560<br>Email: galbert@kbkllp.com<br><br>**Peter J. Benvenutti**<br>Keller Benvenutti Kim LLP<br>650 California St. 19th Fl.<br>San Francisco, CA 94108<br>(415) 364–6798<br>Email: pbenvenutti@kbkllp.com<br><br>**Kevin Bostel**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>212–310–8000<br><br>**Lee Brand**<br>Pillsbury Winthrop Shaw Pittman LLP<br>Four Embarcadero Center, 22nd Fl.<br>San Francisco, CA 94111–5998<br>415–983–1116<br>Email: lee.brand@pillsburylaw.com<br><br>**Timothy G. Cameron**<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 8th Ave.<br>New York, NY 10019<br>(212) 474–1120<br><br>**Jared R. Friedmann**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |

(212) 310–8000

**Andriana Georgallas**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000

**Stuart J. Goldring**
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
(212) 310–8000

**Matthew Goren**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000

**David A. Herman**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212–474–1000

**David Franklin Hill, IV**
Weil, Gotshal and Manges, LLP
767 Fifth Ave.
New York, NY 10153
(212) 310–8000

**Stephen Karotkin**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000

**Tobias S. Keller**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108
(415) 796–0709
Email: tkeller@kbkllp.com

**Jane Kim**
Keller Benvenutti Kim LLP
650 California St, Suite 1900
San Francisco, CA 94108
(415) 364–6793
Email: jkim@kbkllp.com

**Katherine Kohn**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200
Washington, DC 20006
(202) 861–2607
Email: kkohn@groom.com

**Kevin Kramer**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

212–310–8000

**David Levine**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200
Washington, DC 20006
(202) 861–5436
Email: dnl@groom.com

**Dara Levinson Silveira**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108
415–364–6793
Email: dsilveira@kbkllp.com

**Jessica Liou**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000

**Omid H. Nasab**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212–474–1000

**John Nolan**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212–310–8000

**Kevin J. Orsini**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212–474–1000

**Scott Reents**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212–474–1000
Email: sreents@cravath.com

**Thomas B. Rupp**
Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, CA 94108
415–636–9015
Email: trupp@kbkllp.com

**Bradley R. Schneider**
Munger Tolles and Olson LLP
350 S Grand Ave., 50th Fl.
Los Angeles, CA 90071
(213) 683–9100
Email: bschneider@kbkfirm.com
*TERMINATED: 05/18/2022*

**Ray C. Schrock**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Richard W. Slack**
Weil Gotshal and Manges, LLP
767 Fifth Ave.
New York, NY 10153−0119
(212) 310−8000
Email: richard.slack@weil.com

**Theodore Tsekerides**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Paul H. Zumbro**
Cravath, Swaine & Moore LLP
85 Eighth Avenue
New York, NY 10019
2124741000
Email: mao@cravath.com

*Responsible Ind*
**Jason P. Wells**
Senior Vice President
Chief Financial Officer PG&E Corporation
77 Beale St.
San Francisco, CA 94177
(929) 333−8977

*U.S. Trustee*
**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102
(415)705−3333

represented by **Jason Blumberg**
Office of the U.S. Trustee
501 I St. #7−500
Sacramento, CA 95814
(916) 930−2076
Email: jason.blumberg@usdoj.gov

**Cameron M. Gulden**
DOJ−Ust
300 Booth Street
Room 3009
Reno, NV 89509
775−784−5662
Fax : 775−784−5531
Email: cameron.m.gulden@usdoj.gov

**Lynette C. Kelly**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102
(415) 252−2065
Email: ustpregion17.oa.ecf@usdoj.gov

**Timothy S. Laffredi**
Office of the U. S. Trustee − San Jose
280 South 1 St., Suite 268
San Jose, CA 95113
(408) 535−5525

Email: timothy.s.laffredi@usdoj.gov

**Timothy S. Laffredi**
Office of the U.S. Trustee – SF
450 Golden Gate Ave.
Suite 05–0153
San Francisco, CA 94102
(415) 705–3333
Email: timothy.s.laffredi@usdoj.gov

**Marta Villacorta**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05–0153
San Francisco, CA 94102
(415) 252–2062
Email: marta.villacorta@usdoj.gov

| | | |
|---|---|---|
| *Creditor Committee*<br>**Official Committee Of Unsecured Creditors** | represented by | **Paul S. Aronzon**<br>Milbank LLP<br>2029 Century Park East, 33rd Fl.<br>Los Angeles, CA 90067<br>(424) 386–4000<br>Email: paronzon@milbank.com |

**James C. Behrens**
Milbank, LLP
2029 Century Park E, 33rd Fl.
Los Angeles, CA 90067
(424) 386–4436
Email: jbehrens@milbank.com

**Gregory A. Bray**
Milbank LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067
(424) 386–4470
Email: gbray@milbank.com

**Erin Elizabeth Dexter**
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835–7500
Email: edexter@milbank.com

**Dennis F. Dunne**
Milbank, LLP
55 Hudson Yards
New York, NY 10001–2163
(212) 530–5000
Email: ddunne@milbank.com

**Samuel A. Khalil**
Milbank, LLP
55 Hudson Yards
New York, NY 10001–2163
(212) 530–5000
Email: skhalil@milbank.com
*TERMINATED: 08/30/2022*

**Thomas R. Kreller**

Milbank LLP
2029 Century Park East, 33rd
Los Angeles, CA 90067
(424) 386–4463
Email: tkreller@milbank.com
*TERMINATED: 08/30/2022*

**Andrew Michael Leblanc**
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835–7500
Email: ALeblanc@milbank.com

**Alan Joseph Stone**
Milbank LLP
55 Hudson Yards
New York, NY 10001
(212) 530–5000
Email: AStone@milbank.com

*Creditor Committee*
**Official Committee of Tort Claimants**                    represented by **Lauren T. Attard**
Baker Hostetler LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025–0509
(310) 820–8800
Email: lattard@bakerlaw.com

**Chris Bator**
Baker & Hostetler LLP
127 Public Square #2000
Cleveland, OH 44114
(216) 621–0200
Email: cbator@bakerlaw.com

**Dustin M. Dow**
Baker & Hostetler LLP
127 Public Square #2000
Cleveland, OH 44114
(216) 621–0200
Email: ddow@bakerlaw.com

**Cecily Ann Dumas**
Baker and Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111–2806
415–659–2600
Email: cdumas@bakerlaw.com

**Joseph M. Esmont**
Baker & Hostetler LLP
127 Public Sq., #2000
Cleveland, OH 44147
(216) 861–7835
Email: jesmont@bakerlaw.com

**Lars H. Fuller**
Baker & Hostetler LLP
1801 California St #4400
Denver, CO 80202
(303) 764–4114

Email: lfuller@bakerlaw.com

**Eric R. Goodman**
Brown Rudnick LLP
601 Thirteenth St. NW, #600
Washington, DC 20005
(202) 536–1740
Email: egoodman@bakerlaw.com
*TERMINATED: 04/07/2021*

**Elizabeth A. Green**
BakerHostetler LLP
200 S. Orange Ave. #2300
Orlando, FL 32801
(407) 649–4000
Email: egreen@bakerlaw.com

**Robert A. Julian**
Baker and Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111–2806
(415) 569–2600
Email: rjulian@bakerlaw.com

**Elyssa S. Kates**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589–4227
Email: ekates@bakerlaw.com

**Kody D. L. Kleber**
Baker & Hostetler LLP
811 Main St., #1100
Houston, TX 77005
(713) 703–1315
Email: kkleber@bakerlaw.com

**John H. MacConaghy**
MacConaghy and Barnier
645 1st St. W #D
Sonoma, CA 95476
(707) 935–3205
Email: macclaw@macbarlaw.com

**Kimberly S. Morris**
Baker & Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
(415) 659–2600
Email: kmorris@bakerlaw.com

**David J. Richardson**
Baker & Hostetler, LLP
11601 Wilshire Blvd.,
14th Floor
Los Angeles, CA 90025
(310) 442–8858
Email: drichardson@bakerlaw.com

**David B. Rivkin, Jr.**

Baker and Hostetler LLP
1050 Connecticut Ave., N.W., #1100
Washington, DC 20036
(202) 861–1731
Email: drivkin@bakerlaw.com

**Jorian L. Rose**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589–4200
Email: jrose@bakerlaw.com

**Eric E. Sagerman**
Baker and Hostetler LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025
(310) 442–8875
Email: esagerman@bakerlaw.com

**Catherine E. Woltering**
Baker & Hostetler LLP
Key Tower, 127 Public Sq., #2000
Cleveland, OH 44114–1214
(614) 462–2677
Email: cwoltering@bakerlaw.com
*TERMINATED: 04/01/2020*

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 05/26/2023 | | 13777 | Order Enforcing Discharge and Injunction Provisions of Plan and Confirmation Order Against Certain Pending Actions (Related Doc # 13685) (Attachments: # 1 Annex A – Pending Actions # 2 Annex B – Enforcement Order Notice) (lp) (Entered: 05/26/2023) |
| 06/01/2023 | | 13798 | Notice of Appeal and Statement of Election , Fee Amount $ 298.00. (RE: related document(s)13777 Order Enforcing Discharge and Injunction Provisions of Plan and Confirmation Order Against Certain Pending Actions). Appellant Designation due by 6/20/2023. Transmission of Record to District Court due by 7/3/2023. Statement of Issues due by 6/20/2023. Filed by Creditors Thomas and Jaydene Gardner , Liza Sims (dc) (Entered: 06/01/2023) |
| 06/01/2023 | | 13799 | Certificate of Service (RE: related document(s)13798 Notice of Appeal and Statement of Election). Filed by Creditors Thomas and Jaydene Gardner , Liza Sims (dc) (Entered: 06/01/2023) |
| 06/02/2023 | | 13802 | Courts Certificate of Mailing. Number of notices mailed: 6 (RE: related document(s)13798 Notice of Appeal and Statement of Election). (dc) (Entered: 06/02/2023) |



1   WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
2   (richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
3   (jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
4   (matthew.goren@weil.com)
767 Fifth Avenue
5   New York, NY 10153-0119
Tel: 212 310 8000
6   Fax: 212 310 8007

7   KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
8   (jkim@kbkllp.com)
David A. Taylor (#247433)
9   (dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
10  (trupp@kbkllp.com)
650 California Street, Suite 1900
11  San Francisco, CA 94108
Tel: 415 496 6723
12  Fax: 650 636 9251

13  *Attorneys for Debtors and Reorganized Debtors*

**Signed and Filed: May 26, 2023**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

14       **UNITED STATES BANKRUPTCY COURT**
         **NORTHERN DISTRICT OF CALIFORNIA**
15           **SAN FRANCISCO DIVISION**

16

17  **In re:**

18  **PG&E CORPORATION**

19          **- and -**

20  **PACIFIC GAS AND ELECTRIC**
21  **COMPANY,**
                        **Debtors.**
22

23   ☐      Affects PG&E Corporation

24   ☐      Affects Pacific Gas and Electric
            Company
25   ☒      Affects both Debtors

26  *All papers shall be filed in the Lead Case,*
    *No. 19-30088 (DM).*
27

28

Bankruptcy Case
No. 19-30088 (DM)

Chapter 11
(Lead Case)
(Jointly Administered)

**ORDER ENFORCING DISCHARGE AND**
**INJUNCTION PROVISIONS OF PLAN AND**
**CONFIRMATION ORDER AGAINST CERTAIN**
**PENDING ACTIONS**

**[Related to Docket No. 13685]**

The Court, having considered the *Reorganized Debtors' Omnibus Motion to Enforce the Discharge and Injunction Provisions of Plan and Confirmation Order Against Certain Pending Actions*, dated April 26, 2023 [Docket No. 13685] (the "**Motion**"),[1] of PG&E Corporation ("**PG&E**") and Pacific Gas and Electric Company (the "**Utility**" and together with PG&E, the "**Debtors**" or "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to sections 105, 524 and 1141 of title 11 of the United States Code, Rules 1015(c), 3020(d), and 9007 of the Federal Rules of Bankruptcy Procedure, Sections 4.7, 4.26, 10.3 10.6, and 10.7 of the Plan and Paragraphs 48, 49, 52, and 53 of the Confirmation Order, for entry of an order enforcing the discharge and injunction provisions set forth the Plan and Confirmation Order as more fully described in the Motion, and other related relief; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24 (N.D. Cal.), and Rule 5011-1(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Motion as provided to the parties listed therein is reasonable and sufficient, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion and the other papers submitted by the Reorganized Debtors in support of the Motion [Docket Nos. 13686, 13741, and 13742]; and this Court having considered (i) the opposition submitted by Efren Robinson, et al. [Docket No. 13721]; (ii) the opposition submitted by Liza Sims, individually and on behalf of Edna Gleason, Thomas Gardner, and Jaydene Gardner [Docket Nos. 13710–13713]; and (iii) the opposition submitted by William B. Abrams [Docket Nos. 13714–13715] (the three oppositions collectively, the "**Oppositions**"); and this Court having issued the *Order Regarding Hearing on May 24, 2023* [Dkt. No. 13736] with respect to the opposition filed by William B. Abrams; and this Court having held a hearing to consider the Motion at the above-captioned date and time, with appearances as noted on the record; and this Court having determined that the legal and factual bases set forth in the Motion

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Motion.

establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Reorganized Debtors, the Debtors' estates, creditors, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The relief requested in the Motion is granted as set forth herein, for the reasons stated on the record. The Oppositions are overruled.

2. No later than fourteen days after entry of this Order, the State Court Plaintiffs listed in **Annex A** shall have taken all appropriate actions to dismiss their Pending Actions and otherwise comply with the discharge and injunction provisions of the Plan and the Confirmation Order, including but not limited to filing a Request for Dismissal in each of the Pending Actions.

3. If a State Court Plaintiff fails to comply with Paragraph 2 above, this Court, upon further motion of the Reorganized Debtors, may issue an order holding such State Court Plaintiff in contempt of this Court for violating the terms of this Order and the discharge and injunction provisions of the Plan and the Confirmation Order.

4. Further, in connection with any contempt proceeding against a State Court Plaintiff, the Reorganized Debtors shall be permitted to seek sanctions against such State Court Plaintiff in this Court for reasonable fees and costs incurred by the Reorganized Debtors in connection with further enforcement of the discharge and injunction provisions of the Plan and the Confirmation Order after the fourteen-day period in Paragraph 2 above has elapsed.

5. This Court approves the form of notice attached hereto as **Annex B**, which the Reorganized Debtors may file in each Pending Action, consisting of a description of this Order and the ability of the Reorganized Debtors to seek sanctions in the event of non-compliance with this Order.

6. The Reorganized Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

7. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

| | |
|---|---|
| 1 | 8. This Court shall retain exclusive jurisdiction to hear and determine all matters arising |
| 2 | from or related to the implementation, interpretation, or enforcement of this Order. |
| 3 | |
| 4 | ** END OF ORDER ** |
| 5 | |

**<u>Annex A</u>**

**(Pending Actions and State Court Plaintiffs)**

## Annex A
### (Pending Actions and State Court Plaintiffs)

| No. | State Court Plaintiff(s) & Counsel of Record<br>*Reflects current, best-known law firm names and addresses* | Case Name, Number, and Court |
|---|---|---|
| 1 | **Plaintiff(s):**<br>Catherine Dale-Jablonowski, Michael Jablonowski<br><br>**Counsel:**<br>Christian Krankemann<br>Michael Li<br>Krankemann Law Offices P.C.<br>420 E Street, Suite 100<br>Santa Rosa, CA 95404 | *Dale-Jablonowski v. Pacific Gas & Electric Co.,*<br>No. SCV-263261 (Sonoma) |
| 2 | **Plaintiff(s):**<br>Christopher Keys, Sara Keys<br><br>**Counsel:**<br>Christian Krankemann<br>Michael Li<br>Krankemann Law Offices P.C.<br>420 E Street, Suite 100<br>Santa Rosa, CA 95404 | *Keys v. Pacific Gas & Electric Co.,*<br>No. SCV-263332 (Sonoma) |
| 3 | **Plaintiff(s):**<br>David Barnes, Carrie Barnes<br><br>**Counsel:**<br>Christian Krankemann<br>Michael Li<br>Krankemann Law Offices P.C.<br>420 E Street, Suite 100<br>Santa Rosa, CA 95404 | *Barnes v. Pacific Gas & Electric Co.,*<br>No. SCV-263335 (Sonoma) |
| 4 | **Plaintiff(s):**<br>Christopher Ross, Jennifer Ross<br><br>**Counsel:**<br>Christian Krankemann<br>Michael Li<br>Krankemann Law Offices P.C.<br>420 E Street, Suite 100<br>Santa Rosa, CA 95404 | *Ross v. Pacific Gas & Electric Co.,*<br>No. SCV-263336 (Sonoma) |
| 5 | **Plaintiff(s):**<br>Gurcharan Singh, Kulwant Kaur<br><br>**Counsel:**<br>Christian Krankemann<br>Michael Li<br>Krankemann Law Offices P.C.<br>420 E Street, Suite 100<br>Santa Rosa, CA 95404 | *Singh v. Pacific Gas & Electric Co.,*<br>No. SCV-263337 (Sonoma) |

| No. | State Court Plaintiff(s) & Counsel of Record *Reflects current, best-known law firm names and addresses* | Case Name, Number, and Court |
|-----|------------------------------------------------------------|------------------------------|
| 6 | **Plaintiff(s):** Austin Jacobs, Tiffany Jacobs, Audrey Laton  **Counsel:** Christian Krankemann Michael Li Krankemann Law Offices P.C. 420 E Street, Suite 100 Santa Rosa, CA 95404 | *Jacobs v. Pacific Gas & Electric Co.,* No. SCV-263341 (Sonoma) |
| 7 | **Plaintiff(s):** Santa Rosa Chandi Pizza, Inc.  **Counsel:** Christian Krankemann Michael Li Krankemann Law Offices P.C. 420 E Street, Suite 100 Santa Rosa, CA 95404 | *Santa Rosa Chandi Pizza, Inc. v. Pacific Gas & Electric Co.,* No. SCV-263342 (Sonoma) |
| 8 | **Plaintiff(s):** Florence Fay  **Counsel:** Christian Krankemann Michael Li Krankemann Law Offices P.C. 420 E Street, Suite 100 Santa Rosa, CA 95404 | *Fay v. Pacific Gas & Electric Co.,* No. SCV-263345 (Sonoma) |
| 9 | **Plaintiff(s):** Todd Barnes, Penelope Barnes  **Counsel:** Christian Krankemann Michael Li Krankemann Law Offices P.C. 420 E Street, Suite 100 Santa Rosa, CA 95404 | *Barnes, v. Pacific Gas & Electric Co.,* No. SCV-263351 (Sonoma) |
| 10 | **Plaintiff(s):** Rachel Adams  **Counsel:** Christian Krankemann Michael Li Krankemann Law Offices P.C. 420 E Street, Suite 100 Santa Rosa, CA 95404 | *Adams v. Pacific Gas & Electric Co.,* No. SCV-263353 (Sonoma) |

| No. | State Court Plaintiff(s) & Counsel of Record *Reflects current, best-known law firm names and addresses* | Case Name, Number, and Court |
|---|---|---|
| 11 | **Plaintiff(s):** Martin Reilley, Mary Beth Reilley

**Counsel:** Christian Krankemann Michael Li Krankemann Law Offices P.C. 420 E Street, Suite 100 Santa Rosa, CA 95404 | *Reilley v. Pacific Gas & Electric Co.,* No. SCV-263355 (Sonoma) |
| 12 | **Plaintiff(s):** Stan Rickaby, Rickaby Fire Support, LLC

**Counsel:** Larry A. Peluso Peluso Law Group, PC 3419 Via Lido, Suite 460 Newport Beach, CA 92663 | *Rickaby v. PG&E Corp.,* No. CGC-19-573256 (San Francisco) |
| 13 | **Plaintiff(s):** Efren Robinson, Adriana Robinson, Danilov Home Furnishings

**Counsel:** John T. Richards Evan Willis Richards Willis PC 750 B Street, Suite 1760 San Diego, CA 92101 | *Robinson v. PG&E Corp.,* No. CGC-19-580073 (San Francisco) |
| 14 | **Plaintiff(s):** Larry Biegler, Alysia Biegler

**Counsel:** John T. Richards Evan Willis Richards Willis PC 750 B Street, Suite 1760 San Diego, CA 92101 | *Biegler, v. PG&E Corp.,* No. 19CV00258 (Butte) |
| 15 | **Plaintiff(s):** Dannie Cook, Vivian Cook, James Isham, Vivian Isham, Patricia Kelly, Elanor Linike, Don Steele, Dotha Steele, Julie Sherrill, Christina Metroka

**Counsel:** John T. Richards Evan Willis Richards Willis PC 750 B Street, Suite 1760 San Diego, CA 92101 | *Cook v. PG&E Corp.,* No. 19CV00380 (Butte) |

| No. | State Court Plaintiff(s) & Counsel of Record *Reflects current, best-known law firm names and addresses* | Case Name, Number, and Court |
|---|---|---|
| 16 | **Plaintiff(s):** <br> Jacob Bindernagel, Rebecca Bindernagel, John Bindernagel, Denise Bindernagel, Rudolpho Martinez, Hermenia Martinez, The Martinez Revocable Trust Agreement, Randall Ya Tes <br><br> **Counsel:** <br> John T. Richards <br> Evan Willis <br> Richards Willis PC <br> 750 B Street, Suite 1760 <br> San Diego, CA 92101 | *Bindernagel v. PG&E Corp.,* <br> No. 19CV00939 (Butte) |
| 17 | **Plaintiff(s):** <br> Bonnie B. Persons <br><br> **Counsel:** <br> John C. Meyer <br> Cecelia C. Fusich <br> Vernon Law Office <br> 801 E. Charleston Road <br> Palo Alto, CA 94303 | *Persons v. Pacific Gas & Electric Co.,* <br> No. 19CV00281 (Butte) |
| 18 | **Plaintiff(s):** <br> Jaydene Gardner, Thomas Gardner <br><br> **Counsel:** <br> Jane Luciano <br> 9000 Crow Canyon Road, Suite 168 <br> Danville, CA 94506 <br><br> William McCann <br> P.O. Box 370 <br> Genoa, NV 89411 | *Gardner v. Pacific Gas & Electric Co.,* <br> No. 19CV00379 (Butte) |
| 19 | **Plaintiff(s):** <br> Liza Sims ex rel. Edna Gleason <br><br> **Counsel:** <br> Jane Luciano <br> 9000 Crow Canyon Road, Suite 168 <br> Danville, CA 94506 <br><br> William McCann <br> P.O. Box 370 <br> Genoa, NV 89411 | *Sims v. Pacific Gas & Electric Co.,* <br> No. 19CV01700 (Butte) |

| No. | State Court Plaintiff(s) & Counsel of Record<br>*Reflects current, best-known law firm names and addresses* | Case Name, Number, and Court |
|---|---|---|
| 20 | **Plaintiff(s):**<br>Mark Johnson, Kay Johnson, Sheron Box, The Robert and Kay Johnson Family Trust, Carmen Maya, Larry Grant, Renee Grant, Michael Guarino, Christina Guarino, The DeWayne Hart Family Trust<br><br>**Counsel:**<br>John T. Richards<br>Evan Willis<br>Richards Willis PC<br>750 B Street, Suite 1760<br>San Diego, CA 92101 | *Johnson, et al. v. PG&E Corp., et al.*<br>No. CGC-19-579965 (San Francisco) |

**Annex B**

**(Enforcement Order Notice)**

**[Caption]**

<u>**NOTICE OF BANKRUPTCY COURT ORDER**</u>

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), by and through their undersigned counsel, respectfully submit this *Notice of Bankruptcy Court Order*, and state as follows:

On January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**" or "**Reorganized Debtors**") filed voluntary cases for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**"). PG&E's chapter 11 cases are being jointly administered as case number 19-30088 (DM).

On June 20, 2020, the Bankruptcy Court entered its *Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Docket No. 8053] (the "**Confirmation Order**") approving the terms of the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Docket No. 8048] (together with any exhibits or schedules thereto, the "**Plan**"). The Plan became effective on July 1, 2020 (the "**Effective Date**") [Docket No. 8252].

The Plan and Confirmation Order contain discharge and injunction provisions that expressly provide that the holders of all Fire Victim Claims[1] against the Debtors "shall have no recourse to or Claims whatsoever against the Debtors or the Reorganized Debtors or their assets and properties" and are permanently enjoined from "commencing, conducting, or continuing, in any manner, whether directly or indirectly, any suit, action, or other proceeding of any kind in any forum with respect to any such Fire Claim, against or affecting any Debtor or Reorganized Debtor, or any property or interests in property of any Debtor or Reorganized Debtor with respect to any such Fire Claim."

On [*Date*], the Bankruptcy Court entered the attached *Order Enforcing Discharge and Injunction Provisions of Plan and Confirmation Order Against Certain Pending Actions* (the "**Enforcement Order**") which (i) orders [*State Court Plaintiff*] to take all appropriate actions within fourteen days of entry of the Enforcement Order to dismiss this action and otherwise comply with the discharge and

injunction provisions of the Plan and the Confirmation Order, including but not limited to filing a Request for Dismissal in this action, (ii) permits the Reorganized Debtors to request an order from the Bankruptcy Court holding [*State Court Plaintiff*] in contempt of the Bankruptcy Court for violating the terms of the Enforcement Order and the discharge and injunction provisions of the Plan and the Confirmation Order, and (iii) permits the Reorganized Debtors to seek sanctions against [*State Court Plaintiff*] in the Bankruptcy Court for reasonable fees and costs incurred by the Reorganized Debtors in connection with further enforcement of the discharge and injunction provisions of the Plan and the Confirmation Order after the fourteen-day period in part (i) has elapsed.

Respectfully submitted this_____day of_____, 2023.

---

[1] A "**Fire Victim Claim**" is defined in Section 1.79 of the Plan to mean "any Fire Claim that is not a Public Entities Wildfire Claim, Subrogation Wildfire Claim, or a Subrogation Butte Fire Claim." A "**Fire Claim**" is defined in Section 1.78 of the Plan as "any Claim against the Debtors in any way arising out of the Fires, including, but not limited to, any Claim resulting from the Fires for (a) general and/or specific damages, including any Claim for personal injury, wrongful death, emotional distress and similar claims, pavement fatigue, damage to culverts, ecosystem service losses, municipal budget adjustments/reallocation, lost revenue and tax impacts, local share of reimbursed fire clean-up costs, future estimated infrastructure costs, water service losses, lost landfill capacity, costs related to unmet housing (e.g., housing market impact due to the Fires and adjustments for increased homeless population), and/or hazard mitigation costs (including, watershed restoration and hazardous tree removal expenses); (b) damages for repair, depreciation and/or replacement of damaged, destroyed, and/or lost personal and/or real property; (c) damages for loss of the use, benefit, goodwill, and enjoyment of real and/or personal property; (d) damages for loss of wages, earning capacity and/or business profits and/or any related displacement expenses; (e) economic losses; (f) damages for wrongful injuries to timber, trees, or underwood under California Civil Code § 3346; (g) damages for injuries to trees under California Code of Civil Procedure § 733; (h) punitive and exemplary damages under California Civil Code §§ 733 and 3294, California Public Utilities Code § 2106, or otherwise, (i) restitution; (j) fines or penalties; (k) any and all costs of suit, including all attorneys' fees and expenses, expert fees, and related costs, including all attorneys and other fees under any theory of inverse condemnation; (l) for prejudgment and/or postpetition interest; (m) other litigation costs stemming from the Fires; and (n) declaratory and/or injunctive relief. For avoidance of doubt and without prejudice to the Debtors' right to object to any such Claim, "Fire Claim" shall not include any (x) Claim for substantial contribution under section 503(b) of the Bankruptcy Code, (y) Subordinated Debt Claim, HoldCo Common Interest or HoldCo Rescission or Damage Claim, or (z) Ghost Ship Fire Claim. The Fire Claims shall not include claims arising from any fire other than the Fires (including, without limitation, the Kincade Fire or any postpetition fire) or any Administrative Expense Claims." "**Fires**" means the fires that occurred in Northern California, listed on Exhibit A to the Plan, which includes the 2018 Camp Fire and the 2017 North Bay Fires.

Jane Luciano, Esq. CA. SBN 124263
Luciano Law
9000 Crow Canyon Road
Suite S #168
Danville, CA 94506
(925) 216-6030

William D. McCann, Esq  SBN NV 12038
P.O. Box 370
Genoa, Nevada 89411
*Pro Haec Vice in Butte County Superior Court Cases*

Attorneys for Plaintiffs and Claimants Liza Sims, individually and as executrix for the Estate of
Edna Gleason and Thomas and Jaydene Gardner

## IN THE BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

In re:

PG&E CORPOIRATION,

    -and-

PACIFIC GAS AND ELECTRIC

Company

      Debtors

**X** Affects Both Debtors

Bankr. Case No.  19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**NOTICE OF APPEAL AND
STATEMENT OF ELECTION
FILED ON BEHALF OF LIZA
SIMS INDIVUALLY AND AS
EXECUTRIX OF THE ESTATE
OF EDNA GLEASON AND
THOMAS AND JAYDENE
GARDNER**

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

NOTICE OF APPEAL AND STATEMENT OF ELECTION                                    1

## I. IDENTITY OF APPELLANTS

1. Appellants are Liza Sims individually and in her capacity as the executrix of the Estate of her Mother, Edna Gleason, deceased, and Thomas and Jaydene Gardner.

2. Appellants are Creditors of PG and E seeking punitive damages under a number of State pf California statutes arising from damages sustained by them in the so-call Camp Fire in Butte County, California. Appellants have pending claims (which have thus far been stayed) before the Superior Court in and for the County of Butte.

## II. SUBJECT OF APPEAL

1. Failure of the Hon. Dennis Montali to sustain Appellants' Objection to PG and E's Motion for an Order that the so-called 'Channeling Injunction' requires dismissal of Appellants various state claims for punitive damages. The *gravamen* of Appellants' Objection is that construing the 'Channeling Injunction' as requiring dismissal of Appellants' punitive damages claims is an overbroad and impermissible use of Section 105 (a) of the Bankruptcy Code and a virtual repeal of Section 523 (a)(6) which a bankruptcy judge has no jurisdiction to do. This appeal is premised on the fact that though a Butte County Grand Jury found PG and E "reckless", there has been no judicial finding whether its conduct over multiple decades in failing to maintain and replace powerlines was "willful", and that Appellants have a right to have that issue decided by a jury of their peers. The appeal is further premised on the fact that Appellants have not been paid the monies promised them by the Fire Victim Trust, and contemporaneously with their application for benefits under the Trust filed non-waivers of their punitive damages claim, to which PG and E made no objection.

2. The appeal is further premised on Judge Montali's failure to strike the

NOTICE OF APPEAL AND STATEMENT OF ELECTION                                    2

declarations of Keith Eggleston since they only proved that other Plaintiff's lawyers dismissed their 'clients' punitive damages claims after receiving threats from Mr. Eggleton's employer, Wilson, Sonsini *et al,* and instead relied on such declarations to grant PG and E's motion of Mr. Eggleton's employer, Wilson Sonsini et al.

### III.     IDENTITY OF APPELLEE

Appellee is Pacific Gas and Electric Company (PG and E) represented by:

1.  WEIL, GOTSHAL & MANGES LLP
    Richard Slack, Jessica Liou and Matthew Goren
    767 Fifth Avenue
    New York, NY 10153-0119

2.  KELLER BENVENUTTI KIM LLP
    Thomas Rupp, Jane Kim and David Taylor
    650 California Street, Suite 1900
    San Francisco, CA 94108

3.  Wilson, Sonsini, Goodrich & Rosati
    Keith Eggleton
    650 Page Mill Road
    Palo Alto, CA 94304

### IV.     ELECTION

Appellants elect to have this appeal decided by the Federal District Court for the Northern District of California

Date:  June 1, 2023

                                        */s/jane Luciano/s/*
                                        Jane Luciano, Esq.
                                        Attorney for Appellants

NOTICE OF APPEAL AND STATEMENT OF ELECTION                                    3

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
| -and- | **Chapter 11** |
| **PACIFIC GAS AND ELECTRIC** | **(Lead Case)** |
| **COMPANY,** | **(Jointly Administered)** |
| Reorganized Debtors | |

## CERTIFICATE OF SERVICE

I, Jane Luciano, do declare:

1. I am employed in the County of Contra Costa in California with my primary office in Danville, California. I am one of the attorneys for Liza Sims, Edna Gleason, Thomas Gardner and Jaydene Gardner respectively in the Butte County Superior Court Camp fire Cases.

2. On June 1, 2023, I submitted the following document through the Court's Electronic Filing System.

   - **NOTICE OF APPEAL AND STATEMENT OF ELECTION**

3. I received notice through electronic mail from the Court's Electronic Case Filing System that electronic service was effectuated on the Noticed Parties Service List.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4. In addition, I caused the aforementioned document to be successfully electronically serviced on Attorneys of Record for PG&E at Weil, Gotshal & Manges, LLP, Keller Benvenutti Kim LLP and Wilson Sonsini Goodrich & Rosati as follows:

Richard.slack@weil.com and jessica.liou@weil.com

jkim@kbkllp.com and trupp@kbkllp.com

keggleton@wsgr.com

I declare under perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 1, 2023                      /s/*Jane Luciano*/s/
                                                  Jane Luciano, Declarant

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

In Re: PG& E Corporation                                    Bankruptcy Case No. 19-30088-DM
and Pacific Gas and Electric Company                  Chapter 11
                                                                              (Jointly Administered)

**COURT CERTIFICATE OF MAILING**

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the
Northern District of California, served a copy of the foregoing document(s):

**Notice of Appeal and Statement of Election- by Creditors Thomas and Jaydene Gardner and
Liza Sims - Dkt. #13798**

**Certificate of Service- by Creditors Thomas and Jaydene Gardner and Liza Sims - Dkt. #13799**

**Order Enforcing Discharge and Injunction Provisions of Plan and Confirmation Order Against
Certain Pending Actions- Dkt. #13777**

That I, in the performance of my duties as such Clerk, served a copy of the foregoing
document(s) on the date shown below:

**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

Keller & Benvenutti LLP                              for PG& E Corporation and
David A. Taylor                                             Pacific Gas & Electric Company
Jane Kim
Thomas B. Rupp
650 California St., #1900
San Francisco, CA 94108

**-and-**
Weil, Gotshal & Manges LLP
Richard W. Slack
Jessica Liou
Matthew Goren
767 Fifth Ave.
New York, NY 10153-0119
**-and-**

Wilson, Sonsini, Goodrich & Rosati
Keith Eggleton
650 Page Mill Road
Palo Alto, CA 94304

Luciano Law                                    for Creditors/ Appellants Liza Sims,
Jane Luciano Esq.                              individually and as executrix for
9000 Crow Canyon Rd, Suite S #168             the Estate of Edna Gleason;
Danville, CA 94506                            Thomas and Jaydene Gardner


William D. McCann, Esq.        Pro Haec Vic in the Butte County Superior Court Cases
P.O. Box 370
Genoa, NV 89411



                                    /s/ *Da'Wana L. Chambers*

Date: June 2, 2023                   Deputy Clerk