**CARLSON, CALLADINE & PETERSON, LLP**
Colin C. Munro (SBN 195520)
1 Post St., Suite 500
San Francisco, California 94104
T: (415) 901-0967 / F: (415) 391-3898
cmunro@ccplaw.com

*Attorney for Calpine*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS** |

**PLEASE TAKE NOTICE** that Colin C. Munro of Carlson, Calladine & Peterson, LLP, hereby appears in the above-captioned chapter 11 bankruptcy proceeding on behalf of Calpine Corporation and its subsidiaries (collectively, "Calpine") and requests, pursuant to the Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010, that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned at the following addresses and through CM/ECF:

>Colin C. Munro
>cmunro@ccplaw.com
>Carlson, Calladine & Peterson, LLP
>1 Post St., Suite 500
>San Francisco, California 94104
>Telephone: (415) 901-0967
>Facsimile: (415) 391-3898

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also, without limitation, all orders, notices, pleadings, complaints, notices of hearing, applications, motions, requests or demands, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise which affect or seek to affect in any way any rights of Calpine.

Dated: June 1, 2023

**CARLSON, CALLADINE & PETERSON, LLP**

*/s/ Colin C. Munro*
Colin C. Munro

*Attorney for Calpine*