Entered on Docket
June 05, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: June 2, 2023

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

**CARLSON, CALLADINE & PETERSON, LLP**
Colin C. Munro (SBN 195520)
1 Post St., Suite 500
San Francisco, California 94104
T: (415) 901-0967 / F: (415) 391-3898
cmunro@ccplaw.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Mark McKane, P.C. (SBN 230552)
Michael Esser (SBN 268634)
555 California Street
San Francisco, California 94104
T: (415) 439-1400 / F: (212) 439-1500
mark.mckane@kirkland.com
michael.esser@kirkland.com

-and-

Aparna Yenamandra, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
T: (212) 446-4800 / F: (212) 446-4900
aparna.yenamandra@kirkland.com

*Attorneys for Calpine*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>   - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER APPROVING STIPULATION BETWEEN THE REORGANIZED DEBTORS AND CALPINE REGARDING THE REORGANIZED DEBTORS' SIXTH EXTENSION MOTION AND THE MCCABE AND SAWMILL FIRE CLAIMS**<br><br>Re: Docket No. 13745 |

The Court having considered the *Stipulation Between the Reorganized Debtors and Calpine Regarding the Reorganized Debtors' Sixth Extension Motion and the McCabe and Sawmill Fire Claims* (the "Stipulation"), filed on June 1, 2023; and, pursuant to such stipulation and agreement of the Parties,[1] and good cause appearing,

IT IS HEREBY ORDERED:

1. The Stipulation is approved.

2. Calpine shall not object to the Sixth Extension Motion, *provided that* the Parties comply with the terms of this Stipulation.

3. The Reorganized Debtors shall provide a good faith settlement offer regarding the McCabe and Sawmill Fire Claims to Calpine by no later than 4:00 p.m. (prevailing Pacific Time) on June 16, 2023.

4. The Parties shall re-engage in good faith settlement discussions through July 31, 2023, unless the McCabe and Sawmill Fire Claims are settled earlier.

5. Absent further agreement of the Parties to continue settlement discussions, if no settlement is reached on or before July 31, 2023, then the Reorganized Debtors shall file objections to the McCabe and Sawmill Fire Claims no later than August 30, 2023, or such later date as the Parties shall agree.

6. This Stipulation shall be binding on the Parties and each of their successors in interest.

7. This Stipulation shall constitute the entire agreement and understanding of the Parties relating to the subject matter hereof and supersedes all prior agreements and understandings relating to the subject matter hereof.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Stipulation.

8. This Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same agreement.

9. The Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation or any order approving the terms of this Stipulation.

APPROVED AS TO FORM AND CONTENT:

Dated: June 1, 2023

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

/s/ Jane Kim
Jane Kim

*Attorneys for the Debtors
and Reorganized Debtors*

**END OF ORDER**