# EXHIBIT A

# Exhibit A

**8,849 Securities Claims Filed**

**4,841 Resolved Securities Claims**     **4,008 Unresolved Securities Claims**

## Resolutions Since Inception:

- As of June 2nd, 2023, 4,841 Securities Claims have been resolved, including 2,763 Securities Claims settled, 1,877 Securities Claims expunged, and 201 Securities Claims withdrawn.

- There are outstanding settlement offers covering 1,700 Securities Claims which have not yet been accepted or declined. Settlement offers covering 774 Securities Claims have been declined, 633 of those claims (or 82%) were declined by the RKS Claimants.

## Resolutions During Fifth Extension Period:

- During the Fifth Extension Period, the Reorganized Debtors made settlement offers covering 3,837 Securities Claims and settled 1,735 Securities Claims. A further 41 claims have been withdrawn.

## Resolutions Since May 17th, 2023:

- Since May 17th, 2023, the Reorganized Debtors made settlement offers covering 240 Securities Claims and settled 183 Securities Claims.