1 BROWN RUDNICK LLP
David J. Molton (SBN 262075)
2 (DMolton@brownrudnick.com)
Seven Times Square
3 New York, New York 10036
Telephone:    (212) 209-4800
4 Facsimile:    (212) 209-4801

5 BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
6 (JMiliband@brownrudnick.com)
2211 Michelson Drive, Seventh Floor
7 Irvine, California 92612
Telephone:    (949) 752-7100
8 Facsimile:    (949) 252-1514

9 *Attorneys for Fire Victim Trustee*

10              **UNITED STATES BANKRUPTCY COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
11                **SAN FRANCISCO DIVISION**

12

13 In re:                                    | Case No. 19-30088 (DM)
                                              Chapter 11
14 **PG&E CORPORATION,**                      (Lead Case)
                                              (Jointly Administered)
15              **- and –**

16 **PACIFIC GAS AND ELECTRIC COMPANY,**      **FIRE VICTIM TRUST'S**
                                              **SUPPLEMENTAL NOTICE**
17 **Debtors.**                               **REGARDING SETTLEMENT**
                                              **WITH CERTAIN VEGETATION**
18 ☐ Affects PG&E Corporation                 **DEFENDANTS**
   ☐ Affects Pacific Gas and Electric Company
19 ☑ Affects both Debtors                     [Relates to Docket Number 12682]

20 * *All papers shall be filed in the Lead Case,*
21 *No. 19-30088 (DM).*

22

23

24

25

26

27

28

TO FIRE VICTIMS AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that, as previously disclosed, the Fire Victim Trust (the "**Trust**") has settled claims (the "**Assigned Claims**") against Western Environmental Consultants, LLC, ArborMetrics Solutions, LLC, Trees, LLC, and Utility Tree Service, LLC (the "**Settling Vegetation Defendants**") that the Trust held as part of the Assigned Rights and Causes of Action transferred to the Trust pursuant to the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated June 19, 2020* [Dkt. No. 8048]. The Trust previously filed an unredacted copy of the settlement and release agreement by and among the Trustee and the Settling Vegetation Defendants (the "**Settlement Agreement**") [Dkt. No. 13607, Ex. 1] and posted the Settlement Agreement on the Fire Victim Trust Website at www.firevictimtrust.com. The Settlement Agreement provides, inter alia, for the Settling Vegetation Defendants to remit to the Trust the total lump sum of one hundred seventy-one million dollars ($171,000,000.00) (the "**Settlement Amount**") and for mutual releases between the parties to the Settlement Agreement.

PLEASE TAKE FURTHER NOTICE that the Trust previously filed a redacted[1] copy of the engagement letter (the "**VM Firms' Engagement Letter**") [Dkt. No. 13607, Ex. 2] effective January 27, 2021, between the Trust and the firms Cotchett, Pitre & McCarthy, LLP, Corey, Luzaich, de Ghetaldi & Riddle, LLP, Walkup, Melodia, Kelly & Schoenberger, Dreyer, Babich, Buccola, Wood & Campora, LLP, Andrews & Thornton, A Law Corporation, and Greenberg Gross LLP (together, "**VM Firms**") in connection with the Assigned Claims and posted the VM Firms' Engagement Letter on the Fire Victim Trust Website at www.firevictimtrust.com. Pursuant to the VM Firms' Engagement Letter, the VM Firms shall be entitled to attorneys' fees as specified in the VM Firms' Engagement Letter.

---

[1] The VM Firms' Engagement Letter remains redacted in accordance with the *Order Granting Motion of the Fire Victim Trustee to File Redacted Versions of Certain Retention Agreements Until Litigation Related to Such Retention Agreements is Finally Resolved* [Dkt. No. 12884], which provides, among other things, that the unredacted copy of the retention agreement is confidential, shall remain under seal, and shall not be made available to anyone without the express written consent of the Trustee or order of the Court until such time as the litigation to which the retention agreement applies has been finally resolved by judgment, arbitration, mediation, or otherwise. The litigation to which the VM Firms' Engagement Letter applies has not yet been finally resolved with respect to certain other entities.

1

PLEASE TAKE FURTHER NOTICE that, having performed an accounting to determine its costs, expenses, and attorneys' fees incurred in connection with the Assigned Claims, the Trust files this supplemental notice to provide the following further disclosures: the gross amount realized was $171,000,000.00; costs and expenses totaled $2,659,338.99; attorneys' fees totaled $37,034,945.42; and the net benefit to the Trust was $131,305,715.59, as detailed in the following table:

| Settlement Distribution | | |
|---|---:|---:|
| **Gross Settlement Recovery** | | $171,000,000.00 |
| **Minus Expenses** | | $2,659,338.99 |
| Deposition Vendor | $50,803.86 | |
| Electronic Database/Discovery Platform | $897,761.92 | |
| Consultant for Electronic Database/Discovery Platform | $10,175.00 | |
| Physical Evidence Storage | $925,023.17 | |
| Witness Fees | $22,648.17 | |
| Miscellaneous Discovery | $3,300.91 | |
| Arborists | $97,505.25 | |
| Videographer | $18,766.10 | |
| Financial Advisors | $228,350.50 | |
| Environmental Consultant | $46,684.50 | |
| Damages Analyst | $500.00 | |
| Insurance Counsel | $274,559.88 | |
| Mediators | $49,918.75 | |
| Court Costs | $12,250.16 | |
| Travel | $20,365.15 | |
| Miscellaneous | $725.67 | |
| TOTAL | $2,659,338.99 | |
| **Net Proceeds** | | $168,340,661.02 |
| **Minus Attorneys' Fees** | | $37,034,945.42 |
| **Distribution to Trust** | | $131,305,715.59 |

2

1   DATED: June 6, 2023                  BROWN RUDNICK LLP

2

3                               By: */s/David J. Molton*

4                                 David J. Molton (SBN 262075)
                                (DMolton@brownrudnick.com)

5                                 Seven Times Square
                                New York, New York 10036

6                                 Telephone:    (212) 209-4800
                                Facsimile:    (212) 209-4801

7

8                                 and

9                                 Joel S. Miliband (SBN 077438)
                                (JMiliband@brownrudnick.com)

10                               2211 Michelson Drive
                              Seventh Floor

11                               Irvine, California 92612
                              Telephone:    (949) 752-7100

12                               Facsimile:    (949) 252-1514

13                               *Attorneys for Fire Victim Trustee*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3