| | |
|---|---|
| **From:** | Norm Keister |
| **To:** | Lorena Parada |
| **Subject:** | AT&T Comcast raid on pg&e fire victims funds |
| **Date:** | Friday, June 2, 2023 3:20:45 PM |

CAUTION - EXTERNAL:

Judge Dennis Montali ,

I and many other victims of the camp fires in 2017 were hopeful that the settlement with PG&E for survivors would help us recover our lives. We are extremely discouraged and disgusted that Comcast and AT&T were allowed to continue to pursue their claims for funds of the Fire Victims Trust .

Comcast and AT&T are both worth in excess of 100 billion dollars .The officers of these two large corporations should be ashamed for pursuing the funds that should be going to ordinary people who suffered a range of damages from loss of homes , property, mental health , and physical health, and loss of community.
Again , I am disgusted by this shameful and greedy behavior of these two predators.

Please explain to me you reasoning …

Thank you,

Norm Keister
Cell 707-322-1756
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.