**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR JUNE 7, 2023, OMNIBUS HEARING**<br><br>Date: June 7, 2023<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Zoom Videoconference<br>      United States Bankruptcy Court<br>      Courtroom 17, 16th Floor<br>      San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR
JUNE 7, 2023,
OMNIBUS HEARING**

I: <u>**MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**</u>

*CONTESTED MATTERS GOING FORWARD AT 10:00 A.M.*

1. <u>**Motion to Extend Deadline to Object to Claims:**</u> *Motion for Entry of an Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and for Related Relief* [**Dkt. 13745**].

    <u>Related Documents</u>:

    A. *Declaration of Angela Ferrante in Support of the Motion for Entry of an Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and for Related Relief* [**Dkt. 13746**].

    B. *Declaration of Robb McWilliams in Support of Motion for Entry of an Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and for Related Relief* [**Dkt. 13747**].

    C. *Declaration of Richard W. Slack in Support of Motion for Entry of an Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and for Related Relief* [**Dkt. 13748**].

    D. *Stipulation Between the Reorganized Debtors and Calpine Extending time to Respond to the Motion for Entry of an Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and for Related Relief* [**Dkt. 13789**].

    E. *Ex Parte Application for Order Pursuant to L.B.R. 9013-1(c) Authorizing Oversize Briefing for the Reorganized Debtors' Omnibus Reply in Further Support of Motion for Entry of an Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and for Related Relief* [**Dkt. 13810**].

    F. *Supplemental Declaration of Robb McWilliams in Further Support of the Motion for Entry of an Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and for Related Relief* [**Dkt. 13811**].

    G. *Corrected Reorganized Debtors' Omnibus Reply in Further Support of Motion for Entry of an Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and for Related Relief* [**Dkt. 13813**].

    <u>Responses Received</u>:

    H. [RKS Claimants] *The RKS Claimants' Objection to Reorganized Debtors' Sixth Extension Motion* [**Dkt. 13785**].

  a. *Declaration of Richard A. Bodnar in Support of the RKS Claimants' Objection to Reorganized Debtors' Sixth Extension Motion* [**Dkt. 13786**].

I. [BLA Schwartz Claimants] *Opposition to Reorganized Debtors' Sixth Extension Motion* [**Dkt. 13787**].
  a. *[Corrected Cover Page] Opposition to Reorganized Debtors' Sixth Extension Motion* [**Dkt. 13801**].

J. [Chevron] *Chevron's Opposition with Respect to the Reorganized Debtors' Motion for Entry of an Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and for Related Relief and Joinder* [**Dkt. 13788**].

K. [PERA] *Securities Plaintiffs' Partial Objection to Motion of Reorganized Debtors for Entry of Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and for Related Relief* [**Dkt. 13791**].

L. [Baupost] *Statement and Reservation of Rights of Baupost Group Securities, L.L.C. Concerning the Reorganized Debtors' Motion for Entry of an Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and for Related Relief* [**Dkt. 13792**].

M. [Oregon] *Objection and Joinder to Reorganized Debtors' Motion for Entry of an Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and for Related Relief* [**Dkt. 13794**].

Related Orders:

N. *Order on the RKS Claimants' Motion to Enforce the ADR Procedures* [**Dkt. 13612**].

O. *Order Approving Stipulation Between the Reorganized Debtors and Calpine Extending time to Respond to the Motion for Entry of an Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and for Related Relief* [**Dkt. 13808**].

P. *Order Pursuant to L.B.R. 9013-1(c) Authorizing Oversize Briefing for the Reorganized Debtors' Omnibus Reply in Further Support of Motion for Entry of an Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and for Related Relief* [**Dkt. 13812**].

Q. *Docket Text Order dated June 5, 2023.*

Status: This matter is going forward on a contested basis.

**RESOLVED AND CONTINUED MATTERS**

 2. **Krausse Claim Objection:** *Reorganized Debtors' Objection to Proof of Claim No. 80260 Filed by Howard Krausse* [**Dkt. 13608**].

  Status: This matter has been continued to June 27, 2023, at 11:30 a.m. (Pacific Time) pursuant to Stipulation and Order [**Dkts. 13790 and 13797**].

**II:**  **MATTERS SCHEDULED TO BE HEARD IN ADVERSARY PROCEEDING: No. 23-03005 (DM)**

*CONTESTED MATTERS GOING FORWARD AT 11:00 A.M.*

 1. **Addington Motion for Summary Judgment:** *Reorganized Debtors' Motion for Summary Judgment on Claims of David P. Addington and Request for Related Relief* [**Dkt. 14**].

  Related Documents:

  A. *Declaration of Thomas B. Rupp in Support of Reorganized Debtors' Motion for Summary Judgment on Claims of David P. Addington and Request for Related Relief* [**Dkt. 15**].

  B. *Reorganized Debtors' Reply in Support of Motion for Summary Judgment on Claims of David P. Addington and Request for Related Relief* [**Dkt. 19**].

  Responses Received:

  C. *Plaintiff David P. Addington's Opposition to Debtors Motion for Summary Judgment* [**Dkt. 17**].

  Related Orders:

  D. *Order Regarding Hearing on May 24, 2023* [**Dkt. 18**].

  E. Docket Text Order dated June 5, 2023.

  Status: This matter is going forward on a contested basis.

**III:**  **MATTERS SCHEDULED TO BE HEARD IN ADVERSARY PROCEEDING: No. 20-03122 (DM)**

**RESOLVED AND CONTINUED MATTERS**

 1. **PG&E v. Lafayette AP:** *Complaint for Rescission of Contract, Rejection of Contract, Determination of Claim, and Declaratory Relief* [**Dkt. 1**].

  Status: This matter has been resolved pursuant to Default Judgment [**Dkt. 25**].

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: June 6, 2023

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: /s/ Thomas B. Rupp
     Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*