Robert W. Thompson (SBN: 250038)
Casey A. Gee (SBN: 284830)
TLO LAW, P.C.
700 Airport Boulevard, Suite 160
Burlingame, CA 94010
Telephone: (650) 513-6111
Facsimile: (650) 513-6071
Email: bobby@tlopc.com; casey@tlopc.com

Attorneys for D. & D. Abrahamian

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In Re:**<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**<br><br>**Debtors.** | Case No.: 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered)<br><br>**REQUEST TO BE REMOVED FROM ECF NOTIFICATIONS** |

TO THE CLERK OF THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Bankr. P. 2002 and 9007, the undersigned attorneys hereby request that their e-mail addresses (bobby@tlopc.com; casey@tlopc.com) be removed from the Court's Courtesy Notification of Electronic Filing in the above matter.

DATED: June 7, 2023                    TLO LAW, P.C.

/s/ Robert W. Thompson
Robert W. Thompson, Esq.

/s/ Casey A. Gee
Casey A. Gee, Esq.

*Attorneys for D. & D. Abrahamian*

1

<u>CERTIFICATE OF SERVICE</u>

2        I hereby certify that on this 7th day of June, 2023, I electronically filed the foregoing

3 document with the Clerk of the Court using the CM/ECF system, which will send notification of

4 such filing to all those entitled hereto.

5        I declare under penalty of perjury under the laws of the United States that the foregoing is

6 true and correct.

7        Executed this 7th day of June, 2023, at Burlingame, California.

8

9        <u>/s/ Katherine Bello</u>
         Katherine Bello