

1  Rolnick Kramer Sadighi LLP
   1251 Avenue of the Americas
2  New York, New York 10020
   (212)597-2800
3

Signed and Filed: June 8, 2023

4  Michael St. James, CSB No. 95653
   St. James Law, P.C.
5  22 Battery Street, Suite 810
   San Francisco, CA 94111
6  (415) 391-7566

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re  PG&E CORPORATION )
-and- )
PACIFIC GAS AND ELECTRIC COMPANY )
_____ Debtor(s). )

Case No. **19-30088 (DM)**

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Jeffrey Ritholtz**, whose business address and telephone number is **Rolnick Kramer Sadighi LLP, 1251 Avenue of the Americas, New York, New York 10020, (212) 597-2800**

and who is an active member in good standing of the bar of **New York**

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **Various Rescission or Damage Claimants.**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**