# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Victor Wong, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On June 2, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Order Enforcing Discharge and Injunction Provisions of Plan and Confirmation Order Against Certain Pending Actions [Docket No. 13777]

- Notice of Appeal and Statement of Election Filed on Behalf of Liza Sims Individually and as Executrix of the Estate of Edna Gleason and Thomas and Jaydene Gardner [Docket No. 13798]

3. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 5th day of June 2023, at New York, NY.

*/s/ Victor Wong*
Victor Wong

# **Exhibit A**

Exhibit A
Notice Parties Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| Keller Benvenutti Kim LLP | Attn: David A. Taylor. Keller, Jane Kim, Thomas B. Rupp | 650 California Street | Suite 1900 | San Francisco | CA | 94108 |
| Luciano Law | Attn: Jane Luciano | 9000 Crow Canyon | Rd, Suite S #168 | Danville | CA | 94506 |
| Office of The United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | 450 Golden Gate Ave | Suite 05-0153 | San Francisco | CA | 94102 |
| Weil, Gotshal & Manges LLP | Attn: Richard W. Slack, Jessica Liou, Matthew Goren | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| William D. McCann | P.O. Box 370 | | | Genoa | NV | 89411 |
| Wilson, Sonsini, Goodrich & Rosati | Attn: Keith Eggleton | 650 Page Mill Road | | Palo Alto | CA | 94304 |