Entered on Docket
June 08, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 07 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In the Matter of: PG&E CORPORATION; PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors,<br><br>-------------------------------<br><br>PUBLIC EMPLOYEES RETIREMENT ASSOCIATION OF NEW MEXICO; et al.,<br><br>Appellants,<br><br>v.<br><br>PG&E CORPORATION; et al.,<br><br>Appellees. | No. 21-16507<br><br>D.C. No. 4:20-cv-04567-HSG<br>U.S. District Court for Northern California, Oakland<br><br>**MANDATE** |

The judgment of this Court, entered May 16, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT