# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 6/9/2023 |
| Case: 19–30088 | Form ID: TRANSC | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty     Thomas B. Rupp     trupp@kbkllp.com

                                                     TOTAL: 1

**Recipients submitted to the Claims Agent (Kroll Restructuring Administration, LLC):**
intp     David P. Addington     298 Saint James D     Piedmont, CA 94611

                                                     TOTAL: 1