# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: admin | Date Created: 6/9/2023 |
| Case: 19−30088 | Form ID: TRANSC | Total: 8 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Jeffrey Ritholtz | jritholtz@rksllp.com |
| aty | Michael S. Etkin | metkin@lowenstein.com |

                                                            TOTAL: 2

**Recipients submitted to the Claims Agent (Kroll Restructuring Administration, LLC):**

| | | | | |
|---|---|---|---|---|
| aty | Irwin B. Schwartz | BLA Schwartz, P.C. | 515 S. Flower St., 18th Fl. | Los Angeles, CA 90071 |
| aty | Irwin B. Schwartz | BLA Schwartz, PC | 515 S. Flower St., #18th Fl. | Los Angeles, CA 90071 |
| aty | Richard W. Slack | Weil Gotshal and Manges, LLP | 767 Fifth Ave. | New York, NY 10153−0119 |
| aty | Susan F. DiCicco | Morgan, Lewis & Bockius LLP | 101 Park Avenue | New York, NY 10178 |
| | JONATHAN DOOLITTLE, ESQ. | Pillsbury Winthrop Shaw Pittman LLP | Four Embarcadero Center, 22nd Floor | San Francisco, CA 94111 |
| | SUSAN F. DICICCO, ESQ. | Morgan, Lewis & Bockius LLP | 1400 Page Mill Road | Palo Alto, CA 94304 |

                                                            TOTAL: 6