```
Entered on Docket
June 12, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
```

**Signed and Filed: June 12, 2023**



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088-DM |
| PG&E CORPORATION, | Chapter 11 |
| - and - | Jointly Administered |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Reorganized Debtors. | **HEARING SCHEDULED** |
| ☐ Affects PG&E Corporation | Date: July 11, 2023 |
| ☐ Affects Pacific Gas and Electric Company | Time: 10:00 AM |
| ☒ Affects both Debtors | Via Video/Teleconference www.canb.uscourts.gov/calendars |
| * All papers shall be filed in the Lead Case, No. 19-30088 (DM). | |

**ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT**

For the reasons stated in the court's Memorandum Decision on Motion for Partial Summary Judgment and Cross-Motion for Summary Judgment entered concurrently herewith, the court HEREBY GRANTS Amir Shahmirza, Responsible Person for Creditor Komir, Inc.'s *Motion for Partial Summary Judgment of Issues in Reorganized Debtors Objection to Claim #2090 and Claimant's Response Thereto* (Dkt. 13478).

-1-

A further status conference on the matter is HEREBY SET for
July 11, 2023, at 10:00 AM.

**\*\*END OF ORDER\*\***