

**Signed and Filed: June 12, 2023**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>      - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>      Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br>**<u>HEARING SCHEDULED</u>**<br>Date:  July 11, 2023<br>Time:  10:00 AM<br>Via Video/Teleconference<br>www.canb.uscourts.gov/calendars |

**ORDER DENYING COUNTER-MOTION FOR SUMMARY JUDGMENT**

    For the reasons stated in the court's Memorandum Decision on Motion for Partial Summary Judgment and Cross-Motion for Summary Judgment entered concurrently herewith, the court HEREBY DENIES *PG&E's Opposition to Motion for Partial Summary Judgment and Counter-Motion for Summary Judgment* (Dkt. 13567).

-1-

A further status conference on the matter is HEREBY SET for July 11, 2023, at 10:00 AM.

**\*\*END OF ORDER\*\***