| | |
|---|---|
| 1 | Michael W. Malter, #96533 |
| 2 | Robert G. Harris, #124678 |
|   | Julie H. Rome-Banks, #142364 |
| 3 | Christian P. Binder #286552 |
|   | BINDER & MALTER, LLP |
| 4 | 2775 Park Avenue |
|   | Santa Clara, CA 95050 |
| 5 | Tel: (408) 295-1700 |
|   | Fax: (408) 295-1531 |
| 6 | Email: Michael@bindermalter.com |
| 7 | Email: Rob@bindermalter.com |
| 8 | Attorneys for: |
|   | Evans & Evans Properties, Inc. |
| 9 | dba Evans Management Services |
| 10 | 3575 Mendocino Avenue Associates, LLC |
| 11 | |
| 12 | Caspar Wine, LLC |
|    | dba Cultivar Wine dba Caspar Estate |
| 13 | Cultivar San Francisco, LLC |
| 14 | Deborah Gutof |
| 15 | Walter Vanderschraaf |
| 16 | Hudson Skyport Plaza, LLC, a Delaware |
|    | Limited Liability Company, Hudson |
| 17 | Skyport Plaza Land, LLC, a Delaware |
|    | Limited Liability Company |
| 18 | |
| 19 | Hudson Pacific Properties |
| 20 | C.H. Reynolds Electric, Inc. |
| 21 | Charge Point, Inc. |
| 22 | Ramsey Shuayto |
| 23 | Armendarez Consulting, Inc. |
| 24 | |
| 25 | Harris Ranch Napa Valley, LLC |
| 26 | Arborworks, Inc. |
| 27 | Daleo, Inc. |
| 28 | Office Relief, Inc. |

REQUEST REMOVAL FROM COURT SERVICE LIST    1

Mendocino Avenue Associates

Journey's End

K.W. Emerson, Inc.

West Valley Construction, Inc.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>And<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors.<br><br>---<br>[ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[X] Affects Both<br><br>*All papers shall be filed in the Lead Case, Case No. 19-30088 | Case No.: 19-30088 DM<br><br>Chapter 11<br>(Lead Case Jointly Administered)<br><br>**REQUEST FOR REMOVAL FROM COURT-EMAIL LIST AND MAILING MATRIX** |

**TO THE CLERK OF THE COURT, CASE ADMINISTRATORS AND ALL PARTIES IN INTEREST:**

    Robert G. Harris hereby requests the following name(s) and e-mail address(es) be removed from the Court's ECF e-mail list and the mailing matrix in the above referenced case:

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

2

| | |
|---|---|
| 1 | Michael W. Malter, Esq. |
| 2 | Robert G. Harris, Esq. |
|   | Julie H. Rome-Banks, Esq. |
| 3 | Christian P. Binder, Esq. |
|   | BINDER & MALTER, LLP |
| 4 | 2775 Park Avenue |
|   | Santa Clara, CA 95050 |
| 5 | Tel: (408) 295-1700 |
|   | Fax: (408) 295-1531 |
| 6 | Email: Michael@bindermalter.com |
| 7 | Email: Rob@bindermalter.com |
|   | Email: Julie@bindermalter.com |
| 8 | Email: Chris@bindermalter.com |
|   | Email: RobertW@BinderMalter.com |

Dated: June 15, 2023                BINDER & MALTER, LLP

By: /s/ *Robert G. Harris #124678*
ROBERT G. HARRIS, Esq.
Attorneys for ChargePoint, Inc.