

Signed and Filed: June 15, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  WEIL, GOTSHAL & MANGES LLP
Theodore Tsekerides (*pro hac vice*)
2  (theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
3  (jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
4  (matthew.goren@weil.com)
767 Fifth Avenue
5  New York, NY 10153-0119
Tel: 212 310 8000
6  Fax: 212 310 8007

7  KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
8  (jkim@kbkllp.com)
David A. Taylor (#247433)
9  (dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
10  (trupp@kbkllp.com)
650 California Street, Suite 1900
11  San Francisco, CA 94108
Tel: (415) 496-6723
12  Fax: (650) 636 9251

13  *Attorneys for Debtors and Reorganized Debtors*

14

15  **UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
16  **SAN FRANCISCO DIVISION**

17  In re:                                     Case No. 19-30088 (DM)
Chapter 11
18  **PG&E CORPORATION,**                        (Lead Case)
(Jointly Administered)
19        - and -
**ORDER APPROVING TENTH**
20  **PACIFIC GAS AND ELECTRIC COMPANY,**        **STIPULATION BY AND**
**BETWEEN REORGANIZED**
21               **Debtors.**                    **DEBTORS AND THE UNITED**
**STATES OF AMERICA**
22  ☐ Affects PG&E Corporation                   **REGARDING DEADLINE FOR**
☐ Affects Pacific Gas and Electric Company    **REORGANIZED DEBTORS TO**
23  ☑ Affects both Debtors                        **OBJECT TO CLAIMS**

24  * All papers shall be filed in the Lead Case,
No. 19-30088 (DM).
25

26

27

28

The Court having considered the *Tenth Stipulation by and Between Reorganized Debtors and the United States of America Regarding Deadline for Reorganized Debtors to Object to Claims*, dated June 14, 2023 [Dkt. No. 13837] (the "**Stipulation**"),[1] entered into by PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as reorganized debtors (collectively, the "**Debtors**" and as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), on the one hand, and the United States of America, on behalf of various federal agencies ("**United States**," and together with the Debtors and the Reorganized Debtors, the "**Parties**"), on the other hand; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1.    The Stipulation is approved.

2.    The objection deadline for the following United States Claims shall be December 18, 2023:

| Agency | Claim No. | Amount |
|---|---|---|
| U.S. Forest Service | 59664 | $21,029,700.59 |
| U.S. Forest Service | 63837 | $76,554,779.95 |
| National Park Service | 63756 | $90,415.07 |

3.    The Stipulation constitutes the entire agreement and understanding of the Parties relating to the subject matter thereof and supersedes all prior agreements and understandings relating to the subject matter thereof.

4.    This Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

/ / /

/ / /

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

APPROVED AS TO FORM AND CONTENT:

Dated: June 14, 2023

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

/s/ *Michael Tye*
RUTH A. HARVEY
Director
KIRK MANHARDT
Deputy Director
MICHAEL TYE
Senior Trial Counsel
Attorneys for the United States

** END OF ORDER **