| | |
|---|---|
| KELLER BENVENUTTI KIM LLP<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>David A. Taylor (#247433)<br>(dtaylor@kbkllp.com)<br>Thomas B. Rupp (#278041)<br>(trupp@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: (415) 496-6723<br>Fax: (650) 636 9251 | GOUGH & HANCOCK LLP<br>Gayle L. Gough (#154398)<br>(gayle.gough@ghcounsel.com)<br>50 California Street, Suite 1500<br>San Francisco, CA 94111<br>Tel: 415 848 8918 |

*Attorneys for the Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* ALL PAPERS SHALL BE FILED IN THE LEAD CASE, NO. 19-30088 (DM).* | Case Nos. 19-30088 (DM) (Lead Case)<br>(Jointly Administered)<br><br>**STIPULATION ON REORGANIZED DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 80260 FILED BY HOWARD KRAUSSE**<br><br>Re: Dkt. No. 13608<br><br>Date: June 27, 2023<br>Time: 11:30 a.m. |

This stipulation and agreement for order ("**Stipulation**") is entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Reorganized Debtors**"), on the one hand, and Howard Krausse ("**Krausse**"), on the other hand. The Reorganized Debtors and Krausse are referred to in this Stipulation collectively as the "**Parties**," and each as a "**Party**." The Parties hereby stipulate and agree as follows:

## RECITALS

A. On March 10, 2023, the Reorganized Debtors filed the *Reorganized Debtors' Objection to Proof of Claim No. 80260 Filed By Howard Krausse* [Dkt. No. 13608] (the "**Objection**"). Concurrently with the Objection, the Reorganized Debtors filed a notice of hearing [Dkt. No. 13610], which set the hearing on the Objection (the "**Hearing**") for April 11, 2023, at 10:00 a.m. (Pacific Time).

B. The Hearing was subsequently continued to May 9, 2023 [Dkt. No. 13639] then to June 7, 2023 [Dkt. No. 13681], and is presently set for June 27, 2023 [Dkt. No. 13797].

C. On May 23, 2023, Krausse filed the *Response to Reorganized Debtors' Objection to Proof of Claim No. 80260* [Dkt. No. 13768] (the "**Response**").

D. The Parties met and conferred on June 16, 2023 and agreed to the following:

   a. The Hearing scheduled for June 27, 2023 shall be taken off calendar and the Reorganized Debtors need not file a Reply to the Response;

   b. The Parties will engage in discovery, including document demands, interrogatories, and fact witness depositions over the course of the next several months;

   c. Thereafter the Parties will meet and confer over 1) the possibility of returning to mediation, and 2) setting a briefing schedule on dispositive motions (in the event either Party desires to file a dispositive motion);

   d. A Status Conference should be set for September 12, 2023 at 10:00 a.m.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE**

UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:

1. The Hearing shall be taken off calendar and the Reorganized Debtors are not required to file a Reply to the Response.

2. The Parties shall engage in fact discovery, including document demands, interrogatories, and fact witness depositions.

3. Thereafter, the Parties shall meet and confer over 1) the possibility of returning to mediation, and 2) setting a briefing schedule on dispositive motions (in the event either Party desires to file a dispositive motion);

4. A Status Conference shall be set for September 12, 2023 at 10:00 a.m.

Dated: June 20, 2023

| KELLER BENVENUTTI KIM LLP<br>GOUGH & HANCOCK LLP | FOX ROTHSCHILD LLP |
|---|---|
| /s/ *Thomas B. Rupp*<br>Thomas B. Rupp | /s/ *Jack Praetzellis*<br>Jack Praetzellis |
| *Attorneys for the Debtors*<br>*and Reorganized Debtors* | *Attorneys for Howard Krausse and Anne Potts* |