KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (650) 636 9251

GOUGH & HANCOCK LLP
Gayle L. Gough (#154398)
(gayle.gough@ghcounsel.com)
50 California Street, Suite 1500
San Francisco, CA 94111
Tel: 415 848 8918

*Attorneys for the Debtors and Reorganized Debtors*

**Entered on Docket**
**June 20, 2023**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: June 20, 2023**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* ALL PAPERS SHALL BE FILED IN THE LEAD CASE, NO. 19-30088 (DM).* | Case Nos. 19-30088 (DM) (Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING STIPULATION RELATING TO REORGANIZED DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 80260 FILED BY HOWARD KRAUSSE AND SETTING STATUS CONFERENCE**<br><br>Re: Dkt. No. 13608<br><br>Date: June 27, 2023<br>Time: 11:30 a.m. |

The Court having considered the *Stipulation On Reorganized Debtors' Objection To Proof Of Claim No. 80260 Filed By Howard Krausse* (the "**Stipulation**"), filed on June 20, 2023; and, pursuant to such stipulation and agreement of the Parties[1], and good cause appearing,

IT IS HEREBY ORDERED:

1. The Hearing shall be taken off calendar and the Reorganized Debtors are not required to file a Reply to the Response.

2. The Parties shall engage in fact discovery, including document demands, interrogatories, and fact witness depositions.

3. Thereafter, the Parties shall meet and confer over 1) the possibility of returning to mediation, and 2) setting a briefing schedule on dispositive motions (in the event either Party desires to file a dispositive motion);

4. A Status Conference shall be set for September 12, 2023 at 10:00 a.m.

APPROVED AS TO FORM AND CONTENT:

Dated: June 20, 2023

FOX ROTHSCHILD LLP

/s/ *Jack Praetzellis*
Jack Praetzellis

*Attorneys for Howard Krausse and Anne Potts*

**END OF ORDER**

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Stipulation.