Jane Luciano, Esq. CA. SBN 124263
Luciano Law
9000 Crow Canyon Road
Suite S #168
Danville, CA 94506
(925) 216-6030

William D. McCann, Esq. NV SBN 12038
P.O. Box 370
Genoa, Nevada  89411
*Pro Haec Vice in Butte County Superior Court Cases*

Attorneys for Plaintiffs and Claimants Liza Sims, individually and as executrix for The Estate of Edna Gleason and Thomas and Jaydene Gardner

# IN THE BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT PF CALIFORNIA

In re:

PG&E COPORATION

    -and-

PACIFIC GAS AND ELECTRIC. COMPANY

    Debtors

Bank. Case No.: 19-30088 (DM)
Chapter 11; Lead Case
(Jointly Administered)

**APPELLATE DESIGNATION OF RECORD ON APPEAL**

**X.** Affects Both Debtors.

Comes now Appellants Liza Sims et al and Thomas and Jaydene Gardner and designate the following pleadings and transcripts for this appeal:

APPELLANT DESIGNATION OF RECORD ON APPEAL

- **Reorganized Debtors' Omnibus Motion to Enforce the Discharge and Injunction Provisions of Plan and Confirmation Order Against Certain Pending Actions. Hearing Scheduled for May 24, 2023 at 10:00 a.m. (PT). Objections due by May 10, 2023 at 4:00 p.m. [DOCKET NO. 13685}**

- **Declaration of Keith E. Eggleton in Support of Reorganized Debtors' Omnibus Motion to Enforce the Discharge and Injunction Provisions of Plan and Confirmation Order Against Certain Pending Actions. Hearing Scheduled for May 24, 2023 at 10:00 a.m. (PT). Objections Due by May 10, 2023 at 4:00 pm. (PT) (Related Document: 13685) [DOCKET NO. 13686]**

- **Objection to Motion to Enforce by Reorganized Debtor's Omnibus motion filed by Liza Sims et a; and Thomas and Jaydene Gardner**

- **Reorganized Debtors' Reply in Support of Omnibus Motion to Enforce the Discharge and Injunction Provisions of Plan and Confirmation Order Against Certain Pending Actions. Hearing Scheduled for May 24, 2023 at 10:00 am (PT) (Related Document: 13685) [Docket No. 13741]**

- **Supplemental Declaration of Keith Eggleton in Support of Reorganized Debtors' Motion to Enforce the Discharge and Injunction Provisions of the Plan and Confirmation Order against Certain Pending Actions. Hearing Scheduled for May 24, 2023 at 10:00 am (PT) (Related Document: 13685) [Docket No. 13742]**

- **Transcript of Hearing on May 24, 2023 before the Hon. Dennis Montali.**

- **Order Enforcing Discharge and Injunction Provisions of Plan and Confirmation Order Against Certain Pending Actions (Related Document: 13685) [Docket No. 13777]**

- **Order Denying Motion for Reconsideration by William B. Abrams (Related Document: 13755) [Docket 13778]**

June 20, 2023

                                                */s/Jane Luciano/s/*
                                                 Jane Luciano

APPELLANT DESIGNATION OF RECORD ON APPEAL