UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| -and- | Chapter 11 |
| PACIFIC GAS AND ELECTRIC | (Lead Case) |
| COMPANY, | (Jointly Administered) |
| Reorganized Debtors | |

## CERTIFICATE OF SERVICE

I, Jane Luciano, do declare:

1. I am employed in the County of Contra Costa in California with my primary office in Danville, California. I am one of the attorneys for Liza Sims, Edna Gleason, Thomas Gardner and Jaydene Gardner respectively in the Butte County Superior Court Camp fire cases.

2. On June 22, 2023, I submitted the following documents through the Court's Electronic Filing System.

- **APPELLANT DESIGNATION OF RECORD**
- **APPEELLANT STATEMENT OF ISSUES**

SIMS/GARDNER CERTIFICATE OF SERVICE OF DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL

3. I received notice through electronic mail from the Court's Electronic Filing System that Electronic service was effectuated n the Noticed Parties List.

4. In addition, I caused the aforementioned documents to be successfully electronically serviced on Attorneys of Record for PG&E at Weil, Gotshal & Manges, LLP, Keller Benvenutti Kim LLP and Wilson Sonsini Goodrich & Rosati as follows:

    **Richard.slack@weil.com** and jessica.liou@weil.com

    jkim@kbkllp.com and trupp@kbkllp.com

    keggleton@wsgr.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is rue and correct.

Dated: June 22, 2023

                                                               */s/Jane Luciano/s/*
                                                               Jane Luciano, Declarant

SIMS/GARDNER CERTIFICATE OF SERVICE OF DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL