# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Liz Santodomingo, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("**Kroll**")[1], the claims and noticing agent for the Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On June 9, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction [Docket No. 13829]
- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction [Docket No. 13830]

3. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 16th day of June 2023, at New York, NY.

                                        /s/ Liz Santodomingo
                                        Liz Santodomingo

# Exhibit A

Exhibit A
Notice Parties Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL |
|---|---|---|---|---|---|
| BLA Schwartz, P.C. | Attn: Irwin B. Schwartz | 515 S. Flower St., 18th Fl. | Los Angeles | CA | 90071 |
| Morgan, Lewis & Bockius LLP | Attn: Susan F. DiCicco | 101 Park Avenue | New York | NY | 10178 |
| Morgan, Lewis & Bockius LLP | Attn: Susan F. DiCicco | 1400 Page Mill Road | Palo Alto | CA | 94304 |
| Pillsbury Winthrop Shaw Pittman LLP | Attn: Jonathan Doolittle | Four Embarcadero Center, 22nd Floor | San Francisco | CA | 94111 |
| Weil Gotshal and Manges, LLP | Attn: Richard W. Slack | 767 Fifth Ave. | New York | NY | 10153−0119 |