**LABATON SUCHAROW LLP**
Thomas G. Hoffman, Jr.
140 Broadway
New York, New York 10005
Telephone: (212) 209-0700
Facsimile: (212) 818-0477
thoffman@labaton.com

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>PG&E Corporation<br>-and-<br>Pacific Gas and Electric Company | Case No. 19-30088 (DM)<br>Chapter 11<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Thomas G. Hoffman, Jr., an active member in good standing of the bar of the State of New York and of the United States District Court for the Southern District of New York, among other courts, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Public Employees Retirement Association of New Mexico in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above entitled action. The name, address and telephone number of that attorney is:

>Randy Michelson
>The Michelson Law Group
>20 Montgomery St. #2100
>San Francisco, CA 94104
>Tel. (415) 512-8601

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 26, 2023              /s/ *Thomas G. Hoffman, Jr.*
                                                Thomas G. Hoffman, Jr.



## Appellate Division of the Supreme Court
## of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Thomas Gregory Hoffman, Jr.

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **October 25, 2005**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of New York on September 29, 2022.*

Clerk of the Court

CertID-00085457



# Supreme Court of the State of New York
# Appellate Division, First Department

ROLANDO T. ACOSTA
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020