LABATON SUCHAROW LLP
Thomas G. Hoffman, Jr.
140 Broadway
New York, New York 10005
Telephone: (212) 209-0700
Facsimile: (212) 818-0477
thoffman@labaton.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re  PG&E Corporation
       -and-
       Pacific Gas and Electric Company
                                Debtor(s).

Case No. **19-30088 (DM)**

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Thomas G. Hoffman, Jr.**, whose business address and telephone number is

**Labaton Sucharow LLP**
**140 Broadway, New York, NY 10005**
**Tel. (212) 907-0700**

and who is an active member in good standing of the bar of the bar of the State of New York and S.D.N.Y, among other courts, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **Public Employees Retirement Association of New Mexico.**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**