| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | Bruce S. Bennett (SBN 105430)<br>Joshua M. Mester (SBN 194783)<br>James O. Johnston (SBN 167330)<br>JONES DAY<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA  90071-2300<br>Telephone:     (213) 489-3939<br>Facsimile:      (213) 243-2539<br>E-mail:          bbennett@jonesday.com<br>                       jmester@jonesday.com<br>                       jjohnston@jonesday.com<br><br>*Attorneys for PG&E Shareholders* |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>     - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                              Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric  Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF JAMES O. JOHNSTON AND REQUEST FOR REMOVAL FROM SERVICE LIST** |

**PLEASE TAKE NOTICE** that James O. Johnston hereby withdraws his appearance on behalf of the PG&E Shareholders.  Service of pleadings and notices, including CM/ECF electronic notification, upon Mr. Johnston in these cases should be discontinued.

Dated: June 27, 2023

JONES DAY

By: /s/ Joshua M. Mester
Joshua M. Mester

*Attorney for PG&E Shareholders*