1

LABATON SUCHAROW LLP
Thomas G. Hoffman, Jr.

2

140 Broadway

3

New York, New York 10005
Telephone: (212) 209-0700

4

Facsimile: (212) 818-0477
thoffman@labaton.com

5

**Signed and Filed: June 29, 2023**

_____

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

6

7

8

9

10

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

11

12

13

In re

**PG&E Corporation**            )
-and-                          )
**Pacific Gas and Electric Company**   )
_____  )
                    Debtor(s). )

Case No. **19-30088 (DM)**

Chapter **11**

14

15

**ORDER GRANTING APPLICATION FOR ADMISSION OF**
**ATTORNEY *PRO HAC VICE***

16

**Thomas G. Hoffman, Jr.**                , whose business address and telephone number is

17

**Labaton Sucharow LLP**
**140 Broadway, New York, NY 10005**

18

**Tel. (212) 907-0700**

19

and who is an active member in good standing of the bar of the bar of the State of New York and
S.D.N.Y, among other courts,

20

having applied in the above-entitled action for admission to practice in the Northern District of

21

California on a *pro hac vice* basis, representing **Public Employees Retirement Association of New Mexico.**

22

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

23

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

24

*vice.* Service of papers upon and communication with co-counsel designated in the application

25

will constitute notice to the represented party.  All future filings in this action are subject to the

26

Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States

27

Bankruptcy Court for the Northern District of California.

28

**\*\*END OF ORDER\*\***