| | |
|---|---|
| **KELLER BENVENUTTI KIM LLP**<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>David A. Taylor (#247433)<br>(dtaylor@kbkllp.com)<br>Thomas B. Rupp (#278041)<br>(trupp@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: (415) 496-6723<br>Fax: (650) 636 9251<br><br>*Attorneys for Appellees (Debtors and Reorganized Debtors)* | |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Reorganized Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>District Court Case No. 4:23-cv-02761-HSG<br><br>**APPELLEES' (I) RESPONSE TO APPELLANTS' DESIGNATION OF RECORD AND STATEMENT OF ISSUES AND (II) DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**<br><br>**[Related to Dkt. Nos. 13798, 13845 and 13846]** |

PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Appellees**," the "**Debtors**," or as reorganized pursuant to the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Dkt. No. 8048] (as it may be amended, modified, or supplemented and together with any exhibits or schedules thereto, the "**Plan**"), the "**Reorganized Debtors**") submit this response to the June 21, 2023 filings by Liza Sims, individually and as executrix for the Estate of Edna Gleason, and Thomas and Jaydene Gardner (collectively, the "**Appellants**") of the *Appellate* [sic] *Designation of Record on Appeal* [Dkt. No. 13845] and the *Statement of Issues on Appeal* [Dkt. No. 13846], and designation of additional items to be included in the record on appeal, in connection with Appellants' appeal from the *Order Enforcing Discharge and Injunction Provisions of Plan and Confirmation Order Against Certain Pending Actions* (the "**Injunction Enforcement Order**"), entered on May 26, 2023 [Dkt. No. 13777], by the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

I.     **RESPONSE TO STATEMENT OF ISSUES ON APPEAL**

The sole issue to be decided in this appeal is whether the Bankruptcy Court erred in determining that Appellants' continued prosecution of their state court actions against the Debtors for claims arising from the 2018 Camp Fire, including punitive damages claims, violated the discharge and injunction provisions of the Plan and the *Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* entered by the Bankruptcy Court on June 20, 2020 [Dkt. No. 8053] (the "**Confirmation Order**"), which channeled all claims arising from certain fires, including the 2018 Camp Fire, to a Fire Victim Trust and discharged the Debtors of all such claims, including punitive damages claims, where the Appellants never objected to or appealed the entry of the Confirmation Order, and the Confirmation Order (including the discharge and injunction provisions approved therein) became a final order and effective three years ago.

II.     **DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8009, the Reorganized Debtors hereby designate the following additional items to be included in the record on appeal, which include all

exhibits and addenda attached thereto and filed therewith and all documents incorporated by reference therein:

Docket items from *In re PG&E Corp., et al.*, Case No. 19-30088 (DM):

| Dkt. No. | Description | Date |
|---|---|---|
| 263 | Amended Declaration of Jason P. Wells in Support of First Day Motions and Related Relief | 02/01/2019 |
| 5733 | Amended Notice of Hearing on Approval of (A) Proposed Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization; (B) Plan Solicitation and Voting Procedures; (C) Forms of Ballots, Solicitation Packages, and Related Notices; and (D) Other Related Relief | 02/11/2020 |
| 5839 | Certificate of Service | 02/19/2020 |
| 5852 | Certificate of Service | 02/20/2020 |
| 6320 | Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 | 03/16/2020 |
| 6340 | Order (I) Approving Proposed Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization; (II) Approving Form and Manner of Notice of Hearing on Proposed Disclosure Statement; (III) Establishing and Approving Plan Solicitation and Voting Procedures; (IV) Approving Forms of Ballots, Solicitation Packages, and Related Notices; and (V) Granting Related Relief | 03/17/2020 |
| 6353 | Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | 03/17/2020 |
| 6893 | Certificate of Service | 04/22/2020 |
| 7507 | Declaration of Christina Pullo of Prime Clerk LLC Regarding Solicitation of Votes and Tabulation of Ballots Cast with Respect to the Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | 05/22/2020 |
| 8048 | Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 | 06/19/2020 |
| 8053 | Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 | 06/20/2020 |

| Dkt. No. | Description | Date |
|---|---|---|
| 8252 | Notice of Entry of Confirmation Order and Occurrence of Effective Date of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 | 07/02/2020 |
| 8258 | Certificate of Service | 07/02/2020 |
| 8420 | Certificate of Service | 07/15/2020 |
| 8478 | Order Denying Motions for Reconsideration | 07/22/2020 |
| 13326 | Order Denying Motion to Recuse | 12/08/2022 |
| 13687 | Notice of Hearing on Reorganized Debtors' Omnibus Motion to Enforce the Discharge and Injunction Provisions of Plan and Confirmation Order Against Certain Pending Actions | 04/26/2023 |
| 13710 | Objectiions [*sic*] of Plaintiffs and Claimants Liza Sims, Individually and on Behalf of Thomas and Jaydene Gardner Pursuant to PG&E Motion to Obtain Coverage of "Channeling Injunction" to Defeat Plaintiffs [*sic*] Various Claims for Punitive Damages (Pursuant to LR 9014-1) | 05/10/2023 |
| 13711 | Declaration of Jane Luciano in Support of Plaintiffs [*sic*] Objection to PG and E Motion to Defeat Plaintiffs [*sic*] Claims for Punitive Damages; Exhibits 1 Through 3 | 05/10/2023 |
| 13712 | Plaintiffs [*sic*] Request for Judicial Notice in Support of Objection Filed Contemporaneously Herewith | 05/10/2023 |
| 13713 | Declaration of William D. McCann in Support of Plaintiffs [*sic*] Objection to PG and E Motion to Defeat Plaintiffs' Claims for Punitive Damages | 05/10/2023 |
| 13714 | William B. Abrams Objection to the Reorganized Debtors' Omnibus Motion to Enforce the Discharge and Injunction provisions of Plan and Confirmation Order Against Certain Pending Actions | 05/10/2023 |
| 13715 | Declaration of William B. Abrams in Support of William B. Abrams Objection to the Reorganized Debtors' Omnibus Motion to Enforce the Discharge and Injunction provisions of Plan and Confirmation Order Against Certain Pending Actions | 05/10/2023 |
| 13718 | Certificate of Service | 05/10/2023 |

| Dkt. No. | Description | Date |
|---|---|---|
| 13721 | Efren Robinson, et al.'s Objection to the Reorganized Debtors' Omnibus Motion to Enforce the Discharge and Injunction provisions of Plan and Confirmation Order Against Certain Pending Actions | 05/10/2023 |
| 13736 | Order Regarding Hearing on May 24, 2023 | 05/16/2023 |
| 13743 | Certificate of Service | 05/17/2023 |
| 13755 | William B. Abrams Motion for Reconsideration and Relief from the Order Regarding Hearing on May 24, 2023 | 05/19/2023 |
| 13756 | Declaration of William B. Abrams in Support of William B. Abrams Motion for Reconsideration and Relief from the Order Regarding Hearing on May 24, 2023 | 05/19/2023 |
| 13784 | Certificate of Service | 05/31/2023 |
| 13795 | Certificate of Service | 05/31/2023 |
| 13798 | Notice of Appeal and Statement of Election Filed on Behalf of Liza Sims Individually and as Executrix of the Estate of Edna Gleason and Thomas and Jaydene Gardner | 06/01/2023 |

Proofs of Claim filed in *In re PG&E Corp., et al.*, Case No. 19-30088 (DM):

| Claim No. | Claimant | Date |
|---|---|---|
| 56174 | Jaydene Gardner | 10/15/2019 |
| 56224 | Liza Sims | 10/15/2019 |
| 56255 | Thomas Gardner | 10/15/2019 |
| 56256 | Edna Gleason | 10/15/2019 |

The Reorganized Debtors reserve the right to designate additional items for inclusion in the record or restate the issues presented on appeal.

/ / /

/ / /

Dated: July 5, 2023

**KELLER BENVENUTTI KIM LLP**


By: */s/ Thomas B. Rupp*
       Thomas B. Rupp

*Attorneys for the Appellees (Debtors and Reorganized Debtors)*