# U.S. Bankruptcy Court
## California Northern Bankruptcy Court (San Francisco)
### Bankruptcy Petition #: 19-30088
Internal Use Only

*Assigned to:* Judge Dennis Montali
Chapter 11
Voluntary
Asset

*Date filed:* 01/29/2019
*Plan confirmed:* 06/20/2020
*341 meeting:* 04/29/2019
*Deadline for filing claims:* 10/21/2019
*Deadline for filing claims (govt.):* 10/21/2019

*Debtor*
**PG&E Corporation**
Attn: Law Department
PO Box 1018
Oakland, CA 94612-9991
ALAMEDA-CA
(929) 333-8977
Tax ID / EIN: 94-3234914

represented by **Max Africk**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8000
*TERMINATED: 11/12/2019*

**Gabrielle L. Albert**
Keller Benvenutti Kim LLP
650 California Street, 19th Floor
San Francisco, CA 94108
(530) 902-2560
Email: galbert@kbkllp.com

**Peter J. Benvenutti**
Keller Benvenutti Kim LLP
650 California St. 19th Fl.
San Francisco, CA 94108
(415) 364-6798
Email: pbenvenutti@kbkllp.com

**Kevin Bostel**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8000

**Lee Brand**
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Fl.
San Francisco, CA 94111-5998
415-983-1116
Email: lee.brand@pillsburylaw.com

**Timothy G. Cameron**

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Ave.
New York, NY 10019
(212) 474-1120

**Jared R. Friedmann**
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
(212) 310-8000

**Andriana Georgallas**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8000

**Stuart J. Goldring**
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
(212) 310-8000

**Matthew Goren**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8000

**David A. Herman**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212-474-1000

**David Franklin Hill, IV**
Weil, Gotshal and Manges, LLP
767 Fifth Ave.
New York, NY 10153
(212) 310-8000

**Stephen Karotkin**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8000

**Tobias S. Keller**
Keller Benvenutti Kim LLP
650 California St. #1900

San Francisco, CA 94108
(415) 796-0709
Email: tkeller@kbkllp.com

**Jane Kim**
Keller Benvenutti Kim LLP
650 California St, Suite 1900
San Francisco, CA 94108
(415) 364-6793
Email: jkim@kbkllp.com

**Katherine B Kohn**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200
Washington, DC 20006
(202) 861-2607
Email: katherine.kohn@thompsonhine.com

**Kevin Kramer**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8000

**David Levine**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200
Washington, DC 20006
(202) 861-5436
Email: dnl@groom.com

**Dara Levinson Silveira**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108
415-364-6793
Email: dsilveira@kbkllp.com

**Jessica Liou**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8000

**Omid H. Nasab**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212-474-1000

**John Nolan**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8000

**Kevin J. Orsini**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212-474-1000

**Scott Reents**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212-474-1000
Email: sreents@cravath.com

**Thomas B. Rupp**
Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, CA 94108
415-636-9015
Email: trupp@kbkllp.com

**Bradley R. Schneider**
Munger Tolles and Olson LLP
350 S Grand Ave., 50th Fl.
Los Angeles, CA 90071
(213) 683-9100
Email: bschneider@kbkfirm.com
*TERMINATED: 05/18/2022*

**Ray C. Schrock**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8000

**Richard W. Slack**
Weil Gotshal and Manges, LLP
767 Fifth Ave.
New York, NY 10153-0119
(212) 310-8000
Email: richard.slack@weil.com

**Theodore Tsekerides**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8000

**Paul H. Zumbro**
Cravath, Swaine & Moore LLP
85 Eighth Avenue
New York, NY 10019
2124741000
Email: mao@cravath.com

*Responsible Ind*
**Jason P. Wells**
Senior Vice President
Chief Financial Officer PG&E Corporation
77 Beale St.
San Francisco, CA 94177
(929) 333-8977

*U.S. Trustee*
**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102
(415)705-3333

represented by **Jason Blumberg**
Office of the U.S. Trustee
501 I St. #7-500
Sacramento, CA 95814
(916) 930-2076
Email: jason.blumberg@usdoj.gov

**Cameron M. Gulden**
DOJ-Ust
300 Booth Street
Room 3009
Reno, NV 89509
775-784-5662
Fax : 775-784-5531
Email: cameron.m.gulden@usdoj.gov

**Lynette C. Kelly**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102
(415) 252-2065
Email: ustpregion17.oa.ecf@usdoj.gov

**Timothy S. Laffredi**
Office of the U. S. Trustee - San Jose
280 South 1 St., Suite 268
San Jose, CA 95113
(408) 535-5525
Email: timothy.s.laffredi@usdoj.gov

**Timothy S. Laffredi**
Office of the U.S. Trustee - SF
450 Golden Gate Ave.
Suite 05-0153

San Francisco, CA 94102
(415) 705-3333
Email: timothy.s.laffredi@usdoj.gov

**Marta Villacorta**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102
(415) 252-2062
Email: marta.villacorta@usdoj.gov

| | | |
|---|---|---|
| *Creditor Committee*<br>**Official Committee Of Unsecured Creditors** | represented by | **Paul S. Aronzon**<br>Milbank LLP<br>2029 Century Park East, 33rd Fl.<br>Los Angeles, CA 90067<br>(424) 386-4000<br>Email: paronzon@milbank.com |

**James C. Behrens**
Milbank, LLP
2029 Century Park E, 33rd Fl.
Los Angeles, CA 90067
(424) 386-4436
Email: jbehrens@milbank.com

**Gregory A. Bray**
Milbank LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067
(424) 386-4470
Email: gbray@milbank.com

**Erin Elizabeth Dexter**
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835-7500
Email: edexter@milbank.com

**Dennis F. Dunne**
Milbank, LLP
55 Hudson Yards
New York, NY 10001-2163
(212) 530-5000
Email: ddunne@milbank.com

**Samuel A. Khalil**
Milbank, LLP
55 Hudson Yards
New York, NY 10001-2163

(212) 530-5000
Email: skhalil@milbank.com
*TERMINATED: 08/30/2022*

**Thomas R. Kreller**
Milbank LLP
2029 Century Park East, 33rd
Los Angeles, CA 90067
(424) 386-4463
Email: tkreller@milbank.com
*TERMINATED: 08/30/2022*

**Andrew Michael Leblanc**
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835-7500
Email: ALeblanc@milbank.com

**Alan Joseph Stone**
Milbank LLP
55 Hudson Yards
New York, NY 10001
(212) 530-5000
Email: AStone@milbank.com

| | | |
|---|---|---|
| *Creditor Committee*<br>**Official Committee of Tort Claimants** | represented by | **Lauren T. Attard**<br>Baker Hostetler LLP<br>11601 Wilshire Blvd. #1400<br>Los Angeles, CA 90025-0509<br>(310) 820-8800<br>Email: lattard@bakerlaw.com |

**Chris Bator**
Baker & Hostetler LLP
127 Public Square #2000
Cleveland, OH 44114
(216) 621-0200
Email: cbator@bakerlaw.com

**Dustin M. Dow**
Baker & Hostetler LLP
127 Public Square #2000
Cleveland, OH 44114
(216) 621-0200
Email: ddow@bakerlaw.com

**Cecily Ann Dumas**
Baker and Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100

San Francisco, CA 94111-2806
415-659-2600
Email: cdumas@bakerlaw.com

**Joseph M. Esmont**
Baker & Hostetler LLP
127 Public Sq., #2000
Cleveland, OH 44147
(216) 861-7835
Email: jesmont@bakerlaw.com

**Lars H. Fuller**
Baker & Hostetler LLP
1801 California St #4400
Denver, CO 80202
(303) 764-4114
Email: lfuller@bakerlaw.com

**Eric R. Goodman**
Brown Rudnick LLP
601 Thirteenth St. NW, #600
Washington, DC 20005
(202) 536-1740
Email: egoodman@bakerlaw.com
*TERMINATED: 04/07/2021*

**Elizabeth A. Green**
BakerHostetler LLP
200 S. Orange Ave. #2300
Orlando, FL 32801
(407) 649-4000
Email: egreen@bakerlaw.com

**Robert A. Julian**
Baker and Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
(415) 569-2600
Email: rjulian@bakerlaw.com

**Elyssa S. Kates**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4227
Email: ekates@bakerlaw.com

**Kody D. L. Kleber**
Baker & Hostetler LLP
811 Main St., #1100

Houston, TX 77005
(713) 703-1315
Email: kkleber@bakerlaw.com

**John H. MacConaghy**
MacConaghy and Barnier
645 1st St. W #D
Sonoma, CA 95476
(707) 935-3205
Email: macclaw@macbarlaw.com

**Kimberly S. Morris**
Baker & Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
(415) 659-2600
Email: kmorris@bakerlaw.com

**David J. Richardson**
Baker & Hostetler, LLP
11601 Wilshire Blvd.,
14th Floor
Los Angeles, CA 90025
(310) 442-8858
Email: drichardson@bakerlaw.com

**David B. Rivkin, Jr.**
Baker and Hostetler LLP
1050 Connecticut Ave., N.W., #1100
Washington, DC 20036
(202) 861-1731
Email: drivkin@bakerlaw.com

**Jorian L. Rose**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200
Email: jrose@bakerlaw.com

**Eric E. Sagerman**
Baker and Hostetler LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025
(310) 442-8875
Email: esagerman@bakerlaw.com

**Catherine E. Woltering**
Baker & Hostetler LLP
Key Tower, 127 Public Sq., #2000

Cleveland, OH 44114-1214  
(614) 462-2677  
Email: cwoltering@bakerlaw.com  
*TERMINATED: 04/01/2020*

| Filing Date | # | Docket Text |
|---|---|---|
| 06/21/2023 | 13845 (2 pgs) | Appellant Designation of Contents For Inclusion in Record On Appeal. (RE: related document(s)13798 Notice of Appeal and Statement of Election filed by Creditor Liza Sims, Creditor Thomas and Jaydene Gardner). Appellee designation due by 7/7/2023. Filed by Creditors Thomas and Jaydene Gardner , Liza Sims (dc) (Entered: 06/21/2023) |
| 06/21/2023 | 13846 (2 pgs) | Statement of Issues on Appeal (RE: related document(s)13798 Notice of Appeal and Statement of Election filed by Creditor Liza Sims, Creditor Thomas and Jaydene Gardner, 13845 Appellant Designation filed by Creditor Liza Sims, Creditor Thomas and Jaydene Gardner). Filed by Creditors Thomas and Jaydene Gardner , Liza Sims (dc) (Entered: 06/21/2023) |

| Filing Date | # | Docket Text |
|---|---|---|
| 07/05/2023 | 13857 (6 pgs) | Appellee Designation of Contents for Inclusion in Record of Appeal *Appellees' (I) Response to Appellants' Designation of Record and Statement of Issues and (II) Designation of Additional Items to Be Included in the Record on Appeal* (RE: related document(s)13798 Notice of Appeal and Statement of Election filed by Creditor Liza Sims, Creditor Thomas and Jaydene Gardner). Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 07/05/2023) |