**LABATON SUCHAROW LLP**
Michael P. Canty
140 Broadway
New York, New York 10005
Telephone: (212) 209-0700
Facsimile: (212) 818-0477
mcanty@labaton.com

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re | ) Case No. 19-30088 (DM) |
| PG&E Corporation | ) Chapter 11 |
| -and- | ) |
| Pacific Gas and Electric Company | ) **APPLICATION FOR ADMISSION OF** |
|  | ) **ATTORNEY *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Michael P. Canty, an active member in good standing of the bar of the State of New York and of the United States District Court for the Southern District of New York, among other courts, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Public Employees Retirement Association of New Mexico in the above-entitled action.

In support of this application, I certify on oath that:

1.      I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.      I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

Case: 19-30088    Doc# 13862    Filed: 07/07/23    Entered: 07/07/23 12:29:27    Page 1 of 2

1     3.     An attorney who is a member of the bar of this Court in good standing and who

2   maintains an office within the State of California has been designated as co-counsel in the above

3   entitled action. The name, address and telephone number of that attorney is:

4           Randy Michelson
            The Michelson Law Group
5           20 Montgomery St. #2100
            San Francisco, CA 94104
6           Tel. (415) 512-8601

7           I declare under penalty of perjury that the foregoing is true and correct.

8   DATED:  July 7, 2023                        */s/  Michael P. Canty*
                                                Michael P. Canty
9