LAWRENCE A. JACOBSON, SBN 057393
SEAN M. JACOBSON, SBN 227241
COHEN AND JACOBSON, LLP
66 Bovet Road, Suite 285
San Mateo, CA 94402
Telephone: (650) 261-6280
*laj@cohenandjacobson.com*

Attorneys for Amir Shahmirza
(Agent for Komir, Inc.)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**STATUS CONFERENCE STATEMENT OF KOMIR, INC., PER MEMORANDUM DECISION ON MOTION FOR PARTIAL SUMMARY JUDGMENT AND COUNTER-MOTION FOR SUMMARY JUDGMENT**<br><br>**HEARING SCHEDULED:**<br><br>Date: July 11, 2023<br>Time: 10:00 AM<br>Via Video/Teleconference<br>www.canb.uscourts.gov/calendars |

Claimant Komir, Inc., submits the following status conference statement as set by the Court in its Memorandum Decision on Motion for Partial Summary Judgment and Counter-Motion for Summary Judgment entered on June 12, 2023 (Docket No. 13832) (the "Memorandum Decision") concerning litigation procedures for determination of issues remaining after entry of the Orders made pursuant to the Memorandum Decision.

**STATUS CONFERENCE STATEMENT OF KOMIR, INC., PER MEMORANDUM DECISION ON MOTION FOR PARTIAL SUMMARY JUDGMENT AND COUNTER-MOTION FOR SUMMARY JUDGMENT**   1

Case: 19-30088    Doc# 13864    Filed: 07/07/23    Entered: 07/07/23 15:19:44    Page 1 of 3

## I. MEET AND CONFER

On July 6, 2023, counsel for the parties met and conferred regarding their positions with respect to (1) the issues that remain for determination after the entry of the Orders pursuant to the Memorandum Decision, (2) the manner of resolving those issues, and (3) scheduling.

Since the positions of the parties differ significantly, counsel agreed to prepare their separate Status Conference Statements pertaining to the subject matter of their discussion.

## II. ISSUES REMAINING FOR DETERMINATION

Komir's position is as follows:

1. As PG&E acknowledges, in the Memorandum Decision the Court determined that PG&E has no rights under any recorded documents.
2. Per the Memorandum Decision, no prescriptive rights arose during the pre-2018 period.
3. Per the Decision, the pre-2018 circumstances changed to require any analysis of prescriptive rights to be based upon facts in and after 2018.
4. Komir not only immediately objected to the changes in 2018 but filed a lawsuit within months thereafter.
5. A five-year period for exercise of any hostile possession in and after 2018 never materialized prior to the filing of the Complaint.

PG&E has not articulated any basis upon which it would now hold any rights to occupy Komir's property.

## III. PROCEDURES FOR FINAL DETERMINATION

### A. Further Motion for Summary Judgment

Komir intends to file a further motion for summary judgment for adjudication of any and all claims other than remedy and damages per the statement of position above.

**STATUS CONFERENCE STATEMENT OF KOMIR, INC., PER MEMORANDUM DECISION ON MOTION FOR PARTIAL SUMMARY JUDGMENT AND COUNTER-MOTION FOR SUMMARY JUDGMENT**  2

Case: 19-30088    Doc# 13864    Filed: 07/07/23    Entered: 07/07/23 15:19:44    Page 2 of 3

Komir proposes the following schedule:

1. File motion on or before August 4.
2. Response due September 5, 2023.
3. Reply due September 19, 2023.
4. Hearing on October 3, 2023

**B.  Discovery**

In view of the limited issues remaining for adjudication, the scope of discovery is narrow.

The only discovery that may potentially be relevant would relate only to remedy and damages.

There is no need for, or purpose to be served by, discovery on any other subject matter and PG&E has not specified any relevant remaining subject matter other than remedy and damages.

Komir proposes the following:

1. Completion of written discovery with responses due by September 15, 2023.
2. Depositions Complete by October 15, 2023.
3. Expert depositions complete by November 10, 2023.
4. Trial during the first week of December, 2023.

Respectfully submitted.

Dated: July 7, 2023                              COHEN AND JACOBSON, LLP


                                                 By: /s/ Lawrence A. Jacobson
                                                    Lawrence A. Jacobson
                                                    Attorneys for Claimant and Respondent

**STATUS CONFERENCE STATEMENT OF KOMIR, INC., PER MEMORANDUM DECISION ON MOTION FOR PARTIAL SUMMARY JUDGMENT AND COUNTER-MOTION FOR SUMMARY JUDGMENT**     3

Case: 19-30088    Doc# 13864    Filed: 07/07/23    Entered: 07/07/23 15:19:44    Page 3 of 3