**EXHIBIT B**

**RESERVATION OF RIGHTS**

The Securities Plaintiffs, on behalf of themselves and the Class, do not, and will not impliedly, consent to this Court's adjudication of the claims asserted against any Non-Debtor Defendants now or hereafter named in the Securities Action.