| | |
|---|---|
| **LABATON SUCHAROW LLP**<br>Thomas A. Dubbs<br>Carol C. Villegas<br>Michael P. Canty<br>Thomas G. Hoffman, Jr.<br>140 Broadway<br>New York, New York 10005<br><br>*Lead Counsel to Securities Lead Plaintiff and the Class* | **LOWENSTEIN SANDLER LLP**<br>Michael S. Etkin (*pro hac vice*)<br>Andrew Behlmann (*pro hac vice*)<br>Scott Cargill<br>Colleen Maker<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br><br>*Special Bankruptcy Counsel to Securities Lead Plaintiff and the Class* |

**MICHELSON LAW GROUP**
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, California 94104

*Local Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | Case No. 19-30088 (DM) (Lead Case)<br>Chapter 11<br>(Jointly Administered)<br><br>**DECLARATION OF THOMAS G. HOFFMAN, JR. IN SUPPORT OF SECURITIES PLAINTIFFS' MOTION FOR THE APPLICATION OF BANKRUPTCY RULE 7023 AND THE CERTIFICATION OF A CLASS OF SECURITIES CLAIMANTS**<br><br>Date: August 8, 2023<br>Time: 10:00 a.m. (PT)<br>Before: (Telephonic Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, California 94102<br><br>**Objection Deadline:** July 25, 2023, 4:00 PM (PT) |

Declaration of Thomas G. Hoffman, Jr. in Support of Securities Plaintiffs' Motion for the Application of Bankruptcy Rule 7023 and the Certification of a Class of Securities Claimants
[Case No. 19-30088 (DM) (Lead Case)]

Case: 19-30088    Doc# 13866    Filed: 07/07/23    Entered: 07/07/23 16:16:19    Page 1 of 2

I, THOMAS G. HOFFMAN, JR., declare as follows:

1. I am a partner of the law firm of Labaton Sucharow LLP. I am submitting this declaration in support of the Securities Plaintiffs' Motion for the Application of Bankruptcy Rule 7023 and the Certification of a Class of Securities Claimants.

2. Attached hereto as Exhibit A is a true and correct copy of the firm resume of Labaton Sucharow LLP.

3. Attached hereto as Exhibit B is a true and correct copy of the firm resume of Robbins Geller Rudman & Dowd LLP.

4. Attached hereto as Exhibit C is a true and correct copy of the firm resume of Lowenstein Sandler LLP, Bankruptcy and Restructuring Department.

5. Attached hereto as Exhibit D is a true and correct copy of the firm resume of Michelson Law Group.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of July, 2023.

/s/ Thomas G. Hoffman, Jr.
Thomas G. Hoffman, Jr.

---

DECLARATION OF THOMAS G. HOFFMAN, JR. IN SUPPORT OF SECURITIES PLAINTIFFS' MOTION FOR THE APPLICATION OF BANKRUPTCY RULE 7023 AND THE CERTIFICATION OF A CLASS OF SECURITIES CLAIMANTS
[CASE NO. 19-30088 (DM) (LEAD CASE)]

Case: 19-30088    Doc# 13866    Filed: 07/07/23    Entered: 07/07/23 16:16:19    Page 2 of 2