Kizzy L. Jarashow (*pro hac vice*)
Stacy Dasaro (*pro hac vice*)
**GOODWIN PROCTER LLP**
620 Eighth Avenue
The New York Times Building
New York, NY 10018
Tel.: +1 212 813 8800
Fax.: +1 212 355 3333
Email: kjarashow@goodwinlaw.com
          sdasaro@goodwinlaw.com

*Attorneys for MML Investment Advisers, LLC on behalf of the MassMutual Funds*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>X Affects both Debtors | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:    August 8, 2023<br>Time:   10:00 a.m. (PT)<br>Before: (Telephonic Appearances Only)<br>         United States Bankruptcy Court<br>         Courtroom 17, 16th Floor<br>         San Francisco, California 94102<br><br>**Objection Deadline:** July 25, 2023, 4:00 PM (PT) |

# CERTIFICATE OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is: 601 South Figueroa Street, Suite 4100, Los Angeles, California 90017.

On July 7, 2023, I served the following document(s) on the person(s) below as follows:

**JOINDER OF MML INVESTMENT ADVISERS, LLC ON BEHALF OF THE MASSMUTUAL FUNDS TO THE SECURITIES LEAD PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR THE APPLICATION OF BANKRUPTCY RULE 7023 AND THE CERTIFICATION OF A CLASS OF SECURITIES CLAIMANTS**

- ☒ (E-MAIL or ELECTRONIC TRANSMISSION). By electronic service on July 7, 2023. Service was accomplished through the Notice of Electronic Filing ("NEF") for all parties and counsel who are registered ECF Users.

- ☒ (MAIL). By United States mail. I caused to be enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed below and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing.

| | |
|---|---|
| PG&E Corporation and Pacific Gas and Electric Company<br>Attn: Janet Loduca, Esq.<br>PO Box 770000<br>77 Beale Street<br>San Francisco, CA 94105 | Tobias Keller, Esq.<br>Jane Kim, Esq.<br>Keller & Benvenutti LLP<br>650 California Street, Suite 1900<br>San Francisco, CA 94108 |
| Stephen Karotkin, Esq.<br>Jessica Liou, Esq.<br>Matthew Goren, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153 | Kristopher M. Hansen, Esq.<br>Erez E. Gilad, Esq.<br>Matthew G. Garofalo, Esq.<br>Paul Hastings LLP<br>MetLife Building<br>200 Park Ave<br>New York, NY 10166 |
| Frank A. Merola, Esq.<br>Paul Hastings LLP<br>1999 Avenue of the Stars, 27th Floor<br>Century City, CA 90067 | Eli J. Vonnegut, Esq.<br>David Schiff, Esq.<br>Timothy Graulich, Esq.<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017 |
| General Counsel<br>U.S. Nuclear Regulatory Commission<br>Washington, DC 20555-0001 | |

| | |
|---|---|
| Alan W. Kornberg, Esq.<br>Brian S. Hermann, Esq.<br>Walter R. Rieman, Esq.<br>Sean A. Mitchell, Esq.<br>Neal P. Donnelly, Esq.<br>Paul, Weiss, Rifkind,<br>Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | James L. Snyder, Esq.<br>Timothy Laffredi, Esq.<br>Office of the United States Trustee for Region 17<br>450 Golden Gate Avenue<br>5th Floor, Suite #05-0153<br>San Francisco, CA 94102 |
| Danielle A. Pham, Esq.<br>U.S. Department of Justice<br>as counsel for United States<br>on behalf of the FERC<br>1100 L Street, NW, Room 7106<br>Washington DC 20005 | Dennis F. Dunne, Esq.<br>Sam A. Khalil, Esq.<br>Milbank LLP<br>55 Hudson Yards<br>New York, NY 10001-2163 |
| Eric Sagerman, Esq.<br>Cecily Dumas, Esq.<br>Baker & Hostetler LLP<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025-0509 | Paul S. Aronzon, Esq.<br>Gregory A. Bray, Esq.<br>Thomas R. Kreller, Esq.<br>Milbank LLP<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 |
| Hon. Dennis Montali<br>U.S. Bankruptcy Judge<br>Mail Box 36099<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 7, 2023, at Los Angeles, California.

*Jhemari Quintana*
Jhemari Quintana