

**Signed and Filed: July 10, 2023**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br>Date: October 3, 2023<br>Time: 10:00 AM<br>Via Video/Teleconference<br>www.canb.uscourts.gov/calendars |

**TENTATIVE DECISION REGARDING FUTURE PROCEEDINGS**
**RE DISPUTE BETWEEN PG&E AND KOMIR, INC.**

    The court has reviewed the parties' competing status conference statements (Dkt. Nos. 13861 and 13864). If Komir, Inc. ("Komir") proves correct, and this entire controversy can be resolved by a second motion for summary judgment, that is the preferable approach. Thus, the proposed schedule (Dkt. No.

-1-

13864, at 3:2-4) is acceptable. If incorrect as to damages and remedy, Komir's proposed discovery schedule (Dkt. No. 13864, at 3:12-16) can be adjusted slightly to become operative following a ruling on the second motion. If entirely incorrect, and the motion is denied, the court will consider a revised discovery and trial schedule.

That said, there is no reason why this dispute, that has been known and anticipated by both sides for years, needs another year to await trial and final trial-level determination. If PG&E accepts this tentative ruling, its counsel should notify counsel for Komir and the courtroom deputy by 9:00 AM on July 11, in which event the matter will be continued from July 11, to October 3, 2023, at 10:00 AM.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

ECF Recipients