**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>Exhibit 1</u>**

**Securities ADR No Liability Claims**

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Date of Settlement Offer | Settlement Delivery Address or Email | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Allen, Barry G. 8701 Nottingham Pkwy Louisville, KY 40222 | 98410 | PG&E Corporation | 4/1/2020 | $0.00 | $0.00 | $0.00 | $1,075.80 | $1,075.80 | 2/8/2022 | allenbarry0@gmail.com | No Response to Offer Exchange |
| Allen, John B. 310 Jasmine Lane Waxahachie, TX 75165 | 103675 | PG&E Corporation | 5/1/2020 | $0.00 | $0.00 | $0.00 | $13,233.05 | $13,233.05 | 3/8/2022 | jballen70@att.net | No Response to Offer Exchange |
| Alvarado, Oscar 2708 Mira Bella Circle Morgan Hill, CA 95037 | 103790 | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/8/2022 | alvaradooscar53@hotmail.com | No Response to Offer Exchange |
| Andrew J. Oliveri & Anne F. Oliveri 33 Cross Wind Plymouth, MA 02360 | 104090 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $4,374.00 | $4,374.00 | 2/22/2022 | ajoliveri93@verizon.net | No Response to Offer Exchange |
| Arvest Wealth Management 800 N Osage Dewey, OK 74029 | 100631 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 2/15/2022 | Rritchie@arvest.com | No Response to Offer Exchange |
| AUDET, PATRICIA C/O ROBERT B RICHARDSON MORGAN STANLEY ONE FINANCIAL PLAZA, 19TH FL PROVIDENCE, RI 02903 | 103777 | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $4,992.91 | $4,992.91 | 3/1/2022 | PAUDET@MSN.COM | No Response to Offer Exchange |
| Baker, Jeffrey 18 Inwood Elms San Antonio , TX 78248 | 100994 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $386.26 | $386.26 | 2/8/2022 | Jbaker@Bakerrisk.com | No Response to Offer Exchange |
| Barbara J Robinson & Penny L. Robinson TR Penny Lynn Robinson TTEES Robinson Bypass Trust U/A DTD 07/20/01 9375 Cole Canyon Rd Jackson, WY 83001-8830 | 99066 | PG&E Corporation | 4/10/2020 | $0.00 | $0.00 | $0.00 | $21,507.73 | $21,507.73 | 2/8/2022 | pennywants@aol.com | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Date of Settlement Offer | Settlement Delivery Address or Email | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Barbara Mishkin IRA 1830 Rittenhouse Sq Philadelphia, PA 19103 | 103207 | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $4,353.00 | $4,353.00 | 3/1/2022 | barmish89@gmail.com | No Response to Offer Exchange |
| Barry N Cohen, TTEE (Premier Trust) 1518 Thatch Palm Dr. Boca Raton, FL 33432 | 105402 | PG&E Corporation | 5/22/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/1/2022 | Barry@Commdist.com | No Response to Offer Exchange |
| Beck, Randall F 7284 Roxanne Lane Ronnert Park, CA 94928 | 103549 | PG&E Corporation | 4/29/2020 | $0.00 | $0.00 | $0.00 | $1,810.49 | $1,810.49 | 2/22/2022 | randy_beck@sbcglobal.net | No Response to Offer Exchange |
| Becker, Robert H and Patricia C 11853 N. Lebanon Rd Loveland, OH 45140-1818 | 97920 | PG&E Corporation | 3/17/2020 | $0.00 | $0.00 | $0.00 | $5,685.45 | $5,685.45 | 2/15/2022 | becker1@fuse.net | No Response to Offer Exchange |
| Berger, Sandra 230 East 15 St. Apt 5d New York, NY 10003 | 104592 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $2,984.58 | $2,984.58 | 3/1/2022 | sanberg4360@gmail.com | No Response to Offer Exchange |
| Berman, Sarah 95 Masonic Drive Elizabethtown, PA 17022 | 101526 | PG&E Corporation | 4/17/2020 | $0.00 | $0.00 | $0.00 | $1,410.95 | $1,410.95 | 2/22/2022 | besarah@gmail.com | No Response to Offer Exchange |
| Berti, Kathryn A. 938 Lathrop River Forest, IL 60305 | 102912 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $15,738.08 | $15,738.08 | 3/8/2022 | cheechaz3@comcast.net | No Response to Offer Exchange |
| Bette C Okamoto Tr UA Oct 05 95 The Tadanao and Bette C Okamoto Trust 1229 58th Ave Sacramento, CA 95831-3159 | 98930 | PG&E Corporation | 4/8/2020 | $0.00 | $0.00 | $0.00 | $6,074.78 | $6,074.78 | 2/15/2022 | bette@okamoto.com | No Response to Offer Exchange |
| Brown, Mark A. 7540 Cathedral Oaks Rd. # 8 Goleta, CA 93117 | 97661 | PG&E Corporation | 3/9/2020 | $0.00 | $0.00 | $0.00 | $25,519.09 | $25,519.09 | 3/8/2022 | jetmonkey@cox.net | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Date of Settlement Offer | Settlement Delivery Address or Email | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Buchter, William and Cynthia L<br>2391 Saucon Circle<br>Emmaus, PA 18049 | 99370 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 2/15/2022 | buchtewc@ptd.net | No Response to Offer Exchange |
| Burek Family Trust<br>17448 Brill Drive<br>Clinton Twp, MI 48035 | 99587 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 2/15/2022 | flburek@aol.com | No Response to Offer Exchange |
| Burney, Thomas R.<br>10514 Birchdale Ave<br>Downey, CA 90241 | 103537 | PG&E Corporation | 4/29/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/1/2022 | trburney@yahoo.com | No Response to Offer Exchange |
| Camiccia, Sandra<br>265 Humboldt St<br>San Rafael, CA 94901-1024 | 105412 | PG&E Corporation | 5/22/2020 | $0.00 | $0.00 | $0.00 | $2,400.00 | $2,400.00 | 2/22/2022 | scamiccia@comcast.net | No Response to Offer Exchange |
| Carpenter, Heidi<br>468 Westminster Drive<br>Eagle Point, OR 97465 | 102770 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $2,311.17 | $2,311.17 | 2/22/2022 | shays_nana@yahoo.com | No Response to Offer Exchange |
| Carpenter, Herbert E.<br>301 E. 107th Street<br>Kansas City, MO 64114 | 97827 | PG&E Corporation | 3/17/2020 | $0.00 | $0.00 | $0.00 | $7,545.00 | $7,545.00 | 2/15/2022 | herbcar2@gmail.com | No Response to Offer Exchange |
| CATHERINE L MCCULLOCH TR SURVIVORS TRUST MCCULLOCH FAMILY LIVING TRUST UA AUG 12 94 614 A ST NE WASHINGTON, DC 20002-6030 | 98502 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $608.04 | $608.04 | 2/8/2022 | casadunes@msn.com | No Response to Offer Exchange |
| Chan, Philip W.<br>4409 Snowcloud Ct.<br>Concord, CA 94518 | 105713 | Pacific Gas and Electric Company | 6/8/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/8/2022 | keedanville@hotmail.com | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Date of Settlement Offer | Settlement Delivery Address or Email | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHANEY, VALERIE<br>3651 BLUE LEVEL RD<br>ROCKFIELD, KY 42274 | 103051 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/1/2022 | VALE365@AOL.COM | No Response to Offer Exchange |
| CHARLES R AUSTIN & JOANNE M AUSTIN JT TEN<br>4400 CORDOVA PL<br>FREMONT, CA 94536-4630 | 102957 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $3,390.00 | $3,390.00 | 4/12/2022 | craustin@comcast.net | No Response to Offer Exchange |
| Chleboun, Jo-Anna Jarvis<br>516 Golden Gate Avenue<br>PT Richmond, CA 94801 | 104721 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/15/2022 | jbsroost1@mac.com | No Response to Offer Exchange |
| Ciesko, Robert<br>3054 Smeades Dr<br>Leland, NC 28457 | 105647 | PG&E Corporation | 6/2/2020 | $0.00 | $0.00 | $0.00 | $588.00 | $588.00 | 2/22/2022 | bobciesko1@msn.com | No Response to Offer Exchange |
| CLAIRE T CAFFO TR CAFFO REVOCABLE LIVING TRUST UA AUG 20 91<br>4824 TIFFANY WAY<br>FAIR OAKS, CA 95628-5120 | 98741 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 2/15/2022 | clcaffo@yahoo.com | No Response to Offer Exchange |
| Clark, Heidemarie<br>Heidemarie Clark 1231 N. Village Lake Drive<br>Deland, FL 32724 | 99912 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $893.07 | $893.07 | 2/8/2022 | clarkgd1@aol.com | No Response to Offer Exchange |
| Clay, Margaret Heyler<br>3200 El Encanto Ct #18<br>Bakersfield, CA 93301 | 104353 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/1/2022 | mhclay55@gmail.com | No Response to Offer Exchange |
| Cocino, Florence<br>6 Stafford Drive<br>Madison, NJ 07940 | 103560 | PG&E Corporation | 4/30/2020 | $0.00 | $0.00 | $0.00 | $2,590.77 | $2,590.77 | 2/22/2022 | floapc@gmail.com | No Response to Offer Exchange |
| Cole, John M<br>155 Hawks Nest Court<br>Gainesboro, TN 38562 | 98206 | PG&E Corporation | 3/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 2/15/2022 | elocj@att.net | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Date of Settlement Offer | Settlement Delivery Address or Email | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Collins, Carroll J. 8015 Carrollton Pike Galax, VA 24333 | 98885 | PG&E Corporation | 4/8/2020 | $0.00 | $0.00 | $0.00 | $1,773.43 | $1,773.43 | 2/8/2022 | jcollins12345@yahoo.com | No Response to Offer Exchange |
| Comer, Helen I PO Box 852 Kirtland, NM 87417 | 104363 | PG&E Corporation | 5/13/2020 | $0.00 | $0.00 | $0.00 | $216.05 | $216.05 | 2/22/2022 | goodgrany8@msn.com | No Response to Offer Exchange |
| COPE, TERESA 2333 LYON ST RALEIGH, NC 27608 | 102836 | PG&E Corporation | 4/28/2020 | $0.00 | $0.00 | $0.00 | $1,818.87 | $1,818.87 | 2/22/2022 | tstrasser1@gmail.com | No Response to Offer Exchange |
| COPELAND, JEFFRY R 23340 BONAIR ST DEARBORN HEIGHTS, MI 48127-2379 | 102970 | Pacific Gas and Electric Company | 4/20/2020 | $0.00 | $0.00 | $0.00 | $30,590.00 | $30,590.00 | 2/22/2022 | MOTJFC@GMAIL.COM | No Response to Offer Exchange |
| Correa, Jaime 1019 5th Street Livingston, CA 95334 | 97597 | PG&E Corporation | 3/5/2020 | $0.00 | $0.00 | $0.00 | $4,831.84 | $4,831.84 | 2/15/2022 | emailjaime@yahoo.com | No Response to Offer Exchange |
| Coyne, Gabriella 2127 Balboa Street San Francisco, CA 94121 | 102646 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $865.34 | $865.34 | 2/22/2022 | Gabriellacoyne@gmail.com | No Response to Offer Exchange |
| Dambrowski, Juergen Luikenweg 11 73733 Esslingen am Neckar | 99375 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $5,176.00 | $5,176.00 | 3/15/2022 | juergenrita.dambrowski@t-online.de | No Response to Offer Exchange |
| DARNELL, DAVID W 40004 S FINLEY RD KENNEWICK, WA 99337 | 99681 | PG&E Corporation | 4/13/2020 | $100.00 | $0.00 | $0.00 | $0.00 | $100.00 | 2/8/2022 | daviddarnell51@yahoo.com | No Response to Offer Exchange |
| Davidson, Ernest Wayne and Karen 1438 Rose Ln Versailles, KY 40383 | 99794 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/8/2022 | ewdavidson@windstream.net | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Date of Settlement Offer | Settlement Delivery Address or Email | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Decker, Dorrel L.<br>3895 So Redwing St<br>West Valley City, UT 84119 | 105520 | PG&E Corporation | 5/27/2020 | $0.00 | $0.00 | $0.00 | $3,830.54 | $3,830.54 | 3/1/2022 | deckerdorrel@hotmail.com | No Response to Offer Exchange |
| Delgado Dental Inc FBO Juan Delgado<br>6207 Embarcadero Dr.<br>Stockton, CA 95219 | 104475 | PG&E Corporation | 5/12/2020 | $0.00 | $0.00 | $0.00 | $11,491.36 | $11,491.36 | 3/8/2022 | barbburb@comcast.net | No Response to Offer Exchange |
| DELL, BARBARA P<br>2712 MARINEVIEW DR<br>SAN LEANDRO, CA 94577-6838 | 100708 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $10,665.49 | $10,665.49 | 2/8/2022 | BbPDell@aol.com | No Response to Offer Exchange |
| Dennis, Patrick<br>231 Palm Ave<br>Miami Beach, FL 33139 | 6531 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $14,481.65 | $14,481.65 | 3/15/2022 | pjd180851@hotmail.com | No Response to Offer Exchange |
| DENTON, NICHOLAS<br>333 SUNOL STREET UNIT 457<br>SAN JOSE, CA 95126 | 99743 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $20,149.50 | $20,149.50 | 3/8/2022 | AMNIMAY@GMAIL.COM | No Response to Offer Exchange |
| Dohrmann, Barbara<br>16437 SLOAN DRIVE<br>LOS ANGELES, CA 90049 | 101515 | PG&E Corporation | 4/17/2020 | $0.00 | $0.00 | $0.00 | $4,752.18 | $4,752.18 | 3/1/2022 | dohrjamb@aol.com | No Response to Offer Exchange |
| Doin, Robert B.<br>7 Elmwood Dr<br>So. Glens Falls, NY 12803 | 103583 | PG&E Corporation | 4/30/2020 | $0.00 | $0.00 | $0.00 | $3,215.17 | $3,215.17 | 2/22/2022 | robertdoin@yahoo.com | No Response to Offer Exchange |
| DONALD B KAZAMA & JOYCE K KAZAMA TR 0312 1946<br>UA 02 26 02 DONALD B & JOYCE K KAZAMA LIV TRUST 859 COBBLE COVE LN<br>SACRAMENTO, CA 95831-4341 | 103118 | PG&E Corporation | 4/23/2020 | $0.00 | $0.00 | $0.00 | $6,064.78 | $6,064.78 | 3/1/2022 | jkkazama@sbcglobal.net | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Date of Settlement Offer | Settlement Delivery Address or Email | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Doreen A Yui Tr<br>336 Bluefish Court<br>Foster City, CA 94404 | 104594 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $6,064.78 | $6,064.78 | 3/1/2022 | yukikododee@gmail.com | No Response to Offer Exchange |
| Douglas Cole & Suzanne Troy Cole<br>47 Stonehenge Dr<br>New Canaan, CT 06840-3525 | 104354 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/1/2022 | suzannec105@gmail.com | No Response to Offer Exchange |
| Douglas W Dancer 2013 Rev. Trust<br>4817 W. Schubert Ave<br>Chicago, IL 60639 | 104425 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $5,610.00 | $5,610.00 | 2/22/2022 | ddancer4444@att.net | No Response to Offer Exchange |
| Duncan, Nicole<br>9903 Santa Monica Blvd #331<br>Beverly Hills, CA 90403 | 98652 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $1,333.50 | $1,333.50 | 2/15/2022 | nmduncan33@gmail.com | No Response to Offer Exchange |
| Duval, David<br>3486 Jaguar Ct.<br>The Villages, FL 32163 | 102804 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/1/2022 | DUVALSL151@gmail.com | No Response to Offer Exchange |
| E FLORENDO & E FLORENDOO CO-TTEE (E FLORENDO REV TRUST)<br>1221-D PINE CREEK WAY<br>CONCORD, CA 94520 | 103492 | PG&E Corporation | 4/29/2020 | $0.00 | $0.00 | $0.00 | $11,051.89 | $11,051.89 | 3/1/2022 | erlinda4144@gmail.com | No Response to Offer Exchange |
| Edward R. and Linda C. Fontaine Revocable Trust u/a Dtd 5/13/14<br>4268 E. Narrowleaf Dr.<br>Gilbert, AZ 85298 | 98915 | PG&E Corporation | 4/8/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 2/15/2022 | lcf4268@gmail.com | No Response to Offer Exchange |
| EMMETT FORRESTER IRA WFCS AS CUSTODIAN 4546 MONTCLAIR CIR<br>GAINESVILLE, GA 30506-5131 | 99757 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $7,262.03 | $7,262.03 | 2/15/2022 | emmettforrester@bellsouth.net | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Date of Settlement Offer | Settlement Delivery Address or Email | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Engles, Mary L.<br>3995 Dalles Ave<br>San Diego, CA  92117 | 105084 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $2,958.52 | $2,958.52 | 3/1/2022 | marybirdusa@netscape.net | No Response to Offer Exchange |
| ENGLISH, CONSTANCE LYNN PHILIPS<br>8341 BERGTHOLD WAY<br>SACRAMENTO, CA  95828-6801 | 102952 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $127.17 | $127.17 | 2/22/2022 | constance.e@comcast.net | No Response to Offer Exchange |
| Ernest H. Watson & Carolyn J. Watson Revocable Trust<br>2806 Arizona Ave<br>Joplin, MO  64804 | 103877 | Pacific Gas and Electric Company | 5/5/2020 | $0.00 | $0.00 | $0.00 | $2,021.46 | $2,021.46 | 3/1/2022 | halcry@aol.com | No Response to Offer Exchange |
| FAUNT, RODERICK CHARLES SCHWAB 2423 E LINCOLN DR<br>PHOENIX, AZ  85016 | 105060 | PG&E Corporation | 5/19/2020 | $0.00 | $0.00 | $0.00 | $619.08 | $619.08 | 2/22/2022 | RWFAUNT@FRONTIER.COM | No Response to Offer Exchange |
| Fenbert, Timothy K.<br>20718 H.C.L. Jackson<br>Grosse Ile, MI  48138 | 104297 | PG&E Corporation | 5/12/2020 | $0.00 | $0.00 | $0.00 | $1,991.00 | $1,991.00 | 2/22/2022 | tfenbert@sbcglobal.net | No Response to Offer Exchange |
| Garland, Marcia<br>29260 Franklin Road #320<br>Southfield, MI  48034 | 104309 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/1/2022 | msgbsn@yahoo.com | No Response to Offer Exchange |
| GARLINGTON FAMILY TRUST<br>204 BIRNHAM COVE<br>NORTH LITTLE ROCK, AR 72116 | 104421 | PG&E Corporation | 5/12/2020 | $0.00 | $0.00 | $0.00 | $4,900.00 | $4,900.00 | 3/1/2022 | GGARLINGTON3@HOTMAIL.COM | No Response to Offer Exchange |
| Gary H Carlsen & Barbara W<br>Gary H Carlsen & Barbara W Carlsen TR Gary & Barbara Carlsen Trust UA NOV 20 90<br>4880 Buffalo Rd<br>Pocatello, ID  83202-1614 | 101851 | PG&E Corporation | 4/18/2020 | $0.00 | $0.00 | $0.00 | $98,342.16 | $98,342.16 | 3/1/2022 | barbcarlsen@gmail.com | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Date of Settlement Offer | Settlement Delivery Address or Email | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gary Reibman, TTEE<br>8711 E. Pinnacle Peak Rd #170<br>Scottsdale, AZ  85255 | 105651 | Pacific Gas and Electric Company | 6/2/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/1/2022 | azfox@aol.com | No Response to Offer Exchange |
| GEI COOPER TRUST<br>GEI COOPER REVOCABLE LIVING TRUST UA OCT 10<br>95 1717 ALA WAI BLVD.<br>APT 2910<br>HONOLULU, HI  96815 | 99310 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $5,980.55 | $5,980.55 | 2/15/2022 | rvcooper67@hotmail.com | No Response to Offer Exchange |
| GILBERT M NISHIDA & PATRICIA A NISHIDA JT TEN<br>216 LOS PALMOS DR<br>SAN FRANCISCO, CA  94127-2314 | 104465 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $26,693.90 | $26,693.90 | 2/22/2022 | patnishida@hotmail.com | No Response to Offer Exchange |
| Go, Qung W.<br>PO Box 753086<br>Las Vegas, NV  89136 | 104277 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/1/2022 | qungwgo@gmail.com | No Response to Offer Exchange |
| Goldstein, Zachary<br>30 Lynn Road<br>Needhum, MA  02494 | 104252 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/1/2022 | zacknikk@comcast.net | No Response to Offer Exchange |
| GOODELL, NANCY<br>429 BELLMORE WAY<br>PASADENA, CA  91103 | 103531 | PG&E Corporation | 4/30/2020 | $0.00 | $0.00 | $0.00 | $8,575.16 | $8,575.16 | 3/8/2022 | jandngoodell@yahoo.com | No Response to Offer Exchange |
| Graf, Edward D<br>3413 Golfside Dr.<br>Naples, FL  34110 | 103324 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $312.41 | $312.41 | 2/22/2022 | classic3413@yahoo.com | No Response to Offer Exchange |
| Graffuis, Darren C<br>1096 Pine Street Apt #203<br>San Francisco , CA  94109 | 99126 | PG&E Corporation | 4/10/2020 | $0.00 | $0.00 | $0.00 | $1,701.39 | $1,701.39 | 2/8/2022 | darren.graffuis@gmail.com | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Date of Settlement Offer | Settlement Delivery Address or Email | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gray, Evan Barry 88 Stonegate Dr East Bridgewater, MA 02333 | 104815 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $5,464.90 | $5,464.90 | 3/8/2022 | evanbgray@yahoo.com | No Response to Offer Exchange |
| Groce, Billy J. 212 Manatee Dr. Ruskin, FL 33570 | 103021 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $437.50 | $437.50 | 2/22/2022 | B.groe@verizon.net | No Response to Offer Exchange |
| Gurowitz, Linda 40 Colton Road Edison, NJ 08817 | 104752 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $1,023.50 | $1,023.50 | 2/22/2022 | lgurowit@rci.rutgers.edu | No Response to Offer Exchange |
| Hall, Jennifer A 14896 Wake Ave San Leandro, CA 94578-1805 | 101413 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $5,066.24 | $5,066.24 | 2/8/2022 | jhallnews@gmail.com | No Response to Offer Exchange |
| HANSON D HOM & LYNETTE HOM LYNETTE G HOM JT TEN 135 CREEDON CIR ALAMEDA, CA 94502-1404 | 98822 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $12,000.00 | $12,000.00 | 2/15/2022 | hdonhom@gmail.com | No Response to Offer Exchange |
| HEIDII ROBERTS INH IRA CHARLES SCHWAB 2423 E LINCOLN DR PHOENIX, AZ 85016 | 105292 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $502.25 | $502.25 | 2/22/2022 | LPHEIDII@GMAIL.COM | No Response to Offer Exchange |
| Heldt, Patricia B. 1082 Heartsease Drive West Chester, PA 19382 | 102745 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $1,393.00 | $1,393.00 | 2/22/2022 | pheldt1958@aol.com | No Response to Offer Exchange |
| Henderson, Clyde E. 9044 Ambercreek Dr Cincinnati, OH 45236 | 105684 | PG&E Corporation | 6/2/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/1/2022 | clyde2jan@aol.com | No Response to Offer Exchange |
| Hershberg, Jeffrey P.O. Box 920332 Needham, MA 02492 | 103749 | PG&E Corporation | 5/5/2020 | $0.00 | $0.00 | $0.00 | $15,991.20 | $15,991.20 | 3/8/2022 | jeffahershberg@yahoo.com | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Date of Settlement Offer | Settlement Delivery Address or Email | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hill, Daniel C<br>7142 Yachats River Rd<br>Yachats, OR 97498 | 103580 | PG&E Corporation | 4/30/2020 | $0.00 | $0.00 | $0.00 | $4,026.58 | $4,026.58 | 3/1/2022 | boxedinbytrees@gmail.com | No Response to Offer Exchange |
| HUFFINES, J STEVEN PERSONAL REPRESENTATIVE EST CHARLES LEE LEONARD 1452 MIDDLEWAY ARNOLD, MD 21012-2429 | 98209 | PG&E Corporation | 3/25/2020 | $0.00 | $0.00 | $0.00 | $2,283.54 | $2,283.54 | 2/15/2022 | jshuffines@hotmail.com | No Response to Offer Exchange |
| Huffman, Richard W<br>5101 Olson Memorial Highway Suite 1000<br>Golden Valley, MN 55422 | 97933 | PG&E Corporation | 3/23/2020 | $0.00 | $0.00 | $0.00 | $544.24 | $544.24 | 2/8/2022 | rwhuf@aol.com | No Response to Offer Exchange |
| Hunn, Arnold<br>10595 Bryne Ave<br>Los Molinos, CA 96055 | 105092 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/1/2022 | agsahunn@gmail.com | No Response to Offer Exchange |
| Iguidbashian, John<br>8383 NW Copeland St<br>Portland, OR 97229 | 98326 | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $15,476.37 | $15,476.37 | 3/8/2022 | jiguidbashian@lhs.org | No Response to Offer Exchange |
| IRBY, JESSICA LEA<br>2479 PLEASANT HILL RD<br>PLEASANT HILL, CA 94523 | 100037 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 2/15/2022 | jessirby@aol.com | No Response to Offer Exchange |
| Irene E Lafferty Trust<br>15415 SW Alderbrook Cir<br>Portland, OR 97224 | 104653 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $1,858.51 | $1,858.51 | 2/22/2022 | Ielaffty@aol.com | No Response to Offer Exchange |
| ISMAIL, FERIAL I<br>133 NEWPORT ROAD<br>LONDON , E10 6PQ | 103302 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $8,997.96 | $8,997.96 | 3/1/2022 | NOORI79@HOTMAIL.COM | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Date of Settlement Offer | Settlement Delivery Address or Email | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Janney Montgomery, Scott c/f John H. Tietjen IRA 5 Forest Lake Dr. Daufuskie Island, SC 29915 | 98433 | PG&E Corporation | 4/1/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 2/15/2022 | hket469@gmail.com | No Response to Offer Exchange |
| JEANNE N. WALLACE, DECEASED JAMES WALLACE 5822 BRIARTREE DR LA CANADA FLINTRIDGE, CA 91011-1825 | 100082 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $19,927.88 | $19,927.88 | 2/8/2022 | jwwlcf@aol.com | No Response to Offer Exchange |
| Jennifer K Busam, TTEE 1606 Sparkling Way San Jose, CA 95125 | 99818 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $6,475.00 | $6,475.00 | 3/8/2022 | jennifer@busam.com | No Response to Offer Exchange |
| JENSEN, DOROTHY J 4338 REINHARDT DR OAKLAND, CA 94619-2245 | 100796 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 2/15/2022 | DJUNJEN@GMAIL.COM | No Response to Offer Exchange |
| Jerry Forsch, Forsch Family Trust 4396 Horizon Dr. Carlsbad, CA 92008 | 103369 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $8,763.00 | $8,763.00 | 3/1/2022 | jhforsch@gmail.com | No Response to Offer Exchange |
| Jidong Dai and Lu Jinag 13318 Darby Chase Dr Charlotte, NC 28277 | 102766 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $9,386.00 | $9,386.00 | 3/8/2022 | rdai321@gmail.com | No Response to Offer Exchange |
| JOAN M LEE ROLLOVER IRA CHARLES SCHWAB 2423 E LINCOLN DRIVE PHOENIX, AZ 85016 | 105228 | PG&E Corporation | 5/19/2020 | $0.00 | $0.00 | $0.00 | $5,377.70 | $5,377.70 | 4/12/2022 | JOANMLEE53@YAHOO.COM | No Response to Offer Exchange |
| JOE, ERIC WING 1421 VIA BUENA VIS SAN LORENZO, CA 94580-3529 | 100743 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 2/15/2022 | joe3joe7@yahoo.com | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Date of Settlement Offer | Settlement Delivery Address or Email | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| John Gonzales & Linda Gonzales JT Ten 140 Whitemarsh Rd. Ardmore, PA 19003-1635 | 99831 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $3,028.44 | $3,028.44 | 2/15/2022 | gonzalesl@verizon.net | No Response to Offer Exchange |
| Johnson, Donna A 2 State Road Danvers, MA 01923 | 99333 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 2/15/2022 | donnajohnson2@comcast.net | No Response to Offer Exchange |
| Johnson, Frederick Vivian Vaughan power of attorney for Frederick Johnson 211 Frederick St Santa Cruz, CA 95062 | 98358 | PG&E Corporation | 3/31/2020 | $0.00 | $0.00 | $0.00 | $8,108.12 | $8,108.12 | 2/15/2022 | bcv71236@gmail.com | No Response to Offer Exchange |
| Jorge, Mario 104 Almond Blossom Ct. Los Gatos, CA 95032 | 103238 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $4,476.81 | $4,476.81 | 3/1/2022 | mnBJorge@comcast.net | No Response to Offer Exchange |
| Jorgensen Family Living Trust 6/1996 Morgan Stanley 7811 University Pointe Dr. Fort Myers, FL 33907 | 103879 | PG&E Corporation | 5/5/2020 | $0.00 | $0.00 | $0.00 | $10,815.01 | $10,815.01 | 3/8/2022 | moondoghmb@gmail.com | No Response to Offer Exchange |
| Kaneda, Paul I. 47-478 Hui Io St Kaneohe, HI 96744 | 104049 | PG&E Corporation | 5/6/2020 | $0.00 | $0.00 | $0.00 | $699.74 | $699.74 | 2/22/2022 | kanedapool@hawaii.rr.com | No Response to Offer Exchange |
| Kanowsky, Frank P. 1601 Sassafras Dr. Evansville, IN 47712 | 98851 | PG&E Corporation | 4/7/2020 | $0.00 | $0.00 | $0.00 | $2,923.63 | $2,923.63 | 2/8/2022 | fk111749@gmail.com | No Response to Offer Exchange |
| Kathleen Youngerman TTEE CB GST IRREV TR U/A dtd 11/1/95 Kathleen Youngerman 13614 Peacockfarm Rd St. Louis, MO 63131 | 104299 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $351.85 | $351.85 | 2/22/2022 | kathleen.l.youngerman@morganstanleypwm.com | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Date of Settlement Offer | Settlement Delivery Address or Email | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kieselhorst, Dale S. & Joan A. 10771 Retreat Ln. #205 Woodbury, MN 55129 | 105443 | PG&E Corporation | 5/26/2020 | $0.00 | $0.00 | $0.00 | $1,573.32 | $1,573.32 | 2/22/2022 | djkiesel@msn.com | No Response to Offer Exchange |
| Lawson, Linda 1780 Chandler Ln. Lexington, KY 40504 | 99479 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 2/15/2022 | lllawson225@aol.com | No Response to Offer Exchange |
| LENHOFF, SAUL G 4012 BRIDLECREST LANE BRADENTON, FL 34209 | 103288 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $750.22 | $750.22 | 2/22/2022 | BSSE@AOL.COM | No Response to Offer Exchange |
| LIN, JACK H 2151 IRVING ST STE 201 SAN FRANCISCO, CA 94122-1600 | 101872 | PG&E Corporation | 4/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/1/2022 | linjack1265@gmail.com | No Response to Offer Exchange |
| Lu, Alison 236 Greenoaks Drive Atherton, CA 94027 | 102705 | PG&E Corporation | 4/26/2020 | $0.00 | $0.00 | $0.00 | $1,047.18 | $1,047.18 | 2/22/2022 | ALISONLU007@GMAIL.COM | No Response to Offer Exchange |
| Maan Z. Madina Trust Barnes & Thornburg LLP c/o John Olivieri, Trustee 11 South Meridian Street Indianapolis, IN 46204 | 99372 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $2,142.06 | $2,142.06 | 2/15/2022 | jolivieri@btlaw.com | No Response to Offer Exchange |
| Makker, Kuldip S. 3815 Crestwood Dr. Northbrook, IL 60062 | 105384 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/8/2022 | kuldip.makker@gmail.com | No Response to Offer Exchange |
| Mantello, Anthony F 9 Chatham Circle Loudonville, NY 12211 | 104524 | PG&E Corporation | 5/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/1/2022 | amantello@aol.com | No Response to Offer Exchange |
| Martin, Doug 5111 Crown Street West Linn, OR 97068-3408 | 97791 | PG&E Corporation | 3/17/2020 | $0.00 | $0.00 | $0.00 | $996.07 | $996.07 | 2/8/2022 | doug_martin@agilent.com | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Date of Settlement Offer | Settlement Delivery Address or Email | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Massoni, Barry A. 3451 Valencia Ct. Walnut Creek, CA 94598-2742 | 99380 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $9,782.53 | $9,782.53 | 2/15/2022 | bmassoni@hotmail.com | No Response to Offer Exchange |
| McGraw, Anne P. Cummings & Lockwood (HST) P.O. Box 120 Stamford, CT 06901 | 105173 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/1/2022 | aroberti@cl-law.com | No Response to Offer Exchange |
| McLean, Malcolm 960 Sanders St. Auburn, AL 36830 | 99424 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $17,390.85 | $17,390.85 | 2/15/2022 | macmclean@gmail.com | No Response to Offer Exchange |
| Merriam Financial Services, LTD Attn: Finance Department 9000 West 67th Street Shawnee Mission, KS 66202 | 100713 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/8/2022 | adriana.hoskins@seaboardcorp.com | No Response to Offer Exchange |
| Merrill, Gary 400 NE 60th Terr Gladstone , MO 64119 | 97776 | PG&E Corporation | 3/16/2020 | $0.00 | $0.00 | $0.00 | $4,123.97 | $4,123.97 | 2/15/2022 | gsmerrill5@gmail.com | No Response to Offer Exchange |
| Michael J Noce & Susan M Noce Trust Michael J Noce 318 Marshall Drive Walnut Creek, CA 94598 | 105216 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/1/2022 | nochdog@comcast.net | No Response to Offer Exchange |
| Michael R. King and Janice L. King Family Trust 2701 Brookshire Circle Woodland, CA 95776 | 104349 | Pacific Gas and Electric Company | 5/11/2020 | $0.00 | $0.00 | $0.00 | $1,840.27 | $1,840.27 | 2/22/2022 | Janicekeking@gmail.com | No Response to Offer Exchange |
| MICHAEL RAFFAELL IRA TD AMERITRADE 5010 WATERIDGE VISTA DR SAN DIEGO, CA 92121 | 105297 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $2,661.11 | $2,661.11 | 2/22/2022 | mike.tripacific@gmail.com | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Date of Settlement Offer | Settlement Delivery Address or Email | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Michalik, Alfred J. 101 Gleneagles Dr. Hazle Township, PA 18202 | 98774 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $4,779.90 | $4,779.90 | 2/15/2022 | ajm101@ptd.net | No Response to Offer Exchange |
| Miskey, Joseph R. 4979 Escarpment Dr. Lockport, NY 14094 | 98056 | PG&E Corporation | 3/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 2/15/2022 | jrmiskey@msn.com | No Response to Offer Exchange |
| Montana, Carmine L and Bridget J 11047 Longwing Drive Ft. Myers, FL 33912 | 97853 | PG&E Corporation | 3/17/2020 | $0.00 | $0.00 | $0.00 | $2,485.50 | $2,485.50 | 2/15/2022 | BjMontana@gmail.com | No Response to Offer Exchange |
| Mou, Shan-Chu 568 Chiloquin Court Sunnyvale, CA 94087 | 102120 | Pacific Gas and Electric Company | 4/19/2020 | $0.00 | $0.00 | $0.00 | $2,600.00 | $2,600.00 | 2/22/2022 | 5688mou@gmail.com | No Response to Offer Exchange |
| MSSB C/F Elizabeth A Karmin IRA Standard 7500 Old Georgetown Rd 10th Floor Bethesda, MD 20814 | 105519 | PG&E Corporation | 5/27/2020 | $0.00 | $0.00 | $0.00 | $3,678.89 | $3,678.89 | 3/1/2022 | betsy.karmin@gmail.com | No Response to Offer Exchange |
| MSSB C/F Emanuel D. Strauss IRA Standard 7500 Old Georgetown Rd Bethesda, MD 20814 | 105513 | PG&E Corporation | 5/27/2020 | $0.00 | $0.00 | $0.00 | $2,266.40 | $2,266.40 | 2/22/2022 | manny.strauss@gmail.com | No Response to Offer Exchange |
| MSSB C/F Frank Paoletti IRA Morgan Stanley 400 Capitol Mall Ste 1900 Sacramento, CA 95814 | 104100 | PG&E Corporation | 5/7/2020 | $0.00 | $0.00 | $0.00 | $4,061.52 | $4,061.52 | 3/8/2022 | frnkpltt@gmail.com | No Response to Offer Exchange |
| MUMMA, KENNETH C 7645 MUMMA RD ARBUCKLE, CA 95912 | 99736 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $4,995.71 | $4,995.71 | 2/15/2022 | lauriecagle@hotmail.com | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Date of Settlement Offer | Settlement Delivery Address or Email | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NEWTH, ROBERT S<br>340 FARMER BROTHERS DRIVE<br>SEDONA, AZ 86336 | 103849 | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $1,684.92 | $1,684.92 | 2/22/2022 | RSNEWTH@MSN.COM | No Response to Offer Exchange |
| Nishioka, Diane S.I.<br>209-Pioneer Court<br>Richmond , CA 94803 | 101853 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $473.06 | $473.06 | 2/15/2022 | mdbknish@aol.com | No Response to Offer Exchange |
| ODELL E. L'HEUREUX, JR. FAMILY TRUST<br>TFO Phoenix Attn: Jill Herbert<br>5060 North 40th Street, Suite 200<br>Phoenix, AZ 85018 | 104208 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $1,396.04 | $1,396.04 | 2/22/2022 | herbert@tfophoenix.com | No Response to Offer Exchange |
| PAIGE, JEAN J<br>10995 HURON RD<br>SAINT PETERSBURG, FL 33708-3014 | 99498 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $4,000.00 | $4,000.00 | 3/15/2022 | jjpaige48@yahoo.com | No Response to Offer Exchange |
| Palmiter , Douglas C.<br>235 Bates Ave<br>Oneida, NY 13429 | 99684 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,117.00 | $1,117.00 | 2/8/2022 | dpalmi1@yahoo.com | No Response to Offer Exchange |
| PATEL, SHAILESHKUMAR J<br>9806 SOAPSTONE TRL<br>ELLICOTT CITY, MD 21043 | 100299 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $416.12 | $416.12 | 2/15/2022 | sjpatel_in@hotmail.com | No Response to Offer Exchange |
| Pavlovik, Nenad<br>816 S Martin Luther King Jr. Blvd<br>Tallahassee, FL 32301 | 104360 | PG&E Corporation | 5/13/2020 | $0.00 | $0.00 | $0.00 | $702.24 | $702.24 | 2/22/2022 | npavlovik@hotmail.com | No Response to Offer Exchange |
| Perlis, Leslie N.<br>955 Cornish Drive<br>San Diego, CA 92107 | 105653 | PG&E Corporation | 6/2/2020 | $0.00 | $0.00 | $0.00 | $1,600.16 | $1,600.16 | 2/22/2022 | leslienp@cox.net | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Date of Settlement Offer | Settlement Delivery Address or Email | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Peters, J Henry<br>128 97th Ave NE<br>Bellevue, WA 98004-5402 | 105526 | PG&E Corporation | 5/29/2020 | $0.00 | $0.00 | $0.00 | $951.70 | $951.70 | 2/22/2022 | hankpeters@aol.com | No Response to Offer Exchange |
| Piechocki, Carol M.<br>3505 Brenthill Dr<br>Grand Blanc, MI 48439 | 102843 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/1/2022 | carolpiechocki@sbcglobal.net | No Response to Offer Exchange |
| Piha, Josef and Cheryl<br>7032 18th Ave NE<br>Seattle, WA 98115 | 105047 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $3,320.97 | $3,320.97 | 3/1/2022 | jcpiha@comcast.net | No Response to Offer Exchange |
| PODCHERNIKOFF, ERICK<br>11011 GREEN VALLEY RD<br>SEBASTOPOL, CA 95472 | 99137 | PG&E Corporation | 4/12/2020 | $0.00 | $0.00 | $0.00 | $933.00 | $933.00 | 2/8/2022 | eepod@comcast.net | No Response to Offer Exchange |
| Pollack, Susan<br>1222 Crofton Ave. N<br>Highland Park, IL 60035 | 97996 | PG&E Corporation | 3/24/2020 | $0.00 | $0.00 | $0.00 | $174.96 | $174.96 | 2/8/2022 | susiepollack1@gmail.com | No Response to Offer Exchange |
| Pope, Mary<br>208 W Pearsall St<br>Dunn, NC 28334 | 98457 | PG&E Corporation | 4/2/2020 | $0.00 | $0.00 | $0.00 | $965.51 | $965.51 | 2/8/2022 | MPOPE@NC.RR.COM | No Response to Offer Exchange |
| Posner, Ralph<br>c/o Tricia S. O'Neil Morgan Stanley One Financial Plaza, 19th Fl.<br>Providence, RI 02903 | 103770 | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $2,552.59 | $2,552.59 | 2/22/2022 | ralph@giovannijewelry.com | No Response to Offer Exchange |
| Prater, Christopher S<br>2125 Lochmoor Circle<br>North Ft Myers, FL 33903 | 101525 | PG&E Corporation | 4/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/1/2022 | cdrcool@aol.com | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Date of Settlement Offer | Settlement Delivery Address or Email | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Presbyterian Church of Chatham Township Endowment Fund<br>240 Southern Boulevard<br>Chatham, NJ 07928 | 103572 | PG&E Corporation | 4/30/2020 | $0.00 | $0.00 | $0.00 | $2,295.85 | $2,295.85 | 2/22/2022 | wshoffman41@gmail.com | No Response to Offer Exchange |
| Purser, Gerald<br>3177 Tallulah Dr<br>Buford, GA 30519 | 103148 | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $2,883.84 | $2,883.84 | 2/22/2022 | GeraldPurser@att.net | No Response to Offer Exchange |
| Ramsey, Brenda C.<br>146 14th Street<br>Tell CIty, IN 47586 | 100734 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 2/15/2022 | brendacsmith@sbcglobal.net | No Response to Offer Exchange |
| Richard L. Metz Revocable Trust<br>1790 Hideaway Hill Court<br>Middleburg, FL 32068 | 104311 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $6,142.86 | $6,142.86 | 3/1/2022 | rick44857@msn.com | No Response to Offer Exchange |
| Richter, Bernhard<br>59 Tanglebrook Drive<br>Holland, PA 18966 | 98525 | PG&E Corporation | 4/3/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/15/2022 | bernhard.usa@verizon.net | No Response to Offer Exchange |
| Ronald Bragin & Irina Bragin, Trustees of The RIAL Living Trust U/A DTD 11/11/2011<br>2735 Forrester Dr.<br>Los Angeles, CA 90064-3402 | 101804 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $5,329.32 | $5,329.32 | 2/15/2022 | bragin@braginlaw.com | No Response to Offer Exchange |
| S Bissada & N Bissada TTEE Samia Bissada<br>5035 Dumfries Dr<br>Houston, TX 77096 | 103603 | PG&E Corporation | 4/30/2020 | $0.00 | $0.00 | $0.00 | $2,168.00 | $2,168.00 | 2/22/2022 | bissadan@hotmail.com | No Response to Offer Exchange |
| Salus, Mandy I<br>828 Marble Way<br>Petaluma, CA 94954-8593 | 4056 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $3,261.13 | $3,261.13 | 2/8/2022 | Semira777@yahoo.com | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Date of Settlement Offer | Settlement Delivery Address or Email | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanderson, Sharon Kay 1477 Oakhurst Dr Mt Pleasant, SC 29466 | 104639 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/1/2022 | samsgreataunt@yahoo.com | No Response to Offer Exchange |
| SCHIRMER, WILLIAM C 575 OSGOOD ST NORTH ANDOVER, MA 01845 | 103853 | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/1/2022 | BILLDOTTIESCHIRMER@GMAIL.COM | No Response to Offer Exchange |
| SCOTT NOBLE IRA CHARLES SCHWAB 2423 E LINCOLN DR PHOENIX, AZ 895016 | 105288 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $4,810.80 | $4,810.80 | 3/1/2022 | SNOBLE@COMCAST.NET | No Response to Offer Exchange |
| Sears, Mary Belle 430 Maplewood Court Isle, MN 56342 | 105189 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $2,655.00 | $2,655.00 | 2/22/2022 | romalake2@hotmail.com | No Response to Offer Exchange |
| Sebastinelli, Kristen 667 Foothill Drive Pacifico, CA 94044 | 103069 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/1/2022 | ksebastinelli@gmail.com | No Response to Offer Exchange |
| Segall, Joel A 55 Central Park Nest Apt 11F New York, NY 11023 | 103546 | PG&E Corporation | 4/29/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/1/2022 | jasegall@aol.com | No Response to Offer Exchange |
| Slagle, James 25 W. Fourth St. London, OH 43140 | 105783 | PG&E Corporation | 6/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/1/2022 | jreaslagle@yahoo.com | No Response to Offer Exchange |
| Stutts, Anthony 7913 River Ridge Rd Wake Forest, NC 27587 | 104059 | PG&E Corporation | 5/7/2020 | $0.00 | $0.00 | $0.00 | $728.54 | $728.54 | 2/22/2022 | gostutts@bellsouth.net | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Date of Settlement Offer | Settlement Delivery Address or Email | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SUSAN F LONDINO, TTE THE LONDINO FAMILY TRUST SUSAN LONDINO 2981 TEASDALE TER THE VILLAGES, FL 32163 | 102332 | Pacific Gas and Electric Company | 4/20/2020 | $0.00 | $0.00 | $0.00 | $2,657.44 | $2,657.44 | 2/22/2022 | VILLAGEGOLFER@LIVE. COM | No Response to Offer Exchange |
| Suzuki, Carol 3235 Danaha St. Torrance, CA 90505 | 105095 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $3,157.15 | $3,157.15 | 2/22/2022 | geniusherb@aol.com | No Response to Offer Exchange |
| SYLVESTER, JOESPH M & ROBIN 694 HEARST AVE SAN FRANCISCO, CA 94112-1355 | 99094 | PG&E Corporation | 4/10/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 2/15/2022 | robin7828@aol.com | No Response to Offer Exchange |
| Sytsma, James 3056 84th St. SW Byron Center, MI 49315 | 99778 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 2/15/2022 | jimsytsma@yahoo.com | No Response to Offer Exchange |
| Temples, Amy Rutland 1016 Williamsburg Drive Valdosta, GA 31602 | 98681 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $4,300.00 | $4,300.00 | 2/15/2022 | alrutland@gmail.com | No Response to Offer Exchange |
| Thompson, Lynn E. 17101 Leal Ave Cerritos, CA 90703 | 104410 | PG&E Corporation | 5/13/2020 | $0.00 | $0.00 | $0.00 | $6,224.56 | $6,224.56 | 3/8/2022 | lynn.thompson13@verizon.net | No Response to Offer Exchange |
| Tighe, Marcia J. 4253 Fairway Lane Jackson, MI 49201 | 105195 | PG&E Corporation | 5/22/2020 | $0.00 | $0.00 | $0.00 | $10,532.48 | $10,532.48 | 3/8/2022 | m.tighe@yahoo.com | No Response to Offer Exchange |
| Tom, Rose C. 98-523 Puaalii St. Aiea, HI 96701 | 102418 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $3,340.55 | $3,340.55 | 3/1/2022 | rctom28@gmail.com | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Date of Settlement Offer | Settlement Delivery Address or Email | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Trautwein, William<br>70 Sand Hills Rd<br>Kendall Park, NJ 08824 | 104754 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $2,269.50 | $2,269.50 | 2/22/2022 | hetrautwein@verizon.net | No Response to Offer Exchange |
| Trawick, Brenda M.<br>106 Ariel Lane<br>Dothan, AL 36305 | 98441 | PG&E Corporation | 4/1/2020 | $0.00 | $0.00 | $0.00 | $877.46 | $877.46 | 2/8/2022 | tracycumbie@icloud.com | No Response to Offer Exchange |
| Tufte, Donald D.<br>8723 Promenade Lane Apt. 351<br>Woodbury, MN 55125 | 105532 | PG&E Corporation | 5/29/2020 | $10,740.76 | $0.00 | $0.00 | $1,778.00 | $12,518.76 | 2/22/2022 | doralake9@msn.com | No Response to Offer Exchange |
| Tuinstra, John L.<br>13991 Fairfax St<br>Indianola, IA 50125 | 99905 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $738.38 | $738.38 | 2/8/2022 | mtuinsathome@aol.com | No Response to Offer Exchange |
| University of Miami<br>1320 S. Dixie Highway, Suite 1230<br>Coral Gables, FL 33146 | 100575 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $107,777.53 | $107,777.53 | 3/8/2022 | nchapman@miami.edu | No Response to Offer Exchange |
| Virtus WMC Global Factor Opportunities ETF<br>Virtus ETF Solutions, LLC<br>1540 Broadway<br>New York, NY 10036 | 100819 | PG&E Corporation | 4/14/2020 | $22,125.96 | $0.00 | $0.00 | $0.00 | $22,125.96 | 2/15/2022 | Brinton.Frith@virtus.com | No Response to Offer Exchange |
| Voso, Frank<br>52 Knoll Road<br>Southampton, NY 11968 | 98164 | PG&E Corporation | 3/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 2/15/2022 | mandfvoso@gmail.com | No Response to Offer Exchange |
| Ward, Dorothy S.<br>572 58th Street<br>Brooklyn, NY 11220-3818 | 100500 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $669.19 | $669.19 | 2/8/2022 | dward31@nyc.rr.com | No Response to Offer Exchange |
| Ward, Gary<br>10514 Serenity Sound<br>Magnolia, TX 77354 | 104733 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $10,381.63 | $10,381.63 | 3/8/2022 | gward0007@outlook.com | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Date of Settlement Offer | Settlement Delivery Address or Email | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Weibel, David B.<br>250 Daniel Burnham Sq, Unit 603<br>Columbus, OH 43215 | 100151 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $3,025.03 | $3,025.03 | 2/8/2022 | dbweibel@hotmail.com | No Response to Offer Exchange |
| Wimsatt, Ralph<br>251 Larue Apt 202<br>Lexington, KY 40517 | 99505 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 2/15/2022 | rwimsatt@rwbaird.com | No Response to Offer Exchange |
| Wong, Harris<br>11 Lavenham Rd<br>Novato, CA 94949-6296 | 98303 | PG&E Corporation | 3/31/2020 | $0.00 | $0.00 | $0.00 | $6,517.28 | $6,517.28 | 2/15/2022 | HWONG@VARRIS.COM | No Response to Offer Exchange |
| Wong, Ying Kit<br>1751 Mill Stream Dr<br>Chino Hills, CA 91709 | 97824 | PG&E Corporation | 3/17/2020 | $0.00 | $0.00 | $0.00 | $2,007.15 | $2,007.15 | 2/8/2022 | jackywyk@gmail.com | No Response to Offer Exchange |
| WOODRUFF, DEANNE H<br>3 TERRACE ST<br>WASHINGTON, NJ 07882-1241 | 99805 | PG&E Corporation | 4/8/2020 | $0.00 | $0.00 | $0.00 | $127,996.00 | $127,996.00 | 3/15/2022 | 3 TERRACE ST<br>WASHINGTON, NJ 07882-1241 | No Response to Offer Exchange |
| Wu, Lily<br>18 Hull Ave<br>New Hyde Park, NY 11040 | 97746 | PG&E Corporation | 3/13/2020 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | 2/8/2022 | lilywow3000@gmail.com | No Response to Offer Exchange |
| Young, Stephen Warren<br>3061 Summerhill Ct<br>San Jose, CA 95148 | 102729 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $3,182.00 | $3,182.00 | 4/12/2022 | stevepaa@aol.com | No Response to Offer Exchange |
| Yuja, Raouf E.<br>24 Tranquilo Dr<br>Rancho Mission Viejo , CA 92694 | 105480 | PG&E Corporation | 5/27/2020 | $0.00 | $0.00 | $0.00 | $67,265.74 | $67,265.74 | 3/29/2022 | reyujamd@gmail.com | No Response to Offer Exchange |
| Zhang, Chang<br>4056 Chieri Ct<br>San Jose, CA 95148 | 103179 | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $7,818.28 | $7,818.28 | 3/8/2022 | czhang0712@gmail.com | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Date of Settlement Offer | Settlement Delivery Address or Email | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Zicherman, Bernard and Rhonda 1512 E 14th St. Brooklyn, NY 11230 | 104699 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 4/12/2022 | bzicherman@yahoo.com | No Response to Offer Exchange |
| **Claims To Be Expunged Totals** | **Count: 192** | | | **$32,966.72** | **$0.00** | **$0.00** | **$1,083,092.85** | **$1,116,059.57** | | | |