**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel:  (212) 310-8000
Fax:  (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:  (415) 496-6723
Fax:  (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>      - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    **Debtors**.<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☒  Affects both Debtors<br><br>\* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR JULY 11, 2023, OMNIBUS HEARING**<br><br>Date:  July 11, 2023<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  Zoom Videoconference<br>           United States Bankruptcy Court<br>           Courtroom 17, 16th Floor<br>           San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR
JULY 11, 2023,
OMNIBUS HEARING**

I: <u>**MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**</u>

*MATTERS GOING FORWARD AT 10:00 A.M.*

1. <u>**Status Conference on Objection to Claim of Amir Shahmirza:**</u> *Reorganized Debtors' Objection to Proof of Claim No. 2090 Filed by Amir Shahmirza* [**Dkt. 12130**].

    <u>Related Documents</u>:

    A. *Reorganized Debtors' Status Conference Statement Regarding Objection to Claim of Amir Shahmirza and Komir Inc.* [**Dkt. 13861**].

    B. *Status Conference Statement of Komir, Inc., Per Memorandum Decision on Motion for Partial Summary Judgment and Counter-Motion for Summary Judgment* [**Dkt. 13864**].

    <u>Related Order</u>:

    C. *Tentative Decision Regarding Future Proceedings re Dispute Between PG&E and Komir, Inc.* [**Dkt. 13870**].

    <u>Status</u>: This matter is going forward as a Status Conference.

*RESOLVED AND CONTINUED MATTERS*

2. <u>**Status Conference on Order on Motion to Extend Time to Object to Claims:**</u> *Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and Granting Related Relief* [**Dkt. 13849**].

    <u>Status</u>: This matter is continued pursuant to agreement by the parties.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Dated: July 10, 2023

**WEIL, GOTSHAL & MANGES LLP
KELLER BENVENUTTI KIM LLP**

By:    */s/ Thomas B. Rupp*
        Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*