ESTELA O. PINO, SBN 112975
**PINO & ASSOCIATES**
1520 Eureka Rd., Suite 101,
Roseville, CA 95661
Telephone: (916) 641-2288
Facsimile: (916) 244-0989

Attorneys for Dreyer Babich Buccola Wood Campora, LLP

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>In re:<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088(DM)* | Case Nos. 19-30088 (DM)<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION FOR ORDER EXCUSING DREYER BABICH BUCCOLA WOOD CAMPORA, LLP FROM TRANSMITTING DOCUMENTS RELATED TO THE BANKRUPTCY CASES TO: MICHAEL RAMEY; MICHAEL RAMEY AND ASSOCIATES, INC.; AND MICHAEL RAMEY AS TRUSTEE OF THE RAMEY COLBY 2007 TRUST**<br><br>DATE: August 8, 2023<br>TIME: 10:00 a.m.<br>PLACE: **Tele/Videoconference only**<br>450 Golden Gate Avenue,<br>Courtroom 17, 16th Floor<br>San Francisco, California<br><br>JUDGE: Hon. Dennis Montali<br><br>OBJECTION DEADLINE: **July 25, 2023 (4:00 P.M. Prevailing Pacific Time)** |

TO: MICHAEL RAMEY; MICHAEL RAMEY AND ASSOCIATES, INC.; AND

MICHAEL RAMEY AS TRUSTEE OF THE RAMEY COLBY 2007 TRUST; THE UNITED

STATES TRUSTEE; CREDITORS; OTHER PARTIES IN INTEREST; AND THEIR

RESPECTIVE ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that the Motion for Order Excusing Dreyer Babich Buccola Wood Campora, LLP from Transmitting Documents Related to the Bankruptcy Cases To: Michael Ramey; Michael Ramey and Associates, Inc.; and Michael Ramey as Trustee of the Ramey Colby 2007 Trust (hereinafter referred to as the "Motion") filed by Dreyer Babich Buccola Wood Campora, LLP (hereinafter referred to as "Dreyer Babich") will be heard by the Honorable Dennis Montali, Bankruptcy Judge, on **August 8, 2023, at 10:00 A.M. (Pacific Time)** (the "Omnibus Hearing") in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court") located at 450 Golden Gate Avenue, 16th Floor, San Francisco, California in Courtroom 17.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bankruptcy Court's Eighth Amended General Order No. 38, effective December 1, 2021, and until otherwise ordered, all hearings shall be conducted by video or teleconference. The Courtroom will be closed. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website at http://www.canb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that the Motion is based on this Notice, the Motion, and the Declaration of Steve Campora, all filed in support of the Motion and upon all other pleadings and papers on file herein and such oral and documentary evidence as may be presented during the hearing on the Motion.

**PLEASE TAKE FURTHER NOTICE** that any opposition or response to the Motion must be in writing, filed with the Bankruptcy Court, and served on counsel for Dreyer Babich at the

above-referenced address so as to be received by no later than **4:00 P.M. (Prevailing Pacific Time)** on July 25, 2023. Any opposition or response must be filed and served on all "Standard Parties" as defined in the Second Amended Order Implementing Certain Notice and Case Management Procedures entered by the Court on May 14, 2019 (ECF No. 1996) (the "Case Management Order"). Any relief required in the Motion may be granted without a hearing if no opposition is filed and served in accordance with the Case Management Order.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Reorganized Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Date: July 11, 2023

**PINO & ASSOCIATES**

By: _____
Estela O. Pino, Counsel for
Dreyer Babich Buccola
Wood Campora, LLP