ESTELA O. PINO, SBN 112975
**PINO & ASSOCIATES**
1520 Eureka Rd., Suite 101,
Roseville, CA 95661
Telephone: (916) 641-2288
Facsimile: (916) 244-0989

Attorneys for Dreyer Babich Buccola Wood Campora, LLP

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br> **PG&E CORPORATION,** <br> -and- <br> In re: <br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br> Debtors. <br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br> *All papers shall be filed in the lead case, No. 19-30088(DM)* | Case Nos. 19-30088 (DM) <br><br> Chapter 11 <br><br> **PROOF OF SERVICE VIA UNITED STATES MAIL** <br><br> DATE: August 8, 2023 <br> TIME: 10:00 a.m. <br> PLACE: **Tele/Videoconference only** <br> 450 Golden Gate Avenue, <br> Courtroom 17, 16th Floor <br> San Francisco, California <br> JUDGE: Hon. Dennis Montali <br><br> OBJECTION DEADLINE: **July 25, 2023 (4:00 P.M. Prevailing Pacific Time)** <br><br> RELATED DOCKET: **13878, 13879, and 13880** |

I am employed in the County of Placer, California. My business address is 1520 Eureka Rd., Suite 101, Roseville, CA 95661. I am over the age of eighteen years and not a party to the foregoing action.

On July 11, 2023, I served the documents named below on the parties in said action by causing true copies thereof to be placed in sealed envelopes with postage thereon fully prepaid in the United States mail in Roseville, California, addressed as follows:

**Documents Served:**

1. MOTION FOR ORDER EXCUSING DREYER BABICH BUCCOLA WOOD CAMPORA, LLP FROM TRANSMITTING DOCUMENTS RELATED TO THE BANKRUPTCY CASES TO: MICHAEL RAMEY; MICHAEL RAMEY AND ASSOCIATES, INC.; AND MICHAEL RAMEY AS TRUSTEE OF THE RAMEY COLBY 2007 TRUST; and

2. DECLARATION OF STEVE M. CAMPORA IN SUPPORT OF MOTION FOR ORDER EXCUSING DREYER BABICH BUCCOLA WOOD CAMPORA, LLP FROM TRANSMITTING DOCUMENTS RELATED TO THE BANKRUPTCY CASES TO: MICHAEL RAMEY; MICHAEL RAMEY AND ASSOCIATES, INC.; AND MICHAEL RAMEY AS TRUSTEE OF THE RAMEY COLBY 2007 TRUST; and

3. NOTICE OF HEARING RE: MOTION FOR ORDER EXCUSING DREYER BABICH BUCCOLA WOOD CAMPORA, LLP FROM TRANSMITTING DOCUMENTS RELATED TO THE BANKRUPTCY CASES TO: MICHAEL RAMEY; MICHAEL RAMEY AND ASSOCIATES, INC.; AND MICHAEL RAMEY AS TRUSTEE OF THE RAMEY COLBY 2007 TRUST

**Parties Served:**

Michael Ramey
P.O. Box 28379
Santa Ana, CA 92799.

Michael Ramey & Associates Inc.
Michael Ramey, MBA, CFE, SCLA
P.O. Box 28379
Santa Ana, CA 92799.

Michael Ramey & Associates Inc.
c/o Michael Ramey
Agent for Service of Process
530 La Gonda Way, Suite D
Danville, CA 94526.

///

///

///

Michael Ramey & Associates Inc.
Michael Ramey, MBA, CFE, SCLA
P.O. Box 744,
Danville, CA 94526.

Michael Ramey as Trustee of the Ramey Colby 2007 Trust
P.O. Box 28379
Santa Ana, CA 92799.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 11, 2023, at Roseville, Placer County, California.

*[signature]*

Raman K. Mahal