Matthew H. Welty, Esq. (SBN 248092)
(matt@weltyweaver.com)
Jack W. Weaver, Esq. (SBN 278469)
(jack@weltyweaver.com)
Aaron D. Currie, Esq. (SBN 245348)
(aaron@weltyweaver.com)
WELTY WEAVER & CURRIE, PC
3554 Round Barn Blvd., Suite 300
Santa Rosa, CA 95403
Telephone: 707-433-4842

*Attorneys for Fire Victim Claimants*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>    and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors<br><br>Affects:<br>\_\_\_\_ PG&E Corporation<br>\_\_\_\_ Pacific Gas & Electric Company<br>\_X\_ Both Debtors<br><br>\* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Case No. 19-30088<br><br>**CERTIFICATE OF SERVICE** |

    I hereby certify that on July 12, 2023, a copy of MOTION TO ALLOW / DEEM TIMELY LATE FILING OF PROOF OF CLAIM BY AGUSTIN AGUILERA OROZCO, ARACELI HERNANDEZ, SARAHI AGUILERA, JACQUELINE AGUILERA, BRAULIO AGUILERA, AND SOCORRO OROZCO; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF AGUSTIN AGUILERA OROZCO IN SUPPORT was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access the filing through the Court's filing system.

Executed this 12th day of July 2023 at Santa Rosa, California.

                                                              _____
                                                              Jack W. Weaver, Esq.