# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 7/13/2023 |
| Case: 19–30088 | Form ID: TRANSC | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty    Lawrence A. Jacobson    laj@cohenandjacobson.com
aty    Tacie H. Yoon    tyoon@crowell.com
aty    Thomas B. Rupp    trupp@kbkllp.com

    TOTAL: 3

**Recipients submitted to the BNC (Kroll Restructuring Administration, LLC):**
    Steven A. Lamb, Esq.    Rovens Lamb LLP    2601 Airport Drive, Suite 370    Torrance, CA 90505

    TOTAL: 1