KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Dara L. Silveira (#274923)
(dsilveira@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **REORGANIZED DEBTORS' REPORT ON RESOLUTION OF ONE HUNDRED TWENTIETH OMNIBUS OBJECTION (NO LIABILITY CLAIMS) SOLELY WITH RESPECT TO CLAIM NO. 67135 (QUENTIN A. KEEN)** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **[Re: Docket Nos. 13670, 13698]** |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

## REPORT ON RESOLUTION OF CERTAIN CLAIMS

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby report on the resolution of a certain Claim in the following omnibus claims objection:

| Docket No. | Omnibus Objection |
| --- | --- |
| 13670 | *Reorganized Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Liability Claims)* (the "**120th Omnibus Objection**") |

| Docket No. | Claimant | Claim No. | Resolution |
| --- | --- | --- | --- |
| **120th Omnibus Objection** | | | |
| 13698 | Quentin A. Keen | 67135 | The Reorganized Debtors have reached a settlement of this Claim that resolves the 120th Omnibus Objection. |

Dated: July 18, 2023

**KELLER BENVENUTTI KIM LLP**

By: /s/ *Dara L. Silveira*
    Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*