Gerald P. Kennedy (Bar No. 105887)
E-mail: gerald.kennedy@procopio.com
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Julie M. Murphy
Email: Jmmurphy@stradley.com
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Telephone: 856.321.2409 / 215.564.8091
Facsimile: 215.564.8120

Attorneys for the Dimensional Claimants

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**JOINDER OF DIMENSIONAL CLAIMANTS IN SUPPORT OF MOTION FOR THE APPLICATION OF BANKRUPTCY RULE 7023 AND THE CERTIFICATION OF A CLASS OF SECURITIES CLAIMANTS**<br><br>**Hearing Information:**<br>Date: August 8, 2023<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephone Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br><br>**Objection Deadline**: July 24, 2023<br><br>**Related Docket No.:** 13865 |

The Dimensional Claimants,[1] by and through undersigned counsel, hereby submit this Joinder in support of the "Securities Lead Plaintiffs' Motion and Memorandum of Points and Authorities in Support of Motion for the Application of Bankruptcy Rule 7023 and the Certification of a Class of Securities Claimants" [Dkt. No. 13865] (the "**7023 Motion**").

The Dimensional Claimants are among the hundreds of claimants who timely filed proofs of claims asserting Securities Claims against the Reorganized Debtors ("**Securities Claimants**"). The Dimensional Claimants respectfully submit that implementing a class mechanism, as proposed in the 7023 Motion, will provide an efficient and coordinated means of adjudicating the common issues of law and fact underlying the Securities Claims, promote judicial economy by eliminating the need for the hundreds of Securities Claimants with unresolved Securities Claims to prosecute their claims separately, protect the due process rights of the Securities Claimants, and foster equal treatment of similarly-situated Securities Claimants. For these reasons, the Dimensional Claimants respectfully request that the Court enter an order granting the 7023 Motion and such other and further relief as the Court deems necessary and appropriate.

**RESERVATION OF RIGHTS**

The Dimensional Claimants reserve all of their respective rights, claims, defenses and remedies, including without limitation, the right to amend, modify, or supplement this Joinder in accordance with the applicable rules.

DATED: July 18, 2023

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: /s/ Gerald P. Kennedy
Gerald P. Kennedy
Attorneys for the Dimensional Claimants

---

[1] The Dimensional Claimants are the claimants advised by Dimensional Fund Advisors LP or its affiliates that submitted Securities Claims in Claims Nos. 994346 and 99838.

Case: 19-30088    Doc# 13906    Filed: 07/18/23    Entered: 07/18/23 15:54:25    Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the Northern District of California by using CM/ECF system on July 18, 2023. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on July 18, 2023.

/s/ Gerald P. Kennedy
Gerald P. Kennedy