**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel:      (212) 310-8000
Fax:     (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Gabrielle L. Albert (#190895)
(galbert@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (650) 636 9251

*Attorneys for the Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **NOTICE OF FILING OF REVISED AMENDMENT AND OBJECTION PROCEDURES FOR SECURITIES CLAIMS** |
| Debtors. | [Related to Docket No. 13745] |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **Date:** July 19, 2023<br>**Time:** 11:00 a.m. (Pacific Time)<br>**Place:** (Videoconference Only)<br>     United States Bankruptcy Court<br>     Courtroom 17, 16th Floor<br>     San Francisco, CA 94102 |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

**PLEASE TAKE NOTICE** that, on July 18, 2023, PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), filed the *Status Conference Statement Regarding Reorganized Debtors' Motion for Entry of an Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and for Related Relief* [Dkt. No. 13907] (the "**Status Conference Statement**"), which attached as Exhibit A thereto proposed procedures for Securities Claims[1] in these Chapter 11 Cases (the "**Amendment and Objection Procedures**"), that have been jointly agreed to by the Reorganized Debtors, the RKS Claimants, the Oregon Claimants and Chevron.

**PLEASE TAKE FURTHER NOTICE** that, since the filing of the Status Conference Statement, Baupost has agreed to and supports the Amendment and Objection Procedures, with certain conforming changes that the Reorganized Debtors, the RKS Claimants, the Oregon Claimants, and Chevron have accepted.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a revised draft of the Amendment and Objection Procedures (the "**Revised Amendment and Objection Procedures**") and attached hereto as **Exhibit B** is a redline reflecting changes between the Amendment and Objection Procedures and the Revised Amendment and Objection Procedures.

**PLEASE TAKE FURTHER NOTICE** that copies of the pleadings and other documents identified herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Reorganized Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: July 19, 2023

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

/s/ Richard W. Slack
Richard W. Slack

*Attorneys for Debtors and Debtors in Possession*

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Reorganized Debtors' Motion for Entry of an Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and for Related Relief* [Dkt. No. 13745].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119