# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, James Roy, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Reorganized Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On July 13, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Steven A. Lamb (ADRID: 12823730) at Rovens Lamb LLP at 2601 Airport Dr., Suite 370, Torrance, CA 90505-6143:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction [Docket No. 13889]

3. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

1 | Executed this 14th day of July 2023, at New York, NY.

2 |                                           */s/ James Roy*

3 |                                           James Roy