**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Jonathan D. Uslaner (Bar No. 256898)
1251 Avenue of the Americas, 44th Floor
New York, NY 10020
Tel.: 1-212 554 1400
Fax.: 1-212 554 1444
Email: jonathanu@ blbglaw.com

*Counsel for Louisiana Sheriffs' Pension & Relief Fund*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE PG&E CORPORATION, PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Reorganized Debtors,<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>Date: August 8, 2023<br>Time: 10:00 a.m. (PT)<br>Before: (Telephonic Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, California 94102<br><br>**Objection Deadline:** July 25, 2023, 4:00 p.m. (PT) |

**JOINDER OF LOUISIANA SHERIFFS' PENSION & RELIEF FUND TO THE SECURITIES LEAD PLAINTIFF'S MOTION FOR THE APPLICATION OF BANKRUPTCY RULE 7023 AND THE CERTIFICATION OF A CLASS OF SECURITIES CLAIMANTS**

Louisiana Sheriffs' Pension & Relief Fund ("Louisiana Sheriffs") hereby submits this joinder (the "Joinder") to the *Securities Lead Plaintiff's Memorandum of Points and Authorities in Support of Motion for the Application of Bankruptcy Rule 7023 and the Certification of a Class of Securities Claimants* (ECF No. 13865) (the "Rule 7023 Motion"). In support hereof, Louisiana Sheriffs states as follows:

**BACKGROUND**

1. Louisiana Sheriffs is a Securities Claimant that timely filed a proof of claim against PG&E Corporation ("PG&E") in accordance with the Extended Bar Date Order. Specifically, on April 16, 2020, Louisiana Sheriffs filed Claim No. 100740 against PG&E. In addition, Louisiana Sheriffs timely submitted the supplemental trading information requested by the Debtors in 2021, in compliance with the *Order Approving Securities ADR and Related Procedures for Resolving Subordinated Securities Claims* (ECF No. 10015) (the "ADR Procedures Order").

2. Louisiana Sheriffs is among the approximately 4,000 Securities Claimants whose claims were submitted in accordance with the Extended Bar Date Order on or before April 16, 2020 and have been pending for over three years. Notwithstanding the timely filing of its claim in April 2020 and providing the Debtors with supplemental trading information in 2021, PG&E has only recently made an extremely low offer to resolve Louisiana Sheriffs' claim under the ADR Procedures Order.

3. Louisiana Sheriffs believes that the individual litigation of thousands of claims by Securities Claimants would be highly burdensome and inefficient for Securities Claimants, the Debtors, and the Court. The current procedures would require each of the thousands of Securities Claimants to individually prove elements such as the falsity of Debtors' statements, the scienter of Debtors and their officers in making those statements, whether Debtors' false statements caused the Securities Claimants' damages, and the amount of damages per share of PG&E common stock—even those elements are common to all Securities Claimants. Indeed, in this case, the factual and legal issues related to all of these elements are common to all Securities Claimants, so the requirements for class certification are "readily met." *Amchem Prods., Inc. v.*

*Windsor*, 521 U.S. 591, 697 (1997). Such litigation would highly burdensome on the parties and the Court and may be not be cost-effective for Securities Claimants with lower damages amounts.

4. The Court's denial of the Securities Lead Plaintiff's earlier motion under Rule 7023 was without prejudice and the Court recognized at the December 2, 2020 hearing on the original 7023 Motion, "if it turns out that the offer and acceptance, mediation, and related procedures failed significantly, we can revisit the question of whether remaining securities fraud claimants would be better served by some variation on a Rule 7023 process." Hr'g Tr. Dec. 4, 2020 at 9:2-6 (ECF No. 9752). Louisiana Sheriffs respectfully submits that the Securities Claimants are better served by granting the relief requested in the Rule 7023 Motion. Moreover, while the Court, in initially denying certification of a class in its February 2020 decision, was concerned that "granting the [Rule 7023] Motion may result in more chaos than certainty," *In re PG&E Corp.*, No. 19-30088-DM, 2020 WL 5626038, at *2 (Bankr. N.D. Cal. Feb. 24, 2020), at this stage in the litigation, the circumstances are reversed. Granting the Rule 7023 motion would substantially alleviate the chaos caused by litigation of thousands of individual claims by Securities Claimants and would increase certainty by allowing the uniform and efficient adjudication of overwhelmingly common issues.

## **JOINDER**

5. For the foregoing reasons and the reasons set forth in the Rule 7023 Motion, the Louisiana Sheriffs hereby joins in all of the arguments contained in the Rule 7023 Motion in all respects, and adopts and incorporates them herein by reference. Given the significant inefficiencies in requiring thousands of individual Securities Claimants repeatedly litigate common issues, the Debtors' multiple requests to extend the deadline to object to Securities Claims, and their failure to meaningfully engage with the Securities Claimants for over three years, Louisiana Sheriffs strongly believes that a single, coordinated process for all remaining Securities Claimants is the only workable, efficient solution, and is in the best interest of the estates and the Securities Claimants.

## CONCLUSION

6. For the reasons set forth herein and in the Rule 7023 Motion, Louisiana Sheriffs joins in the Rule 7023 Motion and ask that this Court enter an Order granting the Rule 7023 Motion and certify a class of Securities Claimants.

Dated: July 20, 2023

Respectfully Submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By: */s/ Jonathan D. Uslaner*
Jonathan D. Uslaner (Bar No. 256898)
1251 Avenue of the Americas, 44th Floor
New York, NY 10020
Tel.: 1-212 554 1400
Fax.: 1-212 554 1444
Email: jonathanu@blbglaw.com

*Counsel for Louisiana Sheriffs' Pension & Relief Fund*