# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 7/21/2023 |
| Case: 19–30088 | Form ID: TRANSC | Total: 9 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Debra I. Grassgreen | |
| aty | Jeffrey Ritholtz | jritholtz@rksllp.com |
| aty | Kizzy L. Jarashow | KJarashow@goodwinlaw.com |
| aty | Michael S. Etkin | metkin@lowenstein.com |

TOTAL: 4

**Recipients submitted to the Claims Agent (Kroll Restructuring Administration, LLC):**

| | | | | |
|---|---|---|---|---|
| aty | Irwin B. Schwarts | BLASchwartz,P.C. 515 S. Flower St., #18th Fl. | | Los Angeles, CA 90071 |
| aty | Richard W. Slack | Weil Gotshal and Manges, LLP | 767 Fifth Ave. | New York, NY 10153–0119 |
| aty | Susan F. DiCicco | Morgan, Lewis & Bockius LLP | 101 Park Avenue | New York, NY 10178 |

TOTAL: 3