ROLNICK KRAMER SADIGHI LLP
Lawrence M. Rolnick (pro hac vice)
lrolnick@rksllp.com
Marc B. Kramer (pro hac vice)
mkramer@rksllp.com
Richard A. Bodnar (pro hac vice)
rbodnar@rksllp.com
Frank T.M. Catalina (pro hac vice)
fcatalina@rksllp.com
Jeffrey Ritholtz (pro hac vice)
jritholtz@rksllp.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 597-2800
Facsimile: (212) 597-2801

ST. JAMES LAW, P.C.
Michael St. James, CSB No. 95653
22 Battery Street, Suite 810
San Francisco, California 94111
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

Attorneys for the RKS Claimants

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) (Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**DECLARATION OF RICHARD A. BODNAR IN SUPPORT OF THE RKS CLAIMANTS' OBJECTION TO THE THIRD 7023 MOTION**<br><br>**Hearing Information:**<br>Date: August 8, 2023<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephone or Video Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Pursuant to 28 U.S.C. § 1746, I, Richard A. Bodnar, under penalty of perjury, hereby declare as follows:

1. I am a Partner at the law firm Rolnick Kramer Sadighi LLP (**"RKS"** or **"Claimants' Counsel"**), counsel to the claimants listed on Schedule 1 to the accompanying objection (collectively, the **"RKS Claimants"**). I submit this declaration in support of the RKS Claimants' Objection to the Third 7023 Motion (the **"Objection"**).[1]

2. On October 25, 2022, Reorganized Debtors moved for a fifth extension of the claims objection deadline, seeking a 270-day extension (the **"Fifth Objection Motion"**).

3. On November 8, 2022, certain of the RKS Claimants (the **"Kingstown Claimants"**) objected to the Fifth Extension Motion, and they were joined by numerous others of the RKS Claimants.

4. Prior to the hearing date on the Fifth Extension Motion, the Reorganized Debtors offered to mediate promptly with the RKS Claimants if they agreed to withdraw their objection.

5. The RKS Claimants agreed to Reorganized Debtors' offer and, as a result, withdrew their objections and scheduled a prompt mediation with Reorganized Debtors.

6. On January 19, 2023, the RKS Claimants and Reorganized Debtors finally participated in a mediation of the RKS Claimants' claims. Although the parties dispute whether each negotiated in good faith, all agree that the mediation was unsuccessful.

7. Following the failed mediation, the RKS Claimants promptly moved this Court for an order enforcing the ADR Procedures and setting a March 20, 2023 objection deadline specific to the RKS Claimants' claims.

8. On March 13, 2023, following a hearing, the Court issued an Order on the RKS Claimants' Motion to Enforce the ADR Procedures Order setting an April 17, 2023 deadline for Reorganized Debtors to send individualized settlement offers to the RKS Claimants.

9. Reorganized Debtors submitted individualized settlement offers to the RKS Claimants by the Court-ordered April 17, 2023 deadline, and nearly all of the RKS Claimants

---

[1] Capitalized terms that are not defined herein have the same meaning as in the Objection.

received such offers.

10. RKS promptly presented those individual offers to each of the clients who received them.

11. Six of the RKS Claimants accepted the offers they received, and another eight sent counteroffers to Reorganized Debtors, six of which were accepted.

12. The vast majority of the offers, however, were rejected without a counteroffer, as permitted by the ADR Procedures.

13. Attached hereto as **Exhibit 1** is a true and correct copy of the Rescission or Damage Proof of Claim Form.

14. Attached hereto as **Exhibit 2** is a true and correct copy of the Transcript of Proceedings Before the Honorable Dennis Montali, U.S.B.J., dated November 18, 2020, regarding the ADR Procedures Motion and the Second 7023 Motion.

15. Attached hereto as **Exhibit 3** is a true and correct copy of the Transcript of Proceedings Before the Honorable Dennis Montali, U.S.B.J., dated December 4, 2020, containing the oral ruling on the ADR Procedures Motion and the Second 7023 Motion.

16. Attached hereto as **Exhibit 4** is a true and correct copy of the Transcript of Proceedings Before the Honorable Dennis Montali, U.S.B.J., dated June 7, 2023, regarding the Sixth Extension Request.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on July 25, 2023.

By: _/s/ Richard A. Bodnar_
      Richard A. Bodnar