

Entered on Docket
July 25, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: July 25, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

ROVENS LAMB LLP
Steven A. Lamb (#132534)
(slamb@rovenslamb.com)
2601 Airport Drive, Suite 370
Torrance, CA 90505
Tel: 310 536 7830

LAW OFFICES OF JENNIFER L. DODGE INC.
Jennifer L. Dodge (#195321)
(jdodgelaw@jenniferdodgelaw.com)
2512 Artesia Blvd., Suite 300D
Redondo Beach, California 90278
Tel: (310) 372.3344
Fax: (310) 861.8044

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

**In re:**

**PG&E CORPORATION,**

    - and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

              **Debtors.**

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Bankruptcy Case No. 19-30088 (DM)

Chapter 11

(Lead Case) (Jointly Administered)

**ORDER APPROVING STIPULATION REGARDING SCHEDULE FOR DISCOVERY AND MOTION FOR SUMMARY JUDGMENT ON OBJECTION TO CLAIM OF AMIR SHAHMIRZA AND KOMIR, INC.**

[Related to Dkt. No. 12130]

The Court having considered the *Stipulation Regarding Schedule for Discovery and Motion for Summary Judgment on Objection to Claim of Amir Shahmirza and Komir, Inc.*, dated July 25, 2023 (the "**Stipulation**"),[1] entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") on the one hand, and Creditors Amir Shahmirza (Agent for Komir, Inc.) and Komir, Inc. (together, "**Shahmirza**") on the other hand, by and through their counsel; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. Shahmirza shall file a second motion for summary judgment (the "**Shamirza MSJ**") by September 5, 2023.

3. The Parties shall complete written discovery by October 6, 2023.

4. The Parties shall complete depositions of all percipient witnesses by October 15, 2023

5. The Reorganized Debtors shall file a response to the Shahmirza MSJ by October 20, 2023.

6. Shahmirza shall file a reply in support of the Shahmirza MSJ by November 17, 2023.

7. The Parties shall exchange written reports of all expert witnesses by November 18, 2023.

8. The Court shall hold a hearing on the Shahmirza MSJ in the first week of December, or such other date as is convenient for the Court.

9. After disposition of the Shahmirza MSJ, the Court will hold a further status conference to consider the issues remaining for trial and any other pre-trial matters, including the final setting of trial dates and other pre-trial conferences.

10. The Parties shall complete all depositions of expert witnesses by December 31, 2023.

11. The Parties shall prepare for a trial on all remaining issues to be conducted during late January or early February 2024.

12. The schedule set forth herein is subject to adjustment by agreement between the parties with Court approval, or by order of the Court upon good cause shown.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

13. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

APPROVED AS TO FORM AND CONTENT:

COHEN AND JACOBSON, LLP

*/s/ Lawrence A. Jacobson*
Lawrence A. Jacobson
*Attorneys for Amir Shahmirza (Agent for Komir, Inc.)
and Komir, Inc.*

*** END OF ORDER ***