WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (650) 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF ROBB MCWILLIAMS IN SUPPORT OF REORGANIZED DEBTORS' OBJECTION TO SECURITIES PLAINTIFFS' MOTION FOR THE APPLICATION OF BANKRUPTCY RULE 7023 AND THE CERTIFICATION OF A CLASS OF SECURITIES CLAIMANTS**<br><br>Date: August 8, 2023<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Tele/Videoconference Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

I, Robb C. McWilliams, hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1. I am a Partner and Managing Director at the firm of AlixPartners, LLP, which is an affiliate of both AlixPartners, LLC and AP Services, LLC (collectively, "**AlixPartners**"). AlixPartners provided interim management services to Pacific Gas and Electric Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**," and as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"). AlixPartners continues to assist the Reorganized Debtors in resolving the Chapter 11 General Claims while also providing support with respect to the Securities Claims. I submit this Declaration in support of the *Reorganized Debtors' Objection to the Securities Plaintiffs' Motion and Memorandum of Points and Authorities in Support of Motion for the Application of Bankruptcy Rule 7023 and the Certification of a Class of Securities Claimants* (the "**Objection**").[1]

2. In my current position, I am responsible for overseeing the bankruptcy case management component of AlixPartners' assignment to assist the Reorganized Debtors with various matters related to these Chapter 11 Cases. My areas of responsibility include the effort by AlixPartners, in coordination with the Reorganized Debtors, to review and assess the validity of all claims asserted against the Debtors, other than (a) Fire Claims and Subrogation Wildfire Claims and (b) providing support with respect to Securities Claims. I am generally familiar with the Reorganized Debtors' day-to-day operations, financing arrangements, business affairs, and books and records. Except as otherwise indicated herein, all facts set forth in this Declaration are based upon my personal knowledge, the knowledge of other AlixPartners professionals working under and alongside me on this matter, my discussions with the Reorganized Debtors' personnel and the Reorganized Debtors' various other advisors, and my review of relevant documents and information prepared by the Reorganized Debtors. If called upon to testify, I would testify competently to the facts set forth in this Declaration. I am authorized to submit this

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Objection.

Declaration in support of the Motion.

3. As of Friday, July 21, 2023, the Reorganized Debtors have successfully resolved through objections, settlements, claim withdrawals, or otherwise resolved 5,299 Securities Claims—approximately 60% of the total Securities Claims. In total, the Reorganized Debtors have made settlement offers as to 5,618 Securities Claims, approximately 3,200 of these claims have been settled by settlement offers, and 862 have been declined. The remaining settlement offers remain outstanding.

4. Upon issuing a settlement offer, if the Securities Claimant provided the Reorganized Debtors with a mailing address or telephone number, the Reorganized Debtors typically reach out to Securities Claimants by mail and by phone multiple times to provide instructions to Securities Claimants on how to access their settlement offers on the web site and remind Securities Claimants to view their settlement offers and provide a response.

5. The Reorganized Debtors have begun to issue mediation notices pursuant to the Securities Procedures. Of the remaining unresolved Securities Claims, approximately 670 of those claims, and approximately 600 claimants are represented by Rolnick Kramer Sadighi LLP. These claims represent approximately 19% of the unresolved securities proofs of claim.

6. In total, the Reorganized Debtors have now resolved via settlement, claim objection, claim withdrawal and made settlement offers to approximately 87% of all Securities Claims and are on track to issue settlement offers to all remaining Securities Claims by August 15 who are not otherwise subject to an omnibus objection.

7. In the time after the June 7, 2023 hearing on the Motion to Extend, the Reorganized Debtors have settled an additional 411 Securities Claims.

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed July 25, 2023 in Dallas, Texas.

                                    */s/ Robb McWilliams*
                                    Robb McWilliams
                                    Managing Director