MICHELE R. STAFFORD (SBN: 172509)
mstafford@tuckerlaw.com
**TUCKER ARENSBERG LLP**
1098 Foster City Boulevard, Suite 106 #700
Foster City, California 94404
Telephone: (650) 514-6238

Attorneys for Creditor IUPAT INDUSTRY PENSION FUND

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re* <br><br> **PG&E CORPORATION,** <br><br>     and <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br>            Reorganized Debtors. <br><br> ☒ Affects PG&E Corporation <br><br> ☐ Affects Pacific Gas and Electric Company <br><br> ☐ Affects both Debtors <br><br> *\*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

**PLEASE TAKE NOTICE** that Michele R. Stafford, Esquire, of the law firm of Tucker Arensberg, LLP, hereby enters her appearance, pursuant to 11 U.S.C. § 1109(b),

11 U.S.C. §§ 101–1330 (the "**Bankruptcy Code**"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), as counsel for the IUPAT INDUSTRY PENSION FUND (the "**Creditor**"), and requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon:

> Michele R. Stafford, Esq.
> **TUCKER ARENSBERG, LLP**
> 1098 Foster City Blvd., Suite 106 #700
> Foster City, CA 94404
> Telephone: (650) 514-6238
> mstafford@tuckerlaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules 2002, 3017, 4001, 9007 and 9010(b), but also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearing, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the aforementioned and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, e-mail, delivery, telephone, telegraph, telex, telecopier, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notice shall not be deemed or construed to be a waiver of the rights of the Creditor (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have a District Court withdraw the reference in any

2

Case: 19-30088    Doc# 13930    Filed: 07/27/23    Entered: 07/27/23 12:40:41    Page 2 of 3

matter subject to mandatory or discretionary withdrawal, (iv) to demand formal service of process on the Creditor in accordance the Federal Rules of Bankruptcy Procedure and/or Federal Rules of Civil Procedure, or (v) to assert any other rights, claims, actions, setoffs, or recoupments to which the Creditor is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted,

Dated: July 27, 2023

**TUCKER ARENSBERG, LLP**

*/s/ Michele R. Stafford*
Michele R. Stafford, Esquire
(SBN: 172509)
mstafford@tuckerlaw.com

1098 Foster City Blvd., Suite 106 #700
Foster City, CA 94404
Telephone: (650) 514-6238

*Counsel for IUPAT INDUSTRY PENSION FUND*