Gregory C. Nuti (CSBN 151754)
Christopher H. Hart (CSBN 184117)
NUTI HART LLP
6232 La Salle Ave, Suite D
Oakland, CA 94611
Telephone: 510-506-7152
Email: gnuti@nutihart.com
        chart@nutihart.com

Attorneys for Public Entities Impacted by the Wildfires[1]

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>Debtor. | Case No. 19-30088-DM<br>Chapter 11 |
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtor. | Case No. 19-30089-DM<br>Chapter 11<br><br>**NOTICE OF CHANGE OF ADDRESS FOR NUTI HART LLP** |

**PLEASE TAKE NOTICE** that Nuti Hart LLP, counsel for the Public Entities

Impacted by the Wildfires has moved its office to:

NUTI HART LLP
6232 La Salle Ave, Suite D
Oakland, CA 94611

All other contact information for counsel remains the same.

Dated: July 27, 2023

NUTI HART LLP

By:   */s/ Gregory C. Nuti*
      Gregory C. Nuti
      Attorneys for Public Entities Impacted by
      the Wildfires

---

[1]  The "Public Entities Impacted by the Wildfires" are Town of Paradise, City of Santa Rosa, City of Napa, City of Clearlake, Butte County, Yuba County, Nevada County, Lake County, Mendocino County, Napa County, Sonoma County, Sonoma County Agricultural Preservation and Open Space District, Sonoma County Community Development Commission, Sonoma County Water Agency, Sonoma Valley County Sanitation District and Calaveras County Water District.

NUTI HART LLP
6232 LA SALLE AVE, SUITE D
OAKLAND, CA 94611
TELEPHONE: 510-506-7152

NUTI HART LLP
6232 LA SALLE AVE, SUITE D
OAKLAND, CA 94611
TELEPHONE: 510-506-7152

1                                       **CERTIFICATE OF SERVICE**

2       I, Gregory C. Nuti, declare under penalty of perjury under the laws of the United States

3 of America that the following is true and correct:

4       I am an attorney at law, admitted to practice in the above-referenced Court and am

counsel to Public Entities Impacted by the Wildfires. I am a partner with Nuti Hart LLP, and

5 my business address is 6232 LaSalle Ave, Suite D, Oakland, California 94611.

6 I served the following documents:

7                      o   **NOTICE OF CHANGE OF ADDRESS**

8

9     ☑       <u>BY ECF</u>. On Friday July 28, 2023, I caused the document(s) to be filed via the

Court's Electronic Case Filing (ECF) which to the best of my knowledge will

cause links to such document(s) to be transmitted electronically to the persons at

10 their respective notification who are registered ECF participants.

11

Executed on July 28, 2023, Oakland, California

12

13                                 */s/ Gregory C. Nuti*

                                   Gregory C. Nuti

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case: 19-30088   Doc# 13933   Filed: 07/28/23   Entered: 07/28/23 12:23:47   Page 2
of 2