Entered on Docket
July 28, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: July 28, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (650) 636 9251

*Attorneys for the Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER AUTHORIZING AMENDMENT AND OBJECTION PROCEDURES FOR SECURITIES CLAIMS**<br><br>[Related to Dkt. No. 13745]<br><br>Date: July 11, 2023<br>Time: 11:00 a.m. (Pacific Time)<br>Place: **(Zoom Videoconference)**<br>       United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102 |

The Court, having held a continued hearing on the *Motion for Entry of an Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and for Related Relief*, dated May 17, 2023 [Docket No. 13745] (the "**Motion**")[1] of PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (together, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), in accordance with Section 7.1 of the Plan, sections 105(a) and 1142 of title 11 of the United States Code (the "**Bankruptcy Code**"), and Rule 9006(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), at the above-captioned date and time, with appearances as noted on the record (the "**Continued Hearing**"); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Motion as provided therein is reasonable and sufficient, and it appearing that no other or further notice need be provided; and the Court having reviewed and considered the *Status Conference Statement Regarding Reorganized Debtors' Motion for Entry of an Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and for Related Relief* [Dkt. No. 13907], the *Notice of Filing of Revised Amendment and Objection Procedures for Securities Claims* [Dkt. No. 13909], and the filings referenced in the *Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and Granting Related Relief* [Dkt. No. 13849]; and upon the record of the hearing on the Motion held on June 6, 2023, and the Continued Hearing, and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. For the reasons stated on the record, the Amendment and Objection Procedures, attached hereto as **Exhibit A**, are approved.

---

[1] Capitalized terms used but not herein defined have the meanings ascribed to such terms in the Motion, the reply brief filed by the Reorganized Debtors [Dkt. No. 13813] (the "**Reply**"), the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Dkt. No. 8048] (as it may be amended, modified, or supplemented and together which any exhibits or schedules thereto, the "**Plan**"), or the *Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Dkt. No. 8053] (the "**Confirmation Order**"), as applicable.

2. All objections to the Amendment and Objection Procedures that have not been resolved are overruled.

3. The deadline for the Reorganized Debtors to object to Securities Claims (as defined in the Motion) under Section 7.1 of the Plan (as approved by Paragraph 31 of the Confirmation Order) is further extended as provided by the Amendment and Objection Procedures.

4. The following parties are an "Objector" or "Objectors" as such term is used in the Amendment and Objection Procedures:

    (a) the RKS Claimants, as defined in **Schedule 1** hereto;

    (b) Chevron, as defined in the objection filed at Docket No. 13788; and

    (c) Oregon, as defined in the objection filed at Docket No. 13794.

5. "Baupost" as used in the Amendment and Objection Procedures refers to Baupost Group Securities, L.L.C.

6. On or before August 7, 2023, the Reorganized Debtors shall serve a copy of this Order, including Exhibit A hereto, on all holders of Securities Claims that have not been settled, satisfied, disallowed or expunged.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

** END OF ORDER **