

**Signed and Filed: July 28, 2023**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br><br><br>Date:   December 19, 2023<br>Time:   10:00 AM<br>Via Video/Teleconference<br>www.canb.uscourts.gov/calendars |

**ORDER SETTING HEARING ON KOMIR, INC.'S
SECOND MOTION FOR SUMMARY JUDGMENT**

    The court issued an *Order Approving Stipulation Regarding Schedule for Discovery and Motion for Summary Judgment on Objection to Claim of Amir Shahmirza and Komir, Inc.* ("Order") (Dkt. 13921) on July 25, 2023. As to paragraph 8 of the Order, the court will hold a hearing on the second motion for summary

judgment ("MSJ") on December 19, 2023, at 10:00 AM. Komir shall notice the MSJ for such date and time. All other dates in the Order shall remain relevant and subject to adjustment by agreement between the parties with court approval.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

ECF Recipients