**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | Case No. 19-30088 (DM) (Lead Case)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**NOTICE OF JOINDER BY CLAIMANTS IN THE SECURITIES PLAINTIFFS' MOTION FOR THE APPLICATION OF BANKRUPTCY RULE 7023 AND THE CERTIFICATION OF A CLASS OF SECURITIES CLAIMANTS**<br><br>Date:     August 8, 2023<br>Time:    10:00 a.m. (Pacific Time)<br>Before:  Video Conference<br><br>**Objection Deadline:** July 25, 2023, 4:00 p.m. (Pacific Time) |

Accounts on Schedule A ("**Claimants**"), the holders of Securities Claims and creditors in the chapter 11 bankruptcy cases (the "**Chapter 11 Cases**") of the above-captioned reorganized debtors (the "**Debtors**"), hereby submit this Notice of Joinder (the "**Joinder**") to *Securities Plaintiffs' Motion for the Application of Bankruptcy Rule 7023 and the Certification of a Class of Securities Claimants* (the "**Rule 23 Motion**") [Docket No. 13865].[1] In support of this Joinder, Claimants respectfully state as follows:

## JOINDER AND RESERVATION OF RIGHTS

1. Claimants have reviewed the Rule 23 Motion, join it in full, and reserve all rights.

2. Claimants strongly agree with the Securities Plaintiffs that class certification is the only way to effectuate the fair and expeditious resolution of all pending Securities Claims. For the reasons explained in the Rule 23 Motion, Claimants agree that class certification would ameliorate the myriad problems and obvious inefficiencies that will arise if all Securities Claimants with pending Securities Claims must pursue the merits of their claims individually. Claimants further agree that Securities Claimants, the Reorganized Debtors, and the Court will all benefit from the procedures and protections provided by class certification under Rule 23.

3. Claimants believe that the Securities Plaintiffs, along with their counsel, have demonstrated their willingness and ability to serve as class representatives and class counsel. Thus, it is Claimants' position that the Rule 23 Motion should be granted.

## CONCLUSION

For all of the foregoing reasons, Claimants respectfully join the Rule 23 Motion.

Dated: July 24, 2023

Respectfully submitted,

By: _____
Catherine Yang, Assistant Secretary, Authorized Signatory

Numeric Investors LLC, on behalf of the accounts on Schedule A

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Rule 23 Motion.

# SCHEDULE A

| Claimant | Claim Number |
|---|---|
| Man Numeric Amplified Core LLC | 104181 |
| Man Numeric Alternative Risk Premia Value | 104190 |
| Stichting Depositary APG Developed Markets Equity Pool | 104186 |
| Sumitomo Mitsui Trust Bank (SMTB) | 104195 |
| Pacific Gas and Electric Company | 104151 |
| Pacific Gas and Electric Company | 104183 |
| Alphas Managed Accounts Platform LXXI Limited - Risk Premia Segregated Portfolio | 104145 |