# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br> **PG&E CORPORATION,** <br> - and - <br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br> Debtors. | **Bankruptcy Case** <br> **No. 19-30088 (DM)** <br><br> **Chapter 11** <br> **(Lead Case)** <br> **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Paul Pullo, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On June 23, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Synergy Project Management, Inc, (ADRID: 4019120), Johnny Knadler, 150 Executive Park Boulevard, Suite 4750, San Francisco, CA, 94134:

- Reorganized Debtors' Report on Responses to One Hundred Twentieth Omnibus Objection to Claims and Request for Order by Default as to Unopposed Objections [Docket No. 13738]

3. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

- Executed this 27th day of June 2023, at New York, NY.

　　　　　　　　　　　　　　　*/s/ Paul Pullo*
　　　　　　　　　　　　　　　Paul Pullo