**LABATON SUCHAROW LLP**
Thomas A. Dubbs
Carol C. Villegas
Jeffrey A. Dubbin (SBN 287199)
140 Broadway
New York, New York 10005

*Lead Counsel to Lead Plaintiff and the Class*

**MICHELSON LAW GROUP**
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, California 94104

*Counsel to Numeric Investors LLC*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　　　　　　　Debtors.<br><br>☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | Case No. 19-30088 (DM) (Lead Case)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br><br><br>**CERTIFICATION OF SERVICE** |

I, Randy Michelson, pursuant to 28 U.S.C. § 1746, certify as follows:

1. I am an attorney with the law firm of Michelson Law Group, bankruptcy counsel in the above-captioned chapter 11 cases to Numeric Investors LLC, on behalf of the accounts listed on Schedule A to the attached Joinder (the "Claimants").

2. On August 1, 2023, pursuant to the procedures set forth in the *Notice Of Hearing On Motion for Entry of an Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and For Related Relief* [ECF 13749], on behalf of the Claimants, I caused the following document to be electronically filed with the Court, using the Court's electronic filing system and served via the Court's CM/ECF system on the parties that have consented to electronic service of all filings:

    - ***Notice of Joinder by Claimants in the Securities Plaintiffs' Motion for the Application of Bankruptcy Rule 7023 and the Certification of a Class of Securities Claimants*** **[ECF No. 13937].**

3. Also on August 1, 2023, in accordance with the Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019 [Dkt. No. 1996] (the "Case Management Order"), I caused the foregoing document to be served on the Standard Parties listed on Exhibit A via electronic mail and the parties listed on Exhibit B via first class mail.

I hereby certify under penalty of perjury that the foregoing statements made by me are true and correct.

Dated: August 1, 2023                   /s/ *Randy Michelson*
                                        Randy Michelson

# EXHIBIT A

Standard Parties

**Members:**

| | |
|---|---|
| Abid Qureshi | aqureshi@akingump.com |
| Alan Kornberg | AKORNBERG@PAULWEISS.COM |
| Ashley Vinson Crawford | avcrawford@akingump.com |
| Benjamin McCallen | bmccallen@willkie.com |
| Brian Hermann | bhermann@paulweiss.com |
| Bruce Bennett | bbennett@jonesday.com |
| Cecily Dumas | cdumas@bakerlaw.com |
| Daniel Forman | dforman@willkie.com |
| Danielle Pham | danielle.pham@usdoj.gov |
| David Botter | dbotter@akingump.com |
| David Schiff | david.schiff@davispolk.com |
| Dennis Dunne | ddunne@milbank.com |
| Eli Vonnegut | eli.vonnegut@davispolk.com |
| Erez Gilad | egilad@stroock.com |
| Eric Sagerman | esagerman@bakerlaw.com |
| Frank Merola | fmerola@stroock.com |
| Gregory Bray | gbray@milbank.com |
| Ira Dizengoff | idizengoff@akingump.com |
| James Johnston | jjohnston@jonesday.com |
| James Snyder | james.l.snyder@usdoj.gov |
| Jane Kim | jkim@kellerbenvenutti.com |
| Jessica Liou | jessica.liou@weil.com |
| Joseph Minias | jminias@willkie.com |
| Joshua Mester | jmester@jonesday.com |
| Kathryn Diemer | kdiemer@diemerwie.com |
| Kevin Orsini | korsini@cravath.com |
| Kristopher Hansen | khansen@stroock.com |
| Lauren Attard | lattard@bakerlaw.com |
| Matthew Feldman | mfeldman@willkie.com |
| Matthew Garofalo | mgarofalo@stroock.com |
| Matthew Goren | matthew.goren@weil.com |
| MIchael Stamer | mstamer@akingump.com |
| Neal Donnelly | ndonnelly@paulweiss.com |
| Omid Nasab | onasab@cravath.com |
| Paul Zumbro | pzumbro@cravath.com |
| Ray Schrock | ray.schrock@weil.com |
| Robert Julian | rjulian@bakerlaw.com |
| Samuel Khalil | skhalil@milbank.com |
| Sean Mitchell | smitchell@paulweiss.com |
| Stephen Karotkin | stephen.karotkin@weil.com |
| Theodore Tsekerides | theodore.tsekerides@weil.com |
| Thomas Kreller | tkreller@milbank.com |
| Timothy Graulich | timothy.graulich@davispolk.com |
| Timothy Laffredi | timothy.s.laffredi@usdoj.gov |
| Tobias Keller | tkeller@kellerbenvenutti.com |
| Walter Rieman | wrieman@paulweiss.com |

# EXHIBIT B

Parties Served by First Class Mail

PG&E Corporation and Pacific Gas and Electric Company
PO Box 770000
77 Beale Street
San Francisco, CA 94105
(Attn: Janet Loduca, Esq.)

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(Attn: Stephen Karotkin, Esq., Jessica Liou, Esq., and Matthew Goren, Esq.), proposed attorneys for the Debtors

Keller & Benvenutti LLP
650 California Street, Suite 1900
San Francisco, CA 94108
(Attn: Tobias Keller, Esq. and Jane Kim, Esq.), proposed attorneys for the Debtors

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
(Attn: Kristopher M. Hansen, Esq., Erez E. Gilad, Esq., and Matthew G. Garofalo, Esq.)

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
(Attn: Eli J. Vonnegut, Esq., David Schiff, Esq., and Timothy Graulich, Esq.), as counsel for the collateral agent under the Debtors' debtor-in-possession financing facility

Stroock & Stroock & Lavan LLP
2029 Century Park East
Los Angeles, CA 90067-3086
(Attn: Frank A. Merola, Esq.), as counsel for the administrative agent under the Debtors' debtor-in-possession financing facility

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(Attn: Alan W. Kornberg, Esq., Brian S. Hermann, Esq., Walter R. Rieman, Esq., Sean A. Mitchell, Esq., and Neal P. Donnelly, Esq.), as counsel to the California Public Utilities Commission

Office of the United States Trustee for Region 17
450 Golden Gate Avenue, 5th Floor, Suite #05-015
San Francisco, CA 94102
(Attn: James L. Snyder, Esq. and Timothy Laffredi, Esq.)

U.S. Nuclear Regulatory Commission
Washington, DC 20555-0001
(Attn: General Counsel)

U.S. Department of Justice
1100 L Street, NW, Room 7106
Washington DC 20005
(Attn: Danielle A. Pham, Esq.,) as counsel for United States on behalf of the Federal Energy Regulatory Commission

Milbank LLP
55 Hudson Yards
New York, NY 10001-2163
(Attn: Dennis F. Dunne, Esq. and Sam A. Khalil, Esq.)

Milbank LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
(Attn: Paul S. Aronzon, Esq., Gregory A. Bray, Esq., and Thomas R. Kreller, Esq.), as counsel for the Official Committee of Unsecured Creditors (the "Creditors Committee")

Baker & Hostetler LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
(Attn: Eric Sagerman, Esq. and Cecily Dumas, Esq.), as counsel for the Official Committee of Tort Claimants (the "Tort Claimants Committee")