# EXHIBIT A
## COUNSEL

| | |
|---|---|
| **LABATON SUCHAROW LLP** | **WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK, LLP** |
| Thomas A. Dubbs (*pro hac vice*) | James M. Wagstaffe (SBN 95535) |
| Carol C. Villegas (*pro hac vice*) | Frank Busch (SBN 258288) |
| Michael P. Canty (*pro hac vice*) | 100 Pine Street, Suite 725 |
| Thomas G. Hoffman, Jr. (*pro hac vice*) | San Francisco, California 94111 |
| 140 Broadway | Telephone 415-357-8900 |
| New York, New York 10005 | wagstaffe@wvbrlaw.com |
| Telephone 212-907-0700 | busch@wvbrlaw.com |
| tdubbs@labaton.com | |
| cvillegas@labaton.com | *Liaison Counsel for the Class* |
| mcanty@labaton.com | |
| thoffman@laaton.com | |

*Lead Counsel to Securities Lead Plaintiff and the Class*

| | |
|---|---|
| **LOWENSTEIN SANDLER LLP** | **MICHELSON LAW GROUP** |
| Michael S. Etkin (*pro hac vice*) | Randy Michelson, Esq. (SBN 114095) |
| Andrew Behlmann (*pro hac vice*) | 220 Montgomery Street, Suite 2100 |
| Scott Cargill | San Francisco, CA 94104 |
| Colleen Restel | Telephone 415-512-8600 |
| One Lowenstein Drive | Facsimile 415-512-8601 |
| Roseland, New Jersey 07068 | randy.michelson@michelsonlawgroup.com |
| Telephone 973-597-2500 | |
| Facsimile 973-597-2333 | *Local Bankruptcy Counsel to Securities Lead Plaintiff and the Class* |
| metkin@lowenstein.com | |
| abehlmann@lowenstein.com | |
| scargill@lowenstein.com | |
| crestel@lowenstein.com | |

*Special Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

| | |
|---|---|
| **ROBBINS GELLER RUDMAN & DOWD LLP** | **ROBBINS GELLER RUDMAN & DOWD LLP** |
| Darren J. Robbins (SBN 168593) | Willow E. Radcliffe (SBN 200089) |
| Brian E. Cochran (SBN 286202) | Kenneth J. Black (SBN 291871) |
| 655 West Broadway, Suite 1900 | Hadiya K. Deshmukh (SBN 328118) |
| San Diego, California 92101 | Post Montgomery Center |
| Telephone 619-231-1058 | One Montgomery Street, Suite 1800 |
| darrenr@rgrdlaw.com | San Francisco, California 94104 |
| bcochran@rgrdlaw.com | Telephone 415-288-4545 |
| | willowr@rgrdlaw.com |
| **VANOVERBEKE, MICHAUD & TIMMONY, P.C.** | kennyb@rgrdlaw.com |
| Thomas C. Michaud | hdeshmukh@rgrdlaw.com |
| 79 Alfred Street | |
| Detroit, Michigan 48201 | |
| Telephone 313-578-1200 | |
| tmichaud@vmtlaw.com | |

*Counsel for the Securities Act Claims*