# EXHIBIT C

# PROPOSED ORDER

Securities Plaintiffs' Motion and Memorandum of Points and Authorities in Support of Motion for the Application of Bankruptcy Rule 7023 and the Certification of a Class of Securities Claimants [Case No. 19-30088 (DM) (Lead Case)]

Case: 19-30088    Doc# 13940-3    Filed: 08/01/23    Entered: 08/01/23 16:25:17    Page 1 of 7

**LABATON SUCHAROW LLP**
Thomas A. Dubbs (*pro hac vice* forthcoming)
Carol C. Villegas (*pro hac vice*)
Michael P. Canty (*pro hac vice* pending)
Thomas G. Hoffman, Jr. (*pro hac vice*)
140 Broadway
New York, New York 10005

*Lead Counsel to Securities Lead Plaintiff and the Class*

**MICHELSON LAW GROUP**
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, California 94104

*Local Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

**LOWENSTEIN SANDLER LLP**
Michael S. Etkin (*pro hac vice*)
Andrew Behlmann (*pro hac vice*)
Scott Cargill
Colleen Restel
One Lowenstein Drive
Roseland, New Jersey 07068

*Special Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

(additional counsel on Exhibit A)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088 (DM) (Lead Case)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**[PROPOSED] ORDER GRANTING SECURITIES PLAINTIFFS' MOTION TO APPLY BANKRUPTCY RULE 7023 AND CERTIFY A CLASS OF SECURITIES CLAIMANTS** |

Securities Plaintiffs' [Proposed] Order Granting Securities Plaintiffs' Motion to Apply Bankruptcy Rule 7023 and Certify a Class of Securities Claimants [Case No. 19-30088 (DM) (Lead Case)]

Case: 19-30088    Doc# 13940-3    Filed: 08/01/23    Entered: 08/01/23 16:25:17    Page 2 of 7

Upon the motion, dated July 7, 2023,[1] of Claimant Public Employees Retirement Association of New Mexico (**"Securities Lead Plaintiff"** or **"PERA"**), the court-appointed lead plaintiff in the securities class action captioned as *In re PG&E Corporation Securities Litigation*, Case No. 18-03509 (the **"Securities Action"**) pending in the U.S. District Court for the Northern District of California (the **"District Court"**), on behalf of itself and the proposed class it represents in the Securities Action (the **"Class"**), together with Claimants York County on behalf of the County of York Retirement Fund, City of Warren Police and Fire Retirement System, and Mid-Jersey Trucking Industry & Local No. 701 Pension Fund (collectively, the **"Securities Act Plaintiffs"** and, together with Securities Lead Plaintiff, the **"Securities Plaintiffs"**), for entry of an order, pursuant to Rules 7023 and 9014(a) and (c) of the Federal Rules of Bankruptcy Procedure (the **"Bankruptcy Rules"**) certifying a class of securities claimants (the "**Motion**"); and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found and determined that notice of the Motion was reasonable and sufficient, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion and held a hearing to consider the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is appropriate under the circumstances; and upon the record of all of the proceedings had on the Motion before this Court, and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein;

2. Pursuant to Federal Rule of Bankruptcy Procedure 9014, the Court hereby directs that Federal Rule of Bankruptcy Procedure 7023 applies to the Securities Class Claims;

---

[1] Capitalized terms used but not defined herein have the meanings given thereto in the Motion.

3. The factors enumerated in Federal Rule of Civil Procedure 23(a)(1)-(4) are satisfied;

4. Federal Rule of Civil Procedure 23(b)(3) is satisfied;

5. The Court certifies a class consisting of all those who purchased or otherwise acquired the publicly traded debt or equity securities of PG&E Corporation, Pacific Gas and Electric Company, or both, from April 29, 2015 through November 15, 2018 (inclusive), and who timely submitted Securities Claims in these Chapter 11 Cases, which Securities Claims have not otherwise been resolved; and

6. The Court enters the below schedule for additional class certification discovery and supplemental briefing.

| DATE | EVENT |
| --- | --- |
| August 18, 2023 | Discovery requests to Securities Plaintiffs |
| September 8, 2023 | Service of Reorganized Debtors' initial expert report(s) on price impact, etc. |
| Week of September 18, 2023 | Deposition(s) of Reorganized Debtors' expert(s); depositions of proposed class representatives |
| September 22, 2023 | Service of Securities Plaintiffs' opposing expert report(s) |
| Week of October 2, 2023 | Deposition of Securities Plaintiffs' expert(s) |
| October 13, 2023 | Securities Plaintiffs' supplemental class certification brief on open class issues |
| October 20, 2023 | Reorganized Debtors' supplemental class certification brief on open class issues |
| December 1, 2023, or as soon thereafter is convenient for the Court | Class certification hearing |
| December 8, 2023 (or 7 calendar days after the Court issues an order granting Class Certification) | Motion for class notice and appointment of Class Administrator |
| January 5, 2024 (or as soon thereafter is convenient for the Court) | Hearing on Class Notice |
| January 12, 2024 (or 5 business days after this Court approves Class Notice) | Kroll provides the Securities Claimants' email and mailing addresses to the Class Administrator |
| January 17, 2024 (or 7 business days after the Class Administrator's receipt of the Securities Claimants' email and mailing addresses) | Preliminary Class Notice issued to the Securities Claimants via ECF, email, and U.S. mail |
| February 16, 2024 (or 30 calendar days after issuance of Class Notice) | Opt out deadline |

** END OF ORDER **

3

# EXHIBIT A (TO PROPOSED ORDER)

## COUNSEL

**LABATON SUCHAROW LLP**
Thomas A. Dubbs (*pro hac vice*)
Carol C. Villegas (*pro hac vice*)
Michael P. Canty (*pro hac vice*)
Thomas G. Hoffman, Jr. (*pro hac vice*)
140 Broadway
New York, New York 10005
Telephone 212-907-0700
tdubbs@labaton.com
cvillegas@labaton.com
mcanty@labaton.com
thoffman@labaton.com

*Lead Counsel to Securities Lead Plaintiff and the Class*

**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK, LLP**
James M. Wagstaffe (SBN 95535)
Frank Busch (SBN 258288)
100 Pine Street, Suite 725
San Francisco, California 94111
Telephone 415-357-8900
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Liaison Counsel for the Class*

**LOWENSTEIN SANDLER LLP**
Michael S. Etkin *(pro hac vice)*
Andrew Behlmann *(pro hac vice)*
Scott Cargill
Colleen Restel
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone 973-597-2500
Facsimile 973-597-2333
metkin@lowenstein.com
abehlmann@lowenstein.com
scargill@lowenstein.com
crestel@lowenstein.com

*Special Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

**MICHELSON LAW GROUP**
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Telephone 415-512-8600
Facsimile 415-512-8601
randy.michelson@michelsonlawgroup.com

*Local Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

**ROBBINS GELLER RUDMAN & DOWD LLP**
Darren J. Robbins (SBN 168593)
Brian E. Cochran (SBN 286202)
655 West Broadway, Suite 1900
San Diego, California 92101
Telephone 619-231-1058
darrenr@rgrdlaw.com
bcochran@rgrdlaw.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
Willow E. Radcliffe (SBN 200089)
Kenneth J. Black (SBN 291871)
Hadiya K. Deshmukh (SBN 328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone 415-288-4545
willowr@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com

| | |
|---|---|
| 1 | **VANOVERBEKE, MICHAUD &** |
| 2 | **TIMMONY, P.C.** |
|   | Thomas C. Michaud |
| 3 | 79 Alfred Street |
|   | Detroit, Michigan 48201 |
| 4 | Telephone 313-578-1200 |
|   | tmichaud@vmtlaw.com |
| 5 | *Counsel for the Securities Act Plaintiffs* |