**LABATON SUCHAROW LLP**
Thomas A. Dubbs (*pro hac vice*)
Carol C. Villegas (*pro hac vice*)
Michael P. Canty (*pro hac vice*)
Thomas G. Hoffman, Jr. (*pro hac vice*)
140 Broadway
New York, New York 10005

*Lead Counsel to Securities Lead Plaintiff and the Class*

**LOWENSTEIN SANDLER LLP**
Michael S. Etkin (*pro hac vice*)
Andrew Behlmann (*pro hac vice*)
Scott Cargill
Colleen Restel
One Lowenstein Drive
Roseland, New Jersey 07068

*Special Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

**MICHELSON LAW GROUP**
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, California 94104

(additional counsel on Exhibit A)

*Local Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | Case No. 19-30088 (DM) (Lead Case)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>***EX PARTE* APPLICATION FOR ORDER PURSUANT TO B.L.R. 9013-1(c) AUTHORIZING OVERSIZE REPLY BRIEF IN SUPPORT OF SECURITIES PLAINTIFFS' MOTION FOR THE APPLICATION OF RULE 7023 AND THE CERTIFICATION OF A CLASS OF SECURITIES CLAIMANTS**<br><br>**(No Hearing Requested)** |

Claimant Public Employees Retirement Association of New Mexico ("**Securities Lead Plaintiff**" or "**PERA**"), the court-appointed lead plaintiff in the securities class action captioned as *In re PG&E Corporation Securities Litigation*, Case No. 18-03509 (the "**Securities Action**"), pending in the United States District Court for the Northern District of California (the "**District Court**"), on behalf of itself and the proposed class it represents in the Securities Action (the "**Class**"), together with York County on behalf of the County of York Retirement Fund, City of

36328/2
08/01/2023 215754857.1

Warren Police and Fire Retirement System, and Mid-Jersey Trucking Industry & Local No. 701 Pension Fund (collectively, the "**Securities Act Plaintiffs**" and, together with Securities Lead Plaintiff, "**Securities Plaintiffs**"), hereby submit this *Ex Parte* Application (the "**Application**"), pursuant to Rule 9013-1(c) of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Local Rules**"), for entry of an order, substantially in the form submitted herewith (the "**Proposed Order**"), authorizing the Securities Plaintiffs to file an oversize reply brief (the "**Reply**") in support of their *Motion and Memorandum of Points and Authorities in Support of the Motion for the Application of Bankruptcy Rule 7023 and the Certification of a Class of Securities Claimants* (the "**Motion**").

For the reasons set forth below, the Application should be granted.

### ARGUMENT

**A. An Oversize Reply Brief is Warranted**

Bankruptcy Local Rule 9013-1(c) provides that, "[u]nless the Court expressly orders otherwise, the initial and response memoranda of points and authorities shall not exceed 25 pages of text, and reply memorandum shall not exceed 15 pages of text." B.L.R. 9013-1(c).

Securities Plaintiffs submit that sufficient cause exists for the Court to allow an oversized reply brief in support of the Motion. First, the issues raised in the Motion are varied and complex. They involve application of a two-step analysis, the first step of which is the subject of the Motion and involves consideration of various factors. *See In re Chaparral Energy, Inc.*, 571 B.R. 642 (Bankr. D. Del. 2017); *In re Musicland Holding Corp.*, 362 B.R. 644 (Bankr. S.D.N.Y. 2007). Second, both the Reorganized Debtors and the RKS Claimants have filed lengthy oppositions to the Motion. The Reorganized Debtors' opposition brief contains 27 pages of text and relies on a declaration. [ECF 13922 & 13923] (the "**Reorganized Debtors' Objection**"). The RKS Claimants' opposition brief contains 23 pages of text and similarly relies on a declaration. [ECF 13918 & 13919] (the "**RKS Claimants' Objection**"). In addition, the Reorganized Debtors

sought permission to exceed the page limitation in the Reorganized Debtors' Objection [ECF 13924], which this Court has already granted [ECF 13926].

Rather than responding separately to the Reorganized Debtors' Objection and RKS Claimants' Objection individually, the Securities Plaintiffs intend to file an omnibus reply in support of the Motion and in response to both the Reorganized Debtors' Objection and RKS Claimants' Objection.

Accordingly, Securities Plaintiffs believe it is appropriate to request authority for its reply brief in support of the Motion to exceed the 15 pages of text allowed under Bankruptcy Local Rule 9013-1(c).

**B. Notice**

Notice of this Application will be provided to (i) the Office of the U.S. Trustee for Region 17 (Attn: Andrew R. Vara, Esq. and Cameron M. Gulden, Esq.); (ii) counsel for parties who filed joinders or objections to the Motion; (iii) all counsel and parties receiving electronic notice through the Court's electronic case filing system; and (iv) those persons who have formally appeared in these Chapter 11 Cases and requested service under Bankruptcy Rule 2002. Securities Plaintiffs respectfully submit that no further notice is required.

**C. No Previous Request for Relief**

No previous request for the relief sought herein has been made by Securities Plaintiffs in this or any other court.

**CONCLUSION**

WHEREFORE, Securities Plaintiffs respectfully request entry of the Proposed Order authorizing it to file a Reply in excess of 15 pages of text, but not to exceed 25 pages of text (exclusive of any schedules or exhibits thereto and/or any declarations filed in connection therewith), and such other and further relief as the Court may deem just and proper.

Dated: August 1, 2023

Respectfully submitted,

**MICHELSON LAW GROUP**

By: /s/ Randy Michelson
Randy Michelson (SBN 114095)
*Local Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

- and -

**LABATON SUCHAROW LLP**

*Lead Counsel to Securities Lead Plaintiff and the Class*

- and –

**LOWENSTEIN SANDLER LLP**

*Special Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

- and -

**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK, LLP**

*Liaison Counsel for the Class*

- and -

**ROBBINS GELLER RUDMAN & DOWD LLP**

*Counsel for the Securities Act Plaintiffs*

- and -

**VANOVERBEKE, MICHAUD & TIMMONY, P.C.**

*Additional Counsel for the Securities Act Plaintiffs*

# EXHIBIT A

## COUNSEL

**LABATON SUCHAROW LLP**
Thomas A. Dubbs (*pro hac vice*)
Carol C. Villegas (*pro hac vice*)
Michael P. Canty (*pro hac vice*)
Thomas G. Hoffman, Jr. (*pro hac vice*)
140 Broadway
New York, New York 10005
Telephone   212-907-0700
tdubbs@labaton.com
cvillegas@labaton.com
mcanty@labaton.com
thoffman@labaton.com

*Lead Counsel to Securities Lead Plaintiff and the Class*

**LOWENSTEIN SANDLER LLP**
Michael S. Etkin *(pro hac vice)*
Andrew Behlmann (*pro hac vice*)
Scott Cargill
Colleen Restel
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone   973-597-2500
Facsimile   973-597-2333
metkin@lowenstein.com
abehlmann@lowenstein.com
scargill@lowenstein.com
crestel@lowenstein.com

*Special Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

**ROBBINS GELLER RUDMAN & DOWD LLP**
Darren J. Robbins (SBN 168593)
Brian E. Cochran (SBN 286202)
655 West Broadway, Suite 1900
San Diego, California 92101
Telephone   619-231-1058
darrenr@rgrdlaw.com
bcochran@rgrdlaw.com

**VANOVERBEKE, MICHAUD & TIMMONY, P.C.**
Thomas C. Michaud
79 Alfred Street
Detroit, Michigan 48201
Telephone   313-578-1200
tmichaud@vmtlaw.com

**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK, LLP**
James M. Wagstaffe (SBN 95535)
Frank Busch (SBN 258288)
100 Pine Street, Suite 725
San Francisco, California 94111
Telephone   415-357-8900
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Liaison Counsel for the Class*

**MICHELSON LAW GROUP**
Randy Michelson, Esq. (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Telephone   415-512-8600
Facsimile   415-512-8601
randy.michelson@michelsonlawgroup.com

*Local Bankruptcy Counsel to Securities Lead Plaintiff and the Class*

**ROBBINS GELLER RUDMAN & DOWD LLP**
Willow E. Radcliffe (SBN 200089)
Kenneth J. Black (SBN 291871)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone   415-288-4545
willowr@rgrdlaw.com
kennyb@rgrdlaw.com

*Counsel for Securities Act Plaintiffs*

# EXHIBIT B

# RESERVATION OF RIGHTS

The Securities Plaintiffs, on behalf of themselves and the Class, do not, and will not, impliedly, consent to this Court's adjudication of the claims asserted against any Non-Debtor Defendants now or hereafter named in the Securities Action.