**Entered on Docket**
**August 02, 2023**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: August 2, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>       - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>       Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER SETTING FURTHER BRIEFING SCHEDULE ON
DRRT'S AMENDED MOTION FOR RELIEF**

Pursuant to the *Order Reversing Grant of DRRT's Motion for Relief* (Dkt. 13680), the Court hereby sets the following briefing schedule on DRRT's *Amended Motion for Relief from Orders by Default Disallowing and Expunging Proofs of Claims Pursuant to Reorganized Debtors' Eleventh and Thirteenth*

-1-

*Securities Claims Omnibus Objections (Claims Barred by the Statute of Repose)* (Dkt. 11734) (N.D. Cal 22-cv-02633, Dkt. 7) for parties to specifically address DRRT's arguments pertaining to Federal Rule of Civil Procedure 60(b)(1) and 60(b)(3):

1. DRRT, if it wishes to file any further argument, on or before August 23, 2023.

2. Debtors, if they wish to file any further response, 14 days thereafter.

No reply briefing is to be filed. The matter will stand submitted for decision after the foregoing briefing. No further hearing will be set unless deemed necessary by the court.

**\*\*END OF ORDER\*\***

-2-

1                                   **COURT SERVICE LIST**

2 ECF Recipients

Case: 19-30088   Doc# 13944   Filed: 08/02/23   Entered: 08/02/23 10:27:48   Page 3 of 3