**Signed and Filed: August 7, 2023**



_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER GRANTING MOTION FOR ORDER EXCUSING COUNSEL FROM TRANSMITTING DOCUMENTS**

    The court has reviewed the Motion For Order Excusing Dreyer Babich Buccola Wood Campora, LLP from Transmitting Documents Related to the Bankruptcy Cases To: Michael Ramey; Michael Ramey and Associates, Inc.; and Michael Ramey as Trustee of the Ramey Colby 2007 Trust and the declaration in support (together as "Motion") filed by attorneys for Dreyer Babich Buccola Wood

-1-

Campora LLP (Dkts. 13878 and 13880). Upon due consideration, the court HEREBY GRANTS the Motion and removes a hearing on the Motion scheduled for August 8, 2023 at 10:00 a.m. from its calendar. Counsel is directed to serve the affected former clients with this Order, and no further documents or papers need be forwarded.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST

ECF Recipients