Entered on Docket
August 08, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: August 8, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br>**PG&E CORPORATION,** <br><br> - and - <br><br>**PACIFIC GAS AND ELECTRIC COMPANY,** <br><br>Debtors. | Bankruptcy Case No. 19-30088 (DM) <br><br> Adv. Proc. No. 23-03005 (DM) <br><br>**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT, DISALLOWING PROOF OF CLAIM OF DAVID P. ADDINGTON, AND GRANTING RELATED RELIEF** |
| **DAVID P. ADDINGTON,** <br><br>Plaintiff <br><br> v. <br><br>**PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC COMPANY,** <br><br>Defendants | Date: June 7, 2023 <br> Time: 11:00 a.m. (Pacific Time) <br> Place: Zoom Videoconference <br> United States Bankruptcy Court <br> Courtroom 17, 16th Floor <br> San Francisco, CA 94102 |

At the above-captioned date and time, the Court held a hearing on the *Reorganized Debtors' Motion for Summary Judgment on Claims of David P. Addington and Request for Related Relief* [AP Dkt. 14] (the "**Motion for Summary Judgment**"), filed by PG&E Corporation and Pacific Gas and Electric Company, debtors and reorganized debtors in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") and defendants in the above-captioned adversary proceeding (the "**Adversary Proceeding**"). Appearances were noted on the record. For the reasons stated in the *Memorandum Decision Granting Motion for Summary Judgment* entered on July 24, 2023 [AP Dkt. 27],

IT IS HEREBY ORDERED THAT:

1. The Motion for Summary Judgment is GRANTED.

2. All claims asserted in *Plaintiff David P. Addington's Action for Quiet Title and Declaratory Relief at 298 Saint James* [Chapter 11 Cases Dkt. No. 13523; AP Dkt. 1] are DENIED.

3. *Creditor David P. Addington's Motion for Quiet Title, Declaratory Relief and to Amend Claim No. 108715* [Chapter 11 Cases Dkt. No. 13481] is DENIED.

4. Proof of Claim No. 108715 filed by David P. Addington ("**Addington**") in the Chapter 11 Cases is DISALLOWED and EXPUNGED.

5. The Court finds that the recording by Addington of the *Notice of Easement Termination and Extinguishment* on March 14, 2023, in the Official Records of Alameda County as Document No. 2023030239 (the "**Second Notice**"), referring to the real property commonly known as 298 Saint James Drive, in Piedmont, California, violated the discharge granted to the Reorganized Debtors pursuant to 11 U.S.C. § 1141 through the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Chapter 11 Cases Dkt. No. 8048] (as may be further modified, amended or supplemented from time to time, and together with any exhibits or schedules thereto, the "**Plan**"), and Paragraphs 8, 48, 49, and 52 of the Order dated June 20, 2020, confirming the Plan [Chapter 11 Cases Dkt. No. 8053].

6. Therefore, the recording of the Second Notice is VOID. Addington is directed to rescind the Second Notice promptly following entry of this Order.

7. The Reorganized Debtors are hereby authorized, but not required, to record a copy of this Order in the Official Records of Alameda County.

8. The Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

| | |
|---|---|
| 1 | <u>Court Service List</u> |
| 2 | David P. Addington |
| 3 | 298 Saint James Drive<br>Piedmont, CA 94611 |