ESTELA O. PINO, SBN 112975
**PINO & ASSOCIATES**
1520 Eureka Rd., Suite 101,
Roseville, CA 95661
Telephone: (916) 641-2288
Facsimile: (916) 244-0989

Attorneys for Dreyer Babich Buccola Wood Campora, LLP

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>In re:<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088(DM)* | Case Nos. 19-30088 (DM)<br><br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER GRANTING MOTION FOR ORDER EXCUSING COUNSEL FROM TRANSMITTING DOCUMENTS**<br><br>DATE: August 8, 2023<br>TIME: 10:00 A.M.<br>PLACE: **Tele/Videoconference only**<br>450 Golden Gate Avenue,<br>Courtroom 17, 16th Floor<br>San Francisco, California<br><br>JUDGE: Hon. Dennis Montali<br><br>[Re: Dkt. No. 13950] |

**PLEASE TAKE NOTICE** that on August 7, 2023, the United States Bankruptcy Court for the Northern District of California, entered on the docket of the above-captioned bankruptcy case the Order Granting Motion for Order Excusing Counsel from Transmitting Documents (hereinafter referred to as the "Order") (ECF 13950).

**PLEASE TAKE FURTHER NOTICE** that a true and correct copy of the Order is attached hereto and incorporated herein by reference as Exhibit 1.

DATED: August 8, 2023

Respectfully submitted,

**PINO & ASSOCIATES**

By: _____

Estela O. Pino, Counsel for
Dreyer Babich Buccola Wood Campora, LLP



Signed and Filed: August 7, 2023

_Dennis Montali_

**DENNIS MONTALI**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:  ) Bankruptcy Case
) No. 19-30088-DM
PG&E CORPORATION,  )
) Chapter 11
- and -  )
) Jointly Administered
PACIFIC GAS AND ELECTRIC COMPANY, )
)
Reorganized Debtors.  )
)
☐ Affects PG&E Corporation  )
☐ Affects Pacific Gas and  )
Electric Company  )
☒ Affects both Debtors  )
)
* All papers shall be filed in  )
the Lead Case, No. 19-30088 (DM). )
)

**ORDER GRANTING MOTION FOR ORDER EXCUSING COUNSEL FROM TRANSMITTING DOCUMENTS**

The court has reviewed the Motion For Order Excusing Dreyer Babich Buccola Wood Campora, LLP from Transmitting Documents Related to the Bankruptcy Cases To: Michael Ramey; Michael Ramey and Associates, Inc.; and Michael Ramey as Trustee of the Ramey Colby 2007 Trust and the declaration in support (together as "Motion") filed by attorneys for Dreyer Babich Buccola Wood

-1-

Campora LLP (Dkts. 13878 and 13880). Upon due consideration, the court HEREBY GRANTS the Motion and removes a hearing on the Motion scheduled for August 8, 2023 at 10:00 a.m. from its calendar. Counsel is directed to serve the affected former clients with this Order, and no further documents or papers need be forwarded.

**\*\*END OF ORDER\*\***

-2-

Exhibit 1
Case: 19-30088    Doc# 13950    Filed: 08/07/23    Entered: 08/07/23 15:35:48    Page 2 of 3
Case: 19-30088    Doc# 13953    Filed: 08/08/23    Entered: 08/08/23 12:39:45    Page 4 of 5

# COURT SERVICE LIST

ECF Recipients

-3-

Case: 19-30088    Doc# 13950    Filed: 08/07/23    Entered: 08/07/23 15:35:48    Page 3

Exhibit 1

Case: 19-30088    Doc# 13953    Filed: 08/08/23    Entered: 08/08/23 12:39:45    Page 5 of 5