| | |
|---|---|
| 1 | ESTELA O. PINO, SBN 112975 |
| 2 | **PINO & ASSOCIATES**<br>1520 Eureka Rd., Suite 101, |
| 3 | Roseville, CA 95661<br>Telephone: (916) 641-2288 |
| 4 | Facsimile: (916) 244-0989 |
| 5 | |
| 6 | Attorneys for Dreyer Babich Buccola Wood Campora, LLP |

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| In re: | ) | Case Nos. 19-30088 (DM) |
| **PG&E CORPORATION,** | ) | Chapter 11 |
| -and- | ) | |
| In re: | ) | **PROOF OF SERVICE VIA UNITED STATES MAIL** |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | ) | DATE: August 8, 2023<br>TIME: 10:00 A.M. |
| Debtors. | ) | PLACE: **Tele/Videoconference only**<br>450 Golden Gate Avenue,<br>Courtroom 17, 16th Floor |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | ) | San Francisco, California<br>JUDGE: Hon. Dennis Montali |
| * *All papers shall be filed in the lead case, No. 19-30088(DM)* | ) | RELATED DOCKET: 13950 and 13953 |

I am employed in the County of Placer, California. My business address is 1520 Eureka Rd., Suite 101, Roseville, CA 95661. I am over the age of eighteen years and not a party to the foregoing action.

On August 8, 2023, I served the documents named below on the parties named below by causing true copies thereof to be placed in sealed envelopes with postage thereon fully prepaid in the United States mail in Roseville, California, addressed as follows:

///

| | |
|---|---|
| 1 | **Documents Served:** |
| 2 | NOTICE OF ENTRY OF ORDER GRANTING MOTION FOR ORDER EXCUSING COUNSEL FROM TRANSMITTING DOCUMENTS [WITH A COPY OF THE ORDER ATTACHED AS EXHIBIT 1]. |
| 3 | |
| 4 | **Parties Served:** |
| 5 | Michael Ramey |
| 6 | P.O. Box 28379 |
| 7 | Santa Ana, CA 92799. |
| 8 | Michael Ramey & Associates Inc. |
| 9 | Michael Ramey, MBA, CFE, SCLA |
| 10 | P.O. Box 28379 |
| | Santa Ana, CA 92799. |
| 11 | |
| 12 | Michael Ramey & Associates Inc. |
| 13 | c/o Michael Ramey |
| | Agent for Service of Process |
| 14 | 530 La Gonda Way, Suite D |
| 15 | Danville, CA 94526. |
| 16 | |
| 17 | Michael Ramey & Associates Inc. |
| | Michael Ramey, MBA, CFE, SCLA |
| 18 | P.O. Box 744, |
| 19 | Danville, CA 94526. |
| 20 | |
| | Michael Ramey as Trustee of the Ramey Colby 2007 Trust |
| 21 | P.O. Box 28379 |
| 22 | Santa Ana, CA 92799. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 8, 2023, at Roseville, Placer County, California.

*/s/ Whitney Connell*
Whitney Connell