**Exhibit 1**

**Claims**

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Iowa Health System-Board Designated<br>TCW Attn: Theresa Tran 865 S. Figueroa Street Suite 1800<br>Los Angeles, CA 90017 | 99590 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $9,059.70 | $9,059.70 | Outside Subject Period |
| Iowa Health System-Insurance<br>TCW Attn: Theresa Tran 865 S. Figueroa Street Suite 1800<br>Los Angeles, CA 90017 | 99677 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $882.00 | $882.00 | Outside Subject Period |
| Iowa Health Systems Pension Fund - Central Iowa Health Syste<br>Attn: Iowa Health Systems Pension Fund - Central Iowa Health Systems 865 S. Figueroa Street Suite 1800<br>Los Angeles, CA 90017 | 99685 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $4,322.70 | $4,322.70 | Outside Subject Period |
| Johnston, Tim David<br>9120 Windflower Lane<br>Annandale, VA 22003 | 97850 | Pacific Gas and Electric Company | 3/17/2020 | $0.00 | $0.00 | $0.00 | $8,536.00 | $8,536.00 | Outside Subject Period |
| LIQ-Sheet Metal Workers' Local Union No. 80 Pension<br>TCW Attn LIQ-Sheet Metal Workers' Local Union No. 80 865 S. Figueroa Street Suite 1800<br>Los Angeles, CA 90017 | 99971 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $19,625.25 | $19,625.25 | Outside Subject Period |
| Mealey, Dolly<br>PO Box 4036<br>Sunriver, OR 97707-4036 | 107880 | PG&E Corporation | 8/16/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| Meisenheimer, Winnifred A.<br>7478 Lake Marsha Dr.<br>Orlando, FL 32819 | 99891 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $8,461.29 | $8,461.29 | Outside Subject Period |
| USD-Unhedged MetWest Conservative Unconstrained Bond Fund<br>TCW Attn Theresa Tran 865 S. Figueroa Street Suite 1800<br>Los Angeles, CA 90017 | 100625 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $5,750.00 | $5,750.00 | Outside Subject Period |
| **Claims To Be Expunged Totals** | Count: 8 | | | $0.00 | $0.00 | $0.00 | $56,636.94 | $56,636.94 | |