# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
| **Debtors.** | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Rohany Tejada, do declare and state as follows:

1.      I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Debtors in the above-referenced chapter 11 bankruptcy cases.

2.      On August 2, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served on Welty Weaver & Currie, PC (ADRID: 18163190), Jack W. Weaver, Esq., 3554 Round Barn Blvd., Suite 300, Santa Rosa, CA 95403:

- Order Denying Motion to Allow Late Claims [Docket No. 13945]

3.      I have reviewed the Notices of Electronic Filing (NEF) for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

4.   I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 8th day of August 2023, at New York, NY.

    */s/ Rohany Tejada*
    Rohany Tejada

2

SRF 71843