UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>   - and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>   Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Paul Pullo, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On July 19, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on the Interstate Fire & Casualty Company, (ADRID: 4583862), c/o Vedder Price (CA) LLP, Attn: Scott H. Olson, 1 Post St, Ste 2400, San Francisco, CA 94104-5228.

- Appellees' (I) Response to Spiro Jannings' Appellant's Designation of Record and Statement of Issues and (II) Designation of Additional Items to be Included in the Record on Appeal [Docket No. 13776]

- Order Enforcing Discharge and Injunction Provisions of Plan and Confirmation Order Against Certain Pending Actions [Docket No. 13777]

- Order Denying Motion for Reconsideration by William B. Abrams [Docket No. 13778]

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

3. On July 20, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Interstate Fire & Casualty Company, (ADRID: 4583862), c/o Vedder Price (CA) LLP, Attn: Scott H. Olson, 1 Post St, Ste 2400, San Francisco, CA 94104-5228:

- Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Liability Claims) [Docket No. 13775]

4. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

5. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 2nd day of August 2023, at New York, NY.

/s/ Paul Pullo
Paul Pullo