

**Signed and Filed: August 16, 2023**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>       - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>       Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |
| DAVID P. ADDINGTON,<br><br>       Plaintiff,<br><br>v.<br><br>PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY,<br><br>       Defendants. | Adversary Proceeding<br>No. 23-03005-DM |

-1-

**ORDER DIRECTING REORGANIZED DEBTORS TO RESPOND TO
MOTION FOR RECONSIDERATION BY DAVID P. ADDINGTON**

The court has reviewed *Creditor David P. Addington's Motion for Reconsideration (Claim No. 3093)* filed on August 15, 2023, in the above-captioned main case at Dkt. 13966 and adversary proceeding at Dkt. 31. The court hereby directs the Reorganized Debtors to file a response no later than August 30, 2023. No reply briefing is to be filed. The matter will stand submitted for decision after the foregoing response is filed. No further hearing will be set unless the court orders otherwise.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

David P. Addington
298 Saint James Drive
Piedmont, CA 94611