**Exhibit 1**

**Noteholder Securities Claims**

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| BKM KUW<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107308 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| BNY Mellon Service Kapitalanlagegesellschaft mbH (on behalf of Fund VWRA)<br>TILP PLLC c/o TILP Litigation Rechtsanwaltsgesellschaft mbH Einhornstr. 21<br>Kirchentellinsfurt, 72138 | 99986 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $18,295.31 | $18,295.31 | Released Noteholder Securities Claims |
| Bravo Health Pennsylvania, Inc. OBO HSPBPA<br>Attn: Maria Turner A4ACT 900 Cottage Grove Rd<br>Bloomfield, CT 06002 | 103055 | Pacific Gas and Electric Company | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Bristol-Myers Squibb Pension Plan<br>Scott Grisin, Assistant Treasurer 100 Nassau Park Blvd., #300<br>Princeton, NJ 08540 | 100920 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $524,425.92 | $524,425.92 | Released Noteholder Securities Claims |
| Capital Group Global Absolute Income Grower<br>c/o Capital Research and Management Company Attn: Kristine Nishiyama 333 South Hope Street, 55th floor<br>Los Angeles, CA 90071 | 101921 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $80,142.00 | $80,142.00 | Released Noteholder Securities Claims |
| Capital Group Global Allocation Fund (LUX)<br>c/o Capital Research and Management Company Attn: Kristine Nishiyama 333 South Hope Street, 55th floor<br>Los Angeles, CA 90071 | 101923 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $249,598.00 | $249,598.00 | Released Noteholder Securities Claims |
| Capital Group Global Intermediate Bond Fund (LUX)<br>c/o Capital Research and Management Company Attn: Kristine Nishiyama 333 South Hope Street, 55th floor<br>Los Angeles, CA 90071 | 101698 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $250,728.00 | $250,728.00 | Released Noteholder Securities Claims |
| Capital Group World Bond Fund (Canada)<br>c/o Capital Research and Management Company Attn: Kristine Nishiyama 333 South Hope Street, 55th floor<br>Los Angeles, CA 90071 | 101945 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $608,807.00 | $608,807.00 | Released Noteholder Securities Claims |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Cascade Investment Group, Inc. c/o Rolnick Kramer Sadighi LLP Attn: Richard A. Bodnar 1251 Avenue of the Americas New York, NY 10020 | 108036 | PG&E Corporation | 12/28/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Charleston Police Pension Fund Brian Blockovich Chicago Clearing Corporation 404 South Wells Street, Suite 600 Chicago, IL 60607 | 108364 | PG&E Corporation | 3/31/2022 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Cigna Behavioral Health of California, Inc. OBO MCCCA Attn: Maria Turner A4ACT 900 Cottage Grove Rd Bloomfield, CT 06002 | 102824 | Pacific Gas and Electric Company | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Conneticut General Life Insurance Company OBO CII01 Attn: Maria Turner A4ACT 900 Cottage Grove Rd. Bloomfield, CT 06002 | 102761 | Pacific Gas and Electric Company | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Delaware VIP Diversified Income Series c/o Peter M. Saparoff, Esqu. Mintz Levin One Financial Center Boston, MA 02111 | 99299 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| DRRT FBO HELABA INVEST KAPITALANLAGEGESELLSCHAFT MBH 340 WEST FLAGLER STREET SUITE 201 MIAMI, FL 33130 | 99635 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $462,531.00 | $462,531.00 | Released Noteholder Securities Claims |
| DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (SSKD-ACB) 340 WEST FLAGLER STREET SUITE 201 MIAMI, FL 33130 | 100154 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Gleaner Life Insurance Society Attn: Kaylene Armstrong 5200 West US HWY 223 Adrian, MI 49221 | 100114 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $54,165.00 | $54,165.00 | Released Noteholder Securities Claims |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| GRD 5<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107299 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Hartford Balanced HLS Fund<br>Attn: Mike Egan Class Action Claims Management 11121 Carmel Commons Blvd Suite 370<br>Charlotte, NC 28226-4561 | 101161 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $3,888,118.64 | $3,888,118.64 | Released Noteholder Securities Claims |
| Hartford Corporate Bond ETF<br>Attn: Mike Egan Class Action Claims Management 11121 Carmel Commons Blvd, Suite 370<br>Charlotte, NC 28226-4561 | 101227 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $217,085.53 | $217,085.53 | Released Noteholder Securities Claims |
| Hartford Multi Asset Income & Growth Fund<br>Class Action Claims Management Attn: Mike Egan 11121 Carmel Commons Blvd Suite 370<br>Charlotte, NC 28226-4561 | 101264 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $1,327,515.00 | $1,327,515.00 | Released Noteholder Securities Claims |
| Hartford Total Return Bond ETF<br>Class Action Claims Management Attn: Mike Egan 11121 Carmel Commons Blvd Suite 370<br>Charlotte, NC 28226-4561 | 101204 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $87,086.02 | $87,086.02 | Released Noteholder Securities Claims |
| Hartford Total Return Bond HLS Fund<br>Attn: Mike Egan Class Action Claims Management 11121 Carmel Commons Blvd Suite 370<br>Charlotte, NC 28226-4561 | 101225 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $5,425,900.00 | $5,425,900.00 | Released Noteholder Securities Claims |
| Hartford Total Return Bond HLS Fund<br>Class Action Claims Management 11121 Carmel Commons Blvd, Suite 370 Attn: Mike Egan<br>Charlotte, NC 28226-4561 | 102015 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $5,425,900.00 | $5,425,900.00 | Released Noteholder Securities Claims |
| HCSC Credit Focus<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107301 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| HIMCO Duration Matched Division Ser II<br>Class Action Claims Management Attn: Mike Egan 11121 Carmel Commons Blvd Suite 370<br>Charlotte, NC  28226-4561 | 101981 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $128,400.03 | $128,400.03 | Released Noteholder Securities Claims |
| HIMCO US Aggregate Bond Index Division<br>Class Action Claims Management Attn: Mike Egan 11121 Carmel Commons Blvd Suite 370<br>Charlotte, NC  28226-4561 | 100877 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $510,078.44 | $510,078.44 | Released Noteholder Securities Claims |
| IBM Plan Montgomery Core Fixed Income<br>525 Market Street floor 12<br>San Francisco, CA  94105 | 107612 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| IBM Plan Montgomery Core Fixed Income<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | 107625 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| IBM Plan Montgomery Core Fixed Income<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | 107627 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| IHIP- WellsCap LT Care Escrow<br>525 Market Street floor 12<br>San Francisco, CA  94105 | 107328 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| IKYF KY Pimco PL Strategy<br>Attn: Legal Department 11 Greenway Plaza, Suite 1000<br>Houston, TX  77046 | 102224 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Invesco Grp TST Pimco A Core Fund<br>Attn: Legal Department 11 Greenway Plaza, Suite 1000<br>Houston, TX  77046 | 101974 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Invesco Grp TST Pimco Core Bond FD<br>Attn: Legal Department 11 Greenway Plaza, Suite 1000<br>Houston, TX  77046 | 101822 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| James Donald Riddell Living Trust<br>7434 Melrose Avenue<br>Wauwatosa, WI 53213 | 99060 | Pacific Gas and Electric Company | 4/10/2020 | $0.00 | $0.00 | $0.00 | $18,670.24 | $18,670.24 | Released Noteholder Securities Claims |
| JHVIT Total Bond Market B<br>John Hancock Investments 197 Clarendon Street<br>Boston, MA 02116 | 107062 | PG&E Corporation | 6/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| John Hancock Core Bond Fund<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107650 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| John Hancock Core Bond Fund<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107649 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| John Hancock Core Bond Fund<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107644 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| John Hancock Core Bond Trust<br>525 Market Street, Floor 12<br>San Francisco, CA 94105 | 107684 | Pacific Gas and Electric Company | 7/7/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| John Hancock Core Bond Trust (JHCBT)<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107824 | Pacific Gas and Electric Company | 7/21/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| John Hancock Variable Insurance Trust-Total Bond Market B<br>John Hancock Investments 197 Clarendon Street<br>Boston, MA 02116 | 107141 | Pacific Gas and Electric Company | 6/3/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Kaiser FND HLTHPLN Prem<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107307 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| KKR Bespoke Global Credit Opportunities (Ireland) Fund Designated Activity Company<br>KKR Credit Advisors (US) LLC 555 California Street<br>San Francisco, CA 94104 | 101782 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $2,306,000.00 | $2,306,000.00 | Released Noteholder Securities Claims |
| KKR Credit Advisors (US) LLC<br>555 California Street, Floor 50<br>San Francisco, CA 94104 | 101906 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $4,413,000.00 | $4,413,000.00 | Released Noteholder Securities Claims |
| KKR Global Credit Opportunities Master Fund LP<br>KKR Credit Advisors (US) LLC 555 California Street<br>San Francisco, CA 94104 | 101564 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $4,777,000.00 | $4,777,000.00 | Released Noteholder Securities Claims |
| KKR Income Opportunities Fund<br>KKR Credit Advisors (US) LLC 555 California Street<br>San Francisco, CA 94104 | 101903 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $648,000.00 | $648,000.00 | Released Noteholder Securities Claims |
| Life Insurance Company of North America OBO LINACGS<br>Attn: Maria Turner A4ACT 900 Cottage Grove Rd.<br>Bloomfield, CT 06002 | 103093 | Pacific Gas and Electric Company | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Loyal American Life Insurance Company OBO GALOYAL<br>Attn: Maria Turner A4ACT 900 Cottage Grove Rd.<br>Bloomfield, CT 06002 | 103057 | Pacific Gas and Electric Company | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Merck & Co., Inc. Qualified Plans Master Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107468 | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Mizuho Nova Premier Credit<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107300 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Mullady, Thomas A<br>820 Briarhill Drive<br>Newark, OH 43055 | 97910 | Pacific Gas and Electric Company | 3/18/2020 | $0.00 | $0.00 | $0.00 | $15,965.46 | $15,965.46 | Released Noteholder Securities Claims |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| National Railroad Retirement Investment Trust<br>525 Market Street, Floor 12<br>San Francisco, CA 94105 | 107697 | Pacific Gas and Electric Company | 7/9/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Oakbrook Terrace Police Pension Fund<br>Chicago Clearing Corporation Attn: Brian Blockovich 404 South Wells Street, Suite 600<br>Chicago, IL 60607 | 108379 | PG&E Corporation | 4/1/2022 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Pacificsource - Taxable<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107324 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| PacificSource Health Plans Taxable<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107320 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| PBEAKK<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107314 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| POC for KKR DAF Global Opportunistic Credit Fund DAC<br>KKR Credit Advisors (US) LLC 555 California Street<br>San Francisco, CA 94104 | 101642 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $454,000.00 | $454,000.00 | Released Noteholder Securities Claims |
| Prudential VCAGI2007MCF<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107491 | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Prudential VCAGI2007MCF<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107515 | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Prudential VCAGI2007MCF<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107683 | Pacific Gas and Electric Company | 7/7/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Prudential VCAGI2007MCF<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107483 | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Qalhat<br>525 Market Street, Floor 12<br>San Francisco, CA 94105 | 107688 | Pacific Gas and Electric Company | 7/9/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| RI Higher EDU SVGS TST 529 Voya Int<br>Attn: Legal Department 11 Greenway Plaza, Suite 1000<br>Houston, TX 77046 | 102228 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| San Antonio Community Hospital - Board Designated<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107302 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| SDV Renten USD 1<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107305 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| SEI Institutional Managed Trust (SIMT)<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107533 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Tactical Value SPN-Global Credit Opportunities L.P.<br>KKR Credit Advisors (US) LLC 555 California Street<br>San Francisco, CA 94104 | 101996 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $4,413,000.00 | $4,413,000.00 | Released Noteholder Securities Claims |
| The Hartford Balanced Income Fund<br>Attn: Mike Egan Class Action Claims Management 11121 Carmel Commons Blvd Suite 370<br>Charlotte, NC 28226-4561 | 101165 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $16,810,756.27 | $16,810,756.27 | Released Noteholder Securities Claims |
| The Hartford Strategic Income Fund<br>Attn: Mike Egan Class Action Claims Management 1121 Carmel Commons Blvd Suite 370<br>Charlotte, NC 28226-4561 | 101189 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $976,812.20 | $976,812.20 | Released Noteholder Securities Claims |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| The Hartford Total Return Bond Fund<br>Attn: Mike Egan Class Action Claims Management 1121 Carmel Commons Blvd Suite 370<br>Charlotte, NC 28226-4561 | 101383 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $4,698,521.25 | $4,698,521.25 | Released Noteholder Securities Claims |
| The Penn Mutual Life Insurance Company<br>Penn Mutual Asset Management, LLC Attn: Ryan Boyd 600 Dresher Road Suite 100<br>Horsham, PA 19044 | 107876 | Pacific Gas and Electric Company | 8/11/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| The Penn Mutual Life Insurance Company<br>Penn Mutual Asset Management, LLC Attn: Ryan Boyd 600 Dresher Road Suite 100<br>Horsham, PA 19044 | 107878 | Pacific Gas and Electric Company | 8/11/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| The Port Authority of New York and New Jersey<br>PANYNJ OPEB Trust c/o Treasury/Portfolio 4 World Trade Center, 19th Floor<br>New York, NY 10007 | 100621 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $185,480.20 | $185,480.20 | Released Noteholder Securities Claims |
| The Weld Trust<br>Richard A. Bodnar Rolnick Kramer Sadighi LLP 1251 Avenue of the Americas<br>New York, NY 10020 | 108121 | PG&E Corporation | 1/11/2022 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Thrivent Mutual Funds - Thrivent Income Fund<br>Attn: Marc Kramer, Lawrence Rolnick, Sheila Sadighi, Michael Hampson, Richard Bodnar, Michael James Rolnick Kramer Sadighi LLP 1251 Avenue of the Americas<br>New York, NY 10020 | 107286 | PG&E Corporation | 6/24/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Thrivent Series Fund, Inc. - Thrivent Income Portfolio<br>Attn: Marc Kramer, Lawrence Rolnick, Sheila Sadighi, Michael Hampson, Richard Bodnar, Michael James Rolnick Kramer Sadighi LLP 1251 Avenue of the Americas<br>New York, NY 10020 | 107261 | PG&E Corporation | 6/24/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Toyota Motor Insurance Company<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107316 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Vantis Life Insurance Company<br>Penn Mutual Asset Management, LLC Attn: Ryan Boyd<br>600 Dresher Road Suite 100<br>Horsham, PA 19044 | 107874 | Pacific Gas and Electric Company | 8/11/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Vantis Life Insurance Company<br>Penn Mutual Asset Management, LLC Attn: Ryan Boyd<br>600 Dresher Road Suite 100<br>Horsham, PA 19044 | 107875 | Pacific Gas and Electric Company | 8/11/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| VIRGINIA529 VS ING CUSTODY MV<br>Attn: Legal Department 11 Greenway Plaza, Suite 1000<br>Houston, TX 77046 | 102172 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Visa Retirement Plan<br>Lisa Ma Visa Inc 900 Metro Center Blvd., M1-12SW<br>Foster City, CA 94404 | 101338 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $1,428,313.00 | $1,428,313.00 | Released Noteholder Securities Claims |
| WEC Energy Group, Inc.<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107474 | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Yama-Guchi, Keijiroh<br>PO Box 519<br>Media, PA 19063 | 105896 | Pacific Gas and Electric Company | 7/4/2020 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Released Noteholder Securities Claims |
| **Claims To Be Expunged Totals** | **Count: 83** | | | **$0.00** | **$0.00** | **$0.00** | **$60,414,294.51** | **$60,414,294.51** | |