WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **REORGANIZED DEBTORS' REPORT ON RESPONSES TO TWENTY-SECOND SECURITIES CLAIMS OMNIBUS OBJECTION (SECURITIES ADR NO LIABILITY CLAIMS) AND REQUEST FOR ORDER BY DEFAULT AS TO UNOPPOSED OBJECTIONS** |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | [Re: Dkt. No. 13871] |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Resolving Objections Set for Hearing August 23, 2023 at 10:00 a.m. (Pacific Time)** |

**REQUEST FOR ENTRY OF ORDER BY DEFAULT**

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby request, pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Docket No. 1996], that the Court enter an order by default on the *Reorganized Debtors' Twenty-Second Securities Claims Omnibus Objection (Securities ADR No Liability Claims)* [Docket No. 13871] (the "**Twenty-Second Securities Claims Omnibus Objection**").

**RELIEF REQUESTED IN THE**
**TWENTY-SECOND SECURITIES CLAIMS OMNIBUS OBJECTION**

The Twenty-Second Securities Claims Omnibus Objection seeks to disallow and expunge certain proofs of claim filed by Securities Claimants who have failed to respond, after follow-up, to proper settlement offers made by the Reorganized Debtors. The claims subject to the Twenty-Second Securities Claims Omnibus Objection are listed in **Exhibit 1** thereto.

**NOTICE AND SERVICE**

The Reorganized Debtors filed the *Notice of Hearing on Reorganized Debtors' Twenty-Second Securities Claims Omnibus Objection (Duplicate Claims)* [Docket No. 13873] (the "**Notice of Hearing**"). The Twenty-Second Securities Claims Omnibus Objection was supported by the *Declaration of Robb McWilliams in Support of Reorganized Debtors' Twenty-Second Securities Claims Omnibus Objection (Securities ADR No Liability Claims)* [Docket No. 13872] (the "**McWilliams Declaration**"). The Twenty-Second Securities Claims Omnibus Objection, the Notice of Hearing, and the McWilliams Declaration were served as described in the *Certificate of Service* of Alain B. Francoeur, filed on July 13, 2023 [Docket No. 13894] (the "**Certificate of Service**"). As further described in the Certificate of Service, on July 10, 2023, each holder of a claim listed on **Exhibit 1** to the Twenty-Second Securities Claims Omnibus Objection was served with a copy of the Twenty-Second Securities Claims Omnibus Objection, the Notice of Hearing, and the McWilliams Declaration.

The deadline to file responses or oppositions to the Twenty-Second Securities Claims Omnibus Objection has passed. The Reorganized Debtors have received the following informal responses:

| Docket No. | Claimant | Claim Nos. | Resolution |
|---|---|---|---|
| Informal | Donald D. Tufte | 105532 | Claimant has responded to the Reorganized Debtors' offer to settle the claim that is subject to the Twenty-Second Securities Claims Omnibus Objection, and the Reorganized Debtors have therefore withdrawn the Objection as to Claimant. |
| Informal | Alison Lu | 102705 | Claimant has responded to the Reorganized Debtors' offer to settle the claim that is subject to the Twenty-Second Securities Claims Omnibus Objection, and the Reorganized Debtors have therefore withdrawn the Objection as to Claimant. |
| Informal | Delgado Dental Inc FBO Juan Delgado | 104475 | Claimant has responded to the Reorganized Debtors' offer to settle the claim that is subject to the Twenty-Second Securities Claims Omnibus Objection, and the Reorganized Debtors have therefore withdrawn the Objection as to Claimant. |
| Informal | Diane S.I. Nishioka | 101853 | Claimant has responded to the Reorganized Debtors' offer to settle the claim that is subject to the Twenty-Second Securities Claims Omnibus Objection, and the Reorganized Debtors have therefore withdrawn the Objection as to Claimant. |
| Informal | Timothy K. Fenbert | 104297 | Claimant has responded to the Reorganized Debtors' offer to settle the claim that is subject to the Twenty-Second Securities Claims Omnibus Objection, and the Reorganized Debtors have therefore withdrawn the Objection as to Claimant. |
| Informal | Jerry Forsch, Forsch Family Trust | 103369 | Claimant has responded to the Reorganized Debtors' offer to settle the claim that is subject to the Twenty-Second Securities Claims Omnibus Objection, and the Reorganized Debtors have therefore withdrawn the Objection as to Claimant. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Docket No. | Claimant | Claim Nos. | Resolution |
|---|---|---|---|
| Informal | Oscar Alvarado | 103790 | Claimant has responded to the Reorganized Debtors' offer to settle the claim that is subject to the Twenty-Second Securities Claims Omnibus Objection, and the Reorganized Debtors have therefore withdrawn the Objection as to Claimant. |
| Informal | Patrick Dennis | 6531 | Claimant has responded to the Reorganized Debtors' offer to settle the claim that is subject to the Twenty-Second Securities Claims Omnibus Objection, and the Reorganized Debtors have therefore withdrawn the Objection as to Claimant. |
| Informal | Alfred J. Michalik | 98774 | Claimant has responded to the Reorganized Debtors' offer to settle the claim that is subject to the Twenty-Second Securities Claims Omnibus Objection, and the Reorganized Debtors have therefore withdrawn the Objection as to Claimant. |
| Informal | Barbara P. Dell | 100708 | Claimant has responded to the Reorganized Debtors' offer to settle the claim that is subject to the Twenty-Second Securities Claims Omnibus Objection, and the Reorganized Debtors have therefore withdrawn the Objection as to Claimant. |
| Informal | Deanne H. Woodruff | 99805 | Claimant has responded to the Reorganized Debtors' offer to settle the claim that is subject to the Twenty-Second Securities Claims Omnibus Objection, and the Reorganized Debtors have therefore withdrawn the Objection as to Claimant. |
| Informal | Gary Ward | 104733 | Claimant has responded to the Reorganized Debtors' offer to settle the claim that is subject to the Twenty-Second Securities Claims Omnibus Objection, and the Reorganized Debtors have therefore withdrawn the Objection as to Claimant. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Docket No. | Claimant | Claim Nos. | Resolution |
|---|---|---|---|
| Informal | Jeffrey R Copeland | 102970 | Claimant has responded to the Reorganized Debtors' offer to settle the claim that is subject to the Twenty-Second Securities Claims Omnibus Objection, and the Reorganized Debtors have therefore withdrawn the Objection as to Claimant. |
| Informal | Jessica Leah Irby | 100037 | Claimant has contacted the Reorganized Debtors' advisors in response to the Objection but has not yet responded to the Reorganized Debtors' offer to settle the claim, and the Reorganized Debtors are adjourning the Objection as to Claimant to a later date to allow Claimant time to respond to the offer. |
| Informal | Malcolm McLean | 99424 | Claimant has contacted the Reorganized Debtors' advisors in response to the Objection but has not yet responded to the Reorganized Debtors' offer to settle the claim, and the Reorganized Debtors are adjourning the Objection as to Claimant to a later date to allow Claimant time to respond to the offer. |

## **DECLARATION OF NO OPPOSITION RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am a member of the law firm of Weil, Gotshal & Manges LLP ("**Weil**"), counsel for the Reorganized Debtors.

2. The Court's docket in the Chapter 11 Cases has been reviewed and Weil has determined that no responses have been filed with respect to the Twenty-Second Securities Claims Omnibus Objection except as described herein.

/ / /

/ / /

WHEREFORE, the Reorganized Debtors hereby request entry of an order (1) disallowing and expunging the proofs of claim listed in the column headed "Claim(s) to be Disallowed and Expunged" in **Exhibit A** to this Request, which listed claims identical to those in **Exhibit 1** to the Twenty-Second Securities Claims Omnibus Objection, except as otherwise discussed above.

Dated August 18, 2023

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**

By: /s/ Richard W. Slack

Richard W. Slack

*Attorneys for Debtors and Reorganized Debtors*