Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

**Claims to be Disallowed and Expunged**

# Exhibit A

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Allen, Barry G. 8701 Nottingham Pkwy Louisville, KY 40222 | 98410 | PG&E Corporation | 4/1/2020 | $0.00 | $0.00 | $0.00 | $1,075.80 | $1,075.80 | No Response to Offer Exchange |
| Allen, John B. 310 Jasmine Lane Waxahachie, TX 75165 | 103675 | PG&E Corporation | 5/1/2020 | $0.00 | $0.00 | $0.00 | $13,233.05 | $13,233.05 | No Response to Offer Exchange |
| Andrew J. Oliveri & Anne F. Oliveri 33 Cross Wind Plymouth, MA 02360 | 104090 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $4,374.00 | $4,374.00 | No Response to Offer Exchange |
| Arvest Wealth Management 800 N Osage Dewey, OK 74029 | 100631 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| AUDET, PATRICIA C/O ROBERT B RICHARDSON MORGAN STANLEY ONE FINANCIAL PLAZA, 19TH FL PROVIDENCE, RI 02903 | 103777 | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $4,992.91 | $4,992.91 | No Response to Offer Exchange |
| Baker, Jeffrey 18 Inwood Elms San Antonio , TX 78248 | 100994 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $386.26 | $386.26 | No Response to Offer Exchange |
| Barbara J Robinson & Penny L. Robinson TR Penny Lynn Robinson TTEES Robinson Bypass Trust U/A DTD 07/20/01 9375 Cole Canyon Rd Jackson, WY 83001-8830 | 99066 | PG&E Corporation | 4/10/2020 | $0.00 | $0.00 | $0.00 | $21,507.73 | $21,507.73 | No Response to Offer Exchange |
| Barbara Mishkin IRA 1830 Rittenhouse Sq Philadelphia, PA 19103 | 103207 | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $4,353.00 | $4,353.00 | No Response to Offer Exchange |
| Barry N Cohen, TTEE (Premier Trust) 1518 Thatch Palm Dr. Boca Raton, FL 33432 | 105402 | PG&E Corporation | 5/22/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Beck, Randall F<br>7284 Roxanne Lane<br>Ronnert Park, CA 94928 | 103549 | PG&E Corporation | 4/29/2020 | $0.00 | $0.00 | $0.00 | $1,810.49 | $1,810.49 | No Response to Offer Exchange |
| Becker, Robert H and Patricia C<br>11853 N. Lebanon Rd<br>Loveland, OH 45140-1818 | 97920 | PG&E Corporation | 3/17/2020 | $0.00 | $0.00 | $0.00 | $5,685.45 | $5,685.45 | No Response to Offer Exchange |
| Berman, Sarah<br>95 Masonic Drive<br>Elizabethtown, PA 17022 | 101526 | PG&E Corporation | 4/17/2020 | $0.00 | $0.00 | $0.00 | $1,410.95 | $1,410.95 | No Response to Offer Exchange |
| Berti, Kathryn A.<br>938 Lathrop<br>River Forest, IL 60305 | 102912 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $15,738.08 | $15,738.08 | No Response to Offer Exchange |
| Bette C Okamoto Tr UA Oct 05 95<br>The Tadanao and Bette C Okamoto Trust 1229 58th Ave<br>Sacramento, CA 95831-3159 | 98930 | PG&E Corporation | 4/8/2020 | $0.00 | $0.00 | $0.00 | $6,074.78 | $6,074.78 | No Response to Offer Exchange |
| Brown, Mark A.<br>7540 Cathedral Oaks Rd. # 8<br>Goleta, CA 93117 | 97661 | PG&E Corporation | 3/9/2020 | $0.00 | $0.00 | $0.00 | $25,519.09 | $25,519.09 | No Response to Offer Exchange |
| Buchter, William and Cynthia L<br>2391 Saucon Circle<br>Emmaus, PA 18049 | 99370 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Burek Family Trust<br>17448 Brill Drive<br>Clinton Twp, MI 48035 | 99587 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Burney, Thomas R.<br>10514 Birchdale Ave<br>Downey, CA 90241 | 103537 | PG&E Corporation | 4/29/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Camiccia, Sandra<br>265 Humboldt St<br>San Rafael, CA 94901-1024 | 105412 | PG&E Corporation | 5/22/2020 | $0.00 | $0.00 | $0.00 | $2,400.00 | $2,400.00 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Carpenter, Heidi 468 Westminster Drive Eagle Point, OR 97465 | 102770 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $2,311.17 | $2,311.17 | No Response to Offer Exchange |
| Carpenter, Herbert E. 301 E. 107th Street Kansas City, MO 64114 | 97827 | PG&E Corporation | 3/17/2020 | $0.00 | $0.00 | $0.00 | $7,545.00 | $7,545.00 | No Response to Offer Exchange |
| CATHERINE L MCCULLOCH TR SURVIVORS TRUST MCCULLOCH FAMILY LIVING TRUST UA AUG 12 94 614 A ST NE WASHINGTON, DC 20002-6030 | 98502 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $608.04 | $608.04 | No Response to Offer Exchange |
| Chan, Philip W. 4409 Snowcloud Ct. Concord, CA 94518 | 105713 | Pacific Gas and Electric Company | 6/8/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| CHANEY, VALERIE 3651 BLUE LEVEL RD ROCKFIELD, KY 42274 | 103051 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| CHARLES R AUSTIN & JOANNE M AUSTIN JT TEN 4400 CORDOVA PL FREMONT, CA 94536-4630 | 102957 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $3,390.00 | $3,390.00 | No Response to Offer Exchange |
| Chleboun, Jo-Anna Jarvis 516 Golden Gate Avenue PT Richmond, CA 94801 | 104721 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Ciesko, Robert 3054 Smeades Dr Leland, NC 28457 | 105647 | PG&E Corporation | 6/2/2020 | $0.00 | $0.00 | $0.00 | $588.00 | $588.00 | No Response to Offer Exchange |
| CLAIRE T CAFFO TR CAFFO REVOCABLE LIVING TRUST UA AUG 20 91 4824 TIFFANY WAY FAIR OAKS, CA 95628-5120 | 98741 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |

# Exhibit A

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Clark, Heidemarie<br>Heidemarie Clark  1231 N. Village Lake Drive<br>Deland, FL  32724 | 99912 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $893.07 | $893.07 | No Response to Offer Exchange |
| Clay, Margaret Heyler<br>3200 El Encanto Ct #18<br>Bakersfield, CA  93301 | 104353 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Cocino, Florence<br>6 Stafford Drive<br>Madison, NJ  07940 | 103560 | PG&E Corporation | 4/30/2020 | $0.00 | $0.00 | $0.00 | $2,590.77 | $2,590.77 | No Response to Offer Exchange |
| Cole, John M<br>155 Hawks Nest Court<br>Gainesboro, TN  38562 | 98206 | PG&E Corporation | 3/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Collins, Carroll J.<br>8015 Carrollton Pike<br>Galax, VA  24333 | 98885 | PG&E Corporation | 4/8/2020 | $0.00 | $0.00 | $0.00 | $1,773.43 | $1,773.43 | No Response to Offer Exchange |
| Comer, Helen I<br>PO Box 852<br>Kirtland, NM  87417 | 104363 | PG&E Corporation | 5/13/2020 | $0.00 | $0.00 | $0.00 | $216.05 | $216.05 | No Response to Offer Exchange |
| COPE, TERESA<br>2333 LYON ST<br>RALEIGH, NC  27608 | 102836 | PG&E Corporation | 4/28/2020 | $0.00 | $0.00 | $0.00 | $1,818.87 | $1,818.87 | No Response to Offer Exchange |
| Correa, Jaime<br>1019 5th Street<br>Livingston, CA  95334 | 97597 | PG&E Corporation | 3/5/2020 | $0.00 | $0.00 | $0.00 | $4,831.84 | $4,831.84 | No Response to Offer Exchange |
| Coyne, Gabriella<br>2127 Balboa Street<br>San Francisco, CA  94121 | 102646 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $865.34 | $865.34 | No Response to Offer Exchange |
| Dambrowski, Juergen<br>Luikenweg 11 73733 Esslingen am Neckar | 99375 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $5,176.00 | $5,176.00 | No Response to Offer Exchange |

# Exhibit A

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| DARNELL, DAVID W 40004 S FINLEY RD KENNEWICK, WA 99337 | 99681 | PG&E Corporation | 4/13/2020 | $100.00 | $0.00 | $0.00 | $0.00 | $100.00 | No Response to Offer Exchange |
| Davidson, Ernest Wayne and Karen 1438 Rose Ln Versailles, KY 40383 | 99794 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Decker, Dorrel L. 3895 So Redwing St West Valley City, UT 84119 | 105520 | PG&E Corporation | 5/27/2020 | $0.00 | $0.00 | $0.00 | $3,830.54 | $3,830.54 | No Response to Offer Exchange |
| DENTON, NICHOLAS 333 SUNOL STREET UNIT 457 SAN JOSE, CA 95126 | 99743 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $20,149.50 | $20,149.50 | No Response to Offer Exchange |
| Dohrmann, Barbara 16437 SLOAN DRIVE LOS ANGELES, CA 90049 | 101515 | PG&E Corporation | 4/17/2020 | $0.00 | $0.00 | $0.00 | $4,752.18 | $4,752.18 | No Response to Offer Exchange |
| Doin, Robert B. 7 Elmwood Dr So. Glens Falls, NY 12803 | 103583 | PG&E Corporation | 4/30/2020 | $0.00 | $0.00 | $0.00 | $3,215.17 | $3,215.17 | No Response to Offer Exchange |
| DONALD B KAZAMA & JOYCE K KAZAMA TR 0312 1946 UA 02 26 02 DONALD B & JOYCE K KAZAMA LIV TRUST 859 COBBLE COVE LN SACRAMENTO, CA 95831-4341 | 103118 | PG&E Corporation | 4/23/2020 | $0.00 | $0.00 | $0.00 | $6,064.78 | $6,064.78 | No Response to Offer Exchange |
| Doreen A Yui Tr 336 Bluefish Court Foster City, CA 94404 | 104594 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $6,064.78 | $6,064.78 | No Response to Offer Exchange |
| Douglas Cole & Suzanne Troy Cole 47 Stonehenge Dr New Canaan, CT 06840-3525 | 104354 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Douglas W Dancer 2013 Rev. Trust 4817 W. Schubert Ave Chicago, IL 60639 | 104425 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $5,610.00 | $5,610.00 | No Response to Offer Exchange |
| Duncan, Nicole 9903 Santa Monica Blvd #331 Beverly Hills, CA 90403 | 98652 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $1,333.50 | $1,333.50 | No Response to Offer Exchange |
| Duval, David 3486 Jaguar Ct. The Villages, FL 32163 | 102804 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| E FLORENDO & E FLORENDOO CO-TTEE (E FLORENDO REV TRUST) 1221-D PINE CREEK WAY CONCORD, CA 94520 | 103492 | PG&E Corporation | 4/29/2020 | $0.00 | $0.00 | $0.00 | $11,051.89 | $11,051.89 | No Response to Offer Exchange |
| Edward R. and Linda C. Fontaine Revocable Trust u/a Dtd 5/13/14 4268 E. Narrowleaf Dr. Gilbert, AZ 85298 | 98915 | PG&E Corporation | 4/8/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| EMMETT FORRESTER IRA WFCS AS CUSTODIAN 4546 MONTCLAIR CIR GAINESVILLE, GA 30506-5131 | 99757 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $7,262.03 | $7,262.03 | No Response to Offer Exchange |
| Engles, Mary L. 3995 Dalles Ave San Diego, CA 92117 | 105084 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $2,958.52 | $2,958.52 | No Response to Offer Exchange |
| ENGLISH, CONSTANCE LYNN PHILIPS 8341 BERGTHOLD WAY SACRAMENTO, CA 95828-6801 | 102952 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $127.17 | $127.17 | No Response to Offer Exchange |
| Ernest H. Watson & Carolyn J. Watson Revocable Trust 2806 Arizona Ave Joplin, MO 64804 | 103877 | Pacific Gas and Electric Company | 5/5/2020 | $0.00 | $0.00 | $0.00 | $2,021.46 | $2,021.46 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| FAUNT, RODERICK CHARLES SCHWAB 2423 E LINCOLN DR PHOENIX, AZ  85016 | 105060 | PG&E Corporation | 5/19/2020 | $0.00 | $0.00 | $0.00 | $619.08 | $619.08 | No Response to Offer Exchange |
| Garland, Marcia 29260 Franklin Road #320 Southfield, MI  48034 | 104309 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| GARLINGTON FAMILY TRUST 204 BIRNHAM COVE NORTH LITTLE ROCK, AR  72116 | 104421 | PG&E Corporation | 5/12/2020 | $0.00 | $0.00 | $0.00 | $4,900.00 | $4,900.00 | No Response to Offer Exchange |
| Gary H Carlsen & Barbara W Gary H Carlsen & Barbara W Carlsen TR Gary & Barbara Carlsen Trust UA NOV 20 90  4880 Buffalo Rd Pocatello, ID  83202-1614 | 101851 | PG&E Corporation | 4/18/2020 | $0.00 | $0.00 | $0.00 | $98,342.16 | $98,342.16 | No Response to Offer Exchange |
| Gary Reibman, TTEE 8711 E. Pinnacle Peak Rd #170 Scottsdale, AZ  85255 | 105651 | Pacific Gas and Electric Company | 6/2/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| GEI COOPER TRUST GEI COOPER REVOCABLE LIVING TRUST UA OCT 10 95 1717 ALA WAI BLVD. APT 2910 HONOLULU, HI  96815 | 99310 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $5,980.55 | $5,980.55 | No Response to Offer Exchange |
| GILBERT M NISHIDA & PATRICIA A NISHIDA JT TEN 216 LOS PALMOS DR SAN FRANCISCO, CA  94127-2314 | 104465 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $26,693.90 | $26,693.90 | No Response to Offer Exchange |
| Go, Qung W. PO Box 753086 Las Vegas, NV  89136 | 104277 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Goldstein, Zachary 30 Lynn Road Needhum, MA  02494 | 104252 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |

# Exhibit A

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| GOODELL, NANCY<br>429 BELLMORE WAY<br>PASADENA, CA 91103 | 103531 | PG&E Corporation | 4/30/2020 | $0.00 | $0.00 | $0.00 | $8,575.16 | $8,575.16 | No Response to Offer Exchange |
| Graf, Edward D<br>3413 Golfside Dr.<br>Naples, FL 34110 | 103324 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $312.41 | $312.41 | No Response to Offer Exchange |
| Graffuis, Darren C<br>1096 Pine Street Apt #203<br>San Francisco , CA 94109 | 99126 | PG&E Corporation | 4/10/2020 | $0.00 | $0.00 | $0.00 | $1,701.39 | $1,701.39 | No Response to Offer Exchange |
| Gray, Evan Barry<br>88 Stonegate Dr<br>East Bridgewater, MA 02333 | 104815 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $5,464.90 | $5,464.90 | No Response to Offer Exchange |
| Groce, Billy J.<br>212 Manatee Dr.<br>Ruskin, FL 33570 | 103021 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $437.50 | $437.50 | No Response to Offer Exchange |
| Gurowitz, Linda<br>40 Colton Road<br>Edison, NJ 08817 | 104752 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $1,023.50 | $1,023.50 | No Response to Offer Exchange |
| Hall, Jennifer A<br>14896 Wake Ave<br>San Leandro, CA 94578-1805 | 101413 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $5,066.24 | $5,066.24 | No Response to Offer Exchange |
| HANSON D HOM & LYNETTE HOM<br>LYNETTE G HOM JT TEN 135 CREEDON CIR<br>ALAMEDA, CA 94502-1404 | 98822 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $12,000.00 | $12,000.00 | No Response to Offer Exchange |
| HEIDII ROBERTS INH IRA<br>CHARLES SCHWAB 2423 E LINCOLN DR<br>PHOENIX, AZ 85016 | 105292 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $502.25 | $502.25 | No Response to Offer Exchange |
| Heldt, Patricia B.<br>1082 Heartsease Drive<br>West Chester, PA 19382 | 102745 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $1,393.00 | $1,393.00 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Henderson, Clyde E. 9044 Ambercreek Dr Cincinnati, OH 45236 | 105684 | PG&E Corporation | 6/2/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Hershberg, Jeffrey P.O. Box 920332 Needham, MA 02492 | 103749 | PG&E Corporation | 5/5/2020 | $0.00 | $0.00 | $0.00 | $15,991.20 | $15,991.20 | No Response to Offer Exchange |
| Hill, Daniel C 7142 Yachats River Rd Yachats, OR 97498 | 103580 | PG&E Corporation | 4/30/2020 | $0.00 | $0.00 | $0.00 | $4,026.58 | $4,026.58 | No Response to Offer Exchange |
| HUFFINES, J STEVEN PERSONAL REPRESENTATIVE EST CHARLES LEE LEONARD 1452 MIDDLEWAY ARNOLD, MD 21012-2429 | 98209 | PG&E Corporation | 3/25/2020 | $0.00 | $0.00 | $0.00 | $2,283.54 | $2,283.54 | No Response to Offer Exchange |
| Huffman, Richard W 5101 Olson Memorial Highway Suite 1000 Golden Valley, MN 55422 | 97933 | PG&E Corporation | 3/23/2020 | $0.00 | $0.00 | $0.00 | $544.24 | $544.24 | No Response to Offer Exchange |
| Hunn, Arnold 10595 Bryne Ave Los Molinos, CA 96055 | 105092 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Iguidbashian, John 8383 NW Copeland St Portland, OR 97229 | 98326 | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $15,476.37 | $15,476.37 | No Response to Offer Exchange |
| Irene E Lafferty Trust 15415 SW Alderbrook Cir Portland, OR 97224 | 104653 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $1,858.51 | $1,858.51 | No Response to Offer Exchange |
| ISMAIL, FERIAL I 133 NEWPORT ROAD LONDON , E10 6PQ | 103302 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $8,997.96 | $8,997.96 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Janney Montgomery, Scott c/f John H. Tietjen IRA 5 Forest Lake Dr. Daufuskie Island, SC 29915 | 98433 | PG&E Corporation | 4/1/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| JEANNE N. WALLACE, DECEASED JAMES WALLACE 5822 BRIARTREE DR LA CANADA FLINTRIDGE, CA 91011-1825 | 100082 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $19,927.88 | $19,927.88 | No Response to Offer Exchange |
| Jennifer K Busam, TTEE 1606 Sparkling Way San Jose, CA 95125 | 99818 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $6,475.00 | $6,475.00 | No Response to Offer Exchange |
| JENSEN, DOROTHY J 4338 REINHARDT DR OAKLAND, CA 94619-2245 | 100796 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Jidong Dai and Lu Jinag 13318 Darby Chase Dr Charlotte, NC 28277 | 102766 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $9,386.00 | $9,386.00 | No Response to Offer Exchange |
| JOAN M LEE ROLLOVER IRA CHARLES SCHWAB 2423 E LINCOLN DRIVE PHOENIX, AZ 85016 | 105228 | PG&E Corporation | 5/19/2020 | $0.00 | $0.00 | $0.00 | $5,377.70 | $5,377.70 | No Response to Offer Exchange |
| JOE, ERIC WING 1421 VIA BUENA VIS SAN LORENZO, CA 94580-3529 | 100743 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| John Gonzales & Linda Gonzales JT Ten 140 Whitemarsh Rd. Ardmore, PA 19003-1635 | 99831 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $3,028.44 | $3,028.44 | No Response to Offer Exchange |
| Johnson, Donna A 2 State Road Danvers, MA 01923 | 99333 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Johnson, Frederick<br>Vivian Vaughan power of attorney for Frederick Johnson<br>211 Frederick St<br>Santa Cruz, CA 95062 | 98358 | PG&E Corporation | 3/31/2020 | $0.00 | $0.00 | $0.00 | $8,108.12 | $8,108.12 | No Response to Offer Exchange |
| Jorge, Mario<br>104 Almond Blossom Ct.<br>Los Gatos, CA 95032 | 103238 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $4,476.81 | $4,476.81 | No Response to Offer Exchange |
| Jorgensen Family Living Trust 6/1996<br>Morgan Stanley 7811 University Pointe Dr.<br>Fort Myers, FL 33907 | 103879 | PG&E Corporation | 5/5/2020 | $0.00 | $0.00 | $0.00 | $10,815.01 | $10,815.01 | No Response to Offer Exchange |
| Kaneda, Paul I.<br>47-478 Hui Io St<br>Kaneohe, HI 96744 | 104049 | PG&E Corporation | 5/6/2020 | $0.00 | $0.00 | $0.00 | $699.74 | $699.74 | No Response to Offer Exchange |
| Kanowsky, Frank P.<br>1601 Sassafras Dr.<br>Evansville, IN 47712 | 98851 | PG&E Corporation | 4/7/2020 | $0.00 | $0.00 | $0.00 | $2,923.63 | $2,923.63 | No Response to Offer Exchange |
| Kathleen Youngerman TTEE CB GST IRREV TR U/A dtd 11/1/95<br>Kathleen Youngerman 13614 Peacockfarm Rd<br>St. Louis, MO 63131 | 104299 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $351.85 | $351.85 | No Response to Offer Exchange |
| Kieselhorst, Dale S. & Joan A.<br>10771 Retreat Ln. #205<br>Woodbury, MN 55129 | 105443 | PG&E Corporation | 5/26/2020 | $0.00 | $0.00 | $0.00 | $1,573.32 | $1,573.32 | No Response to Offer Exchange |
| Lawson, Linda<br>1780 Chandler Ln.<br>Lexington, KY 40504 | 99479 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| LENHOFF, SAUL G<br>4012 BRIDLECREST LANE<br>BRADENTON, FL 34209 | 103288 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $750.22 | $750.22 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| LIN, JACK H<br>2151 IRVING ST STE 201<br>SAN FRANCISCO, CA 94122-1600 | 101872 | PG&E Corporation | 4/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Maan Z. Madina Trust<br>Barnes & Thornburg LLP c/o John Olivieri, Trustee 11 South Meridian Street<br>Indianapolis, IN 46204 | 99372 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $2,142.06 | $2,142.06 | No Response to Offer Exchange |
| Makker, Kuldip S.<br>3815 Crestwood Dr.<br>Northbrook, IL 60062 | 105384 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Mantello, Anthony F<br>9 Chatham Circle<br>Loudonville, NY 12211 | 104524 | PG&E Corporation | 5/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Martin, Doug<br>5111 Crown Street<br>West Linn, OR 97068-3408 | 97791 | PG&E Corporation | 3/17/2020 | $0.00 | $0.00 | $0.00 | $996.07 | $996.07 | No Response to Offer Exchange |
| Massoni, Barry A.<br>3451 Valencia Ct.<br>Walnut Creek, CA 94598-2742 | 99380 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $9,782.53 | $9,782.53 | No Response to Offer Exchange |
| McGraw, Anne P.<br>Cummings & Lockwood (HST) P.O. Box 120<br>Stamford, CT 06901 | 105173 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Merriam Financial Services, LTD<br>Attn: Finance Department 9000 West 67th Street<br>Shawnee Mission, KS 66202 | 100713 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Merrill, Gary<br>400 NE 60th Terr<br>Gladstone , MO 64119 | 97776 | PG&E Corporation | 3/16/2020 | $0.00 | $0.00 | $0.00 | $4,123.97 | $4,123.97 | No Response to Offer Exchange |

# Exhibit A

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Michael J Noce & Susan M Noce Trust Michael J Noce 318 Marshall Drive Walnut Creek, CA 94598 | 105216 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Michael R. King and Janice L. King Family Trust 2701 Brookshire Circle Woodland, CA 95776 | 104349 | Pacific Gas and Electric Company | 5/11/2020 | $0.00 | $0.00 | $0.00 | $1,840.27 | $1,840.27 | No Response to Offer Exchange |
| MICHAEL RAFFAELL IRA TD AMERITRADE 5010 WATERIDGE VISTA DR SAN DIEGO, CA 92121 | 105297 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $2,661.11 | $2,661.11 | No Response to Offer Exchange |
| Miskey, Joseph R. 4979 Escarpment Dr. Lockport, NY 14094 | 98056 | PG&E Corporation | 3/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Montana, Carmine L and Bridget J 11047 Longwing Drive Ft. Myers, FL 33912 | 97853 | PG&E Corporation | 3/17/2020 | $0.00 | $0.00 | $0.00 | $2,485.50 | $2,485.50 | No Response to Offer Exchange |
| Mou, Shan-Chu 568 Chiloquin Court Sunnyvale, CA 94087 | 102120 | Pacific Gas and Electric Company | 4/19/2020 | $0.00 | $0.00 | $0.00 | $2,600.00 | $2,600.00 | No Response to Offer Exchange |
| MSSB C/F Elizabeth A Karmin IRA Standard 7500 Old Georgetown Rd 10th Floor Bethesda, MD 20814 | 105519 | PG&E Corporation | 5/27/2020 | $0.00 | $0.00 | $0.00 | $3,678.89 | $3,678.89 | No Response to Offer Exchange |
| MSSB C/F Emanuel D. Strauss IRA Standard 7500 Old Georgetown Rd Bethesda, MD 20814 | 105513 | PG&E Corporation | 5/27/2020 | $0.00 | $0.00 | $0.00 | $2,266.40 | $2,266.40 | No Response to Offer Exchange |
| MSSB C/F Frank Paoletti IRA Morgan Stanley 400 Capitol Mall Ste 1900 Sacramento, CA 95814 | 104100 | PG&E Corporation | 5/7/2020 | $0.00 | $0.00 | $0.00 | $4,061.52 | $4,061.52 | No Response to Offer Exchange |
| MUMMA, KENNETH C 7645 MUMMA RD ARBUCKLE, CA 95912 | 99736 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $4,995.71 | $4,995.71 | No Response to Offer Exchange |

# Exhibit A

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| NEWTH, ROBERT S<br>340 FARMER BROTHERS DRIVE<br>SEDONA, AZ 86336 | 103849 | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $1,684.92 | $1,684.92 | No Response to Offer Exchange |
| ODELL E. L'HEUREUX, JR. FAMILY TRUST<br>TFO Phoenix Attn: Jill Herbert 5060 North 40th Street, Suite 200<br>Phoenix, AZ 85018 | 104208 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $1,396.04 | $1,396.04 | No Response to Offer Exchange |
| PAIGE, JEAN J<br>10995 HURON RD<br>SAINT PETERSBURG, FL 33708-3014 | 99498 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $4,000.00 | $4,000.00 | No Response to Offer Exchange |
| Palmiter , Douglas C.<br>235 Bates Ave<br>Oneida, NY 13429 | 99684 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,117.00 | $1,117.00 | No Response to Offer Exchange |
| PATEL, SHAILESHKUMAR J<br>9806 SOAPSTONE TRL<br>ELLICOTT CITY, MD 21043 | 100299 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $416.12 | $416.12 | No Response to Offer Exchange |
| Pavlovik, Nenad<br>816 S Martin Luther King Jr. Blvd<br>Tallahassee, FL 32301 | 104360 | PG&E Corporation | 5/13/2020 | $0.00 | $0.00 | $0.00 | $702.24 | $702.24 | No Response to Offer Exchange |
| Perlis, Leslie N.<br>955 Cornish Drive<br>San Diego, CA 92107 | 105653 | PG&E Corporation | 6/2/2020 | $0.00 | $0.00 | $0.00 | $1,600.16 | $1,600.16 | No Response to Offer Exchange |
| Peters, J Henry<br>128 97th Ave NE<br>Bellevue, WA 98004-5402 | 105526 | PG&E Corporation | 5/29/2020 | $0.00 | $0.00 | $0.00 | $951.70 | $951.70 | No Response to Offer Exchange |
| Piechocki, Carol M.<br>3505 Brenthill Dr<br>Grand Blanc, MI 48439 | 102843 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Piha, Josef and Cheryl 7032 18th Ave NE Seattle, WA 98115 | 105047 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $3,320.97 | $3,320.97 | No Response to Offer Exchange |
| PODCHERNIKOFF, ERICK 11011 GREEN VALLEY RD SEBASTOPOL, CA 95472 | 99137 | PG&E Corporation | 4/12/2020 | $0.00 | $0.00 | $0.00 | $933.00 | $933.00 | No Response to Offer Exchange |
| Pollack, Susan 1222 Crofton Ave. N Highland Park, IL 60035 | 97996 | PG&E Corporation | 3/24/2020 | $0.00 | $0.00 | $0.00 | $174.96 | $174.96 | No Response to Offer Exchange |
| Pope, Mary 208 W Pearsall St Dunn, NC 28334 | 98457 | PG&E Corporation | 4/2/2020 | $0.00 | $0.00 | $0.00 | $965.51 | $965.51 | No Response to Offer Exchange |
| Posner, Ralph c/o Tricia S. O'Neil Morgan Stanley One Financial Plaza, 19th Fl. Providence, RI 02903 | 103770 | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $2,552.59 | $2,552.59 | No Response to Offer Exchange |
| Prater, Christopher S 2125 Lochmoor Circle North Ft Myers, FL 33903 | 101525 | PG&E Corporation | 4/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Presbyterian Church of Chatham Township Endowment Fund 240 Southern Boulevard Chatham, NJ 07928 | 103572 | PG&E Corporation | 4/30/2020 | $0.00 | $0.00 | $0.00 | $2,295.85 | $2,295.85 | No Response to Offer Exchange |
| Purser, Gerald 3177 Tallulah Dr Buford, GA 30519 | 103148 | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $2,883.84 | $2,883.84 | No Response to Offer Exchange |
| Ramsey, Brenda C. 146 14th Street Tell CIty, IN 47586 | 100734 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |

# Exhibit A

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Richard L. Metz Revocable Trust 1790 Hideaway Hill Court Middleburg, FL 32068 | 104311 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $6,142.86 | $6,142.86 | No Response to Offer Exchange |
| Richter, Bernhard 59 Tanglebrook Drive Holland, PA 18966 | 98525 | PG&E Corporation | 4/3/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Ronald Bragin & Irina Bragin, Trustees of The RIAL Living Trust U/A DTD 11/11/2011 2735 Forrester Dr. Los Angeles, CA 90064-3402 | 101804 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $5,329.32 | $5,329.32 | No Response to Offer Exchange |
| S Bissada & N Bissada TTEE Samia Bissada 5035 Dumfries Dr Houston, TX 77096 | 103603 | PG&E Corporation | 4/30/2020 | $0.00 | $0.00 | $0.00 | $2,168.00 | $2,168.00 | No Response to Offer Exchange |
| Salus, Mandy I 828 Marble Way Petaluma, CA 94954-8593 | 4056 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $3,261.13 | $3,261.13 | No Response to Offer Exchange |
| Sanderson, Sharon Kay 1477 Oakhurst Dr Mt Pleasant, SC 29466 | 104639 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| SCHIRMER, WILLIAM C 575 OSGOOD ST NORTH ANDOVER, MA 01845 | 103853 | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| SCOTT NOBLE IRA CHARLES SCHWAB 2423 E LINCOLN DR PHOENIX, AZ 895016 | 105288 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $4,810.80 | $4,810.80 | No Response to Offer Exchange |
| Sears, Mary Belle 430 Maplewood Court Isle, MN 56342 | 105189 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $2,655.00 | $2,655.00 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Sebastinelli, Kristen<br>667 Foothill Drive<br>Pacifico, CA 94044 | 103069 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Segall, Joel A<br>55 Central Park Nest Apt 11F<br>New York, NY 11023 | 103546 | PG&E Corporation | 4/29/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Slagle, James<br>25 W. Fourth St.<br>London, OH 43140 | 105783 | PG&E Corporation | 6/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Stutts, Anthony<br>7913 River Ridge Rd<br>Wake Forest, NC 27587 | 104059 | PG&E Corporation | 5/7/2020 | $0.00 | $0.00 | $0.00 | $728.54 | $728.54 | No Response to Offer Exchange |
| SUSAN F LONDINO, TTE THE LONDINO FAMILY TRUST<br>SUSAN LONDINO 2981 TEASDALE TER<br>THE VILLAGES, FL 32163 | 102332 | Pacific Gas and Electric Company | 4/20/2020 | $0.00 | $0.00 | $0.00 | $2,657.44 | $2,657.44 | No Response to Offer Exchange |
| Suzuki, Carol<br>3235 Danaha St.<br>Torrance, CA 90505 | 105095 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $3,157.15 | $3,157.15 | No Response to Offer Exchange |
| SYLVESTER, JOESPH M & ROBIN<br>694 HEARST AVE<br>SAN FRANCISCO, CA 94112-1355 | 99094 | PG&E Corporation | 4/10/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Sytsma, James<br>3056 84th St. SW<br>Byron Center, MI 49315 | 99778 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Temples, Amy Rutland<br>1016 Williamsburg Drive<br>Valdosta, GA 31602 | 98681 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $4,300.00 | $4,300.00 | No Response to Offer Exchange |

# Exhibit A

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Thompson, Lynn E.<br>17101 Leal Ave<br>Cerritos, CA 90703 | 104410 | PG&E Corporation | 5/13/2020 | $0.00 | $0.00 | $0.00 | $6,224.56 | $6,224.56 | No Response to Offer Exchange |
| Tighe, Marcia J.<br>4253 Fairway Lane<br>Jackson, MI 49201 | 105195 | PG&E Corporation | 5/22/2020 | $0.00 | $0.00 | $0.00 | $10,532.48 | $10,532.48 | No Response to Offer Exchange |
| Tom, Rose C.<br>98-523 Puaalii St.<br>Aiea, HI 96701 | 102418 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $3,340.55 | $3,340.55 | No Response to Offer Exchange |
| Trautwein, William<br>70 Sand Hills Rd<br>Kendall Park, NJ 08824 | 104754 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $2,269.50 | $2,269.50 | No Response to Offer Exchange |
| Trawick, Brenda M.<br>106 Ariel Lane<br>Dothan, AL 36305 | 98441 | PG&E Corporation | 4/1/2020 | $0.00 | $0.00 | $0.00 | $877.46 | $877.46 | No Response to Offer Exchange |
| Tuinstra, John L.<br>13991 Fairfax St<br>Indianola, IA 50125 | 99905 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $738.38 | $738.38 | No Response to Offer Exchange |
| University of Miami<br>1320 S. Dixie Highway, Suite 1230<br>Coral Gables, FL 33146 | 100575 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $107,777.53 | $107,777.53 | No Response to Offer Exchange |
| Virtus WMC Global Factor Opportunities ETF<br>Virtus ETF Solutions, LLC 1540 Broadway<br>New York, NY 10036 | 100819 | PG&E Corporation | 4/14/2020 | $22,125.96 | $0.00 | $0.00 | $0.00 | $22,125.96 | No Response to Offer Exchange |
| Voso, Frank<br>52 Knoll Road<br>Southampton, NY 11968 | 98164 | PG&E Corporation | 3/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Ward, Dorothy S.<br>572 58th Street<br>Brooklyn, NY 11220-3818 | 100500 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $669.19 | $669.19 | No Response to Offer Exchange |

**Exhibit A**

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Weibel, David B.<br>250 Daniel Burnham Sq, Unit 603<br>Columbus, OH 43215 | 100151 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $3,025.03 | $3,025.03 | No Response to Offer Exchange |
| Wimsatt, Ralph<br>251 Larue Apt 202<br>Lexington, KY 40517 | 99505 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Wong, Harris<br>11 Lavenham Rd<br>Novato, CA 94949-6296 | 98303 | PG&E Corporation | 3/31/2020 | $0.00 | $0.00 | $0.00 | $6,517.28 | $6,517.28 | No Response to Offer Exchange |
| Wong, Ying Kit<br>1751 Mill Stream Dr<br>Chino Hills, CA 91709 | 97824 | PG&E Corporation | 3/17/2020 | $0.00 | $0.00 | $0.00 | $2,007.15 | $2,007.15 | No Response to Offer Exchange |
| Wu, Lily<br>18 Hull Ave<br>New Hyde Park, NY 11040 | 97746 | PG&E Corporation | 3/13/2020 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | No Response to Offer Exchange |
| Young, Stephen Warren<br>3061 Summerhill Ct<br>San Jose, CA 95148 | 102729 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $3,182.00 | $3,182.00 | No Response to Offer Exchange |
| Yuja, Raouf E.<br>24 Tranquilo Dr<br>Rancho Mission Viejo , CA 92694 | 105480 | PG&E Corporation | 5/27/2020 | $0.00 | $0.00 | $0.00 | $67,265.74 | $67,265.74 | No Response to Offer Exchange |
| Zhang, Chang<br>4056 Chieri Ct<br>San Jose, CA 95148 | 103179 | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $7,818.28 | $7,818.28 | No Response to Offer Exchange |
| Zicherman, Bernard and Rhonda<br>1512 E 14th St.<br>Brooklyn, NY 11230 | 104699 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| **Claims To Be Expunged Totals** | **Count: 176** | | | $22,225.96 | $0.00 | $0.00 | $838,279.15 | $860,505.11 | |