WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (650) 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

- and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

**Debtors.**

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Bankruptcy Case No. 19-30088 (DM)

Chapter 11

(Lead Case) (Jointly Administered)

**REPORT ON THE PROGRESS OF THE SECURITIES ADR PROCEDURES IN RESOLVING SECURITIES CLAIMS**

Date: August 23, 2023
Time: 10:00 a.m. (Pacific Time)
Place: (Tele/Videoconference Appearances Only)
United States Bankruptcy Court
Courtroom 17, 16th Floor
San Francisco, CA 94102

This Report on the Progress of Resolving Securities Claims is being submitted by the Reorganized Debtors in response to the Court's Supplemental Briefing Order [Dkt. No. 13952][1] requesting that the Reorganized Debtors provide a status report setting forth the key statistics regarding the progress made in resolving Securities Claims, including the status of settlements and mediations.

The Securities ADR Procedures are working. The Reorganized Debtors have now successfully resolved 5,639—or nearly 64%—of the 8,858 Securities Claims filed in the Chapter 11 proceedings. In the last three months alone, the Reorganized Debtors have made significant progress in resolving the Securities Claims. Since the Reorganized Debtors moved for a further extension of the claim objection deadline in May 2023 [Dkt. No. 13745], the Reorganized Debtors have settled an additional 981 Securities Claims. This is an average of about 330 per month or more than 10 settlements *per day*. Indeed, even in the six weeks since PERA filed the Third 7023 Motion, the Reorganized Debtors have resolved an additional 571 claims. In the week between August 9, 2023 and August 16, 2023 alone, the Reorganized Debtors resolved 244 Securities Claims through settlement.

The Reorganized Debtors have also taken significant steps aimed at resolving the 3,219 Securities Claims that remain unresolved. Of these 3,219 claims, 2,249—or approximately 70%—have outstanding settlement offers—many of which have just been sent in the last few weeks. In addition, out of the 3,219 unresolved claims, 348 are subject to an omnibus objection. Accordingly, we expect these recently sent settlement offers to continue to generate settlements of Securities Claims. Moreover, there are approximately 1,060 settlement offers, covering 1,895 claims, where the claimant has not opened their offer on the settlement portal or otherwise responded. As the Court is aware, more than 80% of the non-RKS offers have been accepted if the claimants opened their offer on the settlement portal or otherwise responded. The Reorganized Debtors are continuing follow-up efforts to get Securities Claimants to review their settlement offers, including, where appropriate, follow-up hard copy

---

[1] Capitalized terms used herein have the meanings ascribed to such terms in the *Reorganized Debtors' Submission in Connection with the Securities Plaintiffs' Motion for the Application of Bankruptcy Rule 7023 and the Certification of a Class of Securities Claimants* filed concurrently herewith.

mailings and phone calls. These follow-up efforts have been successful and will continue.

Looking at outstanding claims without context can be misleading as many claimants or groups of affiliated claimants have filed multiple claims. There are now only 1,074 Securities Claimants or groups of claimants with outstanding offers. A chart setting forth the status of the resolution of Securities Claims is attached hereto as **Exhibit A**.

The Reorganized Debtors have also acted expeditiously in noticing mediations since the Court approved a panel of mediators for each of the Abbreviated and Standard Mediations. The Reorganized Debtors have already noticed 15 mediations involving 302 Securities Claims for mediation. The mediation process needs to be put into context. The Reorganized Debtors have not notice mediations until and unless the offer process has reached an impasse—put differently, it is cheaper and more efficient to attempt to resolve claims through the offer process rather than the mediation process. But given the success of the offer process (other than with respect to the RKS Claimants) there are surprisingly few candidates for mediations at this point. As the Reorganized Debtors receive additional rejections of settlement offers, they will continue to promptly notice additional mediations. A chart showing the status of mediations is attached hereto as **Exhibit B**.

This report clearly shows that the Securities ADR Procedures are working and given the opportunity without a Rule 7023 class motion outstanding, the Securities ADR Procedures will continue to work. Indeed, the progress under the Securities ADR Procedures provides the most efficient path towards resolution of the unresolved Securities Claims.

Dated: August 18, 2023

        **WEIL, GOTSHAL & MANGES LLP**

        **KELLER BENVENUTTI KIM LLP**

        By:   */s/ Richard Slack*
                 Richard W. Slack

        *Attorneys for Debtors
and Reorganized Debtors*