**Exhibit A**

# Securities Claims Summary

| Securities Claims Population | Current | 5/17 Motion to Extend | Delta |
|---|---|---|---|
| Total Claims | 8,858[1] | 8,848 | 10 |
| Resolved Claims | | | |
|     Resolved by Settlement | 3,543 | 2,580 | |
|     Expunged by Court Order | 1,877 | 1,877 | |
|     Withdrawn | 219 | 201 | |
| Total Resolved Claims | 5,639 | 4,658 | 981 |
| Total Unresolved Claims | 3,219 | 4,190 | (971) |
| Key Metrics Relating to Unresolved Claims | | | |
|     Claims Not Subject To ADR Procedures | 10 | 10 | |
|     Claims Subject to Filed Objections | 348 | 1 | |
|     Declined Offers | 877[2] | 147 | |

(1) The increase of ten total Securities Claims between May 17, 2023 and today is due to amended claims filed by Securities Claimants which were originally incorporated into a bulk claim.

(2) Of the 877 declined claims, 647 claims are claims which, to the Reorganized Debtors' knowledge, are represented by RKS. The remaining 230 declined claims belong to 131 claimants or claimant groups. The increase of declined offers from 147 on May 17, 2023 to 877 today is largely due to declines by RKS claimants.

AlixPartners

1