**Exhibit B**

# Mediations Noticed

|  | Mediations Noticed | Claim Count |
|---|---:|---:|
| Standard Mediation | 9 | 289 |
| Abbreviated Mediation | 6 | 13 |
| **Total** | **15** | **302** |

AlixPartners

1

Case: 19-30088   Doc# 13984-2   Filed: 08/18/23   Entered: 08/18/23 18:21:47   Page 2 of 2