Kizzy L. Jarashow (*pro hac vice*)
Stacy Dasaro (*pro hac vice*)
**GOODWIN PROCTER LLP**
620 Eighth Avenue
The New York Times Building
New York, NY 10018
Tel.: +1 212 813 8800
Fax.: +1 212 355 3333
Email: kjarashow@goodwinlaw.com
      sdasaro@goodwinlaw.com

*Attorneys for MML Investment Advisers, LLC on behalf of the MassMutual Funds*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY, | Chapter 11 |
| Reorganized Debtors. | (Lead Case) (Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>X Affects both Debtors | **CERTIFICATE OF SERVICE**<br><br>Date: August 23, 2023<br>Time: 10:00 a.m. (PT)<br>Before: (Telephonic Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, California 94102 |

# **CERTIFICATE OF SERVICE**

At the time of service I was over 18 years of age and not a party to this action. My business address is: 601 South Figueroa Street, Suite 4100, Los Angeles, California 90017.

On August 18, 2023, I served the following document(s) on the person(s) below as follows:

**JOINDER OF MML INVESTMENT ADVISERS, LLC
ON BEHALF OF THE MASSMUTUAL FUNDS TO THE
STATEMENT OF THE SECURITIES LEAD PLAINTIFF'S
RESPONSE TO THE COURT'S ORDER REGARDING CONTINUED
HEARING ON MOTION FOR THE APPLICATION OF BANKRUPTCY RULE 7023**

☒ (E-MAIL or ELECTRONIC TRANSMISSION). By electronic service on August 18, 2023. Service was accomplished through the Notice of Electronic Filing ("NEF") for all parties and counsel who are registered ECF Users.

☒ (MAIL). By United States mail. I caused to be enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed below and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing.

PG&E Corporation and Pacific Gas
and Electric Company
Attn: Janet Loduca, Esq.
PO Box 770000
77 Beale Street
San Francisco, CA 94105

Tobias Keller, Esq.
Jane Kim, Esq.
Keller & Benvenutti LLP
650 California Street, Suite 1900
San Francisco, CA 94108

Stephen Karotkin, Esq.
Jessica Liou, Esq.
Matthew Goren, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Kristopher M. Hansen, Esq.
Erez E. Gilad, Esq.
Matthew G. Garofalo, Esq.
Paul Hastings LLP
MetLife Building
200 Park Ave
New York, NY 10166

Frank A. Merola, Esq.
Paul Hastings LLP
1999 Avenue of the Stars, 27th Floor
Century City, CA 90067

Eli J. Vonnegut, Esq.
David Schiff, Esq.
Timothy Graulich, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

General Counsel
U.S. Nuclear Regulatory Commission
Washington, DC 20555-0001

| | | |
|---|---|---|
| 1 | Alan W. Kornberg, Esq. | James L. Snyder, Esq. |
| 2 | Brian S. Hermann, Esq. | Timothy Laffredi, Esq. |
|   | Walter R. Rieman, Esq. | Office of the United States Trustee for |
| 3 | Sean A. Mitchell, Esq. | Region 17 |
|   | Neal P. Donnelly, Esq. | 450 Golden Gate Avenue |
| 4 | Paul, Weiss, Rifkind, | 5th Floor, Suite #05-0153 |
|   | Wharton & Garrison LLP | San Francisco, CA 94102 |
| 5 | 1285 Avenue of the Americas | |
|   | New York, NY 10019-6064 | |

Danielle A. Pham, Esq.
U.S. Department of Justice
as counsel for United States
on behalf of the FERC
1100 L Street, NW, Room 7106
Washington DC 20005

Dennis F. Dunne, Esq.
Sam A. Khalil, Esq.
Milbank LLP
55 Hudson Yards
New York, NY 10001-2163

Eric Sagerman, Esq.
Cecily Dumas, Esq.
Baker & Hostetler LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509

Paul S. Aronzon, Esq.
Gregory A. Bray, Esq.
Thomas R. Kreller, Esq.
Milbank LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067

Hon. Dennis Montali
U.S. Bankruptcy Judge
Mail Box 36099
450 Golden Gate Avenue
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 18, 2023, at Los Angeles, California.

_____
Jhemari Quintana