**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**,<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR AUGUST 23, 2023, OMNIBUS HEARING**<br><br>Date: August 23, 2023<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Zoom Videoconference<br>      United States Bankruptcy Court<br>      Courtroom 17, 16th Floor<br>      San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR
AUGUST 23, 2023,
OMNIBUS HEARING**

I: **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*MATTERS GOING FORWARD AT 10:00 A.M.*

1. **PERA Rule 7023 Motion:** *Securities Plaintiffs' Motion and Memorandum of Points and Authorities in Support of Motion for the Application of Bankruptcy Rule 7023 and the Certification of a Class of Securities Claimants* [**Dkt. 13865**].

    Related Documents:

    A. *Declaration of Thomas G. Hoffman, Jr. in Support of Securities Plaintiffs' Motion for the Application of Bankruptcy Rule 7023 and the Certification of a Class of Securities Claimants* [**Dkt. 13866**].

    B. *Reply Memorandum in Further Support of Securities Plaintiffs' Motion for the Application of Bankruptcy Rule 7023 and the Certification of a Class of Securities Claimants* [**Dkt. 13940**].

    C. *Declaration of Peter A. Joy in Support of Securities Plaintiffs' Reply to Reorganized Debtors' and RKS Claimants' Objections to Securities Plaintiffs' Motion for the Application of Bankruptcy Rule 7023 and the Certification of a Class of Securities Claimants* [**Dkt. 13941**].

    D. *Supplemental Brief Regarding the Securities Plaintiffs' Motion for the Application of Bankruptcy Rule 7023 and Certification of a Class of Securities Claimants* [**Dkt. 13978**].

    Responses Received:

    E. *The RKS Claimants' Objection to the Third 7023 Motion* [**Dkt. 13918**].

    F. *Declaration of Richard A. Bodnar in Support of the RKS Claimants' Objection to the Third 7023 Motion* [**Dkt. 13919**].

    G. *Reorganized Debtors' Objection to Securities Plaintiffs' Motion for the Application of Bankruptcy Rule 7023 and the Certification of a Class of Securities Claimants* [**Dkt. 13922**].

    H. *Declaration of Robb McWilliams in Support of Reorganized Debtors' Objection to Securities Plaintiffs' Motion for the Application of Bankruptcy Rule 7023 and the Certification of a Class of Securities Claimants* [**Dkt. 13923**].

I. *RKS Claimants' Supplemental Brief in Support of Their Objection to the Third 7023 Motion* [**Dkt. 13977**].

J. *Reorganized Debtors' Submission in Connection with the Securities Plaintiffs' Motion for the Application of Bankruptcy Rule 7023 and Certification of a Class of Securities Claimants* [**Dkt. 13983**].

K. *Report on the Progress of the Securities ADR Procedures in Resolving Securities Claims* [**Dkt. 13984**].

Joinders:

L. *Joinder of MML Investment Advisers, LLC on Behalf of the Massmutual Funds to the Securities Lead Plaintiff's Memorandum of Points and Authorities in Support of Motion for the Application of Bankruptcy Rule 7023 and the Certification of a Class of Securities Claimants* [**Dkt. 13869**].

M. *Joinder of International Brotherhood of Teamsters Local 282 Benefit Trust Funds to the Securities Lead Plaintiff's Memorandum of Points and Authorities in Support of Motion for the Application of Bankruptcy Rule 7023 and the Certification of a Class of Securities Claimants* [**Dkt. 13895**].

N. *Joinder of Iowa Public Employees' Retirement System to the Securities Lead Plaintiff's Memorandum of Points and Authorities in Support of Motion for the Application of Bankruptcy Rule 7023 and the Certification of a Class of Securities Claimants* [**Dkt. 13896**].

O. *Joinder of Laborers' & Retirement Board Employees' Annuity & Benefit Fund of Chicago to the Securities Lead Plaintiff's Memorandum of Points and Authorities in Support of Motion for the Application of Bankruptcy Rule 7023 and the Certification of a Class of Securities Claimants* [**Dkt. 13897**].

P. *Joinder of Local 580 Annuity Fund to the Securities Lead Plaintiff's Memorandum of Points and Authorities in Support of Motion for the Application of Bankruptcy Rule 7023 and the Certification of a Class of Securities Claimants* [**Dkt. 13898**].

Q. *Joinder of Local 580 Insurance Fund to the Securities Lead Plaintiff's Memorandum of Points and Authorities in Support of Motion for the Application of Bankruptcy Rule 7023 and the Certification of a Class of Securities Claimants* [**Dkt. 13899**].

R. *Joinder of Local 580 Pension Fund to the Securities Lead Plaintiff's Memorandum of Points and Authorities in Support of Motion for the Application of Bankruptcy Rule 7023 and the Certification of a Class of Securities Claimants* [**Dkt. 13900**].

S. *Joinder of San Bernardino County Employees' Retirement Association to the Securities Lead Plaintiff's Memorandum of Points and Authorities in Support of Motion for the*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

*Application of Bankruptcy Rule 7023 and the Certification of a Class of Securities Claimants* [**Dkt. 13901**].

T. *Joinder in the Securities Plaintiffs' Motion for Application of Bankruptcy Rule 7023* [**Dkt. 13904**].

U. *Joinder of Vanguard Claimants in Support of Motion for the Application of Bankruptcy Rule 7023 and the Certification of a Class of Securities Claimants* [**Dkt. 13905**].

V. *Joinder of Dimensional Claimants in Support of Motion for the Application of Bankruptcy Rule 7023 and the Certification of a Class of Securities Claimants* [**Dkt. 13906**].

W. *Notice of Joinder of the Oregon Claimants in the Securities Plaintiffs' Motion for the Application of Bankruptcy Rule 7023 and the Certification of a Class of Securities Claimants* [**Dkt. 13908**].

X. *Joinder of Louisiana Sheriffs' Pension & Relief Fund to the Securities Lead Plaintiff's Motion for the Application of Bankruptcy Rule 7023 and the Certification of a Class of Securities Claimants* [**Dkt. 13913**].

Y. *Notice of Joinder by Claimant Southern Nevada Culinary and Bartender Pension Trust Fund in the Securities Plaintiffs' Motion for the Application of Bankruptcy Rule 7023 and the Certification of a Class of Securities Claimants* [**Dkt. 13916**].

Z. *Joinder of Strathclyde Pension Fund to the Securities Lead Plaintiff's Memorandum of Points and Authorities in Support of Motion for the Application of Bankruptcy Rule 7023 and the Certification of a Class of Securities Claimants* [**Dkt. 13932**].

AA. *Notice of Joinder by Claimants in the Securities Plaintiffs' Motion for the Application of Bankruptcy Rule 7023 and the Certification of a Class of Securities Claimants* [**Dkt. 13937**].

BB. *Joinder of MML Investment Advisors, LLC on Behalf of the MassMutual Funds to the Supplemental Brief Regarding the Securities Plaintiffs' Motion for the Application of Bankruptcy Rule 7023 and Certification of a Class of Securities Claimants* [**Dkt. 13985**].

Related Orders:

CC. August 2, 2023 Docket Text Order.

DD. *Order Regarding Continued Hearing on Motion for the Application of Bankruptcy Rule 7023* [**Dkt. 13952**].

EE. August 20, 2023 Docket Text Order.

<u>Status</u>: This matter is going forward on a contested basis.

*RESOLVED AND CONTINUED MATTERS*

2. **Twenty-Second Securities Claims Omnibus Objection (Securities ADR No Liability):** [**Dkt. 13871**]. This Securities Claims Omnibus Objection was granted as to all Claims (except the Claims discussed below) by **Dkt. 13981**. This matter has been resolved as to the Claims listed in **Dkt. 13979** (except the Claims of Jessica Leah Irby, Malcolm McLean, and Sandra Berger, which have been continued to a date to be determined).

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: August 22, 2023

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By:    */s/ Thomas B. Rupp*
        Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*