# Exhibit A

**Demonstratives**

# Securities Claims Summary

| Securities Claims Population | Current | 5/17 Motion to Extend | Delta |
|---|---|---|---|
| Total Claims | 8,858[1] | 8,848 | 10 |
| | | | |
| Resolved Claims | | | |
|     Resolved by Settlement | 3,611 | 2,580 | |
|     Expunged by Court Order | 2,053 | 1,877 | |
|     Withdrawn | 219 | 201 | |
| Total Resolved Claims | 5,883 | 4,658 | 1,225 |
| | | | |
| Total Unresolved Claims | 2,975 | 4,190 | (1,215) |
| | | | |
| Key Metrics Relating to Unresolved Claims | | | |
|     Claims Not Subject To ADR Procedures | 10 | 10 | |
|     Claims Subject to Filed Objections | 172 | 1 | |
|     Declined Offers | 882[2] | 147 | |

(1) The increase of ten total Securities Claims between May 17, 2023 and today is due to amended claims filed by Securities Claimants which were originally incorporated into a bulk claim.

(2) Of the 882 declined claims, 647 claims are claims which, to the Reorganized Debtors' knowledge, are represented by RKS. The remaining 235 declined claims belong to 133 claimants or claimant groups. The increase of declined offers from 147 on May 17, 2023 to 882 today is largely due to declines by RKS claimants.

AlixPartners

1

# REPRESENTATIVE TIMELINE FOR TYPICAL SECURITIES CLASS ACTIONS

| Matter | Class Certification Decided after MTD | Time Set for Class Discovery | Time Set for Class Certification Briefing | Time for Decision |
|---|---|---|---|---|
| *In re Under Armour Securities Litigation* Case No. 17-CV-00388 (D. Md.)[1] | Yes | 7 months fact/expert discovery | 5 months | 4 months |
| *In re American Capital Properties, Inc. Litigation* Case No. 15-MC-40 (S.D.N.Y.)[2] | Yes | 7 months fact/expert discovery | 2 months | 1.5 months |
| *In re Hamilton Bancorp, Inc. Securities Litigation* Case No. 01-CIV-0156-GOLD (S.D.Fl.)[3] | Yes | 6 months fact discovery 1 month expert discovery | 5 months | 3 months |
| *In re Red Hat, Inc. Securities Litigation* Case No. 04-CV-473 (W.D.N.C.)[4] | Yes | 4 months fact discovery 1 month expert discovery | 3 months | 3 months |
| *In re Northfield Laboratories, Inc. Securities Litigation* Case No. 06-CV-01493 (E.D.Ill.)[5] | Yes | 11 months fact/expert discovery | 12 months | 1 month |
| *Halman Aldubi Provident and Pension Funds Ltd. v. Teva Pharmaceuticals Industries Limited* Case No. 20-CV-04660 (E.D.Pa)[6] | Yes | 5 months expert/fact discovery | 5 months | 6+ months[7] |

---

[1] *See In re Under Armour Securities Litigation*, Dkt. Nos. 176, 209.
[2] *See In re American Capital Properties, Inc. Litigation*, Dkt. No. 391.
[3] *See In re Hamilton Bancorp, Inc. Securities Litigation,* Dkt. No. 114.
[4] *See In re Red Hat, Inc. Securities Litigation*, Dkt. No. 79.
[5] *See In re Northfield Laboratories, Inc. Securities Litigation*, Dkt. Nos. 196, 207, 236
[6] *See Halman Aldubi Provident and Pension Funds Ltd. v. Teva Pharmaceuticals Industries Limited,* Dkt. No. 89.
[7] The court has scheduled a hearing on the motion to certify a class in September of this year.