1  STEPHEN R. BASSER (121590)
   sbasser@barrack.com
2  SAMUEL M. WARD (216562)
   sward@barrack.com
3  **BARRACK, RODOS & BACINE**
   One America Plaza
4  600 West Broadway, Suite 900
5  San Diego, CA 92101
   Phone: (619) 230–0800
6  Fax: (619) 230–1874

7
   *Counsel for International Brotherhood of Teamsters*
8  *Local 282 Benefit Trust Funds*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Reorganized Debtors,<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>**X** Affects both Debtors | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF WITHDRAWAL OF JOINDER BY INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 282 BENEFIT TRUST FUNDS TO THE SECURITIES LEAD PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR THE APPLICATION OF BANKRUPTCY RULE 7023 AND THE CERTIFICATION OF A CLASS OF SECURITIES CLAIMANTS** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, THE DEBTORS AND THEIR ATTORNEYS OF RECORD, THE MOVANT AND ITS ATTORNEYS OF RECORD, UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:**

WITHDRAWAL OF JOINDER BY INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 282 BENEFIT TRUST FUNDS TO THE SECURITIES LEAD PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR THE APPLICATION OF BANKRUPTCY RULE 7023 AND THE CERTIFICATION OF A CLASS OF SECURITIES CLAIMANTS

Case: 19-30088    Doc# 13992    Filed: 08/24/23    Entered: 08/24/23 11:31:18    Page 1 of 2

Claimant International Brotherhood of Teamsters Local 282 Benefit Trust Funds, having resolved its claims against the Debtors, hereby withdraws it joinder [ECF no. 13895], filed July 14, 2023, to The Securities Lead Plaintiff's Memorandum of Points and Authorities in Support of Motion for the Application of Bankruptcy Rule 7023 and the Certification of a Class of Securities Claimants [ECF no. 13865].

DATED: August 24, 2023   Respectfully submitted,

**BARRACK, RODOS & BACINE**

By: /s/ Samuel M. Ward
    STEPHEN R. BASSER
    SAMUEL M. WARD
    600 West Broadway, Suite 900
    San Diego, CA 92101
    Telephone: (619) 230-0800
    Facsimile: (619) 230-1874
    sbasser@barrack.com
    sward@barrack.com

*Counsel for International Brotherhood of Teamsters Local 282 Benefit Trust Funds*

JOINDER OF INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 282 BENEFIT TRUST FUNDS TO THE SECURITIES LEAD PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR THE APPLICATION OF BANKRUPTCY RULE 7023 AND THE CERTIFICATION OF A CLASS OF SECURITIES CLAIMANTS

Case: 19-30088   Doc# 13992   Filed: 08/24/23   Entered: 08/24/23 11:31:18   Page 2 of 2