STEPHEN R. BASSER (121590)
sbasser@barrack.com
SAMUEL M. WARD (216562)
sward@barrack.com
**BARRACK, RODOS & BACINE**
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Phone: (619) 230–0800
Fax: (619) 230–1874

*Counsel for Local 580 Insurance Fund*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Reorganized Debtors,<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>**X** Affects both Debtors | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF WITHDRAWAL OF JOINDER BY LOCAL 580 INSURANCE FUND TO THE SECURITIES LEAD PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR THE APPLICATION OF BANKRUPTCY RULE 7023 AND THE CERTIFICATION OF A CLASS OF SECURITIES CLAIMANTS** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, THE DEBTORS AND THEIR ATTORNEYS OF RECORD, THE MOVANT AND ITS ATTORNEYS OF RECORD, UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:**

WITHDRAWAL OF JOINDER OF LOCAL 580 INSURANCE FUND TO THE SECURITIES LEAD PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR THE APPLICATION OF BANKRUPTCY RULE 7023 AND THE CERTIFICATION OF A CLASS OF SECURITIES CLAIMANTS

Case: 19-30088    Doc# 13994    Filed: 08/24/23    Entered: 08/24/23 11:42:49    Page 1 of 2

Claimant Local 580 Insurance Fund, having resolved its claims against the Debtors, hereby withdraws it joinder [ECF no. 13899], filed July 14, 2023, to The Securities Lead Plaintiff's Memorandum of Points and Authorities in Support of Motion for the Application of Bankruptcy Rule 7023 and the Certification of a Class of Securities Claimants [ECF no. 13865].

DATED: August 24, 2023                Respectfully submitted,

**BARRACK, RODOS & BACINE**

By: /s/ Samuel M. Ward
    STEPHEN R. BASSER
    SAMUEL M. WARD
    600 West Broadway, Suite 900
    San Diego, CA 92101
    Telephone: (619) 230-0800
    Facsimile: (619) 230-1874
    sbasser@barrack.com
    sward@barrack.com

*Counsel for Local 580 Insurance Fund*

WITHDRAWAL OF JOINDER OF LOCAL 580 INSURANCE FUND TO THE SECURITIES LEAD PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR THE APPLICATION OF BANKRUPTCY RULE 7023 AND THE CERTIFICATION OF A CLASS OF SECURITIES CLAIMANTS

Case: 19-30088    Doc# 13994    Filed: 08/24/23    Entered: 08/24/23 11:42:49    Page 2 of 2