# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: admin | Date Created: 8/29/2023 |
| Case: 19−30088 | Form ID: TRANSC | Total: 9 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Jeffrey Ritholtz | jritholtz@rksllp.com |
| aty | Michael S. Etkin | metkin@lowenstein.com |
| aty | Stacy A. Dasaro | sdasaro@goodwinlaw.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| aty | Irwin B. Schwartz | BLA Schwartz, P.C. | 515 S. Flower St., 18th Fl. | Los Angeles, CA 90071 |
| aty | Irwin B. Schwartz | BLA Schwartz, P.C. | 515 S. Flower St., 18th Fl. | Los Angeles, CA 90071 |
| aty | Irwin B. Schwartz | BLA Schwartz, PC | 515 S. Flower St., #18th Fl. | Los Angeles, CA 90071 |
| aty | Richard W. Slack | Weil Gotshal and Manges, LLP | 767 Fifth Ave. | New York, NY 10153−0119 |
| aty | Susan F. Dicicco, Esq. | Morgan, Lewis & Bockius LLP | 1400 Page Mill Road | Palo Alto, CA 94304 |

TOTAL: 5