**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>**Exhibit 1**</u>

**Securities ADR No Liability**

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Aaron, Jannice O.<br>2035 Kentucky Hkwy. #1247<br>Standford, KY 40484 | 104118 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $23,350.82 | $23,350.82 | No Response to Offer Exchange |
| Abraham, Jimmy<br>304 Huntington Drive<br>Starkville, MS 39759 | 98942 | PG&E Corporation | 4/10/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Agnello, Margaret & Carl<br>8427 Gleneagle Way<br>Naples, FL 34120 | 103441 | PG&E Corporation | 4/28/2020 | $0.00 | $0.00 | $0.00 | $677.49 | $677.49 | No Response to Offer Exchange |
| Akhter, Muhammad S.<br>4600 Lennox Dr<br>Austin, TX 78745 | 104035 | PG&E Corporation | 5/6/2020 | $0.00 | $0.00 | $0.00 | $110.88 | $110.88 | No Response to Offer Exchange |
| Alessandri, Bettiann<br>1355 Gloucester Ct<br>Commerce Twp., MI 48390 | 104557 | Pacific Gas and Electric Company | 5/13/2020 | $0.00 | $0.00 | $0.00 | $3,480.00 | $3,480.00 | No Response to Offer Exchange |
| Altemose, Vernon G.<br>751 W Long Lake Dr<br>Harrison, MI 48625-8721 | 104692 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $11,207.48 | $11,207.48 | No Response to Offer Exchange |
| AMP Capital Enhanced Index International Share Fund<br>Trent Loi Portfolio Manager 33 Alfred Street<br>Sydney, NSW | 99957 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $327,414.34 | $327,414.34 | No Response to Offer Exchange |
| Audrey Mae Barma IRA<br>22541 Bass Lake Rd<br>Plainfield, IL 60544 | 99246 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Austin Trust, Edward & Jill Austin, TTEEs<br>Edward & Jill Austin 1229 Dutch Mill Dr.<br>Danville, CA 94526 | 103909 | PG&E Corporation | 5/5/2020 | $0.00 | $0.00 | $0.00 | $16,690.73 | $16,690.73 | No Response to Offer Exchange |
| Bacon, Jennifer P<br>U/NJ/UTMA 7 Sandburg Drive<br>Allentown, NJ 08501-1659 | 104561 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $1,735.50 | $1,735.50 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| BADGER, DARRELL L<br>21504 NE 174TH ST<br>BRUSH PRAIRIE, WA 98606 | **98716** | PG&E Corporation | 4/1/2020 | $0.00 | $0.00 | $0.00 | $14,768.00 | $14,768.00 | No Response to Offer Exchange |
| Baldwin, Robert M<br>2038 20th Ave<br>San Francisco, CA 94116 | **102437** | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $22,199.58 | $22,199.58 | No Response to Offer Exchange |
| BENNETT, WILLIAM J<br>157 HURFFVILLE ROAD<br>TURNERSVILLE, NJ 08012-2401 | **104554** | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $2,047.00 | $2,047.00 | No Response to Offer Exchange |
| Boffard, Virginia<br>290 Hartshorn Dr<br>Short Hills, NJ 07078 | **106431** | PG&E Corporation | 8/31/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Bonato, Sandra M.<br>767 West Boyd Road<br>Pleasant Hill, CA 94523 | **103883** | PG&E Corporation | 5/5/2020 | $0.00 | $0.00 | $0.00 | $4,597.35 | $4,597.35 | No Response to Offer Exchange |
| Brown, Doyal N<br>42890 Wingate Dr.<br>Banning, CA 92220 | **105127** | PG&E Corporation | 5/19/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Brown, Doyal N.<br>42890 Wingate Dr.<br>Banning, CA 92220 | **105241** | PG&E Corporation | 5/19/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Bucks County Employees Retirement System<br>55 East Court Street 5th Floor<br>Doylestown, PA 18901 | **101074** | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $65,741.27 | $65,741.27 | No Response to Offer Exchange |
| Butter, Zane R.<br>5839 Joyce Way<br>Dallas, TX 75225-1624 | **104463** | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| California Public Employees' Retirement System<br>CalPERS Legal Office P.O. Box 942707<br>Sacramento, CA 94229-2707 | **101607** | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| CCW International Inc<br>30840 Cartier Drive<br>Rancho Palos Verdes, CA 90275 | 103489 | Pacific Gas and Electric Company | 4/28/2020 | $0.00 | $0.00 | $0.00 | $5,702.95 | $5,702.95 | No Response to Offer Exchange |
| Chadduck Holdings Ltd<br>PO Box 260529<br>Plano, TX 75026 | 105780 | PG&E Corporation | 6/15/2020 | $0.00 | $0.00 | $0.00 | $22,970.25 | $22,970.25 | No Response to Offer Exchange |
| Charles Russell Schillinger Exempt Testamentary Trust<br>4675 E State Route 302<br>Belfair, WA 98528-9384 | 98856 | Pacific Gas and Electric Company | 4/7/2020 | $0.00 | $0.00 | $0.00 | $12,501.90 | $12,501.90 | No Response to Offer Exchange |
| Clute, Jane E<br>5 Emerald Road<br>Kendall Park, NJ 08824-1413 | 104608 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $7,253.50 | $7,253.50 | No Response to Offer Exchange |
| Coddington, David Jose<br>3905 Ludlow Road<br>Henrico, VA 23231-2613 | 104566 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $2,670.00 | $2,670.00 | No Response to Offer Exchange |
| Coles, Beverly<br>523 Gravilla St.<br>La Jolla, CA 92037 | 104101 | PG&E Corporation | 5/7/2020 | $0.00 | $0.00 | $0.00 | $20,200.80 | $20,200.80 | No Response to Offer Exchange |
| Coles, Beverly Sahn<br>523 Gravilla St<br>La Jolla, CA 92037 | 103980 | PG&E Corporation | 5/7/2020 | $0.00 | $0.00 | $0.00 | $17,525.87 | $17,525.87 | No Response to Offer Exchange |
| Coles, George<br>523 Gravilla Street<br>La Jolla, CA 92037 | 104106 | PG&E Corporation | 5/7/2020 | $0.00 | $0.00 | $0.00 | $65,303.91 | $65,303.91 | No Response to Offer Exchange |
| Collison, John B<br>14487 SW Peninsula Dr<br>Torrebonne, OR 97760 | 97984 | Pacific Gas and Electric Company | 3/20/2020 | $0.00 | $0.00 | $0.00 | $3,513.00 | $3,513.00 | No Response to Offer Exchange |
| Collotta, Peter<br>Peter Collotta & Darla Witiner PO Box 594<br>Stowe, VT 05672 | 104423 | Pacific Gas and Electric Company | 5/11/2020 | $0.00 | $0.00 | $0.00 | $1,123.84 | $1,123.84 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| CORETTA KEY IRA<br>6 W SAND SAGE<br>SANTA FE, NM 87506 | 104441 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $620.15 | $620.15 | No Response to Offer Exchange |
| CO-TTEE Robert & Sandra Mclean Living Trust<br>259 Specht Rd<br>Sonoma, CA 95476 | 105159 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $17,872.31 | $17,872.31 | No Response to Offer Exchange |
| Crabtree, Harold Eugene<br>3545 Shut Out Ct<br>Owensboro, KY 42303 | 97923 | PG&E Corporation | 3/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Crowson, Rick<br>4504 Pine Lake Drive<br>Terry, MS 39170 | 105345 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $582.53 | $582.53 | No Response to Offer Exchange |
| Crowson, Rick & Denia<br>4504 Pine Lake Drive<br>Terry, MS 39170 | 105357 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $735.35 | $735.35 | No Response to Offer Exchange |
| David A. Brandon Foundation<br>Morgan Stanley 2700 Patriot Blvd. Suite 150<br>Glenview, IL 60026 | 105143 | Pacific Gas and Electric Company | 5/21/2020 | $0.00 | $0.00 | $0.00 | $3,431.27 | $3,431.27 | No Response to Offer Exchange |
| David A. Brandon Trust<br>Morgan Stanley 2700 Patriot Blvd Suite 150<br>Glenview, IL 60026 | 105139 | Pacific Gas and Electric Company | 5/21/2020 | $0.00 | $0.00 | $0.00 | $8,695.47 | $8,695.47 | No Response to Offer Exchange |
| DEEVINDA LEE TOSTEN TR<br>UA APR 20 96 PO BOX 1253<br>LA MESA, CA 91944-1253 | 100214 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Defranco, Frank A<br>199 Saxson Street<br>Hillsborough, NJ 08844-3458 | 104867 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $4,132.36 | $4,132.36 | No Response to Offer Exchange |
| Deperte, Frank<br>1826 Washington Valley Road<br>Martinsville, NJ 08836-2028 | 104853 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $3,471.00 | $3,471.00 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Dolchin, Martha<br>10552 Stone Garden Dr<br>Boynton Beach, FL 33473 | **104712** | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $1,424.00 | $1,424.00 | No Response to Offer Exchange |
| DOLCHIN, MORTON<br>10552 STONE GARDEN DR<br>BOYNTON BEACH, FL 33473 | **104791** | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $2,002.50 | $2,002.50 | No Response to Offer Exchange |
| E Trade Securities LLC, IRA Custodian FBO James A. Krantz<br>409 N. Pacific Coast Hwy #241<br>Redondo Beach, CA 90277 | **103786** | Pacific Gas and Electric Company | 5/5/2020 | $0.00 | $0.00 | $0.00 | $18,399.72 | $18,399.72 | No Response to Offer Exchange |
| Energy Supply Industry (Superannuation) Queensland Ltd<br>Energy Super Level 10, 123 Eagle St<br>Brisbane, QLD 4000 | **101758** | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $1,904,002.00 | $1,904,002.00 | No Response to Offer Exchange |
| Estate of Elizabeth Ehmling, Walter Ehmling Exec<br>Walter Ehmling 13141 Clear Ridge Rd<br>Knoxville, TN 37922 | **104622** | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Fabishak, Robert G<br>105 Asbury Road<br>Egg Harbor Twp, NJ 08234-7104 | **104861** | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $1,869.00 | $1,869.00 | No Response to Offer Exchange |
| FABISHAK, ROBERT G<br>105 ASBURY ROAD<br>EGG HARBOR TWP, NJ 08234-7104 | **104783** | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $2,358.50 | $2,358.50 | No Response to Offer Exchange |
| Foglia, Rosemary<br>1717 N Bayshore Drive #1748<br>Miami, FL 33132-1154 | **104790** | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $1,913.50 | $1,913.50 | No Response to Offer Exchange |
| Foglia, Rosemary<br>1717 N Bayshore Drive #1748<br>Miami, FL 33132-1154 | **104788** | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $1,557.50 | $1,557.50 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Fok, Sam<br>47 Olmsted Rd. Apt. 347<br>Stanford, CA 94305 | **98196** | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $19.00 | $19.00 | No Response to Offer Exchange |
| FULLER, SANDRA<br>114 SIMMONS AVE<br>ST SIMONS ISLAND, GA 31522 | **99493** | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $10,289.00 | $10,289.00 | No Response to Offer Exchange |
| Fuller, Sandra<br>114 Simmons Ave<br>St. Simons Island, GA 31522 | **99730** | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $10,289.79 | $10,289.79 | No Response to Offer Exchange |
| Gasperini, Jr., Robert B.<br>673 River Rd<br>Fair Haven, NJ 07704-3311 | **104986** | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $1,068.00 | $1,068.00 | No Response to Offer Exchange |
| Gasperini, Jr., Robert B.<br>673 River Road<br>Fair Haven, NJ 07704-3311 | **105122** | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $2,447.50 | $2,447.50 | No Response to Offer Exchange |
| GASPERINI, JR., ROBERT G<br>673 RIVER RD<br>FAIR HAVEN, NJ 07704-3311 | **104957** | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $2,447.50 | $2,447.50 | No Response to Offer Exchange |
| George Coles (IRA)<br>523 Gravilla St.<br>La Jolla, CA 92037 | **104058** | PG&E Corporation | 5/7/2020 | $0.00 | $0.00 | $0.00 | $31,071.60 | $31,071.60 | No Response to Offer Exchange |
| George P Shelton III & Breda L Shelton<br>4124 Kingsferry Drive<br>Arlington, TX 76016 | **98231** | PG&E Corporation | 3/25/2020 | $0.00 | $0.00 | $0.00 | $12,911.11 | $12,911.11 | No Response to Offer Exchange |
| Gilliland, Marvin D.<br>5807 Harwood Dr<br>Des Moines, IA 50312 | **105185** | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Gorchow, Neil<br>3920 Wilshire Court<br>Sarasota, FL 34238 | **98820** | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $25,524.19 | $25,524.19 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| GRANT, MARY PACE 7 HILLSEA RD. YARMOUTH PORT, MA 02675 | 102732 | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $19,251.96 | $19,251.96 | No Response to Offer Exchange |
| GRANT, MARY PACE 7 HILLSEA RD. YARMOUTH PORT, MA 02675 | 103152 | PG&E Corporation | 4/28/2020 | $0.00 | $0.00 | $0.00 | $27,816.05 | $27,816.05 | No Response to Offer Exchange |
| Guthrie, Robert 1027 Church St. Ventura, CA 93001 | 104910 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Hadden, Jeffrey D 8864 Litlle Creek Dr Orangevale, CA 95662 | 106642 | PG&E Corporation | 10/30/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Ham, Jr, Lee Edward 388 Ventura Dr Oldsmar, FL 34677 | 105720 | PG&E Corporation | 6/8/2020 | $0.00 | $0.00 | $0.00 | $4,446.53 | $4,446.53 | No Response to Offer Exchange |
| HAMPTON, EDWARD J 4002 GRANDEVUE CT MURRYSVILLE, PA 15668 | 104648 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $1,068.59 | $1,068.59 | No Response to Offer Exchange |
| Hampton, Edward J 4002 Grandevue Ct. Murrysville, PA 15668 | 104729 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $1,384.53 | $1,384.53 | No Response to Offer Exchange |
| Henderson, Linda PO Box 205 Fremont, CA 94537 | 103941 | PG&E Corporation | 5/6/2020 | $0.00 | $0.00 | $0.00 | $638.94 | $638.94 | No Response to Offer Exchange |
| Henderson, Peter PO Box 205 Fremont, CA 94537 | 103923 | PG&E Corporation | 5/6/2020 | $0.00 | $0.00 | $0.00 | $1,305.67 | $1,305.67 | No Response to Offer Exchange |
| Hennessy, Lori J 9902 NW Engleman Street Portland, OR 97229 | 105259 | Pacific Gas and Electric Company | 5/19/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Hennessy, Lori J<br>9902 NW Engleman St<br>Portland, OR 97229 | 105123 | PG&E Corporation | 5/19/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Hennessy, Timothy D.J.<br>9902 New Engleman St.<br>Portland, OR 97229 | 105257 | PG&E Corporation | 5/19/2020 | $0.00 | $0.00 | $0.00 | $8,098.62 | $8,098.62 | No Response to Offer Exchange |
| Hennessy, Timothy DJ<br>9902 New Engleman St.<br>Portland, OR 97229 | 105258 | PG&E Corporation | 5/19/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Hershberg, Philip<br>P.O.Box 920332<br>Needham, MA 02492 | 103750 | PG&E Corporation | 5/5/2020 | $0.00 | $0.00 | $0.00 | $22,210.00 | $22,210.00 | No Response to Offer Exchange |
| Hoffman, Bruce<br>1844 Shuey Ave<br>Walnut Creek, CA 94596 | 98898 | Pacific Gas and Electric Company | 4/10/2020 | $0.00 | $0.00 | $0.00 | $4,228.95 | $4,228.95 | No Response to Offer Exchange |
| HOFFMAN, DAVID<br>999 CARTIER LN<br>FOSTER CITY, CA 94404-2906 | 100279 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $16,880.16 | $16,880.16 | No Response to Offer Exchange |
| Hoffman, David<br>999 Cartier Ln<br>Foster City, CA 94404-2906 | 99661 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $16,880.16 | $16,880.16 | No Response to Offer Exchange |
| Hopkins, Barbara J<br>7761 WESTCROSS DR<br>NEW ALBANY, OH 43054-0011 | 97877 | PG&E Corporation | 3/19/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Hughes, Joseph<br>5881 E Mary Lou St<br>Pahrump, NV 89061 | 98943 | Pacific Gas and Electric Company | 4/10/2020 | $0.00 | $0.00 | $0.00 | $3,197.37 | $3,197.37 | No Response to Offer Exchange |
| Ilvento, Jean<br>951 Evergreen Drive<br>Delray Beach, FL 33483-4802 | 104985 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $2,670.00 | $2,670.00 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Interlock Industries Inc<br>Craig Mackin 123 S 7th St<br>Louisville, KY 40202-2703 | **103690** | PG&E Corporation | 5/1/2020 | $0.00 | $0.00 | $0.00 | $16,975.64 | $16,975.64 | No Response to Offer Exchange |
| Irene P. Bluth, Trustee / The Bluth Family A Trust U/A Dtd<br>261 36th Ave<br>San Mateo, CA 94403-4201 | **105506** | PG&E Corporation | 5/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Ivy Corporate Bond<br>Waddell & Reed Cory Williams Director Fund Admin<br>6300 Lamar Avenue<br>Shawnee Mission, KS 66202 | **100388** | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $814,220.00 | $814,220.00 | No Response to Offer Exchange |
| Ivy ProShares MSCI ACWI Index Fund<br>Waddell & Reed Cory Williams Director Fund Admin<br>6300 Lamar Avenue<br>Shawnee Mission, KS 66202 | **100298** | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $50,475.10 | $50,475.10 | No Response to Offer Exchange |
| Ivy VIP Corporate Bond<br>Waddell & Reed Cory Williams Director Fund Admin<br>6300 Lamar Avenue<br>Shawnee Mission, KS 66202 | **100368** | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $1,025,730.00 | $1,025,730.00 | No Response to Offer Exchange |
| James T. Leak Revocable Trust, James T. Leak, Trustee<br>3448 Stone Valley Road<br>Alamo, CA 94507 | **103562** | PG&E Corporation | 4/30/2020 | $0.00 | $0.00 | $0.00 | $6,444.00 | $6,444.00 | No Response to Offer Exchange |
| JANE HALITON ROLLOVER IRA<br>TD AMERITRADE INSTITUTIONAL 5010 WATERIDGE VISTA DRIVE<br>SAN DIEGO, CA 92121 | **105226** | PG&E Corporation | 5/19/2020 | $0.00 | $0.00 | $0.00 | $740.01 | $740.01 | No Response to Offer Exchange |
| Janet B Lubas TTEE, The Janet Beth Lubas Rev Trust<br>24895 Rivers Edge Road<br>Millsboro, DE 19966-7217 | **104972** | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $5,028.50 | $5,028.50 | No Response to Offer Exchange |
| John A. Grant, Ttee Rene A. Desjardins Liv Trust<br>161 Route 6A<br>Yarmouth Port, MA 025675 | **103363** | PG&E Corporation | 4/28/2020 | $0.00 | $0.00 | $0.00 | $136,814.47 | $136,814.47 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| John Grant, Trustee Nicholas Olin Supp Needs Trust<br>161 Route 6A<br>Yarmouth Port, MA  02675 | 103442 | PG&E Corporation | 4/28/2020 | $0.00 | $0.00 | $0.00 | $8,793.16 | $8,793.16 | No Response to Offer Exchange |
| Johnson, Christopher D.<br>8024 SE Old Plantation Circle<br>Jupiter, FL  33458 | 105389 | PG&E Corporation | 5/22/2020 | $0.00 | $0.00 | $0.00 | $37,613.17 | $37,613.17 | No Response to Offer Exchange |
| Joseph Francolino Snr. IRA<br>4101 N Ocean Blvd #101<br>Boca Raton, FL  33431 | 103697 | PG&E Corporation | 5/1/2020 | $0.00 | $0.00 | $0.00 | $4,088.00 | $4,088.00 | No Response to Offer Exchange |
| Kalsi, Nasib<br>11815 Desy Av<br>Montreal North, QC  HIG4C4 | 106239 | PG&E Corporation | 8/10/2020 | $0.00 | $0.00 | $0.00 | $1,719.00 | $1,719.00 | No Response to Offer Exchange |
| Kangas, Ronald N.<br>1987 Harper Ct<br>Harper Woods, MI  48225 | 98109 | Pacific Gas and Electric Company | 3/25/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Kenneth V.L. Conover Jr.<br>14 Updikes Mill Road<br>Belle Mead, NJ  08502-5837 | 104726 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $9,256.00 | $9,256.00 | No Response to Offer Exchange |
| Kinelski, Jr., John<br>6 Coppermine Road<br>Princeton, NJ  08540-8601 | 105126 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $2,269.50 | $2,269.50 | No Response to Offer Exchange |
| Kirschner, Carl<br>14 Hoagland Road<br>Flemington, NJ  08822-7150 | 104770 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $6,363.50 | $6,363.50 | No Response to Offer Exchange |
| Klein, Kelly<br>159 Conover Rd.<br>East Windsor, NJ  08520-2801 | 104771 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $1,735.50 | $1,735.50 | No Response to Offer Exchange |
| KOLSTEDT, RON<br>1520 E. BATES, UNIT G3<br>SPRINGFIELD, MO  65804 | 98065 | Pacific Gas and Electric Company | 3/24/2020 | $0.00 | $0.00 | $0.00 | $8,514.92 | $8,514.92 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| KRANTZ, JAMES A<br>409 N PACIFIC COAST HWY #241<br>REDONDO BEACH, CA 90277 | 103785 | Pacific Gas and Electric Company | 5/5/2020 | $0.00 | $0.00 | $0.00 | $27,776.00 | $27,776.00 | No Response to Offer Exchange |
| Kristie C. Jourdan-Rozinski Irrevocable Trust<br>Andrew C MacDonald 4650 W. Spencer St.<br>Appleton, WI 54914 | 105348 | PG&E Corporation | 5/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Kuhn, Ellen Virlee<br>73 Park Street<br>Tenafly, NJ 07670 | 108015 | PG&E Corporation | 12/3/2021 | $0.00 | $0.00 | $0.00 | $73,330.89 | $73,330.89 | No Response to Offer Exchange |
| Lally, Brent<br>134 NW Magnolia Lakes Blvd<br>Port Saint Lucie, FL 34986-3567 | 104962 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $1,023.50 | $1,023.50 | No Response to Offer Exchange |
| Larson, Donald<br>224 Walden Circle<br>Robbinsville, NJ 08691-3446 | 104959 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $5,511.93 | $5,511.93 | No Response to Offer Exchange |
| Latronica, Anthony A<br>6402 Wanconda DR<br>Larkspur , CO 80118 | 97792 | PG&E Corporation | 3/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Latronica, Anthony A<br>6402 Wanconda Dr<br>Larkspur, CO 80118 | 97818 | Pacific Gas and Electric Company | 3/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Law Office of Jacques J Kirch 401(K) Plan<br>3033 1st Ave<br>Sab Diego, CA 92103-5815 | 100874 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $13,650.00 | $43,885.63 | $57,535.63 | No Response to Offer Exchange |
| Leak, James T. and Kathleen A.<br>3448 Stone Valley Road<br>Alamo, CA 94507 | 103550 | PG&E Corporation | 4/30/2020 | $0.00 | $0.00 | $0.00 | $9,041.30 | $9,041.30 | No Response to Offer Exchange |
| Lebhar, Stephanie<br>6925 N 79th Place<br>Scottsdale, AZ 85250 | 105529 | Pacific Gas and Electric Company | 5/27/2020 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Lee, Aleck 3291 Middlefield Rd Palo Alto, CA 94306 | 103133 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $6,000.00 | $6,000.00 | No Response to Offer Exchange |
| Lewin, Herman Jay 601 Laurel Avenue #1002 San Mateo, CA 94401-4165 | 105803 | PG&E Corporation | 6/5/2020 | $0.00 | $0.00 | $0.00 | $38,963.12 | $38,963.12 | No Response to Offer Exchange |
| Liu, Hsing Hsyang 315 Ondina Dr. Fremont, CA 94539 | 103187 | PG&E Corporation | 4/28/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Lockhart, Kathleen Ann 2809 Bryon St Wheaton, MD 20902 | 104635 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $27,195.98 | $27,195.98 | No Response to Offer Exchange |
| Los Angeles City Employees' Retirement System Northern Trust Company Attn: Zachary Smedsrud 333 S. Wabash Ave, 42nd Floor Chicago, IL 60604 | 100603 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $2,103,111.00 | $2,103,111.00 | No Response to Offer Exchange |
| Los Angeles County Employees Retirement Association Michael D. Herrera, Senior Staff Counsel 300 N. Lake Avenue, Suite 620 Pasadena, CA 91101 | 99020 | Pacific Gas and Electric Company | 4/9/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Los Angeles County Employees Retirement Association Michael D. Herrera, Senior Staff Counsel Los Angeles County Employees Retirement Association 300 N. Lake Avenue, Suite 620 Pasadena, CA 91101 | 98965 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| LUBAS, JANET MSSB C/F IRA ROLLOVER 24895 RIVERS EDGE ROAD MILLSBORO, DE 19966-2237 | 104859 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $2,803.50 | $2,803.50 | No Response to Offer Exchange |
| MacDougall, Bruce & Christine L 361 NW 137th St Seattle, WA 98177 | 102816 | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Maciolek, Constantine<br>40 Fanning St<br>Fords, NJ 08863-1217 | **104809** | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $712.00 | $712.00 | No Response to Offer Exchange |
| Malley, James<br>1339 E Madison Rd<br>Huachuca City, AZ 85616 | **105397** | PG&E Corporation | 5/22/2020 | $0.00 | $0.00 | $0.00 | $4,014.68 | $4,014.68 | No Response to Offer Exchange |
| Malley, Linda<br>1339 E Madison Rd<br>Huachuca City, AZ 85616 | **105210** | PG&E Corporation | 5/22/2020 | $0.00 | $0.00 | $0.00 | $806.41 | $806.41 | No Response to Offer Exchange |
| Maney, Constance<br>37 Farrington Rd.<br>E. Dennis, MA 02641 | **104476** | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $13,192.56 | $13,192.56 | No Response to Offer Exchange |
| Maney, Constance<br>37 Farrington Rd.<br>E. Dennis, MA 02641 | **104472** | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $17,013.36 | $17,013.36 | No Response to Offer Exchange |
| Marcia A. David IRA<br>4648 Silver Ridge Dr<br>Jacksonville, FL 32207 | **100160** | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Margaret F Van Grouw Trust<br>Margaret F Van Grouw 145 Columbia Ave, Apt 639<br>Holland, MI 49423 | **99513** | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Mark and Jill Eshman<br>PO Box 6245<br>Ketchum, ID 83340 | **106899** | PG&E Corporation | 1/4/2021 | $0.00 | $0.00 | $0.00 | $2,707.57 | $2,707.57 | No Response to Offer Exchange |
| Martha H Kline Revocable Trust<br>PO Box 4715<br>VA Beach, VA 23454 | **103854** | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $47,679.50 | $47,679.50 | No Response to Offer Exchange |
| Martin, Richard<br>8500 SW Birchwood RD<br>Portland, OR 97225 | **98201** | Pacific Gas and Electric Company | 3/30/2020 | $0.00 | $0.00 | $0.00 | $1,213.30 | $1,213.30 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Mary Jane Turney IRA<br>140 Cook Court<br>Somonauk, IL 60552-9744 | **99051** | PG&E Corporation | 4/10/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Mascotte, Nancy L.<br>19492 Cottage Ct<br>South Bend, IN 46637 | **103286** | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Matuska, Joseph C<br>IRA Standard 4 Vanderbelt Road<br>Milford, NJ 08848-2233 | **104896** | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $1,424.00 | $1,424.00 | No Response to Offer Exchange |
| McDonald, Terrance E.<br>418 S. Diamond Dr.<br>Long Grove, IA 52756 | **102941** | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $4,000.00 | $4,000.00 | No Response to Offer Exchange |
| MCDOUGAL, PATRICK JOHN<br>855 PAINTED BUNTING LANE<br>VERO BEACH, FL 32963 | **104094** | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| McKinnon, Nancy K.<br>1497 Brianwood Rd.<br>Decatur, GA 30033 | **98285** | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Medical Mutual Ins Co of NC - Special Mid-Cap Value<br>525 Market Street floor 12<br>San Francisco, CA 94105 | **107287** | PG&E Corporation | 6/24/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Merkin, Joan K<br>1749 Fredericksburg Ln<br>Aurora, IL 60503 | **98973** | PG&E Corporation | 4/10/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Meseroll, Jr., Alan K<br>6373 Fairway Cove Drive<br>Port Orange, FL 32128-7006 | **104878** | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $1,691.00 | $1,691.00 | No Response to Offer Exchange |
| Meseroll, Nancy L<br>6373 Fairway Cove Drive<br>Port Orange, FL 32128-7006 | **104882** | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $2,225.00 | $2,225.00 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| MICHAEL CASON, TRUSTEE OF THE 1993 YVONNE B CASON REVOCABLE TRUST AS RESTATED AUGUST 3, 2015 YVONNE B CASON REVOCABLE TRUST 1619 E WHITTEN ST CHANDLER, AZ 85225 | 78817 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $158,540.19 | $158,540.19 | No Response to Offer Exchange |
| Mississippi Baptist Foundation 515 Mississippi Street Jackson, MS 39205 | 104589 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| MMIC Investment Holdings, Inc. - Special Mid-Cap Value 525 Market Street floor 12 San Francisco, CA 94105 | 107288 | PG&E Corporation | 6/24/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Moench, Theresa 25 Cliffwood Drive Allentown, NJ 08501-2052 | 104739 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $2,314.00 | $2,314.00 | No Response to Offer Exchange |
| Mohan, Dana Michael 6 Mountain View Ln Lafayette, CA 94549 | 98769 | Pacific Gas and Electric Company | 4/8/2020 | $0.00 | $0.00 | $0.00 | $10,394.00 | $10,394.00 | No Response to Offer Exchange |
| MSSB SEP IRA C/F David A. Brandon Morgan Stanley 2700 Patriot Blvd. Suite 150 Glenview, IL 60026 | 105350 | Pacific Gas and Electric Company | 5/21/2020 | $0.00 | $0.00 | $0.00 | $9,103.39 | $9,103.39 | No Response to Offer Exchange |
| MURIEL INDEN TR. 2701 N COURSE DR #524 POMPANO BEACH, FL 33069 | 104533 | PG&E Corporation | 5/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| NAGELKIRK, HAROLD 3556 BIG ROCK CT SW GRANDVILLE, MI 49418 | 100444 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Nancy G Scheigert Revocable Living Trust, Gail Garvey and John Garvey Trustee Gail Garvey 1334 Costa Brava Pismo Beach, CA 93449 | 104698 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $601.85 | $601.85 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Nantahala Capital Partners II Limited Partnership<br>130 Main St. 2nd Floor<br>New Canaan, CT 06840 | 100640 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Nantahala Capital Partners II Limited Partnership<br>130 Main St. 2nd Floor<br>New Canaan, CT 06840 | 100314 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Nantahala Capital Partners Limited Partnership<br>130 Main St., 2nd Floor<br>New Canaan, CT 06840 | 100113 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Nantahala Capital Partners Limited Partnership<br>130 Main St, 2nd Floor<br>New Canaan, CT 06840 | 100317 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Nantahala Capital Partners SI, LP<br>130 Main St. 2nd Floor<br>New Canaan, CT 06840 | 100461 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Nantahala Capital Partners SI, LP<br>130 Main St. 2nd Floor<br>New Canaan, CT 06840 | 100475 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Newman, Ann<br>915 East 17th Street Apt 405<br>Brooklyn, NY 11230-3764 | 104629 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $3,159.50 | $3,159.50 | No Response to Offer Exchange |
| Nielsen, Olive E.<br>270 Pasco Bernal<br>Moraga, CA 94556 | 101935 | PG&E Corporation | 4/17/2020 | $0.00 | $0.00 | $0.00 | $5,540.04 | $5,540.04 | No Response to Offer Exchange |
| Numeric Socially Aware U.S. Core Fund L.P.<br>231 Sansome Street, 4th Floor<br>San Francisco, CA 94104 | 104184 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $1,019,589.67 | $1,019,589.67 | No Response to Offer Exchange |
| Oil Investment Corporation Ltd<br>Battea FBO 231 Sansome Street, 4th Floor<br>San Francisco, CA 94104 | 104189 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $214,284.74 | $214,284.74 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Oliva, Robert R<br>1 Treetops Lane Apt 704<br>Littolem Rock, AR 72202 | 103925 | PG&E Corporation | 5/6/2020 | $0.00 | $0.00 | $0.00 | $15,741.03 | $15,741.03 | No Response to Offer Exchange |
| PACE Alternative Strategies Investments Fund - Long<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107278 | PG&E Corporation | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Parker, Douglas S.<br>7 Marisa Court<br>Montrose, NY 10548 | 100233 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Patricia A. McGuinn Northrop & Clyde M Northrop<br>17413 Northrop Lane<br>Andalusia, AL 36420 | 103569 | PG&E Corporation | 4/29/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Payongayong, Rosanna De Castro<br>2229 DOGWOOD RANCH AVE<br>HENDERSON , CA 89052-0413 | 97599 | PG&E Corporation | 3/6/2020 | $394,964.00 | $0.00 | $0.00 | $76,264.07 | $471,228.07 | No Response to Offer Exchange |
| Peterson, Mark C<br>PO Box 1371<br>Damariscotta, ME 04543 | 107820 | PG&E Corporation | 7/20/2021 | $0.00 | $0.00 | $0.00 | $38,693.00 | $38,693.00 | No Response to Offer Exchange |
| Physicians Care of VA, PC 401k & PS Plan fbo Ahmadzadeh<br>Wells Fargo Bank 10 S Jefferson St, 9th Fl MAC R4046-096<br>Roanoke, VA 24011 | 102212 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $6,796.11 | $6,796.11 | No Response to Offer Exchange |
| Physicians Care of VA, PC 401k & PS Plan fbo Ballenger<br>Wells Fargo Bank 10 S Jefferson St, 9th Fl MAC R4046-096<br>Roanoke, VA 24011 | 102215 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $46,682.69 | $46,682.69 | No Response to Offer Exchange |
| Physicians Care of VA, PC 401k & PS Plan fbo Cain<br>Jim Hale CEO Physicians Care of Virginia, P.C. 2602 Franklin Rd.<br>Roanoke, VA 24014 | 102176 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $19,698.86 | $19,698.86 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Physicians Care of VA, PC 401k & PS Plan fbo Escasinas Wells Fargo Bank 10 S Jefferson St, 9th Fl MAC R4046-096 Roanoke, VA 24011 | 102209 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $11,861.41 | $11,861.41 | No Response to Offer Exchange |
| Physicians Care of VA, PC 401k & PS Plan fbo Evans Wells Fargo Bank 10 S Jefferson St, 9t Fl MAC R4046-096 Roanoke, VA 24011 | 102175 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $11,212.68 | $11,212.68 | No Response to Offer Exchange |
| Physicians Care of VA, PC 401k & PS Plan fbo Jarratt Susan A. Campbell Wells Fargo Bank 10 S Jefferson St, 9th Fl MAC R4046-096 Roanoke, VA 24011 | 102235 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $23,170.33 | $23,170.33 | No Response to Offer Exchange |
| Physicians Care of VA, PC 401k & PS Plan fbo Mathew Wells Fargo Bank 10 S Jefferson St, 9th Fl MAC R4046-096 Roanoke, VA 24011 | 102365 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $26,545.55 | $26,545.55 | No Response to Offer Exchange |
| Pilevsky, Dillies 3122 Gracefield Rd Apt. CT-T21 Silver Spring, MD 20904 | 105223 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Pilla, Giovanni 235 Falmouth Road Scarsdale, NY 10583-4737 | 104897 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $2,180.50 | $2,180.50 | No Response to Offer Exchange |
| Pilla, Giovanni and Virginia JT Ten 235 Falmouth Road Scarsdale, NY 10583-4737 | 104782 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $9,612.00 | $9,612.00 | No Response to Offer Exchange |
| Pilla, Lisa 338 Honness Road Fishkill, NY 12524-2982 | 104898 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $1,379.50 | $1,379.50 | No Response to Offer Exchange |
| Pilla, Paul 338 Honness Road Fishkill, NY 12524-2982 | 104899 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $9,834.50 | $9,834.50 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Pitzer, Katherine L. 39 General Sullivan Cir Portsmouth, RI 02871 | **105531** | PG&E Corporation | 5/28/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Pitzer, Katherine L. 39 General Sullivan Cir Portsmouth, RI 02871 | **105524** | PG&E Corporation | 5/28/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Pitzer, Katherine L. 39 General Sullivan Cir Portsmouth, RI 02871 | **105530** | PG&E Corporation | 5/28/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Pitzer, Katherine L. 39 General Sullivan Cir Portsmouth, RI 02871 | **105518** | PG&E Corporation | 5/28/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Polli, Jennifer L. 66 E. 83rd St. Apt. 2C New York, NY 10028 | **103663** | PG&E Corporation | 5/1/2020 | $0.00 | $0.00 | $0.00 | $36,499.42 | $36,499.42 | No Response to Offer Exchange |
| Polli, Jennifer L. 66 E. 83rd St. Apt. 2C New York, NY 10028 | **103660** | PG&E Corporation | 5/1/2020 | $0.00 | $0.00 | $0.00 | $30,444.96 | $30,444.96 | No Response to Offer Exchange |
| R Espiritu & E Espiritu TTEE Roger & Elvie Espiritu 1842 Deep Springs Lane Lincoln, CA 95648 | **99843** | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | No Response to Offer Exchange |
| Reams, Carl L. 676 Jerseytown Road Danville, PA 17821 | **99455** | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $644.00 | $644.00 | No Response to Offer Exchange |
| Republic Bank Limited 525 Market Street floor 12 San Francisco, CA 94105 | **107291** | PG&E Corporation | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Richardson, Grant 1425 Olympic Way Bellingham, WA 98225 | **106148** | PG&E Corporation | 7/9/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Riley, Craig S.<br>3435 Fox Run Rd Unit 104<br>Sarasota, FL 34231-7384 | 103263 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Robert Dean Young & Diane Marie Young Jt Ten<br>26144 SE 39th Court<br>Issaquah, WA 98029-7732 | 103829 | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| ROCHE, WENDY<br>15 ROYAL COURT<br>MILLTOWN, NJ 08850-1816 | 104767 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $934.50 | $934.50 | No Response to Offer Exchange |
| Russell Burt Charles Schwab Cust IRA Rollover<br>17370 SW Chatelain Dr<br>Beaverton, OR 97003 | 105511 | PG&E Corporation | 5/27/2020 | $0.00 | $0.00 | $0.00 | $2,272.74 | $2,272.74 | No Response to Offer Exchange |
| Russell, Nancy H.<br>2220 Allegheny Way<br>San Mateo, CA 94402 | 103739 | PG&E Corporation | 5/1/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Scheible, TTEE, Wayne<br>12995 N Oracle Rd Suite 141-413<br>Tucson, AZ 85739 | 105522 | PG&E Corporation | 5/28/2020 | $0.00 | $0.00 | $0.00 | $5,591.24 | $5,591.24 | No Response to Offer Exchange |
| Schroder, Alan<br>244 Cotter St<br>San Francisco, CA 94112 | 104488 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $12,000.00 | $12,000.00 | No Response to Offer Exchange |
| Scott Mcpherson IRA<br>PO Box 650567<br>Dalles, TX 75265-0567 | 98742 | Pacific Gas and Electric Company | 4/6/2020 | $0.00 | $0.00 | $0.00 | $716.89 | $716.89 | No Response to Offer Exchange |
| Secott, Theodore P.<br>130 Sharkey Loop<br>Amite, LA 70422-7291 | 98323 | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Seymour, Herbert and Earlene<br>Herbert Seymour Family Trust 1230 Ridge Circle<br>Los Angeles, CA 90049 | 103666 | PG&E Corporation | 5/1/2020 | $0.00 | $0.00 | $0.00 | $25,945.37 | $25,945.37 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Shamrock, Donna Lynn<br>22515 Lake Seneca Rd<br>Eustis, FL 32736 | 98680 | PG&E Corporation | 4/7/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| SHAMROCK, GREGORY KEITH<br>22515 LAKE SENECA RD<br>EUSTIS, FL 32778 | 98765 | PG&E Corporation | 4/7/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| SHEILA M BEGG, SAMUEL N BEGG TRUSTEE FOR SHEILA BEGG<br>2919 EATON SQUARE<br>ELLICOTT CITY, MD 21043 | 98786 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Slover, Lois<br>Clearview Wealth Advisors LLC 670 Hawthorne Av. SE Suite 250<br>Salem, OR 97301 | 101120 | PG&E Corporation | 4/17/2020 | $0.00 | $0.00 | $3,239.13 | $0.00 | $3,239.13 | No Response to Offer Exchange |
| Smith (IRA), Brenda K.<br>44810 Robson Rd.<br>Belleville, MI 48111-1343 | 105749 | Pacific Gas and Electric Company | 6/9/2020 | $0.00 | $0.00 | $0.00 | $12,593.28 | $12,593.28 | No Response to Offer Exchange |
| SMTB - IBM JAPAN PENSION<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94104 | 104234 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $1,304,684.24 | $1,304,684.24 | No Response to Offer Exchange |
| Stephen P Matchett SPM-NTK Estate<br>c/o Ironsides Asset Advisors P O Box 912<br>Rocky Mount, NC 27802 | 102698 | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| STEPHEN PILCHER IRA<br>WFCS AS CUSTODIAN 240 ROBERT HARDEMAN ROAD<br>WINTERVILLE, GA 30683-1906 | 99964 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $12,378.75 | $12,378.75 | No Response to Offer Exchange |
| Stewart, Annette Jean<br>PO Box 714<br>Tombstone, AZ 85638 | 105462 | PG&E Corporation | 5/27/2020 | $0.00 | $0.00 | $0.00 | $4,757.52 | $4,757.52 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| STOLLER, KEITH<br>PO BOX 6513<br>BAKERSFIELD, CA 93386 | 104818 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | No Response to Offer Exchange |
| Stone, Andrew P.<br>PO BOX 470037<br>San Francisco, CA 94147 | 103303 | Pacific Gas and Electric Company | 4/27/2020 | $0.00 | $0.00 | $0.00 | $2,650.00 | $2,650.00 | No Response to Offer Exchange |
| Sunday Ananda Murch, Trustee of the Ruth Herman Antman Rev Trust dtd 03/13/1989<br>3939 Omao Road<br>Koloa, HI 96756 | 105472 | PG&E Corporation | 5/26/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Sunday Ananda Murch, Trustee Sunday A. Murch Rev Tr u/a 05/06/1993<br>Sunday Ananda Murch 3939 Omao Road<br>Koloa, HI 96756 | 105447 | PG&E Corporation | 5/26/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Tang, Christina<br>226 Paul Ave<br>Mountain View, CA 94041 | 103553 | PG&E Corporation | 4/30/2020 | $0.00 | $0.00 | $0.00 | $3,840.00 | $3,840.00 | No Response to Offer Exchange |
| Tang, Harry<br>226 Paul Ave.<br>Mountain View, CA 94041 | 103594 | PG&E Corporation | 4/30/2020 | $0.00 | $0.00 | $0.00 | $15,195.00 | $15,195.00 | No Response to Offer Exchange |
| TCW US Credit Gold BM Fund<br>Attn TCW US Credit Gold BM Fund (19002) 865 S. Figueroa Street Suite 1800<br>Los Angeles, CA 90017 | 100700 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $91,158.60 | $91,158.60 | No Response to Offer Exchange |
| TCW US Credit Gold BM Fund<br>Attn TCW US Credit Gold BM Fund (19002) 865 S. Figueroa Street Suite 1800<br>Los Angeles, CA 90017 | 100859 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $264,234.00 | $264,234.00 | No Response to Offer Exchange |
| Ted M Nakata DDS Inc Profit Sharing Trust<br>4747 N. First St., # 128<br>Fresno, CA 93726 | 105688 | Pacific Gas and Electric Company | 6/2/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Tencer, Erika<br>1347 Queensferry Rd<br>Cary, NC  27511 | **99788** | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $3,590.00 | $3,590.00 | No Response to Offer Exchange |
| Tencer, Harold<br>1347 Queensferry Rd<br>Cary, NC  27511 | **99870** | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $2,776.00 | $2,776.00 | No Response to Offer Exchange |
| Thomas, Albert L.<br>2979 Uinta St Apt 201<br>Denver, CO  80238 | **105483** | PG&E Corporation | 5/27/2020 | $0.00 | $0.00 | $0.00 | $27,204.00 | $27,204.00 | No Response to Offer Exchange |
| Thomas, Albert L.<br>2979 Uinta St. Apt 201<br>Denver, CO  80238 | **105463** | PG&E Corporation | 5/27/2020 | $0.00 | $0.00 | $0.00 | $24,292.00 | $24,292.00 | No Response to Offer Exchange |
| Tieu, Stacy Hao<br>1306 49th Ave<br>Oakland, CA  94601 | **97592** | Pacific Gas and Electric Company | 3/8/2020 | $0.00 | $0.00 | $0.00 | $1,980.00 | $1,980.00 | No Response to Offer Exchange |
| Timothy J. Rozinski Irrevocable Trust<br>Andrew C. MacDonald Trustee 4650 W Spencer St<br>Appleton, WI  54914 | **102806** | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Trustees of the Estate of Bernice Pauahi Bishop<br>Attn: Legal Group / Nicole Y. Altman 567 S. King St., Suite 310<br>Honolulu, HI  96813 | **101670** | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $77,118.00 | $77,118.00 | No Response to Offer Exchange |
| VAN NEDERVEEN, GILLES<br>10779 CREST ST<br>FAIRFAX, VA  22030-5171 | **98031** | PG&E Corporation | 3/24/2020 | $0.00 | $0.00 | $0.00 | $5,312.00 | $5,312.00 | No Response to Offer Exchange |
| VAN NESS, BOYD<br>24155 VISTA D ONDE<br>MONARCH BEACH, CA  92629-4521 | **98294** | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Vigliarolo, Emily A<br>34 Rosewood Road<br>Edison, NJ 08817-4023 | **104979** | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $4,049.50 | $4,049.50 | No Response to Offer Exchange |
| Vigliarolo, Emily A<br>34 Rosewood Road<br>Edison, NJ 08817-4023 | **104978** | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $534.00 | $534.00 | No Response to Offer Exchange |
| Vitale, Eileen J<br>21 Mineral Springs Lane<br>Tinton Falls, NJ 07724-4709 | **105038** | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $3,540.78 | $3,540.78 | No Response to Offer Exchange |
| Wang, Xijun<br>535 Fallen Leaf Cir<br>San Ramon, CA 94583 | **98670** | PG&E Corporation | 4/5/2020 | $0.00 | $0.00 | $0.00 | $2,202.51 | $2,202.51 | No Response to Offer Exchange |
| Wang, Xijun<br>535 Fallen Leaf Cir<br>San Ramon, CA 94583 | **98569** | PG&E Corporation | 4/5/2020 | $0.00 | $0.00 | $0.00 | $2,202.51 | $2,202.51 | No Response to Offer Exchange |
| Waszak, Martha S.<br>13184 Walnut Ave<br>Bitely, MI 49309 | **103210** | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Waszak, Robert M. & Martha S.<br>13184 Walnut Ave<br>Bitely, MI 49309 | **103209** | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Wayne Scheible, TTEE<br>12995 N Oracle Rd Suite 141-413<br>Tucson, AZ 85739 | **105512** | PG&E Corporation | 5/27/2020 | $0.00 | $0.00 | $0.00 | $7,856.99 | $7,856.99 | No Response to Offer Exchange |
| Weck, Robert and Debra<br>249 Morgan Avenue<br>South Amboy, NJ 08879-2546 | **104998** | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $3,115.00 | $3,115.00 | No Response to Offer Exchange |
| WELBORN, SANDRA H<br>1106 S GREEN ST<br>GLASGOW, KY 42141 | **103452** | PG&E Corporation | 4/29/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Wells Fargo Bank NA in its capacity as trustee and agent on fiduciary client accounts<br>Moustafa Shouman 550 South 4th St<br>Minneapolis, MN 55415 | **100427** | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $3,098,038.47 | $3,098,038.47 | No Response to Offer Exchange |
| Werner, Cathy J.<br>202 Woodridge Terrace<br>Canton, GA 30114-4436 | **99440** | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Wetherson, Jeffery Bruce<br>P.O. Box 16224<br>Baltimore, MD 21210-0224 | **98131** | PG&E Corporation | 3/26/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Whitlock, Jr., R. Winston<br>PO Box 723174<br>Atlanta, GA 31139-0174 | **98250** | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $5,885.53 | $5,885.53 | No Response to Offer Exchange |
| **Claims To Be Expunged Totals** | **Count: 235** | | | **$394,964.00** | **$0.00** | **$16,889.13** | **$14,246,088.95** | **$14,657,942.08** | |