

**Signed and Filed: August 31, 2023**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>       - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>      Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |
| DAVID P. ADDINGTON,<br><br>      Plaintiff,<br><br>v.<br><br>PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY,<br><br>      Defendants. | Adversary Proceeding<br>No. 23-03005-DM |

-1-

**ORDER DENYING MOTION FOR RECONSIDERATION BY DAVID P. ADDINGTON**

The court has considered *Creditor David P. Addington's Motion for Reconsideration (Claim No. 3093)* ("Motion") (Dkt. 31 in Adv. Proc. No. 23-03005, Dkt. 13966 in Bankr. Case No. 19-30088) and the *Reorganized Debtors' Opposition to Creditor David P. Addington's Motion for Reconsideration* (Dkt. 34 in Adv. Proc. No. 23-03005).

The court agrees with Reorganized Debtors that Mr. Addington has not dealt with two of the three alternatives available on a motion of this nature under Fed. R. Bankr. P. 9023: newly discovered evidence or a change in controlling law.

His only available option is to demonstrate clear error or manifest injustice. He has shown neither, instead merely rehashing many of the arguments the court has rejected throughout the long history of this dispute or that he could have raised earlier.

The Motion is DENIED.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

David P. Addington
298 Saint James Drive
Piedmont, CA 94611