LAWRENCE A. JACOBSON, SBN 057393
SEAN M. JACOBSON, SBN 227241
COHEN AND JACOBSON, LLP
66 Bovet Road, Suite 285
San Mateo, CA 94402
Telephone: (650) 261-6280
laj@cohenandjacobson.com

Attorneys for Amir Shahmirza
(Agent for Komir, Inc.)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>  - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>   Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CLAIMANT'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT OF ISSUES IN REORGANIZED DEBTORS OBJECTION TO CLAIM #2090 AND CLAIMANT'S RESPONSE THERETO**<br><br>**Date:** December 5, 2023<br>**Time:** 10:00 a.m.<br>**Place:** **(Tele/Videoconference Appearances Only)**<br>**United States Bankruptcy Court**<br>**Courtroom 17, 16th Floor**<br>**San Francisco, CA 94102** |

Amir Shahmirza, as agent of, and acting on behalf of, Komir, Inc., ("Komir" or "Claimant") requests that, pursuant to Rule 201 of the Federal Rules of Evidence, the Court take judicial notice of the following pleadings and documents that are attached hereto:

---

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CLAIMANT'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT OF ISSUES IN REORGANIZED DEBTORS OBJECTION TO CLAIM #2090 AND CLAIMANT'S RESPONSE THERETO**   1

| | |
|---|---|
| 1 | Exhibit 1:     Memorandum Decision on Motion for Partial Summary Judgment and |
| 2 | Counter-motion for Summary Judgment |
| 3 | Exhibit 2:     Order Granting Motion for Partial Summary Judgment |
| 4 | Exhibit 3:     Order Denying Counter-motion for Summary Judgment |

Respectfully submitted.

Dated: September 5, 2023          COHEN AND JACOBSON, LLP

By: /s/ Lawrence A. Jacobson
Lawrence A. Jacobson
Attorneys for Claimant and Respondent

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CLAIMANT'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT OF ISSUES IN REORGANIZED DEBTORS OBJECTION TO CLAIM #2090 AND CLAIMANT'S RESPONSE THERETO**    2

Case: 19-30088    Doc# 14007-3    Filed: 09/05/23    Entered: 09/05/23 18:20:34    Page 2 of 2