| | |
|---|---|
| LAWRENCE A. JACOBSON, SBN 057393<br>SEAN M. JACOBSON, SBN 227241<br>COHEN AND JACOBSON, LLP<br>66 Bovet Road, Suite 285<br>San Mateo, CA 94402<br>Telephone: (650) 261-6280<br>laj@cohenandjacobson.com<br><br>Attorneys for Amir Shahmirza<br>(Agent for Komir, Inc.) and Komir, Inc. | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF CLAIMANT'S SECOND MOTION AND CLAIMANT'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT OF ISSUES IN REORGANIZED DEBTORS OBJECTION TO CLAIM #2090 AND CLAIMANT'S RESPONSE THERETO**<br><br>**Date:    December 5, 2023**<br>**Time:   10:00 a.m.**<br>**Place:  (Tele/Videoconference Appearances Only)**<br>**United States Bankruptcy Court**<br>**Courtroom 17, 16th Floor**<br>**San Francisco, CA 94102** |

**TO DEBTORS PG&E CORPORATION and PG&E ELECTRIC COMPANY AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN that on December 5, 2023, at 10:00 a.m., in the Courtroom of the Honorable Dennis Montali, United States Bankruptcy Court for the Northern District of California, located at 455 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, in

NOTICE OF CLAIMANT'S SECOND MOTION AND CLAIMANT'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT OF ISSUES IN REORGANIZED DEBTORS OBJECTION TO CLAIM #2090 AND CLAIMANT'S RESPONSE THERETO     1

Case: 19-30088    Doc# 14008    Filed: 09/05/23    Entered: 09/05/23 18:23:46    Page 1 of 3

Courtroom 17, Amir Shahmirza, as agent and acting on behalf of Komir, Inc., (Komir referred to herein as the "Moving Party"), will, and hereby does, move the Court for an order (1) Granting its Second Motion for Partial Summary Judgment as to the Reorganized Debtors' Objection to Proof of Claim No. 2090 Filed by Amir Shahmirza (Docket No. 12130, the "Objection") and Moving Party's Response and Points and Authorities in Opposition to Objection to Claim #2090 (Docket No. 12572, the "Response"), and (2) entering an Order Granting Partial Summary Judgment in favor of Moving Party on the issue specified herein.

This Motion pertains to the (a) the real property owned by Moving Party that is commonly known as 800 Walnut Avenue, San Bruno, California, (the "Komir Property") and more specifically described in that Deed recorded on December 18, 2000, as Instrument No. 2000-160010, and (b) certain electrical transmission lines placed across the Komir Property by Debtors (the "Trespassing Transmission Lines").

The Motion is made upon the grounds that there exist no issues of material fact and that Moving Parties are entitled to Partial Summary Judgment determining as a matter of law that:

> **"PG&E Corporation and PG&E Electrical Company (each and both entities referred to herein as "Debtors") do not hold any prescriptive right, or any other right based upon possession, to an easement over the real property for occupation of space above the Property for the Transmission Lines."**

The Motion is based upon this Notice of Motion and Motion, the accompanying Notice of Hearing, Points and Authorities, Declaration of Amir Shahmirza, Request for Judicial Notice, Claimant's Reply Brief to be filed hereafter, any evidence and other matters that the Court will accept at the hearing, upon the arguments of counsel, and upon the records in this contested matter and in the Chapter 11 bankruptcy case, and upon the action entitled *"Amir Shahmirza, an individual, and Komir, Inc., a business entity, vs. PG&E, a business entity"* pending in the Superior Court of San Mateo County, California, as Case No. 18-CIV-06064.

The Motion is made pursuant to Federal Rules of Civil Procedure, Rule 56, Federal Rules of Bankruptcy Procedure, Rule 7056, Local Bankruptcy Rules 7007-1 and 9013-1, and upon the

**NOTICE OF CLAIMANT'S SECOND MOTION AND CLAIMANT'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT OF ISSUES IN REORGANIZED DEBTORS OBJECTION TO CLAIM #2090 AND CLAIMANT'S RESPONSE THERETO**   2

Case: 19-30088    Doc# 14008    Filed: 09/05/23    Entered: 09/05/23 18:23:46    Page 2 of 3

authorities cited in the Points and Authorities. Opposition, if any, along with any evidence in opposition to the Motion, must be filed and served on or before October 20, 2023, as provided in that Order Approving Stipulation Regarding Schedule for Discovery and Motion for Summary Judgment on Objection to Claim of Amir Shahmirza and Komir, Inc. entered on July 25, 2023, as Docket No. 13921.

Respectfully submitted.

Dated: September 5, 2023       COHEN AND JACOBSON, LLP

                  By: /s/ Lawrence A. Jacobson
                     Lawrence A. Jacobson
                     Attorneys for Claimant and Respondent

NOTICE OF CLAIMANT'S SECOND MOTION AND CLAIMANT'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT OF ISSUES IN REORGANIZED DEBTORS OBJECTION TO CLAIM #2090 AND CLAIMANT'S RESPONSE THERETO   3

Case: 19-30088 Doc# 14008 Filed: 09/05/23 Entered: 09/05/23 18:23:46 Page 3 of 3