```
 1  KELLER BENVENUTTI KIM LLP
    Jane Kim (#298192)
 2  (jkim@kbkllp.com)
    David A. Taylor (#247433)
 3  (dtaylor@kbkllp.com)
    Dara L. Silveira (#274923)
 4  (dsilveira@kbkllp.com)
    650 California Street, Suite 1900
 5  San Francisco, CA 94108
    Tel: 415 496 6723
 6  Fax: 650 636 9251

 7  *Attorneys for Debtors and Reorganized Debtors*
```

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **REORGANIZED DEBTORS' REPORT ON STATUS AND RESOLUTION OF OMNIBUS OBJECTION WITH RESPECT TO CERTAIN CLAIM** <br><br> [Re: Docket No. 13670] <br><br> **Regarding Objection Set for Hearing September 12, 2023, at 10:00 a.m. (Pacific Time)** |

# REPORT ON RESOLUTION OF CERTAIN CLAIMS

In advance of the September 12, 2023, 10:00 a.m. omnibus hearing (the "**Hearing**"), PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby report on the status and resolution of a certain Claim in the following omnibus claims objection:

| Docket No. | Omnibus Objection |
|---|---|
| 13670 | *Reorganized Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Liability Claims)* (the "**120th Omnibus Objection**") |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| **120th Omnibus Objection** | | | |
| 13753 | Jackson Rancheria Development Corporation | 3002 | The Reorganized Debtors will seek to resolve the Claim through the Court-approved ADR procedures, and request that the hearing on the Claim be taken off calendar and continued indefinitely in the interim. |

Dated: September 6, 2023

**KELLER BENVENUTTI KIM LLP**

By: /s/ *Dara L. Silveira*
      Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*