**Jorge Hernandez**

1507 dutton avenue,
Santa Rosa, Ca, 95407
(707) 393-7481
jherruiz77@gmail.com



29th August 2023

Good day Honorable Dennis montali. My name is Jorge Hernandez Ruiz. The reason I'm writing This letter is because I filed forms for north bay fires 2017 in Santa Rosa Ca. I wasn't aware of PG&E bankruptcy case No, 19-30088 (Dm). I Sent forms To San Francisco Ca Bankruptcy Court. Paperwork was sent to the Kroll Restructuring Administration. They gave me the case number, 109890, and the paperwork was channeled by the Fire Victim Trust. They told me they can't do anything until the judge approves my case since the deadline was in 2019. I'm asking with all my heart if it can be part of the PG&E case. I'm a father of 5 kids. My wife is the best partner and friend. She takes care of the house while I am at work. I am very lucky to have a wonderful wife of 22 years of marriage and more to come. My life changed after the fires. It taught me to look at life differently and to really value it. I work as a glazier, always working with large pieces of glass. Everyday I wake up, I pray to god so my co-workers and I have a safe day at work. After reading my letter, any decision is yours Honorable Dennis Montali. I wish you the best and have a wonderful day and everyday to be the same. Thank you very much.

                      Sincerely,
                      Jorge Hernandez Ruiz