**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**,<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR SEPTEMBER 12, 2023, OMNIBUS HEARING**<br><br>Date: September 12, 2023<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Zoom Videoconference<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

# PROPOSED AGENDA FOR SEPTEMBER 12, 2023, OMNIBUS HEARING

**I:** **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*MATTERS GOING FORWARD AT 10:00 A.M.*

1. **Securities Plaintiffs' 7023 Motion:** *Securities Plaintiffs' Motion and Memorandum of Points and Authorities in Support of Motion for the Application of Bankruptcy Rule 7023 and the Certification of a Class of Securities Claimants* [**Dkt. 13865**].

   Status: The Court will deliver its oral ruling on the motion pursuant to the September 7, 2023 docket text order.

2. **120th Omnibus Objection to Claims (No Liability Claims) [Synergy Claim]:** *Reorganized Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Liability Claims)* [**Dkt. 13670**].

   Related Documents:

   A. *Declaration of Renee Records in Support of Reorganized Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Liability Claims)* [**Dkt. 13671**].

   B. *Reorganized Debtors' Reply in Support of One Hundred Twentieth Omnibus Objection (No Liability Claims) Solely with Respect to Claim No. 72390 (Synergy Project Management, Inc.)* [**Dkt. 14005**].

   C. *Request for Judicial Notice in Support of Reorganized Debtors' Reply in Support of One Hundred Twentieth Omnibus Objection (No Liability Claims) Solely with Respect to Claim No. 72390 (Synergy Project Management, Inc.)* [**Dkt. 14006**].

   Responses Received:

   D. *Opposition to Objection to Claim – Synergy Project Management, Inc. (POC #368)* [**Dkt. 13719**].

   Status: This matter is going forward on a contested basis.

*RESOLVED AND CONTINUED MATTERS*

1. **Krausse Claim Objection:** *Reorganized Debtors' Objection to Proof of Claim No. 80260 Filed by Howard Krausse* [**Dkt. 13608**].

   Status: The matter has been continued to November 7, 2023, pursuant to agreement between the parties.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2. **120th Omnibus Objection to Claims (No Liability Claims) [Jackson Rancheria Claim]:** *Reorganized Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Liability Claims)* [**Dkt. 13670**].

Status: The objection to the claim of Jackson Rancheria Development Corp. (Claim No. 3002) has been removed from the calendar and directed to mediation pursuant to Notice [**Dkt. 14009**].

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: September 11, 2023

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: */s/ Thomas B. Rupp*
      Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*