9-10-23

Dear Sirs,

I need to file a late claim for the 2017 fires in Santa Rosa & Sonoma County Fires. Please contact me as to what step to take to claim the settlement from P.G.&E.

Thank You

Richard Petersen
970 Kingwood St.
Santa Rosa, CA 95401
707-308-9308

I recently found out about the PG&E settlement pay out. I beleive the deadline is 9-15-23. This is my appeal for a late claim.
ct case # 19-300088