UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Bankruptcy Case |
|---|---|
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Paul Pullo, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On September 7, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Interstate Fire & Casualty Company, (ADRID: 4583862), c/o Vedder Price (CA), LLP, Attn: Scott H. Olson, 1 Post St, Ste 2400, San Francisco, CA, 94104-5228:

- Stipulation Between the Reorganized Debtors and Calpine Extending Time to Respond to the Motion for Entry of an Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and for Related Relief [Docket No. 13789]

- Stipulation to Continue Hearing on Reorganized Debtors' Objection to Proof of Claim No. 80260 Filed by Howard Krausse [Docket No. 13790]

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

3. On September 7, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Interstate Fire & Casualty Company, (ADRID: 4583862), c/o Vedder Price (CA), LLP, Attn: Scott H. Olson, 1 Post St, Ste 2400, San Francisco, CA, 94104-5228:

- Order Granting Stipulation Between the Reorganized Debtors and Calpine Extending Time to Respond to the Motion for Entry of an Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and for Related Relief [Docket No. 13796]
- Order Granting Stipulation to Continue Hearing on Reorganized Debtors' Objection to Proof of Claim No. 80260 Filed by Howard Krausse [Docket No. 13797]
- Notice Regarding Request for Removal of Attorney on Court's Notice of Electronic Filing [Docket No. 13800]

4. I have reviewed the Notice(s) of Electronic Filing for the above-listed document(s), and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

5. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 11th day of September 2023, at New York, NY.

/s/ Paul Pullo
Paul Pullo