BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Eric R. Goodman (admitted *pro hac vice*)
(EGoodman@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Attorneys for Fire Victim Trustee*

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 3:19-bk-030088 DM |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **CERTIFICATE OF SERVICE** |
| ☐ **Affects PG&E Corporation**<br>☐ **Affects Pacific Gas and Electric Company**<br>☒ **Affects both Debtors**<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

/ / /

/ / /

/ / /

/ / /

STATE OF CALIFORNIA  )
                     )
COUNTY OF ORANGE     )

I am over the age of 18 and not a party to the above-entitled action. My business address is Brown Rudnick LLP, 2211 Michaelson Drive, Seventh Floor, Irvine, CA 92612.

On September 19, 2023, at my place of business, I served a true and correct copy of the following document(s): **FIRE VICTIM TRUSTEE'S OBJECTION TO LETTER REQUEST OF JORGE HERNANDEZ RUIZ TO DEEM LATE PROOF OF CLAIM TIMELY** in the manner indicated below:

■ BY ELECTRONIC FILING said document(s) and transmission of the Notification of Election Filing by the Clerk to a Registered Participant(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

■ SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) September 19, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| Jherruiz77@gmail.com | Jorge Hernandez |

■ SERVED BY UNITED STATES MAIL – On September 19, 2023, I served the following persons and/or entities at the last known addresses in this proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Dated: September 19, 2023 | /s/JEANNIE MENDEZ |
| | Jeannie Mendez |

**SERVED VIA ELECTRONIC SERVICE (ECF)**

| | |
|---|---|
| Elliot Adler | eadler@theadlerfirm.com, bzummer@theadlerfirm.com |
| Aaron L. Agenbroad | alagenbroad@jonesday.com, saltamirano@jonesday.com |
| Gabrielle L. Albert | galbert@kbkllp.com |
| Annadel A. Almendras | annadel.almendras@doj.ca.gov |
| Destiny N. Almogue | Destiny.Almogue@skadden.com, wendy.lamanna@skadden.com |
| Monique D. Almy | malmy@crowell.com |
| Anne Andrews | aandrews@andrewsthornton.com, aandrews@andrewsthornton.com |
| Philip Anker | philip.anker@wilmerhale.com, whdocketing@wilmerhale.com |
| Richard L. Antognini | rlalawyer@yahoo.com, hallonaegis@gmail.com |
| Tyson Arbuthnot | tarbuthnot@rjo.com, jyeung@rjo.com |
| Lauren T. Attard | lattard@bakerlaw.com, agrosso@bakerlaw.com |
| Herb Baer | hbaer@primeclerk.com, ecf@primeclerk.com |
| Kathryn E. Barrett | keb@svlg.com, amt@svlg.com |
| Chris Bator | cbator@bakerlaw.com, jmcguigan@bakerlaw.com |
| Ronald S. Beacher | rbeacher@pryorcashman.com |
| Hagop T. Bedoyan | hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com |
| Andrew David Behlmann | abehlmann@lowenstein.com, elawler@lowenstein.com |
| Tanya Behnam | tbehnam@polsinelli.com, ladocketing@polsinelli.com |
| James C. Behrens | jbehrens@milbank.com, mkoch@milbank.com |
| Jacob Taylor Beiswenger | jbeiswenger@omm.com, llattin@omm.com |
| Peter J. Benvenutti | pbenvenutti@kbkllp.com |
| Robert Berens | rberens@smtdlaw.com, sr@smtdlaw.com |
| Ronald F. Berestka | rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com |
| Christian Paul Binder | chris@bindermalter.com, cbinder@bindermalter.com |
| Heinz Binder | heinz@bindermalter.com |
| Jared D. Bissell | jared.bissell@troutman.com |
| Jason Blumberg | jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov |
| Richard Bodnar | rbodnar@rksllp.com |
| Melissa Boey | melissa.boey@morganlewis.com |
| Paige Boldt | pboldt@wattsguerra.com, cwilson@wattsguerra.com |
| Jason Borg | jborg@jasonborglaw.com |
| Evan C. Borges | eborges@ggtriallaw.com, cwinsten@ggtriallaw.com |
| Mark Bostick | mbostick@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com |
| James L. Bothwell | jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com |
| Peter R. Boutin | peter.boutin@kyl.com, lara.joel@kyl.com |
| Erin N. Brady | erin.brady@hoganlovells.com |
| Lee Brand | lee.brand@pillsburylaw.com, docket@pillsburylaw.com |
| Gregory A. Bray | gbray@milbank.com |
| Michael D. Breslauer | mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com |
| W. Steven Bryant | , molly.batiste-debose@lockelord.com |
| Chane Buck | cbuck@jonesday.com |
| Kathlene Burke | burke.kathlene@gmail.com, burke.kathlene@gmail.com |
| Craig A Burnett | cburnett@nomoredebt.com, bkecf@nomoredebt.com |

**SERVED VIA ELECTRONIC SERVICE (ECF) (CON'T)**

| | |
|---|---|
| Frank Busch | busch@wvbrlaw.com, pallister@wvbrlaw.com |
| Elizabeth J. Cabraser | ecabraser@lchb.com, awolf@lchb.com |
| Anthony P. Cali | anthony.cali@stinson.com, lindsay.petrowski@stinson.com |
| Peter C. Califano | pcalifano@nvlawllp.com |
| Steven M. Campora | scampora@dbbwc.com, nlechuga@dbbwc.com |
| Michael P. Canty | mcanty@labaton.com |
| Leah E. Capritta | Leah.Capritta@hklaw.com, reena.kaur@hklaw.com |
| Nicholas A. Carlin | nac@phillaw.com, rac@phillaw.com |
| Frank Thomas More Catalina | fcatalina@rksllp.com |
| Katherine Rose Catanese | kcatanese@foley.com |
| Matthew Cave | mcave@kfc.law |
| Barry A. Chatz | barry.chatz@saul.com, barry.chatz@gmail.com |
| Karen J. Chedister | kchedister@h-jlaw.com |
| Christina Lin Chen | christina.chen@morganlewis.com, christina.lin.chen@gmail.com |
| Richard A. Chesley | richard.chesley@dlapiper.com, bill.countryman@dlapiper.com |
| Kevin Chiu | kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com |
| Jacquelyn H. Choi | jacquelyn.choi@rimonlaw.com, docketing@rimonlaw.com |
| Shawn M. Christianson | schristianson@buchalter.com |
| Robert N.H. Christmas | rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com |
| Jae Angela Chun | ajc@chun.law |
| Gerard T. Cicero | GCicero@brownrudnick.com, NKhalatova@brownrudnick.com |
| Louis J. Cisz | lcisz@nixonpeabody.com |
| Valerie E. Clemen | , mcarter@coombslaw.com |
| Alicia Clough | aclough@loeb.com |
| Tiffany Strelow Cobb | tscobb@vorys.com |
| John B. Coffman | john@johncoffman.net |
| Kevin G. Collins | kevin.collins@btlaw.com |
| Brian S. Conlon | bsc@phillaw.com, rac@phillaw.com |
| Charles Cording | ccording@willkie.com, mao@willkie.com |
| Manuel Corrales | mannycorrales@yahoo.com, hcskanchy@hotmail.com |
| Anne Costin | anne@costinlawfirm.com |
| Christopher J. Cox | chris.cox@hoganlovells.com |
| Donald H. Cram | dhc@severson.com |
| Ashley Vinson Crawford | avcrawford@akingump.com, dkrasa-berstell@akingump.com |
| Douglas S. Crosno | douglas.crosno@hoganlovells.com |
| Andrea Crowl | acrowl@dbbwc.com |
| J. Russell Cunningham | rcunningham@dnlc.net, emehr@dnlc.net |
| Keith J. Cunningham | , rkelley@pierceatwood.com |
| James D. Curran | jcurran@wolkincurran.com, dstorms@wolkincurran.com |
| Tambra Curtis | tambra.curtis@sonoma-county.org, Megan.Sweeley@sonoma-county.org |

**SERVED VIA ELECTRONIC SERVICE (ECF) (CON'T)**

| | |
|---|---|
| Stacy A. Dasaro | sdasaro@goodwinlaw.com |
| James M. Davis | jdavis@cglaw.com |
| Nicolas De Lancie | ndelancie@jmbm.com |
| Judith A. Descalso | , jad_9193@ecf.courtdrive.com |
| Erin Elizabeth Dexter | edexter@milbank.com |
| Shounak Sanjeev Dharap | ssd@arnslaw.com, mec@arnslaw.com |
| Kathryn S. Diemer | kdiemer@diemerwei.com |
| John P. Dillman | houston_bankruptcy@lgbs.com |
| Caroline R. Djang | cdjang@buchalter.com, Laurie.Verstegen@bbklaw.com |
| Krystal Dong | ykdong@gmail.com |
| Jonathan R. Doolittle | jonathan.doolittle@pillsburylaw.com |
| Jennifer V. Doran | jdoran@hinckleyallen.com |
| Dustin M. Dow | ddow@bakerlaw.com, jmcguigan@bakerlaw.com |
| Jamie P. Dreher | jdreher@downeybrand.com |
| Todd Dressel | tdressel@mcguirewoods.com, jtabisaura@mcguirewoods.com |
| Geoffrey B. Dryvynsyde | gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov |
| Jeffrey Aaron Dubbin | jdubbin@labaton.com, echan-lee@labaton.com |
| Thomas A Dubbs | tdubbs@labaton.com |
| Matthew Ducharme | matthew.ducharme@hoganlovells.com, tracy.southwell@hoganlovells.com |
| Cecily Ann Dumas | cdumas@bakerlaw.com, hhammonturano@bakerlaw.com |
| Dennis F. Dunne | cprice@milbank.com, jbrewster@milbank.com |
| Dennis F. Dunne | ddunne@milbank.com, jbrewster@milbank.com |
| Huonganh Annie Duong | annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com |
| Luke N. Eaton | eatonl@pepperlaw.com, monugiac@pepperlaw.com |
| Daniel G. Egan | daniel.egan@ropesgray.com, nova.alindogan@ropesgray.com |
| Joseph A. Eisenberg | JAE1900@yahoo.com |
| Michele Ellison | mellison@gibbsgiden.com, lrochelle@gibbsgiden.com |
| David Emerzian | , Melany.Hertel@mccormickbarstow.com |
| G. Larry Engel | larry@engeladvice.com |
| Krista M. Enns | KEnns@beneschlaw.com |
| Scott Esbin | sesbin@esbinalter.com |
| Joseph M. Esmont | jesmont@bakerlaw.com |
| Michael P. Esser | michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com |
| Richard W. Esterkin | richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com |
| Michael S. Etkin | metkin@lowenstein.com |
| Jacob M. Faircloth | jacob@bfolegal.com |
| Brett D. Fallon | bfallon@morrisjames.com, wweller@morrisjames.com |
| Michael C. Fallon | , manders@fallonlaw.net |

**SERVED VIA ELECTRONIC SERVICE (ECF) (CON'T)**

| | |
|---|---|
| Joana Fang | jf@kbklawyers.com, icd@kbklawyers.com |
| Joseph Kyle Feist | jfeistesq@gmail.com, info@norcallawgroup.net |
| David M. Feldman | DFeldman@gibsondunn.com |
| Matthew A. Feldman | mfeldman@willkie.com |
| Jennifer Feldsher | jennifer.feldsher@morganlewis.com |
| Mark E. Felger | mfelger@cozen.com |
| James J. Ficenec | James.Ficenec@ndlf.com |
| Kimberly S. Fineman | kfineman@fhlawllp.com |
| Stephen D. Finestone | sfinestone@fhlawllp.com |
| Timothy M. Flaherty | tflaherty@mpplaw.com |
| Daniel I. Forman | dforman@willkie.com |
| Matthew Hampton Foushee | hampton.foushee@hoganlovells.com, hfoushee@gmail.com |
| James P. Frantz | rosa@frantzlawgroup.com |
| Carolyn Frederick | cfrederick@prklaw.com |
| Matthew Patrick French | mfrench@baumhedlundlaw.com |
| Peter Friedman | pfriedman@omm.com |
| Roger F. Friedman | rfriedman@rutan.com, csolorzano@rutan.com |
| Xiyi Fu | jackie.fu@lockelord.com, taylor.warren@lockelord.com |
| Lars H. Fuller | lfuller@bakerlaw.com |
| Thomas M. Gaa | tgaa@bbslaw.com |
| Larry W. Gabriel | , nfields@bg.law |
| Craig Solomon Ganz | ganzc@ballardspahr.com, hartt@ballardspahr.com |
| Jeffrey K. Garfinkle | jgarfinkle@buchalter.com, lverstegen@buchalter.com |
| Oscar Garza | ogarza@thegarzafirm.com |
| Lisa S. Gast | lsg@dwgp.com, lmk@dwgp.com |
| Paul R. Gaus | pgaus@downeybrand.com |
| Duane M. Geck | dmg@severson.com |
| Evelina Gentry | evelina.gentry@akerman.com |
| Janet D. Gertz | jgertz@btlaw.com |
| Christopher Gessner | cgessner@akingump.com, NYMCO@akingump.com |
| R. Dale Ginter | dginter@downeybrand.com |
| Jon T. Givens | givensjt@gmail.com, cwilson@wattsguerra.com |
| Barry S. Glaser | bglaser@salvatoboufadel.com |
| Paul R. Glassman | pglassman@sycr.com |
| Gabriel I. Glazer | gglazer@pszjlaw.com |
| Gabrielle Glemann | gabrielle.glemann@stoel.com, rene.alvin@stoel.com |
| Jaime Godin | Jtouchstone@fddcm.com |
| Matthew A. Gold | courts@argopartners.net |
| Eric D. Goldberg | eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| Craig Goldblatt | Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com |
| Amy L. Goldman | goldman@lbbslaw.com |
| Eric S. Goldstein | egoldstein@goodwin.com |

| | |
|---|---|
| Rhonda Stewart Goldstein | Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu |
| Richard H. Golubow | rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com |
| Michael J. Gomez | mgomez@frandzel.com, dmoore@frandzel.com |
| Eric R. Goodman | egoodman@bakerlaw.com |
| Michael R. Goodstein | mgoodstein@baileycav.com |
| Mark A. Gorton | mgorton@boutinjones.com, cdomingo@boutinjones.com |
| Mark A. Gorton | mgorton@boutininc.com, cdomingo@boutinjones.com |
| Michael I. Gottfried | mgottfried@elkinskalt.com, AAburto@elkinskalt.com |
| Louis Gottlieb | Lgottlieb@labaton.com, mpenrhyn@labaton.com |
| Elizabeth Graham | egraham@gelaw.com |
| Eric A. Grasberger | eric.grasberger@stoel.com, docketclerk@stoel.com |
| Debra I. Grassgreen | , hphan@pszjlaw.com |
| Debra I. Grassgreen | dgrassgreen@pszjlaw.com, hphan@pszjlaw.com |
| Eric A. Gravink | eric@rhrc.net |
| Elizabeth A. Green | egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com |
| Tracy Green | tgreen@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com |
| Alan Greenberg | agreenberg@ggtriallaw.com |
| Mitchell B. Greenberg | mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com |
| Brian Gregory | b.gregory@veenfirm.com, EL.Team@Veenfirm.com |
| Susan Sieger Grimm | SSieger-Grimm@brownrudnick.com, NKhalatova@brownrudnick.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com |
| Stuart G. Gross | sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com |
| Carl L. Grumer | cgrumer@manatt.com, mchung@manatt.com |
| Ralph P. Guenther | doughertyandguentherapc@jubileebk.net, Notices@montereylaw.com |
| David Matthew Guess | dguess@buchalter.com |
| Elizabeth M. Guffy | eguffy@lockelord.com, autodocket@lockelord.com |
| Lloyd C. Guintivano | anitag@co.lake.ca.us, lloydg@co.lake.ca.us |
| Cameron M. Gulden | cameron.m.gulden@usdoj.gov |
| Natali Gulli | ngulli@hastingslawoffice.com, ksousa@hastingslawoffice.com |
| Mirco J. Haag | mhaag@buchalter.com, dcyrankowski@buchalter.com |
| Laurie Hager | lhager@sussmanshank.com |
| J. Noah Hagey | hagey@braunhagey.com, tong@braunhagey.com |
| Oren Buchanan Haker | oren.haker@stoel.com, rene.alvin@stoel.com |
| Michael Hampson | mhampson@rksllp.com |
| Kimberly A. Hancock | khancock@msh.law, khanc1965@msn.com |
| Kristopher M. Hansen | dmohamed@stroock.com, mmagzamen@stroock.com |
| Jay Harker | jharker@clausen.com, mgenova@clausen.com |
| Joseph George Harraka | jgharraka@becker.legal |
| Adam C. Harris | adam.harris@srz.com |
| Robert G. Harris | rob@bindermalter.com, RobertW@BinderMalter.com |

| | |
|---|---|
| Christopher H. Hart | chart@nutihart.com, nwhite@nutihart.com |
| Bryan L. Hawkins | bryan.hawkins@stoel.com, Sharon.witkin@stoel.com |
| Christopher V. Hawkins | hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com |
| Jennifer C. Hayes | jhayes@fhlawllp.com |
| Geoffrey A. Heaton | gheaton@duanemorris.com, dmicros@duanemorris.com |
| Michael C. Hefter | michael.hefter@hoganlovells.com, tracy.southwell@hoganlovells.com |
| Alaina R. Heine | alaina.heine@dechert.com, brett.stone@dechert.com |
| Samy Saad Henein | samyhenein@aol.com, mh@suppalaw.com |
| Stephen E. Hessler, P.C. | , jozette.chong@kirkland.com |
| Matthew Heyn | matthew.heyn@doj.ca.gov |
| Sean T. Higgins | aandrews@andrewsthornton.com, shiggins@andrewsthornton.com |
| James P. Hill | hill@sullivanhill.com, bkstaff@sullivanhill.com |
| Morgan R. Hirst | mhirst@jonesday.com, mmelvin@jonesday.com |
| Thomas G. Hoffman | thoffman@labaton.com |
| Michael R. Hogue | hoguem@gtlaw.com, navarrom@gtlaw.com |
| David Holtzman | david.holtzman@hklaw.com |
| Alexandra S. Horwitz | allie.horwitz@dinsmore.com |
| Marsha Houston | mhouston@reedsmith.com, hvalencia@reedsmith.com |
| Linda Wendell Hsu | lhsu@selmanlaw.com, psmith@selmanlaw.com |
| Shane Huang | shane.huang@usdoj.gov |
| Brian D. Huben | hubenb@ballardspahr.com, carolod@ballardspahr.com |
| Kelly L. Huey | khuey@burkeandkesslerlaw.com |
| Christopher Hughes | chughes@nossaman.com |
| Jonathan Hughes | , jane.rustice@aporter.com |
| Edward R. Huguenin | ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com |
| Michael A. Isaacs | misaacs@rinconlawllp.com, aworthing@rinconlawllp.com |
| Mark V. Isola | misola@brotherssmithlaw.com |
| J. Eric Ivester | Eric.Ivester@skadden.com, Andrea.Bates@skadden.com |
| J. Eric Ivester | , Andrea.Bates@skadden.com |
| Lawrence A. Jacobson | laj@cohenandjacobson.com, mcycle48@gmail.com |
| Paul M. Jamond | jamond@pacbell.net |
| Kizzy L. Jarashow | KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com |
| Ivan C. Jen | ivan@icjenlaw.com |
| Amanda Jereige | AJereige@winston.com, amanda-jereige-5954@ecf.pacerpro.com |
| Chris Johnstone | chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com |
| Andrew Jones | andrew@ajoneslaw.com |
| Gregory K. Jones | GJones@dykema.com, cacossano@dykema.com |
| John L. Jones | JJones@chwlaw.us, JLJones2@outlook.com |
| Robert A. Julian | rjulian@bakerlaw.com, hhammonturano@bakerlaw.com |
| George H. Kalikman | , sdavenport@schnader.com |

**SERVED VIA ELECTRONIC SERVICE (ECF) (CON'T)**

| | |
|---|---|
| Roberto J. Kampfner | rkampfner@whitecase.com, mco@whitecase.com |
| Bonnie E. Kane | bonnie@thekanelawfirm.com, skane@thekanelawfirm.com |
| Eve H. Karasik | ehk@lnbyb.com |
| Michael G. Kasolas | trustee@kasolas.net, ecf.alert+Kasolas@titlexi.com |
| Elyssa S. Kates | ekates@bakerlaw.com |
| Ori Katz | okatz@sheppardmullin.com, LSegura@sheppardmullin.com |
| William M. Kaufman | wkaufman@smwb.com, eschneider@smwb.com |
| Jane G. Kearl | jkearl@watttieder.com, jbenton@watttieder.com |
| Tobias S. Keller | tkeller@kbkllp.com |
| Lynette C. Kelly | ustpregion17.oa.ecf@usdoj.gov |
| Sarah Elisabeth Kelly-Kilgore | skellykilgore@ggtriallaw.com, dvultaggio@ggtriallaw.com |
| Matthew K. Kelsey | mkelsey@gibsondunn.com |
| Gerald P. Kennedy | gerald.kennedy@procopio.com, kristina.terlaga@procopio.com |
| Erica L. Kerman | ekerman@willkie.com |
| Samuel M. Kidder | skidder@ktbslaw.com |
| Marc Kieselstein | , carrie.oppenheim@kirkland.com |
| Jane Kim | jkim@kbkllp.com |
| Mary H. Kim | Mary.Kim@dechert.com, brett.stone@dechert.com |
| Susan E. Kirkgaard | , carlyn.jorgensen@bullivant.com |
| Kody D. L. Kleber | kkleber@bakerlaw.com, dmartinez@bakerlaw.com |
| Matthew Ryan Klinger | mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com |
| Johnny Knadler | jdknadler@yahoo.com |
| Bradley C. Knapp | bknapp@lockelord.com, Yamille.Harrison@lockelord.com |
| Kelly V. Knight | kelly.knight@srz.com |
| Lydia Vanessa Ko | Lvko@stonelawoffice.com |
| Thomas F. Koegel | tkoegel@crowell.com, ecf-a43fdb77cd37@ecf.pacerpro.com |
| Katherine B Kohn | katherine.kohn@thompsonhine.com, ashahinllari@groom.com |
| Andy S. Kong | kong.andy@arentfox.com |
| Anna Kordas | akordas@jonesday.com, mmelvin@jonesday.com |
| Alan W. Kornberg | , akornberg@paulweiss.com |
| Bernard Kornberg | bernard.kornberg@practus.com |
| David I. Kornbluh | dkombluh@venturahersey.com, jpatterson@venturahersey.com |
| Lauren Kramer | lkramer@rjo.com |
| Marc Kramer | mkramer@rksllp.com |
| Jeffrey C. Krause | jkrause@gibsondunn.com |
| Lindsey E. Kress | lkress@lockelord.com, autodocket@lockelord.com |
| Hannah C. Kreuser | hkreuser@porterlaw.com, ooberg@porterlaw.com |
| Kevin Kroll | kkroll@kfc.law |
| Michael Thomas Krueger | michael.krueger@ndlf.com, Havilyn.lee@ndlf.com |
| Marek P. Krzyzowski | MKrzyzowski@brownrudnick.com, SCalderon@brownrudnick.com |
| Robert T. Kugler | robert.kugler@stinson.com, Jess.Rehbein@stinson.com |

**SERVED VIA ELECTRONIC SERVICE (ECF) (CON'T)**

| | |
|---|---|
| Duane Kumagai | dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com |
| Brendan M. Kunkle | bkunkle@abbeylaw.com, lmeyer@abbeylaw.com |
| Alisa C. Lacey | alisa.lacey@stinson.com, karen.graves@stinson.com |
| Timothy S. Laffredi | timothy.s.laffredi@usdoj.gov |
| Timothy S. Laffredi | timothy.s.laffredi@usdoj.gov |
| Richard A. Lapping | rich@trodellalapping.com |
| Omeed Latifi | olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com |
| John E. Lattin | jlattin@ostergar.com, cslovenec@ostergar.com |
| Paul J. Laurin | plaurin@btlaw.com, slmoore@btlaw.com |
| Michael Lauter | mlauter@sheppardmullin.com |
| Kenneth T. Law | klaw@bbslaw.com |
| Francis J. Lawall | francis.lawall@troutman.com, susan.henry@troutman.com |
| Andrew Michael Leblanc | ALeblanc@milbank.com |
| Erica Lee | Erica.Lee@doj.ca.gov |
| Scott Lee | scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com |
| Paul J. Leeds | pleeds@fsl.law, ssanchez@fsl.law |
| Edward J. Leen | eleen@mkbllp.com |
| Lisa Lenherr | llenherr@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com |
| Matthew A. Lesnick | matt@lesnickprince.com, jmack@lesnickprince.com |
| Bryn G. Letsch | bletsch@braytonlaw.com |
| David B. Levant | david.levant@stoel.com, rene.alvin@stoel.com |
| Andrew H. Levin | alevin@wcghlaw.com |
| Emily Sarah Levin | elevin@levinlawgroupplc.com |
| David Levine | dnl@groom.com |
| Marc A. Levinson | Malevinson@orrick.com, casestream@ecf.courtdrive.com |
| Dara Levinson Silveira | dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com |
| Alexander James Demitro Lewicki | kdiemer@diemerwei.com |
| Alexander James Demitro Lewicki | alewicki@diemerwei.com |
| Lauren Lifland | lauren.lifland@wilmerhale.com, whdocketing@wilmerhale.com |
| William S. Lisa | , jcaruso@nixonpeabody.com |
| William S. Lisa | wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com |
| Jonathan A. Loeb | jon.loeb@bingham.com |
| Michael B. Lubic | michael.lubic@klgates.com |
| John William Lucas | , ocarpio@pszjlaw.com |
| Joseph R. Lucia | PersonalInjuryGroup@RLSlawyers.com |
| Jane Luciano | jane-luciano@comcast.net |
| Kerri Lyman | klyman@irell.com, #-FirmPSDocketing@Steptoe.com |
| John H. MacConaghy | macclaw@macbarlaw.com, smansour@macbarlaw.com; kmuller@macbarlaw.com |

| Name | Email |
|---|---|
| Iain A. Macdonald | imac@macfern.com, 6824376420@filings.docketbird.com |
| Malcolm A. Mackenzie | mmackenzie@coombslaw.com, vclemen@coombslaw.com |
| Tracy L. Mainguy | tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net |
| Samuel R. Maizel | samuel.maizel@dentons.com, alicia.aguilar@dentons.com |
| Adam Malatesta | adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com |
| Katharine Malone | malonek@gtlaw.com |
| Liam K. Malone | malone@oles.com, shahin@oles.com |
| Michael W. Malter | michael@bindermalter.com |
| Ankur Mandhania | amandhania@mayerbrown.com |
| Craig Margulies | cmargulies@margulies-law.com, lsalazar@margulies-law.com |
| Geoffrey E. Marr | gemarr59@hotmail.com |
| Richard A. Marshack | rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com |
| Catherine Martin | cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com |
| Laila Masud | lmasud@marshackhays.com, lmasud@ecf.courtdrive.com |
| David P. Matthews | jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com |
| Patrick Maxcy | patrick.maxcy@dentons.com, docket.general.lit.chi@dentons.com |
| Simon Richard Mayer | simon.mayer@lockelord.com, Rellis@lockelord.com |
| James J. Mazza | james.mazza@skadden.com, wendy.lamanna@skadden.com |
| Benjamin P. McCallen | bmccallen@willkie.com |
| C. Luckey McDowell | luckey.mcdowell@shearman.com |
| Matthew D. McGill | MMcGill@gibsondunn.com |
| Melissa C. McLaughlin | mcmclaughlin@venable.com, ataylor@venable.com |
| Edward Joseph McNeilly | edward.mcneilly@hoganlovells.com, verbon.davenport@hoganlovells.com |
| Scott H. McNutt | SMcNutt@ml-sf.com, csnell@ml-sf.com |
| Thomas Melone | Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com |
| Peter Meringolo | peter@pmrklaw.com |
| Frank A. Merola | lacalendar@stroock.com, mmagzamen@stroock.com |
| Jennifer L. Mersing | jennifer.mersing@stoel.com, lisa.petras@stoel.com |
| Joshua M. Mester | jmester@jonesday.com |
| Matthew D. Metzger | belvederelegalecf@gmail.com, 8450177420@filings.docketbird.com |
| Merle C. Meyers | mmeyers@mlg-pc.com |
| Randy Michelson | randy.michelson@michelsonlawgroup.com |
| Gerardo Mijares-Shafai | Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com |
| Joel S. Miliband | jmiliband@brownrudnick.com |
| John W. Mills | jmills@joneswalker.com |
| Joseph G. Minias | jminias@willkie.com |

**SERVED VIA ELECTRONIC SERVICE (ECF) (CON'T)**

| | |
|---|---|
| M. David Minnick | dminnick@pillsburylaw.com, docket@pillsburylaw.com |
| Benjamin Mintz | benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com |
| Nancy Mitchell | nmitchell@omm.com |
| Thomas C. Mitchell | tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com |
| John A. Moe | john.moe@dentons.com, glenda.spratt@dentons.com |
| Aaron J. Mohamed | ajm@brereton.law, aaronmohamedlaw@gmail.com |
| David Molton | dmolton@brownrudnick.com |
| Kevin Montee | kmontee@monteeassociates.com |
| Christopher D. Moon | chris@moonlawapc.com, kevin@moonlawapc.com |
| David W. Moon | lacalendar@stroock.com, mmagzamen@stroock.com |
| Erika L. Morabito | emorabito@foley.com, hsiagiandraughn@foley.com |
| Candace J. Morey | cjm@cpuc.ca.gov |
| Courtney L. Morgan | morgan.courtney@pbgc.gov |
| Richard Morin | , 6863427420@filings.docketbird.com |
| Kimberly S. Morris | kmorris@bakerlaw.com, hhammonturano@bakerlaw.com |
| Rodney Allen Morris | Rodney.Morris2@usdoj.gov |
| Joshua D. Morse | Joshua.Morse@dlapiper.com, docket@pillsburylaw.com |
| Andrew H. Morton | andrew.morton@stoel.com, lisa.petras@stoel.com |
| Thomas G. Mouzes | tmouzes@boutininc.com |
| Thomas G. Mouzes | tmouzes@boutinjones.com |
| Peter S. Munoz | pmunoz@reedsmith.com, gsandoval@reedsmith.com |
| John Leland Murphree | LMurphree@maynardcooper.com, mshabpareh@maynardcooper.com |
| Bennett J. Murphy | bmurphy@bennettmurphylaw.com |
| Julie M. Murphy | jmmurphy@stradley.com |
| Michael S. Myers | myersm@ballardspahr.com, PHXLitLAAs@ballardspahr.com |
| David L. Neale | dln@lnbyg.com |
| David Neier | dneier@winston.com |
| Brittany J. Nelson | bnelson@foley.com, hsiagiandraughn@foley.com |
| Michael S. Neumeister | MNeumeister@gibsondunn.com |
| Howard S. Nevins | lsamosa@hsmlaw.com |
| Samuel A. Newman | sam.newman@sidley.com, laefilingnotice@sidley.com |
| Melissa T. Ngo | harris.melissa@pbgc.gov, efile@pbgc.gov |
| Mario R. Nicholas | mario.nicholas@stoel.com, ana.trask@stoel.com |
| Dustin Nirschl | dustin.nirschl@bbklaw.com, Linda.tapia@bbklaw.com |
| Sean Nolan | snolan@akingump.com, NYMCO@akingump.com |
| Gregory C. Nuti | chart@nutihart.com, nwhite@nutihart.com |
| Eric A. Nyberg | e.nyberg@kornfieldlaw.com, g.michael@kornfieldlaw.com |
| Abigail O'Brient | aobrient@mintz.com, docketing@mintz.com |
| Alicia D. O'Neill | aoneill@wattsguerra.com, cwilson@wattsguerra.com |
| Julie E. Oelsner | joelsner@weintraub.com, bjennings@weintraub.com |

**SERVED VIA ELECTRONIC SERVICE (ECF) (CON'T)**

| | |
|---|---|
| Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| Aron M. Oliner | roliner@duanemorris.com, dmicros@duanemorris.com |
| Matthew Jon Olson | matt@macfern.com, stell.laura@dorsey.com |
| Scott Olson | scott.olson@bclplaw.com |
| Steven M. Olson | steve@bfolegal.com |
| Aram Ordubegian | Ordubegian.Aram@ArentFox.com |
| Jose Antonio Ortiz | aortiz@jhwclaw.com |
| Keith C. Owens | kowens@foxrothschild.com, ARCDocketing@foxrothschild.com |
| Gabriel Ozel | , gabeozel@gmail.com |
| Amy S. Park | amy.park@skadden.com |
| Donna Taylor Parkinson | donna@parkinsonphinney.com |
| Peter S. Partee | ppartee@huntonak.com, candonian@huntonak.com |
| Paul J. Pascuzzi | ppascuzzi@ffwplaw.com, docket@ffwplaw.com |
| Kenneth Pasquale | , mlaskowski@stroock.com |
| Dow Wakefield Patten | dow@forthrightlaw.com |
| Larry Allan Peluso | pelusolaw@gmail.com, firm@pelusolaw.net |
| Valerie Bantner Peo | vbantnerpeo@buchalter.com |
| Yosef Peretz | yperetz@peretzlaw.com, skim@peretzlaw.com |
| Christian A Pereyda | cpereyda@maynardnexsen.com |
| Thomas R. Phinney | tphinney@ffwplaw.com |
| R. Alexander Pilmer | alexander.pilmer@kirkland.com, keith.catuara@kirkland.com |
| M. Ryan Pinkston | rpinkston@seyfarth.com, 5314522420@filings.docketbird.com |
| Estela O. Pino | epino@epinolaw.com, rmahal@epinolaw.com |
| Gregory Plaskett | GREGORY.PLASKETT@GMAIL.COM |
| Mark D. Plevin | mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| Steven G. Polard | spolard@eisnerlaw.com, calendar-lao@ropers.com |
| Mark D. Poniatowski | ponlaw@ponlaw.com |
| Cara M. Porter | cporter@marincounty.org, ealfaro@marincounty.org |
| Jack Praetzellis | jpraetzellis@foxrothschild.com, jack-praetzellis-1683@ecf.pacerpro.com |
| Christopher E. Prince | cprince@lesnickprince.com |
| Douglas B. Provencher | dbp@provlaw.com |
| Amy C. Quartarolo | amy.quartarolo@lw.com |
| Lary Alan Rappaport | lrappaport@proskauer.com, PHays@proskauer.com |
| Justin E. Rawlins | justinrawlins@paulhastings.com |
| Hugh M. Ray | hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com |
| Paul F. Ready | smeyer@farmerandready.com |
| Caroline A. Reckler | caroline.reckler@lw.com |
| Scott Reents | sreents@cravath.com |
| Steven J. Reisman | sreisman@katten.com, nyc.bknotices@kattenlaw.com |
| Jeffrey M. Reisner | jreisner@irell.com, #-FirmPSDocketing@Steptoe.com |

**SERVED VIA ELECTRONIC SERVICE (ECF) (CON'T)**

| | |
|---|---|
| Jack A. Reitman | , srichmond@lgbfirm.com |
| Emily P. Rich | erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net |
| David J. Richardson | drichardson@bakerlaw.com, aagonzalez@bakerlaw.com |
| Jeffrey Ritholtz | jritholtz@rksllp.com |
| Christopher O. Rivas | crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| David B. Rivkin | drivkin@bakerlaw.com, jmeeks@bakerlaw.com |
| John R. Rizzardi | kcoselman@cairncross.com, tnguyen@cairncross.com |
| Daniel Robertson | robertson.daniel@pbgc.gov, efile@pbgc.gov |
| Michael Rogers | mrogers@lambertrogers.com, jan@lambertrogers.com |
| Lawrence M. Rolnick | lrolnick@rksllp.com |
| Christina Romak | christina.romak@bakerbotts.com, vanessa.araujo@bakerbotts.com |
| Jorian L. Rose | jrose@bakerlaw.com |
| Laurence M. Rosen | lrosen@rosenlegal.com, zstanco@rosenlegal.com |
| Paul M. Rosenblatt | prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com |
| David A. Rosenzweig | david.rosenzweig@nortonrosefulbright.com |
| Gregory A. Rougeau | grougeau@brlawsf.com |
| Jason C. Rubinstein | jrubinstein@fklaw.com, mclerk@fklaw.com |
| Nathan Q. Rugg | nathan.rugg@bfkn.com, jean.montgomery@bfkn.com |
| Thomas B. Rupp | trupp@kbkllp.com |
| Steven B. Sacks | ssacks@sackslawoffice.com |
| Eric E. Sagerman | esagerman@bakerlaw.com |
| Robert Sahyan | rsahyan@sheppardmullin.com, lsegura@sheppardmullin.com |
| Gregory M. Salvato | gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com |
| Jonathan C. Sanders | jsanders@stblaw.com |
| Nanette D. Sanders | nanette@ringstadlaw.com, becky@ringstadlaw.com |
| Lovee Sarenas | lovee.sarenas@dinsmore.com |
| Brandy A. Sargent | brandy.sargent@klgates.com, docketclerk@stoel.com |
| Patricia Savage | psavesq@gmail.com, jodi.savage@gmail.com |
| Sblend A. Sblendorio | sas@hogefenton.com |
| Francis O. Scarpulla | fos@scarpullalaw.com, cpc@scarpullalaw.com |
| Daren M Schlecter | daren@schlecterlaw.com, info@schlecterlaw.com |
| Bradley R. Schneider | bschneider@kbkfirm.com |
| Harvey S. Schochet | Harveyschochet@dwt.com |
| Nathan A. Schultz | nschultzesq@gmail.com, kjarashow@goodwinlaw.com |
| Lisa Schweitzer | lschweitzer@cgsh.com |
| Eric J. Seiler | eseiler@fklaw.com, mclerk@fklaw.com |
| Jonathan A. Shapiro | JShapiro@goodwinlaw.com |
| James A. Shepherd | , gina@jsheplaw.com |
| Robin Shofner | rshofner@scalefirm.com |
| Leonard M. Shulman | lshulman@shbllp.com |
| Andrew I. Silfen | andrew.silfen@arentfox.com |

**SERVED VIA ELECTRONIC SERVICE (ECF) (CON'T)**

| | |
|---|---|
| Wayne A. Silver | w_silver@sbcglobal.net, ws@waynesilverlaw.com |
| Brandt Silver-Korn | bsilverkorn@edelson.com, docket@edelson.com |
| Craig S. Simon | csimon@bergerkahn.com, aketcher@bergerkahn.com |
| Gerald Singleton | gerald@slffirm.com, BKECFCANB@SLFfirm.com |
| Steven J. Skikos | sskikos@skikos.com, mmontoya@skikos.com |
| Michael K. Slattery | mslattery@lkfirm.com, rramirez@lkfirm.com |
| Dania Slim | dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com |
| Jennifer N. Slocum | jennifer.slocum@stoel.com, docketclerk@stoel.com |
| Aaron C. Smith | asmith@lockelord.com, autodocket@lockelord.com |
| Alan D. Smith | adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com |
| Jan D. Sokol | jdsokol@lawssl.com |
| Daniel Solish | cocolaw@stancounty.com, solishd@stancounty.com |
| Randye B. Soref | rsoref@polsinelli.com, ccripe@polsinelli.com |
| Joseph Sorkin | jsorkin@akingump.com, NYMCO@akingump.com |
| Michael St. James | ecf@stjames-law.com |
| Michele R. Stafford | mstafford@tuckerlaw.com, ecotterill@tuckerlaw.com |
| Diane C. Stanfield | diane.stanfield@alston.com, nelly.villaneda@alston.com |
| Howard J. Steinberg | steinbergh@gtlaw.com, pearsallt@gtlaw.com |
| Harriet A. Steiner | harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com |
| Lillian G. Stenfeldt | lillian.stenfeldt@rimonlaw.com, docketing@rimonlaw.com |
| Cheryl L. Stengel | clstengel@outlook.com, stengelcheryl40@gmail.com |
| David M. Stern | dstern@ktbslaw.com |
| Geoffrey S. Stewart | gstewart@jonesday.com, mmelvin@jonesday.com |
| Alan Joseph Stone | AStone@milbank.com, DMcCracken@Milbank.com |
| Jason D. Strabo | jstrabo@mwe.com |
| Michael H. Strub | mstrub@ggtriallaw.com, mhstrub1@gmail.com |
| Rebecca Suarez | rsuarez@crowell.com |
| Brad T. Summers | , docketing-pdx@lanepowell.com |
| Karin Swope | kswope@cpmlegal.com |
| Kristine Theodesia Takvoryan | ktakvoryan@ckrlaw.com |
| Kesha Tanabe | kesha@tanabelaw.com |
| Dante Taylor | dante.taylor@sfcityatty.org |
| Elizabeth Lee Thompson | ethompson@stites.com, docketclerk@stites.com |
| John C. Thornton | jct@andrewsthornton.com, aandrews@andrewsthornton.com |
| Elisa Tolentino | cao.main@sanjoseca.gov |
| Meagan S. Tom | meagan.tom@lockelord.com, autodocket@lockelord.com |
| Edward J. Tredinnick | etredinnick@foxrothschild.com |
| Matthew J. Troy | matthew.troy@usdoj.gov |
| Michael Tye | Michael.Tye@usdoj.gov |
| Donald W. Ullrich | ullrichlawfirm@att.net |
| Gary D. Underdahl | gunderdahl@askllp.com, lmiskowiec@askllp.com |

**SERVED VIA ELECTRONIC SERVICE (ECF) (CON'T)**

| | |
|---|---|
| Jonathan D. Uslaner | jonathanu@blbglaw.com |
| Andrew Van Ornum | avanornum@vlmglaw.com, hchea@vlmglaw.com |
| Shmuel Vasser | shmuel.vasser@dechert.com, brett.stone@dechert.com |
| Victor A. Vilaplana | vavilaplana@foley.com, rhurst@foley.com |
| Marta Villacorta | marta.villacorta@usdoj.gov |
| Carol C. Villegas | cvillegas@labaton.com, NDonlon@labaton.com |
| John A. Vos | InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com |
| Bao M. Vu | bao.vu@stoel.com, sharon.witkin@stoel.com |
| Nicholas Wagner | kschemen@wagnerjones.com, bwagner@wagnerjones.com |
| Jonathan D. Waisnor | jwaisnor@willkie.com, mao@willkie.com |
| Rachel M. Walsh | rwalsh@goodwinlaw.com, tsutton@goodwinlaw.com |
| Riley C. Walter | RIBTecf@wjhattorneys.com |
| Phillip K. Wang | phillip.wang@rimonlaw.com |
| Samuel M. Ward | sward@barrack.com, cfessia@barrack.com |
| Philip S. Warden | philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com |
| Gregory P. Waters | gwaters@elllaw.com, gregorywatersesq@gmail.com |
| Guy L. Watts | gwatts@wattsguerra.com, cwilson@wattsguerra.com |
| Mikal C. Watts | mcwatts@wattsguerra.com, cwilson@wattsguerra.com |
| Jack W Weaver | shannon@weltyweaver.com |
| Laura Herron Weber | lweber@sl-employmentlaw.com |
| Lindsi M. Weber | lweber@polsinelli.com, yderac@polsinelli.com |
| Joseph M. Welch | joseph.welch@blankrome.com, lverstegen@buchalter.com |
| Todd J. Wenzel | todd@wenzellawoffices.com |
| Meredith Werner | meredith.werner@clydeco.us |
| David Walter Wessel | DWessel@efronlawfirm.com, hporter@chdlawyers.com |
| Joseph West | westjoseph@earthlink.net, josephw998@gmail.com |
| Drew M. Widders | dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com |
| Jason P. Williams | , maryanne@wplgattorneys.com |
| Eric R. Wilson | kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com |
| Kimberly S. Winick | kwinick@clarktrev.com, knielsen@clarktrev.com |
| Rebecca J. Winthrop | rebecca.winthrop@nortonrosefulbright.com, diana.cardenas@nortonrosefulbright.com |
| David Wirt | david.wirt@hklaw.com, denise.harmon@hklaw.com |
| Ryan A. Witthans | rwitthans@fhlawllp.com |
| Keith H. Wofford | keith.wofford@ropesgray.com, nova.alindogan@ropesgray.com |
| Risa Lynn Wolf-Smith | rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com |
| Douglas Wolfe | asm@asmcapital.com |
| Andrea Wong | wong.andrea@pbgc.gov, efile@pbgc.gov |
| Christopher K.S. Wong | christopher.wong@afslaw.com, yvonne.li@afslaw.com |
| David A. Wood | dwood@marshackhays.com, lbuchanan@marshackhays.com |
| Kirsten A. Worley | worleyk@higgslaw.com, admin@wlawcorp.com |

**SERVED VIA ELECTRONIC SERVICE (ECF) (CON'T)**

| | |
|---|---|
| Kinga Wright | kinga.wright@lockelord.com, autodocket@lockelord.com |
| Antonio Yanez | ayanez@willkie.com |
| Cathy Yanni | cathy@cathyyanni.com, pstrunk@browngreer.com |
| Andrew Yaphe | andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com |
| Stephanie Yee | syee@janglit.com, klockwood@janglit.com |
| Tacie H. Yoon | tyoon@crowell.com |
| Bennett G. Young | byoung@jmbm.com, jb8@jmbm.com |
| Eric G. Young | eyoung@dcalaw.com, Jackie@dcalaw.com |
| Nicole M. Zeiss | nzeiss@labaton.com |
| Paul H. Zumbro | mao@cravath.com |
| Brittany Zummer | bzummer@theadlerfirm.com, nfournier@theadlerfirm.com |
| Dario de Ghetaldi | deg@coreylaw.com, lf@coreylaw.com |

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**

*SERVED VIA U.S. MAIL*

| | |
|---|---|
| **PG&E Corporation**<br>Attn: Law Department<br>P.O. Box 1018<br>Oakland, CA 944612-9991 | Debtor |
| **Pacific Gas and Electric Company**<br>Attn: Law Department<br>P.O. Box 1018<br>Oakland, CA 944612-9991 | Debtor |
| Jorge Hernandez<br>1507 Dutton Avenue<br>Santa Rosa, CA 95407 | |