# Notice Recipients

| District/Off: 0971–3 | User: admin | Date Created: 9/20/2023 |
|---|---|---|
| Case: 19–30088 | Form ID: TRANSC | Total: 7 |

**Recipients of Notice of Electronic Filing:**

| aty | Jeffrey Ritholtz | jritholtz@rksllp.com |
|---|---|---|
| aty | Michael S. Etkin | metkin@lowenstein.com |
| aty | Stacy A. Dasaro | sdasaro@goodwinlaw.com |

TOTAL: 3

**Recipients submitted to the Claims Agent (Kroll Restructuring Administration, LLC):**

| aty | Richard W. Slack | Weil Gotshal and Manges, LLP | 767 Fifth Ave. | New York, NY 10153–0119 |
|---|---|---|---|---|
| aty | Susan F. DiCicco | Morgan, Lewis & Bockius LLP | 101 Park Avenue | New York, NY 10178 |
| aty | Thomas A. Dubbs | Labaton Sucharow LLP | 140 Broadway | New York, NY 10005 |
| | SUSAN F. DICICCO, ESQ. | Morgan, Lewis & Bockius LLP | 1400 Page Mill Road | Palo Alto, CA 94304 |

TOTAL: 4