# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 9/20/2023 |
| Case: 19–30088 | Form ID: TRANSC | Total: 3 |

**Recipients of Notice of Electronic Filing:**

aty     Dara Levinson Silveira     dsilveira@kbkllp.com
aty     Johnny Knadler     jdknadler@yahoo.com

                                                                                                                                                                            TOTAL: 2

**Recipients submitted to the Claims Agent (Kroll Restructuring Administration, LLC):**

       GAYLE L. GOUGH, ESQ.     Gough & Hancock LLP     50 California Street, Suite 1500     San Francisco, CA 94111

                                                                                                                                                                            TOTAL: 1