In 2017 thru the fire I lived
at: 1302 Spencer Ane.
Santa Rosa, Ca. 95404

My name is Adrienne Collins
Address: 951 Petaluma Blvd. S. #310
Petaluma, Ca. 94952
707-217-3897

I would like to file a late
filing to the PG&E Fire Claim
of 2017 Fire of California
dept. 36099 - 13518
Please advise what I need
to do. late filing # 19-30088

Sincerely,
Adrienne Collins

FILED

SEP 20 2023

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA