WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **REORGANIZED DEBTORS' REPORT ON RESPONSES TO TWENTY-THIRD SECURITIES CLAIMS OMNIBUS OBJECTION (SECURITIES ACQUIRED OUTSIDE SUBJECT PERIOD) AND REQUEST FOR ORDER BY DEFAULT AS TO UNOPPOSED OBJECTIONS** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| | **[Re: Dkt. No. 13956]** |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Resolving Objections Set for Hearing September 26, 2023 at 10:00 a.m. (Pacific Time)** |

**REQUEST FOR ENTRY OF ORDER BY DEFAULT**

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby request, pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Docket No. 1996], that the Court enter an order by default on the *Reorganized Debtors' Twenty-Third Securities Claims Omnibus Objection (Securities Acquired Outside Subject Period)* [Docket No. 13956] (the "**Twenty-Third Securities Claims Omnibus Objection**").

**RELIEF REQUESTED IN THE
TWENTY-THIRD SECURITIES CLAIMS OMNIBUS OBJECTION**

The Twenty-Third Securities Claims Omnibus Objection seeks to disallow and expunge proofs of claim filed by Securities Claimants who do not purport to have purchased or otherwise acquired PG&E securities during the period April 29, 2015 through November 15, 2018 (the "Subject Period") and who did not file a claim prior to the original bar date of October 21, 2019. The claims subject to the Twenty-Third Securities Claims Omnibus Objection are listed in **Exhibit 1** and **Exhibit 2** to that Objection.

**NOTICE AND SERVICE**

The Reorganized Debtors filed the *Notice of Hearing on Reorganized Debtors' Twenty-Third Securities Claims Omnibus Objection (Securities Acquired Outside Subject Period)* [Docket No. 13958] (the "**Notice of Hearing**"). The Twenty-Third Securities Claims Omnibus Objection was supported by the *Declaration of Angela Ferrante in Support of Reorganized Debtors' Twenty-Third Securities Claims Omnibus Objection (Securities Acquired Outside Subject Period)* [Docket No. 13957] (the "**Ferrante Declaration**"). The Twenty-Third Securities Claims Omnibus Objection, the Notice of Hearing, and the Ferrante Declaration were served as described in the *Certificate of Service* of Victor Wong, filed on August 15, 2023 [Docket No. 13962] (the "**Certificate of Service**"). As further described in the Certificate of Service, on August 8, 2023, each holder of a claim listed on **Exhibit 1** or **Exhibit 2** to the Twenty-Third Securities Claims Omnibus Objection received a notice including the claim number,

debtor, claim amount, and the basis for the Reorganized Debtors' objection with respect to the applicable claim to be disallowed and expunged.

The deadline to file responses or oppositions to the Twenty-Third Securities Claims Omnibus Objection has passed. The Reorganized Debtors have received the following response:

| Docket No. | Claimant | Claim Nos. | Resolution |
|---|---|---|---|
| Informal | Anneliese Meadows | 105793 | Claimant contacted the Reorganized Debtors and provided information that established that Claimant traded in the Debtors' securities during the Subject Period. The Reorganized Debtors have therefore withdrawn the objection as to Claimant. |

**DECLARATION OF NO OPPOSITION RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am a member of the law firm of Weil, Gotshal & Manges LLP ("**Weil**"), counsel for the Reorganized Debtors.

2. The Court's docket in the Chapter 11 Cases has been reviewed and Weil has determined that no responses have been filed or informally submitted to the Reorganized Debtors with respect to the Twenty-Third Securities Claims Omnibus Objection, except as described herein.

WHEREFORE, the Reorganized Debtors hereby request entry of an order disallowing and expunging the proofs of claim listed in the column headed "Claims to be Disallowed and Expunged" in **Exhibit A** to this Request, which lists the claims in **Exhibit 1** and **Exhibit 2** to the Twenty-Third Securities Claims Omnibus Objection, except as otherwise discussed above.

Dated September 22, 2023

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**

By: */s/ Richard W. Slack*

Richard W. Slack

*Attorneys for Debtors and Reorganized Debtors*