# Exhibit A

**Claims to be Disallowed and Expunged**

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Andrews, Robert J. 519 Mecosta Avenue Big Rapids, MI 49307 | 103145 | Pacific Gas and Electric Company | 4/24/2020 | $0.00 | $0.00 | $0.00 | $1,160.00 | $1,160.00 | Outside Subject Period |
| ARTHUR T LANE & ELEANOR M LANE TEN COM 2858 32ND AVE W APT 406 SEATTLE, WA 98199-2633 | 98436 | PG&E Corporation | 4/1/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| AVERY, HAROLD DEAN 21 VIA MARINA APT 6 MARINA DEL REY, CA 90292-7179 | 98658 | PG&E Corporation | 4/7/2020 | $0.00 | $0.00 | $0.00 | $620.00 | $620.00 | Outside Subject Period |
| Baldanzi, Denise 18790 Lamson Rd Castro Valley, CA 94546 | 103128 | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| Barner, Shirley J. 200 Valley View Rd Millerstown, PA 17062 | 104408 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| Baylor, Michael George 1427 Calypso Ave Bethlehem, PA 18018 | 103252 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| Beatrice M Pita CUST Andrew Micheal Pita UNIF GIFT MIN ACT CA 1554 Curran Street Los Angeles, CA 90026 | 98288 | PG&E Corporation | 3/31/2020 | $0.00 | $0.00 | $0.00 | $6,000.00 | $6,000.00 | Outside Subject Period |
| Beckwith, Michael 5900 Roundup Way Bakersfield, CA 93306 | 104515 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| BETH L KIMBLE & GAIL K RICHARDSON TTEE TR BETH L KIMBLE FAMILY TRUST UA JUN 22 88 4219 CALLE ABRIL SAN CLEMENTE, CA 92673-2605 | 101250 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $47,295.36 | $47,295.36 | Outside Subject Period |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Bijur, Nicholas<br>2640 Steiner St<br>San Francisco, CA 94115 | 103797 | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $42,853.00 | $42,853.00 | Outside Subject Period |
| Board of Trustees of Michigan State University<br>325 E. Grand River Ave. Suite 200<br>East Lansing, MI 48823 | 100835 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $57,728.00 | $57,728.00 | Outside Subject Period |
| Brooks, Geraldine Rhonda<br>1322 Chignahuapan Way<br>Roseville, CA 95747 | 102998 | Pacific Gas and Electric Company | 4/20/2020 | $0.00 | $0.00 | $0.00 | $30,000.00 | $30,000.00 | Outside Subject Period |
| Brooks, Kenneth P.<br>Kenneth P. Brooks, M.D. 13809 Mctyres Cove Place<br>Midlothian, VA 23112 | 99815 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $10,712.69 | $10,712.69 | Outside Subject Period |
| Bubert, Neomia J<br>140 W. Goebel Dr<br>Lombard, IL 60148 | 104520 | PG&E Corporation | 5/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| Caton, Peter<br>5732 Grassington Lane<br>Sacramento, CA 95835 | 80517 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $157,790.52 | $0.00 | $157,790.52 | Outside Subject Period |
| Chatham, Philip L<br>19742 Trammell Lane<br>Chatsworth, CA 91311 | 98219 | PG&E Corporation | 3/28/2020 | $0.00 | $0.00 | $0.00 | $8,386.55 | $8,386.55 | Outside Subject Period |
| Cheryl A Mora, TTEE Cheryl A Mora Trust<br>PO Box 100<br>Kernville, CA 93238 | 104347 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $53,060.00 | $53,060.00 | Outside Subject Period |
| CHUI-HAR LEE CUST<br>147 ROYAL PALM DRIVE<br>FORT LAUDERDALE, FL 33301 | 103167 | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| City of Atlanta General Employees Pension Plan<br>Carl Christie Deputy Division Chief, Transportation and Taxation City of Atlanta Department of Law 55 Trinity Ave SW Suite 5000<br>Atlanta, GA 30303 | 100667 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $454,357.87 | $454,357.87 | Outside Subject Period |
| CLAUDETTE SILVA PERRY &<br>CHRISTOPHER PAUL PERRY JT TEN 4712 CALIFORNIA AVE<br>OAKDALE, CA 95361-9345 | 99260 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| Coe, James<br>8816 Scarlet Trail<br>Lantana, TX 76226 | 103132 | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| Cox, Ruth Margaret<br>515 Rockdale Dr<br>San Francisco, CA 94127 | 105373 | PG&E Corporation | 5/22/2020 | $0.00 | $0.00 | $0.00 | $72,492.00 | $72,492.00 | Outside Subject Period |
| CRAIG MARTINELLI &<br>BRIAN F MARTINELLI & RITA JEAN MARTINELLI REV TRUST 1964 GENTLE CREEK ROAD<br>FAIRFIELD, CA 94534 | 99047 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $26,915.96 | $26,915.96 | Outside Subject Period |
| Daniel M Yao & Wen Li Yao<br>220 Blackthorn Dr<br>Buffalo Grove, IL 60089 | 98815 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $1,800.00 | $1,800.00 | Outside Subject Period |
| DANIEL SMITH CUST<br>SARAH RENEA SMITH UNIF GIFT MIN ACT CA PO BOX 1786<br>BORREGO SPRINGS, CA 92004-1786 | 98064 | PG&E Corporation | 3/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| Debra Helen Wiegert, Trustee Williams Family Trust<br>1333 Weaver Dr<br>San Jose, CA 95125 | 102983 | PG&E Corporation | 4/28/2020 | $0.00 | $0.00 | $0.00 | $6,769.00 | $6,769.00 | Outside Subject Period |
| DESAIGOUDAR TR<br>2 SEA SIDE LANE CONDO 401<br>BELLEAIR, FL 33756 | 100737 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| DIAMOND, MILTON<br>2550 SAUL PLACE<br>HONOLULU, HI 96816 | 104529 | PG&E Corporation | 5/13/2020 | $0.00 | $0.00 | $0.00 | $27,674.37 | $27,674.37 | Outside Subject Period |
| Dimichele, Bonnie E<br>2871 Saint Adnrews Rd<br>Fairfield, CA 94534 | 97793 | PG&E Corporation | 3/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| Duhl, Joanne Deborah<br>164 White Pine Drive<br>Waitsfield , VT 05673 | 97808 | PG&E Corporation | 3/16/2020 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Outside Subject Period |
| Edward R Lecam & Mrs Pyong Im Lecam Jt Ten<br>11639 Melones Cir<br>Gold River, CA 95670-7755 | 103315 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $1,725.00 | $1,725.00 | Outside Subject Period |
| Evans, Alison J<br>3169 E. Desmond Ave<br>Las Vegas, NV 89121 | 101508 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| FOREMAN, HERMAN E<br>PO BOX 691690<br>STOCKTON, CA 95269-1690 | 98251 | PG&E Corporation | 3/24/2020 | $0.00 | $0.00 | $0.00 | $955.00 | $955.00 | Outside Subject Period |
| Formanek, Janet<br>P.O. Box 902<br>Twain Harte, CA 95383 | 104389 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| Fulton, James Robert & Judith A<br>6973 Wise Court<br>Carmichael, CA 95608 | 104447 | PG&E Corporation | 5/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| Gary R Barnes Living Trust<br>4600 Ocean Beach Blvd Apt 308<br>Cocoa Beach, FL 33931 | 105800 | PG&E Corporation and Pacific Gas and Electric Company | 6/2/2020 | $0.00 | $0.00 | $0.00 | $3,533.58 | $3,533.58 | Outside Subject Period |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Gibson, Ted W.<br>3397 Nambe Dr.<br>Reno, NV  89511 | 103198 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $12,799.95 | $12,799.95 | Outside Subject Period |
| Gottsche, Gordon P.<br>457 El Arroyo Road<br>Hillsborough, CA  94010 | 99371 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $19,550.00 | $19,550.00 | Outside Subject Period |
| Gottsche, John Kendall<br>5521 Lonesome Biker Lane<br>Las Vegas, NV  89113 | 100679 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $17,406.00 | $17,406.00 | Outside Subject Period |
| Harry Field and Harriet Field<br>20121 NE 23rd Court<br>Miami, FL  33180 | 99121 | PG&E Corporation | 4/10/2020 | $0.00 | $0.00 | $0.00 | $10,372.95 | $10,372.95 | Outside Subject Period |
| Iowa Health System-Board Designated<br>TCW  Attn: Theresa Tran 865 S. Figueroa Street Suite 1800<br>Los Angeles, CA  90017 | 99590 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $9,059.70 | $9,059.70 | Outside Subject Period |
| Iowa Health System-Insurance<br>TCW Attn: Theresa Tran 865 S. Figueroa Street Suite 1800<br>Los Angeles, CA  90017 | 99677 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $882.00 | $882.00 | Outside Subject Period |
| Iowa Health Systems Pension Fund - Central Iowa Health Syste<br>Attn: Iowa Health Systems Pension Fund - Central Iowa Health Systems 865 S. Figueroa Street Suite 1800<br>Los Angeles, CA  90017 | 99685 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $4,322.70 | $4,322.70 | Outside Subject Period |
| IVELICH, GEORGE<br>33 PARNASSUS RD<br>BERKELEY, CA  94708-2040 | 102666 | PG&E Corporation | 4/20/2020 | $47,800.00 | $0.00 | $0.00 | $0.00 | $47,800.00 | Outside Subject Period |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| JACK H SHIGETOMI & JEANNE T. TAKATANI, TRUSTEES SHIGETOMI FAMILY TRUST 1991 SURVIVORS TRUST TAKATANI TR UA SEP 09 91 THE SHIGETOMI FAMILY SURVIVORS TRUST 710 DEER SKIN LN WALNUT, CA 91789-1813 | 98147 | PG&E Corporation | 3/26/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| James Joseph Trant Jr Tod Jeanette Snyder 381 Sparky Way Cave Junction, OR 97523 | 103332 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| James L Brant Tr Dated 4/4/2001 James L Brant Trust 1343 El Curtola Blvd Lafayette, CA 94549 | 103277 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| Janet L. Formanek TTEE P.O. Box 902 Twain Harte, CA 95383 | 104481 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| John Paul Duffield and Linda Taylor Duffield Trustees 616 Ocampo Drive Pacific Palisades, CA 90272 | 102997 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $28,844.51 | $28,844.51 | Outside Subject Period |
| Johnston, Tim David 9120 Windflower Lane Annandale, VA 22003 | 97850 | Pacific Gas and Electric Company | 3/17/2020 | $0.00 | $0.00 | $0.00 | $8,536.00 | $8,536.00 | Outside Subject Period |
| LIGHT, DIANA K & ELLIOT ELLIOT D LIGHT JT TEN 123 ESPLANADE IRVINE, CA 92612-1712 | 98128 | PG&E Corporation | 3/25/2020 | $0.00 | $0.00 | $0.00 | $6,679.59 | $6,679.59 | Outside Subject Period |
| LIQ-Sheet Metal Workers' Local Union No. 80 Pension TCW  Attn LIQ-Sheet Metal Workers' Local Union No. 80  865 S. Figueroa Street Suite 1800 Los Angeles, CA 90017 | 99971 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $19,625.25 | $19,625.25 | Outside Subject Period |
| Marie Kowetz Rev Tr 17047 Bocs Club Blvd #1245 Boca Rotan, FL 33457 | 104286 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $5,074.62 | $5,074.62 | Outside Subject Period |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Mealey, Dolly<br>3051 University Rd<br>Grants Pass, OR 97527-6384 | 107880 | PG&E Corporation | 8/16/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| Meisenheimer, Winnifred A.<br>7478 Lake Marsha Dr.<br>Orlando, FL 32819 | 99891 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $8,461.29 | $8,461.29 | Outside Subject Period |
| MetWest Conservative Unconstrained Bond Fund (Cayman)<br>TCW Attn: MetWest Conservative Unconstrained Bond Fund (Cayman) 865 S. Figueroa Street Suite 1800<br>Los Angeles, CA 90017 | 100014 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $74,375.00 | $74,375.00 | Outside Subject Period |
| Milton Diamon-Living Trust<br>Milton Diamond 2550 Saul Place<br>Honolulu, HI 96816 | 104525 | PG&E Corporation | 5/13/2020 | $0.00 | $0.00 | $0.00 | $3,156.52 | $3,156.52 | Outside Subject Period |
| Morgan, James Lawrence<br>10364 Chase Creek Ln<br>Lakeside, CA 92040 | 104415 | PG&E Corporation | 5/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| Oddson, Donald S.<br>3528 Pt Armigan Dr. #3B<br>Walnut Creek, CA 94595 | 105807 | PG&E Corporation | 6/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| Olliges, Brian P.<br>1835 Washington Blvd<br>Louisville, KY 40242 | 103160 | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $2,831.22 | $2,831.22 | Outside Subject Period |
| Olliges, Bruce<br>7002 Bridgepointe Blvd<br>Prospect, KY 40059 | 103788 | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $7,118.99 | $7,118.99 | Outside Subject Period |
| Parasrampuria, Jagdish<br>1636 Tuckerstown Road<br>Dresher, PA 19025 | 103937 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $536.92 | $536.92 | Outside Subject Period |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Paris, Tami Elizabeth<br>1121 George Street<br>San Luis Obispo, CA 93401 | 104486 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| PASTORE, GAIL<br>4710 W LAKE SHORE DR<br>WONDER LAKE, IL 60097-8106 | 98310 | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $1,240.00 | $1,240.00 | Outside Subject Period |
| Pivnik, Jerome<br>The Pivnik Law Firm 7700 N Kendall Dr. Suite 703<br>Miami, FL 33156 | 97911 | PG&E Corporation | 3/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| REILLY, ROBERT & KAREN<br>221 HAMPTON DRIVE<br>LANGHORNE, PA 19047 | 104004 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $11,903.00 | $11,903.00 | Outside Subject Period |
| Rhine, Gary<br>895 Mountain Drive<br>Deerfield, IL 60015-1801 | 103260 | PG&E Corporation | 4/28/2020 | $0.00 | $0.00 | $0.00 | $25,000.00 | $25,000.00 | Outside Subject Period |
| Richardson, Gail K<br>4219 Calle Abril<br>San Clemente, CA 92673-2605 | 101504 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $33,015.36 | $33,015.36 | Outside Subject Period |
| Rogers, Helen W<br>3101 Old Pecos Trl Unit 515<br>Santa Fe, NM 87505 | 102638 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| Scruggs, Theresa J.<br>1310 Summit Creek<br>San Antonio, TX 78258 | 100213 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $4,121.87 | $4,121.87 | Outside Subject Period |
| SILVA, ELVIRA<br>131 E AVENUE 41<br>LOS ANGELES, CA 90031-1516 | 98697 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $1,273.92 | $1,273.92 | Outside Subject Period |
| TURNER, ALEXANDER S<br>113 REYNOLDS RD<br>BRADFORD, TN 38316 | 97995 | PG&E Corporation | 3/24/2020 | $0.00 | $0.00 | $0.00 | $8,550.00 | $8,550.00 | Outside Subject Period |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Tyrrell, Gary<br>2502 Bonniebrook Drive<br>Stockton, CA 95207-1304 | 100371 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| Tyrrell, Gary<br>2502 Bonniebrook Drive<br>Stockton , CA 95207-1304 | 100441 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| USD-Unhedged MetWest Conservative Unconstrained Bond Fund<br>TCW Attn Theresa Tran 865 S. Figueroa Street Suite 1800<br>Los Angeles, CA 90017 | 100625 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $5,750.00 | $5,750.00 | Outside Subject Period |
| VANDERBILT, JAMES N<br>2545 SPRING HILL CT<br>HIGHLANDS RANCH, CO 80129-4338 | 98467 | PG&E Corporation | 4/2/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| Zhen, Chad<br>30840 Cartier Drive<br>Rancho Palos Verdes, CA 90275 | 103186 | Pacific Gas and Electric Company | 4/28/2020 | $0.00 | $0.00 | $0.00 | $10,565.00 | $10,565.00 | Outside Subject Period |
| **Claims To Be Expunged Totals** | **Count: 77** | | | **$47,800.00** | **$0.00** | **$157,790.52** | **$1,196,590.74** | **$1,402,181.26** | |