WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> * All papers shall be filed in the Lead Case, No. 19-30088 (DM). | **REORGANIZED DEBTORS' REPORT ON RESPONSES TO TWENTY-FOURTH SECURITIES CLAIMS OMNIBUS OBJECTION (NO LOSS CAUSATION - SECURITIES SOLD PRIOR TO THE FIRST PURPORTED "CORRECTIVE DISCLOSURE") AND REQUEST FOR ORDER BY DEFAULT AS TO UNOPPOSED OBJECTIONS** <br><br> [Re: Dkt. No. 13963] <br><br> **Resolving Objections Set for Hearing September 26, 2023 at 10:00 a.m. (Pacific Time)** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## REQUEST FOR ENTRY OF ORDER BY DEFAULT

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby request, pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Docket No. 1996], that the Court enter an order by default on the *Reorganized Debtors' Twenty-Fourth Securities Claims Omnibus Objection (No Loss Causation—Securities Sold Prior to the First Purported "Corrective Disclosure")* [Docket No. 13963] (the "**Twenty-Fourth Securities Claims Omnibus Objection**").

## RELIEF REQUESTED IN THE
## TWENTY-FOURTH SECURITIES CLAIMS OMNIBUS OBJECTION

The Twenty-Fourth Securities Claims Omnibus Objection seeks to disallow and expunge proofs of claim listed in **Exhibit 1** to that Objection, on the grounds that the holders of those claims sold all of their positions prior to the release of any purported "corrective disclosure."

## NOTICE AND SERVICE

The Reorganized Debtors filed the *Notice of Hearing on Reorganized Debtors' Twenty-Fourth Securities Claims Omnibus Objection (No Loss Causation – Securities Sold Prior to the First Purported "Corrective Disclosure")* [Docket No. 13965] (the "**Notice of Hearing**"). The Twenty-Fourth Securities Claims Omnibus Objection was supported by the *Declaration of Angela Ferrante in Support of Reorganized Debtors' Twenty-Fourth Securities Claims Omnibus Objection (No Loss Causation – Securities Sold Prior to the First Purported "Corrective Disclosure")* [Docket No. 13964] (the "**Ferrante Declaration**"). The Twenty-Fourth Securities Claims Omnibus Objection, the Notice of Hearing, and the Ferrante Declaration were served as described in the *Certificate of Service* of Liz Santodomingo, filed on August 28, 2023 [Docket No. 13997] (the "**Certificate of Service**"). As further described in the Certificate of Service, on August 15, 2023, each holder of a claim listed on **Exhibit 1** to the Twenty-Fourth Securities Claims Omnibus Objection received a notice including the claim

number, debtor, claim amount, and the basis for the Reorganized Debtors' objection with respect to the applicable claim to be disallowed and expunged.

The deadline to file responses or oppositions to the Twenty-Fourth Securities Claims Omnibus Objection has passed. The Reorganized Debtors have not received any formal or informal responses.

## DECLARATION OF NO OPPOSITION RECEIVED

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am a member of the law firm of Weil, Gotshal & Manges LLP ("**Weil**"), counsel for the Reorganized Debtors.

2. The Court's docket in the Chapter 11 Cases has been reviewed and Weil has determined that no responses have been filed with respect to the Twenty-Fourth Securities Claims Omnibus Objection.

WHEREFORE, the Reorganized Debtors hereby request entry of an order disallowing and expunging the proofs of claim listed in the column headed "Claims to be Disallowed and Expunged" in **Exhibit A** to this Request, which lists claims identical to those in **Exhibit 1** to the Twenty-Fourth Securities Claims Omnibus Objection.

Dated September 22, 2023

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: _/s/ Richard W. Slack_

Richard W. Slack

*Attorneys for Debtors and Reorganized Debtors*