**Exhibit A**

**Claims to be Disallowed and Expunged**

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Achievement Master Fund Ltd. <br> 231 Sansome Street, 4th Floor <br> San Francisco, CA 94104 | 104197 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Sold Prior to October 12, 2017 |
| Clinton Long Short Equity Fund <br> Battea FBO 231 Sansome Street, 4th Floor <br> San Francisco, CA 94104 | 104154 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $199.26 | $199.26 | Securities Sold Prior to October 12, 2017 |
| John Lewis Partnership Pension Trust <br> Institutional Protection Services Third Floor, 1-3 Staple Inn <br> London, WC1V 7QH | 102468 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Sold Prior to October 12, 2017 |
| Texas Scottish Rite Hospital for Children <br> I/C Kris Keever-Smith 2222 Welborn St <br> Dallas, TX 75219 | 100739 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Securities Sold Prior to October 12, 2017 |
| **Claims To Be Expunged Totals** | **Count: 4** | | | **$0.00** | **$0.00** | **$0.00** | **$10,199.26** | **$10,199.26** | |