Signed and Filed: September 22, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1　WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
2　(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
3　(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
4　(matthew.goren@weil.com)
767 Fifth Avenue
5　New York, NY 10153-0119
Tel: 212 310 8000
6　Fax: 212 310 8007

7
KELLER BENVENUTTI KIM LLP
8　Jane Kim (#298192)
(jkim@kbkllp.com)
9　David A. Taylor (#247433)
(dtaylor@kbkllp.com)
10　Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
11　650 California Street, Suite 1900
San Francisco, CA 94108
12　Tel: 415 496 6723
Fax: 650 636 9251
13

14　*Attorneys for Debtors and Reorganized Debtors*

15
**UNITED STATES BANKRUPTCY COURT**
16　**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**
17

18

19　**In re:**

20　**PG&E CORPORATION,**

21　　**- and -**

22　**PACIFIC GAS AND ELECTRIC**
**COMPANY,**
23
　　　　　　　　**Debtors.**
24
☐ Affects PG&E Corporation
25　☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors
26

27　*All papers shall be filed in the Lead Case,*
*No. 19-30088 (DM).*

28

Bankruptcy Case No. 19-30088 (DM)

Chapter 11

(Lead Case) (Jointly Administered)

**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' TWENTY-THIRD SECURITIES CLAIMS OMNIBUS OBJECTION (SECURITIES ACQUIRED OUTSIDE SUBJECT PERIOD)**

**[Re: Dkt. Nos. 13956, 14027]**

*Weil, Gotshal & Manges LLP*
*767 Fifth Avenue*
*New York, NY 10153-0119*

Upon the *Reorganized Debtors' Report on Responses to Reorganized Debtors' Twenty-Third Securities Claims Omnibus Objection (Securities Acquired Outside Subject Period) and Request for Order by Default as to Unopposed Objections* [Docket No. 14027] of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Docket No. 1996], and the Securities Omnibus Objection Procedures as defined and set forth in the *Order Approving Securities ADR and Related Procedures for Resolving Subordinated Securities Claims* [Docket No. 10015]; and this Court having jurisdiction to consider the *Reorganized Debtors' Twenty-Third Securities Claims Omnibus Objection (Securities Acquired Outside Subject Period)* [Docket No. 13956] (the "**Twenty-Third Securities Claims Omnibus Objection**") and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Twenty-Third Securities Claims Omnibus Objection and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found and determined that notice of the Twenty-Third Securities Claims Omnibus Objection as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Twenty-Third Securities Claims Omnibus Objection establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

/ / /

/ / /

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**IT IS HEREBY ORDERED THAT:**

1.      The claims listed in the column headed "Claims to be Disallowed and Expunged" in **Exhibit A** hereto are disallowed and expunged.

2.      This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit A**

**Claims to be Disallowed and Expunged**

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Andrews, Robert J.<br>519 Mecosta Avenue<br>Big Rapids, MI 49307 | **103145** | Pacific Gas and Electric Company | 4/24/2020 | $0.00 | $0.00 | $0.00 | $1,160.00 | $1,160.00 | Outside Subject Period |
| ARTHUR T LANE & ELEANOR M LANE TEN COM<br>2858 32ND AVE W APT 406<br>SEATTLE, WA 98199-2633 | **98436** | PG&E Corporation | 4/1/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| AVERY, HAROLD DEAN<br>21 VIA MARINA APT 6<br>MARINA DEL REY, CA 90292-7179 | **98658** | PG&E Corporation | 4/7/2020 | $0.00 | $0.00 | $0.00 | $620.00 | $620.00 | Outside Subject Period |
| Baldanzi, Denise<br>18790 Lamson Rd<br>Castro Valley, CA 94546 | **103128** | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| Barner, Shirley J.<br>200 Valley View Rd<br>Millerstown, PA 17062 | **104408** | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| Baylor, Michael George<br>1427 Calypso Ave<br>Bethlehem, PA 18018 | **103252** | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| Beatrice M Pita CUST Andrew Micheal Pita UNIF GIFT MIN ACT CA<br>1554 Curran Street<br>Los Angeles, CA 90026 | **98288** | PG&E Corporation | 3/31/2020 | $0.00 | $0.00 | $0.00 | $6,000.00 | $6,000.00 | Outside Subject Period |
| Beckwith, Michael<br>5900 Roundup Way<br>Bakersfield, CA 93306 | **104515** | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| BETH L KIMBLE & GAIL K RICHARDSON TTEE TR BETH L KIMBLE FAMILY TRUST UA JUN 22 88<br>4219 CALLE ABRIL<br>SAN CLEMENTE, CA 92673-2605 | **101250** | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $47,295.36 | $47,295.36 | Outside Subject Period |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Bijur, Nicholas<br>2640 Steiner St<br>San Francisco, CA 94115 | 103797 | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $42,853.00 | $42,853.00 | Outside Subject Period |
| Board of Trustees of Michigan State University<br>325 E. Grand River Ave. Suite 200<br>East Lansing, MI 48823 | 100835 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $57,728.00 | $57,728.00 | Outside Subject Period |
| Brooks, Geraldine Rhonda<br>1322 Chignahuapan Way<br>Roseville, CA 95747 | 102998 | Pacific Gas and Electric Company | 4/20/2020 | $0.00 | $0.00 | $0.00 | $30,000.00 | $30,000.00 | Outside Subject Period |
| Brooks, Kenneth P.<br>Kenneth P. Brooks, M.D. 13809 Mctyres Cove Place<br>Midlothian, VA 23112 | 99815 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $10,712.69 | $10,712.69 | Outside Subject Period |
| Bubert, Neomia J<br>140 W. Goebel Dr<br>Lombard, IL 60148 | 104520 | PG&E Corporation | 5/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| Caton, Peter<br>5732 Grassington Lane<br>Sacramento, CA 95835 | 80517 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $157,790.52 | $0.00 | $157,790.52 | Outside Subject Period |
| Chatham, Philip L<br>19742 Trammell Lane<br>Chatsworth, CA 91311 | 98219 | PG&E Corporation | 3/28/2020 | $0.00 | $0.00 | $0.00 | $8,386.55 | $8,386.55 | Outside Subject Period |
| Cheryl A Mora, TTEE Cheryl A Mora Trust<br>PO Box 100<br>Kernville , CA 93238 | 104347 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $53,060.00 | $53,060.00 | Outside Subject Period |
| CHUI-HAR LEE CUST<br>147 ROYAL PALM DRIVE<br>FORT LAUDERDALE, FL 33301 | 103167 | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| City of Atlanta General Employees Pension Plan Carl Christie Deputy Division Chief, Transportation and Taxation City of Atlanta Department of Law 55 Trinity Ave SW Suite 5000 Atlanta, GA 30303 | 100667 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $454,357.87 | $454,357.87 | Outside Subject Period |
| CLAUDETTE SILVA PERRY & CHRISTOPHER PAUL PERRY JT TEN 4712 CALIFORNIA AVE OAKDALE, CA 95361-9345 | 99260 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| Coe, James 8816 Scarlet Trail Lantana, TX 76226 | 103132 | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| Cox, Ruth Margaret 515 Rockdale Dr San Francisco, CA 94127 | 105373 | PG&E Corporation | 5/22/2020 | $0.00 | $0.00 | $0.00 | $72,492.00 | $72,492.00 | Outside Subject Period |
| CRAIG MARTINELLI & BRIAN F MARTINELLI & RITA JEAN MARTINELLI REV TRUST 1964 GENTLE CREEK ROAD FAIRFIELD, CA 94534 | 99047 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $26,915.96 | $26,915.96 | Outside Subject Period |
| Daniel M Yao & Wen Li Yao 220 Blackthorn Dr Buffalo Grove, IL 60089 | 98815 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $1,800.00 | $1,800.00 | Outside Subject Period |
| DANIEL SMITH CUST SARAH RENEA SMITH UNIF GIFT MIN ACT CA PO BOX 1786 BORREGO SPRINGS, CA 92004-1786 | 98064 | PG&E Corporation | 3/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| Debra Helen Wiegert, Trustee Williams Family Trust 1333 Weaver Dr San Jose, CA 95125 | 102983 | PG&E Corporation | 4/28/2020 | $0.00 | $0.00 | $0.00 | $6,769.00 | $6,769.00 | Outside Subject Period |
| DESAIGOUDAR TR 2 SEA SIDE LANE CONDO 401 BELLEAIR, FL 33756 | 100737 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| DIAMOND, MILTON<br>2550 SAUL PLACE<br>HONOLULU, HI 96816 | 104529 | PG&E Corporation | 5/13/2020 | $0.00 | $0.00 | $0.00 | $27,674.37 | $27,674.37 | Outside Subject Period |
| Dimichele, Bonnie E<br>2871 Saint Adnrews Rd<br>Fairfield, CA 94534 | 97793 | PG&E Corporation | 3/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| Duhl, Joanne Deborah<br>164 White Pine Drive<br>Waitsfield , VT 05673 | 97808 | PG&E Corporation | 3/16/2020 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Outside Subject Period |
| Edward R Lecam & Mrs Pyong Im Lecam Jt Ten<br>11639 Melones Cir<br>Gold River, CA 95670-7755 | 103315 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $1,725.00 | $1,725.00 | Outside Subject Period |
| Evans, Alison J<br>3169 E. Desmond Ave<br>Las Vegas, NV 89121 | 101508 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| FOREMAN, HERMAN E<br>PO BOX 691690<br>STOCKTON, CA 95269-1690 | 98251 | PG&E Corporation | 3/24/2020 | $0.00 | $0.00 | $0.00 | $955.00 | $955.00 | Outside Subject Period |
| Formanek, Janet<br>P.O. Box 902<br>Twain Harte, CA 95383 | 104389 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| Fulton, James Robert & Judith A<br>6973 Wise Court<br>Carmichael, CA 95608 | 104447 | PG&E Corporation | 5/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| Gary R Barnes Living Trust<br>4600 Ocean Beach Blvd Apt 308<br>Cocoa Beach, FL 33931 | 105800 | PG&E Corporation and Pacific Gas and Electric Company | 6/2/2020 | $0.00 | $0.00 | $0.00 | $3,533.58 | $3,533.58 | Outside Subject Period |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Gibson, Ted W.<br>3397 Nambe Dr.<br>Reno, NV 89511 | 103198 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $12,799.95 | $12,799.95 | Outside Subject Period |
| Gottsche, Gordon P.<br>457 El Arroyo Road<br>Hillsborough, CA 94010 | 99371 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $19,550.00 | $19,550.00 | Outside Subject Period |
| Gottsche, John Kendall<br>5521 Lonesome Biker Lane<br>Las Vegas, NV 89113 | 100679 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $17,406.00 | $17,406.00 | Outside Subject Period |
| Harry Field and Harriet Field<br>20121 NE 23rd Court<br>Miami, FL 33180 | 99121 | PG&E Corporation | 4/10/2020 | $0.00 | $0.00 | $0.00 | $10,372.95 | $10,372.95 | Outside Subject Period |
| Iowa Health System-Board Designated<br>TCW Attn: Theresa Tran 865 S. Figueroa Street Suite 1800<br>Los Angeles, CA 90017 | 99590 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $9,059.70 | $9,059.70 | Outside Subject Period |
| Iowa Health System-Insurance<br>TCW Attn: Theresa Tran 865 S. Figueroa Street Suite 1800<br>Los Angeles, CA 90017 | 99677 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $882.00 | $882.00 | Outside Subject Period |
| Iowa Health Systems Pension Fund - Central Iowa Health Syste<br>Attn: Iowa Health Systems Pension Fund - Central Iowa Health Systems 865 S. Figueroa Street Suite 1800<br>Los Angeles, CA 90017 | 99685 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $4,322.70 | $4,322.70 | Outside Subject Period |
| IVELICH, GEORGE<br>33 PARNASSUS RD<br>BERKELEY, CA 94708-2040 | 102666 | PG&E Corporation | 4/20/2020 | $47,800.00 | $0.00 | $0.00 | $0.00 | $47,800.00 | Outside Subject Period |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| JACK H SHIGETOMI & JEANNE T. TAKATANI, TRUSTEES SHIGETOMI FAMILY TRUST 1991 SURVIVORS TRUST<br>TAKATANI TR UA SEP 09 91 THE SHIGETOMI FAMILY SURVIVORS TRUST 710 DEER SKIN LN<br>WALNUT, CA 91789-1813 | 98147 | PG&E Corporation | 3/26/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| James Joseph Trant Jr Tod<br>Jeanette Snyder 381 Sparky Way<br>Cave Junction, OR 97523 | 103332 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| James L Brant Tr Dated 4/4/2001<br>James L Brant Trust 1343 El Curtola Blvd<br>Lafayette, CA 94549 | 103277 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| Janet L. Formanek TTEE<br>P.O. Box 902<br>Twain Harte, CA 95383 | 104481 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| John Paul Duffield and Linda Taylor Duffield Trustees<br>616 Ocampo Drive<br>Pacific Palisades, CA 90272 | 102997 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $28,844.51 | $28,844.51 | Outside Subject Period |
| Johnston, Tim David<br>9120 Windflower Lane<br>Annandale, VA 22003 | 97850 | Pacific Gas and Electric Company | 3/17/2020 | $0.00 | $0.00 | $0.00 | $8,536.00 | $8,536.00 | Outside Subject Period |
| LIGHT, DIANA K & ELLIOT<br>ELLIOT D LIGHT JT TEN 123 ESPLANADE<br>IRVINE, CA 92612-1712 | 98128 | PG&E Corporation | 3/25/2020 | $0.00 | $0.00 | $0.00 | $6,679.59 | $6,679.59 | Outside Subject Period |
| LIQ-Sheet Metal Workers' Local Union No. 80 Pension TCW Attn LIQ-Sheet Metal Workers' Local Union No. 80 865 S. Figueroa Street Suite 1800<br>Los Angeles, CA 90017 | 99971 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $19,625.25 | $19,625.25 | Outside Subject Period |
| Marie Kowetz Rev Tr<br>17047 Bocs Club Blvd #1245<br>Boca Rotan, FL 33457 | 104286 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $5,074.62 | $5,074.62 | Outside Subject Period |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Mealey, Dolly<br>3051 University Rd<br>Grants Pass, OR 97527-6384 | **107880** | PG&E Corporation | 8/16/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| Meisenheimer, Winnifred A.<br>7478 Lake Marsha Dr.<br>Orlando, FL 32819 | **99891** | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $8,461.29 | $8,461.29 | Outside Subject Period |
| MetWest Conservative Unconstrained Bond Fund (Cayman)<br>TCW Attn: MetWest Conservative Unconstrained Bond Fund (Cayman) 865 S. Figueroa Street Suite 1800<br>Los Angeles, CA 90017 | **100014** | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $74,375.00 | $74,375.00 | Outside Subject Period |
| Milton Diamon-Living Trust<br>Milton Diamond 2550 Saul Place<br>Honolulu, HI 96816 | **104525** | PG&E Corporation | 5/13/2020 | $0.00 | $0.00 | $0.00 | $3,156.52 | $3,156.52 | Outside Subject Period |
| Morgan, James Lawrence<br>10364 Chase Creek Ln<br>Lakeside, CA 92040 | **104415** | PG&E Corporation | 5/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| Oddson, Donald S.<br>3528 Pt Armigan Dr. #3B<br>Walnut Creek, CA 94595 | **105807** | PG&E Corporation | 6/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| Olliges, Brian P.<br>1835 Washington Blvd<br>Louisville, KY 40242 | **103160** | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $2,831.22 | $2,831.22 | Outside Subject Period |
| Olliges, Bruce<br>7002 Bridgepointe Blvd<br>Prospect, KY 40059 | **103788** | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $7,118.99 | $7,118.99 | Outside Subject Period |
| Parasrampuria, Jagdish<br>1636 Tuckerstown Road<br>Dresher, PA 19025 | **103937** | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $536.92 | $536.92 | Outside Subject Period |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Paris, Tami  Elizabeth<br>1121 George Street<br>San Luis Obispo, CA  93401 | 104486 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| PASTORE, GAIL<br>4710 W LAKE SHORE DR<br>WONDER LAKE, IL  60097-8106 | 98310 | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $1,240.00 | $1,240.00 | Outside Subject Period |
| Pivnik, Jerome<br>The Pivnik Law Firm 7700 N Kendall Dr. Suite 703<br>Miami, FL  33156 | 97911 | PG&E Corporation | 3/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| REILLY, ROBERT & KAREN<br>221 HAMPTON DRIVE<br>LANGHORNE, PA  19047 | 104004 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $11,903.00 | $11,903.00 | Outside Subject Period |
| Rhine, Gary<br>895 Mountain Drive<br>Deerfield, IL  60015-1801 | 103260 | PG&E Corporation | 4/28/2020 | $0.00 | $0.00 | $0.00 | $25,000.00 | $25,000.00 | Outside Subject Period |
| Richardson, Gail K<br>4219 Calle Abril<br>San Clemente, CA  92673-2605 | 101504 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $33,015.36 | $33,015.36 | Outside Subject Period |
| Rogers, Helen W<br>3101 Old Pecos Trl Unit 515<br>Santa Fe, NM  87505 | 102638 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| Scruggs, Theresa J.<br>1310 Summit Creek<br>San Antonio, TX  78258 | 100213 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $4,121.87 | $4,121.87 | Outside Subject Period |
| SILVA, ELVIRA<br>131 E AVENUE 41<br>LOS ANGELES, CA  90031-1516 | 98697 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $1,273.92 | $1,273.92 | Outside Subject Period |
| TURNER, ALEXANDER S<br>113 REYNOLDS RD<br>BRADFORD, TN  38316 | 97995 | PG&E Corporation | 3/24/2020 | $0.00 | $0.00 | $0.00 | $8,550.00 | $8,550.00 | Outside Subject Period |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Tyrrell, Gary 2502 Bonniebrook Drive Stockton, CA 95207-1304 | **100371** | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| Tyrrell, Gary 2502 Bonniebrook Drive Stockton , CA 95207-1304 | **100441** | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| USD-Unhedged MetWest Conservative Unconstrained Bond Fund TCW Attn Theresa Tran 865 S. Figueroa Street Suite 1800 Los Angeles, CA 90017 | **100625** | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $5,750.00 | $5,750.00 | Outside Subject Period |
| VANDERBILT, JAMES N 2545 SPRING HILL CT HIGHLANDS RANCH, CO 80129-4338 | **98467** | PG&E Corporation | 4/2/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Outside Subject Period |
| Zhen, Chad 30840 Cartier Drive Rancho Palos Verdes, CA 90275 | **103186** | Pacific Gas and Electric Company | 4/28/2020 | $0.00 | $0.00 | $0.00 | $10,565.00 | $10,565.00 | Outside Subject Period |
| **Claims To Be Expunged Totals** | **Count: 77** | | | **$47,800.00** | **$0.00** | **$157,790.52** | **$1,196,590.74** | **$1,402,181.26** | |