Hello, to whom it may concern

I am a victim of the camp fire caused by pg&e. I have filed a POC, enableing me to have access to the online portal of fire victim trust on 11-4-2020. also i recieved a letter stating i have filed my TIMLEY proof of claim 11-5-2020. i now 2 years later, the trust tells me i did not file a timley POC until 3-4-2020 which was passed the 12-31-19 deadline. i did not recieve info about the fire victims trust from PG&E until august of 2020, 8 months past the deadline for submitting a POC. making the deadline impossible for me to comply with. this is the first time i have heard of a deadliine for anything otther then the febuary 2021 for the claiim filing deadline. i have been through the process of filing a claim and submitting an onslaught of documents for the trust to only notify me more then 1.5 years after the fileing to inform me that my POC was not timley and my claim is non valid. the trust informed me i need to file with the court permission to file a late and untimley POC, which i dont know how to do. they give me no directions or instructions and state they cannot help me. i dont know who to contact or how to go about it. please help. To make it more easy, may I have permission to file a late proof of claim. If it was late, im assumiong it is because I had to be tracked down as I did not leave a forwarding address and was contacted by pge via post card at my parents house where I have my pge mail sent. Please reply with a phone number as it has been difficultto contact anyone, I am not sure if I am even contacting the right person. I have been given vauge instructions by the trust and there is no simple directions to follow on the website. If this is not the correct person to contact will you then provide the correct contact info.

12-16-2022

FILED
SEP 28 2023
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
SEP 28 2023
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Jason Parker
110 Wilson Ave
Modesto CA 95354

For the Fire Victims PG&E camp fire
Northern District of CA
San Francisco Division
450 Golden Gate Ave
18th Floor
San Fransico, CA 94102

SACRAMENTO CA 957
25 SEP 2023 PM 2 L