WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **REORGANIZED DEBTORS' REPORT ON RESPONSES TO TWENTY-FIFTH SECURITIES CLAIMS OMNIBUS OBJECTION (NOTEHOLDER SECURITIES CLAIMS) AND REQUEST FOR ORDER BY DEFAULT AS TO UNOPPOSED OBJECTIONS** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| | [Re: Dkt. No. 13969] |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Resolving Objections Set for Hearing October 3, 2023 at 10:00 a.m. (Pacific Time)** |

**REQUEST FOR ENTRY OF ORDER BY DEFAULT**

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby request, pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Docket No. 1996], that the Court enter an order by default on the *Reorganized Debtors' Twenty-Fifth Securities Claims Omnibus Objection (Noteholder Securities Claims)* [Docket No. 13969] (the "**Twenty-Fifth Securities Claims Omnibus Objection**").

**RELIEF REQUESTED IN THE
TWENTY-FIFTH SECURITIES CLAIMS OMNIBUS OBJECTION**

The Twenty-Fifth Securities Claims Omnibus Objection seeks to disallow and expunge proofs of claim filed by Securities Claimants who held Utility Senior Note Claims, as defined in the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* (as may be further modified, amended or supplemented from time to time, and together with any exhibits or schedules thereto, the "**Plan**"), confirmed by the Court's June 20, 2020 Order [Docket No. 8053], at the time of both the January 29, 2019 Petition Date and the July 1, 2020 Effective Date [*see* Docket No. 8252]. Each such claimant released the Reorganized Debtors from "any and all claims, interests, obligations, suits, judgments, damages, demands, debts, rights, Causes of Action, losses, remedies, and liabilities whatsoever . . . based on or relating to, or in any manner arising from . . . the purchase, sale, or rescission of the purchase or sale of any Security of the Debtors or the Reorganized Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is Treated in the Plan." Plan § 10.9(b). The claims subject to the Twenty-Fifth Securities Claims Omnibus Objection are listed in **Exhibit 1** to that Objection.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# NOTICE AND SERVICE

The Reorganized Debtors filed the *Notice of Hearing on Reorganized Debtors' Twenty-Fifth Securities Claims Omnibus Objection (Noteholder Securities Claims)* [Docket No. 13971] (the "**Notice of Hearing**"). The Twenty-Fifth Securities Claims Omnibus Objection was supported by the *Declaration of Angela Ferrante in Support of Reorganized Debtors' Twenty-Fifth Securities Claims Omnibus Objection (Noteholder Securities Claims)* [Docket No. 13970] (the "**Ferrante Declaration**"). The Twenty-Fifth Securities Claims Omnibus Objection, the Notice of Hearing, and the Ferrante Declaration were served as described in the *Certificate of Service* of Victor Wong, filed on August 30, 2023 [Docket No. 13998] (the "**Certificate of Service**"). As further described in the Certificate of Service, on August 17, 2023, each holder of a claim listed on **Exhibit 1** to the Twenty-Fifth Securities Claims Omnibus Objection received a notice including the claim number, debtor, claim amount, and the basis for the Reorganized Debtors' objection with respect to the applicable claim to be disallowed and expunged.

The deadline to file responses or oppositions to the Twenty-Fifth Securities Claims Omnibus Objection has passed. The Reorganized Debtors have received the following responses:

| Docket No. | Claimant | Claim Nos. | Resolution |
|---|---|---|---|
| Informal | BNY Mellon Service Kapitalanlagegesellschaft mbH (on behalf of Fund VWRA) | 99986 | Claimant and Reorganized Debtors have resolved the claim that is subject to the Twenty-Fifth Securities Claims Omnibus Objection, and the Reorganized Debtors have therefore withdrawn the Objection as to Claimant. |
| Informal | IHIP- WellsCap LT Care Escrow | 107328 | Claimant and Reorganized Debtors have resolved the claim that is subject to the Twenty-Fifth Securities Claims Omnibus Objection, and the Reorganized Debtors have therefore withdrawn the Objection as to Claimant. |

| Docket No. | Claimant | Claim Nos. | Resolution |
|---|---|---|---|
| Informal | WEC Energy Group, Inc. | 107474 | Claimant and Reorganized Debtors have resolved the claim that is subject to the Twenty-Fifth Securities Claims Omnibus Objection, and the Reorganized Debtors have therefore withdrawn the Objection as to Claimant. |
| Informal | DRRT FBO Internationale Kapitalanlagegesellschaft MBH (SSKD-ACB) | 100154 | Claimant and Reorganized Debtors have resolved the claim that is subject to the Twenty-Fifth Securities Claims Omnibus Objection, and the Reorganized Debtors have therefore withdrawn the Objection as to Claimant. |
| Informal | KKR Credit Advisors (US) LLC | 101906 | Claimant and Reorganized Debtors have resolved the claim that is subject to the Twenty-Fifth Securities Claims Omnibus Objection, and the Reorganized Debtors have therefore withdrawn the Objection as to Claimant. |
| Informal | Thomas A. Mullady | 97910 | Claimant and Reorganized Debtors have resolved the claim that is subject to the Twenty-Fifth Securities Claims Omnibus Objection, and the Reorganized Debtors have therefore withdrawn the Objection as to Claimant. |
| Informal | Pacificsource - Taxable | 107324 | Claimant and Reorganized Debtors have resolved the claim that is subject to the Twenty-Fifth Securities Claims Omnibus Objection, and the Reorganized Debtors have therefore withdrawn the Objection as to Claimant. |
| Informal | Pacificsource Health Plans Taxable | 107320 | Claimant and Reorganized Debtors have resolved the claim that is subject to the Twenty-Fifth Securities Claims Omnibus Objection, and the Reorganized Debtors have therefore withdrawn the Objection as to Claimant. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Docket No. | Claimant | Claim Nos. | Resolution |
|---|---|---|---|
| Informal | Tactical Value SPN-Global Credit Opportunities L.P. | 101996 | Claimant and Reorganized Debtors have resolved the claim that is subject to the Twenty-Fifth Securities Claims Omnibus Objection, and the Reorganized Debtors have therefore withdrawn the Objection as to Claimant. |
| Informal | Toyota Motor Insurance Company | 107316 | Claimant and Reorganized Debtors have resolved the claim that is subject to the Twenty-Fifth Securities Claims Omnibus Objection, and the Reorganized Debtors have therefore withdrawn the Objection as to Claimant. |
| Informal | Keijiroh Yama-Guchi | 105896 | Claimant and Reorganized Debtors have resolved the claim that is subject to the Twenty-Fifth Securities Claims Omnibus Objection, and the Reorganized Debtors have therefore withdrawn the Objection as to Claimant. |
| Informal | Hartford Balanced HLS Fund | 101161 | Claimant has contacted the Reorganized Debtors' counsel in response to the Twenty-Fifth Securities Claims Omnibus Objection and the Reorganized Debtors are adjourning the Objection as to Claimant to a later date to allow Claimant and the Reorganized Debtors to continue discussions with respect to the objection. |
| Informal | Hartford Corporate Bond ETF | 101227 | Claimant has contacted the Reorganized Debtors' counsel in response to the Twenty-Fifth Securities Claims Omnibus Objection and the Reorganized Debtors are adjourning the Objection as to Claimant to a later date to allow Claimant and the Reorganized Debtors to continue discussions with respect to the omnibus objection. |

| Docket No. | Claimant | Claim Nos. | Resolution |
|---|---|---|---|
| Informal | Hartford Multi Asset Income & Growth Fund | 101264 | Claimant has contacted the Reorganized Debtors' counsel in response to the Twenty-Fifth Securities Claims Omnibus Objection and the Reorganized Debtors are adjourning the Objection as to Claimant to a later date to allow Claimant and the Reorganized Debtors to continue discussions with respect to the omnibus objection. |
| Informal | Hartford Total Return Bond ETF | 101204 | Claimant has contacted the Reorganized Debtors' counsel in response to the Twenty-Fifth Securities Claims Omnibus Objection and the Reorganized Debtors are adjourning the Objection as to Claimant to a later date to allow Claimant and the Reorganized Debtors to continue discussions with respect to the omnibus objection. |
| Informal | Hartford Total Return Bond HLS Fund | 102015; 101225 | Claimant has contacted the Reorganized Debtors' counsel in response to the Twenty-Fifth Securities Claims Omnibus Objection and the Reorganized Debtors are adjourning the Objection as to Claimant to a later date to allow Claimant and the Reorganized Debtors to continue discussions with respect to the omnibus objection. |
| Informal | HIMCO Duration Matched Division Ser II | 101981 | Claimant has contacted the Reorganized Debtors' counsel in response to the Twenty-Fifth Securities Claims Omnibus Objection and the Reorganized Debtors are adjourning the Objection as to Claimant to a later date to allow Claimant and the Reorganized Debtors to continue discussions with respect to the omnibus objection. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Docket No. | Claimant | Claim Nos. | Resolution |
|---|---|---|---|
| Informal | HIMCO US Aggregate Bond Index Division | 100877 | Claimant has contacted the Reorganized Debtors' counsel in response to the Twenty-Fifth Securities Claims Omnibus Objection and the Reorganized Debtors are adjourning the Objection as to Claimant to a later date to allow Claimant and the Reorganized Debtors to continue discussions with respect to the omnibus objection. |
| Informal | The Hartford Balanced Income Fund | 101165 | Claimant has contacted the Reorganized Debtors' counsel in response to the Twenty-Fifth Securities Claims Omnibus Objection and the Reorganized Debtors are adjourning the Objection as to Claimant to a later date to allow Claimant and the Reorganized Debtors to continue discussions with respect to the omnibus objection. |
| Informal | The Hartford Strategic Income Fund | 101189 | Claimant has contacted the Reorganized Debtors' counsel in response to the Twenty-Fifth Securities Claims Omnibus Objection and the Reorganized Debtors are adjourning the Objection as to Claimant to a later date to allow Claimant and the Reorganized Debtors to continue discussions with respect to the omnibus objection. |
| Informal | The Hartford Total Return Bond Fund | 101383 | Claimant has contacted the Reorganized Debtors' counsel in response to the Twenty-Fifth Securities Claims Omnibus Objection and the Reorganized Debtors are adjourning the Objection as to Claimant to a later date to allow Claimant and the Reorganized Debtors to continue discussions with respect to the omnibus objection. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Docket No. | Claimant | Claim Nos. | Resolution |
|---|---|---|---|
| Informal | Cascade Investment Group, Inc. | 108036 | Claimant and the Reorganized Debtors have agreed that the Reorganized Debtors will withdraw the objection to this claim without prejudice and the Reorganized Debtors may object to this claim on the grounds set forth in the Twenty-Fifth Securities Claims Omnibus Objection in a subsequent objection, including, but not limited to, a sufficiency objection. |
| Informal | The Weld Trust | 108121 | Claimant and the Reorganized Debtors have agreed that the Reorganized Debtors will withdraw the objection to this claim without prejudice and the Reorganized Debtors may object to this claim on the grounds set forth in the Twenty-Fifth Securities Claims Omnibus Objection in a subsequent objection, including, but not limited to, a sufficiency objection. |
| Informal | Capital Group Global Absolute Income Grower | 101921 | Claimant and the Reorganized Debtors have agreed that the Reorganized Debtors will withdraw the objection to this claim without prejudice and the Reorganized Debtors may object to this claim on the grounds set forth in the Twenty-Fifth Securities Claims Omnibus Objection in a subsequent objection, including, but not limited to, a sufficiency objection. |
| Informal | Capital Group Global Allocation Fund (LUX) | 101923 | Claimant and the Reorganized Debtors have agreed that the Reorganized Debtors will withdraw the objection to this claim without prejudice and the Reorganized Debtors may object to this claim on the grounds set forth in the Twenty-Fifth Securities Claims Omnibus Objection in a subsequent objection, including, but not limited to, a sufficiency objection. |

| Docket No. | Claimant | Claim Nos. | Resolution |
|---|---|---|---|
| Informal | Capital Group Global Intermediate Bond Fund (LUX) | 101698 | Claimant and the Reorganized Debtors have agreed that the Reorganized Debtors will withdraw the objection to this claim without prejudice and the Reorganized Debtors may object to this claim on the grounds set forth in the Twenty-Fifth Securities Claims Omnibus Objection in a subsequent objection, including, but not limited to, a sufficiency objection. |
| Informal | Capital Group World Bond Fund (Canada) | 101945 | Claimant and the Reorganized Debtors have agreed that the Reorganized Debtors will withdraw the objection to this claim without prejudice and the Reorganized Debtors may object to this claim on the grounds set forth in the Twenty-Fifth Securities Claims Omnibus Objection in a subsequent objection, including, but not limited to, a sufficiency objection. |
| Informal | Invesco Grp TST Pimco A Core Fund | 101974 | Claimant and the Reorganized Debtors have agreed that the Reorganized Debtors will withdraw the objection to this claim without prejudice and the Reorganized Debtors may object to this claim on the grounds set forth in the Twenty-Fifth Securities Claims Omnibus Objection in a subsequent objection, including, but not limited to, a sufficiency objection. |
| Informal | Invesco Grp TST Pimco Core Bond FD | 101822 | Claimant and the Reorganized Debtors have agreed that the Reorganized Debtors will withdraw the objection to this claim without prejudice and the Reorganized Debtors may object to this claim on the grounds set forth in the Twenty-Fifth Securities Claims Omnibus Objection in a subsequent objection, including, but not limited to, a sufficiency objection. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Docket No. | Claimant | Claim Nos. | Resolution |
|---|---|---|---|
| Informal | Prudential VCAGI2007MCF | 107483; 107491; 107515; 107683 | Claimant and the Reorganized Debtors have agreed that the Reorganized Debtors will withdraw the objection to these claims without prejudice and the Reorganized Debtors may object to these claims on the grounds set forth in the Twenty-Fifth Securities Claims Omnibus Objection in a subsequent objection, including, but not limited to, a sufficiency objection. |
| Informal | RI Higher EDU SVGS TST 529 Voya Int | 102228 | Claimant and the Reorganized Debtors have agreed that the Reorganized Debtors will withdraw the objection to this claim without prejudice and the Reorganized Debtors may object to this claim on the grounds set forth in the Twenty-Fifth Securities Claims Omnibus Objection in a subsequent objection, including, but not limited to, a sufficiency objection. |
| Informal | Thrivent Mutual Funds - Thrivent Income Fund | 107286 | Claimant and the Reorganized Debtors have agreed that the Reorganized Debtors will withdraw the objection to this claim without prejudice and the Reorganized Debtors may object to this claim on the grounds set forth in the Twenty-Fifth Securities Claims Omnibus Objection in a subsequent objection, including, but not limited to, a sufficiency objection. |
| Informal | Thrivent Series Fund, Inc. - Thrivent Income Portfolio | 107261 | Claimant and the Reorganized Debtors have agreed that the Reorganized Debtors will withdraw the objection to this claim without prejudice and the Reorganized Debtors may object to this claim on the grounds set forth in the Twenty-Fifth Securities Claims Omnibus Objection in a subsequent objection, including, but not limited to, a sufficiency objection. |

| Docket No. | Claimant | Claim Nos. | Resolution |
|---|---|---|---|
| Informal | VIRGINIA529 VS ING CUSTODY MV | 102172 | Claimant and the Reorganized Debtors have agreed that the Reorganized Debtors will withdraw the objection to this claim without prejudice and the Reorganized Debtors may object to this claim on the grounds set forth in the Twenty-Fifth Securities Claims Omnibus Objection in a subsequent objection, including, but not limited to, a sufficiency objection. |
| Informal | National Railroad Retirement Investment Trust | 107697 | Claimant and the Reorganized Debtors have agreed that the Reorganized Debtors will withdraw the objection to this claim without prejudice and the Reorganized Debtors may object to this claim on the grounds set forth in the Twenty-Fifth Securities Claims Omnibus Objection in a subsequent objection, including, but not limited to, a sufficiency objection. |
| Informal | IKYF KY Pimco PL Strategy | 102224 | Claimant and the Reorganized Debtors have agreed that the Reorganized Debtors will withdraw the objection to this claim without prejudice and the Reorganized Debtors may object to this claim on the grounds set forth in the Twenty-Fifth Securities Claims Omnibus Objection in a subsequent objection, including, but not limited to, a sufficiency objection. |
| Informal | DRRT FBO HELABA INVEST KAPITALANLAGEGE | 99635 | Claimant and the Reorganized Debtors are in discussions to resolve the claim, and the Reorganized Debtors are adjourning the Objection as to Claimant to a later date to allow Claimant and the Reorganized Debtors to continue those discussions. |
| Informal | John Hancock Core Bond Fund | 107644; 107650 | Claimant has WITHDRAWN these claims, and therefore the Twenty-Fifth Securities Claims Omnibus Objection is moot as to these claims. |
| Informal | John Hancock Core Bond Trust | 107684 | Claimant has WITHDRAWN this claim, and therefore the Twenty-Fifth Securities Claims Omnibus Objection is moot as to this claim. |

| Docket No. | Claimant | Claim Nos. | Resolution |
|---|---|---|---|
| Informal | John Hancock Core Bond Trust (JHCBT) | 107824 | Claimant has WITHDRAWN this claim, and therefore the Twenty-Fifth Securities Claims Omnibus Objection is moot as to this claim. |
| Informal | BKM KUW | 107308 | Claimant has WITHDRAWN this claim, and therefore the Twenty-Fifth Securities Claims Omnibus Objection is moot as to this claim. |
| Informal | Kaiser FND HLTHPLN Prem | 107307 | Claimant has WITHDRAWN this claim, and therefore the Twenty-Fifth Securities Claims Omnibus Objection is moot as to this claim. |
| Informal | Mizuho Nova Premier Credit | 107300 | Claimant has WITHDRAWN this claim, and therefore the Twenty-Fifth Securities Claims Omnibus Objection is moot as to this claim. |
| Informal | SDV Renten USD 1 | 107305 | Claimant has WITHDRAWN this claim, and therefore the Twenty-Fifth Securities Claims Omnibus Objection is moot as to this claim. |
| Informal | PBEAKK | 107314 | Claimant has WITHDRAWN this claim, and therefore the Twenty-Fifth Securities Claims Omnibus Objection is moot as to this claim. |

## **DECLARATION OF NO OPPOSITION RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am a member of the law firm of Weil, Gotshal & Manges LLP ("**Weil**"), counsel for the Reorganized Debtors.

2. The Court's docket in the Chapter 11 Cases has been reviewed and Weil has determined that no responses have been filed or informally submitted to the Reorganized Debtors with respect to the Twenty-Fifth Securities Claims Omnibus Objection, except as described herein.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

WHEREFORE, the Reorganized Debtors hereby request entry of an order disallowing and expunging the proofs of claim listed in the column headed "Claims to be Disallowed and Expunged" in **Exhibit A** to this Request, which lists the claims in **Exhibit 1** to the Twenty-Fifth Securities Claims Omnibus Objection, except as otherwise discussed above.

Dated September 29, 2023

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**

By: /s/ Richard W. Slack

Richard W. Slack

*Attorneys for Debtors and Reorganized Debtors*