**Exhibit A**

**Claims to be Disallowed and Expunged**

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Bravo Health Pennsylvania, Inc. OBO HSPBPA<br>Attn: Maria Turner A4ACT 900 Cottage Grove Rd<br>Bloomfield, CT 06002 | 103055 | Pacific Gas and Electric Company | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Bristol-Myers Squibb Pension Plan<br>Scott Grisin, Assistant Treasurer 100 Nassau Park Blvd., #300<br>Princeton, NJ 08540 | 100920 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $524,425.92 | $524,425.92 | Released Noteholder Securities Claims |
| Charleston Police Pension Fund<br>Brian Blockovich Chicago Clearing Corporation 404 South Wells Street, Suite 600<br>Chicago, IL 60607 | 108364 | PG&E Corporation | 3/31/2022 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Cigna Behavioral Health of California, Inc. OBO MCCCA<br>Attn: Maria Turner A4ACT 900 Cottage Grove Rd<br>Bloomfield, CT 06002 | 102824 | Pacific Gas and Electric Company | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Conneticut General Life Insurance Company OBO CII01<br>Attn: Maria Turner A4ACT 900 Cottage Grove Rd.<br>Bloomfield, CT 06002 | 102761 | Pacific Gas and Electric Company | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Delaware VIP Diversified Income Series<br>c/o Peter M. Saparoff, Esqu. Mintz Levin One Financial Center<br>Boston, MA 02111 | 99299 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Gleaner Life Insurance Society<br>Attn: Kaylene Armstrong 5200 West US HWY 223<br>Adrian , MI 49221 | 100114 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $54,165.00 | $54,165.00 | Released Noteholder Securities Claims |
| GRD 5<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107299 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| HCSC Credit Focus<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107301 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| IBM Plan Montgomery Core Fixed Income<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107627 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| IBM Plan Montgomery Core Fixed Income<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107625 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| IBM Plan Montgomery Core Fixed Income<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107612 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| James Donald Riddell Living Trust<br>7434 Melrose Avenue<br>Wauwatosa, WI 53213 | 99060 | Pacific Gas and Electric Company | 4/10/2020 | $0.00 | $0.00 | $0.00 | $18,670.24 | $18,670.24 | Released Noteholder Securities Claims |
| JHVIT Total Bond Market B<br>John Hancock Investments 197 Clarendon Street<br>Boston, MA 02116 | 107062 | PG&E Corporation | 6/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| John Hancock Core Bond Fund<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107649 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| John Hancock Variable Insurance Trust-Total Bond Market B<br>John Hancock Investments 197 Clarendon Street<br>Boston, MA 02116 | 107141 | Pacific Gas and Electric Company | 6/3/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| KKR Bespoke Global Credit Opportunities (Ireland) Fund Designated Activity Company<br>KKR Credit Advisors (US) LLC 555 California Street<br>San Francisco, CA 94104 | 101782 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $2,306,000.00 | $2,306,000.00 | Released Noteholder Securities Claims |
| KKR Global Credit Opportunities Master Fund LP<br>KKR Credit Advisors (US) LLC 555 California Street<br>San Francisco, CA 94104 | 101564 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $4,777,000.00 | $4,777,000.00 | Released Noteholder Securities Claims |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| KKR Income Opportunities Fund<br>KKR Credit Advisors (US) LLC 555 California Street<br>San Francisco, CA 94104 | 101903 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $648,000.00 | $648,000.00 | Released Noteholder Securities Claims |
| Life Insurance Company of North America OBO LINACGS<br>Attn: Maria Turner A4ACT 900 Cottage Grove Rd.<br>Bloomfield, CT 06002 | 103093 | Pacific Gas and Electric Company | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Loyal American Life Insurance Company OBO GALOYAL<br>Attn: Maria Turner A4ACT 900 Cottage Grove Rd.<br>Bloomfield, CT 06002 | 103057 | Pacific Gas and Electric Company | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Merck & Co., Inc. Qualified Plans Master Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107468 | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Oakbrook Terrace Police Pension Fund<br>Chicago Clearing Corporation Attn: Brian Blockovich 404 South Wells Street, Suite 600<br>Chicago, IL 60607 | 108379 | PG&E Corporation | 4/1/2022 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| POC for KKR DAF Global Opportunistic Credit Fund DAC<br>KKR Credit Advisors (US) LLC 555 California Street<br>San Francisco, CA 94104 | 101642 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $454,000.00 | $454,000.00 | Released Noteholder Securities Claims |
| Qalhat<br>525 Market Street, Floor 12<br>San Francisco, CA 94105 | 107688 | Pacific Gas and Electric Company | 7/9/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| San Antonio Community Hospital - Board Designated<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107302 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| SEI Institutional Managed Trust (SIMT)<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107533 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| The Penn Mutual Life Insurance Company<br>Penn Mutual Asset Management, LLC Attn: Ryan Boyd<br>600 Dresher Road Suite 100<br>Horsham, PA  19044 | 107876 | Pacific Gas and Electric Company | 8/11/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| The Penn Mutual Life Insurance Company<br>Penn Mutual Asset Management, LLC Attn: Ryan Boyd<br>600 Dresher Road Suite 100<br>Horsham, PA  19044 | 107878 | Pacific Gas and Electric Company | 8/11/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| The Port Authority of New York and New Jersey<br>PANYNJ OPEB Trust c/o Treasury/Portfolio 4 World Trade Center, 19th Floor<br>New York, NY  10007 | 100621 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $185,480.20 | $185,480.20 | Released Noteholder Securities Claims |
| Vantis Life Insurance Company<br>Penn Mutual Asset Management, LLC Attn: Ryan Boyd<br>600 Dresher Road Suite 100<br>Horsham, PA  19044 | 107875 | Pacific Gas and Electric Company | 8/11/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Vantis Life Insurance Company<br>Penn Mutual Asset Management, LLC Attn: Ryan Boyd<br>600 Dresher Road Suite 100<br>Horsham, PA  19044 | 107874 | Pacific Gas and Electric Company | 8/11/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Visa Retirement Plan<br>Lisa Ma Visa Inc 900 Metro Center Blvd., M1-12SW<br>Foster City, CA  94404 | 101338 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $1,428,313.00 | $1,428,313.00 | Released Noteholder Securities Claims |
| **Claims To Be Expunged Totals** | Count: 33 | | | $0.00 | $0.00 | $0.00 | $10,396,054.36 | $10,396,054.36 | |