

Signed and Filed: September 29, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' TWENTY-FIFTH SECURITIES CLAIMS OMNIBUS OBJECTION (NOTEHOLDER SECURITIES CLAIMS)**<br><br>[Re:  Dkt. Nos. 13969, 14036] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Upon the *Reorganized Debtors' Report on Responses to Reorganized Debtors' Twenty-Fifth Securities Claims Omnibus Objection (Noteholder Securities Claims) and Request for Order by Default as to Unopposed Objections* [Docket No. 14036] of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Docket No. 1996], and the Securities Omnibus Objection Procedures as defined and set forth in the *Order Approving Securities ADR and Related Procedures for Resolving Subordinated Securities Claims* [Docket No. 10015]; and this Court having jurisdiction to consider the *Reorganized Debtors' Twenty-Fifth Securities Claims Omnibus Objection (Noteholder Securities Claims)* [Docket No. 13956] (the "**Twenty-Fifth Securities Claims Omnibus Objection**") and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Twenty-Fifth Securities Claims Omnibus Objection and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found and determined that notice of the Twenty-Fifth Securities Claims Omnibus Objection as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Twenty-Fifth Securities Claims Omnibus Objection establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

/ / /

/ / /

**IT IS HEREBY ORDERED THAT:**

1. The claims listed in the column headed "Claims to be Disallowed and Expunged" in **Exhibit A** hereto are disallowed and expunged.

2. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# Exhibit A

**Claims to be Disallowed and Expunged**

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Bravo Health Pennsylvania, Inc. OBO HSPBPA<br>Attn: Maria Turner A4ACT 900 Cottage Grove Rd<br>Bloomfield, CT 06002 | 103055 | Pacific Gas and Electric Company | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Bristol-Myers Squibb Pension Plan<br>Scott Grisin, Assistant Treasurer 100 Nassau Park Blvd., #300<br>Princeton, NJ 08540 | 100920 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $524,425.92 | $524,425.92 | Released Noteholder Securities Claims |
| Charleston Police Pension Fund<br>Brian Blockovich Chicago Clearing Corporation 404 South Wells Street, Suite 600<br>Chicago, IL 60607 | 108364 | PG&E Corporation | 3/31/2022 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Cigna Behavioral Health of California, Inc. OBO MCCCA<br>Attn: Maria Turner A4ACT 900 Cottage Grove Rd<br>Bloomfield, CT 06002 | 102824 | Pacific Gas and Electric Company | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Conneticut General Life Insurance Company OBO CII01<br>Attn: Maria Turner A4ACT 900 Cottage Grove Rd.<br>Bloomfield, CT 06002 | 102761 | Pacific Gas and Electric Company | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Delaware VIP Diversified Income Series<br>c/o Peter M. Saparoff, Esqu. Mintz Levin One Financial Center<br>Boston, MA 02111 | 99299 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Gleaner Life Insurance Society<br>Attn: Kaylene Armstrong 5200 West US HWY 223<br>Adrian, MI 49221 | 100114 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $54,165.00 | $54,165.00 | Released Noteholder Securities Claims |
| GRD 5<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107299 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| HCSC Credit Focus<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107301 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| IBM Plan Montgomery Core Fixed Income<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107627 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| IBM Plan Montgomery Core Fixed Income<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107625 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| IBM Plan Montgomery Core Fixed Income<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107612 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| James Donald Riddell Living Trust<br>7434 Melrose Avenue<br>Wauwatosa, WI 53213 | 99060 | Pacific Gas and Electric Company | 4/10/2020 | $0.00 | $0.00 | $0.00 | $18,670.24 | $18,670.24 | Released Noteholder Securities Claims |
| JHVIT Total Bond Market B<br>John Hancock Investments 197 Clarendon Street<br>Boston, MA 02116 | 107062 | PG&E Corporation | 6/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| John Hancock Core Bond Fund<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107649 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| John Hancock Variable Insurance Trust-Total Bond Market B<br>John Hancock Investments 197 Clarendon Street<br>Boston, MA 02116 | 107141 | Pacific Gas and Electric Company | 6/3/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| KKR Bespoke Global Credit Opportunities (Ireland) Fund Designated Activity Company<br>KKR Credit Advisors (US) LLC 555 California Street<br>San Francisco, CA 94104 | 101782 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $2,306,000.00 | $2,306,000.00 | Released Noteholder Securities Claims |
| KKR Global Credit Opportunities Master Fund LP<br>KKR Credit Advisors (US) LLC 555 California Street<br>San Francisco, CA 94104 | 101564 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $4,777,000.00 | $4,777,000.00 | Released Noteholder Securities Claims |

Securities - Twenty-Fifth Omnibus Objection  
Released Noteholder Securities Claims

Exhibit A

In re: PG&E Corporation and Pacific Gas and Electric Company  
Case No 19-30088 Jointly Administered

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| KKR Income Opportunities Fund<br>KKR Credit Advisors (US) LLC 555 California Street<br>San Francisco, CA 94104 | 101903 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $648,000.00 | $648,000.00 | Released Noteholder Securities Claims |
| Life Insurance Company of North America OBO LINACGS<br>Attn: Maria Turner A4ACT 900 Cottage Grove Rd.<br>Bloomfield, CT 06002 | 103093 | Pacific Gas and Electric Company | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Loyal American Life Insurance Company OBO GALOYAL<br>Attn: Maria Turner A4ACT 900 Cottage Grove Rd.<br>Bloomfield, CT 06002 | 103057 | Pacific Gas and Electric Company | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Merck & Co., Inc. Qualified Plans Master Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107468 | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Oakbrook Terrace Police Pension Fund<br>Chicago Clearing Corporation Attn: Brian Blockovich 404 South Wells Street, Suite 600<br>Chicago, IL 60607 | 108379 | PG&E Corporation | 4/1/2022 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| POC for KKR DAF Global Opportunistic Credit Fund DAC<br>KKR Credit Advisors (US) LLC 555 California Street<br>San Francisco, CA 94104 | 101642 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $454,000.00 | $454,000.00 | Released Noteholder Securities Claims |
| Qalhat<br>525 Market Street, Floor 12<br>San Francisco, CA 94105 | 107688 | Pacific Gas and Electric Company | 7/9/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| San Antonio Community Hospital - Board Designated<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107302 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| SEI Institutional Managed Trust (SIMT)<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107533 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |

Case: 19-30088    Doc# 14039    Filed: 09/29/23    Entered: 09/29/23 15:36:12    Page 7 of 8

Page 3

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| The Penn Mutual Life Insurance Company<br>Penn Mutual Asset Management, LLC Attn: Ryan Boyd<br>600 Dresher Road Suite 100<br>Horsham, PA 19044 | 107876 | Pacific Gas and Electric Company | 8/11/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| The Penn Mutual Life Insurance Company<br>Penn Mutual Asset Management, LLC Attn: Ryan Boyd<br>600 Dresher Road Suite 100<br>Horsham, PA 19044 | 107878 | Pacific Gas and Electric Company | 8/11/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| The Port Authority of New York and New Jersey<br>PANYNJ OPEB Trust c/o Treasury/Portfolio 4 World Trade Center, 19th Floor<br>New York, NY 10007 | 100621 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $185,480.20 | $185,480.20 | Released Noteholder Securities Claims |
| Vantis Life Insurance Company<br>Penn Mutual Asset Management, LLC Attn: Ryan Boyd<br>600 Dresher Road Suite 100<br>Horsham, PA 19044 | 107875 | Pacific Gas and Electric Company | 8/11/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Vantis Life Insurance Company<br>Penn Mutual Asset Management, LLC Attn: Ryan Boyd<br>600 Dresher Road Suite 100<br>Horsham, PA 19044 | 107874 | Pacific Gas and Electric Company | 8/11/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Released Noteholder Securities Claims |
| Visa Retirement Plan<br>Lisa Ma Visa Inc 900 Metro Center Blvd., M1-12SW<br>Foster City, CA 94404 | 101338 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $1,428,313.00 | $1,428,313.00 | Released Noteholder Securities Claims |
| **Claims To Be Expunged Totals** | **Count: 33** | | | **$0.00** | **$0.00** | **$0.00** | **$10,396,054.36** | **$10,396,054.36** | |