Entered on Docket
October 02, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: October 2, 2023**



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>   Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER DISALLOWING PROOF OF CLAIM OF**
**SYNERGY PROJECT MANAGEMENT, INC.**

For the reasons stated in the court's *Memorandum Decision on Objection to Proof of Claim of Synergy Project Management, Inc.* filed this date, the Initial Proof of Claim (Claim No. 72390), as replaced by the Amended Proof of Claim (Claim No. 109882), filed by Synergy Project Management, Inc., is DISALLOWED.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST

ECF Recipients