ROLNICK KRAMER SADIGHI LLP
Lawrence M. Rolnick (*pro hac vice*)
lrolnick@rksllp.com
Marc B. Kramer (*pro hac vice*)
mkramer@rksllp.com
Michael J. Hampson (*pro hac vice*)
mhampson@rksllp.com
Richard A. Bodnar (*pro hac vice*)
rbodnar@rksllp.com
Frank T.M. Catalina (*pro hac vice*)
fcatalina@rksllp.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 597-2800
Facsimile: (212) 597-2801

ST. JAMES LAW, P.C.
Michael St. James, CSB No. 95653
22 Battery Street, Suite 810
San Francisco, California 94111
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

*Attorneys for the RKS Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>• Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) (Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**NOTICE OF FILING OF RKS AMENDMENT PURSUANT TO ORDER OF JULY 28, 2023** |

ROLNICK KRAMER SADIGHI LLP
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

1  PLEASE TAKE NOTICE THAT, in accordance with the Court's July 28, 2023 Order Authorizing Amendment and Objection Procedures For Securities Claims (the "Amendment Order") (Dkt. No. 13934) Creditor Ktown L.P. (Claim Nos. 98872 and 98924), amended its proofs of claims as to Debtors by the filing of amended proofs of claim which were amended in substance to add and include the **RKS Amendment**, attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE THAT each of the RKS Claimants whose claims have not been resolved will adopt the RKS Amendment pursuant to the Amendment Order on or before October 13, 2023, in accordance with the Amendment Order. The RKS Claimants will file a notice of adoption.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Amendment Order, any securities claimant may adopt, in whole or in part, the allegations set forth in the RKS Amendment on or before October 13, 2023.

DATED: October 6, 2023

By: /s/ Richard A. Bodnar

ROLNICK KRAMER SADIGHI LLP
Lawrence M. Rolnick (*pro hac vice*)
Marc B. Kramer (*pro hac vice*)
Michael J. Hampson (*pro hac vice*)
Richard A. Bodnar (*pro hac vice*)
Frank T.M. Catalina (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Tel. (212) 597-2800
lrolnick@rksllp.com
mkramer@rksllp.com
mhampson@rksllp.com
rbodnar@rksllp.com
fcatalina@rksllp.com

**ST. JAMES LAW, P.C.**
Michael St. James, CSB No. 95653
22 Battery Street, Suite 810
San Francisco, California 94111
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

*Attorneys for the RKS Claimants*