# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Paul Pullo, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("**Kroll**")[1], the claims and noticing agent for the Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On September 20, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit A**:

- Order Authorizing Amendment and Objection Procedures for Securities Claims [Docket No. 13934]

3. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

1 | Executed this 6th day of October 2023, at New York, NY.
2 |
3 |
4 |                 */s/ Paul Pullo*
5 |                 Paul Pullo

# **Exhibit A**

# Exhibit A
Supplemental Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 4737267 | Aaron, Jannice O. | Address on file | | | | | | |
| 4760979 | Brahms, Tom | Address on file | | | | | | |
| 4704732 | Brown, Bill | Address on file | | | | | | |
| 5088287 | Chadduck Holdings Ltd | 5632 Gillum Dr | | | | Plano | TX | 75093 |
| 4673277 | Dale, Patricia | Address on file | | | | | | |
| 4779031 | Irene P. Bluth, Trustee / The Bluth Family A Trust U/A Dtd | Address on file | | | | | | |
| 4681381 | Law Office of Jacques J Kirch 401(K) Plan | 3033 1st Ave | | | | San Diego | CA | 92103-5815 |
| 9398375 | Mealey, Dolly | Address on file | | | | | | |
| 4761157 | MMSC C/F Joseph D Cohn | 9272 Oak Trail Cir | | | | Santa Rosa | CA | 95409-6163 |
| 4685610 | Southern Nevada Culinary and Bartender Pension Trust Fund | McCracken, Stemerman & Holsberry, LLP | Kim Hancock / A. Mirella Nieto | 475 14th St | Ste 1200 | Oakland | CA | 94612-1929 |
| 4684479 | The Prudential Insurance Company of America- Long Duration Corporate Bond Account- TOLILD | State Street Bank | Attention: Misti McNett | PO Box 219752 | | Kansas City | MO | 64121-9752 |
| 4684439 | The Prudential Merged Retirement Plan - Pru Plan Asset Liability Portfolio-PPALP | State Street Bank | Attn: Misti McNett | PO Box 219752 | | Kansas City | MO | 64121-9752 |
| 4583726 | Tieu, Stacy Hao | Address on file | | | | | | |
| 4687417 | Yvonne Nance Hitt, Revocable Trust | Address on file | | | | | | |

In re: PG&E Corporation, *et al.*
Case No. 19-30088 (DM)

Page 1 of 1