```
 1 | LAWRENCE A. JACOBSON, SBN 057393
   | SEAN M. JACOBSON, SBN 227241
 2 | COHEN AND JACOBSON, LLP
   | 66 Bovet Road, Suite 285
 3 | San Mateo, CA 94402
   | Telephone: (650) 261-6280
 4 | laj@cohenandjacobson.com
 5 | Attorneys for Amir Shahmirza
   | (Agent for Komir, Inc.) and Komir, Inc.
 6 |
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY, | **FIRST AMENDED NOTICE OF HEARING ON CLAIMANT'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT OF ISSUES IN REORGANIZED DEBTORS OBJECTION TO CLAIM #2090 AND CLAIMANT'S RESPONSE THERETO** |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| | **Date:** December 19, 2023<br>**Time:** 10:00 a.m.<br>**Place:** (Tele/Videoconference Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

**FIRST AMENDED NOTICE OF HEARING ON CLAIMANT'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT OF ISSUES IN REORGANIZED DEBTORS OBJECTION TO CLAIM #2090 AND CLAIMANT'S RESPONSE THERETO**     1

**TO THE DEBTORS PG&E CORPORATION and PG&E ELECTRIC COMPANY AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN that, pursuant to the Court's Order Setting Hearing on Komir, Inc.'s Second Motion for Summary Judgment entered on July 28, 2023 as Docket No. 13935, on **December 19, 2023**, at 10:00 a.m., in the Courtroom of the Honorable Dennis Montali in the United States Bankruptcy Court for the Northern District of California, San Francisco Division, located at 455 Golden Gate Avenue, Courtroom 17, 16th Floor, San Francisco, CA, (the "Court") a hearing will be held on the Second Motion for Partial Summary Judgment of Issues in Reorganized Debtors Objection to Claim #2090 and Claimant's Response Thereto filed by Amir Shahmirza, as agent of, and acting on behalf of, Komir, Inc.

Pursuant to the Procedures for Noticing and Conducting Hearings in the San Francisco Division of the United States Bankruptcy Court for the Northern District of California, the hearing will not be conducted in person in Judge Montali's Courtroom, but rather will be conducted either by telephone or video. Litigants and interested parties should consult the relevant judge's posted calendars, which are posted to the court's website, to determine whether a particular calendar will be conducted by video or by telephone.

Pursuant to the above-referenced procedures, moving parties provide the following notice:

"The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website."

Respectfully submitted.

Dated: October 10, 2023            COHEN AND JACOBSON, LLP


By: /s/ Lawrence A. Jacobson
    Lawrence A. Jacobson
    Attorneys for Claimant and Respondent

**FIRST AMENDED NOTICE OF HEARING ON CLAIMANT'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT OF ISSUES IN REORGANIZED DEBTORS OBJECTION TO CLAIM #2090 AND CLAIMANT'S RESPONSE THERETO**    2

Case: 19-30088   Doc# 14051   Filed: 10/10/23   Entered: 10/10/23 12:50:05   Page 2 of 2