| | |
|---|---|
| KELLER BENVENUTTI KIM LLP<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>David A. Taylor (#247433)<br>(dtaylor@kbkllp.com)<br>Thomas B. Rupp (#278041)<br>(trupp@kbkllp.com)<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br>Tel: 415 496 6723<br>Fax: 650 636 9251 | ROVENS LAMB LLP<br>Steven A. Lamb (#132534)<br>(slamb@rovenslamb.com)<br>2601 Airport Drive, Suite 370<br>Torrance, CA 90505<br>Tel: 310 536 7830<br><br>LAW OFFICES OF JENNIFER L. DODGE INC.<br>Jennifer L. Dodge (#195321)<br>(jdodgelaw@jenniferdodgelaw.com)<br>2512 Artesia Blvd., Suite 300D<br>Redondo Beach, California 90278<br>Tel: (310) 372.3344<br>Fax: (310) 861.8044 |

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>***EX PARTE* APPLICATION PURSUANT TO LOCAL BANKRUPTCY RULE 9006-1(C) FOR AN ORDER MODIFYING DATES AND DEADLINES REGARDING OBJECTION TO CLAIM OF AMIR SHAHMIRZA AND KOMIR, INC.**<br><br>[Related to Dkt. Nos. 12130, 13920, 13921] |

PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby submit this *Ex Parte* Application (the "**Application**") pursuant to Rule 9006-1(c) of the Local Bankruptcy Rules for the United States District Court for the Northern District of California (the "**Local Rules**") for an order resetting certain dates and deadlines with respect to Proof of Claim Nos. 2090 and 109855 filed by Amir Shahmirza (Agent for Komir, Inc.) and Komir, Inc. (together, "**Shahmirza**," and, with the Reorganized Debtors, the "**Parties**"). In support of the Application, the Reorganized Debtors submit the Declaration of Steven A. Lamb filed concurrently herewith and respectfully represent as follows.

On March 20, 2019, Mr. Shahmirza filed proof of claim number 2090 in the Chapter 11 Cases. On April 8, 2022, the Reorganized Debtors filed the *Reorganized Debtors' Objection to Proof of Claim No. 2090 Filed by Amir Shahmirza* (the "**Objection**") [Docket No. 12130]. On January 31, 2023, Shahmirza (as agent of, and acting on behalf of, Komir, Inc.) filed proof of claim number 109855 in the Chapter 11 Cases, amending proof of claim number 2090. The Parties filed summary judgment briefing regarding the Objection, and, on June 12, 2023, the Court issued its *Memorandum Decision on Motion for Partial Summary Judgment and Counter-Motion for Summary Judgment* [Dkt. No. 13832] and corresponding *Order Granting Motion for Partial Summary Judgment* [Dkt. No. 13833] and *Order Denying Counter-Motion for Summary Judgment* [Dkt. No. 13834]. On July 11, 2023, the Court held a status conference on the Objection, after which the Parties conferred regarding discovery and further dispositive motions and agreed to the schedule represented in the left-hand column below. Shahmirza filed the *Second Motion for Partial Summary Judgment of Issues in Reorganized Debtors' Objection to Claim 2090 and Claimant's Response Thereto* [Dkt. No. 14007] (the "**Second MSJ**") on September 5, 2023.

The dates and deadlines as currently scheduled do not allow sufficient time for the Parties to (1) complete percipient discovery and obtain a transcript from the court reporter in order to respond to the Second MSJ, if necessary, or (2) complete expert reports, exchange expert reports, complete expert discovery, and conduct a mediation that the Parties have been in discussing. The Reorganized Debtors also require additional time in order to evaluate the merits of filing a separate action for eminent domain

regarding the subject property, which would have the potential to moot the Second MSJ. The Reorganized Debtors' proposed modified briefing schedule is as follows:

| Current Date | Event | Proposed Date |
|---|---|---|
| October 6, 2023 | Written Discovery Completion Deadline | October 6, 2023 (no change) |
| October 12, 2023 | Deposition of Amir Shahmirza and Komir, Inc. | October 12, 2023 (no change) |
| October 15, 2023 | Percipient Witness Deposition Deadline | October 15, 2023 (no change) |
| October 20, 2023 | Reorganized Debtors' Deadline to Respond to Second MSJ | January 22, 2024 |
| November 17, 2023 | Deadline for Plaintiff to file Reply | February 12, 2024 |
| November 18, 2023 | Deadline to Exchange Expert Reports | November 18, 2023 (no change) |
| December 19, 2023 (Per Dkt. No. 13935) | Hearing on Second MSJ | Week of March 19, 2024, subject to the Court's calendar |
| TBD | Further Status Conference to set trial and pre-trial matters | TBD (no change) |
| December 31, 2023 | Deadline to complete expert depositions | December 31, 2023 (no change) |
| Late Jan. or early Feb. 2024 (subject to agreement by Parties or court approval) | Trial | Early April 2024 or thereafter, subject to the Court's calendar |

The Parties have not made any previous modifications to the briefing schedule on the Second MSJ. B.L.R. 9006-1(c)(2). The above changes to the briefing schedule will not have a significant effect on the schedule of the resolution of the Objection. B.L.R.9006-1(c)(3). The short continuance will allow for more fulsome discovery, which will enable the Debtors to more fully respond to the Second MSJ. Moreover, the additional time will allow the Parties to conduct a mediation, which might fully resolve the dispute. As required by B.L.R. 9006-1(c)(4), the Reorganized Debtors have requested that Shahmirza agree to a 60- to 90-day continuance of the briefing schedule. However, Shahmirza denied that request despite the Reorganized Debtors having agreed to similar requests from Shahmirza earlier in this case.

/ / /

/ / /

WHEREFORE the Reorganized Debtors respectfully request entry of an order modifying the dates and deadlines with respect to the Objection as set forth above.

Dated: October 10, 2023

**KELLER BENVENUTTI KIM LLP**

By: /s/ Thomas B. Rupp
   Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*