**ROLNICK KRAMER SADIGHI LLP**
Lawrence M. Rolnick (*pro hac vice*)
lrolnick@rksllp.com
Marc B. Kramer (*pro hac vice*)
mkramer@rksllp.com
Michael J. Hampson (*pro hac vice*)
mhampson@rksllp.com
Richard A. Bodnar (*pro hac vice*)
rbodnar@rksllp.com
Frank T.M. Catalina (*pro hac vice*)
fcatalina@rksllp.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 597-2800
Facsimile: (212) 597-2801

**ST. JAMES LAW, P.C.**
Michael St. James, CSB No. 95653
236 West Portal Avenue, Suite 305
San Francisco, California 94127
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

*Attorneys for the RKS Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>• Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) (Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**NOTICE OF AMENDMENT OF PROOFS OF CLAIM TO ADOPT RKS AMENDMENT BY ALL RKS CLAIMANTS PURSUANT TO ORDER OF JULY 28, 2023** |

PLEASE TAKE NOTICE THAT, in accordance with the Court's July 28, 2023 Order Authorizing Amendment and Objection Procedures For Securities Claims (the "Amendment Order") (Dkt. No. 13934) the Claimants identified on **Schedule A** of this Notice (collectively, the "**Adopting RKS Claimants**") hereby amend their respective Proofs of Claim to adopt the allegations and bases of claims set forth in the **RKS Amendment.** The RKS Amendment is set forth as a statement of claim as part of Claims Nos. 110001 and 110002, which amended Claim Nos. 98872 and 98924. The RKS Amendment was further filed on the PG&E docket as Exhibit A to the Notice of Filing of RKS Amendment Pursuant to Order of July 28, 2023, on October 6, 2023, docket no. 14049. For avoidance of doubt, a further copy of the **RKS Amendment**, which the Adopting RKS Claimants are amending to adopt is also attached as **Schedule B** to this Notice. The Adopting RKS Claimants hereby give notice of the amendment of their claim forms to adopt and incorporate by reference the RKS Amendment in accordance with the Amendment Order. The adoption of the RKS Amendment is the sole purpose of this amendment via notice and every Adopting RKS Claimant hereby reincorporates and reasserts all other information contained in their respective claim forms, trade data submissions, and filings. Each Adopting RKS Claimant makes this amendment and adoption individually; the Adopting RKS Claimants are separate specific claimants represented by common counsel.

PLEASE TAKE FURTHER NOTICE THAT, nothing in this Notice is intended to nor does it deprive any other securities claimant the right to adopt, in whole or in part, the allegations and bases of claim set forth in the RKS Amendment on or before October 13, 2023 or otherwise in conformance with the Amendment Order.

DATED: October 13, 2023

By: /s/ Richard A. Bodnar
ROLNICK KRAMER SADIGHI LLP
Lawrence M. Rolnick (*pro hac vice*)
Marc B. Kramer (*pro hac vice*)
Michael J. Hampson (*pro hac vice*)
Richard A. Bodnar (*pro hac vice*)
Frank T.M. Catalina (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Tel. (212) 597-2800
lrolnick@rksllp.com
mkramer@rksllp.com
mhampson@rksllp.com
rbodnar@rksllp.com
fcatalina@rksllp.com

**ST. JAMES LAW, P.C.**
Michael St. James, CSB No. 95653
236 West Portal Avenue, Suite 305
San Francisco, California 94127
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

*Attorneys for the RKS Claimants*