# Schedule A

| Claim | Claimant Name |
|---|---|
| 101052 | 2013-10 US Corporate Bond Fund, a Series Trust of Global Cayman Investment Trust-CORPPI |
| 107230 | 683 Capital Partners L.P. |
| 107979 | Advanced Series Trust: AST Academic Strategies Asset Allocation Portfolio (12/31): |
| 107980 | Advanced Series Trust: AST Advanced Strategies Portfolio (12/31): |
| 107885 | Advanced Series Trust: AST AllianceBernstein Core Value Portfolio (12/31): |
| 107981 | Advanced Series Trust: AST T. Rowe Price Natural Resources Portfolio (12/31): |
| 104835 | AIG ASSET MANAGEMENT |
| 100600 | Al Mehwar Commercial Investments LLC |
| 106359 | Allan Gray Australia Balanced Fund |
| 101647 | American Balanced Fund |
| 101970 | American Fund Short-Term Tax-Exempt Bond Fund |
| 101559 | American Funds Corporate Bond Fund |
| 101885 | American Funds Global Balanced Fund |
| 101839 | American Funds Insurance Series -- Asset Allocation Fund |
| 101619 | American Funds Insurance Series - Bond Fund |
| 102014 | American Funds Insurance Series -- Capital Income Builder |
| 101652 | American Funds Insurance Series -- Global Balanced Fund |
| 101666 | American Funds Insurance Series -- Global Bond Fund |
| 101679 | American Funds Strategic Bond Fund |
| 101891 | American High-Income Municipal Bond Fund |
| 100824 | Annuity Plan of the Electrical Industry |
| 101683 | Annuity Plan of the Electrical Industry |

| Claim | Claimant Name |
|---|---|
| 101124 | Annuity Plan of the Electrical Industry - JIBINT2 |
| 108026 | Apollon Wealth Management |
| 100294 | Appaloosa LP |
| 102216 | AQR Capital Management |
| 108025 | Associated Trust Company |
| 107896 | AST ADVANCED STRAT TROWE PD13 |
| 107895 | AST AQR LARGE CAP PORTFOLIO |
| 107982 | AST ASAAP - MORGAN STANLEY |
| 107891 | AST BLACKROCK LOW DUR BND PORT |
| 107984 | AST BLRK GLBL STRAT CORE ACTIV |
| 107892 | AST BLRK GLBL STRAT LARGE CAP |
| 107983 | AST BLRK/LOOMIS SAYLES BLRK |
| 107897 | AST BOND PORTFOLIO 2025 |
| 107906 | AST BOND PORTFOLIO 2026 |
| 107887 | AST BR GLOBAL THEMATIC EQUITY |
| 107894 | AST FI PYR QUAN AS ALL-VALUE |
| 107904 | AST FI PYRAMIS QA (GLB EQUITY) |
| 107900 | AST FI PYRAMIS QA (LARGE CAP) |
| 107899 | AST FI PYRAMIS QA (LONG DUR) |
| 108200 | AST GOLDMAN SACHS GLOBAL INC |
| 107988 | AST GOLDMAN SACHS LRG CAP VALU |
| 107989 | AST GOLDMAN SACHS MA PORT-BOND |
| 107898 | AST GOLDMAN SACHS MA PORT-EQTY |
| 107901 | AST GOLDMAN SACHS MSP QIS GLB |
| 107986 | AST HERNDON LRG CAP VALUE |
| 107902 | AST INVEST. GRADE BD PORT |

| Claim | Claimant Name |
|---|---|
| 107962 | AST JENNISON GLOBAL INFRASTR PDMN |
| 107992 | AST JPM STRAT OPP (MKT NEUTRAL) |
| 107886 | AST JPM STRAT OPP(CAPITAL PRE) |
| 107985 | AST JPM STRAT OPP(COMBINED) |
| 107990 | AST JPM THEMATIC (COMBINED) |
| 107961 | AST JPM THEMATIC (GLOBAL ALL) |
| 107890 | AST LORD ABBETT FIXED INC PORT |
| 108201 | AST MID CAP VALUE - WEDGE |
| 107893 | AST MORGAN STANLEY MULTI-ASSET |
| 107991 | AST MULTI-SECTOR FIXED INCOME |
| 107997 | AST ND PORT-(C.S MCKEE) |
| 107889 | AST ND PORT-(SGI/RYDEX) |
| 107903 | AST NEUBERGER BERMAN LONG/SHOR |
| 107995 | AST PGA PT TRANSITION QMA EQTY |
| 107996 | AST PRU CORE BOND |
| 107993 | AST T Rowe Price Asset All CMB |
| 108203 | AST T.PRICE GROWTH-COMBINED |
| 108202 | AST T.ROWE PRICE DIVERSIFIED |
| 107888 | AST WEDGE  CAPITAL MID-CAP VAL |
| 108000 | AST WELLINGTON MGMNT GL BND PF |
| 107987 | AST WELLINGTON MGMT HEDGED FD |
| 107907 | AST WELLINGTON MGMT REAL T.R. |
| 108030 | Avalon Capital Management |
| 102144 | AXA |
| 108141 | Axiom Capital Management, Inc. |
| 108171 | Banco Popular de Puerto Rico |

| Claim | Claimant Name |
|---|---|
| 108222 | Bank of Springfield |
| 108293 | Bank of the West |
| 108029 | Bartlett & Co Wealth Management, LLC |
| 108028 | Beacon Pointe Advisors, LLC |
| 100358 | Blackwell Partners LC - Series A (Nantahala sub-account) |
| 100754 | Blackwell Partners LLC - Series A - Hound subaccount |
| 100595 | Blackwell Partners LLC - Series A (Nantahala sub-account) |
| 100608 | Blue Mountain Credit Alternatives Master Fund L.P. |
| 108027 | BlueBay Asset Management LLP |
| 100062 | BlueMountain Foinaven Master Fund L.P |
| 100637 | BlueMountain Fursan Fund L.P. |
| 100206 | BlueMountain Guadalupe Peak Fund L.P. |
| 100221 | BlueMountain Kicking Horse Fund L.P. |
| 100626 | BlueMountain Logan Opportunities Master Fund L.P |
| 108031 | BOKF, N.A. |
| 108032 | Brett Forrest |
| 102278 | BRIDGE BUILDER TRUST |
| 108035 | Bridgewater Advisors Inc. |
| 108037 | Busey Bank |
| 108038 | Cadence Bank |
| 104924 | Callan Associates Inc. |
| 104928 | Callan Associates Inc. |
| 101918 | Capital Bank and Trust Company, Private Client Services |
| 101628 | Capital Group Capital Income Builder |
| 101612 | Capital Group Capital Income Builder (Canada) |
| 101968 | Capital Group Corporate Bond Fund (LUX) |

| Claim | Claimant Name |
|---|---|
| 101921 | Capital Group Global Absolute Income Grower |
| 101923 | Capital Group Global Allocation Fund (LUX) |
| 101919 | Capital Group Global Balanced Fund (Canada) |
| 101902 | Capital Group Global Bond Fund (LUX) |
| 101638 | Capital Group Global Corporate Bond Fund (LUX) |
| 101698 | Capital Group Global Intermediate Bond Fund (LUX) |
| 101930 | Capital Group Long Duration Credit Trust (US) |
| 101944 | Capital Group Private Client Services Fund - California Core Municipal Fund |
| 101664 | Capital Group Private Client Services Funds -- Capital Group California Short-Term Municipal Bond Fund |
| 101901 | Capital Group Private Client Services Funds -- Capital Group Core Bond Fund |
| 101890 | Capital Group Private Client Services Funds -- Capital Group Core Municipal Fund |
| 101945 | Capital Group World Bond Fund (Canada) |
| 101636 | Capital Income Builder |
| 101578 | Capital World Bond Fund |
| 108185 | Carlton Financial LLC |
| 108036 | Cascade Investment Group, Inc. |
| 108040 | Central Trust Company |
| 104655 | Charles Schwab Investment Management |
| 104845 | CHARLES SCHWAB INVESTMENT MANAGEMENT |
| 104931 | Charles Schwab Investment Management |
| 108175 | Chemical Bank |
| 108039 | Chevy Chase Trust |
| 101625 | Citigroup Pension Plan |
| 108041 | City National Rochdale |

| Claim | Claimant Name |
|---|---|
| 108350 | City of Edgewater Firefighters' Pension Fund |
| 108970 | City of Plant City Safety Employees' Retirement System |
| 108127 | Coldstream Capital Management, Inc. |
| 101972 | College Retirement Equities Fund - CREF Bond Market Account |
| 102043 | College Retirement Equities Fund - CREF Bond Market Account |
| 102036 | College Retirement Equities Fund - CREF Equity Index |
| 102052 | College Retirement Equities Fund - CREF Equity Index |
| 101966 | College Retirement Equities Fund - CREF Global Equities |
| 102011 | College Retirement Equities Fund - CREF Global Equities |
| 101995 | College Retirement Equities Fund - CREF Stock Account |
| 102012 | College Retirement Equities Fund - CREF Stock Account |
| 99994 | Colonial First State Investments Limited |
| 108210 | Commerce National Bank & Trust (TMN) |
| 104836 | CONTROLLED RISK INSURANCE COMPANY OF VERMONT |
| 101571 | Con-way Retirement Master Trust |
| 101051 | Core Plus Bond Fund of the Prudential Trust Company Institutional Business Trust - Institutional Bus |
| 109939 | Country Club Trust Company |
| 108170 | Country Trust Bank |
| 108166 | Countybank Trust Services |
| 107999 | CS SEG AST JPM SO MN |
| 108044 | Dana Investment Advisors, Inc. |
| 101327 | Deferred Salary Fund of the Electrical Industry - JIBINT |
| 99824 | Deferred Salary Plan of the Electrical Industry |
| 100224 | Deferred Salary Plan of the Electrical Industry |
| 100387 | Deferred Salary Plan of the Electrical Industry |

| Claim | Claimant Name |
|---|---|
| 101685 | Deferred Salary Plan of the Electrical Industry |
| 101709 | Deferred Salary Plan of the Electrical Industry |
| 101026 | Dryden Arizona Reinsurance Term Company - Tax Liabilities Account-DARTTAX |
| 107998 | Dryden Index Series Fund: Dryden Stock Index Fund (9/30): |
| 107958 | Dryden Short-Term Bond Fund, Inc.: Dryden Short-Term Corporate Bond Fund (12/31): |
| 108001 | Dryden Tax-Managed Funds: Dryden Large Cap Core Equity Fund (10/31): |
| 108046 | Dumont & Blake Investment Advisors, LLC |
| 99258 | Eaton Vance Group of Funds and Accounts |
| 100193 | Electrical Employers Self Insurance Safety Plan |
| 99659 | Employees Security Fund of the Electrical Products Industries Health & Welfare |
| 104006 | Empyrean Capital Overseas Fund Ltd |
| 108744 | Essex Savings Bank |
| 108275 | Essex Savings Bank (TMN) |
| 108047 | Evergreen Capital Management LLC |
| 108050 | Exencial Wealth Advisors |
| 108048 | Fairview Capital |
| 108049 | Fiduciary Trust Company |
| 109861 | Financial Recovery Technologies FBO Virtus Investment Advisors |
| 109860 | Financial Recovery Technologies on behalf of Virtus Investment Advisors |
| 108122 | First American Bank |
| 108051 | First Interstate Bank |
| 108053 | First Midwest Bank |
| 108052 | First National Trust Co. |
| 108112 | First Premier Bank |

| Claim | Claimant Name |
|-------|---------------|
| 108043 | First Republic Investment Management |
| 108216 | First Republic Trust Company |
| 101558 | Fondation de Prévoyance Suisse en faveur des fonctionnaires de l' Association du Transport Aérien International (IATA) |
| 101934 | Ford U.S. Pension Fund Master Trust |
| 108165 | Fox Run Management |
| 108042 | Franklin Street Advisors, Inc. |
| 101561 | General Motors Hourly Employees Pension Trust |
| 100936 | Gibraltar Universal Life Reinsurance Co PLAZ Trust 1-GULREAZTR1 |
| 100885 | Gibraltar Universal Life Reinsurance Co. AG 48 Trust-GULRETR1 |
| 100902 | Gibraltar Universal Life Reinsurance Co. RBC Trust-GULRESN |
| 101545 | Glenmede Fund, Inc. -- High Yield Municipal Portfolio |
| 101271 | Global Corporate Bond Mother Fund |
| 101289 | Global Premier Credit Mother Fund |
| 108058 | Global Trust Company |
| 108056 | Green Square Capital Advisors |
| 101107 | GTAA Panther Fund L.P. |
| 108057 | Hallador Investment Advisors Inc. |
| 108061 | HAP Trading, LLC |
| 108060 | Haywood Securities Inc. |
| 107237 | Hexavest ACWI Equity Fund |
| 107238 | Hexavest US Fund |
| 107240 | Hexavest World Equity Fund |
| 108067 | Hilltop Bank |
| 100967 | Horizon Healthcare of New Jersey, Inc. - HBC2 |
| 100969 | Horizon Healthcare Services, Inc. - HBC |

| Claim | Claimant Name |
|---|---|
| 101283 | Hound Partners Concentrated Master, LP |
| 101185 | Hound Partners Long Master, LP |
| 101129 | Hound Partners Offshore Fund, LP |
| 108062 | Hutchinson Capital Management |
| 101793 | IFIT Core Fixed Income of Fund of Invesco Fixed Income Trust |
| 101973 | IGT Invesco A or Better Core Fixed Income Fund of Intermediate Government Trust |
| 102250 | IGT Invesco Short Term Bond of Institutional Retirement Trust |
| 102249 | IGT JENN A OR BETTER INTERM FD |
| 101959 | IGT LOOMIS SAYLES A OR BET CR FI FD |
| 102188 | IGT LOOMIS SAYLES A OR BET CR FI FD |
| 102268 | IGT LOOMIS SAYLES A OR BET CR FI FD |
| 102179 | IGT LOOMIS SAYLES CR FI FD |
| 102021 | IGT Voya Intermediate Fund |
| 102224 | IKYF KY PIMCO PL STRATEGY |
| 108063 | IMA Wealth Inc. |
| 101976 | Intermediate Bond Fund of America |
| 100792 | International Monetary Fund |
| 108065 | INTRUST Bank |
| 101893 | Invesco Active Multi - Sector Credit Fund of Invesco Asset Management limited |
| 100357 | Invesco Advantage International Fund of AIM International Mutual Funds (Invesco International Mutual Funds) |
| 102145 | Invesco Advantage Municipal Income Trust II (Delaware Statutory Trust) |
| 102138 | Invesco Bond Fund (Delaware Statutory Trust) |
| 101870 | Invesco California Tax-Free Fund of AIM Counselor Series Trust (Invesco Counselor Series Trust) |

| Claim | Claimant Name |
|---|---|
| 102169 | Invesco California Value Municipal Income Trust (Delaware Statutory Trust) |
| 101803 | Invesco Comstock Select Fund of AIM Sector Funds (Invesco Sector Funds) |
| 102118 | Invesco Conservative Income Fund of Invesco Management Trust |
| 101971 | Invesco Core Plus Bond Fund of AIM Counselor Series Trust (Invesco Counselor Series Trust) |
| 101270 | Invesco Core Plus Fixed Income Trust of Institutional Retirement Trust |
| 102092 | Invesco Corporate Bond of AIM Investment Securities Funds (Invesco Investment Securities Funds) |
| 101820 | Invesco Energy Infrastructure Mother Fund of Invesco Asset Management Ltd. |
| 101920 | Invesco Equally Weighted S&P 500 Fund of AIM Counselor Series Trust (Invesco Counselor Series Trust) |
| 102137 | Invesco Equity & Income Fund of AIM Counselor Series Trust (Invesco Counselor Series Trust) |
| 101324 | Invesco Global Bond Fund of Invesco Canada Ltd |
| 99729 | Invesco Global Infrastructure Fund of AIM Investment Funds (Invesco Investment Funds) |
| 101845 | Invesco Global Investment Grade Credit Fund, Ltd. of Invesco Advisers, Inc. |
| 102121 | Invesco Growth and Income Fund of AIM Counselor Series Trust (Invesco Counselor Series Trust) |
| 101493 | Invesco Growth and Income Trust of Institutional Retirement Trust |
| 101437 | INVESCO GRP TST JENNISON INT FD |
| 101974 | INVESCO GRP TST PIMCO A CORE FUND |
| 101822 | INVESCO GRP TST PIMCO CORE BOND FD |
| 102140 | Invesco High Yield Municipal Fund of AIM Tax-Exempt Funds (Invesco Tax-Exempt Funds) |
| 101331 | Invesco Intermediate Bond Factor Fund of AIM Investment Securities Funds (Invesco Investment Securities Funds) |

| Claim | Claimant Name |
|---|---|
| 101894 | Invesco Intermediate Bond Factor Fund of AIM Investment Securities Funds (Invesco Investment Securities Funds) |
| 102128 | Invesco Intermediate Term Municipal Income Fund of AIM Tax-Exempt Funds (Invesco Tax-Exempt Funds) |
| 102157 | Invesco Limited Term Municipal Income Fund of AIM Tax-Exempt Funds (Invesco Tax-Exempt Funds) |
| 101797 | Invesco Low Volatility Equity Yield of AIM Counselor Series Trust (Invesco Counselor Series Trust) |
| 102132 | Invesco Multi-Asset Income Fund of AIM Investment Funds (Invesco Investment Funds) |
| 102159 | Invesco Municipal Income Fund of AIM Tax-Exempt Funds (Invesco Tax-Exempt Funds) |
| 102131 | Invesco Municipal Opportunity Trust (Delaware Statutory Trust) |
| 102126 | Invesco Municipal Trust (Delaware Statutory Trust) |
| 101799 | Invesco Oppenheimer Capital Appreciation Fund of AIM Counselor Series Trust (Invesco Counselor Series Trust) |
| 100889 | Invesco Oppenheimer Capital Income Fund of AIM Investment Funds (Invesco Investment Funds) |
| 101150 | Invesco Oppenheimer Capital Income Fund of AIM Investment Funds (Invesco Investment Funds) |
| 101780 | Invesco Oppenheimer Capital Income Fund of AIM Investment Funds (Invesco Investment Funds) |
| 100878 | Invesco Oppenheimer Fundamental Alternatives Fund of AIM Investment Funds (Invesco Investment Funds) |
| 99966 | Invesco Oppenheimer Global Allocation Fund of AIM Investment Funds (Invesco Investment Funds) |
| 98532 | Invesco Oppenheimer Global Infrastructure Fund of AIM Investment Funds (Invesco Investment Funds) |
| 101453 | Invesco Oppenheimer Global Infrastructure Fund of AIM Investment Funds (Invesco Investment Funds) |

| Claim | Claimant Name |
|---|---|
| 101809 | Invesco Oppenheimer Global Multi-Asset Income Fund of AIM Investment Funds (Invesco Investment Funds |
| 101888 | Invesco Oppenheimer Global Strategic Income Fund of AIM Investment Funds (Invesco Investment Funds) |
| 101303 | Invesco Oppenheimer Limited-Term Bond Fund of AIM Investment Securities Funds (Invesco Investment Securities Funds) |
| 101451 | Invesco Oppenheimer Main Street All Cap Fund of AIM Equity Funds (Invesco Equity Funds) |
| 99744 | Invesco Oppenheimer Main Street Fund of AIM Equity Funds (Invesco Equity Funds) |
| 101810 | Invesco Oppenheimer Main Street Mid Cap Fund of AIM Growth Series (Invesco Growth Series) |
| 101445 | Invesco Oppenheimer Rising Dividends Fund of AIM Equity Funds (Invesco Equity Funds) |
| 101435 | Invesco Oppenheimer Total Return Bond Fund of AIM Investment Funds (Invesco Investment Funds) |
| 101293 | Invesco Oppenheimer Total Return Bond Fund of AIM Investments Funds ( Invesco Investment Funds) |
| 101847 | Invesco Oppenheimer V.I. Conservative Balanced Fund of AIM Variable Insurance Funds (Invesco Variable Insurance Funds) |
| 101883 | Invesco Oppenheimer V.I. Conservative Balanced Fund of AIM Variable Insurance Funds (Invesco Variable Insurance Funds) |
| 101873 | Invesco Oppenheimer V.I. Global Strategic Income Fund of AIM Variable Insurance Funds (Invesco Variable Insurance Funds) |
| 99952 | Invesco Oppenheimer V.I. Main Street Fund of AIM Variable Insurance Funds (Invesco Variable Insurance Funds) |
| 101447 | Invesco Oppenheimer V.I. Total Return Bond Fund of AIM Variable Insurance Funds (Invesco Variable Insurance Funds) |
| 101802 | Invesco Opprnheimer V.I. Capital Appreciation Fund of AIM Variable Insurance Funds (Invesco Variable Insurance Funds) |
| 101819 | Invesco Pooled North America Fund of Invesco Asset Management Ltd. |

| Claim | Claimant Name |
|---|---|
| 102009 | Invesco Premier Tax-Exempt Portfolio of AIM Treasurer's Series Trust (Invesco Treasurer's Series Trust) |
| 101912 | Invesco Quality Municipal Income Trust (Delaware Statutory Trust) |
| 102115 | Invesco S&P 500 Index Fund of AIM Counselor Series Trust (Invesco Counselor Series Trust) |
| 102171 | Invesco Short Duration High Yield Municipal Fund of AIM Counselor Series Trust (Invesco Counselor Series Trust) |
| 102013 | Invesco Tax-Free Cash Reserve Portfolio of Short-Term Investments Trust |
| 102127 | Invesco Trust for Investment Grade Municipals (Delaware Statutory Trust) |
| 102129 | Invesco U.S. Managed Volatility Fund of AIM Investment Funds (Invesco Investment Funds) |
| 101813 | Invesco US Enhanced Index Fund of Invesco Asset Management Ltd |
| 100773 | Invesco US Equity Flexible Fund of Invesco Asset Management LTD |
| 101815 | Invesco US Structured Equity Fund of Invesco Asset Management Ltd. |
| 102146 | Invesco V.I. Core Plus Bond Fund of AIM Variable Insurance Funds (Invesco Variable Insurance Funds) |
| 101790 | Invesco V.I. Equally-Weighted S&P 500 Fund of AIM Insurance Funds (Invesco Variable Insurance Funds) |
| 101794 | Invesco V.I. Equity & Income Fund of AIM Variable Insurance Funds (Invesco Variable Insurance Funds) |
| 101953 | Invesco V.I. Growth & Income Fund of AIM Variable Insurance Funds (Invesco Variable Insurance Funds) |
| 101824 | Invesco V.I. Managed Volatility Fund of AIM Variable Insurance Funds (Invesco Variable Insurance Funds) |
| 101695 | Invesco V.I. S&P 500 Index Fund of AIM Variable Insurance Funds (Invesco Variable Insurance Funds) |
| 102173 | Invesco Value Municipal Income Trust (Delaware Statutory Trust) |
| 98185 | Janus Capital Management LLC |
| 107959 | Jennison 20/20 Focus Fund (1/31): |

| Claim | Claimant Name |
|---|---|
| 107965 | Jennison Blend Fund, Inc. (8/31): |
| 107956 | JennisonDryden Opportunity Funds: Dryden Strategic Value Fund (2/28): |
| 107970 | JennisonDryden Portfolios, Inc.: Jennison Value Fund (8/31): |
| 107966 | JennisonDryden Sector Funds, Inc.: Jennison Utility Fund (11/30): |
| 101967 | JNL/Capital Guardian Global Balanced Fund |
| 98763 | Kingfishers LP |
| 98960 | Kingfishers LP |
| 98923 | Kingstown Partners II L.P. |
| 98956 | Kingstown Partners II LP |
| 98961 | Kingstown Partners Master Ltd. |
| 98982 | Kingstown Partners Master Ltd. |
| 108064 | Knightsbridge Asset Management, LLC |
| 108129 | KOKUWORLDX |
| 104840 | Korea Investment Corporation |
| 104844 | Korea Investment Corporation |
| 101823 | Kraft Heinz Company Retiree Health & Welfare Benefits Trust III |
| 104667 | Lake Avenue Funding EC IV LLC |
| 104659 | Lake Avenue Funding EC IX LLC |
| 104663 | Lake Avenue Funding EC IX LLC |
| 104660 | Lake Avenue Funding EC VII LLC |
| 104670 | Lake Avenue Funding EC VII LLC |
| 104672 | Lake Avenue Funding EC VII LLC |
| 104673 | Lake Avenue Funding EC VII LLC |
| 104677 | Lake Avenue Funding EC VII LLC |
| 104683 | Lake Avenue Funding EC VII LLC |
| 104686 | Lake Avenue Funding EC VII LLC |

| Claim | Claimant Name |
|---|---|
| 104680 | Lake Avenue Funding EC VIII LLC |
| 104676 | Lake Avenue Funding EC XI LLC |
| 104749 | Lake Avenue Funding EC XI LLC |
| 108066 | Lake Street Advisors Group, LLC |
| 100084 | Legal Services Plan of the Electrical Industry |
| 108167 | Lighthouse Investment Partners, LLC |
| 101954 | Limited Term Tax-Exempt Bond Fund of America |
| 104925 | LOCKHEED MARTIN |
| 104927 | LOCKHEED MARTIN |
| 105058 | Loomis, Sayles and Company, L.P. |
| 105085 | Loomis, Sayles and Company, L.P. |
| 101123 | Lucent Technologies Inc. Master Pension Trust- PORTL |
| 100022 | Maple-Brown Abbott Funds PLC - Maple-Brown Abbott Global Infrastructure Fund |
| 99975 | Maple-Brown Abbott Limited as Responsible Entity for the Maple-Brown Abbott Global Listed Infrastructure Fund |
| 108069 | Marathon Trading Fund LP |
| 102240 | Marshall Wace LLP |
| 108263 | Masciandaro Jr, Joseph |
| 107242 | Massachusetts S&P 500 Pooled Index Fund |
| 108071 | McGowanGroup Asset Management, Inc. |
| 109943 | MCIC VERMONT MULTI-ASSET GROWTH |
| 108073 | Mechanics Bank |
| 101306 | Metropolitan Life Insurance Company |
| 108468 | Miami Shores Police Officers' Retirement System |
| 108472 | Miami Shores Village General Employees Pension Fund |
| 108072 | MidAmerica National Bank |

| Claim | Claimant Name |
|---|---|
| 108126 | Millennium Management LLC |
| 102267 | Mine Super |
| 108075 | Moneta Group |
| 102241 | Montana Board of Investments |
| 101370 | Morgan Stanley Institutional Fund Trust - Corporate Bond Portfolio |
| 101528 | Morgan Stanley Institutional Fund Trust - Global Strategist Portfolio |
| 101090 | Morgan Stanley Institutional Fund, Inc. - Global Infrastructure Portfolio |
| 101834 | Morgan Stanley Institutional Fund, Inc. - Real Assets Portfolio |
| 101713 | Morgan Stanley Investment Funds - Global Balanced Defensive Fund |
| 101694 | Morgan Stanley Investment Funds - Global Balanced Fund |
| 101457 | Morgan Stanley Investment Funds - Global Credit Fund |
| 100880 | Morgan Stanley Investment Funds - Global Infrastructure Fund |
| 101343 | Morgan Stanley Investment Funds - Global Infrastructure Unconstrained Fund |
| 101756 | Morgan Stanley Investment Funds - Global Multi-Asset Income Fund |
| 101630 | Morgan Stanley Investment Funds - US Dollar Corporate Bond Fund |
| 101118 | Morgan Stanley Variable Insurance Fund, Inc. - Global Infrastructure Portfolio |
| 101366 | Morgan Stanley Variable Insurance Fund, Inc. - Global Strategist Portfolio |
| 101654 | Morgan Stanley Variable Investment Series - Income Plus Portfolio |
| 100314 | Nantahala Capital Partners II Limited Partnership |
| 100640 | Nantahala Capital Partners II Limited Partnership |
| 100113 | Nantahala Capital Partners Limited Partnership |
| 100317 | Nantahala Capital Partners Limited Partnership |
| 100461 | Nantahala Capital Partners SI, LP |
| 100475 | Nantahala Capital Partners SI, LP |

| Claim | Claimant Name |
|---|---|
| 107685 | National Railroad Retirement Investment Trust |
| 107686 | National Railroad Retirement Investment Trust |
| 107687 | National Railroad Retirement Investment Trust |
| 107690 | National Railroad Retirement Investment Trust |
| 107691 | National Railroad Retirement Investment Trust |
| 107692 | National Railroad Retirement Investment Trust |
| 107693 | National Railroad Retirement Investment Trust |
| 107694 | National Railroad Retirement Investment Trust |
| 107695 | National Railroad Retirement Investment Trust |
| 107696 | National Railroad Retirement Investment Trust |
| 107697 | National Railroad Retirement Investment Trust |
| 107698 | National Railroad Retirement Investment Trust |
| 107699 | National Railroad Retirement Investment Trust |
| 108074 | National Securities Corporation |
| 109892 | NMSF Inc Select Bond Portfolio |
| 104923 | NORTH DAKOTA STATE INVESTMENT BOARD |
| 104995 | Northern Trust Fiduciary Services (Guernsey) Limited as Trustee of the Saudi Aramco Severance, Retiree Medical and Retirement Benefits Fund Trust |
| 105052 | Northern Trust Fiduciary Services (Guernsey) Limited as Trustee of the Saudi Aramco Severance, Retiree Medical and Retirement Benefits Fund Trust |
| 104990 | NORTHWESTERN MUTUAL INVESTMENT MANAGEMENT COMPANY |
| 104996 | NORTHWESTERN MUTUAL INVESTMENT MANAGEMENT COMPANY |
| 108436 | Nuveen Core Equity Alpha Fund |
| 108435 | Nuveen Equity Market Neutral Fund |
| 108433 | Nuveen Global Infrastructure Fund |

| Claim | Claimant Name |
|-------|---------------|
| 108437 | Nuveen Global Infrastructure Fund, a sub-fund of Nuveen Global Investors Fund PLC, established under UCITS |
| 108434 | Nuveen Large Cap Value Fund |
| 108439 | Nuveen Santa Barbara Dividend Growth Fund (fka Nuveen Large Cap Core Fund) |
| 108438 | Nuveen/SEI Trust Company Investment Trust – Nuveen Global Infrastructure Fund |
| 104831 | OHIO SCHOOL EMPLOYEES RETIREMENT SYSTEM |
| 104839 | OHIO SCHOOL EMPLOYEES RETIREMENT SYSTEM |
| 108113 | Old National Bank |
| 100550 | OnePath Funds Management Limited |
| 100568 | OnePath Funds Management Limited |
| 109963 | OPENWORLD PLC - RUSSELL INVESTMENTS GLOBAL LISTED INFRASTRUCTURE |
| 109941 | OPENWORLD PLC - RUSSELL INVESTMENTS GLOBAL LOW CARBON EQUITY FUND |
| 106198 | Orbis Capital Limited |
| 106202 | Orbis Global Balanced Fund (Australia Registered) |
| 106201 | Orbis Global Equity Fund (Australia Registered) |
| 106200 | Orbis Global Equity Fund LE (Australia Registered) |
| 106197 | Orbis Global Equity Fund Limited |
| 106193 | Orbis Institutional Global Equity (OFO) Fund |
| 106192 | Orbis Institutional Global Equity Fund |
| 106220 | Orbis Institutional Global Equity L.P. |
| 106195 | Orbis Institutional U.S. Equity L.P. |
| 106221 | Orbis OEIC Global Balanced Fund |
| 106204 | Orbis OEIC Global Balanced Fund |
| 106194 | Orbis OEIC Global Equity Fund |

| Claim | Claimant Name |
|---|---|
| 106222 | Orbis Optimal Global Fund LP |
| 106358 | Orbis Optimal SA Fund Limited |
| 106196 | Orbis SICAV Global Balanced Fund |
| 106203 | Orbis SICAV Global Equity Fund |
| 108077 | Osborne Partners Capital Management, LLC |
| 104168 | P EMP Ltd |
| 108313 | Palm Tran, Inc. / Amalgamated Transit Union Local 1577 Pension Fund |
| 108101 | Paragon Capital Management |
| 108076 | Parallel Advisors, LLC |
| 108111 | Patton Fund Management, Inc. |
| 108079 | Pekin Hardy Strauss, Inc. |
| 108205 | PGIM BALANCED BOND |
| 107909 | PGIM Core Conservative Bond Fund |
| 108207 | PGIM CORE SHORT-TERM BOND |
| 107908 | PGIM Corporate Bond Fund |
| 101423 | PGIM Funds Plc - PGIM Global Corporate Bond Fund - UGBLESG |
| 101587 | PGIM Funds Plc - PGIM Intermediate Duration US Corporate Bond Fund - UCINTESG |
| 101426 | PGIM Funds Plc - PGIM US Corporate Bond Fund - UCORPESG |
| 107905 | PGIM Global Absolute Return Bond Fund |
| 100869 | PGIM Global Core Bond Fund Ex-Japan, a sub-trust of PGIM Cayman Unit Trust-CYTGCORE |
| 107910 | PGIM GLOBAL TOTAL RETURN |
| 100614 | PGIM Japan Co., Ltd - PR US Investment Grade Corporate Bond Mother Fund-CORPPIM |
| 107968 | PGIM Jennison Equity Income Fund |
| 108003 | PGIM Jennison Global Infrastructure Fund |

| Claim | Claimant Name |
|---|---|
| 107963 | PGIM Jennison Rising Dividend Fund |
| 107913 | PGIM QMA Defensive Equity Fund |
| 108206 | PGIM QMA Strategic Alpha Large-Cap Core ETF |
| 107916 | PGIM QMA US Broad Market Index Fund |
| 101268 | PGIM Qualifying Investor Funds plc - PGIM QIF Global Corporate Bond Fund - QIFGBLCORP |
| 101352 | PGIM Qualifying Investor Funds plc -PGIM QIF US Corporate Bond Fund - QIFCORP |
| 107912 | PGIM TIPS Fund |
| 108002 | PGIM TOTAL RETURN BOND |
| 108204 | PGIM ULTRA SHORT BOND |
| 107914 | PGIM US Real Estate Fund |
| 108090 | Plante Moran Financial Advisors |
| 108124 | PLICQCLCSP5 |
| 100919 | POC for Gibraltar Universal Life Reinsurance Co. Custody (Investment)- GULRE |
| 102248 | Point72 Asset Management |
| 108125 | PRDX500 |
| 108132 | PRIDEXW5 |
| 108133 | PRIFORMR1V |
| 108110 | Private Capital Management |
| 108128 | ProShares Trust |
| 100945 | PRU Credit Income Fund 2017, a Series Trust of Multi Manager Global Investment Trust-CORPMATPB7 |
| 101064 | PRU Gibraltar Financial Insurance Company-PGFFC1 |
| 107971 | PRU INCOME BUILDER JEN EQ INC PDKD |
| 101239 | Pruco Life Insurance Company of New Jersey - PLNJ |

| Claim | Claimant Name |
|---|---|
| 101149 | Prudential Arizona Reinsurance Captive Company - PLAZ Trust 1-PLAZTR1 |
| 101112 | Prudential Arizona Reinsurance Captive Company - PLNJ Reg 114 Trust 1-PLNJTR1 |
| 101125 | Prudential Arizona Reinsurance Captive Company- Custody-PARCC |
| 101060 | Prudential Arizona Reinsurance Term Company- PAR Term Ind Life Custody Inv Seg-PARTCUST |
| 101096 | Prudential Arizona Reinsurance Term Company- PART Ind Life PLNJ Trust-Fixed Income-PARTNJ1 |
| 100926 | Prudential Arizona Reinsurance Universal Company - PARU HarfordLife & Annuity Comfort Trust - HARTPARUA |
| 101106 | Prudential Arizona Reinsurance Universal Company - PLNJ Trust 1-PARUNJTR1 |
| 100962 | Prudential Arizona Reinsurance Universal Company -Non-Trust-Hrt Life-Inv Seg-HARTPARFDG |
| 100934 | Prudential Arizona Reinsurance Universal Company -PAR U Hartford Life Insurance Comfort Trust - HARTPARUL |
| 101057 | Prudential Arizona Reinsurance Universal Company-PARU |
| 108004 | Prudential Day One 2035 Fund |
| 107969 | Prudential Day One 2045 Fund |
| 100658 | Prudential Investment Management Japan Co., Ltd. - US Investment Grade Corporate Bond Fund 2016-CORPPI2 |
| 101097 | Prudential Legacy Insurance Company of New Jersey-PLIC Securities Lending Portfolio-PIACLCB |
| 101109 | Prudential Legacy Insurance Company of NJ - Core Public Bonds-PLIC |
| 101446 | Prudential Legacy Insurance Company of NJ - General Account Global Corporate Portfolio - WWCORP |
| 101132 | Prudential Life Insurance Company of Taiwan Inc. - Pru Taiwan TW GA-POTTWGA |
| 101248 | Prudential LIfe Insurance Company of Taiwan Inc. - Pru Taiwan USD GA-POTUSGA |

| Claim | Claimant Name |
|---|---|
| 101211 | Prudential Life Insurance Company of Taiwan Inc. - Pru Taiwan USD IS-POTUSBY |
| 101228 | Prudential Long Duration Credit Fund of the Prudential Trust Company Collective Trust-PTLCRED |
| 101194 | Prudential Merged Retirement Plan - Long Duration Account-PPTRAD |
| 101197 | Prudential Retirement Insurance & Annuity Company-Corporate-PRIACCORP |
| 101200 | Prudential Retirement Insurance & Annuity Company-Defined Benefits Non Trust-PRIACDBNT |
| 101203 | Prudential Retirement Insurance & Annuity Company-MMIP-Non Trust-PRIACMMNT |
| 101267 | Prudential Retirement Insurance and Annuity Company - New York Carpenters - SACAR |
| 101246 | Prudential Retirement Insurance and Annuity Company- Def Contributions - Non Trust A-PRIACDCNT |
| 101291 | Prudential Term Reinsurance Company - Custody - TERMCUST |
| 101353 | Prudential Term Reinsurance Company - Economic Reserves Portfolio - TERMPLNJ1 |
| 101326 | Prudential Term Reinsurance Company - PLNJ Trust - TERMPLNJ |
| 101025 | Prudential Trust Company - Institutional Business Trust Core Conservative Bond Fund - IBTCC |
| 101224 | Prudential Trust Company - Prudential Core Intermediate Bond Fund of the Collective Trust-PTINT |
| 101220 | Prudential Trust Company Collective Trust - Prudential Core Plus Bond Fund-PTCRPLUS |
| 101212 | Prudential Trust Company Collective Trust - Prudential U.S. Corporate Bond Fund-PTCORP |
| 101218 | Prudential Trust Company Collective Trust- Prudential Core Conservative Intermediate Bond Fund-PTICC |
| 101230 | Prudential Trust Company Collective Trust- Prudential Long Duration Government/Credit Bond Fund -PTLGOVC |

| Claim | Claimant Name |
|---|---|
| 101231 | Prudential Trust Company Collective Trust- Prudential U.S. Long Duration Corporate Bond Fund - PTLON |
| 100784 | Prudential Trust Company Collective Trust-Pru Core Conservative Intermediate(Vanguard) Bond Fund-FLAGSHIP |
| 101058 | Prudential Trust Company Collective Trust-Prudential Core Bond Fund - INSTCFI |
| 101232 | Prudential Trust Company Collective Trust-Prudential U.S. Long Duration Corporate Bond (JPM) Fund-PT |
| 101054 | Prudential Trust Company CollectiveTrust- Prudential Core Conservative Bond Fund - INSTEI |
| 101053 | Prudential Trust Company -Institutional Business Trust-Long Duration Government/Credit Conservative Bond Fund - IBTGCC |
| 100984 | Prudential Trust Company Institutional Business Trust-PGIM Core Bond Fund - IBTCORE |
| 101122 | Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Bond Fund - INUSCNQ |
| 101243 | Prudential Universal Reinsurance Company - Captive Trust Portfolio 1 - PURCTR1 |
| 101356 | Prudential Universal Reinsurance Company - Captive Trust Portfolio 2 - PURCSN |
| 101255 | Prudential Universal Reinsurance Company - Inv Seg Indiviual Life - PURC |
| 101335 | Prudential Universal Reinsurance Company- Prudential Term Reinsurance Company - Captive Trust Portfolio |
| 107483 | Prudential VCAGI2007MCF |
| 107484 | Prudential VCAGI2007MCF |
| 107491 | Prudential VCAGI2007MCF |
| 107492 | Prudential VCAGI2007MCF |
| 107496 | Prudential VCAGI2007MCF |
| 107499 | Prudential VCAGI2007MCF |
| 107500 | Prudential VCAGI2007MCF |

| Claim | Claimant Name |
|---|---|
| 107502 | Prudential VCAGI2007MCF |
| 107504 | Prudential VCAGI2007MCF |
| 107508 | Prudential VCAGI2007MCF |
| 107515 | Prudential VCAGI2007MCF |
| 107525 | Prudential VCAGI2007MCF |
| 107665 | Prudential VCAGI2007MCF |
| 107683 | Prudential VCAGI2007MCF |
| 108208 | PS DIV BOND PORT |
| 108008 | PSF EQUITY PORT JENNISON PDQ1 |
| 108134 | PTNQSP500 |
| 102245 | Quinn Opportunity Partners |
| 108092 | Raymond James Trust NA |
| 102254 | Raytheon Benefit Trusts |
| 107244 | RhumbLine Equal Weighted Large Cap Trust |
| 107241 | RhumbLine Russell 1000 Pooled Index Trust |
| 107243 | RhumbLine Russell 1000 Value Index Pooled Trust |
| 107245 | RhumbLine S&P Index Pooled Trust |
| 102228 | RI HIGHER EDU SVGS TST 529 VOYA INT |
| 109944 | RIC EQUITY INCOME FUND |
| 109956 | RIC GLOBAL EQUITY FUND |
| 109951 | RIC GLOBAL INFRASTRUCTURE FUND |
| 109948 | RIC II PLC - RUSSELL INVESTMENTS GLOBAL BOND FUND (EURO HEDGED) |
| 109952 | RIC II PLC - RUSSELL INVESTMENTS U.S. QUANT FUND |
| 109946 | RIC II PLC - RUSSELL INVESTMENTS WORLD EQUITY FUND |
| 109947 | RIC INVESTMENT GRADE BOND FUND |

| Claim | Claimant Name |
|---|---|
| 109949 | RIC MULTI-ASSET GROWTH STRATEGY FUND |
| 109945 | RIC MULTIFACTOR U.S. EQUITY FUND |
| 109964 | RIC MULTI-STRATEGY INCOME FUND |
| 109962 | RIC OPPORTUNISTIC CREDIT FUND |
| 109959 | RIC PLC - OLD MUTUAL FTSE RAFI ALL WORLD INDEX FUND |
| 109950 | RIC PLC - OLD MUTUAL GLOBAL MACRO EQUITY FUND |
| 109953 | RIC PLC - RUSSELL INVESTMENTS GLOBAL BOND FUND |
| 109965 | RIC PLC - RUSSELL INVESTMENTS GLOBAL CREDIT FUND |
| 109954 | RIC PLC - RUSSELL INVESTMENTS U.S. EQUITY FUND |
| 109942 | RIC PLC - RUSSELL INVESTMENTS WORLD EQUITY FUND II |
| 109966 | RIC STRATEGIC BOND FUND |
| 109967 | RIC SUSTAINABLE EQUITY FUND |
| 109955 | RIC TAX-MANAGED U.S. LARGE CAP FUND |
| 109985 | RIC U.S. STRATEGIC EQUITY FUND |
| 109969 | RIF STRATEGIC BOND FUND |
| 109973 | RIF U.S. STRATEGIC EQUITY FUND |
| 109971 | RIIF PLC - RUSSELL INVESTMENTS MULTI-ASSET GROWTH STRATEGY STERLING FUND |
| 109968 | RIIFL CORE BOND FUND |
| 109972 | RIIFL DEFENSIVE U.S. EQUITY FUND |
| 109977 | RIIFL GLOBAL EQUITY PLUS FUND |
| 110000 | RIIFL GLOBAL LISTED INFRASTRUCTURE FUND |
| 109975 | RIIFL LARGE CAP U.S. EQUITY FUND |
| 109976 | RIIFL MULTI-ASSET CORE PLUS FUND |
| 109974 | RIML RUSSELL INVESTMENTS GLOBAL LISTED INFRASTRUCTURE FUND - HEDGED |

| Claim | Claimant Name |
|---|---|
| 109979 | RIML RUSSELL INVESTMENTS GLOBAL OPPORTUNITIES FUND |
| 109978 | RIML RUSSELL INVESTMENTS INTERNATIONAL SHARES FUND |
| 109981 | RIML RUSSELL INVESTMENTS LOW CARBON GLOBAL SHARES FUND |
| 109982 | RIML RUSSELL INVESTMENTS MULTI-ASSET FACTOR EXPOSURE FUND |
| 109980 | RIPL RUSSELL INVESTMENTS GLOBAL CREDIT POOL |
| 109983 | RIPL RUSSELL INVESTMENTS GLOBAL EQUITY POOL |
| 109986 | RIPL RUSSELL INVESTMENTS GLOBAL INFRASTRUCTURE POOL |
| 109984 | RIPL RUSSELL INVESTMENTS MULTI-FACTOR US EQUITY POOL |
| 109987 | RIPL RUSSELL INVESTMENTS TAX-MANAGED US EQUITY POOL |
| 109990 | RIPL RUSSELL INVESTMENTS US EQUITY POOL |
| 109991 | RITC CEBFT 14-YEAR LDI FIXED INCOME FUND |
| 109988 | RITC CEBFT 8-YEAR LDI FIXED INCOME FUND |
| 109989 | RITC CEBFT ENHANCED INDEX U.S. EQUITY FUND |
| 109997 | RITC CEBFT GLOBAL LISTED INFRASTRUCTURE FUND |
| 109970 | RITC CEBFT LARGE CAP DEFENSIVE EQUITY FUND |
| 109992 | RITC CEBFT LARGE CAP U.S. EQUITY FUND |
| 109994 | RITC CEBFT Long Duration Fixed Income Fund |
| 109993 | RITC CEBFT MULTI-ASSET CORE FUND |
| 109995 | RITC CEBFT MULTI-MANAGER BOND FUND |
| 109996 | RITC CEBFT TARGET DATE COMPLETION FUND |
| 109998 | RITC CEBFT WORLD EQUITY FUND |
| 108080 | RMB Capital |
| 101861 | Roche U.S. Retirement Plans Master Trust |

| Claim | Claimant Name |
|---|---|
| 102251 | Sacramento County Employees Retirement System |
| 108091 | Sageworth Trust Company |
| 101895 | Samsung Long Term US Bond Securities Master Investment Trust [Bond] - Liability Focused Portfolio |
| 101979 | Samsung Short to Intermediate Term US Bond Securities Master Investment Trust [Bond] Moderate Absolute Risk |
| 102218 | San Diego County Employees Retirement Association |
| 108109 | Sandy Spring Bank |
| 100192 | SAS Trustee Corp Pooled Fund- Definded Benefits |
| 102257 | SBLI USA Mutual Life Insurance Company |
| 108007 | SCA BNP PLEDGEE AST ASAA JPM MKT NEUTRL |
| 102178 | SCHONFELD STRATEGIC ADVISORS |
| 108179 | Sector Fund Services |
| 108114 | Security Federal Savings Bank |
| 102393 | Serengeti Asset Management |
| 108093 | Sheaff Brock Investment Advisors, LLC |
| 100656 | Silver Point Capital Fund LP |
| 100695 | Silver Point Capital Fund LP |
| 100821 | Silver Point Capital Fund LP |
| 100911 | Silver Point Capital Fund LP |
| 100422 | Silver Point Capital Offshore Master Fund LP |
| 100645 | Silver Point Capital Offshore Master Fund LP |
| 100691 | Silver Point Capital Offshore Master Fund LP |
| 100759 | Silver Point Capital Offshore Master Fund LP |
| 108094 | Silvercrest Asset Management Group LLC |
| 108096 | Simmons Bank |
| 102247 | SouthPoint Capital |

| Claim | Claimant Name |
|---|---|
| 108095 | SPC Financial, Inc. |
| 104723 | STATE STREET GLOBAL ADVISORS |
| 104828 | STATE STREET GLOBAL ADVISORS |
| 104922 | STATE STREET GLOBAL ADVISORS |
| 108120 | Stifel Trust Company, N.A. |
| 99749 | SunAmerica |
| 99826 | SunAmerica |
| 102110 | SunAmerica Asset Management |
| 102441 | SunAmerica Asset Management |
| 102032 | Teachers Insurance and Annuity Association of America |
| 102075 | Teachers Insurance and Annuity Association of America |
| 102184 | Teachers Retirement System of the State of IL |
| 108097 | Team Hewins |
| 108081 | Tellone Management Group |
| 101574 | Texas County and District Retirement System - TEXAS |
| 101491 | The Bond Fund of America |
| 100937 | The Gibraltar Life Insurance Company, Ltd. - USD Annuity AFS4-GIBAFS4 |
| 100909 | The Gibraltar Life Insurance Company, Ltd. - USD Insurance AFS-GIBAFS1 |
| 101049 | The Gibraltar Life Insurance Company, Ltd. - USD Insurance HFR-GIBHFR1 |
| 100865 | The Gibraltar Life Insurance Company, Ltd. US Annuity- HFR4-GIBHFR4 |
| 108098 | The Glenmede Trust Company, N.A. |
| 100933 | The Government of State of Kuwait Acting Through Kuwait Investment Authority - GSQ Global Agg |
| 108099 | The Huntington National Bank |
| 100748 | The Income Fund of America |

| Claim | Claimant Name |
|---|---|
| 108106 | The Private Trust Company, N.A. |
| 101095 | The Prudential Insurance Company of America - General Pension Segment A-GPSA |
| 100834 | The Prudential Insurance Company of America - Group Alliance Core Public Bonds-GRPALL |
| 100876 | The Prudential Insurance Company of America - Guaranteed Separate Account MMIP Fund-GSAGEN |
| 101008 | The Prudential Insurance Company of America - Individual Life Long Term Core Public Bonds - ILLONG |
| 101055 | The Prudential Insurance Company of America - International Paper PICA Single Client Buy-Out SAGAR |
| 101013 | The Prudential Insurance Company of America - International Reinsurance Gibraltar - IREGIB |
| 101062 | The Prudential Insurance Company of America - JC Penny Buy Out - Public Bonds - JCPSA |
| 101083 | The Prudential Insurance Company of America - Lending General Collateral Financial Services Business |
| 101586 | The Prudential Insurance Company of America - Long Duration Government/Credit Bond Account - TOLILGC |
| 101067 | The Prudential Insurance Company of America - PICA/POJ IRELP Trust - IRELPTR |
| 101202 | The Prudential Insurance Company of America - Portfolio Protected Product Group Annuity-PPBO |
| 100941 | The Prudential Insurance Company of America- Congo PICA Single Client Buy-Out SA-GAR PRD-CONGA |
| 101584 | The Prudential Insurance Company of America- Core Investment Grade Credit Bond Fund - TOLICRED |
| 101050 | The Prudential Insurance Company of America- Hartford PICA Single Client Buy-Out SA-GAR PRD - HIGSA |
| 101322 | The Prudential Insurance Company of America- Long Duration Corporate Bond Account- TOLILDC |

| Claim | Claimant Name |
|---|---|
| 101266 | The Prudential Insurance Company of America on behalf of VCA-GA-8217-SBA - SBA8217 |
| 101354 | The Prudential Insurance Company of America on behalf of VCA-GI-3-20 (TOLI 20) - TOLI20 |
| 101431 | The Prudential Insurance Company of America on behalf Variable Contract Account GA-8217-EBIA-WEBIA |
| 101321 | The Prudential Insurance Company of America- Strategic Bond Account - SBA |
| 101422 | The Prudential Insurance Company of America- TOLI Protective Life Fixed Income Bond Fund - TOLIPRLF |
| 101588 | The Prudential Insurance Company of America- WCT 82/84 ANNUITY ACCOUNT - WCT8284 |
| 101430 | The Prudential Insurance Company of America- Westrock PICA Single Client Buy-Out SA-GAR PRD -WRKSA |
| 107960 | The Prudential Investment Portfolios, Inc.: Jennison Equity Opportunity Fund (9/30) |
| 101046 | The Prudential Life Insurance Company, Ltd - GA USD BOND AFS (OFU1) - JPOJUAFS1 |
| 101209 | The Prudential Merged Retirement Plan - Pru Plan Asset Liability Portfolio-PPALP |
| 101229 | The Prudential Merged Retirement Plan - Pruplan Asset & Liability Portfolio 2-PPALP2 |
| 108005 | The Prudential Series Fund: Conservative Balanced Portfolio (12/31) |
| 108006 | The Prudential Series Fund: Global Portfolio (12/31): |
| 107964 | The Prudential Series Fund: Jennison 20/20 Focus Portfolio (12/31): |
| 107957 | The Prudential Series Fund: Stock Index Portfolio (12/31): |
| 107967 | The Prudential Series Fund: Value Portfolio (12/31): |
| 101676 | The Tax-Exempt Bond Fund of America |
| 101675 | The Tax-Exempt Fund of California |
| 108121 | The Weld Trust |

| Claim | Claimant Name |
|---|---|
| 109940 | THOMAS JEFFERSON UNIVERSITY - TJU NQ CORE PLUS FIXED INCOME FUND |
| 109960 | THOMAS JEFFERSON UNIVERSITY - TJU NQ REAL ASSETS FUND |
| 109957 | THOMAS JEFFERSON UNIVERSITY - TJU NQ US EQUITY FUND |
| 109999 | THOMAS JEFFERSON UNIVERSITY MASTER TRUST  - TJU DB US EQUITY FUND |
| 109961 | THOMAS JEFFERSON UNIVERSITY MASTER TRUST - TJU DB CORE PLUS FIXED INCOME FUND |
| 109958 | THOMAS JEFFERSON UNIVERSITY MASTER TRUST - TJU DB REAL ASSETS FUND |
| 107251 | Thrivent Financial Defined Benefit Plan Trust |
| 107247 | Thrivent Financial for Lutherans |
| 107246 | Thrivent Financial for Lutherans Foundation |
| 107252 | Thrivent Mutual Funds - Thrivent Aggressive Allocation Fund |
| 107254 | Thrivent Mutual Funds - Thrivent Balanced Income Plus Fund |
| 107248 | Thrivent Mutual Funds - Thrivent Diversified Income Plus Fund |
| 107253 | Thrivent Mutual Funds - Thrivent Global Stock Fund |
| 107255 | Thrivent Mutual Funds - Thrivent Growth & Income Plus Fund |
| 107286 | Thrivent Mutual Funds - Thrivent Income Fund |
| 107256 | Thrivent Mutual Funds - Thrivent Large Cap Value Fund |
| 107257 | Thrivent Mutual Funds - Thrivent Mid Cap Stock Fund |
| 107258 | Thrivent Mutual Funds - Thrivent Moderate Allocation Fund |
| 107249 | Thrivent Mutual Funds - Thrivent Moderately Aggressive Allocation Fund |
| 107358 | Thrivent Mutual Funds - Thrivent Moderately Conservative Allocation Fund |
| 107250 | Thrivent Series Fund, Inc. - Thrivent Aggressive Allocation Portfolio |
| 107259 | Thrivent Series Fund, Inc. - Thrivent Balanced Income Plus Portfolio |

| Claim | Claimant Name |
|---|---|
| 107260 | Thrivent Series Fund, Inc. - Thrivent Diversified Income Plus Portfolio |
| 107283 | Thrivent Series Fund, Inc. - Thrivent Global Stock Portfolio |
| 107312 | Thrivent Series Fund, Inc. - Thrivent Growth & Income Plus Portfolio |
| 107261 | Thrivent Series Fund, Inc. - Thrivent Income Portfolio |
| 107266 | Thrivent Series Fund, Inc. - Thrivent Large Cap Index Portfolio |
| 107264 | Thrivent Series Fund, Inc. - Thrivent Large Cap Value Portfolio |
| 107265 | Thrivent Series Fund, Inc. - Thrivent Mid Cap Stock Portfolio |
| 107263 | Thrivent Series Fund, Inc. - Thrivent Moderate Allocation Portfolio |
| 107262 | Thrivent Series Fund, Inc. - Thrivent Moderately Aggressive Allocation Portfolio |
| 107272 | Thrivent Series Fund, Inc. - Thrivent Moderately Conservative Allocation Portfolio |
| 102072 | TIAA-CREF Funds - TIAAA-CREF Bond Plus Fund |
| 102017 | TIAA-CREF Funds - TIAA-CREF Bond Fund |
| 102073 | TIAA-CREF Funds - TIAA-CREF Bond Fund |
| 102041 | TIAA-CREF Funds - TIAA-CREF Bond Index Fund |
| 102049 | TIAA-CREF Funds - TIAA-CREF Bond Index Fund |
| 102047 | TIAA-CREF Funds - TIAA-CREF Bond Plus Fund |
| 101746 | TIAA-CREF Funds - TIAA-CREF Enhanced Large-Cap Value |
| 102057 | TIAA-CREF Funds - TIAA-CREF Equity Index Fund |
| 102023 | TIAA-CREF Funds - TIAA-CREF Equity Index Fund |
| 102000 | TIAA-CREF Funds - TIAA-CREF Large-Cap Value Fund |
| 102046 | TIAA-CREF Funds - TIAA-CREF Large-Cap Value Fund |
| 102018 | TIAA-CREF Funds - TIAA-CREF Large-Cap Value Index Fund |
| 102055 | TIAA-CREF Funds - TIAA-CREF Large-Cap Value Index Fund |
| 102056 | TIAA-CREF Funds - TIAA-CREF Large-Cap Value Index Fund |
| 102004 | TIAA-CREF Funds - TIAA-CREF Mid-Cap Value Fund |

| Claim | Claimant Name |
|-------|---------------|
| 102064 | TIAA-CREF Funds - TIAA-CREF Mid-Cap Value Fund |
| 101749 | TIAA-CREF Funds - TIAA-CREF S&P 500 Index Fund |
| 102083 | TIAA-CREF Funds - TIAA-CREF S&P 500 Index Fund |
| 102020 | TIAA-CREF Life Funds - TIAA-CREF Life Bond Fund |
| 102058 | TIAA-CREF Life Funds - TIAA-CREF Life Bond Fund |
| 102045 | TIAA-CREF Life Funds - TIAA-CREF Life Large-Cap Value Fund |
| 102063 | TIAA-CREF Life Funds - TIAA-CREF Life Large-Cap Value Fund |
| 101745 | TIAA-CREF Life Funds - TIAA-CREF Life Stock Index Fund |
| 102061 | TIAA-CREF Life Funds - TIAA-CREF Life Stock Index Fund |
| 102025 | TIAA-CREF Life Insurance Company |
| 102067 | TIAA-CREF Life Insurance Company |
| 102024 | TIAA-CREF Separate Account Variable Annuity-1 - TIAA Stock Index Account |
| 102065 | TIAA-CREF Separate Account Variable Annuity-1 - TIAA Stock Index Account |
| 108100 | Tocqueville Asset Management |
| 107915 | TPSF - EQP (JENN) |
| 108266 | Trust Company of the Ozarks |
| 108130 | Trust Sourcing Solutions, LLC |
| 108123 | UBISICAVGLOBALMSCI |
| 108131 | UBISICAVUSCORE |
| 108104 | United Southern Bank |
| 109927 | United Super Pty Ltd as Trustee for the Construction and Building Unions Superannuation Fund |
| 102143 | Universities Superannuation Scheme |
| 101357 | US IG Corporate Bond (JPY Hedged) Fund, a Series Trust of Cayman World Invest Trust - SHINCORP |

| Claim | Claimant Name |
|---|---|
| 101308 | US IG Intermediate Corporate Bond (JPY Hedged) Fund, a Series Trust of Cayman World Invest Trust - SHININT |
| 101424 | Vantage Casualty Insurance Company - VANTAGE |
| 108103 | Vantage Consulting Group Inc. (fka Locus Analytics) |
| 108164 | Vassar Investors, LLC |
| 101427 | Verizon Transition Account - VZTRANS |
| 101982 | Versicherungskammer Bayern - BayernInvest Alternative Loan-Fonds |
| 107236 | VGE III Portfolio Ltd |
| 107232 | Viking Global Equities II LP |
| 107233 | Viking Global Equities LP |
| 107234 | Viking Global Opportunities Liquid Portfolio Sub-Master LP |
| 107235 | Viking Long Fund Master Ltd. |
| 102172 | VIRGINIA529 VS ING CUSTODY MV |
| 104926 | Voya General Accounts |
| 104929 | Voya General Accounts |
| 102253 | Voya Third Party |
| 108108 | Waukesha State Bank Wealth Management |
| 108107 | Wealthspire Advisors LLC |
| 104997 | Wellington Management Company |
| 105059 | WELLINGTON MANAGEMENT COMPANY |
| 101985 | Wells Fargo & Company Master Pension Trust |
| 108432 | West Palm Beach Firefighters' Pension Fund |
| 108088 | Wipfli Financial Advisors, LLC |
| 108087 | Woodley Farra Manion Portfolio Management, Inc. |
| 108082 | Woodstock Corporation |
| 108084 | Yarbrough Capital, LLC |

| Claim | Claimant Name |
|-------|---------------|
| 108086 | Zabia Colovos Gift Trust |
| 108083 | Zeke Capital Advisors, LLC |
| 108085 | ZWJ Investment Counsel |