LAWRENCE A. JACOBSON, SBN 057393
SEAN M. JACOBSON, SBN 227241
COHEN AND JACOBSON, LLP
66 Bovet Road, Suite 285
San Mateo, CA 94402
Telephone: (650) 261-6280
*laj@cohenandjacobson.com*

Attorneys for Amir Shahmirza
(Agent for Komir, Inc.) and Komir, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY, | **DECLARATION OF LAWRENCE A. JACOBSON IN SUPPORT OF CLAIMANT'S OPPOSITION TO *EX PARTE* APPLICATION PURSUANT TO LOCAL BANKRUPTCY RULE 9006-1(C) FOR AN ORDER MODIFYING DATES AND DEADLINES REGARDING OBJECTION TO CLAIM OF AMIR SHAHMIRZA AND KOMIR, INC.** |
| Debtors. | |
| G Affects PG&E Corporation<br>G Affects Pacific Gas and Electric Company<br>O Affects both Debtors | |
| | **Summary Adjudication Hearing Date:**<br><br>**Date: December 19, 2023**<br>**Time: 10:00 a.m.**<br>**Place: (Tele/Videoconference Appearances Only)**<br>**United States Bankruptcy Court**<br>**Courtroom 17, 16th Floor**<br>**San Francisco, CA 94102** |

**DECLARATION OF LAWRENCE A. JACOBSON IN SUPPORT OF CLAIMANT'S OPPOSITION TO *EX PARTE* APPLICATION PURSUANT TO LOCAL BANKRUPTCY RULE 9006-1(C) FOR AN ORDER MODIFYING DATES AND DEADLINES REGARDING OBJECTION TO CLAIM OF AMIR SHAHMIRZA AND KOMIR, INC.**

1

Case: 19-30088    Doc# 14062-1    Filed: 10/13/23    Entered: 10/13/23 10:46:21    Page 1 of 5

I, Lawrence A. Jacobson, declare:

1. I am, and at all times relevant to the subject matter of this Declaration, have been counsel for the Claimant herein with respect to the Debtors' Objection to the claim filed by Claimant.

2. Claimant previously filed its Notice of Motion and Motion for Partial Summary Judgment of Issues in Reorganized Debtors Objection to Claim #2090 and Claimant's Response Thereto (Docket No. 13478).

3. In response to the 1st Motion for Partial Summary Judgment, Debtors filed their Counter-Motion pertaining to their claim of entitlement to prescriptive easement rights (Docket No. 13567).

4. On June 12, 2023, the Court issued its Memorandum Decision on Motion for Partial Summary Judgment and Counter-Motion for Summary Judgment (Docket No. 13832).

5. On June 12, 2023, pursuant to the Memorandum Decision, the Court entered an Order Granting Motion for Partial Summary Judgment (Docket No. 13833) and Order Denying Counter-Motion for Partial Summary Judgment (Docket No. 13834) (jointly, the "1st MSJ Orders").

6. In the 1st MSJ Orders the Court set a Status Conference for July 11, 2023, for determination of scheduling of further activities in the matter.

7. On July 7, 2023, Claimant and Debtors filed their respective Status Conference Statements (Docket Nos. 13864 and 13861, respectively.

8. In its Status Conference Statement, Claimant proposed the following schedule:

| | |
|---|---|
| August 4: | Claimant to file the Motion |
| September 5: | Debtors to file a Response |
| September 19: | Claimant to file a Reply |
| October 3: | Hearing |

with the following proposed discovery schedule:

**DECLARATION OF LAWRENCE A. JACOBSON IN SUPPORT OF CLAIMANT'S OPPOSITION TO *EX PARTE* APPLICATION PURSUANT TO LOCAL BANKRUPTCY RULE 9006-1(C) FOR AN ORDER MODIFYING DATES AND DEADLINES REGARDING OBJECTION TO CLAIM OF AMIR SHAHMIRZA AND KOMIR, INC.**

2

| | | September 15: | Completion of written discovery |
| | | October 15: | Complete non-expert depositions |
| | | November 10: | Complete expert depositions |
| | | December (TBD): | Trial |

9. In their Status Conference Statement, Debtors proposed the following schedule:

    1. December 4, 2023: Complete written discovery
    2. February 1, 2024   Complete non-expert discovery
    3. April 5, 2024:     Exchange expert reports
    4. May 24, 2024:    Complete expert depositions
    5. June or July 2024: Trial

10. During the Status Conference on July 11, 2023, the Court discussed with counsel for the parties the competing schedules. Upon conclusion of the hearing, the Court set a further Status Conference hearing for July 26, 2023, and urged the parties to attempt to agree upon a scheduling order.

11. On July 12, 2023, counsel for PG&E sent the following email to counsel for Claimant:

> "From: Steven A. Lamb <slamb@rovenslamb.com>
> Sent: Wednesday, July 12, 2023 11:34 AM
> To: Lawrence A. Jacobson (laj@cohenandjacobson.com) <laj@cohenandjacobson.com>
> Subject: Shahmirza
>
> Mr. Jacobson:
>
> Below are the differing schedule proposal dates per the last Status Conference. I look forward to hearing from you after you review this and hope we can come to a mutually agreeable schedule.

| Event | Shahmirza Date | PG&E Date |
|---|---|---|
| File Motion for MSJ | 8/4/23 | 9/5/23 |
| Response | 9/5/23 | 10/20/23 |
| Reply | 9/19/23 | 11/17/23 |
| Hearing | 10/3/23 | First week in December 2023 |
| Complete Written Discovery | 9/15/23 | 10/06/23 |
| Complete Percipient Deposition | 10/15/23 | 10/15/23 |
| Submit Expert | | 11/18/23 |

**DECLARATION OF LAWRENCE A. JACOBSON IN SUPPORT OF CLAIMANT'S OPPOSITION TO *EX PARTE* APPLICATION PURSUANT TO LOCAL BANKRUPTCY RULE 9006-1(C) FOR AN ORDER MODIFYING DATES AND DEADLINES REGARDING OBJECTION TO CLAIM OF AMIR SHAHMIRZA AND KOMIR, INC.**

3

| | | |
|---|---|---|
| Reports | | |
| Complete Expert Depositions | 11/10/23 | December 2023 |
| Trial | First week of December 2023 | 2ⁿᵈ or 3ʳᵈ week in January or February 2024 |

STEVEN A. LAMB
Rovens Lamb LLP
2601 Airport Drive, Suite 370
Torrance, CA 90505
Main Line/ 310.536.7830
Facsimile/310.872.5489
slamb@rovenslamb.com/ www.rovenslamb.com"

12. On July 21, 2023, counsel for Claimant responded as follows:

"Steven

In order to move forward smoothly and cooperatively with the further summary judgment proceeding and discovery without disagreement regarding scheduling, my client agrees to the schedule you propose.

Please include in the Stipulation and Order a provision such as the following:

'The schedule set forth herein is subject to adjustment by agreement between the parties with Court approval, or by order of the Court upon good cause shown.'

Thanks.

Larry"

13. Counsel for Debtors then prepared the Stipulation and the Order that were signed and filed specifying the current schedule as proposed by PG&E.

14. Claimant filed its 2ⁿᵈ Motion for Partial Summary Judgment (Docket No. 14007) on September 5, 2023.

15. On Tuesday, October 3, 2023 counsel for PG&E requested a telephone conversation to discuss unspecified subjects. Pursuant to that request, Claimant's counsel participated in a call on the same day.

16. During the call, PG&E's counsel made its request to alter the scheduling order for extensions and postponements for 60 to 90 days. No request for alteration of scheduling had been

**DECLARATION OF LAWRENCE A. JACOBSON IN SUPPORT OF CLAIMANT'S OPPOSITION TO *EX PARTE* APPLICATION PURSUANT TO LOCAL BANKRUPTCY RULE 9006-1(C) FOR AN ORDER MODIFYING DATES AND DEADLINES REGARDING OBJECTION TO CLAIM OF AMIR SHAHMIRZA AND KOMIR, INC.**

4

1 | made prior to that phone call.

2 | 17. The reason expressed for the requested extensions and postponements related to
3 | scheduling a mediation prior to the hearing on the 2nd Summary Adjudication Motion.

4 | 18. During this call, and later conversations, Claimant's counsel offered the following
5 | accommodations:

- engage a mediator other than the original person suggested by PG&E, and accepted by Claimant without objection, as both parties expressed willingness to engage an alternate mediator;

- revise the briefing schedule to the extent appropriate to accommodate any mediation scheduling provided only that the hearing date not change;

- revise the schedule for briefing and taking the deposition of Mr. Shahmirza and shorten the period for Claimant's reply to PG&E's response from 28 days (October 20 to November 17) as provided in the Scheduling Order to fourteen (14) days (October 20 to November 3, 2023).

19. PG&E refused any adjustment that did not alter its date to file its Response and change the hearing date by 60 to 90 days.

20. Without further discussion regayrding resolution, PG&E filed its Rescheduling Motion on the following Tuesday, October 10, 2023.

21. PG&E conducted the deposition of Amir Shahmirza on October 12, 2023.

I have personal knowledge of the facts set forth herein and can competently testify thereto.

Executed at Burlingame, California, on the 13th day of October, 2023.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*/s/ Lawrence A. Jacobson*
Lawrence A. Jacobson

DECLARATION OF LAWRENCE A. JACOBSON IN SUPPORT OF CLAIMANT'S OPPOSITION TO *EX PARTE* APPLICATION PURSUANT TO LOCAL BANKRUPTCY RULE 9006-1(C) FOR AN ORDER MODIFYING DATES AND DEADLINES REGARDING OBJECTION TO CLAIM OF AMIR SHAHMIRZA AND KOMIR, INC.

5

Case: 19-30088   Doc# 14062-1   Filed: 10/13/23   Entered: 10/13/23 10:46:21   Page 5 of 5