STEPHEN R. BASSER (121590)
sbasser@barrack.com
SAMUEL M. WARD (216562)
sward@barrack.com
**BARRACK, RODOS & BACINE**
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Phone: (619) 230–0800
Fax: (619) 230–1874

*Counsel for Lehigh County Employee Pension Board*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Reorganized Debtors,<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>**X** Affects both Debtors | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered) |

**NOTICE OF AMENDMENT TO PROOF OF CLAIM NO. 100243 AND NO. 100268, PURSUANT TO ORDER AUTHORIZING AMENDMENT AND OBJECTION PROCEDURES FOR SECURITIES CLAIMS (ECF NO. 13934) ENTERED JULY 28, 2023**

NOTICE OF AMENDMENT TO PROOF OF CLAIM NO. 100243 AND NO. 100268, PURSUANT TO ORDER AUTHORIZING AMENDMENT AND OBJECTION PROCEDURES FOR SECURITIES CLAIMS (ECF NO. 13934) ENTERED JULY 28, 2023

Case: 19-30088  Doc# 14064  Filed: 10/13/23  Entered: 10/13/23 13:34:38  Page 1 of 2

PLEASE TAKE NOTICE that, pursuant to the Order Authorizing Amendment and Objection Procedures for Securities Claims (ECF No. 13934) entered July 28, 2023, and paragraph 4 of the Amendment and Objection Procedures for Securities Claims (ECF No. 13934-1), claimant Lehigh County Employee Pension Board amends claim nos. 100243 and 100268 by adopting to the extent applicable the allegations set forth in the Third Amended Consolidated Class Action Complaint for the Violation of the Federal Securities Laws (ECF No. 121) filed in *In re PG&E Corp. Secs. Litig.*, No. 3:18-cv-03509 (N.D. Cal.), **without prejudice** to claimant's right to further modify its claims in the event that a class of securities claimants is not certified in above-captioned bankruptcy proceeding, or otherwise.

DATED: October 13, 2023

Respectfully submitted,

**BARRACK, RODOS & BACINE**

By: /s/ Samuel M. Ward
STEPHEN R. BASSER
SAMUEL M. WARD
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
sbasser@barrack.com
sward@barrack.com

*Counsel for Lehigh County Employee Pension Board*

NOTICE OF AMENDMENT TO PROOF OF CLAIM NO. 100243 AND NO. 100268, PURSUANT TO ORDER AUTHORIZING AMENDMENT AND OBJECTION PROCEDURES FOR SECURITIES CLAIMS (ECF NO. 13934) ENTERED JULY 28, 2023

Case: 19-30088   Doc# 14064   Filed: 10/13/23   Entered: 10/13/23 13:34:38   Page 2 of 2