STEPHEN R. BASSER (121590)
sbasser@barrack.com
SAMUEL M. WARD (216562)
sward@barrack.com
**BARRACK, RODOS & BACINE**
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Phone: (619) 230–0800
Fax: (619) 230–1874

*Counsel for Iowa Public Employees' Retirement System*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY,<br><br>       Reorganized Debtors,<br><br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>**X** Affects both Debtors | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered) |

**NOTICE OF AMENDMENT TO PROOF OF CLAIM NO. 100147 AND NO. 100198, PURSUANT TO ORDER AUTHORIZING AMENDMENT AND OBJECTION PROCEDURES FOR SECURITIES CLAIMS (ECF NO. 13934) ENTERED JULY 28, 2023**

NOTICE OF AMENDMENT TO PROOF OF CLAIM NO. 100147 AND NO. 100198, PURSUANT TO ORDER AUTHORIZING AMENDMENT AND OBJECTION PROCEDURES FOR SECURITIES CLAIMS (ECF NO. 13934) ENTERED JULY 28, 2023

Case: 19-30088   Doc# 14065   Filed: 10/13/23   Entered: 10/13/23 13:37:53   Page 1 of 2

PLEASE TAKE NOTICE that, pursuant to the Order Authorizing Amendment and Objection Procedures for Securities Claims (ECF No. 13934) entered July 28, 2023, and paragraph 4 of the Amendment and Objection Procedures for Securities Claims (ECF No. 13934-1), claimant Iowa Public Employees' Retirement System amends claim nos. 100147 and 100198 by adopting to the extent applicable the allegations set forth in the Third Amended Consolidated Class Action Complaint for the Violation of the Federal Securities Laws (ECF No. 121) filed in *In re PG&E Corp. Secs. Litig.*, No. 3:18-cv-03509 (N.D. Cal.), **without prejudice** to claimant's right to further modify its claims in the event that a class of securities claimants is not certified in above-captioned bankruptcy proceeding, or otherwise.

DATED: October 13, 2023     Respectfully submitted,

             **BARRACK, RODOS & BACINE**

             By: /s/ Samuel M. Ward
              STEPHEN R. BASSER
              SAMUEL M. WARD
              600 West Broadway, Suite 900
              San Diego, CA 92101
              Telephone: (619) 230-0800
              Facsimile: (619) 230-1874
              sbasser@barrack.com
              sward@barrack.com

             *Counsel for Iowa Public Employees'*
             *Retirement System*

NOTICE OF AMENDMENT TO PROOF OF CLAIM NO. 100147 AND NO. 100198, PURSUANT TO ORDER AUTHORIZING AMENDMENT AND OBJECTION PROCEDURES FOR SECURITIES CLAIMS (ECF NO. 13934) ENTERED JULY 28, 2023

Case: 19-30088 Doc# 14065 Filed: 10/13/23 Entered: 10/13/23 13:37:53 Page 2 of 2