Entered on Docket
October 13, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: October 13, 2023**



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER ALLOWING CLAIM OF JASON PARKER AS TIMELY FILED**

The court has reviewed and considered the letter to the court from Jason Parker that the court will deem to be a Motion to File Late Claim ("Late Claim Motion") (Dkt. 14035) and the *Fire Victim Trustee's Statement of Non-Opposition to Letter Request of Jason Parker* ("Statement") (Dkt. 14059).

As the Trustee has no opposition to the Late Claim Motion, the court hereby GRANTS the Late Claim Motion and deems proof of

claim number 97098 of Mr. Parker timely, but subject to the Trustee's reservation at paragraph 12 of the Statement.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST

Jason Parker
119 Wilson Ave
Modesto, CA 95354-2749