# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Rohany Tejada, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("**Kroll**")[1], the claims and noticing agent for the Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On October 4, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on Richard Petersen, 970 Kingwood St., Santa Rosa, CA 95401 and Adrienne Collins, 951 Petaluma Blvd. S, #310, Petaluma, CA 94952:

- Order Denying Motions to Allow Late Claims [Docket No. 14047]

3. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 11th day of October 2023, at New York, NY.

                                          */s/ Rohany Tejada*
                                          Rohany Tejada