EDWARD J. TREDINNICK (SBN 84033)
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436
E-mail: etredinnick@foxrothschild.com

Attorneys for Creditor San Francisco City & County
Employees Retirement System

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>    -and<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><hr>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No.: 19-30088-DM<br>(Lead Case - Jointly Administered)<br><br>Chapter 11<br><br>**NOTICE OF AMENDMENT TO PROOF OF CLAIM NO. 101127 AND NO. 101140 PURSUANT TO ORDER AUTHORIZING AMENDMENT AND OBJECTION PROCEDURES FOR SECURITIES CLAIMS (ECF DOCKET NO. 13934) ENTERED JULY 28, 2023** |

      PLEASE TAKE NOTICE that, pursuant to the Order Authorizing Amendment and Objection Procedures for Securities Claims (ECF Docket No. 13934) entered July 28, 2023, and paragraph 4 of the Amendment and Objection Procedures for Securities Claims (ECF Docket No. 13934-1), claimant San Francisco City & County Employees' Retirement System amends claim nos. 101127 and 101140 by adopting to the extent applicable the allegations set forth in the Third Amended Consolidated Class Action Complaint for the Violation of the Federal Securities Laws (ECF

150457544.1

Case: 19-30088    Doc# 14068    Filed: 10/13/23    Entered: 10/13/23 17:04:27    Page 1 of 14

Docket No. 121) filed in *In re PG&E Corp. Secs. Litig.*, No. 3:18-cv-03509 (N.D. Cal.), **without prejudice** to claimant's right to further modify its claims in the event that a class of securities claimants is not certified in above-captioned bankruptcy proceeding, or otherwise.

DATED: October 13, 2023

Respectfully submitted,

FOX ROTHSCHILD LLP

By: /s/*Edward J. Tredinnick*
Edward J. Tredinnick

Attorneys for Creditor, San Francisco City & County Employees Retirement System

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 900, Los Angeles, CA 90067.

A true and correct copy of the foregoing documents entitled: NOTICE OF AMENDMENT TO PROOF OF CLAIM NO. 101127 AND NO. 101140 PURSUANT TO ORDER AUTHORIZING AMENDMENT AND OBJECTION PROCEDURES FOR SECURITIES CLAIMS (ECF DOCKET NO. 13934) ENTERED JULY 28, 2023 on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 10/13/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Elliot Adler    eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Aaron L. Agenbroad    alagenbroad@jonesday.com, saltamirano@jonesday.com
- Gabrielle L. Albert    galbert@kbkllp.com
- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Destiny N. Almogue    Destiny.Almogue@skadden.com, wendy.lamanna@skadden.com
- Monique D. Almy    malmy@crowell.com
- Anne Andrews    aandrews@andrewsthornton.com, aandrews@andrewsthornton.com
- Philip Anker    philip.anker@wilmerhale.com, whdocketing@wilmerhale.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Tyson Arbuthnot    tarbuthnot@rjo.com, jyeung@rjo.com
- Lauren T. Attard    lattard@bakerlaw.com, agrosso@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Chris Bator    cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com
- Andrew David Behlmann    abehlmann@lowenstein.com, elawler@lowenstein.com
- Tanya Behnam    tbehnam@polsinelli.com, ladocketing@polsinelli.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti    pbenvenutti@kbkllp.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Ronald F. Berestka    rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
- Christian Paul Binder    chris@bindermalter.com, cbinder@bindermalter.com
- Heinz Binder    heinz@bindermalter.com
- Jared D. Bissell    jared.bissell@troutman.com
- Jason Blumberg    jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- Richard Bodnar    rbodnar@rksllp.com
- Melissa Boey    melissa.boey@morganlewis.com
- Paige Boldt    pboldt@wattsguerra.com, cwilson@wattsguerra.com
- Jason Borg    jborg@jasonborglaw.com
- Evan C. Borges    eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- Mark Bostick    mbostick@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com
- James L. Bothwell    jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
- Peter R. Boutin    peter.boutin@kyl.com, lara.joel@kyl.com
- Erin N. Brady    erin.brady@hoganlovells.com
- Lee Brand    lee.brand@pillsburylaw.com, docket@pillsburylaw.com

Active\118774763.v1-1/20/21

- Gregory A. Bray    gbray@milbank.com
- Michael D. Breslauer    mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Chane Buck    cbuck@jonesday.com
- Kathlene Burke    burke.kathlene@gmail.com, burke.kathlene@gmail.com
- Craig A Burnett    cburnett@nomoredebt.com, bkecf@nomoredebt.com
- Frank Busch    busch@wvbrlaw.com, pallister@wvbrlaw.com
- Elizabeth J. Cabraser    ecabraser@lchb.com, awolf@lchb.com
- Anthony P. Cali    anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- Peter C. Califano    pcalifano@nvlawllp.com
- Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com
- Michael P. Canty    mcanty@labaton.com
- Leah E. Capritta    Leah.Capritta@hklaw.com, reena.kaur@hklaw.com
- Nicholas A. Carlin    nac@phillaw.com, rac@phillaw.com
- Frank Thomas More Catalina    fcatalina@rksllp.com
- Katherine Rose Catanese    kcatanese@foley.com
- Matthew Cave    mcave@kfc.law
- Barry A. Chatz    barry.chatz@saul.com, barry.chatz@gmail.com
- Karen J. Chedister    kchedister@h-jlaw.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Kevin Chiu    kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com
- Jacquelyn H. Choi    jacquelyn.choi@rimonlaw.com, docketing@rimonlaw.com
- Shawn M. Christianson    schristianson@buchalter.com
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Jae Angela Chun    ajc@chun.law
- Gerard T. Cicero    GCicero@brownrudnick.com, NKhalatova@brownrudnick.com
- Louis J. Cisz    lcisz@nixonpeabody.com
- Valerie E. Clemen    , mcarter@coombslaw.com
- Alicia Clough    aclough@loeb.com
- Tiffany Strelow Cobb    tscobb@vorys.com
- John B. Coffman    john@johncoffman.net
- Kevin G. Collins    kevin.collins@btlaw.com
- Brian S. Conlon    bsc@phillaw.com, rac@phillaw.com
- Charles Cording    ccording@willkie.com, mao@willkie.com
- Manuel Corrales    mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Anne Costin    anne@costinlawfirm.com
- Christopher J. Cox    chris.cox@hoganlovells.com
- Donald H. Cram    dhc@severson.com
- Ashley Vinson Crawford    avcrawford@akingump.com, dkrasa-berstell@akingump.com
- Douglas S. Crosno    douglas.crosno@hoganlovells.com
- Andrea Crowl    acrowl@dbbwc.com
- J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham    , rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis    tambra.curtis@sonoma-county.org, Megan.Sweeley@sonoma-county.org
- Stacy A. Dasaro    sdasaro@goodwinlaw.com
- James M. Davis    jdavis@cglaw.com
- Nicolas De Lancie    ndelancie@jmbm.com
- Judith A. Descalso    , jad_9193@ecf.courtdrive.com
- Erin Elizabeth Dexter    edexter@milbank.com
- Shounak Sanjeev Dharap    ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer    kdiemer@diemerwei.com

- John P. Dillman     houston_bankruptcy@lgbs.com
- Caroline R. Djang     cdjang@buchalter.com, Laurie.Verstegen@bbklaw.com
- Krystal Dong     ykdong@gmail.com
- Jonathan R. Doolittle     jonathan.doolittle@pillsburylaw.com
- Jennifer V. Doran     jdoran@hinckleyallen.com
- Dustin M. Dow     ddow@bakerlaw.com, jmcguigan@bakerlaw.com
- Jamie P. Dreher     jdreher@downeybrand.com
- Todd Dressel     tdressel@mcguirewoods.com, jtabisaura@mcguirewoods.com
- Geoffrey B. Dryvynsyde     gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
- Jeffrey Aaron Dubbin     jdubbin@labaton.com, echan-lee@labaton.com
- Thomas A Dubbs     tdubbs@labaton.com
- Matthew Ducharme     matthew.ducharme@hoganlovells.com, tracy.southwell@hoganlovells.com
- Cecily Ann Dumas     cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- Dennis F. Dunne     cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne     ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong     annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Luke N. Eaton     eatonl@pepperlaw.com, monugiac@pepperlaw.com
- Daniel G. Egan     daniel.egan@ropesgray.com, nova.alindogan@ropesgray.com
- Joseph A. Eisenberg     JAE1900@yahoo.com
- Michele Ellison     mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- David Emerzian     , Melany.Hertel@mccormickbarstow.com
- G. Larry Engel     larry@engeladvice.com
- Krista M. Enns     KEnns@beneschlaw.com
- Scott Esbin     sesbin@esbinalter.com
- Joseph M. Esmont     jesmont@bakerlaw.com
- Michael P. Esser     michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- Richard W. Esterkin     richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- Michael S. Etkin     metkin@lowenstein.com
- Jacob M. Faircloth     jacob@bfolegal.com
- Brett D. Fallon     bfallon@morrisjames.com, wweller@morrisjames.com
- Michael C. Fallon     , manders@fallonlaw.net
- Joana Fang     jf@kbklawyers.com, icd@kbklawyers.com
- Joseph Kyle Feist     jfeistesq@gmail.com, info@norcallawgroup.net
- David M. Feldman     DFeldman@gibsondunn.com
- Matthew A. Feldman     mfeldman@willkie.com
- Jennifer Feldsher     jennifer.feldsher@morganlewis.com
- Mark E. Felger     mfelger@cozen.com
- James J. Ficenec     James.Ficenec@ndlf.com
- Kimberly S. Fineman     kfineman@fhlawllp.com
- Stephen D. Finestone     sfinestone@fhlawllp.com
- Timothy M. Flaherty     tflaherty@mpplaw.com
- Daniel I. Forman     dforman@willkie.com
- Matthew Hampton Foushee     hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- James P. Frantz     rosa@frantzlawgroup.com
- Carolyn Frederick     cfrederick@prklaw.com
- Matthew Patrick French     mfrench@baumhedlundlaw.com
- Peter Friedman     pfriedman@omm.com
- Roger F. Friedman     rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu     jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Lars H. Fuller     lfuller@bakerlaw.com
- Thomas M. Gaa     tgaa@bbslaw.com
- Larry W. Gabriel     , nfields@bg.law
- Craig Solomon Ganz     ganzc@ballardspahr.com, hartt@ballardspahr.com

- Jeffrey K. Garfinkle    jgarfinkle@buchalter.com, lverstegen@buchalter.com
- Oscar Garza    ogarza@thegarzafirm.com
- Lisa S. Gast    lsg@dwgp.com, lmk@dwgp.com
- Paul R. Gaus    pgaus@downeybrand.com
- Duane M. Geck    dmg@severson.com
- Evelina Gentry    evelina.gentry@akerman.com
- Janet D. Gertz    jgertz@btlaw.com
- Christopher Gessner    cgessner@akingump.com, NYMCO@akingump.com
- R. Dale Ginter    dginter@downeybrand.com
- Jon T. Givens    givensjt@gmail.com, cwilson@wattsguerra.com
- Barry S. Glaser    bglaser@salvatoboufadel.com
- Paul R. Glassman    pglassman@sycr.com
- Gabriel I. Glazer    gglazer@pszjlaw.com
- Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Jaime Godin    Jtouchstone@fddcm.com
- Matthew A. Gold    courts@argopartners.net
- Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Craig Goldblatt    Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com
- Amy L. Goldman    goldman@lbbslaw.com
- Eric S. Goldstein    egoldstein@goodwin.com
- Rhonda Stewart Goldstein    Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- Eric R. Goodman    egoodman@bakerlaw.com
- Michael R. Goodstein    mgoodstein@baileycav.com
- Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutinjones.com
- Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutinjones.com
- Michael I. Gottfried    mgottfried@elkinskalt.com, AAburto@elkinskalt.com
- Louis Gottlieb    Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Elizabeth Graham    egraham@gelaw.com
- Eric A. Grasberger    eric.grasberger@stoel.com, docketclerk@stoel.com
- Debra I. Grassgreen    , hphan@pszjlaw.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Eric A. Gravink    eric@rhrc.net
- Elizabeth A. Green    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- Tracy Green    tgreen@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com
- Alan Greenberg    agreenberg@ggtriallaw.com
- Mitchell B. Greenberg    mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- Brian Gregory    b.gregory@veenfirm.com, EL.Team@Veenfirm.com
- Susan Sieger Grimm    SSieger-Grimm@brownrudnick.com, NKhalatova@brownrudnick.com
- Matthew W. Grimshaw    matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com
- Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Carl L. Grumer    cgrumer@manatt.com, mchung@manatt.com
- Ralph P. Guenther    doughertyandguentherapc@jubileebk.net, Notices@montereylaw.com
- David Matthew Guess    dguess@buchalter.com
- Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com
- Lloyd C. Guintivano    anitag@co.lake.ca.us, lloydg@co.lake.ca.us
- Cameron M. Gulden    cameron.m.gulden@usdoj.gov
- Mirco J. Haag    mhaag@buchalter.com, dcyrankowski@buchalter.com
- Laurie Hager    lhager@sussmanshank.com
- J. Noah Hagey    hagey@braunhagey.com, tong@braunhagey.com
- Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com
- Michael Hampson    mhampson@rksllp.com
- Kimberly A. Hancock    khancock@msh.law, khanc1965@msn.com

- Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com
- Jay Harker    jharker@clausen.com, mgenova@clausen.com
- Joseph George Harraka    jgharraka@becker.legal
- Adam C. Harris    adam.harris@srz.com
- Robert G. Harris    rob@bindermalter.com, RobertW@BinderMalter.com
- Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Christopher V. Hawkins    hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com
- Jennifer C. Hayes    jhayes@fhlawllp.com
- Geoffrey A. Heaton    gheaton@duanemorris.com, dmicros@duanemorris.com
- Michael C. Hefter    michael.hefter@hoganlovells.com, tracy.southwell@hoganlovells.com
- Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com
- Samy Saad Henein    samyhenein@aol.com, mh@suppalaw.com
- Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com
- Matthew Heyn    matthew.heyn@doj.ca.gov
- Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- James P. Hill    hill@sullivanhill.com, bkstaff@sullivanhill.com
- Morgan R. Hirst    mhirst@jonesday.com, mmelvin@jonesday.com
- Thomas G. Hoffman    thoffman@labaton.com
- Michael R. Hogue    hoguem@gtlaw.com, navarrom@gtlaw.com
- David Holtzman    david.holtzman@hklaw.com
- Alexandra S. Horwitz    allie.horwitz@dinsmore.com
- Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com
- Linda Wendell Hsu    lhsu@selmanlaw.com, psmith@selmanlaw.com
- Shane Huang    shane.huang@usdoj.gov
- Brian D. Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com
- Kelly L. Huey    khuey@burkeandkesslerlaw.com
- Christopher Hughes    chughes@nossaman.com
- Jonathan Hughes    , jane.rustice@aporter.com
- Edward R. Huguenin    ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
- Michael A. Isaacs    misaacs@rinconlawllp.com, aworthing@rinconlawllp.com
- Mark V. Isola    misola@brotherssmithlaw.com
- J. Eric Ivester    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester    , Andrea.Bates@skadden.com
- Lawrence A. Jacobson    laj@cohenandjacobson.com, mcycle48@gmail.com
- Paul M. Jamond    jamond@pacbell.net
- Kizzy L. Jarashow    KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com
- Ivan C. Jen    ivan@icjenlaw.com
- Amanda Jereige    ajereige@cooley.com, amanda-jereige-5954@ecf.pacerpro.com
- Chris Johnstone    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Andrew Jones    andrew@ajoneslaw.com
- Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com
- John L. Jones    JJones@chwlaw.us, JLJones2@outlook.com
- Robert A. Julian    rjulian@bakerlaw.com, hhammonturano@bakerlaw.com
- George H. Kalikman    , sdavenport@schnader.com
- Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com
- Bonnie E. Kane    bonnie@thekanelawfirm.com, skane@thekanelawfirm.com
- Eve H. Karasik    ehk@lnbyb.com
- Michael G. Kasolas    trustee@kasolas.net, ecf.alert+Kasolas@titlexi.com
- Elyssa S. Kates    ekates@bakerlaw.com
- Ori Katz    okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- William M. Kaufman    wkaufman@smwb.com, eschneider@smwb.com
- Jane G. Kearl    jkearl@watttieder.com, jbenton@watttieder.com
- Tobias S. Keller    tkeller@kbkllp.com

- Lynette C. Kelly    ustpregion17.oa.ecf@usdoj.gov
- Sarah Elisabeth Kelly-Kilgore    skellykilgore@ggtriallaw.com, dvultaggio@ggtriallaw.com
- Matthew K. Kelsey    mkelsey@gibsondunn.com
- Gerald P. Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
- Erica L. Kerman    ekerman@willkie.com
- Samuel M. Kidder    skidder@ktbslaw.com
- Marc Kieselstein    , carrie.oppenheim@kirkland.com
- Jane Kim    jkim@kbkllp.com
- Mary H. Kim    Mary.Kim@dechert.com, brett.stone@dechert.com
- Susan E. Kirkgaard    , carlyn.jorgensen@bullivant.com
- Kody D. L. Kleber    kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- Matthew Ryan Klinger    mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- Johnny Knadler    jdknadler@yahoo.com
- Bradley C. Knapp    bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- Kelly V. Knight    kelly.knight@srz.com
- Lydia Vanessa Ko    Lvko@stonelawoffice.com
- Thomas F. Koegel    tkoegel@crowell.com, ecf-a43fdb77cd37@ecf.pacerpro.com
- Katherine B Kohn    katherine.kohn@thompsonhine.com, ashahinllari@groom.com
- Andy S. Kong    kong.andy@arentfox.com
- Anna Kordas    akordas@jonesday.com, mmelvin@jonesday.com
- Alan W. Kornberg    , akornberg@paulweiss.com
- Bernard Kornberg    bernard.kornberg@practus.com
- David I. Kornbluh    dkombluh@venturahersey.com, jpatterson@venturahersey.com
- Lauren Kramer    lkramer@rjo.com
- Marc Kramer    mkramer@rksllp.com
- Jeffrey C. Krause    jkrause@gibsondunn.com
- Lindsey E. Kress    lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser    hkreuser@porterlaw.com, ooberg@porterlaw.com
- Kevin Kroll    kkroll@kfc.law
- Michael Thomas Krueger    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Marek P. Krzyzowski    MKrzyzowski@brownrudnick.com, SCalderon@brownrudnick.com
- Robert T. Kugler    robert.kugler@stinson.com, Jess.Rehbein@stinson.com
- Duane Kumagai    dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com
- Brendan M. Kunkle    bkunkle@abbeylaw.com, lmeyer@abbeylaw.com
- Alisa C. Lacey    alisa.lacey@stinson.com, karen.graves@stinson.com
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov
- Richard A. Lapping    richard.lapping@gmail.com
- Omeed Latifi    olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- John E. Lattin    jlattin@ostergar.com, cslovenec@ostergar.com
- Paul J. Laurin    plaurin@btlaw.com, slmoore@btlaw.com
- Michael Lauter    mlauter@sheppardmullin.com
- Kenneth T. Law    klaw@bbslaw.com
- Francis J. Lawall    francis.lawall@troutman.com, susan.henry@troutman.com
- Andrew Michael Leblanc    ALeblanc@milbank.com
- Erica Lee    Erica.Lee@doj.ca.gov
- Scott Lee    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Paul J. Leeds    pleeds@fsl.law, ssanchez@fsl.law
- Edward J. Leen    eleen@mkbllp.com
- Lisa Lenherr    llenherr@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com
- Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch    bletsch@braytonlaw.com
- David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin    alevin@wcghlaw.com

- Emily Sarah Levin    elevin@levinlawgroupplc.com
- David Levine    dnl@groom.com
- Marc A. Levinson    Malevinson@orrick.com, casestream@ecf.courtdrive.com
- Dara Levinson Silveira    dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com
- Alexander James Demitro Lewicki    kdiemer@diemerwei.com
- Alexander James Demitro Lewicki    alewicki@diemerwei.com
- Lauren Lifland    lauren.lifland@wilmerhale.com, whdocketing@wilmerhale.com
- William S. Lisa    , jcaruso@nixonpeabody.com
- William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb    jon.loeb@bingham.com
- Michael B. Lubic    michael.lubic@klgates.com
- John William Lucas    , ocarpio@pszjlaw.com
- Joseph R. Lucia    PersonalInjuryGroup@RLSlawyers.com
- Jane Luciano    jane-luciano@comcast.net
- Kerri Lyman    klyman@irell.com, #-FirmPSDocketing@Steptoe.com
- John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald    imac@macfern.com, 6824376420@filings.docketbird.com
- Malcolm A. Mackenzie    mmackenzie@coombslaw.com, vclemen@coombslaw.com
- Tracy L. Mainguy    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Katharine Malone    malonek@gtlaw.com
- Liam K. Malone    malone@oles.com, shahin@oles.com
- Michael W. Malter    michael@bindermalter.com
- Ankur Mandhania    amandhania@mayerbrown.com
- Craig Margulies    cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr    gemarr59@hotmail.com
- Richard A. Marshack    rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com
- Catherine Martin    cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- Laila Masud    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com
- David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick Maxcy    patrick.maxcy@dentons.com, docket.general.lit.chi@dentons.com
- Simon Richard Mayer    simon.mayer@lockelord.com, Rellis@lockelord.com
- James J. Mazza    james.mazza@skadden.com, wendy.lamanna@skadden.com
- Benjamin P. McCallen    bmccallen@willkie.com
- C. Luckey McDowell    luckey.mcdowell@shearman.com
- Matthew D. McGill    MMcGill@gibsondunn.com
- Melissa C. McLaughlin    mcmclaughlin@venable.com, ataylor@venable.com
- Edward Joseph McNeilly    edward.mcneilly@hoganlovells.com, verbon.davenport@hoganlovells.com
- Scott H. McNutt    SMcNutt@ml-sf.com, csnell@ml-sf.com
- Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo    peter@pmrklaw.com
- Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com
- Jennifer L. Mersing    jennifer.mersing@stoel.com, lisa.petras@stoel.com
- Joshua M. Mester    jmester@jonesday.com
- Matthew D. Metzger    belvederelegalecf@gmail.com, 8450177420@filings.docketbird.com
- Merle C. Meyers    mmeyers@mlg-pc.com
- Randy Michelson    randy.michelson@michelsonlawgroup.com
- Gerardo Mijares-Shafai    Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com
- Joel S. Miliband    jmiliband@brownrudnick.com
- John W. Mills    jmills@joneswalker.com

- Joseph G. Minias    jminias@willkie.com
- M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Benjamin Mintz    benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com
- Nancy Mitchell    nmitchell@omm.com
- Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Aaron J. Mohamed    ajm@brereton.law, aaronmohamedlaw@gmail.com
- David Molton    dmolton@brownrudnick.com
- Kevin Montee    kmontee@monteeassociates.com
- Christopher D. Moon    chris@moonlawapc.com, kevin@moonlawapc.com
- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com
- Candace J. Morey    cjm@cpuc.ca.gov
- Courtney L. Morgan    morgan.courtney@pbgc.gov
- Richard Morin    , 6863427420@filings.docketbird.com
- Kimberly S. Morris    kmorris@bakerlaw.com, hhammonturano@bakerlaw.com
- Rodney Allen Morris    Rodney.Morris2@usdoj.gov
- Joshua D. Morse    Joshua.Morse@dlapiper.com, docket@pillsburylaw.com
- Andrew H. Morton    andrew.morton@stoel.com, lisa.petras@stoel.com
- Thomas G. Mouzes    tmouzes@boutininc.com
- Thomas G. Mouzes    tmouzes@boutinjones.com
- Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- John Leland Murphree    LMurphree@maynardcooper.com, mshabpareh@maynardcooper.com
- Bennett J. Murphy    bmurphy@bennettmurphylaw.com
- Julie M. Murphy    jmmurphy@stradley.com
- Michael S. Myers    myersm@ballardspahr.com, PHXLitLAAs@ballardspahr.com
- David L. Neale    dln@lnbyg.com
- David Neier    dneier@winston.com
- Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com
- Michael S. Neumeister    MNeumeister@gibsondunn.com
- Howard S. Nevins    lsamosa@hsmlaw.com
- Samuel A. Newman    sam.newman@sidley.com, laefilingnotice@sidley.com
- Melissa T. Ngo    harris.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas    mario.nicholas@stoel.com, ana.trask@stoel.com
- Dustin Nirschl    dustin.nirschl@bbklaw.com, Linda.tapia@bbklaw.com
- Sean Nolan    snolan@akingump.com, NYMCO@akingump.com
- Gregory C. Nuti    chart@nutihart.com, nwhite@nutihart.com
- Eric A. Nyberg    e.nyberg@kornfieldlaw.com, g.michael@kornfieldlaw.com
- Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com
- Alicia D. O'Neill    aoneill@wattsguerra.com, cwilson@wattsguerra.com
- Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Aron M. Oliner    roliner@duanemorris.com, dmicros@duanemorris.com
- Matthew Jon Olson    matt@macfern.com, stell.laura@dorsey.com
- Scott Olson    scott.olson@bclplaw.com
- Steven M. Olson    steve@bfolegal.com
- Aram Ordubegian    Ordubegian.Aram@ArentFox.com
- Jose Antonio Ortiz    aortiz@jhwclaw.com
- Keith C. Owens    kowens@foxrothschild.com, ARCDocketing@foxrothschild.com
- Gabriel Ozel    , gabeozel@gmail.com
- Amy S. Park    amy.park@skadden.com
- Donna Taylor Parkinson    donna@parkinsonphinney.com
- Peter S. Partee    ppartee@huntonak.com, candonian@huntonak.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, docket@ffwplaw.com

- Kenneth Pasquale , mlaskowski@stroock.com
- Dow Wakefield Patten dow@forthrightlaw.com
- Larry Allan Peluso pelusolaw@gmail.com, firm@pelusolaw.net
- Valerie Bantner Peo vbantnerpeo@buchalter.com
- Yosef Peretz yperetz@peretzlaw.com, skim@peretzlaw.com
- Christian A Pereyda cpereyda@maynardnexsen.com
- Thomas R. Phinney tphinney@ffwplaw.com
- R. Alexander Pilmer alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston rpinkston@seyfarth.com, 5314522420@filings.docketbird.com
- Estela O. Pino epino@epinolaw.com, rmahal@epinolaw.com
- Gregory Plaskett GREGORY.PLASKETT@GMAIL.COM
- Mark D. Plevin mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com
- Steven G. Polard spolard@eisnerlaw.com, calendar-lao@ropers.com
- Mark D. Poniatowski ponlaw@ponlaw.com
- Cara M. Porter cporter@marincounty.org, ealfaro@marincounty.org
- Jack Praetzellis jpraetzellis@foxrothschild.com, jack-praetzellis-1683@ecf.pacerpro.com
- Christopher E. Prince cprince@lesnickprince.com
- Douglas B. Provencher dbp@provlaw.com
- Amy C. Quartarolo amy.quartarolo@lw.com
- Lary Alan Rappaport lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins justinrawlins@paulhastings.com
- Hugh M. Ray hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready smeyer@farmerandready.com
- Caroline A. Reckler caroline.reckler@lw.com
- Scott Reents sreents@cravath.com
- Steven J. Reisman sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner jreisner@irell.com, #-FirmPSDocketing@Steptoe.com
- Jack A. Reitman , srichmond@lgbfirm.com
- Emily P. Rich erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- David J. Richardson drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
- Jeffrey Ritholtz jritholtz@rksllp.com
- Christopher O. Rivas crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- David B. Rivkin drivkin@bakerlaw.com, jmeeks@bakerlaw.com
- John R. Rizzardi kcoselman@cairncross.com, tnguyen@cairncross.com
- Daniel Robertson robertson.daniel@pbgc.gov, efile@pbgc.gov
- Michael Rogers mrogers@lambertrogers.com, jan@lambertrogers.com
- Lawrence M. Rolnick lrolnick@rksllp.com
- Christina Romak christina.romak@bakerbotts.com, vanessa.araujo@bakerbotts.com
- Natali A. Ron ngulli@hastingslawoffice.com, ksousa@hastingslawoffice.com
- Jorian L. Rose jrose@bakerlaw.com
- Laurence M. Rosen lrosen@rosenlegal.com, zstanco@rosenlegal.com
- Paul M. Rosenblatt prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- David A. Rosenzweig david.rosenzweig@nortonrosefulbright.com
- Gregory A. Rougeau grougeau@brlawsf.com
- Jason C. Rubinstein jrubinstein@fklaw.com, mclerk@fklaw.com
- Nathan Q. Rugg nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp trupp@kbkllp.com
- Steven B. Sacks ssacks@sackslawoffice.com
- Eric E. Sagerman esagerman@bakerlaw.com
- Robert Sahyan rsahyan@sheppardmullin.com, lsegura@sheppardmullin.com
- Gregory M. Salvato gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- Jonathan C. Sanders jsanders@stblaw.com
- Nanette D. Sanders nanette@ringstadlaw.com, becky@ringstadlaw.com
- Lovee Sarenas lovee.sarenas@dinsmore.com

- Brandy A. Sargent    brandy.sargent@klgates.com, docketclerk@stoel.com
- Patricia Savage    psavesq@gmail.com, jodi.savage@gmail.com
- Sblend A. Sblendorio    sas@hogefenton.com
- Francis O. Scarpulla    fos@scarpullalaw.com, cpc@scarpullalaw.com
- Daren M Schlecter    daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider    bschneider@kbkfirm.com
- Harvey S. Schochet    Harveyschochet@dwt.com
- Nathan A. Schultz    nschultzesq@gmail.com, kjarashow@goodwinlaw.com
- Irwin Schwartz    ischwartz@blaschwartz.com
- Lisa Schweitzer    lschweitzer@cgsh.com
- Eric J. Seiler    eseiler@fklaw.com, mclerk@fklaw.com
- Jonathan A. Shapiro    JShapiro@goodwinlaw.com
- James A. Shepherd    , gina@jsheplaw.com
- Robin Shofner    rshofner@scalefirm.com
- Leonard M. Shulman    lshulman@shbllp.com
- Andrew I. Silfen    andrew.silfen@arentfox.com
- Wayne A. Silver    ws@waynesilverlaw.com, ws@waynesilverlaw.com
- Brandt Silver-Korn    bsilverkorn@edelson.com, docket@edelson.com
- Craig S. Simon    csimon@bergerkahn.com, aketcher@bergerkahn.com
- Gerald Singleton    gerald@slffirm.com, BKECFCANB@SLFfirm.com
- Steven J. Skikos    sskikos@skikos.com, mmontoya@skikos.com
- Michael K. Slattery    mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum    jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol    jdsokol@lawssl.com
- Daniel Solish    cocolaw@stancounty.com, solishd@stancounty.com
- Randye B. Soref    rsoref@polsinelli.com, ccripe@polsinelli.com
- Joseph Sorkin    jsorkin@akingump.com, NYMCO@akingump.com
- Michael St. James    ecf@stjames-law.com
- Michele R. Stafford    mstafford@tuckerlaw.com, ecotterill@tuckerlaw.com
- Diane C. Stanfield    diane.stanfield@alston.com, nelly.villaneda@alston.com
- Howard J. Steinberg    steinbergh@gtlaw.com, pearsaltt@gtlaw.com
- Harriet A. Steiner    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@rimonlaw.com, docketing@rimonlaw.com
- Cheryl L. Stengel    clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern    dstern@ktbslaw.com
- Geoffrey S. Stewart    gstewart@jonesday.com, mmelvin@jonesday.com
- Alan Joseph Stone    AStone@milbank.com, DMcCracken@Milbank.com
- Jason D. Strabo    jstrabo@mwe.com
- Michael H. Strub    mstrub@ggtriallaw.com, mhstrub1@gmail.com
- Rebecca Suarez    rsuarez@crowell.com
- Brad T. Summers    , docketing-pdx@lanepowell.com
- Karin Swope    kswope@cpmlegal.com
- Kristine Theodesia Takvoryan    ktakvoryan@ckrlaw.com
- Kesha Tanabe    kesha@tanabelaw.com
- Dante Taylor    dante.taylor@sfcityatty.org
- Elizabeth Lee Thompson    ethompson@stites.com, docketclerk@stites.com
- John C. Thornton    jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Elisa Tolentino    cao.main@sanjoseca.gov
- Meagan S. Tom    meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward J. Tredinnick    etredinnick@foxrothschild.com
- Matthew J. Troy    matthew.troy@usdoj.gov

- Michael Tye    Michael.Tye@usdoj.gov
- Donald W. Ullrich    ullrichlawfirm@att.net
- Gary D. Underdahl    gunderdahl@askllp.com, lmiskowiec@askllp.com
- Jonathan D. Uslaner    jonathanu@blbglaw.com
- Andrew Van Ornum    avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- Carol C. Villegas    cvillegas@labaton.com, NDonlon@labaton.com
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Bao M. Vu    bao.vu@stoel.com, sharon.witkin@stoel.com
- Nicholas Wagner    kschemen@wagnerjones.com, bwagner@wagnerjones.com
- Jonathan D. Waisnor    jwaisnor@willkie.com, mao@willkie.com
- Rachel M. Walsh    rwalsh@goodwinlaw.com, tsutton@goodwinlaw.com
- Riley C. Walter    RIBTecf@wjhattorneys.com
- Phillip K. Wang    phillip.wang@rimonlaw.com
- Samuel M. Ward    sward@barrack.com, cfessia@barrack.com
- Philip S. Warden    philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- Gregory P. Waters    gwaters@elllaw.com, gregorywatersesq@gmail.com
- Guy L. Watts    gwatts@wattsguerra.com, cwilson@wattsguerra.com
- Mikal C. Watts    mcwatts@wattsguerra.com, cwilson@wattsguerra.com
- Jack W Weaver    shannon@weltyweaver.com
- Laura Herron Weber    lweber@sl-employmentlaw.com
- Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com
- Joseph M. Welch    joseph.welch@blankrome.com, lverstegen@buchalter.com
- Todd J. Wenzel    todd@wenzellawoffices.com
- Meredith Werner    meredith.werner@clydeco.us
- David Walter Wessel    DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Joseph West    westjoseph@earthlink.net, josephw998@gmail.com
- Drew M. Widders    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Jason P. Williams    , maryanne@wplgattorneys.com
- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, diana.cardenas@nortonrosefulbright.com
- David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans    rwitthans@fhlawllp.com
- Keith H. Wofford    keith.wofford@ropesgray.com, nova.alindogan@ropesgray.com
- Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Douglas Wolfe    asm@asmcapital.com
- Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher K.S. Wong    christopher.wong@afslaw.com, yvonne.li@afslaw.com
- David A. Wood    dwood@marshackhays.com, lbuchanan@marshackhays.com
- Kirsten A. Worley    worleyk@higgslaw.com, admin@wlawcorp.com
- Kinga Wright    kinga.wright@lockelord.com, autodocket@lockelord.com
- Antonio Yanez    ayanez@willkie.com
- Cathy Yanni    cathy@cathyyanni.com, pstrunk@browngreer.com
- Andrew Yaphe    andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
- Stephanie Yee    syee@janglit.com, klockwood@janglit.com
- Tacie H. Yoon    tyoon@crowell.com
- Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com
- Eric G. Young    eyoung@dcalaw.com, Jackie@dcalaw.com
- Nicole M. Zeiss    nzeiss@labaton.com
- Paul H. Zumbro    mao@cravath.com

- Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com

**2.    SERVED BY UNITED STATES MAIL**:  On N/A I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 18, 2023, I served the following persons and/or entities by personal delivery, mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct

| 10/13/2023 | Kimberly Hoang | /s/ Kimberly Hoang |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |