# Appendix A

| Ex. No. | Case | Court | Case No. | Class Counsel | Days For Class Certification Discovery & Briefing* |
|---|---|---|---|---|---|
| 1 | In re Intuitive Surgical Securities Litigation | N.D. Cal. | 5:13-cv-01920 | Labaton Sucharow LLP | 221 |
| 2 | In re Extreme Networks, Inc. Securities Litigation | N.D. Cal. | 5:15-cv-04883 | Labaton Sucharow LLP | 273 |
| 3 | In re The Honest Company, Inc. Securities Litigation | C.D. Cal. | 2:21-cv-07405 | Labaton Sucharow LLP | 152 |
| 4 | Sylebra Capital Partners Master Fund Ltd. v. Everbridge, Inc. | C.D. Cal. | 2:22-cv-02249 | Labaton Sucharow LLP | 116 |
| 5 | In re SCANA Corporation Securities Litigation | D.S.C. | 3:17-cv-02616 | Labaton Sucharow LLP (co-lead counsel) | 144 |
| 6 | In re Dr. Reddy's Laboratories Ltd. Securities Litigation | D.N.J. | 3:17-cv-06436 | Labaton Sucharow LLP | 180 |
| 7 | Hall v. Rent-A-Center, Inc. | E.D. Tex. | 4:16-cv-00978 | Labaton Sucharow LLP | 216 |
| 8 | City of Warren Police and Fire Retirement System v. World Wrestling Entertainment, Inc. | S.D.N.Y. | 1:20-cv-02031 | Labaton Sucharow LLP | 97 |
| 9 | In re Virtus Investment Partners, Inc. Securities Litigation | S.D.N.Y. | 1:15-cv-01249 | Labaton Sucharow LLP (co-lead counsel) | 184 |
| 10 | In Re Resideo Technologies, Inc. Securities Litigation | D. Minn. | 0:19-cv-02863 | Labaton Sucharow LLP (co-lead counsel) | 210 |

* For the purposes of Appendix A, the class certification discovery period is calculated as the days between the post-motion to dismiss case management order and the final brief filed in connection with class certification.

| Ex. No. | Case | Court | Case No. | Class Counsel | Days For Class Certification Discovery & Briefing* |
|---|---|---|---|---|---|
| 11 | Homyk v. Chemocentryx, Inc. | N.D. Cal. | 4:21-cv-03343 | Bernstein Litowitz Berger & Grossman LLP | 252 |
| 12 | Pavlova-Coleman v. Splunk Inc. | N.D. Cal. | 4:20-cv-08600 | Bernstein Litowitz Berger & Grossman LLP | 266 |
| 13 | In re: SanDisk LLC Securities Litigation | N.D. Cal. | 3:15-cv-01455 | Robbins Geller Rudman & Dowd LLP (co-lead counsel) | 185 |
| 14 | In re Apple Inc. Securities Litigation | N.D. Cal. | 4:19-cv-02033 | Robbins Geller Rudman & Dowd LLP | 234 |
| 15 | Hatamian v. Advanced Micro Devices, Inc. | N.D. Cal. | 4:14-cv-00226 | Lieff Cabraser Heimann & Bernstein, LLP | 161 |
| 16 | Melucci v. Corcept Therapeutics Incorporated et al | N.D. Cal. | 5:19-cv-01372 | Levi & Korsinsky, LLP (co-lead counsel) | 221 |
| 17 | In re Nutanix, Inc. Securities Litigation | N.D. Cal. | 3:19-cv-01651 | Berman Tabacco | 250 |
| 18 | In re Twitter Inc. Securities Litigation | N.D. Cal. | 4:16-cv-05314 | Motley Rice LLC | 120 |
| 19 | In re Alta Mesa Resources, Inc. Securities Litigation | S.D. Tex. | 4:19-cv-00957 | Robbins Geller Rudman & Dowd LLP (co-lead counsel) | 221 |

Appendix A

| Ex. No. | Case | Court | Case No. | Class Counsel | Days For Class Certification Discovery & Briefing* |
|---|---|---|---|---|---|
| 20 | In re Conn's, Inc. Securities Litigation | S.D. Tex. | 4:14-cv-00548 | Scott + Scott, Attorneys at Law, LLP (co-lead counsel) | 156 |

| | |
|---|---|
| **Median (Labaton Cases)** | 182 |
| **Median (All Cases)** | 198 |
| **PERA Proposal** | 91 |
| **PG&E Proposal** | 150 |