# EXHIBIT 21

**Proposed Schedule for Litigation of Securities Claims**

*In re PG&E Corp.*, **Case No. 19-30088 (Bankr. N.D. Cal. 2019)**

**Class Certification & Discovery**

| Event | Deadline |
|---|---|
| Joint motion to withdraw reference regarding motions to dismiss, pursuant to 28 U.S.C. § 157(d), to District Court | November 9, 2023 |
| First mandatory class mediation | 7-14 days after District Court grants joint motion to withdraw reference, or as soon thereafter as practicable |
| Initial disclosures; Reorganized Debtors produce all documents produced in related derivative action | 7 days after first mandatory mediation |
| Requests for production | 7 days after initial disclosures |
| Motion for class certification and expert reports | 21 days after initial disclosures |
| Deposition of PERA and its expert(s) | 7-14 days after motion for class certification and expert reports |
| Opposition to motion for class certification and expert report(s) on price impact, etc. | 21 days after motion for class certification |
| Deposition(s) of Reorganized Debtors' expert(s) | 7-14 days after Reorganized Debtors' opposition to PERA's motion for class certification |
| Reply in support of motion for class certification and responding expert reports | 21 days after Reorganized Debtors' opposition to motion for class certification |
| Class certification hearing | 7 days after PERA's reply in support of motion for class certification, or as soon thereafter as is convenient for the Court |

| Motion for class notice and appointment of Class Administrator | 14 calendar days after order granting class certification |
|---|---|
| Hearing on class notice | 21 calendar days after motion for class notice, or as soon thereafter as is convenient for the Court |
| Kroll provides the Securities Claimants' email and mailing addresses to the Class Administrator | 5 business days after the Court approves class notice |
| Class notice issued to the Securities Claimants via ECF, email, and U.S. mail | 7 business days after the Class Administrator's receipt of the Securities Claimants' email and mailing addresses |
| Opt-out deadline | 30 days after issuance of class notice |
| Second mandatory class mediation | 7-14 days after opt-out deadline, or as soon thereafter as practicable |
| Close of fact discovery | 14 days after second mandatory class mediation |

**Merits Expert Discovery**

| Opening expert reports (on any issue for which a party must carry the burden) | 21 days after close of fact discovery |
|---|---|
| Expert depositions on opening reports | 7-14 days after opening expert reports |
| Opposing expert reports | 21 days after expert depositions on opening reports |
| Expert depositions on opposing expert reports | 7-14 days after opposing expert reports |

**Pretrial Order & Motions in Limine**

| Joint pretrial order & motions *in limine* | 45 days after close of expert discovery |
|---|---|
| Responses to motions *in limine* | 7 days after joint pretrial order & motions *in limine* |

2

*Confidential Negotiation Communication*
*Subject to FRE 408*

| Replies to motions *in limine* | 7 days after responses to motions *in limine* |
|---|---|

**Final Pretrial Conference & Trial**

| Final pretrial conference | 14 days after replies to motions *in limine* |
|---|---|
| Trial date | 7 days after final pretrial conference, or as soon thereafter as is convenient for the Court |