**Exhibit A**

**Claims to be Disallowed and Expunged**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Aaron, Jannice O.<br>1208 Pradero Dr<br>Frankfort, KY 40601-4650 | 104118 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $23,350.82 | $23,350.82 | No Response to Offer Exchange |
| Abraham, Jimmy<br>304 Huntington Drive<br>Starkville, MS 39759 | 98942 | PG&E Corporation | 4/10/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Agnello, Margaret & Carl<br>8427 Gleneagle Way<br>Naples, FL 34120 | 103441 | PG&E Corporation | 4/28/2020 | $0.00 | $0.00 | $0.00 | $677.49 | $677.49 | No Response to Offer Exchange |
| Akhter, Muhammad S.<br>4600 Lennox Dr<br>Austin, TX 78745 | 104035 | PG&E Corporation | 5/6/2020 | $0.00 | $0.00 | $0.00 | $110.88 | $110.88 | No Response to Offer Exchange |
| Alessandri, Bettiann<br>1355 Gloucester Ct<br>Commerce Twp., MI 48390 | 104557 | Pacific Gas and Electric Company | 5/13/2020 | $0.00 | $0.00 | $0.00 | $3,480.00 | $3,480.00 | No Response to Offer Exchange |
| Altemose, Vernon G.<br>751 W Long Lake Dr<br>Harrison, MI 48625-8721 | 104692 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $11,207.48 | $11,207.48 | No Response to Offer Exchange |
| AMP Capital Enhanced Index International Share Fund<br>Trent Loi Portfolio Manager 33 Alfred Street<br>Sydney, NSW | 99957 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $327,414.34 | $327,414.34 | No Response to Offer Exchange |
| Audrey Mae Barma IRA<br>22541 Bass Lake Rd<br>Plainfield, IL 60544 | 99246 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Austin Trust, Edward & Jill Austin, TTEEs<br>Edward & Jill Austin 1229 Dutch Mill Dr.<br>Danville, CA 94526 | 103909 | PG&E Corporation | 5/5/2020 | $0.00 | $0.00 | $0.00 | $16,690.73 | $16,690.73 | No Response to Offer Exchange |
| Bacon, Jennifer P<br>U/NJ/UTMA 7 Sandburg Drive<br>Allentown, NJ 08501-1659 | 104561 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $1,735.50 | $1,735.50 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| BADGER, DARRELL L 21504 NE 174TH ST BRUSH PRAIRIE, WA 98606 | 98716 | PG&E Corporation | 4/1/2020 | $0.00 | $0.00 | $0.00 | $14,768.00 | $14,768.00 | No Response to Offer Exchange |
| BENNETT, WILLIAM J 157 HURFFVILLE ROAD TURNERSVILLE, NJ 08012-2401 | 104554 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $2,047.00 | $2,047.00 | No Response to Offer Exchange |
| Boffard, Virginia 290 Hartshorn Dr Short Hills, NJ 07078 | 106431 | PG&E Corporation | 8/31/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Bonato, Sandra M. 767 West Boyd Road Pleasant Hill, CA 94523 | 103883 | PG&E Corporation | 5/5/2020 | $0.00 | $0.00 | $0.00 | $4,597.35 | $4,597.35 | No Response to Offer Exchange |
| Brown, Doyal N 42890 Wingate Dr. Banning, CA 92220 | 105127 | PG&E Corporation | 5/19/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Brown, Doyal N. 42890 Wingate Dr. Banning, CA 92220 | 105241 | PG&E Corporation | 5/19/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Butter, Zane R. 5839 Joyce Way Dallas, TX 75225-1624 | 104463 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| CCW International Inc 30840 Cartier Drive Rancho Palos Verdes, CA 90275 | 103489 | Pacific Gas and Electric Company | 4/28/2020 | $0.00 | $0.00 | $0.00 | $5,702.95 | $5,702.95 | No Response to Offer Exchange |
| Chadduck Holdings Ltd 5632 Gillum Dr Plano, TX 75093 | 105780 | PG&E Corporation | 6/15/2020 | $0.00 | $0.00 | $0.00 | $22,970.25 | $22,970.25 | No Response to Offer Exchange |
| Charles Russell Schillinger Exempt Testamentary Trust 4675 E State Route 302 Belfair, WA 98528-9384 | 98856 | Pacific Gas and Electric Company | 4/7/2020 | $0.00 | $0.00 | $0.00 | $12,501.90 | $12,501.90 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Clute, Jane E<br>5 Emerald Road<br>Kendall Park, NJ 08824-1413 | **104608** | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $7,253.50 | $7,253.50 | No Response to Offer Exchange |
| Coddington, David Jose<br>3905 Ludlow Road<br>Henrico, VA 23231-2613 | **104566** | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $2,670.00 | $2,670.00 | No Response to Offer Exchange |
| Collison, John B<br>14487 SW Peninsula Dr<br>Torrebonne, OR 97760 | **97984** | Pacific Gas and Electric Company | 3/20/2020 | $0.00 | $0.00 | $0.00 | $3,513.00 | $3,513.00 | No Response to Offer Exchange |
| Collotta, Peter<br>Peter Collotta & Darla Witiner PO Box 594<br>Stowe, VT 05672 | **104423** | Pacific Gas and Electric Company | 5/11/2020 | $0.00 | $0.00 | $0.00 | $1,123.84 | $1,123.84 | No Response to Offer Exchange |
| CORETTA KEY IRA<br>6 W SAND SAGE<br>SANTA FE, NM 87506 | **104441** | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $620.15 | $620.15 | No Response to Offer Exchange |
| CO-TTEE Robert & Sandra Mclean Living Trust<br>259 Specht Rd<br>Sonoma, CA 95476 | **105159** | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $17,872.31 | $17,872.31 | No Response to Offer Exchange |
| Crabtree, Harold Eugene<br>3545 Shut Out Ct<br>Owensboro, KY 42303 | **97923** | PG&E Corporation | 3/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Crowson, Rick<br>4504 Pine Lake Drive<br>Terry, MS 39170 | **105345** | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $582.53 | $582.53 | No Response to Offer Exchange |
| Crowson, Rick & Denia<br>4504 Pine Lake Drive<br>Terry, MS 39170 | **105357** | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $735.35 | $735.35 | No Response to Offer Exchange |
| David A. Brandon Foundation<br>Morgan Stanley 2700 Patriot Blvd. Suite 150<br>Glenview, IL 60026 | **105143** | Pacific Gas and Electric Company | 5/21/2020 | $0.00 | $0.00 | $0.00 | $3,431.27 | $3,431.27 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| David A. Brandon Trust<br>Morgan Stanley 2700 Patriot Blvd Suite 150<br>Glenview, IL 60026 | 105139 | Pacific Gas and Electric Company | 5/21/2020 | $0.00 | $0.00 | $0.00 | $8,695.47 | $8,695.47 | No Response to Offer Exchange |
| DEEVINDA LEE TOSTEN TR<br>UA APR 20 96 PO BOX 1253<br>LA MESA, CA 91944-1253 | 100214 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Defranco, Frank A<br>199 Saxson Street<br>Hillsborough, NJ 08844-3458 | 104867 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $4,132.36 | $4,132.36 | No Response to Offer Exchange |
| Deperte, Frank<br>1826 Washington Valley Road<br>Martinsville, NJ 08836-2028 | 104853 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $3,471.00 | $3,471.00 | No Response to Offer Exchange |
| Dolchin, Martha<br>10552 Stone Garden Dr<br>Boynton Beach, FL 33473 | 104712 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $1,424.00 | $1,424.00 | No Response to Offer Exchange |
| DOLCHIN, MORTON<br>10552 STONE GARDEN DR<br>BOYNTON BEACH, FL 33473 | 104791 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $2,002.50 | $2,002.50 | No Response to Offer Exchange |
| E Trade Securities LLC, IRA Custodian FBO James A. Krantz<br>409 N. Pacific Coast Hwy #241<br>Redondo Beach, CA 90277 | 103786 | Pacific Gas and Electric Company | 5/5/2020 | $0.00 | $0.00 | $0.00 | $18,399.72 | $18,399.72 | No Response to Offer Exchange |
| Energy Supply Industry (Superannuation) Queensland Ltd<br>Energy Super Level 10, 123 Eagle St<br>Brisbane, QLD 4000 | 101758 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $1,904,002.00 | $1,904,002.00 | No Response to Offer Exchange |
| Estate of Elizabeth Ehmling, Walter Ehmling Exec<br>Walter Ehmling 13141 Clear Ridge Rd<br>Knoxville, TN 37922 | 104622 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Fabishak, Robert G<br>105 Asbury Road<br>Egg Harbor Twp, NJ 08234-7104 | **104861** | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $1,869.00 | $1,869.00 | No Response to Offer Exchange |
| FABISHAK, ROBERT G<br>105 ASBURY ROAD<br>EGG HARBOR TWP, NJ 08234-7104 | **104783** | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $2,358.50 | $2,358.50 | No Response to Offer Exchange |
| Foglia, Rosemary<br>1717 N Bayshore Drive #1748<br>Miami, FL 33132-1154 | **104788** | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $1,557.50 | $1,557.50 | No Response to Offer Exchange |
| Foglia, Rosemary<br>1717 N Bayshore Drive #1748<br>Miami, FL 33132-1154 | **104790** | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $1,913.50 | $1,913.50 | No Response to Offer Exchange |
| Fok, Sam<br>47 Olmsted Rd. Apt. 347<br>Stanford, CA 94305 | **98196** | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $19.00 | $19.00 | No Response to Offer Exchange |
| Fuller, Sandra<br>114 Simmons Ave<br>St. Simons Island, GA 31522 | **99730** | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $10,289.79 | $10,289.79 | No Response to Offer Exchange |
| FULLER, SANDRA<br>114 SIMMONS AVE<br>ST SIMONS ISLAND, GA 31522 | **99493** | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $10,289.00 | $10,289.00 | No Response to Offer Exchange |
| Gasperini, Jr., Robert B.<br>673 River Rd<br>Fair Haven, NJ 07704-3311 | **104986** | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $1,068.00 | $1,068.00 | No Response to Offer Exchange |
| Gasperini, Jr., Robert B.<br>673 River Road<br>Fair Haven, NJ 07704-3311 | **105122** | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $2,447.50 | $2,447.50 | No Response to Offer Exchange |
| GASPERINI, JR., ROBERT G<br>673 RIVER RD<br>FAIR HAVEN, NJ 07704-3311 | **104957** | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $2,447.50 | $2,447.50 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| George P Shelton III & Breda L Shelton<br>4124 Kingsferry Drive<br>Arlington, TX 76016 | 98231 | PG&E Corporation | 3/25/2020 | $0.00 | $0.00 | $0.00 | $12,911.11 | $12,911.11 | No Response to Offer Exchange |
| Gilliland, Marvin D.<br>5807 Harwood Dr<br>Des Moines, IA 50312 | 105185 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Gorchow, Neil<br>3920 Wilshire Court<br>Sarasota, FL 34238 | 98820 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $25,524.19 | $25,524.19 | No Response to Offer Exchange |
| Guthrie, Robert<br>1027 Church St.<br>Ventura, CA 93001 | 104910 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Hadden, Jeffrey D<br>8864 Litlle Creek Dr<br>Orangevale, CA 95662 | 106642 | PG&E Corporation | 10/30/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Ham, Jr, Lee Edward<br>388 Ventura Dr<br>Oldsmar, FL 34677 | 105720 | PG&E Corporation | 6/8/2020 | $0.00 | $0.00 | $0.00 | $4,446.53 | $4,446.53 | No Response to Offer Exchange |
| HAMPTON, EDWARD J<br>4002 GRANDEVUE CT<br>MURRYSVILLE, PA 15668 | 104648 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $1,068.59 | $1,068.59 | No Response to Offer Exchange |
| Hampton, Edward J<br>4002 Grandevue Ct.<br>Murrysville, PA 15668 | 104729 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $1,384.53 | $1,384.53 | No Response to Offer Exchange |
| Henderson, Linda<br>PO Box 205<br>Fremont, CA 94537 | 103941 | PG&E Corporation | 5/6/2020 | $0.00 | $0.00 | $0.00 | $638.94 | $638.94 | No Response to Offer Exchange |
| Henderson, Peter<br>PO Box 205<br>Fremont, CA 94537 | 103923 | PG&E Corporation | 5/6/2020 | $0.00 | $0.00 | $0.00 | $1,305.67 | $1,305.67 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Hennessy, Lori J<br>9902 NW Engleman St<br>Portland, OR 97229 | **105123** | PG&E Corporation | 5/19/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Hennessy, Lori J<br>9902 NW Engleman Street<br>Portland, OR 97229 | **105259** | Pacific Gas and Electric Company | 5/19/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Hennessy, Timothy D.J.<br>9902 New Engleman St.<br>Portland, OR 97229 | **105257** | PG&E Corporation | 5/19/2020 | $0.00 | $0.00 | $0.00 | $8,098.62 | $8,098.62 | No Response to Offer Exchange |
| Hennessy, Timothy DJ<br>9902 New Engleman St.<br>Portland, OR 97229 | **105258** | PG&E Corporation | 5/19/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Hershberg, Philip<br>P.O.Box 920332<br>Needham, MA 02492 | **103750** | PG&E Corporation | 5/5/2020 | $0.00 | $0.00 | $0.00 | $22,210.00 | $22,210.00 | No Response to Offer Exchange |
| Hoffman, Bruce<br>1844 Shuey Ave<br>Walnut Creek, CA 94596 | **98898** | Pacific Gas and Electric Company | 4/10/2020 | $0.00 | $0.00 | $0.00 | $4,228.95 | $4,228.95 | No Response to Offer Exchange |
| HOFFMAN, DAVID<br>999 CARTIER LN<br>FOSTER CITY, CA 94404-2906 | **100279** | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $16,880.16 | $16,880.16 | No Response to Offer Exchange |
| Hoffman, David<br>999 Cartier Ln<br>Foster City, CA 94404-2906 | **99661** | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $16,880.16 | $16,880.16 | No Response to Offer Exchange |
| Hopkins, Barbara J<br>7761 WESTCROSS DR<br>NEW ALBANY, OH 43054-0011 | **97877** | PG&E Corporation | 3/19/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Hughes, Joseph<br>5881 E Mary Lou St<br>Pahrump, NV 89061 | **98943** | Pacific Gas and Electric Company | 4/10/2020 | $0.00 | $0.00 | $0.00 | $3,197.37 | $3,197.37 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Ilvento, Jean<br>951 Evergreen Drive<br>Delray Beach, FL 33483-4802 | 104985 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $2,670.00 | $2,670.00 | No Response to Offer Exchange |
| Interlock Industries Inc<br>Craig Mackin 123 S 7th St<br>Louisville, KY 40202-2703 | 103690 | PG&E Corporation | 5/1/2020 | $0.00 | $0.00 | $0.00 | $16,975.64 | $16,975.64 | No Response to Offer Exchange |
| Irene P. Bluth, Trustee / The Bluth Family A Trust U/A Dtd<br>412 Crystal Pl<br>Seal Beach, CA 90740-6219 | 105506 | PG&E Corporation | 5/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| James T. Leak Revocable Trust, James T. Leak, Trustee<br>3448 Stone Valley Road<br>Alamo, CA 94507 | 103562 | PG&E Corporation | 4/30/2020 | $0.00 | $0.00 | $0.00 | $6,444.00 | $6,444.00 | No Response to Offer Exchange |
| JANE HALITON ROLLOVER IRA<br>TD AMERITRADE INSTITUTIONAL 5010 WATERIDGE VISTA DRIVE<br>SAN DIEGO, CA 92121 | 105226 | PG&E Corporation | 5/19/2020 | $0.00 | $0.00 | $0.00 | $740.01 | $740.01 | No Response to Offer Exchange |
| Janet B Lubas TTEE, The Janet Beth Lubas Rev Trust<br>24895 Rivers Edge Road<br>Millsboro, DE 19966-7217 | 104972 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $5,028.50 | $5,028.50 | No Response to Offer Exchange |
| Joseph Francolino Snr. IRA<br>4101 N Ocean Blvd #101<br>Boca Raton, FL 33431 | 103697 | PG&E Corporation | 5/1/2020 | $0.00 | $0.00 | $0.00 | $4,088.00 | $4,088.00 | No Response to Offer Exchange |
| Kalsi, Nasib<br>11815 Desy Av<br>Montreal North, QC HIG4C4 | 106239 | PG&E Corporation | 8/10/2020 | $0.00 | $0.00 | $0.00 | $1,719.00 | $1,719.00 | No Response to Offer Exchange |
| Kangas, Ronald N.<br>1987 Harper Ct<br>Harper Woods, MI 48225 | 98109 | Pacific Gas and Electric Company | 3/25/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Kenneth V.L. Conover Jr. 14 Updikes Mill Road Belle Mead, NJ 08502-5837 | **104726** | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $9,256.00 | $9,256.00 | No Response to Offer Exchange |
| Kinelski, Jr., John 6 Coppermine Road Princeton, NJ 08540-8601 | **105126** | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $2,269.50 | $2,269.50 | No Response to Offer Exchange |
| Kirschner, Carl 14 Hoagland Road Flemington, NJ 08822-7150 | **104770** | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $6,363.50 | $6,363.50 | No Response to Offer Exchange |
| Klein, Kelly 159 Conover Rd. East Windsor, NJ 08520-2801 | **104771** | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $1,735.50 | $1,735.50 | No Response to Offer Exchange |
| KOLSTEDT, RON 1520 E. BATES, UNIT G3 SPRINGFIELD, MO 65804 | **98065** | Pacific Gas and Electric Company | 3/24/2020 | $0.00 | $0.00 | $0.00 | $8,514.92 | $8,514.92 | No Response to Offer Exchange |
| KRANTZ, JAMES A 409 N PACIFIC COAST HWY #241 REDONDO BEACH, CA 90277 | **103785** | Pacific Gas and Electric Company | 5/5/2020 | $0.00 | $0.00 | $0.00 | $27,776.00 | $27,776.00 | No Response to Offer Exchange |
| Kristie C. Jourdan-Rozinski Irrevocable Trust Andrew C MacDonald 4650 W. Spencer St. Appleton, WI 54914 | **105348** | PG&E Corporation | 5/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Kuhn, Ellen Virlee 73 Park Street Tenafly, NJ 07670 | **108015** | PG&E Corporation | 12/3/2021 | $0.00 | $0.00 | $0.00 | $73,330.89 | $73,330.89 | No Response to Offer Exchange |
| Lally, Brent 134 NW Magnolia Lakes Blvd Port Saint Lucie, FL 34986-3567 | **104962** | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $1,023.50 | $1,023.50 | No Response to Offer Exchange |
| Larson, Donald 224 Walden Circle Robbinsville, NJ 08691-3446 | **104959** | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $5,511.93 | $5,511.93 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Latronica, Anthony A<br>6402 Wanconda Dr<br>Larkspur, CO 80118 | 97818 | Pacific Gas and Electric Company | 3/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Latronica, Anthony A<br>6402 Wanconda DR<br>Larkspur , CO 80118 | 97792 | PG&E Corporation | 3/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Law Office of Jacques J Kirch 401(K) Plan<br>3033 1st Ave<br>San Diego, CA 92103-5815 | 100874 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $13,650.00 | $43,885.63 | $57,535.63 | No Response to Offer Exchange |
| Leak, James T. and Kathleen A.<br>3448 Stone Valley Road<br>Alamo, CA 94507 | 103550 | PG&E Corporation | 4/30/2020 | $0.00 | $0.00 | $0.00 | $9,041.30 | $9,041.30 | No Response to Offer Exchange |
| Lebhar, Stephanie<br>6925 N 79th Place<br>Scottsdale, AZ 85250 | 105529 | Pacific Gas and Electric Company | 5/27/2020 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | No Response to Offer Exchange |
| Lee, Aleck<br>3291 Middlefield Rd<br>Palo Alto, CA 94306 | 103133 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $6,000.00 | $6,000.00 | No Response to Offer Exchange |
| Lewin, Herman Jay<br>601 Laurel Avenue #1002<br>San Mateo, CA 94401-4165 | 105803 | PG&E Corporation | 6/5/2020 | $0.00 | $0.00 | $0.00 | $38,963.12 | $38,963.12 | No Response to Offer Exchange |
| Liu, Hsing Hsyang<br>315 Ondina Dr.<br>Fremont, CA 94539 | 103187 | PG&E Corporation | 4/28/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Lockhart, Kathleen Ann<br>2809 Bryon St<br>Wheaton, MD 20902 | 104635 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $27,195.98 | $27,195.98 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| LUBAS, JANET<br>MSSB C/F IRA ROLLOVER 24895 RIVERS EDGE ROAD<br>MILLSBORO, DE 19966-2237 | 104859 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $2,803.50 | $2,803.50 | No Response to Offer Exchange |
| MacDougall, Bruce & Christine L<br>361 NW 137th St<br>Seattle, WA 98177 | 102816 | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Maciolek, Constantine<br>40 Fanning St<br>Fords, NJ 08863-1217 | 104809 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $712.00 | $712.00 | No Response to Offer Exchange |
| Malley, James<br>1339 E Madison Rd<br>Huachuca City, AZ 85616 | 105397 | PG&E Corporation | 5/22/2020 | $0.00 | $0.00 | $0.00 | $4,014.68 | $4,014.68 | No Response to Offer Exchange |
| Malley, Linda<br>1339 E Madison Rd<br>Huachuca City, AZ 85616 | 105210 | PG&E Corporation | 5/22/2020 | $0.00 | $0.00 | $0.00 | $806.41 | $806.41 | No Response to Offer Exchange |
| Maney, Constance<br>37 Farrington Rd.<br>E. Dennis, MA 02641 | 104472 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $17,013.36 | $17,013.36 | No Response to Offer Exchange |
| Maney, Constance<br>37 Farrington Rd.<br>E. Dennis, MA 02641 | 104476 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $13,192.56 | $13,192.56 | No Response to Offer Exchange |
| Marcia A. David IRA<br>4648 Silver Ridge Dr<br>Jacksonville, FL 32207 | 100160 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Margaret F Van Grouw Trust<br>Margaret F Van Grouw 145 Columbia Ave, Apt 639<br>Holland, MI 49423 | 99513 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Mark and Jill Eshman<br>PO Box 6245<br>Ketchum, ID 83340 | 106899 | PG&E Corporation | 1/4/2021 | $0.00 | $0.00 | $0.00 | $2,707.57 | $2,707.57 | No Response to Offer Exchange |
| Martin, Richard<br>8500 SW Birchwood RD<br>Portland, OR 97225 | 98201 | Pacific Gas and Electric Company | 3/30/2020 | $0.00 | $0.00 | $0.00 | $1,213.30 | $1,213.30 | No Response to Offer Exchange |
| Mary Jane Turney IRA<br>140 Cook Court<br>Somonauk, IL 60552-9744 | 99051 | PG&E Corporation | 4/10/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Mascotte, Nancy L.<br>19492 Cottage Ct<br>South Bend, IN 46637 | 103286 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Matuska, Joseph C<br>IRA Standard 4 Vanderbelt Road<br>Milford, NJ 08848-2233 | 104896 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $1,424.00 | $1,424.00 | No Response to Offer Exchange |
| McDonald, Terrance E.<br>418 S. Diamond Dr.<br>Long Grove, IA 52756 | 102941 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $4,000.00 | $4,000.00 | No Response to Offer Exchange |
| MCDOUGAL, PATRICK JOHN<br>855 PAINTED BUNTING LANE<br>VERO BEACH, FL 32963 | 104094 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| McKinnon, Nancy K.<br>1497 Brianwood Rd.<br>Decatur, GA 30033 | 98285 | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Medical Mutual Ins Co of NC - Special Mid-Cap Value<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107287 | PG&E Corporation | 6/24/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Merkin, Joan K<br>1749 Fredericksburg Ln<br>Aurora, IL 60503 | 98973 | PG&E Corporation | 4/10/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| MICHAEL CASON, TRUSTEE OF THE 1993 YVONNE B CASON REVOCABLE TRUST AS RESTATED AUGUST 3, 2015 YVONNE B CASON REVOCABLE TRUST 1619 E WHITTEN ST CHANDLER, AZ  85225 | 78817 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $158,540.19 | $158,540.19 | No Response to Offer Exchange |
| Mississippi Baptist Foundation 515 Mississippi Street Jackson, MS  39205 | 104589 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| MMIC Investment Holdings, Inc. - Special Mid-Cap Value 525 Market Street floor 12 San Francisco, CA  94105 | 107288 | PG&E Corporation | 6/24/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Moench, Theresa 25 Cliffwood Drive Allentown, NJ 08501-2052 | 104739 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $2,314.00 | $2,314.00 | No Response to Offer Exchange |
| Mohan, Dana Michael 6 Mountain View Ln Lafayette, CA  94549 | 98769 | Pacific Gas and Electric Company | 4/8/2020 | $0.00 | $0.00 | $0.00 | $10,394.00 | $10,394.00 | No Response to Offer Exchange |
| MSSB SEP IRA C/F David A. Brandon Morgan Stanley 2700 Patriot Blvd. Suite 150 Glenview, IL  60026 | 105350 | Pacific Gas and Electric Company | 5/21/2020 | $0.00 | $0.00 | $0.00 | $9,103.39 | $9,103.39 | No Response to Offer Exchange |
| MURIEL INDEN TR. 2701 N COURSE DR #524 POMPANO BEACH, FL  33069 | 104533 | PG&E Corporation | 5/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| NAGELKIRK, HAROLD 3556 BIG ROCK CT SW GRANDVILLE, MI  49418 | 100444 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Nancy G Scheigert Revocable Living Trust, Gail Garvey and John Garvey Trustee Gail Garvey 1334 Costa Brava Pismo Beach, CA  93449 | 104698 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $601.85 | $601.85 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Newman, Ann<br>915 East 17th Street Apt 405<br>Brooklyn, NY 11230-3764 | **104629** | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $3,159.50 | $3,159.50 | No Response to Offer Exchange |
| Nielsen, Olive E.<br>270 Pasco Bernal<br>Moraga, CA 94556 | **101935** | PG&E Corporation | 4/17/2020 | $0.00 | $0.00 | $0.00 | $5,540.04 | $5,540.04 | No Response to Offer Exchange |
| Numeric Socially Aware U.S. Core Fund L.P.<br>231 Sansome Street, 4th Floor<br>San Francisco, CA 94104 | **104184** | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $1,019,589.67 | $1,019,589.67 | No Response to Offer Exchange |
| Oliva, Robert R<br>1 Treetops Lane Apt 704<br>Littolem Rock, AR 72202 | **103925** | PG&E Corporation | 5/6/2020 | $0.00 | $0.00 | $0.00 | $15,741.03 | $15,741.03 | No Response to Offer Exchange |
| Parker, Douglas S.<br>7 Marisa Court<br>Montrose, NY 10548 | **100233** | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Patricia A. McGuinn Northrop & Clyde M Northrop<br>17413 Northrop Lane<br>Andalusia, AL 36420 | **103569** | PG&E Corporation | 4/29/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Payongayong, Rosanna De Castro<br>2229 DOGWOOD RANCH AVE<br>HENDERSON , CA 89052-0413 | **97599** | PG&E Corporation | 3/6/2020 | $394,964.00 | $0.00 | $0.00 | $76,264.07 | $471,228.07 | No Response to Offer Exchange |
| Peterson, Mark C<br>PO Box 1371<br>Damariscotta, ME 04543 | **107820** | PG&E Corporation | 7/20/2021 | $0.00 | $0.00 | $0.00 | $38,693.00 | $38,693.00 | No Response to Offer Exchange |
| Physicians Care of VA, PC 401k & PS Plan fbo Ahmadzadeh<br>Wells Fargo Bank 10 S Jefferson St, 9th Fl MAC R4046-096<br>Roanoke, VA 24011 | **102212** | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $6,796.11 | $6,796.11 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Physicians Care of VA, PC 401k & PS Plan fbo Ballenger Wells Fargo Bank 10 S Jefferson St, 9th Fl MAC R4046-096 Roanoke, VA 24011 | 102215 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $46,682.69 | $46,682.69 | No Response to Offer Exchange |
| Physicians Care of VA, PC 401k & PS Plan fbo Cain Jim Hale CEO Physicians Care of Virginia, P.C. 2602 Franklin Rd. Roanoke, VA 24014 | 102176 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $19,698.86 | $19,698.86 | No Response to Offer Exchange |
| Physicians Care of VA, PC 401k & PS Plan fbo Escasinas Wells Fargo Bank 10 S Jefferson St, 9th Fl MAC R4046-096 Roanoke, VA 24011 | 102209 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $11,861.41 | $11,861.41 | No Response to Offer Exchange |
| Physicians Care of VA, PC 401k & PS Plan fbo Evans Wells Fargo Bank 10 S Jefferson St, 9t Fl MAC R4046-096 Roanoke, VA 24011 | 102175 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $11,212.68 | $11,212.68 | No Response to Offer Exchange |
| Physicians Care of VA, PC 401k & PS Plan fbo Jarratt Susan A. Campbell Wells Fargo Bank 10 S Jefferson St, 9th Fl MAC R4046-096 Roanoke, VA 24011 | 102235 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $23,170.33 | $23,170.33 | No Response to Offer Exchange |
| Physicians Care of VA, PC 401k & PS Plan fbo Mathew Wells Fargo Bank 10 S Jefferson St, 9th Fl MAC R4046-096 Roanoke, VA 24011 | 102365 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $26,545.55 | $26,545.55 | No Response to Offer Exchange |
| Pilevsky, Dillies 3122 Gracefield Rd Apt. CT-T21 Silver Spring, MD 20904 | 105223 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Pilla, Giovanni 235 Falmouth Road Scarsdale, NY 10583-4737 | 104897 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $2,180.50 | $2,180.50 | No Response to Offer Exchange |
| Pilla, Giovanni and Virginia JT Ten 235 Falmouth Road Scarsdale, NY 10583-4737 | 104782 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $9,612.00 | $9,612.00 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Pilla, Lisa<br>338 Honness Road<br>Fishkill, NY 12524-2982 | **104898** | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $1,379.50 | $1,379.50 | No Response to Offer Exchange |
| Pilla, Paul<br>338 Honness Road<br>Fishkill, NY 12524-2982 | **104899** | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $9,834.50 | $9,834.50 | No Response to Offer Exchange |
| Pitzer, Katherine L.<br>39 General Sullivan Cir<br>Portsmouth, RI 02871 | **105531** | PG&E Corporation | 5/28/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Pitzer, Katherine L.<br>39 General Sullivan Cir<br>Portsmouth, RI 02871 | **105524** | PG&E Corporation | 5/28/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Pitzer, Katherine L.<br>39 General Sullivan Cir<br>Portsmouth, RI 02871 | **105518** | PG&E Corporation | 5/28/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Pitzer, Katherine L.<br>39 General Sullivan Cir<br>Portsmouth, RI 02871 | **105530** | PG&E Corporation | 5/28/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Polli, Jennifer L.<br>66 E. 83rd St. Apt. 2C<br>New York, NY 10028 | **103660** | PG&E Corporation | 5/1/2020 | $0.00 | $0.00 | $0.00 | $30,444.96 | $30,444.96 | No Response to Offer Exchange |
| Polli, Jennifer L.<br>66 E. 83rd St. Apt. 2C<br>New York, NY 10028 | **103663** | PG&E Corporation | 5/1/2020 | $0.00 | $0.00 | $0.00 | $36,499.42 | $36,499.42 | No Response to Offer Exchange |
| R Espiritu & E Espiritu TTEE<br>Roger & Elvie Espiritu 1842 Deep Springs Lane<br>Lincoln, CA 95648 | **99843** | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | No Response to Offer Exchange |
| Reams, Carl L.<br>676 Jerseytown Road<br>Danville, PA 17821 | **99455** | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $644.00 | $644.00 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Republic Bank Limited<br>525 Market Street floor 12<br>San Francisco, CA 94105 | **107291** | PG&E Corporation | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Richardson, Grant<br>1425 Olympic Way<br>Bellingham, WA 98225 | **106148** | PG&E Corporation | 7/9/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Riley, Craig S.<br>3435 Fox Run Rd Unit 104<br>Sarasota, FL 34231-7384 | **103263** | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Robert Dean Young & Diane Marie Young Jt Ten<br>26144 SE 39th Court<br>Issaquah, WA 98029-7732 | **103829** | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| ROCHE, WENDY<br>15 ROYAL COURT<br>MILLTOWN, NJ 08850-1816 | **104767** | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $934.50 | $934.50 | No Response to Offer Exchange |
| Russell Burt Charles Schwab Cust IRA Rollover<br>17370 SW Chatelain Dr<br>Beaverton, OR 97003 | **105511** | PG&E Corporation | 5/27/2020 | $0.00 | $0.00 | $0.00 | $2,272.74 | $2,272.74 | No Response to Offer Exchange |
| Russell, Nancy H.<br>2220 Allegheny Way<br>San Mateo, CA 94402 | **103739** | PG&E Corporation | 5/1/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Schroder, Alan<br>244 Cotter St<br>San Francisco, CA 94112 | **104488** | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $12,000.00 | $12,000.00 | No Response to Offer Exchange |
| Scott Mcpherson IRA<br>PO Box 650567<br>Dalles, TX 75265-0567 | **98742** | Pacific Gas and Electric Company | 4/6/2020 | $0.00 | $0.00 | $0.00 | $716.89 | $716.89 | No Response to Offer Exchange |
| Secott, Theodore P.<br>130 Sharkey Loop<br>Amite, LA 70422-7291 | **98323** | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Shamrock, Donna Lynn<br>22515 Lake Seneca Rd<br>Eustis, FL 32736 | **98680** | PG&E Corporation | 4/7/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| SHAMROCK, GREGORY KEITH<br>22515 LAKE SENECA RD<br>EUSTIS, FL 32778 | **98765** | PG&E Corporation | 4/7/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| SHEILA M BEGG, SAMUEL N BEGG TRUSTEE FOR SHEILA BEGG<br>2919 EATON SQUARE<br>ELLICOTT CITY, MD 21043 | **98786** | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Slover, Lois<br>Clearview Wealth Advisors LLC 670 Hawthorne Av. SE Suite 250<br>Salem, OR 97301 | **101120** | PG&E Corporation | 4/17/2020 | $0.00 | $0.00 | $3,239.13 | $0.00 | $3,239.13 | No Response to Offer Exchange |
| Smith (IRA), Brenda K.<br>44810 Robson Rd.<br>Belleville, MI 48111-1343 | **105749** | Pacific Gas and Electric Company | 6/9/2020 | $0.00 | $0.00 | $0.00 | $12,593.28 | $12,593.28 | No Response to Offer Exchange |
| Stephen P Matchett SPM-NTK Estate<br>c/o Ironsides Asset Advisors 511 Tarrytown Center<br>Rocky Mount, NC 27804 | **102698** | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| STEPHEN PILCHER IRA<br>WFCS AS CUSTODIAN 240 ROBERT HARDEMAN ROAD<br>WINTERVILLE, GA 30683-1906 | **99964** | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $12,378.75 | $12,378.75 | No Response to Offer Exchange |
| Stewart, Annette Jean<br>PO Box 714<br>Tombstone, AZ 85638 | **105462** | PG&E Corporation | 5/27/2020 | $0.00 | $0.00 | $0.00 | $4,757.52 | $4,757.52 | No Response to Offer Exchange |
| STOLLER, KEITH<br>PO BOX 6513<br>BAKERSFIELD, CA 93386 | **104818** | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Stone, Andrew P.<br>PO BOX 470037<br>San Francisco, CA 94147 | 103303 | Pacific Gas and Electric Company | 4/27/2020 | $0.00 | $0.00 | $0.00 | $2,650.00 | $2,650.00 | No Response to Offer Exchange |
| Sunday Ananda Murch, Trustee of the Ruth Herman Antman Rev Trust dtd 03/13/1989<br>3939 Omao Road<br>Koloa, HI 96756 | 105472 | PG&E Corporation | 5/26/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Sunday Ananda Murch, Trustee Sunday A. Murch Rev Tr u/a 05/06/1993<br>Sunday Ananda Murch 3939 Omao Road<br>Koloa, HI 96756 | 105447 | PG&E Corporation | 5/26/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Tang, Christina<br>226 Paul Ave<br>Mountain View, CA 94041 | 103553 | PG&E Corporation | 4/30/2020 | $0.00 | $0.00 | $0.00 | $3,840.00 | $3,840.00 | No Response to Offer Exchange |
| Tang, Harry<br>226 Paul Ave.<br>Mountain View, CA 94041 | 103594 | PG&E Corporation | 4/30/2020 | $0.00 | $0.00 | $0.00 | $15,195.00 | $15,195.00 | No Response to Offer Exchange |
| Ted M Nakata DDS Inc Profit Sharing Trust<br>4747 N. First St., # 128<br>Fresno, CA 93726 | 105688 | Pacific Gas and Electric Company | 6/2/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Tencer, Erika<br>1347 Queensferry Rd<br>Cary, NC 27511 | 99788 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $3,590.00 | $3,590.00 | No Response to Offer Exchange |
| Tencer, Harold<br>1347 Queensferry Rd<br>Cary, NC 27511 | 99870 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $2,776.00 | $2,776.00 | No Response to Offer Exchange |
| Thomas, Albert L.<br>2979 Uinta St. Apt 201<br>Denver, CO 80238 | 105463 | PG&E Corporation | 5/27/2020 | $0.00 | $0.00 | $0.00 | $24,292.00 | $24,292.00 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Thomas, Albert L.<br>2979 Uinta St Apt 201<br>Denver, CO  80238 | 105483 | PG&E Corporation | 5/27/2020 | $0.00 | $0.00 | $0.00 | $27,204.00 | $27,204.00 | No Response to Offer Exchange |
| Tieu, Stacy Hao<br>330 4th Ave S<br>Pacheco, CA  94553-5534 | 97592 | Pacific Gas and Electric Company | 3/8/2020 | $0.00 | $0.00 | $0.00 | $1,980.00 | $1,980.00 | No Response to Offer Exchange |
| Timothy J. Rozinski Irrevocable Trust<br>Andrew C. MacDonald Trustee 4650 W Spencer St<br>Appleton, WI  54914 | 102806 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Trustees of the Estate of Bernice Pauahi Bishop<br>Attn: Legal Group / Nicole Y. Altman 567 S. King St., Suite 310<br>Honolulu, HI  96813 | 101670 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $77,118.00 | $77,118.00 | No Response to Offer Exchange |
| VAN NEDERVEEN, GILLES<br>10779 CREST ST<br>FAIRFAX, VA  22030-5171 | 98031 | PG&E Corporation | 3/24/2020 | $0.00 | $0.00 | $0.00 | $5,312.00 | $5,312.00 | No Response to Offer Exchange |
| VAN NESS, BOYD<br>24155 VISTA D ONDE<br>MONARCH BEACH, CA  92629-4521 | 98294 | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Vigliarolo, Emily A<br>34 Rosewood Road<br>Edison, NJ  08817-4023 | 104978 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $534.00 | $534.00 | No Response to Offer Exchange |
| Vigliarolo, Emily A<br>34 Rosewood Road<br>Edison, NJ  08817-4023 | 104979 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $4,049.50 | $4,049.50 | No Response to Offer Exchange |
| Vitale, Eileen J<br>21 Mineral Springs Lane<br>Tinton Falls, NJ  07724-4709 | 105038 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $3,540.78 | $3,540.78 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Wang, Xijun 535 Fallen Leaf Cir San Ramon, CA 94583 | 98569 | PG&E Corporation | 4/5/2020 | $0.00 | $0.00 | $0.00 | $2,202.51 | $2,202.51 | No Response to Offer Exchange |
| Wang, Xijun 535 Fallen Leaf Cir San Ramon, CA 94583 | 98670 | PG&E Corporation | 4/5/2020 | $0.00 | $0.00 | $0.00 | $2,202.51 | $2,202.51 | No Response to Offer Exchange |
| Waszak, Martha S. 13184 Walnut Ave Bitely, MI 49309 | 103210 | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Waszak, Robert M. & Martha S. 13184 Walnut Ave Bitely, MI 49309 | 103209 | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Weck, Robert and Debra 249 Morgan Avenue South Amboy, NJ 08879-2546 | 104998 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $3,115.00 | $3,115.00 | No Response to Offer Exchange |
| WELBORN, SANDRA H 1106 S GREEN ST GLASGOW, KY 42141 | 103452 | PG&E Corporation | 4/29/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Wells Fargo Bank NA in its capacity as trustee and agent on fiduciary client accounts Moustafa Shouman 550 South 4th St Minneapolis, MN 55415 | 100427 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $3,098,038.47 | $3,098,038.47 | No Response to Offer Exchange |
| Werner, Cathy J. 202 Woodridge Terrace Canton, GA 30114-4436 | 99440 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| Wetherson, Jeffery Bruce P.O. Box 16224 Baltimore, MD 21210-0224 | 98131 | PG&E Corporation | 3/26/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Whitlock, Jr., R. Winston<br>PO Box 723174<br>Atlanta, GA  31139-0174 | **98250** | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $5,885.53 | $5,885.53 | No Response to Offer Exchange |
| **Claims To Be Expunged Totals** | **Count: 200** | | | **$394,964.00** | **$0.00** | **$16,889.13** | **$7,834,870.33** | **$8,246,723.46** | |