**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, CA 94105
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR OCTOBER 17, 2023, OMNIBUS HEARING**<br><br>Date: October 17, 2023<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Zoom Videoconference<br>       United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102 |

# PROPOSED AGENDA FOR OCTOBER 17, 2023, OMNIBUS HEARING

I: <u>MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)</u>

*MATTERS GOING FORWARD AT 10:00 A.M.*

1. **<u>Conference on Securities Plaintiffs' 7023 Motion:</u>** *Securities Plaintiffs' Motion and Memorandum of Points and Authorities in Support of Motion for the Application of Bankruptcy Rule 7023 and the Certification of a Class of Securities Claimants* [**Dkt. 13865**].

    <u>Pre-Hearing Statements:</u>

    A. *Reorganized Debtors' Proposed Class Certification Briefing and Discovery Schedule* [**Dkt. 14070**].

    B. *RKS Claimants' Proposed Schedule for ADR Track and 7023 Track* [**Dkt. 14071**].

    C. *Objection and Reservation of Rights of Baupost Group Securities, L.L.C. to PG&E's Proposed Schedule for Litigation of Securities Claims* [**Dkt. 14072**].

    D. *Securities Plaintiffs' Response to Reorganized Debtors' Proposed Class Certification Briefing and Discovery Schedule* [**Dkt. 14074**].

    <u>Related Orders:</u>

    E. October 15, 2023 Docket Text Order.

    <u>Status</u>: The hearing on class certification scheduling matters is going forward.

*RESOLVED AND CONTINUED MATTERS*

2. **<u>Omnibus Objection to Securities Claims (Twenty-Sixth):</u>** *Reorganized Debtors' Twenty-Sixth Securities Claims Omnibus Objection (Securities ADR No Liability Claims)* [**Dkt. 14001**].

    <u>Status</u>: Pursuant to the October 15, 2023 Docket Text Order, the Reorganized Debtors have submitted proposed orders overruling PERA's objection to the Omnibus Objection and granting the Omnibus Objection as to those Claims listed in Exhibit A to the Report on Responses at **Dkt. No. 14075**.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at

https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: October 16, 2023

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By:   */s/ Thomas B. Rupp*
　　　Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*