# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 10/18/2023 |
| Case: 19–30088 | Form ID: TRANSC | Total: 5 |

**Recipients of Notice of Electronic Filing:**
aty     Michael S. Etkin     metkin@lowenstein.com

                                   TOTAL: 1

**Recipients submitted to the Claims Agent (Kroll Restructuring Administration, LLC):**
sp     Joshua G. Hamilton     Latham & Watkins LLP     10250 Constellation Blvd., Suite 1100     Los Angeles, CA 90067
aty     Richard W. Slack     Weil Gotshal and Manges, LLP     767 Fifth Ave.     New York, NY 10153–0119
aty     Thomas A. Dubbs     Labaton Sucharow LLP     140 Broadway     New York, NY 10005
     FRANK T.M. CATALINA     Rolnick Kramer Sadighi LLP     1251 Avenue of the Americas     New York, NY 10020

                                   TOTAL: 4