Gerald P. Kennedy (Bar No. 105887)
E-mail: gerald.kennedy@procopio.com
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Julie M. Murphy
Email: Jmmurphy@stradley.com
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Telephone: 856.321.2409 / 215.564.8091
Facsimile: 215.564.8120

Attorneys for the Northern Claimants

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>        Debtors<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**OMNIBUS NOTICE OF AMENDMENT TO PROOFS OF CLAIM OF THE NORTHERN CLAIMANTS PURSUANT TO ORDER AUTHORIZING AMENDMENT AND OBJECTION PROCEDURES FOR SECURITIES CLAIMS (ECF NO. 13934) ENTERED JULY 28, 2023** |

BANKRUPTCY CASE NO. 19-30088 (DM)
ONIBUS NOTICE OF AMENDMENT TO PROOFS OF CLAIM OF THE NORTHERN CLAIMANTS PURSUANT TO ORDER AUTHORIZING AMENDMENT AND OBJECTION PROCEDURES FOR SECURITIES CLAIMS (ECF NO. 13934) ENTERED JULY 28, 2023

Case: 19-30088    Doc# 14084    Filed: 10/20/23    Entered: 10/20/23 13:28:19    Page 1 of 5

PLEASE TAKE NOTICE that, pursuant to the Order Authorizing Amendment and Objection Procedures for Securities Claims (ECF No. 13934) entered July 28, 2023, and paragraph 4 of the Amendment and Objection Procedures for Securities Claims (ECF No. 13934-1) (the "<u>Amendment Procedures</u>"), the Northern Claimants[1], by and through undersigned counsel, hereby amend their proofs of claim by adopting, to the extent applicable, the allegations set forth in the Third Amended Consolidated Class Action Complaint for Violation of the Federal Securities Laws (ECF No. 121) filed in *In re PG&E Corp. Secs. Litig.*, No. 3-18-cv-03509 (N.D. Cal.), which is incorporated by reference in the Proofs of Claim of the Public Employees Retirement Association of New Mexico (Claim Nos. 69105 and 71345). The Northern Claimants hereby reincorporate and reallege all statements and information contained in their respective proofs of claim, trade data submissions, and other filings and submissions. This Notice is timely filed pursuant to an agreement between PG&E Corporation and Pacific Gas and Electric Company and the Northern Claimants, in accordance with paragraph 7 of the Amendment Procedures, to extend the deadlines for the Northern Claimants to amend their proofs of claim by way of adoption pursuant to paragraph 4 of the Amendment Procedures from October 13, 2023 to October 20, 2023. The Northern Claimants make this amendment without prejudice to their right to further modify their claims in the event a class of securities claimants is not certified in the above-captioned bankruptcy proceeding, or otherwise.

DATED: October 20, 2023                     PROCOPIO, CORY, HARGREAVES & SAVITCH LLP


                                             By:  /s/ Gerald P. Kennedy
                                                  Gerald P. Kennedy
                                                  Attorneys for the Northern Claimants

---

[1] The names of the Northern Claimants, together with their respective claim numbers, are set forth in the accompanying Schedule A.

## SCHEDULE A

| Claim Number | Claimant |
|---|---|
| 101014 | Northern Trust Common S&P 500 Index Fund – Lending |
| 101014 | Northern Trust Common Labor Select Russell 3000 Index Fund – Lending |
| 101014 | Northern Trust Collective S&P 500 Index Fund – Lending |
| 101014 | Northern Trust Collective S&P 500 Index Fund – Non-Lending |
| 101014 | Northern Trust Collective Russell 1000 Value Index Fund – Lending |
| 101014 | Northern Trust Common S&P 500 Index Fund – Non- Lending |
| 101014 | Northern Trust Common Russell 1000 Value Index Fund – Lending |
| 101014 | Northern Trust Common United States Investable Market Index Fund – Non-Lending |
| 101014 | Northern Trust Collective S&P 500 Value Index Fund – Lending |
| 101014 | Northern Trust Labor Select Collective Russell 3000 Index Fund – Lending |
| 101014 | Northern Trust Collective 1-10 Year Intermediate Credit Bond Index Fund – Lending |
| 101014 | Northern Trust Collective Long Term Credit Bond Index Fund – Lending |
| 101014 | Northern Trust Collective US Market Cap Index Fund – Lending |
| 101014 | Northern Trust Common US Market Cap Index Fund – Lending |
| 101014 | Northern Trust Common Credit Bond Index Fund – Non- Lending |
| 101014 | Northern Trust Collective Long Term Credit Bond Index Fund – Non-Lending |
| 101014 | Northern Trust Common 1-5 Year Credit Bond Index Fund – Non-Lending |
| 101014 | Northern Trust Collective United States Index Fund – Non- Lending |
| 101014 | Northern Trust Collective 1-10 Year Intermediate Credit Bond Index Fund – Non-Lending |
| 101014 | Northern Trust Collective Aggregate Bond Index Fund – Non-Lending |
| 101014 | Northern Trust Common Russell 1000 Index Fund – Non- Lending |
| 101014 | Northern Trust Collective U.S. IMI – Lending |
| 101014 | Northern Trust Collective 1-5 Year Credit Bond Index Fund – Non-Lending |
| 101014 | Northern Trust Collective Russell 1000 Value Index Fund – Non-Lending |
| 101014 | Northern Trust Collective Long-Term US Corporate Bond Index Fund – Non-Lending |
| 101014 | NTCC Long Corporate Fund FEBT |
| 101014 | NTCC Active Fixed Income Fund FEBT |
| 100372 | Northern Funds Multi Manager Global Listed Infrastructure Fund |
| 100372 | Northern Funds – Large Cap Value Fund |
| 100372 | Northern Funds – Bond Index Fund |

3  BANKRUPTCY CASE NO. 19-30088 (DM)
ONIBUS NOTICE OF AMENDMENT TO PROOFS OF CLAIM OF THE NORTHERN CLAIMANTS PURSUANT TO ORDER AUTHORIZING AMENDMENT AND OBJECTION PROCEDURES FOR SECURITIES CLAIMS (ECF NO. 13934) ENTERED JULY 28, 2023

Case: 19-30088   Doc# 14084   Filed: 10/20/23   Entered: 10/20/23 13:28:19   Page 3 of 5

| Claim Number | Claimant |
|---|---|
| 100372 | Northern Funds – Tax Advantaged Ultra Short Fixed Income Fund |
| 100372 | Northern Funds – Money Market Fund |
| 100372 | Northern Funds – Municipal Money Market Fund |
| 100372 | Northern Funds – Stock Index Fund |
| 100372 | Northern Funds – California Intermediate Tax Exempt Fund |
| 100372 | Northern Institutional Funds – Municipal Portfolio |

4     BANKRUPTCY CASE NO. 19-30088 (DM)
ONIBUS NOTICE OF AMENDMENT TO PROOFS OF CLAIM OF THE NORTHERN CLAIMANTS PURSUANT TO ORDER AUTHORIZING AMENDMENT AND OBJECTION PROCEDURES FOR SECURITIES CLAIMS (ECF NO. 13934) ENTERED JULY 28, 2023

Case: 19-30088    Doc# 14084    Filed: 10/20/23    Entered: 10/20/23 13:28:19    Page 4 of 5

4827411

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the Northern District of California by using CM/ECF system on October 20, 2023. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on October 20, 2023.

/s/ Gerald P. Kennedy
Gerald P. Kennedy

5     BANKRUPTCY CASE NO. 19-30088 (DM)
ONIBUS NOTICE OF AMENDMENT TO PROOFS OF CLAIM OF THE NORTHERN CLAIMANTS PURSUANT TO ORDER AUTHORIZING AMENDMENT AND OBJECTION PROCEDURES FOR SECURITIES CLAIMS (ECF NO. 13934) ENTERED JULY 28, 2023

Case: 19-30088    Doc# 14084    Filed: 10/20/23    Entered: 10/20/23 13:28:19    Page 5 of 5