Gerald P. Kennedy (Bar No. 105887)
E-mail: gerald.kennedy@procopio.com
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Julie M. Murphy
Email: Jmmurphy@stradley.com
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Telephone: 856.321.2409 / 215.564.8091
Facsimile: 215.564.8120

Attorneys for the Dimensional Claimants

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　Debtors<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**OMNIBUS NOTICE OF AMENDMENT TO PROOFS OF CLAIM OF THE DIMENSIONAL CLAIMANTS PURSUANT TO ORDER AUTHORIZING AMENDMENT AND OBJECTION PROCEDURES FOR SECURITIES CLAIMS (ECF NO. 13934) ENTERED JULY 28, 2023** |

Bankruptcy Case No. 19-30088 (DM)
Omnibus Notice of Amendment to Proofs of Claim of the Dimensional Claimants Pursuant to Order Authorizing Amendment and Objection Procedures for Securities Claims (ECF No. 13934) Entered July 28, 2023

Case: 19-30088    Doc# 14085    Filed: 10/20/23    Entered: 10/20/23 13:36:32    Page 1 of 4

PLEASE TAKE NOTICE that, pursuant to the Order Authorizing Amendment and Objection Procedures for Securities Claims (ECF No. 13934) entered July 28, 2023, and paragraph 4 of the Amendment and Objection Procedures for Securities Claims (ECF No. 13934-1) (the "<u>Amendment Procedures</u>"), the Dimensional Claimants[1], by and through undersigned counsel, hereby amend their proofs of claim by adopting, to the extent applicable, the allegations set forth in the Third Amended Consolidated Class Action Complaint for Violation of the Federal Securities Laws (ECF No. 121) filed in *In re PG&E Corp. Secs. Litig.*, No. 3-18-cv-03509 (N.D. Cal.), which is incorporated by reference in the Proofs of Claim of the Public Employees Retirement Association of New Mexico (Claim Nos. 69105 and 71345). The Dimensional Claimants hereby reincorporate and reallege all statements and information contained in their respective proofs of claim, trade data submissions, and other filings and submissions. This Notice is timely filed pursuant to an agreement between PG&E Corporation and Pacific Gas and Electric Company and the Dimensional Claimants, in accordance with paragraph 7 of the Amendment Procedures, to extend the deadlines for the Dimensional Claimants to amend their proofs of claim pursuant to paragraph 4 of the Amendment Procedures from October 6 and 13, 2023 to October 20, 2023. The Dimensional Claimants make this amendment without prejudice to their right to further modify their claims in the event a class of securities claimants is not certified in the above-captioned bankruptcy proceeding, or otherwise.

DATED: October 20, 2023

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: /s/ Gerald P. Kennedy
Gerald P. Kennedy
Attorneys for the Dimensional Claimants

---

[1] The names of the Dimensional Claimants, together with their respective claim numbers, are set forth in the accompanying Schedule A.

2   BANKRUPTCY CASE NO. 19-30088 (DM)
OMNIBUS NOTICE OF AMENDMENT TO PROOFS OF CLAIM OF THE DIMENSIONAL CLAIMANTS PURSUANT TO ORDER AUTHORIZING AMENDMENT AND OBJECTION PROCEDURES FOR SECURITIES CLAIMS (ECF NO. 13934) ENTERED JULY 28, 2023

Case: 19-30088   Doc# 14085   Filed: 10/20/23   Entered: 10/20/23 13:36:32   Page 2 of 4

## SCHEDULE A

| Claim Numbers | Claimant |
|---|---|
| 99436 and 99838 | DFA Global Core Plus Fixed Income |
| 99436 and 99839 | DFA Global Investment Grade Fixed Income Fund |
| 99436 and 99840 | DFA Global Targeted Credit Fund |
| 99436 and 99841 | DFA Intermediate-Term Extended Quality Portfolio |
| 99436 and 99842 | DFA Investment Grade Portfolio |
| 99436 and 99843 | DFA Selectively Hedged Global Fixed Income Portfolio |
| 99436 and 99844 | DFA Short-Duration Real Return Portfolio |
| 99436 and 99845 | DFA Short-Term Extended Quality Portfolio |
| 99436 and 99846 | DFA Social Fixed Income Portfolio |
| 99436 and 99847 | DFA Targeted Credit Portfolio |
| 99436 and 99848 | DFA U.S. Core Equity Fund |
| 99436 and 99849 | Dimensional Global Bond Sustainability |
| 99436 and 99850 | Dimensional Global Bond Trust - AUD Class Units |
| 99436 and 99851 | Dimensional Global Core Equity Trust |
| 99436 and 99852 | Dimensional Global Sustainability Trust - Unhedged Class Units |
| 99436 and 99853 | Global Core Equity Fund |
| 99436 and 99854 | Global Short-Term Investment Grade Fixed Income Fund |
| 99436 and 99855 | Global Sustainability Core Equity Fund |
| 99436 and 99856 | International Core Equity Fund |
| 99436 and 99857 | T.A. U.S. Core Equity 2 Portfolio |
| 99436 and 99858 | Tax-Managed U.S. Equity Portfolio |
| 99436 and 99859 | U.S. Core Equity 1 Portfolio |
| 99436 and 99860 | U.S. Core Equity 2 Portfolio |
| 99436 and 99861 | U.S. Core Equity Fund |
| 99436 and 99862 | U.S. Large Cap Equity Portfolio |
| 99436 and 99863 | U.S. Large Company Portfolio |
| 99436 and 99864 | U.S. Social Core Equity 2 Portfolio |
| 99436 and 99865 | U.S. Sustainability Core 1 Portfolio |
| 99436 and 99866 | World Equity Fund |

3   BANKRUPTCY CASE NO. 19-30088 (DM)
OMNIBUS NOTICE OF AMENDMENT TO PROOFS OF CLAIM OF THE DIMENSIONAL CLAIMANTS PURSUANT TO ORDER AUTHORIZING AMENDMENT AND OBJECTION PROCEDURES FOR SECURITIES CLAIMS (ECF NO. 13934) ENTERED JULY 28, 2023

Case: 19-30088   Doc# 14085   Filed: 10/20/23   Entered: 10/20/23 13:36:32   Page 3 of 4

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the Northern District of California by using CM/ECF system on October 20, 2023. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on October 20, 2023.

/s/ Gerald P. Kennedy
Gerald P. Kennedy

4  BANKRUPTCY CASE NO. 19-30088 (DM)
OMNIBUS NOTICE OF AMENDMENT TO PROOFS OF CLAIM OF THE DIMENSIONAL CLAIMANTS PURSUANT TO ORDER AUTHORIZING AMENDMENT AND OBJECTION PROCEDURES FOR SECURITIES CLAIMS (ECF NO. 13934) ENTERED JULY 28, 2023

Case: 19-30088    Doc# 14085    Filed: 10/20/23    Entered: 10/20/23 13:36:32    Page 4 of 4