Gerald P. Kennedy (Bar No. 105887)
E-mail: gerald.kennedy@procopio.com
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Julie M. Murphy
Email: Jmmurphy@stradley.com
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Telephone: 856.321.2409 / 215.564.8091
Facsimile: 215.564.8120

Attorneys for the Vanguard Claimants

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**OMNIBUS NOTICE OF AMENDMENT TO PROOFS OF CLAIM OF THE VANGUARD CLAIMANTS PURSUANT TO ORDER AUTHORIZING AMENDMENT AND OBJECTION PROCEDURES FOR SECURITIES CLAIMS (ECF NO. 13934) ENTERED JULY 28, 2023** |

BANKRUPTCY CASE NO. 19-30088 (DM)
OMNIBUS NOTICE OF AMENDMENT TO PROOFS OF CLAIM OF THE VANGUARD CLAIMANTS PURSUANT TO ORDER AUTHORIZING AMENDMENT AND OBJECTION PROCEDURES FOR SECURITIES CLAIMS (ECF NO. 13934) ENTERED JULY 28, 2023

Case: 19-30088    Doc# 14086    Filed: 10/20/23    Entered: 10/20/23 14:45:42    Page 1 of 8

PLEASE TAKE NOTICE that, pursuant to the Order Authorizing Amendment and Objection Procedures for Securities Claims (ECF No. 13934) entered July 28, 2023, and paragraph 4 of the Amendment and Objection Procedures for Securities Claims (ECF No. 13934-1) (the "Amendment Procedures"), the Vanguard Claimants[1], by and through undersigned counsel, hereby amend their proofs of claim by adopting, to the extent applicable, the allegations set forth in the Third Amended Consolidated Class Action Complaint for Violation of the Federal Securities Laws (ECF No. 121) filed in *In re PG&E Corp. Secs. Litig.*, No. 3-18-cv-03509 (N.D. Cal.), which is incorporated by reference in the Proofs of Claim of the Public Employees Retirement Association of New Mexico (Claim Nos. 69105 and 71345). The Vanguard Claimants hereby reincorporate and reallege all statements and information contained in their respective proofs of claim, trade data submissions, and other filings and submissions. This Notice is timely filed pursuant to an agreement between PG&E Corporation and Pacific Gas and Electric Company and the Vanguard Claimants, in accordance with paragraph 7 of the Amendment Procedures, to extend the deadlines for the Vanguard Claimants to amend their proofs of claim pursuant to paragraph 4 of the Amendment Procedures from October 6 and 13, 2023 to October 20, 2023. The Vanguard Claimants make this amendment without prejudice to their right to further modify their claims in the event a class of securities claimants is not certified in the above-captioned bankruptcy proceeding, or otherwise.

DATED: October 20, 2023         PROCOPIO, CORY, HARGREAVES &
                                SAVITCH LLP


                                By:  /s/ Gerald P. Kennedy
                                     Gerald P. Kennedy
                                     Attorneys for the Vanguard Claimants

---

[1] The names of the Vanguard Claimants, together with their respective claim numbers, are set forth in the accompanying Schedule A.

2      BANKRUPTCY CASE NO. 19-30088 (DM)
OMNIBUS NOTICE OF AMENDMENT TO PROOFS OF CLAIM OF THE VANGUARD CLAIMANTS PURSUANT TO ORDER AUTHORIZING AMENDMENT AND OBJECTION PROCEDURES FOR SECURITIES CLAIMS (ECF NO. 13934) ENTERED JULY 28, 2023

Case: 19-30088    Doc# 14086    Filed: 10/20/23    Entered: 10/20/23 14:45:42    Page 2 of 8

## SCHEDULE A

| Claim Number | Claimant |
|---|---|
| 102085 | Russell 1000 Value Index Trust Fund |
| 102525 | Russell 1000 Value Index Trust Fund |
| 101115 | Russell 1000 Value Index Trust Fund |
| 102091 | Russell 1000 Value Index Trust Fund |
| 107941 | Vanguard Alternative Strategies Fund - Volatility (9510) |
| 107973 | Vanguard Alternative Strategies Fund - Volatility (9510) |
| 102270 | Vanguard Annuity Balanced Fund |
| 102294 | Vanguard Annuity Balanced Fund |
| 102543 | Vanguard Annuity Balanced Fund |
| 102275 | Vanguard Annuity Equity Index Fund |
| 102306 | Vanguard Annuity Equity Index Fund |
| 102446 | Vanguard Annuity Equity Index Fund |
| 102295 | Vanguard Annuity Short Term Investment Grade Fund |
| 102297 | Vanguard Annuity Short Term Investment Grade Fund |
| 102301 | Vanguard Annuity Short Term Investment Grade Fund |
| 102304 | Vanguard Annuity Short Term Investment Grade Fund |
| 102486 | Vanguard Annuity Short Term Investment Grade Fund |
| 102540 | Vanguard Annuity Short Term Investment Grade Fund |
| 102271 | Vanguard Balanced Index |
| 102305 | Vanguard Balanced Index |
| 102307 | Vanguard Balanced Index |
| 102407 | Vanguard Balanced Index |
| 102544 | Vanguard Balanced Index |
| 102308 | Vanguard CA Intermediate Term Tax Exempt Fund |
| 102310 | Vanguard CA Intermediate Term Tax Exempt Fund |
| 102548 | Vanguard CA Intermediate Term Tax Exempt Fund |
| 102312 | Vanguard CA Long Term Tax Exempt Fund |
| 102313 | Vanguard CA Long Term Tax Exempt Fund |
| 102552 | Vanguard CA Long Term Tax Exempt Fund |
| 102316 | Vanguard CA Tax Exempt Money Market |
| 102321 | Vanguard CA Tax Exempt Money Market |
| 102504 | Vanguard CA Tax Exempt Money Market |
| 102230 | Vanguard Capital Value Fund |
| 102277 | Vanguard Capital Value Fund |
| 102314 | Vanguard Capital Value Fund |
| 102318 | Vanguard Core Bond Fund |
| 102319 | Vanguard Core Bond Fund |
| 107933 | VANGUARD EMPLOYEE BENEFIT INDEX |
| 107930 | VANGUARD EMPLOYEE BENEFIT INDEX |
| 102190 | Vanguard Equity Income |
| 102323 | Vanguard Equity Income |
| 102333 | Vanguard Equity Income |

3    BANKRUPTCY CASE NO. 19-30088 (DM)
OMNIBUS NOTICE OF AMENDMENT TO PROOFS OF CLAIM OF THE VANGUARD CLAIMANTS PURSUANT TO ORDER AUTHORIZING AMENDMENT AND OBJECTION PROCEDURES FOR SECURITIES CLAIMS (ECF NO. 13934) ENTERED JULY 28, 2023

Case: 19-30088    Doc# 14086    Filed: 10/20/23    Entered: 10/20/23 14:45:42    Page 3 of 8

| Claim Number | Claimant |
|---|---|
| 102320 | Vanguard Equity Income Annuity Fund |
| 102324 | Vanguard Equity Income Annuity Fund |
| 102553 | Vanguard Equity Income Annuity Fund |
| 102326 | Vanguard Global Wellesley Income Fund |
| 102327 | Vanguard Global Wellesley Income Fund |
| 102328 | Vanguard Global Wellington Fund |
| 102352 | Vanguard Global Wellington Fund |
| 102094 | Vanguard Growth and Income Fund |
| 102100 | Vanguard Growth and Income Fund |
| 102148 | Vanguard Growth and Income Fund |
| 102196 | Vanguard Growth and Income Fund |
| 102331 | Vanguard Growth and Income Fund |
| 102334 | Vanguard Growth and Income Fund |
| 102533 | Vanguard Growth and Income Fund |
| 102539 | Vanguard Growth and Income Fund |
| 102545 | Vanguard Growth and Income Fund |
| 107936 | Vanguard High Yield Tax Exempt Fund |
| 107934 | Vanguard High Yield Tax Exempt Fund |
| 102280 | Vanguard Index 500 Fund |
| 102335 | Vanguard Index 500 Fund |
| 102336 | Vanguard Index 500 Fund |
| 102337 | Vanguard Instit. Total Stock Market Index Fund |
| 102338 | Vanguard Instit. Total Stock Market Index Fund |
| 102564 | Vanguard Instit. Total Stock Market Index Fund |
| 102339 | Vanguard Institutional Index Fund |
| 102342 | Vanguard Institutional Index Fund |
| 102555 | Vanguard Institutional Index Fund |
| 102340 | Vanguard Institutional Intermediate-Term Bond Fund |
| 102341 | Vanguard Institutional Intermediate-Term Bond Fund |
| 102584 | Vanguard Institutional Intermediate-Term Bond Fund |
| 102343 | Vanguard Institutional Short-Term Bond Fund |
| 102344 | Vanguard Institutional Short-Term Bond Fund |
| 102457 | Vanguard Institutional Short-Term Bond Fund |
| 102345 | Vanguard Intermediate Tax Exempt Fund |
| 102346 | Vanguard Intermediate Tax Exempt Fund |
| 102347 | Vanguard Intermediate Tax Exempt Fund |
| 102348 | Vanguard Intermediate Tax Exempt Fund |
| 102453 | Vanguard Intermediate Tax Exempt Fund |
| 102459 | Vanguard Intermediate Tax Exempt Fund |
| 102158 | Vanguard Intermediate Term Investment Grade Fund |
| 102362 | Vanguard Intermediate Term Investment Grade Fund |
| 102568 | Vanguard Intermediate Term Investment Grade Fund |
| 102349 | Vanguard Intermediate-Term Corporate Bond Index Fund |
| 102350 | Vanguard Intermediate-Term Corporate Bond Index Fund |

| Claim Number | Claimant |
|---|---|
| 102567 | Vanguard Intermediate-Term Corporate Bond Index Fund |
| 102353 | Vanguard Large Cap Index Fund |
| 102532 | Vanguard Large Cap Index Fund |
| 102569 | Vanguard Large Cap Index Fund |
| 102354 | Vanguard Limited Term Tax Exempt Fund |
| 102355 | Vanguard Limited Term Tax Exempt Fund |
| 102574 | Vanguard Limited Term Tax Exempt Fund |
| 102356 | Vanguard Long Term Bond Index Fund |
| 102363 | Vanguard Long Term Bond Index Fund |
| 102537 | Vanguard Long Term Bond Index Fund |
| 102231 | Vanguard Long Term Investment Grade Fund |
| 102236 | Vanguard Long Term Investment Grade Fund |
| 102371 | Vanguard Long Term Investment Grade Fund |
| 102375 | Vanguard Long Term Investment Grade Fund |
| 107935 | Vanguard Long Term Tax Exempt Fund |
| 107931 | Vanguard Long Term Tax Exempt Fund |
| 102367 | Vanguard Long-Term Corporate Bond Index Fund |
| 102369 | Vanguard Long-Term Corporate Bond Index Fund |
| 107945 | Vanguard Market Neutral Fund - EIG (9996) |
| 107949 | Vanguard Market Neutral Fund - EIG (9996) |
| 102372 | Vanguard Mega Cap Index Fund |
| 102501 | Vanguard Mega Cap Index Fund |
| 102577 | Vanguard Mega Cap Index Fund |
| 102373 | Vanguard Mega Cap Value Index Fund |
| 102376 | Vanguard Mega Cap Value Index Fund |
| 102579 | Vanguard Mega Cap Value Index Fund |
| 102378 | Vanguard Municipal Cash Management Fund |
| 102379 | Vanguard Municipal Cash Management Fund |
| 102571 | Vanguard Municipal Cash Management Fund |
| 102380 | Vanguard Precious Metals & Mining Fund |
| 102383 | Vanguard Precious Metals & Mining Fund |
| 102575 | Vanguard Precious Metals & Mining Fund |
| 102381 | Vanguard Russell 1000 Index Fund |
| 102436 | Vanguard Russell 1000 Index Fund |
| 102513 | Vanguard Russell 1000 Index Fund |
| 102382 | Vanguard Russell 1000 Value Index Fund |
| 102384 | Vanguard Russell 1000 Value Index Fund |
| 102581 | Vanguard Russell 1000 Value Index Fund |
| 101992 | Vanguard Russell 3000 Index Fund |
| 102385 | Vanguard Russell 3000 Index Fund |
| 102472 | Vanguard Russell 3000 Index Fund |
| 107926 | VANGUARD S&P 500 VALUE INDEX FUND |
| 107928 | VANGUARD S&P 500 VALUE INDEX FUND |
| 102386 | Vanguard Selected Value Fund |

5    BANKRUPTCY CASE NO. 19-30088 (DM)
OMNIBUS NOTICE OF AMENDMENT TO PROOFS OF CLAIM OF THE VANGUARD CLAIMANTS PURSUANT TO ORDER AUTHORIZING AMENDMENT AND OBJECTION PROCEDURES FOR SECURITIES CLAIMS (ECF NO. 13934) ENTERED JULY 28, 2023

Case: 19-30088    Doc# 14086    Filed: 10/20/23    Entered: 10/20/23 14:45:42    Page 5 of 8

| Claim Number | Claimant |
|---|---|
| 102387 | Vanguard Selected Value Fund |
| 102582 | Vanguard Selected Value Fund |
| 107953 | Vanguard Selected Value Fund - Cash (9869) |
| 107951 | Vanguard Selected Value Fund - Cash (9869) |
| 102389 | Vanguard Short Term Bond Index Fund |
| 102391 | Vanguard Short Term Bond Index Fund |
| 102558 | Vanguard Short Term Bond Index Fund |
| 102286 | Vanguard Short Term Investment-Grade Fund |
| 102390 | Vanguard Short Term Investment-Grade Fund |
| 107923 | Vanguard Short Term Tax Exempt Fund |
| 107921 | Vanguard Short Term Tax Exempt Fund |
| 101857 | Vanguard Short-Term Corporate Bond Index Fund |
| 102392 | Vanguard Short-Term Corporate Bond Index Fund |
| 102542 | Vanguard Short-Term Corporate Bond Index Fund |
| 107932 | VANGUARD SMA Bravo - MSCI World Index |
| 107927 | VANGUARD SMA Bravo - MSCI World Index |
| 107946 | VANGUARD SMA Charlie ZC - SP 500 (9605) |
| 107947 | VANGUARD SMA Charlie ZC - SP 500 (9605) |
| 107925 | VANGUARD SMA EL SP 500 |
| 107922 | VANGUARD SMA EL SP 500 |
| 107952 | Vanguard Structured Broad Market Fund - CLOSED (883) |
| 107939 | Vanguard Structured Broad Market Fund - CLOSED (883) |
| 107940 | Vanguard Structured Large-Cap Equity Fund - CLOSED (872) |
| 107942 | Vanguard Structured Large-Cap Equity Fund - CLOSED (872) |
| 107937 | Vanguard Structured Large-Cap Equity Fund - CLOSED (872) |
| 107938 | Vanguard Tax Exempt Money Market (45) |
| 107972 | Vanguard Tax Exempt Money Market (45) |
| 101949 | Vanguard Tax Managed Capital Appreciation Fund |
| 102010 | Vanguard Tax Managed Capital Appreciation Fund |
| 102590 | Vanguard Tax Managed Capital Appreciation Fund |
| 107950 | Vanguard Tax-Managed Balanced-Bond (9881) |
| 107948 | Vanguard Tax-Managed Balanced-Bond (9881) |
| 102048 | Vanguard Tax-Managed Balanced-Equity |
| 102410 | Vanguard Tax-Managed Balanced-Equity |
| 102589 | Vanguard Tax-Managed Balanced-Equity |
| 101762 | Vanguard Total Bond Market II Index Fund |
| 102473 | Vanguard Total Bond Market II Index Fund |
| 102591 | Vanguard Total Bond Market II Index Fund |
| 101829 | Vanguard Total Bond Market Index Fund |
| 101860 | Vanguard Total Bond Market Index Fund |
| 102551 | Vanguard Total Bond Market Index Fund |
| 101744 | Vanguard Total Stock Market Index Fund |
| 102281 | Vanguard Total Stock Market Index Fund |
| 102592 | Vanguard Total Stock Market Index Fund |

6    BANKRUPTCY CASE NO. 19-30088 (DM)
OMNIBUS NOTICE OF AMENDMENT TO PROOFS OF CLAIM OF THE VANGUARD CLAIMANTS PURSUANT TO ORDER AUTHORIZING AMENDMENT AND OBJECTION PROCEDURES FOR SECURITIES CLAIMS (ECF NO. 13934) ENTERED JULY 28, 2023
Case: 19-30088    Doc# 14086    Filed: 10/20/23    Entered: 10/20/23 14:45:42    Page 6 of 8

| Claim Number | Claimant |
|---|---|
| 107929 | VANGUARD TOTAL STOCK MKT IDX TRUST |
| 107924 | VANGUARD TOTAL STOCK MKT IDX TRUST |
| 101980 | Vanguard Total World Stock Index Fund |
| 102412 | Vanguard Total World Stock Index Fund |
| 102586 | Vanguard Total World Stock Index Fund |
| 101753 | Vanguard U.S. Value Fund |
| 101767 | Vanguard U.S. Value Fund |
| 102303 | Vanguard U.S. Value Fund |
| 101946 | Vanguard Ultra-Short-Term Bond Fund |
| 102518 | Vanguard Ultra-Short-Term Bond Fund |
| 102572 | Vanguard Ultra-Short-Term Bond Fund |
| 107943 | Vanguard US Minimum Volatility ETF (4020) |
| 107944 | Vanguard US Minimum Volatility ETF (4020) |
| 101754 | Vanguard US Value Factor ETF |
| 102411 | Vanguard US Value Factor ETF |
| 102595 | Vanguard US Value Factor ETF |
| 101649 | Vanguard Utilities Index Fund |
| 102124 | Vanguard Utilities Index Fund |
| 102300 | Vanguard Utilities Index Fund |
| 102414 | Vanguard Value Index Fund |
| 102415 | Vanguard Value Index Fund |
| 102476 | Vanguard Value Index Fund |
| 101609 | Vanguard Wellesley Income Fund |
| 102422 | Vanguard Wellesley Income Fund |
| 102599 | Vanguard Wellesley Income Fund |
| 101795 | Vanguard Wellington Fund |
| 101801 | Vanguard Wellington Fund |
| 102600 | Vanguard Wellington Fund |
| 101616 | Vanguard Windsor Fund |
| 101789 | Vanguard Windsor Fund |
| 102292 | Vanguard Windsor Fund |
| 102417 | Vanguard Windsor Fund |
| 102421 | Vanguard Windsor Fund |
| 102601 | Vanguard Windsor Fund |

7  BANKRUPTCY CASE NO. 19-30088 (DM)
OMNIBUS NOTICE OF AMENDMENT TO PROOFS OF CLAIM OF THE VANGUARD CLAIMANTS PURSUANT TO ORDER AUTHORIZING AMENDMENT AND OBJECTION PROCEDURES FOR SECURITIES CLAIMS (ECF NO. 13934) ENTERED JULY 28, 2023

Case: 19-30088    Doc# 14086    Filed: 10/20/23    Entered: 10/20/23 14:45:42    Page 7 of 8

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the Northern District of California by using CM/ECF system on October 20, 2023. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on October 20, 2023.

/s/ Gerald P. Kennedy
Gerald P. Kennedy