UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Paul Pullo, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("Kroll")1, the claims and noticing agent for the Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On October 16, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit A**:

- Reorganized Debtors' Amended Report on Responses to Twenty-Second Securities Claims Omnibus Objection (Securities ADR No Liability Claims) and Request for Order by Default as to Unopposed Objections [Docket No. 13979]

- Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Twenty-Second Securities Claims Omnibus Objection (Securities ADR No Liability Claims) [Docket No. 13981]

3. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 20th day of October 2023, at New York, NY.

*/s/Paul Pullo*

Paul Pullo

/s/ *HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

# **Exhibit A**

Supplemental Service List
Served via First Class Mail

| AddressID | Name | Address1 |
|---|---|---|
| 4763867 | Sears, Mary Belle | Address on File |
| 4660802 | Temples, Amy Rutland | Address on File |