<pre>
                UNITED STATES BANKRUPTCY COURT
                NORTHERN DISTRICT OF CALIFORNIA
                    SAN FRANCISCO DIVISION
</pre>

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Christian Carbajal, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On October 18, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction

3. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 20th day of October 2023, at New York, NY.

                                          */s/ Christian Carbajal*
                                            Christian Carbajal

***/s/ HERBERT BAER***
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

# **Exhibit A**

Exhibit A
Notice Parties Service List
Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| Labaton Sucharow LLP | Attn: Thomas A. Dubbs | 140 Broadway | New York | NY | 10005-1108 | |
| Latham & Watkins LLP | Attn: Joshua G. Hamilton | 10250 Constellation Blvd., Suite 1100 | Los Angeles | CA | 90067-6268 | |
| Rolnick Kramer Sadighi LLP | Attn: Frank T.M. Catalina | 1251 Avenue of the Americas | New York | NY | 10020-1104 | |
| Weil Gotshal and Manges, LLP | Attn: Richard W. Slack | 767 Fifth Ave. | New York | NY | 10153-0119 | |