Robert A. Julian (SBN 88469)
BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone:    415.659.2600
Facsimile:    415.659.2601
Email:   rjulian@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email:   esagerman@bakerlaw.com
Email:   drichardson@bakerlaw.com
Email:   lattard@bakerlaw.com

*Counsel for the former Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br>**PG&E CORPORATION**<br>-and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>　　　　　　　　　　Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF DISSOLUTION OF OFFICIAL COMMITTEE OF TORT CLAIMANTS** |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY COURT JUDGE, CHAPTER 11 REORGANIZED DEBTORS PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC CORPORATION, AND TO ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that pursuant to the terms of the confirmed *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020* (the "**Plan**"), and the *Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020*, entered on June 20, 2020 [ECF No. 8053] (the "**Confirmation Order**"), the Official Committee of Tort Claimants (the "**TCC**") has automatically dissolved upon the completion of the final appeal of the Confirmation Order in which the TCC was an Appellant or Appellee, and as all remaining time for further appeals beyond the Ninth Circuit Court of Appeal has expired.

**PLEASE TAKE FURTHER NOTICE** that, in connection with the requirements of Section 14 of the *Confidentiality and Protective Order* dated August 6, 2019 [ECF No. 3405] (the "**Protective Order**"), the TCC and its counsel have made a concerted and good faith effort to ensure compliance with the Protective Order and its terms for final disposition of "Protected Material" by, among other things, providing all TCC members, their individual counsel, the TCC's counsel, expert witnesses, financial advisors, and other professionals engaged in the case on behalf of the TCC (the "**TCC Constituency**") with a copy of the Protective Order and written notice concerning the obligations it imposes on each member of the TCC Constituency to destroy any Protected Materials in their possession upon the TCC's cessation. The TCC has also provided all present/former members of the TCC and their counsel/representatives with written notice of their obligation under the TCC's bylaws to maintain the confidentiality of the TCC's privileged and confidential communications and discussions until one year after the Court enters an order closing the above-captioned cases.

Dated: October 23, 2023

**BAKER & HOSTETLER LLP**

By:   */s/ Robert A. Julian*
       Robert A. Julian
       Eric E. Sagerman
       David J. Richardson
       Lauren T. Attard

*Counsel for The Official Committee of Tort Claimants*