**Exhibit 1**

**Voluntary Release And Securities ADR No Liability Claims**

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Ashcraft, Nam<br>1900 S Kanner Hwy 3-201<br>Stuart, FL  34994 | 97770 | PG&E Corporation | 3/13/2020 | $0.00 | $0.00 | $0.00 | $2,575.84 | $2,575.84 | Opted Into Plan Release and No Response to Offer Exchange |
| Dickey Jr, Du Val F<br>710 Magdalene Dr<br>Houston, TX  77024-2624 | 98864 | PG&E Corporation | 4/7/2020 | $0.00 | $0.00 | $0.00 | $37,825.00 | $37,825.00 | Opted Into Plan Release and No Response to Offer Exchange |
| DOROTHY L FREEMAN TTEE<br>THE DOROTHY FREEMAN TR UA DTD 04 13 2006<br>PO BOX 1253<br>LA MESA, CA  91944-1253 | 99698 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Opted Into Plan Release and No Response to Offer Exchange |
| Doss, Michael P.<br>5717 S. Blackstone Ave.<br>Chicago, IL  60637 | 99676 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $9,966.12 | $9,966.12 | Opted Into Plan Release and No Response to Offer Exchange |
| Edward K. F. de Beixedon Trustees<br>645 Bradford St<br>Pasadena, CA  91105 | 98518 | PG&E Corporation | 4/1/2020 | $0.00 | $0.00 | $0.00 | $26,514.53 | $26,514.53 | Opted Into Plan Release and No Response to Offer Exchange |
| Joya, Willie<br>191 Catalina Avenue<br>Pacifica, CA  94044-1538 | 87152 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 | Opted Into Plan Release and No Response to Offer Exchange |
| Joya, Willie<br>191 Catalina Avenue<br>Pacifica, CA  94044-1538 | 87353 | Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 | Opted Into Plan Release and No Response to Offer Exchange |
| Koury, James M.<br>1132 Crescent Moon Drive<br>North Las Vegas, NV  89031-1471 | 98860 | PG&E Corporation | 4/7/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Opted Into Plan Release and No Response to Offer Exchange |
| Metzbower, Sarah<br>4509 Celadon Lane<br>New Bern, NC  28562 | 100888 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $738.10 | $738.10 | Opted Into Plan Release and No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Padgham, Richard C<br>806 Springlawn Dr<br>Media, PA 19063 | 102903 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $9,191.00 | $9,191.00 | Opted Into Plan Release and No Response to Offer Exchange |
| PARKS, IAN NICHOLAS<br>1556 NE 140TH ST F3<br>SEATTLE, WA 98125 | 103587 | PG&E Corporation | 4/30/2020 | $2,500.00 | $0.00 | $0.00 | $0.00 | $2,500.00 | Opted Into Plan Release and No Response to Offer Exchange |
| Parks, Ian-Nicholas<br>1556 NE 140th St F-3<br>Seattle, WA 98125 | 6098 | Pacific Gas and Electric Company | 1/29/2019 | $2,000.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | Opted Into Plan Release and No Response to Offer Exchange |
| PHILLIPS, CECILIA J<br>23223 FRIAR ST<br>WOODLAND HILLS, CA 91367-1516 | 99241 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Opted Into Plan Release and No Response to Offer Exchange |
| Russell, David W<br>2220 Allegheny Way<br>San Mateo, CA 94402-4003 | 7456 | PG&E Corporation | 8/19/2019 | $6,277.69 | $0.00 | $0.00 | $0.00 | $6,277.69 | Opted Into Plan Release and No Response to Offer Exchange |
| Ruth Bragman Living Trust dated June 28, 1999 Ruth Bragman Trustee<br>PO Box 130<br>Indian Rocks Beach, FL 33785 | 100196 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $9,782.78 | $9,782.78 | Opted Into Plan Release and No Response to Offer Exchange |
| Seyer, David<br>127 Florence Lane<br>Manahawkin, NJ 08050 | 98317 | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $5,595.00 | $5,595.00 | Opted Into Plan Release and No Response to Offer Exchange |
| Simpson Jr., Melvin<br>4115 Pretroia Run<br>Murfreesboro, TN 37138 | 99833 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $6,102.41 | $6,102.41 | Opted Into Plan Release and No Response to Offer Exchange |
| Spangler, Gary W<br>5808 Charlotte<br>West Univ Pl, TX 77005 | 103343 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $18,404.27 | $18,404.27 | Opted Into Plan Release and No Response to Offer Exchange |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Tacito, Anthony J<br>4517 Belclaire Ave<br>Dallas, TX 75205 | 100239 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $2,371.15 | $2,371.15 | Opted Into Plan Release and No Response to Offer Exchange |
| The Sherwood Community Property Trust<br>Bonnie Sherwood, TTEE 20 Woodside Glen Ct<br>Oakland, CA 94602 | 99705 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $19,001.28 | $19,001.28 | Opted Into Plan Release and No Response to Offer Exchange |
| Thomas and Julie Doyle Trust<br>1214 Redpole Dr<br>Dewitt, MI 48820-9552 | 100516 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $1,421.54 | $1,421.54 | Opted Into Plan Release and No Response to Offer Exchange |
| **Claims To Be Expunged Totals** | **Count: 21** | | | **$10,777.69** | **$0.00** | **$0.00** | **$349,489.02** | **$360,266.71** | |