WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, CA 94105
Tel: (415) 496-6723
Fax: (650) 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF CRAIG E. JOHNSON IN SUPPORT OF REORGANIZED DEBTORS' TWENTY-SEVENTH SECURITIES CLAIMS OMNIBUS OBJECTION (VOLUNTARY RELEASE AND SECURITIES ADR NO LIABILITY CLAIMS)**<br><br>Date: December 5, 2023<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Tele/Videoconference Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

I, Criag E. Johnson, hereby declare that the following is true and correct to the best of my knowledge:

1. I am a Senior Director of Solicitation and Issuer Services at Kroll Restructuring Administration LLC (formerly known as Prime Clerk) (for purposes of this Declaration, "**Kroll**").

2. I am providing this Declaration in support of the *Reorganized Debtors' Twenty-Seventh Securities Claims Omnibus Objection (Voluntary Release And Securities ADR No Liability Claims)* (the "**Omnibus Objection**").[1]

3. Kroll has been asked by PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**," as applicable) and their counsel to assist with reviewing and analyzing the securities claims filed in the Chapter 11 Cases.

4. Except as otherwise indicated herein, all facts set forth in this Declaration are based upon my personal knowledge, the knowledge of other employees working under and alongside me on this matter, my discussions with the Reorganized Debtors' personnel and the Reorganized Debtors' various advisors and counsel, and my review of relevant documents and information. If called upon to testify, I would testify competently to the facts set forth in this Declaration. I am authorized to submit this Declaration on behalf of the Reorganized Debtors.

**Identification of Claims Subject to the Plan Release**

5. In accordance with the Disclosure and Solicitation Procedures Order, entered by the Court on March 17, 2020, Kroll distributed copies of the Disclosure Statement and Solicitation Procedures, applicable ballots, confirmation hearing notices, and other applicable notices and materials that were included in the solicitation packages to creditors and interest holders. The ballot process commenced on March 30, 2020, and was substantially completed on or about April 8, 2020.

6. The distribution included ballots directed to different classes of claimants and each

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Omnibus Objection.

titled "Optional Release Election" (the "**Optional Release Election Ballot**"). The Optional Release Election Ballot offered claimants the opportunity to opt into the releases contained in Section 10.9(b) of the Plan.

7. Pursuant to the vote tabulation process set forth in detail in the *Declaration Of Christina Pullo Of Prime Clerk LLC Regarding Solicitation Of Votes And Tabulation Of Ballots Cast With Respect To the Debtors' And Shareholder Proponents' Joint Chapter 11 Plan Of Reorganization* [Dkt. No. 7507], the Kroll team, of which I was a senior member at the time and under my general supervision, solicited votes from, and validated and tabulated ballots returned by, claimants in connection with the Plan balloting process described above.

8. Based on this process, we identified that the Claimants listed in **Exhibit 1** to the Omnibus Objection, which was prepared by AlixPartners and reviewed by the Kroll team, under my general supervision, voted to affirmatively and voluntarily opt into the releases contained in Section 10.9(b) of the Plan. Those ballots can be submitted at the request of the Court.

[*Remainder of Page Intentionally Left Blank*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed October 24, 2023 in New York.

/s/ Craig E. Johnson
Craig E. Johnson
Senior Director of Solicitation and Issuer Services