

Signed and Filed: October 24, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, CA 94105
Tel: 415 496 6723
Fax: 650 636 9251

ROVENS LAMB LLP
Steven A. Lamb (#132534)
(slamb@rovenslamb.com)
2601 Airport Drive, Suite 370
Torrance, CA 90505
Tel: 310 536 7830

LAW OFFICES OF JENNIFER L. DODGE INC.
Jennifer L. Dodge (#195321)
(jdodgelaw@jenniferdodgelaw.com)
2512 Artesia Blvd., Suite 300D
Redondo Beach, California 90278
Tel: (310) 372.3344
Fax: (310) 861.8044

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **ORDER APPROVING STIPULATION TO MODIFY SCHEDULE FOR DISCOVERY AND MOTION FOR SUMMARY JUDGMENT ON OBJECTION TO CLAIM OF AMIR SHAHMIRZA AND KOMIR, INC.** |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | [Related to Dkt. Nos. 12130, 13921, and 14090] |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

The Court having considered the *Stipulation to Modify Schedule for Discovery and Motion for Summary Judgment on Objection to Claim of Amir Shahmirza and Komir, Inc.*, dated October 24, 2023 (the "**Stipulation**"),[1] entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") on the one hand, and Creditors Amir Shahmirza (Agent for Komir, Inc.) and Komir, Inc. (together, "**Shahmirza**") on the other hand, by and through their counsel; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The Scheduling Order is modified, as provided herein:

    a. The Reorganized Debtors shall file a response to the Shahmirza MSJ by November 3, 2023.

    b. Shahmirza shall file a reply in support of the Shahmirza MSJ by December 1, 2023.

3. The Scheduling Order, as modified herein, remains subject to adjustment by agreement between the parties with Court approval, or by order of the Court upon good cause shown.

4. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

APPROVED AS TO FORM AND CONTENT:

COHEN AND JACOBSON, LLP

*/s/ Lawrence A. Jacobson*
Lawrence A. Jacobson
*Attorneys for Amir Shahmirza (Agent for Komir, Inc.) and Komir, Inc.*

*** END OF ORDER ***

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Stipulation.