PAUL M. JAMOND, Esq.
State Bar: 61613
Attorney at Law
718 Orchard Street
Santa Rosa, CA 95404
(707) 526-4550
jamond@pacbell.net
Attorney for Movants/
Claimants et al. Law Offices
of Michael S. Henderson

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                         No. 19-30088-DM

PG&E CORPORATION,

    -and-
                                               Chapter 11
PACIFIC GAS AND
ELECTRIC COMPANY,

       Debtors
_____/

Affects Pacific Gas and
Electric Company -
(All papers filed in the lead
Case 19-30088
_____/

TO THE CLERK OF THE COURT, CASE ADMINISTRATORS, AND ALL PARTIES IN INTEREST:

    PAUL M. JAMOND, Attorney, hereby requests the following name and e-mail address be removed from the Court's ECF e-mail list and the mailing matrix in the above referenced case:

        Paul M. Jamond
        jamond@pacbell.net
        Attorney at Law
        State Bar: 61613
        718 Orchard Street
        Santa Rosa, CA 95404

Dated: October 25, 2023      /s/ PAUL M. JAMOND
                                    PAUL M. JAMOND
                                    Attorney at Law

Page 1