# Notice Recipients

District/Off: 0971−3   User: admin   Date Created: 10/26/2023
Case: 19−30088   Form ID: pdfntc   Total: 1

**Recipients submitted to the Claims Agent (Kroll Restructuring Administration, LLC):**
cr   Enrique Galvez   1181 Fulton Ave., #16   Sacramento, CA 95825

TOTAL: 1