# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In Re: PG& E Corporation  
        and  
Pacific Gas and Electric Company

Bankruptcy Case No. 19-30088-DM  
Chapter 11

## COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

**Notice of Appeal to District Court- by Creditor Enrique Galvez- Dkt. #14098**

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) on the date shown below:

**Office of the U.S. Trustee / SF**  
Phillip J. Burton Federal Building  
450 Golden Gate Ave. 5th Fl., #05-0153  
San Francisco, CA 94102

**Cathy Yanni, Trustee**                 for **PG&E Corporation and**  
Fire Victim Trust                        **Pacific Gas & Electric Company**  
PO Box 25936  
Richmond, VA 23260

**Cathy Yanni**                            for **Appellee**  
JAMS  
Admin of the Wildfire Assistance Program  
Two Embarcadero Center, #1500  
San Francisco, CA 94111

**Enrique Galvez**                      for **Appellant**  
1181 Fulton Ave., #16  
Sacramento, CA 95825

                                        DaWana L. Chambers  
Date: October 26, 2023            Deputy Clerk