

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**October 26, 2023**

Mark B. Busby, Clerk of Court
United States District Court
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re: Transmittal of Notice of Appeal to District Court:

**PG&E Corporation and Pacific Gas and Electric Company, Case No. 19-30088-DM, Judge Dennis Montali**

Dear Clerk:

The following documents are electronically transmitted to your court for the above referenced matter:

Docket Report

Notice of Appeal to District Court- Dkt. #14098
Deficiency Letter Regarding Filing Fee Not Paid- Dkt. #14099
Court Certificate of Mailing- Dkt. #14100

**Filing Fee**: ☐ Paid $    ☒ Not Paid    ☐ Fee Waived    ☐ Fee Waiver Pending

If you have any questions, please contact me at **(415) 268-2373** .

Edward Emmons, Clerk
United States Bankruptcy Court

By: *DaWana Chambers*

DaWana Chambers  Deputy Clerk

Case: 19-30088    Doc# 14101    Filed: 10/26/23    Entered: 10/26/23 12:29:48    Page 1 of 1