LATHAM & WATKINS LLP
James E. Brandt
(james.brandt@lw.com)
1271 Avenue of the Americas
New York, NY 10020
Tel: 212 906 1200
Fax: 212 751 4864

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

PG&E Corporation,
and
Pacific Gas and Electric Company,

Debtor(s).

Case No. 19-30088 (DM)
Chapter 11

APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, James E. Brandt, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing PG&E Corporation and Pacific Gas and Electric Company in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I have been granted *pro hac vice* admission by the Court 0 times in the 12 months preceding this application.

3. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

4. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
LATHAM & WATKINS LLP
Joshua G. Hamilton (#199610)
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/31/2023  /s/ James E. Brandt