|   |   |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
| Debtors. | **(Jointly Administered)** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# CERTIFICATE OF SERVICE

I, Victor Wong, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("*Kroll*")[1], the claims and noticing agent for the Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On October 26, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Appeal [Docket No. 14098]

3. On October 26, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Enrique Galvez, 1181 Fulton Ave., #16, Sacramento, CA 95825:

- Notice of Deficiency [Docket No. 14099]

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

4. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

5. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 1st day of November 2023, at New York, NY.

                         */s/ Victor Wong*
                         Victor Wong

SRF 73955

# **Exhibit A**

# Exhibit A
Notice Parties Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| Cathy Yanni | JAMS | Admin of the Wildfire Assistance Program | Two Embarcadero Center, #1500 | San Francisco | CA | 94111 |
| Cathy Yanni, Trustee | Fire Victim Trust | PO Box 25936 | | Richmond | VA | 23260 |
| Enrique Galvez | 1181 Fulton Ave., #16 | | | Sacramento | CA | 95825 |
| Office of the U.S. Trustee / SF | Phillip J. Burton Federal Building | 450 Golden Gate Ave. 5th Fl., #05-0153 | | San Francisco | CA | 94102 |

In re: PG&E Corporation, *et al.*
Case No. 19-30088 (DM)

Page 1 of 1