

LATHAM & WATKINS LLP
James E. Brandt
(james.brandt@lw.com)
1271 Avenue of the Americas
New York, NY 10020
Tel: 212 906 1200
Fax: 212 751 4864

Attorney for
PG&E Corporation, and Pacific Gas and Electric Company

Signed and Filed: November 2, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re **PG&E Corporation and Pacific Gas and Electric Company,**
Debtor(s).

Case No. **19-30088 (DM)**

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**James E. Brandt**, whose business address and telephone number is **1271 Avenue of the Americas New York, NY 10020 Tel: 212 906 1200**

and who is an active member in good standing of the bar of **New York**

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **PG&E Corporation, and Pacific Gas and Electric Company**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**