

```
PAUL M. JAMOND, Esq.              Signed and Filed: November 2, 2023
State Bar: 61613
Attorney at Law
718 Orchard Street
Santa Rosa, CA 95404
(707) 526-4550
jamond@pacbell.net
Attorney for Movants/            _____
Claimants Law Offices            DENNIS MONTALI
of Michael S. Henderson          U.S. Bankruptcy Judge
et al.
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                  No. 19-30088-DM

PG&E CORPORATION,

    -and-
                              Chapter 11
PACIFIC GAS AND
ELECTRIC COMPANY,

       Debtors                  ORDER ON APPLICATION
_____/         OF ATTORNEY PAUL JAMOND
                                         TO BE REMOVED FROM
Affects Pacific Gas and                  COURTS ECF EMAIL LIST
Electric Company -                       AND MAILING MATRIX
(All papers filed in the lead
Case 19-30088
_____/

    ORDER:

    The application of attorney PAUL M. JAMOND to be removed from the Court's ECF e-mail list and the Court's mailing matrix in the above referenced case is hereby granted.

                *** END OF ORDER ***

Page 1