| | |
|---|---|
| KELLER BENVENUTTI KIM LLP<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>David A. Taylor (#247433)<br>(dtaylor@kbkllp.com)<br>Thomas B. Rupp (#278041)<br>(trupp@kbkllp.com)<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br>Tel: 415 496 6723<br>Fax: 650 636 9251 | ROVENS LAMB LLP<br>Steven A. Lamb (#132534)<br>(slamb@rovenslamb.com)<br>2601 Airport Drive, Suite 370<br>Torrance, CA 90505<br>Tel: 310 536 7830<br><br>LAW OFFICES OF JENNIFER L. DODGE INC.<br>Jennifer L. Dodge (#195321)<br>(jdodgelaw@jenniferdodgelaw.com)<br>2512 Artesia Blvd., Suite 300D<br>Redondo Beach, California 90278<br>Tel: (310) 372.3344<br>Fax: (310) 861.8044 |

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF MARK GALICIA IN SUPPORT OF PG&E'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO CLAIMANT'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: December 19 2023<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Tele/Videoconference Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

# DECLARATION OF MARK GALICIA

I, Mark Galicia, declare as follows:

1. I am employed as a Transmission Line Standards Engineer with Pacific Gas and Electric Company (PG&E). I received a Bachelor of Science degree in Mechanical Engineering. I am a Mechanical Engineer licensed by the California Board for Professional Engineers, Land Surveyors and Geologists, License Number 31509.

2. I began working at PG&E in 2006. I have held different positions with PG&E working as an engineer on electric transmission facilities. Since April 2020 I have been employed as an Electric Standards and Strategy Senior Consultant where my duties include developing and updating the Company's standards relating to the design of electric transmission facilities.

3. I have personal knowledge of the facts set forth herein and can and do competently testify regarding the facts set forth in this declaration.

4. In 2017-2018 I was the Project Engineer on the reconstruction of the transmission poles at the San Bruno Transition Station, which is the parcel of land owned by PG&E located immediately north of the Komir Property. As Project Engineer I was responsible for the engineering and design of the reconstruction project. The project involved the reconstruction of six poles that supported six separate 115 kV circuits in the Transition Station. These poles were replaced with three new tubular steel poles within the Transition Station, with each tubular steel pole supporting two 115 kV circuits.

5. The project was designed to retain the same alignment of the electric circuits as they extended over the Komir Property and attach to a set of towers located south of the Komir Property. The alignment of the circuits over the Komir Property is depicted in the drawing attached as Exhibit 1, which is a plan view from PG&E's engineering drawings for this project. Exhibit 1 also depicts the work within the Transition Station and identifies the six existing poles that were replaced with three new tubular steel poles. I have marked Exhibit 1 to identify the six poles that were removed,

1

which are highlighted in yellow. I have also identified the three replacement tubular steel poles on Exhibit 1, which are highlighted in red.

6. Attached as Exhibits 2 and 3 depict the construction of the new tubular steel poles in the Transition Station. As shown in these images, the tubular steel poles were installed between the existing transmission circuits, which retained the alignment of the circuits. Exhibit 3 depicts the construction of the new tubular steel pole on the right side, with the workman in the bucket working between the transmission circuits on the new structure. The two pole structures appearing in the background of Exhibit 3 are the original pole structures in the Transition Station. Exhibit 4 is a photograph that depicts the completion of the project after the three replacement tubular steel poles have been installed in the Transition Station.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 1st day of November, 2023 at San Francisco, California.

By: *Mark Galicia*
Mark Galicia