# EXHIBIT 2



PG&E San Bruno Interchange Project