Exhibit A

Return to:
Mr. Neil F. Hildebrand Jr.
100 Skyline Plaza
Daly City, Ca. 94015

**87101925**

| RF | 7 |
| CO | |
| LN | |
| MF | 1 |
| AF | 5 |
| BR | 13 |

RECORDED AT REQUEST OF

**FOUNDERS TITLE COMPANY**

JUN 30　11 01 AH '87

WARREN SLOCUM RECORDER
SAN MATEO COUNTY
OFFICIAL RECORDS

87101925

—————— SPACE ABOVE THIS LINE FOR RECORDER'S USE ——————

Documentary Stamp Tax: $72.05

| DISTRICT | COUNTY | ROUTE | POST MILE | NUMBER |
|----------|--------|-------|-----------|--------|
| 4 | SM | 101 | 20.6 | DD-038103-01-01 |

**DIRECTOR'S DEED**
JUN　1987　15

The STATE OF CALIFORNIA, acting by and through its Director of Transportation, does hereby grant to

NIEL F. HILDEBRAND JR. and MELANIE M. HILDEBRAND, as community property

all that real property ~~xxxx~~ partly in the City of San Bruno and all in the

County of ___San Mateo___, State of California, described as:

PARCEL 038103-01-01:

COMMENCING at the northeasterly terminus of the course described as "N. 84°25'53" E., 0.81 of a foot" in that 0.377-acre parcel of land conveyed to the City of San Bruno by Director's Deed No. DD-038619-01-01, recorded April 20, 1977 in Volume 7448 at page 455, Official Records of San Mateo County; said terminus being also on the San Bruno City Limits Line; thence along the easterly prolongation of said course N. 84°25'53" E., 114.19 feet; thence N. 47°43'02" E., 36.80 feet; thence N. 30°41'14" E., 9.30 feet; thence S. 54°44'20" E., 122.08 feet; thence from a tangent that bears S. 2°45'48" E., along a curve to the right with a radius of 499.96 feet, through an angle of 30°28'30", an arc length of 265.92 feet; thence S. 27°42'42" W., 308.26 feet to the southeasterly line of that certain parcel of land, described as PARCEL II, conveyed to City and County of San Francisco, a municipal corporation, by Director's Deed No. 2293-DD, recorded October 28, 1953,

Documentary Transfer Tax
* * * * PAID * * * *
San Mateo County
Rec'd By _____ Deputy Recorder

MAIL TAX
STATEMENTS TO:
Mr. Niel F. Hildebrand Jr.
100 Skyline Plaza
Daly City, CA　94015
FORM RW 02-19 (REV. 8-82)

DOCUMENTARY TRANSFER TAX $ _72.05_
☒ COMPUTED ON FULL VALUE OF PROPERTY CONVEYED, OR
☐ COMPUTED ON FULL VALUE LESS LIENS & ENCUMBRANCES REMAINING THEREON AT TIME OF SALE.

Signature of declarant or agent determining tax—firm name

CITY OF _San Bruno_　☐ Unincorporated

Case: 19-30088　Doc# 13173-3　Filed: 01/01/23　Entered: 01/01/23 20:08:30　Page 2 of 20

Document Number: 1987-101925 Page: 1 of 6

RECORDER'S OFFICE COUNTY OF SAN MATEO

in Volume 2487, at page 443, Official Records of San Mateo County; thence along last said line and the general westerly line of last said Parcel II (2293-DD) S. 24°50'32" W., 101.57 feet, N. 4°38'43" W., 190.93 feet, N. 85°21'17" E., 15.33 feet and N. 10°51'17" E., 129.71 feet to said San Bruno City Limits Line; thence along last said line N. 4°38'43" W., 330.46 feet to the point of commencement.

CONTAINING 2.214 acres, more or less.

There shall be no abutter's rights of access appurtenant to the above-described real property in and to the adjacent State freeway.

(a) Subject to AN EASEMENT, granted or to be granted to the City of San Bruno, for the maintenance of the existing 24-inch diameter sewer line, said easement described as follows:

COMMENCING at the northwesterly corner of that 2.214-acre parcel of land described above; thence along the northerly line of said 2.214-acre parcel N. 84°25'53" E., 10.00 feet to a line parallel with and 10.00 feet easterly, at right angles, from said San Bruno City Limits Line; thence along said parallel line S. 4°38'43" E., 542.34 feet to the southeasterly line of said 2.214-acre parcel; thence along last said line S. 27°42'42" W., 18.69 feet to said San Bruno City Limits Line; thence along last said line N. 4°38'43" W., 557.97 feet to the point of commencement.

CONTAINING 0.126 of an acre, more or less.

(b) Subject to AN EASEMENT, granted or to be granted to Pacific Gas and Electric Company, a California corporation, for the right to landscape and access and in connection therewith to plant, grow and care for shrubs and trees, not to exceed fifteen (15) feet in height, within the following described parcel of land:

COMMENCING at the northwesterly corner of that 2.214-acre parcel of land described above; thence along the northerly line of said 2.214-acre parcel, N. 84°25'53" E., 114.19 feet; thence S. 17°58'05" W., 88.46 feet; thence S. 85°13'30" W., 80.16 feet to the westerly line of said 2.214-acre parcel; thence along last said line N. 4°38'43" W., 80.00 feet to the point of commencement.

CONTAINING 0.180 of an acre, more or less.

87101925

RECORDER'S OFFICE COUNTY OF SAN MATEO

87101925

(c) Subject to AN EASEMENT, granted or to be granted to the PACIFIC BELL, a corporation, for the right from time to time to construct, place, inspect, maintain and replace communication facilities, consisting of aerial and underground wires, cables and other electrical conductors with associated poles, crossarms, anchors, guys, fixtures, conduits, manholes, marker posts and other appurtenances, together with a right of way therefor and the right of ingress thereto and egress therefrom, across, upon, in and under, the following described parcel of land:

A strip of land, 10.00 feet wide, bounded on the east by the easterly line of that 2.214-acre parcel described above and bounded on the west by the westerly line of said 2.214-acre parcel, lying 5.00 feet on each side of the following described center line:

COMMENCING at a point on the westerly line of that 2.214-acre parcel described above, distant thereon S. 4°38'43" E., 75.00 feet from the northwesterly corner of said 2.214-acre parcel; thence N. 85°13'30" E., 240.67 feet to the easterly line of said 2.214-acre parcel.

CONTAINING 0.055 of an acre, more or less.

Grantor further grants to grantee the right of ingress to and egress from said strip over and across said lands by means of roads and lanes thereon, if such there be, otherwise by such route or routes as shall occasion the least practicable damage and inconvenience to grantor, provided that such right of ingress and egress shall not extend to any portion of said lands which is isolated from said strip by any public road or highway, now crossing or hereafter crossing said lands.

Grantor shall have the right to use said strip for purposes not inconsistent with grantee's full enjoyment of the rights hereby granted, provided that grantor shall not erect or construct any building or other structure, or drill or operate any well, within said strip.

Grantee shall have the further right to install, maintain and use gates in all fences which now cross or shall hereafter cross said strip.

Grantee shall also have the right to mark the location of said strip by suitable markers, but said markers when set in the ground shall be placed in fences or other location

which will not interfere with any reasonable use grantor shall make of said strip.

Grantee shall indemnify grantor against any loss and damage which shall be caused by the exercise of said ingress and egress, or by any wrongful or negligent act or omission of grantee or its agents or employees in the course of their employment.

The provisions hereof shall inure to the benefit of and bind the successors and assigns of the respective parties hereto.

The bearings and distances used in the above descriptions are on the California Coordinate System, Zone 3. Multiply the above distances by 1.0000790 to obtain ground level distances.

APN 92-020-100 Ptn.    JPN 92.01.010.30 Ptn.

RECORDER'S OFFICE COUNTY OF SAN MATEO

87101925

Subject to special assessments if any, restrictions, reservations, and easements of record.

This conveyance is executed pursuant to the authority vested in the Director of Transportation by law and, in particular, by the Streets and Highways Code.

WITNESS my hand and the seal of the Department of Transportation of the State of California, this _____25th_____ day of _____June_____, 19_87_.

STATE OF CALIFORNIA
DEPARTMENT OF TRANSPORTATION

APPROVED AS TO FORM AND PROCEDURE

_____
ATTORNEY
DEPARTMENT OF TRANSPORTATION

LEO J. TROMBATORE
Director of Transportation

By _____

**HARRY L. KAGAN**

*Attorney in Fact*

87101925

STATE OF CALIFORNIA }
COUNTY OF SACRAMENTO } ss.

On this _25th_ day of _June_, in the year 19_87_ before me **AGNES M. BOJORQUES**, a Notary Public in and for the State of California, residing therein, duly commissioned and sworn, personally appeared _____HARRY L. KAGAN_____ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to this instrument as the Attorney in Fact of _____LEO J. TROMBATORE_____ Director of Transportation of the State of California, and that he (she) subscribed the name of _____LEO J. TROMBATORE_____ as Director of Transportation, and his (her) own name as Attorney in Fact, and that the State of California executed the same.

WITNESS my hand and official seal.

OFFICIAL SEAL
AGNES M BOJORQUES
NOTARY PUBLIC - CALIFORNIA
SACRAMENTO COUNTY
My comm. expires JUN 21, 1988

_____
Notary Public

THIS IS TO CERTIFY That the California Transportation Commission has authorized the Director of Transportation to execute the foregoing deed at its meeting regularly called and held on the _25th_ day of _June_, 19_87_, in the City of _Sacramento_

Dated this _____ day of _June_, 1987

_____
ROBERT I. REMEN
Chief Deputy Director

85 37401

When embossed, this is certified to be a true copy of the
records of the San Mateo Assessor-County Clerk- Recorder.

Mark Church Assessor-County Clerk-Recorder

By_____