


Case: 19-30088 Doc# 14116-1 Filed: 11/03/23 Entered: 11/03/23 17:25:18 Page 2
of 5
EXHIBIT A-2





| | | | | | No | DATE | DESCRIPTION | JOB No | DWN | CHKD | SUPV | APVD BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 9 | 02/19/19 | AS-BUILT | 74007360 / 74007361 | BM/KDA | BM/ECJ | BM/BJS | BM/BJS |
| SS OTHERWISE NOTED | | | 2C&2D | | 8 | 04/30/18 | REPLACE TRANSITION STRUCTURES AND TOWER 5/41 | 74007360 / 74007361 / 74012745 | BM/ECJ | BM/JDL | BM/BJS | BM/BJS |
| BH | BEH | CH-DE | | | 7 | 05/18/16 | INSTALL BEACON AND MONITOR SYSTEM, TSP 4/37 (6/53A) | 31168841 | RST | ECJ | BJS | BJS |
| 4450 | 38390 | 34451 | 406770 | | 6 | 01/22/15 | RAISED TOWERS FOR NERC MITIGATION | 31106256 | CDW | CLK | SCC | SCC |
| | 200868 | | | | 5 | 01/22/14 | RAISED TOWERS FOR NERC MITIGATION | 30955197 | AJA | CLK | SCC | SCC |
| | | | 406796 | | 4 | 10/17/00 | ADDED STRUC. #6/54A FOR BART SHAW RD TAP SUB. | 7005876 | NZL | RSD | | DJL |
| | | | | | 3 | 12/03/90 | CHANGED LINE NAME & STRUCTURE NO. | 1949494 | EQ | | AGB | DHS |
| | | | | | 2 | 07/10/90 | INSTALL OPGW | 1953934 | | | AGB | DHS |

REVISIONS

| | | | | | | |
|---|---|---|---|---|---|---|
| | 60°F | 1985# | 10'-4" | 1988# | 2'-3" | 21'-2" |
| | 70°F | 1922# | 10'-8" | 1944# | 2'-3" | 21'-8" |
| | 80°F | 1862# | 11'-0" | 1901# | 2'-4" | 22'-2" |
| | 90°F | 1806# | 11'-4" | 1861# | 2'-5" | 22'-7" |

DETAIL "A" TWR # 6/48

TABLES "A" & "B" BASED ON 2700 LBS. TENSION AT 25°F, 8# WIND, INITIAL

ADD BRACES FACES PER

APPROVED BY

| | |
|---|---|
| JOB No | 1949494 |
| SUPV | M. TAFARODI |
| DSGN | A. EZIAL |
| DWN | L. KATAYAMA |
| CHKD | |
| OK | |
| DATE | 06/30/1989 |
| SCALE | NONE |

STRUCTURE DATA SHEET
SF AIRPORT–SAN MATEO
SAN MATEO–MARTIN NO. 6
MARTIN–SF AIRPORT
115KV TOWER LINE
DEPARTMENT OF ENGINEERING
PACIFIC GAS & ELECTRIC COMPANY
SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| LOADING AREA | LIGHT |
| INSULATION DIST | "AAA" |
| ETL NO. | 3650, 2240, 3590 |
| GEN SPEC | 110415 |
| SUPSDS | 216684, 216685 |
| SUPSD BY | |
| SHEET No. | 4 OF 6 |
| DRAWING No. | 229394 |
| REV | 9 |

RTIN NO. 6, ETL# 3590; CKT. #2 - SF AIRPORT - SAN MATEO, ETL# 3650; CKT. #2 - MARTIN - SF AIRPORT, ETL# 2240