KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, CA 94105
Tel: 415 496 6723
Fax: 650 636 9251

ROVENS LAMB LLP
STEVEN A. LAMB (SBN 132534)
slamb@rovenslamb.com
Telephone: (310) 536.7830
Facsimile: (310) 872.5489
2601 Airport Drive, Suite 370
Torrance, California 90505

LAW OFFICES OF JENNIFER L. DODGE INC.
Jennifer L. Dodge (#195321)
(jdodgelaw@jenniferdodgelaw.com)
2512 Artesia Blvd., Suite 300D
Redondo Beach, California 90278
Tel: (310) 372.3344
Fax: (310) 861.8044

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* ALL PAPERS SHALL BE FILED IN THE LEAD CASE, NO. 19-30088 (DM)* | Case Nos. 19-30088 (DM)<br><br>(Lead Case) (Jointly Administered)<br><br>**PG&E'S EVIDENTIARY OBJECTIONS IN OPPOSITION TO DECLARATION OF AMIR SHAHMIRZA IN SUPPORT OF CLAIMANT'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT OF ISSUES**<br><br>Date:  December 19, 2023<br>Time:  10:00 a.m. (Pacific Time)<br>Place: (Tele/Videoconference Only)<br>       United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102 |

1  Pursuant to the Federal Rules of Evidence, Debtors PG&E Corporation and Pacific Gas and
2  Electric Company herby object to the declarations and exhibits submitted in support of Claimant's
3  Motion for Partial Summary Judgment and in Support of Debtors' Counter-Motion for Summary
4  Judgment:

5  *Declaration of Amir Shahmirza in Support of Claimant's Second Motion for Partial Summary Judgment of Issues* [Docket No. 14007-2]
6

| | |
|---|---|
| Paragraph 7(c), at 2:25-26 (the transmission lines were movable and could be relocated") | FRE 602, Lacks Foundation/Personal Knowledge./Speculation; FRE 702-706, Improper Expert Opinion. |
| Paragraph 8 ("PG&E informed me that it intended to "ensure the safety and reliability of the electric transmission system: through 'improvement project near your [Komir's property.'") | FRE 801, Hearsay. |
| Paragraph 13 (The Relocation of the Transmission Lines caused the lines to cross the Property at a different location than the Original Transmission Lines.") | FRE 602, Lacks Foundation/Personal Knowledge./Speculation; FRE 702-706, Improper Expert Opinion. |
| Paragraph 14 ("The Relocation of the Transmission Lines as placed on the New Transmission Towers also caused the lines to cross th Property at a significantly lower height as, according to statements made by PG&E representatives to me on-site, the New Transmission Lines crossed the Property at a lowest height of approximately sixty-two feet (62') (the "New Transmission Line Height") rather than a prior height of approximately seventy three feet (73'). A representatives of PG&E also stated to me that the capacity of the Transmission Lines was increased from 115kV to 230kV, i.e., doubling the high voltage that would | FRE 602, Lacks Foundation/Personal Knowledge/Speculation; FRE 702-706, Improper Expert Opinion; FRE 801, Hearsay. |

| | | |
|---|---|---|
| | cross the Property.") | |
| | Paragraphs 22 ("Komir cannot occupy the space through which PG&E placed its high voltage lines in any manner or for any purpose.") | FRE 602, Lacks Foundation/Personal Knowledge./Speculation; FRE 702-706, Improper Expert Opinion. |
| | Paragraph 25 ("At no time dud PG&E, or any person on its behalf, pay any real property taxes assessed against the Property." | FRE 602, Lacks Foundation/Personal Knowledge./Speculation; FRE 801, Hearsay. |

Dated: November 3, 2023

**KELLER BENVENUTTI KIM LLP**
**ROVENS LAMB LLP**
**LAW OFFICES OF JENNIFER L. DODGE, INC.**

By: _____/s/ *Steven A. Lamb*_____
      Steven A. Lamb
      *Attorneys for Debtors and Reorganized Debtors*