WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, CA 94105
Tel: 415 496 6723
Fax: 650 636 9251

LATHAM & WATKINS LLP
Joshua G. Hamilton (#199610)
(joshua.hamilton@lw.com)
Michael J. Reiss (#275021)
(michael.reiss@lw.com)
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel: 424 653 5500

LATHAM & WATKINS LLP
James E. Brandt (*pro hac vice*)
(james.brandt@lw.com)
1271 Avenue of the Americas
New York, NY 10020
Tel: 212 906 1200

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> * *ALL PAPERS SHALL BE FILED IN THE LEAD CASE, NO. 19-30088 (DM)* | Case Nos. 19-30088 (DM) <br><br> (Lead Case) (Jointly Administered) <br><br> **REORGANIZED DEBTORS' PRE-HEARING STATEMENT REGARDING THE NOVEMBER 7, 2023 HEARING** <br><br> Date: November 7, 2023 <br> Time: 10:00 a.m. (Pacific Time) <br> Place: (Tele/Videoconference Only) <br> United States Bankruptcy Court <br> Courtroom 17, 16th Floor <br> San Francisco, CA 94102 |

PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, "**PG&E**," the "**Debtors**" or the "**Reorganized Debtors**"), hereby submit this pre-hearing statement for the November 7, 2023 hearing.

At the October 17, 2023 hearing, the Court instructed PERA to provide more details regarding its forthcoming motion to withdraw the reference. Earlier today, PERA informed PG&E that it intends to move to withdraw the reference only in connection with PG&E's forthcoming motion to dismiss PERA's claims. At this time, PG&E does not have sufficient information to form a definitive view on PERA's motion, but PG&E's current intention is to oppose this motion.

Following the October 17, 2023 hearing, the parties continued to discuss the briefing schedule for PG&E's forthcoming motions to dismiss. PG&E conferred with PERA, RKS and Baupost, and all agree that there should be one deadline for PG&E to file its motions to dismiss/claims objections, which should be December 13, 2023.[1] While, as noted by the Court at the October 17 hearing, the parties will address the schedule at the December 19, 2023 hearing after PG&E has filed its motions to dismiss, PG&E, PERA, and RKS also agree that there should be 60 days for the oppositions and 45 days for the replies on the motions to dismiss. Baupost has taken the position that there should be at least 90 days for the oppositions to the motions to dismiss.

Dated: November 3, 2023                    Respectfully submitted,

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**
**LATHAM & WATKINS LLP**

By: */s/ Richard W. Slack*

Richard W. Slack

*Attorneys for Debtors and Reorganized Debtors*

---

[1] The current objection deadline, as set forth in ECF No. 13934-1, is "60 days [from] the filing date of the amended Proof of Claim," which has created staggered deadlines. PG&E intends to submit a proposed order to the Court to set this one deadline.