Robert J. Gralewski, Jr. (Bar No. 196410)
**KIRBY McINERNEY LLP**
1420 Kettner Boulevard, Suite 100
San Diego, California 92101
Tel.: (858) 834-2044
Bgralewski@kmllp.com

Daniel Hume
Thomas W. Elrod
**KIRBY McINERNEY LLP**
250 Park Avenue, Suite 820
New York, NY 10177
Tel.: (212) 371-6600
Dhume@kmllp.com
Telrod@kmllp.com

*Attorneys for The Bank of Korea*

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case No. 19-30088 (DM). | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**OMNIBUS NOTICE OF AMENDMENT TO PROOFS OF CLAIM OF THE BANK OF KOREA CLAIMANT PURSUANT TO ORDER AUTHORIZING AMENDMENT AND OBJECTION PROCEDURES FOR SECURITIES CLAIMS (ECF NO. 13934) ENTERED JULY 28, 2023** |

Case: 19-30088    Doc# 14121    Filed: 11/06/23    Entered: 11/06/23 13:24:07    Page 1 of 4

BANKRUPTCY CASE NO. 19-30088 (DM)
OMNIBUS NOTICE OF AMENDMENT TO PROOFS OF CLAIM OF THE BANK OF KOREA CLAIMANT PURSUANT TO ORDER
AUTHORIZING AMENDMENT AND OBJECTION PROCEDURES FOR SECURITIES CLAIMS (ECF NO. 13934) ENTERED JULY 28, 2023

PLEASE TAKE NOTICE that, pursuant to the Order Authorizing Amendment and Objection Procedures for Securities Claims (ECF No. 13934) entered July 28, 2023, and paragraph 4 of the Amendment and Objection Procedures for Securities Claims (ECF No. 13934-1) (the "Amendment Procedures"), The Bank of Korea Claimant, by and through undersigned counsel, hereby amend its proofs of claim (Claim Nos. 100303 and 100265) by adopting, to the extent applicable, the allegations set forth in the Third Amended Consolidated Class Action Complaint for Violation of the Federal Securities Laws (ECF No. 121) filed in *In re PG&E Corp. Sec. Litig.*, No. 18 Civ. 03509 (N.D. Cal.), which is incorporated by reference in the Proofs of Claim of the Public Employees Retirement Association of New Mexico (Claim Nos. 69105 and 71345). The Bank of Korea Claimant hereby reincorporates and realleges all statements and information contained in its proofs of claim, trade data submissions, and other filings and submissions. This Notice was timely served via e-mail to counsel for Debtors on October 31, 2023, pursuant to an agreement between PG&E Corporation and Pacific Gas and Electric Company and The Bank of Korea Claimant, in accordance with paragraph 7 of the Amendment Procedures, to extend the deadline for The Bank of Korea Claimant to amend its proofs of claim pursuant to paragraph 4 of the Amendment Procedures from October 13, 2023 to October 31, 2023. The Bank of Korea Claimant makes this amendment without prejudice to its right to further modify its claims in the event a class of securities claimants is not certified in the above-captioned bankruptcy proceeding, or otherwise.

-2-

BANKRUPTCY CASE NO. 19-30088 (DM)

OMNIBUS NOTICE OF AMENDMENT TO PROOFS OF CLAIM OF THE BANK OF KOREA CLAIMANT PURSUANT TO ORDER AUTHORIZING AMENDMENT AND OBJECTION PROCEDURES FOR SECURITIES CLAIMS (ECF NO. 13934) ENTERED JULY 28, 2023

Case: 19-30088    Doc# 14121    Filed: 11/06/23    Entered: 11/06/23 15:24:07    Page 2 of 4

DATED: November 6, 2023

*/s/ Robert J. Gralewski, Jr.*
Robert J. Gralewski, Jr. (Bar No. 196410)
**KIRBY McINERNEY LLP**
1420 Kettner Boulevard, Suite 100
San Diego, California 92101
Tel.: (858) 834-2044
Bgralewski@kmllp.com

Daniel Hume
Thomas W. Elrod
**KIRBY McINERNEY LLP**
250 Park Avenue, Suite 820
New York, NY 10177
Tel.: (212) 371-6600
Dhume@kmllp.com
Telrod@kmllp.com

*Attorneys for The Bank of Korea*

-3-
BANKRUPTCY CASE NO. 19-30088 (DM)
OMNIBUS NOTICE OF AMENDMENT TO PROOFS OF CLAIM OF THE BANK OF KOREA CLAIMANT PURSUANT TO ORDER AUTHORIZING AMENDMENT AND OBJECTION PROCEDURES FOR SECURITIES CLAIMS (ECF NO. 13934) ENTERED JULY 28, 2023

Case: 19-30088    Doc# 14121    Filed: 11/06/23    Entered: 11/06/23 13:24:07    Page 3 of 4

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the Northern District of California by using CM/ECF system on November 6, 2023. I further certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on November 6, 2023.

                                                   */s/ Robert J. Gralewski, Jr.*
                                                   Robert J. Gralewski, Jr.

-4-

BANKRUPTCY CASE NO. 19-30088 (DM)

OMNIBUS NOTICE OF AMENDMENT TO PROOFS OF CLAIM OF THE BANK OF KOREA CLAIMANT PURSUANT TO ORDER AUTHORIZING AMENDMENT AND OBJECTION PROCEDURES FOR SECURITIES CLAIMS (ECF NO. 13934) ENTERED JULY 28, 2023

Case: 19-30088   Doc# 14121   Filed: 11/06/23   Entered: 11/06/23 13:24:07   Page 4 of 4