UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>- and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Paul Pullo, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("**Kroll**")[1], the claims and noticing agent for the Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On October 18, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Temples, Amy Rutland, (ADRID: 4660802), at an address that is being redacted in the interest of privacy:

- Reorganized Debtors' Twenty-Second Securities Claims Omnibus Objection (Securities ADR No Liability Claims) [Docket No. 13871]

- Declaration of Robb McWilliams in Support of Reorganized Debtors' Twenty-Second Securities Claims Omnibus Objection (Securities ADR No Liability Claims) [Docket No. 13872]

- Notice of Hearing on Reorganized Debtors' Twenty-Second Securities Claims Omnibus Objection (Securities ADR No Liability Claims) [Docket No. 13873]

- Notice of Agenda for July 11, 2023, Omnibus Hearing at 10:00 a.m. (PT) [Docket No. 13875]

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

3. On October 31, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Irene P. Bluth, Trustee / The Bluth Family A Trust U/A Dtd, (ADRID: 4779031), at an address that is being redacted in the interest of privacy:

- Reorganized Debtors' Twenty-Sixth Securities Claims Omnibus Objection (Securities ADR No Liability Claims) [Docket No. 14001]

- Declaration of Robb Mcwilliams in Support of Reorganized Debtors' Twenty-Sixth Securities Claims Omnibus Objection (Securities ADR No Liability Claims) [Docket No. 14002]

- Notice of Hearing on Reorganized Debtors' Twenty-Sixth Securities Claims Omnibus Objection (Securities ADR No Liability Claims) [Docket No. 14004]

4. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

5. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 6th day of November 2023, at New York, NY.

/s/ Paul Pullo
Paul Pullo