2665 Lakewest Drive
Chico, California 95928
November 2, 2023

U.S. Bankruptcy Court
Northern District
450 Golden Gate Avenue
San Francisco, California

Reference: Bankruptcy Case #19-30088 (DM)
Chapter 11 (Lead Case)
Jointly Administered

I MR Thomas J Kelly plaintiff begs a motion of the court for a hearing in court regarding this matter and petitions the court for an date to be set for an open hearing in court on this matter. The PG&E company has rejected all please for a date to be set to settle our claims and has stalled us for nearly five years. May the court please set a date for the PG&E to hear our claim - I am 87 years old - we have been stalled enough.

Thank You Sincerely

Thomas J Kelly

US Bankruptcy Court SF 415-268-2300
T.J Kelly - 530 990-4288