| From: | Elizabeth Hess |
|---|---|
| To: | Lorena Parada |
| Subject: | Judge montali |
| Date: | Thursday, November 9, 2023 3:17:42 PM |

**CAUTION - EXTERNAL:**

You were appointed judge on the PGE bankruptcy case and helped us fire victim be paid HERE IT IS FIVE YEARS AGO AND STILL HAVE NOT BEEN PAID THR MONEY I WAS APPROVED OF AND IM IN DESPERATE NEED OF MY MONEY BUT I HAVE A FEELING MY ATTORNEY WHO I CANNOT GET IN TOUCH WITH WHO MOVED TO PUERTO RICO IS EMBEZZLING ALL OF US VICTIM MONEY
IM IM HARDSHIP RIGHT NOW HOMELESS STREET ARE COLD AT NIGHT AND WET FROM RAIN IM NEEDING MY MONEY TO HELP ME RECOVER FROM BEING HOMELESS I NEED MY MONEY I WAS GRANTED AND MIKAL WATTS IS NOT RETURNING MY CALLS AND CANNOT GET AHOLD OF.  MY NAME IS ELIZABETH ANN HESS MY PHONE NUMBER IS 5303531230 PLEASE RESPOND ASAP ON HOW I CAN GET PAID

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.