**Pacific Gas and Electric Company**
a California Corporation, Debtor.
Federal I.D.94-0742640
Case No. 19 30089
**Post-confirmation Report – Q3'2023**

**Part 1: b. Non-cash securities transferred** – With regard to Part 1: b, the following are the non-cash securities transferred in connection with the implementation of the Plan.

| Security Type | Issuance Description | Aggregate Dollar Amount |
|---|---|---|
| Utility First Mortgage Bonds | The New Utility Funded Debt Exchange Notes, the New Utility Long-Term Notes and the New Utility Short-Term Notes issued pursuant to sections 4.18(a), 4.20(a) and 4.21(a) of the Plan | $11,852,940,000 |
| Utility First Mortgage Bonds | First Mortgage Bonds issued pursuant to section 6.16 of the Plan and the Financing Approval Order [Docket No. 7909] | $8,925,000,000 |
| Utility Reinstated Senior Notes | The collateralized Utility Reinstated Senior Notes issued pursuant to section 4.19(a) of the Plan | $9,600,000,000 |
| **TOTAL** | | $30,377,940,000 |

**Part 1: c. Other non-cash property transferred** – With regard to Part 1: c, the Plan does not contemplate the transfer of any real property interests and all other transfers of property on account of Allowed Claims or Allowed Interests have been distributed in accordance with the Plan.

Details of non-cash securities and other non-cash property transferred by the Reorganized Debtors other than in connection with implementation of the Plan are contained in their reports filed with the Securities and Exchange Commission.

**Part 2: Preconfirmation Professional Fees and Expenses** – With regard to Part 2, the Professional fees are presented in this report based on which Debtor paid the underlying invoice, notwithstanding that professionals may have been retained on behalf of both Debtors.

**Part 2: a. Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor** - Due to the large volume of professionals incurred by or on behalf of the Debtors, a consolidated number is presented.

**Part 2: b. Professional fees & expenses (nonbankruptcy) incurred by on behalf of the debtor** - Consistent with the Debtors' Monthly Operating Reports and Post-Confirmation Quarterly Reports filed throughout these cases, the Debtors have not reported fees for ordinary course professionals incurred by or on behalf of the Debtors.

**Part 3: Total Anticipated Payments Under Plan** - With regard to Part 3, all allowed administrative, secured, and unsecured claims, once liquidated, will be paid in full with interest at the applicable rate in accordance with the Plan. The Reorganized Debtors' review of asserted claims is ongoing and the total amount to be paid under the Plan cannot be determined at this time. The current deadline for PG&E Corporation and the Utility to object to General Claims (as defined in Dkt. No. 13849) is December 18, 2023. The deadlines for objections to subordinated securities claims are set forth in the order at Dkt. No. 13934.

**Part 3: a. Administrative claims** - The Administrative claims presented do not include the professional fees set forth in Part 2.

**Part 4: a. Is this a final report? –** With regard to Part 4: a, the anticipated date of filing an application for Final Decree is yet to be determined.