# Notice Recipients

District/Off: 0971–3     User: admin     Date Created: 11/14/2023
Case: 19–30088     Form ID: NFPA     Total: 3

**Recipients submitted to the Claims Agent (Kroll Restructuring Administration, LLC):**

| | | | | |
|---|---|---|---|---|
| op | Cathy Yanni | Two Embarcadero Center | Suite 1500 | San Francisco, CA 94111 |
| cr | Enrique Galvez | 1181 Fulton Ave., #16 | Sacramento, CA 95825 | |
| | Cathy Yanni, Trustee | Fire Victim Trust | PO Box 25936 | Richmond, VA 23260 |

TOTAL: 3