Form NFPA

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: PG&E Corporation | Case No.: 19−30088 DM 11 |
|---|---|
| Debtor(s) | Chapter: 11 |

## NOTICE OF FAILURE TO PERFECT APPEAL

According to Court records **Enrique Galvez**, an Appellant or Cross−Appellant in the above−captioned bankruptcy case has not filed the following documents in accordance with Federal Rule of Bankruptcy Procedure 8009(a) and (b):

- ☑ Designation of Items for the appeal record
- ☑ Statement of Issues on appeal
- ☑ Transcript Request Order or a Certification no transcript(s) will be ordered
- ☐ Other:

If within seven (7) days of the date stated below the Appellant or Cross−Appellant noted above does not file the document(s) indicated above, in accordance with Bankruptcy Local Rule 8009−1(b), *a Notice of Unperfected Appeal* will be sent to the District Court, and the presiding bankruptcy judge may recommend dismissal of the appeal.

Edward J. Emmons, Clerk
United States Bankruptcy Court

Date: 11/14/23

By: DaWana Chambers
Deputy Clerk

# Notice Recipients

District/Off: 0971–3  User: admin  Date Created: 11/14/2023
Case: 19–30088  Form ID: NFPA  Total: 3

**Recipients submitted to the Claims Agent (Kroll Restructuring Administration, LLC):**
op  Cathy Yanni  Two Embarcadero Center  Suite 1500  San Francisco, CA 94111
cr  Enrique Galvez  1181 Fulton Ave., #16  Sacramento, CA 95825
    Cathy Yanni, Trustee  Fire Victim Trust  PO Box 25936  Richmond, VA 23260

TOTAL: 3