**Exhibit A**

**Claims to be Disallowed and Expunged**

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Joya, Willie<br>191 Catalina Avenue<br>Pacifica, CA 94044-1538 | 87353 | Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 | Opted Into Plan Release and No Response to Offer Exchange |
| Joya, Willie<br>191 Catalina Avenue<br>Pacifica, CA 94044-1538 | 87152 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 | Opted Into Plan Release and No Response to Offer Exchange |
| Parks, Ian Nicholas<br>1556 NE 140TH ST F3<br>SEATTLE, WA 98125 | 103587 | PG&E Corporation | 4/30/2020 | $2,500.00 | $0.00 | $0.00 | $0.00 | $2,500.00 | Opted Into Plan Release and No Response to Offer Exchange |
| Parks, Ian Nicholas<br>1556 NE 140th St F-3<br>Seattle, WA 98125 | 6098 | Pacific Gas and Electric Company | 1/29/2019 | $2,000.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | Opted Into Plan Release and No Response to Offer Exchange |
| Russell, David W<br>2220 Allegheny Way<br>San Mateo, CA 94402-4003 | 7456 | PG&E Corporation | 8/19/2019 | $6,277.69 | $0.00 | $0.00 | $0.00 | $6,277.69 | Opted Into Plan Release and No Response to Offer Exchange |
| Seyer, David<br>127 Florence Lane<br>Manahawkin, NJ 08050 | 98317 | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $5,595.00 | $5,595.00 | Opted Into Plan Release and No Response to Offer Exchange |
| Tacito, Anthony J<br>4517 Belclaire Ave<br>Dallas, TX 75205 | 100239 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $2,371.15 | $2,371.15 | Opted Into Plan Release and No Response to Offer Exchange |
| **Claims To Be Expunged Totals** | **Count: 7** | | | **$10,777.69** | **$0.00** | **$0.00** | **$207,966.15** | **$218,743.84** | |