

**Signed and Filed: December 1, 2023**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  WEIL, GOTSHAL & MANGES LLP
   Richard W. Slack (*pro hac vice*)
2  (richard.slack@weil.com)
   Jessica Liou (*pro hac vice*)
3  (jessica.liou@weil.com)
   Matthew Goren (*pro hac vice*)
4  (matthew.goren@weil.com)
   767 Fifth Avenue
5  New York, NY 10153-0119
   Tel: 212 310 8000
6  Fax: 212 310 8007
7
   KELLER BENVENUTTI KIM LLP
8  Jane Kim (#298192)
   (jkim@kbkllp.com)
9  David A. Taylor (#247433)
   (dtaylor@kbkllp.com)
10 Thomas B. Rupp (#278041)
   (trupp@kbkllp.com)
11 425 Market Street, 26th Floor
   San Francisco, CA 94105
12 Tel: 415 496 6723
   Fax: 650 636 9251
13

14 *Attorneys for Debtors and Reorganized Debtors*

15

16 **UNITED STATES BANKRUPTCY COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
17 **SAN FRANCISCO DIVISION**

18

19 **In re:**                                    Bankruptcy Case No. 19-30088 (DM)

20 **PG&E CORPORATION,**                          Chapter 11

21      **- and -**                               (Lead Case) (Jointly Administered)

22 **PACIFIC GAS AND ELECTRIC**                   **ORDER DISALLOWING AND EXPUNGING**
   **COMPANY,**                                  **PROOFS OF CLAIM PURSUANT TO**
23                                                **REORGANIZED DEBTORS' TWENTY-**
                        **Debtors.**              **SEVENTH SECURITIES CLAIMS OMNIBUS**
24                                                **OBJECTION (VOLUNTARY RELEASE AND**
   ☐ Affects PG&E Corporation                     **SECURITIES ADR NO LIABILITY CLAIMS)**
25 ☐ Affects Pacific Gas and Electric Company
   ☒ Affects both Debtors                         **[Re: Dkt. Nos. 14091 and 14154]**
26
   *\* All papers shall be filed in the Lead Case,*
27 *No. 19-30088 (DM).*

28

Left margin (vertical): Weil, Gotshal & Manges LLP  767 Fifth Avenue  New York, NY 10153-0119

**Weil, Gotshal & Manges LLP**
**767 Fifth Avenue**
**New York, NY  10153-0119**

1   Upon the *Reorganized Debtors' Report On Responses To Twenty-Seventh Securities Claims*

2   *Omnibus Objection (Voluntary Release And Securities ADR No Liability Claims) and Request For Order*

3   *By Default* [Docket No. 14154] of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric

4   Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the

5   "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant

6   to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern

7   District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order*

8   *Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Docket No.

9   1996], and the Securities Omnibus Objection Procedures as defined and set forth in the *Order Approving*

10  *Securities ADR and Related Procedures for Resolving Subordinated Securities Claims* [Docket No.

11  10015]; and this Court having jurisdiction to consider the *Reorganized Debtors' Twenty-Seventh*

12  *Securities Claims Omnibus Objection (Voluntary Release And Securities ADR No Liability Claims)*

13  [Docket No. 14091] (the "**Objection**") and the relief requested therein pursuant to 28 U.S.C. §§ 157 and

14  1334, the *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24

15  (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Objection and the requested

16  relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court

17  pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found and determined that notice of the

18  Objection as provided to the parties listed therein is reasonable and sufficient under the circumstances,

19  and it appearing that no other or further notice need be provided; and this Court having determined that

20  the legal and factual bases set forth in the Objection establish just cause for the relief sought; and upon

21  all of the proceedings had before this Court and after due deliberation and sufficient cause appearing

22  therefor,

23

24  / / /

25

26  / / /

27

28

**IT IS HEREBY ORDERED THAT:**

1.     The claims listed in the column headed "Claims to be Disallowed and Expunged" in **Exhibit A** hereto are disallowed and expunged.

2.     This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119