| | |
|---|---|
| 1<br>2<br>3<br>4 | LAWRENCE A. JACOBSON, SBN 057393<br>SEAN M. JACOBSON, SBN 227241<br>COHEN AND JACOBSON, LLP<br>66 Bovet Road, Suite 285<br>San Mateo, CA 94402<br>Telephone: (650) 261-6280<br>*laj@cohenandjacobson.com* |
| 5<br>6 | Attorneys for Amir Shahmirza<br>(Agent for Komir, Inc.) and Komir, Inc. |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>   - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>          Debtors.<br><br>G Affects PG&E Corporation<br>G Affects Pacific Gas and Electric Company<br>O Affects both Debtors | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**CLAIMANT'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF MARK GALICIA FILED IN SUPPORT OF PG&E'S OPPOSITION TO CLAIMANT'S SECOND MOTION FOR PARTIAL SUMMARY ADJUDICATION**<br><br>**Date:  December 19, 2023**<br>**Time: 10:00 a.m.**<br>**Place: (Tele/Videoconference**<br>       **Appearances Only)**<br>       **United States Bankruptcy Court**<br>       **Courtroom 17, 16th Floor**<br>       **San Francisco, CA 94102** |

**CLAIMANT'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF MARK GALICIA**

1    Amir Shahmirza, as agent of, and acting on behalf of, Komir, Inc. ("Komir" or "Claimant"), submits below evidentiary objections to the Declaration of Mark Galicia in Support of PG&E's Memorandum of Points and Authorities in Opposition to Claimant's Second Motion for Partial Summary Judgment.

Claimant submits the following Evidentiary Objections to both the entirety of the substantive portion of the Galacia Declaration and to the specific statements presented below.

Claimant makes a general objection of relevancy to the evidence submitted, and specifically states that nearly the entirety of the proffered evidence relates to ostensible undefined "alignment" of the New Transmission Lines that is both without foundation as to meaning or significance of any "alignment" and not relevant to the fact of the changes constituting the basis for Komir's revocation of consent.

With respect to the objection of relevance, the testimony in the Galicia Declaration concerning the general locational direction of the New Transmission Lines does not provide any genuine issue of factual dispute with regard to the total destruction of the Old Transmission Lines, the detachment of all six "circuits" and lines previously attached to those Old Transmission Lines, the relocation of the New Transmission Towers laterally and 15' to 20' closer to the Komir Property, and the attachment of lines to the new towers at new locations at new heights.

**CLAIMANT'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF MARK GALICIA**    2

| Objection | Ground for Objection |
| --- | --- |
| 1. All portions of the Declaration of Mark Galicia that refer to the "alignment" of transmission lines including paragraph 5, lines 22-26 and paragraph 6, page 2, lines 4-6. | (a) The content of the statements is irrelevant to the issue of whether PG&E holds any prescriptive rights for the exclusive use of the space occupied by the High Voltage Transmission Lines. (Federal Rules of Evidence, Rules 401 and 402)<br><br>(b) The statements lack foundation as to the meaning or significance of "alignment." (Federal Rules of Evidence, Rules 401 and 402, also FRE 403 regarding confusion)<br><br>Sustained: _____<br><br>Overruled: _____ |

Respectfully submitted.

Dated: December 1, 2023          COHEN AND JACOBSON, LLP

By: /s/ Lawrence A. Jacobson
     Lawrence A. Jacobson

**CLAIMANT'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF MARK GALICIA**    3