| | |
|---|---|
| 1 | LAWRENCE A. JACOBSON, SBN 057393 |
| | SEAN M. JACOBSON, SBN 227241 |
| 2 | COHEN AND JACOBSON, LLP |
| | 66 Bovet Road, Suite 285 |
| 3 | San Mateo, CA 94402 |
| | Telephone: (650) 261-6280 |
| 4 | laj@cohenandjacobson.com |
| 5 | Attorneys for Amir Shahmirza |
| | (Agent for Komir, Inc.) and Komir, Inc. |
| 6 | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

PG&E CORPORATION,

    - and -

PACIFIC GAS AND ELECTRIC COMPANY,

               Debtors.

G Affects PG&E Corporation
G Affects Pacific Gas and Electric Company
O Affects both Debtors

Case No. 19-30088 (DM)

Chapter 11

(Lead Case) (Jointly Administered)

**PROOF OF SERVICE**

**Date: December 19, 2023**
**Time: 10:00 a.m.**
**Place: (Tele/Videoconference Appearances Only)**
**United States Bankruptcy Court**
**Courtroom 17, 16th Floor**
**San Francisco, CA 94102**

---

**PROOF OF SERVICE**

I am employed in San Mateo County. My business address is 66 Bovet Road, Suite 285, San Mateo, California, 94402. I am over the age of 18 years and am not a party to this cause. I am readily familiar with the practices of Cohen and Jacobson for collection and processing of correspondence for mailing with the United States Postal Service and for overnight delivery. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business or delivered to a box or other facility regularly maintained by overnight express courier.

On **December 1, 2023**, I served the foregoing documents bearing the title

1. **CLAIMANT'S REPLY TO PG&E'S OPPOSITION TO CLAIMANT'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT**

2. **CLAIMANT'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF MARK GALICIA FILED IN SUPPORT OF PG&E'S OPPOSITION TO CLAIMANT'S SECOND MOTION FOR PARTIAL SUMMARY ADJUDICATION**

3. **CLAIMANT'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF JOHN RAINES FILED IN SUPPORT OF PG&E'S OPPOSITION TO CLAIMANT'S SECOND MOTION FOR PARTIAL SUMMARY ADJUDICATION**

4. **CLAIMANT'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF MICHAEL SOSINSKI FILED IN SUPPORT OF PG&E'S OPPOSITION TO CLAIMANT'S SECOND MOTION FOR PARTIAL SUMMARY ADJUDICATION**

5. **DECLARATION OF AMIR SHAHMIRZA IN SUPPORT OF CLAIMANT'S REPLY TO PG&E'S OPPOSITION TO CLAIMANT'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT**

on interested parties in this action:

( )  by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

( )  by placing ( ) the original ( ) true copies thereof enclosed in sealed envelope addressed as follows:

( )  (BY OVERNIGHT DELIVERY) I deposited the foregoing pleading in a box or other facility regularly maintained by an express service carrier, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed as stated above.

( )  (BY FAX) I transmitted these documents by facsimile to:

(X)  (BY EMAIL) I transmitted these documents by email to:

Steven A. Lamb at: slamb@rovenslamb.com

Thomas B. Rupp at: trupp@kbkllp.com

**PROOF OF SERVICE**

2

1

2 ( ) (BY MAIL) I placed such envelopes for collection and mailing on this date following ordinary business practices.

3 ( ) (BY PERSONAL SERVICE) I delivered such envelopes by hand to:

4 ( ) (STATE) I declare under penalty of perjury that the foregoing is true and correct.

5 (X) (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the services was made.

6

7 Executed on **December 1, 2023**, at Burlingame, California.

8         /s/ Lawrence A. Jacobson
        Lawrence A. Jacobson

**PROOF OF SERVICE**