David M. Stern (State Bar No. 67697)
Samuel M. Kidder (State Bar No. 284015)
KTBS LAW LLP
1801 Century Park East, 26th Floor
Los Angeles, California 90067
Telephone: 310-407-4000
Facsimile: 310-407-9090
Email: dstern@ktbslaw.com
skidder@ktbslaw.com

*Attorneys for Trans Bay Cable LLC*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**WITHDRAWAL OF OBJECTION OF TRANS BAY CABLE LLC TO PROPOSED CURE AMOUNT IN CONNECTION WITH SPECIAL AGREEMENT FOR UNMETERED ELECTRICAL SERVICE** |

Trans Bay Cable LLC ("TBC"), by and through its undersigned counsel, hereby withdraws its *Objection of Trans Bay Cable LLC to Proposed Cure Amount in Connection With Special Agreement for Unmetered Electrical Service* filed on May 15, 2020, as Docket No. 7222.

DATED: December 4, 2023          /s/ Samuel M. Kidder
                                  David M. Stern
                                  Samuel M. Kidder
                                  KTBS LAW LLP

                                  *Attorneys for Trans Bay Cable LLC*