1 David M. Stern (State Bar No. 67697)
Samuel M. Kidder (State Bar No. 284015)
2 KTBS LAW LLP
1801 Century Park East, 26th Floor
3 Los Angeles, California 90067
4 Telephone: 310-407-4000
Facsimile: 310-407-9090
5 Email: dstern@ktbslaw.com
skidder@ktbslaw.com
6
*Attorneys for NextEra Energy, Inc. et al.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| | Chapter 11 |
| | (Lead Case) |
| **PG&E CORPORATION,** | (Jointly Administered) |
| -and- | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **WITHDRAWAL OF NEXTERA ENERGY'S JOINDER TO LIMITED CURE OBJECTION OF CALPINE AND ITS SUBSIDIARIES TO THE DEBTORS' PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES UNDER THE DEBTORS' AND SHAREHOLDERS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020** |
| Debtors. | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

NextEra Energy, Inc. and NextEra Energy Partners, L.P., by and through their undersigned counsel, hereby withdraw *NextEra Energy's Joinder to Limited Cure Objection of Calpine and its Subsidiaries to the Debtors' Proposed Assumption of Executory Contracts and Unexpired Leases Under the Debtors' and Shareholders' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020* filed on May 15, 2020, as Docket No. 7303.

[Signature page follows]

| | |
|---|---|
| DATED: December 4, 2023 | */s/ Samuel M. Kidder*<br>David M. Stern<br>Samuel M. Kidder<br>KTBS LAW LLP<br><br>*Attorneys for NextEra Energy, Inc. and NextEra Energy Partners, L.P.* |

KTBS LAW LLP
1801 CENTURY PARK EAST, TWENTY-SIXTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000