| | |
|---|---|
| **POLSINELLI LLP**<br>Randye B. Soref (SBN 99146)<br>2049 Century Park East, Suite 2900<br>Los Angeles, CA 90067<br>Telephone: 310.556.1801<br>Facsimile: 310.556.1802<br>Email: rsoref@polsinelli.com<br><br>*Attorneys for Whitebox Multi-Strategy Partners, LP, Whitebox GT Fund, LP, Pandora Select Partners, LP and Whitebox CAJA Blanca Fund, LP* | |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>❑ Affects PG&E Corporation<br>❑ Affects Pacific Gas and Electric Company<br>☒ Affects **both Debtors**<br><br>*All papers shall be filed in the Lead Case No. 19-30088 (DM) | Bankruptcy Case No. 19-bk-30088 (DM)<br><br>**APPLICATION FOR WITHDRAWAL OF APPEARANCE AND REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING** |

**PLEASE TAKE NOTICE** that Randye B. Soref hereby requests withdrawal of her appearance in the above-captioned case, and requests to be removed from all service lists in this case, including all electronic service lists and the ECF notification system:

Randye B. Soref
Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: 310.556.1801
Facsimile: 310.556.1802
Email: rsoref@polsinelli.com

Dated: December 5, 2023

**POLSINELLI LLP**

By: /s/ Randye B. Soref
Randye B. Soref

*Attorneys for Whitebox Multi-Strategy Partners, LP, Whitebox GT Fund, LP, Pandora Select Partners, LP and Whitebox CAJA Blanca Fund, LP*