**POLSINELLI LLP**
Tanya Behnam (SBN 322593)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 556-1801
Facsimile: (310) 556-1802
Email: tbehnam@polsinelli.com

*Attorneys for Whitebox Multi-Strategy Partners, LP,
Whitebox GT Fund, LP, Pandora Select Partners, LP
and Whitebox CAJA Blanca Fund, LP*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects **both Debtors**<br><br>*All papers shall be filed in the Lead Case No. 19-30088 (DM) | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Jointly Administered) (Lead Case)<br><br>**APPLICATION FOR WITHDRAWAL OF APPEARANCE AND REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING** |

    **PLEASE TAKE NOTICE** that Tanya Behnam hereby requests withdrawal of her appearance in the above-captioned case, and requests to be removed from all service lists in this case, including all electronic service lists and the ECF notification system.

Tanya Behnam<br>
Polsinelli LLP<br>
2049 Century Park East, Suite 2900<br>
Los Angeles, CA 90067<br>
Telephone: 310.556.1801<br>
Facsimile: 310.556.1802<br>
Email: tbehnam@polsinelli.com

Dated: December 5, 2023

**POLSINELLI LLP**

By: /s/ Tanya Behnam
TANYA BEHNAM

Counsel for Whitebox Multi-Strategy Partners, LP, Whitebox GT Fund, LP, Pandora Select Partners, LP and Whitebox CAJA Blanca Fund, LP