1  Enrique Galvez
   **Claimant/Appellant**
2  1181 Fulton Avenue
   Sacramento, California 95425
3  (707) 304-2549

4

5

6  **In Pro Se**

7

8

9

10

11  ENRIQUE GALVEZ,

12

13          Appellant,

14  vs.

15  PG&E CORPORATION,

16

17          Appellee(s).

**FILED**

DEC -5 2023

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## NORTHERN CALIFORNIA BANKRUPTCY COURT

**CASE NO.: 19-30088 DM 11**

**NOTICE OF APPELLANT'S
DESIGNATION OF RECORD ON APPEAL
FROM BANKRUPTCY COURT**

18  **APPELLANT'S DESIGNATION OF RECORD ON APPEAL**

| | **DATE:** | **PG&E I.D. NO.:** | **DOCUMENT DESCRIPTION:** |
|---|---|---|---|
| **A.** | 12/1/2017 | 160998 | Sutter Medical Records |
| **B.** | 12/1/2017 | 160999 | Cigna Coverage Detail |
| **C.** | 12/1/2017 | 161000 | Treatment Summary |
| **D.** | 2017 | 161001 | Various Blue Cross Treatment Summary |
| **E.** | 12/2017 | 161002 | Injury Photos |
| **F.** | 10/24/2018 | 161005 | Insurance Loss Inventory |
| **G.** | 10/29/2018 | 161003 | Insurance Loss Inventory |
| **H.** | 2017/2018 | 161006 | Pay stubs |
| **I.** | 2017/2018 | 163459 | Homeowners Insurance Policy |
| **J.** | 10/16/2019 | 160993 | Letter Re Treating Physician |
| **K.** | 8/6/2020 | 160995 | Declaration of Sister Re PTSD |
| **L.** | 8/6/2020 | 160996 | Declaration of JMM Re PTSD |
| **M.** | 8/6/2020 | 160997 | Declaration of SAM Re PTSD |
| **N.** | 8/6/2020 | 163451 | Declaration of Claimant Re PTSD |
| **O.** | 9/23/2020 | 176332 | Letter from Life Coach |
| **P.** | 9/30/2020 | 179481 | Summary of Coaching Sessions |

1

| | DATE: | PG&E I.D. NO.: | DOCUMENT DESCRIPTION: |
|---|---|---|---|
| Q. | 10/6/2020 | 176335 | Initial Claims Narrative |
| R. | 4/21/2021 | 689844 | Insurance File Review |
| S. | 6/30/2021 | 848962 | Letter from Psychiatrist Confirming Diagnosis |
| T. | 8/5/2021 | 892091 | Inquiry into Status of Case |
| U. | 9/10/2021 | 949898 | Deficiency Notice |
| V. | 10/3/2021 | 999798 | Deficiency Notice |
| W. | 10/5/2021 | 1751067 | Personal Property Eligibility Criteria |
| X. | 12/1/2021 | 1086947 | Response to Deficiency Notices |
| Y. | 2/10/2022 | 1181855 | Supplemental Response to 9/10/2021 Deficiency Notice |
| Z. | 2/10/2022 | 1181842 | Supplemental Response to 10/3/2021 Deficiency Notice |
| AA | 2/21/2022 | 1202421 | Amended Deficiency Notice |
| BB | 2/21/2022 | 1202978 | Response to Amended Deficiency Notice |
| CC | 5/16/2022 | 1751068 | Personal Property Eligibility Criteria |
| DD | 5/27/2022 | 1368961 | Amended Deficiency Notice |
| EE | 6/16/2022 | 1395147 | Response to Amended Deficiency Notice |
| FF | 7/8/2022 | 1417378 | Determination Notice |
| GG | 11/20/2022 | 1580779 | Redetermination Narrative Claim #50006 |
| HH | 12/5/2022 | 1601783 | Reconsideration Response Re Claim #51475 |
| II | 12/5/2022 | 1653069 | Reconsideration Narrative Claim #50009 |
| JJ | 3/2/2023 | 1728661 | Reconsideration Determination Notice |
| KK | 5/20/2023 | 1753844 | Appeal Narrative Re Insurance Claim #50006 |
| LL | 5/20/2023 | 1754515 | Appeal Narrative Re PTSD Claim #50010 |
| MM | 5/20/2023 | 1754731 | Appeal Narrative Re Personal Injury Claim #50010 |
| NN | 10/10/2023 | 1716187 | Notice of Trustee Determination |
| OO | | 1594450 | Letter from Psychiatrist Re Further Diagnosis |

**December 2, 2023**

I, Enrique Galvez, am the Claimant/Appellant in the above entitled-matter. I declare under perjury under the laws of the State of California that the Appendix of documents, as listed above, constitutes Appellants Designation of the Record on Appeal. The documents have been submitted electronically in a PDF searchable format and otherwise are compliant with Rules of Court related to the use and submission of digital material.

Appellant Enrique Galvez

2