Enrique Galvez
**Claimant/Appellant**
1181 Fulton Avenue
Sacramento, California 95425
(707) 304-2549

In Pro Se

FILED
DEC -5 2023
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE GALVEZ, | CASE NO.: 19-30088 DM 11 |
| Appellant, | **APPELLANT'S APPENDIX OF DESIGNATED RECORD ON APPEAL FROM BANKRUPTCY COURT** |
| vs. | |
| PG&E CORPORATION, | |
| Appellee(s). | |

**APPELLANT'S APPENDIX OF DESIGNATED RECORD**

| | DATE: | PG&E I.D. NO.: | DOCUMENT DESCRIPTION: |
|---|---|---|---|
| A. | 12/1/2017 | 160998 | Sutter Medical Records |
| B. | 12/1/2017 | 160999 | Cigna Coverage Detail |
| C. | 12/1/2017 | 161000 | Treatment Summary |
| D. | 2017 | 161001 | Various Blue Cross Treatment Summary |
| E. | 12/2017 | 161002 | Injury Photos |
| F. | 10/24/2018 | 161005 | Insurance Loss Inventory |
| G. | 10/29/2018 | 161003 | Insurance Loss Inventory |
| H. | 2017/2018 | 161006 | Pay stubs |
| I. | 2017/2018 | 163459 | Homeowners Insurance Policy |
| J. | 10/16/2019 | 160993 | Letter Re Treating Physician |
| K. | 8/6/2020 | 160995 | Declaration of Sister Re PTSD |
| L. | 8/6/2020 | 160996 | Declaration of JMM Re PTSD |
| M. | 8/6/2020 | 160997 | Declaration of SAM Re PTSD |
| N. | 8/6/2020 | 163451 | Declaration of Claimant Re PTSD |

| | DATE: | PG&E I.D. NO.: | DOCUMENT DESCRIPTION: |
|---|---|---|---|
| O. | 9/23/2020 | 176332 | Letter from Life Coach |
| P. | 9/30/2020 | 179481 | Summary of Coaching Sessions |
| Q. | 10/6/2020 | 176335 | Initial Claims Narrative |
| R. | 4/21/2021 | 689844 | Insurance File Review |
| S. | 6/30/2021 | 848962 | Letter from Psychiatrist Confirming Diagnosis |
| T. | 8/5/2021 | 892091 | Inquiry into Status of Case |
| U. | 9/10/2021 | 949898 | Deficiency Notice |
| V. | 10/3/2021 | 999798 | Deficiency Notice |
| W. | 10/5/2021 | 1751067 | Personal Property Eligibility Criteria |
| X. | 12/1/2021 | 1086947 | Response to Deficiency Notices |
| Y. | 2/10/2022 | 1181855 | Supplemental Response to 9/10/2021 Deficiency Notice |
| Z. | 2/10/2022 | 1181842 | Supplemental Response to 10/3/2021 Deficiency Notice |
| AA | 2/21/2022 | 1202421 | Amended Deficiency Notice |
| BB | 2/21/2022 | 1202978 | Response to Amended Deficiency Notice |
| CC | 5/16/2022 | 1751068 | Personal Property Eligibility Criteria |
| DD | 5/27/2022 | 1368961 | Amended Deficiency Notice |
| EE | 6/16/2022 | 1395147 | Response to Amended Deficiency Notice |
| FF | 7/8/2022 | 1417378 | Determination Notice |
| GG | 11/20/2022 | 1580779 | Redetermination Narrative Claim #50006 |
| HH | 12/5/2022 | 1601783 | Reconsideration Response Re Claim #51475 |
| II | 12/5/2022 | 1653069 | Reconsideration Narrative Claim #50009 |
| JJ | 3/2/2023 | 1728661 | Reconsideration Determination Notice |
| KK | 5/20/2023 | 1753844 | Appeal Narrative Re Insurance Claim #50006 |
| LL | 5/20/2023 | 1754515 | Appeal Narrative Re PTSD Claim #50010 |
| MM | 5/20/2023 | 1754731 | Appeal Narrative Re Personal Injury Claim #50010 |
| NN | 10/10/2023 | 1716187 | Notice of Trustee Determination |
| OO | | 1594450 | Letter from Psychiatrist Re Further Diagnosis |