DuVal F. Dickey, Jr.
710 Magdalene Drive
Houston, Texas 77024-2624
713-505-1894
dfd1912@gmail.com

The Honorable Judge Dennis Montali
U. S. Bankruptcy Court for the Northern District of California
[Courtroom 17, 16th Floor]
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102

Re: Pacific Gas & Electric Case No. 19-30088 (DM)
  Claim No. 98864

Dear Judge Montali:

With regard to the Pacific Gas & Electric Bankruptcy Case, "Reorganized Debtors' Twenty-Seventh Securities Claims Omnibus Objection (Voluntary Release and Securities ADR - No Liability Claims)", I present my case against the Debtors.

I have been a long-time investor in PG&E common stock shares (trade symbol is PCG). I inherited approximately 140 shares in the company, re-invested dividends in additional shares over many years as a stockholder, and had good faith in the company and its management.

I retired in 2015. I bought 750 common shares in a retirement account in 2017 and 2018, thinking that the company was in good hands, the market price was low, and made a good investment for both income and growth. Unfortunately, the Company has encountered difficulties with operations, but it continues to operate and it produced revenues of $21.7 billion in the calendar year 2022. Current price of common shares in "PGC" is about $17.80. Annual earnings are forecasted to be $1.21 per share in 2023. Some market analysts are touting the stock again.

I note in Exhibit #1 to Doc # 14091 that total claims to be expunged amount to $360,266. This is a small amount for the Company but a substantial loss for many investors. I was one of the largest shareholders in this list of "Claimants". My claim was accepted by the Prime Clerk and amounted to $37,825.

The resolution process, the settlement offer portal and the claim resolution process is overly complicated and unfair to lay claimants like me. The amount offered by the Debtors is unreasonable, and there is the threat to expunge my claim, if not accepted. I feel coerced to either accept the meager amount or forfeit any compensation.

I am asking the Court to disallow the Debtors to expunge my claim. I am asking the Court to force the Debtors to negotiate a reasonable and satisfactory settlement.

Sincerely,

*DuVal F. Dickey, Jr.*

s / DuVal F. Dickey, Jr.

CC:  WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (pro hac vice)
(richard.slack@weil.com)
767 Fifth Avenue
New York, NY 10153-0119

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108

(Attorneys for Debtors and Reorganized Debtors)

Kroll 55 East 52nd Street
17th floor
New York, NY 10055

(Prime Clerk)