# EXHIBIT C

# PROPOSED ORDER

PERA'S MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL [CASE NO. 19-30088 (DM) (LEAD CASE)]

Case: 19-30088    Doc# 14169-3    Filed: 12/08/23    Entered: 12/08/23 09:37:04    Page 1 of 3

| | |
|---|---|
| 1 | **LABATON SUCHAROW LLP** |
| | Thomas A. Dubbs (*pro hac vice*) |
| 2 | Carol C. Villegas (*pro hac vice*) |
| | Michael P. Canty (*pro hac vice*) |
| 3 | Thomas G. Hoffman, Jr. (*pro hac vice*) |
| | 140 Broadway |
| 4 | New York, New York 10005 |
| 5 | *Lead Counsel to Securities Lead Plaintiff and the Class* |
| 6 | |
| 7 | **MICHELSON LAW GROUP** |
| | Randy Michelson (SBN 114095) |
| | 220 Montgomery Street, Suite 2100 |
| 8 | San Francisco, California 94104 |
| 9 | *Local Bankruptcy Counsel to Securities Lead Plaintiff and the Class* |
| 10 | |
| 11 | **LOWENSTEIN SANDLER LLP** |
| | Michael S. Etkin (*pro hac vice*) |
| | Andrew Behlmann (*pro hac vice*) |
| 12 | Scott Cargill |
| | Colleen Restel |
| 13 | One Lowenstein Drive |
| | Roseland, New Jersey 07068 |
| 14 | |
| 15 | *Special Bankruptcy Counsel to Securities Lead Plaintiff and the Class* |
| 16 | *(additional counsel on Exhibit A)* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) (Lead Case) |
| PG&E CORPORATION | Chapter 11 |
| - and – | (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY, | **[PROPOSED] ORDER GRANTING PERA'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** |
| Debtors. | |

PERA'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL [CASE NO. 19-30088 (DM) (LEAD CASE)]

Case: 19-30088    Doc# 14169-3    Filed: 12/08/23    Entered: 12/08/23 09:37:04    Page 2 of 3

Upon the motion, dated December 8, 2023, of PERA[1] for entry of an order, pursuant to the prior determination of this Court to apply Rule 7023 to the Securities Claims, 11 U.S.C. § 105(a) and Rules 9014(a) and (c) of the Federal Rules of Bankruptcy Procedure; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found and determined that notice of the Motion was reasonable and sufficient, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion and held a hearing to consider the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is appropriate under the circumstances; and upon the record of all of the proceedings had on the Motion before this Court, and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.
2. The Court hereby finds that the factors enumerated in Federal Rule of Civil Procedure 23(a)(3)-(4) are preliminarily satisfied as set forth in the Court's September 12, 2023 oral ruling;
3. PERA is appointed Lead Plaintiff to represent the Proposed Class of Securities Claimants; and
4. PERA's selection of counsel, Labaton Sucharow LLP, is approved as Lead Counsel.

** END OF ORDER **

---

[1] Capitalized terms used but not defined herein have the meanings given thereto in the Motion.