# EXHIBIT D

## LIST OF AMENDED SECURITIES CLAIMS ADOPTING PERA COMPLAINT

Case: 19-30088    Doc# 14169-4    Filed: 12/08/23    Entered: 12/08/23 09:37:04    Page 1 of 2

| Securities Claimant | Amended Claim No. | Previous Claim No. |
|---|---|---|
| Northern Funds Claimants | 110034 | 100372 |
| Vanguard Claimants | 110033 | Various |
| Northern Trust Funds Claimants | 110032 | 101014 |
| Dimensional Claimants | 110031 | 99838 |
| Vanguard Claimants | 110030 | Various |
| Dimensional Claimants | 110029 | 99436 |
| Southern Nevada Culinary and Bartender Pension Trust Fund | 110028 | 101957 |
| Minnesota State Board of Investment | 110027 | 101117 |
| Minnesota State Board of Investment | 110026 | 101042 |
| New York City Retirement Systems | 110024 | 108353 99838 |
| Iowa Public Employees' Retirement System | 110022 | 100198 |
| Lehigh County Employee Pension Board | 110021 | 100243 |
| Iowa Public Employees' Retirement System | 110020 | 100147 |
| Lehigh County Employee Pension Board | 110019 | 100268 |
| Lehigh County Employee Pension Board | 110018 | 100243 |
| New York City Retirement Systems | 110017 | 108352 |
| California Public Employees' Retirement System | 110016 | 101607 |
| California Public Employees' Retirement System | 110015 | 102265 |
| City of Austin Employees' Retirement System | 110014 | 101047 |
| Louisiana Sheriffs Pension & Relief Fund | 110013 | 100740 |
| abrdn Global Infrastructure Income Fund (successor to MacQuarie Global Infrastructure Return Fund) | 110012 | 99311 100321 |
| The Johnson & Johnson Pension and Savings Plan Master Trust | 110011 | 101506 |
| The Johnson & Johnson Pension and Savings Plan Master Trust | 110010 | 101852 |
| Central States, Southeast and Southwest Areas Pension Fund | 110004 | 102263 |
| Central States, Southeast and Southwest Areas Pension Fund | 110003 | 102288 |
| San Francisco City & County Employees' Retirement System | ECF. No. 14068 | 101127 |
| San Francisco City & County Employees' Retirement System | ECF. No. 14068 | 101140 |