B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re <u>Pacific Gas and Electric Company</u>,   Case No. <u>19-30089</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Travelers Syndicate Management Limited | Aon UK, Ltd. for and on behalf of London Market Placement Underwriters |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to
transferee should be sent:

Court Claim # (if known):  79831
Amount of Claim: $1,765.408.11
Date Claim Filed: 10/17/2019

Jay Harker, Esq.
Clausen Miller, PC
27285 Las Ramblas
Suite 200
Mission Viejo, CA   92691

Phone: (949) 260-3100
Last Four Digits of Acct. #: _____

Name and Address where transferee
payments should be sent (if different from above):  Same Name and Address

Phone: (949) 260-3100
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: December 8, 2023
    Transferee/Transferee's Agent
    Jay Harker, Esq.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.