

Signed and Filed: December 11, 2023

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

**POLSINELLI LLP**
Randye B. Soref (SBN 99146)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:    310.556.1801
Facsimile:    310.556.1802
Email:        rsoref@polsinelli.com

*Attorneys for Whitebox Multi-Strategy Partners, LP, Whitebox GT Fund, LP, Pandora Select Partners, LP and Whitebox CAJA Blanca Fund, LP*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐   Affects PG&E Corporation<br>☐   Affects Pacific Gas and Electric Company<br>☒   Affects **both Debtors**<br><br>*All papers shall be filed in the Lead Case No. 19-30088 (DM) | Bankruptcy Case No. 19-bk-30088 (DM)<br><br>**ORDER ON APPLICATION FOR WITHDRAWAL OF APPEARANCE OF RANDYE B. SOREF AND REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING** |

The Court having considered the *Application for Withdrawal of Appearance of Randye B. Soref and Request to be Removed From Courtesy Notice of Electronic Filing* [docket no. 14162], finding no objection therefor and finding good cause therefor,

1   **IT IS HEREBY ORDERED** that: Randye B. Soref's name shall be removed from the
2   Court's EFC e-mail list and the Court's mailing matrix.

*** END OF ORDER ***