

Signed and Filed: December 11, 2023

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

**POLSINELLI LLP**
Tanya Behnam (SBN 322593)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 556-1801
Facsimile: (310) 556-1802
Email: tbehnam@polsinelli.com

*Attorneys for Whitebox Multi-Strategy Partners, LP, Whitebox GT Fund, LP, Pandora Select Partners, LP and Whitebox CAJA Blanca Fund, LP*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects **both Debtors**<br><br>*All papers shall be filed in the Lead Case No. 19-30088 (DM) | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Jointly Administered) (Lead Case)<br><br>**ORDER ON APPLICATION OF WITHDRAWAL OF APPEARANCE OF TANYA BEHNAM AND REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING** |

The Court having considered the *Application for Withdrawal of Appearance of Tanya Behnam and Request to be Removed From Courtesy Notice of Electronic Filing* [docket no. 14163], finding no objection therefor and finding good cause therefor,

1     **IT IS HEREBY ORDERED** that: Tanya Behnam's name shall be removed from the
2 Court's ECF e-mail list and the Court's mailing matrix.

4                                            \*\*\* END OF ORDER \*\*\*