| | |
|---|---|
| 1 | KELLER BENVENUTTI KIM LLP |
| | Jane Kim (#298192) |
| 2 | (jkim@kbkllp.com) |
| | David A. Taylor (#247433) |
| 3 | (dtaylor@kbkllp.com) |
| | Thomas B. Rupp (#278041) |
| 4 | (trupp@kbkllp.com) |
| | 425 Market Street, 26th Floor |
| 5 | San Francisco, CA 94105 |
| | Tel: 415 496 6723 |
| 6 | Fax: 650 636 9251 |

ROVENS LAMB LLP
STEVEN A. LAMB (SBN 132534)
slamb@rovenslamb.com
Telephone: (310) 536.7830
Facsimile: (310) 872.5489
2601 Airport Drive, Suite 370
Torrance, California 90505

LAW OFFICES OF JENNIFER L. DODGE INC.
Jennifer L. Dodge (#195321)
(jdodgelaw@jenniferdodgelaw.com)
2512 Artesia Blvd., Suite 300D
Redondo Beach, California 90278
Tel: (310) 372.3344
Fax: (310) 861.8044

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case Nos. 19-30088 (DM) |
| **PG&E CORPORATION,** | (Lead Case) (Jointly Administered) |
| - and - | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **PG&E'S EVIDENTIARY OBJECTIONS IN OPPOSITION TO CLAIMANT'S PARTIAL MOTION FOR SUMMARY JUDGMENT AND REPLY TO PARTIAL MOTION FOR SUMMARY JUDGMENT** |
| ☐ Affects PG&E Corporation | Date:   December 19, 2023 |
| ☐ Affects Pacific Gas and Electric Company | Time:  10:00 a.m. (Pacific Time) |
| ☒ Affects both Debtors | Place:  (Tele/Videoconference Only) |
| | United States Bankruptcy Court |
| *\* ALL PAPERS SHALL BE FILED IN THE LEAD CASE, NO. 19-30088 (DM)* | Courtroom 17, 16th Floor |
| | San Francisco, CA 94102 |

Pursuant to the Federal Rules of Evidence, Debtors PG&E Corporation and Pacific Gas and Electric Company hereby object to the declarations and exhibits submitted in support of Claimant's Reply in Support of Claimant's Motion for Partial Summary Judgment:

*Declaration of Amir Shahmirza in Support of Reply to Motion for Partial Summary Judgment* [Docket No. 14157-1]

| Paragraphs 4 and 5, at 2:16-3:23 and Exhibit C thereto. | FRE 602, Lacks Foundation/Personal Knowledge; FRE 801, Hearsay. This is hearsay by Claimant Shahmirza within hearsay by "Jason." Although Claimant identifies "Jason" as John Petree, Claimant acknowledges that this individual is not a PG&E employee and is a "Contractor." Moreover, the email at Exhibit C (Doc # 1415701, Page 10 of 54), makes no reference to PG&E, the project, the transmission lines, or any purported lowering of the transmission lines. The email refers to the "Parking area," and requests that "Mr. Jason  Please make sure no one park or store any equipment in areas that are not leased to your company at any time."<br><br>Sustained: _____<br>Overruled: _____ |
| Paragraph 6 at Exhibit E (Doc #14157-1 (page 19 of 54) and paragraph 7, at 4:4-8. | FRE 602, Lacks Foundation/Personal Knowledge; FRE 801, Hearsay. Claimant admits that he never measured the height of any of the transmission lines so his declaration lacks foundation and is based on speculation.<br><br>Sustained: _____<br>Overruled: _____ |

| Paragraph 8, at 4:-12 ("which I understood to mean that PG&E would continue with the implementation of the New Transmission Lines at their new locations and new heights over my objections." | FRE 602/901, Lacks Foundation/Personal Knowledge/Authentication; FRE 801, Hearsay. The letter to Claimant at Exhibit F (Doc # 14157-1 (Page 21-54) refers to other emails and correspondence but makes no reference to Exhibit E; Claimant lacks foundation and speculates that Mr. Brady agreed with Claimant's unsubstantiated and hearsay assertion when Mr. Brady simply stated that PG&E's position was unchanged.<br><br>Sustained: _____<br>Overruled: _____ |
|---|---|
| Paragraph 9. | FRE 602/901, Knowledge/Authentication; FRE 801, Hearsay. The letter to Claimant at Exhibit F (Doc # 14157-1 (Page 21-54) refers to other emails and correspondence but makes no reference to Exhibit E; Claimant lacks foundation and speculates that Mr. Brady agreed with Claimant's unsubstantiated and hearsay assertion when Mr. Brady simply stated that PG&E's position was unchanged.<br><br>Sustained: _____<br>Overruled: _____ |
| Paragraph 10. | Claimant impermissibly attempts to resubmit his prior declaration. PG&E reasserts those objections previously lodged below.<br><br>Sustained: _____<br>Overruled: _____ |

*Declaration of Amir Shahmirza in Support of Opposition to Counter-Motion for Summary Judgment by PG&E* [Docket No. 13654-1]

| Paragraph 3, at 2:18-21 (second ¶3), in its entirety. | FRE 602, Lacks Foundation/Personal Knowledge.<br><br>Sustained: _____<br>Overruled: _____ |
|---|---|

| | |
|---|---|
| Paragraph 4, at 2:22-24, in its entirety. | FRE 602, Lacks Foundation/Personal Knowledge.<br><br>Sustained: _____<br>Overruled: _____ |
| Paragraph 5, at 2:25-3:5, in its entirety. | FRE 602, Lacks Foundation/Personal Knowledge.<br><br>Sustained: _____<br>Overruled: _____ |
| Paragraph 11, at 4:11-13. | FRE 801, Hearsay.<br><br>Sustained: _____<br>Overruled: _____ |
| Paragraphs 16-20, at 5:3-20, In their entirety. | FRE 602, Lacks Foundation/Personal Knowledge; FRE 801, Hearsay.<br><br>Sustained: _____<br>Overruled: _____ |
| Paragraph 21, at 6:1-16 (photo and description. | FRE 602, Lacks Foundation/Personal Knowledge/Authentication; FRE 801, Hearsay.<br><br>Sustained: _____<br>Overruled: _____ |
| Paragraph 23, at 6-19-21, in its entirety. | FRE 602, Lacks Foundation.<br><br>Sustained: _____<br>Overruled: _____ |
| Paragraphs 28 and 29, at 7:5-8, in their entirety. | FRE 602, Lacks Foundation/Personal Knowledge; FRE 801, Hearsay.<br><br>Sustained: _____<br>Overruled: _____ |
| Paragraph 30, lines 9-10 "within approximately two 92) months of learning of the relocation and height alteration." | FRE 602, Lacks Foundation/Personal Knowledge/Authentication; FRE 801, Hearsay.<br><br>Sustained: _____<br>Overruled: _____ |

1

2

3    Dated:  December 11, 2023

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**KELLER BENVENUTTI KIM LLP**
**ROVENS LAMB LLP**
**LAW OFFICES OF JENNIFER L. DODGE, INC.**

By: _____/s/  *Steven A. Lamb*_____
       Steven A. Lamb
       *Attorneys for Debtors and Reorganized Debtors*