# **Exhibit 1**

## **Insufficient Substantive Allegations Claims**

WEIL:\99469489\1\67615.0015

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| A/T Jerry Sutow and Rita Sutowdtd 8/16/2005<br>1600 Market St, Ste 3600<br>Philadelphia, PA 19103-7212 | 100833 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $4,147.27 | $4,147.27 | Insufficient Substantive Allegation |
| Albert F. Maier Jr & Deborah Maier<br>1275 Foster Ave<br>White Haven, PA 18661 | 99768 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $3,040.09 | $3,040.09 | Insufficient Substantive Allegation |
| ALDINI, CHARLES L<br>9343 S HAZELTON LN<br>TEMPE, AZ 85284-3419 | 98126 | PG&E Corporation | 3/26/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Alfred I duPont Charitable Trust<br>510 Alfred duPont Place Jacksonville, FL 32202 | 100988 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $64,402.48 | $64,402.48 | Insufficient Substantive Allegation |
| ALLEN NG & JANICE F CHOW TR UA<br>23 LUPINE CT<br>SAN RAFAEL, CA 94901-1589 | 99907 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,435.42 | $1,435.42 | Insufficient Substantive Allegation |
| ALMA ELIAS REVOCABLE TRUST<br>PO BOX 340, MERION STATION, PA 19066 | 103427 | PG&E Corporation | 4/29/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Amundi Funds Wells Fargo US Mid Cap<br>5 Allee Scheffer<br>Luxembourg, L-2520 | 107279 | PG&E Corporation | 6/24/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Anderson, John<br>25 Covey Ct<br>Tijeras, NM 87059 | 102697 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $8,796.00 | $8,796.00 | Insufficient Substantive Allegation |
| Anderson, John<br>25 Covey Ct<br>Tijeras, NM 87059 | 102908 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $8,536.68 | $8,536.68 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Andy Spahn & Jennifer Perry<br>420 N. Kenter<br>Los Angeles, CA 90049 | **104263** | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $34,835.00 | $34,835.00 | Insufficient Substantive Allegation |
| Armstrong, Jason<br>3737 Rivera St.<br>San Francisco , CA 94116 | **97810** | PG&E Corporation | 3/13/2020 | $0.00 | $0.00 | $0.00 | $1,240.00 | $1,240.00 | Insufficient Substantive Allegation |
| Arun Bajpai IRA Schwab Cust<br>Charles Schwab, 2423 E Lincoln<br>Dr Phoenix, AZ 85016-2013 | **105517** | PG&E Corporation | 5/27/2020 | $0.00 | $0.00 | $0.00 | $404.84 | $404.84 | Insufficient Substantive Allegation |
| Bakker, Charles<br>Raymond James, 99 E 8th Street Suite<br>400 Holland, MI 49423 | **105398** | PG&E Corporation | 5/22/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Baldwin, Robert M<br>2038 20th Ave<br>San Francisco, CA 94116 | **102437** | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $22,199.58 | $22,199.58 | Insufficient Substantive Allegation |
| Ban, Laszlo L<br>134 Rosewood Dr<br>Bordentown, NJ 08505 | **104794** | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $10,235.00 | $10,235.00 | Insufficient Substantive Allegation |
| BARMER, EMILY WOFFORD<br>609 DARTBROOK DR<br>DESOTO, TX 75115-4621 | **98211** | PG&E Corporation | 3/25/2020 | $0.00 | $0.00 | $0.00 | $3,569.00 | $3,569.00 | Insufficient Substantive Allegation |
| Bartolucci, Robert<br>370 S Waverly Place #4D<br>Vero Beach, FL 32960-5944 | **104891** | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $4,628.00 | $4,628.00 | Insufficient Substantive Allegation |
| Becker, Janice<br>46 Sunnyside Ave<br>Tarrytown, NY 10591-3814 | **105181** | Pacific Gas and Electric Company | 5/18/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Berkelhammer, Jonathan<br>150 S Forest Hill Dr<br>Greensboro, NC 27410 | **106150** | PG&E Corporation | 7/2/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Berkenpas, Willard<br>7955 Byron Center Ave. SW<br>Byron Center, MI 49315 | 99654 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| BLACKBURN, DONNA L<br>1295 BELLS FERRY RD NE<br>ROME, GA 30161 | 99292 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $3,643.60 | $3,643.60 | Insufficient Substantive Allegation |
| Blanchard, Jennifer<br>963 Chablis Lane<br>Vista, CA 92083 | 105433 | PG&E Corporation | 5/26/2020 | $0.00 | $0.00 | $0.00 | $535.88 | $535.88 | Insufficient Substantive Allegation |
| Blankenship, Troy<br>13380 W Hwy 72<br>Hiwasse, AR 72739 | 97596 | PG&E Corporation | 3/5/2020 | $0.00 | $0.00 | $0.00 | $2,298.08 | $2,298.08 | Insufficient Substantive Allegation |
| Bloswick, Frank<br>P.O. Box 55<br>Mackinac Island, MI 49757 | 104287 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $123.64 | $123.64 | Insufficient Substantive Allegation |
| BLOSWICK, FRANK & ALICE<br>PO BOX 55<br>MACKINAC ISLAND, MI 49757 | 104450 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $411.20 | $411.20 | Insufficient Substantive Allegation |
| BLUEMER, WILLIAM J<br>10624 RIDGEWOOD DR<br>PALOS PARK, IL 60464 | 104047 | PG&E Corporation | 5/12/2020 | $0.00 | $0.00 | $0.00 | $8,127.44 | $8,127.44 | Insufficient Substantive Allegation |
| Boege, Patricia K.<br>472 Fenway Drive<br>Walnut Creek, CA 94598-4144 | 87188 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $25,126.04 | $25,126.04 | Insufficient Substantive Allegation |
| Bogenhagen, M. Douglas<br>1456 Ridge Avenue #1<br>Evanston, IL 60201-4149 | 97819 | PG&E Corporation | 3/18/2020 | $0.00 | $0.00 | $0.00 | $311.78 | $311.78 | Insufficient Substantive Allegation |
| Bohn Jr., George C.<br>406 Bluff Crest Ct.<br>St Louis, MO 63129 | 99096 | PG&E Corporation | 4/10/2020 | $0.00 | $0.00 | $0.00 | $498.46 | $498.46 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Bonnie D. Brenneman, Trustee The Brenneman Family Trust<br>13631 Rolling Hills Ln.<br>Dallas, TX  75240-3720 | 105711 | PG&E Corporation | 6/8/2020 | $0.00 | $0.00 | $0.00 | $41,378.44 | $41,378.44 | Insufficient Substantive Allegation |
| Boos, William E<br>4601 E Moody Blvd Ste D3<br>Bunnell, FL  32110-7700 | 104774 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $4,497.68 | $4,497.68 | Insufficient Substantive Allegation |
| Borgia, John A.<br>93 Cranberry Terrace<br>Dungea, PA  18642 | 98579 | PG&E Corporation | 4/1/2020 | $0.00 | $0.00 | $0.00 | $1,076.00 | $1,076.00 | Insufficient Substantive Allegation |
| Bowman, Mylren and Gloria<br>1506 S.E. Wendy Ave<br>Gresham , OR  97080 | 97904 | Pacific Gas and Electric Company | 3/19/2020 | $0.00 | $0.00 | $0.00 | $11,850.00 | $11,850.00 | Insufficient Substantive Allegation |
| Bowman, Myrlen<br>1506 S.E. Wendy Ave<br>Gresham , OR  97080 | 97902 | Pacific Gas and Electric Company | 3/19/2020 | $0.00 | $0.00 | $0.00 | $18,960.00 | $18,960.00 | Insufficient Substantive Allegation |
| BOWMAN, MYRLEN<br>1506 S.E. WENDY AVE<br>GRESHAM, OR  97080 | 97898 | Pacific Gas and Electric Company | 3/19/2020 | $0.00 | $0.00 | $0.00 | $8,798.00 | $8,798.00 | Insufficient Substantive Allegation |
| BOYCE, JAMES W<br>2010 SARAH DR<br>PINOLE, CA  94564-1856 | 97905 | PG&E Corporation | 3/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Boyd, Russell<br>1219 Terrace Dr.<br>Mesquite, TX  75150 | 99144 | PG&E Corporation | 4/12/2020 | $0.00 | $0.00 | $0.00 | $18,574.50 | $18,574.50 | Insufficient Substantive Allegation |
| Brahms, Tom<br>60 Sutton Pl S # 2JN<br>New York, NY  10022-4168 | 105177 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Brown, Bill<br>1319 Secret Lake Loop<br>Lincoln, CA  95648-8413 | **103062** | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $1,912.39 | $1,912.39 | Insufficient Substantive Allegation |
| Bruckwer, Paul<br>4475 Old Burlington St.<br>Alpharetta, GA  30022 | **103155** | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| BUTTERFIELD, JOANNE L<br>3337 WORTHING CT<br>FREMONT, CA  94536-5141 | **102702** | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Caldwell, John<br>1460 Willard Street<br>San Francisco, CA  94117 | **102664** | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $5,569.10 | $5,569.10 | Insufficient Substantive Allegation |
| Caldwell, John<br>1460 Willard St<br>San Francisco, CA  94117 | **102678** | Pacific Gas and Electric Company | 4/20/2020 | $0.00 | $0.00 | $0.00 | $5,569.10 | $5,569.10 | Insufficient Substantive Allegation |
| Calleja, Bina<br>2528 Cropsey Ave<br>Brooklyn, NY  11214 | **102152** | PG&E Corporation | 4/17/2020 | $0.00 | $0.00 | $0.00 | $4,794.00 | $4,794.00 | Insufficient Substantive Allegation |
| Camarata, Peter J<br>23700 Shinnecock Dr<br>South Lyon, MI  48178 | **103254** | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $30,000.00 | $30,000.00 | Insufficient Substantive Allegation |
| CAMINATA, JR., JIM F<br>P.O. BOX 1468<br>LINDEN, CA  95236 | **98679** | PG&E Corporation | 4/8/2020 | $0.00 | $0.00 | $0.00 | $22,578.00 | $22,578.00 | Insufficient Substantive Allegation |
| Canepa, Gordon<br>510 Dellbrook Ave.<br>San Francisco, CA  94131 | **102165** | PG&E Corporation | 4/19/2020 | $0.00 | $0.00 | $0.00 | $8,895.30 | $8,895.30 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| CHARLES J TAKACS & MAUREEN E TAKACS JT TEN<br>8449 MAYSVILLE RD<br>CARLISLE, KY 40311-9153 | 100569 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $53,073.00 | $53,073.00 | Insufficient Substantive Allegation |
| Check, Sandra J<br>84 Whitehead Avenue<br>Sayreville, NJ 08872-1119 | 104545 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $6,007.50 | $6,007.50 | Insufficient Substantive Allegation |
| CHERYL L MELLO TR MELLO LIVING TRUST UA FEB 15 95<br>981 OAK CREEK CT<br>HOLLISTER, CA 95023-9195 | 100266 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Chira, Dara J.<br>1073 North Ave.<br>Burlington, VT 05408 | 103719 | PG&E Corporation | 5/3/2020 | $0.00 | $0.00 | $0.00 | $19,251.96 | $19,251.96 | Insufficient Substantive Allegation |
| City of Roseville Employees' Retirement System<br>29777 Gratiot Avenue<br>Roseville, MI 48066 | 104498 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| CLYDE FAMILY TRUST<br>3707 WYNNWOOD DR<br>TYLER, TX 75701 | 103826 | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Cole Jr., John L.<br>220 Carmella Dr.<br>Mechanicsburg, PA 17050-3711 | 102713 | Pacific Gas and Electric Company | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Columbus Hill Overseas Master Fund, Ltd.<br>Columbus Hill Captial Management, L.P. 51 John F. Kennedy Parkway<br>Short Hills, NJ 07078 | 100276 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $423,118.53 | $423,118.53 | Insufficient Substantive Allegation |
| Columbus Hill Partners, L.P.<br>Columbus Hill Capital Management, L.P. 51 John F. Kennedy Parkway, Suite 220<br>Short Hills, NJ 07078 | 100460 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $819,555.00 | $819,555.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Combs, Donald H<br>245 E Cedar<br>Pikeville, KY 41502 | 100230 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Confer, Patrick<br>42058 Bay Point Harbour Lane<br>PT Pleasant, NJ 08742-5506 | 104745 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $79,248.42 | $79,248.42 | Insufficient Substantive Allegation |
| Cookson, Carole B.<br>645 Sierra Circle<br>Coral Gables, FL 33156 | 98699 | PG&E Corporation | 4/8/2020 | $0.00 | $0.00 | $0.00 | $12,130.35 | $12,130.35 | Insufficient Substantive Allegation |
| Coombs, Joshua Wayne<br>PO Box 612<br>Clinton, NC 28329 | 98127 | PG&E Corporation | 3/26/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Csak, Edward Ambrose<br>542 Fourth Avenue<br>N Brunswick, NJ 08902-3310 | 104887 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $979.00 | $979.00 | Insufficient Substantive Allegation |
| Curley, John E.<br>208 Broadway Ave Horsham, PA<br>19044 | 99090 | PG&E Corporation | 4/10/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Dale, Patricia<br>1369 Cotswold Ln<br>Hamilton, OH 45013 | 99861 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Dana C MurphyTR Maya Caryn Poulter Trust U-A DTD 07-10-91<br>1414 Zamia Ave<br>Boulder, CO 80304 | 101360 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $1,247.77 | $1,247.77 | Insufficient Substantive Allegation |
| DAVID A LOMBARDI & GEORGANN L LOMBARDI TEN ENT<br>31 SAMUEL DR<br>WASHINGTON, PA 15301-3205 | 100567 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $955.33 | $955.33 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| David L. Bradshaw IRA Rollover<br>14421 S. Libby St.<br>Oklahoma City, OK | **98243** | PG&E Corporation | 3/24/2020 | $0.00 | $0.00 | $0.00 | $9,592.08 | $9,592.08 | Insufficient Substantive Allegation |
| Dawass, Akram<br>8601 E Wrightstown Rd<br>Tucson, AZ  85715 | **105436** | PG&E Corporation | 5/29/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| DE BROWER, CAROLYN A<br>1129 MARICOPA HWY # 255<br>OJAI, CA  93023-3126 | **102896** | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $4,986.59 | $4,986.59 | Insufficient Substantive Allegation |
| deCamp, Timothy L.<br>10249 Brittenford Drive<br>Vienna, VA  22182 | **106141** | PG&E Corporation | 7/14/2020 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Insufficient Substantive Allegation |
| DELL, BARBARA P<br>2712 MARINEVIEW DR<br>SAN LEANDRO, CA  94577-6838 | **100708** | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $10,665.49 | $10,665.49 | Insufficient Substantive Allegation |
| Dempsey, G. Alan<br>151 Bellevue Street<br>Newton, MA  02458 | **98524** | PG&E Corporation | 4/3/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Dobard, Stanley<br>2043 Lake Fountain Dr<br>Katy, TX  77494 | **104275** | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $115,168.00 | $115,168.00 | Insufficient Substantive Allegation |
| Downsbrough, Tamara Arpaszew<br>2748 Buffalo Run Road<br>Bellefonte, PA  16823-9010 | **101555** | PG&E Corporation | 4/18/2020 | $0.00 | $0.00 | $0.00 | $1,715.32 | $1,715.32 | Insufficient Substantive Allegation |
| Draine, Loyola L.<br>22574 Knollwood Lane<br>Winona, MN  55987 | **106381** | PG&E Corporation | 8/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Dudelston, Bonnie L<br>775 W Roger Rd, Lot 168<br>Tucson, AZ  85705 | **105149** | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $5,187.82 | $5,187.82 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Duijshart, Gail D. and Ronald F.<br>28442 Silverking Trail<br>Santa Clarita, CA 91390 | 100682 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $2,580.29 | $2,580.29 | Insufficient Substantive Allegation |
| Duijshart, Ronald F. & Gail D.<br>28442 Silverking Trail<br>Santa Clarita, CA 91390 | 102808 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $2,580.29 | $2,580.29 | Insufficient Substantive Allegation |
| Duvall, William M.<br>28601 Comstock Rd<br>Eustis, FL 32736 | 98443 | PG&E Corporation | 4/1/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| EARL R WITCRAFT TR UA DEC 22 09<br>3828 WILLMATT HILL<br>MINNETONKA, MN 55305 | 100782 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $29,037.00 | $29,037.00 | Insufficient Substantive Allegation |
| EGAN, JOHN P<br>247 PEREZA CIR<br>SANTA BARBARA, CA 93111-1636 | 98661 | PG&E Corporation | 4/7/2020 | $0.00 | $0.00 | $0.00 | $6,154.23 | $6,154.23 | Insufficient Substantive Allegation |
| Elizabeth Byrd Mulfinger - Roth IRA<br>3416 S. Almeria Avenue<br>Tampa, FL 33629 | 104917 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Ellison, James<br>P.O Box 427<br>Hawkins, TX 75765 | 103326 | PG&E Corporation | 4/28/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Eric I. Oberndorfer TTEE<br>3249 Rancho Diego Circle<br>El Cajon, CA 92019 | 104040 | PG&E Corporation | 5/6/2020 | $0.00 | $0.00 | $0.00 | $21,654.98 | $21,654.98 | Insufficient Substantive Allegation |
| Family Trust U/A/T Jerry Sutow dtd 7/18/02<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103-7212 | 100768 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $2,548.91 | $2,548.91 | Insufficient Substantive Allegation |
| Felice, Mary<br>114 W Walnut St<br>Rome, NY 13440 | 104603 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $4,939.86 | $4,939.86 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Ferguson, Jeffrey L<br>206 Ashton Dr<br>Davenport, FL  33837 | 102827 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Filer, Aiden Hunter<br>1202 Kentwood Street<br>Annapolis, MD  21401 | 99785 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $8,526.22 | $8,526.22 | Insufficient Substantive Allegation |
| Ford, Gregory<br>17120 Rosemary Cir<br>Morgan Hill, CA  95037-4425 | 4929 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $19,729.67 | $19,729.67 | Insufficient Substantive Allegation |
| FORD, GREGORY C<br>17120 ROSEMARY CIR<br>MORGAN HILL, CA  95037-4425 | 100527 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $19,500.00 | $19,500.00 | Insufficient Substantive Allegation |
| Frank F. Tolsdorf Credit Shelter Trust<br>One Financial Plaza, 19th Fl.<br>Providence, RI  02903 | 104514 | PG&E Corporation | 5/12/2020 | $0.00 | $0.00 | $0.00 | $1,328.99 | $1,328.99 | Insufficient Substantive Allegation |
| Freeman, Myron<br>518 Victor Street<br>Scotch Plains, NJ  07076 | 104551 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $5,117.50 | $5,117.50 | Insufficient Substantive Allegation |
| Gerald E Anderson TTEE<br>33199 Chipprwn Dr.<br>Grand Rapids, MN  55744 | 105254 | PG&E Corporation | 5/19/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Gillard, Jeffrey<br>4041 Soundview Dr.<br>Tacoma, WA  98466 | 98391 | Pacific Gas and Electric Company | 3/30/2020 | $0.00 | $0.00 | $0.00 | $3,013.78 | $3,013.78 | Insufficient Substantive Allegation |
| Goldberg, Seth<br>3510 Washington Ln<br>Cooper City , FL  33026-4628 | 104973 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $1,246.00 | $1,246.00 | Insufficient Substantive Allegation |
| GREG C NASON & BESSIE J NASON JT<br>TEN 124 SILO RD<br>ALTOONA, AL  35952-8280 | 97913 | PG&E Corporation | 3/20/2020 | $0.00 | $0.00 | $0.00 | $1,489.87 | $1,489.87 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| GST Non-Exempt Marital Trust U/A/T Jerry Sutow dtd 7/18/02<br>1600 Market Street, Suite 3600<br>Philadelphia, PA  19103-7212 | 100810 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $3,331.99 | $3,331.99 | Insufficient Substantive Allegation |
| Hall, Nancy A.<br>1357 Haymarket Way<br>Hudson, OH  44236-4608 | 100346 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Hamberg, Gilbert L. & Elizabeth G.<br>1038 Darby Drive<br>Yardley, PA  19067 | 98222 | PG&E Corporation | 3/27/2020 | $0.00 | $0.00 | $0.00 | $4,076.00 | $4,076.00 | Insufficient Substantive Allegation |
| HAMLIN, ANNE M<br>3410 WOOSTER RD APT 104<br>ROCKY RIVER, OH  44116-4148 | 99668 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Harris, David M<br>6920 Norfolk Road<br>Berkeley, CA  94705 | 103432 | PG&E Corporation | 4/29/2020 | $0.00 | $0.00 | $0.00 | $880.00 | $880.00 | Insufficient Substantive Allegation |
| Harry and Bonnie Gibson Living Trust<br>6797 FM 851<br>Alto, TX  75925 | 103555 | PG&E Corporation | 4/29/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| HARRY E MCGINNESS, ROTH IRA<br>3531 COTTAGE WOOD ST<br>LAUGHLIN, NV  89029 | 102894 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $3,505.52 | $3,505.52 | Insufficient Substantive Allegation |
| Harry L. Gibble Kathleen M. Gibble 3-30-20<br>635 East Weidman St<br>Lebanon, PA  17046 | 103287 | Pacific Gas and Electric Company | 4/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Heller, Janz<br>9620 NW 28th St<br>Hollywood, FL  33024 | 99689 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $4,105.83 | $4,105.83 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Hodgson, Douglas<br>15 Gatehouse Road<br>Sea Ranch Lakes, FL 33308 | **106716** | PG&E Corporation | 11/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Hollingworth, Andrew Mark<br>1907 Capistrano Street<br>San Diego, CA 92106 | **103496** | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $4,549.58 | $4,549.58 | Insufficient Substantive Allegation |
| Hughes, Janette S.<br>1200 Honeysuckle Ct.<br>Windsor, CO 80550 | **99897** | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $858.72 | $858.72 | Insufficient Substantive Allegation |
| Hunt, Maurice M.<br>103 Ridge View Dr.<br>Danville, KY 40422 | **104500** | PG&E Corporation | 5/12/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Hunt, Sandra S.<br>103 Ridge View Rd<br>Danville, KY 40422 | **104501** | PG&E Corporation | 5/12/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Husband, Nancy S.<br>6340 N. 34th Pl<br>Paradise Valley, AZ 85253 | **105376** | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Huther, Melissa<br>809 W Howe St<br>Sea, WA 98119 | **98017** | PG&E Corporation | 3/23/2020 | $0.00 | $0.00 | $0.00 | $13,231.71 | $13,231.71 | Insufficient Substantive Allegation |
| JAMES A ROWINS CUST<br>102 SAINT PAULS DR<br>VENTURA, CA 93003-3008 | **105375** | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $1,345.13 | $1,345.13 | Insufficient Substantive Allegation |
| James B. White & Kathryn J. White Rev Tr. U/A Dtd 09/15/2017<br>P.O. Box 237<br>Alto, NM 88312 | **103888** | PG&E Corporation | 5/5/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| James F Lenz Rev LVG Trust<br>1 Fairwood Dr.<br>Miamisburg, OH 45342 | 102939 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $1,915.14 | $1,915.14 | Insufficient Substantive Allegation |
| JAMES KEITH WATTS & DARLENE JOYCE WATTS TR UA MAY 17 12<br>THE JAMES AND DARLENE WATTS FAMILY TRUST 1844 ORIENTAL AVENUE<br>PRESCOTT, AZ 86301-5533 | 100577 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Jane B Hattershire Rev LVG Trust<br>2830 Torrey Pines<br>Dayton, OH 45431 | 100502 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $9,251.01 | $9,251.01 | Insufficient Substantive Allegation |
| JAY NELSON IRA<br>TD AMERITRADE INSTITUTIONAL,<br>5010 WATERIDGE VISTA DRIVE<br>SAN DIEGO, CA 92121 | 105230 | PG&E Corporation | 5/19/2020 | $0.00 | $0.00 | $0.00 | $4,734.47 | $4,734.47 | Insufficient Substantive Allegation |
| Jenkins, Jr, Lacy M<br>7353 E Calle Lugo<br>Tuscon, AZ 85710 | 105251 | PG&E Corporation | 5/19/2020 | $0.00 | $0.00 | $0.00 | $4,119.13 | $4,119.13 | Insufficient Substantive Allegation |
| Jesse & Hedwig C Smith Trust<br>6303 Blaver Lane<br>San Jose, CA 95135 | 103030 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Jones, Adrienne L<br>8265 N Amber Burst Dr<br>Tucson, AZ 85743 | 105393 | PG&E Corporation | 5/22/2020 | $0.00 | $0.00 | $0.00 | $12,246.80 | $12,246.80 | Insufficient Substantive Allegation |
| June M. Green Trustee & June M. Green Revocable Trust<br>304 Summerset Dr<br>Weston, MO 64098 | 102809 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Kathleen Bliss Charles Schwab Cust Rollover IRA<br>Charles Schwab, 2423 E Lincoln Dr<br>Phoenix, AZ 85016 | 105481 | PG&E Corporation | 5/26/2020 | $0.00 | $0.00 | $0.00 | $987.62 | $987.62 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Kearns, Kevin<br>1732 Aviation Blvd #418<br>Redondo Beach, CA 90278 | **102648** | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $60,517.77 | $60,517.77 | Insufficient Substantive Allegation |
| Khot, Siddanagouda<br>81 Mirabelli Cir<br>San Jose, CA 95134 | **105813** | PG&E Corporation | 6/25/2020 | $0.00 | $0.00 | $0.00 | $2,371.33 | $2,371.33 | Insufficient Substantive Allegation |
| Kindig, Louise C.<br>2144 St. Augustine Cir<br>Petaluma, CA 94954 | **99055** | PG&E Corporation | 4/10/2020 | $0.00 | $0.00 | $0.00 | $30,117.88 | $30,117.88 | Insufficient Substantive Allegation |
| KINGRY JR, RONALD L<br>1075 TEQUESTA TRAIL<br>LAKE WALES, FL 33898 | **100726** | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $3,747.62 | $3,747.62 | Insufficient Substantive Allegation |
| Kirk, Melanie Robin<br>2632 Granite Ave. NW<br>Albuquerque, NM 87104 | **100121** | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $1,242.66 | $1,242.66 | Insufficient Substantive Allegation |
| Koster, Henry J.<br>5901 Arcadia Dr<br>Greensboro, NC 27410-3209 | **97886** | PG&E Corporation | 3/20/2020 | $0.00 | $0.00 | $0.00 | $1,130.40 | $1,130.40 | Insufficient Substantive Allegation |
| Kreidl, Johann<br>85 Burstadter Str.<br>Lampertheim, 68623 | **98170** | PG&E Corporation | 3/27/2020 | $0.00 | $0.00 | $0.00 | $13,806.72 | $13,806.72 | Insufficient Substantive Allegation |
| Kumar, Chitra & Arrind<br>1 Arlington Ct<br>Scotch Plains, NJ 07076 | **106366** | PG&E Corporation | 8/3/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Lee, Chiu K.<br>1912 Via Del Rey<br>South Pasadena, CA 91030 | **103309** | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $9,352.64 | $9,352.64 | Insufficient Substantive Allegation |
| LEISENRING, MINNIE<br>619 NORTHPORT LN<br>KEMAH, TX 77565 | **98920** | PG&E Corporation | 4/8/2020 | $0.00 | $0.00 | $0.00 | $363.37 | $363.37 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| LENCI, JANET D<br>8808 GRAVENSTEIN WAY<br>COTATI, CA 94931-5134 | 98953 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| LeRoy, Edana L<br>130 Greyrock Drive<br>Bowling Green, KY 42101 | 98360 | PG&E Corporation | 3/31/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Loehr, Karin and John<br>101 Park Ave 24 Floor<br>New York City, NY 10178 | 106135 | PG&E Corporation | 6/29/2020 | $0.00 | $0.00 | $0.00 | $3,024.50 | $3,024.50 | Insufficient Substantive Allegation |
| Loraso, Frank<br>10 Oleander Ln<br>Debary, FL 32713 | 97790 | Pacific Gas and Electric Company | 3/16/2020 | $0.00 | $0.00 | $0.00 | $17,452.38 | $17,452.38 | Insufficient Substantive Allegation |
| Madden, Michael D.<br>14290 Wintu Way<br>Redding , CA 96003 | 104054 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $20,000.00 | $20,000.00 | Insufficient Substantive Allegation |
| Mapa, Helouise C.<br>142 W 5th Street<br>East Liverpool, OH 43920 | 98859 | PG&E Corporation | 4/7/2020 | $0.00 | $0.00 | $0.00 | $9,704.93 | $9,704.93 | Insufficient Substantive Allegation |
| Margaret L Carvelli Trust<br>1790 Cedar Lane<br>Vero Beach, FL 32963 | 104597 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Marshall, Donald M.<br>PO Box 1588<br>Jacksonville, OR 97530 | 98889 | Pacific Gas and Electric Company | 4/9/2020 | $0.00 | $0.00 | $0.00 | $9,362.37 | $9,362.37 | Insufficient Substantive Allegation |
| Martha H Kline Revocable Trust<br>PO Box 4715<br>VA Beach, VA 23454 | 103854 | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $47,679.50 | $47,679.50 | Insufficient Substantive Allegation |
| Matchko, Madeline<br>176 Prospect Ave.<br>Bayonne, NJ 07002 | 100775 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $12,438.00 | $12,438.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| MCCOY, KEITH PATRICK<br>4808 PREMIERE AVE<br>LONG BEACH, CA 90808 | 104403 | PG&E Corporation | 5/13/2020 | $0.00 | $0.00 | $0.00 | $1,203.42 | $1,203.42 | Insufficient Substantive Allegation |
| MCDONALD, ARLYS L<br>3441 E FUNSTON ST<br>WICHITA, KS 67218-3945 | 99860 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| McGinness, Harry E & Linda L<br>3531 Cottage Wood STR<br>Laughlin, NV 89029 | 102813 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $1,777.28 | $1,777.28 | Insufficient Substantive Allegation |
| Melton Jr, Gary Neal<br>1921 La Salle St<br>Martinez, CA 94553 | 101318 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $14,080.28 | $14,080.28 | Insufficient Substantive Allegation |
| Michaely, May<br>54 Burroughs Apt #1<br>Boston, MA 02130 | 103137 | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $1,815.25 | $1,815.25 | Insufficient Substantive Allegation |
| Michaely, Roy<br>54 Burroughs Apt #1<br>Boston, MA 02130 | 103180 | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $1,503.84 | $1,503.84 | Insufficient Substantive Allegation |
| Miller, Donna M.<br>628 Deana Way<br>Rochester, PA 15074-2670 | 99496 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $221.59 | $221.59 | Insufficient Substantive Allegation |
| Mills, Paul C.<br>2710 Vinsetta Blvd<br>Royal Oak, MI 48073 | 99509 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| MISNER, DAVID C<br>6138 S HEUGHS CANYON WAY<br>SALT LAKE CITY, UT 84121-6352 | 98510 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| MLPF&S Cust FPO Scott O. Bowie IRRA<br>Merrill, Lynch, Pierce, Fenner & Smith, Inc.,<br>2029 Century Park East, Suite 2800<br>Century City, CA 90067 | 99566 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $2,098.40 | $2,098.40 | Insufficient Substantive Allegation |
| Moeller, Justin<br>220 Martin Rd.<br>Santa Cruz, CA 95060 | 103702 | PG&E Corporation | 5/1/2020 | $0.00 | $0.00 | $0.00 | $5,148.72 | $5,148.72 | Insufficient Substantive Allegation |
| MORGAN, JOSEPH P<br>7237 SEAWITCH LN NW<br>SEABECK, WA 98380 | 98799 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $36,300.00 | $36,300.00 | Insufficient Substantive Allegation |
| MSSB C/F Carl Slotnick - IRA Standard<br>7 Parkway Drive<br>Roslyn Heights, NY 11577 | 103858 | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $894.80 | $894.80 | Insufficient Substantive Allegation |
| Murray, Ralph D.<br>449 E. Essex St.<br>Stockton, CA 95204 | 102907 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $21,492.31 | $21,492.31 | Insufficient Substantive Allegation |
| Nancy S. Husband, Trustee of the Decedents Trust Under Husband Revocable Tr.<br>6340 N. 34th Pl.<br>Paradise Valley, AZ 85253 | 105378 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Nancy S. Husband, Trustee of the Jane R. Slagle Revocable Living Trust<br>6340 N. 34th Pl.<br>Paradise Valley, AZ 85253 | 105379 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Nancy S. Husband, Trustee of the Kenneth W. Husband Survivors Trust<br>6340 N. 34th Pl.<br>Paradise Valley, AZ 85253 | 105377 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Naomi Dagen Bloom Charles Schwab Cust IRA<br>Charles Schwab, 2423 E Lincoln Dr<br>Phoenix, AZ 85016 | 105492 | PG&E Corporation | 5/26/2020 | $0.00 | $0.00 | $0.00 | $1,055.44 | $1,055.44 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| NELSON, DON LEE V AND JOYCE R TR UA SEP 24 04 THE NELSON LIVING TRUST 7654 BRIGHTON DR DUBLIN, CA 94568-1533 | 103050 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $75,886.93 | $75,886.93 | Insufficient Substantive Allegation |
| Ng, Freddy S 811 Camaritas Ave South San Francisco, CA 94080 | 102932 | PG&E Corporation | 4/23/2020 | $0.00 | $0.00 | $0.00 | $724.22 | $724.22 | Insufficient Substantive Allegation |
| Nikko Asset Management Co. Ltd. Toshiharu Matsubara Midtown Tower, 9-7-1 Akasaka Minato-ku, Tokyo, 107-6242 | 100100 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $15,711.95 | $15,711.95 | Insufficient Substantive Allegation |
| Norton, Barbara L. 5709 Overlea Rd. Bethesda, MD 20816 | 101522 | PG&E Corporation | 4/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Norwick, Marthe O. 1135 Irving Street #2 San Fancisco, CA 94122 | 104280 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $15,180.00 | $15,180.00 | Insufficient Substantive Allegation |
| Oaks, Jeffrey S. 4150 Sandpiper Dr. Flint, MI 48506 | 102656 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Ossman, Greta R. PO Box 3 Estacada, OR 97023 | 103928 | PG&E Corporation | 5/6/2020 | $0.00 | $0.00 | $0.00 | $5,908.15 | $5,908.15 | Insufficient Substantive Allegation |
| Padilla, Robert 20730 Haviland Ave Hayward, CA 94541 | 105150 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| PAGE III, CORNELIUS DANIEL 3500 CARNOUSTIE COURT GASTONIA, NC 28056-6632 | 100442 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Pagenkopf, Robert F.<br>601 Brock St<br>Corpus Christi, TX 78412-3007 | 103424 | PG&E Corporation | 4/28/2020 | $0.00 | $0.00 | $0.00 | $14,704.45 | $14,704.45 | Insufficient Substantive Allegation |
| PALMER, CAROL<br>11 HENDRICKSON CT<br>MANALAPAN, NJ 07726-7900 | 98053 | PG&E Corporation | 3/24/2020 | $0.00 | $0.00 | $0.00 | $873.29 | $873.29 | Insufficient Substantive Allegation |
| Parisi, Vincent<br>1305 Cleveland Ave<br>Wyomissing, PA 19610 | 105841 | PG&E Corporation | 6/22/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Parker, III, Ronald<br>155 Mayflower Terrace<br>South Yarmouth, MA 02664 | 102743 | Pacific Gas and Electric Company | 4/23/2020 | $0.00 | $0.00 | $0.00 | $2,648.03 | $2,648.03 | Insufficient Substantive Allegation |
| Paul M. Ko & Maggie W. Ko, Trust UA 4/10/2004<br>740 Promontory Point Apt.3106<br>Foster City, CA 94404 | 103255 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $6,018.96 | $6,018.96 | Insufficient Substantive Allegation |
| Pfeifer, William<br>2901 Baranof Ave<br>Ketchikan, AK 99901 | 102750 | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| PIAZZA, CAROLYN T<br>2291 SHERRY CT<br>LIVERMORE, CA 94550-5727 | 104479 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Piggee, Patricia E.<br>7687 N. Gilroy Ave.<br>Fresno, CA 93722 | 100322 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $17,258.05 | $17,258.05 | Insufficient Substantive Allegation |
| Pinardi, Edward D.<br>7623 Devins Ridge<br>Clarkston, MI 48348 | 103225 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Poole, Oliver Lamar<br>8328 Cypress Lake Dr.<br>Baton Rouge, LA 70809 | 98054 | PG&E Corporation | 3/26/2020 | $0.00 | $0.00 | $0.00 | $4,533.24 | $4,533.24 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| POSTPISCHIL, ERIC<br>16 WOODHAVEN CIRCLE<br>MERRIMACK, NH 03054-2518 | 97864 | PG&E Corporation | 3/19/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| PRESTON, MARIE<br>267 RIDGEDALE CIR<br>ROCHESTER, NY 14616-5307 | 104512 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Quincy Mutual Fire Insurance Company<br>57 Washington Street<br>Quincy, MA 02169 | 101650 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Raymond C Platt Exemption TR<br>2120 Petri Lane<br>Placerville, CA 95667 | 102964 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Reissman, Rick<br>106 Crab Cay Way<br>Jupiter, FL 33458 | 98949 | PG&E Corporation | 4/8/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Richard S Sargeant IRA<br>936 Intracoastal Dr PH4<br>Fort Lauderdale, FL 33304 | 105170 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Richter, Susan<br>9 Cobb Avenue<br>White Plains, NY 10606 | 107051 | PG&E Corporation | 5/3/2021 | $0.00 | $0.00 | $0.00 | $7,676.20 | $7,676.20 | Insufficient Substantive Allegation |
| RITCHEY JR, GLENN W<br>PO BOX 370<br>MADISON, VA 22727-0370 | 98116 | PG&E Corporation | 3/25/2020 | $0.00 | $0.00 | $0.00 | $3,149.73 | $3,149.73 | Insufficient Substantive Allegation |
| Robert F & Joan L Miller Rev Trust Joan L Miller Trustee<br>5615 State Rd 31<br>Racine, WI 53402 | 103232 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Roger B. Simon, Trustee of the Steven Rosen Trust<br>333 International Pkwy Suite B 4<br>Williamsville , NY 14221 | 98311 | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $3,117.95 | $3,117.95 | Insufficient Substantive Allegation |
| Ron H Oberndorfer (SIMPLE IRA)<br>1874 Hacienda Drive<br>El Cajon, CA 92020 | 103585 | PG&E Corporation | 4/30/2020 | $0.00 | $0.00 | $0.00 | $10,881.46 | $10,881.46 | Insufficient Substantive Allegation |
| Ron H. Oberndorfer (IRA Standard)<br>1874 Hacienda Drive<br>El Cajon, CA 92020 | 103535 | PG&E Corporation | 4/30/2020 | $0.00 | $0.00 | $0.00 | $10,886.92 | $10,886.92 | Insufficient Substantive Allegation |
| Rossi, Anthony L.<br>2403 Selma Street<br>Decatur, AL 35603 | 100855 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Insufficient Substantive Allegation |
| Rossiter, Scott<br>2 Stonewall Drive<br>Grafton, MA 01519 | 98450 | Pacific Gas and Electric Company | 4/2/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Roth, Adrienne B.<br>633 DeSoto Ln<br>Indian Harbour Bch, FL 32937 | 100413 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $134,688.95 | $134,688.95 | Insufficient Substantive Allegation |
| Rowins, Dorothy A<br>102 Saint Pauls Dr<br>Ventura, CA 93003-3008 | 105188 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $879.83 | $879.83 | Insufficient Substantive Allegation |
| Rowins, James A & Dorothy A<br>102 Saint Pauals Dr<br>Ventura, CA 93003-3008 | 105374 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $7,971.06 | $7,971.06 | Insufficient Substantive Allegation |
| RUTBERG, JACK<br>4210 LOS NIETOS DR<br>LOS ANGELES, CA 90027 | 102784 | PG&E Corporation | 4/22/2020 | $0.00 | $0.00 | $0.00 | $14,522.61 | $14,522.61 | Insufficient Substantive Allegation |
| Sacks, Mona<br>19762 Turtle Springs Way<br>Northridge, CA 91326 | 105176 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $1,763.00 | $1,763.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| SCHEUMANN, GRETCHEN<br>1290 NW ELFORD DR<br>SEATTLE, WA 98177-4131 | 98273 | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $8,554.00 | $8,554.00 | Insufficient Substantive Allegation |
| Serrano, Nancy Lee<br>1289 Camphor Drive<br>Woodland, CA 95776 | 100345 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Shine, Everett H.<br>6312 Camino Marinero<br>San Clemente, CA 92673 | 97941 | PG&E Corporation | 3/18/2020 | $0.00 | $0.00 | $0.00 | $10,514.00 | $10,514.00 | Insufficient Substantive Allegation |
| Shine, Everett H.<br>6312 Camino Marinero<br>San Clemente, CA 92673 | 97700 | PG&E Corporation | 3/10/2020 | $0.00 | $0.00 | $0.00 | $10,514.00 | $10,514.00 | Insufficient Substantive Allegation |
| Shore, Bernice B.<br>2510 Karen Lane<br>Hatboro, PA 19040 | 99053 | PG&E Corporation | 4/10/2020 | $0.00 | $0.00 | $0.00 | $5,023.00 | $5,023.00 | Insufficient Substantive Allegation |
| Sloan, John Dalton<br>2226 E. Lester Ave.<br>Fresno, CA 93720 | 102785 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $6,934.97 | $6,934.97 | Insufficient Substantive Allegation |
| Smagacz, Susan M<br>Morgan Stanley 3730 Jay St<br>Wheatridge, CO 80033 | 105390 | Pacific Gas and Electric Company | 5/21/2020 | $0.00 | $0.00 | $0.00 | $9,243.41 | $9,243.41 | Insufficient Substantive Allegation |
| Smith, Christopher P.<br>6673 Avenida de las Pescas<br>La Jolla, CA 92037 | 101736 | Pacific Gas and Electric Company | 4/19/2020 | $0.00 | $0.00 | $0.00 | $1,375.00 | $1,375.00 | Insufficient Substantive Allegation |
| Smith, Christopher P.<br>6673 Avenida de las Pescas<br>La Jolla, CA 92037 | 101721 | Pacific Gas and Electric Company | 4/19/2020 | $0.00 | $0.00 | $0.00 | $1,375.00 | $1,375.00 | Insufficient Substantive Allegation |
| Spadinger, Andrew<br>35 Patricia Drive<br>Shelton, CT 06484 | 100272 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $13,607.00 | $13,607.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Stefko, Myrta<br>5271 Triana Street<br>San Diego, CA 92117 | 103532 | PG&E Corporation | 4/30/2020 | $0.00 | $0.00 | $0.00 | $5,319.00 | $5,319.00 | Insufficient Substantive Allegation |
| Stephen D. Lombardi Retirement Plan<br>302 Turnberry Drive<br>Norwalk, IA 50211 | 105554 | PG&E Corporation | 5/31/2020 | $0.00 | $0.00 | $0.00 | $81,319.17 | $81,319.17 | Insufficient Substantive Allegation |
| STOREDAHL, RODNEY & HEATHER PMB 207<br>901 N BRUTSCHER ST<br>NEWBERG, OR 97132-6096 | 105300 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $2,201.49 | $2,201.49 | Insufficient Substantive Allegation |
| Tarshis, Lisa B.<br>7405 Forest Park Way<br>Boynton Beach, FL 33437 | 102035 | PG&E Corporation | 4/17/2020 | $0.00 | $0.00 | $0.00 | $4,394.00 | $4,394.00 | Insufficient Substantive Allegation |
| Textron Inc. Master Trust<br>40 Westminster St. 21st Floor<br>Providence, RI 02903 | 100690 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $33,535.93 | $33,535.93 | Insufficient Substantive Allegation |
| The Estate of Craig E Delphey<br>800 E. Ocean Blvd., Unit 304<br>Long Beach, CA 90802 | 101635 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Thewis, Albert<br>2006 Primrose Court<br>Fort Mill, SC 29707 | 103947 | PG&E Corporation | 5/7/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Thompson, Patricia A<br>574 NE Ochoco Ave<br>Prineville, OR 97754 | 103074 | PG&E Corporation | 4/22/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| THORNBURG CALIFORNIA LIMITED TERM INCOME FUND<br>Thornburg California Limited Term Muni Fund 2300 North Ridgetop Road<br>Santa Fe, NM 87506 | 101258 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $1,268,132.04 | $1,268,132.04 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| THORNBURG LOW DURATION MUNICIPAL FUND 2300 NORTH RIDGETOP ROAD SANTA FE, NM 87506 | 101350 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $197,535.78 | $197,535.78 | Insufficient Substantive Allegation |
| Thornburg Strategic Municipal Income Fund 2300 North Ridgetop Road Santa Fe, NM 87506 | 101297 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $286,350.08 | $286,350.08 | Insufficient Substantive Allegation |
| TILTON, GAYLE G 6178 HONEYSUCKLE DR NEWARK, CA 94560-4313 | 99245 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $8,993.44 | $8,993.44 | Insufficient Substantive Allegation |
| TILTON, GAYLE GLADYS 6178 HONEYSUCKLE DR NEWARK, CA 94560-4313 | 99460 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $777.64 | $777.64 | Insufficient Substantive Allegation |
| Tolsdorf, Judith C. One Financial Plaza, 19th Fl. Providence, RI 02903 | 104516 | PG&E Corporation | 5/12/2020 | $0.00 | $0.00 | $0.00 | $10,091.63 | $10,091.63 | Insufficient Substantive Allegation |
| Tolsdorf, Judith C. One Financial Plaza, 19th Fl. Providence, RI 02903 | 104387 | PG&E Corporation | 5/12/2020 | $0.00 | $0.00 | $0.00 | $591.21 | $591.21 | Insufficient Substantive Allegation |
| Vaka, PratapaReddy 18128 Harvest Ln Saratoga, CA 95070 | 101519 | PG&E Corporation | 4/18/2020 | $0.00 | $0.00 | $0.00 | $2,385.00 | $2,385.00 | Insufficient Substantive Allegation |
| Voll, Denise M 1147 Foothill Street Redwood City, CA 94061 | 101665 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $8,247.16 | $8,247.16 | Insufficient Substantive Allegation |
| Way, Jane 85 Lombardy Lane Orinda, CA 94563-1330 | 98843 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $8,576.04 | $8,576.04 | Insufficient Substantive Allegation |
| WONG, HAROLD 1215 Truman St SE ALBUQUERQUE, NM 87108 | 98371 | PG&E Corporation | 4/1/2020 | $0.00 | $0.00 | $0.00 | $6,517.28 | $6,517.28 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| WOODRUFF, DEANNE H<br>3 TERRACE ST<br>WASHINGTON, NJ 07882-1241 | 99805 | PG&E Corporation | 4/8/2020 | $0.00 | $0.00 | $0.00 | $127,996.00 | $127,996.00 | Insufficient Substantive Allegation |
| WRIGHT, H.W. or MARIETTE E.<br>301 HILLCREST DR<br>RICHMOND, TX 77469 | 104527 | PG&E Corporation | 5/13/2020 | $0.00 | $0.00 | $0.00 | $3,550.75 | $3,550.75 | Insufficient Substantive Allegation |
| WRIGHT, WILLIAM<br>GETTYSBURG COLLEGE, 300 NORTH<br>WASHINGTON STREET CAMPUS BOX #437<br>GETTYSBURG, PA 17325 | 104850 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $2,403.00 | $2,403.00 | Insufficient Substantive Allegation |
| Young, James Allen<br>4668 Secretariat Run<br>Spring Hill, FL 34609 | 105244 | PG&E Corporation | 5/19/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Zensius, David<br>120 Sylvian Way<br>Los Altos, CA 94022-2279 | 102627 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $9,392.15 | $9,392.15 | Insufficient Substantive Allegation |
| **Claims To Be Expunged Totals** | **Count: 232** | | | **$0.00** | **$0.00** | **$0.00** | **$4,997,803.94** | **$4,997,803.94** | |