# Exhibit 1

**Insufficient Substantive Allegations Claims**

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| All Country World Low Volatility Equity Fund, L.P.<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 109907 | PG&E Corporation | 8/30/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Berger, Sandra<br>230 East 15 St. Apt 5d<br>New York, NY 10003 | 104592 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $2,984.58 | $2,984.58 | Insufficient Substantive Allegation |
| Blattner Investments, Inc.<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107323 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Borstein Fam Tst IMA FI<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107317 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Carroll, Mickey M.<br>5021 Lin Hill Dr<br>Swartz Creek, MI 48473 | 100532 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $4,671.05 | $4,671.05 | Insufficient Substantive Allegation |
| Carroll, Mickey M.<br>5021 Lin Hill Dr.<br>Swartz Creek, MI 48473 | 100524 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $4,407.60 | $4,407.60 | Insufficient Substantive Allegation |
| Connecticut General Life Insurance Company<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107277 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Connecticut General Life Insurance Company OBO SASV901<br>A4 ACT 900 Cottage Grove Rd.<br>Bloomfield, CT 06002 | 103037 | Pacific Gas and Electric Company | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Constance L. Bakken Revocable Trust<br>90 S. Seventh St. Suite 5100<br>Minneapolis, MN 55402 | 101385 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $8,941.05 | $8,941.05 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| COVARRUBIAS, FEDERICO P & MARIA TR COVARRUBIAS FAMILY TRUST UA JUN 2 98 2063 ORCHARD AVE SAN LEANDRO, CA 94577-3412 | 100515 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Deutsche Bank Chicago Clearing Corporation 404 South Wells Street, Suite 600 Chicago, IL 60607 | 108187 | PG&E Corporation | 2/4/2022 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| DOROTHY L FREEMAN TTEE THE DOROTHY FREEMAN TR UA DTD 04 13 2006 PO BOX 1253 LA MESA, CA 91944-1253 | 99698 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Edward D. Smith & Barbara Chen 525 Market Street floor 12 San Francisco, CA 94105 | 107285 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Eric A Deutsch Trust 525 Market Street Floor 12 San Francisco, CA 94105 | 107325 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Franken, Charles 3477 Derby Lane Weston, FL 33331 | 99143 | Pacific Gas and Electric Company | 4/11/2020 | $0.00 | $0.00 | $0.00 | $2,420.00 | $2,420.00 | Insufficient Substantive Allegation |
| Funds SA (SCAS) SCAS Analysts 350 David L. Boren Blvd. Norman, OK 73072 | 106373 | PG&E Corporation | 8/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| HealthSpring Life & Health Insurance Company, Inc. OBO HSPTX A4ACT 900 Cottage Grove Rd. Bloomfield, CT 06002 | 103059 | Pacific Gas and Electric Company | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| HealthSpring of Alabama, Inc. OBO HSPAL A4ACT 900 Cottage Grove Rd. Bloomfield, CT 06002 | 103058 | Pacific Gas and Electric Company | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Hodges, Robert T<br>10513 NE Kingston<br>Poulsbo, WA 98370 | 104528 | PG&E Corporation | 5/13/2020 | $0.00 | $0.00 | $0.00 | $15,223.98 | $15,223.98 | Insufficient Substantive Allegation |
| IBM Plan Montgomery Core Fixed Income<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107610 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBM Plan Montgomery Core Fixed Income<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107638 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBM Plan Montgomery Core Fixed Income<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107630 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBM Plan Montgomery Core Fixed Income<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107624 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBM Plan Montgomery Core Fixed Income<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107622 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBM Plan Montgomery Core Fixed Income<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107611 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Independent Portfolio Consultants<br>404 South Wells Street, Suite 600<br>Chicago, IL 60607 | 108235 | PG&E Corporation | 2/24/2022 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IRBY, JESSICA LEA<br>2479 PLEASANT HILL RD<br>PLEASANT HILL, CA 94523 | 100037 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Louie, Lucia<br>794 33rd Ave<br>San Francisco, CA 94121 | 103320 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $19,373.85 | $19,373.85 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Lucent Technologies Inc. Master Pension Trust-PORTLC BNY Mellon<br>100 Colonial Center Parkway, Suite 300<br>Lake Mary, FL 32746 | 101104 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Mary Ellen Heller Marital Trust #2<br>PO Box 240181<br>Milwaukee, WI 53224-9009 | 98483 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| McLean, Malcolm<br>960 Sanders St.<br>Auburn, AL 36830 | 99424 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $17,390.85 | $17,390.85 | Insufficient Substantive Allegation |
| Meyer Memorial Trust<br>2045 N Vancouver Ave<br>Portland, OR 97227 | 101406 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $271,638.00 | $271,638.00 | Insufficient Substantive Allegation |
| Michael Keenan Charles Schwab & Co Cust IRA Contributory<br>3256 7 Lakes West<br>West End, NC 27376 | 105460 | Pacific Gas and Electric Company | 5/26/2020 | $0.00 | $0.00 | $0.00 | $24,887.21 | $24,887.21 | Insufficient Substantive Allegation |
| Miller, Gloria<br>13 Viento Drive Irvine, CA 92620 | 99728 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $28,373.00 | $28,373.00 | Insufficient Substantive Allegation |
| Morando, James<br>4 Hillcrest Road<br>Tiburon, CA 94920 | 99104 | PG&E Corporation | 4/11/2020 | $0.00 | $0.00 | $0.00 | $319,491.00 | $319,491.00 | Insufficient Substantive Allegation |
| MSSB C/F GREGORY H. RUTTER IRA ROLLOVER<br>Morgan Stanley Suite 300 300 GRANITE RUN DRIVE<br>LANCASTER, PA 17601 | 103994 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $9,354.89 | $9,354.89 | Insufficient Substantive Allegation |
| Navajo Tribal Utility Authority Employee Pension - All Other<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107274 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Securities - Twenty-Ninth Omnibus Objection | | | | | | | | | In re: PG&E Corporation and Pacific Gas and Electric Company |
| Claims to Be Disallowed and Expunged | | | Exhibit 1 | | | | | | Case No 19-30088 Jointly Administered |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Plumbers Local 690 Health & We<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | 107311 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Quad Graphics Pension Plan<br>525 Market Street floor 12<br>San Francisco, CA  94105 | 107347 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Quad Graphics Pension Plan<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | 107353 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Quad Graphics Pension Plan<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | 107377 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Schooler, Robert<br>100 Lido Circle G4<br>Lakeway, TX  78734 | 97765 | Pacific Gas and Electric Company | 3/13/2020 | $0.00 | $0.00 | $0.00 | $5,830.25 | $5,830.25 | Insufficient Substantive Allegation |
| SEI Institutional Investments Trust (SIIT)<br>525 Market Street floor 12<br>San Francisco, CA  94105 | 107597 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Investments Trust (SIIT)<br>525 Market Street floor 12<br>San Francisco, CA  94105 | 107601 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Investments Trust (SIIT)<br>525 Market Street floor 12<br>San Francisco, CA  94105 | 107608 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Investments Trust (SIIT)<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | 107569 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| SEI Institutional Investments Trust (SIIT) Jennifer Vraney Wells Fargo Asset Management 525 Market Street floor 12 San Francisco, CA 94105 | 107540 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Investments Trust (SIIT) 525 Market Street Floor 12 San Francisco, CA 94105 | 107585 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Investments Trust (SIIT) 525 Market Street Floor 12 San Francisco, CA 94105 | 107590 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Investments Trust (SIIT) 525 Market Street Floor 12 San Francisco, CA 94105 | 107544 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Investments Trust (SIIT) 525 Market Street Floor 12 San Francisco, CA 94105 | 107571 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Investments Trust (SIIT) Wells Fargo Asset Management 525 Market Street floor 12 San Francisco, CA 94105 | 107548 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Investments Trust (SIIT) 525 Market Street floor 12 San Francisco, CA 94105 | 107598 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Investments Trust (SIIT) 525 Market Street floor 12 San Francisco, CA 94105 | 107593 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Investments Trust (SIIT) 525 Market Street floor 12 San Francisco, CA 94105 | 107550 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| SEI Institutional Investments Trust (SIIT)<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | 107570 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Managed Trust (SIMT)<br>525 Market Street floor 12<br>San Francisco, CA  94105 | 107517 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Managed Trust (SIMT)<br>525 Market Street floor 12<br>San Francisco, CA  94105 | 107521 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Managed Trust (SIMT)<br>525 Market Street floor 12<br>San Francisco, CA  94105 | 107524 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Managed Trust (SIMT)<br>525 Market Street floor 12<br>San Francisco, CA  94105 | 107538 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Managed Trust (SIMT)<br>525 Market Street floor 12<br>San Francisco, CA  94105 | 107546 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Managed Trust (SIMT)<br>525 Market Street floor 12<br>San Francisco, CA  94105 | 107553 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Managed Trust (SIMT)<br>525 Market Street floor 12<br>San Francisco, CA  94105 | 107558 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Managed Trust (SIMT)<br>525 Market Street floor 12<br>San Francisco, CA  94105 | 107560 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Managed Trust (SIMT)<br>525 Market Street floor 12<br>San Francisco, CA  94105 | 107562 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| SEI Institutional Managed Trust (SIMT)<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107565 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Managed Trust (SIMT)<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107567 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Managed Trust (SIMT)<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107532 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Investments Global, Ltd (SGMF)<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107385 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Investments Global, Ltd (SGMF)<br>1 Freedom Valley Dr.<br>Oaks, PA 19456 | 109896 | Pacific Gas and Electric Company | 7/19/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Investments Global, Ltd (SGMF)<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107737 | Pacific Gas and Electric Company | 7/19/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Investments Global, Ltd (SGMF)<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107421 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Investments Global, Ltd (SGMF)<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107390 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Investments Global, Ltd (SGMF)<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107389 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Investments Global, Ltd (SGMF)<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107388 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| SEI Investments Global, Ltd (SGMF)<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107373 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Investments Global, Ltd (SGMF)<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107387 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Investments Global, Ltd (SGMF)<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107384 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Investments Global, Ltd (SGMF)<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107381 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Investments Global, Ltd (SGMF)<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107369 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Investments Global, Ltd (SGMF)<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107366 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Investments Global, Ltd (SGMF)<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107383 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Sendero Wealth Management<br>Chicago Clearing Corporation 404 South Wells Street, Suite 600<br>Chicago, IL 60607 | 108423 | PG&E Corporation | 4/13/2022 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Signature Insurance - NRA - Pledged<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107304 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Silver Creek CS SAV - Nantahala<br>Silver Creek Capital Management<br>1301 5th Avenue Suite 4000<br>Seattle, WA 98101 | 104062 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $262,791.60 | $262,791.60 | Insufficient Substantive Allegation |
| Simpson Jr., Melvin<br>4115 Pretroia Run<br>Murfreesboro, TN 37138 | 99833 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $6,102.41 | $6,102.41 | Insufficient Substantive Allegation |
| Stratton Management<br>Chicago Clearing Corporation 404 South Wells Street, Suite 600<br>Chicago, IL 60607 | 108373 | PG&E Corporation | 4/1/2022 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Taal Master Fund LP<br>Taal Capital Management LP 32 Derne St., #5A<br>Boston, MA 02114 | 99979 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $7,830,862.00 | $7,830,862.00 | Insufficient Substantive Allegation |
| Tennessee Consolidated Retirement System<br>Tennessee Department of Treasury<br>502 Deaderick St., 13th Floor<br>Nashville, TN 37243 | 100570 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Tennessee Consolidated Retirement System<br>Tennessee Department of Treasury<br>502 Deaderick St., 13th Floor<br>Nashville, TN 37243 | 100594 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| The Associates Corporation<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107359 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Western Union Financial Services - RMO<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107318 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Western Union Financial Services, Inc.<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107303 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Western Union Pension Plan<br>7001 E. Belleview Avenue, 10th Floor Denver, CO 80237 | 98841 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Wolverine Trading, LLC<br>Battea Class Action Services<br>31 Sansome Street, 4th Floor<br>San Francisco, CA 94104 | 104009 | Pacific Gas and Electric Company | 5/8/2020 | $0.00 | $0.00 | $0.00 | $19,327.91 | $19,327.91 | Insufficient Substantive Allegation |
| Wolverine Trading, LLC<br>175 West Jackson Blvd. Suite 340 Chicago, IL 60604 | 104051 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $3,775,505.98 | $3,775,505.98 | Insufficient Substantive Allegation |
| **Claims To Be Expunged Totals** | **Count: 96** | | | **$0.00** | **$0.00** | **$0.00** | **$12,629,577.21** | **$12,629,577.21** | |