# Exhibit 1

**Insufficient Substantive Allegations And Noteholder Securities Claims**

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| B.C. Ziegler and Company<br>Chicago Clearing Corporation 404 South Wells Street, Suite 600<br>Chicago, IL 60607 | 108227 | PG&E Corporation | 2/15/2022 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation and Released Noteholder Securities Claims |
| BP Master Trust for Employee Pension Plans<br>30 S. Wacker Dr, Suite 300<br>Chicago, IL 60606 | 103046 | Pacific Gas and Electric Company | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation and Released Noteholder Securities Claims |
| Brighthouse Financial<br>350 David L Boren Boulevard, Suite 2000<br>Norman, OK 73072 | 102439 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation and Released Noteholder Securities Claims |
| Brighthouse Financial<br>350 David L Boren Boulevard Suite 2000<br>Norman, OK 73072 | 102438 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation and Released Noteholder Securities Claims |
| Consumers Energy Pension Plan<br>Consumers Energy Company One Energy Plaza, EP10-419<br>Jackson, MI 49201 | 100738 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $455,683.00 | $455,683.00 | Insufficient Substantive Allegation and Released Noteholder Securities Claims |
| IBM Plan Montgomery Core Fixed Income<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107616 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation and Released Noteholder Securities Claims |
| IBM Plan Montgomery Core Fixed Income<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107642 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation and Released Noteholder Securities Claims |
| IBM Plan Montgomery Core Fixed Income<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107664 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation and Released Noteholder Securities Claims |
| IBM Plan Montgomery Core Fixed Income<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107615 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation and Released Noteholder Securities Claims |

Claims to Be Disallowed and Expunged

# Exhibit 1

In re: PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Lucent Technologies Inc. Defined Contribution Plan Master Trust<br>600 Mountain Avenue<br>Murray Hill, NJ 07974 | 99724 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation and Released Noteholder Securities Claims |
| Lucent Technologies Inc. Master Pension Trust<br>600 Mountain Avenue, Room 2A-365<br>Murray Hill, NJ 07974 | 99426 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation and Released Noteholder Securities Claims |
| Mason Tenders District Council Annuity Fund<br>520 8th Avenue, Suite 600<br>New York, NY 10018 | 98871 | Pacific Gas and Electric Company | 4/9/2020 | $0.00 | $0.00 | $0.00 | $24,025.00 | $24,025.00 | Insufficient Substantive Allegation and Released Noteholder Securities Claims |
| MUFG Union Bank, N.A. Retirement Plan<br>350 California Street, 7th Floor<br>San Francisco, CA 94104 | 101417 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation and Released Noteholder Securities Claims |
| NN INVESTMENT PARTNERS - NETHERLANDS<br>P.O. Box 417676<br>Boston, MA 02241-7676 | 102435 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation and Released Noteholder Securities Claims |
| Oakland County Employees Retirement System<br>Oakland County Treasurer's Office<br>1200 N. Telegraph Rd. Bldg 12E<br>Pontiac, MI 48341 | 101265 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $748,548.72 | $748,548.72 | Insufficient Substantive Allegation and Released Noteholder Securities Claims |
| Oakland County Employees Retirement System<br>Oakland County Treasurer's Office<br>1200 N. Telegraph Rd. Bldg 12E<br>Pontiac, MI 48341 | 101440 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $1,094,546.67 | $1,094,546.67 | Insufficient Substantive Allegation and Released Noteholder Securities Claims |
| Quad Graphics Pension Plan<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107351 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation and Released Noteholder Securities Claims |
| SEI Institutional Managed Trust (SIMT)<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107557 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation and Released Noteholder Securities Claims |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| State of Idaho Endowment Fund Investment Board<br>816 W. Bannock St. Suite 301<br>Boise, ID 83702 | 104701 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $695,000.00 | $695,000.00 | Insufficient Substantive Allegation and Released Noteholder Securities Claims |
| Tyco Electronics US Master Trust The Northern Trust<br>50 S. LaSalle St., Chicago, IL 60603 | 100843 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $9,000.00 | $9,000.00 | Insufficient Substantive Allegation and Released Noteholder Securities Claims |
| **Claims To Be Expunged Totals** | **Count: 20** | | | **$0.00** | **$0.00** | **$0.00** | **$3,026,803.39** | **$3,026,803.39** | |