# Exhibit 1

**Insufficient Substantive Allegations And Securities ADR No Liability Claims**

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Bruce Allen Davis, IRA<br>3082 Landings Ct.<br>Haines Cay, FL 33844 | 99852 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $738.00 | $738.00 | Insufficient Substantive Allegation and No Response to Offer Exchange |
| Manulife Investment Management<br>200 Bloor Street East<br>Toronto, ON M4W 1 E5 | 101114 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation and No Response to Offer Exchange |
| Manulife Investment Management<br>200 Bloor Street East<br>Toronto, ON M4W 1 E5 | 101020 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation and No Response to Offer Exchange |
| Manulife Investment Management<br>200 Bloor Street East<br>Toronto, ON M4W 1 E5 | 100620 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation and No Response to Offer Exchange |
| MCCANTY, MARGARET M<br>8 PRESERVE WAY<br>SARATOGA SPGS, NY 12866 | 103095 | Pacific Gas and Electric Company | 4/22/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation and No Response to Offer Exchange |
| Nolan, Patsy A.<br>503 Dogwood Drive<br>Spring City, TN 37381 | 103113 | Pacific Gas and Electric Company | 4/23/2020 | $0.00 | $0.00 | $0.00 | $911.60 | $911.60 | Insufficient Substantive Allegation and No Response to Offer Exchange |
| **Claims To Be Expunged Totals** | **Count: 6** | | | **$0.00** | **$0.00** | **$0.00** | **$1,649.60** | **$1,649.60** | |