# Exhibit 1

**Insufficient Substantive Allegations And Voluntary Release Claims**

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Bennett, Cynthia F.<br>645 Bradford St.<br>Pasadena, CA 91005 | 98299 | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $10,137.18 | $10,137.18 | Insufficient Substantive Allegation and Opted Into Plan Release |
| Cynthia F. Bennett Simple IRA<br>645 Bradford St.<br>Pasadena, CA 91105 | 98297 | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $7,820.08 | $7,820.08 | Insufficient Substantive Allegation and Opted Into Plan Release |
| Daniel W. Marchand<br>P.O Box 3839<br>San Ramon, CA 94583-8839 | 79335 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $68,760.00 | $68,760.00 | Insufficient Substantive Allegation and Opted Into Plan Release |
| GUERRIERI, ANTHONY J<br>133 WESTMONT AVE<br>HADDONFIELD, NJ 08033-2318 | 97917 | PG&E Corporation | 3/20/2020 | $0.00 | $0.00 | $0.00 | $11,605.00 | $11,605.00 | Insufficient Substantive Allegation and Opted Into Plan Release |
| Howit, Linda Gayle<br>4412 Shadeway Rd<br>Lakewood, CA 90713 | 102688 | PG&E Corporation | 4/23/2020 | $0.00 | $0.00 | $0.00 | $11,000.00 | $11,000.00 | Insufficient Substantive Allegation and Opted Into Plan Release |
| John C. & Betty J Diekmann Tr UA Nov 29, 1991<br>120 US Hwy 95A East<br>Yerington, NV 89447 | 103818 | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $3,855.07 | $3,855.07 | Insufficient Substantive Allegation and Opted Into Plan Release |
| JOHN F HAWKINS & DENISE M HAWKINS JT TEN<br>22405 IRONGATE ST<br>WOODHAVEN, MI 48183-3764 | 98245 | PG&E Corporation | 3/26/2020 | $0.00 | $0.00 | $0.00 | $28,114.36 | $28,114.36 | Insufficient Substantive Allegation and Opted Into Plan Release |
| Marchand, Daniel W.<br>P.O. Box 3839<br>San Ramon, CA 94583-8839 | 79315 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $68,760.53 | $68,760.53 | Insufficient Substantive Allegation and Opted Into Plan Release |
| MARUNA, ARTHUR D<br>7690 NW 55TH AVE<br>CHIEFLAND, FL 32626-5428 | 97881 | PG&E Corporation | 3/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation and Opted Into Plan Release |
| U/W Dorothy A Bekkum Dorothy A Bekkum Family Trust<br>3750 Belleza Way<br>Palmdale, CA 93551 | 100101 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $90,732.47 | $90,732.47 | Insufficient Substantive Allegation and Opted Into Plan Release |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| **Claims To Be Expunged Totals** | **Count: 10** | | | **$0.00** | **$0.00** | **$0.00** | **$300,784.69** | **$300,784.69** | |