**Exhibit A**

**Claims to Be Disallowed and Expunged**

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Alphas Managed Accounts Platform LXXI Limited - Risk Premia Segregated Portfolio<br>231 Sansome Street, 4th Floor<br>San Francisco, CA 94104 | 104145 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $3,623,825.42 | $3,623,825.42 | Failure to State a Claim |
| Central States, Southeast and Southwest Areas Pension Fund<br>Charles H. Lee Deputy General Counsel 8647 W. Higgins Road<br>Chicago, IL 60631 | 110003 | PG&E Corporation | 10/11/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| Central States, Southeast and Southwest Areas Pension Fund<br>Attn: Charles H. Lee Deputy General Counsel 8647 W. Higgins Road<br>Chicago, IL 60631 | 110004 | Pacific Gas and Electric Company | 10/11/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| City of Austin Employees' Retirement System<br>Bernstein Litowitz Berger & Grossmann LLP Hannah Ross 1251 Avenue of the Americas 44th Floor<br>New York, NY 10020 | 110014 | PG&E Corporation | 10/13/2023 | $0.00 | $0.00 | $0.00 | $543,472.15 | $543,472.15 | Failure to State a Claim |
| City of Austin Employees' Retirement System<br>Attn: David T. Veal 6850 Austin Center Blvd, #320<br>Austin, TX 78731-3154 | 101047 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $543,472.15 | $543,472.15 | Failure to State a Claim |
| City of Warren Police and Fire Retirement System<br>Lowenstein Sandler LLP Attn: Michael S. Etkin and Andrew Behlmann One Lowenstein Drive<br>Roseland, NJ 07068 | 72200 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| City of Warren Police and Fire Retirement System<br>Lowenstein Sandler LLP Attn: Michael S. Etkin and Andrew Behlmann One Lowenstein Drive<br>Roseland, NJ 07068 | 72620 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| Lehigh County Employee Pension Board<br>Barrack, Rodos & Bacine Attn: Leslie Bornstein Molder 3300 Two Commerce Square 2001 Market Street<br>Philadelphia, PA 19103 | 110018 | Pacific Gas and Electric Company | 10/13/2023 | $0.00 | $0.00 | $0.00 | $81,935.00 | $81,935.00 | Failure to State a Claim |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Lehigh County Employee Pension Board<br>Barrack, Rodos & Bacine Attn: Leslie Bornstein Molder 3300 Two Commerce Square 2001 Market Street<br>Philadelphia, PA  19103 | 110019 | PG&E Corporation | 10/13/2023 | $0.00 | $0.00 | $0.00 | $81,935.00 | $81,935.00 | Failure to State a Claim |
| Lehigh County Employee Pension Board<br>Barrack, Rodos & Bacine Attn: Leslie Bornstein Molder 3300 Two Commerce Square 2001 Market Street<br>Philadelphia, PA  19103 | 110021 | Pacific Gas and Electric Company | 10/13/2023 | $0.00 | $0.00 | $0.00 | $81,935.00 | $81,935.00 | Failure to State a Claim |
| Lehigh County Employee Pension Board<br>Barrack, Rodos & Bacine Attn: Leslie Bornstein Molder 3300 Two Commerce Square 2001 Market Street<br>Philadelphia, PA  19103 | 100243 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $81,935.00 | $81,935.00 | Failure to State a Claim |
| Lehigh County Employee Pension Board<br>Barrack, Rodos & Bacine Attn: Leslie Bornstein Molder 3300 Two Commerce Square 2001 Market Street<br>Philadelphia, PA  19103 | 100268 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $81,935.00 | $81,935.00 | Failure to State a Claim |
| Louisiana Sheriffs Pension & Relief Fund<br>Hannah Ross Bernstein Litowitz Berger & Grossmann LLP 1251 Avenue of the Americas, 44th Floor<br>New York, NY  10020 | 100740 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $248,235.00 | $248,235.00 | Failure to State a Claim |
| Louisiana Sheriffs Pension & Relief Fund<br>Bernstein Litowitz Berger & Grossmann LLP Hannah Ross 1251 Avenue of the Americas, 44th Floor<br>New York, NY  10020 | 110013 | PG&E Corporation | 10/13/2023 | $0.00 | $0.00 | $0.00 | $248,235.00 | $248,235.00 | Failure to State a Claim |
| Man Group<br>c/o Battea Class Action Services 231 Sansome Street, 4th Floor<br>San Francisco, CA  94104 | 104190 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $38,343,537.88 | $38,343,537.88 | Failure to State a Claim |
| MAN NUMERIC AMPLIFIED CORE LLC<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO, CA  94104 | 104181 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $653,869.19 | $653,869.19 | Failure to State a Claim |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Mass Mutual Select T. Rowe Price Large Cap Blend Fund<br>Renée Hitchcock Head of Mutual Fund Administration Investments and Workplace Product, MassMutual 100 Bright Meadow Blvd.<br>Enfield, CT  06082 | 100363 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| MassMutual BlackRock Global Allocation Fund<br>Renée Hitchcock Head of Mutual Fund Administration Investments and Workplace Product 100 Bright Meadow Blvd., MIP 381<br>Enfield, CT  06082 | 99517 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| MassMutual Premier Balanced Fund<br>Renée Hitchcock Head of Mutual Fund Administration Investments and Workplace Product, MassMutual 100 Bright Meadow Blvd., MIP 381<br>Enfield, CT  06082 | 100501 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| MassMutual Premier Balanced Fund<br>Renee Hitchcock Head of Mutual Fund Administration Investments and Workplace Product 100 Bright Meadow Blvd., MIP 381<br>Enfield, CT  06082 | 100489 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| MassMutual Premier Disciplined Value Fund<br>Renée Hitchcock Head of Mutual Fund Administration Investments and Workplace Product 100 Bright Meadow Blvd, MIP 381<br>Enfield, CT  06082 | 99544 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| MassMutual Premier Disciplined Value Fund<br>MassMutual Renée Hitchcock, Head of Mutual Fund Admin. Investments and Workplace Product 100 Bright Meadow Blvd., MIP 381<br>Enfield, CT  06082 | 99706 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| MassMutual Premier Main Street Fund<br>Renée Hitchcock Head of Mutual Fund Administration Investments and Workplace Product MassMutual 100 Bright Meadow Blvd. MIP 381<br>Enfield, CT  06082 | 100254 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| MassMutual Premier Main Street Fund<br>Renée Hitchcock Head of Mutual Fund Administration Investments and Workplace Product MassMutual 100 Bright Meadow Blvd. MIP 381<br>Enfield, CT 06082 | 100197 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| MassMutual Select BlackRock Global Allocation Fund<br>Renée Hitchcock Head of Mutual Fund Administration Investments and Workplace Product 100 Bright Meadow Blvd. MIP 381<br>Enfield, CT 06082 | 99524 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| MassMutual Select Diversified Value Fund<br>Renée Hitchcock Head of Mutual Fund Administration Investments and Workplace Product, MassMutual 100 Bright Meadow Blvd, MIP 381<br>Enfield, CT 06082 | 99773 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| MassMutual Select Diversified Value Fund<br>MassMutual Attn: Renée Hitchcock 100 Bright Meadow Blvd. MIP 381<br>Enfield, CT 06082 | 100099 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| MassMutual Select Equity Opportunities Fund<br>Renée Hitchcock Head of Mutual Fund Administration Investments and Workplace Product 100 Bright Meadow Blvd. MIP 381<br>Enfield, CT 06082 | 99528 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| MassMutual Select Equity Opportunities Fund<br>Renée Hitchcock Head of Mutual Fund Administration Investments and Workplace Product 100 Bright Meadow Blvd. MIP 381<br>Enfield, CT 06082 | 99525 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| MassMutual Select Mid-Cap Value Fund<br>Renée Hitchcock, Head of Mutual Fund Admin. Investments and Workplace Product 100 Bright Meadow Blvd., MIP 381<br>Enfield, CT 06082 | 100395 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| MassMutual Select Mid-Cap Value Fund<br>Renée Hitchcock Head of Mutual Fund Administration Investments and Workplace Product 100 Bright Meadow Blvd. MIP 381<br>Enfield, CT 06082 | 100452 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| MassMutual Select T. Rowe Price Large Cap Blend Fund<br>Renée Hitchcock Head of Mutual Fund Administration Investments and Workplace Product 100 Bright Meadow Blvd., MIP 381<br>Enfield, CT 06082 | 100181 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| MassMutual Select T. Rowe Price Small and Mid Cap Blend Fund<br>Renée Hitchcock Head of Mutual Fund Administration Investments and Workplace Product 100 Bright Meadow Blvd. MIP 381<br>Enfield, CT 06082 | 99531 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| MassMutual Select T. Rowe Price Small and Mid Cap Blend Fund<br>Renée Hitchcock, Head of Mutual Fund Administration Investments and Workplace Product 100 Bright Meadow Blvd MIP 381<br>Enfield, CT 06082 | 99529 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| Mid-Jersey Trucking Industry & Local No. 701 Pension Fund<br>Lowenstein Sandler LLP Attn: Michael S. Etkin & Andrew Behlmann One Lowenstein Drive<br>Roseland, NJ 07068 | 69202 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| Mid-Jersey Trucking Industry & Local No. 701 Pension Fund<br>Lowenstein Sandler LLP Attn: Michael S. Etkin & Andrew Behlmann One Lowenstein Drive<br>Roseland, NJ 07068 | 71310 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| Minnesota State Board of Investment<br>In House Counsel Jeff Weber John Mule 60 Empire Drive, Suite 355<br>St. Paul, MN 55103 | 101042 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Minnesota State Board of Investment<br>John Mulé, In-House Counsel Jeff Weber, In-House Counsel 60 Empire Drive, Suite 355<br>Saint Paul, MN  55103 | 110027 | Pacific Gas and Electric Company | 10/13/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| Minnesota State Board of Investment<br>John Mulé, In-House Counsel Jeff Weber, In-House Counsel 60 Empire Drive, Suite 355<br>Saint Paul, MN  55103 | 101117 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| Minnesota State Board of Investment<br>John Mulé, In-House Counsel Jeff Weber, In-House Counsel 60 Empire Drive, Suite 355<br>Saint Paul, MN  55103 | 110026 | PG&E Corporation | 10/13/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| MM S&P 500® Index Fund<br>Renee Hitchcock Head of Mutual Fund Administration Investments and Workplace Product 100 Bright Meadow Blvd. MIP 381<br>Enfield, CT  06082 | 99486 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| MM S&P 500® Index Fund<br>Renée Hitchcock, Head of Mutual Fund Administration Investments and Workplace Product, MassMutual 100 Bright Meadow Blvd. MIP 381<br>Enfield, CT  06082 | 99516 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| MM Select Equity Asset Fund<br>MassMutual Attn: Renée Hitchcock, Head of Mutual Fund  Administration Investments and Workplace Product 100 Bright Meadow Blvd. MIP 381<br>Enfield, CT  06082 | 99683 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| MM Select Equity Asset Fund<br>MassMutual Renée Hitchcock, Head of Mutual Fund Administration Investments and Workplace Product 100 Bright Meadow Blvd., MIP 381<br>Enfield, CT  06082 | 99723 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| MML Blend Fund<br>Renée Hitchcock Head of Mutual Fund Administration Investments and Workplace Product MassMutual 100 Bright Meadow Blvd. MIP 381<br>Enfield, CT 06082 | 100038 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| MML Blend Fund<br>MassMutual Renée Hitchcock 100 Bright Meadow Blvd. MIP 381<br>Enfield, CT 06082 | 100036 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| MML Dynamic Bond Fund<br>MassMutual Renée Hitchcock, Head of Mutual Fund Admin. Investments and Workplace Product 100 Bright Meadow Blvd., MIP 381<br>Enfield, CT 06082 | 100374 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| MML Dynamic Bond Fund<br>Renée Hitchcock Head of Mutual Fund Administration Investments and Workplace Product MassMutual 100 Bright Meadow Blvd. MIP 381<br>Enfield, CT 06082 | 100404 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| MML Equity Fund<br>MassMutual Renée Hitchcock, Head of Mutual Fund Administration Investments and Workplace Product 100 Bright Meadow Blvd. MIP 381<br>Enfield, CT 06082 | 99801 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| MML Equity Fund<br>MassMutual Renee Hitchcock, Head of Mututal Fund Administration Investments and Workplace Product 100 Bright Meadow Blvd. MIP 381<br>Enfield, CT 06082 | 99804 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| MML Equity Income Fund<br>Renee Hitchcock Head of Mutual Fund Administration Investments and Workplace Product MassMutual 100 Bright Meadow Blvd.<br>Enfield, CT 06082 | 100457 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| MML Equity Income Fund<br>Renée Hitchcock Head of Mutual Fund Administration Investments and Workplace Product  100 Bright Meadow Blvd. MIP 381<br>Enfield, CT  06082 | 100456 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| MML Equity Index Fund<br>Renée Hitchcock Head of Mutual Fund Administration Investments and Workplace Product MassMutual 100 Bright Meadow Blvd. MIP 381<br>Enfield, CT  06082 | 100291 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| MML Equity Index Fund<br>Renée Hitchcock Head of Mutual Fund Administration Investments and Workplace Product 100 Bright Meadow Blvd. MIP 381<br>Enfield, CT  06082 | 100186 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| MML Income & Growth Fund<br>Attn: Renée Hitchcock MassMutual 100 Bright Meadow Blvd.  MIP 381<br>Enfield, CT  06082 | 100102 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| MML Income & Growth Fund<br>Renee Hitchcock Head of Mutual Fund Administration Investments and Workplace Product MassMutual 100 Bright Meadow Blvd MIP 381<br>Enfield, CT  06082 | 100222 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| MML Managed Volatility Fund<br>Renée Hitchcock Head of Mutual Fund Administration Investments and Workplace Product MassMutual 100 Bright Meadow Blvd. MIP 381<br>Enfield, CT  06082 | 100462 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| MML Mid Cap Value Fund<br>Renée Hitchcock Head of Mutual Fund Administration Investments and Workplace Product, MassMutual 100 Bright Meadow Blvd, MIP 381<br>Enfield, CT  06082 | 100423 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| MML Mid Cap Value Fund<br>Renée Hitchcock Head of Mutual Fund Administration Investments and Workplace Product MassMutual 100 Bright Meadow Blvd. MIP 381<br>Enfield, CT 06082 | 100164 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| New York City Retirement Systems<br>NYC Law Department c/o Daniel Whitman 100 Church Street<br>New York, NY 10007 | 110017 | PG&E Corporation | 10/13/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| New York City Retirement Systems<br>Alan H Kleinman New York City Law Department 100 Church Street<br>New York, NY 10023 | 108353 | Pacific Gas and Electric Company | 3/29/2022 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| New York City Retirement Systems<br>NYC Law Department c/o Daniel Whitman 100 Church Street<br>New York, NY 10007 | 110024 | Pacific Gas and Electric Company | 10/13/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| New York City Retirement Systems<br>c/o NYC Law Department 100 Church Street<br>New York, NY 10023 | 108352 | PG&E Corporation | 3/29/2022 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| PG&E Company - PG&E Corporation Retirement Master Trust<br>231 Sansome Street, 4th Floor<br>San Francisco, CA 94104 | 104151 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $3,015,254.11 | $3,015,254.11 | Failure to State a Claim |
| PG&E Company - Postretirement Medical Plan Trust-Non-Management Employees and Retirees<br>Battea FBO 231 Sansome Street, 4th Floor<br>San Francisco, CA 94104 | 104183 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $295,508.61 | $295,508.61 | Failure to State a Claim |
| San Francisco City and County Employees' Retirement System<br>SFERS Accounting 1145 Market Street, 5th Floor<br>San Francisco, CA 94103 | 101140 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $331,503.00 | $331,503.00 | Failure to State a Claim |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| San Francisco City and County Employees' Retirement System<br>SFERS Accounting 1145 Market Street, 5th Floor<br>San Francisco, CA 94103 | 101127 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $464,166.00 | $464,166.00 | Failure to State a Claim |
| Securities Plaintiffs and the Class<br>c/o Lowenstein Sandler LLP Attn: Michael S. Etkin and Andrew Behlmann One Lowenstein Drive<br>Roseland, NJ 07068 | 72193 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| Securities Plaintiffs and the Class (see addendum)<br>Lowenstein Sandler LLP Attn: Michael S. Etkin and Andrew Behlmann One Lowenstein Drive<br>Roseland, NJ 07068 | 72273 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| Southern Nevada Culinary and Bartender Pension Trust Fund<br>Zenith American Solutions Debbie Ryan 1901 Las Vegas Blvd.. Suite 107<br>Las Vegas, NV 89104 | 101957 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $724,473.45 | $724,473.45 | Failure to State a Claim |
| Southern Nevada Culinary and Bartender Pension Trust Fund<br>Zenith American Solutions Debbie Ryan 1901 Las Vegas Blvd., Suite 107<br>Las Vegas, NV 89104 | 110028 | PG&E Corporation | 10/13/2023 | $0.00 | $0.00 | $0.00 | $724,473.45 | $724,473.45 | Failure to State a Claim |
| Stichting Corporate Pensionenfonds ABP<br>231 Sansome Street, 4th Floor<br>San Francisco, CA 94104 | 104186 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $40,337,428.23 | $40,337,428.23 | Failure to State a Claim |
| York County on behalf of the County of York Retirement Fund<br>c/o Lowenstein Sandler LLP Attn: Michael S. Etkin and Andrew Behlmann One Lowenstein Drive<br>Roseland, NJ 07068 | 68009 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| York County on behalf of the County of York Retirement Fund<br>Lowenstein Sandler LLP Attn: Michael S. Etkin and Andrew Bahlmann One Lowenstein Drive<br>Roseland, NJ 07068 | 61556 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Bank of Korea<br>Kirby McInerney LLP Attn: Daniel Hume and Elaine Mui<br>250 Park Avenue, Suite 820<br>New York , NY 10177 | 100265 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim; Claims Barred by Release |
| Bank of Korea<br>Kirby McInerney LLP Attn: Daniel Hume and Elaine Mui<br>250 Park Avenue, Suite 820<br>New York, NY 10177 | 100303 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim; Claims Barred by Release |
| Central States, Southeast and Southwest Areas Penion Fund<br>Charles H. Lee Deputy General Counsel 8647 W. Higgins Road<br>Chicago, IL 60631 | 102263 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim; Claims Barred by Release |
| Central States, Southeast and Southwest Areas Pension Fund<br>Charles H. Lee Deputy General Counsel 8647 W. Higgins Road<br>Chicago, IL 60631 | 102288 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim; Claims Barred by Release |
| MassMutual Select Strategic Bond Fund<br>Renee Hitchcock Head of Mututal Fund Administration Investments & Workplace Product MassMutual 100 Bright Meadow Blvd. MIP 381<br>Enfield, CT 06082 | 100453 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim; Claims Barred by Release |
| MassMutual Select Strategic Bond Fund<br>Renée Hitchcock Head of Mutual Fund Administration Investments and Workplace Product 100 Bright Meadow Blvd., MIP 381<br>Enfield, CT 06082 | 100454 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim; Claims Barred by Release |
| Public Employees Retirement Association of New Mexico<br>Lowenstein Sandler LLP Attn: Michael S. Etkin and Andrew Behlmann One Lowenstein Drive<br>Roseland, NJ 07068 | 69105 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim; Claims Barred by Release |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| PUBLIC EMPLOYEES RETIREMENT ASSOCIATION OF NEW MEXICO<br><br>c/o Lowenstein Sandler LLP Attn: Michael S. Etkin and Andrew Behlmann One Lowenstein Drive<br><br>Roseland, NJ 07068 | 71345 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim; Claims Barred by Release |
| **Claims To Be Expunged Totals** | **Count: 82** | | | $0.00 | $0.00 | $0.00 | $90,507,128.64 | $90,507,128.64 | |