WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, CA 94105
Tel: 415 496 6723
Fax: 650 636 9251

LATHAM & WATKINS LLP
Joshua G. Hamilton (#199610)
(joshua.hamilton@lw.com)
Michael J. Reiss (#275021)
(michael.reiss@lw.com)
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel: 424 653 5500

LATHAM & WATKINS LLP
James E. Brandt (*pro hac vice*)
(james.brandt@lw.com)
1271 Avenue of the Americas
New York, NY 10020
Tel: 212 906 1200

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br> * *ALL PAPERS SHALL BE FILED IN THE LEAD CASE, NO. 19-30088 (DM)* | Case Nos. 19-30088 (DM) <br><br> (Lead Case) (Jointly Administered) <br><br> **DECLARATION OF ANGELA FERRANTE IN SUPPORT OF REORGANIZED DEBTORS' THIRTY THIRD SECURITIES CLAIMS OMNIBUS OBJECTION TO PERA'S TAC, INCLUDING TO CERTAIN CLAIMANTS THAT ADOPTED THE TAC** |

I, Angela Ferrante, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Managing Director of Kroll Settlement Administration LLC, an affiliate of Kroll Restructuring Administration LLC (formerly known as Prime Clerk) (collectively for purposes of this Declaration, "**Kroll**"). In my current role as Managing Director, I am responsible for all business operations including but not limited to securities claims noticing and administration.

2. I am providing this Declaration in support of the *Reorganized Debtors' Thirty Third Securities Claims Omnibus Objection To PERA's TAC, Including To Certain Claimants That Adopted The TAC* (the "**Omnibus Objection**"), filed contemporaneously herewith in the chapter 11 cases (the "**Chapter 11 Cases**") of PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**," as applicable).[1]

3. Kroll has been asked by the Reorganized Debtors and their counsel to assist with reviewing and analyzing the claims based on the purchase or acquisition of PG&E securities filed in the Chapter 11 cases. I have over 20 years of experience in class action, legal, and administrative fields. I have personally overseen the administration of some of the most complex class action, regulatory and bankruptcy administrations in the country.

4. Except as otherwise indicated herein, all facts set forth in this Declaration are based upon my personal knowledge, the knowledge of other employees working under and alongside me on this matter, my discussions with the Reorganized Debtors' personnel and the Reorganized Debtors' various advisors and counsel, and my review of relevant documents and information. If called upon to testify, I would testify competently to the facts set forth in this Declaration. I am authorized to submit this Declaration on behalf of the Reorganized Debtors.

5. Kroll has been asked by the Reorganized Debtors and their counsel to assist with reviewing and analyzing the claims based on the purchase or acquisition of PG&E securities filed

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Omnibus Objection.

in the Chapter 11 Cases and identifying claims to be included in omnibus objections, including the Omnibus Objection. In furtherance thereof, our team has reviewed and established a database for these claims. The database contains information extracted from proofs of claim and submitted by claimants via an online portal, including, where such details were provided by the claimant, information regarding when such claimant purports to have acquired their position(s) in the Debtors' debt and equity securities that form the basis of the claim.

6. Based on our review, we have identified certain claims (the "**Claims**") derived from the purchase or acquisition of specific PG&E securities – "**Utility Senior Notes**," as defined in Section 1.246 of the Plan.

7. The Claims are included on **Exhibit A** to the Omnibus Objection, which was prepared by AlixPartners, LLP as discussed in the McWilliams Declaration filed herewith, and are indicated by a notation in the "Basis for Objection" column noting that the "Claims [are] Barred by Release." I am familiar with the contents of Exhibit A and the process under which it was prepared.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed December 13, 2023 in New York.

*/s/ Angela Ferrante*
Angela Ferrante
Managing Director