1  **WEIL, GOTSHAL & MANGES LLP**
   Richard W. Slack (*pro hac vice*)
2  (richard.slack@weil.com)
   Jessica Liou (*pro hac vice*)
3  (jessica.liou@weil.com)
   Matthew Goren (*pro hac vice*)
4  (matthew.goren@weil.com)
   767 Fifth Avenue
5  New York, NY 10153-0119
   Tel:    (212) 310-8000
6  Fax:    (212) 310-8007

7  **KELLER BENVENUTTI KIM LLP**
   Jane Kim (#298192)
8  (jkim@kbkllp.com)
   David A. Taylor (#247433)
9  (dtaylor@kbkllp.com)
   Thomas B. Rupp (#278041)
10 (trupp@kbkllp.com)
   425 Market Street, 26th Floor
11 San Francisco, CA 94105
   Tel: (415) 496-6723
12 Fax: (650) 636 9251

13 *Attorneys for the Debtors and Reorganized
   Debtors*

|   | **LATHAM & WATKINS LLP** |
|---|---|
|   | Joshua G. Hamilton (#199610) |
|   | (joshua.hamilton@lw.com) |
|   | Michael J. Reiss (#275021) |
|   | (michael.reiss@lw.com) |
|   | 10250 Constellation Blvd., Suite 1100 |
|   | Los Angeles, California 90067 |
|   | Tel: 424 653 5500 |
|   | **LATHAM & WATKINS LLP** |
|   | James E. Brandt (*pro hac vice*) |
|   | (james.brandt@lw.com) |
|   | 1271 Avenue of the Americas |
|   | New York, NY 10020 |
|   | Tel: 212 906 1200 |

14              **UNITED STATES BANKRUPTCY COURT**
15               **NORTHERN DISTRICT OF CALIFORNIA**
                    **SAN FRANCISCO DIVISION**
16

17 |                                           | Bankruptcy Case No. 19-30088 (DM) |

18 In re:                                     Chapter 11
                                              (Lead Case) (Jointly Administered)
19 **PG&E CORPORATION,**
                                              **DECLARATION OF ROBB MCWILLIAMS**
20     - and -                                **IN SUPPORT OF REORGANIZED**
                                              **DEBTORS' THIRTY-FOURTH**
21 **PACIFIC GAS AND ELECTRIC**               **SECURITIES CLAIMS OMNIBUS**
   **COMPANY,**                               **OBJECTION TO CLAIMS ADOPTING**
                                              **RKS AMENDMENT**
22                        **Debtors.**

23 ☐ Affects PG&E Corporation
   ☐ Affects Pacific Gas and Electric
24 Company
   ☑ Affects both Debtors
25
   * *All papers shall be filed in the Lead
26 Case, No. 19-30088 (DM).*

27

28

I, Robb McWilliams, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1.       I am a Partner and Managing Director at the firm of AlixPartners, LLP ("**AlixPartners**"), which is an affiliate of both AlixPartners, LLC and AP Services, LLC ("**APS**"). APS was previously retained to provide interim management services to PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, "**PG&E**," the "**Debtors**," and as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"). I submit this Declaration in support of the *Reorganized Debtors' Thirty-Fourth Securities Claims Omnibus Objection To Claims Adopting RKS Amendment* (the "**Omnibus Objection**"), filed contemporaneously herewith.[1]

2.       In my current position, I am responsible for overseeing the bankruptcy case management component of AlixPartners' assignment to assist the Reorganized Debtors with various matters related to these Chapter 11 Cases. My areas of responsibility include (a) the effort by AlixPartners, in coordination with the Reorganized Debtors, to review and assess the validity of all claims asserted against the Debtors, other than Fire Claims and Subrogation Wildfire Claims, and (b) providing support with respect to Securities Claims. I am generally familiar with the Reorganized Debtors' day-to-day operations, financing arrangements, business affairs, and books and records. Except as otherwise indicated herein, all facts set forth in this Declaration are based upon my personal knowledge, the knowledge of other AlixPartners professionals working under and alongside me on this matter, my discussions with the Reorganized Debtors' personnel and the Reorganized Debtors' various advisors and counsel, and my review of relevant documents and information. If called upon to testify, I would testify competently to the facts set forth in this Declaration. I am authorized to submit this Declaration on behalf of the Reorganized Debtors.

3.       The AlixPartners team under my supervision has been actively and intimately involved in the claims review and reconciliation process. AlixPartners initially assisted the Debtors

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Omnibus Objection.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

in the preparation of their bankruptcy schedules based on the Debtors' books and records. AlixPartners is now supporting, and will continue to support, the efforts of the Reorganized Debtors and their counsel to resolve disputed claims, including by formal objections as necessary.

4.      As part of the claims review and reconciliation process, the AlixPartners team, working with the Reorganized Debtors' personnel and other professionals, identified a number of proofs of claim that adopt, in whole or in part, the Amended Statement of Claim filed by the law firm of Rolnick Kramer Sadighi LLP ("**RKS**") on behalf of the RKS claimants. In addition, the AlixPartners team coordinated with Kroll Restructuring Administration LLC and identified certain of those claimants that held one or more Utility Senior Notes (as defined in Section 1.246 of the Plan) at the time of both the Petition Date and the Effective Date.  The identification of these claimants is discussed at greater length in the Ferrante Declaration filed herewith.

5.      The Omnibus Objection is directed to the claims identified in **Exhibit A** attached to the Omnibus Objection, in the column headed "Claims to Be Disallowed and Expunged." **Exhibit A** to the Omnibus Objection was prepared by the AlixPartners team under my overall supervision, and I am familiar with the document, its contents, and the process under which it was prepared.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.


Executed December 13, 2023 in Dallas, Texas.


                                        */s/ Robb McWilliams*
                                        Robb McWilliams
                                        Partner and Managing Director

Case: 19-30088   Doc# 14204   Filed: 12/13/23   Entered: 12/13/23 21:52:35   Page 3 of 3