**Exhibit A**

**Claims to Be Disallowed and Expunged**

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Baupost Group Securities, L.L.C. The Baupost Group, L.L.C. Attn: Frederick H. Fogel, Esq. 10 St. James Avenue, 17th Fl Boston, MA 02116 | 109848 | PG&E Corporation | 12/28/2022 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| Baupost Group Securities, L.L.C. The Baupost, L.L.C. Attn: Frederick H. Fogel, Esq. 10 St. James Avenue, 17th Fl Boston, MA 02116 | 109847 | Pacific Gas and Electric Company | 12/28/2022 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| Baupost Group Securities, L.L.C. The Baupost Group L.L.C. Attn: Frederick H. Fogel 10 St. James Avenue, 17th Fl Boston, MA 02116 | 100309 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| Baupost Group Securities, L.L.C. Attn: Frederick H. Fogel 10 St. James Avenue, 17th Fl Boston, MA 02116 | 100269 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Failure to State a Claim |
| **Claims To Be Expunged Totals** | **Count: 4** | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |