# Exhibit 1

**Insufficient Substantive Allegations Claims**

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Brackett, Jr., George E.<br>215 Brightmore Drive, Unit #204<br>Cary, NC 27518 | 104705 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $2,666.25 | $2,666.25 | Insufficient Substantive Allegation |
| E Van Dyke & H. Van Dyke TTEE, The Van Dyke Family Trust<br>3212 Pheasant Run TRL<br>Murfreesbord, TN 37130-1491 | 103195 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $11,513.12 | $11,513.12 | Insufficient Substantive Allegation |
| Mark & Susan Trinidad Living Trust<br>106 NW F St PMB 513<br>Grants Pass, OR 97625 | 106360 | PG&E Corporation | 7/30/2020 | $0.00 | $0.00 | $0.00 | $75,219.06 | $75,219.06 | Insufficient Substantive Allegation |
| Mayers, Ada B<br>3745 S. Wisconsin Ave<br>Berwyn, IL 60402 | 103872 | Pacific Gas and Electric Company | 5/5/2020 | $0.00 | $0.00 | $0.00 | $12,450.00 | $12,450.00 | Insufficient Substantive Allegation |
| Yvonne Nance Hitt, Revocable Trust<br>365 Hico Rd<br>Puryear, TN 38251-3968 | 102097 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| **Claims To Be Expunged Totals** | **Count: 5** | | | **$0.00** | **$0.00** | **$0.00** | **$101,848.43** | **$101,848.43** | |