# Exhibit 1
## Insufficient Substantive Allegations Claims

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| 4Alphas Capital (SCAS) SCAS Analysts 350 David L. Boren Blvd. Suite 2000 Norman, OK 73072 | 106156 | PG&E Corporation | 7/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Allspring Core Bond CIT State Street Corporation Mailstop CCB0555 1 Iron Street Boston, MA 02210 | 109915 | Pacific Gas and Electric Company | 8/31/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Allspring Core Bond II CIT State Street Corporation Mailstop CCB0555 1 Iron Street Boston, MA 02210 | 109916 | Pacific Gas and Electric Company | 8/31/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Allspring Factor Enhanced Large Cap Core CIT State Street Corporation Mailstop CCB0555 1 Iron Street Boston, MA 02210 | 109918 | PG&E Corporation | 8/31/2023 | $0.00 | $0.00 | $0.00 | $67,132.00 | $67,132.00 | Insufficient Substantive Allegation |
| Allspring Global Long/Short Fund - Long 525 Market Street Floor 12 San Francisco, CA 94105 | 109913 | PG&E Corporation | 8/30/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Allspring Mid Cap Value Portfolio Mailstop JAB0341- State Street 1776 Heritage Drive North Quincy, MA 02171 | 109938 | PG&E Corporation | 9/20/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Allspring U.S. Long/Short Fund - Long 525 Market Street Floor 12 San Francisco, CA 94105 | 109914 | PG&E Corporation | 8/30/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Arizona Life and Disability Insurance Guaranty Fund 525 Market Street Floor 12 San Francisco, CA 94105 | 107294 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| BAE Systems Administrative Committee BAE Systems 6 Carlton Gardens London, SW1Y 5AD | 106369 | PG&E Corporation | 8/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Best Investment Corporation<br>20/F, New Poly Plaza, 1 Chaoyangmen North Street<br>Beijing, 100010 | 101927 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $29,671,407.61 | $29,671,407.61 | Insufficient Substantive Allegation |
| Boston Retirement Board<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | 107426 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Boston Retirement Board<br>525 Market Street floor 12<br>San Francisco, CA  94105 | 107440 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Boston Retirement Board<br>525 Market Street floor 12<br>San Francisco, CA  94105 | 107652 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Boston Retirement Board<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | 107447 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Boston Retirement Board<br>525 Market Street floor 12<br>San Francisco, CA  94105 | 107428 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Boston Retirement Board<br>525 Market Street floor 12<br>San Francisco, CA  94105 | 107429 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Boston Retirement Board<br>525 Market Street floor 12<br>San Francisco, CA  94105 | 107427 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Boston Retirement Board<br>525 Market Street floor 12<br>San Francisco, CA  94105 | 107434 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Boston Retirement Board<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107432 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Boston Retirement Board<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107430 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Boston Retirement Board<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107431 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Boston Retirement Board<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107419 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Boston Retirement Board<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107422 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Boston Retirement Board<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107435 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Brighthouse Financial<br>350 David L Boren Boulevard Suite 2000<br>Norman, OK | 100813 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Brighthouse Financial<br>350 David L Boren Boulevard Suite 2000<br>Norman, OK | 100234 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Chino CCP Trust<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107406 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Chino CCP Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107371 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

Case: 19-30088    Doc# 14213-1    Filed: 12/13/23    Entered: 12/13/23 23:53:37    Page 4 of 17

Page 3

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Chino CCP Trust<br>525 Market Street floor 12<br>San Francisco, CA  94105 | 107405 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Chino CCP Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107410 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Chino CCP Trust<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107407 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Chino CCP Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107414 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Chino CCP Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107413 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Chino CCP Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107412 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Chino CCP Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107411 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Chino CCP Trust<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107408 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Chino CCP Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107409 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Chino CCP Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107416 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Deutsch, C. Trust 9/21/93 - Fixed<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107374 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Deutsch, C. Trust 9/21/93 - Fixed<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107333 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Dickey Jr, Du Val F<br>710 Magdalene Dr<br>Houston, TX 77024-2624 | 98864 | PG&E Corporation | 4/7/2020 | $0.00 | $0.00 | $0.00 | $37,825.00 | $37,825.00 | Insufficient Substantive Allegation |
| Fonds de Reserve pour les Retraites - Credit Focus<br>Wells Fargo Asset Management, 525 Market Street Floor 12<br>San Francisco, CA 94105 | 107855 | Pacific Gas and Electric Company | 7/22/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Global Long Short Equity Fund Ii, L.P.<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 109910 | PG&E Corporation | 8/30/2023 | $0.00 | $0.00 | $0.00 | $1,551,086.54 | $1,551,086.54 | Insufficient Substantive Allegation |
| Global Low Volatility Fund, L.P.<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 109909 | PG&E Corporation | 8/30/2023 | $0.00 | $0.00 | $0.00 | $289,517.26 | $289,517.26 | Insufficient Substantive Allegation |
| Highland Collective Investment Trust<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107677 | Pacific Gas and Electric Company | 7/7/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Collective Investment Trust<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107673 | Pacific Gas and Electric Company | 7/7/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Collective Investment Trust<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107674 | Pacific Gas and Electric Company | 7/7/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Highland Collective Investment Trust<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107676 | Pacific Gas and Electric Company | 7/7/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Collective Investment Trust<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107678 | Pacific Gas and Electric Company | 7/7/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Collective Investment Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107680 | Pacific Gas and Electric Company | 7/7/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Collective Investment Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107681 | Pacific Gas and Electric Company | 7/7/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Collective Investment Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107682 | Pacific Gas and Electric Company | 7/7/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Collective Investment Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107733 | Pacific Gas and Electric Company | 7/7/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Collective Investment Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107821 | Pacific Gas and Electric Company | 7/21/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Collective Investment Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107854 | Pacific Gas and Electric Company | 7/7/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Collective Investment Trust<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107675 | Pacific Gas and Electric Company | 7/7/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Core Fixed Income Fund<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107531 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Highland Core Fixed Income Fund<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107552 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Core Fixed Income Fund<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107510 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Core Fixed Income Fund<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107518 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Core Fixed Income Fund<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107572 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Core Fixed Income Fund<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107541 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Core Fixed Income Fund<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107549 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Core Fixed Income Fund<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107542 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Core Fixed Income Fund<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107551 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Core Fixed Income Fund<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107535 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Core Fixed Income Fund<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107651 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Highland Core Fixed Income Fund<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107559 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Highland Core Fixed Income Fund<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107566 | Pacific Gas and Electric Company | 7/2/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD Retired Staff Benefits Plan & Trust - Montgomery Core<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107438 | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD Retired Staff Benefits Plan & Trust - Montgomery Core<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107425 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD Retired Staff Benefits Plan & Trust - Montgomery Core<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107442 | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD Retired Staff Benefits Plan & Trust - Montgomery Core<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107443 | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD Retired Staff Benefits Plan & Trust - Montgomery Core<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107453 | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD Retired Staff Benefits Plan & Trust - Montgomery Core<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107417 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| IBRD Retired Staff Benefits Plan & Trust - Montgomery Core<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | 107415 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD Retired Staff Benefits Plan & Trust - Montgomery Core<br>525 Market Street floor 12<br>San Francisco, CA  94105 | 107460 | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD Retired Staff Benefits Plan & Trust - Montgomery Core<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | 107470 | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD Retired Staff Benefits Plan & Trust - Montgomery Core<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | 107472 | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD Retired Staff Benefits Plan & Trust - Montgomery Core<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | 107526 | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD Retired Staff Benefits Plan & Trust - Montgomery Core<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | 107420 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD, TTEE For the Staff Retirement Plan and Trust<br>525 Market Street floor 12<br>San Francisco, CA  94105 | 107631 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD, TTEE For the Staff Retirement Plan and Trust<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | 107636 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD, TTEE For the Staff Retirement Plan and Trust<br>525 Market Street floor 12<br>San Francisco, CA  94105 | 107654 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| IBRD, TTEE For the Staff Retirement Plan and Trust<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107656 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD, TTEE For the Staff Retirement Plan and Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107647 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD, TTEE For the Staff Retirement Plan and Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107646 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD, TTEE For the Staff Retirement Plan and Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107637 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD, TTEE For the Staff Retirement Plan and Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107634 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD, TTEE For the Staff Retirement Plan and Trust<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107632 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD, TTEE For the Staff Retirement Plan and Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107629 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD, TTEE For the Staff Retirement Plan and Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107628 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD, TTEE For the Staff Retirement Plan and Trust<br>525 Market Street floor 12<br>San Francisco, CA 94105 | 107626 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| IBRD, TTEE For the Staff Retirement Plan and Trust<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107633 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| IBRD, TTEE For the Staff Retirement Plan and Trust 525 Market Street Floor 12 San Francisco, CA 94105 | 107635 | Pacific Gas and Electric Company | 7/6/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Kokusai Low Volatility 525 Market Street Floor 12 San Francisco, CA 94105 | 109908 | PG&E Corporation | 8/30/2023 | $0.00 | $0.00 | $0.00 | $193,147.46 | $193,147.46 | Insufficient Substantive Allegation |
| LCI Ins Ltd Wrnty Resrv 16721 Pledged 525 Market Street Floor 12 San Francisco, CA 94105 | 107322 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Mary Miner TTEE FBO the Survivors TR Est Undr the R&M Miner Family Admin Trust Under 1st Amnd/Rstd A 525 Market Street Floor 12 San Francisco, CA 94105 | 107331 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Mary Miner TTEE FBO the Survivors TR Est Undr the R&M Miner Family Admin Trust Under 1st Amnd/Rstd A 525 Market Street floor 12 San Francisco, CA 94105 | 107700 | Pacific Gas and Electric Company | 7/9/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Mary Miner TTEE FBO the Survivors TR Est Undr the R&M Miner Family Admin Trust Under 1st Amnd/Rstd A 525 Market Street floor 12 San Francisco, CA 94105 | 107341 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Mary Miner TTEE FBO the Survivors TR Est Undr the R&M Miner Family Admin Trust Under 1st Amnd/Rstd A 525 Market Street Floor 12 San Francisco, CA 94105 | 107330 | Pacific Gas and Electric Company | 6/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| MEPT - Global Low Vol 3210 W. Truman Blvd Jefferson City, MO 65109 | 109920 | PG&E Corporation | 9/7/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| NDSIB - Legacy Fund ND Retirement & Investment Office 1600 E. Century Avenue, Suite 3 P.O. Box 7100 Bismarck, MD 58507-7100 | 109891 | Pacific Gas and Electric Company | 7/19/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| NNIP<br>350 David L. Boren Blvd. Suite 2000<br>Norman, OK  73072 | 100015 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| NNIP<br>350 David L. Boren Blvd. Suite 2000<br>Norman, OK  73072 | 100356 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| North Dakota State Investment Board - Insurance Trust<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | 107296 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Nuance<br>350 David L. Boren Blvd. Suite 2000<br>Norman, OK  73072 | 101922 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Nuance Investments (SCAS)<br>PO Box 417676<br>Boston, MA  02241 7676 | 101442 | PG&E Corporation | 4/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Nuance Investments (SCAS)<br>350 David L. Boren Blvd. Suite 2000<br>Norman, OK  73072 | 102423 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Principal/Multi-Manager Liability Driven Solution CIT III<br>State Street Corporation US Investment Services<br>Mailstop CCB0555 1 Iron Street<br>Boston, MA  02210 | 109917 | Pacific Gas and Electric Company | 8/31/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| REI Credit - Taxable<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | 107319 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Safeway Inc.<br>525 Market Street Floor 12<br>San Francisco, CA  94105 | 107461 | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Safeway Inc. 525 Market Street Floor 12 San Francisco, CA 94105 | 107457 | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Safeway Inc. 525 Market Street floor 12 San Francisco, CA 94105 | 107433 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Safeway Inc. 525 Market Street floor 12 San Francisco, CA 94105 | 107527 | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Safeway Inc. 525 Market Street floor 12 San Francisco, CA 94105 | 107462 | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Safeway Inc. 525 Market Street floor 12 San Francisco, CA 94105 | 107671 | Pacific Gas and Electric Company | 7/7/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Safeway Inc. 525 Market Street Floor 12 San Francisco, CA 94105 | 107459 | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Safeway Inc. 525 Market Street Floor 12 San Francisco, CA 94105 | 107455 | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Safeway Inc. 525 Market Street Floor 12 San Francisco, CA 94105 | 107449 | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Safeway Inc. 525 Market Street floor 12 San Francisco, CA 94105 | 107444 | Pacific Gas and Electric Company | 7/1/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Safeway Inc. 525 Market Street floor 12 San Francisco, CA 94105 | 107441 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Safeway Inc. 525 Market Street Floor 12 San Francisco, CA 94105 | 107437 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Safeway Inc. 525 Market Street floor 12 San Francisco, CA 94105 | 107436 | Pacific Gas and Electric Company | 6/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Global Master Fund plc-Global Managed Volatility Fund Investment Product Solutions Team / Investment Management Unit 1 Freedom Valley Drive Oaks, PA 19456 | 109929 | PG&E Corporation | 9/15/2023 | $0.00 | $0.00 | $0.00 | $661,904.98 | $661,904.98 | Insufficient Substantive Allegation |
| SEI Institutional Investments Trust-Global Managed Volatility Fund Investment Product Solutions Team / Investment Management Unit 1 Freedom Valley Drive Oaks, PA 19456 | 109930 | PG&E Corporation | 9/15/2023 | $0.00 | $0.00 | $0.00 | $750,550.39 | $750,550.39 | Insufficient Substantive Allegation |
| SEI Institutional Investments Trust-US Managed Volatility Fund Investment Product Solutions Team / Investment Management Unit 1 Freedom Valley Drive Oaks, PA 19456 | 109931 | PG&E Corporation | 9/15/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Managed Trust-Global Managed Volatility Fund Investment Product Solutions Team / Investment Management Unit 1 Freedom Valley Drive Oaks, PA 19456 | 109928 | PG&E Corporation | 9/15/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| SEI Institutional Managed Trust-US Managed Volatility Fund Investment Product Solutions Team / Investment Management Unit 1 Freedom Valley Drive Oaks, PA 19456 | 109932 | PG&E Corporation | 9/15/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Simpkins, Philip 126 Whitethorne Drive Moraga, CA 94556 | 102631 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $13,092.66 | $13,092.66 | Insufficient Substantive Allegation |

Securities – Thirty-Seventh Omnibus Objection
Claims to Be Disallowed and Expunged

**Exhibit 1**

In re: PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Stet Short Dur Muni<br>1 Freedom Valley Dr.<br>Oaks, PA 19456 | 109894 | Pacific Gas and Electric Company | 7/19/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| U.S. Low Volatility Fund, L.P<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 109911 | PG&E Corporation | 8/30/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Vera Bradley Designs<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107293 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Von Buchau, Erik & Rose<br>396 Bryce Canyon Rd<br>San Rafael, CA 94903-2226 | 105784 | PG&E Corporation | 6/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Wasatch Advisors, Inc.<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 107295 | Pacific Gas and Electric Company | 6/25/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Wells Capital<br>350 David L. Boren Blvd. Suite 2000<br>Norman, OK 73072 | 101006 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Wells Capital<br>350 David L. Boren Blvd. Suite 2000<br>Norman, OK 73072 | 100996 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Wells Capital Management<br>SCAS Analysts 350 David L Boren Blvd.<br>Norman, OK 73072 | 101755 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |
| Wells Capital Management<br>SCAS Analysts 350 David L Boren Blvd.<br>Norman, OK 73072 | 102420 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation |

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| WF (LUX) Worldwide Fund - Global Low Volatility Equity Fund<br>525 Market Street Floor 12<br>San Francisco, CA 94105 | 109912 | PG&E Corporation | 8/30/2023 | $0.00 | $0.00 | $0.00 | $254,867.59 | $254,867.59 | Insufficient Substantive Allegation |
| **Claims To Be Expunged Totals** | **Count: 140** | | | **$0.00** | **$0.00** | **$0.00** | **$33,490,531.49** | **$33,490,531.49** | |