# Exhibit 1

**Insufficient Substantive Allegations And No ADR Liability Claims**

| Original Creditor | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| ISS - Various Clients<br>Lake Avenue Funding EC VII LLC 500 West Putnam Avenue, Suite 400<br>Greenwich, CT 06830 | 102442 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation and No Response to Offer Exchange |
| ISS - Various Clients<br>350 David L. Boren Blvd. Suite 2000<br>Norman, OK 73072 | 102193 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation and No Response to Offer Exchange |
| ISS - Various Clients<br>Lake Avenue Funding EC VII LLC 500 West Putnam Avenue, Suite 400<br>Greenwich, CT 06830 | 99436 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation and No Response to Offer Exchange |
| ISS Various Clients<br>Lake Avenue Funding EC VII LLC 500 West Putnam Avenue, Su. 400<br>Greenwich, CT 06830 | 99838 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Insufficient Substantive Allegation and No Response to Offer Exchange |
| **Claims To Be Expunged Totals** | **Count: 4** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | |