

David L. Neale (SBN 141225)
LEVENE, NEALE, BENDER, YOO
& GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DLN@LNBYG.COM

Counsel for California Independent System Operator

**Signed and Filed: December 14, 2023**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankr. Case No. 19-30088-DM |
| | ) |
| PG&E CORPORATION | ) Chapter 11 |
| | ) |
| Debtor-in-Possession. | ) |
| _____ | ) Bankr. Case No. 19-30089-DM |
| | ) |
| In re | ) Chapter 11 |
| | ) |
| PACIFIC GAS AND ELECTRIC COMPANY, | ) **Order Granting Request to Remove Primary E-Mail Address (DLN@LNBYG.COM) from Case (Dkt 10323)** |
| Debtor-in-Possession. | ) |
| _____ | ) |

This Court having considered the Request To Be Removed From Courtesy
Notice Of Electronic Filing And All Notifications (Dkt. No. 10323),

**IT IS HEREBY ORDERED:**

That the primary email address of David L. Neale (DLN@LNBYG.COM) will

be removed from all service lists, including but not limited to (1) CM/ECF notification

in the case; (2) court-designated services as set forth in the Bankruptcy Rules; and (3)

the notices and papers referred to in the Bankruptcy Rules and title 11 of the United

States Code.

**\* \* \* END OF ORDER \* \* \***

1