| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | CHRISTOPHER E. PRINCE (SBN 183553)<br>   cprince@lesnickprince.com<br>LESNICK PRINCE & PAPPAS LLP<br>315 W. Ninth St., Suite 705<br>Los Angeles, CA 90015<br>Telephone: (213) 493-6496<br>Facsimile:  (213) 493-6596<br><br>Attorneys for Interested Party<br>CH2M HILL Engineers, Inc. |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>               Debtor. | Case No. 19-30088<br><br>Chapter 11<br><br>**APPLICATION FOR WITHDRAWAL OF APPEARANCE OF CHRISTOPHER E. PRINCE AND REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING** |

       PLEASE TAKE NOTICE that Christopher E. Prince hereby requests withdrawal of his appearance in the above-captioned case, and requests to be removed from all service lists in this case, including all electronic service lists and the ECF notification system.

Christopher E. Prince<br>
LESNICK PRINCE & PAPPAS LLP<br>
315 W. Ninth St., Suite 705<br>
Los Angeles, CA 90015<br>
Telephone: (213) 493-6496<br>
Facsimile: (213) 493-6596<br>
Email: cprince@lesnickprince.com

DATED:  December 15, 2023		LESNICK PRINCE & PAPPAS LLP

					By:   /s/Christopher E. Prince
					         Christopher E. Prince
					         Attorneys for Interested Party
					         CH2M HILL Engineers, Inc.