MATTHEW A. LESNICK (SBN 177594)
matt@lesnickprince.com
LESNICK PRINCE & PAPPAS LLP
315 W. Ninth St., Suite 705
Los Angeles, CA 90015
Telephone: (213) 493-6496
Facsimile: (213) 493-6596

Attorneys for Interested Party
CH2M HILL Engineers, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>　　　　　　　　　　Debtor. | Case No. 19-30088<br><br>Chapter 11<br><br>**APPLICATION FOR WITHDRAWAL OF APPEARANCE OF MATTHEW A. LESNICK AND REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING** |

　　　　　PLEASE TAKE NOTICE that Matthew A. Lesnick hereby requests withdrawal of his appearance in the above-captioned case, and requests to be removed from all service lists in this case, including all electronic service lists and the ECF notification system.

Matthew A. Lesnick
LESNICK PRINCE & PAPPAS LLP
315 W. Ninth St., Suite 705
Los Angeles, CA 90015
Telephone: (213) 493-6496
Facsimile: (213) 493-6596
Email: matt@lesnickprince.com

| | | |
|---|---|---|
| 1 | DATED: December 15, 2023 | LESNICK PRINCE & PAPPAS LLP |
| 2 | | |
| 3 | | By: /s/Matthew A. Lesnick |
| | | Matthew A. Lesnick |
| 4 | | Attorneys for Interested Party |
| | | CH2M HILL Engineers, Inc. |