|     |                              |                       |
| --- | ---------------------------- | --------------------- |
|  1  | UNITED STATES BANKRUPTCY COURT |                     |
|  2  | NORTHERN DISTRICT OF CALIFORNIA |                    |
|  3  | SAN FRANCISCO DIVISION       |                       |

| In re: | Bankruptcy Case |
|---|---|
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

# CERTIFICATE OF SERVICE

I, Liz Santodomingo, do declare and state as follows:

1. I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[1], the claims and noticing agent for the Debtors in the above-referenced chapter 11 bankruptcy cases.

2. On December 1, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Notice Parties Service List attached hereto as **Exhibit A**:

- Memorandum Regarding Recent Correspondence from Fire Victim Claimants [Docket No. 14156]

---

[1] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

3. I have reviewed the Notices of Electronic Filing (NEF) for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 18th day of December 2023, at New York, NY.

                                                    */s/ Liz Santodomingo*
                                                    Liz Santodomingo

# Exhibit A

Exhibit A
Notice Parties Service List
Served as set forth below

| ADRID | NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 12044214 | Amir Shahmirza (as agent of, and acting on behalf of, Komir, Inc.) | Lawrence A. Jacobson | 66 Bovet Road, Suite 285 | San Mateo | CA | 94402 | laj@cohenandjacobson.com | First Class Mail and Email |
| 2539858 | Shahmirza, Amir | Address on File | | | | | | First Class Mail |
| 2515777 | Shahmirza, Amir | Address on File | | | | | Email Address on File | First Class Mail and Email |