**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, CA 94105
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**,<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors**.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR DECEMBER 19, 2023, OMNIBUS HEARING**<br><br>Date: December 19, 2023<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Zoom Videoconference<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

**PROPOSED AGENDA FOR
DECEMBER 19, 2023,
OMNIBUS HEARING**

I: <u>**MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**</u>

*MATTERS GOING FORWARD AT 10:00 A.M.*

1. <u>**Conference on the Schedule for Reorganized Debtors' Motions to Dismiss/Sufficiency Objections**</u>

   <u>Objections:</u>

   A. *Reorganized Debtors' Thirty-Third Securities Claims Omnibus Objection To PERA's TAC, Including To Certain Claimants That Adopted The TAC* [**Dkt. 14200**].

   B. *Reorganized Debtors' Thirty-Fourth Securities Claims Omnibus Objection To Claims Adopting RKS Allegations* [**Dkt. 14203**].

   C. *Reorganized Debtors' Thirty-Fifth Securities Claims Omnibus Objection To The Baupost Amendment* [**Dkt. 14206**].

   <u>Pre-Hearing Statements:</u>

   D. *Statement of Baupost Group Securities, L.L.C. in Connection with December 19, 2023 Status Conference* [**Dkt. 14225**].

   E. *Reorganized Debtors' Pre-Hearing Statement Regarding the December 19, 2023 Hearing* [**Dkt. 14227**].

   F. *Securities Plaintiffs' Pre-Hearing Statement* [**Dkt. 14228**].

   <u>Status:</u> The conference is going forward.

2. <u>**Shahmirza Second Motion for Summary Judgment:**</u> *Notice of Claimant's Second Motion and Claimant's Second Motion for Partial Summary Judgment of Issues in Reorganized Debtors Objection to Claim #2090 and Claimant's Response Thereto* [**Dkt. 14007**].

   <u>Related Documents:</u>

   A. *PG&E's Memorandum of Points and Authorities in Opposition to Claimant's Second Motion for Partial Summary Judgment* [**Dkt. 14111**].

   B. *Declaration of Mark Galicia in Support of PG&E's Memorandum of Points and Authorities in Opposition to Claimant's Second Motion for Partial Summary Judgment* [**Dkt. 14112**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

C. *Declaration of Elouise Jadhav* [**Dkt. 14113**].

D. *Declaration of Melanie M. Brayton in Support of PG&E's Memorandum of Points and Authorities in Opposition to Claimant's Second Motion for Partial Summary Judgment* [**Dkt. 14114**].

E. *Declaration of Michael Sosinski in Support of PG&E's Memorandum of Points and Authorities in Opposition to Claimant's Second Motion for Partial Summary Judgment* [**Dkt. 14115**].

F. *Declaration of John Raines in Support of PG&E's Memorandum of Points and Authorities in Opposition to Claimant's Second Motion for Partial Summary Judgment* [**Dkt. 14116**].

G. *Declaration of Steven A. Lamb in Support of PG&E's Memorandum of Points and Authorities in Opposition to Claimant's Second Motion for Partial Summary Judgment* [**Dkt. 14117**].

H. *PG&E's Evidentiary Objections in Opposition to Declaration of Amir Shahmirza in Support of Claimant's Second Motion for Partial Summary Judgment of Issues* [**Dkt. 14118**].

I. *Claimant's Reply to PG&E's Opposition to Claimant's Second Motion for Partial Summary Judgment* [**Dkt. 14157**].

J. *PG&E's Evidentiary Objections in Opposition to Claimant's Partial Motion for Summary Judgment and Reply to Partial Motion for Summary Judgment* [**Dkt. 14180**].

Related Orders

K. December 13, 2023 Docket Text Order

Status: This matter is going forward on a contested basis.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC (formerly known as Prime Clerk), at https://restructuring.ra.kroll.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: December 18, 2023

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: _/s/ Thomas B. Rupp_
      Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*