CHRISTOPHER E. PRINCE (SBN 183553)
    cprince@lesnickprince.com
LESNICK PRINCE & PAPPAS LLP
315 W. Ninth St., Suite 705
Los Angeles, CA 90015
Telephone: (213) 493-6496
Facsimile: (213) 493-6596

Attorneys for Interested Party
CH2M HILL Engineers, Inc.

Signed and Filed: December 18, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088 |
| | Chapter 11 |
| PG&E CORPORATION, | |
| Debtor. | **ORDER ON APPLICATION FOR WITHDRAWAL OF APPEARANCE OF CHRISTOPHER E. PRINCE AND REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING** |

    The Court having considered the *Application for Withdrawal of Appearance of Christopher E. Prince and Request to be Removed from Courtesy Notice of Electronic Filing* [Docket No. 14223], finding no objection therefor and finding good cause therefor,

    IT IS HEREBY ORDERED that: Christopher E. Prince shall be removed from the Court's ECF e-mail list and the Court's mailing matrix.

** END OF ORDER **