MATTHEW A. LESNICK (SBN 177594)
matt@lesnickprince.com
LESNICK PRINCE & PAPPAS LLP
315 W. Ninth St., Suite 705
Los Angeles, CA 90015
Telephone: (213) 493-6496
Facsimile: (213) 493-6596

Attorneys for Interested Party
CH2M HILL Engineers, Inc.

Signed and Filed: December 18, 2023

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>Debtor. | Case No. 19-30088<br><br>Chapter 11<br><br>**ORDER ON APPLICATION FOR WITHDRAWAL OF APPEARANCE OF MATTHEW A. LESNICK AND REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING** |

The Court having considered the *Application for Withdrawal of Appearance of Matthew A. Lesnick and Request to be Removed from Courtesy Notice of Electronic Filing* [Docket No. 14224], finding no objection therefor and finding good cause therefor,

IT IS HEREBY ORDERED that: Matthew A. Lesnick shall be removed from the Court's ECF e-mail list and the Court's mailing matrix.

** END OF ORDER **